# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al. | : | Case No. 04cv2688 |
| Plaintiffs | : | |
| | : | |
| v. | : | Judge Jones |
| | : | |
| DOVER AREA SCHOOL DISTRICT and | : | |
| DOVER AREA SCHOOL DISTRICT | : | |
| BOARD OF DIRECTORS, | : | |
| Defendants | : | |

## ORDER

## December 15, 2004

It is hereby **ORDERED** as follows:

A pre-hearing conference shall be held on December 21, 2004 at 1:00 p.m., in Courtroom # 1, Federal Courthouse, 228 Walnut Street, Harrisburg, Pennsylvania. Trial counsel shall attend the said conference, and the parties shall either attend or be available by telephone, unless otherwise excused by the Court.

s/ John E. Jones III
John E. Jones III
United States District Judge
