◎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Tammy Kitzmiller; Bryan and Christy Rehm; Deborah Fenimore and
Joel Lieb; Steven Stough; Beth Eveland; Cynthia Sneath; Julie Smith;
and Aralene ("Barrie") D. and Frederick B. Callahan

**SUMMONS IN A CIVIL ACTION**

V.

Dover Area School District; Dover Area School District School
Board

CASE NUMBER:

4:CV 04-2688

TO: (Name and address of Defendant)

  Dover Area School District
  c/o Richard D. Nilsen, Superintendent
  Dover Area School District
  Administration Building
  2 School Lane
  Dover, PA  17315

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

  Eric J. Rothschild, Esquire
  Pepper Hamilton LLP
  3000 Two Logan Square
  Eighteenth and Arch Streets
  Philadelphia, PA  19103

an answer to the complaint which is served on you with this summons, within     twenty (20)     days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARY E. D'ANDREA, CLERK**                     December 14, 2004

CLERK                                           DATE

_[signature]_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12-14-04 |
| NAME OF SERVER (PRINT) John Skinner | TITLE Pepper Hamilton Harrisburg Messenger |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Dover Area School Dist.  
2 School Lane  
Dover, PA 17315

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL $20.35 | SERVICES $25.00 | TOTAL $45.35 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-14-04  
           Date

Signature of Server: [signed] John Skinner

Address of Server:  
PEPPER HAMILTON LLP  
200 ONE KEYSTONE PLAZA  
NORTH FRONT AND MARKET STREETS  
P.O. BOX 1181  
HARRISBURG, PA 17108-1181

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.