UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

04-2688

I, **Robert J. Muise**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: 24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan  48106

Office Telephone: (734) 827-2001

RECEIVED

DEC 21 2004

MARY E. D'ANDREA, CLERK

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See attached.

My attorney Identification number is: Michigan Bar   P 62849

---

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

BEFORE JUDGE _____       Date: _____
       __ U.S. DISTRICT JUDGE  __ U.S. MAGISTRATE JUDGE

_____ SPECIAL ADMISSION:

GRANTED _____       Date: _____
       __ U.S. DISTRICT JUDGE  __ U.S. MAGISTRATE JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None
_____
_____
_____

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

I do ___, do not _X_, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: _____

_____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

__X__ Special Admission (specify by a check which rule) under

Local Rules LR 83.9.1 _____, LR 83.9.2 _____, or LR 83.9.3 _X_

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows: Member of bar of U.S. District Court for the Eastern District of Michigan and of highest state courts in Michigan and New Hampshire

NAME THE PARTY YOU REPRESENT:

Dover Area School District and Dover Area School District Board of Directors

If special admission is requested for a particular case, please list case number and caption:

Case # 04 CV 2688

Caption # Tammy Kitzmiller et al v. Dover Area School District et al

I understand that:

1) If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate. Any attorney specially admitted under LR 83.9.3, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.12)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Ron Turo   (PA34334)

Turo Law Offices

28 South Pitt Street, Carlisle, PA   17013         (717) 245-9688

3) If seeking regular admission under Rule LR 83.8.1, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER

P 62849 (Michigan Bar)
(Bar Identification Number)
December 20, 2004
_____
(Date)

NAME OF PETITIONER   Robert J. Muise

I, Robert J. Muise, was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

| Court | Date of Admission | Bar Number |
| --- | --- | --- |
| New Hampshire Supreme Court (and all New Hampshire state courts) | November 3, 1997 | 12953 |
| Michigan Supreme Court (and all Michigan state courts) | September 20, 2001 | P62849 |
| United States Supreme Court | November 4, 2002 | NA |
| United States Court of Appeals for the 2nd Circuit | March 31, 2004 | NA |
| United States Court of Appeals for the 3rd Circuit | January 22, 2001 | NA |
| United States Court of Appeals for the 6th Circuit | May 8, 2000 | NA |
| United States Court of Appeals for the 7th Circuit | April 6, 2000 | NA |
| United States Court of Appeals for the 9th Circuit | November 8, 2002 | NA |
| United States Court of Appeals for the 10th Circuit | January 26, 2004 | NA |
| United States District Court for the Western District of Michigan | April 24, 2000 | NA |
| United States District Court for the Eastern District of Michigan | November 8, 2000 | NA |
| Court of Appeals for the Armed Forces (CAAF) | March 16, 1998 | NA |

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CODE OF PROFESSIONAL CONDUCT

**As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:**

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above Code of Professional Conduct:

_____
Signature

```
Tue Dec 21 09:01:33 2004

    UNITED STATES DISTRICT COURT

    SCRANTON        , PA

Receipt No.    111 142384
Cashier          camille

Tender Type  CHECK

Check Number: 1495

Transaction Type   C

Case No./Def No. 3:04-PE-1


 DB Code      Div No       Acct
  4667          1          6855XX

Amount                  $    25.00

SPADM, ROBERT J. MUISE

     THOMAS MORE CENTER FOR LAW AND JUST
ICE PO BOX 373 ANN ARBOR, MI.




               bn
```