UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR  :
ADMISSION TO PRACTICE IN THIS COURT  :

RECEIVED

DEC 21 2004

**PETITION**

MARY E. D'ANDREA, CLERK

I, Robert J. Muise, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: 24 Frank Lloyd Wright Drive

P.O. Box 393

Ann Arbor, Michigan 48106

Office Telephone: (734) 827-2001

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See attached.

My attorney Identification number is: Michigan Bar P 62849

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

BEFORE JUDGE _____    Date: _____
       __ U.S. DISTRICT JUDGE   __ U.S. MAGISTRATE JUDGE

✓ SPECIAL ADMISSION:

GRANTED [signature]    Date: 12-21-04
         ✓ U.S. DISTRICT JUDGE   __ U.S. MAGISTRATE JUDGE