UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RECEIVED

DEC 21 2004

_____ Y E. D'ANDREA, CLERK

IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I, Patrick T. Gillen, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: 24 Frank Lloyd Wright Drive

P.O. Box 393

Ann Arbor, Michigan  48106

Office Telephone: (734) 827-2001

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See attached.

My attorney Identification number is: Michigan Bar  P 47456

FOR COURT USE ONLY

____ GENERAL ADMISSION:

BEFORE JUDGE _____   Date: _____
       __ U.S. DISTRICT JUDGE  __ U.S. MAGISTRATE JUDGE

✓ SPECIAL ADMISSION:

GRANTED [signature]   Date: 12-21-04
       __ U.S. DISTRICT JUDGE  ✓ U.S. MAGISTRATE JUDGE