UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA



DEC 2 1 2004

IN THE MATTER OF APPLICATION FOR       :
ADMISSION TO PRACTICE IN THIS COURT    :

## PETITION

I, **Richard Thompson**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: 24 Frank Lloyd Wright Drive

P.O. Box 393

Ann Arbor, Michigan  48106

Office Telephone: (734) 827-2001

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See attached.

My attorney Identification number is: Michigan Bar  P 21410

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

BEFORE JUDGE _____    Date: _____
    ___ U.S. DISTRICT JUDGE  ___ U.S. MAGISTRATE JUDGE

✓ SPECIAL ADMISSION:

GRANTED [signature]    Date: 12-21-04
    ___ U.S. DISTRICT JUDGE  ___ U.S. MAGISTRATE JUDGE