# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al. | : | Case No. 04cv2688 |
|     Plaintiffs | : | |
| | : | |
| v. | : | Judge Jones |
| | : | |
| DOVER AREA SCHOOL DISTRICT and | : | |
| DOVER AREA SCHOOL DISTRICT | : | |
| BOARD OF DIRECTORS, | : | |
|     Defendants | : | |

## ORDER

### January 6, 2005

It is hereby ORDERED as follows:

1. A telephonic conference shall be held on January 12, 2005 at 1:30 p.m. The purpose of the call will be to discuss all future scheduling matters and the selection of a trial term. A copy of this Court's 2005 calendar is attached hereto.

2. Counsel for Plaintiffs shall initiate the conference call. The Court's phone number is (570)601-1497.

3. All counsel shall be ready to proceed when my chambers is contacted.

                                                   <u>s/ John E. Jones III</u>
                                                 John E. Jones III
                                                 United States District Judge

**Judge Jones**
**2005 Court Calendar**

| Trial List | Dispositive Motions Cut-off | Settlement Conferences | Discovery Cut-off | Final Pre-trial Conferences | Jury Selection |
|---|---|---|---|---|---|
| January | 10/1/04 | 10/29/04 | 9/21/04 | 12/1/04 | 1/6/05 |
| February | 11/1/04 | 11/30/04 | 10/22/04 | 1/4/05 | 2/3/05 |
| March | 12/1/04 | 12/30/04 | 11/19/04 | 2/1/05 | 3/3/05 |
| April | 1/04/05 | 1/31/05 | 12/24/04 | 3/1/05 | 4/5/05 |
| May | 2/2/05 | 2/28/05 | 1/21/05 | 4/1/05 | 5/4/05 |
| June | 3/1/05 | 3/31/05 | 2/18/05 | 5/2/05 | 6/6/05 |
| July | 4/1/05 | 4/29/05 | 3/22/05 | 6/1/05 | 7/7/05 |
| August | 5/2/05 | 5/31/05 | 4/22/05 | 7/1/05 | 8/3/05 |
| September | 6/1/05 | 6/30/05 | 5/20/05 | 8/1/05 | 9/6/05 |
| October | 7/1/05 | 7/29/05 | 6/21/05 | 9/1/05 | 10/5/05 |
| November | 8/1/05 | 8/31/05 | 7/22/05 | 10/3/05 | 11/3/05 |
| December | 9/1/05 | 9/30/05 | 8/22/05 | 11/1/05 | 12/5/05 |

**Case Management Conferences:**
1/28/05
2/25/05
3/30/05
4/28/05
5/27/05
6/29/05
7/28/05
8/30/05
9/29/05
10/28/05
11/29/05
12/28/05