IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY KITZMILLER; BRYAN AND
CHRISTY REHM; DEBORAH
FENIMORE AND JOEL LIEB; STEVEN
STOUGH; BETH EVELAND; CYNTHIA
SNEATH; JULIE SMITH; AND ARALENE
("BARRIE") D. AND FREDERICK B.
CALLAHAN,

    Plaintiffs,

v.

DOVER AREA SCHOOL DISTRICT;
DOVER AREA SCHOOL DISTRICT
BOARD OF DIRECTORS,

    Defendants.

Civil Action No. 04-CV-2688
(M.D. Pa.)

Hon. John E. Jones III

---

**CERTIFICATE OF SERVICE**

  Patrick T. Gillen, states that on the January 3, 2004, I hand served true and correct copies of Answer of the Defendants upon the following counsel of record by handing copies to Mr. Eric Rothschild and Mr. Stephen G. Harvey prior to the depositions heard on that day pursuant to the Court's order allowing limited

pretrial discovery in this matter and by directing that a courtesy copy of said document(s) be placed in an envelope and delivered by U.S. Mail, postage pre-paid to the remaining counsel of record on the fifth day of January. Angela Doran states that she did mail those copies as directed:

Eric Rothschild
Stephen G. Harvey
Joseph M. Farber
Benjamin M. Mather
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Thomas B. Schmidt, III
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
PO Box 1181
Harrisburg, PA 17108

Witold J. Walczak
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213

Paula K. Knudsen
ACLU of Pennsylvania
105 N. Front Street
Suite 225
Harrisburg, PA 17101

Ayesha Khan
Richard B. Katskee
Alex J. Luchenitser
Americans United for Separation
  of Church and State
518 C Street, NE
Washington, DC 20002

Ron Turo
Turo Law Offices
29 South Pitt Street
Carlisle, PA 177013

_____
Patrick T. Gillen

_____
Angela Doran