IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al. | : | Case No. 04cv2688 |
| Plaintiffs | : | |
| | : | |
| v. | : | Judge Jones |
| | : | |
| DOVER AREA SCHOOL DISTRICT and | : | |
| DOVER AREA SCHOOL DISTRICT | : | |
| BOARD OF DIRECTORS, | : | |
| Defendants. | : | |

**ORDER**

**January 13, 2005**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOW:**

On December 14, 2004, Plaintiffs filed a complaint against Defendants in the United States District Court for the Middle District of Pennsylvania. On January 6, 2005, Defendants filed their answer.

On January 12, 2005 the Court held a conference call with counsel with respect to scheduling, and we will enter the following Order as a result thereof.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. Plaintiffs shall file a brief within ten days addressing all matters pertinent to scheduling issues in this matter. Plaintiffs shall specifically address a suggested trial month, appropriate deadlines for the

      completion of discovery, and appropriate deadlines for filing dispositive motions.

2. Defendants shall respond to Plaintiffs' submission within ten days from the date of their filing and shall likewise address the above-referenced scheduling issues.

3. The parties shall comply with the dictates of Federal Rule of Civil Procedure 26(a) as it relates to mandatory initial disclosures. Thereafter, discovery as provided in Federal Rule of Civil Procedure 26(b), shall commence immediately.

                                    <u>s/ John E. Jones III</u>  
                                    John E. Jones III  
                                    United States District Judge