# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al. | : | Case No. 04cv2688 |
|     Plaintiffs | : | |
| | : | |
| v. | : | Judge Jones |
| | : | |
| DOVER AREA SCHOOL DISTRICT and | : | |
| DOVER AREA SCHOOL DISTRICT | : | |
| BOARD OF DIRECTORS, | : | |
|     Defendants | : | |

## SCHEDULING ORDER

### January 14, 2005

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On January 12, 2005 the Court conducted a telephonic conference call on the issue of scheduling. No agreement was reached at that time, and by our Order of January 13, 2005 (doc. 25), we requested submissions from the parties in aid of our scheduling determinations. We have now received correspondence indicating that the parties have reached an agreement as to trial scheduling, and all appropriate pretrial deadlines. Accordingly, we will adopt the dates as stipulated and agreed upon by the parties, and enter the following **ORDER**:

1. The parties shall identify experts and disclose the anticipated subject matter of their testimony no later than March 1, 2005;

2. The parties shall produce expert reports no later than April 1, 2005;

3. The parties shall identify rebuttal experts, if any, and produce rebuttal expert reports no later than May 16, 2005;

4. Discovery shall be completed no later than June 15, 2005;

5. Dispositive motions shall be filed no later than July 13, 2005;

6. Responses to dispositive motions shall be filed no later than August 8, 2005;

7. Reply briefs in support of dispositive motions shall be filed no later than August 19, 2005;

8. Pretrial memoranda shall be submitted no later than August 24, 2005;

9. A pretrial conference shall be held on August 25, 2005 at 11:00 a.m. in Visiting Judge's Chambers, 9th Floor, Federal Building, 228 Walnut Street, Harrisburg, PA.;

10. The bench trial shall commence on September 26, 2005 at 9:00 a.m., in Courtroom No. 1 , Federal Building, 228 Walnut Street, Harrisburg, PA.;

11. Post-trial proposed findings of fact and conclusions of law shall be submitted no later than seven (7) days after the conclusion of the trial.

12. The Court's Order of January 13, 2005, is hereby VACATED to the extent that submissions from the parties with respect to scheduling are unnecessary in light of this Order.

s/ John E. Jones III
John E. Jones III
United States District Judge
