# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 04-CV-2688 ) ) Hon. John E. Jones, III |
| DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, | ) ) ) ) |
| Defendants, | ) ) |
| MICHAEL AND SHEREE HIED; RAYMOND AND CYNTHIA MUMMERT; AND JAMES AND MARTHA CASHMAN, | ) ) ) ) ) |
| Applicants for Intervention. | ) ) |

2

## **ORDER GRANTING INTERVENTION**

Upon consideration of the Application of Michael and Sheree Hied, Raymond and Cynthia Mummert, and James and Martha Cashman to intervene as Defendants in this action, it is hereby ORDERED and DECREED that the Applicant's application is GRANTED.  The Applicants shall be file an Answer in Intervention within seven (7) days from the entry of this order, and may participate in this action as parties.

_____
J.