IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY J. KITZMILLER; BRYAN REHM | : | |
| CHRISTY REHM; DEBORAH | : | |
| FENIMORE; JOEL A. LIEB; STEVEN | : | |
| STOUGH; BETH A. EVELAND; | : | |
| CYNTHIA SNEATH; JULIE SMITH; | : | Case No. 4:04-CV-2688 |
| ARALENE D. CALLAHAN ("BARRIE"); | : | |
| FREDERICK B. CALLAHAN, | : | |
|     Plaintiffs | : | (Judge Jones) |
| | : | |
|     v. | : | |
| | : | |
| DOVER AREA SCHOOL DISTRICT; | : | |
| DOVER AREA SCHOOL DISTRICT | : | |
| BOARD OF DIRECTORS, | : | |
|     Defendants. | : | |

**ORDER**

**January 19, 2005**

It is hereby ORDERED as follows:

1. A hearing on the Application to Intervene as Defendants (doc. 27) shall be held on February 28, 2005 at 1:30 p.m., in Courtroom No. 1, Federal Building, 228 Walnut Street, Harrisburg, PA.

                                              s/ John E. Jones III
                                              John E. Jones III
                                              United States District Judge