# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY KITZMILLER, et al.,      )
      )
    Plaintiffs,      )    Case No. 04-CV-2688
      )    (Hon. Judge Jones)
    v.      )
      )    **ORDER GRANTING**
DOVER AREA SCHOOL DISTRICT and  )    **DEFENDANTS' MOTION**
DOVER AREA SCHOOL DISTRICT    )    **TO DISMISS PURSUANT**
BOARD OF DIRECTORS,    )    **TO FED. R. CIV. P. 12**
      )
    Defendants.      )
_____)

This matter having come before this Court pursuant to Defendants Dover Area School District and Dover Area School District Board of Directors' (collectively referred to as "DASD") motion to dismiss certain Plaintiffs and claims pursuant to Fed. R. Civ. P. 12, the Court having considered the matter and being otherwise sufficiently advised;

IT IS HEREBY ORDERED, that DASD's motion is GRANTED and, therefore:

1.    Plaintiffs Beth A. Eveland and Cynthia Sneath and their claims are dismissed;

2.    Plaintiff Julie Smith and Plaintiffs Aralene ("Barrie") D. and Frederick B. Callahan and their claims are dismissed;

3.      Plaintiffs' claim of "coerced religious practice" under Article I, § 3 of the Pennsylvania Constitution is dismissed;

4.      Plaintiffs' claims of improper use of public monies and appropriations brought pursuant to Article III, §§ 15 & 29 of the Pennsylvania Constitution are dismissed.

Dated this ____ day of _____, 2005.


_____
John E. Jones III
U.S. District Court Judge