# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY KITZMILLER, et al.,  )
  )
   Plaintiffs,  )  Case No. 04-CV-2688
  )  (Hon. Judge Jones)
   v.  )
  )
DOVER AREA SCHOOL DISTRICT and  )
DOVER AREA SCHOOL DISTRICT  )
BOARD OF DIRECTORS,  )
  )
   Defendants.  )
_____ )

## CERTIFICATE OF SERVICE

I, Anne Gordon, hereby certify that on Friday, January 28, 2005, true and correct copies of **Defendants' Motion To Dismiss Pursuant To Fed. R. Civ. P. 12** and **Defendants' Brief In Support Of Motion To Dismiss** were served upon the following counsel of record by placing said documents in an envelope and delivering the same by U.S. Mail, with postage prepaid:

1

Eric Rothschild
Stephen G. Harvey
Joseph M. Farber
Benjamin M. Mather
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Witold J. Walczak
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213

Richard B. Katskee
Ayesha Khan
Alex J. Luchenitser
Americans United for Separation
 of Church and State
518 C Street, NE
Washington, DC 20002

Thomas B. Schmidt, III
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
PO Box 1181
Harrisburg, PA 17108

Paula K. Knudsen
ACLU of Pennsylvania
105 N. Front Street
Suite 225
Harrisburg, PA 17101

Ron Turo
Turo Law Offices
29 South Pitt Street
Carlisle, PA 17013

_Anne Gordon_
Anne Gordon