# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al. | : | Case No. 04cv2688 |
| Plaintiffs | : | |
| | : | |
| v. | : | Judge Jones |
| | : | |
| DOVER AREA SCHOOL DISTRICT and | : | |
| DOVER AREA SCHOOL DISTRICT | : | |
| BOARD OF DIRECTORS, | : | |
| Defendants | : | |

# ORDER

## February 4, 2005

It is hereby **ORDERED** that the Court will conduct oral argument with respect to Defendants' Motion to Dismiss (doc. 30) on February 28, 2005 at 1:30 p.m., following the previously scheduled hearing on the Motion to Intervene (doc. 27).

s/ John E. Jones III
John E. Jones III
United States District Judge