IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
. . . . . . . . . . . . . . . .
TAMMY KITZMILLER; BRYAN and    .
CHRISTY REHM; DEBORAH FENIMORE .
and JOEL LIEB; STEVEN STOUGH;  .
BETH EVELAND; CYNTHIA SNEATH;  .
JULIE SMITH; and ARALENE       .
("BARRIE") D. and FREDERICK B. .
CALLAHAN,                      .
        Plaintiffs             .
                               .
   vs.                         .  Civil Action No.
                               .  04-CV-2688
DOVER AREA SCHOOL DISTRICT;    .
DOVER AREA SCHOOL DISTRICT     .
BOARD OF DIRECTORS,            .
        Defendants             .
. . . . . . . . . . . . . . . .
```

    Deposition of : TAMMY KITZMILLER

    Taken by      : Defendants

    Date          : January 4, 2005, 10:07 a.m.

    Place         : 200 One Keystone Plaza
                    Harrisburg, Pennsylvania

    Before        : Debra L. Heary, Notary Public
                    Registered Professional Reporter

APPEARANCES

    PEPPER HAMILTON, LLP
    By:  ERIC ROTHSCHILD, ESQ.
         THOMAS B. SCHMIDT, III, ESQ.

         For - Plaintiffs

    THOMAS MORE LAW CENTER
    By:  PATRICK T. GILLEN, ESQ.
         RICHARD THOMPSON, ESQ.

         For - Defendants

ALSO PRESENT
    Paula Knudsen, Esq., PA ACLU

```
                                                                100

 1              your understanding that Of Pandas and People is
 2              going to be in the classroom?
 3      A.      Originally, yes.  The latest I've heard it will
 4              be in the library.
 5      Q.      Okay.  If the book is in the library, do you
 6              believe you're harmed by the book being in the
 7              library?
 8                      MR. ROTHSCHILD:  I object to the form.
 9      A.      I don't feel it should be until the school at
10              all.
11      BY MR. GILLEN:
12      Q.      Okay.  So in order--  What do you want in that
13              regard then?  Do you want the book taken out of
14              the library?
15      A.      I feel the whole lawsuit kind of speaks for
16              itself about how I feel.
17      Q.      Okay.  I understand, but it doesn't.  I can ask
18              you questions.  I'm just asking you, I mean,
19              with respect to -- we're talking about the text
20              Of Pandas and People.
21                      And I'm representing to you that the book
22              is going to be placed in the library.  That's
23              the action of the school district.  If the book
24              is in the library, do you believe that you are
25              harmed?
```

101

```
 1              MR. ROTHSCHILD:  I object to the form,
 2         incomplete foundation.
 3    A.   I thought I've already answered that question.
 4    BY MR. GILLEN:
 5    Q.   I don't think that you have.  Please answer the
 6         question that I've asked.
 7    A.   Well, I feel I have.  I don't feel it should be
 8         anywhere in the school at all.
 9    Q.   Okay.  Are you aware of any other books that
10         are in the school library?
11              MR. ROTHSCHILD:  Any?
12    A.   Any?  Yes, several.
13    BY MR. GILLEN:
14    Q.   Which books, just generally what books do you
15         know of?
16    A.   My daughters bring home many books.
17    Q.   Do you have any--  Do you have any sense for
18         the books that are in the library relating to
19         evolution, creationism, intelligent design?
20    A.   Not to my knowledge, no.
21    Q.   Do you think all of those books should be out?
22    A.   No.
23    Q.   Why not?
24              MR. ROTHSCHILD:  She doesn't know what
25         they are.  I mean--
```