IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN,<br><br>     Plaintiffs,<br><br>  vs.<br><br>DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS,<br><br>     Defendants. | No. 04-cv -2688<br><br>Judge Jones<br><br>(Filed Electronically) |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO FILE THEIR BRIEF IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**

   The above-captioned plaintiffs, by their undersigned attorneys, move for an extension of time to file their brief in opposition to defendants' motion to dismiss on the following grounds:

1. On January 28, 2005, defendants filed a motion to dismiss certain plaintiffs, and the state law claims of all plaintiffs, with a supporting brief.

2. Pursuant to Local Rule 7.6, plaintiffs' brief in opposition to defendants' motion is due February 15, 2005.

3. For reasons unrelated to this litigation, plaintiffs require a short extension of time to file their brief in opposition.

4. Defendants have agreed to extend to Friday, February 18, 2005, the deadline for plaintiffs' brief in opposition.

5. The requested extension of the time to file plaintiffs' brief in opposition will not affect the oral argument on defendants' motion, which has been set for February 28, 2005.  *See* Order dated February 4, 2005.

WHEREFORE, plaintiffs ask the Court to extend the deadline for filing their brief in opposition to defendants' motion to dismiss to February 18, 2005.

Respectfully submitted,

/s/ *Thomas B. Schmidt, III*
Eric Rothschild (PA 71746)
Stephen G. Harvey (PA 58233)
Joseph M. Farber (PA 84965)
Benjamin M. Mather (PA 89959)
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
(215) 981-4000
*rothschilde@pepperlaw.com*

Thomas B. Schmidt, III (PA 19196)
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA  17108
(717) 255-1155
(717) 238-0575 (fax)
*schmidtt@pepperlaw.com*

Witold J. Walczak (PA 62976)
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213
412-681-7864
412-681-8707 (fax)
*vwalczak@aclupgh.org*

        Paula K. Knudsen (PA 87607)
        ACLU of Pennsylvania
        105 N. Front St., Suite 225
        Harrisburg, PA  17101
        (717) 236-6827
        (717) 236-6895 (fax)
        *pknudsen@aclupa.org*

        Ayesha Khan *(admitted PHV)*
        Richard B. Katskee *(admitted PHV)*
        Alex J. Luchenitser *(admitted PHV)*
        Americans United for Separation of Church and State
        518 C St., NE
        Washington, DC 20002
        (202) 466-3234

        Attorneys for plaintiffs
        TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH, AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN

Dated:  February 14, 2005

## **CERTIFICATE OF CONCURRENCE**

I hereby certify that an attorney for defendants was advised of the foregoing motion, and advised that defendants do not oppose it.


Date:  February 14, 2005                         */s/ Thomas B. Schmidt, III*
                                                 Thomas B. Schmidt, III (PA 19196)

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2005, a copy of the foregoing *Plaintiffs' Unopposed Motion for an Extension of Time to File Their Brief in Opposition to Defendants' Motion to Dismiss* should be served on the following counsel, as follows:

<u>Via electronic case filing system</u>

>Ronald A. Turo, Esquire
>Turo Law Offices
>29 South Pitt Street
>Carlisle, PA 17013
>*ronturo@turolaw.com*

>Patrick T. Gillen, Esquire
>THOMAS MORE LAW CENTER
>24 Frank Lloyd Wright Drive
>Ann Arbor, MI  48106
>*gillen@thomasmore.org*

<u>Via first class mail, postage prepaid</u>

>Richard J. Muise, Esquire
>Richard Thompson, Esquire
>THOMAS MORE LAW CENTER
>PO Box 393
>Ann Arbor, MI  48106

>>>*/s/ Thomas B. Schmidt, III*
>>>Thomas B. Schmidt, III (PA 19196)