IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN, <br><br> Plaintiffs, <br><br> vs. <br><br> DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, <br><br> Defendants. | No. 04-cv-2688 |

## **ORDER**

AND NOW, this _____ day of February, 2005, after consideration of Plaintiffs' unopposed motion for an extension of time to February 18, 2005, to file their brief in opposition to defendants' motion to dismiss, IT IS HEREBY ORDERED that said motion is granted.

BY THE COURT:

*/s/ John E. Jones, III*
John E. Jones, III
United States District Judge