IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY KITZMILLER; BRYAN AND
CHRISTY REHM; DEBORAH
FENIMORE AND JOEL LIEB; STEVEN
STOUGH; BETH EVELAND; CYNTHIA
SNEATH; JULIE SMITH; AND ARALENE
("BARRIE") D. AND FREDERICK B.
CALLAHAN,

       Plaintiffs,  No. 04-cv-2688

vs.

DOVER AREA SCHOOL DISTRICT;
DOVER AREA SCHOOL DISTRICT
BOARD OF DIRECTORS,

       Defendants.

## ORDER

AND NOW, this 15th day of February, 2005, after consideration of Plaintiffs' unopposed motion for an extension of time to February 18, 2005, to file their brief in opposition to defendants' motion to dismiss, IT IS HEREBY ORDERED that said motion is granted.

         BY THE COURT:

         */s/ John E. Jones, III*
         John E. Jones, III
         United States District Judge