IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN, : : : : : : : : Plaintiff, : : vs. : : DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, : : : : Defendants : : | CIVIL ACTION<br><br>No. 4:04-cv-2688<br><br>(JUDGE JONES)<br><br>(Filed Electronically) |

## **ORDER**

AND NOW, this _____ day of _____, 2005, after consideration of Defendants' motion to dismiss certain Plaintiffs and claims pursuant to Fed. R. Civ. P. 12, IT IS HEREBY ORDERED that said motion is denied.

BY THE COURT:

*/s/ Hon. John E. Jones, III*
John E. Jones, III
United States District Judge