RECEIVED

MAR 11 2005

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MARY E. D'ANDREA, CLERK

IN THE MATTER OF APPLICATION FOR       :
ADMISSION TO PRACTICE IN THIS COURT    :

04-cv-2688

## PETITION

I, __JOSEPH M. FARBER__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Pepper Hamilton LLP
                        3000 Two Logan Square
                        18th & Arch Street

                        Philadelphia, PA 19103-2799

Office Telephone:       215.981.4275

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

United States District Court for the Eastern District of Penna. - Jan. 2004

Pennsylvania Bar - Jan. 24, 2000

My attorney Identification number is:  84965

---

FOR COURT USE ONLY

____ GENERAL ADMISSION:

BEFORE JUDGE _____       Date: _____
         ___ U.S. DISTRICT JUDGE   ___ U.S. MAGISTRATE JUDGE

✓ SPECIAL ADMISSION:

GRANTED _____[signature]_____       Date: 3-15-05
         ✓ U.S. DISTRICT JUDGE   ___ U.S. MAGISTRATE JUDGE