**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I, _Edward L. White III_, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   24 Frank Lloyd Wright Drive

P.O. Box 393

Ann Arbor, Michigan  48106

Office Telephone:   (734) 827-2001

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See Attached

My attorney identification number is: _Michigan Bar P 62485_

| FOR COURT USE ONLY |
| --- |
| _____ GENERAL ADMISSION: |
| BEFORE JUDGE _____    Date: _____ |
| ___ U.S. DISTRICT JUDGE   ___ U.S. MAGISTRATE JUDGE |
| _____ SPECIAL ADMISSION: |
| GRANTED _____    Date: _____ |
| ___ U.S. DISTRICT JUDGE   ___ U.S. MAGISTRATE JUDGE |

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

I do ____, do not _X_, have any disciplinary action, contempt or other proceedings involving me pending before any court.  (Check the appropriate space.)  If there are pending proceedings, please explain: _____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

__X__ Special Admission (specify by a check which rule) under

Local Rules LR 83.9.1 _____, LR 83.9.2 _____, or LR 83.9.3 _X_

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows: Member of bar of U.S. District Court for the Eastern District of Michigan and of highest state courts in Michigan and Florida.

NAME THE PARTY YOU REPRESENT:
Dover Area School District and Dover Area School District Board of Directors

If special admission is requested for a particular case, please list case number and caption:

Case # 04 CV 2688

Caption # Tammy Kitzmiller et al v. Dover Area School District et al

I understand that:

1) If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate. Any attorney specially admitted under LR 83.9.3, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.12)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Ron Turo   (PA 34334)

Turo Law Offices

28 South Pitt Street, Carlisle, PA  17013     (717) 245-9688

3) If seeking regular admission under Rule LR 83.8.1, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_Edward L. White_
PETITIONER
P 62485 (Michigan Bar)

(Bar Identification Number)

5-2-05
(Date)

NAME OF PETITIONER   Edward L. White III

**BAR ADMISSIONS OF EDWARD L. WHITE III**
**ALL ACTIVE AND IN GOOD STANDING**

Bar of the State of Florida, Bar No. 893773, admitted 9/26/91.

Bar of the State of Michigan, Bar No. P62485, admitted 5/9/01.

Bar of the Supreme Court of the United States, admitted 3/20/95.

Bar of the United States Court of Appeals for the

- First Circuit, Bar No. 19190, admitted 6/5/92.
- Second Circuit, Bar No. 2000-304, admitted 5/15/00.
- Third Circuit, admitted 6/14/00.
- Fourth Circuit, admitted 4/23/93.
- Fifth Circuit, admitted 5/10/00.
- Sixth Circuit, admitted 4/24/92.
- Seventh Circuit, admitted 9/25/92.
- Eighth Circuit, admitted 5/17/00.
- Ninth Circuit, admitted 2/29/00.
- Tenth Circuit, admitted 5/19/00.
- Eleventh Circuit, admitted 12/23/91; readmitted (done every 5 years), 2002.

Bar of the United States District Court for the

- Northern District of Florida, admitted 10/15/96.
- Middle District of Florida, admitted 12/19/91.
- Southern District of Florida, admitted 7/19/96.
- Northern District of Indiana, admitted 10/8/92.
- Eastern District of Michigan, admitted 11/8/00.
- Western District of Michigan, admitted 8/14/00.

**UNITED STATES DISTRICT COURT**
**FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**CODE OF PROFESSIONAL CONDUCT**

**As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:**

1.  The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2.  I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3.  I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4.  Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5.  I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6.  I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7.  Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8.  I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9.  Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above
Code of Professional Conduct:

_____
Signature

# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 04-CV-2688 |
| ) | (Hon. Judge Jones) |
| v. ) | |
| ) | |
| DOVER AREA SCHOOL DISTRICT and ) | |
| DOVER AREA SCHOOL DISTRICT ) | |
| BOARD OF DIRECTORS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Sharon Peper, hereby certify that on May 2, 2005, true and correct copies of Petition for Pro Hac Vice and Certificate of Service were served upon the following counsel of record by placing said documents in an envelope and delivering the same by U.S. Mail with postage thereon prepaid:

1

Eric Rothschild
Stephen G. Harvey
Joseph M. Farber
Benjamin M. Mather
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Witold J. Walczak
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213

Richard B. Katskee
Ayesha Khan
Alex J. Luchenitser
Americans United for Separation
 of Church and State
518 C Street, NE
Washington, DC 20002

Thomas B. Schmidt, III
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
PO Box 1181
Harrisburg, PA 17108

Paula K. Knudsen
ACLU of Pennsylvania
105 N. Front Street
Suite 225
Harrisburg, PA 17101

Ron Turo
Turo Law Offices
29 South Pitt Street
Carlisle, PA 17013

_____
Sharon Peper

2


**THOMAS MORE**
**Law Center**

Richard Thompson
*Chief Counsel*
*Admitted in Michigan*

May 2, 2005

**VIA FEDERAL EXPRESS**
Clerk of the Court
William J. Nealon Federal Building and
   U.S. Courthouse
United States District Court
235 North Washington Avenue
Scranton, Pennsylvania 18503

    Re:    *Kitzmiller, et al. v. Dover Area School District, et al.*,
             04-CV-2688 (M.D.Pa.)

Dear Clerk:

Enclosed please find the original signed Petition for Admission Pro Hac Vice and Certificate of Service with regard to the above matter along with a check in the amount of $25.00.

I have also enclosed additional copies of each document to be time-stamped and returned to me in the self-addressed stamped envelope.

Thank you for your attention to this matter. If you have any questions, please do not hesitate to call me.

Very truly yours,

THOMAS MORE LAW CENTER

*Edward L. White /pjp*

Edward L. White III•
* Admitted in Florida & Michigan

24 Frank Lloyd Wright Drive • P.O. Box 393 • Ann Arbor, Michigan 48106 • (734) 827-2001 • Fax: (734) 930-7160

04-CV-2688

```
Wed May  4 11:04:55 2005

    UNITED STATES DISTRICT COURT
    SCRANTON      , PA
Receipt No.   333 101481
Cashier       tanya
Tender Type  CHECK
Check Number: 1556
Transaction Type  C
Case No./Def No. 3:05-PB-1      /  1

D# Code    Div No     Acct
  4667        3      6855XX
Amount            $    25.00
    SP ADM EDWARD L. WHITE III 04-CV-268
8
    THOMAS MORE CENTER FOR LAW PO BOX 37
3 ANN ARBOR, MI 48106



        bn
```