# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER; et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 04-CV-2688 |
| | ) | (M.D. Pa.) |
| v. | ) | Hon. John E. Jones III |
| | ) | |
| DOVER AREA SCHOOL DISTRICT; et al., | ) | **Defendants' Motion For A Protective Order** |
| | ) | |
| Defendants. | ) | |

Defendants, Dover Area School District, and Dover Area School District Board of Directors, through counsel, hereby motion that the Court enter a

1

Protective Order barring the Plaintiffs from securing the draft of the work-in-progress that will be called *The Design Of Life*, or inquiring into private communications between Defendants' expert, William Dembski, and individuals who have collaborated with him in connection with the production of that draft or his other efforts to promote Intelligent Design Theory, including his private communications with officers, employees, agents, and supporters of the Foundation for Thought And Ethics ("FTE") or other individuals Dembski communicates with in connection with his association with (and work for) the FTE. In support of the motion Defendants rely upon the memorandum of law submitted herewith and the declaration and exhibits attached thereto. I certify that I have conferred with opposing counsel and they have declined to consent to the relief requested herein.

Dated: May 4, 2005

_____
Patrick T. Gillen (P47456)*
Richard Thompson (P21410)*
Robert J. Muise (P62849)*
THOMAS MORE
LAW CENTER
24 Frank Lloyd Wright Drive
PO Box 393
Ann Arbor, Michigan 48106
(734) 827-2001
*Attorneys for Defendants*
  **admitted pro hac vice*

By:_____
    Ron Turo
    Turo Law Offices
    29 South Pitt Street
    Carlisle, PA 177013