# EXHIBITS TO
# MEMORANDUM IN SUPPORT OF DEFENDANTS'
# MOTION FOR PROTECTIVE ORDER

Declaration of William A. Dembski ...................................................................................... 1

William A. Dembski Expert Report ..................................................................................... 1A

Letter to Patrick Gillen from Eric Rothschild dated April 8, 2005 ..................................... 1B

Letter to Jon Buell from Eric Rothschild dated April 22, 2005 .......................................... 1C

Plaintiff's Responses to Defendants' First Set of Interrogatories Directed to
    Plaintiff Christy Rehm .................................................................................................... 2

Barbara Forrest Expert Report ............................................................................................... 3