# EXHIBT 3

Part 2

**D. Intelligent design as a continuation of traditional American creationism.** My research, exemplified by the information above, reveals ID to be the newest variant of traditional creationism. The general elements of creationism are **(1)** belief in the creation of the universe and (usually) continuing divine intervention by a supernatural being; **(2)** staunch antievolutionism based on theological, ideological, moral and political grounds; **(3)** rejection of established scientific methodology and the lack of any methodology or empirical data to support their own claims; and **(4)** the explicit or implicit grounding of anti-evolutionism in scripture. ID meets all of these criteria, as shown in the following examples:

**(1)** An early CRSC website announced that "today new developments in biology, physics, and artificial intelligence are raising serious doubts about scientific materialism and re-opening the case for the supernatural."[99] **(2)** The "Wedge Strategy" document expresses the ID movement's opposition to evolution for a number of reasons, none of them scientific: "Debunking the traditional conceptions of both God and man, thinkers such as Charles Darwin, Karl Marx, and Sigmund Freud portrayed humans not as moral and spiritual beings, but as animals or machines who inhabited a universe ruled by purely impersonal forces and whose behavior and very thoughts were dictated by the unbending forces of biology, chemistry, and environment. This materialistic conception of reality eventually infected virtually every area of our culture, from politics and economics to literature and art."[100] **(3)** Despite ID proponents' rejection of the naturalistic methodology of science, William Dembski has admitted that the ID movement has produced no science of its own: "Because of ID's outstanding success at gaining a cultural hearing, the scientific research part of ID is now lagging behind."[101] (See IV. H. below for more discussion of ID proponents' failure to do scientific research.) **(4)** And although ID proponents for the most part are not biblical literalists, they do ground their views in scripture; they have simply substituted the New Testament Gospel of John for the Old Testament Book of Genesis as the ground of ID in keeping with Phillip Johnson's desire to unite creationists of all kinds around the minimalist concept of "mere creation." Rejecting the power of natural selection to "produce a plant or animal," Johnson appeals to the Bible: "'I looked for the best place to start the search [for the source of life on Earth] . . . and I found it in the prologue to the Gospel of John: 'In the beginning was the Word.'"[102] Dembski echoes Johnson's invocation of this New Testament

---

[99] See Center for the Renewal of Science and Culture, "Life After Materialism," at http://web.archive.org/web/19961103063546/www.discovery.org/crsc.html. Accessed on March 14, 2005.

[100] See "The Wedge Strategy."

[101] See William A. Dembski, "Becoming a Disciplined Science: Prospects, Pitfalls, and Reality Check for ID," at www.designinference.com/documents/2002.10.27.Disciplined_Science.htm. Accessed on March 14, 2005.

[102] See John Perry, "Courtly Combatant," *World*, December 13, 2003, at http://arn.org/docs2/news/JohnsonDaniel121303.htm. Accessed on March 14, 2005.

verse when he calls ID "the Logos of John's Gospel restated in the idiom of information theory."[103]

In addition to these elements of creationism, ID shares another characteristic with its creationist forebears, namely, the rejection of theistic evolution., i.e., the view that God used natural, evolutionary processes to create Earth's life forms. The YEC Institute for Creation Research considers theistic evolution an unacceptable compromise with evolutionary theory: "There is no harmonizing or fence-straddling here; one must make a choice between holding to theistic evolution or believing the plain statements in the Bible."[104] Dembski likewise asserts that *"Design theorists are no friends of theistic evolution."*[105] (emphasis in original)

There is much additional evidence of ID's being the newest variant of American creationism. In the mid-1990s, when the Center for the Renewal of Science and Culture was established and the ID movement needed funding and supporters, revealing the movement's true nature was important. The Wedge had not yet taken a high public profile, and ID proponents were candid about their identity. In a 1995 article in the Moody Bible Institute's *Moody Magazine*, Mark Hartwig, a managing editor for the Foundation for Thought and Ethics who later became a CRSC fellow, openly referred to ID as creationism. Recalling the Wedge's 1992 conference at Southern Methodist University, Hartwig observed that "creationists and evolutionists met as equals to discuss serious intellectual questions" and added, "Creationists are still far from winning, but they believe things are getting better."[106] (A sidebar to this article cites *Of Pandas and People* as a recommended ID resource.) In 1996, founding Wedge member Jonathan Wells (see IV. F. below), asserting that "the most vocal advocates of design in the creation-evolution controversies . . . are creationists rather than theistic evolutionists," referred explicitly to "creationists such as law professor Phillip E. Johnson."[107] Johnson himself, when asked in 2000 by *Nightline*'s Ted Koppel "whether this modern theory that you were citing to me is in fact 50 years older than the Darwinian theory," responded, "The idea of divine creation, which is what I'm talking about, [is] that there is an intelligence behind life."[108]

---

[103] William A. Dembski, "Signs of Intelligence: A Primer on the Discernment of Intelligent Design," *Touchstone*, July-August 1999, 84.

[104] See Richard Niessen, "Theistic Evolution and the Day-Age Theory, *Impact* (March 1980), Institute for Creation Resarch, at www.icr.org/pubs/imp/imp-081.htm. Accessed on March 14, 2005.

[105] See William A. Dembski, "What Every Theologian Should Know About Creation, Evolution and Design," at www.origins.org/articles/dembski_theologn.html. Accessed on March 31, 2005.

[106] See Mark Hartwig, "Challenging Darwin's Myths," *Moody Magazine*, May 1995, at www.apologetics.org/articles/myths.html. Accessed on March 14, 2005.

[107] See Jonathan Wells, "Issues in the Creation-Evolution Controversies," *World and I*, January 1996, at www.worldandi.com/public/1996/january/ar6.cfm. Accessed on March 31, 2005.

[108] See Forrest and Gross, *Creationism's Trojan Horse*, 273-74.

**E.  Religious nature of ID as demonstrated by statements of its proponents.** Statements such as Johnson's indicate clearly that ID's essence is fundamentally religious. When combined with Johnson's assertion that the "defining concept" of the ID movement is "theistic realism" (see IV. F. below), the case for ID as religious, based on the statements of its own leaders, is undeniable. But there are additional statements that add even more weight to the case for ID as a religious belief.[109] In a 1999 article in *Touchstone* magazine about detecting intelligent design in nature, Dembski concluded by pointing to ID's foundation in the New Testament Gospel of John: "The world is a mirror representing the divine life. The mechanical philosophy was ever blind to this fact. Intelligent design, on the other hand, readily embraces the sacramental nature of physical reality. Indeed, intelligent design is just the Logos of John's Gospel restated in the idiom of information theory."[110] Nancy Pearcey ties ID not only to religion but specifically to Christianity:

> By uncovering evidence that natural phenomena are best accounted for by Intelligence, Mind, and Purpose, the theory of Intelligent Design reconnects religion to the realm of public knowledge. It takes Christianity out of the sphere of noncognitive *value* and restores it to the realm of objective *fact*, so that it can once more take a place at the table of public discourse. Only when we are willing to restore Christianity to the status of genuine knowledge will we be able to effectively engage the "cognitive war" that is at the root of today's culture war.[111] (emphasis in original)

**The religious foundations of the Wedge Strategy.** The Wedge Strategy is being directed from the Discovery Institute, a Seattle think tank. Although the Discovery Institute avows that it is a secular organization, its major activity, promoting ID, is being carried out for demonstrably religious reasons, as I have shown. Indeed, the Discovery Institute's religious agenda would be difficult to conceal. In *Religion and Public Life in the Pacific Northwest: The None Zone*, Pacific Lutheran University religion professor Patricia O'Connell Killen says that "religiously inspired think tanks such as the conservative evangelical Discovery Institute, are all part of the religious landscape."[112]

---

[109] In order to show the nature of ID as religious belief, I have also supplemented the empirical data of the kind I present here with more extensive conceptual analysis. For example, I examine the implications of ID leaders' rejection of both methodological and philosophical naturalism. See Gey, Brauer, and Forrest, "Is It Science Yet? Intelligent Design Creationism and the Constitution," at II. C. 5, n. 22.

[110] See Dembski, "Signs of Intelligence," 84.

[111] See Nancy R. Pearcey, "Darwin Meets the Berenstain Bears: The Cultural Impact of Evolution," *Uncommon Dissent: Intellectuals Who Find Darwinism Unconvincing*, ed. William A. Dembski (Wilmington, DE: ISI Books, 2004), 73.

[112] See Patricia O'Connell Killen, "Conclusion: Religious Futures in the None Zone," in *Religion and Public Life in the Pacific Northwest: The None Zone*, ed. Patricia O'Connell Killen and Mark Silk (New York: Rowman and Littlefield, 2004), 182.

The religious loyalties of ID leaders are the chief factor in the coalescence of the initial group of ID proponents  after the *Edwards* ruling.[113] (See IV. A.) Phillip Johnson's post-*Edwards* rejection of the naturalistic definition of science, which he blamed for the creationists' defeat in *Edwards* (see IV. B.), provided the initial ideological framework of the Wedge Strategy. Although anti-naturalism is a longstanding component of creationism, Johnson has made it a central feature of ID creationism, extending his criticism of it into virtually everything he writes. He refuses to accept the naturalistic methodology of science even as a procedural protocol (methodological naturalism). Instead, he persistently conflates science's necessary methodological limitations with the metaphysical position that nothing exists beyond the natural world (philosophical naturalism), and he rejects both, positing a causal connection between naturalistic science and the "triumph of materialism" that the Wedge Document decries. According to ID proponents, the materialistic nature of science has led to the moral decay of society: "The cultural consequences of this triumph of materialism were devastating. Materialists denied the existence of objective moral standards, claiming that environment dictates our behavior and beliefs."[114] The Wedge Strategy was developed to reverse these consequences.

The original name of the Discovery Institute subsidiary formed to execute the strategy, the Center for the Renewal of Science and Culture (now the Center for Science and Culture—CSC), reflects the Wedge Strategy's ultimate goal of "Cultural Confrontation & Renewal," to be accomplished by replacing materialistic science "with a science consonant with Christian and theistic convictions." Consistent with the Wedge's religious mission, the CSC's funding comes from conservative Christian individuals and organizations that provide financing for evangelical programs. The Maclellan Foundation and the Stewardship Foundation are major organizational contributors.[115] The major individual donor has been millionaire Howard Ahmanson, who has funded the CSC through his organization, Fieldstead and Company. For more than two decades, Ahmanson served on the board of directors and helped fund the Chalcedon Foundation, a Christian Reconstructionist organization. Christian Reconstructionism favors, among other things, capital punishment for blasphemy and homosexuality. Ahmanson's purpose in funding his chosen organizations is, in his words, "total integration of biblical law into our lives."[116]

---

[113] Johnson recently announced his formation of a "Second Wedge" that consists of "creative writers and other artistic people, because it is illogical that literature and the arts should be dominated by materialist ideas that lead to nihilism and despair. It is not only scientists who need to be liberated from the straitjacket of materialism." See "Interview: The Measure of Design," 65 (at n. 50).

[114] See "The Wedge Strategy."

[115] For information on CSC's funding and a description of its sources, see Forrest and Gross, *Creationism's Trojan Horse*, 22-23, 148-50, 264-67.

[116] For a detailed article on Ahmanson, see Max Blumenthal, "Avenging Angel of the Religious Right," *Salon*, January 6, 2004, at www.salon.com/news/feature/2004/01/06/ahmanson/index_np.html. Accessed on March 17, 2005. For a discussion of Christian Reconstructionism and Ahmanson's ties to it, see Forrest and Gross, *Creationism's Trojan Horse*, 169, 266-67.

Ahmanson no longer serves on the Chalcedon board; he is now on the Discovery Institute's board of directors.[117]

The Wedge's progress toward its cultural goals can be measured not by its effect on science (since its effect on science is nil) but by the amount of publicity ID proponents have managed to generate and by the results of their efforts so far to influence state science standards, local school board policies, textbook adoption, etc. The Wedge Strategy's five-year goal of "thirty published books on design and its cultural implications" has been met, with new books being published at a fairly steady rate.[118] Numerous newspaper and magazine articles have been written about ID.[119] The Wedge's grassroots networking throughout the country has generated pro-ID activity in forty states over the last four years.[120] The current dispute over state science standards in Kansas is a prominent example of such activity.[121]

## F.  Major Wedge leaders at the Center for Science and Culture.

**Phillip E. Johnson: Wedge leader and CSC advisor**. In explaining what led him to undertake his anti-evolution effort, Phillip Johnson has pointed to personal difficulties that resulted in his religious conversion and subsequent efforts to counteract what he perceives as the morally degenerative influence of evolution in American culture.[122] (Johnson's view here is not unique.

───────────────────

[117] See Ahmanson's Discovery Institute biosketch at www.discovery.org/scripts/viewDB/index.php?command=view&id=23&isFellow=true. Accessed on March 18, 2005.

[118] See a selection of ID books on the Access Research Network website at www.arn.org/arnproducts/bookinfo.htm. Accessed on March 15, 2005.

[119] See a list of hyperlinks to such articles on the Discovery Institute website at www.discovery.org/moreArticles.php?programs=CSC%20-%20Views%20and%20News. Accessed on March 15, 2005.

[120] See Chris Mooney, "State Your Case," *Doubt and About*, Committee for the Scientific Investigation of Claims of the Paranormal, at www.csicop.org/doubtandabout/anti-evolution/. Accessed on March 15, 2005. This figure comes from the National Center for Science Education, which has produced map graphics indicating which states have been affected. On file with the National Center for Science Education.

[121] See Forrest and Gross, *Creationism's Trojan Horse*, ch. 8, for a discussion of past problems in Kansas and other states. See also the website of Kansas Citizens for Science for information on the current dispute, which is actually an extension of the problem that began in 1999, when creationists deleted evolution from state science standards. KCFS "Updates" provides information on the current problems stemming from the Wedge's activity in Kansas at www.kcfs.org/cgi-bin/ultimatebb.cgi?ubb=forum;f=2. Accessed on March 29, 2005.

[122] See an example of Johnson's sentiments in Perry, "Courtly Combatant":

Taking Christian morality out of the culture is the logical consequence of the acceptance of Darwinism [according to Johnson]. That has led to no-fault divorce, legalized abortion, a pro-homosexuality agenda, and all the other tragedies of Darwinist moral relativism. If creation is random and purposeless, all truth is relative and God is rightly "relegated to the Never-never Land of Zeus and Santa Claus." Mr. Johnson explains, "Once God is culturally determined to be imaginary, then God's morality loses its foundation and withers away. It may stay

The belief that evolution is the source of moral decline in America is a traditional creationist complaint.) Johnson's central objection, however, is that "evolutionary naturalism" is a threat to religious faith. He believes that it displaces God as the primary explanation of the origin and development of life and thus deprives human life of meaning and purpose: "[T]he Darwinian theory of evolution contradicts not just the book of Genesis, but every word in the Bible from beginning to end. It contradicts the idea that we are here because a Creator brought about our existence for a purpose. This is the first thing I realized, and it carries tremendous meaning."[123] He has written extensively about what he sees as a scheme by the "scientific priesthood": "Scientists want the public to accept a naturalistic picture of evolution because then they think the public will trust the scientific priesthood to solve all problems and will finance them."[124] Spurred by such sentiments, Johnson became the catalyst for the development of the Wedge Strategy in the early 1990s (see IV. A.).

Although Johnson, like other ID proponents, presents ID to mainstream audiences and to educational policymakers as a scientific alternative to evolution, he has often revealed ID's true nature and goals much more candidly. In 1996, Johnson admitted, "*This [issue] isn't really, and never has been, a debate about science. . . . It's about religion and philosophy*."[125] (emphasis added) According to Johnson, ID is about acknowledging the existence of God: "My colleagues and I speak of '*theistic realism*'—or sometimes, 'mere creation'—as the *defining concept of our movement*. This means that we affirm that God is objectively real as Creator, and that the reality of God is tangibly recorded in evidence accessible to science, particularly in biology."[126] (emphasis added) As recently as summer 2004 in *Touchstone*, a "Journal of Mere Christianity," Johnson stated candidly that the "fundamental issue" concerning ID is "whether God is real or imaginary."[127] Johnson's desire to promote religion as central to the regeneration of American culture is the foundation of his plan to use ID to unify the religious world, as he announced at an

---

standing for a historical moment without a foundation until the winds of change blow hard enough to knock it over, like [a cartoon character] staying suspended for an instant after he runs off the cliff. We're at the end of that period now."

[123] See Phillip Johnson, "How the Evolution Debate Can Be Won," at www.coralridge.org/specialdocs/evolutiondebate.asp. Accessed on March 15, 2005.

[124] See Marla Freeman, "Surviving Darwinism," *San Francisco Chronicle*, December 19, 1997, A25, at www.arn.org/docs/fline1297/fl_freeman.htm. Accessed on March 15, 2005.

[125] See Jay Grelen, "Witnesses for the Prosecution," *World*, November 30, 1996, at www.worldmag.com/displayarticle.cfm?id=374. Accessed on March 15, 2005.

[126] See Phillip E. Johnson, "Starting a Conversation About Evolution," Access Research Network (1996), at www.arn.org/docs/johnson/ratzsch.htm. Accessed on March 9, 2005.

[127] See "Interview: The Measure of Design," 63.

ID creationism conference in 2001.[128] Moreover, he sees his mission in promoting ID as central to the preservation of Christianity itself:

> [Johnson] continues, "When we speak of **God, Jesus, the resurrection,** are we speaking of things that really happened or the things that occur only in a mythical land called religious belief? *If the God of the Bible really is our creator, cares about us and what we do, then our culture has made a terrible mistake in turning away from this God* because we haven't just changed a religious belief, we have repudiated reality."

> Phillip Johnson has made it his mission to correct that mistake and the wrong-headed thinking that led to it. He speaks all over the country, [and] heads the Wedge (an organization dedicated to promoting the Intelligent Design theory). . .[129] (emphasis added)

**William A. Dembski: Wedge leader and CSC fellow.**[130] William Dembski traces his involvement in the ID issue to a college experience in which he shared his Christian witness with two seminary students whose faith, according to Dembski, had been shaken by their seminary's instructing them that modern science had undermined the Bible's veracity.[131] Although he believes that some parts of Genesis should be read figuratively rather than literally (a reflection of his status as an old-earth creationist), Dembski rejects human evolution in favor of the special creation of humans by God.[132] In 1996, he asserted, "I do believe that organisms have undergone some change in the course of natural history (though I believe that this change has occurred within strict limits and that human beings were specially created)."[133] Dembski elaborates in detail on his rejection of human evolution in an essay for the upcoming revision of

---

[128] Philip Johnson, "The State of the Wedge," delivered at the Darwin, Design, and Democracy II symposium, June 29, 2001, audiocassette. On file with Barbara Forrest. See also Forrest and Gross, *Creationism's Trojan Horse*, 315.

[129] See Perry, "Courtly Combatant."

[130] See Dembski's Center for Science and Culture biosketch at www.discovery.org/scripts/viewDB/index.php?command=view&id=32&isFellow=true. Accessed on March 16, 2005. See also Forrest, *Creationism's Trojan Horse*, ch. 5 and 9, for more detailed discussion of Dembski.

[131] See Forrest and Gross, *Creationism's Trojan Horse*, 293.

[132] See Peter Smith, "Seminary Site to Explore Cosmic Designer Concept," *Louisville Courier-Journal*, February 20, 2005, at www.courier-journal.com/apps/pbcs.dll/article?AID=/20050220/NEWS01/502200431. Regarding the age of the earth, Dembski says, "There's no need . . . to challenge the standard chronologies scientists have assigned to these events (e.g., 12 or so billion years for the age of the universe and 4.5 billion years for the age of the earth)." See William A. Dembski, "Teaching Intelligent Design—What Happened When? A Response to Eugenie Scott," *Metaviews*, February 22, 2001, at www.arn.org/docs/dembski/wd_teachingid0201.htm. Accessed on March 29, 2005.

[133] See Dembski, "What Every Theologian Should Know About Creation, Evolution, and Design." Dembski's acceptance of changes in organisms only within "strict limits," i.e., microevolution, is a reference to the creationist rejection of macroevolution. This rejection reflects the biblical view that God created "kinds" of plants and animals and that changes occur only within these kinds.

*Of Pandas and People* entitled *The Design of Life*: "[W]hen one examines the actual data and arguments, the case for human evolution becomes less obvious. . . . [O]ne can argue . . . that our common ancestor with *Australopithecus africanus* is more recent than our common ancestor with *Australopithecus afarensis*, and that this common ancestor, in turn, is more recent than our common ancestor with *Australopithecus anamensis*. But, again, this reasoning is based on the assumption that humans evolved in the first place."[134]

Like Johnson, Dembski sees evolution as a threat to religious, and specifically Christian, faith. He believes defending Christianity against "Darwinism" to be his task as a Christian apologist, as he stated in 2002: "The job of apologetics is to clear the ground, to clear obstacles that prevent people from coming to the knowledge of Christ. . . . And if there's anything that I think has blocked the growth of Christ [and] the free reign of the Spirit and people accepting the Scripture and Jesus Christ, it is the Darwinian naturalistic view. . . . It's important that we understand the world. God has created it; Jesus is incarnate in the world."[135] In 2005, Dembski reiterated the importance of ID to Christianity in responding to criticism from YEC Henry Morris that ID, as Dembski paraphrased Morris, "was not faithful to the full Christian revelation."[136] He defends ID as "part of God's general revelation" even while asserting that "no one in the ID movement claims that ID is the Gospel." (Dembski actually did, in effect, say this when he asserted that ID is the "Logos of John's Gospel restated in the idiom of information theory." See IV. E.) Despite his declaration that ID "can be understood apart from the Bible," Dembski then stresses ID's value as a "ground-clearing operation" which, once it "rid[s] us of this ideology [of materialism], . . . opens the path for people to come to Christ."[137] Finally, defending ID against Morris's charge that ID is "ineffective" at convincing evolutionists of their errors, Dembski cites ID's power to bring about religious conversions: "Take, for instance, the well-known former atheist Antony Flew, whose conversion to theism (albeit a weak form of it) recently made international news. What did Flew cite as a key factor in his conversion? Not creationism but rather design-theoretic arguments for the intelligent origin of life."[138]

---

[134] See William A. Dembski, "Reflections on Human Origins," version 2.1, August 18, 2004, 2-3, at www.designinference.com/documents/2004.06.Human_Origins.pdf. Forthcoming in *The Design of Life* (revised version of *Pandas*).

[135] See Steve Benen, "The Discovery Institute: Genesis of 'Intelligent Design,'" *Church and State*, May 2002, at www.au.org/site/News2?page=NewsArticle&id=5582&abbr=cs_. Accessed on March 15, 2005.

[136] See William A. Dembski, "Intelligent Design's Contribution to the Debate over Evolution: A Reply to Henry Morris," at www.designinference.com/documents/2005.02.Reply_to_Henry_Morris.htm. See also Morris's criticisms of ID in Jonathan Sarfati, "ID Theorist Blunders on Bible," Answers in Genesis, February 7, 2005, at www.answersingenesis.org/docs2005/0207dembski.asp. Accessed on March 15, 2005.

[137] See Dembski, "Intelligent Design's Contribution to the Debate over Evolution."

[138] There is some uncertainty as to the precise status of Flew's conversion, mostly because of Flew's own uncertainty about what he currently believes. The point, however, is not whether Flew's conversion is genuine but that Dembski attributes it to ID. See Richard Carrier, "Antony Flew Considers God—Sort Of," *Secular Web Kiosk*, at www.secweb.org/asset.asp?AssetID=369. Accessed on March 15, 2005.

**Dembski's view of ID as Christian apologetics.** Dembski has always seen his promotion of ID as an integral part of his role as a Christian apologist (see definition of apologetics in I. A.). As a Princeton Theological Seminary student in the mid-1990s, he began a student movement to reintroduce the study of apologetics into the curriculum PTS. He wrote essays that he later incorporated into a 2001 book, *Unapologetic Apologetics: Meeting the Challenges of Theological Studies*, which he edited with his Wedge colleague Jay Wesley Richards and to which Phillip Johnson contributed the foreword. Calling Dembski and Richards "Christian revolutionaries," Johnson assures readers that  the "intelligent design (or 'mere creation') movement" stands behind their student movement. Two recent articles reconfirm Dembski's continuing commitment to promoting ID as a way to shore up the defense of Christianity. In June 2005, he will become director of the newly established Center for Science and Theology at the Southern Baptist Theological Seminary in Louisville, KY. The September 16, 2004, *BP [Baptist Press] News* quotes Dembski's affirmation of his apologetics commitment:

> Theology, [Dembski] said, underpins all of his views of science and intelligent design. "I started out as a straight research mathematician but got into these questions of philosophy and theology because I was so exercised in my spirit about the unbelief I saw in the academy [and] why it seemed so reasonable to disbelieve the Christian faith." Dembski said. ***That is really what motivated me to work on Christian worldviews and apologetics and it is in the background of my work on intelligent design as well.*** Theology is where my ultimate passion is and I think that is where I can uniquely contribute. . . . I think the opportunity to deal with students . . . is going to be important because science has been such an instrument used by the materialists to undermine the Christian faith and religious belief generally."[139] (emphasis added

A February 20, 2005, article in the Louisville, KY, *Courier-Journal* points to Dembski's college religious conversion as the beginning of his rejection of evolution and credits his promotion of ID for his "winning admirers among conservative Christians, who see his views as bolstering their belief in a creator God."[140] Dembski himself sees his new job, where his duties include training ministers, as "an opportunity to mobilize a new generation of scholars and pastors not just to equip the saints but also to engage the culture and reclaim it for Christ." His job at the seminary will serve to further execute the Wedge Strategy since it comprises two of the strategy's stated goals: "to build up a popular base of support among our natural constituency, namely, Christians," and to bring it about that "seminaries increasingly recognize and repudiate naturalistic presuppositions."

Dembski has also promoted ID to his religious audience in a major book, *Intelligent Design: The Bridge Between Science and Theology*. He speaks in overtly Christian language as he explains ID to his readers. Telling them that "any view of the sciences that leaves Christ out of the picture must be seen as fundamentally deficient," he stresses that "Christ is never an *addendum* to a scientific theory but always a *completion*" and that "the conceptual soundness of a scientific

---

[139] See Jeff Robinson, "Dembski to Head Seminary's New Science and Theology Center," *BP News*, September 16, 2004, at www.bpnews.net/bpnews.asp?Id=19115. Accessed on March 16, 2005.

[140] See Smith, "Seminary Site to Explore Cosmic Designer Concept."

theory cannot be maintained apart from Christ."[141] (emphasis in original) Moreover, Dembski indicates that ID depends upon the reality of miracles when he criticizes 17th-century philosopher Benedict Spinoza and 18th-century philosopher and theologian Friedrich Schleiermacher for rejecting them: "By rendering miracles incoherent Spinoza and Schleiermacher undercut all nonnaturalistic [Dembski's euphemism for supernatural] modes of divine activity and thereby rendered design incoherent as well." Dembski points out the consequences for ID of the elimination of miracles when he laments that "the idea that God could act identifiably as a designing intelligence was lost" along with them.[142]

**Identification of the intelligent designer as God.** Dembski, like all other ID proponents, rejects naturalism both as the methodology of science and as metaphysics. This rejection is a clear indication of the supernaturalism of ID since supernaturalism is the only conceptual alternative to naturalism. Dembski has on various occasions specified not only the supernaturalism of the designer but also the designer's identity as God. In 1992 (the early days of the Wedge, when ID proponents selected their terminology less strategically), he wrote in an article for the Wedge's first conference that any intelligent being who could perform feats such as providing humans with answers to intractable mathematical problems, communicating a cure for AIDS, and warning of natural disasters years before they occur would be a "supernatural intelligence." Dembski explained the purpose of his argument: "I want here to examine scientific naturalism. I am going to argue that this view has a serious defect—it is *incomplete*. As a consequence of this defect I shall argue that it is legitimate within scientific discourse to entertain questions about *supernatural design*."[143] (emphasis added) Yet in 2000, when addressing the relatively mainstream audience of the *Metaviews* website, Dembski stated that "taken strictly as a scientific theory, intelligent design refuses to speculate about the nature of this designing intelligence."[144] Such denials are meaningless since no scientific theory of ID exists. In *The Design Revolution*, reiterating to his ID followers his rejection of naturalism because it "allows no place for intelligent agency," he identifies the designer as God: " Theism (whether Christian, Jewish or Muslim) holds that God by wisdom created the world. The origin of the world and its subsequent ordering thus result from *the designing activity of an intelligent agent—God*."[145] (emphasis added)

---

[141] See Dembski, *Intelligent Design: The Bridge Between Science and Theology*, 206-210.

[142] See Dembski, *Intelligent Design: The Bridge Between Science and Theology*, 50-51.

[143] See William A. Dembski, "The Incompleteness of Scientific Naturalism," written for symposium entitled *Darwinism: Scientific Inference or Philosophical Preference?*, Southern Methodist University, March 26-28, 1992, at www.leaderu.com/orgs/fte/darwinism/chapter7.html. Accessed on March 31, 2005.

[144] See William A. Dembski, "Intelligent Design Is not Optimal Design," *Metaviews*, February 2, 2000, at www.leaderu.com/offices/dembski/docs/bd-optimal.html. Accessed on March 16, 2005.

[145] See William A. Dembski, preface to *The Design Revolution* (Downers Grove, IL: InterVarsity Press, 2004), 22, at www.gospelcom.net/ivpress/title/exc/2375-P.pdf. Later in this preface, Dembski attempts to disconnect ID from religion: "Intelligent design has theological implications, but it is not a theological enterprise. Theology does not own intelligent design. Intelligent design is not an evangelical Christian thing, or a generically Christian thing or even a generically theistic thing" (25). Aside from the evidence of ID's intrinsic religiosity already cited in this

**Jonathan Wells, Wedge leader, CSC fellow, and Unification Church leader.**[146] The anti-evolution efforts of Jonathan Wells, a founding Wedge member, reflect the influence of Rev. Sun Myung Moon, leader of the Unification Church, whom Wells calls "Father." Wells recounts Moon's urging him to earn a second Ph.D. in biology after first earning one in theology: "Father's words, my studies, and my prayers convinced me that I should devote my life to destroying Darwinism."[147] A Unification Church article about Wells reveals the expectation that his two degrees qualify him not only to attack evolution but also to engage in apologetics on its behalf as Dembski does for Christianity:

> Now, equipped with doctorates in theology and biology from Yale University and U.C. Berkeley respectively, he is uniquely qualified to carry his plan to fruition. The ambitious plan which began to take shape in 1976 [when Wells was a student at the Unification Theological Seminary] can be stated today with precision and conviction; "To defend and articulate Unification theology especially in relation to Darwinian evolution," [Wells] said. It was a plan which took its first steps in his UTS thesis. . . . That second Ph.D. in biology from the University of California at Berkeley has been invaluable in helping Dr. Wells to fulfill his goal. With his academic credentials he is in a uniquely powerful position to attack Darwinian evolution. . . .[148]

However, despite having earned genuine academic credentials in biology in 2000, Wells does no scientific research, as he admitted in 2001: "My current research is limited to reviewing the scientific literature. I am not now doing laboratory research. I have begun several interesting experimental projects, but they are on hold until the current [ID] controversy is resolved."[149] Since he completed his Ph.D. in biology, he has promoted ID full time, a promotion that includes aggressively publicizing his ID book *Icons of Evolution*.[150]

---

report, such as Dembski's "ID as Logos" comment, such disavowals are, again, meaningless without a genuinely scientific theory of ID. Dembski's disavowal of ID's religiosity therefore serves a purely rhetorical purpose for him. Aside from the remarks included in this note, Dembski's preface is permeated with talk of God and the anti-naturalism that is a standard feature of ID creationism.

[146] See Wells's Center for Science and Culture biosketch at www.discovery.org/scripts/viewDB/index.php?command=view&id=41&isFellow=true. Accessed on March 16, 2005. See also Forrest and Gross, *Creationism's Trojan Horse*, ch. 5, for more detailed discussion of Wells.

[147] See Jonathan Wells, "Darwinism: Why I Went for a Second Ph.D.," True Parents website (Unification Church), at www.tparents.org/library/unification/talks/wells/DARWIN.htm. Accessed on March 29, 2005.

[148] See "Dr. Jonathan Wells Returns to UTS," True Parents (Unification Church) website, at www.tparents.org/library/unification/publications/cornerst/cs970506/cst_dr-jonathan.html. Accessed on March 16, 2005.

[149] See "Interview with Jonathan Wells, January 2001," Intelligent Design Undergraduate Research Center, at http://web.archive.org/web/20040215023530/http://www.idurc.org/wellsinterview2001.shtml. Accessed on March 16, 2005.

[150] See a review of *Icons of Evolution* by Alan Gishlick at the National Center for Science Education's website at www.ncseweb.org/icons/. Accessed on March 16, 2005.

**Stephen C. Meyer, Wedge leader and CSC Program Director.**[151] Meyer is the co-author, with Mark Hartwig, of the "Note to Teachers" in the 1993 edition of *Pandas*, where he and Hartwig deny that ID is religion, contradicting Meyer's statement in 1995 (see below in this section) that he became interested in the "origins debate" because it is theistic.[152] He is also co-author of a law review article contending that *Edwards* does not apply to ID because ID is science rather than creationism.[153] Meyer, a philosopher and historian of science, has played an integral role in the ID movement and the founding of the Wedge. He met Phillip Johnson in 1987 when Johnson was on sabbatical in England and Meyer was working on his Ph.D. in the history of science at Cambridge.[154] However, philosopher of science Robert T. Pennock points out that Meyer "had already published an attack on evolution that charged it is based upon naturalistic assumptions—the centerpiece of the ID attack that Philip Johnson would begin to press in 1991—even before he was introduced to Johnson in 1987."[155]

Although an integral part of the Wedge Strategy from the beginning, only in the last few years has Meyer taken a high public profile in promoting ID. One example is his appearance before the Ohio Board of Education in March 2002. ID proponents had explicitly asked the Ohio Board of Education to include "intelligent design theory" in Ohio's new science standards.[156] The ensuing controversy prompted Meyer and Bruce Chapman, president of the Discovery Institute, to change their strategy to merely asking that the board allow teachers to "teach the controversy" concerning evolution.[157] (See "Strategic use of terminology" in IV. G. below.) A recent

---

[151] See Meyer's Center for Science and Culture biosketch at www.discovery.org/scripts/viewDB/index.php?command=view&id=11&isFellow=true. Accessed on March 16, 2005.

[152] See Mark D. Hartwig and Stephen C. Meyer, "A Note to Teachers," in *Of Pandas and People*, 160-61.

[153] See David K. DeWolf, Stephen C. Meyer, and Mark Edward DeForrest, "Teaching the Origins Controversy: Science, Or Religion, Or Speech?" *Utah Law Review* 39 (2000), at www.arn.org/docs/dewolf/utah.pdf. Accessed on March 29, 2005.

[154] See Larry Witham, *Where Darwin Meets the Bible: Creationists and Evolutionists in America* (New York: Oxford University Press, 2002), 66-67.

[155] See Robert T. Pennock, "DNA by Design? Stephen Meyer and the Return of the God Hypothesis," in *Debating Design: From Darwin to DNA*, ed. William A. Dembski and Michael Ruse (New York: Cambridge University Press, 2004), 130-48.

[156] See Science Excellence for All Ohioans (SEAO), "The Ohio Firestorm of 2002," at www.sciohio.org/firestorm.htm. Accessed on March 29, 2005. SEAO is the Ohio ID creationist group that worked with Wedge ID proponents in an attempt to get ID inserted into the state science standards. For a detailed discussion of the Wedge's efforts in Ohio, see Forrest and Gross, *Creationism's Trojan Horse*, 227-39.

[157] See an op-ed Meyer wrote discussing this compromise, "Teach the Controversy," *Cincinnati Enquirer*, March 30, 2002, at www.arn.org/docs/meyer/sm_teachthecontroversy.htm. Accessed on March 17, 2005. For an account of this tactic and the euphemisms currently used to promote ID, see Barbara Forrest and Paul R. Gross, "Intelligent Design Has Distinctly Evolutionary Nature," *Science and Theology News*, December 2004, at www.stnews.org/archives/2004_december/books_authors_1204.html. For a more detailed version of this article, see

*Washington Post* article reports that "Meyer said he and . . . Chapman devised the compromise strategy . . . when they realized a dispute over intelligent design was complicating efforts to challenge evolution in the classroom. . . . The idea was to sow doubt about Darwin and buy time for the 40-plus scientists affiliated with the [Discovery] institute to perfect the theory."[158] The tactical shift that Meyer and Chapman made in Ohio is typical of how Wedge members have operated since beginning their efforts to influence school boards and state boards of education. An ID proponent typically makes an explicit proposal that ID be taught and then, after arousing opposition, alters the proposal's wording in an attempt to sanitize it of explicit references to ID. Meyer now appears to have made a similar tactical shift with respect to the Dover case, as reported recently in the *Seattle Times*:

> Ohio got it right, [Meyer] says, when its state Board of Education voted in 2002 to require students to learn that scientists "continue to investigate and critically analyze aspects of evolutionary theory." . . . The School Board in Dover, Pa., however, got it wrong, Meyer said, when it required instruction in intelligent design. . . . Intelligent design isn't established enough yet for that, Meyer says.[159]

Ironically, even though Meyer's statement about Dover can be plausibly viewed as made for strategic purposes, it also reflects the true status of "intelligent design theory." No scientist has yet perfected the theory, nor has any scientist produced original data to support ID. In fact, Meyer's writing on ID is notable for his recycling of old work as new work, a "cut-and-paste approach," as Pennock terms it.[160] The most salient example is Meyer's recent article in the *Proceedings of the Biological Society of Washington*, which the ID movement touts as the first ID paper to be published in a mainstream, peer-reviewed journal (see IV. H., note 193 and note 199 with accompanying text). Wesley Elsberry of the National Center for Science Education has documented this paper's identity as the fourth in a series of variants of essentially the same paper. The first version was posted in 2001 on the website of the Intelligent Design Undergraduate Research Center.[161]

---

Barbara Forrest and Paul R. Gross, "The Evolution of Intelligent Design," at www.creationismstrojanhorse.com/STNewsOnline.pdf. Accessed on March 17, 2005.

[158] See Peter Slevin, "Battle on Teaching Evolution Sharpens," *Washington Post*, March 14, 2005, A01, at www.washingtonpost.com/ac2/wp-dyn/A32444-2005Mar13?language=printer. The "40-plus scientists" are the forty-one fellows of the Center for Science and Culture. See the list of fellows at www.discovery.org/csc/fellows.php. Most of these people are not actually scientists, and among the few that are, none is an evolutionary biologist. Accessed on March 17, 2005.

[159] See Linda Shaw, "Does Seattle Group 'Teach Controversy' or Contribute to It?" *Seattle Times*, March 31, 2005, at http://seattletimes.nwsource.com/html/localnews/2002225932_design31m.html. Accessed on March 31, 2005.

[160] See Pennock, "DNA by Design?"

[161] See Wesley Elsberry, "Meyer and Déjà Vu Revisited," *Panda's Thumb*, September 26, 2004, at www.pandasthumb.org/pt-archives/000508.html. Accessed on March 17, 2005.

Meyer was attracted to ID because it is theistic, as he indicates in recalling a conference he attended: "I remember being especially fascinated with the origins debate at this conference. It impressed me to see that scientists who had always accepted the standard evolutionary story were now defending a theistic belief, not on the basis that it makes them feel good or provides some form of subjective contentment, but because the scientific evidence suggests an activity of mind that is beyond nature. I was really taken with this."[162] This conference appears to have been the 1988 conference, "Sources of Information Content in DNA," convened by Charles Thaxton, whose work Dembski credits with beginning the ID movement (see IV. A.). According to ID proponent Thomas Woodward (see I. A.), the purpose of the conference was "to explore and test Thaxton's theses—that the informational sequences of DNA yield a strong inference to intelligent causation and that scientists should have the freedom to consider the explanatory notion of *intelligent cause*."[163] (emphasis in original) So this would be the theistic idea Meyer found so attractive.

Pennock points out that Meyer does not believe there is any justification for truth claims apart from religious revelation.[164] In fact, Meyer contends that science presupposes not only the existence of a supernatural being, but a foundation in Christianity:

> Given the current and historical difficulty human philosophic systems have faced in accounting for truth as autonomous from revelation, scientists and philosophers might be most receptive to *systems of thought that find their roots in Biblical theology*. The Judeo-Christian scriptures have much to say about the ultimate source of human reason, the existence of a real and uniformly ordered universe, and the ability present in a creative and ordered human intellect to know that universe. Both the Old and New Testaments define these relationships such that *the presuppositional base necessary to modern science* is not only explicable but meaningful. Moreover, all of us would do well to reflect on the scriptural axiom that *"in Him all things hold together,"* [Colossians 1:17] and further reflect on the serious consequences to a society and culture that divorce spiritual thought not only from moral considerations *but scientific ones as well*.[165] (emphasis added)

---

[162] See "By Design: A Whitworth Professor Takes a Controversial Stand to Show that Life Was No Accident: Stephen C. Meyer Profile," *Whitworth Today*, Winter 1995, at www.arn.org/docs/meyer/sm_bydesign.htm. Accessed on March 16, 2005.

[163] See Thomas Woodward, *Doubts About Darwin: A History of Intelligent Design* (Grand Rapids, MI: Baker Books, 2003), 88. See also a list of attendees, including Meyer, in *ARN Announce*, Access Research Network, June 29, 2001, at www.arn.org/announce/announce0601no16.htm. Accessed on March 16, 2005.

[164] See Pennock, "DNA by Design?"

[165] See Stephen C. Meyer, "Scientific Tenets of Faith," *Perspectives on Science and Christian Faith* 38 (March 1986): 40-42, at www.asa3.org/ASA/PSCF/1986/JASA3-86Meyer.html. Accessed on March 17, 2005.

The "Him" to which Meyer refers is Jesus Christ.[166]

**Supporting Wedge figures (selected).** The Wedge proper consists of the forty-one fellows of the Center for Science and Culture, led by Stephen Meyer (Program Director), John G. West (Associate Director), and Phillip Johnson (Advisor). Many rarely assume a public profile in defense of ID, but several have played particularly prominent roles in the advance of the Wedge Strategy. Among these are Paul Nelson, Paul Chien, and Dean Kenyon, the creation scientist who joined the ID movement after the *Edwards* ruling.

**Paul Nelson: Wedge leader and CSC fellow.**[168] Nelson, a philosopher and founding Wedge member, is also a young-earth creationist, as pointed out above. He is an important liaison with the YEC community, whose support Phillip Johnson has sought on behalf of the ID movement. In an article entitled "Young-Earth Creationism," written with YEC and CSC fellow John Mark Reynolds, he urges fellow YECs to join forces with the ID movement. (See IV. B.) Nelson, like his fellow ID proponents, rejects theistic evolution and naturalism. He argues that "without an ability to turn to the supernatural, science will be left with hopelessly false naturalistic speculations about the reason physical objects exist."[169] Although he is a biblical literalist, he believes that the threat posed by naturalism demands that debating the question of the age of the earth take second place to forging "a truce" between YECs and OECs. Once the two groups "make common cause" in order to "establish their most basic beliefs," they can revisit their disputes over such divisive topics as the age of the earth. In fact, Nelson and Reynolds argue that *"to fail to unify with such people of goodwill [as old-earth creationists] in the assault on naturalism would not just be foolish; it would be intellectual treason."*[170] (emphasis in original)

---

[166] See this verse under the heading "The Supremacy of Christ" in the New International Version of the New Testament, which Meyer cites, at www.biblegateway.com/passage/?book_id=58&chapter=1&version=31. Accessed on March 17, 2005.

[167] See this verse under the heading "The Supremacy of Christ" in the New International Version of the New Testament, which Meyer cites, at www.biblegateway.com/passage/?book_id=58&chapter=1&version=31. Accessed on March 17, 2005.

[168] See Nelson's Center for Science and Culture biosketch at www.discovery.org/scripts/viewDB/index.php?command=view&id=45&isFellow=true. Accessed on March 17, 2005.

[169] See Paul Nelson and John Mark Reynolds, "Young-Earth Creationism," in *Three Views on Creation and Evolution*, ed. J. P. Moreland and John Mark Reynolds (Grand Rapids, MI: Zondervan Publishing House, 1999), 46.

[170] See Paul Nelson and John Mark Reynolds, "Conclusion," in *Three Views on Creation and Evolution*, ed. J. P. Moreland and John Mark Reynolds (Grand Rapids, MI: Zondervan Publishing House, 1999), 100.

**Paul Chien: Wedge member and CSC fellow.**[171] Chien, a marine biologist, is named in the "Wedge Strategy" as the scientist who will lead the Wedge's paleontology program (see IV. H. below). However, Chien has no credentials in this field. His usefulness to the Wedge lay in cultivating a relationship in the late 1990s with paleontologists in the People's Republic of China in order to gain entry into the circle of Chinese scientists studying the world-famous Chengjiang phosphate-rock fossils that have attracted attention of scientists throughout the world. These fossils were of particular interest to ID proponents because of their promotion of the "Cambrian explosion" as an example of the "abrupt appearance" of animal body plans during this period.[172] The Center for Science and Culture made the Cambrian explosion the centerpiece of an online ID curriculum for children that was available for a time on its website.[173]

Having no credentials in paleontology, Chien has never written a peer-reviewed paper on any topic in the field. Moreover, he has no interest in acquiring the credentials that would give him the scientific credibility which the ID movement attributes to him, but describes his interest in the fossils as "a hobby."[174] His anti-evolution efforts stem from his Christian beliefs, and he predicts that "Darwinian theory" will "crumble like the Berlin Wall."[175] In its online ID curriculum, the CSC depicted Chien as an authority on the Cambrian explosion among other "Featured Scientists" such as the well-known paleontologist Stephen Jay Gould.

**Dean H. Kenyon: Wedge member and CSC fellow.**[176] Kenyon's importance to the ID movement, as already explained, lies in his co-authorship of *Pandas* and his direct connection to the pre-ID creation-science movement. However, he has also been useful to the Wedge as a person whom they can portray as a victim of the scientific establishment, or the "scientific priesthood," in Phillip Johnson's words. Kenyon became the focus of attention in the early 1990s when he was disciplined by the biology department at San Francisco State University for

---

[171] See Chien's Center for Science and Culture biosketch at www.discovery.org/scripts/viewDB/index.php?command=view&id=52&isFellow=true. Accessed on March 17, 2005.

[172] See Forrest and Gross, *Creationism's Trojan Horse*, ch. 4.

[173] See Forrest and Gross, *Creationism's Trojan Horse*, 162-64.

[174] See Cecilia Yau, "The Twilight of Darwinism at the Dawn of a New Millennium: An Interview with Paul Chien," *Challenger*, February-March 2000, at www.ccmusa.org/challenger/000203/doc1.html. Accessed on March 27, 2005. See IV. C. 3. at n. 82 and accompanying text for a reference to a 2001 ID paper, "The Cambrian Explosion: Biology's Big Bang," which Chien co-authored with Wedge colleagues Stephen Meyer and Paul Nelson. This paper was not published in a peer-reviewed science journal but first appeared on the website of a student ID group, the Intelligent Design Undergraduate Research Center (IDURC). See also the Wesley Elsberry reference in note 162.

[175] Yau, "The Twilight of Darwinism."

[176] See Kenyon's Center for Science and Culture biosketch at www.discovery.org/scripts/viewDB/index.php?command=view&id=89&isFellow=true. Accessed on March 31, 2005.

teaching ID creationism in his introductory biology classes.[177] The core group of individuals who became the Wedge was coalescing at this time, and Kenyon became a symbol of their effort to unseat scientific naturalism. Stephen Meyer invoked "images from the infamous Scopes 'monkey' trial" in a 1994 op-ed about Kenyon.[178] Referring to "experiments (some performed by Mr. Kenyon himself) [that] increasingly contradicted the dominant [evolutionary] view in his field," Meyer portrayed Kenyon as a teacher who was merely trying to inform his students of "important questions about how 'naturalistic' the origin of life really was." Criticizing Kenyon's being told by his department chairman that he could not "report the negative results of research or give students his candid assessment of it," Meyer described Kenyon as "yet another casualty of America's peculiar academic fundamentalism." Yet the experimental data that Kenyon was purportedly producing that would constitute evidence of intelligent design has never been produced for inspection by the scientific community.

## G. Creationist tactic of denigrating evolution.

**Evolution as "only a theory" and ID as "alternative theory."** A notable feature of creationism is its singling out of evolution for special criticism despite the fact that evolutionary theory is at least equal in status to other well-established scientific theories (e.g., cell theory and gravitational theory). ID creationists employ the familiar creationist charge that evolution is not a fact but "only a theory," taking advantage of the popular misunderstanding of a scientific theory as nothing more than an unsupported hunch.[179] This tactic is common to both ID and earlier forms of creationism. Creationists have doubted the facticity of evolutionary theory for decades, as Wayne Frair and P. [Percival] William Davis (Kenyon's *Pandas* co-author) did in 1967: "There seems to be little justification for the popular practice of presenting unrestricted evolution as fact

---

[177] See an article about Kenyon by Eugenie Scott, director of the National Center for Science Education, "Keep Science Free from Creationism," at www.ncseweb.org/resources/articles/9437_keep_science_free_from_creatio_2_24_1994.asp. Accessed on March 17, 2005. Scott, a scientist herself, notes that although Stephen Meyer calls Kenyon a "world-class scientist," he is actually a scientist of "modest accomplishments."

[178] See Stephen C. Meyer, "Danger: Indoctrination: A Scopes Trial for the '90s," *Wall Street Journal* (Eastern edition), December 6, 1993, A14, at www.apologetics.org/articles/scopes.html. Accessed on March 18, 2005. Also available through ProQuest.

[179] The National Academy of Sciences answers the question, "Is evolution a fact or a theory?" in *Teaching About Evolution and the Nature of Science* (1998), 56:

> The theory of evolution explains how life on earth has changed. In scientific terms, "theory" does not mean "guess" or "hunch" as it does in everyday usage. Scientific theories are explanations of natural phenomena built up logically from testable observations and hypotheses. Biological evolution is the best scientific explanation we have for the enormous range of observations about the living world.
> Scientists most often use the word "fact" to describe an observation. But scientists can also use fact to mean something that has been tested or observed so many times that there is no longer a compelling reason to keep testing or looking for examples. The occurrence of evolution in this sense is a fact. Scientists no longer question whether descent with modification occurred because the evidence supporting the idea is so strong.

See this page at http://print.nap.edu/pdf/0309063647/pdf_image/56.pdf. Accessed on March 28, 2005. See also Scott, "The Nature of Science," *Evolution vs. Creationism*, 237-42.

or law. The so-called fact of evolution cannot be shown to be factual, and therefore should not be presented as such."[180]

Kenyon, as a creation scientist in his 1986 affidavit, casts doubt on the facticity of the "macroevolutionary doctrine" by writing that "there are substantial reasons for doubting the truth of this doctrine." His use of the term "doctrine" reflects the creationist charge that evolution is adhered to in the manner of a religious doctrine that is believed without evidence. He sees evolution and creation science as "alternative" theories: "It is not only my professional opinion but that of many leading evolutionist scientists, at present and in the past, that creation-science and evolution are the sole alternative explanations, although each includes a variety of approaches." A few pages later, Kenyon subordinates evolution to creation science: "In short, when all the available evidence is carefully assessed in toto, the evolutionary story of origins appears significantly less probable than the creationist view."[181]

In 1993, in the "Note to Teachers" at the end of *Pandas*, Mark Hartwig and Stephen Meyer again deny that evolution is a fact:

> In sum, then, only in the most trivial sense—change over time—can evolution be considered a fact. Far from being a legitimate reason for avoiding alternative views, the alleged "fact of evolution" underscores precisely why a book like Pandas is so necessary. If students are to achieve true scientific literacy, they must learn to distinguish fact from supposition. A curriculum that blurs this distinction serves neither the students nor society.[182]

In 2002, almost forty years after Frair and Davis denied the facticity of evolution, Phillip Johnson dispensed with the "fact or theory" question entirely by asserting that "evolution is basically a hoax."[183]

**Gaps in evolution.** Creationists charge that there are "gaps" in evolutionary theory. This charge refers both to (1) alleged gaps in the fossil record, i.e., the absence of transitional fossils or "intermediate forms," gaps that supposedly refute the Darwinian idea of common ancestry, and (2) explanatory gaps, i.e., the failure of natural explanations to account for various natural phenomena, which must therefore be explained as the work of an intelligent agent. In his 1986 affidavit, Dean Kenyon refers to gaps of both kinds. He asserts (1) that "the fossil record reflects systematic gaps between categories of organisms" and (2) that "biologic information in . . . DNA and RNA" and "new information required for the origin of significantly more complex new

---

[180] See Frair and Davis, *The Case for Creation*, 19.

[181] See Kenyon, "Affidavit," 60, 61, 70.

[182] See Hartwig and Meyer, "A Note to Teachers," 157.

[183] Phillip Johnson, interview by Hank Hanegraaff, *Bible Answer Man* radio program, February 20, 2003. Transcript on file with Barbara Forrest. For an early example of Johnson's questioning of the facticity of evolution see "Evolution as Dogma: The Establishment of Naturalism," *First Things*, October 1990, at www.arn.org/docs/johnson/pjdogma1.htm. Accessed on March 20, 2005.

species, genera, families, etc. cannot originate by naturalistic means."[184] References to such gaps are also found throughout *Pandas*. For example, Davis and Kenyon claim that gaps in the fossil record are evidence for ID and against common ancestry: "This [ID] view proposes that only the long-held expectations of Darwinian theory cause us to refer to the in-between areas [of major groups of plants and animals] as gaps. If this is so, the major different types of living organisms do not have a common ancestry."[185] They also refer to explanatory gaps with respect to "interactive systems" such as blood clotting, which "are virtually impossible to explain in terms of Darwinian evolution."[186]

Frair and Davis were making charges about gaps twenty-six years before the 1993 edition of *Pandas*. They attributed gaps in the fossil record to the creation of a "certain limited number of 'kinds' of organisms" as "recorded in the book of Genesis."[187] ID creationists still assert both that there are gaps in the fossil record and that natural explanations for certain natural phenomena are impossible in principle. Dembski charges that problems such as "the absence of transitional forms in the fossil record" and the "origin of the genetic code" are "utterly intractable" for the "mutation-selection mechanism" and for "any other undirected natural process proposed to date."[188]

**Strategic use of terminology.** Attempting to undermine the teaching of evolution and secure admission for their ideas in science classes, creationists have also resorted to techniques such as the strategic use of terminology, claiming, for example, to promote "academic freedom" and "critical thinking," or "critical analysis," which is currently one of ID's preferred terms. In 1974, YEC Henry Morris argued that teaching creationism "stimulates real thinking on the part of the student" and that "teaching evolution exclusively . . . is inimical to the principle of academic freedom."[189] In 1983, Richard Bliss argued in an article for the Institute for Creation Research that "evolution should be taught, but only when the strengths and weaknesses are discussed in comparison with the scientific merits of creation."[190]

---

[184] See Kenyon, "Affidavit," 64.

[185] See Davis and Kenyon, *Of Pandas and People*, 98.

[186] See Davis and Kenyon, *Of Pandas and People*, 141.

[187] See Frair and Davis, *The Case for Creation*, 31-32.

[188] See William A. Dembski, "Introduction: Mere Creation," in *Science, Faith, and Intelligent Design*, ed. William A. Dembski (Downers Grove, IL: InterVarsity Press, 1998), 22-23.

[189] See Morris, *Scientific Creationism*, 14-15.

[190] See Richard Bliss, "Evolutionary Indoctrination and Decision-making in Schools," *Impact*, June 1983, at www.icr.org/pubs/imp/imp-120.htm. Accessed on March 27, 2005.

ID creationists employ the same terminological techniques, as shown in a short excerpt from a legal guidebook for teachers and school officials published by the Foundation for Thought and Ethics (which produced *Pandas*) that uses several of these terms at once:

> The aim of the present casebook is . . . to ***restore academic freedom*** in the public school science classroom. *Intelligent Design in Public School Science Curricula: A Legal Guidebook* makes a persuasive case for allowing students to ***consider both the strengths and weaknesses of Darwinian theory*** as well as those of its chief scientific rival, design theory. ***To teach just one view of a controversial subject—and to teach it uncritically—constitutes indoctrination***, not education. This guidebook . . . makes a persuasive case for allowing teachers to ***teach the controversy***, including the central controversy over whether the design that biologists of all theoretical persuasions encounter in their study of living things is not just apparent but actual.[191] (emphasis added)

Such terminology is being used in an attempt to get ID into the science curriculum despite the fact that it has no scientific merit and that there is no genuine controversy over evolution in the scientific community.

## H.  ID's scientific sterility.

**No scientific research.** Phase I of the Wedge Strategy was supposed to begin with scientific research that would establish ID's scientific viability: "Phase I is the essential component of everything that comes afterward. Without solid scholarship, research and argument, the [Wedge] project would be just another attempt to indoctrinate instead of persuade."[192]  One of the Wedge Strategy's "Five Year Goals" (which was to be accomplished by 2003) is "to see intelligent design theory as an accepted alternative in the sciences and scientific research being done from the perspective of design theory." However, unlike the strategy's other goals such as publication of popular books and getting into public school science classes, all of which have been pursued vigorously, the Wedge's goal of scientific research has not been realized,  nor has it been attempted in any meaningful way. There are no peer-reviewed ID articles in which ID is used as a biological theory in mainstream scientific databases such as Medline.[193] The Wedge Strategy

---

[191] See David K. Dewolf, Stephen C. Meyer, and Mark E. DeForrest, *Intelligent Design in Public School Science Curricula: A Legal Guidebook*, Foundation for Thought and Ethics, 1999, at http://arn.org/docs/dewolf/guidebook.htm. See an ID op-ed by Stephen C. Meyer and John Angus Campbell built around the term "teach the controversy" in the *Baltimore Sun* at www.discovery.org/scripts/viewDB/index.php?command=view&id=2456&program=CSC%20-%20Views%20and%20News. For a detailed discussion of how ID creationists' terminology has evolved, see Barbara Forrest and Paul R. Gross, "The Evolution of Intelligent Design," December 2004, at www.creationismstrojanhorse.com/STNewsOnline.pdf. A shorter, unreferenced version of this article is in the December 2004 *Science and Theology News* at www.stnews.org/archives/2004_december/books_authors_1204.html. Accessed on March 28, 2005.

[192] See the "Five Year Strategic Plan Summary" in "The Wedge Strategy."

[193] See results of scientific database searches in Forrest and Gross, *Creationism's Trojan Horse*, ch. 3. Although ID creationists claim to have demonstrated ID's scientific viability with publication of two recent articles, their claim does not survive scrutiny. An article by Stephen Meyer in a legitimate science journal, *Proceedings of*

stipulates that research will be carried out by Wedge scientists, naming "Paul Chien et al." and "Douglas Axe et al." as responsible, respectively, for research in paleontology and molecular biology.[194] So far, the only two segments of Phase I to be accomplished successfully are writing and publicity, but the writing is aimed exclusively at the Wedge's popular audience, not the scientific community. The lack of scientific success persists despite the center's lucrative funding of "Research Fellowships" of $40,000-50,000 per year.[195] As far as original scientific data to support ID is concerned, ID creationists still have nothing. Admissions by Wedge leaders confirm this.

In October 2002, the Wedge held a conference that was closed to everyone except ID supporters. In his keynote address, Dembski noted the cultural inroads the Wedge was making but admitted its lack of scientific progress: "[W]e need to be very clear when we are doing the nuts-and-bolts scientific and conceptual work on ID and when we are engaged in cultural and political activity. What's more, these aspects of ID need to keep pace. We have done amazingly well in creating a cultural movement, but we must not exaggerate ID's successes on the scientific front. It is fine to receive respectful notice from *The New York Times*. . . . [But] [a]n intellectual movement cannot sustain itself on media attention. The scientific and conceptual work on ID occurs out of the limelight, requires intense concentration over extended periods, and is fully appreciated only by relatively few specialists. The cultural renewal work on ID, by contrast, occurs in the limelight, offers quick closure and gratification, and makes its appeal to the population at large. Because of ID's outstanding success at gaining a cultural hearing, the scientific research part of ID is now lagging behind."[196] Dembski called for the development of a curriculum and the writing of "basal" college and high school textbooks, saying that "the closest thing we have right now is a supplemental biology text (*Of Pandas and People*)."

---

the *Biological Society of Washington*, is a review essay that presents no original ID research. After the article's publication, the BSW Council explained that proper review procedures had not been followed and vowed to henceforth adhere to these procedures. See Stephen C. Meyer, "The Origin of Biological Information and the Higher Taxonomic Categories," *Proceedings of the Biological Society of Washington* 117 (2004): 231-239, at www.discovery.org/scripts/viewDB/index.php?command=view&id=2177&program=CSC%20-%20Scientific%20Research%20and%20Scholarship%20-%20Science. See also National Center for Science Education, "BSW Repudiates Meyer," September 7, 2004, at www.ncseweb.org/resources/news/2004/ZZ/608_bsw_repudiates_meyer_9_7_2004.asp. An article in *Protein Science* by Wedge biochemist Michael Behe and David W. Snoke was critiqued by qualified scientists who pointed out that "it contains no 'design theory,' makes no attempt to model an 'intelligent design' process, and proposes no alternative to evolution." See Ian F. Musgrave, Steve Reuland, and Reed Cartwright, "Theory Is as Theory Does," *Panda's Thumb* weblog, October 11, 2004, at www.pandasthumb.org/pt-archives/000480.html. Accessed on March 20. 2005.

[194] As stated above, Paul Chien, a marine biologist, has no scientific credentials in paleontology. Douglas Axe is a molecular biologist but has produced no research that would support ID as a scientific theory. See Forrest and Gross, *Creationism's Trojan*, ch. 3 and 4.

[195] See "Information About Center Fellows and the Research Fellowship Program" at www.discovery.org/csc/fellowshipInfo.php. Accessed on March 15, 2005.

[196] See Dembski, "Becoming a Disciplined Science."

Yet ID's complete lack of scientific success has not prevented Dembski from calling for the teaching of ID in American public school science classes even without any research. In a public disagreement in 2002 with a pseudonymous ID supporter who calls himself "Mike Gene," Dembski stated, "Mike . . . takes the 'high road' that ID must first be developed further as a scientific and scholarly program before it may be legitimately taught in public school science curricula. . . . But I've come to reject this view entirely."[197] Moreover, he calls for the recruitment of young people not only to do the research that Wedge scientists have not done but to develop an ID research program: "Why should ID supporters allow the Darwinian establishment to indoctrinate students at the high school level, only to divert some of the brightest to becoming supporters of a mechanistic account of evolution, when by presenting ID at the high school level some of these same students would go on to careers trying to develop ID as a positive research program? If ID is going to succeed as a research program, it will need workers, and these are best recruited at a young age." Dembski, however, has this process backwards. His desire to get ID into the public school science curriculum before ID scientists have produced any scientific data to support it reverses the order in which science makes its way into the instructional process and subsequently into the minds of children. Responsible pedagogical practice requires that children be taught only science that has been through the proper procedures of testing and peer-review *before* it is introduced into the classroom. Bypassing these procedures, as Dembski proposes, would eliminate all constraints on what unsuspecting children could be taught.[198]

The irony of Wedge leaders' admission of failure extends further. On August 4, 2004, an article by Stephen Meyer was published in the *Proceedings of the Biological Society of Washington*, a peer-reviewed science journal. The article was a review essay that offered the standard ID criticisms of evolution and presented no original scientific data to support ID. Its publication subsequently aroused a good deal of controversy because of a lapse in proper review procedures on the part of the person who was editor at the time. Yet, consonant with the Wedge Strategy plan to construe ID as a scientific theory, the article was clearly intended to serve as evidence of

---

[197] See William A. Dembski, "Then and Only Then: A Response to Mike Gene," July 2002, at www.designinference.com/documents/2002.07.Mike_Gene.htm. Accessed on March 20. 2005.

[198] Case Western Reserve University physicist Lawrence Krauss, who has opposed the teaching of ID in Ohio, addressed the question of when to introduce scientific concepts to students. His comments are also relevant to the Wedge's urging that teachers be allowed to "teach the controversy":

"The idea of teaching about a controversy may sound good, but it's disingenuous because there is no scientific controversy," Krauss said. "They [ID proponents] use language that sounds sensible. 'We just want fairness,' they'll say. 'We just want an equal playing field for our ideas.' The point is they already have an equal playing field: the field of science. They can submit their ideas to journals, and get peer reviewed, and if their ideas are any good they'll make it into the scientific canon, and make it down into the high schools. What they want is something completely unfair, to bypass the whole process and go directly to the high school students."

See Steve Benen, "Insidious Design," *Church and State*, May 2002, at www.au.org/site/News2?abbr=cs_&page=NewsArticle&id=5581&security=1001&news_iv_ctrl=1075. Accessed on March 28, 2005.

ID's acceptance into the scientific mainstream.[199] At virtually the same time, in the July/August 2004 issue of *Touchstone*, Wedge member Paul Nelson made yet another admission of ID's scientific failure: "'Science in the Key of Design,' if you will, is a melody that we're going to have to teach others to hear and play. *First, of course, we have to master it ourselves!* . . . Easily the biggest challenge facing the ID community is to develop a full-fledged theory of biological design. *We don't have such a theory right now, and that's a problem. Without a theory, it's very hard to know where to direct your research focus.* Right now, we've got *a bag of powerful intuitions*, and a *handful of notions such as 'irreducible complexity' and 'specified complexity'*—but, as yet, *no general theory of biological design*."[200] (emphasis added) What Nelson labels here as a "handful of notions," irreducible complexity and specified complexity, are the two most important concepts in the ID corpus.

**No intentions to follow standard procedure for scientific peer review.** Wedge biochemist Michael Behe, from whom one would most reasonably expect some original scientific data to support ID if such data were to be had, so far shows no intent to produce it. As a member of the American Society for Biochemistry and Molecular Biology, Behe has the right to make a presentation on any subject of his choice at the society's annual meetings. Kenneth Miller, an evolutionary biologist at Brown University who has published scientific criticisms of Behe's concept of irreducible complexity, has commented on Behe's refusal to avail himself of this opportunity: "If I thought I had an idea that would completely revolutionize cell biology in the same way that Professor Behe thinks he has an idea that would revolutionize biochemistry . . . I would be talking about that idea at every single meeting of my peers I could possibly get to." Behe, however, declines: "I just don't think that large scientific meetings are effective forums for presenting these ideas."[201] Yet he has made numerous presentations in churches.[202]

Dembski, one of the most prolific of the Wedge writers, prefers more lucrative publishing venues to the non-remunerative publication of scholarly articles in peer-reviewed academic journals: "I've just gotten kind of blasé about submitting things to journals where you often wait two years to get things into print. . . . And I find I can actually get the turnaround faster by writing a book

---

[199] See note 193 above. See also the Discovery Institute's "Media Backgrounder" issued in response to the controversy surrounding Meyer's article at www.discovery.org/scripts/viewDB/index.php?command=view&program=CSC-News&id=2190&callingPage=discoMainPage. See also National Center for Science Education, "ID in the Spotlight?" August 27, 2004, at www.ncseweb.org/resources/news/2004/ZZ/463_id_in_the_spotlight_8_27_2004.asp.

[200] See "Interview: The Measure of Design," 64-65.

[201] See Beth McMurtrie, "Darwinism Under Attack," *Chronicle of Higher Education*, December 21, 2001, at http://chronicle.com/free/v48/i17/17a00801.htm. Accessed on March 20, 2005.

[202] An example is Behe's participation in a conference entitled "Intelligent Design Conference: Dispelling the Myth of Darwinism," at the Community Bible Church in Highlands, North Carolina, in June 2004. See the conference website and roster of speakers at www.idconference.org/index.html. Accessed on March 28, 2005.

and getting the ideas expressed there. My books sell well. I get a royalty. And the material gets read more."[203]

At present, thirteen years into the execution of the Wedge Strategy, ID creationists—by their own admission—are no closer to having original scientific data to support ID than when they began the strategy's formal execution in 1992. This astonishing fact raises the important question of how *Of Pandas and People*, an ID book first published in 1989 and reprinted in 1993, can be considered a science textbook to be used by a public high school.

*Barbara Forrest*

Barbara Forrest, Ph.D.
Southeastern Louisiana University
April 1, 2005

---

[203] See McMurtrie, "Darwinism Under Attack."