# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER; et al. ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 04-CV-2688 |
| ) | (M.D. Pa.) |
| v. ) | Hon. John E. Jones III |
| ) | |
| DOVER AREA SCHOOL ) | |
| DISTRICT; et al., ) | **Defendants' Proposed** |
| ) | **Protective Order** |
| Defendants. ) | |

This matter is before the Court on the motion of Defendants, Dover Area School District, and Dover Area School District Board of Directors, for a

1

protective order. The Court finds that, for good cause shown, the motion should be granted.

NOW THEREFORE, it is hereby ORDERED that:

1. The Defendants' motion is GRANTED; and

2. The Plaintiffs shall not have discovery concerning: (1) the draft of the work-in-progress that will be called *The Design Of Life*; and (2) the private communications between Defendants' expert, William Dembski, and individuals who have collaborated with him in connection with the production of that draft or his other efforts to promote Intelligent Design Theory, including his private communications with officers, employees, agents, and supporters of the Foundation for Thought And Ethics ("FTE") or other individuals Dembski communicates with in connection with his association with (and work for) the FTE.

Dated: _____

Hon. John E. Jones III
United States District Court Judge