THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 04-CV-2688 |
| ) | (Hon. Judge Jones) |
| v. ) | |
| ) | |
| DOVER AREA SCHOOL DISTRICT and ) | |
| DOVER AREA SCHOOL DISTRICT ) | |
| BOARD OF DIRECTORS, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### CERTIFICATE OF SERVICE

Sharon Peper, being duly sworn, deposes and states that on the 4th day of May, 2005, she served copies of **Defendants' Motion For A Protective Order; Memorandum In Support Of Defendants Motion For Protective Order and Proposed Order** upon the following counsel of record by placing said documents in an envelope and delivering same by U.S. Mail, postage pre-paid:

Eric Rothschild
Stephen G. Harvey
Joseph M. Farber
Benjamin M. Mather
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Thomas B. Schmidt, III
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
PO Box 1181
Harrisburg, PA 17108

1

Witold J. Walczak
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213

Paula K. Knudsen
ACLU of Pennsylvania
105 N. Front Street
Suite 225
Harrisburg, PA 17101

Richard B. Katskee
Ayesha Khan
Alex J. Luchenitser
Americans United for Separation
 of Church and State
518 C Street, NE
Washington, DC 20002

Ron Turo
Turo Law Offices
29 South Pitt Street
Carlisle, PA 17013

_____/s/ Sharon Peper_____
Sharon Peper