IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al. | : | Case No. 04cv2688 |
| Plaintiffs | : | |
| | : | |
| v. | : | Judge Jones |
| | : | |
| DOVER AREA SCHOOL DISTRICT and DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, | : : : | |
| Defendants | : | |

# ORDER

May 5, 2005

It is hereby ORDERED as follows:

1. A hearing on Defendants' Motion for Protective Order shall be held on May 12, 2005 at 1:30 p.m., in Courtroom # 1, Federal Courthouse, 228 Walnut Street, Harrisburg, Pennsylvania.

2. Plaintiffs' Brief in Opposition shall be filed by May 10, 2005 at 5:00 p.m.

s/ John E. Jones III
John E. Jones III
United States District Judge