# EXHIBT 1-B



EXHIBIT 1·B

# Pepper Hamilton LLP
### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Eric Rothschild
direct dial: 215-981-4813
rothsche@pepperlaw.com

April 8, 2005

**VIA E-MAIL AND U.S. MAIL**

Patrick T. Gillen, Esquire
Thomas More Law Center
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, MI 48106

RE: **Kitzmiller, et al. v. Dover Area School District, et al.;**
No.: **CV 04-2688**

Dear Patrick:

Mr. Dembski's expert report refers to a third edition of *Of Pandas and People* to be published this year under a different title. We ask that you please produce the most current draft of the new edition or produce the new edition itself if it has been finalized.

Very truly yours,

Eric Rothschild

ER/cp
cc:  Ron Turo, Esquire
     Witold J. Walczak, Esquire
     Alex Luchenitser, Esquire
     Paula K. Knudsen, Esquire
     Stephen G. Harvey, Esquire
     Thomas B. Schmidt, III, Esquire