# EXHIBIT C

FEDERAL RULE OF CIVIL PROCEDURE 26
DISCLOSURE OF EXPERT TESTIMONY
WARREN A. NORD, Ph.D.

Case:  *Tammy Kitzmiller, et al. v. Dover Area School District and Dover Area School District Board of Directors*

Case No. 04-CV-2688

**Expert's Background and Experience:**

I have a Ph.D. in philosophy from the University of North Carolina at Chapel Hill (1978), where I teach the philosophy of religion and occasional courses in the philosophy of education. I have written two dozen book chapters and articles in professional and scholar journals on religion and education, and two books: *Religion and American Education: Rethinking a National Dilemma* (University of North Carolina Press, 1995), the most comprehensive study of religion in secondary and higher education published in the last fifty years, and [with Charles C. Haynes] *Taking Religion Seriously Across the Curriculum* (ASCD Press) a handbook for teachers on how to deal with religion in the public school curriculum. In both books, my aim has been to chart a middle course in our culture wars, one that takes religion seriously, but in a constitutionally permissible and educationally sound way. I have also worked with teachers and school administrators in many seminars, workshops and conferences.

My views in this case have not been determined by any commitment I have to intelligent design theory (IDT) or to any convictions I have about evolution. While I believe that IDT should be considered science (as I will argue below) I am agnostic about whether it is better science than conventional neo-Darwinism. While I have no doubt that evolution has occurred, I do think that *how* it occurred is still an open question.

I approach this case as a philosopher who has developed a general theory of liberal education and applied it in two books and more than two dozen articles to the role of religion in secondary and higher education. A part of this project has been to deal with the science curriculum and the possible place of religion, and now IDT, in it.

Making students aware of the controversy surrounding Darwin's theory of evolution, including making students aware of IDT, as the Dover Area School District is doing in this case, is both educationally and constitutionally justifiable. Indeed, it is a strikingly modest response to a major educational problem.

Attached to this report as Exhibit A is a copy of my curriculum vitae.

1

I.  **The following includes a complete statement of my opinions to be expressed, the reasons and basis underlying them, and the data and other information considered in forming them.**

## CRITICAL THINKING

Believing with great confidence that they know how to make sense of the world, the Great Temptation of educators is to teach students nothing but the truth—as they understand it, of course. When this happens, however, education is reduced to training or socialization or indoctrination, even if those educators are right about how to make sense of the world. Properly understood, education requires the ability to think critically, to reason one's way through conflicting evidence and arguments. Students must learn about alternative ways of making sense of the world if they are to be educated.

One can't think critically about what it means to be a Democrat unless one also understands something about what it means to be a Republican; one can't think critically about capitalism unless one understands criticisms of, and alternatives to, capitalism.

There is nothing new about this. We can trace the core idea of this kind of critical thinking back to Socrates and Greek philosophy. It has been elaborated in a variety of ways since then, and there is broad agreement about this in principle today. Indeed, educators have applied the idea to new domains of education so that nowadays it is widely (and rightly) believed that to be educated one must know something about how women, traditionally oppressed minorities, and members of non-Western cultures make sense of the world. In part this is a matter of according respect to different people and cultures; more to the point is the conviction that we can only know how to live our lives and think about the world if we take seriously the different traditions and values that people hold, *particularly when we disagree.*

We disagree deeply in our culture about how to make sense of nature; we disagree about evolution; we disagree about the relationship of science and religion. This being the case, we are obligated, I believe, to educate students about the alternatives rather than simply train them in any particular approach to making sense of the world, even if we educators, we scientists, are confident that it is the right one.

My own sense of the matter is that public education is profoundly *illiberal* in failing to include religious interpretations of the subjects that comprise the curriculum. Indeed, public education actively discourages critical thinking by failing to provide students any critical distance on the secular ways of thinking and living that they are taught to accept uncritically in their various courses.

## CONSTITUTIONAL NEUTRALITY

I believe that it is improper for public schools to ignore religion. It is, of course, uncontroversial that it is *permissible*, constitutionally, to teach about religion in public schools when done properly. No Supreme Court justice has ever held otherwise. But a

stronger argument can and should be made based on sound, secular, pedagogical reasons for doing so.

For the past fifty years the Court has been clear that public schools must be *neutral* in matters of religion—in two senses. Schools must be neutral *among religions* and they must be neutral *between religion and nonreligion*. Clearly, schools can't promote religion; they can't proselytize; they can't conduct religious exercises. But neutrality is a two-edged sword. Schools cannot favor nonreligion over religion. As Justice Black put it in the seminal 1947 *Everson* ruling, "State power is no more to be used so as to handicap religions than it is to favor them." (330 U.S. 1, 16) Similarly, in his majority opinion in *Abington v. Schempp* (1963), Justice Tom Clark wrote that schools can't favor "those who believe in no religion over those who do believe." (374 U.S. 203, 225) And in a concurring opinion, Justice Goldberg warned that an "untutored devotion to the concept of neutrality" can lead to a "pervasive devotion to the secular and a passive, or even active, hostility to the religious." (*Ibid.*, at 306)

But this is just what has happened. An "untutored" and naïve conception of neutrality has led educators to ban smoking guns, *explicit* hostility to religion, when the hostility has been philosophically rather more subtle—though no less substantial for that. For by teaching students to think of all domains of knowledge in secular rather than religious ways, public education nurtures a secular mentality. No doubt many of the particular claims made by scientists and secular scholars can be reconciled with most religion; it is at the level of theories and, still more deeply, of philosophical presuppositions or *worldviews* that they are often in tension or conflict, for we teach students to *interpret* experiences and evidence in secular rather than religious ways.

Indeed, there is no such thing as *a neutral point of view*. The only way to be neutral when we disagree is *to be fair to the alternatives*, taking everyone seriously.

## IS EVOLUTION HOSTILE TO RELIGION?

Most agree that evolution conflicts with those fundamentalist or conservative forms of Christianity that insist on reading Genesis as literal truth. It would be a huge mistake, however, to think of the battle over evolution as primarily one between fundamentalists and all the rest of us reasonable folks. It is not widely appreciated that neo-Darwinism conflicts with a good deal of liberal theology, because it insists that the mechanism of evolution (natural selection acting on random mutations and recombinations of genes) is inherently purposeless. For many liberals, evolution is God's way of creating the world, but they have typically held that evolution has a purpose, that it exhibits *design*.

The scientific and educational establishments have tried to avoid the appearance of conflict either by holding a "two-worlds" view of science and religion (such that they cannot, in principle, conflict with each other because they are about different domains of reality), or that science plays by the rules of a merely *methodological* naturalism but is not committed to a *philosophical* naturalism which would deny the existence of God.

3

Historically, the two-worlds view of the relationship of science and religion has been held by many scientists and liberal theologians (and was officially endorsed by the National Academy of Sciences in 1981), but my sense of the matter is that it is increasingly viewed as naïve by those scholars who work on the relationship of science and religion. Most of this scholarly work (typically by theological liberals) over the last several decades has attempted to *integrate* science and religion, rather than keeping them in separate and distinct spheres. I might add that there has been an *immense* amount of scholarly work on the relationship of science and religion over this time; this is clearly an area of great intellectual excitement (to the point of warranting occasionally cover stories in *Time* and *Newsweek*).

It is true that we can distinguish, in principle, between a methodological naturalism (that doesn't allow design or appeal to any kind of supernatural causes as a matter of scientific method) and a philosophical naturalism that denies that there is any design or supernatural causes in the world. The *educational* problem is that unless students are made clear about this distinction, they will inevitably conclude that science does tell us everything that there is to be said about nature, and God plays no role in nature. In effect, then, the distinction collapses. Of course, many scientists and philosophers believe that methodological naturalism is the most reasonable position precisely because they are philosophical naturalists; it is obviously the methodology of choice for philosophical naturalists.

In the absence of any significant effort to deal with those philosophical questions (the two-worlds view and methodological naturalism) science education will inevitably promote the idea that science is able to explain all of reality, and as neo-Darwinism is hard to reconcile with any conception of God, science will, in effect, teach students that God has nothing to do with nature—a deeply controversial position.

## IS IDT RELIGION OR SCIENCE?

I believe that public education must take religious ways of making sense of nature seriously if it is to promote critical thinking (and a truly liberal education) and be constitutionally neutral. Of course, defenders of IDT claim that it is not religion, but even if it is religion, it would be appropriate for schools to take it seriously. Its advocates are correct, however; IDT is not religion.

In spite of a good deal of propaganda to the contrary, IDT and creation-science are apples and oranges. IDT does not require the kind of creedal commitment or fundamentalist belief that creation-science does. Indeed, it does not depend on scripture, religious tradition, faith, or religious experience in any way. And while any God would be an intelligent designer, IDT does not claim that intelligent design leads us to the God of Christianity or Judaism or Islam—or, indeed, to any *god* at all. Whether design requires a god is a philosophical or theological question that cannot be answered by IDT.

4

## IS IDT SCIENCE?

Arguably, what should be taken seriously as science is in part, at least, a matter of what good scientists take seriously, rather than a matter of *a priori* doctrines about the nature of science. On this argument, it seems relevant to ask how many scientists take IDT seriously? What is (or has been) their standing within establishment science? What kinds of research have they done? To what extent does the theory draw on accepted science? To what extent is it an ad hoc theory? Does it grow honestly grow out of the evidence rather than out of prior ideological or religious commitments? (And, correlatively, does establishment science grow honestly out of the evidence rather than out of prior ideological or philosophical commitments?) My own view (as a philosopher, not a scientist) is that IDT does pass this kind of test. Certainly it falls into a quite different class from old-fashioned creation-science, and the other kinds of pseudo-science with which it is often associated by its critics.

But whether or not IDT is good science is in part, at least, a philosophical question. Modern science has prided itself on its openness to new evidence and to the potential falsification of its theories. There is, nonetheless, a kind of scientific fundamentalism, in which methodological naturalism functions much as does Scripture for religious fundamentalists: just as fundamentalists are not open (in principle) to scientific evidence that falsifies Scripture, so methodological naturalists are not open (in principle) to non-naturalistic evidence, claims, or theories that might be taken to falsify established science.

There is, no doubt, reason why scientists adhere to a methodological naturalism: science owes much of its progress over the past several centuries to the fact that it has excluded supernatural causes and design from its explanations. As a result, most scientists have developed a faith—that is, *a trust*—that methodological naturalism will, in the long run, prove adequate to the task of discovering the basic structure of nature. But unless the nature and limitations of this methodological naturalism are themselves the subject of discussion, unless methodological naturalism is itself open to potential falsification, this commitment will be, in effect, an *uncritical* faith—and surely there is some risk in uncritically trusting that all of reality can be explained in naturalistic categories. I might mention that naturalism is deeply controversial among even secular intellectuals in dealing with some aspects of reality—mind and morality, for example.

Now it may be that a measure of faith is essential to the practice of any intellectual tradition (I suspect that it is), but public schools should not be in the business of nurturing such faith, whether it be in religion, politics, economics *or* science. A liberal education should encourage critical thinking, and this can only be done when we are willing to lay bare and question our fundamental assumptions. Certainly one of the most important of these assumptions is the nature and adequacy of scientific method. When (if at all) might it need revision? This is both a legitimate and a tremendously important question to raise.

Naturalism is now deeply entrenched in modern science (whether as a matter of methodology or philosophical conviction). Still, we need to remember that until Darwin (indeed, for sometime after him) biology employed design explanations. Only for the last 100+ years have such explanations been held to be beyond the pale; the idea of a fully naturalistic biology is a relatively new phenomenon in the history of science. It can plausibly be argued, as advocates of IDT do, that what is crucial to (a reformed) science is a *reasoned* understanding of nature based on observation and experiment, and that a further commitment to naturalism (methodological or philosophical) places *unreasonable* constraints on scientific explanations.

## THE PURPOSE OF SCIENCE EDUCATION

The purpose of high school science courses should not be to *train scientists* but to contribute to the *liberal education of students* by initiating them into our ongoing cultural conversation about how to make sense of the world. Science texts do not now convey to students anything of the controversial nature of this conversation. We typically teach science as one more disciplinary monologue that students must listen to uncritically. By refusing to take seriously contending interpretations of nature we teach science, in effect, as a matter of authority, and students typically come to accept the claims of science as a matter of faith in the (dominant) scientific tradition rather than of critical reason.

Science texts typically include a perfunctory chapter on scientific method, but these chapters never include any substantive discussion of the relationship of religion to science or take seriously questions about limitations or possible revision of scientific method. When they do address religion, it is usually to affirm a two-worlds view. Because science and religion are assumed to be incommensurable activities, the authors of science texts are presumably absolved of the responsibility to say anything about religion. But, as I have suggested, the two-worlds view of the relationship is deeply controversial and *itself* needs critical discussion. In any case, nature of the relationship is a philosophical problem of a kind that can't be settled scientifically.

In my opinion, all science texts should include a substantive chapter addressing historical and philosophical questions having to do with science, design, and religion, initiating students into the lively on-going conversation about these matters in our intellectual life. When they deal with religiously and culturally controversial topics (like evolution, or the origins of life, or the Big Bang, ecology, or the relationship of the brain and the mind) texts must tell students enough about this conversation to enable them to make some sense of it. Texts must alert students to the fact that they are about to study something controversial. The point isn't to convert science courses into philosophy or religion courses; it is to locate scientific interpretations of nature in the context of our larger cultural conversation; it is to transform a monologue into a discussion. This is what critical thinking and liberal education require.

It is worth nothing that the *National Science Education Standards* open some room for this kind of approach. The seventh of eight proposed content standards requires that science education "give students a means to understand and act on personal and

social issues" (p. 107) such as health, sexuality, and the environment—all areas of our social life where, the *Standards* acknowledge, religious beliefs and values are relevant (pp. 197-98). Moreover, because science provides no moral direction, "understanding science alone will not resolve local, national, or global challenges." (p. 199) Perhaps, then, science should be studied in tandem with ethics and religion?

The eighth content standard requires that students learn that "science reflects its history and is an ongoing, changing enterprise." (p. 107) Indeed, "scientists are influenced by societal, cultural, and personal beliefs and ways of viewing the world. Science is not separate from society but rather science is a part of society." (p. 201) Consequently, students should learn the role "that science has played in the development of various cultures." (p. 107) Not surprisingly, then, teachers need to be able to make "conceptual connections" to "other school subjects." (p. 59) Arguably, the implication of these claims is that science should be taught not as a disciplinary monologue, but in cultural context, developing conceptual connections to other areas of the curriculum and other domains of our culture, perhaps even including religion, as part of a good liberal education.

## IS ANY CRITICISM OF DARWIN'S THEORY INHERENTLY RELIGIOUS?

In *Selman v. Cobb County School District*, Judge Cooper held that while the Cobb County disclaimer passed the first prong of the *Lemon* Test, it failed the second prong by having the *effect* of conveying, to an informed, reasonable observer, an endorsement of religion, suggesting that some are "favored" members of the community while others are "outsiders." It is not my task nor within my expertise to give a legal analysis of the ruling, but I do want to make several comments about it from an educational perspective.

As it stands, this is far too sweeping a reading of what the second prong of the *Lemon* Test should properly prohibit, for it rules out educationally sound, neutral policies regarding religion based on the public's perception of them: if the public were *truly* informed and reasonable, they would recognize why the disclaimer is justifiable.

Judge Cooper argued that because the disclaimer "targets only evolution" it appears to endorse not just critical thinking about evolution (its avowed purpose) but it conveys a religious message. I believe that in the absence of adequate textbooks and an adequate science curriculum, a broader disclaimer (or disclaimers in other science classes) would be justifiable; evolution isn't the only matter warranting a disclaimer. But given the religious and cultural controversy over evolution, it is clear why it has pride of place. And even if the motivation of most of those who argued for the disclaimer is religious, there is a powerful, fully secular, justification for it. As part of a liberal education all students should be made aware of important cultural controversies, and the controversy over evolution is clearly an important one—one might even say that it is of cosmic importance. This is true whether one is religious or an atheist. *Any* educated person should know something about it. The disclaimer alerts students to the controversy.

7

Judge Cooper also held that because an informed, reasonable observer would know that religious fundamentalists want evolution considered only as a theory, rather than a fact, an informed, reasonable observer would assume that in making the fact/theory distinction the disclaimer endorses their viewpoint. The situation is actually a little more complicated. Because scientific theories can be *confirmed* they aren't mere speculation, and it is appropriate, I believe, for science texts to teach students that *most* scientists believe that neo-Darwinism is a *confirmed* theory. Still, the distinction rightly suggests that because neo-Darwinism is a theory, its confirmation rests not simply on observation, but on a wide range of complex considerations which are potentially open for reinterpretation. And, as I have argued, texts (and disclaimers, if necessary) should alert students to the fact that there is significant disagreement about whether neo-Darwinism is confirmed.

Without intending to, Judge Cooper suggested how far-fetched his position was in noting that "the Sticker [disclaimer] is a statement composed of only three sentences, and the Sicker makes up only a very small part of a text that contains hundreds of pages on evolution." Indeed, Cobb County chose the textbook that devotes hundreds of page to evolution (what is the message conveyed here?) yet it cannot devote three sentences to explaining that it is controversial? This is extraordinary.

If public schools are to provide a liberal education (which requires critical thinking) then they are *at least* obligated to inform students of important controversies; ideally they should also teach students about them.

## THE PRESENT CASE

By making students aware of the controversy surrounding Darwin's theory of evolution,[1] including IDT, the Dover School District is promoting legitimate, secular, pedagogical goals and enhancing their science education and student learning.

The parents challenging the actions of the Dover School District claim that IDT is improperly singled out for religious reasons. As I have argued, public schools have an obligation (not just the right) to inform students that there are a variety of religious as well as secular ways of thinking about nature and origins, but if the decision is made to limit consideration to *scientific* theories (an improvement over the status quo, even if it falls short of the ideal), then it seems to me appropriate to single out IDT, both because it is the only *major* scientific challenger to the conventional naturalistic wisdom, but also because it is part of a major cultural controversy, and schools should at least alert students to (and ideally inform them about) major cultural and intellectual controversies.

---

[1] The Dover curriculum and statement should probably have referred to neo-Darwinism rather than "Darwin's Theory," which suggests a nineteenth century theory that has now been modified considerably. Still, "Darwin's Theory" and "Darwinism" serve as acceptable popular terms for identifying the dominant view of evolution among scientists.

It is surely proper to remind students with regard to any theory they should keep an open mind. That this claim is made with regard to evolution and nothing else in the curriculum simply suggests the *importance* of this particular controversy.

Given a proper understanding of liberal education, public schools must not uncritically encourage students to accept neo-Darwinism (or any theory) when we deeply disagree and the disagreement is a matter of some cultural significance. At the least, students must be alerted to the controversy (and ideally they learn something of the contending positions). Of course, students must learn what the great majority of scientists take to be good science, but they must also learn where the points of controversy are. The Dover School District is taking a modest step in the right direction.

II. **My qualifications as an expert witness are included in my curriculum vitae, which is attached to this report as Exhibit A, and in my experience and background outlined in this report.**

III. **The compensation I will receive for my study, case preparation, and testimony in this matter is $100.00 per hour. All travel expenses will be billed at cost.**

IV. **I have not testified as an expert at trial or by deposition within the preceding four years.**

Signed: *Warren A Nord*     Date: 3-29-05

12-27-2004{PRIVATE }

# WARREN A. NORD

Address
    home: 633 Carl Drive, Chapel Hill, NC 27516 (919-967-5625)
    office: Philosophy Department, 108-B Caldwell Hall, CB 3125, UNC-Chapel Hill,
        Chapel Hill, NC 27599; 919-843-2039
    email: wnord@email.unc.edu

Education
    B.A. (in philosophy) The University of Minnesota at Morris (1967)
    Ph.D. (in philosophy) The University of North Carolina at Chapel Hill (1978)
        Dissertation: *Political Obligation and Moral Philosophy*
        Advisor: E. M. Adams, Kenan Professor of Philosophy

Military Service in the U. S. Army, 1969-71

Positions
    1981 to the present: Lecturer in Philosophy, UNC-Chapel Hill
    1979-2004: Director, Program in the Humanities and Human Values, UNC-Chapel Hill
    1978-79: Coordinator of Humanities Programs, UNC Division of Continuing Education
    1976-77: Assistant Director, North Carolina Humanities Council

Professional Memberships
    American Philosophical Association, American Academy of Religion, American
        Educational Studies Association

Fields of Interest
    Philosophy of Religion, Philosophy of Education, Religion and Education, Ethics,
        Philosophy of the Humanities

Courses Taught
    Philosophy of Religion, Philosophy of Education, Religion and Education

Awards and Offices
    NDEA Title IV Graduate Fellowship (3 years)
    Chair, Southern Humanities Council (1991-92)
    Vice President, National Council on Religion and Public Education (1992-94)
    Editorial Board, *Religion and Education* (1994 - present)
    Research Study Leave, College of Arts & Sciences, UNC-CH (Fall Semester, 1996)
    Lilly Endowment Research Leave (Spring Semester, 1997)
    Advisory Board, Kenan Ethics Institute, Duke University (1997-2004)
    Board of Trustees, Taylor Charitable Trust (1998 - present )
    Research Study Leave, College of Arts & Sciences, UNC-CH (Fall Semester, 2000)

1


EXHIBIT A

## PUBLICATIONS

Books:

*Religion and American Education: Rethinking a National Dilemma* (Chapel Hill: The University of North Carolina Press, 1995): 481 pages.
*Taking Religion Seriously Across the Curriculum* [with Charles C. Haynes] (Alexandria, VA: ASCD Press, 1998): 221 pages.


Book Chapters and Articles in Professional and Scholarly Publications:

"Good, Evil--and the Bottom Line," *Social Issues Resource Series: Vol. 2: Ethics* (1986): Article 95.
"Commentary: E. D. Hirsch, Cultural Literacy, and Religion," *Religion and Public Education* (Fall, 1988): 357-59.
"The Humanities and the Modern Mind," *Mind, Value, and Culture: Essays in Honor of E. M. Adams*, ed. David Weissbord (Atascadero, CA: Ridgeview Publishing Co. 1989): 13-54.
"Reassessing the Mission of the University," *Challenge* (July, 1989): 2-5.
"Religious Literacy, Textbooks, and Religious Neutrality," *Religion and Public Education* (Winter, 1989): 111-21. REPRINTED as Occasional Paper #1 by the Council for Religion in Independent Schools.
"Teaching and Morality: the Knowledge Most Worth Having," *What Teachers Need to Know*, ed. David D. Dill (San Francisco: Jossey-Bass, 1990): 173-98.
"The Place of Religion in the World of Public School Textbooks," *The Educational Forum* (Spring, 1990): 247-70. [With a response from Mark C. Yudof, Dean of the University of Texas Law School: 271-76.]
"A Rejoinder," *The Educational Forum* (Spring, 1990): 277-81.
"Taking Religion Seriously," *Social Education* (September, 1990): 287-90.
"Teaching About Religion in the Public Schools: A Model for Teacher Education Programs," *Religion and Public Education* (Spring/Summer, 1990): 223-27.
"Religion, the First Amendment, and Public Education," *The Brigham Young University Journal of Public Law* (Spring, 1994): 439-55.
"Rethinking Indoctrination," *Education Week* (May 24, 1995): 44, 36. REPRINTED as "Is Nothing Sacred?" *Teacher Magazine* (August, 1995): 38-40. Also REPRINTED in *Encounters in Education*, ed. Robert Fitzgibbons and Raymond ZuWallack (NY: Harcourt Brace, 1997).
"Religion and Liberal Education," *Texas Journal of Ideas, History and Culture*, Vol. 18, No. 2 (Spring/Summer, 1996): 4-11. [Excerpts from *Religion and American Education*.]
"The Secularization of Education and America's Culture Wars," *An Introduction to Sociology*, ed. Craig Calhoun and George Ritzer (McGraw-Hill *Primis* Series, 1996): 25 pp.
"The Relationship of Religion to Moral Education in Public Schools." [with Charles C. Haynes] A position paper of the Communitarian Network (Washington, D.C., 1998): 58 pp.
"God and the National Economics Standards," *Education Week* (October 21, 1998): 48, 34.
"Is Public Education Hostile to Religion?" *American Teacher* (December 1998/January 1999): 4

2

"The Relevance of Religion to the Public School Curriculum," *The School Administrator* (January, 1999): 21-25. REPRINTED in James William Noll, editor, *Taking Sides: Clashing Views on Educational Issues*, 12th Edition (New York: McGraw Hill, 2002).

"Religion-Free Texts: Getting an Illiberal Education," *The Christian Century* (July 14-21, 1999): 711-715.

"Religion and Multiculturalism," *The Politics of Multiculturalism and Bilingual Education: Students and Teachers in the Crossfire*, ed. Carlos Ovando and Peter McLaren (McGraw-Hill, 1999): 63-81.

"Science, Religion, and Education," *The Phi Delta Kappan* (September, 1999): 28-33. REPRINTED in *Religion and Education* (Fall, 1999): 55-66.

"The Bible and Public Education," *Religion and Education*, Vol. 27, No. 1 (Fall, 2000): 20-27 [with a response from Barry Lynn, Director of Americans United for the Separation of Church and State: 28-31].

"Reply to Barry Lynn," *Religion and Education*, Vol. 27, No. 1 (Fall, 2000): 32-33.

"Moral Disagreement, Moral Education, Common Ground," *Making Good Citizens: Education and Civil* Society, edited by Diane Ravitch and Joseph P. Viteritti, (New Haven: Yale University Press, 2001): 116-41.

"Why Is There So Little Religion in the Textbooks?" *Critical Issues in American Religious History: A Reader*, ed. Robert Mathisen (Waco: Baylor University Press): 29-40. [Excerpts from *Religion and American Education*]

Review of *Standing on the Premises of God: The Christian Right's Fight to Redefine America's Public Schools*, by Fritz Detwiler (NYU Press), *The Journal of Religion*, Vol. 81, No. 3 (July, 2001): 471-73.

"Reply to Paul Geisert," *Religion and Education* (2002): 83-87.

"Liberal Education and Religious Studies," *Religion, Education, and the American Experience*, edited by Edith Blumhofer with an introduction by Martin Marty (The University of Alabama Press; 2002): 9-40.

"Intelligent Design Theory, Religion, and the Science Curriculum," *Darwinism, Design, and Public Education*, ed. by John Campbell (Michigan State University Press; 2003): 45-58.

"E. M. Adams," *Dictionary of Modern American Philosophers*, ed. John R. Shook (Bristol: Thoemmes Press, 2005): 2 pages

<u>Published by the UNC-Chapel Hill Program in the Humanities and Human Values</u>

*The E. M. Adams Reader* [editor] (2002): 536 pages.

*Philosophy, Reality, and the Humanities: An Introduction to the Life and Thought of E. M Adams* [booklet] (2004): 48 pages.

*Do the Humanities Make Us Humane?* [booklet] (2004): 56 pages.

<u>Accepted for Publication</u>:

"Religion, Spirituality, and Education in a (Not Entirely) Secular Culture," *Gateways to Spirituality*, edited by Peter Cobb (Peter Lang Publishing): 21 manuscript pages.

"Liberal Education, Moral Education, and Religion," *Moral Formation and the University*, ed. Douglas Henry and Michael Beatty (Baylor University Press): 25 manuscript pages.

"Religion, Pluralism, and Public Education in America," *Religion and Education*: 15 manuscript pages.

Work in Progress:

Review of *Does God Belong in Public Schools?* by Kent Greenawalt (Princeton University Press) commissioned by Columbia University's *Teacher's College Review*.
*God and Education* [working title] a book on religion and education for the public: approx. 250 pages.
*Education, Morality, and the Meanings of Life* [working title] a book that explores the intersection of morality, the humanities, and liberal education: approx. 250 pages.

Articles in Popular Publications:

Feature articles and op/ed pieces in *The National Forum, The Washington Post, The Washington Post Weekly, Newsday, The Los Angeles Times, The Charlotte Observer, The Raleigh News & Observer*, the *Independent Weekly*, and the UNC-Chapel Hill *Alumni Review*.

## LECTURES and PANELS

More than 150 presentations for the American Academy of Religion, the American Educational Studies Association, the American Association for the Advancement of Science, the American Association of Colleges of Teacher Education, national ASCD conferences, the National Bicentennial Conference on the Religion Clauses of the First Amendment, the National Humanities Center, the (national) Character Education Partnership, the Southeastern Commission for the Study of Religion, the North Carolina Religious Studies Association, the North Carolina Center for the Advancement of Teaching, the North Carolina Bar Association, the North Carolina Council of Churches, the North Carolina Department of Public Instruction, the North Carolina School Boards Association, the Freedom Forum World Center (San Francisco), the Freedom Forum World Center (Washington, D.C.), the Freedom Forum First Amendment Center at Vanderbilt University, the Foreign Policy Research Institute/Bryn Mawr College, the Center for Theology and the Natural Sciences/Haverford College, the Center for Spiritual and Ethical Education (Atlanta), the School of Education/Boston University, the University of the South, the annual Sommers Lecture at Millsaps College, the Kenan Ethics Institute/Duke University, the Public Religion Project/University of Chicago, the Center for Communitarian Studies/George Washington University, WNET/Columbia University, the keynote lecture at the annual John Dewey Conference at the University of Vermont, the national Phi Beta Kappa/Wabash College, Baylor University, UNC-Chapel Hill, and many other colleges, schools, civic, educational and religious organizations.

# WARREN A. NORD

short bio

WARREN A. NORD received his B. A. from the University of Minnesota (1967) and his Ph.D. from the University of North Carolina at Chapel Hill (1978)—both in philosophy. From 1979 to 2004 he was Director of the Program in the Humanities and Human Values at UNC-Chapel Hill. He continues to teach the philosophy of religion and the philosophy of education in the Philosophy Department.

While he was director of the Program in the Humanities and Human Values it sponsored over 700 seminars, workshops, and conferences, attended by more than 40,000 participants.

As a scholar he is the author of more than thirty book chapters and articles in scholarly and professional journals, and two books: *Religion and American Education: Rethinking a National Dilemma* (UNC Press, 1995), a comprehensive study of historical, philosophical, constitutional, and pedagogical issues relating to religion in secondary and higher education; and, with Charles C. Haynes, *Taking Religion Seriously Across the Curriculum* (ASCD, 1998), a guidebook for educators on "taking religion seriously" across the K-12 curriculum.