# EXHIBIT D

# THE DESIGN OF LIFE

## *Discovering Signs of Intelligence in Biological Systems*

Michael J. Behe
Percival Davis
William A. Dembski
Dean H. Kenyon
Jonathan Wells

> The important thing in science is not so much to obtain new facts as to discover new ways of thinking about them.
> —Sir William Lawrence Bragg

Copyright © 2004 by the Foundation for Thought and Ethics. All rights reserved.

# Preface

A decade has passed since *Of Pandas and People*'s second edition appeared in print. Written by Percival Davis and Dean Kenyon, this book was the first intelligent design textbook. In fact, it was the first place where the phrase "intelligent design" appeared in its present use. Since the second edition of *Pandas*, intelligent design (or ID as it is now abbreviated) has gone from a small and marginalized protest against Darwinian evolution to a comprehensive intellectual program for reconceptualizing biology. Ten years ago intelligent design consisted mainly of sporadic criticisms of Darwinism and offered only vague glimmers of what a positive science of intelligent design might entail. Since then, intelligent design has laid the foundations for a general biology whose fundamental organizing principle is intelligent agency and not blind natural forces.

The impact of intelligent design is being felt both in the scientific community and in the culture at large. Front page stories in major newspapers like the *New York Times* are giving intelligent design respectful treatment (in their science section no less).[1] Television dramas, movies, and popular novels are exploring the theme of intelligent design. And of course, intelligent design is being fiercely debated throughout the academic world. Consequently, it is high time to issue a revised and expanded edition of *Pandas* that reflects the progress of intelligent design over the last ten years.

Darwinian theorists have long acknowledged that biological organisms "appear" to be designed. Oxford zoologist Richard Dawkins, a leading Darwinian spokesperson, has admitted, "Biology is the study of complicated things that give the appearance of having been designed for a purpose."[2] Statements like this echo throughout the biological literature. Francis Crick, Nobel laureate and co-discoverer of the structure of DNA, writes, "Biologists must constantly keep in mind that what they see was not designed, but rather evolved."[3] Nevertheless, Darwinists insist that this appearance of design is illusory because the mechanism of natural selection entirely suffices to explain the observed complexity of living things.

Over the last forty years, however, many evolutionary biologists have acknowledged fundamental problems with the Darwinian explanation for apparent design.[4] As a result, an increasing number of scientists have

PREFACE

begun to argue that organisms *appear* to be designed because they really *are* designed. These scientists (known as *design theorists*) see evidence of actual intelligent design in biological systems. As their numbers have grown, their work has sparked a spirited scientific controversy over this central issue. They argue that, contrary to Darwinian orthodoxy, nature displays abundant evidence of real, not just apparent, design. For instance, mathematician William Dembski has published an important work on the theoretical underpinnings for detecting design. In *The Design Inference: Eliminating Chance Through Small Probabilities* (Cambridge University Press, 1998) he shows how design is empirically detectable and therefore properly a part of science.

Unlike contemporary neo-Darwinists, who deny evidence of real as opposed to merely apparent design, contemporary design theorists see impressive evidence of *actual* design in living systems. Biochemist Michael Behe is a case in point. His book *Darwin's Black Box* (Free Press, 1996) details the design constraints that organisms face at the biochemical level. Likewise, developmental biologist Jonathan Wells argues persuasively for design in embryological development.[5] Through his book *Icons of Evolution* (Regnery, 2000), Wells has also become the leading spokesperson for correcting textbook errors in the teaching of biological evolution.

The Foundation for Thought and Ethics is therefore extremely fortunate to have Dembski, Behe, and Wells join the original authors, Percival Davis and Dean Kenyon, in this sequel to *Of Pandas and People*. Though originally planned as a third edition of *Pandas*, *The Design of Life* quickly took on its own identity. More than half the material is completely new, and what remains of the original material has been completely revised and updated. Though there is continuity with the old book, *The Design of Life* is essentially a new book. As a supplemental text *The Design of Life* can be adapted to both high school and college biology courses. (High school and college teacher's guides are in preparation.)

The need for a book like this is as urgent as ever. Most contemporary biology textbooks act as though all serious debate about biological origins has long since ceased. Thus students get the impression that any challenge to Darwinism is a challenge to science and must be religiously motivated. But Darwinism is not the only available scientific account of biological origins. There is in fact a substantial scientific literature that critiques the adequacy of the Darwinian explanation for the complexity and "apparent design" of biological organisms.[6] Thus the debate—the *scientific* debate—over Darwinian evolution remains very much alive. This textbook

PREFACE

provides students with an up-to-date overview of intelligent design and its contribution to that debate.

Jon A. Buell, President
The Foundation for Thought and Ethics
Richardson, Texas

+++++IMAGES+++++
Covers of second edition of *Pandas*
*New York Times* front page story on ID
*Los Angeles Times* front page story (possibly)
Cover of *The Design Inference*
Cover of *Darwin's Black Box*
Cover of *Icons of Evolution*
=====IMAGES=====