IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY J. KITZMILLER, et al. | § § | |
| Plaintiffs, | § § | Civil Action No. 4:04-CV-2688 (M.D. Pa.) |
| vs. | § § | Hon. John E. Jones III |
| DOVER AREA SCHOOL DISTRICT and DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, | § § § § § | **Non-Party Foundation for Thought and Ethics' Motion for Protective Order** |
| Defendants, | § § | |

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 26, Non-Party Foundation for Thought and Ethics ("FTE") moves for a protective order prohibiting disclosure of its unpublished draft text of *The Design of Life: Discovering Signs of Intelligence in Biological Systems* (hereinafter "*The Design of Life*") from Defendants, Defendants' expert, William A. Dembski, or any other person or entity, to Plaintiffs, their counsel or experts. In support thereof, FTE would respectfully show the Court as follows:

1. By a requested dated April 8, 2005, Plaintiffs seek from Defendants and their expert, William A. Dembski, the unpublished draft text of *The Design of Life*. FTE is the publisher of *The Design of Life* and owns its intellectual property rights. FTE contracted with William A. Dembski as work for hire to author and

1

serve as an editor of this new book.

2. FTE seeks a protective order prohibiting disclosure of *The Design of Life* because: (a) Plaintiffs seek disclosure of FTE's trade secrets, confidential and proprietary information, (b) disclosure of this unpublished draft text would invade FTE's constitutional rights of freedom of speech, academic freedom and freedom of association, and (c), as set forth in Defendants' Motion for A Protective Order and Defendants' Memorandum of Law In Support of Motion for A Protective Order, Plaintiffs request information not relevant nor reasonably calculated to lead to the discovery of admissible evidence in this matter.

3. In support of this motion, Non-Party FTE relies upon its memorandum and exhibits attached thereto filed concurrently with this motion.

4. Counsel for FTE has conferred with counsel for Plaintiffs regarding the relief requested by this motion. Agreement could not be reached. Therefore, this motion is submitted to the Court for its determination.

WHEREFORE, Non-Party Foundation for Thought and Ethics respectfully requests that the Court enter a protective in accordance with Federal Rules of Civil Procedure 26(c) and grant FTE such other and further relief to which it is justly entitled.

Respectfully submitted,

By: _s/Leonard G. Brown, III_____
    **Leonard G. Brown, III, Esquire**
    PA I.D. No. 83207
    **Dennis E. Boyle, Esquire**
    PA I.D. No. 49618
    *CLYMER & MUSSER, P.C.*
    23 North Lime Street
    Lancaster, PA 17602-2912
    (717) 299-7101

    **Jeffrey C. Mateer**
    Texas State Bar No. 13185320
    **Mateer & Shaffer, L.L.P.**
    1300 Republic Center
    325 N. St. Paul Street
    Dallas, Texas 75202
    Telephone: (214) 720-9900
    Facsimile: (214) 720-9910

    *Attorneys for Non-Parties*
    *Foundation for Thought and Ethics*
    *and Jon A. Buell*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above document was served electronically on the below listed individuals by electronic filing using the ECF system for the United States District Court, Middle District of Pennsylvania, and is available for viewing on its website.

Eric Rothschild
Alfred H. Wilcox
Pepper Hamilton, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, Pennsylvania 19103

Patrick Gillen
Thomas More Law Center
24 Frank Lloyd Wright Drive
P.O. Box 93
Ann Arbor, Michigan 48106

By: _s/Leonard G. Brown, III_____
Leonard G. Brown, III, Esquire

Date: May 10, 2005