IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY J. KITZMILLER, et al. | § § | |
| Plaintiffs, | § § | Civil Action No. 4:04-CV-2688 (M.D. Pa.) |
| vs. | § § | Hon. John E. Jones III |
| DOVER AREA SCHOOL DISTRICT and DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, | § § § § § | **Order Granting Non-Party Foundation for Thought and** |
| Defendants. | § | **Ethics' Motion for Protective Order** |

On this date, the Court considered Non-Party Foundation for Thought and Ethics' Motion for Protective Order. Based upon the motion and evidence offered in support of the motion, the motion is GRANTED.

IT IS, THERFORE, ORDERED that Non-Parties Foundation for Thought and Ethics is granted a protective order prohibiting disclosure of its unpublished draft text of *The Design of Life: Discovering Signs of Intelligence in Biological Systems* (hereinafter "*The Design of Life*") from Defendants, Defendants' expert, William A. Dembski, or any other person or entity, to Plaintiffs, their counsel or experts.

Signed this ____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE