

RECEIVED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MAY 06 2005

MARY E. D'ANDREA, CLERK

IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I, Christopher J. Lowe, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   3000 Two Logan Square

18th and Arch Streets

Philadelphia, PA 19103

Office Telephone:   215-981-4473

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Pennsylvania - 2002

New Jersey - 2003

My attorney Identification number is: 90190

```
FOR COURT USE ONLY

____ GENERAL ADMISSION:

BEFORE JUDGE _____        Date: _____
         __ U.S. DISTRICT JUDGE  __ U.S. MAGISTRATE JUDGE

✓  SPECIAL ADMISSION:

GRANTED  ____[signature]____              Date: 5-10-05
         ✓ U.S. DISTRICT JUDGE  __ U.S. MAGISTRATE JUDGE
```