

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR          :
ADMISSION TO PRACTICE IN THIS COURT       :


## PETITION

*J. Jones*

I, _Edward L. White III_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court.  In support of my petition, I state as follows:

My office address is:          24 Frank Lloyd Wright Drive
_____

P.O. Box 393
_____

Ann Arbor, Michigan  48106
_____

Office Telephone:     (734) 827-2001
_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See Attached
_____

_____

_____

My attorney Identification number is: _____Michigan Bar P 62485_____

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

BEFORE JUDGE _____     Date: _____
       ___ U.S. DISTRICT JUDGE ___ U.S. MAGISTRATE JUDGE

✓ SPECIAL ADMISSION:

GRANTED  /_____     Date: 5-10-05
       ___ U.S. DISTRICT JUDGE ___ U.S. MAGISTRATE JUDGE