# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KITZMILLER, et al.      : | |
| : | No. 04-CV-2688 |
| Plaintiffs,      : | |
| : | Hon. John E. Jones, III |
| v.      : | |
| : | |
| DOVER AREA SCHOOL DISTRICT,   : | |
| et al.,      : | |
| : | |
| Defendants      : | |

## ENTRY OF APPEARANCE

Kindly enter appearance of Mary Catherine Roper as co-counsel for plaintiffs in this action:

> Mary Catherine Roper
> PA Attorney Identification No. 71107
> American Civil Liberties Union of Pennsylvania
> P.O. Box 1161
> Philadelphia, PA 19105
> v: 215.592.1513 ext. 116
> f: 215.592.1343
> mroper@aclupa.org

>> /s/ Mary Catherine Roper
>> Mary Catherine Roper
>> ID No. 71107
>> American Civil Liberties Union of PA
>> P.O. Box 1161
>> Philadelphia, PA 19105
>> v: 215.592.1513 ext. 116
>> f: 215.592.1343
>> mroper@aclupa.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2005, I filed the attached document with the Court's ECF system and that all counsel will receive service automatically.

>*/s/ Mary Catherine Roper*
> Attorney for Plaintiff