IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al. | : | Case No. 04cv2688 |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Judge Jones |
| | : | |
| DOVER AREA SCHOOL DISTRICT, | : | |
| et al. | : | |
| Defendants. | : | |

**ORDER**

**June 2, 2005**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Pending before the Court is an Application to Intervene by the Foundation

for Thought and Ethics ("FTE") (doc. 61), with a brief filed in support thereof.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1.     The Application to Intervene filed by FTE (doc. 61) will be decided

on submissions from the parties unless the proposed intervenor, FTE,

contacts the Court within five (5) days of the date of this Order and

indicates that it is necessary to schedule a hearing to take testimony.

s/ John E. Jones III
John E. Jones III
United States District Judge

1