# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

04-CV-2688

IN THE MATTER OF APPLICATION FOR: Elizabeth A. Murray
ADMISSION TO PRACTICE IN THIS COURT: U.S. District Court
Middle District of Pennsylvania

## PETITION

I, Elizabeth A. Murray, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:

Alliance Defense Fund
15333 N. Pima Road, Suite 165
Scottsdale, Arizona 85260

Office Telephone:

(480) 444-0020

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

| Court | Date |
|---|---|
| Supreme Court of Missouri | 9/17/03 |
| Supreme Court of Arizona | 5/21/04 |
| U.S. District Court for the Western District of Missouri | 9/26/03 |
| U.S. District Court for the District of Arizona | 6/14/04 |
| U.S. District Court for the Western District of Michigan | 8/18/04 |

My attorney Identification number is: AZ 022954   MO 52891

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

BEFORE JUDGE _____  Date: _____
<sub>U.S. DISTRICT JUDGE U.S. MAGISTRATE JUDGE</sub>

_____ SPECIAL ADMISSION:

GRANTED _____  Date: _____
<sub>U.S. DISTRICT JUDGE U.S. MAGISTRATE JUDGE</sub>

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows:

(State the facts and circumstances connected with each; if none, state "none".)
**None.**

All occasions, if any, on which I have been held in contempt of court are set forth as follows:

(State the nature and final disposition of contempt; if none, state "none".)
**None.**

I **do not,** have any disciplinary action, contempt or other proceedings involving me pending before any court.

I am seeking:

_____X\_\_\_\_\_Special Admission (specify by a check which rule) under

Local Rule LR 83.9.3\_\_X\_\_

The basis for my admission under Local Rule 83.9.3 is as follows:
To represent Intervention Applicant Foundation for Thought and Ethics in the below case.

NAME THE PARTY YOU REPRESENT:
Foundation for Thought and Ethics (Applicant for Intervention)

If special admission is requested for a particular case, please list case number and caption:

Case #:     **4:04-cv-2688**

Caption:     *Kitzmiller v. Dover Area School District*

I understand that:

1) If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate. Any attorney specially admitted under LR 83.9.3, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.12)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Leonard G. Brown, III, Esq.   PA I.D. No. 83207
CLYMER & MUSSER, P.C.
Lancaster, PA 17602
(717) 299-7101

3) If seeking regular admission under Rule LR 83.8.1, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

*Elizabeth A. Murray* (signature)
PETITIONER

AZ 022954   MO 52891
(Bar Identification Number)

5/26/05
(Date)

NAME OF PETITIONER: Elizabeth A. Murray

## SPONSOR'S CERTIFICATE:

I, Leonard G. Brown, III, am a member in good standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice on ___Jan___ (month) __10__ (day), __2001__ (year). I have known the above petitioner for __2 months__. To my knowledge, the petitioner's moral character is as follows:

Exemplary

To my knowledge, the petitioner's educational background and experience are as follows:

Elizabeth A. Murray graduated from the University of Missouri Kansas City School of Law (J.D.) in 2003. She is licensed in the States of Missouri and Arizona as well as being admitted to the bar of the United States District Court for the Western District of Missouri, the District of Arizona, and the Western District of Michigan. Ms. Murray is a member in good standing with these organizations and has no grievance proceedings or any other disciplinary actions pending against her. Additionally, Ms. Murray has never been held in contempt of court, censured, disbarred or suspended by any court in which she has practiced.

Currently, Ms. Murray is a Litigation Staff Attorney with the Alliance Defense Fund (ADF), a non-profit public interest law firm. In this capacity, she practices in the area of religious freedom, freedom of expression, civil rights law, and other constitutional issues. She is involved in all aspects of litigation including court appearances, researching, drafting of briefs and motions, depositions, discovery, and the like. Furthermore, Ms. Murray has made several *pro hac vice* appearances in various other federal district courts.

I, Leonard G. Brown, III do hereby sponsor and recommend Elizabeth A. Murray for admission as a qualified attorney to practice before this court.

Leonard G. Brown, III, Esq.
CLYMER & MUSSER, P.C.,
23 N. Lime Street
Lancaster, PA, 17602
(717) 299-7101
Atty. Bar I.D. Code No.: PA I.D. 83207

General Depository, for credit to

Fri Jun  3 14:05:26 2005

UNITED STATES DISTRICT COURT

SCRANTON       , PA

Receipt No.   333 101865
Cashier       gina

Tender Type  CHECK

Check Number: 019198

Transaction Type   C

Case No./Def No. 3:05-PB-1      /   1

D Code    Div No      Acct
4667        3         6855XX

Amount              $    25.00

SP ADM/ELIZABETH A MURRAY/04-CV-2688

ALLIANCE DEFENSE FUND 15333 N. PIMA
RD STE 165 SCOTTSDALE, AR 85260

cn