# CLYMER & MUSSER, P.C.

| | | |
|---|---|---|
| JAMES N. CLYMER<br>ROBERT F. MUSSER<br>JEFFREY D. MOHLER<br>LEONARD G. BROWN, III*<br>RANDALL L. WENGER<br>ANDREA L. SHAW<br><br>*ALSO ADMITTED IN NORTH CAROLINA<br><br>DENNIS E. BOYLE<br>OF COUNSEL | ATTORNEYS AT LAW<br>23 NORTH LIME STREET<br>POST OFFICE BOX 1766<br>LANCASTER, PA 17608-1766<br>____<br>(717) 299-7101<br>FAX (717) 299-5115<br>E-MAIL: law@clymer.net<br>www.clymerlaw.com<br>DIRECT E-MAIL: len@clymer.net | 210 NORTH STATE STREET<br>EPHRATA, PA 17522<br>(717) 733-7471<br>____<br>16 SOUTH HESS STREET<br>QUARRYVILLE, PA 17566<br>(717) 786-0500<br>FAX (717) 786-2111<br>____<br>DIRECT ALL CORRESPONDENCE<br>TO THE LANCASTER OFFICE |

June 6, 2005

The Honorable John E. Jones, III
U.S. Courthouse & Federal Office Building
240 West Third Street, Suite 218
Williamsport, PA 17701

*VIA ECF*

Re:   *Kitzmiller v. Dover*, 4:04-CV-2688 (M.D. Pa.)

Dear Judge Jones:

The Foundation for Thought and Ethics hereby notifies the court, in accordance with the Court's June 2, 2005 order, that it is necessary to schedule a hearing to take testimony on FTE's application to intervene. FTE expects that testimony will last for half a day. Additionally, FTE respectfully requests that a hearing be scheduled no earlier than the week of June 20, 2005, in order for FTE to have the opportunity to review and reply to any brief in opposition to intervention that may be filed by plaintiffs and to be prepared to offer testimony on such issues raised by plaintiffs.

Very truly yours,

*s/Leonard G. Brown, III*

Leonard G. Brown, III

LGB

cc:   Patrick Gillen, Esq. (via electronic mail)
      Eric Rothschild, Esq. (via electronic mail)