THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al.<br>Plaintiffs | : <br> : <br> : | Case No. 04cv2688 |
| v. | : <br> : | Judge Jones |
| DOVER AREA SCHOOL DISTRICT and<br>DOVER AREA SCHOOL DISTRICT<br>BOARD OF DIRECTORS,<br>Defendants | : <br> : <br> : <br> : | |

ORDER

June 7, 2005

It is hereby **ORDERED** as follows:

1. A hearing on FTE's Motion to Intervene shall be held on July 14, 2005 at 1:00 p.m., in Courtroom # 4, Federal Courthouse, 228 Walnut Street, Harrisburg, Pennsylvania.

s/ John E. Jones III
John E. Jones III
United States District Judge
