IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al. | : | Case Number: 04-CV-2688 |
| | : | Judge Jones |
| vs. | : | |
| DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS | : | MOTION TO QUASH SUBPOENA OR FOR PROTECTIVE ORDER |

### ORDER

**AND NOW**, this _____ day of _____, 2005, upon consideration of the Motion to Quash or for Protective Order filed by Joseph Maldonado and Heidi Bernhard-Bubb, it is hereby **ORDERED** and **DECREED** that the Motion will be heard on _____, 2005, at _____ a.m./p.m. in Courtroom _____ of the Federal Building, _____, Pennsylvania.

The Depositions of Joseph Maldonado and Heidi Bernhard-Bubb scheduled for June 8, 2005 are stayed pending resolution of the within Motion.

Notice of the Entry of this Order shall be given to all parties as prescribed by law.

BY THE COURT:

_____
J.

BENNLAWFIRM
103-107 E. MARKET ST.
P.O. BOX 5185
YORK, PA 17405-5185

1