IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY J. KITZMILLER, et al. | : | No. 04cv2688 |
| Plaintiffs | : | Judge Jones |
| | : | |
| v. | : | |
| | : | |
| DOVER AREA SCHOOL DISTRICT; | : | |
| DOVER AREA SCHOOL DISTRICT | : | |
| BOARD OF DIRECTORS, | : | |
| Defendants. | : | |

**ORDER**

**June 8, 2005**

It is hereby ORDERED as follows:

1. A telephonic conference involving all parties regarding the Motion to Quash Subpoena or for Protective Order (doc. 71) shall be held on June 10, 2005 at 2:30 p.m.

2. Counsel for Movants shall initiate the conference call and will engage counsel for Plaintiffs and Defendants prior to connecting the Court. The Court's phone number is (570)601-1497.

3. All counsel shall be ready to proceed at the time of the said call.

                                                          s/ John E. Jones III
                                                          John E. Jones III
                                                          United States District Judge