C4-CV-2688

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR:   Benjamin W. Bull

ADMISSION TO PRACTICE IN THIS COURT: U.S. District Court
Middle District of Pennsylvania

### PETITION

I, Benjamin W. Bull, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:

Alliance Defense Fund
15333 N. Pima Road, Suite 165
Scottsdale, Arizona 85260

Office Telephone:

(480) 444-0020

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Please see the attached list.

My attorney Identification number is:   Ariz. Bar No. 009940

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

BEFORE JUDGE _____   Date: _____
U.S. DISTRICT JUDGE   U.S. MAGISTRATE JUDGE

__✓__ SPECIAL ADMISSION:

GRANTED _____   Date: 6-7-05
U.S. DISTRICT JUDGE   U.S. MAGISTRATE JUDGE