# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR:  Gary S. McCaleb
ADMISSION TO PRACTICE IN THIS COURT: U.S. District Court
Middle District of Pennsylvania

## PETITION

I, Gary S. McCaleb, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:
Alliance Defense Fund
15333 N. Pima Road, Suite 165
Scottsdale, Arizona 85260

Office Telephone:
(480) 444-0020

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Supreme Court of Arizona, admitted May 21, 1998;
U.S. District Court, Arizona, admitted November 23, 1998;
U.S. District Court, Colorado, admitted August 3, 1999;
U.S. District Court, Western District of Michigan, admitted February 20, 2004;
U.S. Court of Appeals, 9th Circuit, admitted February 4, 2000; and
U.S. Court of Appeals, 5th Circuit, admitted May 3, 2004.

My attorney Identification number is:   Ariz. Bar No. 018848

FOR COURT USE ONLY
____ GENERAL ADMISSION:
BEFORE JUDGE _____ Date: _____
U.S. DISTRICT JUDGE U.S. MAGISTRATE JUDGE

√ SPECIAL ADMISSION:
GRANTED _____ Date: 6-7-05
U.S. DISTRICT JUDGE U.S. MAGISTRATE JUDGE