**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
240 WEST THIRD STREET - SUITE 406
WILLIAMSPORT, PA 17701

JOHN E. JONES III
JUDGE

TEL. (570) 601-1497
FAX (570) 601-1150

June 8, 2005

Gary S. McCaleb, Esquire
Alliance Defense Fund
15333 N. Pima Road
Suite 165
Scottsdale, Arizona 85260

    **RE: Kitzmiller v Dover; 04cv2688**

Dear Attorney McCaleb:

    Judge Jones has approved your Petition for Special Admission to Practice in the Middle District of Pennsylvania effective June 7, 2005 for the above-captioned case only. Please be reminded that Local Rule 83.9.6 and 83.12 require that counsel admitted to practice Pro Hac Vice retain local counsel. Local counsel must participate in all proceedings unless excused by the Court.

    The Local Rules of the Middle District of Pennsylvania are found at the Court's web site at www.pamd.uscourts.gov and in the Middle District Manual published by the Middle District Chapter of the Federal Bar Association.

                        Very truly yours,

                          Brenda Traupman, Secretary for
                          The Honorable John E. Jones III

bmt