

04-CV-2688

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR:   Elizabeth A. Murray
ADMISSION TO PRACTICE IN THIS COURT: U.S. District Court
                                     Middle District of Pennsylvania

## PETITION

I, Elizabeth A. Murray, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:

Alliance Defense Fund
15333 N. Pima Road, Suite 165
Scottsdale, Arizona 85260

Office Telephone:

(480) 444-0020

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

| Court | Date |
|---|---|
| Supreme Court of Missouri | 9/17/03 |
| Supreme Court of Arizona | 5/21/04 |
| U.S. District Court for the Western District of Missouri | 9/26/03 |
| U.S. District Court for the District of Arizona | 6/14/04 |
| U.S. District Court for the Western District of Michigan | 8/18/04 |

My attorney Identification number is: AZ 022954   MO 52891

---

FOR COURT USE ONLY

____ GENERAL ADMISSION:

BEFORE JUDGE _____    Date: _____
             U.S. DISTRICT JUDGE U.S. MAGISTRATE JUDGE

✓ SPECIAL ADMISSION:

GRANTED [signature]   Date: 6-7-05
         U.S. DISTRICT JUDGE U.S. MAGISTRATE JUDGE