# EXHIBIT D

The New York Times
nytimes.com

PRINTER-FRIENDLY FORMAT SIDEWAYS
SPONSORED BY NOW PLAYING IN THEATERS

January 16, 2005

# An Alternative to Evolution Splits a Pennsylvania Town

By NEELA BANERJEE

DOVER, Pa. - Ever since the school board here voted to make this town in Pennsylvania Dutch country the first in the nation to discuss an alternative to evolution in high school biology classes, students have been as sharply divided as the rest of this normally close-knit community.

"I think we should have a choice: They should teach you both," said Meagan Hass, 14, while eating pizza after school at KT's restaurant with her friend Abbi Hake. "Evolution to me is like we come from monkeys."

At a nearby table, Jessika Moury, 14, said her mother supported the school board but she did not. "There are so many aspects of religion, so you have to teach what each of them says," Jessika said. "There's Bible Club in school for this, and that's where it should be taught."

With the new instruction on the origin of life set to begin, Dover has become a critical testing ground in a widening national debate about teaching evolution.

In early January, Dover High School's science teachers refused to read to ninth-graders a short statement written by the school board that criticizes evolution and cites a controversial approach called Intelligent Design as an alternative.

The teachers contend that such a change to the curriculum amounts to teaching Intelligent Design and that the approach is inherently religious, not scientific.

"Kids are smart enough to understand what Intelligent Design means," said Robert Eshbach, a science teacher who refused to read the statement. "The first question they will ask is, 'Well, who's the designer? Do you mean God?' "

Jen Miller, who teaches ninth-grade biology, said she saw no conflict between evolution and religion.

"I've never had a problem in my classroom in the way I approach evolution," Ms. Miller said. "Just because I teach evolution doesn't mean that God's not there or that I'm going against the religious beliefs of my students." With the teachers balking, an administrator will read the statement instead, as early as next week. Students may opt out of the reading with their parents' permission.

Several states have issued disclaimers to students questioning the validity of evolution, claiming it is riddled with gaps. But the Dover school board went further on Oct. 18 when it voted to specifically identify an alternative to evolution and encourage students to learn more about it.

Proponents of Intelligent Design, which asserts that life is so intricately complex that an architect must be behind it, say it is a valid scientific theory. Critics argue that Intelligent Design has no basis in

science and is another iteration of creationism. And while people are still polite to one another in Dover, those same arguments have split school board members, clergy, residents and students alike.

"It's been very polarizing," said the Rev. David F. Sproull, pastor of the Dover Assembly of God Church and a supporter of the board's decision. "I see very few people sitting in the middle of it. It evokes very strong feelings."

Some have already moved to stop the school board. In mid-December, 11 local parents represented by the American Civil Liberties Union and Americans United for Separation of Church and State sued the school board, contending that discussing Intelligent Design is a way to foist religion on their children.

"The dispute here isn't between Christians versus non-Christians or non-believers," said Jeff Brown, a former school board member who voted against criticizing evolution. "It's between Christians who are comfortable with the Constitution and those who want special treatment."

Conservative Christians across the country say the re-election of President Bush has given them the momentum to achieve important local goals, including challenging the teaching of evolution, and they are watching developments in Dover closely.

In a November 2004 CBS News Poll, nearly two-thirds of Americans said they favored teaching creationism alongside evolution in schools.

In Grantsburg, Wis., the school board recently voted to teach a critical approach to evolution, without identifying alternatives. In South Carolina, legislation will be introduced to examine the state's curriculum on teaching the origin of species. In Kansas, conservatives who favor challenging the teaching of evolution recently won a majority on the state school board, and they are generally expected to change the state science curriculum as early as the spring.

[A federal judge in Georgia ruled on Thursday that schools in Cobb County must remove from science textbooks stickers that criticize evolution, dealing a blow to local creationists.]

Located 25 miles southwest of Harrisburg, Dover, population 25,000, is a cluster of modest churches, clapboard homes and weathered family restaurants hemmed by rolling farmland. It is in York County, which supported President Bush by a nearly 2-to-1 margin in the November election. The area was largely settled by the small Protestant denominations that grew among the Pennsylvania Dutch, and people learned to be tolerant of those with differing beliefs because of the patchwork of faiths that made up their town, Mr. Brown said.

But a growing number of conservative Christians in Dover, like many elsewhere, bridle at what they see as the marginalization of their faith in a country they believe was founded on biblical values. "I think we're coming to place where we're certainly not browbeating people with religion, but that it has just become a normal part of life now," Mr. Sproull, the pastor, said of introducing Intelligent Design to the local high school. "Everyone in the country seems to have freedom of speech but those who talk about religion and God."

To many in Dover, teaching students that the Earth is millions of years old or that man evolved in ways that contradict biblical accounts is akin to promulgating atheism.

"If they can teach there is no God, then they can teach there is a God," said Jean Eisenhart, 72, as she left the Dover Diner after breakfast on a recent brisk morning.

The six people on the nine-member board who voted for the challenge to evolution have declined to talk to the news media because of the pending lawsuit. But the high school's science teachers said they were first approached by a board member about evolution in fall 2003.

By last summer, some members tried to stop the purchase of a biology textbook recommended by teachers because it mentioned Charles Darwin.

The York Dispatch quoted one board member, William Buckingham, as saying in that debate: "Nearly 2,000 years ago, someone died on the cross for us. Shouldn't we have the courage to stand up for him?" Richard Thompson, president of the Thomas More Law Center, a Christian legal defense group representing the six board members, said Mr. Buckingham made that statement in another context, a dispute about the Pledge of Allegiance in 2003.

The textbooks were ultimately ordered, but the board voted to have teachers read the statement criticizing evolution. Mr. Brown and his wife, Carol, longtime board members, resigned in protest. Many people have supported them; others stopped talking to them.

"I got no joy out of it," Mrs. Brown said. "But people have to be aware: This is dividing the country. Who pays attention to school board meetings anyway?"

The Rev. Warren Eshbach, an adjunct professor at Lutheran Theological Seminary in nearby Gettysburg and the father of Robert Eshbach, the science teacher, warned at board meetings about how divisive the issue might prove. Like many fellow Dover residents, he said the biblical account of the origins of humanity should be taught in a comparative religion class, not a biology class.

"Science is figuring out what God has already done," Mr. Eshbach said. "But I don't think Genesis 1 to 11 was ever meant to be a science textbook for the 21st century."

Noel Wenrich, an evangelical Christian board member who voted with the Browns against the measure, said he wanted approaches other than evolution explained in school. But given a 1987 Supreme Court decision against teaching creationism, he worried that the mention of Intelligent Design would embroil the district in losing lawsuits and drain it of badly needed funds.

"I think that 80 percent of the community might support the measure, but not if taxes go up," Mr. Wenrich said. "Then it's 30 percent."

Ninth graders at Dover High have been following the ruckus, and some say they wish that it would stop, and that Dover might be known for something else, something more run-of-the-mill, like its academics.

Amy Mummerd, a ninth grader, put some of her classmates' frustrations directly. "I think it should be kept out of school," she said of Intelligent Design. "Because it goes against the separation of school and church, or whatever."

Copyright 2005 The New York Times Company | Home | Privacy Policy | Search | Corrections | RSS | Help | Back to Top

The New York Times
nytimes.com

PRINTER-FRIENDLY FORMAT SIDEWAYS
SPONSORED BY NOW PLAYING IN THEATERS

January 23, 2005

EDITORIAL

# The Crafty Attacks on Evolution

Critics of Charles Darwin's theory of evolution become more wily with each passing year. Creationists who believe that God made the world and everything in it pretty much as described in the Bible were frustrated when their efforts to ban the teaching of evolution in the public schools or inject the teaching of creationism were judged unconstitutional by the courts. But over the past decade or more a new generation of critics has emerged with a softer, more roundabout approach that they hope can pass constitutional muster.

One line of attack - on display in Cobb County, Ga., in recent weeks - is to discredit evolution as little more than a theory that is open to question. Another strategy - now playing out in Dover, Pa. - is to make students aware of an alternative theory called "intelligent design," which infers the existence of an intelligent agent without any specific reference to God. These new approaches may seem harmless to a casual observer, but they still constitute an improper effort by religious advocates to impose their own slant on the teaching of evolution.

•

The Cobb County fight centers on a sticker that the board inserted into a new biology textbook to placate opponents of evolution. The school board, to its credit, was trying to strengthen the teaching of evolution after years in which it banned study of human origins in the elementary and middle schools and sidelined the topic as an elective in high school, in apparent violation of state curriculum standards. When the new course of study raised hackles among parents and citizens (more than 2,300 signed a petition), the board sought to quiet the controversy by placing a three-sentence sticker in the textbooks:

"This textbook contains material on evolution. Evolution is a theory, not a fact, regarding the origin of living things. This material should be approached with an open mind, studied carefully, and critically considered."

Although the board clearly thought this was a reasonable compromise, and many readers might think it unexceptional, it is actually an insidious effort to undermine the science curriculum. The first sentence sounds like a warning to parents that the film they are about to watch with their children contains pornography. Evolution is so awful that the reader must be warned that it is discussed inside the textbook. The second sentence makes it sound as though evolution is little more than a hunch, the popular understanding of the word "theory," whereas theories in science are carefully constructed frameworks for understanding a vast array of facts. The National Academy of Sciences, the nation's most prestigious scientific organization, has declared evolution "one of the strongest and most useful scientific theories we have" and says it is supported by an overwhelming scientific consensus.

The third sentence, urging that evolution be studied carefully and critically, seems like a fine idea. The only problem is, it singles out evolution as the only subject so shaky it needs critical judgment. Every

subject in the curriculum should be studied carefully and critically. Indeed, the interpretations taught in history, economics, sociology, political science, literature and other fields of study are far less grounded in fact and professional consensus than is evolutionary biology.

A more honest sticker would describe evolution as the dominant theory in the field and an extremely fruitful scientific tool. The sad fact is, the school board, in its zeal to be accommodating, swallowed the language of the anti-evolution crowd. Although the sticker makes no mention of religion and the school board as a whole was not trying to advance religion, a federal judge in Georgia ruled that the sticker amounted to an unconstitutional endorsement of religion because it was rooted in long-running religious challenges to evolution. In particular, the sticker's assertion that "evolution is a theory, not a fact" adopted the latest tactical language used by anti-evolutionists to dilute Darwinism, thereby putting the school board on the side of religious critics of evolution. That court decision is being appealed. Supporters of sound science education can only hope that the courts, and school districts, find a way to repel this latest assault on the most well-grounded theory in modern biology.

•

In the Pennsylvania case, the school board went further and became the first in the nation to require, albeit somewhat circuitously, that attention be paid in school to "intelligent design." This is the notion that some things in nature, such as the workings of the cell and intricate organs like the eye, are so complex that they could not have developed gradually through the force of Darwinian natural selection acting on genetic variations. Instead, it is argued, they must have been designed by some sort of higher intelligence. Leading expositors of intelligent design accept that the theory of evolution can explain what they consider small changes in a species over time, but they infer a designer's hand at work in what they consider big evolutionary jumps.

The Dover Area School District in Pennsylvania became the first in the country to place intelligent design before its students, albeit mostly one step removed from the classroom. Last week school administrators read a brief statement to ninth-grade biology classes (the teachers refused to do it) asserting that evolution was a theory, not a fact, that it had gaps for which there was no evidence, that intelligent design was a differing explanation of the origin of life, and that a book on intelligent design was available for interested students, who were, of course, encouraged to keep an open mind. That policy, which is being challenged in the courts, suffers from some of the same defects found in the Georgia sticker. It denigrates evolution as a theory, not a fact, and adds weight to that message by having administrators deliver it aloud.

•

Districts around the country are pondering whether to inject intelligent design into science classes, and the constitutional problems are underscored by practical issues. There is little enough time to discuss mainstream evolution in most schools; the Dover students get two 90-minute classes devoted to the subject. Before installing intelligent design in the already jam-packed science curriculum, school boards and citizens need to be aware that it is not a recognized field of science. There is no body of research to support its claims nor even a real plan to conduct such research. In 2002, more than a decade after the movement began, a pioneer of intelligent design lamented that the movement had many sympathizers but few research workers, no biology texts and no sustained curriculum to offer educators. Another leading expositor told a Christian magazine last year that the field had no theory of biological design to guide research, just "a bag of powerful intuitions, and a handful of notions." If evolution is derided as "only a theory," intelligent design needs to be recognized as "not even a theory" or "not yet a theory." It should not be taught or even described as a scientific alternative to one of the crowning theories of

modern science.

That said, in districts where evolution is a burning issue, there ought to be some place in school where the religious and cultural criticisms of evolution can be discussed, perhaps in a comparative religion class or a history or current events course. But school boards need to recognize that neither creationism nor intelligent design is an alternative to Darwinism as a scientific explanation of the evolution of life.

Copyright 2005 The New York Times Company | Home | Privacy Policy | Search | Corrections | RSS | Help | Back to Top





PRINTTHIS

Powered by Clickability

# School science debate has evolved

By Laura Parker, USA TODAY

The long-simmering battle over how evolution is taught in high school biology is boiling again.




Schools in Cobb County, Ga., outside Atlanta, placed this sticker in science textbooks.

AP

Nearly 80 years after the famous "Monkey Trial," in which Tennessee teacher John Scopes was convicted of teaching evolution in violation of state law, 24 states this year have seen efforts to change the way evolution is taught.

And because of a requirement in the federal No Child Left Behind law that states must review science standards over the next two years, the debate is likely to intensify. That requirement provides an opportunity for critics of evolution to help reshape how it is taught in public schools.

The battlegrounds include small school districts as well as state school boards that write policy for every district in the state. Among them:

•In western Wisconsin, the small Grantsburg School District now requires that alternative theories of evolution be taught.

•In Ohio, the state school board passed a measure that encourages the teaching of evolution and "intelligent design," a hypothesis that says life is so complex that some intelligent force was responsible.

•In Kansas, the defeat this month of a "pro-science" incumbent on the state school board by a candidate who had questioned evolution has shifted the balance of power on the 10-member board and ensures that the issue will come up again. The board ended the teaching of evolution in 1999, then reversed that decision after a subsequent election. It has been deadlocked since.

Debates over religion, science and natural phenomena are not limited to schools and evolution. The bookstore at Grand Canyon National Park sells *Grand Canyon: A Different View* by Tom Vail, a Colorado River guide. The book says the Grand Canyon was created during Noah's flood, not through millennia of erosion by the Colorado River.

The fight over evolution is heating up as the country tries to come to terms with the role of religion in

government. The American public remains divided. In a USA TODAY/CNN/Gallup Poll of 1,105 people conducted Nov. 19-21, 48% said religion has too much political influence in American life, and 40% said it has too little influence. Seven percent said religion has about the right amount of political influence. The poll's margin of error was +/—3 percentage points.

The debate over evolution has itself evolved. It is no longer a clear-cut argument between creationists who support the Bible's version of the origin of life and evolutionists who back Charles Darwin's theory that complex life forms, including humans, developed through genetic changes over millions of years. Now, those challenging Darwin want evolution taught as a theory whose validity is questioned. They also want alternative views taught so students are exposed to all views.

Eugenie Scott, director of the National Center for Science Education in Oakland, says the new approach is politically smart.

"They have no science," Scott says. "But they can argue to the American public that it's only fair to teach alternative science theories or evidence against evolution. That resonates in American culture. We are a very fair people."

But giving equal time to alternative views, critics such as Scott say, suggests that they are on par scientifically with evolution, which is grounded in scientific fact.

"Part of the job of the public school system is to make professional judgments about what children ought to learn," says Jack Krebs, a teacher and vice president of Kansas Citizens for Science. "It doesn't make any sense to give equal time to all these other ideas that are vastly unsupported. It's misleading to kids."

The most popular alternative is "intelligent design." Proponents of intelligent design do not publicly identify the "intelligent force," although they privately say it is God.

The hypothesis has been promoted to school districts by the Center for Science & Culture, an arm of the Discovery Institute, a Seattle-based think tank that is involved in other issues, such as regional transportation, and boasts as its largest donor the Bill & Melinda Gates Foundation.

"Some features of the natural universe are best explained as products of an intelligent cause rather than an undirected process like natural selection," says John West, the center's associate director. But identifying the cause, he says, is "outside the scope of science."

The Dover, Pa., school district recently became the first in the nation to require teaching intelligent design. Two school board members, Jeffrey Brown and his wife, Carol, resigned in protest.

"I don't think we should be teaching it. It is not a scientific theory, it is only a hypothesis," Brown says. Opponents call intelligent design "creationism in a tuxedo" that attempts to blur the line between religion and science in a way that will survive an inevitable court challenges. In 1987, the Supreme Court found that teaching creationism in public schools violates the constitutionally guaranteed separation of church and state.

The American Civil Liberties Union, which represented Scopes in the Tennessee Monkey Trial in 1925 — and lost — is now involved in litigation in Georgia and is considering suing in Dover.

"We've been fighting this since 1925,"says Witold Walczak, a Pennsylvania ACLU lawyer. "Why aren't people questioning atomic theory? Why aren't they questioning the theory that the Earth revolves around the sun? That's because evolution conflicts with their religious beliefs."

The lawsuit in Georgia was filed on behalf of six parents who objected to a disclaimer sticker the Cobb County school board placed on ninth-grade biology textbooks. The case was tried earlier this month in federal court in Atlanta. The judge's ruling is expected soon.

The disclaimer sticker states: "Evolution is a theory, not a fact, regarding the origin of living things. This material should be approached with an open mind, studied carefully, and critically considered."

Ken Miller, a Brown University biologist and co-author of the textbook, testified at the trial. He says the sticker "gives the impression that it's a very shaky theory." He adds: "When you say theory, not a fact, you're confusing the word, that it's something that we are not certain of. Theories in science explain facts."

Georgia state science standards require that evolution be taught. But in 2002, the district decided to add the sticker after 2,100 parents complained that the text failed to present other views about the origins of life.

The lawsuit illuminates the problem educators face as they attempt to straddle the divide over religion.

"We're trying to ... improve our evolution instruction and at the same time acknowledge that religious beliefs do enter into it," says Linwood Gunn, the district's attorney. "It is permissible to acknowledge there might be a conflict. Otherwise, you are ignoring the real friction there."

**Find this article at:**
http://www.usatoday.com/news/education/2004-11-28-schools-evolution_x.htm

☐ Check the box to include the list of links referenced in the article.

MEMBERS LOGIN NEW USERS REGISTER > BENEFITS OF MEMBERSHIP > HOME DELIVERY OFFERS

Newsday.com



HOT or COLD about winter? Last Minute Trips for under $250!

News Sports Business Entertainment Photos Shopping NY Newsday.com

Long Island | New York City | Nation | World | Health/Science | State | Obituaries | Columnists
Schools | Crime & Courts | Politics | Retirement | LI Life | Corrections

COMPLETE CLASSIFIEDS
Place An Ad
real estate apartments.com
Find a Job Post a Resume Post a Job
cars.com
Drive it home today!
shop
FIND SALES & DEALS
Your ZIP GO
GROCERY COUPONS
GUIDE



Site Search
Go

HOMEPAGE
LONG ISLAND
NEW YORK CITY
NATION | STATE
WORLD
HEALTH / SCIENCE
SPORTS
BUSINESS
OPINION
ENTERTAINMENT
FEATURES
OBITUARIES
PHOTOS
SPECIAL PROJECTS
Multimedia



TODAY'S PHOTOS
Jan. 18, 2005

- More Photos
- NYC Photos
- Most emailed stories

Find It Fast

National News Tuesday, January 18, 2005

A MATTER OF 'INTELLIGENT DESIGN'

# Pa. school board at the center of evolution debate

**BY JOHN RILEY**
STAFF CORRESPONDENT

January 14, 2005

Email this story
Printer friendly format



**Photos**



'Intelligent design' (AP Photo)

**More Coverage**

Judge Nixes Stickers Challenging Evolution
Jan 14, 2005

**Photo Gallery**



Photos: Evolution debate

**e-Poll: Religion in schools**

How should schools handle the evolution/creation debate?

◯ Both evolution and creation theories should be taught
◯ Just evolution theories should be taught
◯ Just creation or "intelligent design"

DOVER, Pa. -- Steve Farrell believes in God, with huge enthusiasm and little doubt.

He says he was "born again" several years ago when God helped him get through the death of a 4-day-old daughter with multiple birth defects. Then Farrell prayed again and God cured a hernia. Then, God cured his mother of breast cancer. Then, in answer to his prayers, God ended a drought in this rural York County township south of Harrisburg, rescuing the nursery business he runs just north of the village from a sharp decline.

So Farrell has taken to praying all the time. He asks God to change lives in the shopping malls, in the bars, on the Internet. And now, he figures the decision of the school board in Dover to become the first in the nation to incorporate the possibility of an "intelligent designer" in its biology curriculum as an alternative to Charles Darwin's theory of evolution is just another one of God's answers to his prayers.

"I see it as a tiny incremental change that is opening the door to let God back into the schools," says Farrell, beaming broadly amid aisles of anti-tick spray and aquarium chemicals at his store. "They [school board members] want the information to go out that 95 percent of us believe - that God created the Earth. Why can't the teacher say that?"

For almost two decades, the answer to that question has been the U.S. Constitution and its prohibition on government-mandated religion. But with the decision this fall to insert alternatives to Darwin into high school biology classes, Dover's schools have jumped with both feet into the center of a growing national debate over the role of religion in public life.

The broader debate has featured recent legal skirmishes over Ten Commandments displays and the phrase "under God" in the Pledge of Allegiance, and political battles over government support for faith-based social services. No issue, however, has been more durable than the Darwin vs. God struggle in the public schools, with a pedigree dating to the famous Scopes monkey trial in Tennessee in 1925, in which a school teacher was fined $100 for teaching evolution in violation of state law.

And Dover is not the only place where that fight continues.



LOCAL SEAR
- Restaurants
- Legal
- Travel
- Wedding Serv
- Caterers
- Home & Gar
- Health & Well

Enter a Catego

View List

Featured Advert
The Inn At Fox Hollow





MAMMA M
WANT TO
Compare
New Cars
Price Quote
cars.com

BUY NEWSDA PHOTO
NEWSDA PERSONA

EVENTS
MOVIES
KIDS DAY
FOOD
AP TOP NEWS
LOTTERY RESULTS
TRAVEL
SPORTS SCORES
TRAFFIC
5-DAY FORECAST
JOB FAIR
CROSSWORDS
CONTACT US
ARCHIVES
Today's Newspaper



Extras
WB11
Star Community Publishing
Island Publications Tourism
HOY
News in Spanish

In Georgia, a federal court just yesterday struck down a recent move by Cobb County to put a sticker on textbooks warning that evolution is "a theory, not a fact," concluding that the sticker implicitly endorsed religion-based alternatives. State boards in Ohio and Kansas, among others, have faced calls to revise biology standards.

theories should be taught
◯ Religion shouldn't be incorporated into the curriculum
Vote

While teaching of evolution in public schools is the norm, public opinion polls show that a majority of Americans - 55 percent, and 67 percent of those who voted for President George W. Bush, according to a recent CBS poll - believe God created humans in their present form. Only 13 percent think humans evolved from unguided biological processes, and the rest think both God and biology were involved.

Groups tracking the evolution battles say those beliefs have been harnessed by some of the same forces that have helped catapult Bush into the White House.

"We've seen an increase in the organization and activity of conservative evangelicals in politics in general, and this is one evidence of it," says Nick Matzke, a spokesman for the National Center for Science Education, which supports evolution teaching. "That's the common source of these different phenomenon."

Proponents of "intelligent design" argue there are gaps in the fossil record used to prove Darwin's theory, and that the very complexity of living organisms is evidence they are the work of an intelligent being. But they avoid calling the being God, as opposed to, for example, an alien. But it is an intellectual movement with little support in the mainstream biology community, and critics contend it is an intellectual fraud designed to sneak religion back into the schools in the guise of science.

That is the view of the American Civil Liberties Union, which sued Dover in federal court in Harrisburg in mid-December, on behalf of eight Dover parents whose differences with Farrell reflect the depth of the divide among the township's 18,000 residents.

"This is not science," said Tammy Kitzmiller, a mother of two Dover students and a plaintiff in the suit, after a late December court hearing. "How are they going to teach what they are mandated to teach by bringing another matter into the classroom?"

"All the 'alternatives' to evolution are religion- or creation-based," added Steve Stough, a science teacher in a nearby school district and another plaintiff. "It's as if you're a math teacher teaching that four plus four equals nine, just because you think it should."

Founded in the early 1700s by German immigrants fleeing religious persecution, Dover is hundreds of miles from the Bible Belt, and on the surface there's no obvious reason it should be the focus of a grand debate over the forces driving the cosmos.

It has a small, sedate town center of sturdy old brick shops and churches, which quickly gives way to a nearby shopping mall and several new subdivisions serving commuters to York and Harrisburg. From that hub, undulating two-lane roads radiate through 40 square miles of sparsely populated hay and wheat fields.

But a bounty of road signs providing directions to an array of churches hint at deep religious traditions. Some are old-line denominations brought over by the firm-in-their-faith German settlers - Lutheran, Church of the Brethren - but many others are newer, Bible-based evangelical ministries with an energy that has attracted growing numbers of adherents in recent years.

The evangelicals have driven the intelligent-design initiative and probably support it in greater numbers, experts say, but both traditions have contributed to a deep conservatism in the town, and through much of York County. In November, 66 percent of Dover voted for Bush.

"A lot of the Lutherans have lived there for generations, primarily rural and blue collar, a very stable population that goes back to the 18th century, and it's a conservative group," says Annabelle Wenzke, a religious studies professor at nearby York College. "They think religion deals with facts and the here and now. And the evangelicals organize. They think politically."

Some locals trace the current battle to a school board election several years ago in which a slate of conservatives won on an anti-tax platform. They formed the core of a group that, earlier this year, began complaining about the pro-Darwin slant of a new Prentice Hall biology textbook. The board eventually approved the text, but also decided



• Home delive
Start now, g
a $100 gift c
and premiun
web access!
• How to Adve
• Career
Opportuniti
• Contact Us

to accept an anonymous donation of 60 copies of "Of Pandas and People," a book advocating intelligent design, for placement in classrooms as a reference.

From there, the intelligent design battle took off. The board's policy, adopted in October, calls on teachers to tell students that while Pennsylvania state standards require knowledge of evolution, Darwin's theory has gaps "for which there is no evidence," and that "Intelligent Design is an explanation of the origin of life that differs from Darwin's." Interested students are to be referred to the "Pandas" book.

Advocates of the policy say the Supreme Court never banned scientific alternatives to evolution, and argue that it's educational to expose students to intellectual controversy.

"There is a difference between teaching science that happens to be harmonious with the Book of Genesis, as opposed to being purely motivated by teaching Genesis," says Richard Thompson of the Thomas More Law Center, a Michigan Christian-rights law group hired in December to represent Dover in court. "Intelligent design may have religious implications, but that does not make it religion."

But opponents like the ACLU contend the Dover debate is replete with evidence of religious, not academic, motives for putting intelligent design in the schools.

The ACLU suit, for example, contends that board member Bill Buckingham, a prominent member of the Harmony Grove Community Church and a leading proponent of the change, said during one meeting, "Two thousand years ago, someone died on a cross. Can't someone take a stand for him?" On another occasion, the suit says, he asserted that the United States "was founded on Christianity and our students should be taught as such." Buckingham did not return a call, and board members have stopped talking to the press since the suit was filed.

"The whole notion of intelligent design is predicated on the idea that there is some creator out there who explains evolution," says Witold Walczak, the legal director of the Pennsylvania ACLU. "That's inherently a religious view."

Here in Dover, the debate has fractured a previously homogeneous community. It has become a staple of letters to local newspapers. Residents say it comes up in pharmacies, grocery aisles, restaurants. Farrell says he takes plenty of flak for his stance at the nursery.

Teachers, who opposed the change, now complain that the board has given them no guidance on how to handle inevitable student questions about intelligent design without triggering a religion tripwire. Three school board members resigned in protest after the October vote, and some of the old members who resigned plan to run for election next year in an attempt to retake the board.

The board's membership now includes the pastor of an Assembly of God church, a man who home-schools his children, and two members of Buckingham's Harmony Grove church. A recent Sunday bulletin there called on members to pray for "the men from our own congregation ... on the front lines of this battle."

Some of the emotions were on display late last month, when the board met to hire a lawyer. Several speakers criticized it for risking taxpayer money by baiting the ACLU. Jeff Brown, a board member who resigned, said it didn't make sense to hire a Christian law group to try to prove the policy was not motivated by religion. A high school senior, Chaitanya Ayysola, told of being ridiculed for coming from a place that taught intelligent design.

But others stood with the board. "I'm a Christian," said Guy Stambaugh. "I'm behind them 100 percent." Donald Bonsell, the father of one of the board members, called the critics a "small group" and said the board was showing courage in standing up to "a lot of the hate that has been out there."

Clergy in the area say that not only are their congregations divided - even the clergy themselves are divided.

The Rev. Larry Dentler of the Bermudian Church of the Brethren, for example, says he's not an evangelical, but Internet research on intelligent design convinced him that it's a reasonable hypothesis to put before students. He doesn't want schools teaching religion, but compares the Dover debate to hypersensitive "silliness" like fights over Christmas carols in school.

"They're going to make students aware that there are other theories," Dentler says. "I

don't understand why there's all the hubbub and fussing and fuming. It's just encouraging students to think broadly."

But Rev. Mike Loser of the Dover United Church of Christ, across from the high school, calls the board's action "a religious vendetta, not good biology," and is uncomfortable with the macho-style Christianity he thinks is driving it.

"I sort of get the sense from a lot of Christians, 'We're not going to get kicked around any more,'" Loser said. "Christians come off looking like we're going to bully our way whether you like it or not. That's not a very attractive way to present Christianity."

Subscribe to Newsday home delivery

*Copyright © 2005, Newsday, Inc.* | *Article licensing and reprint options*



By visiting this site you agree to the terms of the Newsday.com User Agreement. Read our Privacy Polic
Copyright © Newsday, Inc. Produced by Newsday Electronic Publishing.
About Us | E-mail directory | How to Advertise