# EXHIBIT E

FOUNDATION FOR THOUGHT & ETHICHS                              75-1744350

| FORM 990 | OTHER CHANGES IN NET ASSETS OR FUND BALANCES | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| UNLOCATED | 955. |
| TOTAL TO FORM 990, PART I, LINE 20 | 955. |

| FORM 990 | OTHER EXPENSES | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | (A) TOTAL | (B) PROGRAM SERVICES | (C) MANAGEMENT AND GENERAL | (D) FUNDRAISING |
|---|---|---|---|---|
| STORAGE | 4,658. | | 4,658. | |
| ADVERTISING AND MARKETING | 8,957. | | | 8,957. |
| PROMOTIONS | 714. | | | 714. |
| FUNDRAISING | 12,812. | | | 12,812. |
| TAXES | 1,213. | 4. | 1,209. | |
| AUTO | 5,862. | | 5,862. | |
| MISC. | 2,128. | | 2,128. | |
| TOTAL TO FM 990, LN 43 | 36,344. | 4. | 13,857. | 22,483. |

| FORM 990 | STATEMENT OF ORGANIZATION'S PRIMARY EXEMPT PURPOSE PART III | STATEMENT 4 |
|---|---|---|

EXPLANATION

PROMOTING & PUBLISHING TEXTBOOKS PRESENTING A CHRISTION PERSPECTIVE OF ACAD

| FORM 990 | OTHER INVESTMENTS | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | VALUATION METHOD | AMOUNT |
|---|---|---|
| MISC. | COST | 405. |
| TOTAL TO FORM 990, PART IV, LINE 56, COLUMN B | | 405. |