IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY J. KITZMILLER, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:04-CV-2688 |
| | ) | |
| DOVER AREA SCHOOL, | ) | Hon. John E. Jones, III |
| DISTRICT and DOVER AREA | ) | |
| SCHOOL DISTRICT BOARD OF | ) | |
| DIRECTORS, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| FOUNDATION  FOR  THOUGHT | ) | |
| AND ETHICS, | ) | |
| | ) | |
| Applicant for Intervention. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Applicant for Intervention, Foundation for Thought and Ethics ("FTE"), hereby files this unopposed motion for an eight-day extension of time through June 28, 2005, in which to file its reply to defendants' Response to FTE's application to intervene:

1. On May 23, 2005, FTE filed an application to intervene in the above captioned matter.

2. On May 27, 2005, FTE filed its memorandum of law in support of its application to intervene and on June 6, 2005, defendants

filed their brief in opposition to FTE's application.

3. Plaintiffs filed their response to FTE's application on June 14, 2005 and FTE's reply is due by June 28, 2005.  The parties do not oppose FTE's motion that FTE's reply date be extended the later date of June 28, 2005, so that FTE may reply to both parties in one submission.

WHEREFORE, FTE respectfully requests that this Court grant its request and enter the attached order.

Respectfully submitted,

By:   _s/Leonard G. Brown, III____
      **Leonard G. Brown, III, Esq.**
      PA I.D. No. 83207
      **Randall L. Wenger, Esq.**
      PA I.D. No. 86537
      **Dennis E. Boyle, Esq.**
      (Of Counsel)
      PA I.D. No. 49618
      *CLYMER & MUSSER, P.C.*
      23 North Lime Street
      Lancaster, PA 17602-2912
      (717) 299-7101

      **Jeffrey C. Mateer, Esq.***
      Texas State Bar No. 13185320
      **MATEER & SHAFFER, L.L.P.**
      1300 Republic Center
      325 N. St. Paul Street
      Dallas, Texas 75202
      Telephone: (214) 720-9900
      Facsimile: (214) 720-9910

3

**Benjamin W. Bull, Esq.**
Arizona Bar No. 009940
**Gary S. McCaleb, Esq.**
Arizona Bar No. 018848
**Elizabeth A. Murray, Esq.**
Arizona State Bar No. 022954
**ALLIANCE DEFENSE FUND**
15333 North Pima Road
Suite 165
Scottsdale, AZ  85260
Tel: (800) 835-5233
Fax: (480) 444-0028

**Kelly J Shackelford, Esq.***
Texas Bar No.  18070950
**Hiram S. Sasser, III, Esq.***
Texas Bar No. 24039157
Oklahoma Bar No. 19559
**LIBERTY LEGAL INSTITUTE**
903 E. 18th, Suite 230
Plano, Texas 75024
Telephone: 972.423.3131
Facsimile: 972.423.8899

***Attorneys for Foundation for
Thought and Ethics***

**\***Application to be made for
 admission *pro hac vice*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above document was served electronically on the below listed individuals by electronic filing using the ECF system for the United States District Court, Middle District of Pennsylvania, and is available for viewing on its website.


Eric Rothschild, Esq.
Alfred H. Wilcox, Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, Pennsylvania 19103

Patrick Gillen, Esq.
Thomas More Law Center
24 Frank Lloyd Wright Drive
P.O. Box 93
Ann Arbor, Michigan 48106


By:   _s/Leonard G. Brown, III_____
        Leonard G. Brown, III, Esquire


Date: June 15, 2005