IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY J. KITZMILLER, *et al.*  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>DOVER AREA SCHOOL,  )<br>DISTRICT and DOVER AREA  )<br>SCHOOL DISTRICT BOARD OF  )<br>DIRECTORS,  )<br>)<br>Defendants,  )<br>)<br>FOUNDATION FOR THOUGHT  )<br>AND ETHICS,  )<br>)<br>Applicant for Intervention.  ) | Civil Action No. 4:04-CV-2688 |

ORDER

AND NOW, this _____ day of June, 2005, in consideration of the Foundation for Thought and Ethic's unopposed motion for an extension of time, it is ORDERED that FTE shall have through June 28, 2005, in which to file any reply brief to responses of plaintiffs or defendants to FTE's application for intervention.

_____
JOHN E. JONES, III
JUDGE