IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY J. KITZMILLER, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) |
| DOVER AREA SCHOOL, DISTRICT and DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, | ) Civil Action No. 4:04-CV-2688 |
| Defendants, | ) |
| FOUNDATION FOR THOUGHT AND ETHICS, | ) |
| Applicant for Intervention. | ) |

ORDER

AND NOW, this ___15th___ day of June, 2005, in consideration of the Foundation for Thought and Ethic's unopposed motion for an extension of time, it is ORDERED that FTE shall have through June 28, 2005, in which to file any reply brief to responses of plaintiffs or defendants to FTE's application for intervention.

s/ John E. Jones III
John E. Jones III
United States District Judge