## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al.,<br>Plaintiffs,<br><br>v.<br><br>DOVER AREA SCHOOL DISTRICT and<br>DOVER AREA SCHOOL DISTRICT<br>BOARD OF DIRECTORS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 04-CV-2688<br>(Hon. Judge Jones)<br><br>(Filed Electronically) |

## DEFENDANTS' MOTION TO COMPEL NONPARTIES, MALDONADO, BERNHARD-BUBB, *YORK DISPATCH*, AND *YORK COUNTY DAILY RECORD*, TO COMPLY WITH SUBPOENAS

Defendants move this court pursuant to Fed. R. Civ. P. 37 and 45 to compel nonparty witnesses, Joseph Maldonado, Heidi Bernhard-Bubb, *York Dispatch*, and *York County Daily Record*, to comply with subpoenas served on them by defendants. Defendants request an order from this court requiring these nonparty witnesses to comply with the subpoenas served on them by defendants in this

action.  In support of this motion, defendants rely on their brief and exhibits, which have been filed with this motion

Defendants and counsel for the nonparty witnesses were unable to reach a resolution of this motion as of the date of its filing.  Plaintiffs' counsel have authorized defendants to state that "[p]laintiffs oppose any protective order that would result in the reporters not having to testify at trial regarding the subject matter averred to in their affidavits.  Otherwise, plaintiffs take no position on your proposed motion to compel."

Defendants respectfully request that this court grant them the relief sought.

Respectfully submitted,

Richard Thompson (MI P21410)*
Patrick T. Gillen (MI P47456)*
Robert J. Muise (MI P62849)*
Edward L. White III (MI P62485)*
Thomas More Law Center
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, MI 48106
734-827-2001; Fax. 734-930-7160
rthompson@thomasmore.org
pgillen@thomasmore.org
rmuise@thomasmore.org
ewhite@thomasmore.org
* Admitted pro hac vice

Ron Turo
Turo Law Offices
29 South Pitt Street
Carlisle, PA 177013
717-245-9688

Dated:  June 15, 2005                    *Counsel for defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2005, a copy of the foregoing defendants'
motion to compel and proposed order was served on the following counsel through
the electronic case filing system and via U.S. Mail, postage prepaid, and by fax
where noted:

Eric Rothschild                          Thomas B. Schmidt, III
Stephen G. Harvey                        Pepper Hamilton LLP
Joseph M. Farber                         200 One Keystone Plaza
Benjamin M. Mather                       North Front and Market Streets
Pepper Hamilton LLP                      PO Box 1181
3000 Two Logan Square                    Harrisburg, PA 17108
18th & Arch Streets
Philadelphia, PA 19103


Witold J. Walczak                        Paula K. Knudsen
ACLU of Pennsylvania                     ACLU of Pennsylvania
313 Atwood Street                        105 N. Front Street
Pittsburgh, PA 15213                     Suite 225
                                         Harrisburg, PA 17101

3

Richard B. Katskee
Ayesha Khan
Alex J. Luchenitser
Americans United for Separation
  of Church and State
518 C Street, NE
Washington, DC 20002

Niles Benn
Benn Law Firm
103-107 E. Market Street
P.O. Box 5185
York, PA  17405
and by Fax:  717-852-8797

Ron Turo
Turo Law Offices
29 South Pitt Street
Carlisle, PA 17013

Mary Catherine Roper
ACLU of Pennsylvania
P.O. Box 1161
Philadelphia, PA  19105

Edward L. White III
Admitted *pro hac vice*