IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al.<br>    Plaintiffs,<br><br>v.<br><br>DOVER AREA SCHOOL DISTRICT, et al<br>    Defendants. | Case No. 04-CV-2688<br>(Hon. Judge Jones)<br><br>(Filed Electronically) |

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL NONPARTIES, MALDONADO, BERNHARD-BUBB, *YORK DISPATCH*, AND *YORK COUNTY DAILY RECORD*, TO COMPLY WITH SUBPOENAS**

Before this court is defendants' motion to compel. The court hereby GRANTS said motion. Joseph Maldonado, Heidi Bernhard-Bubb, *York Dispatch,* and *York County Daily Record* are hereby ordered to comply with the subpoenas served on them by defendants that are dated May 24, 2005, and June 10, 2005.

Dated this _____ day of _____, 2005.

John E. Jones III
United States District Judge