IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY KITZMILLER, et al.,            )
    Plaintiffs,            )    Case No. 04-CV-2688
                )    (Hon. Judge Jones)
  v.            )
                )    (Filed Electronically)
DOVER AREA SCHOOL DISTRICT, et al.,)
    Defendants.            )
_____)

## EXHIBITS TO DEFENDANTS' BRIEF IN SUPPORT OF MOTION TO COMPEL NONPARTIES, MALDONADO, BERNHARD-BUBB, *YORK DISPATCH*, AND *YORK DAILY RECORD*, TO COMPLY WITH SUBPOENAS

Exhibit A,  Defendants' Subpoena to Joseph Maldonado, dated May 24, 2005

Exhibit B,  Defendants' Subpoena to York County Daily Record, dated May 24, 2005

Exhibit C,  Defendants' Subpoena to Heidi Bernhard-Bubb, dated May 24, 2005

Exhibit D,  Defendants' Subpoena to York Dispatch, dated May 24, 2005

Exhibit E,  Letter from Terence Barna to Eric Rothschild and Patrick Gillen, dated May 26, 2005

Exhibit F,   Letter from Eric Rothschild to Niles Benn, dated May 31, 2005

Exhibit G,   Letter from Niles Benn to Eric Rothschild and Patrick Gillen, dated June 3, 2005

Exhibit H,   Letter from Niles Benn to Patrick Gillen, dated June 3, 2005

Exhibit I,   Letter from Patrick Gillen to Niles Benn, dated June 6, 2005

Exhibit J,   Defendants' Subpoena to Joseph Maldonado, dated June 10, 2005

Exhibit K,   Defendants' Subpoena to Heidi Bernhard-Bubb, dated June 10, 2005

Exhibit L,   Deposition excerpts of Alan Bonsell, dated January 3, 2005

Exhibit M,   Deposition excerpts of Sheila Harkins, dated January 3, 2005

Exhibit N,   Deposition excerpts of William Buckingham, dated January 3, 2005

Exhibit O,   Deposition excerpts of Heather Geesey, dated March 10, 2005

Exhibit P,   Letter from Edward White to Niles Benn, dated June 13, 2005

Exhibit Q,   Letter from Edward White to Niles Benn, dated June 14, 2005