# EXHIBIT E



**BENN**LAW**FIRM**

May 26, 2005

Eric Rothschild, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Patrick T. Gillen, Esquire
Thomas More Law Center
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, MI 48106

    Re:    Kitzmiller, et al. v. Dover Area School District, et al.
           No. CV-04-2688 (Middle District of Pennsylvania)

Dear Gentlemen:

    As you are aware, this office is representing the interests of the York Daily Record, Joseph Maldonado, The York Dispatch and Heidi Bernhard-Bubb in the above referenced matter. My office has accepted service of Subpoenas from both parties on behalf of our clients. By accepting service, we did not waive any objections to the said Subpoenas. Under the facts of this case, it is our position that the said reporters cannot be compelled to testify at deposition or trial pursuant to Pennsylvania law. Having said that, in an effort to resolve the matter amicably and avoid unnecessary legal expense for all parties, we will be forwarding Affidavits from our clients in the near future. We are hopeful that the same will be acceptable to the litigants in lieu of the reporters' attendance at any depositions or trial.

    Thank you and please call if you would like to discuss the matter further.

Very truly yours,

Terence J. Barna, Esquire

TJB/mjs

pc:  Joseph M. Farber, Esquire

NILES S. BENN

TERENCE J. BARNA

CHRISTIAN J. DABB

TRACI L. McPATE

103-107 E. MARKET ST.

P.O. BOX 5185

YORK, PA 17405-5185

717.852.7020

FAX 717.852.8797