# EXHIBIT F

# Pepper Hamilton LLP
###### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750



Eric Rothschild
direct dial: 215-981-4813
rothsche@pepperlaw.com

May 31, 2005



**VIA FACSIMILE AND U.S. MAIL**
Niles Benn, Esquire
Benn Law Firm
P.O. Box 5185
103 East Market Street
York, PA 17405

    RE:    **Kitzmiller, et al. v. Dover Area School District, et al.;
No.: CV 04-2688**

Dear Niles:

    Thank you for your letter of May 26, 2005, advising that you are working to address the parties' subpoenas to Heidi Bernhard-Bubb and Joe Maldonado in the above-captioned matter by developing affidavits that would be accepted into evidence by the parties in lieu of testimony from these individuals.

    However, if a resolution in this manner cannot be reached that is satisfactory to all parties, we expect that both depositions will proceed on June 8th, 2005, and that the witnesses will answer all questions other than those requiring disclosure of information protected by attorney-client or work product privileges, or by a protective order issued in advance of the deposition by the Court. As you know, you accepted service by mail of the deposition subpoena for Ms. Bernhard-Bubb on May 12, 2005 and Scott Blanchard of the York Daily Record accepted a deposition subpoena on behalf of Joe Maldonado on May 4, 2005, and to date no motion for protective order has been filed. In the absence of such an order, we will anticipate that Ms. Bernhard-Bubb and Mr. Maldonado will attend their respective depositions on June 8, 2005, and testify as to non-privileged information.

    Very truly yours,

    *Eric Rothschild*

    Eric Rothschild

ER/jf

PHLEGAL: #1745248 v3 (11#N403!.DOC)

| Philadelphia | Washington, D.C. | Detroit | New York | Pittsburgh |
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington |

www.pepperlaw.com