# EXHIBIT I

**THOMAS MORE**
**Law Center**



EXHIBIT
I

June 6, 2005

*Via Facsimile*
Niles S. Benn
Benn Law Firm
103 East Market Street
York, PA  17401

    Re:    *Kitzmiller, et al. v. Dover Area School District, et al.*,
             04-CV-2688 (M.D.Pa.)

Dear Mr. Benn:

I am out of the office but have been apprised of your letters faxed Friday relating to the subpoenas served upon your clients in the above-referenced matter. Please know that I cannot accept the response that you offered on behalf of your clients and expect compliance complete compliance with those subpoenas as required by the Federal Rules of Civil Procedure.

                                  Sincerely,

                                  Patrick T. Gillen

PTG/slp

cc:    Eric Rothschild

24 Frank Lloyd Wright Drive • P.O. Box 393 • Ann Arbor, Michigan 48106 • (734) 827-2001 • Fax: (734) 930-7160