# EXHIBIT L

# In The Matter Of:

*Tammy Kitzmiller, et al.  v.*
*Dover Area School District, et al.*

*Alan Bonsell*
*January 3, 2005*

*Filius & McLucas Reporting Service, Inc.*
*1427 East Market Street, York, PA*
*4309 Linglestown Road, Harrisburg, PA*

*(717) 845-6418   or   (717) 236-0623*

*Original File AB010305.TXT, 95 Pages*
*Min-U-Script® File ID: 2912591983*

**Word Index included with this Min-U-Script®**

Tammy Kitzmiller, et al. v. Dover Area School District, et al.
Case 4:04-cv-02688-JEJ   Document 86-14   Filed 06/15/05   Page 3 of 6
Alan Bonsell
January 3, 2005

Page 33

[1] would look at all of the information.
[2] Q: Is it your opinion that prior to passing this resolution
[3] there was not a level playing field in the Dover School
[4] District?
[5] A: Not when you are teaching one theory as fact.
[6] Q: What leads you to conclude that one theory was being
[7] taught as fact?
[8] A: If there is only one theory presented. But even —
[9] Q: Is it your testimony if only one theory is being
[10] presented, then it is being presented as fact? You
[11] didn't finish issue your sentence.
[12] A: I just wanted to say again, going back to this again
[13] because your questioning is — we aren't teaching
[14] Intelligent Design.
[15] Q: Let's put that subject aside. You said that the purpose
[16] of the resolution — one of the purposes was to create a
[17] level playing field.
[18] I am asking the question: Before this resolution
[19] was passed, was there not a level playing field in the
[20] Dover School District?
[21] A: I don't believe so.
[22] Q: Why is that?
[23] A: Because, again, I want the kids to critically be able to
[24] think about these things and learn. That is what
[25] science is, a search for truth.

Page 34

[1] Q: Prior to this resolution being passed, was there any
[2] prohibition against children critically thinking in
[3] science class?
[4] A: Was there any prohibition?
[5] Q: Was there anything interfering with them critically
[6] thinking?
[7] A: I don't know.
[8] Q: So why was this resolution necessary if there was no
[9] impediment to children critically thinking before it was
[10] passed?
[11] A: I don't know. To the prohibition, I don't know. I'm
[12] trying to understand your questions.
[13] Q: You said that one of the purposes in passing this
[14] resolution was to make a level playing field. And when
[15] I asked you whether there was a level playing field, you
[16] then turned to the issue of whether children were
[17] allowed to critically think.
[18] I am asking you was there any anything stopping
[19] them from critically thinking before that resolution was
[20] passed?
[21] A: When I say critically think is to — there's other
[22] theories except one theory out there. I'm not sure I
[23] understand your question to answer it properly I guess.
[24] Q: Okay.
[25] A: I am trying to.

Page 35

[1] Q: Where do you live, Mr. Bonsell?
[2] A: My address?
[3] Q: Do you live in Dover Township?
[4] A: Yes.
[5] Q: How long have you lived in Dover?
[6] A: Oh, my goodness! I have lived in Dover 25 years.
[7] Q: What do you do for a living?
[8] A: I am self-employed.
[9] Q: What do you do?
[10] A: I have an auto repair shop.
[11] Q: Have you had any other careers besides owning the auto
[12] repair shop during your adulthood?
[13] A: Careers?
[14] Q: Job.
[15] A: I was a real estate agent right out of college.
[16] Q: Anything else?
[17] A: Not really, no.
[18] Q: Did you graduate from college?
[19] A: Yes.
[20] Q: What school?
[21] A: I graduated from York College.
[22] Q: What was your major?
[23] A: Business.
[24] Q: Did you take any science classes at York College?
[25] A: I'm sure.

Page 36

[1] Q: Do you remember what they were?
[2] A: Not off the top of my head, no.
[3] Q: What year did you graduate?
[4] A: '82.
[5] Q: Do you read — regularly read any newspapers?
[6] A: Yes.
[7] Q: What newspapers do you read?
[8] A: The Dispatch.
[9] Q: Anything else?
[10] A: Occasionally, The Daily Record.
[11] Q: Mr. Bonsell, you are aware there has been quite a bit of
[12] reporting about the issue of the biology curriculum in
[13] both The York Dispatch and York Daily Record?
[14] A: Yes.
[15] Q: Have you made a point of reading the articles about the
[16] subject?
[17] A: I have read quite a few of them.
[18] Q: Have you ever contacted any of the newspapers to advise
[19] them that they had misquoted you or misrepresented
[20] statements you had made?
[21] A: Oh, yeah.
[22] Q: When have you done that?
[23] A: Numerous times I have talked to reporters and told them
[24] that what they have written is not writing it correctly.
[25] What was said wasn't said, you know. Things reported

Alan Bonsell
January 3, 2005

Case 4:04-cv-02688-JEJ   Document 86-14   Filed 06/15/05   Page 4 of 6

Tammy Kitzmiller, et al. v.
Dover Area School District, et al.

Page 37

[1] weren't even discussed. So yeah.
[2]   Q: Have you asked any newspaper to issue a correction or
[3] retraction?
[4]   A: I have said things to the reporters, but they have never
[5] done a retraction, no.
[6]   Q: Have you specifically asked them to do a retraction?
[7]   A: I know I talked about the one telling the — hold on a
[8] second. I talked to the one reporter from The Dispatch
[9] about a report that she had written — or I should say
[10] the newspaper wrote that was not factual. And she said
[11] yes, she tried to get a retraction, but they wouldn't
[12] retract it.
[13]   Q: Do you remember what the subject matter of that article
[14] was?
[15]   A: It had to do with our high school building.
[16]   Q: Not the biology curriculum?
[17]   A: Not in this particular case, no.
[18]   Q: Let's limit the subject matter to the biology
[19] curriculum.
[20]   A: Okay, the biology curriculum.
[21]   Q: Have you ever asked any newspaper to issue a correction
[22] or retraction for anything they reported about the
[23] biology curriculum?
[24]   A: I have asked them to report it correctly. I have asked
[25] them to quit reporting the wrong things all the time and

Page 38

[1] given them examples. So if that is what you mean, I
[2] have done that numerous times.
[3]   Q: Have you ever asked any paper to actually issue a
[4] retraction or a correction?
[5]   A: The paper itself? I have asked them to do it. I have
[6] asked the newspaper reporters.
[7]   Q: I am including reporters as part of the paper. Have you
[8] actually said can you please correct what you said or
[9] retract what you said?
[10]   A: I said please correct what you are saying and put in
[11] what is really being said and done at the school.
[12]   Q: Have you ever told any of the reporters over at the
[13] newspaper itself that you personally were being
[14] misquoted or that statements you made were being
[15] misrepresented?
[16]   A: Statements that I — I would have to say yes.
[17]   Q: Can you remember any specific statements?
[18]   A: It is just like I said, when all these newsletters and
[19] things that you are saying about, things they reported
[20] about or we have said or whatever and inserted words
[21] that weren't — I mean have different meanings. Things
[22] are taken out of context, only reporting part.
[23] You know if you say two sentences, and they only
[24] report one, you can make what was said totally
[25] different. Different things along those lines.

Page 39

[1]   Q: But have you ever asked the reporter please correct
[2] something you reported I said because I didn't say that,
[3] or I didn't say it that way?
[4]   A: I have asked reporters — I mean I have asked reporters
[5] to change what they are reporting because what we voted
[6] on, what we did, what we are talking about is not what
[7] they are reporting. So I am sure I would be in that of
[8] what is being said.
[9]   Q: Did you ever write to any reporter or the newspaper and
[10] ask and state in writing that they had reported
[11] something incorrectly?
[12]   A: I went right straight to the reporter that has his name
[13] on the article.
[14]   Q: That is fine. But I am asking did you do it in writing?
[15]   A: Did I do it in writing?
[16]   Q: Yes.
[17]   A: In this particular subject?
[18]   Q: On the subject of the biology curriculum.
[19]   A: I don't recall doing it in writing.
[20]   (Deposition Exhibit P-4 was introduced.)
[21]         BY MR. ROTHSCHILD:
[22]   Q: Mr. Bonsell, I am going to give you a collection of
[23] documents we have marked as P-4. They are a collection
[24] of articles I believe all from The York Dispatch and The
[25] York Daily Record. I am not representing that they are

Page 40

[1] every single item that was written on the subject, but
[2] we have tried to be comprehensive.
[3]   MR. ROTHSCHILD: Dick, you should have a copy.
[4]   MR. THOMPSON: I think I have seen those. I will
[5] just look over his shoulder.
[6]         BY MR. ROTHSCHILD:
[7]   Q: I am going to ask you to look at some of the articles in
[8] this collection.
[9]   A: Okay.
[10]   Q: If you could turn a few pages to the June 9th, 2004 York
[11] Daily Record Article.
[12]   A: (Witness complies.)
[13]   Q: Written by Maldonado.
[14]   A: Is it June 9th?
[15]   Q: Is Mr. Maldonado one of the reporters you have spoken to
[16] about reporting things incorrectly?
[17]   A: Yes.
[18]   Q: This article refers to a Monday night Board meeting — a
[19] Monday night Board meeting before June 9th, 2004. Do
[20] you see that in the first paragraph?
[21]   A: High school Monday night Board meeting, yes, okay.
[22]   Q: At the bottom of the page, there is a statement
[23] attributed to you. It says Board President Alan Bonsell
[24] disagreed. And it is disagreeing with something that a
[25] student said saying there were only two theories

Tammy Kitzmiller, et al. v.
Dover Area School District, et al.

January 3, 2005

Case 4:04-cv-02688-JEJ   Document 86-14   Filed 06/15/05   Page 5 of 6

Page 41

[1] Creationism and evolution that could possibly be taught.
[2] He said as long as both were taught as theories, there
[3] would be no problems for the District.
[4]   A: I didn't say that. What is your question? I am sorry.
[5]   Q: Were you aware that this statement was reported in the
[6] newspaper?
[7]   A: I'm not sure in this particular case.
[8]   Q: Did you say at that meeting that there were only two
[9] theories that could possibly be taught, Creationism and
[10] evolution?
[11]   A: I didn't say Creationism. I never have.
[12]   Q: It says that your — is it your testimony that you have
[13] never talked about Creationism in a School Board
[14] meeting?
[15]   A: Not in this context. I did not say that, no.
[16]   Q: Have you ever raised —
[17]   A: Not that I recall.
[18]   Q: Let me finish my question.
[19]   A: I am sorry. I thought you were repeating the question
[20] you just said.
[21]   Q: Have you ever discussed the issue of Creationism at a
[22] public Board meeting?
[23]   A: No.
[24]   Q: Have any Board members discussed the issue of
[25] Creationism at School Board meetings, public School

Page 42

[1] Board meetings?
[2]   A: Clarify that a little bit more. What do you mean has
[3] anybody?
[4]   Q: Has anybody brought up the subject?
[5]   A: Mentioned the word?
[6]   Q: Has anybody brought up the subject of teaching
[7] Creationism in the Dover schools?
[8]   A: I don't recall.
[9]   Q: At the bottom of the page, there is a quote attributed
[10] to Mr. Buckingham — this country wasn't founded on
[11] Muslim beliefs or evolution. This country was founded
[12] on Christianity, and our students should be taught as
[13] such.
[14]   Are you aware of whether Mr. Buckingham made that
[15] statement?
[16]   A: I'm not. No, I am not aware. It was after the meeting.
[17]   Q: Turn to the next article.
[18]   A: (Witness complies.)
[19]   Q: Again, this is a reference to the Monday night Board
[20] meeting?
[21]   A: The same one?
[22]   Q: The article is the next day so I think it is a fair
[23] inference. It says Board members Alan Bonsell, Noel
[24] Wenrich and Buckingham spoke aggressively in favor of
[25] having a biology book that includes theories of creation

Page 43

[1] as part of the text.
[2]   Were you aware that that was reported?
[3]   A: I'm not sure if it was reported or not reported. You
[4] have it looks like many more articles than I have read.
[5]   Q: Did you speak aggressively — did you speak in favor of
[6] having a biology book that includes theories of
[7] creation?
[8]   A: No.
[9]   Q: Did Mr. Wenrich?
[10]   A: I don't believe he did either.
[11]   Q: Did Mr. Buckingham?
[12]   A: From what I am reading in this context, I don't — they
[13] are saying the three of us spoke aggressively. I don't
[14] recall. I'm not sure.
[15]   Q: During this time period June 10th, 2004, was the School
[16] District in the process of selecting and purchasing a
[17] new biology textbook?
[18]   A: At what time?
[19]   Q: During that time period June, 2004.
[20]   A: Yes. Over the summer, they were looking into the
[21] possibility of purchasing another textbook.
[22]   Q: Had the science faculty recommended a textbook?
[23]   A: The science faculty did recommend a textbook.
[24]   Q: Was the textbook they recommended the one that was
[25] ultimately purchased, the Miller and Levin textbook?

Page 44

[1]   A: Yes.
[2]   Q: During the process of selecting the book, did the Board
[3] or any committee of the Board ever undertake to find a
[4] different biology textbook for the school than the one
[5] that the faculty had recommended?
[6]   A: I wasn't in those meetings. I don't know if they did or
[7] they didn't.
[8]   Q: Was there any effort to find any book that included
[9] Creationism as part of the text?
[10]   A: There again, I wasn't in those meetings that would have
[11] done something like that. You are asking me to
[12] speculate. So I mean if you are asking that question,
[13] if I am speculating, I would say no.
[14]   Q: If you don't know —
[15]   A: I don't know.
[16]   Q: Just to be clear, Mr. Bonsell, if you don't know at all,
[17] that is what you should answer. If you know because
[18] somebody told you it was discussed at a meeting, then
[19] you should — then —
[20]   A: Okay.
[21]   Q: I want to know if you know that.
[22]   A: Okay.
[23]   Q: Do you know not from participating in a meeting, but
[24] from other sources that there was an effort to look for
[25] a textbook that included Creationism?

Alan Bonsell  
January 3, 2005

Tammy Kitzmiller, et al. v.
Dover Area School District, et al.

Case 4:04-cv-02688-JEJ   Document 86-14   Filed 06/15/05   Page 6 of 9

Page 45

[1] A: Not that I recall. Could I just take a quick second
[2] break? I just want to ask my attorney one other
[3] question?
[4] MR. THOMPSON: Sure.
[5] (The witness and his attorney exit the conference
[6] room to confer.)
[7] BY MR. ROTHSCHILD:
[8] Q: Mr. Bonsell, if you could turn to page — to the June
[9] 15th article in the York Dispatch by Heidi
[10] Bernhard-Bubb.
[11] A: (Witness complies.)
[12] Q: Okay?
[13] A: Okay.
[14] Q: Is Ms. Bernhard-Bubb another one of these reporters who
[15] gets stuff wrong about the biology curriculum issue?
[16] A: Yes.
[17] Q: At the very beginning of her article, it says nearly a
[18] hundred Dover residents and teachers attended last
[19] night's School Board meeting to continue debating
[20] whether Creationism should taught alongside evolution in
[21] the high school's biology curriculum.
[22] Does this article accurately report that
[23] Creationism was being debated at School Board meetings?
[24] A: Absolutely not.
[25] Q: There was no discussion about Creationism?

Page 46

[1] A: No.
[2] Q: So as we look through these articles — this
[3] uninterrupted series of articles about June meetings
[4] that talk about Creationism being debated at the School
[5] Board meetings and statements made by School Board
[6] members, including yourself, about Creationism, all of
[7] those are just fabricated?
[8] A: Fabricated?
[9] Q: Yes, fabricated.
[10] A: Fabricated? You mean she just made them all up, is that
[11] what you mean?
[12] Q: There's a lot of statements in here about people talking
[13] about Creationism. I think you are suggesting to me it
[14] never happened.
[15] A: All this debate about Creationism, yes, that never did
[16] happen. It was not a debate about Creationism.
[17] Q: Was there debate about the biology book in these
[18] meetings?
[19] A: I believe there was a debate about biology books at
[20] different meetings.
[21] Q: Were there debate about the biology books in the June
[22] meetings?
[23] A: I believe so.
[24] Q: What was the nature of the debate? What was being
[25] debated?

Page 47

[1] A: Of whether to buy this textbook or not.
[2] Q: What were the competing positions in favor of and
[3] against buying the textbook?
[4] A: The thing is with all of the books, we look at to see if
[5] they need to be bought or not. The prior science book
[6] that was bought, biology book, was picked by the
[7] teachers. This was before I was here. It was picked by
[8] the teachers, and then they never used it.
[9] And so before we go buying a lot of books, we want
[10] to make sure that this book they are going to use. And
[11] anybody else — any questions, the whole Board gets —
[12] if anybody has questions about anything, they can ask
[13] questions about it.
[14] Q: Was the debate about this biology book just about
[15] whether it was necessary to have a new book or was there
[16] more to the debate?
[17] A: I think there was more to the debate.
[18] Q: Was the more to the debate include what the recommended
[19] biology textbook had to say about the subject of
[20] evolution?
[21] A: About what it had to say? I believe one Board member
[22] brought it up.
[23] Q: What Board member was that?
[24] A: Mr. Buckingham.
[25] Q: What did Mr. Buckingham have to say about this portrayal

Page 48

[1] of evolution in the biology textbook being recommended
[2] by the teachers?
[3] A: I believe if I — I don't know his precise words. They
[4] wanted to continue looking for another book. Continue
[5] looking I guess.
[6] Q: What was it about the text on the subject of evolution
[7] that caused Mr. Buckingham to want to look for a
[8] different book?
[9] A: I'm not sure exactly what he said.
[10] Q: Can you remember any issues he identified about the
[11] evolution section of the textbook?
[12] A: Just that that was one of the things he was concerned
[13] about.
[14] Q: What were the nature of his concerns?
[15] A: I'm trying — what I remember is just about the
[16] evolutionary part of it.
[17] Q: It was scientifically wrong?
[18] A: I don't know. I'm not sure all what he said about it.
[19] Q: So you can't remember anything he said about it, but you
[20] are sure all this discussion about Creationism is just
[21] made up?
[22] A: I am sure about that. I mean you have to ask
[23] Mr. Buckingham what he said.
[24] Q: If you could go to the next page of that article, four
[25] full paragraphs down, a statement is attributed to Mr.