# EXHIBIT N


EXHIBIT
N

# In The Matter Of:

*Tammy Kitzmiller, et al.  v.*
*Dover Area School District, et al.*

---

*William Buckingham*
*January 3, 2005*

---

*Filius & McLucas Reporting Service, Inc.*
*1427 East Market Street, York, PA*
*4309 Linglestown Road, Harrisburg, PA*

*(717) 845-6418  or  (717) 236-0623*

Original File WB010305.TXT, 141 Pages
Min-U-Script® File ID: 2722092160

**Word Index included with this Min-U-Script®**

Page 20

[1] please.
[2] (The court reporter read back the previous
[3] question.)
[4] A: Ancestor to what?
        BY MR. HARVEY:
[6] Q: To all life forms including man.
[7] A: The question was is that inconsistent with my
[8] beliefs?
[9] Q: Yes.
[10] A: Yes.
[11] Q: Why is that inconsistent with your beliefs?
[12] MR. GILLEN: Objection, relevance.
[13] A: Why is it inconsistent with my beliefs?
        BY MR. HARVEY:
[15] Q: Yes.
[16] A: My faith is founded on the book of Genesis.
[17] Q: Can you explain further?
[18] A: They're different.
[19] Q: How are they different?
[20] A: Do you want to do this again?
[21] Q: I would like to make sure that the record is
[22] clear on this point.
[23] A: Again, I'm not a scientist, but it's my
[24] understanding that in the theory of evolution
[25] where it goes back to the beginning of man it's

Page 22

[1] A: Yes.
[2] Q: Do you read a paper daily?
[3] A: No.
[4] Q: Do you read any paper on a regular basis?
[5] A: No.
[6] Q: Do you get any papers delivered to your house?
[7] A: Yes.
[8] Q: Which ones?
[9] A: The York Dispatch and York Daily Record.
[10] Q: Does your wife read them?
[11] A: I don't know.
[12] Q: Do you ever discuss those?
[13] A: Discuss what?
[14] Q: The things that are in the newspaper.
[15] A: The obituaries.
[16] Q: Do you read what's written in there about the
[17] Dover school board?
[18] A: I did at first. I don't anymore.
[19] Q: Have you ever disputed anything that's been
[20] written in either The York Dispatch or the York
[21] Daily Record and attributed to you or the Dover
[22] school board?
[23] MR. GILLEN: Objection, relevance.
[24] A: Disputed with who?
        BY MR. HARVEY:

Page 21

[1] happenstance, it just happened, and that is
[2] inconsistent with my faith.
[3] Q: Let's see if we just can agree on who was on the
[4] board on October the 18th just so we're on the
[5] same common frame. We have you, we have
[6] Ms. Harkins, Ms. Geesey, Mr. Wenrich,
[7] Mr. Bonsell, Mr. and Mrs. Brown, Ms. Yingling,
[8] and Ms. Cleaver.
[9] A: That sounds right.
[10] Q: Now, have you ever had a discussion with any of
[11] those people about their beliefs, their
[12] religious views as they relate to the subject of
[13] evolution?
[14] MR. GILLEN: Objection, relevance.
[15] A: The answer is not that I recall.
        BY MR. HARVEY:
[17] Q: Have any of them ever shared their religious
[18] views with you as it relates to the subject of
[19] evolution?
[20] A: Not that I recall.
[21] Q: Now, I'm sure you're aware that the
[22] deliberations of the Dover Area School Board as
[23] it relates to the subject of intelligent design
[24] and the biology textbook has created a great
[25] deal of press attention.

Page 23

[1] Q: Disputed it with the newspapers like write a
[2] letter to them or call them up and say you've
[3] got it wrong?
[4] A: Yes.
[5] Q: How many times?
[6] A: I don't know, several.
[7] Q: Did you in writing or by phone?
[8] A: I usually talk to the reporter that comes to the
[9] meetings.
[10] Q: Who's that?
[11] A: Joe Maldonaldo.
[12] Q: Now, are you aware of any inaccuracies in the
[13] reporting of the York Daily Record or The York
[14] Dispatch over the last year as it relates to the
[15] subject of intelligent design, the board's
[16] resolution, or its deliberations?
[17] MR. GILLEN: Objection, relevance. Please
[18] answer.
[19] A: Could you ask that again.
        BY MR. HARVEY:
[21] Q: Sure. Are you aware sitting here today of any
[22] inaccuracies in the reporting of The York
[23] Dispatch or the York Daily Record over the past
[24] year as it relates to the subjects that are at
[25] issue in this lawsuit, the biology curriculum in

Kitzmiller, et al. v.
Area School District, et al.
Case 4:04-cv-02688-JEJ   Document 86-16   Filed 06/15/05   Page 4 of 4
January 3, 2005

Page 24

particular?

MR. GILLEN: Objection, foundation.

A: Yes.

BY MR. HARVEY:

Q: What inaccuracies are you aware of?

A: You're going back over a year. I don't remember everything.

Q: Completely understand that you wouldn't remember everything. Do you remember anything?

A: Yes.

Q: Tell me what you remember that was inaccurate.

A: Well, just recently, I think it was last week, last week Mr. Maldonaldo put in the newspaper that I was back from my — where I was and indicated that I wouldn't say where I went because my attorney told me not to, and that's not true.

Q: How about other than that, are you aware of any other— Can you tell me any other inaccuracies sitting here today that you remember?

MR. GILLEN: Objection, foundation.

A: I know there were various and assorted statements attributed to me that were let's just say less than accurate.

BY MR. HARVEY:

Page 25

Q: Any that you're aware of right now that you can tell me about?

A: I can just tell you that I know over the course of the year there were things attributed to me that weren't accurate. If you have something for me to see, I'll look at it and tell you.

Q: We're going to get to that in just a second. I just want to know you can't sitting here right now think of what those things were?

A: Well, it's been a while. Like I told you, I got tired of reading it. I don't read what they say anymore. I check the obituaries. I look at the sports and that's it. I don't care what people want to say. It's usually nothing relevant anyway.

Q: Sitting in front of you is a series of exhibits that we used this morning, and we're going to use the same ones this afternoon plus maybe some more. Right now I've got in front of you Deposition Exhibit 5 which is a compendium of articles from The York Dispatch and the York Daily Record.

MR. GILLEN: Did you say four or five?

MR. HARVEY: I meant four.

BY MR. HARVEY:

Page 26

Q: I'm not going to ask you to look at this entire thing because that would take you the rest of the day, but I am going to ask you to look at some portions of it.

Now, if you turn to the June the 8th — it's in chronological order — York Dispatch, June the 8th, do you see the headline is Dover Debates Evolution in Biology Text, Book on hold Because it Doesn't Address Creationism. That's The York Dispatch June the 8th?

A: Apparently.

Q: Let me ask you, at or about this time, June the 8th, 2004, was the biology textbook for the ninth grade on hold because it didn't address creationism?

A: No.

Q: Was it ever on hold because it didn't address creationism?

A: No.

Q: Was it ever on hold?

A: Now we got to play with dates here. At first the science department wanted a book that was a 2002 model. We later found out there was one that came out that was dated 2004. So I don't know which book we're talking about because we

Page 27

put the 2002 on hold to see if we could get the 2004.

Q: What about in or about June of 2004 of this year?

A: I don't know what the date was, but.

Q: Do you remember that the school faculty and administration recommended that the book Biology by Kenneth Miller be purchased?

A: The 2004 model?

Q: Yes.

A: Yes.

Q: Do you remember if that decision was put on hold for any reason by the board?

A: I know at that time we didn't have a full board. Somebody was on vacation. And I think the thought was to put it on hold until that person came back.

Q: Was that the only reason — only time it was ever on hold?

A: That was when it was on hold, as I recall.

Q: Was it ever put on hold because of the way it addressed evolution?

A: Because of the way— I don't understand the question.

Q: Well, let me— Let's look at this article right