# EXHIBIT P

# THOMAS MORE
Law Center

EXHIBIT

P

June 13, 2005

*Via U.S. Mail & Fax (717-852-8797; total of 1 page)*
Niles S. Benn
Benn Law Firm
103-107 East Market Street
P.O. Box 5185
York, PA 17405-5185

*Re: Kitzmiller, et al. v. Dover Area School District, et al., 4:04-CV-2688*
  *Depositions of Joseph Maldonado and Heidi Bernhard-Bubb*

Dear Mr. Benn:

Thank you for confirming, as anticipated, that your clients, Joseph Maldonado and Heidi Bernhard-Bubb, will not appear and testify at their depositions that have been noticed for June 15, 2005, and for which they were subpoenaed on June 10, 2005.

As you know, we have served the subpoenas and deposition notices with regard to Joseph Maldonado and Heidi Bernhard-Bubb to preserve defendants' rights to their testimony and to bring this issue to the district court's attention. As discussed, we intend to file a motion to compel your clients' compliance with the subpoenas relating to their testimony and document production. Please have your clients preserve any documents that are responsive to the subpoenas.

We understand that tomorrow you will be filing a motion to quash the subpoenas relating to your clients' deposition testimony. We will respond accordingly.

Very truly yours,

THOMAS MORE LAW CENTER

Edward L. White III*

*Admitted in Florida & Michigan

cc:  Eric Rothschild, via mail & fax
   Thomas Schmidt, via mail & fax

24 Frank Lloyd Wright Drive • P.O. Box 393 • Ann Arbor, Michigan 48106 • (734) 827-2001 • Fax: (734) 930-7160