# EXHIBIT Q

# THOMAS MORE
# Law Center

EXHIBIT
Q

June 14, 2005

*Via U.S. Mail & Fax (717-852-8797; total of 1 page)*
Niles S. Benn
Benn Law Firm
103-107 East Market Street
P.O. Box 5185
York, PA 17405-5185

*Re: Kitzmiller, et al. v. Dover Area School District, et al., 4:04-CV-2688*
*Depositions of Joseph Maldonado and Heidi Bernhard-Bubb*

Dear Mr. Benn:

As noted in my telephone messages to you and Terence Barna today, defendants have received a copy of your motion to quash or for protective order with regard to the deposition subpoenas for Joseph Maldonado and Heidi Bernhard-Bubb.

Defendants agree that the depositions of Joseph Maldonado and Heidi Bernhard-Bubb scheduled for June 15, 2005, be postponed and stayed pending a ruling by Judge Jones on the merits of your motion to quash or for protective order and defendants' motion to compel compliance regarding the subpoenas issued to your clients in this matter, which will be filed tomorrow. Please inform the court of this agreement with regard to the portion of your motion dealing with the postponing and staying of the depositions, as you did on June 7, 2005, with respect to the deposition subpoenas issued by plaintiffs regarding Maldonado and Bernhard-Bubb.

Thank you for your courtesy and cooperation in this regard.

Very truly yours,

THOMAS MORE LAW CENTER

Edward L. White III*

*Admitted in Florida & Michigan

cc: Eric Rothschild, via mail & fax
    Thomas Schmidt, via mail & fax