IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al. | : | Case No. 04cv2688 |
| Plaintiffs | : | |
| | : | |
| v. | : | Judge Jones |
| | : | |
| DOVER AREA SCHOOL DISTRICT, et al. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**June 20, 2005**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOW:**

Pending before the Court is a Motion to Quash Subpoena or for Protective Order (doc. 80) filed by non-party subpoenaed witnesses, Joseph Maldonado and Heidi Bernhard-Bubb on June 14, 2005. We also have before us a Motion to Compel Nonparties, Maldonado, Bernhard-Bubb, York Dispatch, and York County Daily Record, to Comply with Subpoenas (doc. 85) filed by Defendants on June 15, 2005.

Oral argument on the Motion to Quash Subpoena or for Protective Order (doc. 80) and on the Motion to Compel (doc. 85) will be held on July 14, 2005, in Harrisburg, Pennsylvania, following the previously scheduled hearing on the Motion to Intervene filed by the Foundation for Thought and Ethics (doc. 61). We

1

will therefore order an expedited briefing schedule on the above-referenced Motions.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. Defendants shall respond to the Motion to Quash Subpoena or for Protective Order within seven (7) days from the date of this Order. The non-party subpoenaed witnesses, Joseph Maldonado and Heidi Bernhard-Bubb may file a reply brief within seven (7) days from the date of Defendants' submission.

2. Joseph Maldonado and Heidi Bernhard-Bubb shall respond to the Motion to Compel within seven (7) days from the date of this Order. Defendants may file a reply brief within seven (7) days from the date of the submission filed by Joseph Maldonado and Heidi Bernard-Bubb.

3. Oral argument will be held on the Motion to Quash Subpoena or for Protective Order (doc. 80) and on the Motion to Compel (doc. 85) on July 14, 2005, in Harrisburg, Pennsylvania, following the previously scheduled hearing on the Motion to Intervene filed by the Foundation for Thought and Ethics (doc. 61) in the case <u>sub judice</u>.

                                <u>s/ John E. Jones III</u>
                                John E. Jones III
                                United States District Judge