UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR  :
ADMISSION TO PRACTICE IN THIS COURT  :     04-CV-2688

## PETITION

I, *Hiram Sasser*, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   903 E. 18th St
                        Suite 230
                        Plano, TX   75074

Office Telephone:   972 423 3131

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Oklahoma Courts - October, 2002
Texas Courts - May, 2003
U.S. District Court for Northern Dist. of Texas 2003

My attorney Identification number is: TX Bar: 24039157   OK Bar: 19559

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

BEFORE JUDGE _____          Date: _____
          ___ U.S. DISTRICT JUDGE   ___ U.S. MAGISTRATE JUDGE

____ SPECIAL ADMISSION:

GRANTED _____          Date: _____
          ___ U.S. DISTRICT JUDGE   ___ U.S. MAGISTRATE JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

_NONE_

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)  _NONE_

I do ___, do not _X_ have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: _____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

_X_ Special Admission (specify by a check which rule) under

Local Rules LR 83.9.1 _____, LR 83.9.2 _____, or LR 83.9.3 _X_

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows: _____

NAME THE PARTY YOU REPRESENT:
_Foundation for Thought & Ethics_

If special admission is requested for a particular case, please list case number and caption:

Case # _C.A. No 04-CV-2688_

Caption # _Kitmiller, et al. v. Dover School Dist., et al_

I understand that:

1) If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate. Any attorney specially admitted under LR 83.9.3, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.12)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Leonard G. Brown III    Pa No: 83207
Clymer + Musser, P.C.
23 N. Lime St.
Lancaster, PA  17602-2912
717-299-7101

3) If seeking regular admission under Rule LR 83.8.1, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

PETITIONER
TX Bar: 24039157
OK Bar: 19559
(Bar Identification Number)

5/25/05
(Date)

NAME OF PETITIONER  Mr. Hiram Sasser, Esq.

**SPONSOR'S CERTIFICATE:**

I, _Leonard G. Brown, III_, am a member in good standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice on (month) _Jan_ (day) _10_, (year) _2001_. I have known the above petitioner for _one year_. To my knowledge, the petitioner's moral character is as follows: _Outstanding_

To my knowledge, the petitioner's educational background and experience are as follows:

_2002- present_ _Director of Litigation, Liberty Legal_
_2002_ _J.D. Oklahoma City University School of Law - licensed to practice Texas + Oklahoma_
_Bachelor's degree, Oklahoma State University_

I sponsor and recommend _Hiram Sasser_ for admission as a qualified attorney to practice before this court.

_[signature]_
(sponsor)

Office address: _23 N. Lime St_
_Lancaster, PA 17602_

Telephone: _717.299-7101_

Attorney Bar I.D. Code No. _83207_

# NOTICE

**To:** Attorneys

**RE:** Special or General Admission

**FROM:** Mary E. D'Andrea, Clerk of Court

Attached is a petition for Admission to Practice in this Court.

If you are seeking special admission for a particular case, you need to complete the attached petition and mail it back within (10) ten days to the Clerk of Court's Office along with a check in the amount of $25.00 payable to the Clerk of Court. The Clerk of Court has offices in the Federal Buildings in Scranton, Harrisburg and Williamsport, PA. The basis for your admission is the case you are handling and you should list the case name and number in the appropriate spot.

If you are seeking general admission in Scranton or Williamsport, please complete the attached petition, contact one of the judges in either city, and set up a time to appear before the court to be sworn in. For information regarding general admission in Harrisburg, please contact the Clerk's office there, at (717)221-3920, to make arrangements

On the day you are sworn in, your sponsor must be present to move for your admission. Bring the completed application with you, together with a check for $160.00, payable to Clerk of Court, and file it in the Clerk's office.

If you need any further assistance, feel free to call my office at (570) 207-5600

cn

Mon Jun 20 11:01:04 2005

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   333 102066
Cashier        tanya

Tender Type  CHECK

Check Number: 6237

Transaction Type   C

Case No./Def No. 3:05-PB-1    /  1

D# Code    Div No    Acct
4667         3       6855XX

Amount          $    25.00

SP ADM HIRAM SASSER 04-CV-2688

FREE MARKET FOUNDATION 903 18TH ST,
STE 320 PLANO, TX 75074

bn