UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR  :
ADMISSION TO PRACTICE IN THIS COURT  :

04-CV-2688

### PETITION

I, _Kelly Shackelford_, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: _903 East 18th, Suite 230_
_Plano, TX 75074_

Office Telephone: _(972) 423-3131_

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

_U.S. Supreme Court – 1997_
_Texas Courts – 1989_

My attorney Identification number is: _TX BAR # 18070950_

| FOR COURT USE ONLY | |
|---|---|
| ___ GENERAL ADMISSION: | |
| BEFORE JUDGE _____ <br> ___ U.S. DISTRICT JUDGE ___ U.S. MAGISTRATE JUDGE | Date: _____ |
| ___ SPECIAL ADMISSION: | |
| GRANTED _____ <br> ___ U.S. DISTRICT JUDGE ___ U.S. MAGISTRATE JUDGE | Date: _____ |

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

_____None_____

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)   None

I do ___, do not ✓, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: _____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

__✓__ Special Admission (specify by a check which rule) under

Local Rules LR 83.9.1 _____, LR 83.9.2 _____, or LR 83.9.3 __✓__

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows: _____

NAME THE PARTY YOU REPRESENT:

_____Foundation for Thought + Ethics_____

If special admission is requested for a particular case, please list case number and caption:

Case # __C A No 04-CV-2688__

Caption # __Kitzmiller, et al v. Dover School Dist, et al__

I understand that:

1) If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate. Any attorney specially admitted under LR 83.9.3, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.12)

   If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

   Leonard G. Brown III     Pa Id # 83207
   Clymer & Musser, P.C.
   23 N. Lime St.
   Lancaster, PA 17602-2912
   (717) 299-7101

3) If seeking regular admission under Rule LR 83.8.1, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

   _Kelly Shackelford_
   PETITIONER

   TX BAR # 18070950
   (Bar Identification Number)

   5/25/05
   (Date)

NAME OF PETITIONER   MR. KELLY SHACKELFORD, ESQ.

## SPONSOR'S CERTIFICATE:

I, __Leonard G. Brown, III__, am a member in good standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice on (month) __Jan__ (day) __10__, (year) __2001__. I have known the above petitioner for __2 years__. To my knowledge, the petitioner's moral character is as follows: __Impeccable.__

To my knowledge, the petitioner's educational background and experience are as follows:

__1985 Bachelor - Business Admin / Accounting (Cum Laude) Baylor University__
__1988 JD Baylor Law School; 1988-1989 lawclerk for Judge Sidney A.__
__Fitzwater, US Dist. Ct Northern District; professor of law, University of Texas '94-present;__
__Founder + president, Liberty Legal Institute; Member, Texas Bar Assoc. and US Supreme Ct. Bar Assoc__

I sponsor and recommend __Kelly Shackelford__ for admission as a qualified attorney to practice before this court.

(sponsor)

Office address: __23 N. Lime St__
__Lancaster, PA 17602__

Telephone: __717-299-7101__

Attorney Bar I.D. Code No. __83207__

# NOTICE

**To:** Attorneys

**RE:** Special or General Admission

**FROM:** Mary E. D'Andrea, Clerk of Court

Attached is a petition for Admission to Practice in this Court.

If you are seeking special admission for a particular case, you need to complete the attached petition and mail it back within (10) ten days to the Clerk of Court's Office along with a check in the amount of $25.00 payable to the Clerk of Court. The Clerk of Court has offices in the Federal Buildings in Scranton, Harrisburg and Williamsport, PA. The basis for your admission is the case you are handling and you should list the case name and number in the appropriate spot.

If you are seeking general admission in Scranton or Williamsport, please complete the attached petition, contact one of the judges in either city, and set up a time to appear before the court to be sworn in. For information regarding general admission in Harrisburg, please contact the Clerk's office there, at (717)221-3920, to make arrangements

On the day you are sworn in, your sponsor must be present to move for your admission. Bring the completed application with you, together with a check for $160.00, payable to Clerk of Court, and file it in the Clerk's office.

If you need any further assistance, feel free to call my office at (570) 207-5600

## CLYMER & MUSSER P C
ATTORNEYS AT LAW

JAMES N CLYMER
ROBERT F MUSSER
JEFFREY D MOHLER
LEONARD G BROWN III *
RANDALL L. WENGER
ANDREA L. SHAW

*ALSO ADMITTED IN NORTH CAROLINA

23 NORTH LIME STREET
POST OFFICE BOX 1766
LANCASTER PA 17608-1766

(717) 299-7101
FAX (717) 299-5115
E-MAIL law@clymer.net

June 10, 2005

210 NORTH STATE STREET
EPHRATA PA 17522
(717) 733-7471

16 SOUTH HESS STREET
QUARRYVILLE, PA 17566
(717) 786-0500
FAX (717) 786-2111

DIRECT ALL CORRESPONDENCE
TO THE LANCASTER OFFICE

Mary E. D'Andrea
Clerk of Court
Magistrate District Court
Middle District of Pennsylvania
U.S. Court House
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501

    **Re:**   *Pro hac vice* **Admissions**
           *Kitzmiller v. Dover,* **04-CV-2688**

Dear Ms. D'Andrea:

    Enclosed for filing please find the *Pro hac vice* admissions for Hiram Sasser, Esq., and Kelly Shackelford, Esq., along with two checks for $25 each.

    If you have any questions, please contact me.

                              Very truly yours,

                              Leonard G. Brown, III

LGB:cdc

Encl.

Cc:     Liberty Legal Institute

```
Mon Jun 20 11:03:08 2005

    UNITED STATES DISTRICT COURT

    SCRANTON      , PA

Receipt No.   333 102067
Cashier       tanya

Tender Type  CHECK

Check Number: 6238

Transaction Type   C

Case No./Def No. 3:05-PB-1      /   1


DM Code    Div No      Acct
 4667        3         6855XX

Amount              $    25.00

SP ADM KELLY SHACKELFORD 04-CV-2688

   FREE MARKET FOUNDATION 903 18TH ST S
TE 230 PLANO, TX 75074



   bn
```