# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR  :
ADMISSION TO PRACTICE IN THIS COURT  :

04-CV-2688

## PETITION

I, _Kelly Shackelford_, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: 903 East 18th, Suite 230
Plano, TX 75074

Office Telephone: (972) 423-3131

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

U.S. Supreme Court — 1997

Texas Courts — 1989

My attorney identification number is: TX BAR # 18070950

| FOR COURT USE ONLY |
|---|
| ___ GENERAL ADMISSION: |
| BEFORE JUDGE _____    Date: _____ |
|     U.S. DISTRICT JUDGE   U.S. MAGISTRATE JUDGE |
| ✓ SPECIAL ADMISSION: |
| GRANTED [signature]    Date: 6-21-05 |
|     U.S. DISTRICT JUDGE   U.S. MAGISTRATE JUDGE |