UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :     04-CV-2688
ADMISSION TO PRACTICE IN THIS COURT  :

### PETITION

I, _Hiram Sasser_, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: _903 E. 18th St_
_Suite 230_
_Plano, TX 75074_

Office Telephone: _972 423 3131_

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

_Oklahoma Courts - October, 2002_
_Texas Courts - May, 2003_
_U.S. District Court for Northern Dist. of Texas 2003_

My attorney Identification number is: _TX Bar: 24039157    OK Bar: 19559_

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

BEFORE JUDGE _____     Date: _____
        ___ U.S. DISTRICT JUDGE  ___ U.S. MAGISTRATE JUDGE

____ SPECIAL ADMISSION:

GRANTED ___[signature]___     Date: _6-21-05_
        ___ U.S. DISTRICT JUDGE  ___ U.S. MAGISTRATE JUDGE