# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al. | : | Case No. 04cv2688 |
| Plaintiffs | : | |
| | : | |
| v. | : | Judge Jones |
| | : | |
| DOVER AREA SCHOOL DISTRICT and | : | |
| DOVER AREA SCHOOL DISTRICT | : | |
| BOARD OF DIRECTORS, | : | |
| Defendants | : | |

# ORDER

## June 22, 2005

It is hereby **ORDERED** that the hearing on **July 14, 2005 shall commence at 1:30 p.m.** in Courtroom No. 4, Federal Building, 228 Walnut Street, Harrisburg, PA. This order reflects a time change only.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge