IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY KITZMILLER, et al., )
    Plaintiffs, )    Case No. 04-CV-2688
                              )    (Hon. Judge Jones)
    v. )
                              )    (Filed Electronically)
DOVER AREA SCHOOL DISTRICT, et al.,)
    Defendants. )
_____)

### EXHIBITS TO DEFENDANTS' RESPONSE IN OPPOSITION TO MOTION TO QUASH OR FOR A PROTECTIVE ORDER FILED BY JOSEPH MALDONADO AND HEIDI BERNHARD-BUBB

Exhibit A,   Plaintiffs' subpoena to Joseph Maldonado, dated May 4, 2005.

Exhibit B,   Plaintiffs' subpoena to Heidi Bernhard-Bubb, dated May 10, 2005.

Exhibit C,   *In re Barnard*, No. Misc. 98-189, 1999 WL 38269 (E.D. Pa. Jan. 25, 1999).

Exhibit D,   *In re Vmark Software, Inc.*, No. Civ. A. 97-227, 1998 WL 42252 (E.D. Pa. Jan. 8, 1998).