# CLYMER & MUSSER, P.C.

| | | |
|---|---|---|
| JAMES N. CLYMER<br>ROBERT F. MUSSER<br>JEFFREY D. MOHLER<br>LEONARD G. BROWN, III*<br>RANDALL L. WENGER<br>ANDREA L. SHAW<br><br>*ALSO ADMITTED IN NORTH CAROLINA<br><br>DENNIS E. BOYLE<br>OF COUNSEL | ATTORNEYS AT LAW<br>23 NORTH LIME STREET<br>POST OFFICE BOX 1766<br>LANCASTER, PA 17608-1766<br>____<br>(717) 299-7101<br>FAX (717) 299-5115<br>E-MAIL: law@clymer.net<br>www.clymerlaw.com<br>DIRECT E-MAIL: dennis@clymer.net | 210 NORTH STATE STREET<br>EPHRATA, PA 17522<br>(717) 733-7471<br>____<br>16 SOUTH HESS STREET<br>QUARRYVILLE, PA 17566<br>(717) 786-0500<br>FAX (717) 786-2111<br>____<br>DIRECT ALL CORRESPONDENCE<br>TO THE LANCASTER OFFICE |

June 29, 2005

Eric Rothschild, Esq.  
**Pepper Hamilton, LLP**  
3000 Two Logan Square  
18th and Arch Streets  
Philadelphia, Pennsylvania 19103

Patrick Gillen, Esq.  
**Thomas More Law Center**  
24 Frank Lloyd Wright Drive  
P.O. Box 93  
Ann Arbor, Michigan 48106

*VIA ELECTRONIC CASE FILING AND*  
*ELECTRONIC MAIL*

Re:   *Kitzmiller v. Dover*, 4:04-CV-2688 (M.D. Pa.)

Counsel:

As you are aware, Judge Jones has scheduled the hearing on FTE's intervention and the hearing/argument on issues related to reporter's testimony for the afternoon of July 14, 2004. I will be presenting the testimony and argument in the intervention matter; however, I have a previously scheduled hearing before Judge Conner at 1:30 p.m. I anticipate that this hearing will take approximately one half of an hour, and I should be available for the intervention hearing at 2:00 p.m. I have spoken to Judge Jones' chambers, and it is my understanding that the Court has no preference as to which hearing proceeds first. I would therefore request that counsel proceed with the issues related to the testimony of the reporters first; by the time that issue is resolved, I should be completed with the hearing before Judge Conner.

I thank you for your cooperation in this matter. Should you have any questions, please do not hesitate to give me a call.

Sincerely yours,

s/Dennis E. Boyle

Dennis E. Boyle

Cc: The Hon. John E. Jones, III (*Via ECF*)