IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN, : : : : : : : : | CIVIL ACTION |
| Plaintiffs : | |
| : | |
| vs. : | No. 4:04-cv-2688 |
| : | |
| DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, : : : | (JUDGE JONES) |
| : | (Filed Electronically) |
| Defendants : | |

## STIPULATION

Plaintiffs and non-party subpoenaed witnesses, Joseph Maldonado and Heidi Bernhard-Bubb, by their undersigned attorneys, stipulate and agree as follows:

1. Plaintiffs served a subpoena dated May 4, 2005 on Joseph Maldonado, a correspondent for a newspaper known as the *York Daily Record*, and a subpoena dated May 10, 2005 on Heidi Bernhard-Bubb, a correspondent for a newspaper known as *The York Dispatch*, requiring them to testify at depositions that had been scheduled for June 8, 2005.

2. On June 7, 2005, Mr. Maldonado and Ms. Bernhard-Bubb filed a Motion to Quash Subpoena or For Protective Order (Doc. 71). The scheduled depositions were stayed pending the Court's consideration of the Motion.

3. Subsequently, plaintiffs agreed to accept the affidavits attached to and filed with the Motion in lieu of deposition testimony, with a minor change that would incorporate an additional news article. *See* Motion, § 14.

4. The affidavits, as modified, are attached to and filed with this Stipulation.

5. The Motion (Doc. 71) and the subpoenas dated May 4, 2005 and May 10, 2005 directed to Joseph Maldonado and Heidi Bernhard-Bubb are withdrawn as moot.

6. Plaintiffs enter into this Stipulation without prejudice to their subpoenaing Mr. Maldonado and Ms. Bernhard-Bubb to testify at trial.

7. The non-party subpoenaed witnesses, Joseph Maldonado and Heidi Bernhard-Bubb, enter into this Stipulation without prejudice to their rights to

object to any subsequent subpoena(s) issued by Plaintiffs commanding Mr. Maldonado and/or Ms. Bernhard-Bubb to testify at trial.

/s/ Eric Rothschild
Eric Rothschild (PA 71746)
Alfred H. Wilcox (PA 12661)
Stephen G. Harvey (PA 58233)
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
(215) 981-4000
*rothschilde@pepperlaw.com*
*wilcoxa@pepperlaw.com*
*harveys@pepperlaw.com*

Thomas B. Schmidt, III (PA 19196)
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA 17108
(717) 255-1155
*schmidtt@pepperlaw.com*

Witold J. Walczak (PA 62976)
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213
412-681-7864
*vwalczak@aclupgh.org*

Paula K. Knudsen (PA 87607)
ACLU of Pennsylvania
105 N. Front St., Suite 225
Harrisburg, PA 17101
(717) 236-6827
*pknudsen@aclupa.org*          (continued)

Attorneys for Plaintiffs

Ayesha Khan (*phv*)
Richard B. Katskee (*phv*)
Alex J. Luchenitser (*phv*)
Americans United for Separation of Church and State
518 C St., NE
Washington, DC 20002
(202) 466-3234
*akhan@au.org*
*katskee@au.org*
*luchenitser@au.org*

Attorneys for Non-Party Subpoenaed Witnesses:
Joseph Maldonado and
Heidi Bernhard-Bubb

/s/ *Niles S. Benn*
Niles S. Benn, (PA 16284)
Terence J. Barna (PA 74410)
Christian J. Dabb (PA 85370)
103 East Market Street
Post Office Box 5185
York, PA 17405-5185
(717) 852-7020
*nbenn@bennlawfirm.com*
*tbarna@bennlawfirm.com*

APPROVED AND SO ORDERED:

_____
John E. Jones III
United States District Judge

Date: _____

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2005, I caused a copy of the foregoing document to be served upon the following counsel by the Middle District ECF system and/or FAX and other counsel of record by the Middle District ECF system:

Richard Thompson, Esquire
Robert J. Muise, Esquire
Patrick T. Gillen, Esquire
Thomas More Law Center
24 Frank Lloyd Wright Drive
P. O. Box 393
Ann Arbor, MI 48106

Ron Turo, Esquire
Turo Law Offices
28 South Pitt Street
Carlisle, PA 17013

<u>VIA FAX (717.852.8797)</u>
Niles S. Benn, Esquire
Terence J. Barna, Esquire
Benn Law Firm
103-107 East Market Street
PO Box 5185
York, PA 17405-5185

*s/ Eric Rothschild*
Eric Rothschild (PA 71746)