IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al., | ) | |
| Plaintiffs, | ) | Case No. 04-CV-2688 |
| | ) | (Hon. Judge Jones) |
| v. | ) | |
| | ) | (Filed Electronically) |
| DOVER AREA SCHOOL DISTRICT, et al., | ) | |
| Defendants. | ) | |
| | ) | |

**EXHIBITS TO DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO COMPEL NONPARTIES, MALDONADO, BERNHARD-BUBB, *YORK DISPATCH*, and *YORK COUNTY DAILY RECORD* <u>TO COMPLY WITH SUBPOENAS</u>**

Exhibit A,   *In re Barnard*, No. Misc. 98-189, 1999 WL 38269 (E.D. Pa. Jan. 25, 1999).

Exhibit B,   *In re Vmark Software, Inc.*, No. Civ. A. 97-227, 1998 WL 42252 (E.D. Pa. Jan. 8, 1998).

Exhibit C,   Deposition excerpts of Richard Nilsen, dated January 3, 2005.