EXHIBIT C

# In The Matter Of:

## Tammy Kitzmiller, et al.  v.
## Dover Area School District, et al.

### Richard Nilsen
### January 3, 2005

**Filius & McLucas Reporting Service, Inc.**
1427 East Market Street, York, PA
4309 Linglestown Road, Harrisburg, PA

(717) 845-6418   or   (717) 236-0623

Original File RN010305.TXT, 114 Pages
Min-U-Script® File ID: 3385283062

**Word Index included with this Min-U-Script®**

Tammy Kitzmiller, et al. v.
Dover Area School District, et al.

Richard Nilsen
January 3, 2005

Case 4:04-cv-02688-JEJ   Document 103-5   Filed 07/01/05   Page 3 of 4

Page 25

[1] **A:** Three and a half years.
[2] **Q:** When you were Assistant Superintendent, did you have
[3] responsibilities for curriculum as Mr. Baksa does now?
[4] **A:** Yes.
[5] **Q:** And prior to becoming Assistant Superintendent, what did
[6] you do?
[7] **A:** Director of Curriculum Instruction.
[8] **Q:** For Dover area?
[9] **A:** No. Big Springs School District.
[10] **Q:** How long did you hold that position?
[11] **A:** Five years. Five or six.
[12] **Q:** And prior to that?
[13] **A:** High School Principal, Big Springs School District.
[14] **Q:** How long did you hold that position?
[15] **A:** Total five years.
[16] **Q:** You used the word total. Was it broken up?
[17] **A:** Yes.
[18] **Q:** Why was that?
[19] **A:** I was acting one year, then returned to the Assistant
[20] Principal's position. I then went to another District
[21] for three years, then returned for four.
[22] **Q:** When you were in the other District, were you also
[23] Principal?
[24] **A:** Yes.
[25] **Q:** Prior to taking positions as a Principal or Assistant

Page 26

[1] Principal, were you ever a schoolteacher?
[2] **A:** Yes.
[3] **Q:** What subjects did you teach?
[4] **A:** Social studies.
[5] **Q:** How long did you do that?
[6] **A:** Five and a half years.
[7] **Q:** Where did you get your degree?
[8] **A:** Which one?
[9] **Q:** What degrees do you have?
[10] **A:** I have an undergraduate BA in social studies from Gordon
[11] College. I have a Master's in Administration from
[12] Shippensburg University, and I have a doctorate from
[13] Temple University. So I am actually Dr. Nilsen.
[14] **Q:** During any of your college and post graduate education,
[15] did you take any science courses?
[16] **A:** No. Wait a minute. You said undergraduate?
[17] **MR. GILLEN:** He did I believe.
[18] **A:** Yes.
[19]       **BY MR. ROTHSCHILD:**
[20] **Q:** Did you take any biology courses?
[21] **A:** No. I took a theory of science I believe.
[22] **Q:** While you were an undergraduate?
[23] **A:** Yes.
[24] **Q:** That is the only science subject you can remember taking
[25] as an undergraduate?

Page 27

[1] **A:** No. I am sorry. That is over 30 years ago. That is
[2] all I remember.
[3] **Q:** Have you attended any courses or lectures or seminars
[4] relating to the subjects of evolution, Intelligent
[5] Design, creation or Creationism?
[6] **A:** No.
[7] **Q:** How often does the Dover Area School Board meet?
[8] **A:** Usually twice a month.
[9] **Q:** Do you attend all those meetings?
[10] **A:** Yes.
[11] **Q:** Who keeps the minutes of those meetings?
[12] **A:** The secretary.
[13] **Q:** How is the secretary position selected?
[14] **A:** To clarify, the Board approves a secretary. Our current
[15] secretary of the Board is battling cancer and has not
[16] been in the District for over a year and a half. We
[17] have had an Acting Secretary who the Board formally
[18] approved as Assistant Secretary.
[19]    On one occasion, October 18th, we had an
[20] additional individual sit in as the Board secretary.
[21] **Q:** In place of the Acting Secretary?
[22] **A:** Yes.
[23] **Q:** Is it the practice of the Board to record the meeting?
[24] **A:** Yes.
[25] **Q:** What is done with those recordings after the meeting is

Page 28

[1] completed?
[2] **A:** They are kept until the Board officially approves the
[3] minutes. After the approval of the minutes, the tapes
[4] are destroyed.
[5] **Q:** Who developed the policy of destroying the tapes after
[6] the minutes are approved?
[7] **A:** Don't know. It happened prior to me.
[8] **Q:** Are there any circumstances where the full Board meets
[9] that is not open to the public?
[10] **A:** Yes.
[11] **Q:** Is there a name for those kinds of meetings?
[12] **A:** Executive session.
[13] **Q:** Do you attend those sessions?
[14] **A:** Some.
[15] **Q:** What are the — let me back up. Is it your
[16] responsibility to attend all the full public Board
[17] meetings?
[18] **A:** Yes.
[19] **Q:** What are the circumstances where you will attend an
[20] executive session meeting?
[21] **A:** If requested by the Board to attend.
[22] **Q:** Does anyone record what is said in the executive session
[23] meetings?
[24] **A:** No.
[25] **Q:** Who developed the policy of not recording executive

Page 29

[1] session meetings?
[2] **A:** Don't know.
[3] **Q:** Are any minutes produced for executive session meetings?
[4] **A:** No.
[5] (Aralene D. And Frederick B. Callahan exit the
[6] conference room.)
[7] BY MR. ROTHSCHILD:
[8] **Q:** Is it your practice to take notes during Board meetings?
[9] **A:** Yes.
[10] **Q:** What do you do with those notes after the meeting is
[11] concluded?
[12] **A:** After I have implemented what my notes say, I destroy
[13] them.
[14] **Q:** Is it your practice to take notes at executive sessions?
[15] **A:** Yes.
[16] **Q:** Is it also your practice to destroy those notes after
[17] you have implemented whatever your responsibilities are?
[18] **A:** Yes.
[19] **Q:** Do you memorialize your task lists from those meetings
[20] in any other form such as on your computer?
[21] **A:** No.
[22] **Q:** Does the Board have a curriculum committee?
[23] **A:** Yes.
[24] **Q:** How is the curriculum committee selected?
[25] **A:** The Board President.

Page 30

[1] **Q:** Is there a chair of the curriculum committee?
[2] **A:** Yes.
[3] **Q:** How is that person selected?
[4] **A:** Board President.
[5] **Q:** How are the members of the curriculum committee
[6] selected?
[7] **A:** Board President.
[8] **Q:** How often does the curriculum committee meet?
[9] **A:** When required.
[10] **Q:** Are there any regularly scheduled meetings?
[11] **A:** No.
[12] **Q:** How is a meeting scheduled?
[13] **A:** When either a Board chairperson requests or the
[14] Assistant Superintendent for Curriculum requests.
[15] MR. ROTHSCHILD: Can you read that back?
[16] (Last question and answer were read by the court
[17] reporter.)
[18] BY MR. ROTHSCHILD:
[19] **Q:** When you say a Board chairperson, you are referring to
[20] the chair of the curriculum committee?
[21] **A:** Yes.
[22] **Q:** Who attends the curriculum committee meetings?
[23] **A:** Which curriculum committee meeting?
[24] **Q:** Any curriculum committee meetings.
[25] **A:** There are two separate curriculum committees.

Page 31

[1] **Q:** Can you describe those two committees?
[2] **A:** There is the Board curriculum committee, and then there
[3] is the community curriculum committee.
[4] **Q:** Let's start with the Board curriculum committee. Who
[5] are the members of the Board curriculum committee?
[6] **A:** The Board members and the Assistant Superintendent.
[7] **Q:** Does anybody besides those individuals attend curriculum
[8] committee meetings?
[9] **A:** If requested, yes.
[10] **Q:** Does faculty attend curriculum committee meetings?
[11] **A:** Which curriculum committee meeting?
[12] **Q:** The Board curriculum committee.
[13] **A:** If requested, yes.
[14] **Q:** What are the circumstances under which a faculty member
[15] is requested to attend curriculum committee meetings?
[16] **A:** If there is a question about a specific issue that the
[17] Board is reviewing, or it could be another
[18] administrator.
[19] **Q:** In your experience, has it been the Board curriculum
[20] committee's practice to include faculty in the subject
[21] matter being discussed by the curriculum committee?
[22] **A:** Which curriculum committee?
[23] **Q:** The Board curriculum committee. If the subject is
[24] chemistry, has it been the committee's practice to
[25] invite a chemistry teacher?

Page 32

[1] **A:** No.
[2] **Q:** What is the community curriculum committee?
[3] **A:** The committee chaired by the Assistant Superintendent
[4] for curriculum that has teachers, community members,
[5] Board members and administrators on it.
[6] **Q:** Can you describe the functions of each of these
[7] committees in developing curriculum for the School
[8] District?
[9] **A:** The Assistant Superintendent is in charge of developing
[10] the curriculum in conjunction with the teachers, brings
[11] those recommendations to the community curriculum
[12] committee, then brings those recommendations to the
[13] Board curriculum committee meeting.
[14] **Q:** And then would the next step in the process be —
[15] **A:** To the full Board.
[16] **Q:** Just to make sure the answer is clear, the process is
[17] that the Assistant Superintendent and faculty make
[18] recommendations first to the community curriculum
[19] committee, then their recommendations go on to the Board
[20] curriculum committee, and their recommendations then go
[21] on to the full Board?
[22] **A:** Yes.
[23] **Q:** Is that practice the subject of written policy?
[24] **A:** No.
[25] **Q:** How was that practice developed?