# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DOVER AREA SCHOOL DISTRICT and ) <br> DOVER AREA SCHOOL DISTRICT ) <br> BOARD OF DIRECTORS, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 04-CV-2688 <br> (Hon. Judge Jones) <br><br> **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56** |

Defendants Dover Area School District and Dover Area School District Board of Directors, through counsel, hereby move this Court for a judgment in their favor as to all claims pursuant to Fed. R. Civ. P. 56.

Defendants contend that there is no genuine issue as to any material fact and that they are entitled to a judgment as a matter of law.

In support of their motion, Defendants rely upon the pleadings and papers of record, as well as Defendants' Brief in Support of Motion for Summary Judgment,

and Defendants' Statement of Material Facts Pursuant to LR 56.1 and the declarations, depositions, and exhibits attached thereto.

Pursuant to LR 7.1, Defendants' counsel sought concurrence in this motion from Plaintiffs' counsel on July 8, 2005, and it was denied.

WHEREFORE, Defendants respectfully asks this Court to grant their motion and enter judgment in their favor as to all claims.

Respectfully submitted this 13th day of July, 2005.

By: _____
Robert J. Muise (MI P62849)*
Richard Thompson (MI P21410)*
Patrick T. Gillen (MI P47456)*
Edward L. White III (MI P62485)*
THOMAS MORE LAW CENTER
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan 48106
(734) 827-2001
Fax: (734) 930-7160

* Admitted *pro hac vice*

Ron Turo
TURO LAW OFFICES
29 South Pitt Street
Carlisle, Pennsylvania 177013
(717) 245-9688

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2005, a copy of the foregoing Defendants' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56, Defendants' Statement of Material Facts Pursuant to LR 56.1, and Defendants' Brief in Support of Motion for Summary Judgment were served on the following counsel through the electronic case filing system:

Eric Rothschild                                         (Counsel for Plaintiffs)
Stephen G. Harvey
Joseph M. Farber
Benjamin M. Mather
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Thomas B. Schmidt, III
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
PO Box 1181
Harrisburg, PA 17108

Witold J. Walczak
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213

Paula K. Knudsen
ACLU of Pennsylvania
105 N. Front Street
Suite 225
Harrisburg, PA 17101

Richard B. Katskee
Ayesha Khan
Alex J. Luchenitser
Americans United for Separation
 of Church and State
518 C Street, NE
Washington, DC 20002

Mary Catherine Roper
ACLU of Pennsylvania
P.O. Box 1161
Philadelphia, PA  19105

                                                Robert J. Muise*
                                                Admitted *pro hac vice*