THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 04-CV-2688 |
| ) | (Hon. Judge Jones) |
| v. ) | |
| ) | |
| DOVER AREA SCHOOL DISTRICT and ) | |
| DOVER AREA SCHOOL DISTRICT ) | |
| BOARD OF DIRECTORS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter having come before this Court upon Defendants Dover Area School District and Dover Area School District Board of Directors' (collectively referred to as "Defendants") motion for summary judgment as to all claims pursuant to Fed. R. Civ. P. 56.

Upon consideration of the pleadings, depositions, declarations, exhibits, and argument of counsel, and finding that there is no genuine issue as to any material fact;

**IT IS HEREBY ORDERED THAT:**

Defendants are entitled to a judgment as a matter of law.

_____
John E. Jones III
United States District Judge