# Exhibit 2

EXHIBIT

2

1                THE UNITED STATES DISTRICT COURT

            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

2

3

       ---------------------------x

4

TAMMY KITZMILLER, et al.,

5

          Plaintiffs,

6

     v.                          CASE NO.:  04-2688

7                                (Hon. Judge Jones)

DOVER AREA SCHOOL DISTRICT

8  and DOVER AREA SCHOOL DISTRICT

BOARD OF DIRECTORS,

9

          Defendants.

10

       -----------------------COPY

11

12

13  Job No. 1658                    Pages 1 - 358

14

15

16     DEPOSITION OF KENNETH R. MILLER, a witness

17  called by counsel for the Defendants, taken pursuant

18  to the Federal Rules of Civil Procedure before Dena

19  M. O'Brien, CSR, and Notary Public in and for the

20  State of Rhode Island, at Brown University, 171

21  Meeting Street, Room 212, Providence, Rhode Island,

22

23  on May 25, 2005, commencing at 9:00 a.m.

24

1     A.     Yes, I'd be very happy to.  Evolution is a

2    controversial issue in many areas of the country,

3    and when Dr. Levine and I first began to write

4    biology textbooks which were available for use

5    around the country, we very quickly received

6    requests from teachers, from parents and sometimes

7    from the sales representatives of our publisher to

8    explain how evolution, which I believe is covered

9    very thoroughly in our textbook, could be understood

10    in a way that didn't present a direct challenge to

11    religious beliefs.

12             Dr. Levine and I then drafted a statement,

13    which is probably four or five pages long explaining

14    how and why we covered evolutionary biology in our

15    textbook, and also that it was the view of

16    mainstream scientists, scientific institutions and

17    some of the most eminent scientific authorities in

18    the United States, including the National Academy of

19    Sciences, that evolution is in no way antithetical

20    to religion in general or to Christianity in

21    particular.  And one of the things that I -- and in

22    terms of going to great lengths, in addition to

23    preparing that document, Dr. Levine and I in various

24    school districts around the country have often been

1    survey, which is a survey of animals and plants of

2    various types, and it's impossible to look at the

3    systems of the body, the physiological systems,

4    without bringing in evolution as a way to explain

5    why certain systems are the way they are or why

6    certain organisms are structured or have life cycles

7    the way that they do.

8              So evolution is found really in a great

9    deal of the book, and that's true not just of our

10   textbook but of the other competing textbooks, as

11   well.

12       Q.    Now, the textbook that you wrote that

13   we've been referring to, it's your understanding

14   that the school board did, in fact, adopt that as

15   their textbook for the Dover High School?

16       A.    That is my understanding.

17       Q.    And that's, I believe, the 2004 edition?

18       A.    That is also my understanding.

19       Q.    I believe it's referred to as the

20   dragonfly book?

21       A.    Yes, it is.

22       Q.    I'm assuming you don't have any objections

23   with the school board making that decision?

24       A.    No, I was quite pleased.  I consider it to

1    be a ringing endorsement of our book.

2        Q.    Now, you mentioned previously that you're

3    aware that the school had donated to them a number

4    of copies of the book "Of Pandas and People,"

5    correct?

6        A.    Correct.

7        Q.    And it's your understanding that that book

8    was placed in the library?

9        A.    That's my understanding from reading the

10   York Daily Record.

11       Q.    Do you have any objections to that book

12   being in the library?

13       A.    To be perfectly honest, my feeling is that

14   the books that are placed in the library of the

15   Dover area public schools are -- what books are

16   placed in the library of the Dover area public

17   schools is a decision for the school administrators,

18   the board of education, and the people of Dover.  So

19   I generally do not pass judgment, positive or

20   negative, on the books that communities and school

21   districts choose for their library.

22       Q.    Do you have objection to that book being

23   referenced in the ninth grade biology class?

24       A.    I will give you the same answer that I

1   more clearly towards it as an explanation?

2      A.    Ideas certainly can appear and reappear

3   over time.  You said as the scientific evidence

4   points towards it as an explanation.  It's not clear

5   to me that the scientific evidence does point

6   towards it as an explanation, but, of course, ideas

7   can have a persistence of their own.

8      Q.    Would you not agree, though, that the ID

9   advocates, for example, Professor Behe, looks at the

10   scientific evidence and he reaches the conclusion

11   that the evidence shows this concept of irreducible

12   complexity?

13      A.    There is no question that Dr. Behe has

14   made an argument that is based on observations from

15   a scientific method to support the conclusion of

16   irreducible complexity.  As I've explained earlier,

17   I think that conclusion is an error.  I think it's a

18   misinterpretation of that data, and my analysis of

19   that is actually shared by the rest of the

20   scientific community or by most of the scientific

21   community.

22      Q.    Not all of the scientific community.

23      A.    Since Dr. Behe himself is a member of the

24   scientific community, I think it's fair to say that

1    he doesn't share my analysis of his ideas.

2        Q.    I'm glad that you acknowledge that he's a

3    member of your scientific community.

4        A.    I've never claimed otherwise.

5        Q.    And I may have misapprehended something

6    you said previously, but did not Darwin himself -- I

7    think you referenced the question of irreducible

8    complexity -- he offered that as a counterhypothesis

9    to his theory?

10        A.    Are you asking if Charles Darwin offered

11    irreducible complexity as a counter argument to his

12    theory?

13        Q.    There was a component of his agreement

14    dealing with irreducible complexity.  I believe you

15    may have quoted in -- I can find it probably in a

16    moment -- "Finding Darwin's God" that if irreducible

17    complexity was, in fact, found, then Darwin's theory

18    is doomed, I believe are the words you used in your

19    book.

20        A.    Charles Darwin did not use the term

21    irreducible complexity.  In "The Origin of Species"

22    he did write that -- this is a paraphrase, but it's

23    close to what he said, and we can look up the exact

24    words if you care to -- is if I could find any

1   our textbook, our textbook very clearly presents the

2   origin of life as an unsolved scientific problem.

3          I believe it mentions that the step from a

4   collection of nonliving molecules to a living cell

5   is the greatest gap in our understanding of life's

6   early history and that this is a question that

7   science cannot yet answer, and I think that's by far

8   the best way to represent it to students.

9       Q.    And I believe in your report you set out

10   three primary or main propositions of the theory of

11   evolution.  Let me see if I can summarize those.

12   The first being change over time, the second being

13   common descent -- and I'm not sure if I have them in

14   correct order -- and the third being the mechanism

15   of evolution, principally natural selection?

16       A.    I actually stated -- the first two I think

17   you summarized just fine.  The third one I stated a

18   little more broadly than you just did.  The third

19   element of the theory of evolution is the

20   proposition that biological change over time is

21   driven by forces observable in the world today.

22       Q.    Is that mechanism the mechanism of natural

23   selection?

24       A.    I'll read from my statement because I

1      A.      Well, with regard to any theory.  I was

2    about to read a passage from chapter 1, page 15 on

3    the status of scientific theories, including

4    evolution.  I take it you're not interested in

5    that?

6      Q.      Well, obviously since this case is about

7    evolution, I want to focus on -- and that's where I

8    want to direct your specific attention.  Let's go

9    back to Exhibit 12, and maybe we can organize this

10    question a little bit more clearly.

11              MR. WALCZAK:  Wait, but if your question

12              is if there is any criticisms of evolution

13              and to the extent there's criticism about

14              all theories that would encompass

15              evolution.

16              MR. MUISE:  Indeed.

17              MR. WALCZAK:  It's unfair to just focus on

18              evolution if you've got a criticism that's

19              broader than that.

20              MR. MUISE:  Well, that may be fine for

21              what you believe, but I want to get to what

22              my question was, and we were looking at

23              Exhibit 12, those two paragraphs, and I was

24              asking if he has any information beyond

1               what's in those two paragraphs and as

2               related to evolution.

3    BY MR. MUISE:

4         Q.    Is this the extent of what you describe as

5    the strengths and weaknesses of evolution in these

6    two paragraphs?

7         A.    No.

8         Q.    Thank you.  Now, to try to organize the

9    following response, I wanted to look at -- there

10   appears to be three areas that you identified in the

11   subcategory where you say that there are questions,

12   and I want to go to those three areas, and see if we

13   can identify sections that address those three

14   areas.  Are you following me or --

15        A.    I am.

16        Q.    Okay.  And then the first one that you

17   have is "Researchers still debate such important

18   questions as precisely how new species arise."  That

19   appears to be the first one.

20        A.    Okay.

21        Q.    Do you have specific sections that you can

22   just refer us to, and I prefer just to refer to the

23   section.  We don't have to read anything.

24        A.    Sure, but I've got to find them first.

1   Okay.  The first one was the notion of change over

2   time.

3        Q.    The first one was how new species arise.

4        A.    Oh, okay, how new species arise.  In

5   chapter 16 on page 410, we have a heading on

6   "Studying Evolution Since Darwin," and we have two

7   what we call sea level headings, which are headings

8   in the text, one called "Limitations of Research,"

9   and one called "Unanswered Questions."  I'll read

10  from Limitations of Research.  "The Grants' research

11  clearly shows the effects of directional selection

12  in nature.  The Grants' data also show how

13  competition and climate change affect natural

14  selection.  The work does have limitations.  For

15  example, while the Grants observe changes in the

16  size of the finches' beaks, they did not observe the

17  formation of a new species."

18            I will skip a little bit farther down.

19  "Evolution" -- oh, sorry.  Same page, "Remember that

20  a scientific theory is defined as a well-tested

21  explanation that accounts for a broad range of

22  observations.  Evolutionary theory fits this

23  definition.  To be sure, many new discoveries have

24  led to new hypotheses that refine and expand

1    Darwin's original ideas.  No scientist suggests,

2    however, that all evolutionary processes are fully

3    understood.  Many unanswered questions remain."

4              So that passage refers specifically to the

5    issue of speciation.  Now, which is the next issue

6    that you wanted me to address?

7         Q.    Why species become extinct.

8         A.    Now, I'm going to read a few lines from

9    page 435 relating to extinction, and the passage

10   indicates the use of hypothesis and the uncertainty

11   with respect to extinction.  "During these events,

12   some biologists propose many species became extinct

13   because their environment was collapsing around them

14   rather than because they were unable to compete.

15   Under these environmental pressures, extinction is

16   not necessarily related to ordinary natural

17   selection.  Until recently, most researchers looked

18   for a single major cause for each mass extinction."

19   Now, I'm going to skip a paragraph and read another

20   sentence.  "Many paleontologists, however, think

21   that most extinctions were caused by several

22   factors."

23             And the cumulative effect of the passages

24   I've just read is to say biologists propose, some

Page 292

1    biologists have thought single cause for major

2    extinction, other biologists propose multiple causes

3    for extinctions, and I think this illustrates the

4    idea of uncertainty as to the cause of mass

5    extinctions, as highlighted by that passage.

6        Q.    And mass extinction, is that separate from

7    just -- when you're talking about extinction, does

8    mass extinction mean something different?

9        A.    Yes, it does because very careful studies,

10   the diversity of life on earth, that were carried

11   out by Jack Sepkoski have indicated that at five or

12   six times in earth's natural history there was a

13   dramatic reduction in the diversity of life, as

14   Sepkoski put it, a mass dying.  And these mass

15   dyings, the one with which most lay people are

16   familiar, is the last major extinction known as the

17   Cretaceous extinction in which the last dinosaurs

18   disappeared.  But the greatest of all of these

19   extinctions is called the Permian extinction, and I

20   think -- I'd have to read Jack's papers again, but

21   between three quarters and two-thirds of all living

22   genera, of all categories of species, perished in

23   the Permian extinction.  So it was indeed a great

24   die-out.

1            These mass extinctions are so well defined

2     and so profound that it's been widely assumed that

3     some great catastrophe must have happened to this

4     planet to cause them, and that's what these passages

5     have been about.

6        Q.     Is it accurate to say, though, that the

7     question of extinction is still an open question in

8     the scientific community?

9        A.     The question of exactly what caused

10    routine extinctions or these great mass extinctions

11    is indeed an open question in the scientific

12    community.

13       Q.     And that would be the same with the

14    question about how new species arise?  It's still

15    an open question in the scientific community?

16       A.     The exact forces that produce new species,

17    how important, for example, ecological isolation

18    might be and geographic isolation might be in terms

19    of the formation of new species is indeed an

20    unsolved question in biology.

21       Q.     Is it just those two factors that's an

22    unsolved question or --

23       A.     No, there are always other factors and

24    what are known as reproductive isolating mechanisms,

1    the way in which one group in a population is

2    separated from another by reproductive isolation is

3    widely regarded as being essential to the formation

4    of a new species, and people disagree as to which

5    reproductive isolating mechanism is most important

6    in most cases.

7         Q.    And the third category is how life began?

8         A.    Right.  This is one that Joe and I paid a

9    great deal of attention to.

10        Q.    Why is that?

11        A.    We paid a great deal of attention to it

12   because it's an area in which there is little direct

13   fossil evidence and a great deal of experimentation,

14   some of which has been controversial.  So, for

15   example, we talk on page 424 of our textbook about

16   experiments done by Stanley Miller and Harold Urey,

17   and these experiments have been widely criticized by

18   people in the intelligent design community and young

19   earth creationists and just about everybody who's

20   opposed to evolution.

21             So Joe and I sat down and we read all of

22   the original papers written by Stanley Miller -- no

23   relation I should point out -- on these experiments

24   to make sure that we give a fair and accurate

1   summary of them, and what we did is to summarize the

2   Miller/Urey experiments that were done with

3   primitive earth atmospheres in the 1950s this way,

4   and the results of the experiments were spectacular.

5   Over a few days several amino acids, the building

6   blocks of proteins began to accumulate.

7          Now, a boldfaced sentence, which for our

8   book means a way of telling students this is a key

9   idea, "Miller and Urey's experiments suggested how

10  mixtures of the organic compounds necessary for life

11  could have arisen from simpler compounds present on

12  a primitive earth."  Then we qualified it in a very

13  important way.  I'll continue to read.  "Scientists

14  now know that Miller and Urey's original simulation

15  of earth's early atmosphere were not accurate.

16  However, similar experiments based on more current

17  knowledge of earth's early atmosphere have also

18  produced organic compounds.  In fact, one of

19  Miller's experiments in 1995 produced cytosine,

20  c-y-t-o-s-i-n-e, and uracil, u-r-a-c-i-l, two of the

21  bases found in RNA."

22          So that's what I mean by paying attention

23  to it because we were afraid that an uncritical

24  mention of the Miller/Urey experiments would have

1    led to the charge that we are presenting discredited

2    experiments.  In fact, Stanley Miller's recent work

3    has addressed some of these issues, and he still is

4    able to produce these compounds.

5         On the next page, 425, I think is one of

6    the pages that it is very important to point out in

7    terms of how we talked about the uncertainty of the

8    origin of life.  The heading on this page is called

9    "The Puzzle of Life's Origins," and the first

10   sentence reads, "A stew of organic molecules is a

11   long way from a living cell, and the leap from

12   nonlife to life is the greatest gap in scientific

13   hypotheses of earth's early history," and I think

14   that's a fair statement.

15        We then describe a number of hypotheses

16   about how first cells might have come together, and

17   midway down the page we write, "Another unanswered

18   question in the evolution of cells is the origin of

19   DNA and RNA."  I'll skip a sentence, and then I'll

20   read, "How could this complex biochemical machinery

21   have evolved?"  Next sentence begins, "Science

22   cannot yet solve this puzzle."  Finally, in a

23   figure, figure 17-10 on the bottom of the page, we

24   summarize what most origin of life theorists and

1    experimenters would think are the essential steps of

2    going from a nonliving stew to simple organic

3    molecules to RNA nucleotides to self-replicating RNA

4    to modern genetic machinery, and as you'll see, the

5    essential steps of this are peppered with question

6    marks to indicate uncertainty.  So I think we do a

7    good job of illustrating uncertainty about how life

8    first originated.

9        Q.    Now, you described the strengths and

10   weaknesses.  Could you not also describe a weakness

11   as a gap?

12       A.    Well, you'll have to help me with exactly

13   what you mean by a gap.  If by a gap you mean an

14   unanswered question, then science -- all of science,

15   not just biology, is filled with gaps because

16   science is filed with unanswered questions.

17       Q.    Is it possible of those three categories

18   that we just discussed, how new species arise, shy

19   species become extinct and how life began, is it

20   impossible to categorize any one of those as being

21   more controversial than the others within the

22   scientific community?

23       A.    No, I don't think so.  I think they're all

24   controversial but not perhaps in the sense that you

Page 319

1     Q.     And you don't disagree with that I'm

2   assuming?

3     A.     I certainly don't disagree with that.

4     Q.     Is there a reason why you left it off or

5   out of your report?

6     A.     Not that I can think of.  I think when I

7   took parts of the statement, I wanted to highlight

8   those parts of which I was critical.  I certainly

9   did not represent this in my report as being the

10   complete statement.  There would have been no point

11   in doing that since you had already provided that as

12   the answer to the complaint, and I clearly wrote in

13   the statement it said in part, indicating that I had

14   not reproduced the whole statement here.

15     Q.     Does the inclusion of those additional

16   parts that I read to you change any of your opinions

17   regarding this statement?

18     A.     No, it does not.

19     Q.     Let's look at the statement as you

20   represented it on page eight.  The first line says,

21   "Because Darwin's theory is a theory, it continues

22   to be tested as new evidence is discovered."  Is

23   that statement true?

24     A.     That statement is true, but it also

Page 320

1    applies to all scientific theories.

2         Q.    The second sentence, "The theory is not a

3    fact;" is that true?

4         A.    That is a true statement.  However, it's a

5    statement that seems to me to be designed to

6    mislead, and what I mean by design to mislead is no

7    scientific theory is a fact or ever becomes a fact.

8    So by singling out evolution and saying that theory

9    is not a fact, it leaves the implication that

10   perhaps there are other scientific theories that

11   are facts or are factually based, and if that was

12   the intent, that would certainly be a

13   misrepresentation.

14        Q.    Would it not also be a misrepresentation

15   to confuse the term evolution with the theory of

16   evolution in claiming that evolution is a fact, and

17   what I'm saying is we've gone through and you were

18   pointing out how it's important to be precise about

19   our definitions, and there is evolution and there is

20   the theory of evolution; is that correct?

21        A.    In light of our previous discussion about

22   the two meanings of the use of the word evolution,

23   that is correct.

24        Q.    And evolution in the first meaning, sort

1  that explanation differs from Darwin's view, and as

2  I pointed out, Charles Darwin never published any

3  detailed theory for the explanation of the origin of

4  life beyond speculation in letters to a few other

5  scientists that life might have originated in what

6  Darwin called a warm, little pond, but a statement

7  like that hardly amounts to a theory for the origin

8  of life.

9       Q.    In that statement it says, "An explanation

10  of the diversification and origin of life that

11  differs from Darwin's view."  Would that be an

12  accurate statement?

13      A.    I think that would be a more accurate

14  statement, yes, it would.

15      Q.    The next sentence, "The reference book 'Of

16  Pandas and People' is available for students who

17  might be interested in gaining an understanding of

18  what intelligent design actually involves."  Do you

19  have any problem with that statement?

20      A.    No, I think the fact that the board has

21  provided that book, made it available to students,

22  and that they have characterized it as a book on

23  intelligent design, that's all a fair statement.  So

24  I think that particular statement is something that

Page 330

1 effectively communicates the reality of the

2 situation to students, which is we got this book,

3 it's available for you, and this book describes

4 intelligent design.

5    Q.   And I believe from one of your earlier

6 statements, you would defer to the judgement of the

7 board as to such matters of what books go in the

8 library and so forth?

9    A.   Yes, I certainly think as a matter of

10 principle that individual school districts should be

11 quite free to put any books in their libraries that

12 they want.  Now, if I was asked instead for my own

13 scientific judgment as to how variable an education

14 resource "Of Pandas and People" would be, my

15 judgment would be very critical, and part of my

16 expert report, in fact, points out a number of

17 serious scientific errors and misrepresentations in

18 "Of Pandas and People."

19         So I would specifically if asked for

20 advice say, I don't think this is a very good book,

21 but the decision of what books to put in a library

22 and make available is of a different matter -- of a

23 different order.

24    Q.   And then finally, "With respect to any



▲ **Figure 15–18** Darwin's *On the Origin of Species* presented a revolutionary view of the living world. Many scientists agree with Darwin's statement that "There is a grandeur in this view of life, . . . that . . . from so simple a beginning, endless forms so beautiful and wonderful have been and are being evolved." **Applying Concepts** *New species are continually being discovered. How could you use Darwin's theory to learn more about these new species?*

# Summary of Darwin's Theory

Darwin's theory of evolution can be summarized as follows:

- Individual organisms differ, and some of this variation is heritable.

- Organisms produce more offspring than can survive, and many that do survive do not reproduce.

- Because more organisms are produced than can survive, they compete for limited resources.

- Each unique organism has different advantages and disadvantages in the struggle for existence. Individuals best suited to their environment survive and reproduce most successfully. These organisms pass their heritable traits to their offspring. Other individuals die or leave fewer offspring. This process of natural selection causes species to change over time.

- Species alive today are descended with modification from ancestral species that lived in the distant past. This process, by which diverse species evolved from common ancestors, unites all organisms on Earth into a single tree of life.

## Strengths and Weaknesses of Evolutionary Theory

Scientific advances in many fields of biology, along with geology and physics, have confirmed and expanded most of Darwin's hypotheses. Today, evolutionary theory offers vital insights to all biological and biomedical sciences—from infectious-disease research to ecology. In fact, evolution is often called the "grand unifying theory of the life sciences."

Like any scientific theory, evolutionary theory continues to change as new data are gathered and new ways of thinking arise. As you will see shortly, researchers still debate such important questions as precisely how new species arise and why species become extinct. There is also uncertainty about how life began.

# 15–3 Section Assessment

1. **Key Concept** How is artificial selection dependent on variation in nature?

2. **Key Concept** The theory of evolution by natural selection explains, in scientific terms, how living things evolve over time. What is being selected in this process?

3. **Key Concept** What types of evidence did Darwin use to support his theory of change over time?

4. **Critical Thinking Evaluating** Use scientific evidence to evaluate Darwin's theory of evolution by natural selection.

## Writing in Science

**Newspaper Article**
Write a newspaper article about the meeting in which Darwin's and Wallace's hypotheses of evolution were first presented. Explain the theory of evolution by natural selection for an audience who knows nothing about the subject.

EXHIBIT
12
5/25/15   DXXXX

1    PLEASE ATTACH TO THE DEPOSITION OF:  KENNETH MILLER

     DATE TAKEN:  MAY 25, 2005

2    CASE: KITZMILLER, ET AL. vs. DOVER AREA SCHOOL

     DISTRICT, ET AL.

3

                         ERRATA SHEET

4    PAGE  LINE      CHANGE        REASON

5

6

7

8

9

10

11

12

13

14

15

16

17

18

         I have read the foregoing transcript of my

19   deposition and except for any corrections or changes

     noted ~~above~~ on attached sheet, I hereby subscribe to the

     transcript as

20   an accurate record of the statements made by me.

         Executed this    30th    day of    June    , 2005.

21

22                       Kenneth Miller

## Kenneth Miller, Errata Sheet

Page  Line    Change        (unless otherwise noted, change is for spelling error)

| P. 40 | L 3 | Change "conflict science" to "conflate science" |
| P42 | L18 | "evolution"  to "revolution" |
| P42 | L22 | "Kapernekas"  to "Copernicus" |
| P47 | L1 | "chaired"  to  "chair" |
|  | L3 | "counsel"  to  "council" |
| P58 | L24 | "roll"  to "enrollment" |
| P70 | L1 | "them major"  to "their major" |
| P81 | L3 | "turn for"  to  "quick for" |
| P86 | L13 | "Penick" to "Pennock" |
|  | L14 | "Robert Behe" to "Michael Behe" |
| P105 | L2 | (and many other lines on the pages that follow) change "tenant" to "tenet" |
| P131 | L10 | "super natural" to "supernatural" |
| P133 | L17 | "An error"  to "in error" |
| P154 | L7 | "wanton" to "wanting" |
| P160 | L16 | "Dempsey" to "Dembski" |
| P170 | L12 | "morals" to "laws" |
| P176 | L2 | "outside" to "result" |
|  | L19 | (and many pages that follow)  "Hort" to "Haught" |
| P183 | L4 | "in the" to "in a" |
| P186 | L8 | "funding" to "finding" |
|  | L15 | "traction" to "diffraction" |
|  | L15 | "Rosalyn" to "Rosalind" |
| P209 | L8 | change "We tend to prove things out" to "We tend to rule things out" |
| P230 | L8 | change "clotted" to "clotting" |
| P256 | L13 | change "both biologists" to "most biologists" |
| P260 | L1 | change "multiple organs"  to "multiple origins" |
| P264 | L1 | change "science"  to "SCIENCE" (name of journal, *SCIENCE* magazine) |
| P267 | L19 | change "phylum"  to "phyla" |
| P268 | L22 | change "no one the"  to "no one type" |
| P269 | L3 | change "atypical"  to  "a typical" |
| P269 | L7 | change "Brandies"  to "Brandeis" |
| P272 | L8 | change "prior ancestors"  to "prior answers" |
| P274 |  | change <u>all</u> occurrences of "Herald" to "Harold" |
|  |  | (the scientist's name is *Franklin Harold*) |
| P275 | L1 | change  all occurrences of "CREB" to "Krebs" |
| P290 | L7 | change "sea level"  to C-level" |
| P315 | L1 | change "penicillin molds"  to "penicillium mold" |
| P322 | L17 | change "theory"  to "theories" |