# Exhibit 7

**EXHIBIT**

tabbies®

7

RNilsen 010305

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

. . . . . . . . . . . . . .

TAMMY KITZMILLER; et al., .

      Plaintiffs      :   CIVIL ACTION NO. 04-CV-2688

       vs.         :

DOVER AREA SCHOOL DISTRICT,.  (JUDGE JONES)
et al.,             :

      Defendants     :

. . . . . . . . . . . . . .

| | | |
|---|---|---|
| Deposition of | : | RICHARD NILSEN |
| Taken by | : | Plaintiffs |
| Date | : | January 3, 2005, 9:30 a.m. |
| Before | : | Vicki L. Fox, RMR, Reporter-Notary |
| Place | : | Two School Lane Dover, Pennsylvania |

APPEARANCES:

    PEPPER HAMILTON LLP
    BY:  ERIC J. ROTHSCHILD, ESQUIRE

    ACLU OF PENNSYLVANIA
    BY:   WITOLD WALCZAK, ESQUIRE
        For - Plaintiffs


    THOMAS MORE LAW CENTER
    BY:  PATRICK T. GILLEN, ESQUIRE

      For - Defendants

    PARTIES: BETH EVELAND
          CYNTHIA SNEATH
          ARALENE AND FREDERICK CALLAHAN

           Nilsen Deposition         2

1              I N D E X

2              WITNESS

RNilsen 010305

16  view?

17  A.  Because he believed the Darwinian theory was not the

18      only theory.

19  Q.  Did you have an understanding of what he meant when he

20      said he wanted a balanced view?

21  A.  I am sorry.  I thought I answered that he wanted other

22      options.

23  Q.  Was he specific about what kind of other options he

24      wanted?

25  A.  I'm sorry.  Could you state that again?

                        Nilsen Deposition              22

1   Q.  Did he state what other kind of options he wanted in the

2       biology curriculum when evolution was taught?

3   A.  Beyond the Of Pandas and People book?  To me, no, not

4       that I can recollect.

5   Q.  Could you turn to page six in Exhibit P-2 which is the

6       Answer?

7   A.  (Witness complies.)

8   Q.  In the first full paragraph, the Answer states that the

9       DASD Biology Curriculum Policy does not advance

10      religion, but merely provides the students of Dover High

11      School with an honest science education for the valid

12      and clearly secular purpose of enhancing the science

13      curriculum by informing students about the existing

14      scientific controversy surrounding Darwin's Theory of

15      Evolution, including the fact that there are alternative

16      scientific theories being advanced by scientists.

17          Do you understand that to be an accurate

18      recitation of the District's purpose in changing the

19      biology curriculum?

RNilsen 010305

20  A.   Yes.

21  Q.   Does that state the -- is that a full statement of the

22       District and Board's purpose in amending the biology

23       curriculum?

24  A.   Yes.

25  Q.   Do the District have any other purpose in amending the

Nilsen Deposition                    23

1        biology curriculum?

2   A.   When you say District, who are you speaking of?

3   Q.   The School District which you work for.

4   A.   Again, you need to differentiate that.  Meaning there

5        are various components of the School District.  There is

6        Board members.  There is administration.  There is

7        teachers, and there is me.  I can't speak for anybody

8        beyond me.

9   Q.   Okay.  Can you speak for administration?

10  A.   I can only speak for me.

11  Q.   Does this statement here reflect your understanding of

12       the purpose in amending the biology curriculum?

13  A.   My purpose, yes.

14  Q.   Did you have any other purpose?

15  A.   No.

16  Q.   To your understanding, does this reflect the Board's

17       understanding in amending the biology curriculum?

18  A.   I won't speak for the Board.

19  Q.   Do you have any understanding in what the Board's

20       purpose was in amending the biology curriculum?

21  A.   I can state it this way:  The Board members that I'm

22       aware of that reviewed this paragraph supported this

23       paragraph.