IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN, : Plaintiffs, vs. DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, Defendants. | CIVIL ACTION<br><br>No. 4:04-cv-2688<br><br>(JUDGE JONES)<br><br>(Filed Electronically) |

**ORDER**

AND NOW, this _____ day of August, 2005, upon consideration of the unopposed motion of Plaintiffs for leave to file a brief in excess of 15 pages in opposition to Defendants' motion for summary judgment, IT IS HEREBY ORDERED that said motion is granted and that Plaintiffs are authorized to submit their brief in opposition to Defendants' motion for summary judgment in excess of 15 pages, but not to exceed 45 pages or 15,000 words.

BY THE COURT:

_____
Hon. John E. Jones III