# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN, <br><br> Plaintiffs, <br><br> v. <br><br> DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, <br><br> Defendants. | Civil Action No. 04-CV-2688 <br><br> Honorable John E. Jones III <br><br> **Certification of Thomas B. Schmidt, III** |

I, Thomas B. Schmidt, III, hereby certify as follows:

1. I am an attorney licensed in the State of Pennsylvania and a partner in the law firm of Pepper Hamilton LLP, attorneys for Plaintiffs. As such, I am familiar with the facts set forth herein.

2. Attached as Appendix II are true and accurate copies of Expert Reports prepared by plaintiffs' experts.

3. The Expert Reports attached as Appendix II have been served on counsel for defendants pursuant to the case management order.

4. Attached as Appendix IV-U is a true and accurate copy of the January 6, 2005 Letter from the teachers (Spahr, Miller, Linker, Eshbach, Prall, Bahn, Taylor and Davis) to Richard Nilsen, Re: Reading Statement on Intelligent Design.

5. Attached as Appendix IV-V is a true and accurate copy of Chris Mooney's article, *Intelligent Denials*, AM. PROSPECT ONLINE, Feb. 22, 2005, which can be found at http://www.prospect.org/web/page.ww?section=root&name=ViewWeb&articleId=9216.

6. Attached as Appendix IV-X is a true and accurate copy of Shaw, Linda "Does Seattle group 'teach controversy' or contribute to it?" The Seattle Times Newspaper, March 31, 2005.

7. Attaches as Appendix IV-Z is a true and accurate copy of Science and Creationism website, "Introduction," which can be found at http://books.nap.edu/html/creationism/introduction.html.

8. Attached as Appendix IV-CC are true and correct copies of news articles published in the York Daly Record, The York Dispatch, and the Harrisburg Patriot.

9. Attached as Appendix IV-DD are true and correct copies of letters to the editor published in the York Daily Record, The York Dispatch, and the Harrisburg Patriot.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ *Thomas B. Schmidt, III*
Thomas B. Schmidt, III (PA 19196)
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA  17108
(717) 255-1155
(717) 238-0575 (fax)
*schmidtt@pepperlaw.com*

Attorney for Plaintiffs,
TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH, AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN

Dated:  August 8, 2005