IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

TAMMY KITZMILLER; BRYAN and
CHRISTY REHM; DEBORAH
FENIMORE and JOEL LIEB; STEVEN
STOUGH; BETH EVELAND; CYNTHIA
SNEATH; JULIE SMITH; and ARALENE
("BARRIE") D. and FREDERICK B.
CALLAHAN,

         Plaintiffs,

   v.

DOVER AREA SCHOOL DISTRICT and
DOVER AREA SCHOOL DISTRICT
BOARD OF DIRECTORS,

         Defendants.
_____

CIVIL ACTION

No. 4:04-cv-2688

(JUDGE JONES)

(Filed Electronically)

## ORDER

Having considered defendants' motion for summary judgment and plaintiffs' opposition thereto, the motion is DENIED.

BY THE COURT:

_____
Hon. John E. Jones III