IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY J. KITZMILLER; BRYAN REHM, CHRISTY REHM; DEBORAH F. FENIMORE; JOEL A. LIEB; STEVEN STOUGH; BETH A EVELAND; CYNTHIA SNEATH; JULIE SMITH; ARALENE D. CALLAHAN ("BARRIE"); FREDERICK B. CALLAHAN, <br><br> Plaintiffs, <br><br> v. <br><br> DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, <br><br> Defendants | CIVIL ACTION <br><br> NO. 4:04-CV-2688 |

## **EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT**

## **APPENDIX I – VOLUME I**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY J. KITZMILLER; BRYAN REHM, CHRISTY REHM; DEBORAH F. FENIMORE; JOEL A. LIEB; STEVEN STOUGH; BETH A EVELAND; CYNTHIA SNEATH; JULIE SMITH; ARALENE D. CALLAHAN ("BARRIE"); FREDERICK B. CALLAHAN,<br><br>Plaintiffs,<br><br>v.<br><br>DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS,<br><br>Defendants | CIVIL ACTION<br><br>NO. 4:04-CV-2688 |

### **EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT**

### **APPENDIX I – VOLUME I**

| | |
|---|---|
| March 9, 2005 Deposition of Michael Baksa | A |
| January 3, 2005 Deposition of Alan Bonsell (Day 1) | B |
| April 13, 2005 Deposition of Alan Bonsell (Day 2) | C |
| March 10, 2005 Deposition of Donald Bonsell | D |
| May 16, 2005 Deposition of Carol (Casey) Brown | E |
| May 17, 2005 Deposition of Jeffrey Brown | F |
| January 3, 2005 Deposition of William Buckingham (Day 1) | G |
| March 31, 2005 Deposition of William Buckingham (Day 2) | H |
| June 9, 2005 Deposition of Jane Cleaver | I |

## APPENDIX I – VOLUME II

| | |
|---|---|
| | J |
| May 20, 2005 Deposition of Robert Eshbach | K |
| March 10, 2005 Deposition of Heather Geesey | L |
| January 3, 2005 Deposition of Sheila Harkins (Day 1) | M |
| April 12, 2005 Deposition of Sheila Harkins (Day 2) | N |
| May 18, 2005 Deposition of Jennifer Miller | O |
| January 3, 2005 Deposition of Richard Nilsen (Day 1) | P |
| April 14, 2005 Deposition of Richard Nilsen (Day 2) | Q |
| April 7, 2005 Deposition of Trudy Peterman | R |
| May 19, 2005 Deposition of Bertha Spahr | S |
| April 27, 2005 Deposition of Angie Yingling | |

A

PHLEGAL: #1775259 v1 (121SR011.DOC)