IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY J. KITZMILLER; BRYAN REHM, CHRISTY REHM; DEBORAH F. FENIMORE; JOEL A. LIEB; STEVEN STOUGH; BETH A EVELAND; CYNTHIA SNEATH; JULIE SMITH; ARALENE D. CALLAHAN ("BARRIE"); FREDERICK B. CALLAHAN, Plaintiffs, v. DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, Defendants | CIVIL ACTION NO. 4:04-CV-2688 |

**EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT**

**APPENDIX II – VOLUME I**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY J. KITZMILLER; BRYAN REHM, CHRISTY REHM; DEBORAH F. FENIMORE; JOEL A. LIEB; STEVEN STOUGH; BETH A EVELAND; CYNTHIA SNEATH; JULIE SMITH; ARALENE D. CALLAHAN ("BARRIE"); FREDERICK B. CALLAHAN, <br><br>  Plaintiffs, <br><br> v. <br><br> DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, <br><br>  Defendants | CIVIL ACTION <br><br> NO. 4:04-CV-2688 |

## EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT

### APPENDIX II

| EXHIBIT | TAB |
|---|---|
| Defense's Expert Report of Michael Behe with exhibits | A |
| May 19, 2005 Deposition of Michael Behe | B |
| Defense's Rebuttal Expert Report of Kenneth Miller by Michael Behe | C |
| Defense's Rebuttal Expert Report of Kevin Padian by Michael Behe | D |
| Defense's Expert Report of Dick Carpenter | E |
| May 17, 2005 Deposition of Dick Carpenter | F |
| Defense's Rebuttal Expert Report of Dick Carpenter | G |
| Defense's Expert Report of Scott Minnich | H |

-1-

| Exhibit | Tab |
|---|---|
| May 26, 2005 Deposition of Scott Minnich | I |
| Defense's Expert Report of Warren Nord | J |
| June 7, 2005 Deposition of Warren Nord | K |
| Defense's Expert Report of Steve Fuller | L |
| June 21, 2005 Deposition of Steve Fuller | M |