IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY J. KITZMILLER; BRYAN REHM;
CHRISTY REHM; DEBORAH F.
FENIMORE; JOEL A. LIEB;
STEVEN STOUGH; BETH A EVELAND;
CYNTHIA SNEATH; JULIE SMITH;
ARALENE D. CALLAHAN ("BARRIE");
FREDERICK B. CALLAHAN,

        Plaintiffs,

v.

DOVER AREA SCHOOL DISTRICT;
DOVER AREA SCHOOL DISTRICT BOARD OF
DIRECTORS,

        Defendants

CIVIL ACTION

NO. 4:04-CV-2688

### EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT

### APPENDIX II – VOLUME II

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY J. KITZMILLER; BRYAN REHM;
CHRISTY REHM; DEBORAH F.
FENIMORE; JOEL A. LIEB;
STEVEN STOUGH; BETH A EVELAND;
CYNTHIA SNEATH; JULIE SMITH;
ARALENE D. CALLAHAN ("BARRIE");
FREDERICK B. CALLAHAN,

            Plaintiffs,

v.

DOVER AREA SCHOOL DISTRICT;
DOVER AREA SCHOOL DISTRICT BOARD OF
DIRECTORS,

            Defendants

CIVIL ACTION

NO. 4:04-CV-2688

## EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT

### APPENDIX II

| EXHIBIT | TAB |
|---|---|
| Defense's Expert Report of Michael Behe with exhibits | A |
| May 19, 2005 Deposition of Michael Behe | B |
| Defense's Rebuttal Expert Report of Kenneth Miller by Michael Behe | C |
| Defense's Rebuttal Expert Report of Kevin Padian by Michael Behe | D |
| Defense's Expert Report of Dick Carpenter | E |
| May 17, 2005 Deposition of Dick Carpenter | F |
| Defense's Rebuttal Expert Report of Dick Carpenter | G |
| Defense's Expert Report of Scott Minnich | H |

| Exhibit | Tab |
|---|---|
| May 26, 2005 Deposition of Scott Minnich | I |
| Defense's Expert Report of Warren Nord | J |
| June 7, 2005 Deposition of Warren Nord | K |
| Defense's Expert Report of Steve Fuller | L |
| June 21, 2005 Deposition of Steve Fuller | M |

PHLEGAL: #1775262 v1 (121S%01!.DOC)