IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
AUG 0 9 2005
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

TAMMY J. KITZMILLER; BRYAN REHM,           :
CHRISTY REHM; DEBORAH F.                    :
FENIMORE; JOEL A. LIEB;                     :
STEVEN STOUGH; BETH A EVELAND;              :
CYNTHIA SNEATH; JULIE SMITH;                :
ARALENE D. CALLAHAN ("BARRIE");            :
FREDERICK B. CALLAHAN,                       :

                                            :       CIVIL ACTION

                         Plaintiffs,        :

                                            :
             v.                             :       NO. 4:04-CV-2688

                                            :
DOVER AREA SCHOOL DISTRICT;                 :
DOVER AREA SCHOOL DISTRICT BOARD OF         :
DIRECTORS,                                   :

                                            :
                         Defendants         :

---

## EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT

## APPENDIX III – VOLUME I

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY J. KITZMILLER; BRYAN REHM,　　　　:
CHRISTY REHM; DEBORAH F.　　　　　　　　:
FENIMORE; JOEL A. LIEB;　　　　　　　　　:
STEVEN STOUGH; BETH A EVELAND;　　　　:
CYNTHIA SNEATH; JULIE SMITH;　　　　　:
ARALENE D. CALLAHAN ("BARRIE");　　　　:
FREDERICK B. CALLAHAN,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:　　　CIVIL ACTION
　　　　　　　　　　　　　　　Plaintiffs,　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　v.　　　　　　　　　　　:　　　NO. 4:04-CV-2688
　　　　　　　　　　　　　　　　　　　　　　　　　:
DOVER AREA SCHOOL DISTRICT;　　　　　　:
DOVER AREA SCHOOL DISTRICT BOARD OF　:
DIRECTORS,　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　Defendants　　　:

## EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT

### APPENDIX III

| EXHIBIT | TAB |
|---|---|
| Plaintiffs' Expert Report of Brian Alters | A |
| June 2, 2005 Deposition of Brian Alters | B |
| Plaintiffs' Expert Report of Barbara Forrest | C |
| June 7, 2005 Deposition of Barbara Forrest | D |
| Plaintiffs' Supplemental Expert Report of Barbara Forrest *(filed under protective seal)* | E |
| Plaintiffs' Expert Report of John Haught | F |
| June 1, 2005 Deposition of John Haught | G |
| Plaintiffs' Expert Report of Kenneth Miller | H |
| May 25, 2005 Deposition of Kenneth Miller | I |

PHLEGAL: #1775269 v1 (121T7101!.DOC)

| EXHIBIT | TAB |
|---|---|
| Plaintiffs' Expert Report of Kevin Padian | J |
| May 10, 2005 Deposition of Kevin Padian | K |
| Plaintiffs' Expert Report of Robert Pennock | L |
| June 14, 2005 Deposition of Robert Pennock | M |
| Plaintiffs' Expert Report of Jeffrey Shallit | N |
| June 28, 2005 Deposition of Jeffrey Shallit | O |

PHLEGAL: #1775269 v1 (121T1011.DOC)