IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY J. KITZMILLER; BRYAN REHM,
CHRISTY REHM; DEBORAH F.
FENIMORE; JOEL A. LIEB;
STEVEN STOUGH; BETH A EVELAND;
CYNTHIA SNEATH; JULIE SMITH;
ARALENE D. CALLAHAN ("BARRIE");
FREDERICK B. CALLAHAN,

      Plaintiffs,

v.

DOVER AREA SCHOOL DISTRICT;
DOVER AREA SCHOOL DISTRICT BOARD OF
DIRECTORS,

      Defendants



CIVIL ACTION

NO. 4:04-CV-2688

## EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT

## APPENDIX III – VOLUME II

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY J. KITZMILLER; BRYAN REHM; CHRISTY REHM; DEBORAH F. FENIMORE; JOEL A. LIEB; STEVEN STOUGH; BETH A EVELAND; CYNTHIA SNEATH; JULIE SMITH; ARALENE D. CALLAHAN ("BARRIE"); FREDERICK B. CALLAHAN, <br><br> Plaintiffs, <br><br> v. <br><br> DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, <br><br> Defendants | CIVIL ACTION <br><br> NO. 4:04-CV-2688 |

## EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT

### APPENDIX III

| EXHIBIT | TAB |
|---|---|
| Plaintiffs' Expert Report of Brian Alters | A |
| June 2, 2005 Deposition of Brian Alters | B |
| Plaintiffs' Expert Report of Barbara Forrest | C |
| June 7, 2005 Deposition of Barbara Forrest | D |
| Plaintiffs' Supplemental Expert Report of Barbara Forrest *(filed under protective seal)* | E |
| Plaintiffs' Expert Report of John Haught | F |
| June 1, 2005 Deposition of John Haught | G |
| Plaintiffs' Expert Report of Kenneth Miller | H |
| May 25, 2005 Deposition of Kenneth Miller | I |

-1-

PHLEGAL: #1775269 v1 (121T101!.DOC)

| Exhibit | Tab |
|---|---|
| Plaintiffs' Expert Report of Kevin Padian | J |
| May 10, 2005 Deposition of Kevin Padian | K |
| Plaintiffs' Expert Report of Robert Pennock | L |
| June 14, 2005 Deposition of Robert Pennock | M |
| Plaintiffs' Expert Report of Jeffrey Shallit | N |
| June 28, 2005 Deposition of Jeffrey Shallit | O |