IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY J. KITZMILLER; BRYAN REHM;
CHRISTY REHM; DEBORAH F.
FENIMORE; JOEL A. LIEB;
STEVEN STOUGH; BETH A EVELAND;
CYNTHIA SNEATH; JULIE SMITH;
ARALENE D. CALLAHAN ("BARRIE");
FREDERICK B. CALLAHAN,

        Plaintiffs,

v.

DOVER AREA SCHOOL DISTRICT;
DOVER AREA SCHOOL DISTRICT BOARD OF
DIRECTORS,

        Defendants

CIVIL ACTION

NO. 4:04-CV-2688

### EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT

### APPENDIX IV – VOLUME II

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY J. KITZMILLER; BRYAN REHM, :
CHRISTY REHM; DEBORAH F. :
FENIMORE; JOEL A. LIEB; :
STEVEN STOUGH; BETH A EVELAND; :
CYNTHIA SNEATH; JULIE SMITH; :
ARALENE D. CALLAHAN ("BARRIE"); :
FREDERICK B. CALLAHAN, :
: CIVIL ACTION
                      Plaintiffs, :
:
         v.                        :    NO. 4:04-CV-2688
:
DOVER AREA SCHOOL DISTRICT; :
DOVER AREA SCHOOL DISTRICT BOARD OF :
DIRECTORS, :
:
                      Defendants :

## **EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT**

### **APPENDIX IV – VOLUME I**

| EXHIBIT | |
|---|---|
| October 18, 2004 School Board Minutes | A |
| Original Disclaimer | B |
| Declaration of Michael Baksa | C |
| February 2005 Dover Area School District News (Newsletter) | D |
| Affidavit of Dr. Dean H. Kenyon, 1985 U.S. Briefs 1513 (pgs 35-42) | E |
| July 14, 2005 Hearing transcript | F |
| July 14, 2005 Hearing Exhibits | G |
| *Selman v. Cobb County School District* (2005 WL 83829) | H |
| The Wedge Strategy | I |

| | |
|---|---|
| April 1, 2003 Memorandum to Michael Baksa, Larry Redding and Bertha Spahr from Trudy Peterman, Re: Creationism As It Relates to the Approval School Board Biology I Curriculum | J |
| Maldonado, "Dover schools still debating biology text; A board members said a book was rejected because it didn't offer creationism," *York Daily Record*, June 9, 2004 | K |
| Bernhard-Bubb, "Group: Dover schools could face lawsuit; Says it's a textbook case of church, church separation," *York Dispatch*, June 9, 2004 | L |
| Maldonado, "Book is focus of more debate, The teaching of creationism or evolution was the topic again at the Dover Area School District," *York Daily Record*, June 15, 2004 | M |
| Thomas More Law Center "About Us" page, www.thomasmore.org/about.html | N |
| June 27, 2005 Letter from Heather Geesey published in the *York Daily Record* | O |
| February 27, 2004 Email from Michael Baksa to Bertha Spahr, Re: Textbooks | P |
| July 25, 2004 Memo from W. Buckingham requesting that Of Pandas and People be added to the August 2, 2004 School Board Agenda | Q |
| October 4, 2005 School Board Planning Meeting Agenda | R |
| Biology I Planned Course/Curriculum Guide | S |
| Pennsylvania Department of Education, 22 Pa. Code, Ch. 4, Appendix B (January 5, 2002) | T |
| January 6, 2005 Letter from the teachers (Spahr, Miller, Linker, Eshbach, Prall, Bahn, Taylor and Davis) to Richard Nilsen, Re: Reading Statement on Intelligent Design | U |
| Mooney, *Intelligent Denials*, AM. PROSPECT ONLINE, Feb. 22, 2005, *at* http://www.prospect.org/web/page.ww?section=root&name=ViewWeb&articleId=9216 | V |
| December 14th Discovery Institute Press Release, "Leading intelligent design think tank calls Dover evolution policy 'misguided,' calls for it to be withdrawn" | W |
| Shaw, Linda "Does Seattle group 'teach controversy' or contribute to it?" *The Seattle Times* Newspaper, March 31, 2005 | X |
| December 10, 2004 Email from Seth Cooper to Alan Bonsell, Re: **Evolution Issue & Dover** (Bates label 001941–001942) | Y |

| | |
|---|---|
| Science and Creationism website, "Introduction" | Z |
| William Dembski's Rebuttal to Reports by Opposing Expert Witnesses (May 14, 2005) | AA |
| No Child Left Behind Act of 2001, Conference Report – House of Representatives, No. 107-334 | BB |

## APPENDIX IV – VOLUME II

| | |
|---|---|
| Compilation of News Articles published in the *York Daily Record*, *York Dispatch* and the *Harrisburg Patriot* | CC |
| Compilation of Letters to the Editor published in the *York Daily Record*, *York Dispatch* and the *Harrisburg Patriot* | DD |
| October 18, 2004 Casey (Carol H.) Brown Resignation Speech | EE |

PHLEGAL #1775280 v1 (121TC01!.DOC)