# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 04-CV-2688 |
| ) | (Hon. Judge Jones) |
| v. ) | |
| ) | **DEFENDANTS' MOTION** |
| DOVER AREA SCHOOL DISTRICT and ) | **FOR LEAVE TO FILE A** |
| DOVER AREA SCHOOL DISTRICT ) | **REPLY BRIEF IN EXCESS** |
| BOARD OF DIRECTORS, ) | **OF FIFTEEN PAGES** |
| ) | |
| Defendants. ) | |
| _____) | |

## INTRODUCTION

Defendants, by and through their undersigned attorneys, move for leave to file a brief in reply to matters argued in Plaintiffs' opposition to Defendants' motion for summary judgment in excess of the page and word limits set forth in Local Rule 7.8, as follows:

1

1. On July 13, 2005, Defendants filed a brief in support of their motion for summary judgment that contained 4,996 words in compliance with the page and word limitations of Local Rule 7.8.

2. On August 8, 2005, pursuant to this Court's authorization, Plaintiffs filed a brief in opposition to Defendants' motion for summary judgment that contained 14,971 words.

3. Defendants intend to file a brief in reply to matters argued in Plaintiffs' opposition brief. Pursuant to this Court's scheduling order of January 14, 2005, Defendants' reply brief is due no later than August 19, 2005.

4. Plaintiffs' opposition raises numerous legal and factual issues that cannot be adequately briefed within the page/word limits set forth in Local Rule 7.8.

5. Accordingly, Defendants request permission to file a brief in reply in excess of 15 pages, but not to exceed 45 pages or 15,000 words.

6. Counsel for Plaintiffs concur in this motion. (*See* Doc. # 117 at ¶ 5).

WHEREFORE, Defendants request permission to file a brief in reply in excess of 15 pages, but not to exceed 45 pages or 15,000 words.

Respectfully submitted this 10th day of August, 2005.

By: *[signature]*
Robert J. Muise (MI P62849)*
Richard Thompson (MI P21410)*
Patrick T. Gillen (MI P47456)*
Edward L. White III (MI P62485)*
THOMAS MORE LAW CENTER
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan 48106
(734) 827-2001
Fax: (734) 930-7160

* Admitted *pro hac vice*

Ron Turo
TURO LAW OFFICES
29 South Pitt Street
Carlisle, Pennsylvania 177013
(717) 245-9688

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2005, a copy of the foregoing Defendants' Motion for Leave to File a Reply Brief in Excess of Fifteen Pages was served on the following counsel through the electronic case filing system:

Eric Rothschild                                         (Counsel for Plaintiffs)
Stephen G. Harvey
Joseph M. Farber
Benjamin M. Mather
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Thomas B. Schmidt, III
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
PO Box 1181
Harrisburg, PA 17108

Witold J. Walczak
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213

Paula K. Knudsen
ACLU of Pennsylvania
105 N. Front Street
Suite 225
Harrisburg, PA 17101

Richard B. Katskee
Ayesha Khan
Alex J. Luchenitser
Americans United for Separation
 of Church and State
518 C Street, NE
Washington, DC 20002

Mary Catherine Roper
ACLU of Pennsylvania
P.O. Box 1161
Philadelphia, PA  19105

Robert J. Muise*
Admitted *pro hac vice*