THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DOVER AREA SCHOOL DISTRICT and )<br>DOVER AREA SCHOOL DISTRICT )<br>BOARD OF DIRECTORS, )<br>)<br>Defendants. )<br>_____) | Case No. 04-CV-2688<br>(Hon. Judge Jones) |

**ORDER**

This matter having come before this Court upon Defendants' unopposed motion for leave to file a brief in excess of 15 pages in reply to matters argued in Plaintiffs' opposition to Defendants' motion for summary judgment.

IT IS HEREBY ORDERED that said motion is granted and that Defendants are authorized to submit their reply brief in excess of 15 pages, but not to exceed 45 pages or 15,000 words.

BY THE COURT:

_____
Hon. John E. Jones III
United States District Judge