IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY J. KITZMILLER, et al. | : | Case No. 4:04-CV-2688 |
|     Plaintiffs | : | (Judge Jones) |
| | : | |
| v. | : | |
| | : | |
| DOVER AREA SCHOOL DISTRICT, | : | |
| DOVER AREA SCHOOL DISTRICT | : | |
| BOARD OF DIRECTORS, | : | |
|     Defendants. | : | |

**ORDER**

AND NOW this 11th day of August, 2005, upon consideration of Defendants Concurred Motion to Exceed Fifteen Pages (doc. 123), the said motion is **GRANTED**.

It is **ORDERED** that Defendants' reply brief shall not exceed forty-five (45) pages or 15,000 words.

s/ John E. Jones III
John E. Jones III
United States District Judge