**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al. | : | Case Number: 04-CV-2688 |
| | : | Judge Jones |
| | : | (Filed electronically) |
| vs. | : | |
| | : | |
| DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS | : : : | |

**ORDER**

**AND NOW**, this _____ day of _____, 2005, upon consideration of the Motion for Reconsideration filed by non-parties Joseph Maldonado and Heidi Bernhard-Bubb, it is hereby ORDERED and DECREED that the Motion is GRANTED and the deposition Subpoenas issued by the Defendants are hereby QUASHED.

Notice of the Entry of this Order shall be given to all parties as prescribed by law.

BY THE COURT:

_____
**JOHN E. JONES III**
**UNITED STATES DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

I, Christian J. Dabb, Esquire, hereby certify that on this 11th day of August, 2005, I served a true and correct copy of the foregoing "Proposed Order" upon the following counsel by the Middle District ECF system and/or fax and other counsel of record by the Middle District ECF system:

**VIA FACSIMILE (734) 930-7160**
Richard Thompson, Esquire
Patrick T. Gillen, Esquire
Robert J. Muise, Esquire
Edward L. White, III, Esquire
Thomas More Law Center
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan  48106
(Defendants' counsel)

Thomas B. Schmidt, III
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA  17108
(Plaintiffs' co-counsel)

Eric Rothschild, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103
(Plaintiffs' co-counsel)

/s/ Christian J. Dabb, Esquire
Christian J. Dabb, Esquire
Attorney I.D. #85370