IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY J. KITZMILLER, et al. | : | No. 04cv2688 |
|     Plaintiffs | : | Judge Jones |
| | : | |
| v. | : | |
| | : | |
| DOVER AREA SCHOOL DISTRICT; | : | |
| DOVER AREA SCHOOL DISTRICT | : | |
| BOARD OF DIRECTORS, | : | |
|     Defendants. | : | |

**ORDER**

**August 12, 2005**

It is hereby ORDERED as follows:

1.   A telephonic conference call involving all parties regarding the Motion for Reconsideration (doc. 125) shall be held on August 17, 2005 at 11:00 a.m.

2.   Niles Benn, Esquire shall initiate the conference call and will engage counsel for Plaintiffs and Defendants prior to connecting the Court. The Court's phone number is (717)221-3986.

3.   All counsel shall be ready to proceed at the time of the said call.

                                              s/ John E. Jones III
                                              John E. Jones III
                                              United States District Judge