# EXHIBITS TO
# DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Exhibits from the Deposition of Dr. Kenneth R. Miller (excerpts from testimony in *Cobb County* and excerpts from *Finding Darwin's God*)....... Exhibit 9

Excerpts from the Deposition Testimony of John Buell ............................ Exhibit 10

Excerpts from the Deposition Testimony of Charles Thaxton ................... Exhibit 11

Excerpts from the Deposition Testimony of Robert Linker ....................... Exhibit 12