# Exhibit 10

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
 2
    TAMMY J. KITZMILLER; BRYAN REHM    *
 3  CHRISTY REHM; DEBORAH F. FENIMORE;*
    JOEL A. LIEB; STEVEN STOUGH; BETH  *
 4  A. EVELAND; CYNTHIA SNEATH; JULIE*
    SMITH; ARALENE D. CALLAHAN         *
 5  ("BARRIE"); FREDERICK B. CALLAHAN,*   CIVIL ACTION
              Plaintiffs,              *
 6                                     *   NO. 4:04-CV-2688
    V.                                 *
 7                                     *
    DOVER AREA SCHOOL DISTRICT;        *
 8  DOVER AREA SCHOOL DISTRICT BOARD OF*
    DIRECTORS,                         *
 9            Defendants.              *

10
                            COPY
11

12  *************************************************

13              VIDEO DEPOSITION OF JON BUELL

14                       VOLUME 1

15  *************************************************

16

17

18      ANSWERS AND DEPOSITION OF JON BUELL, produced as a witness at

19  the instance of the Plaintiff, taken in the above-styled and

20  -numbered cause on the 8th day of July, 2005, A.D., beginning at

21  8:51 a.m., before Brandy Cooper, a Certified Shorthand Reporter in

22  and for the State of Texas, in the offices of Mateer & Shaffer,

23  located at 325 N. St. Paul, Suite 1300, Dallas, Texas, in

24  accordance with the Federal Rules of Civil Procedure and the

25  agreement hereinafter set forth.
```

1      Q.   Do you have regular phone calls with Mr. Dembski?

2      A.   We often have phone calls.  They're not regular.

3      Q.   When you say "often," would that mean a couple times a
4  week, a couple times a month?  I don't know what you mean by often.

5      A.   Yeah.  It would mean probably on the -- on the large
6  scale, maybe weekly, close to weekly.

7      Q.   Okay.

8           MR. WILCOX:  Thank you.  I have no other questions.

9           MR. MATEER:  Dick, do you have some questions?

10          MR. THOMPSON:  Are you -- is the -- the direct --
11 or cross-examination finished?

12          MR. MATEER:  Yes.  He's passed the witness.

13          MR. THOMPSON:  Okay.  Yes, I do have some
14 questions.

15                          EXAMINATION

16 BY MR. THOMPSON:

17     Q.   Mr. Buell, as you already know, I represent the Dover
18 Area School District and the Dover Area School District Board of
19 Directors.  Are you familiar with that relationship?

20     A.   Yes.

21     Q.   Okay.  When is the first time that you had the
22 opportunity to review the complaint against my clients that were
23 filed in the District Court for the Middle District of
24 Pennsylvania?

25     A.   I don't remember the first time.

```
 1        Q.   Can you tell me whether it was in the year 2005?
 2        A.   Yes, uh-huh.
 3        Q.   Okay.  Can you tell me whether it was in the early part
 4   of 2005, or is it -- has it been more recent?
 5        A.   Well, it's been more recent.  It was sometime after you
 6   and I spoke by phone the first time.
 7        Q.   Okay.  Have you ever read the biology curriculum press
 8   release that was dated November 19, 2004 and then reposted on the
 9   website of the Dover School Area District on December 14, 2004?
10        A.   Not to my knowledge.
11        Q.   Are you aware of any of the members of the Dover Area
12   School District Board of Education?
13        A.   Aware of them?
14        Q.   Yes, know them by name?
15        A.   No.
16        Q.   Let me read to you the names of the Dover Area School
17   District Board, and then I'm going to ask you whether you've had
18   any communication with them.  Alan Bonsel, that's B-O-N-S-E-L, did
19   you have any communication with him at all?
20        A.   No.
21        Q.   William Buckingham, have you ever had any communication
22   with Mr. Buckingham?
23        A.   Not to my knowledge.  Certainly, not in recent years.
24        Q.   Ms. Heather Geesey, G-E-E-S-E-Y, have you had any -- have
25   you ever had any communication with her?
```

Page 132

1    A.    No.

2    Q.    Ms. Sheila Harkins, have you ever had any communication
3    with her?

4    A.    No, I haven't.

5    Q.    Ms. Sherry Leber, L-E-B-E-R, have you ever had any
6    communication with her?

7    A.    No, I haven't.

8    Q.    Mr. Eric Riddle, R-I-D-D-L-E, have you ever had any
9    communication with him at all?

10   A.    Not to my knowledge.

11   Q.    Okay. Reverend Edward Rowand, R-O-W-A-N-D, have you ever
12   had any communication with him?

13   A.    Not to my knowledge.

14   Q.    Mr. Ronald Short, S-H-O-R-T, have you ever had any
15   communication with him?

16   A.    Not to my knowledge.

17   Q.    Ms. Angie Yingling, Y-I-N-G-L-I-N-G, have you ever had
18   any communication with her?

19   A.    No.

20   Q.    Okay. And a more recent board member of the Dover Area
21   School District, his name is James Cashman, C-A-S-H-M-A-N, have you
22   ever had any communication with him?

23   A.    Not to my knowledge.

24   Q.    Okay. Those are the board members. Now, I'm going to
25   ask you if you've had any communication with the superintendent of

1    the Dover Area School District, and his name is Dr. Richard Nelson?

2        A.   No.

3        Q.   Have you ever had any communication with the assistant

4    superintendent of the Dover Area School District, and his name is

5    Mr. Michael Baksa, B-A-K-S-A?

6        A.   No, I haven't.

7        Q.   Have you -- to the best of your knowledge, have you had

8    any communication with any employee of the Dover Area School

9    District?

10       A.   No.

11       Q.   Now, were you ever consulted by anyone connected with the

12   Dover Area School District regarding the policy, which is the

13   subject matter of this lawsuit?  And I'm referring to the policy

14   that's connected with the biology curriculum dated 11-19-04 and

15   reposted on 12-14-04, which is the subject matter of this lawsuit.

16       A.   Not to my knowledge.

17       Q.   Did you at any time recommend to anyone connected with

18   the Dover Area School Board, whether it was board members or a part

19   of the administration, of the purchase of the book, Of Pandas and

20   People?

21       A.   The school board or persons connected with the Dover

22   School District, is that --

23       Q.   Correct.

24       A.   Yeah.  No.  Well, let me say not to my knowledge.

25       Q.   Right.  Well, did you ever recommend the purchase of

1   the -- Of Pandas and People to any of the board members that I have
2   named?
3       A.   I don't believe so.
4       Q.   Okay.  And what about the assistant superintendent and
5   the superintendent of the Dover Area School Boards and their names
6   were -- or are Dr. Richard Nelson and Mr. Michael Baksa -- Baksa,
7   did you ever recommend purchase of Of Pandas and People to those
8   individuals?
9       A.   No.  I don't ever remember communicating with them or any
10  of the people that you've named.
11      Q.   Were you involved in any way with the drafting of the
12  resolution dealing with the theory of intelligent design, which
13  resolution was drafted -- or excuse me, adopted on October 18th,
14  2004?
15      A.   By the Dover School Board?
16      Q.   Correct.
17      A.   No.
18      Q.   Okay.  Did you have any kind of input regarding the
19  theory of intelligent design that was contained in the press
20  release entitled, Board Press Release for Biology Curriculum, dated
21  11-19-04 and then reposted an 12-14-04?
22      A.   No.
23      Q.   To the best of your knowledge, has there been any kind of
24  nexus between yourself and any member of the Dover Area School
25  District Board of Education or administration?

1   A.   No.

2   Q.   To the best of your knowledge, has there been any kind of
3   nexus between the Foundation for Thought and Ethics and the Dover
4   Area School District or the board of education or the
5   administration of that school district?

6   A.   To the best of my knowledge, there has not.  No one in my
7   office remembers speaking with anyone from the district --

8   Q.   And how are you --

9   A.   -- or corresponding.

10  Q.   -- able to make that statement?

11  A.   Because very recently we -- we talked about it and we
12  were just wondering, you know, how the school board obtained our
13  books.

14  Q.   And how many employees do you have?

15  A.   Four.

16  Q.   And you talked to all four employees?

17  A.   No.  Dembski is not in Dallas.  We talked in our little
18  staff coordination meeting, so that was three of us.

19  Q.   Okay.  And all -- and you talked to all three of them,
20  and none of them had any awareness of communication between them
21  and the Dover Area School District regarding the purchase of Pandas
22  and People?

23  A.   That's right.

24  Q.   Okay.

25            MR. THOMPSON:  All right.  No further questions.