THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 04-CV-2688 |
| ) | |
| v. ) | Hon. Judge Jones |
| ) | |
| DOVER AREA SCHOOL DISTRICT and ) | **CERTIFICATION OF** |
| DOVER AREA SCHOOL DISTRICT ) | **ROBERT J. MUISE** |
| BOARD OF DIRECTORS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

I, Robert J. Muise, hereby certify as follows:

1. I am an attorney licensed in the States of Michigan and New Hampshire and a trial counsel with the Thomas More Law Center, attorneys for Defendants. As such, I am familiar with the facts set forth herein.

2. Attached as Exhibit 9 to Defendants' Reply Brief in Support of Motion for Summary Judgment ("Defendants' Reply") are true and accurate copies

1

of excerpts from Exhibits 11, 15, 16, and 17 from the deposition of Dr. Kenneth R. Miller, Plaintiffs' expert in this case.

3. Attached as Exhibit 10 to Defendants' Reply is a true and accurate copy of excerpts from the deposition of John Buell.

4. Attached as Exhibit 11 to Defendants' Reply is a true and accurate copy of excerpts from the deposition of Charles Thaxton.

5. Attached as Exhibit 12 to Defendants' Reply is a true and accurate copy of excerpts from the deposition of Robert Linker.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of August, 2005.

Robert J. Muise (MI P62849)*
THOMAS MORE LAW CENTER
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan 48106
(734) 827-2001
Fax: (734) 930-7160

* Admitted *pro hac vice*

*Attorneys for Defendants*