IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY KITZMILLER, et al.,           )
         Plaintiffs,                 )      Case No. 04-CV-2688
                                     )      (Hon. Judge Jones)
     v.                              )
                                     )      (Filed Electronically)
DOVER AREA SCHOOL DISTRICT, et al.,)
         Defendants.                 )
                                     )

INDEX OF EXHIBITS TO DEFENDANTS' RESPONSE
TO REPORTERS' MOTION TO RECONSIDER
THIS COURT'S ORDER OF AUGUST 2, 2005

Exhibit A, Letter from Niles S. Benn to Patrick T. Gillen, dated August 3, 2005, with (a) attached copy of letter from Alan Bonsell to James McClure, Editor of the *York Daily Record*, (b) attached copy of Allen Bonsell's unedited op-ed piece, and (c) attached copy of edited version of Alan Bonsell's op-ed piece that appeared in May 13, 2005, *York Daily Record*.

Exhibit B, *Helfrich v. Lehigh Valley Hosp.*, No. Civ.A. 03-CV-05793, 2005 WL 1715689 (E.D. Pa. July 21, 2005).

Exhibit C, Plaintiffs' Proposed Stipulation of Fact

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY KITZMILLER, et al.,  )
    Plaintiffs,  )  Case No. 04-CV-2688
      )  (Hon. Judge Jones)
v.  )
      )  (Filed Electronically)
DOVER AREA SCHOOL DISTRICT, et al.,)
    Defendants.  )
_____)

## CERTIFICATE REGARDING EXHIBITS ATTACHED TO DEFENDANTS' RESPONSE TO REPORTERS' MOTION TO RECONSIDER THIS COURT'S ORDER OF AUGUST 2, 2005

I, Edward L. White III, hereby certify as follows:

1.    I am an attorney admitted in this case to represent the defendants with my co-counsel. I am familiar with the facts set forth herein.

2.    Attached to defendants' response as Exhibit A is a true and correct copy of a letter from Niles S. Benn to Patrick T. Gillen, dated August 3, 2005, with the letter's enclosures of a letter from Alan Bonsell to James McClure, Editor of the *York Daily Record*; Allen Bonsell's unedited op-ed piece; and edited version of Alan Bonsell's op-ed piece that appeared in the May 13, 2005, *York Daily Record*, (Bates 004001-004004), as received from Niles S. Benn.

3. Attached to defendants' response as Exhibit B is a true and correct copy of *Helfrich v. Lehigh Valley Hosp.*, No. Civ.A. 03-CV-05793, 2005 WL 1715689 (E.D. Pa. July 21, 2005), as printed from Westlaw.

4. Attached to defendants' response as Exhibit C is a true and correct copy of Plaintiffs' Proposed Stipulation of Fact, as received from plaintiffs' counsel.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on August 24, 2005.

*[signature]*
Edward L. White III