# EXHIBIT A



**BENN**LAWFIRM

August 3, 2005

**VIA OVERNIGHT MAIL**
Patrick T. Gillen, Esquire
Thomas More Law Center
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, MI  48106

   Re: Kitzmiller et al. v. Dover Area School District, et al.
     No. 04-CV-2688

Dear Mr. Gillen:

  As we had mentioned at the Hearing on July 14, 2005, please find enclosed herewith a copy of the two (2) page letter from Alan Bonsell to James McClure, Editor of the York Daily Record, dated May 10, 2005.  Also enclosed is the Letter to the Editor by Mr. Bonsell published in the York Daily Record on May 13, 2005, with respect to such correspondence.

            Very truly yours,

            Niles S. Benn, Esquire

  Enclosures

  cc:  Eric Rothschild, Esquire (via overnight mail)

004001

Dear Mr. McClure,

    I appreciate our phone conversation and your willingness to have our side of the issues heard. Faxed along with this letter is my 7-800 word op-ed piece we discussed.

Sincerely,

*[signature]*

Alan Bonsell, Dover School Board
3411 S. Salem Church Road
Dover, PA 17315
792-0016
487-7327 cell

DOVER PROUD OR PITIFUL?

As someone who has lived in Dover for 26 years, has had family living in Dover for over 100 years, has a daughter right now in the district, and a current school board member, I wonder? Wonder if Dover is where I want to live anymore let alone send my children to school. When you hear former school board members who quit because a single vote did not go their way thus breaking their commitment to the students and the community or people calling themselves the C.A.R.E.S. Group saying that basically nothing is good in our schools. The same C.A.R.E.S. group that right now has a candidate, who along with other executives within this C.A.R.E.S. organization, are suing every one of us in Dover in an A.C.L.U. lawsuit. If you only listen to one side and you only listen to an ever willing and "pot stirring" media, you'd say let's pack our bags now and move.

But wait a minute, there is more to this story than meets the eye. The people of Dover are a smart group of people. They don't just believe everything they hear without knowing both sides of the story or all the facts. They also don't like being misled. That is exactly what is happening with the groups I just described above.

Listed below are the FACTS concerning our Dover School District and all can be verified by calling our Superintendent Dr. Nilsen at 292-3671 x222.

First let's start with TAXES. You have read and have been told that over the last three years your school taxes have gone up 21% or more. False info, the fact is that school taxes have gone up only 19.5% over the last five years or an average of 3.9% per year. This year, Dover will be the only school district in all of York county without a tax increase. On top of this zero tax increase, we are also paying down long term debt, which now has Dover at the second lowest in the county. A prudent and responsible board will not only look after today but also tomorrow. If the district is shouldered with crushing debt, like most other districts, there will be no money left to provide a quality education for our students. Keep an eye on some of the other school districts in our area over the next five years and see what I'm talking about. Standards and Poors has rated Dover the number one school district in the county for the efficiency of how our money is spent on academics for our students.

Second issue, the High School building project. You've no doubt heard that the auditorium roof is still leaking, that there are staggering budget overruns, and that the school is already too small. Again outright untruths. The new auditorium roof isn't leaking. Matter of fact it has never leaked! There are absolutely no staggering overruns. Our project manager has told us that they know exactly all the change orders. The project came in three months early and over 500,000 dollars under budget. Please name the last time you've heard that happen to a school or government project? The high school presently has approximately 1,007 students. The new capacity figured by the PA Department of Education will be over 1,440. We can increase the student population by 40% and not reach capacity. By the way, all these facts were communicated at a public school board meeting.

Lastly the teachers contract. You've probably heard that our teachers are the lowest paid. The average teacher salary is not the lowest. The average teacher salary in Dover is over $48,500 per year plus about $12-16,000 a year in benefits. As board president last year, I tried to get negotiations started three months early but was rejected by the union. An attorney was hired only after the union said they would have one. Please remember, all of these FACTS can be verified.

Dover is a great place to live, work, and send your children to school. This election is one of the most important elections Dover voters may ever have. Your vote will decide not only your children's and grand children's education, but also your taxes and the future of our community for the next 10-20 years. I honestly hope you check out these facts I have given you. I have faith in the people of Dover and know if you have the truth you can make a good decision. I am asking you to allow the current school board in partnership with the administrators and teachers to continue to build on our successes over the last four years. Most importantly VOTE on May 17th!

*Alan Bonsell*
Alan Bonsell
3011 S. Salem Church Rd Dover

H 717-792-0016

004003

Object ID: **956077**
Headline: **Board member proud of Dover**
Byline: **ALAN BONSELL DOVER SCHOOL BOARD MEMBER**
Source: **York Daily Record**
Publication Date: **May 13, 2005**
Page: **06**

I am a current school board member, and I wonder if Dover is where I want to live or send my children to school. You have people calling themselves the "CARES Group," and then basically saying there is nothing good in our school system. The same CARES group that right now has a candidate that is suing every one of us in Dover in an ACLU lawsuit. Why? Read their literature and tell me any specific item they are going to accomplish, except rip the one-minute statement making our students aware of the theory of intelligent design science out of the science class, spend lots of your money and get rid of the best superintendent in York County?

In spite of it all, Dover is a great place to live, work and send your children to school. Our school has the highest rating in the county when it comes to the efficiency of how our money is spent on academics for our children. Our high school project was completed under budget with no cost overruns, despite what they say. Dover is the only district in the county with no tax increase this year. So I say be proud of Dover, the community and our schools.

ALAN BONSELL

DOVER SCHOOL BOARD MEMBER