# EXHIBIT B – 1

# FACT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # / FTE Hearing Exh # |
|---|---|---|---|---|
| P-1 | 1987 | Biology and Origins draft | FTE003167 – FTE003184 | Buell – 9 |
| P-2 | 1987 | Biology and Origins draft | FTE002376 – FTE002464 | Buell – 10 |
| P-3 | 07/22/1987 | Open letter from J. Buell thanking people for ordering The Mystery of Life's Origin | FTE003526 – FTE003527 | Buell – 28 |
| P-4 | 10/05/1988 | Of Pandas and People draft (marked "Current Master 10/5/88") | FTE005786 – FTE005803 | Buell – 13 |
| P-5 | 10/21/1988 | Open letter from J. Buell | FTE000540 | Buell – 37 |
| P-6 | 1989 | Davis, Percival and Kenyon, Dean H.  1st Ed. Of Pandas and People.  Foundation of Thought and Ethics: Richardson, Texas. (1989) | | |
| P-7 | 03/10/1989 | Table of Contents and Chapter 1 of The Origins of Life (marked "master 3/10/89") | FTE005552 – FTE005803 | Buell – 12 |
| P-8 | 04/27/1989 | Of Pandas and People Publication Proposal | | Buell – 15 |
| P-9 | 05/1990 | Of Pandas and People's Marketing Plan | FTE003522 – FTE003525 | Buell – 29 |
| P-10 | 03/28/1991 | Letter to J. Buell | FTE000522 | Buell – 36 |
| P-11 | 1993 | Davis, Percival and Kenyon, Dean H.  2nd Ed. Of Pandas and People.  Foundation of Thought and Ethics: Richardson, Texas. (1989, 1993 version) | | FTE Hearing Exh P – 8 |
| P-12 | 12/30/1993 | Article 9.01 Report submitted to the State of Texas (attached Articles of Incorporation dated 12/5/1980) | | Buell – 3 FTE Hearing Exh P – 3 |
| P-13 | 11/14/1994 | Larson, Erik. "Darwin Struggle: Instead of Evolution, A Textbook Proposes 'Intelligent Design' – Who Did the Designing, It Doesn't Say; Critics See Disguised Creationism --- 'Agent' Who Hath No Name," The Wall Street Journal (Eastern Ed.). New York: Nov. 14, 1994, pg. A.1. | BF000622 – BF000625 | Buell – 17 |
| P-14 | 1995 | Marketing Plan for 1995 | FTE003533 – FTE00003535 | Buell – 31 |
| P-15 | 02/13/1995 | Open addressed letter from J. Buell, of the FTE, describing foundations purpose | FTE000548 – FTE000550 | Buell – 7 FTE Hearing Exh P – 5 |
| P-16 | 03/08/1995 | Open letter from J. Buell | FTE003439 – FTE003440 | Buell – 39 |
| P-17 | 05/1995 | "Challenging Darwin's Theory" | | Buell – 18 |

-1-

# FACT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # / FTE Hearing Exh # |
|---|---|---|---|---|
| P-18 | 01/30/1997 | Letter to Arthur Bartlett from J. Buell | BF000001 – BF000007 | Buell – 26 |
| P-19 | 01/30/1997 | Letter to Arthur Bartlett from J. Buell | BF000001 – BF000007 | FTE Hearing Exh P – 6 |
| P-20 | 09/20/1999 | General form letter from J. Buell | FTE003536 | Buell – 40 |
| P-21 | 01/09/2002 | Dover Area School District Board Issues | 00003968 | |
| P-22 | 09/10/2002 | Letter to Lila Kremer from J. Buell | FTE00838 – FTE00840 | Buell – 33 |
| P-23 | 02/11/2003 | Memorandum to R. Nilsen, M. Baksa and D. Russell form T. Peterman, Re: Budget Justifications for Science Department for 2003-04 Budget Year (attached are Textbook Requisitions) | 000192 – 000203 | Miller – 2 |
| P-24 | 03/26/2003 | Dover Area School District Board/Adminstrative Retreat | 003969 | |
| P-25 | 03/26/2003 | Dover Area School District Board Issues | 003970 – 003971 | |
| P-26 | 04/01/2003 | Memorandum to M. Baksa, L. Redding and B. Spahr from T. Peterman, Re: Creationism as it Relates to the Approved School Board Biology I Curriculum | 000944 – 000951 | P – 9 Miller - 1 |
| P-27 | 08/04/2003 | Dover Area School District School Board Planning Meeting Agenda, Monday, August 4, 2003 | P00966 – P00970 | |
| P-28 | 10/01/2003 | Foundation of Thought and Ethics Tax Exempt Form | | Buell – 5 FTE Hearing Exh P - 2 |
| P-29 | 11/10/2003 | Dover Area School District, School Board Meeting Agenda, Monday, November 10,2003 | 003972 – 003977 | |
| P-30 | 11/10/2003 | School Board Minutes, Dover Area School District, Monday, November 10,2003 | 003978 – 003983 | |
| P-31 | 2004 | Miller and Levine. Biology. Prentice Hall: Upper Saddle River, NJ. (Biology Textbook – 2004 ed.) | | |
| P-32 | 2004 | School Board Committee Organization for 2004 | 003988 | |
| P-33 | 01/05/2004 | School Board Minutes, Dover Area School District, Monday, January 5, 2004 | P00096 – P00097 | |
| P-34 | 01/12/2004 | School Board Minutes, Dover Area School District, Monday, January 12, 2004 | P00098 – P00102 | |
| P-35 | 02/27/2004 | Email to B. Spahr from M. Baksa, Re: Textbooks | 000206 | Miller – 2 |

-2-

## FACT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # / FTE Hearing Exh # |
|---|---|---|---|---|
| P-36 | 03/01/2004 | School Board Minutes, Dover Area School District, Monday, March 1, 2004 | P00111 – P00114 | |
| P-37 | 03/08/2004 | School Board Minutes, Dover Area School District, Monday, March 8, 2004 | P00117 – P00121 | |
| P-38 | 04/05/2004 | School Board Minutes, Dover Area School District, Monday, April 5, 2004 | P00127 – P00131 | |
| P-39 | 04/13/2004 | School Board Minutes, Dover Area School District, Tuesday, April 13, 2004 | P00149 – P00152 | |
| P-40 | 04/15/2004 | Curriculum Advisory Council Minutes, April 15, 2004 | 000005 | |
| P-41 | 04/26/2004 | Email to B. Spahr and J. Miller from M. Baksa, Re: Textbooks | 000204 | Miller – 2 |
| P-42 | 06/07/2004 | June 7, 2004 School Board Planning Meeting Agenda | 000219 – 000229 | Miller – 3 |
| P-43 | 06/07/2004 | School Board Minutes, Dover Area School District, Monday, June 7, 2004 | P00169 – P00172 | |
| P-44 | 06/08/2004 | *York Dispatch* News Article "Dover debates evolution in biology text" by Heidi Bernhard-Bubb | P01309 – P01310 | |
| P-45 | 06/09/2004 | *York Dispatch* News Article "Dover schools could face lawsuit" by Heidi Bernhard-Bubb | P01311 – P01313 | |
| P-46 | 06/09/2004 | *York Daily Record* News Article "Dover schools still debating biology text" by Joseph Maldonado | P01314 – P01315 | |
| P-47 | 6/10/2004 | *York Daily Record* News Article "Residents join creation debate" by Joseph Maldonado | P01316 – P01318 | |
| P-48 | 06/14/2004 | School Board Minutes, Dover Area School District, Monday, June 14, 2004 | P00179 – P00186 | P – 37 |
| P-49 | 06/14/2004 | Dover Area School District School Board Planning Meeting Agenda, Monday, June 14, 2004 | 000230 - 000237 | Miller – 3 |
| P-50 | 06/14/2004 | *York Daily Record* News Article "Update: School board talks books" by Joseph Maldonado | P01321 | |
| P-51 | 06/14/2004 | York Daily Record News Article "Textbook controversy continues" by Joseph Maldonado | P01322 – P01323 | |
| P-52 | 06/14/2004 | Jennifer Miller's handwritten notes of June 14, 2004 Meeting | | |
| P-53 | 06/15/2004 | *York Daily Record* News Article "Book is focus of more debate" by Joseph Maldonado | P01327 – P01328 | |
| P-54 | 06/15/2004 | *York Dispatch* News Article "Church, state | P01324 – P01326 | |

# FACT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # / FTE Hearing Exh # |
|---|---|---|---|---|
| | | issue divides; Creationism draws 100 to Dover meeting" by Heidi Berhnard-Bubb | | |
| P-55 | 06/20/2004 | *York Sunday News* News Articles "Board member takes a stand" | P01335 | |
| P-56 | 06/20/2004 | Letter to the Editor in the *York Sunday News* written by B. Eveland entitled "Buckingham Wrong on Text" | P01658 | P – 30 |
| P-57 | 06/21/2004 | Email to A. Bonsell from S. Cooper, of the Discovery Institute, Re: Dover Area Schools & Darwin's Theory | 001843 | P – 38 |
| P-58 | 06/22/2004 | Editorial in *York Daily Record* by B. Callahan regarding the Mural and biology curriculum controversy | | |
| P-59 | 06/24/2004 | Handwritten notes from June 24, 2004 meeting | 000056 – 000058 | P – 16 |
| P-60 | 06/27/2004 | H. Geesey's Letter to the Editor of of the *York Sunday News* responding to B. Eveland's letter | P01659 | P – 31 |
| P-61 | 07/12/2004 | July 12, 2004 School Board Meeting Agenda | 000244 – 000257 | Miller – 3 |
| P-62 | 07/12/2004 | Dover Area School District School Board Planning Meeting Agenda, Monday, July 12, 2004 | 000094 - 000103 | |
| P-63 | 07/12/2004 | School Board Minutes, Dover Area School District, Monday, July 12, 2004 | P00197 – P00203 | JC – 1 |
| P-64 | 7/13/2004 | *York Dispatch* News Article "Dover schools delays text vote: New version of book available" by Heidi Berhnard-Bubb | | P01343 – P01344 |
| P-65 | 07/25/2004 | Request to add discussion of the book Of Pandas and People to the August 2, 2004 School Board Agenda submitted by W. Buckingham | 000042 | P – 5 |
| P-66 | 08/02/2004 | Dover Area School District School Board Planning Meeting Agenda, Monday, August 2, 2004 | 000112 – 000119/ 000252 – 000259 | P – 5 Miller – 3 |
| P-67 | 08/02/2004 | School Board Minutes, Dover Area School District, Monday, August 2, 2004 | P00215 – P00220 000121 – 000126 | P – 5 |
| P-68 | 08/05/2004 | Memorandum to A. Bonsell, C. Brown, W. Buckingham, S. Harkins, J. Miller, J. Riedel and B. Spahr from Amy Aumen, Re: Curriculum Committee Meeting | 000002 | P – 5 |
| P-69 | 08/21/2004 | Memorandum to Board of Directors from M. Baksa, Re: Biology Curriculum (attached | 000031 – 000032 | P – 21 |

## FACT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # / FTE Hearing Exh # |
|---|---|---|---|---|
| | | recommended curriculum change for Biology) | | |
| P-70 | 08/26/2004 | Email to R. Nilsen from S. Russell with handwritten notes | 000339 | Miller – 5 |
| P-71 | 09/07/2004 | School Board Minutes, Dover Area School District, Tuesday, September 7, 2004 | P00221 – P00225 | |
| P-72 | 09/13/2004 | School Board Minutes, Dover Area School District, Monday, September 13, 2004 | P00229 – P00232 | |
| P-73 | 09/20/2004 | Memorandum to Board Curriculum Committee from M. Baksa, Re: Biology Curriculum (attached recommended curriculum change) | 000028 – 000030 | P – 5 P – 20 |
| P-74 | 09/21/2004 | Memorandum to Board of Directors from M. Baksa, Re: Biology Curriculum | 000031 – 000032 | P – 5 |
| P-75 | 09/28/2004 | Memorandum to A. Bonsell, C. Brown, B. Buckingham and S. Harkins from M. Baksa, Re: Meeting | 000001 | P – 5 |
| P-76 | 10/04/2004 | October 4, 2004 School Board Planning Meeting Agenda | 000260 – 000266 | Miller – 3 |
| P-77 | 10/04/2004 | October 4, 2004 Dover Area School District Board Agenda with handwritten notes and 2-page pamphlet enclosed with shipment of Pandas books | P00042 – P00044 | Miller – 5 |
| P-78 | 10/04/2004 | Dover Area School District School Board Planning Meeting Agenda, Monday, October 4, 2004 | 000127 - 000136 | |
| P-79 | 10/04/2004 | School Board Minutes, Dover Area School District, Monday, October 4, 2004 | P00237 – P00238 | |
| P-80 | 10/04/2004 | Check to Donald Bonsell signed by William Buckingham which reads for "Of Pandas and People" books | 003765 | |
| P-81 | 10/07/2004 | Proposed Curriculum Changes discussed at Board Curriculum Council Meeting | 000035 | P – 22 |
| P-82 | 10/07/2004 | Proposed Curriculum Changes discussed at Board Curriculum Council Meeting with handwritten notes | 000036 | P – 23 |
| P-83 | 10/07/2004 | Board Curriculum Council Meeting, Proposed Curriculum Changes | 000035 | |
| P-84 | 10/13/2004 | Memorandum to Board of Directors from M. Baksa, Re: Biology Curriculum (attached recommended changes to the Biology Curriculum from the administration and staff); | 000146 – 000151 | P – 5 Bowser – 5 P – 24 |

-5-

## FACT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # / FTE Hearing Exh # |
|---|---|---|---|---|
| | | Memorandum to Board of Directors from M. Baksa, Re: Biology Curriculum (attached recommended Biology curriculum changes from the Board Curriculum Committee); Memorandum to Board of Directors from M. Baksa, Re: Biology Curriculum (attached recommended Biology curriculum changes from the administration and staff) | | |
| P-85 | 10/13/2004 | Memorandum to Curriculum Advisory Committee from M. Baksa | 000008 - 000009 | P – 5 |
| P-86 | 10/18/2004 | Memorandum to Board of Directors from M. Baksa, Re: Biology Curriculum (attached second draft of recommended Biology curriculum changes from the administration and staff) | 000021 – 000022 | P – 5 P – 24 |
| P-87 | 10/18/2004 | October 18, 2004 Dover Area School District School Board Meeting Agenda | 000139 – 000145 | P – 5 |
| P-88 | 10/18/2004 | October 18, 2004 School Board Minutes | 000152 – 000160 P00251 – P00259 | P – 5 |
| P-89 | 10/18/2004 | Verbatim discussion at the October 18, 2004 Board Meeting | P01616 – P01622 | P – 6 Miller - 5 |
| P-90 | 10/18/2004 | Handwritten notes taken by B. Spahr at the October 18, 2004 Board meeting | 000438 – 000441 | Spahr – 2 |
| P-91 | 10/19/2004 | Email from M. Baksa to B. Neal, Re: Direction, discusses Myth of Separation by David Barton | P01257 | P – 25 |
| P-92 | 10/19/2004 | Email to A. Bonsell from S. Cooper, Re: Dover Schools & Evolution Issue | 001855 | P – 39 |
| P-93 | 10/20/2004 | Email to Riedel from Nilsen, Re: Department Chair meeting | | Miller – 5 |
| P-94 | 10/28/2004 | Draft of statement to be read to Biology classes | 000349 | Miller – 5 |
| P-95 | 11/01/2004 | Dover Area School District School Board Planning Meeting Agenda, Monday, November 1, 2004 | 000279 - 000286 | |
| P-96 | 11/01/2004 | School Board Minutes, Dover Area School District, Monday, November 1, 2004 | P00266 – P00269 | |
| P-97 | 11/02/2004 | Memorandum to M. Baksa from J. Miller and R. Linker | 000353 | Miller – 5 |
| P-98 | 11/05/2004 | Corrections J. Miller made to draft statement | 000350 | Miller – 5 |
| P-99 | 11/09/2004 | Email to J. Miller and R. Linker from M. | 000354 | Miller – 5 |

## FACT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # / FTE Hearing Exh # |
|---|---|---|---|---|
| | | Baksa | | |
| P-100 | 11/15/2004 | Teacher's revisions to statement | 000351 | Miller – 5 |
| P-101 | 11/18/2004 | J. Miller's handwritten notes from November 18, 2004 meeting that Nightline filmed | | Miller – 3 |
| P-102 | 11/18/2004 | Dover Area School District, Board of School Directors, Board Meeting for Four Vacancies, Thursday, November 18, 2004 | 000287 - 000294 | |
| P-103 | 11/18/2004 | School Board Minutes, Dover Area School District, Thursday, November 18, 2004 | P00270 | |
| P-104 | 11/19/2004 | Dover Area School Board of Directors Biology Curriculum Press Release, dated 11/19/2004 (reposted 12/14/2004) | P01307 – P01308 000049 – 000050 | P – 3 P – 32 |
| P-105 | 11/19/2004 | Letter from the Science teachers (B. Spahr, L. Prall, J. Miller, D. Taylor, R. Linker, B. Bahn, R. Eshbach, and S. Bowser) to R. Nilsen | 000076 | P – 5 |
| P-106 | 11/19/2004 | Letter to R. Nilsen from B. Spahr, L. Prall, J. Miller, D. Taylor, R. Linker, B. Bahn, R. Eshbach and S. Bowser | 000071 | Miller – 5 |
| P-107 | 12/01/2004 | Dover Area School District School Board Planning Meeting Agenda, Monday, December 1, 2004 | 000295 - 000302 | |
| P-108 | 12/06/2004 | Memorandum to Board of Directors from A. Yingling, Re: Yingling asks Board to reconsider Curriculum changes | P01534 and 000086 | P – 5 |
| P-109 | 12/07/2004 | Memorandum to B. Spahr from M. Baksa, Re: Of Pandas and People | 000010 | P – 5 |
| P-110 | 12/07/2004 | Memorandum to R. Eshbach, R. Linker, J. Miller, L. Prall, B. Spahr and D. Taylor, Re: Biology Statement (attached copy of statement) | 000364 – 000365 | Miller – 5 |
| P-111 | 12/08/2004 | *York Daily Record* Articles: "Board member says the worst is coming," by J. Maldonado | P01399 – P01400 | P – 54 |
| P-112 | 12/10/2004 | Email to A. Bonsell from S. Cooper, Re: "Evolution Issue & Dover" | 001941 | P – 40 |
| P- 113 | 12/14/2004 | Complaint, filed December 14, 2004 | P01262 – P1286 | P – 1 JC - 1 |
| P-114 | 12/15/2004 | Memorandum to High School Science Teachers from M. Baksa, Re: Biology Curriculum | 000344 | Miller – 5 |
| P-115 | 12/20/2004 | Dover Area School District School Board Meeting Agenda, Monday, December 20, | 000303 | |

PHLEGAL: #1784303 v1 (128RZ01!.DOC)

## FACT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # / FTE Hearing Exh # |
|---|---|---|---|---|
| | | 2004 | | |
| P-116 | 12/20/2004 | School Board Minutes, Dover Area School District, Monday, December 20, 2004 | P00294 | |
| P-117 | 12/22/2004 | Biology Curriculum Press Release – Revised | 000377 – 000378 | Miller – 5 |
| P-118 | 12/22/2004 | Email from L. Dubbs to C. Lacoe, Re: Donation Labels | 000380 | Miller – 5 |
| P-119 | 2005 | School Board Committee Organization for 2005 | 003984 | |
| P-120 | 01/03/2005 | Answer, filed January 3, 2005 | P01287 – P1304 | P – 2 |
| P-121 | 01/06/2005 | Memorandum to R. Nilsen from B. Spahr, J. Miller, R. Linker, R. Eshbach, L. Prall, B. Bahm, D. Taylor and V. Davis, Re: Reading Statement on Intelligent Design | 000387 – 000388 | P – 49 Miller - 5 |
| P-122 | 01/07/2005 | Memorandum to B. Spahr, J. Miller, R. Linker, R. Eshbach, L. Prall, B. Bahm, D. Taylor and V. Davis from R. Nilsen, Re: January 6, 2005 "Reading Statement on Intelligent Design" Memo | 000389 | Miller – 5 |
| P-123 | 01/16/2005 | Banerjee, Neela. "An Alternative to Evolution Splits a Pennsylvania Town." *New York Times*. | FTE000329 – FTE000331 | FTE Hearing Exh P - 1 |
| P-124 | 01/18/2005 | Administrator's Biology Statement in Biology Class | 000328 – 000329 001099 – 001100 | Miller – 5 P – 43 |
| P-125 | 01/21/2005 | Notes taken during January 21, 2005 meeting about biology textbooks | 000333 – 000334 | Miller – 5 |
| P-126 | 01/21/2005 | Plaintiffs' Rule 26(A)(1) Initial Disclosures; Document Requests (Second Set) to Defendants; Interrogatories (First Set) to Defendants | | |
| P-127 | 02/2005 | Dover Area School District Newsletter – Biology Curriculum Update | P01656 – P01657 | P – 19 |
| P-128 | 02/01/2005 | Email chain from Randy Meyers to Richard Nilsen, re: NYTimes.com: Evolution Takes a Back Seat in US Classes | 003937 – 003940 | |
| P-129 | 02/24/2005 | Defendants' Answers to Plaintiffs' Interrogatories (First Set) and to Plaintiffs' Document Requests (Second Set) | | P – 35 |
| P-130 | 03/29/2005 | "What is the Foundation of Thought and Ethics" transcribed by N. Matzke | | Buell – 4 FTE Hearing Exh P – 4 |

PHLEGAL: #1784303 v1 (128RZ01!.DOC)

# FACT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # / FTE Hearing Exh # |
|---|---|---|---|---|
| P-131 | 06/2005 | Administrator's Biology Statement in Biology Class (Revised Version) | 003788 | |
| P-132 | | Document created by W. Buckingham indicating his problems with the Prentice Hall Biology textbook (Miller/Levine) | 000039 000210 | P – 5 Miller – 2 |
| P-133 | | Letter to Dover School District Parents from M. Baksa (attached Excusal Form) | 000166 – 000167 | P – 5 |
| P-134 | | "About Us" page from the Thomas More Law Center's webpage | P01624 | P – 7 |
| P-135 | | Dover Area School District Biology I Planned Course/Curriculum Guide | P01625 – P01649 | P – 8 |
| P-136 | | Bob Jones University (BJU) Biology Student Text Product Profile (with handwritten notes) | 000208 | P – 11 Miller – 2 |
| P-137 | | BJU Biology Student Text Product Profile | 001084 | P – 12 |
| P-138 | | Survey of Biology Text Books used in Dover Area Schools | 000207 | P – 13 Miller – 2 |
| P-139 | | Handwritten notes on M. Baksa's stationary | 000952 – 000955 | P – 14 |
| P-140 | | The Wedge Strategy | | Behe - 12 |
| P-141 | | Survey of Biology Text Books used in Area Schools with handwritten notes | 000055 | P – 17 |
| P-142 | | Precedent Case Descriptions | 000897 – 000943 | P – 18 |
| P-143 | | Handwritten notes; phone conversation with W. (Bill) Buckingham | 000963 | P – 26 |
| P-144 | | Pamphlet enclosed with School's delivery of Of Pandas and People books | P00044, P00043 | P – 33 |
| P-145 | | Fox 43 News Clip – W. Buckingham Interview about teaching creationism in public schools | P01655 | P – 36 |
| P-146 | | A. Bonsell's Supreme Court – Curriculum Questions | 002789 | P – 41 |
| P-147 | | Washington's Farewell Address, 1796 | 002790 | P – 42 |
| P-148 | | Letter to M. Baksa from Biology Department | 000205 | Miller – 2 |
| P-149 | | "Beyond the 'Evolution vs. Creation Debate'" by D. Lamoureaux and Views on the Origin of the Universe and Life | 000212 – 000213 | Miller – 2 |
| P-150 | | M. Baksa comparison of the 2002 and 2004 Editions of the Prentice Hall Biology textbook | 000214 | Miller – 2 |
| P-151 | | Dover Area School District, Curriculum Advisory Committee Comments on biology curriculum | 000023 | |
| P-152 | | News Articles from the *York Daily Record* | | |

PHLEGAL: #1784303 v1 (128RZ01!.DOC)

## FACT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # / FTE Hearing Exh # |
|---|---|---|---|---|
| | | ranging from June 2004 – July 2005 regarding the biology curriculum controversy (index attached) | | |
| P-153 | | Letters to the Editor from the *York Daily Record* ranging from June 2004 – July 2005 regarding the biology curriculum controversy (index attached) | | |
| P-154 | | Editorials *York Daily Record* ranging from June 2004 – July 2005 regarding the biology curriculum controversy (index attached) | | |
| P-155 | | News Articles from the *York Daily Record* ranging from November 2003 – April 2004 regarding the Pledge of Allegiance controversy (index attached) | | |
| P-156 | | Letters to the Editor from the *York Daily Record* in November 2003 regarding the Pledge of Allegiance controversy (index attached) | | |
| P-157 | | Editorials *York Daily Record* in November 2003 regarding the Pledge of Allegiance controversy (index attached) | | |
| P-158 | | News Articles from the *York Dispatch* ranging from June 2004 – July 2005 regarding the biology curriculum controversy (index attached) | | |
| P-159 | | Letters to the Editor from the *York Dispatch* ranging from June 2004 – July 2005 regarding the biology curriculum controversy (index attached) | | |
| P-160 | | Editorials *York Dispatch* ranging from June 2004 – July 2005 regarding the biology curriculum controversy (index attached) | | |
| P-161 | | News Articles *York Dispatch* in November 2003 regarding the Pledge of Allegiance controversy (index attached) | | |
| P-162 | | Letters to the Editor *York Dispatch* ranging from March 2002 – November 2003 regarding the Pledge of Allegiance controversy (index attached) | | |
| P-163 | | Editorials *York Dispatch* ranging from October 2001 – November 2003 regarding the | | |

-10-

**FACT WITNESS EXHIBIT LIST**
**KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.**

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # / FTE Hearing Exh # |
|---|---|---|---|---|
| | | Pledge of Allegiance controversy (index attached) | | |
| P-164 | | News Articles from the *Harrisburg Patriot Newspaper* ranging from April 2003 – June 2005 regarding the biology curriculum controversy (index attached) | | |
| P-165 | | Letters to the Editor from the *Harrisburg Patriot* Newspaper from October 2004 – July 2005 regarding the biology curriculum controversy (index attached) | | |
| P-166 | | Editorials from the *Harrisburg Patriot* Newspaper from October 2004 – July 2005 regarding the biology curriculum controversy (index attached) | | |
| P-167 | | News Articles from *Harrisburg Patriot* Newspaper from October 2003 regarding the Pledge of Allegiance controversy (index attached) | | |
| P-168 | | "Creation vs. Evolution" by Dr. Charles Thaxton | FTE003541 – FTE003542 | Buell – 1 |
| P-168 | | "What is our mission?" from the FTE website | | Buell – 6 |
| P-169 | | "Introduction to Summary Chapter" – chapter from Design of Life draft | | Buell – 8 |
| P-170 | | "A Word to the Teacher" by C. Thaxton, part of draft | FTE001492 – FTE001506 | Buell – 11 |
| P-171 | | Features of Treatment and Style, Of Pandas and People | | Buell – 14 |
| P-172 | | Creation Science Pamphlet with a description of Christian Science textbooks; Excerpt from Creation Research Society Quarterly which list Of Pandas and People as a book available from Creation Research Society Books | 000404 | Buell – 25 |
| P-173 | | Market Overview of books like Of Pandas and People | FTE003548 – FTE003549 | Buell – 27 |
| P-174 | | Prospectus for Biology and Origins | FTE003469 – FTE003485 | Buell – 30 |
| P-175 | | General letter from J. Buell | FTE003543 – FTE03544 | Buell – 41 |
| P-176 | | "Introduction to Summary Chapter" – chapter from Design of Life draft | | FTE Hearing Exh P – 7 |

-11-

**FACT WITNESS EXHIBIT LIST**
**KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.**

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # / FTE Hearing Exh # |
|---|---|---|---|---|
| P-177 | | Biography Sheet for Charles Thaxton | | Thaxton - 1 |
| P-178 | | "Konos Connection" | | Thaxton - 2 |
| P-179 | | "The Myth of Seperation" by David Barton | | |
| P-180 | 03/09/2005 | Dover Area School District Board/Adminstrative Retreat – March 9, 2005 | 004000 | |

-12-

## YORK DAILY RECORD NEWS ARTICLES – CURRICULUM CONTROVERSY

| DATE | ARTICLE | AUTHOR |
|------|---------|--------|
| 6/9/04 | "Dover schools still debating biology text" | Joseph Maldonado |
| 6/10/04 | "Residents join creation debate" | Joseph Maldonado |
| 6/14/04 | "Update: School board talks books" | Joseph Maldonado |
| 6/14/04 | "Textbook Controversy continues" | Joseph Maldonado |
| 6/15/04 | "Book is focus of more debate" | Joseph Maldonado |
| 6/21/04 | "Faithful divided on book" | Karen Muller |
| 7/14/04 | "Bio book might be approved" | Joseph Maldonado |
| 8/3/04 | "Dover Biology text approved" | staff |
| 8/4/04 | "Biology book squeaked by Dover Area schools' evolution debate included accusations of blackmail" | Joseph Maldonado |
| 9/5/04 | "An evolving controversy" | Lauri Lebo |
| 9/8/04 | "'Of Pandas' is shelved, for now" | Lauri Lebo |
| 10/5/04 | "Controversial bio book allowed" | Joseph Maldonado |
| 10/7/04 | "Pandas' book prompts concerns" | Joseph Maldonado |
| 10/19/04 | "'Intelligent design' voted in" | Joseph Maldonado |
| 10/20/04 | "Parents react to decision" | Joseph Maldonado |
| 10/20/04 | "Dover curriculum move likely a first" | Lauri Lebo and Joseph Maldonado |
| 10/24/04 | "Creation debate draws in teachers" | Joseph Maldonado |
| 11/1/04 | "Creationist discusses views on the origins of human life" | Joseph Maldonado |
| 11/2/04 | "Apology demanded at Dover schools meeting" | Joseph Maldonado |
| 11/5/04 | "Morals at the polls; Social issues were on many voters' minds on Election Day" | Jennifer Gish |
| 11/9/04 | "Evolution sticker a sticking point for Georgia district" | staff |
| 11/18/04 | "Seven vie for open slots on Dover school board" | Joseph Maldonado |
| 11/18/04 | "Dover legal battle brews" | Lauri Lebo |
| 11/19/04 | "Candidates chosen for school board" | Joseph Maldonado |
| 11/23/04 | "Dover Area in spotlight" | Lauri Lebo |
| 11/23/04 | "The Policy" | staff |
| 11/28/04 | "Objections by design; Couple's stand in evolution debate has them in the spotlight" | Lauri Lebo |
| 12/3/04 | "Union says intelligent design questions still unanswered" | Joseph Maldonado |
| 12/5/04 | "Dover science faculty uneasy" | Joseph Maldonado |
| 12/7/04 | "Dover Area loses an official, again" | Joseph Maldonado |
| 12/8/04 | "Board member says the worst is coming" | Joseph Maldonado |
| 12/8/04 | "College biologists blast Dover" | Lauri Lebo |
| 12/9/04 | "Board member says the worst is coming" | Joseph Maldonado |
| 12/10/04 | "Religion, hunting spur talk" | Sean Adkins |
| 12/11/04 | "Dover Controversy" | staff |
| 12/11/04 | "Letter criticizing Dover board has own critics" | Lauri Lebo |

| 12/14/04 | "Intelligent design lawsuit coming" | Lauri Lebo | |
| 12/13/04 | "Parents defend lawsuit" | Lauri Lebo | |
| 12/15/04 | "She hopes for change" | Lauri Lebo | |
| 12/15/04 | "Timeline" | staff | |
| 12/15/04 | "The Plaintiffs" | staff | |
| 12/19/04 | "District officials consider suit, ponder response" | Joseph Maldonado | |
| 12/19/04 | "Some allies question Dover board's policy" | Lauri Lebo | |
| 12/20/04 | "Intelligent design; Board to meet today" | staff | |
| 12/20/04 | "Church backs Dover board" | Karen Muller | |
| 12/21/04 | "Dover board picks More legal team" | Lauri Lebo | |
| 12/22/04 | "Dover says ID won't be taught" | Lauri Lebo | |
| 12/24/04 | "Current events served up; Some patrons at the Reliance Caf question the war, back intelligent design"" | Sean Adkins | |
| 12/26/04 | "Dover intelligent design proponent goes absent" | Lauri Lebo | |
| 12/26/04 | "Science controversy at a glance" | staff | |
| 12/26/04 | "Christian-secular clashes intensify" | Karen Muller | |
| 12/31/04 | "Dover board member back" | Joseph Maldonado | |
| 1/2/05 | "Lesson will be brief, attorney says" | Lauri Lebo | |
| 1/2/05 | "Mark curriculum committee's minutes absent" | Joseph Maldonado | |
| 1/2/05 | "Student differ on intelligent design" | Lauri Lebo | |
| 1/4/05 | "Dover board quiet on ID" | Joseph Maldonado | |
| 1/7/05 | "District's lawyers see 'good sign'" | Teresa Ann Boeckel | |
| 1/8/05 | "Dover teachers get 'relief'" | Joseph Maldonado | |
| 1/9/05 | "Dover's lawyer responds to Penn letter" | Joseph Maldonado | |
| 1/11/05 | "Intelligent design foes frustrated" | Joseph Maldonado | |
| 1/11/05 | "Public comment policy assailed" | Lauri Lebo | |
| 1/12/05 | "Dover to discuss design next week" | Lauri Lebo | |
| 1/14/05 | "What it means to Dover case" | Lauri Lebo and Joseph Maldonado | |
| 1/16/05 | "Statements from depositions" | staff | |
| 1/16/05 | "Dover figures deny remarks on creationism" | Lauri Lebo | |
| 1/17/05 | "Dover lawyers look to Santorum" | W.B. Sullivan | |
| 1/19/05 | "More parents want to join lawsuit, on district's side" | Joseph Maldonado | |
| 1/19/05 | "Students miss ID idea" | Lauri Lebo and Joseph Maldonado | |
| 1/28/05 | "Poll: ID matters to Dover voters" | Lauri Lebo | |
| 2/1/05 | "Attorneys: Cut five from lawsuit" | Lauri Lebo | |
| 2/6/05 | "Dover schools: Parent-teacher group meets" | staff | |
| 2/6/05 | "Dover controversy" | staff | |
| 2/8/05 | "Dover official resigns" | Joseph Maldonado | |
| 2/9/05 | "Intelligent Design; More motions in Dover fight" | staff | |
| 2/15/05 | "Dover defends ID stance" | Lauri Lebo | |
| 2/18/05 | "Dover schools race on" | Lauri Lebo | |
| 2/21/05 | "College forum to look into ID" | Joseph Maldonado | |
| 2/22/05 | "ID Debate: Lawyers spar with motions" | staff | |

| 2/25/05 | "Four vie for Dover position" | Lauri Lebo |
|---|---|---|
| 2/25/05 | "The candidates speak about intelligent design" | staff |
| 3/1/05 | "Update: Anti-evolution book debated" | staff |
| 3/1/05 | "Book's fate a court debate" | Lauri Lebo |
| 3/2/05 | "ID debate continues at college" | Joseph Maldonado |
| 3/2/05 | "Corrections" | staff |
| 3/6/05 | "Lining up for Dover seats" | Joseph Maldonado |
| 3/6/05 | "Who's in the race so far" | staff |
| 3/8/05 | "Update: Dover board gets new face" | staff |
| 3/8/05 | "Dover board fills a seat" | Joseph Maldonado |
| 3/8/05 | "Joining the race" | staff |
| 3/9/05 | "18 vying for Dover spots" | Lauri Lebo |
| 3/9/05 | "The candidates" | staff |
| 3/9/05 | "Dover CARES about more than ID" | Joseph Maldonado |
| 3/12/05 | "Parents kept out of Dover suit" | Lauri Lebo |
| 3/13/05 | "Furor breathes new life into aging 'Pandas'" | Lauri Lebo |
| 3/13/05 | "Excerpts from Of Pandas and People" | staff |
| 3/18/05 | "Dover teachers, board at odds" | Joseph Maldonado |
| 3/20/05 | "Dover to review donated books" | Joseph Maldonado |
| 3/27/05 | "Dover sides pick experts" | Lauri Lebo |
| 3/30/05 | "Dover issues abound" | Joseph Maldonado |
| 3/30/05 | "Election background" | staff |
| 4/6/05 | "No tax hike seen for Dover" | Joseph Maldonado |
| 4/6/05 | "Behe to speak on ID" | staff |
| 4/9/05 | "Rep backs intelligent design" | Lauri Lebo |
| 4/12/05 | "Parents argue over intelligent design" | Joseph Maldonado |
| 4/22/05 | "Signs of tension are surfacing in Dover" | Joseph Maldonado |
| 4/24/05 | "Dover hosts speaker on evolution" | Joseph Maldonado |
| 4/26/05 | "Dover candidates face off" | Lauri Lebo and Joseph Maldonado |
| 4/26/05 | "Candidates' views" | staff |
| 5/8/05 | "Not about intelligent design, they say; For the incumbents, it's touting accomplishments" | Joseph Maldonado |
| 5/8/05 | "Not about intelligent design, they say; For one group, it's taxes, communication, teachers" | Lauri Lebo |
| 5/8/05 | "Primary 2005: Dover Area School District (Q&A)" | staff |
| 5/15/05 | "Primary issues plentiful" | Tom Joyce |
| 5/18/05 | "Hot soup feeds a hot school-board race" | Jennifer Gish |
| 5/18/05 | "Dover votes split" | Lauri Lebo and Joseph Maldonado |
| 5/18/05 | "Some townships see surprising wins" | Teresa Boeckel and Michelle Starr |
| 5/19/05 | "War for Dover board isn't over" | Lauri Lebo and Joseph Maldonado |
| 5/22/05 | "Lawyer defends intelligent design" | Joseph Maldonado |

-3-

| 6/11/05 | "Dover Area schools' budget passes with no tax hike" | Joseph Maldonado | |
| 6/19/05 | "Dover and intelligent design" | staff | |
| 6/19/05 | "Experts won't back Dover" | Lauri Lebo | |
| 6/21/05 | "State studies intelligent design" | Richard Fellinger | |
| 6/24/05 | "Black bear banter; Regulars at Shiloh Family Restaurant chatted about bears, baseball and the classroom" | Sean Adkins | |
| 7/10/05 | "Dover official to leave" | Lauri Lebo | |
| 7/12/05 | "Dover CARES wants resignation before Sept. 8" | Joseph Maldonado | |
| 7/13/05 | "Background" | Lauri Lebo | |
| 7/13/05 | "Depositions of reporters sought in Dover case" | Lauri Lebo | |
| 7/15/05 | "Reporters' notes to be studied" | Lauri Lebo | |
| 7/15/05 | "In court" | Lauri Lebo | |
| 7/15/05 | "Corrections" | staff | |
| 7/15/05 | "Corrections" | staff | |
| 7/29/05 | "'Pandas' publisher out of case" | Lauri Lebo | |
| 8/2/05 | "Buckingham resigns by letter" | Joseph Maldonado | |
| 8/3/05 | "Reporters can be questioned" | Michelle Starr | |
| 8/3/05 | "Bush adds to evolution buzz" | Lauri Lebo | |
| 8/5/05 | "Senator recasts science stance" | Lauri Lebo | |
| 8/5/05 | "Intelligent Design: Papers fight court decision" | staff | |

-4-

## YORK DAILY RECORD NEWS LETTERS TO EDITOR –
## CURRICULUM CONTROVERSY

| DATE | ARTICLE | AUTHOR | |
|------|---------|--------|---|
| 6/5/04 | "Dover school board failed to deliver" | Larry Snook | |
| 6/15/04 | "Creationism is not a science" | Chris Carney | |
| 6/16/04 | "Creationism instance clearly wrong-headed" | Larry Hicks | |
| 6/20/04 | "Buckingham wrong on text" | Beth Eveland | |
| 6/21/04 | "Teach religion in church, not school" | April Breneman | |
| 6/21/04 | "Dover school board embarrasses district" | Kelly Adams | |
| 6/23/04 | "Evolution is fact, creationism isn't" | Lisa Schaumann | |
| 6/24/04 | "Keep creationism out of science class" | Edward T. Yeatts III | |
| 6/25/04 | "Founders created a secular nation" | Joseph C. Korsak | |
| 6/26/04 | "Teach both ideas in school biology class" | Kayla Armour | |
| 6/27/04 | "Textbook quest explained" | Heather Geesey | |
| 6/30/04 | "Focus on real issues, Dover board" | Sandra Gordon | |
| 7/4/04 | "Dover board would fail biology, civics" | Milan Mitrovich | |
| 7/12/04 | "Prove this is a Christian nation" | Steven Neubauer | |
| 9/14/04 | "Extinctions disprove intelligent design" | Timothy O'Connell | |
| 9/16/04 | "A moment for prayer" | picture | |
| 10/22/04 | "Keep creationism out of our schools" | Linda Bergdoll | |
| 10/26/04 | "Keep church and science separate" | Priscilla Lauer | |
| 10/26/04 | "Board lacks intelligence" | Kelly Adams | |
| 10/28/04 | "Fairy tale science" | Jerry Caplin | |
| 10/31/04 | "Raelians endorse ID" | W. Konrad Crist | |
| 10/31/04 | "Wrong impression o theory" | Dr. Robert A. Hermann | |
| 10/31/04 | "ID study is OK in public schools" | Larry Rinehart | |
| 10/31/04 | "Dover headed down Taliban road" | Bern Bevenour | |
| 10/31/04 | "Evolutionists wag the dogma" | Michele Prince | |
| 10/31/04 | "Intelligently re-design school board" | Sharon Wetzel | |
| 10/31/04 | "Creation stories are not science" | Anthony Langione | |
| 11/7/04 | "Imagine God and Satan" | Sarah Hied | |
| 11/11/04 | "In defense of the Dover school board" | Susan Myers | |
| 11/18/04 | "Practice what you preach" | Steven Neubauer | |
| 12/4/04 | "Teach religion, science separately" | Elaine Grahamslaw | |
| 12/4/04 | "Schools must steer clear of religion" | Mark Malinowski | |
| 12/8/04 | "York college profs disturbed by Dover" | Tony Botyrius, Rod Waltemyer, Ron Kaltreider, Karl Kleiner, Car. | |
| 12/8/04 | "ID is to evolution as astrology is to astronomy" | Mark Duigon | |
| 12/9/04 | "Dover is still back in the 1950s" | Doug Calaman | |
| 12/13/04 | "Love God or leave America, professors" | George W.E. Schafer | |
| 12/14/04 | "Do more research on ID" | Sam Shaffer | |
| 12/14/04 | "ID mere superstition" | Donald Hoover | |
| 12/19/04 | "Leave science to scientists" | Mark Lans Frydenborg | |

-1-

| | | | |
|---|---|---|---|
| 12/19/04 | "Evolution's faults suppressed" | Betsy Leineweber | |
| 12/21/04 | "Stop persecuting Christians in U.S. | Mark C. Flaharty | |
| 12/21/04 | "Atheist changed his mind on evolution" | Thomas Seltzer | |
| 12/22/04 | "Put God back in public schools" | Michael E. Freet Sr. | |
| 12/23/04 | "Student supports Dover school board" | Brittany Elicker | |
| 12/23/04 | "Keep religion out of my school" | Danielle Yagodich | |
| 12/25/04 | "In defense of Dover" | Lonny Langione | |
| 12/25/04 | "Feels sorry for community" | Samantha Christy | |
| 12/26/04 | "Gravity shows God's design" | Floyd R. Eyler | |
| 12/27/04 | "Many scientists OK intelligent design" | Sarah Hied | |
| 12/27/04 | Board disappoints school teacher" | Dan Powers | |
| 12/29/04 | "Ashamed of alma mater: York College" | Mary Eck | |
| 1/2/05 | "Pros, cons of ID, evolution" | Chris Althouse | |
| 1/2/05 | "Evolving into a fascist state" | Phil Wallick | |
| 1/2/05 | "It's a disservice to students" | Mark F. Catterall | |
| 1/9/05 | "Center's letter" | Richard Thompson and chief counsel of the Thomas Moore Law Center | |
| 1/10/05 | "Students should question theory" | Patricia Anderson | |
| 1/10/05 | "Board should take poll of residents" | Don Hake | |
| 1/10/05 | "Dover board applauded" | Julian S. Dunnick | |
| 1/16/05 | "Board members seem to be incompetent" | Randy Bennett | |
| 1/18/05 | "Dover board rude to constituents" | Phillip Herman | |
| 1/19/05 | "What would Jesus do on the Dover School board?" | Larry Hicks | |
| 1/21/05 | "Prayer in public schools touted" | George W. Schafer | |
| 1/22/05 | "ID boosters set up a false dichotomy" | Mark Duigon | |
| 1/23/05 | "Quotable-quote by high school student" | Jess Miller | |
| 1/28/05 | "Jesus Christ was the first liberal" | Craig Fulton | |
| 1/30/05 | "Freedom of choice for students" | Steve Myers | |
| 1/30/05 | "Let students think" | Cindy Mummert | |
| 1/30/05 | "Put the dumb hoopla to rest" | Bill Goodling | |
| 1/30/05 | "Religion, science different truths" | Rodger Waldman | |
| 1/30/05 | "Let's have a debate" | Victor Carmichael | |
| 1/30/05 | "The dangers of biased science" | Leo Carlin | |
| 1/30/05 | "Keep open minds, hearts" | Ban Eno | |
| 1/30/05 | "Intelligent design makes sense" | Gerald Kornbau | |
| 1/30/05 | "Board member should answer questions" | David J. Boyer | |
| 1/30/05 | "Religious zealots out there" | Greg Maxwell | |
| 2/2/05 | "Which faith? Which God?" | Carl Rishel | |
| 2/3/05 | "Professor's work too quickly dismissed" | Nathan Schumacher | |
| 2/3/05 | "Both can be right" | John Branigan | |
| 2/6/05 | "Allow both theories" | Jennifer Myers | |
| 2/7/05 | "Happy to be gone from York" | Dave Wilson Jr. | |
| 2/8/05 | "Yingling blasts Dover School Board" | Christina Kauffman | |
| 2/10/05 | "Yes, Dover headed in wrong direction" | Jeffrey A. Brown | |

PHLEGAL: #1771375 v1 (11YSV01!.DOC)

| 2/13/05 | "Scientific theory makes more sense" | Richard Radecke |
|---------|--------------------------------------|-----------------|
| 2/13/05 | "Scientific theory makes more sense" | Jamison Marsala |
| 2/24/05 | "Dover violates the Constitution" | Daniel Pell |
| 2/27/05 | "Call Thomas for Doer school board" | Dan Eno |
| 3/6/05 | "Dover board went of deep end" | Jeffrey A. Brown |
| 3/6/05 | "Present all theories" | Alina Kline |
| 3/6/05 | "Fight moral decline" | George W. Schafer |
| 3/19/05 | "ID issue hurts a good district" | Carol "Casey" Brown |
| 3/20/05 | "Religious certainty rushes inquiry" | Kyle Cunningham, Ph.D. |
| 3/21/05 | "Questions and answers" | Riley R. Maus |
| 3/27/05 | "No light shed in ID story" | Dazmer Ujvarosy |
| 3/27/05 | "Admit to possibility of ID" | Bill Faron |
| 3/31/05 | "They care about education" | Judy McIlvaine, Lawrence Gurreri, Dover CARES |
| 4/3/05 | "ID movement repeats mistakes" | Kyle Cunningham, Prof of Biology |
| 4/8/05 | ""Bring pride back to Dover" | Dennis Benton Jr. |
| 4/10/05 | "Dover board not doing its job" | Jeffrey A. Brown |
| 4/10/05 | "What the experts say on evolution" | Chris Poborsky |
| 4/10/05 | "Teach both sides" | Amanda Kessler |
| 4/17/05 | "A pointless argument" | Richard E. Voytek |
| 4/22/05 | "Keep an open mind on intelligent design" | Alvin Grove |
| 4/24/05 | "ACLU should support diversity" | Michael and Jeanne Baker |
| 4/24/05 | "Evolution theory doesn't make sense" | Rick Shaffer |
| 4/28/05 | "Allow full range of scientific debate" | Sandy Sasso |
| 5/1/05 | "Support for ID" | Esther Hartlaub |
| 5/1/05 | "Prayer could save schools" | E. Elwood Breighner |
| 5/4/05 | "Vote for Yingling and the Browns" | Abraham Simmons |
| 5/7/05 | "In defense of Dover board" | Sheila Harkins |
| 5/13/05 | "Board member proud of Dover" | Alan Bonsell |
| 5/14/05 | "Young athletes' parade brings pride" | Janet Fadely |
| 5/15/05 | "Member admits religious motivation" | Steven Neubauer |
| 5/29/05 | "Kudos to Dover" | Dorothy H. Weiland |
| 6/6/05 | "Accept compromise in Dover schools" | Susan Magilton |
| 6/21/05 | "It wasn't that hot" | Louise Wolf |
| 7/9/05 | "Turn on the Cruise control" | Charles W. Holsinger |
| 7/17/05 | "Illogical dispute over evolution" | Byron Borger |
| 7/20/05 | "Buckingham should resign" | Jo Ott |
| 7/21/05 | "Unhappy with Dover board" | Dennis Benton Jr. |
| 7/22/05 | "Rights not subject to creator or debate" | Lowell Skelton |
| 7/24/05 | "Christians not helpful" | Joan Stock |
| 7/24/05 | "God knows what man doesn't" | Floyd R. Eyler |
| 8/15/05 | "Kudos to Dover board member" | Roger Gorman |
| 8/17/05 | "Evolution can't possibly be true" | Michele Prince |

PHLEGAL: #1771375 v1 (11YSV01!.DOC)

# YORK DAILY RECORD NEWS EDITORIALS – CURRICULUM CONTROVERSY

| DATE | ARTICLE | AUTHOR | |
|------|---------|--------|---|
| 6/20/04 | "This week's newsmaker: Board member takes a stand" | Scott Fisher | |
| 6/20/04 | "Inherit the wind in Dover" | Mike Argento | |
| 6/20/04 | "What do you think? Creationism in textbooks" | staff | |
| 6/21/04 | "Fight for Pa. road funding" | staff | |
| 6/22/04 | "God, science, and Darwin can co-exist" | B. Callahan | |
| 6/27/04 | "What do you think: Creationism and evolution" | staff | |
| 6/27/04 | "Teach science, but keep the faith" | Dave Dentel | |
| 10/24/04 | "Week in review: Trash, creationism and dungeon in the news" | staff | |
| 10/24/04 | "Unintelligent design: Worst of both theories" | Mike Argento | |
| 10/25/04 | "What you don't know about 'intelligent design'" | Mike Argento | |
| 10/27/04 | "Our opinion: Dover board went too far" | staff | |
| 10/31/04 | "Intelligent design dispute in Dover" | staff | |
| 11/4/04 | "The tale of the tape in Dover" | staff | |
| 11/7/04 | "Rewrite Dover science policy" | Nancy Snyder | |
| 11/21/04 | "All theories created equal in Dover, at least" | Mike Argento | |
| 11/23/04 | "Unintelligent resign" | staff | |
| 11/28/04 | "Board member explains resignation" | Jeffrey A. Brown | |
| 12/5/04 | "It's hard to bear the scientific nonsense in 'Pandas'" | Lew Brown | |
| 12/5/04 | "board resignation act of conscience" | Casey Brown | |
| 12/6/04 | "York College profs disturbed by Dover" | Members of York College Biology Department (see articles for names) | |
| 12/9/04 | "Runaway train in Dover schools" | staff | |
| 12/14/04 | "Why are Dover High School teachers afraid to teach?" | Byron Borger | |
| 12/19/04 | "The truth will set you free" | Carl Rishel | |
| 12/19/04 | "Dover board circles the wagon" | Noel Wenrich | |
| 12/19/04 | "Intelligent design flap makes York look foolish again" | Mike Argento | |
| 12/26/04 | "ACLU won't put Darwin on trial" | Dave Dentel | |
| 12/29/04 | "Resolutions and a few suggestions for the coming year" | Lynne Funk | |
| 1/9/05 | "Everyone is a little wrong in Dover debate" | Leonard R. Klein | |
| 1/16/05 | "Our views: You're under oath: The Dover controversy gets even more ridiculous" | staff | |
| 1/24/05 | "Strange events related to Dover" | Mike Argento | |
| 1/30/05 | "What does philosophy have to do with evolution?" | Victor Taylor | |
| 2/13/05 | "Shippensburg professors: 'Let science be science'" | Pablo Delis | |

PHLEGAL: #1772841 v1 (11ZXL01!.DOC)

| 2/20/05 | "The Dover dilemma: Students weigh in on intelligent design" | staff with quotes by students | |
| 2/27/05 | "Evolution is not true science" | Ed J. Ross III | |
| 2/27/05 | "Former Dover board member decries gossip" | Noel Wenrich | |
| 3/6/05 | "Quotable" | Jim Slinksy, Vic Walczak, Richard Thompson | |
| 4/9/05 | "Our opinion: White roses and thorns" | staff | |
| 4/30/05 | "Our opinion: White roses and thorns" | staff | |
| 5/23/05 | "Our opinion: Primary post-mortem: Low turnout disappoints, but the results were interesting" | staff | |
| 6/5/05 | "No conflict between Bible and evolution" | Steven Thomas | |
| 6/18/05 | "Our opinion: white roses and thorns" | staff | |
| 7/4/05 | "Don't let facts obscure the truth about science, politics" | Dave Dentel | |
| 7/10/05 | "Science deals in facts, not myths" | Pam Zerba | |
| 7/14/05 | "Our opinion: Nothing could be finer…Than William Buckingham moving to Carolina" | staff | |
| 8/6/05 | "White roses and thorns" | staff | |
| 8/7/05 | "Quotable from this week's news" | staff | |

PHLEGAL: #1772841 v1 (11ZXL01!.DOC)

## York Daily Record *News Articles* – Pledge Controversy

| Date | Article | Author |
|------|---------|--------|
| 4/23/03 | "Textbook issue before Dover Area board" | Joseph Maldonado |
| 11/10/03 | "Dover residents support Pledge" | Joseph Maldonado |
| 11/11/03 | "Pledge backed in Dover" | Joseph Maldonado |
|  |  |  |

-1-

## York Daily Record News *Letters to the Editor* – Pledge Controversy

| DATE | ARTICLE | AUTHOR |
|------|---------|--------|
| 11/14/03 | Letters | Denise Calaman, Larry Wolf, Don Orcutt, Harold Schwartz, David Townsend |

-1-

## YORK DAILY RECORD NEWS *EDITORIALS*– PLEDGE CONTROVERSY

| DATE | ARTICLE | AUTHOR | |
|------|---------|--------|---|
| 11/8/03 | "Pledge flap settled in two words" | Mike Argento | |
| 11/16/03 | "The Pledge of Allegiance Debate" | Mathew Woessner | |
| 11/16/03 | "The Pledge of Allegiance: What do you think?" | | |

PHLEGAL #1771374 v1 (11YS%01!.DOC)

## YORK DAILY RECORD NEWS *EDITORIAL* – MURAL CONTROVERSY

| DATE | ARTICLE | AUTHOR | |
|------|---------|--------|--|
| 06/22/04 | God, science and Darwin can co-exist | Barrie Callahan | |

PHLEGAL: #1771374 v1 (11YS%01!.DOC)