# EXHIBIT B- 2

**York Dispatch news articles - Curriculum Controversy**

| Date | Article | Author |
|---|---|---|
| Undated | "Ruling lauded in Dover" | Heidi Berhnard-Bubb |
| Undated | "A year like no other" | staff |
| 6/8/04 | "Dover debates evolution in biology text" | Heidi Berhnard-Bubb |
| 6/9/04 | "Group: Dover schools could face lawsuit" | Heidi Berhnard-Bubb |
| 6/15/04 | "Church, state issue divides; Creationism draws 100 to Dover meeting" | Heidi Berhnard-Bubb |
| 7/13/04 | "Dover schools delays text vote: New version of book available" | Heidi Berhnard-Bubb |
| 8/3/04 | "Divided Dover board Oks biology text" | Heidi Berhnard-Bubb |
| 8/3/04 | "Michigan law center offers a defense of creationism" | Heidi Berhnard-Bubb |
| 9/8/04 | "Biology issue lingers" | Heidi Berhnard-Bubb |
| 10/2/04 | "Dover says meeting tapes not public" | Heidi Berhnard-Bubb |
| 10/2/04 | "'Design' bedevils school board" | Heidi Berhnard-Bubb |
| 10/3/04 | "Dover allowed to keep tapes from the public" | Heidi Berhnard-Bubb |
| 10/8/04 | "Creationism disclaimer trial opens in Ga." | The Associated Press |
| 10/17/04 | "13 apply for 4 Dover board seats" | Heidi Berhnard-Bubb |
| 10/19/04 | "'Nightline' produces show" | Heidi Berhnard-Bubb |
| 10/19/04 | "Four get seats in Dover" | Heidi Berhnard-Bubb |
| 10/22/04 | "Dover opts for referral" | Heidi Berhnard-Bubb |
| 12/2/04 | "Dover lawsuit looms" | Heidi Berhnard-Bubb |
| 12/7/04 | "Another Dover school board member quits" | Heidi Berhnard-Bubb |
| 12/10/04 | "Losing a lawsuit could cost Dover" | Heidi Berhnard-Bubb |
| 12/10/04 | "Dover board limits public comment" | Heidi Berhnard-Bubb |
| 12/14/04 | "Dover school suit due" | Heidi Berhnard-Bubb |
| 12/15/04 | "Darwin v. 'Design' in Dover | Christina Kauffman and Heidi Berhnard-Bubb |
| 12/15/04 | "Creationism, evolution and the courts" | Heidi Berhnard-Bubb |
| 12/15/04 | "Claims made in the federal lawsuit" | staff |
| 2/15/04 | "'Design' vs. Darwin hits home" | Christina Kauffman and Heidi Berhnard-Bubb |
| 12/16/04 | "Dover mum on lawsuit" | Heidi Berhnard-Bubb |
| 12/16/04 | "Carolers prepare for 157th night of song" | Hank Merges |
| 12/21/04 | "Protests don't halt Dover's defense" | Heidi Berhnard-Bubb |
| 12/22/04 | "Deadline for Dover lawsuit" | Christina Kauffman |
| 12/24/04 | "Take a moment to reflect on Christmas" | Hank Merges |
| 12/31/04 | "For York, a year like no other" | staff |
| 1/4/05 | "Dover board mum on intelligent design" | Heidi Berhnard-Bubb |
| 1/6/05 | "Memory woes halt 'design' lesson curb" | Heidi Berhnard-Bubb |
|  | "Dover board challenges bio lawsuit" | Heidi Berhnard-Bubb |

| 1/7/04 | "Dover profs want to opt out" | Heidi Berhnard-Bubb |
|---|---|---|
| 1/10/05 | "Dover parents form PTO" | Heidi Berhnard-Bubb |
| 1/10/05 | "Science teachers won't have to read statement" | Heidi Berhnard-Bubb |
| 1/11/05 | "Anti-board ticket eyed in Dover" | Heidi Berhnard-Bubb |
| 1/11/05 | "District's lawyers tackle critics, local and national" | Heidi Berhnard-Bubb |
| 1/12/05 | "Dover delays biology class statement" | Heidi Berhnard-Bubb |
| 1/12/05 | "Curriculum wording" | staff |
| 1/14/05 | "Ruling lauded in Dover" | Heidi Berhnard-Bubb |
| 1/14/05 | "Residents: Dover policy breaks the law" | Heidi Berhnard-Bubb |
| 1/19/05 | ""Parents sue to expand teachings" | Christina Kauffman |
| 1/20/05 |  | Hank Merges |
| 1/20/05 | "Dover debate expands to other faiths" | Caryn Tamber |
| 1/26/05 | "Science and religion: Time for a bridge?" | Christina Kauffman |
| 1/26/05 | "Firm polls Dover residents about 'design'" | Christina Kauffman |
| 1/28/05 | "Tax reform takes priority" | staff |
| 1/28/05 | "Majority supports decision" | Christina Kauffman |
| 1/28/05 | "Ga. bill targets evolution teaching" | Doug Gross |
| 2/1/05 | "Dover board tapes at issue" | Heidi Berhnard-Bubb |
| 2/1/05 | "Dover board challenges bio lawsuit" | Heidi Berhnard-Bubb |
| 2/1/05 | "Comment policy questioned" | Heidi Berhnard-Bubb |
| 2/1/05 | "Yingling blasts Dover school board" | Christina Kauffman |
| 2/8/05 | "Dover dispute energizes academe" | Christina Kauffman |
| 2/8/05 | "Yingling blasts Dover School Board" | Christina Kauffman |
| 2/15/05 | "Dover board offers district letter on ID" | Christina Kauffman |
| 2/17/05 | "Slate set for Dover ed board" | Christina Kauffman |
| 2/24/05 | "Five vie for seat in Dover" | Christina Kauffman |
| 3/1/05 | "Grandpa's drug problem makes all the difference" | Hank Merges |
| 3/8/05 | "Dover Area School Board selects new member" | Christina Kauffman |
| 3/8/05 | "Group plans science-book donation" | Christina Kauffman |
| 3/14/05 | "In brief" | staff |
| 3/14/05 | "18 seek seven school board seats in Dover" | Christina Kauffman |
| 3/15/05 | "Teachers wait to start negotiations" | Christina Kauffman |
| 3/15/05 | "Cyber group awaits Dover book decision" | Christina Kauffman |
| 4/20/05 | "Dover: Prudent and proud" | Christina Kauffman |
| 4/21/05 | "Dover signs blasted" | Christina Kauffman |
| 4/22/05 | "Callers threaten boycotts in Dover" | Christina Kauffman |
| 4/22/05 | "About the school board race" | staff |
| 4/26/05 | "Domestic violence a hidden scourge here" | Hank Merges |
| 4/26/05 | "Discourse in Dover" | Christina Kauffman |
| 4/28/05 | "No end to Dover impasse" | Christina Kauffman |
| 5/3/05 | "Students essays tackle today's issues" | Jack Sholl |
| 5/3/05 | "Budget issues in Dallastown" | Jana Benscoter |
| 5/6/05 | "18 battle for seats in Dover" | Christina Kauffman |
| 5/18/05 | "Intelligent design issue draws large number of voters" | Christina Kauffman |
| 5/18/05 | "Four down, 14 left in Dover" | Christina Kauffman |

PHLEGAL: #1771884 v1 (11Z7001!.DOC)

| 5/18/05 | "Two continue unopposed" | Wendi Himmelright |
| 5/18/05 | "Voters split on candidates for school board" | Christina Kauffman |
| 5/24/05 | "Dover asked to end conflict" | Heidi Berhnard-Bubb |
| 6/7/05 | "District honors former board members' work" | Heidi Berhnard-Bubb |
| 7/12/05 | "Dover board in more flux" | Heidi Berhnard-Bubb |
| 7/13/05 | "Suit now centers on reporters" | Christina Kauffman |
| 7/15/05 | "Notes' value studied" | Christina Kauffman |
| 7/15/05 | "Textbook publisher wants to join lawsuit" | Christina Kauffman |
| 7/29/05 | "Voters likely to get choice" | Christina Kauffman |
| 8/11/05 | "Dover teachers, school district finally begin contract talk" | Christina Kauffman |
| 8/12/05 | "Judge asked to reconsider ruling that reporters testify" | Christina Kauffman |

PHLEGAL #1771884 v1 (11Z7001!.DOC)

## YORK DISPATCH LETTERS TO THE EDITOR
## CURRICULUM CONTROVERSY

| DATE | ARTICLE | AUTHOR |
|---|---|---|
| 6/24/04 | "Wilson would not approve" | Edward T. Yeatts III |
| 6/28/04 | "Honesty in evolution teaching seen as vital" | Thomas Salerno |
| 7/21/04 | "The evidence fits creation science" | |
| 9/7/04 | "Creationism not science" | Charles E. Strehl |
| 9/16/04 | "Creationism belief absurd" | |
| 9/29/04 | "Keep religion out of school" | Andrea Heilman |
| 10/5/04 | "Dover school board gambling with students' future" | Aaron Gentzler |
| 10/16/04 | ""Will battle for Dover schools" | Jeffrey A. Brown |
| 12/7/05 | "Facts in creationism dispute need clarifying" | Brenda J. Bonsell |
| 12/10/04 | "Random chance unproved" | Eric Culbertson |
| 12/16/04 | "Intelligent design dispute in Dover reflects ignorance of scientific data" | Biology department of York College |
| 12/16/04 | "Professors too defiant" | Bruce Hake |
| 12/16/04 | "ACLU too tyrannical" | William F. Folger |
| 12/16/04 | "Dover school board's imperial pretensions" | Noel Wenrich |
| 12/16/04 | "A view of proportions" | Steven A. Hite |
| 12/21/04 | "Intelligent design issue raises profound questions for society" | |
| 12/22/04 | "Creationism should be promoted" | David Peck |
| 12/22/04 | "College faculty attack on intelligent design skews data" | Zach Manifold |
| 12/22/04 | "'Evidence' for intelligent design" | Chris Althouse |
| 12/23/04 | "Creationism should be promoted" | David Peck |
| 12/24/04 | "More church, state dispute" | Turk Pierce |
| 12/24/04 | "'Design' theory is mythology" | Carl Huber Jr. |
| 12/27/04 | "Dover debate a smoke puff" | Randy Blymire |
| 12/28/04 | "Vote school board out" | Joy K. Lederman |
| 12/29/04 | "Dover's 'Taliban' too smug" | Kenneth S. Hill |
| 12/29/04 | "Theory of evolution far from pure science" | James Bogart |
| 12/30/04 | "Dover heads for trouble" | William J. Trimmer |
| 1/5/05 | "Fossils and creationism" | D.M. Berry |
| 1/5/05 | "That problem with mutation" | D.B. Blair |
| 1/7/05 | "Dover board ignores the evidence" | Charles L. Davis |
| 1/7/05 | "Simplistic answers to creation" | Douglas Diggens |
| 1/7/05 | "New paradigm needed: More intelligent 'intelligent design'" | Richard D. Colling |
| 1/12/05 | "'Pseudoscientific balderdash'" | Liam Feldman |
| 1/17/05 | "'Orthodoxy' challenged" | Cindy Mummert |
| 1/20/05 | "Tolerance is what's needed" | Stephen H. Frey |
| 1/21/05 | "Wrong start for debate" | Cindy L. C. Mueller |

| 1/21/05 | "'Design' goal anti-science" | Ben Burrows |
|---------|------------------------------|-------------|
| 1/25/05 | "Random chance is not a theory" | Jeffrey A. Brown |
| 1/26/05 | "Teach all the history" | Jim Ditsworth |
| 1/26/05 | "Curious board denials" | Daniel M. Fennick |
| 1/26/05 | "End the 'bumpkinism'" | R. Allen Frey, Jr. |
| | "ACLU is anti-God" | Geraldine M. Trust |
| | "Appalled by Hicks column" | Ross Stanard |
| 1/27/05 | "Confused by Dover suit" | Randy Bennett |
| 2/2/05 | "'ID' belongs in classrooms" | John Rhine |
| 2/2/05 | "Recognizing God's power" | Charles E. Leiphart |
| 2/7/05 | "Wrong path for Dover" | Jeffrey A. Brown |
| 2/8/05 | "No problem with theory" | Turk Pierce |
| 2/9/05 | "Students deserve to explore" | Martin Grey |
| 2/11/05 | "Converted to creationism" | E.J. Ross III |
| 3/14/05 | "ID stifles creativity" | Kyle W. Cunningham |
| 4/15/05 | "'Design' just a hypothesis" | Jeffrey A. Brown |
| 4/18/05 | "Students should hear all sides" | Michael and Jeanne Baker |
| 4/21/05 | "Dover graduate proud of board" | Rick Shaffer |
| 4/21/05 | "Foes of intelligent design 'unaware'" | Alvin Grove |
| 4/28/05 | "Today, mentoring is of high importance" | Hank Merges |
| 4/29/05 | "Too many egos at play in Dover" | |
| 5/2/05 | "Dover issues require vision" | Terry Emig |
| 5/4/05 | "Don't ignore Dover board achievements" | Clark E. Focht II |
| 5/4/05 | "Questions ACLU reason" | Diane Gramley |
| 5/11/04 | "Dover Twp.—is it in the water?" | |
| 5/11/05 | "ACLU should be ashamed" | Goerge E. Hilderand, Maribel J. Hildebrand |
| 5/18/05 | "Creation ism a topic of philosophy" | Sara Erdlen |
| 5/20/05 | "Disturbed by 'design' view" | "Kenneth E. Iman |
| 5/25/05 | "Motivations and theories miss mark over intelligent design" | |
| 5/26/05 | "Illustration of GOP slide" | John N. Fishel |
| 5/31/05 | "Is there 'intelligent design' driving the secular agenda?" | |
| 6/17/05 | "Creationism seems true" | Tom C. Levis |
| 6/28/05 | "Teach 'design' in the home" | Ben Burrows |
| 7/5/05 | "Dismal display from Basic Education committee" | |

PHLEGAL. #1772660 v1 (11ZSK01!.DOC)

## Y ORK D ISPATCH E DITORIALS - C URRICULUM C ONTROVERSY

| D ATE | A RTICLE | A UTHOR |
|---|---|---|
| 6/11/04 | "Creationist text dispute misdirected" | staff |
| 6/16/04 | "Creationism instance clearly wrong-headed" | Larry Hicks |
| 9/9/04 | "'Pandas' text has a place—in the library" | staff |
| 10/8/04 | "Triumphs private and public" | staff |
| 12/3/04 | "Area issues draw ire of libertarians" | staff |
| 12/6/04 | "School boards shouldn't compete in creationists' self-serving game" | Paul R. Gross |
| 12/16/04 | "Creationists need a clear message" | staff |
| 12/20/04 | "Purely religious, intelligent design has no place in science curriculum" | Laura Meerkatz |
| 12/27/04 | "Dover 'federal case' a shame" | staff |
| 12/28/04 | "Super-intelligence only good explanation for life development" | Whitlock |
| 1/11/05 | "Teachers' 'sabotage' makes sense" | staff |
| 1/19/05 | "What would Jesus do on the Dover school board? | Larry Hicks |
| 1/21/05 | "The case for religious reasoning" | Stephen Prothero |
| 2/15/05 | "Theological themes are not science" | 13 Shippensburg professors of biology |
| 2/24/05 | "Creationist inroads—80 years on" | staff |
| 3/15/05 | "To those who stepped up, honor is due" | staff |
| 5/6/05 | "Intelligent design is religion—and metaphysical marijuana" | Keith Lockitch |
| 5/12/05 | "Religion—keep it in church, home" | staff |
| 5/18/05 | "By 'design,' Dover stays in spotlight | staff |
| 6/1/05 | "See students as competent jurors" | Doug Cowan |
| 6/24/05 | "Intelligent design bill over the edge" | staff |
| 7/7/05 | "State House Oks academic goon squad" | staff |
| 7/15/05 | "Dover's Buckingham should do the right thing, resign" | Larry A. Hicks |

PHLEGAL: #1771829 v1 (11Z5H01!.DOC)

## THE YORK DISPATCH NEWS ARTICLES – PLEDGE OF ALLEGIANCE CONTROVERSY

| DATE | ARTICLE | AUTHOR |
|------|---------|--------|
| 11/12/03 | "Allegiance under God pledged; Religious phrase endorsed in Dover" | Heidi Bernhard-Bubb |
| 11/23/03 | "Pledge rules unclear; Some schools balk at parental notice mandate" | Lauri Lebo |

PHLEGAL: #1772048 v1 (11ZBK01!.DOC)

### THE YORK DISPATCH LETTERS TO THE EDITOR – PLEDGE OF ALLEGIANCE CONTROVERSY

| DATE | ARTICLE | AUTHOR |
| --- | --- | --- |
| 10/19/01 | "Headline hurt the Dover district" | Debra O'Donnell |
| 11/6/03 | "Building a house for diversity" | Thomas E. Donley |
| 11/12/03 | "Pledge vote just for show?" | Steve Zorbaugh |
| 11/13/03 | "'Under God' a big distraction" | Lois Klinedinst |
| 11/14/03 | "Pop quiz on the Pledge of Allegiance" | Steven Neubauer |
| 11/17/03 | "'Under God' a late addition" | Ron Hockensmith |

PHLEGAL.: #1772048 v1 (11ZBK01!.DOC)

## THE YORK DISPATCH EDITORIALS – PLEDGE OF ALLEGIANCE CONTROVERSY

| DATE | ARTICLE | AUTHOR | |
|------|---------|--------|---|
| 3/1/02 | "There are already plenty of chances to pray in school" | Larry Hicks | |
| 3/3/02 | "School kids can pray" | | |
| 11/7/03 | "The pledge as a wedge" | | |
| 11/13/03 | "Where should I go back to?" | Donna Hudelson | |

PHLEGAL: #1772048 v1 (11ZBK01!.DOC)

## PATRIOT NEWS: NEWS ARTICLES - CURRICULUM CONTROVERSY

| DATE | ARTICLE | AUTHOR |
|---|---|---|
| 4/4/03 | "Creationism Evolves" | Mary Warner |
| 12/14/04 | "Creationism evolves into court fight" | Charles Thompson and Mary Warner |
| 12/15/04 | "ACLU, 11 residents file suit to block 'intelligent' theory" | Jan Murphy |
| 1/6/05 | "Teachers may give evolution alternative" | Pete Shellem |
| 1/18/05 | "Telling biology students of concept divides town" | Jim Lewis |
| 1/26/05 | "'Dover Dilemma' speakers favor science" | Matt Miller |
| 1/28/05 | "District 3 Girl's basketball rankings" | Chris Korman |
| 1/28/05 | "Poll finds 'design' decision support" | staff |
| 2/1/05 | "In your school" | compiled by Diana Stricker, Barbara Miller, and Monica von Dobeneck |
| 2/13/05 | "Creation fight evolves beyond Dover" | May Warner |
| 2/13/05 | "Forum to look at science, theology, law of intelligent design" | staff |
| 2/15/05 | "Corrections" | staff |
| 3/1/05 | "Lawyer asks to join Dover book suit" | Bill Sulon |
| 3/2/05 | "By Design?; politely, experts debate creationism and its teaching" | Mary Warner |
| 3/11/05 | "Around Pennsylvania" | compiled by Bill Savitsky Jr. and John Beauge |
| 4/9/05 | "Bills would shield schools from church-state disputes" | Jan Murphy |
| 4/18/05 | "Student lawmakers tackle issues in Capitol" | Aparna Kumar |
| 5/18/05 | "Dover voters weight in on intelligent design" | Jim Lewis |
| 6/7/05 | "Demanding change" | Jim Lewis |
| 6/17/05 | "Society to honor former Gov. Casey" | Judith Patton |
| 6/21/05 | "House panel hears debate on creation theory" | Bill Sulon |

PHLEGAL: #1772287 v1 (11Z$701!.DOC)

## PATRIOT NEWS LETTERS TO THE EDITOR - CURRICULUM CONTROVERSY

| DATE | ARTICLE | AUTHOR |
|------|---------|--------|
| 10/20/04 | "Creation's validity" | Paulette Walker |
| 10/24/04 | "Religious beliefs, science don't mix" | Mark Scriptunas |
| 10/24/04 | "Alternative teaching" | Alexander P. Shine |
| 10/29/04 | "Common sense about evolution" | John Messmer |
| 10/29/04 | "Don't overlook these" | Deana Sherman Weaver |
| 10/29/04 | "Aliens neglected" | Dave Kerr |
| 12/1/04 | "Faith and science should be separated" | Timothy A. Lemke |
| 12/12/04 | "Teaching creationism" | Erin Pizoli |
| 12/13/04 | "Unchangeable creator" | Richard W. Simpson |
| 12/17/04 | "More than one view" | Andrew Moore |
| 12/17/04 | "Proof is voluminous" | Harold W. Gardner Ph.D. |
| 12/21/04 | "Here are some other theories for classes" | James H. Kling |
| 12/21/04 | "Too many 'coulds' in Darwinism | Marquis R. Seidel, Ph.D. |
| 12/21/04 | "Establishment clause" | Sean D. Harper |
| 12/21/04 | "Darwin and the Bible" | Howard Sauertieg |
| 12/27/04 | "Evolving viruses" | Greg Strohman |
| 12/28/04 | "Missing connections" | Joseph V. Capuano |
| 12/28/04 | "'Intelligent Design?'" | Bill Snyder |
| 1/2/05 | "Teach both theories" | Ted Streeter |
| 1/14/05 | "Automated creation" | Herb Cronin |
| 1/16/05 | "Troubling lawsuit" | Charity Wirl |
| 1/19/05 | "Leap of faith" | Mike Petesich |
| 1/19/05 | "Designer of all" | Joseph A. Nicholson |
| 1/19/05 | "Theory's inadequate" | Paulette Walker |
| 1/23/05 | "God and biology" | Kathleen R. Kennedy |
| 1/25/05 | "Dover alternative" | Addison Taliaferro |
| 1/25/05 | "Nature unreliable" | Ken Nelson |
| 1/26/05 | "Make 'design' theory part of humanities" | Anne Keiser |
| 1/30/05 | "Theology, science should be separate" | Ed Dix |
| 1/31/05 | "We just don't know" | John Branigan |
| 1/31/05 | "Additional disclaimer" | Philip Richardson |
| 1/31/05 | "Complexities of life" | Morris Albertson |
| 2/2/05 | "Present both theories" | Zachary Fowler |
| 2/3/05 | "Views misportrayed" | Bob Gorinski |
| 2/3/05 | "Theory defined" | Kevin Spandler |
| 2/3/05 | "Where's evidence?" | Garrick Chow |
| 2/4/05 | "Little black book" | John Rhine |
| 2/6/05 | "Evolution is a lie" | Michael Skutlin |
| 2/6/05 | "Disingenuous effort" | Francis B. Haas |
| 2/6/05 | "Question of 'why'" | Larry Peters |

| | | | |
|---|---|---|---|
| 2/14/05 | "Modern inquisition" | Dan LaRue | |
| 2/15/05 | "Why all the debate?" | Rebecca Horne | |
| 3/7/05 | "Lesson in science" | John W. Purcell Jr. | |
| 3/10/05 | "Worn-out objections" | Craig Rapp | |
| 3/10/05 | "Half-truths presented" | Andrea McCormick | |
| 3/12/05 | "Success underplayed" | Darla K. Buffington | |
| 3/12/05 | "Intelligent freshman" | David McNear | |
| 5/23/05 | "Both sides ignore creation difficulties" | George M. Behr | |
| 5/24/05 | "Dumbing down" | David G. Wilson | |
| 6/1/05 | "Creationist greats" | James B. McFarlane Jr. | |
| 6/12/05 | "Don't confuse 'design'" | Timothy A. Lemke | |
| 6/17/05 | "Class time limited" | Nick Finio | |
| 6/29/05 | "Whose God is proper?" | Randy Bennett | |
| 7/3/05 | "What's the source" | Robert W. Gorinsky | |
| 7/3/05 | "Evolution as religion" | Thomas Wieland | |
| 7/5/05 | "On shaky ground" | Edwin Garver | |
| 7/8/05 | "Teach both views" | Paulette Walker | |
| 7/8/05 | "Editorialist ignorant of Designer backing" | Steven Read | |
| 7/11/05 | "Evolution is fact" | Mark Scriptunas | |
| 7/19/05 | "Issue misunderstood" | John W. Purcell Jr. | |
| 7/19/05 | "ID isn't science" | Wayne Trotta | |
| 7/22/05 | "Natural processes" | James E. Nunn | |

PHLEGAL: #1772227 v1 (11ZGJ01!.DOC)

## PATRIOT NEWS EDITORIALS - CURRICULUM CONTROVERSY

| DATE | ARTICLE | AUTHOR |
|------|---------|--------|
| 10/13/04 | "Hurray for the sharp eye of Camp Hill's Hockenberry" | Wiley Rowland McKellar III |
| 10/24/04 | "Only a theory? Much of modern life is based on science, including evolution" | Herb Field |
| 12/5/04 | "Science offers ideas on what works" | Richard Alley |
| 12/15/04 | "Dover Dispute: Faith teachings inappropriate for the public school classroom" | staff |
| 12/19/04 | "A quick look at the week's other events" | staff |
| 12/21/04 | "What do you think?" | staff |
| 1/6/05 | "Let students pick beliefs on origins" | Nancy Eshelman |
| 1/24/05 | "Intelligent design isn't based on science" | Al Winn |
| 1/30/05 | "Don't confuse religion, cultural heritage" | Wayne Winters |
| 2/16/05 | "London museum an eye-opener on Darwin" | Beverly Fowler-Conner |
| 2/25/05 | "Unnecessary conflict does harm to religion" | Paul Freeland |
| 3/3/05 | "Here's what you aren't taught in school about evolution" | Jennie Gordon |
| 3/30/05 | "Why opposing evolution resonates with some" | Michelle M. Simmons |
| 5/6/05 | "Scientific method can explain development" | Robert Benbow |
| 5/19/05 | "Term No. 7; Reed easily overcomes opposition as he returns to what he does best" | staff |
| 5/22/05 | "Streamlines school boards would have more impact" | David Kranz |
| 6/1/05 | "Don't be fooled; Americans need to move on to more serious issues" | Herb Field |
| 6/23/05 | "It's not science; Permitting the teaching of 'design' would denigrate education in state" | staff |
| 6/26/05 | "This theory not designed for science" | Pat Carroll |
| 6/26/05 | "Missing Links; Holes in evolution theory leave room for faith" | Robert P. Wheelersburg |
| 7/6/05 | "What if God did create Earth as Bible says?" | Joseph N. Scotto |

-1-

## PATRIOT NEWS: NEWS ARTICLES
## PLEDGE CONTROVERSY

| DATE | ARTICLE | AUTHOR | |
|------|---------|--------|---|
| 10/12/03 | "Around Pennsylvania" | staff | |

### EXPERT WITNESS EXHIBIT LIST
### KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-181 | 03/30/2005 | Brian Alters' Expert Witness Report | | |
| P-182 | | Brian Alters' CV | | |
| P-183 | | National Association of Biology Teachers' (NABT) Statement on Teaching Evolution | BA000001 - BA000005 | |
| P-184 | | National Science Teacher Association (NSTA) - Background Paper on Textbooks | BA000006 - BA000011 / BA000310 - BS000314 | |
| P-185 | | NSTA Position Statement on Science Teacher Preparation | BA000012 - BA000015 / BA000293 - BA000298 | |
| P-186 | | NSTA Position Statement on Teaching Evolution | BA000016 / BA000282 / BA000299 - BA000307 | |
| P-187 | | AETS Position Statement Science Teacher Preparation | BA000017 - BA000020 / BA000166 - BA000168 / BA000222 - BA000227 / BA000270 - BA000272 | |
| P-188 | | The National Academics - Science and Creationism | BA000021 - BA000022 | |
| P-189 | | The National Academics - Statements from the National Academy of Sciences | BA000023 - BA000024 | |
| P-190 | 09/18/2002 | The National Academics - Letter by Bruce Alberts to Members of the National Academy of Sciences and Institute of Medicine Who Live in Georgia | BA000025 - BA000026 | |
| P-191 | 02/14/2001 | The National Academics - Statement of Support for the Kansas Board of Education's Decision | BA000027 - BA000028 | |
| P-192 | | National Academy for Science (NAS) - Science and Creationism | BA000029 and additional un-bates labeled documents | |
| P-193 | | The National Academics - News | BA000030 - BA000031 | |
| P-194 | | Teaching About Evolution and the Nature of Science - Contents | BA000032 - BA000033 | |
| P-195 | | Excerpts from NAS "Evolution in Hawaii" | BA000034 - BA000040; BA000283 - BA000289 | |
| P-196 | | Statements from Scientific and Scholarly Organizations | BA000041 – BA00042 and statements themselves BA000051 - BA000112 / | |
| P-197 | | Creationism is not Science | BA000043 | |

-1-

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-198 | | American Association for the Advancement of Science (AAAS) Board Resolution on Intelligent Design Theory | BA000044 - BA000045 / BA000161 - BA000162 / BA000218 - BA000221 | |
| P-199 | | AAAS Board Resolution Urges Opposition to "Intelligent Design" Theory in U.S. Science Classes | BA000046 - BA000048 | |
| P-200 | | NCSE Resources | BA000049 - BA000050 | |
| P-201 | | Statements from Educational Organizations | BA000113 - BA000160 | |
| P-202 | | Association for the Education of Teachers in Science (AETS) Annual Meeting Program | BA000163 - BA000165; BA000169 - BA000207; BA000228 - BA000269 | |
| P-203 | | American Institute of Biological Sciences (AIBS) Special Symposia | BA000208 - BA000217 / BA000277 - BA000281 | |
| P-204 | | Document production.txt guidelines | BA000273 - BA000276 | |
| P-205 | 02/14/2001 | NSTA Press Room - Statement of Support for the Kansas Board of Education's Decision | BA000290 - BA000292 | |
| P-206 | | URL's for statements | BA000308 - BA000309 | |
| P-207 | | NSTA background paper: The Use and Adoption of Textbooks in Science Teaching | BA000310 – BA000315 | |
| P-208 | 11/2004 | NAST Annual Meeting - Chicago | BA000315 - BA000405 | |
| P-209 | | Dover Area School District Biology Curriculum Guide | P01625 - P01649 | |
| P-210 | | Academic Standards for Science and Technology, Pennsylvania Dept. of Education (22 Pa. Code, Ch. 4, Appendix B) | 003343 - 003378 | |
| P-211 | | AAAS Evolution Resources | | |
| P-212 | 2001 | Alters, Brian and Alters, Sandra M. "Defending Evolution." Jones and Bartlett Publishers: Sudbury, Massachusetts, 2001. | | |
| P-213 | | Kenneth Miller's Expert Witness Report | | |
| P-214 | | Kenneth Miller's CV | | |
| P-215 | | Doolittle, Russell. "The Evolution of Vertebrate Blood Coagulation: A Case of Yin and Yang." | KM000001 - KM000005 | |

-2-

# EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-216 | | Intelligent Design?  A Special Report form Natural History Magazine | KM000006 - KM000028 / KM000046 - KM000091 | |
| P-217 | | H. Allen Orr, Book Review: "No Free Lunch" by William Dembski | KM000029 - KM000039 | |
| P-218 | | Brian Charlesworth's book review of "No Free Lunch" by William Dembksi | KM000040 / KM000133 | |
| P-219 | 12/1999 | MacNab, Robert M. The Bacterial Flagellum: Reversible Rotary Propeller and Type III Export Apparatus.  Journal of Bacteriology, Dec. 1999, P. 7149-7153. | KM000041 - KM000045 | |
| P-220 | 4/25/2000 | Adami, Christoph, Ofria, Charles, and Collier, Travis C.  Evolution of biological complexity.  PNAS, Vo. 97, No. 9, pg. 4463 - 4468. | KM000092 - KM000097 | |
| P-221 | 2001 | Aizawa, Shin-Ichi.  Bacterial flagella and type III secretion systems.  FEMS Microbiology Letters 202 (2001) 157-164 | KM000098 - KM000105 | |
| P-222 | 01/1995 | Population Genetics of Bacteria | KM000106 - KM000113 | |
| P-223 | | Multiple Duplications of Yeast Hexose Transport Genes in Response to Selection in a Glucose-Limited Environment by Celeste J. Brown, Kristy M. Todd, and Frank R. Rosenzweig.. | KM000114 - KM000125 | |
| P-224 | | Port of entry - the type III secretion translocon by Daniela B ttner and Ulla Bonas | KM000126 - KM000132 | |
| P-225 | 07/18/1991 | Coates, M.I. and Clack, J.A. "Fish-like gills and breathing in the earliest know tertrapod."  Nature, Vol. 352. (1991) | KM000134 - KM000136 | |
| P-226 | 09/19/1996 | Coyne, Jerry A.  "God in Details."  Nature. Vol. 383. (1996). (Book Review of Behe's Darwin's Black Box.) | KM000137 - KM000141 | |
| P-227 | 2003 | Davidson CJ, Tuddenham EG, McVey JH. "450 Million years of hemostasis." J. Thromb Haemost 2003; 1: 1487-94. | KM000142 - KM000149 | |
| P-228 | | Intelligent Design and Irreducible Complexity: A Rejoinder by David Depew | KM000150 - KM000157 | |

-3-

# EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-229 | 2004 | Du Pasquier, Louis, Zucchetti, Ivana, and De Santis, Rosaria. "Immunoglobulin superfamily receptors in protochordates: before RAG time." Immunological Reviews 2004. Vol. 198: 233-248. | KM000158 - KM000173 | |
| P-230 | 08/10/1996 | Evidence for Intelligent Design from Biochemistry by Michael Behe (from a speech delievered at the Discovery Institute's God and Culture Conference) | KM000174 - KM000180 | |
| P-231 | 03/2002 | Gura, Trisha. "Evolution critics seek role for unseen hand in education." Nature. Vol 416. (March 2002) | KM000181 | |
| P-232 | | Hanumanthaiah, R., Day, K. and Jagadeeswaran. "Comprehensive Analysis of Blood Coagulation Pathways in Teleostei: Evolution of Coagulation Factor Genes and Idenification of Zebrafish Factor VIIi." Blood Cells, Molecules, and Diseases (2002) 29(1) July/Aug. 57-68. | KM000182 - KM000193 | |
| P-233 | 06/1998 | Hueck, Chrisoph J. "Type III Protein Secretion Systems in Bacterial Pathogens of Animals and Plants." Microbiology and Molecular Biology Reviews, June 1998, P. 379-433 | KM000194 - KM000248 | |
| P-234 | | Genome Research | KM000249 - KM000255 | |
| P-235 | 07/1999 | Huynen, Martijn A., Dandekar, Thomas, and Bork, Peer. "Variation and evolution of the citric-acid cycle: a genomic perspective." Trends in Microbiology, Vol. 7, No. 7 (July 1999). | KM000256 - KM000266 | |
| P-236 | | Intelligent Design Movement Struggles with Identity Crisis, by Bruce Gordon | KM000267 - KM000268 | |
| P-237 | 2003 | Jiang & Doolittle (2003) The evolution of vertebrate blood coagulation as viewed from a comparison of puffer fish and sea squirt genomes. Proceedings of the National Academy of Sciences 100: 7527-7532. | KM000269 - KM000274 | |

-4-

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-238 | 08/2002 | Johnson et al. Origins of the 2,4-Dinitrotoluene Pathway. Journal of Bacteriology, Aug. 2002, p. 4219-4232. | KM00275 - KM000288 | |
| P-239 | | Klein et al. The decent of the antibody-based immune system by gradual evolution. PNAS, Vol. 102, No. 1, pg. 169-174. | KM000289 - KM000294 | |
| P-240 | | Ken Miller's review of "Darwin's Black Box" by Michael Behe | KM000295 - KM000298 | |
| P-241 | 02/2002 | Krem and DiCera. "Evolution of enzyme cascades from embryonic development to blood coagulation." TRENDS in Biolchemical Sciences, Vol. 27, No. 2 (Feb. 2002) | KM000299 - KM000306 | |
| P-242 | | Evolution in Experimental Populations of Bacteria by Richard E. Lenski | KM000307 - KM000318 | |
| P-243 | 03/13/2003 | Lenski, R. E., C. Ofria, et al. (2003). "The evolutionary origin of complex features." Science 423: 139-144. | KM000319 - KM000324 RP00069 - RP00074 | |
| P-244 | | The Old and the Restless by Susanna Lewis and Gillian Wu | KM000325 - KM000329 | |
| P-245 | | The Origin of New Genes: Glimpses from the Young and Old by M. Long, E. Betran and W. Wang | KM000330 - KM000340 | |
| P-246 | 11/10/2000 | Lynch, M. and Conery, J. "The Evolution Fate and Consequences of Duplicate Genes." SCIENCE, Vol. 290 (Nov. 10, 2000). | KM000341 - KM000350 | |
| P-247 | | V(D)J Recombination and the Evolution of the Adaptive Immune System by E. Market and F.N. Papavasiliou | KM000351 - KM000354 | |
| P-248 | | The Puzzle of the Krebs Citric Acid Cycle by E. Melendez-Hevia, T. Waddell and M. Cascante | KM000355 - KM000365 | |
| P-249 | | The National Academy of Sciences book, "Science and Creationism" (available online) | KM000366 | |
| P-250 | | The National Academy of Sciences book, "Teaching About Evolution and the Nature of Science" (available online) | KM000367 | |

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-251 | | Evolution of the complement system by M. Nonaka and F. Yoshizaki | KM000368 - KM000373 | |
| P-252 | | D. Nurminsky et al. "Selective sweep of a newly evolved sperm-specific gene in Drosophila." NATURE. Vol. 396 (Dec. 10, 1998). | KM000374 - KM000377 | |
| P-253 | 2003 | Ohta, T. "Evolution by gene duplication revisited: differentiation of regulatory elements versus proteins." Genetica 118: 209-216, 2003. | KM000378 - KM000385 | |
| P-254 | 12/15/2000 | Yonekura et al. "The Bacterial Flagellar Cap as the Rotary Promoter of Flagellin Self-Assembly." SCIENCE, Vol. 290 (Dec. 15, 2000) | KM000386 - KM000390 | |
| P-255 | 2000 | Schneider, T. "Evolution of biological information." Nucleic Acids Research, 2000, Vol. 28, No. 14 | KM000391 - KM000396 | |
| P-256 | 12/2004 | Zhou et al. "Transposition of hAT elements links transposable elements and V(D)J recombination." NATURE, Vol. 432 (Dec. 23/30, 2004) | KM000397 - KM000403 | |
| P-257 | 03/18/2005 | McFadden, Bruce. "Fossil Horses - Evidence for Evolution." SCIENCE, Vol. 307 (March 18, 2005). | KM000404 - KM000406 | |
| P-258 | 01/14/1994 | J.G.M Thewissen, S.T Hussain; M Arif. "Fossil Evidence for the Origin of Aquatic Locomotion in Archaeocete Whales." Science, New Series, Vol. 263, No. 5144 (Jan. 14, 1994), 212. | KM000407 - KM000410 | |
| P-259 | 2000 | Thornhill, Richard H., David W. Ussery. "A Classification of Possible Routes of Darwinian Evolution." J. theor. Bio. (2000) 203, 111-116. | KM000411 - KM000416 | |
| P-260 | 09/2001 | Hussain, S.T., L.J. Roe, J.G.M. Thewissen, Williams, E.M. "Skeletons of Terrestrial Cetaceans and the Relationship of Whales to Artiodactyls." Nature. September 2001. | KM000417 - KM000421 | |
| P-261 | 1997 | Gould, Stephen Jay. "Hooking Leviathan by Its Past." (1997) | KM000422 - KM000432 | |

-6-

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-262 | 08/20/1999 | Holden, Constance. "Kansas Dumps Darwin, Raises Alarm Across the United States." Science, Vol. 285, Issue 5431 (August 20, 1999), 1186-1187. | KM000433 - KM000436 | |
| P-263 | 01/16/2001 | Bennett, Albert F.; Long, Anthony D.; Riehle, Michelle M. "Genetic architecture of thermal adaptation in Escherichia coli." PNAS, Vol. 98, No. 2 (January 16, 2001), 525-530. | KM000437 - KM000442 | |
| P-264 | | List of books available, seeking and found | KM000443 | |
| P-265 | 05/1995 | Negoro, S., Prijambada, I., Urabe, I., Yomo, T. "Emergence of Nylon Oligomer Degradation Enzymes in Pseudomonas aeruginosa PAO through Experimental Evolution." Applied and Environmental Microbiology (May 1995), 2020-2022. | KM000444 - KM000446 | |
| P-266 | 03/1999 | Arber, W., Blot, M., Lenski, R., Meier-Eiss, J., Papadopoulos, D., Schneider, D. "Genomic evolution during a 10,000-generation experiment with bacteria." Proc. Natl., Vol. 96 (March 1999), 3807-3812. | KM000447 - KM000452 | |
| P-267 | 2004 | 2004 edition of BIOLOGY by Miller & Levine. Prentice Hall, publisher. | | |
| P-268 | 10/2002 | AAAS Board Resolution on Intelligent Design Theory (October 2002) | | |
| P-269 | 05/2004 | NABT Board Statement on Teaching Evolution (May 2004) | | |
| P-270 | 07/2003 | NSTA Position Statement on the Teaching of Evolution (July 2003) | | |
| P-271 | 03/2005 | NAS Presidential Letter on  The Evolution Controversy in our Schools (March 2005) | | |
| P-272 | 2004 | Hillier et al (2004)  "Generation and Annotation of the DNA sequences of human chromosomes 2 and 4," Nature 434: 724 - 731. | | |

-7-

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-273 | 1984 | Chang & Slightom (1984) Isolation and nucleotide sequence analysis of the beta-type globin pseudogene from human, gorilla, and chimpanzee. J. Mol. Biol. 180: 767-784. | | |
| P-274 | 1984 | Harris et al (1984) The primate psi-beta-1 gene. An ancient beta-globin pseudogene . J. Mol. Biol. 180: 785-801. | | |
| P-275 | 1960 | Zimmerman EC. 1960. Possible evidence of rapid evolution in Hawaiian moths. Evolution 14:137-138. | | |
| P-276 | 2000 | Filchak et al (2000) Natural selection and sympatric divergence in the apple maggot Rhagoletis pomonella. Nature 407: 739-742. | | |
| P-277 | 2002 | Mosil et al (2002) Host-plant adaptation drives the parallel evolution of reproductive isolation. Nature 417: 440-443. | | |
| P-278 | 1997 | Wake (1997) Incipient species formation in salamanders of the Ensatina complex. Proceedings of the National Academy of Sciences 94: 7761-7767. | | |
| P-279 | 1996 | van Gent et al (1996) Similarities between initiation of V(D)J recombination and retroviral integration. Science 271: 1592-1594. | | |
| P-280 | 2003 | Clatworthy et al (2003) V(D)J recombination and RAG-mediated transposition in yeast. Mol Cell. 12: 489-499. | | |
| P-281 | 2003 | Messier et al (2003). In vivo transposition mediated by V(D)J recombinase in human T lymphocytes. EMBO J. 2003; 22: 1381-1388. | | |
| P-282 | 2004 | Zhou et al (2004) Transposition of hAT elements links transposable elements and V(D)J recombination. Nature. 2004; 432: 995-1001. | | |

-8-

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-283 | 2005 | Kapitonov VV, Jurka J (2005). RAG1 Core and V(D)J Recombination Signal Sequences Were Derived from Transib Transposons. Public Library of Science, Biol. 3: e181. | | |
| P-284 | 2003 | Gophna (2003) Bacteria Type III secretion systems are ancient and evolved by multiple horizontal-transfer events. Gene 312: 151-163. | | |
| P-285 | 1998 | Heuck (1998) Type III protein secretion systems in bacterial pathogens of animals and plants, Microbiol. Mol. Biol. Rev. 62: 379-433. | | |
| P-286 | 2003 | Davidson et al (2003) 450 million years of hemostasis. J Thromb Haemost 2003; 1: 1487-1494. | | |
| P-287 | 2002 | Hanumanthaiah et al (2002) Comprehensive Analysis of Blood Coagulation Pathways in Teleostei: Evolution of Coagulation Factor Genes and Identification of Zebrafish Factor VIIi . Blood Cells, Molecules, and Diseases 29 : 57- 68. | | |
| P-288 | | Diagram of human chromosome #2 | | |
| P-289 | 07/01/2005 | SCIENCE, volume 309, Issue No. 5731 (July 1, 2005) | | |
| P-290 | 2003 | J. Campbell and S. Meyer. "Darwinism, Design, and Public Education." Michigan State Univ. Press. (2003). | | |
| P-291 | | Kevin Padian's Expert Witness Report | | |
| P-292 | | Kevin Padian's CV | | |
| P-293 | 10/1999 | Kelley, Patricia H., Bryan, Jonathan R., and Hansen, Thor A. "The Evolution-Creation Controversy II: Perspectives on Science, Religion and Geological Education." The Paleontological Society Papers, Volume 5 | KP000001 – KP000044 | |
| P-294 | | Padian, Kevin. "Cross-Testing Adaptive Hypotheses: Phylogenetic Analysis and the Origin of Bird Flight." | KP000045 – KP000054 | |

-9-

# EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-295 | | Boisserie, Jean-Renaud, Lihoreau, F., and Brunet, M. "The position of Hippopotamidae within Certartiodactyla." | KP000055 – KP000059 | |
| P-296 | | Burnham, David A., et al. "Remarkable New Birdlike Dinosaur from the Upper Cretaceous of Montana." | KP000060 – KP000073 | |
| P-297 | | Darwin's "The Origin of Species" available online | KP000074 | |
| P-298 | | Dial, Kenneth P. "Wing-Assisted Incline Running and the Evolution of Flight." | KP000075 – KP000077 | |
| P-299 | | Eldredge, Niles and Gould, Stephen J. "Punctuated Equilibria: An Alternative to Phyletic Gradualism." | KP000078 – KP000094 | |
| P-300 | | Jackson, Jeremy B., and Cheetham, Alan H. "Evolutionary Significance of Morphospecies: A Test with Cheilostome Bryozoa." | KP000095 – KP000100 | |
| P-301 | | Laurin, Michel. "The importance of global parsimony and historical bias in understanding tetrapod evolution. Part I. Systematics, middle ear evolution and jaw suspension" | KP000101 - KP000142 | |
| P-302 | | Michael J. Benton and Rebecca Hitchin. "Congruence between phylogenetic and stratigraphic data on the history of life." | KP000143 - KP000148 | |
| P-303 | | Robert J. Asher, Jin Meng, John R. Wible, Malcolm C. McKenna, Guillermo W. Rougler, Demberlyn, Michael J. Novacek. "Stem Lagomorpha and the Antiquity of Glires." | KP000149 - KP000152 | |
| P-304 | | Kevin Padian and Kenneth D. Angielczyk. "'Transitional Forms' Versus Transitional Features." | KP0001153 - KP000175 | |
| P-305 | | List of other References to be used (list produced on listed bates labeled documents) | KP000176 - KP000177 | |
| P-306 | | Richard O. Prum and Scott Williamson. "Theory of the Growth and Evolution of Feather Shape." | KP000178 - KP000205 | |

-10-

PHLEGAL: #1784293 v1 (128RP01!.DOC)