# EXHIBIT B-3

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-307 | | Thomas H. Rich, James A. Hopson, Anne M. Musser, Timothy F. Flannery, Patricia Vickers-Rich. "Independent Origins of Middle Ear Bones in Monotremes and Therians." | KP000206 - KP000210 | |
| P-308 | | William Paley. "Natural Theology; or, Evidences of the Existence and Attributes of the Deity." | KP000211 - KP000392 | |
| P-309 | | William Paley. "Natural Theology; or, Evidences of the Existence and Attributes of the Deity." | KP000393 | |
| P-310 | | Kevin Padian, Alan D. Gishlick. "The Talented Mr. Wells." | KP000394 - KP000399 | |
| P-311 | | Kevin Padian and Luis M. Chiappe. "The Origin of Birds and Their Flight." | KP000400 - KP000411 | |
| P-312 | | Kevin Padian. "Cross-Testing Adaptive Hypotheses: Phylogenetic Analysis and the Origin of Bird Flight." | KP000412 - KP000421 | |
| P-313 | | Kevin Padian and Luis M. Chiappe. "The Origin and Early Evolution of Birds." | KP000422 - KP000463 | |
| P-314 | | John Haught's Expert Witness Report | | |
| P-315 | | John Haught's CV | | |
| P-316 | 2003 | Haught, John F. "Deeper Than Darwin: The Prospect for Religion in the Age of Evolution."" | | |
| P-317 | 1999 | Haught, John F. "God After Darwin: A Theology of Evolution." | | |
| P-318 | 03/31/2005 | Robert Pennock's Expert Witness Report | | |
| P-319 | | Robert Pennock's CV | | |
| P-320 | | Michael J. Behe. "Design for Living." Op-Ed Contributor. | RP00001 - RP00002 | |
| P-321 | 11/30/1996 | Belz, Joel. "Witnesses for the prosecution. Darwin on Trial author brings together anti-Darwin coalition to bring down Evolution." | RP00003 - RP00005 | |
| P-322 | 08/14/2000 | Interview with Phillip Johnson, Christianbook.com (2000) | RP00006 - RP00009 | |

-11-

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-323 | May/June 1995 | Dembski, W. A. (1995). "What Every Theologian Should Know about Creation, Evolution, and Design." Center for Interdisciplinary Studies Transactions 3(2); 1-8 | RP00010 - RP00017 | |
| P-324 | 1996 | Dembski, W. A. (1996). "Converting Matter in Mind: Alchemy and the Philosopher's Stone in Cognitive Science." Perspectives on Science and Christian Faith 42(4): 202-226. | RP00018 - RP00047 | |
| P-325 | 10/25/1999 | Goode, S. (1999).  Johnson Challenges Advocates of Evolution.  Insight. | RP00048 - RP00055 | |
| P-327 | 01/1995 | Johnson, P.E. (1995).  Reason in the Balance: The Case Against Naturalism in Science, Law & Education.  Downers Grove, IL, Intervarsity Press. | RP00056 - RP00058 | |
| P-328 | 08/31/1996 | Johnson, P.E. (1996). Starting a Conversation about Evolution: A review of The Battle of the Beginnings: Why Neither Side is Winning the Creation-Evolution Debate by Del Ratzsch.  Access Research Network. | RP00059 - RP00064 | |
| P-329 | 2002 | Johnson, P.E. (2002). Recognizing the Power of Religion.  Touchstone. 15:12. | RP00065 - RP00068 | |
| P-330 | 03/13/2003 | Lenski, R. E., C. Ofria, et al. (2003). "The evolutionary origin of complex features."  Science 423: 139-144. | RP00069 - RP00074 KM000319 - KM000324 | |
| P-331 | 1996 | Levin JS. "How prayer heals: a theoretical model." Altern Ther Health Med. 1996 Jan;2(1):66-73. | RP00075 | |
| P-332 | 1999 | Meyer, S. C. (1999). "The return of the god hypothesis."  Journal of Interdisciplinary Studies XI (1/2): 1-38. | RP00076 – RP00106 | |
| P-333 | 12/21/2001 | Monastersky, Richard. "Seeking the Deity in the Details, most scientists discount the idea of supernaturally directed evolution." | RP00107 – RP00112 | |
| P-334 | 02/2005 | Morris, Henry M. "The Design Revelation." BTG No. 194a February 2005 | RP00113 – RP00116 | |
| P-335 | 06/01/1999 | "A Roundtable on Nature's Destiny." Roundtable Discussion. Origins & Design 19:2, Issue 37 | RP00117 – RP00127 | |

# EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-336 | 10/11/2000 | Pennock, Robert T. "The Wizards of ID: Reply to Dembski." METAVIEWS 089. | RP00128 – RP00158 | |
| P-337 | 2002 | Pennock, Robert T. "Should Creationism be Taught in Public Schools?" Science & Education 11: 111-133, 2002. | RP00159 – RP00181 | |
| P-338 | 04/27/1998 | Walker, K. (1998). Young-earth theory gains advocates.  Christianity Today. | RP00182 - RP00185 | |
| P-339 | 2000 | Pennock, Robert T. "Tower of Babel: The Evidence Against the New Creationism." | | |
| P-340 | 1998 | Dembski, W. A. (1998).  Mere Creation: science, faith & intelligent design. Downers Grove, Ill. Intervarsity Press. | | |
| P-341 | 1999 | Dembski, W. A. (1999).  Intelligent Design: The Bridge Between Science & Theology.  Downers Grove, Ill. Intervarsity Press. | | |
| P-342 | 2002 | Dembski, W. A. (2002).  No Free Lunch: Why Specified Complexity Cannot Be Purchased without Intelligence.  Lanham, Rowman & Littlefield Publishers, Inc. | | |
| P-343 | 2004 | Dembski, W. A. (2004).  The Design Revolution: Answering The Toughest Questions About Intelligent Design. Downers Grove, Ill. Intervarsity Press. | | |
| P-344 | 1983 | Frair, W. and Davis, P. (1983). A Case for Creation.  Chicago, Moody Press. | | |
| P-345 | 1991 | Johnson, P.E. (1991).  Darwin on Trial. Washington, D.C., Regnery Gateway. | | |
| P-346 | 2002 | Johnson, P. E. (2002).  The Right Questions: Truth, Meaning and Public Debate.  Downers Grove, IL, Intervarsity Press. | | |
| P-347 | 04/01/2005 | Barbara Forrest's Expert Witness Report | | |
| P-348 | | Barbara Forrest's CV | | |
| P-349 | 07/2005 | Barbara Forrest's Supplemental Expert Witness Report | | |

PHLEGAL: #1784293 v1 (128RP01!.DOC)

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-350 | 01/10/1987 | FTE letter to Mr. Bartlett, Council of Academic and Educational Advisors, Nationwide Poll of Biology Teachers (cite #96) | BF000001 - BF000007 | |
| P-351 | 12/1988 | FTE open letter, "Those Perplexing Pandas," The Pandas collector's box brochure and evolutionary brochure (cite #96) | BF000008 - BF000012 | |
| P-352 | 06/19/1987 | U.S. Supreme Court Edwards v. Aguillard Appeal form U.S. Court of Appeals for the Fifth Circuit (cite #97) | BF000013 - BF000038 | |
| | 12/1992 | FTE open letter, letter to Eugene Scott (cite #98) | BF000039 - BF000042 | |
| P-353 | | Life after Materialism from Discovery Institute website (cite #99) | BF000043 - BF000044 | |
| P-354 | | Becoming a Disciplined Science: Prospects, Pitfalls, and Reality Check for ID by William A. Debmski (cite #101, #196) | BF000045 - BF000052 | |
| P-355 | 12/13/2003 | Dr. Phillip Johnson is World Magazine's Daniel of the Year"" by John Perry (cite #102) | BF000053 - BF000056 | |
| P-356 | 12/13/2003 | Courtly Combatant by John Perry (cite #102) | BF000057 - BF000061 | |
| P-357 | 07/1999 - 08/1999 | Intelligent Design by Johnson, Behe, Pearcey, Dembski, and others...from A Journal of Mere Christianity (cite #103, #110) | BF000062 -BF000071 | |
| P-358 | 03/1980 | Theistic Evolution and the Day-Age Theory by Richard Niessen (cite #104) | BF000072 - BF000076 | |
| P-359 | | What every theologian should know about creation, evolution and design by William A. Dembski, Ph.D. (cite #105, #133) | BF000077 - BF000084 | |
| P-360 | | Challenging Darwin's Myths by Mark Hartwing (cite #106) | BF000085 - BF000090 | |
| P-361 | 01/1996 | Issues in the creation-evolution controversies by Jonathan Wells (cite #107) | BF000091 - BF000095 | |
| P-362 | | Creationism's Trojan Horse by B. Forrest and Paul R. Gross pages 273 - 274 (cite #108) | BF000096 - BF000098 | |

# EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-363 | | Uncommon Dissent: Intellectuals Who Find Darwin Unconvincing Ed. William A. Dembski chapter 4: "Darwin meets the Berenstain Bears" by Nancy R. Pearcey (cite #111) | BF000099 - BF000113 | |
| P-364 | | Religion and Public Life in the Pacific Northwest: the None Zone ed. P. O'Connell Killen and M. Silk (cite #112) | BF000114 - BF000123 | |
| P-365 | | Creationism's Trojan Horse by B. Forrest and Paul R. Gross pages 22-23, 148-150, 264-267 (cite #115) | BF000124 - BF000133 | |
| P-366 | 01/2004 | Avenging angel of the religious right by Max Blumenthal (cite #116) | BF000134 - BF000143 | |
| P-367 | | Creationism's Trojan Horse by B. Forrest and Paul R. Gross pages 169, 266-267 (cite #116) | BF000144 - BF000147 | |
| P-368 | | Howard Ahmanson, board of Directors-Discovery Institute (cite #117) | BF000148 | |
| P-369 | | Access Research Network: Book Menu (cite #118) | BF000149 - BF000154 | |
| P-370 | | Discovery Institute list of books (cite #119) | BF000155 - BF000156 | |
| P-371 | 10/25/2004 | State Your Case by Chris Mooney (cite #120) | BF000157 - BF000158 | |
| P-372 | | 2001-03 Total Flareups (cite #120) | BF000159 - BF000160 | |
| P-373 | | Creationism's Trojan Horse by B. Forrest and Paul R. Gross pages 215-255 (cite #121, #156) | BF000161 - BF000202 | |
| P-374 | | Kansas Citizens for Science webpage (cite #121) | BF000203 | |
| P-375 | | Kansas Citizens for Science Discussion Forums (cite #121) | BF000204 | |
| P-376 | 12/19/1997 | Surviving Darwinism by Maria Freeman (cite #124) | BF000205 - BF00206 | |
| P-377 | | Witnesses for the prosecution by Jay Grelen (cite #125) | BF000207 - BF000208 | |
| P-378 | 08/31/1996 | Starting a Conversation about Evolution by Phillip E. Johnson (cite #126) | BF000209 - BF000211 | |

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-379 | 06/29/2001 | Partial transcript of Phillip Johnson "The State of the Wedge," Darwin, Design, and Democracy Symposium (cite #128) | BF000212 - BF000216 | |
| P-380 | | List of articles by William A. Dembski, Senior Fellow-CSC (cite #130) | BF000217 | |
| P-381 | | Creationism's Trojan Horse by B. Forrest and Paul R. Gross pages 85-146 (cite #130) | BF000218 - BF000280 | |
| P-382 | | Creationism's Trojan Horse by B. Forrest and Paul R. Gross page 293 (cite #131) | BF000281 - BF000282 | |
| P-383 | 02/20/2005 | Seminary site to explore cosmic designer concept by Peter Smith (cite #132, #140) | BF000283 - BF000286 | |
| P-384 | 02/27/2001 | Teaching Intelligent Design: What Happened When? A Response to Eugenie Scott by William A. Dembski (cite #132) | BF000287 - BF000290 | |
| P-385 | | Reflections on Human Origins by William A. Dembski (cite #134) | BF000291 - BF000316 | |
| P-386 | 05/2002 | Genesis of 'Intelligent Design' by Steve Benen (cite #135) | BF000317 - BF000322 | |
| P-387 | 02/07/2005 | ID theorist blunders on Bible: Reply to William Dembski by Jonathan Sarfati, Ph.D. (cite #136) | BF000323 - BF000326 | |
| P-388 | | Antony Flew Considers God...Sort of by Richard Carrier (cite #138) | BF000327 - BF000330 | |
| P-389 | 09/16/2004 | Dembski to head seminary's new science and theology center by Jeff Robinson (cite #139) | BF000331 - BF000333 | |
| P-390 | | Intelligent Design by William A. Dembski pages 206-210 (cite #141) | BF000334 - BF000339 | |
| P-391 | | Intelligent Design by William A. Dembski pages 50-51 (cite #142) | BF000340 - BF000342 | |
| P-392 | | Darwinism: Science or Philosophy: Chapter 7, the Incompleteness of Scientific Naturalism by William A. Dembski (cite #143) | BF000343 - BF000352 | |
| P-393 | 02/02/2000 | Intelligent Design is not Optimal Design by William A. Dembski (cite #144) | BF000353 - BF000356 | |

-16-

### EXPERT WITNESS EXHIBIT LIST
### KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-394 | | The Design Revolution: Preface by William A. Dembski (cite #145) | BF000357 - BF000366 | |
| P-395 | | Jonathan Wells, Senior Fellow- CSC (cite #146) | BF000367 | |
| P-396 | | Darwinism: Why I went for a Second Ph.D. by Jonathan Wells (cite #147) | BF000368 - BF000370 | |
| P-397 | | Dr. Jonathan Wells returns to UTS (cite #148) | BF000371 - BF000372 | |
| P-398 | 01/2001 | Interview with Jonathan Well (cite #149) | BF000373 - BF000375 | |
| P-399 | | Icons of Evolution?: Why much of what Jonathan Wells writes about evolution is wrong Introduction (cite #150) | BF000376 - BF000432 | |
| P-400 | | Evolution vs. Creationism: An Introduction by Eugenie C. Scott page 116 "Intelligent Design" (cite #43) | BF000433 - BF000434 | |
| P-401 | | Evolution vs. Creationism: An Introduction by Eugenie C. Scott page 62 "Progressive Creationism" (cite #44) | BF000435 - BF000436 | |
| P-402 | | The Trustworthiness of Scripture in Areas Relating to Natural Science by Walter L. Bradley, Ph.D. and Roger Olsen (cite #45) | BF000437 - BF000455 | |
| P-403 | | Creationism's Trojan Horse by B. Forrest and Paul R. Gross page 276-280 (cite #46) | BF000456 - BF000461 | |
| P-404 | | Evolution vs. Creationism: An Introduction by Eugenie C. Scott pages 61-64 (cite #46) | BF000462 - BF000466 | |
| P-405 | | The Case for Creation by Wayne Frair and P. William Davis page 24 (cite #47) | BF000467 - BF000468 | |
| P-406 | | Origins: Evolution Creation, Institute for Creation Research (cite #48) | BF000469 - BF000472 | |
| P-407 | | Origins: Creation or Evolution by Richard B. Bliss, Ed.D. (cite #49) | BF000473 - BF000475 | |
| P-408 | | The Intelligent Design Movement by William Dembski (cite #50, #85) | BF000476 - BF000478 | |

-17-

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-409 | | Evolution vs. Creationism: An Introduction by Eugenie C. Scott pages 116-117 (cite #50) | BF000479 - BF000481 | |
| P-410 | 07/2004-08/2004 | Darwin's Last Stand? A special Issue on Darwinism, Naturalism, & Intelligent Design from Touchstone magazine (cite #50, #113, #127, #200) | BF000482 - BF000488 | |
| P-411 | | Dr. A.E. Wilder-Smith homepage | BF000489 | |
| P-412 | | Dr. A.E.Wilder-Smith website "Testimonials" (cite #50) | BF000490 | |
| P-413 | | Institute for Creation Research website: A Young-Earth Creationist Bibliography (cite #50) | BF000491 - BF000493 | |
| P-414 | | letter from Stan Oakes, National Director of Christian Leadership Ministries and the book The Mystery of Life's Origins by Charles B. Thaxton, Walter L. Bradley, and Roger L. Olsen: Forward by Dean H. Kenyon (cite #51) | BF000494 - BF000498 | |
| P-415 | 03/01/1997 | Opening the Big Tent" in Science: The New Design Movement" by Nancy Pearcey (cite #51, #60, #67, #86) | BF000499 - BF000501 | |
| P-416 | | Forward from The Mystery of Life's Origin by Charles B. Thaxton (cite #52) | BF000502 -BF000505 | |
| P-417 | | Nexa Journal "The Great Debate: Evolution vs. Creation" (cite #52) | BF000506 - BF000516 | |
| P-418 | | Aguillard v. Edwards Affidavit of Dr. Dean H. Kenyon in Biology and Bio-Chemistry (cite #52, #73, #77, #81, #184) | BF000517 - BF000526 | |
| P-419 | | Forward from What is Creation Science by Henry M. Morris and Gary E. Parker (cite #52) | BF000527 - BF000528 | |
| P-420 | 07/1999 - 08/1999 | Evidence for a Young World by D. Russell Humphreys, Ph.D. from Creation Matters (cite #52) | BF000529 - BF000539 | |
| P-421 | | Creationism's Trojan Horse by B. Forrest and Paul R. Gross pages 16-23 (cite #53) | BF000540 - BF000549 | |
| P-422 | 07/1999 - 08/1999 | The Wedge: Breaking the Modernist Monopoly on Science by Phillip E. Johnson (cite #54) | BF000550 - BF000558 | |

-18-

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-423 | 03/26/1992 - 03/28/1992 | Table of contents of the proceedings of a symposium "Darwinism: Science of Philosophy": (cite #54) | BF000559 - BF000561 | |
| P-424 | | Access Research Network "Is Common Descent an Axiom of Biology?" (cite #55) | BF000562 | |
| P-425 | | Reason in the Balance by Phillip E. Johnson page 29 (cite #56) | BF000563 - BF000564 | |
| P-426 | | Description of video documentary "Unlocking the Mystery of Life" (cite #57) | BF000565 | |
| P-427 | | Staff of the Center for Renewal of Science and Culture (cite #58) | BF000566 - BF000567 | |
| P-428 | | List of Fellows at the Center for Science and Culture (cite #58) | BF000568 - BF000569 | |
| P-429 | | Life in the Big Tent: Traditional Creationism and the Intelligent Design Community by Paul A. Nelson (cite #59, #61, #62, #63, #65) | BF000570 - BF000576 | |
| P-430 | | Timeline of major events in interaction between evolutionary and creationist worldviews (cite #61) | BF000577 - BF000578 | |
| P-431 | 06/01/1987 | Review of Michael Denton's Evolution: A Theory in Crisis by Philip T. Spieth (cite #63) | BF000579 - BF000581 | |
| P-432 | 08/18/1986 | Brief for Amicus Curaiae The National Academy of Sciences Urging Affirmance in Edwin W. Edwards v. Don Aguillard (cite #64) | BF000582 - BF000592 | |
| P-433 | | A Reply to my Critics by Phillip E. Johnson (cite #66) | BF000593 - BF000601 | |
| P-434 | | Darwin's Black Box by Michael J. Behe page 251 (cite #66) | BF000602 - BF000603 | |
| P-435 | | Teaching about the origin of life: Wendell Bird's Address to the ACLU (cite #68) | BF000604 - BF000605 | |
| P-436 | | Origins Research Archives: Index: Origins Research 1978 - 1986 (cite #68) | BF000606 - BF000607 | |
| P-437 | | Origins Research Index 1978 - 1986 (cite #68) | BF000608 - BF000615 | |

PHLEGAL #1784293 v1 (128RP01!.DOC)

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-438 | | Creationism's Trojan Horse by B. Forrest and Paul R. Gross pages 176-177, 347 (cite #68) | BF000616 - BF000619 | |
| P-439 | | 3.6 Thomas (1990): The Foundation for Thought and Ethics by John A. Thomas (cite #69, #91) | BF000620 - BF000621 | |
| P-440 | 10/14/1994 | Darwinian Struggle: Instead of Evolution, a Textbook Proposes 'Intelligent Design' by Frik Larson (cite #70, #94) | BF000622 - BF000625 | |
| P-441 | | Creation Research Science Quarterly Volume 31 June 1994 No. 1 (cite #71) | BF000626 - BF000630 | |
| P-442 | | The ICT Scientists-Impact No. 86 August 1980 (cite #72) | BF000631 | |
| P-443 | | Center for Science & Culture "Top Questions" (cite #74) | BF000632 - BF000635 | |
| P-444 | | Of Pandas and People by P. Davis and D. Kenyon title page and page 157 (cite #75) | BF000636 - BF000638 | |
| P-445 | | Scientific Creationism (Public School Edition) ed. H. Morris, Ph.D. page 50-51 (cite #76) | BF000639 - BF000640 | |
| P-446 | | Intelligent Design: The Bridge Between Science & Theology by William A. Dembski page 113 (cite #78) | BF000641 - BF000642 | |
| P-447 | | Of Pandas and People by P. Davis and D. Kenyon title page, 1st page of chapter 1, page 42 (cite 79) | BF000643 - BF000646 | |
| P-448 | | Scientific Creationism (Public School Edition) ed. H. Morris, Ph.D. page 78-79 (cite #80) | BF000647 - BF000648 | |
| P-449 | | The Cambrian Explosion: Biology's Big Bang by Stephen C. Meyer, P.A. Nelson, and Paul Chien (cite #82) | BF000649 - BF000698 | |
| P-450 | | Of Pandas and People by P. Davis and D. Kenyon title page, page 22 (cite #83) | BF000699 - BF000701 | |
| P-451 | | Of Pandas and People by P. Davis and D. Kenyon title page, pages 99-100 (cite #84) | BF000702 - BF000705 | |

# EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-452 | | Origins: Creation or Evolution by Richard B. Bliss, Ed.D. page 9 (cite #84) | BF000706 - BF000708 | |
| P-453 | | NCSE Resources page (cite #85) | BF000709 - BF000710 | |
| P-454 | | Origins: Creation or Evolution by Richard B. Bliss, Ed.D. page 33 (cite #87) | BF000711 - BF000713 | |
| P-455 | | Of Pandas and People by P. Davis and D. Kenyon title page, page 58 (cite #88) | BF000714 - BF000716 | |
| P-456 | | Of Pandas and People by P. Davis and D. Kenyon title page, page 58 (cite #88) | BF000717 - BF000719 | |
| P-457 | | Zimmerman, Michael. 'The Evolution-Creation Controversy: Opinions of Ohio High (cite #89) | BF000720 | |
| P-458 | | Of Pandas and People by P. Davis and D. Kenyon title page, page ix (cite #90) | BF000721 - BF000723 | |
| P-459 | | What is the Foundation for Thought and Ethics (cite #92) | BF000724 | |
| P-460 | | 29+ Evidences for Macroevolution: 'Evidences?' (cite #93) | BF000725 - BF000731 | |
| P-461 | | The Foundation for Thought and Ethics: Articles of Incorporation and Article 9.01 Report (cite #95) | BF000732 - BF000740 | |
| P-462 | | Stephen C. Meyer, Senior Fellow-Discovery Institute (cite #151) | BF000741 | |
| P-463 | | Of Pandas and People by P. Davis and D. Kenyon pages 160-161 (cite #152) | BF000742 - BF000745 | |
| P-464 | | Teaching the Origins Controversy: Science, or Religion, Or Speech? by D. DeWolf, S. Meyer, and M. DeForrest (cite #153) | BF000746 - BF000793 | |
| P-465 | | Where Darwin Meets the bible: Creationists and Evolutionists in America. by Larry A. Witham pages 66-67 (cite #154) | BF000794 - BF000796 | |
| P-466 | | Robert T. Pennock-Publications (cite #155, #160) | BF000797 - BF000835 | |
| P-467 | | The Ohio firestorm of 2002 (cite #156) | BF000826- BF000841 | |
| P-468 | 03/30/2002 | Teach the Controversy by Stephen Meyer (cite #157) | BF000842 - BF000843 | |

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-469 | | Authors: Intelligent design has distinctly evolutionary nature by B. Forrest and Paul R. Gross (cite #157, #191) | BF000844 - BF000846 | |
| P-470 | 12/2004 | The Evolution of Intelligent Design" by B. Forrest and Paul R. Gross (cite #157) | BF000847 - BF000853 | |
| P-471 | 03/14/2005 | :Battle on Teaching Evolution Sharpens" by Peter Slevin (cite #158) | BF000854 - BF000856 | |
| P-472 | | List of Fellows at CSC (cite #158) | BF000857 - BF000858 | |
| P-473 | 03/31/2005 | Does Seattle group teach controversy" or contribute to it?" by Linda Shaw (cite #159) | BF000859 - BF000863 | |
| P-474 | 09/26/2004 | The Panda's Thumb: Meyer and Déjà vu Revisited by Wesley R. Elsberry (cite #161) | BF000864 - BF000866 | |
| P-475 | | By Design: A Whitworth professor takes a controversial stand to show that life was no accident by Stephen C. Meyer (cite #162) | BF000867 - BF000872 | |
| P-476 | | Doubts about Darwin by Thomas Woodward page 88 (cite #163) | BF000873 - BF000874 | |
| P-477 | 06/29/2001 | Welcome to ARN -Announce: Number Sixteen by Dennis Wagner (cite #163) | BF000875 - BF000879 | |
| P-478 | 03/1986 | Scientific Tenets of Faith by Stephen C. Meyer (cite #165) | BF000880 - BF000882 | |
| P-479 | | Colossians 1 (new International version) from BibleGateway.com (cite #166) | BF000883 - BF000884 | |
| P-480 | | Paul Nelson, Fellow-CSC (cite #168) | BF000885 | |
| P-481 | | Three views on Creation and Evolution by .P. Moreland and John Mark Reynolds (cite #169, #170) | BF000886 - BF000918 | |
| P-482 | | Paul Chien, Senior Fellow-CSC (cite #171) | BF000919 | |
| P-483 | | Creationism's Trojan Horse by B. Forrest and Paul R. Gross pages 49-84 (cite #172, #194) | BF000920 - BF000956 | |
| P-484 | | Creationism's Trojan Horse by B. Forrest and Paul R. Gross pages 162-164 (cite #173) | BF000957 - BF000960 | |

-22-

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-485 | | The Twilight of Darwinism at the Dawn of a New Millennium- An Interview with Dr. Paul Chien by Cicilia Yau (cite #174, #175) | BF000961 - BF000964 | |
| P-486 | | Dean Kenyon, Fellow-CSC (cite #176) | BF000965 | |
| P-487 | | Keep Science free from Creationism by Euginie C. Scott (cite #177) | BF000966 - BF000968 | |
| P-488 | | A Scopes Trial for the '90s by Stephen C. Meyer (cite #178) | BF000969 - BF000970 | |
| P-489 | | Teaching about Evolution and the Nature of Science page 56 (cite #179) | BF000971 | |
| P-490 | | The Case for Creation by William Frair and P. William Davis page 18-19 (cite #180) | BF000972 - BF000974 | |
| P-491 | | Of Pandas and People by P. Davis and D. Kenyon page 157 (cite #182) | BF000975 - BF000977 | |
| P-492 | 02/20/2003 | Bible Answer Man radio show: Interview with Phillip Johnson by Hank Hanegraaf (cite #183) | BF000978 - BF000993 | |
| P-493 | | Evolution as Dogma: The Establishment of Naturalism "A Reply to my Critics" by Phillip E. Johnson (cite #183) | BF000994 - BF001002 | |
| P-494 | | Of Pandas and People by P. Davis and D. Kenyon pages 98, 141 (cite #185, #186) | BF001003 - BF001006 | |
| P-495 | | The Case for Creation by Wayne Frair and P. William Davis pages 31-33 (cite #187) | BF001007 - BF001009 | |
| P-496 | | Mere Creation: Science, Faith & Intelligent Design edited by William A. Dembski pages 22-23 (cite #188) | BF001010 - BF001012 | |
| P-497 | | Scientific Creationism (Public School Edition) ed Henry m. Morris, Ph.D. pages 14-15 (cite #189) | BF001013 - BF001014 | |
| P-498 | 06/1983 | Evolutionary Indoctrination and Decision-Making in Schools by Richard B. Bliss, Ed.D. (cite #190) | BF001015 - BF001016 | |
| P-499 | | Intelligent Design in Public School Science Curricula: A Legal Guidebook by David DeWolf, Stephen Meyer, and Mark DeForrest (cite #191) | BF001017 - BF001034 | |

-23-

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-500 | 03/11/2005 | Teach the Controversy by Stephen C. Meyer and John Angus Campbell (cite #191) | BF001035 - BF001036 | |
| P-501 | | Creationism's Trojan Horse by B. Forrest and Paul R. Gross pages 43-44 (cite #193) | BF001037 - BF001039 | |
| P-502 | 01/26/2005 | The Origin of Biological Information and the Higher Taxonomic Categories by Stephen C. Meyer (cite #193) | BF001040 - BF001064 | |
| P-503 | 09/07/2004 | BSW repudiates Meyer (cite #193) | BF001065 | |
| P-504 | 10/11/2004 | The Panda's Thumb: "Theory is as Theory Does" by Ian Musgrave, Steve Reuland, and Reed Cartwright (cite #193) | BF001066 - BF001083 | |
| P-505 | | Creationism's Trojan Horse by B. Forrest and Paul R. Gross pages 35-47 (cite #194) | BF001084 - BF001097 | |
| P-506 | | CSC: Information about Center Fellows and the Research Fellowship Program (cite #195) | BF001098 | |
| P-507 | | Then and Only Then: A Response to Mike Gene by William A. Dembski with Addendum by Jonathan Wells (cite #197) | BF001099 - BF001101 | |
| P-508 | 05/01/2002 | Insidious Design by Steve Benen (cite #198) | BF001102 - BF001108 | |
| P-509 | 09/07/2004 | Media backgrounder: Intelligent Design Article Sparks Controversy by staff of Discovery Institute (cite #199) | BF001109 - BF001111 | |
| P-510 | 08/27/2004 | ID in the spotlight?(cite #199) | BF001112 | |
| P-511 | 12/21/2001 | Darwinism under Attack by Beth McMurtrie (cite #201, #203) | BF001113 - BF001120 | |
| P-512 | 06/24/04 - 06/26/04 | Intelligent Design Conference: Dispelling the Myth of Darwinism List of speakers and general information (cite #202) | BF001121 - BF001125 | |
| P-513 | | The Wedge Strategy - Center for the Renewal of Science Culture (cite #'s 1, 6, 42, 114 and 192) | BF001126 - BF001130 | |
| P-514 | | Creationism's Trojan Horse - The Wedge of Intelligent Design by Barbara Forrest - Chapter 2 (cite # 2) | BF001131 - BF001138 | |

PHLEGAL: #1784293 v1 (128RP01!.DOC)

# EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-515 | | The "Wedge Document": "So What?" - Discovery Institute website (cite # 2) | BF001139 - BF001157 | |
| P-516 | | The Wedge (original) - Center for the Renewal of Science & Culture - Discovery Institute (cite # 2) | BF001158 - BF001167 | |
| P-517 | | Discovery Institute's "Wedge Project" Circulates Online by James Still (cite # 3) | BF001168 - BF001171 | |
| P-518 | 06/03/2002 | Theory of Intelligent Design isn't ready for natural selection by Mindy Cameron, guest columnist in The Seattle Times (cite # 4) | BF001172 - BF001173 | |
| P-519 | 12/02/2002 | Survival of the Slickest by Chris Mooney - TAP Vol. 13, Iss. 22. (cite # 5) | BF001174 - BF001176 | |
| P-520 | 12/14/2004 | Discovery Calls Dover Evolution Policy Misguided, Calls for Its Withdrawal posted on Discovery Institute's website (cite # 8) | BF001177 | |
| P-521 | | Presbyterian Church Groups Dealing With Homosexuality (cite # 9) | BF001178 - BF001180 | |
| P-522 | | About Us page from the Reclaiming America website (cite # 9) | BF001181 | |
| P-523 | 03/16/2005 | For evangelicals, a bid to 'reclaim America' by Jane Lampman of The Christian Science Monitor  (cite # 9) | BF001182 - BF001184 | |
| P-524 | | From Truths That Transform with D. James Kennedy by Dr. Philip Johnson posted on "How the Evolution Debate Can Be Won" website (cite #'s 9 and 123) | BF001185 - BF001189 | |
| P-525 | | Oxford dictionary's definition of "Apologetics" (cite # 10) | BF001190 | |
| P-526 | | What is Apologetics? from the Christian Research Institute (cite # 10) | BF001191 | |
| P-527 | | A Case for Creation by Wayne Frair and Percival Davis - Forward and Table of Contents (cite # 10) | BF001192 - BF001194 | |
| P-528 | | Leadership University website - Apologetics (cite # 10) | BF001195 - BF001206 | |
| P-529 | | Trinity College of Florida - Frequently Asked Questions (cite # 11) | BF001207 -BF001208 | |

PHLEGAL: #1784293 v1 (128RP01!.DOC)

## EXPERT WITNESS EXHIBIT LIST
## <u>KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.</u>

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-530 | | Apologetics.org - Skeptics Welcome Station (cite # 12) | BF001209 | |
| P-531 | | Apologetics.org - Questions and Answers (cite # 13) | BF001210 - BF001212 | |
| P-532 | | Apologetics.org - The Center for University Ministries (cite # 14) | BF001213 - BF001214 | |
| P-533 | 12/19/2004 | Some allies question Dover board's policy by Lauri Lebo published in York Daily Record (cite # 15) | BF001215 - BF001216 | |
| P-534 | | Naturalism in Education: A Study of Sidney Hook by B. Forrest (cite # 16) | BF001217 - BF001577 | |
| P-535 | | The Wedge at Work by B. Forrest (cite # 17) | BF001578 - BF001606 | |
| P-536 | | Creationism's Trojan Horse: The Wedge of Intelligent Design by B. Forrest and Paul R. Gross (cite #18) | BF001607 - BF001609 | |
| P-537 | | Selman v. Cobb County School District: Amicus Curiae of Several Pro-Evolution Groups (cite #19) | BF001610 - BF001617 | |
| P-538 | | A Defense of Naturalism as a Defense of Secularism by B. Forrest (cite #20) | BF001618 - BF001668 | |
| P-539 | 09/01/2004 | Is It Science Yet? Intelligent Design Creationism and the Constitution by Steven Gey, Matthew Brauer, and B. Forrest (cite #22, #32, #109) | BF001669 - BF001863 | |
| P-540 | | Description of the book Scientific Values and Civic Virtues Edited by Noretta Koertge (cite #23, #32) | BF001864 | |
| P-541 | | Methodological Naturalism and Philosophical Naturalism: Clarifying the Connection by B. Forrest (cite #24) | BF001967 - BF001989 | |
| P-542 | | The Newest Evolution of Creationism by B. Forrest (cite #25) | BF001990 | |
| P-543 | | Authors: Intelligent design has distinctly evolutionary nature by B. Forrest and Paul R.Gross (cite #26) | BF001991 - BF001993 | |
| P-544 | | Wedging Creationism into the Academy by B. Forrest and Glenn Branch (cite #27) | BF001994 - BF001999 | |
| P-545 | | Creationism's Trojan Horse: A Conversation with Barbara Forrest (cite #28) | BF002000 - BF002002 | |

-26-

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-546 | | Creationism's Trojan Horse: A Conversation with Barbara Forrest (cite #28) | BF002003 - BF002012 | |
| P-547 | 10/15/2004 - 10/17/2004 | Evolution & God: Schedule of Events (cite #29) | BF002013 - BF002015 | |
| P-548 | 10/12/2004 - 10/13/2004 | American Institute of Biological Sciences: Special Symposia Recap (cite #30) | BF002016 - BF002021 | |
| P-549 | 02/15/2005 | UE Darwin Day to Discuss Intelligent Design (cite #31) | BF002022 | |
| P-550 | | Creationism's Trojan Horse by B. Forrest and Paul R. Gross (cite #32, #37) | BF002023 - BF002097 | |
| P-551 | | Design Inference Website: The Writings of William A. Dembski (cite #33) | BF002098 - BF002103 | |
| P-552 | 05/08/2000 | Discovery Institute to Hold Congressional Policy Briefing May 10 in Washington (cite #34) | BF002104 - BF002105 | |
| P-553 | | PSC: Key Resources for Parents and School Board Members: Santorum Language in the No Child Left Behind Act Conference Report (cite #35) | BF002106 - BF002108 | |
| P-554 | | Creationism's Trojan Horse by B. Forrest and Paul R. Gross (cite #36) | BF002109 - BF002114 | |
| P-555 | | Description and price of video "Unlocking the Mystery of Life" (cite #38) | BF002115 - BF002117 | |
| P-556 | 10/02/2000 - 10/04/2000 | Conference at Yale University titled "Science and Evidence for Design in the Universe" (cite #39) | BF002118 - BF002119 | |
| P-557 | 02/15/2001 | 8 Major Court Decisions against Teaching Creationism as Science by Molleen Matsumura (cite #40) | BF002120 | |
| P-558 | | The Case for Creation by Wayne Frair and P. William Davis (cite #41) | BF002121 - BF002123 | |
| P-559 | 02/19/1986 | Letter to Buell from Kenyon, re: updating Buell on his work on the manuscript for Biology and Creation | FTE000487 | |
| P-560 | 1987 | Biology and Origins by Kenyon and Davis - field test copy | FTE002957 - FTE003166 | |

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-561 | 06/09/1987 | Biology and Origins | FTE003167 - FTE003422 | |
| P-562 | 1987 | Of Pandas and People - revisions of 1983 manuscript for 1993 version | FTE004919 - FTE005206 | |
| P-563 | | Creation Biology Textbook Supplement | FTE006517 - FTE006742 | |
| P-564 | 10/01/2003 | Foundation of Thought and Ethics Tax Exempt Form | | Buell – 5 |
| P-565 | | "Introduction to Summary Chapter" | | Buell – 8 |
| P-566 | 02/13/1995 | Open addressed letter from J. Buell, of the FTE, describing foundations purpose | FTE000548 – FTE000550 | Buell – 7 |
| P-567 | 09/10/2002 | Letter to Lila Kremer from J. Buell | FTE00838 – FTE00840 | Buell – 33 |
| P-568 | | Appendix A to Barbara Forrest's Supplemental Report | | |
| P-569 | | Appendix B to Barbara Forrest's Supplemental Report | | |
| P-570 | | Appendix C to Barbara Forrest's Supplemental Report | | |
| P-571 | | Appendix D to Barbara Forrest's Supplemental Report | | |
| P-572 | 1997 | "Antievolution and Creationism in the United States, " Annu. Rev. Anthropol. 1997. 26:263-89. | | |
| P-573 | 07/08/2005 | Jon Buell's Deposition Transcript | | |
| P-574 | 06/2005 | Origins: Creation v. Evolution by Bliss | | |
| P-575 | | Jeffrey Shallit's Expert Witness Report | | |
| P-576 | | Jeffrey Shallit's CV | | |
| P-577 | | Wesley Elsberry and Jeffrey Shallit. Eight challenges for intelligent design advocates, Reports of the NCSE 23 No. 5-6, (Sept.-Dec. 2003), 23-25. | JS00001 - JS00003 | |
| P-578 | | Wesley Elsberry and Jeffrey Shallit. Information theory, evolutionary computation, and Dembski's complex specified information, submitted. A previous version is available at http://www.talkreason.org/articles/eandsdernbski.pdf. | JS00004 - JS00042 | |

-28-

### EXPERT WITNESS EXHIBIT LIST
### KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-579 | | Jonathan Goldstine, Martin Kappes, Chandra M. R. Kintala, Hing Leung, Andreas Malcher, and Detlef Wotschke. Descriptional complexity of machines with limited resources. J. Universal Comput. Sci. 8 (2002) (2), 193-234. | JS00043 - JS00084 | |
| P-580 | 02/24/1968 | A. Hewish, S. J. Bell, J. D. H. Pilkington, P. F. Scott, and R. A. Collins. "Observation of a rapidly pulsating radio source." Nature 217 (February 24, 1968), 709-713. | JS00085 - JS00089 | |
| P-581 | 2003 | M. A. Kessler and B. T. Werner. "Self-organization of sorted patterned ground," Science 299 (2003), 380-383. | JS00090 - JS00093 | |
| P-582 | 2001 | Jason Rosenhouse. How anti-evolutionists abuse mathematics. Mathematical Intelligencer 23 (4) (2001), 3-8. | JS00094 - JS00099 | |
| P-583 | | Jason Rosenhouse. Probability, optimization, and evolution. Evolution 56 (8), 2002, 1721-1722. | JS00100 - JS00104 | |
| P-584 | 2002 | Jeffrey Shallit. Book review of No Free Lunch. BioSystems 66 (2002), 93-99. | JS00105 - JS00111 | |
| P-585 | | Jeffrey Shallit. The story of an ID urban legend. Reports of the NCSE 23 No. 5-6, (Sept-Dec. 2003), 39. | JS00112 | |
| P-586 | 2004 | Jeffrey Shallit and Wesley Elsberry. "Playing games with probability: Dembski's complex specified information". In Matt Young and Taner Edis, eds., Why Intelligent Design Fails: A Scientific Critique of the New Creationism, Rutgers University Press, 2004, pp. 121-138. | JS00113 - JS00123 | |
| P-587 | 1994 | Karl Sims. "Evolving 3D morphology and behavior by competition". In R. A. Brooks and P. Maes, eds., Artificial Life IV: Proceedings of the Fourth International Workshop on the Synthesis and Simulation of Living Systems, MIT Press, 1994, pp. 28-39. | JS00124 - JS00136 | |

-29-

# EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-588 | 1999 | Adrian Thompson, Paul Layzell, and Ricardo Salem Zebulum. Explorations in design space: unconventional electronics design through artificial evolution. IEEE Trans. Evol. Comput. 3 (1999), 167-196. | JS00137 - JS00165 | |
| P-589 | 12/04/2000 | Tony Carnes. "Design Interference". Christianity Today, December 4, 2000. Available at http://www.christianitytoday.corn/ct/20 00/014/18. 20.html. | | |
| P-590 | 1999 | W. A. Dembski. Intelligent Design: The Bridge Between Science & Theology. InterVarsity Press, 1999. | | |
| P-591 | 2002 | W. A. Dembski. No Free Lunch: Why Specified Complexity Cannot Be Purchased Without Intelligence. Rowman & Littlefield, 2002. | | |
| P-592 | 05/2002 | W. A. Dembski. Obsessively criticized but scarcely refuted: A response to Richard Wein. http://www.designinference.com/docu ments/05.02. resp_to_wein.htm. May 2002. | | |
| P-593 | 06/2002 | W. A. Dembski. The fantasy life of Richard Wein: A response to a response. http://www.designinference.com/docu ments/2002.06 .WeinsFantasy.htm. June 2002 | | |
| P-594 | | Discovery Institute Statement. "A Scientific Dissent from Darwinism". http://www.discovery.org/articleFi1es/ PDFs/100ScientistsAd.pdf | | |
| P-595 | 1952 | Martin Gardner. In the Name of Science, Putnam, 1952. | | |
| P-596 | 1979 | Michael R. Garey and David S. Johnson. Computers and Intractability: A Guide to the Theory of NP-Completeness, W. H. Freeman, 1979. | | |
| P-597 | 1997 | M. Li and P. Vitányi. An Introduction to Kolmogorov Complexity and Its Applications. Springer, 1997. | | |

-30-

## EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-598 | 12/21/2001 | Beth McMurtrie. "Darwinism Under Attack". Chronicle of Higher Education, December 21, 2001. Available at http://chronicle.com/free/v48/i17/17a00801.html. | | |
| P-599 | 1984 | P. B. Medawar. The Limits of Science. Harper & Row, 1984. | | |
| P-600 | 04/2000 | S. C. Meyer. DNA and other designs. First Things, No. 102, (April 2000), 30-38. | | |
| P-601 | | Jeffrey Shallit. Dembski's mathematical achievements, http://www . pandasthunib.org/pt-archives/000207.html. | | |
| P-602 | 03/24/2005 | Michael Behe's Expert Report | | |
| P-603 | 05/15/2005 | M. Behe's Rebuttal Report Kevin Padian | | |
| P-604 | 05/15/2005 | M. Behe's Rebuttal Report Kenneth Miller | | |
| P-605 | | M. Behe's CV | | |
| P-606 | | Behe's presentation slides | MB00131 - MB00184 | |
| P-607 | | M. Behe's Presentation (video tape) | | |
| P-608 | | The Wedge Strategy | | Behe - 12 |
| P-609 | 03/24/2005 | Dick Carpenter's Expert Witness Report | | |
| P-610 | 05/16/2005 | Dick Carpenter's Rebuttal Report | | |
| P-611 | | Dick Carpenter's CV | | |
| P-612 | 03/29/2005 | Warren Nord's Expert Witness Report | | |
| P-613 | | Warren Nord's CV | | |
| P-614 | 04/2005 | Scott Minnich's Expert Witness Report | | |
| P-615 | | Scott Minnich's CV | | |
| P-616 | 05/19/2005 | Steven Meyer's Rebuttal Expert Witness Report | | |
| P-617 | 05/16/2005 | Steven Meyer's Rebuttal Report | | |
| P-618 | | Steven Meyer's CV | | |
| P-619 | 05/13/2005 | Steve Fuller's Rebuttal Expert Witness Report | | |
| P-620 | | Steve Fuller's CV | | |
| P-621 | 03/30/2005 | William Dembski's Expert Witness Report | | |

PHLEGAL: #1784293 v1 (128RP01!.DOC)

# EXPERT WITNESS EXHIBIT LIST
## KITZMILLER, ET AL. V. DOVER AREA SCHOOL DISTRICT, ET AL.

| Trial Exh. # | Date | Description | Bates Range | Dep Exh # |
|---|---|---|---|---|
| P-622 | 05/14/2005 | William Dembski's Rebuttal Expert Witness Report | | |
| P-623 | | William Dembski's CV | | |
| P-624 | 03/29/2005 | John Campbell's Expert Report | | |
| P-625 | | John Campbell's CV | | |
| P-626 | 1999 | Miller, K.R. (1999) Finding Darwin's God.  HarperCollins. New York. | | |
| P-627 | 2001 | Pennock, R. T. (2001) Intelligent Design, Creationism, and Its Critics: Philosophical, Theological, and Scientific Perspectives.  Cambridge, Mass.: MIT Press | | |
| P-628 | 1989 | Davis, Percival and Kenyon, Dean H. 1st Ed.  Of Pandas and People. Foundation of Thought and Ethics: Richardson, Texas.  (1989) | | |
| P-629 | 1993 | Davis, Percival and Kenyon, Dean H. 2nd Ed.  Of Pandas and People. Foundation of Thought and Ethics: Richardson, Texas.  (1989, 1993 version) | | |
| P-630 | 2003 | Forrest, Barbara and Gross, Paul. Creationism's Trojan Horse: The Wedge of Intelligent Design.  Oxford University Press.  (2003) | | |
| P-631 | 1984 | The Mystery of Life's Origin by Bradley and Olsen | | |
| P-632 | 1963 | Morris, Henry.  The Twilight of Evolution.  Baker Book House.  (1963) | | |
| P-633 | 1983 | "Why All the Fuss About Evolution And Creation?" published by FTE in Rationale newsletter (vol. 1, no. 1) | | |
| P-634 | 05/1989 | Bible-Science Newsletter, Vol. 27, May 1989 | | |
| P-635 | 1988 | Origins: Creation or Evolution by Richard Bliss | | |
| P-636 | 1984 | The Mystery of Life's Origin by Charles Thaxton, Walter Bradley and Roger Olsen | | |
| P-637 | 1982 | What is Creation Science? by Henry Morris and Gary Parker | | |

-32-