# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., | ) |
| Plaintiffs, | ) Case No. 04-CV-2688 |
| | ) (Hon. Judge Jones) |
| v. | ) |
| DOVER AREA SCHOOL DISTRICT and DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, | ) **DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | ) |

Pursuant to LR. 7.9, Defendants Dover Area School District and Dover Area School District Board of Directors ("Defendants"), through counsel, hereby request oral argument on their motion for summary judgment (Doc. No. 104), which is presently pending before this Court.

Pursuant to LR 7.1, Defendants' counsel sought concurrence in this request from Plaintiffs' counsel on August 31, 2005. Plaintiffs' position is as follows:

"While plaintiffs do not believe oral argument is necessary, they do not object to defendants' request."

Respectfully submitted this 31st day of August, 2005.

By: /s/ Robert J. Muise
Robert J. Muise (MI P62849)*
Richard Thompson (MI P21410)*
Patrick T. Gillen (MI P47456)*
Edward L. White III (MI P62485)*
THOMAS MORE LAW CENTER
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan 48106
(734) 827-2001
Fax: (734) 930-7160

* Admitted *pro hac vice*

Ron Turo
TURO LAW OFFICES
29 South Pitt Street
Carlisle, Pennsylvania 177013
(717) 245-9688

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2005, a copy of the foregoing Defendants' Request for Oral Argument on Motion for Summary Judgment was served on the following counsel through the electronic case filing system:

Eric Rothschild                                     (Counsel for Plaintiffs)
Stephen G. Harvey
Joseph M. Farber
Benjamin M. Mather
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Thomas B. Schmidt, III
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
PO Box 1181
Harrisburg, PA 17108

Witold J. Walczak
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213

Paula K. Knudsen
ACLU of Pennsylvania
105 N. Front Street
Suite 225
Harrisburg, PA 17101

Richard B. Katskee
Ayesha Khan
Alex J. Luchenitser
Americans United for Separation
 of Church and State
518 C Street, NE
Washington, DC 20002

Mary Catherine Roper
ACLU of Pennsylvania
P.O. Box 1161
Philadelphia, PA  19105


_____
Robert J. Muise*
Admitted *pro hac vice*