# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DOVER AREA SCHOOL DISTRICT and ) <br> DOVER AREA SCHOOL DISTRICT ) <br> BOARD OF DIRECTORS, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 04-CV-2688 <br> (Hon. Judge Jones) |

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Pending before the Court is Defendants' motion for summary judgment (doc. 104). All briefs in support of or in opposition to this motion have been filed. On August 31, 2005, pursuant to LR 7.9, Defendants requested oral argument on this motion. Plaintiffs do not believe that oral argument is necessary; however, they do not object to Defendants' request.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. Oral argument on Defendants' motion for summary judgment shall be held on September ___, 2005 at _____, in Courtroom #___, Federal Courthouse, 228 Walnut Street, Harrisburg, Pennsylvania.

_____
John E. Jones III
United States District Judge