

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al., **Plaintiffs** | : : : | Case Number: 04-CV-2688 Judge Jones |
| vs. | : : | |
| DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, **Defendants** | : : : : | Notice of Appeal |

### NOTICE OF APPEAL BY THE NON-PARTY SUBPOENAED WITNESSES JOSEPH MALDONADO AND HEIDI BERNHARD-BUBB

Notice is hereby given that Joseph Maldonado and Heidi Bernhard-Bubb, non-party subpoenaed witnesses in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from Sections 1(a) and 1(c) only of the Order entered by the Honorable United States District Court for the Middle District of Pennsylvania in this Action on the 2nd day of August, 2005, being those portions of the said Order relating to the Motion to Quash the Depositions of the said non-party subpoenaed witnesses and to the protective order issued by the Honorable Court.

Respectfully submitted,
**BENNLAWFIRM**

Date: September 1, 2005

By: _____
Niles S. Benn, Esquire
Attorney I.D. #16284
Terence J. Barna, Esquire
Attorney I.D. #74410
Christian J. Dabb, Esquire
Attorney I.D. #85370
P.O. Box 5185
103 E. Market Street
York, Pennsylvania 17405-5185
(717) 852-7020
nbenn@bennlawfirm.com
tbarna@bennlawfirm.com
cdabb@bennlawfirm.com
Attorneys for Joseph Maldonado
and Heidi Bernhard-Bubb

**FILED**
HARRISBURG, PA

SEP 0 1 2005

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

```
Thu Sep  1 15:42:48 2005

UNITED STATES DISTRICT COURT

SCRANTON           , PA

Receipt No.    111 143999
Cashier            camille

Check Number:  17187

D0 Code     Div No
  4667         1

Sub Acct Type Tender     Amount
1:510000  N      ?       150.00
2:086900  N      ?       105.00

Total Amount         $   255.00

   BENN LAW FIRM 103 E. MARKET ST YORK
PA 17401

FF FOR APPEAL IN 04-CV-2688
```