THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al.<br>　　Plaintiffs | : Case No. 04cv2688<br>:<br>: |
| v. | : Judge Jones<br>: |
| DOVER AREA SCHOOL DISTRICT and<br>DOVER AREA SCHOOL DISTRICT<br>BOARD OF DIRECTORS,<br>　　Defendants | :<br>:<br>:<br>: |

ORDER

September 2, 2005

It is hereby **ORDERED** that the Court will conduct oral argument with respect to Defendants' Motion for Summary Judgment (doc. 104) on September 9, 2005 at 10:00 a.m in Courtroom No. 2, Federal Courthouse, 228 Walnut Street, Harrisburg, PA .

　　　　　　　　　　　　　　　　　s/ John E. Jones III
　　　　　　　　　　　　　　　　　John E. Jones III
　　　　　　　　　　　　　　　　　United States District Judge