# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

REC'D
FILED
HARRISBURG, PA

SEP 0 2 2005

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

04-CV-2688

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, __Lee Levine_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   1050 17th Street, N.W.

                        Suite 800

                        Washington, DC   20036

Office Telephone:       (202) 508-1100

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

__See Attachment__

My attorney Identification number is: __92782__

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

BEFORE JUDGE _____      Date: _____
           ___ U.S. DISTRICT JUDGE  ___ U.S. MAGISTRATE JUDGE

____ SPECIAL ADMISSION:

GRANTED _____           Date: _____
           ___ U.S. DISTRICT JUDGE  ___ U.S. MAGISTRATE JUDGE

Supreme Court of the United States (1/84), Supreme Court of Pennsylvania (9/04), D.C. Court of Appeals (12/80), United States Court of Appeals for the District of Columbia Circuit (2/81), United States Court of Appeals for the 2nd Circuit (6/81), United States Court of Appeals for the 4th Circuit (9/95), United States Court of Appeals for the 7th Circuit (11/97), United States Court of Appeals for the 9th Circuit (3/94), United States District Court for the District of Maryland (4/86), United States District Court for the District of Columbia (2/81), United States District Court for the District of Colorado (12/99).

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

_____None_____

_____

_____

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)   None.

I do ____, do not _XX_, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: _____

_____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

_XX_ Special Admission (specify by a check which rule) under

Local Rules LR 83.9.1 ____, LR 83.9.2 ____, or LR 83.9.3 _XX_

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows: ___Representing Courtroom___

___Television Network LLC in its Motion to Intervene and Motion to___

___Record and Telecast Trial Proceedings in Kitzmiller v. Dover Area School Dist,___
___Civ. No. 04-2688___

NAME THE PARTY YOU REPRESENT:

___Courtroom Television Network LLC_____

If special admission is requested for a particular case, please list case number and caption:

Case # ___Civil No. 04-CV-2688_____

Caption # ___Kitzmiller, et al. v. Dover Area School District, et al.___

I understand that:

1) If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate. Any attorney specially admitted under LR 83.9.3, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.12)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Gayle C. Sproul (38833), 2112 Walnut Street, Third Floor, Philadelphia

PA 19103 (212) 988-9778 and Michael Berry (86351), 2112 Walnut Street,

Third Floor, Philadelphia, PA 19103 (212) 988-9778.

3) If seeking regular admission under Rule LR 83.8.1, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER

92782
(Bar Identification Number)

8-2-05
(Date)


NAME OF PETITIONER ____Lee Levine_____

United States Postage Label

Fri Sep 2 10:09:04 2005

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   111 144003
Cashier       jill

Tender Type  CHECK

Check Number: 1004

Transaction Type  C

Case No./Def No.  3:05-PB-1   /

| D# Code | Div No | Acct |
|---|---|---|
| 4667 | 1 | 6855XX |

Amount                $   25.00

SPADN LEE LEVINE

LEVINE SULLIVAN KOCH 1050 17TH ST.
NW STE. 800 WASHINGTON, DC 20036

cn