
FILED
HARRISBURG, PA

SEP 02 2005

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 04-CV-2688 |
| | ) | |
| v. | ) | Filed Electronically |
| | ) | |
| DOVER AREA SCHOOL DISTRICT, et al., | ) | Hon. John E. Jones, III |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION OF COURTROOM TELEVISION NETWORK LLC TO INTERVENE

Courtroom Television Network LLC ("Court TV") hereby moves this Honorable Court for leave to intervene pursuant to Rule 24(b) for the limited purpose of seeking leave to record and telecast the trial proceedings in this action. Copies of the Unopposed Motion of Intervenor Court TV for Leave to Record and Telecast Trial Proceedings, and the Memorandum in support thereof, are separately

bound as Exhibit 1 hereto.[1] The reasons supporting this unopposed Motion to Intervene are set forth in the accompanying Memorandum.

WHEREFORE, Court TV respectfully requests that the Court grant it leave to intervene for the limited purpose of seeking leave to record and telecast the trial proceedings in this action.

Dated: September 2, 2005

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: _____
Lee Levine*
Gayle C. Sproul
Michael Berry
2112 Walnut Street, Third Floor
Philadelphia, Pennsylvania 19103
(215) 988-9778 (phone)
(215) 988-9750 (facsimile)
lee.levine@lskslaw.com
gayle.sproul@lskslaw.com
michael.berry@lskslaw.com

*Attorneys for Movant-Intervenor
Courtroom Television Network LLC*

\* Petition for special admission filed on September 2, 2005.

---

[1] The unopposed Motion of Court TV to File a Brief Exceeding the Word Count Provided for in Local Rule 7.8(b)(2) is separately bound as Exhibit 2.

## **CERTIFICATE OF CONCURRENCE**

The undersigned attorney for Courtroom Television Network LLC (Court TV) hereby certifies as follows:

I advised plaintiffs' attorney, Witold J. Walczak, Esquire, of the foregoing Motion to Intervene and Motion for Leave to Record and Telecast Trial Proceedings and was told that Plaintiffs take no position on Court TV's motions and defer to the Court's judgment on this issue.

I advised defendants' attorney, Richard Thompson, Esquire, of the foregoing Motion to Intervene and Motion for Leave to Record and Telecast Trial Proceedings and was told that defendants do not oppose them.

_____
Gayle C. Sproul, Esquire

## CERTIFICATE OF SERVICE

I, Michael Berry, hereby certify that on the 2nd day of September, 2005, I caused a true and correct copy of the foregoing Unopposed Motion of Courtroom Television Network LLC to Intervene to be served by upon the following counsel of record via Federal Express:

>Witold J. Walczak
>American Civil Liberties Union of PA
>313 Atwood Street
>Pittsburgh, PA 15213
>
>Richard Thompson
>Thomas More Law Center
>24 Frank Lloyd Wright Drive
>P.O. Box 393
>Ann Arbor, MI 48106
>
>Ronald A. Turo
>Turo Law Offices
>28 South Pitt Street
>Carlisle, PA 17013

_____
Michael Berry