IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., | ) |
| Plaintiffs, | ) Civil No. 04-CV-2688 |
| v. | ) Filed Electronically |
| DOVER AREA SCHOOL DISTRICT, et al., | ) Hon. John E. Jones, III |
| Defendants. | ) |

## ORDER

AND NOW, this __ day of _____, 2005, after consideration of the Motion of Courtroom Television Network LLC to Intervene, and any response thereto, IT IS HEREBY ORDERED that the Motion is GRANTED, and Courtroom Television Network LLC is granted leave to intervene for the limited purpose of seeking leave to record and telecast the trial proceedings in this action.

BY THE COURT:

_____
John E. Jones, III
United States District Judge