FILED
HARRISBURG, PA

*Kitzmiller, et al. v. Dover Area School District, et al.*
*No. 04-CV-2688*

SEP 0 2 2005

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## TABLE OF EXHIBITS TO MOTION TO INTERVENE OF
## COURTROOM TELEVISION NETWORK LLC

**EXHIBIT  1**          **Proposed Motion to Record and Televise Trial Proceedings**

**EXHIBIT 2**          **Proposed Motion to File an Oversized Brief**