## EXHIBIT 1 TO MOTION TO INTERVENE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., | )<br>)<br>) |
| Plaintiffs, | ) Civil No. 04-CV-2688 |
| v. | )<br>) Filed Electronically |
| DOVER AREA SCHOOL DISTRICT, et al., | )<br>) Hon. John E. Jones, III |
| Defendants. | )<br>)<br>) |

### UNOPPOSED MOTION OF INTERVENOR COURTROOM TELEVISION NETWORK LLC FOR LEAVE TO RECORD AND TELECAST TRIAL PROCEEDINGS

Intervenor Courtroom Television Network LLC ("Court TV") hereby moves this Honorable Court for leave to record and telecast the trial proceedings in this action. The reasons supporting this Motion are set forth in the accompanying Memorandum, as well as in the accompanying Declarations of Gayle C. Sproul and Douglas P. Jacobs and the exhibits attached thereto.

WHEREFORE, Court TV respectfully requests that the Court exercise its discretion under Rule 83.1.1 of the Local Rules of the United States District Court for the Middle District of Pennsylvania and grant Court TV leave to record and telecast the trial proceedings in this action.

Dated: September 2, 2005

        Respectfully submitted,

        LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: _____
        Lee Levine*
        Gayle C. Sproul
        Michael Berry
        2112 Walnut Street, Third Floor
        Philadelphia, Pennsylvania 19103
        (215) 988-9778 (phone)
        (215) 988-9750 (facsimile)
        lee.levine@lskslaw.com
        gayle.sproul@lskslaw.com
        michael.berry@lskslaw.com

        *Attorneys for Intervenor*
        *Courtroom Television Network LLC*

\*   Petition for special admission filed on September 2, 2005.