**EXHIBIT 2**

***EXHIBIT 2 TO MOTION TO INTERVENE***

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAMMY KITZMILLER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil No. 04-CV-2688** |
| | ) | |
| **v.** | ) | **Filed Electronically** |
| | ) | |
| **DOVER AREA SCHOOL** | ) | **Hon. John E. Jones, III** |
| **DISTRICT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### UNOPPOSED MOTION OF COURTROOM
### TELEVISION NETWORK LLC TO FILE A BRIEF EXCEEDING
### THE WORD COUNT PROVIDED FOR IN LOCAL RULE 7.8(b)(2)

Pursuant to Local Rule 7.8(b)(3), Courtroom Television Network LLC

("Court TV"), by and through its undersigned counsel, hereby moves the Court for

authorization to file a brief that exceeds the 5,000 word limit provided for in Local

Rule 7.8(b)(2).  Given the significant public interest in this case, the importance of

the public's right to observe the trial proceedings, and the fact- and case-specific nature of Court TV's request for leave to record and telecast the trial proceedings, Court TV cannot adequately brief its Memorandum in Support of its Motion for Leave to Record and Telecast Trial Proceedings within the page and word limits set forth in Local Rule 7.8(b)(2).  Accordingly, Court TV seeks leave to file the attached Memorandum in support of its motion, which, according to the word-count feature of the word-processing system used to prepare the brief, contains 5,464 words, excluding the caption and signature block.

Counsel for plaintiffs and defendants concur in this Motion, as is set forth in the attached Certificate of Concurrence.

WHEREFORE, Court TV respectfully requests that the Court grant it leave to file the attached Memorandum in Support of its Motion for Leave to Record and Telecast Trial Proceeding.

Dated:  September 2, 2005

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: _____
    Lee Levine*
    Gayle C. Sproul
    Michael Berry
    2112 Walnut Street, Third Floor
    Philadelphia, Pennsylvania 19103
    (215) 988-9778 (phone)
    (215) 988-9750 (facsimile)
    lee.levine@lskslaw.com
    gayle.sproul@lskslaw.com
    michael.berry@lskslaw.com

    *Attorneys for Intervenor*
    *Courtroom Television Network, LLC*

\*    Petition for special admission filed on September 2, 2005.

# CERTIFICATE OF CONCURRENCE

Gayle C. Sproul, Esquire, attorney for Courtroom Television Network LLC advised plaintiffs' attorney, Witold J. Wlaczak, Esquire, of the foregoing motion and was told that plaintiffs concur in it.  Michael Berry, Esquire, attorney for Courtroom Television Network LLC advised defendants' attorney, Ronald A. Turo, Esquire, of the foregoing motion and was told that defendants concur in it.

_____
Gayle C. Sproul, Esquire

_____
Michael Berry, Esquire

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **TAMMY KITZMILLER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil No. 04-CV-2688** |
| | ) | |
| **v.** | ) | **Filed Electronically** |
| | ) | |
| **DOVER AREA SCHOOL** | ) | **Hon. John E. Jones, III** |
| **DISTRICT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

AND NOW, this ___ day of _____, 2005, after

consideration of the Motion of Courtroom Television Network LLC to File a Brief

Exceeding the Word Count Provided for in Local Rule 7.8(b)(2), and any response

thereto, IT IS HEREBY ORDERED that the Motion is GRANTED, and

Courtroom Television Network LLC is authorized to file its proposed

Memorandum in Support of its Motion for Leave to Record and Televise Trial

Proceedings.

BY THE COURT:

_____
John E. Jones, III
United States District Judge