



FILED
HARRISBURG, PA

SEP 0 2 2005

MARY E. D'ANDREA, CLERK
Per _____, 
            Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 04-CV-2688 |
| | ) | |
| v. | ) | Filed Electronically |
| | ) | |
| DOVER AREA SCHOOL DISTRICT, et al., | ) | Hon. John E. Jones, III |
| | ) | |
| Defendants. | ) | |

### REQUEST OF COURTROOM TELEVISION NETWORK LLC FOR ORAL ARGUMENT

Pursuant to Local Rule 7.9 of the Local Rules of the United States District Court for the Middle District of Pennsylvania, Courtroom Television Network LLC ("Court TV"), through its undersigned counsel, respectfully requests the Court grant oral argument on its Unopposed Motion to Intervene and its Unopposed Motion for Leave to Record and Telecast Trial Proceedings.

This case raises legal, scientific, and spiritual issues at the forefront of national debate and therefore has captured the attention of citizens throughout the country. Although the public has a fundamental right of access to court proceedings, only a fortunate few will in fact be able to enter the Harrisburg courtroom where the trial in this matter will take place. Court TV seeks to vindicate the public's right to observe the court proceedings – and provide millions of Americans with the opportunity to exercise this right – by broadcasting the trial in its entirety.

In light of the significant public focus on this case and its right of access to court proceedings, Court TV respectfully submits that oral argument is needed to articulate fully the strong public interest in televising this trial. Moreover, oral argument would provide Court TV an opportunity to explain the unobtrusive technology used to record trials and to address any concerns the Court or parties may have about telecasting the proceedings in Your Honor's courtroom.

WHEREFORE, Court TV respectfully requests that the Court grant oral argument on Court TV's Unopposed Motion to Intervene and Unopposed Motion for Leave to Record and Telecast Trial Proceedings.

Dated: September 2, 2005

        Respectfully submitted,

        LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: _____
        Lee Levine*
        Gayle C. Sproul
        Michael Berry
        2112 Walnut Street, Third Floor
        Philadelphia, Pennsylvania 19103
        (215) 988-9778 (phone)
        (215) 988-9750 (facsimile)
        lee.levine@lskslaw.com
        gayle.sproul@lskslaw.com
        michael.berry@lskslaw.com

        *Attorneys for Movant-Intervenor*
        *Courtroom Television Network LLC*

\*  Petition for special admission filed on September 2, 2005.

## CERTIFICATE OF SERVICE

I, Michael Berry, hereby certify that on the 2nd day of September, 2005, I caused a true and correct copy of the foregoing Request of Courtroom Television Network LLC for Oral Argument to be served by upon the following counsel of record via Federal Express:

Witold J. Walczak
American Civil Liberties Union of PA
313 Atwood Street
Pittsburgh, PA 15213

Richard Thompson
Thomas More Law Center
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, MI 48106

Ronald A. Turo
Turo Law Offices
28 South Pitt Street
Carlisle, PA 17013

_____
Michael Berry