FILED
HARRISBURG, PA

SEP 0 2 2005

MARY E. D'ANDREA, CLERK
Per _____
           Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al., | ) | |
| Plaintiffs, | ) | Civil No. 04-CV-2688 |
| v. | ) | Filed Electronically |
| DOVER AREA SCHOOL DISTRICT, et al., | ) | Hon. John E. Jones, III |
| Defendants. | ) | |

## RULE 7.1 DISCLOSURE STATEMENT OF
## COURTROOM TELEVISION NETWORK LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Movant-Intervenor Courtroom Television Network LLC ("Court TV"), by and through its undersigned counsel, makes the following required disclosure:

Court TV is owned in equal proportions by Time Warner Inc. and Liberty Media Company (each of which owns its share of Court TV through its own intermediate, wholly-owned subsidiary).

Dated: September 2, 2005

        Respectfully submitted,

        LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: _____
    Lee Levine*
    Gayle C. Sproul
    Michael Berry
    2112 Walnut Street, Third Floor
    Philadelphia, Pennsylvania 19103
    (215) 988-9778 (phone)
    (215) 988-9750 (facsimile)
    lee.levine@lskslaw.com
    gayle.sproul@lskslaw.com
    michael.berry@lskslaw.com

*Attorneys for Movant-Intervenor*
*Courtroom Television Network LLC*

\*    Petition for special admission filed on September 2, 2005

## CERTIFICATE OF SERVICE

I, Michael Berry, hereby certify that on the 2nd day of September, 2005, I caused a true and correct copy of the foregoing Rule 7.1 Disclosure Statement of Courtroom Television Network LLC to be served by upon the following counsel of record via Federal Express:

> Witold J. Walczak
> American Civil Liberties Union of PA
> 313 Atwood Street
> Pittsburgh, PA 15213
>
> Richard Thompson
> Thomas More Law Center
> 24 Frank Lloyd Wright Drive
> P.O. Box 393
> Ann Arbor, MI 48106
>
> Ronald A. Turo
> Turo Law Offices
> 28 South Pitt Street
> Carlisle, PA 17013

_____
Michael Berry