# Exhibit A

# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 04-CV-2688 |
| ) | (Hon. Judge Jones) |
| v. ) | |
| ) | |
| DOVER AREA SCHOOL DISTRICT and ) | |
| DOVER AREA SCHOOL DISTRICT ) | |
| BOARD OF DIRECTORS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' WITNESS LIST

Defendants provide the following list of potential witnesses:

1. Richard Nilsen
   Superintendent
   Dover Area School District
   2 School Lane
   Dover, PA 17315

2. Michael Baksa
   Dover Area School District
   2 School Lane
   Dover, PA 17315

3. Alan Bonsell
   3411 South Salem Church Rd.
   Dover, PA 17315

4. Sheila Harkins
   2845 Admire Springs Dr.
   Dover, PA 17315

1

5. Bill Buckingham (if can attend in light of health/will cooperate, otherwise will designate deposition).
   512 E. Devon Dr.
   Mt. Airy, NC 27030

6. Heather Geesey
   Dover Area School District
   2 School Lane
   Dover, PA 17315

7. Elmira Jane Cleaver (if she will cooperate, otherwise will designate deposition).
   700 CR 630 A
   Lot 8
   Frostproof, FL 33843

8. Michael J. Behe, Ph.D
   Lehigh University
   Department of Biological Sciences
   Iococca Hall, #111
   Bethlehem, PA 18105

9. Scott Minnich, Ph.D.
   Department of MMBB
   University of Idaho
   Moscow, ID 83844-3052

10. Warren A. Nord, Ph.D.
    633 Carl Drive
    Chapel Hill, NC 37516

11. Steve W. Fuller, Ph.D.
    Department of Sociology
    University of Warwick
    Coventry, CV4 7AL
    UK

12. Dick M. Carpenter, III, Ph. D.
    16630 Mesquite Rd.
    Peyton, CO 80831

13. Jeffrey Brown
    5401 Davisburg Road
    Dover, PA 17315

14. Carol "Casey" Brown
    5401 Davisburg Road
    Dover, PA 17315

15. Angie Yingling
    2350 Mountain Drive
    Dover, PA 17315

16. Bertha Spahr
    1385 Grandview Road
    Spring Grove, PA

17. Jennifer Miller
    Jane Gowan Penny, Equire
    Killian & Gephart LLP
    218 Pine Street
    Harrisburg, PA 17101

18. Robert Eschbach
    Jane Gowan Penny, Equire
    Killian & Gephart LLP
    218 Pine Street
    Harrisburg, PA 17101

19. Robert Linker
    Jane Gowan Penny, Equire
    Killian & Gephart LLP
    218 Pine Street
    Harrisburg, PA 17101

20. Sandra Bowser
    Jane Gowan Penny, Equire
    Killian & Gephart LLP
    218 Pine Street
    Harrisburg, PA 17101

21. Jon Buell (via deposition) *ptg*

22. William Thaxton (via deposition) *ptg*

23. Each of the Plaintiffs: Tammy J. Kitzmiller, Bryan Rehm, Christy Rehm, Deborah F. Feinmore, Joel A. Lieb, Steven Stough, Beth A. Eveland, Cynthia Sneath, Julie Smith, Aralene D. "Barrie" Callahan, and Frederick B. Callaghan. *To be contacted through counsel. /ptg*

In addition to the witnesses listed above, Defendants reserve the right to call any persons listed on Plaintiffs' Witness List as well as other persons not set forth on either list for rebuttal purposes or to testify as custodians of records as necessary.

By: _____
Patrick T. Gillen (MI P47456)*
Richard Thompson (MI P21410)*
Robert J. Muise (MI P62849)*
Edward L. White III (MI P62485)*
THOMAS MORE LAW CENTER
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan 48106
(734) 827-2001
Fax: (734) 930-7160

* Admitted *pro hac vice*

4

Ron Turo
TURO LAW OFFICES
29 South Pitt Street
Carlisle, Pennsylvania 177013
(717) 245-9688

*Attorneys for Defendants*