# Exhibit B

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 04-CV-2688 |
| ) | (Hon. Judge Jones) |
| v. ) | |
| ) | |
| DOVER AREA SCHOOL DISTRICT and ) | |
| DOVER AREA SCHOOL DISTRICT ) | |
| BOARD OF DIRECTORS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS EXHIBIT LIST

Attached is a list of exhibits that the Defendants may use in this action. In addition to the documents listed, Defendants reserve the right to use other documents for purposes of rebuttal, cross examination or refreshing recollection.

By: /s/ *(signature)*
Patrick T. Gillen (MI P47456)*
Richard Thompson (MI P21410)*
Robert J. Muise (MI P62849)*
Edward L. White III (MI P62485)*
THOMAS MORE LAW CENTER
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan 48106
(734) 827-2001
Fax: (734) 930-7160

\* Admitted *pro hac vice*

Ron Turo
TURO LAW OFFICES
29 South Pitt Street
Carlisle, Pennsylvania 177013
(717) 245-9688

*Attorneys for Defendants*

Defendant's Exhibit List: *Kitzmiller et. al. v. Dover Area School District*, 04-CV-02688

| Exhibit # | Description | Bates # |
|---|---|---|
| 1 | DASD memo—T. Peterman to School Board, re: "creationism" and the new Bio. Curriculum | 944-945 |
| 2 | Textbook budget information | 1078 |
| 3 | Curriculum Advisory meeting minutes | 05 |
| 4 | Curriculum committee meeting notes | 57 |
| 5 | Product profile, Christian student biology textbook | 1084 |
| 6 | DASD memo—T. Peterman to R. Nilsen and M. Baksa, re: textbook report | 1076 |
| 7 | DASD Science dept. rationale for new textbooks | 45 |
| 8 | DASD list of textbooks needed | 46 |
| 9 | Bio dept. request to purchase Miller textbook | 48 |
| 10 | DASD Five-year Actual Expenditures (Textbook Account) | 47 |
| 11 | Email, Ken Miller to T. Peterman and B. Spahr | 1083 |
| 12 | Email, J. Beilenbaum to B. Spahr, re: Bio. Curriculum | 1082 |
| 13 | M. Baksa, personal notes on science materials | 1080 |
| 14 | Textbook budget information | 1079 |
| 15 | Notes on Miller textbook by W. Buckingham | 39 |
| 16 | M. Baksa, Amy (secretary), personal notes on biology statement, textbooks, teacher positions | 953 |
| 17 | M. Baksa, personal notes on science materials | 1081 |
| 18 | DASD survey of biology books used in nearby schools | 44 |
| 19 | DASD survey of biology books used in nearby schools | 55 |
| 20 | Curriculum committee meeting notes | 56 |
| 21 | DASD memo—authorization to purchase Miller textbook | 104 |
| 22 | School Board meeting agenda, 7/12/04 | 94-103 |
| 23 | School Board minutes, 7/12/04 | 105-111 |
| 24 | Notes on Miller textbook | 37-38 |
| 25 | DASD memo—placement of authorization to purchase Miller text on board agenda | 120 |
| 26 | Request to add *Pandas* by W. Buckingham | 42 |
| 27 | DASD Gifts, Grants and Donations policy, version adopted 8/2/04 | 875-876 |
| 28 | School Board meeting agenda, 8/2/04 | 112-119 |
| 29 | School Board minutes, 8/2/04 | 121-126 |
| 30 | DASD memo—Curriculum meeting 8/27/04 | 02 |
| 31 | Curriculum committee meeting notes | 58-59 |
| 32 | M. Baksa, notes on *Pandas* copyright information | 1077 |
| 33 | *Pandas* cover with notes | 1068 |
| 34 | M. Baksa, notes on discussion with D. Anderson, FTE | 1069 |
| 35 | *Pandas* review from Institute for Creation Research online store | 1070 |
| 36 | M. Baksa, personal notes | 1071 |
| 37 | M. Baksa, Amy (secretary), personal notes on biology statement, textbooks, teacher positions | 954 |
| 38 | M. Baksa, personal notes | 1072-1073 |

| | | |
|---|---|---|
| 39 | M. Baksa, note to secretary about public schools using *Pandas* text | 1074 |
| 40 | Fax cover letter | 1075 |
| 41 | M. Baksa, personal notes | 1043 |
| 42 | M. Baksa, notes on communications with M. Parsons, writer | 975 |
| 43 | DASD memo/attached Planned Instruction Curriculum Guide (changes per Science Dept.) | 28-29 |
| 44 | DASD memo/attached Planned Instruction Curriculum Guide (changes per Science Dept.) | 31-32 |
| 45 | Letter: C. Brown to M. Baksa | 34 |
| 46 | DASD memo—Curriculum meeting 10/7/04 | 01 |
| 47 | M. Baksa, notes on *Pandas* | 1067 |
| 48 | School Board meeting agenda, 10/18/04 | 127-136 |
| 49 | School Board minutes, 10/4/04 | 137-138 |
| 50 | Curriculum Council meeting minutes 10/7/04 | 35-36 |
| 51 | DASD memo/attached Planned Instruction Curriculum Guide | 08-09 |
| 52 | DASD memo/attached Planned Instruction Curriculum Guide | 148-149 |
| 53 | DASD Biology Planned Instruction Curriculum Guide, parts A and B | 946-948 |
| 54 | PA Academic Standards for Science and Technology | 949-951 |
| 55 | DASD Biology Planned Instruction Curriculum Guide, part A | 960 |
| 56 | DASD Biology Planned Instruction Curriculum Guide, part A, draft | 961 |
| 57 | DASD Biology Planned Instruction Curriculum Guide, part A | 962 |
| 58 | DASD memo/attached Planned Instruction Curriculum Guide (changes per curriculum committee) | 26-27 |
| 59 | DASD memo/attached Planned Instruction Curriculum Guide (changes per curriculum committee) | 24-25 |
| 60 | DASD memo/attached Planned Instruction Curriculum Guide | 17-18 |
| 61 | DASD memo/attached Planned Instruction Curriculum Guide, part A | 19-20 |
| 62 | DASD memo/attached Planned Instruction Curriculum Guide | 146-147 |
| 63 | School Board meeting agenda, 10/18/04 | 139-145 |
| 64 | School Board minutes, 10/18/04 | 152-160 |
| 65 | DASD memo/attached biology statement, draft | 14-15 |
| 66 | DASD memo/attached biology statement, draft | 03-04 |
| 67 | DASD Curriculum Committee comments | 23 |
| 68 | DASD memo/attached Planned Instruction Curriculum Guide, second draft | 21-22 |
| 69 | DASD memo/attached Planned Instruction Curriculum Guide, second draft | 150-151 |
| 70 | Email communication, M. Baksa to T. Kitzmiller, re: Curriculum changes | 54 |
| 71 | DASD Curriculum Development policy | 993-994 |
| 72 | DASD Curriculum Development policy, draft #5 | 995-996 |
| 73 | DASD Curriculum Development policy, draft #5 | 997-998 |

| # | Description | Pages |
|---|---|---|
| 74 | DASD Curriculum Development policy, version adopted 9/10/99 | 999 |
| 75 | DASD Curriculum Development policy, version adopted 5/9/94 | 1000-1001 |
| 76 | DASD Curriculum Development policy, version adopted 2/9/81 | 1002 |
| 77 | Duties of the Superintendent | 1003 |
| 78 | DASD Curriculum Development policy, version adopted 2/9/91 | 1004-1005 |
| 79 | PA School Board Ass'n Curriculum Development Policy | 1006-1008 |
| 80 | Letter from E. Rothschild to clarify facts of Dover statement | 51-52 |
| 81 | Teacher request to remove names | 16 |
| 82 | ID piece by R. Cleary | 966-967 |
| 83 | Letter, A. Bonsell to R. Nilsen, re: press release, forwarded to M. Baksa | 976 |
| 84 | Atlanta Journal-Constitution, "School Mandates Alternate Evolution Theory" | 977-979 |
| 85 | M. Baksa, request to secretary for teachers statements | 968 |
| 86 | Biology statement, draft | 970 |
| 87 | DASD Biology statement, final | 65 |
| 88 | Biology statement, teacher's version | 965 |
| 89 | Biology statement, teacher's version | 64 |
| 90 | Teacher's response to original biology statement | 971 |
| 91 | DASD biology statement, teacher's version | 67 |
| 92 | Biology statement, board response with teacher suggested corrections | 972 |
| 93 | Biology statement, draft two, reflect teacher and board changes | 973 |
| 94 | Biology statement, draft three, teacher response to draft two | 974 |
| 95 | DASD Biology statement | 61 |
| 96 | M. Baksa, Amy (secretary), personal notes on biology statement, textbooks, teacher positions | 952 |
| 97 | Biology statement, teachers version, draft | 969 |
| 98 | DASD Biology statement, final | 12 |
| 99 | DASD memo--Biology statement, final | 72-73 |
| 100 | History of teacher edits to bio statement | 11 |
| 101 | DASD Biology Curriculum Press Release | 68-69 |
| 102 | DASD Biology Curriculum Press Release | 70 |
| 103 | DASD press release | 49-50 |
| 104 | DASD press release, draft | 85 |
| 105 | DASD press release 12/15/04 | 91 |
| 106 | Teachers statement regarding input into bio statement | 71 |
| 107 | Teachers statement regarding input into bio statement | 90 |
| 108 | M. Baksa, notes on phone conversation w/W. Buckingham | 963 |
| 109 | DAEA letter to R. Nilson | 87 |
| 110 | A. Yingling request to reconsider Planned Inst. Curriculum Guide | 86 |
| 111 | DASD memo—biology statement | 06 |
| 112 | Bio statement final draft | 07 |
| 113 | DASD memo—*Pandas* placement | 10 |

| | | |
|---|---|---|
| 114 | Email, J. Burgin to R. Nilsen, letter from Wisconsin superintendent in regards to Wisconsin debate | 837-841 |
| 115 | Questions generated by the Science Curriculum team for the School Board to clarify, along with answers, plus appendix | 842-873 |
| 116 | Fact sheet, *Pandas* textbook | 874 |
| 117 | Email, S. Harkins to herself, re: brief articles about the Dover school policy from Discovery Institute, Pioneer Press | 833-836 |
| 118 | Email, J. Burgin to R. Nilsen, Discovery Institute press release on Wisconsin Evolution debate | 835-836 |
| 119 | Discovery Institute press release, 12/14/05, re: Dover biology curriculum | 1113-1114 |
| 120 | DASD memo—ACLU court documents | 74 |
| 121 | DASD press release, 12/15/04 | 75 |
| 122 | Teacher's statement regarding input into bio statement | 76 |
| 123 | DASD press release 12/15/04 | 89 |
| 124 | Email, DAEA to M. Baksa, re: Panda books | 162 |
| 125 | Email, M. Baksa to DAEA, re: Panda books | 164 |
| 126 | DASD memo—evolution assignments from biology teachers | 1112 |
| 127 | Email, M. Baksa to C. Kunkle | 163 |
| 128 | Email, S. Harkins to herself, re: brief articles about the Dover school policy from Discovery Institute, Pioneer Press | 828-830 |
| 129 | Pepper Hamilton Memo to TMLC regarding depositions | 77-78 |
| 130 | ACLU request for production of documents | 80-84 |
| 131 | *Newsweek* article about Sen. Rick Santorum | 892-896 |
| 132 | Research on "Evolution Issue" in schools | 897-943 |
| 133 | Parent information letter on bio. statement, notes by M. Baksa | 957 |
| 134 | Student Excusal form, draft, notes by M. Baksa | 958 |
| 135 | Student Excusal form | 959 |
| 136 | M. Baksa, notes on ACLU attorneys | 1041 |
| 137 | Email, C. Kunkle to M. Baksa, *Pandas* donations | 1108 |
| 138 | School Board minutes 1/5/05, Science/Bio. Curriculum Meeting, with notes | 1110 |
| 139 | School Board minutes, 1/5/05, Science/Bio. Curriculum Meeting, with notes (M. Baksa) | 1109 |
| 140 | M. Baksa, list of meetings with high school Science Dept. | 1111 |
| 141 | M. Baksa, personal notes | 1095 |
| 142 | Administrator's Biology statement in Biology class | 1091-1092 |
| 143 | Schedules for administrators to read statements in classes | 1093-1094 |
| 144 | Santorum, Rick, "A Balanced Approach to Teach Evolution" | 877-878 |
| 145 | Statement by Sen. Rick Santorum Upon Passage of the No Child Left Behind Act | 879 |
| 146 | Chapman, Bruce and David DeWolf, "Why the Santorum Language Should Guide State Science Education Standards" | 880-889 |
| 147 | *National Geographic Magazine*, "Was Darwin Wrong?" | 1009-1031 |
| 148 | Peterson, Sonja, "Evolving Ideas" | 831-832 |
| 149 | Planned Instruction Curriculum Guide | 40 |

| No. | Description | Pages |
|---|---|---|
| 150 | Planned Instruction Curriculum Guide, draft | 41 |
| 151 | Planned Instruction Curriculum Guide | 43 |
| 152 | Excusal form for biology statement | 167 |
| 153 | Partial transcript from School Board meeting, 10/18/04 | 168-174 |
| 154 | Letter from A. Bonsell to R. Nilson about science curriculum | 175 |
| 155 | Letter to S. Harkins regarding Cleary ID piece | 176 |
| 156 | Letter from TMLC to W. Buckingham offering service | 181 |
| 157 | M. Baksa, personal notes on calendar, meeting w/Biology teachers | 956 |
| 158 | Letter, A. Bonsell to R. Nilsen, re: press release, forwarded to M. Baksa | 976 |
| 159 | Teacher cover sheet, "Textbooks" | 191 |
| 160 | Science Dept. budget w/attached memo, 2/11/03 | 192-196 |
| 161 | Science Dept. budget w/attached memo, 2/13/03 | 197-203 |
| 162 | Email, M. Baksa to B. Spahr, J. Miller, re: textbooks | 204 |
| 163 | Request to M. Baksa from Bio Dept. for Miller text | 205 |
| 164 | Email, M. Baksa to B. Spahr, re: textbook purchase | 206 |
| 165 | DASD survey of biology books used in nearby schools | 207 |
| 166 | "Biology for Christian Students" text review | 208 |
| 167 | Notes on Curriculum Committee meeting | 209 |
| 168 | Notes on Miller text by W. Buckingham | 210 |
| 169 | DASD memo—changes in Miller text from 2002 to 2004 edition | 211 |
| 170 | Receipt for purchase of Miller textbooks | 215 |
| 171 | Letter, R. Nilsen to M. Baksa, re: approval of funds for Miller text | 216 |
| 172 | Teacher packet, "Communications" | 341, 341, 342, 344, 347, 348, 349, 350, 351, 353, 354, 357, 358, 359, 360, 361, 365, 366, 367, 372-373, 377-378, 380, 381, 382, 383, 384-385, 386, 387-388, 389, 393 |
| 173 | Teacher packet, "Panda Critique" | 402, 403, 404-405, 406-410, 411-415, 416-417, 418-426, 427-428, 429, 430, 431-436 |
| 174 | Teacher packet, "Statement to Board" | 437, 438-441, 442-444 |
| 175 | Teacher research, ID and Evolution | 445, 446-479, 480-483, 484-486, 487-494, 495-497, 498-507, 516-519, 520-521, 522-528, 529- |

| | | |
|---|---|---|
| | | 532, 533-534, 535-540, 541-553, 554-556, 557-561, 562-564, 565, 566-567 |
| 176 | DASD Academic Standards policy, version adopted 4/23/03 | 2044 |
| 177 | DASD Curriculum Development policy, version adopted 8/2/04 | 2045-2046 |
| 178 | DASD Curriculum Review By Parents/Guardians and Students policy, version adopted 2/9/2004 | 2047-2048 |
| 179 | DASD Guides for Planned Instruction policy, version adopted 4/23/03 | 2049-2050 |
| 180 | DASD Adoption of Planned Instruction policy, version adopted 4/23/03 | 2051-2052 |
| 181 | DASD Adoption of Text books policy, version adopted 4/23/03 | 2053-2054 |
| 182 | DASD Resource Materials policy, version adopted 4/23/03 | 2055-2056 |
| 183 | DASD Resource Materials—Challenges and Reconsiderations policy, version adopted 1/13/03 | 2057-2060 |
| 184 | History of teacher edits of biology statement | 3766 |
| 185 | DASD Biology statement | 3767 |
| 186 | DASD memo/attached Planned Instruction Curriculum Guide, draft | 3768-3769 |
| 187 | DASD memo/attached Planned Instruction Curriculum Guide, part A | 3770-3771 |
| 188 | DASD memo/attached Planned Instruction Curriculum Guide, second draft, part A (teachers OK) | 3772-3773 |
| 189 | Letter to E. Rothschild, Intelligent Design matter, from local attorney, on facts of Dover policy | 3774 |
| 190 | Biology statement, teacher's version | 3775 |
| 191 | History of Biology statement, teacher edits | 3776 |
| 192 | DASD Biology statement | 3777 |
| 193 | Updated Biology statement, version from 6/2005 | 3787 |
| 194 | DASD Board/Admin retreat roster | 3969 |
| 195 | School Board meeting minutes, 11/10/03 (Pledge of Allegiance) | 3972-3977 |
| 196 | School Board meeting agenda, 11/10/03 (Pledge of Allegiance) | 3978-3983 |
| 197 | School Board committee rosters, 1998 to 2005 | 3984-3999 |
| 198 | DASD Board/Admin retreat roster | 4000 |
| 199 | Benn Law Firm memo, re: correspondence between A. Bonsell and J. McClure | |
| 200 | Dick M. Carpenter II, Expert Report | |
| 201 | Scott Minnich, Expert Report | |
| 202 | Michael J. Behe, Expert Report | |
| 203 | Behe Expert Report exhibits, complete set | |
| 204 | Michael J. Behe, Rebuttal Report to Kenneth Miller | |
| 205 | Michael J. Behe, Rebuttal Report to Kevin Padian | |
| 206 | Kenneth J. Miller, Deposition Exhibit #5 | |
| 207 | Kenneth J. Miller, Deposition Exhibit #6 | |
| 208 | Kenneth J. Miller, Deposition Exhibit #7 | |

| | |
|---|---|
| 209 | Kenneth J. Miller, Deposition Exhibit #8 |
| 210 | Kenneth J. Miller, Deposition Exhibit #10 |
| 211 | Kenneth J. Miller, Deposition Exhibit #11 |
| 212 | Miller and Levine Text, 1998 |
| 213 | Miller and Levine Text, 2002 |
| 214 | Miller and Levine Text, 2004 |
| 215 | *Modern Biology* (Holt, Reinhardt, Winston, 2002) |
| 216 | *Biology Dynamics of Life* (Glencoe Science, 2004) |
| 217 | *Biology: Exploring Life* (Prentice Hall, 2004) |
| 218 | *Biology for Christian Schools* (Bob Jones University, edition unknown as text was rejected by Mike Baksa based on short description) |
| 219 | *Biology: Living Systems* (Glencoe Sciences. 2003) |
| 220 | *Of Pandas and People* |
| 221 | *Intelligent Design Creationism and Its Critics*, ed. Robert t. Pennock |
| 222 | *Evolution*, ed. Mark Ridley |
| 223 | *Finding Darwin's God*, Kenneth R. Miller |
| 224 | *The Ancestor's Tale*, Richard Dawkins |
| 225 | *Tower of Babel*, Robert T. Pennock |
| 226 | *Evolution: The Triumph of an Idea*, Carl Zimmer |
| 227 | DVD: *Icons of Evolution: The Growing Scientific Controversy Over Darwin* |
| 228 | DVD: *Unlocking the Mystery of Life: The Scientific Case for Intelligent Design* |
| 229 | Jonathan Wells, "Icons of Evolution: Science or Myth? Why Much of What We Teach About Evolution is Wrong" |
| 230 | DASD Curriculum Policies |
| 231 | Tape of 10/18/04 meeting |
| 232 | C. Brown, Ex. #1-3 |
| 233 | PA Board of Education Academic Standards for Science and Technology |
| 234 | Statement of Sen. Rick Santorum upon passage of the No Child Left Behind Act |
| 235 | Conference Report of No Child Left Behind Act (2001) |
| 236 | McNab, R.M., "The Bacterial Flagellum: Reversible Rotary Propellor and Type III Export Apparatus" |
| 237 | Saier, M.H., Jr., "Evolution of Bacterial Type III Protein Secretion Systems" |
| 238 | Nguyen, L., Paulsen, I.T., Tchieu, J., Hueck, C.J., and Saier, M.H., Jr., "Phylogenetic Analyses of the Constituents of Type III Protein Secretion Systems" |
| 239 | Galan, J.E. and Collmer, A., "Type III Secretion Machines: Bacterial Devices for Protein Delivery Into Host Cells" |
| 240 | Warren Nord, Expert Report |
| 241 | Warren Nord, Curriculum Vitae |

Defendant's Exhibit List: *Kitzmiller et. al. v. Dover Area School District,* 04-CV-02688

| | |
|---|---|
| 242 | Steve William Fuller, Expert Report |
| 243 | Steve William Fuller, Curriculum Vitae |
| 244 | Dick M. Carpenter II, Expert Report |
| 245 | Dick M. Carpenter II, Curriculum Vitae |
| 246 | Scott Minnich, Expert Report |
| 247 | Scott Minnich, Curriculum Vitae |
| 248 | Michael J. Behe, Expert Report |
| 249 | Michael J. Behe, Curriculum Vitae |
| 250 | Behe, Michael and David W. Snoke, "Simulating Evolution By Gene Duplication of Protein Features That Require Multiple Amino Acid Residues" |
| 251 | Woese, Carl, "A New Biology for a New Century" |
| 252 | Lenski, et. Al, "The Evolutionary Origin of Complex Features" |
| 253 | Alberts, B., The Cell Is a Collection of Protein Machines: Preparing the Next Generation of Molecular Biologists" |
| 254 | Minnich, Scott and Stephen Meyer, "Genetic Analysis of Coordinate Flagellar and Type III Regulatory Circuits in Pathenogenic Bacteria" |
| 255 | Conway, S.C., Evolution: Bringing Molecules Into the Fold" |
| 256 | Benn Law Firm memo, re: correspondence between A. Bonsell and J. McClure |
| 257 | Losick and Shaprio, "Changing Views on the Nature of the Bacterial Cell: From Biochemistry to Cytology." |
| 258 | Sanders LA, Van Way S, Mullin DA, Characterization of the *Caulobacter Crecentus* FlbF Promoter and Identification of the Inferred FlbF Product as a Homolog of the LcrD Protein From *Yersinia enterocolitica* Virulence Plasmid." |
| 259 | Zhuang WY, Shapiro, L., Caulobacter FliQ and FliR Membrane Proteins Required for Flagellar Biogenesis and Cell Division, Belong to a Family of Virulence Factor Export Proteins." |
| 260 | Weiner, Jonathon, "The Beak of the Finch" Vintage. New York, NY, 1994 p. 258 |
| 261 | Quammen, D. "Was Darwin Wrong?" National Geographic 206:2-35 |
| 262 | Reynolds, MG, 2000. Compensatory Evolution in Rifampin-resistant *Escherichia coli.*" |
| 263 | Polkinghorn, J. 1998. "Belief in God in an Age of Science." Yale University Press |
| 264 | Behe, Michael J., "Recapitulations: Behe Responds" |
| 265 | Maddox, John, "Down with the Big Bang" |
| 266 | Thornhill, Richard H. and David W. Ussery, "A Classification of Possible Routes of Darwinian Evolution." |
| 267 | "How Did Life Begin?: An Interview With Andy Knoll" |
| 268 | Barton, NH and B. Charlesworth, "Why Sex and Recombination?" |
| 269 | Wuethrich, Bernice, "Evolution of Sex: Putting Theory to the |

| | |
|---|---|
| | Test" |
| 270 | Kondrashov, AS, "Classification of Hypotheses on the Advantage of Amphimixis" |
| 271 | Pennisi, Elizabeth, "Haekel's Embryos: Fraud Rediscovered" |
| 272 | Doolittle, Russell F., "A Delicate Balance" |
| 273 | Shanks, Niall, and Karl H. Joplin, "Redundant Complexity: A Critical Analysis of Intelligent Design in Biochemistry" |
| 274 | DeRosier, David J., "The Turn of the Screw: The Bacterial Flagellar Motor" |
| 275 | Behe, Michael J. "The Argument for Intelligent Design in Biology" PowerPoint Presentation |
| 276 | Dewey, J. "The Child and the Curriculum and the School and Society" |
| 277 | Petress, K., "What is Critical Thinking and Why is it Useful?" |
| 278 | Scheurman, G., "From Behaviorist to Constructivist Teaching" |
| 279 | Nord, Warren A., "Intelligent Design Theory, Religion and the Science Curriculum" |
| 280 | Campbell, John Angus, "The Philosopher of Science as a Public Intellectual" |
| 281 | Fuller, Steve, "An Intelligent Persons Guide to Intelligent Design Theory" |