THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 04-CV-2688 |
| ) | (Hon. Judge Jones) |
| v. ) | |
| ) | |
| DOVER AREA SCHOOL DISTRICT and ) | |
| DOVER AREA SCHOOL DISTRICT ) | |
| BOARD OF DIRECTORS, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2005 a copy of Defendants' Pre-Trial Memorandum (with attached) was served on the following counsel through the court's electronic case filing system:

Eric Rothschild
Stephen G. Harvey
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Thomas B. Schmidt, III
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA 17108

Witold J. Walczak
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213

Ron Turo
Turo Law Offices
29 South Pitt Street
Carlisle, PA 17013

Richard B. Katskee

Mary Catherine Roper

Ayesha Khan  
Alex J. Luchenitser  
Americans United for Separation  
  of Church and State  
518 C Street, NE  
Washington, DC 20002  

ACLU of Pennsylvania  
P.O. Box 1161  
Philadelphia, PA 19105  

_____  
Pat Gillen  
Admitted *pro hac vice*