THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al. | : | Case No. 04cv2688 |
| Plaintiffs | : | |
| | : | |
| v. | : | Judge Jones |
| | : | |
| DOVER AREA SCHOOL DISTRICT and DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, | : : : | |
| Defendants | : | |

## ORDER

### September 6, 2005

It is hereby ORDERED as follows:

1. A telephonic conference shall be held on September 7, 2005 at 10:00 a.m.

2. Eric Rothchild, Esquire, shall initiate the conference call. The Court's phone number is (570)601-1497.

3. All counsel shall be ready to proceed when my chambers is contacted.

s/ John E. Jones III
John E. Jones III
United States District Judge