IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., <br>     Plaintiffs, <br><br> v. <br><br> DOVER AREA SCHOOL DISTRICT and <br> DOVER AREA SCHOOL DISTRICT <br> BOARD OF DIRECTORS, <br>     Defendants. | Case No. 04-CV-2688 <br> (Hon. Judge Jones) <br><br> (Filed Electronically) |

### DEFENDANTS' MOTION IN LIMINE TO PRECLUDE PLAINTIFFS FROM USING OR INTRODUCING AT TRIAL NEWS MATERIALS

Defendants move this court for an order prohibiting plaintiffs from using or introducing at trial newspaper articles, letters to the editor, editorials, and any other news material (hereinafter collectively referred to as "news materials"), including those listed on plaintiffs' trial exhibit list.

    1.    The news materials are hearsay, irrelevant, and are more prejudicial than probative. *E.g.*, Fed. R. Evid. 402, 403, 801, 802. Consequently, the evidence is inadmissible.

2. In support of this motion, defendants rely on their brief and exhibits, which have been filed with this motion, and the papers contained within the court file.

3. Counsel for defendants and plaintiffs were unable to reach a resolution of this motion as of the date of its filing. M.D. Pa. Local R. 7.1. A proposed order has been submitted with this motion. *Id.*

Defendants respectfully request that this court grant them the relief sought through this motion and supporting brief.

Respectfully submitted,

*Edward L. White*

Richard Thompson (MI P21410)*
Patrick T. Gillen (MI P47456)*
Robert J. Muise (MI P62849)*
Edward L. White III (MI P62485)*
Thomas More Law Center
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, MI 48106
734-827-2001; Fax. 734-930-7160
ewhite@thomasmore.org
*Admitted pro hac vice

Ron Turo
Turo Law Offices
29 South Pitt Street
Carlisle, PA 177013
717-245-9688
*Counsel for defendants*

Dated: September 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2005, a copy of the foregoing defendants' motion in limine and proposed order was served on the following counsel through the court's electronic case filing system:

Eric Rothschild
Stephen G. Harvey
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Witold J. Walczak
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213

Richard B. Katskee
Ayesha Khan
Alex J. Luchenitser
Americans United for Separation
  of Church and State
518 C Street, NE
Washington, DC 20002

Thomas B. Schmidt, III
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA 17108

Ron Turo
Turo Law Offices
29 South Pitt Street
Carlisle, PA 17013

Mary Catherine Roper
ACLU of Pennsylvania
P.O. Box 1161
Philadelphia, PA 19105

*[signature]*

Edward L. White III
Admitted *pro hac vice*