IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY KITZMILLER, et al.        )
    Plaintiffs,                )      Case No. 04-CV-2688
                               )      (Hon. Judge Jones)
v.                              )
                               )      (Filed Electronically)
DOVER AREA SCHOOL DISTRICT, et al )
    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION IN LIMINE TO PRECLUDE PLAINTIFFS FROM USING OR INTRODUCING AT TRIAL NEWS MATERIALS

Before this court is defendants' motion in limine. The court hereby GRANTS said motion. Plaintiffs are precluded at trial from using or introducing into evidence newspaper articles, letters to the editor, editorials, and any other news material, including those listed on their trial exhibit list.

Dated this _____ day of September, 2005.

_____
John E. Jones III
United States District Judge