IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY KITZMILLER, et al., )
    Plaintiffs, )
) Case No. 04-CV-2688
) (Hon. Judge Jones)
v. )
) (Filed Electronically)
DOVER AREA SCHOOL DISTRICT, et al.,)
    Defendants. )
_____)

**INDEX OF EXHIBITS TO DEFENDANTS' BRIEF IN SUPPORT OF MOTION IN LIMINE TO PRECLUDE PLAINTIFFS FROM USING OR INTRODUCING AT TRIAL NEWS MATERIALS**

Exhibit A,   Declaration of William Buckingham pursuant to 28 U.S.C. § 1746.

Exhibit B,   Declaration of Alan Bonsell pursuant to 28 U.S.C. § 1746.

Exhibit C,   Declaration of Jane Cleaver pursuant to 28 U.S.C. § 1746.

Exhibit D,   Declaration of Heather Geesey pursuant to 28 U.S.C. § 1746.

Exhibit E,   Declaration of Sheila Harkins pursuant to 28 U.S.C. § 1746.

Exhibit F,   Declaration of Richard Nilsen pursuant to 28 U.S.C. § 1746.

Exhibit G,   Declaration of Michael Baksa pursuant to 28 U.S.C. § 1746.

Exhibit H,   *Selman v. Cobb County Sch. Dist.*, No. Civ. A. 1:02-CV-2325-C, 2005 WL 83829 (N.D. Ga. Jan. 13, 2005).

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY KITZMILLER, et al., )
    Plaintiffs, ) Case No. 04-CV-2688
) (Hon. Judge Jones)
v. )
) (Filed Electronically)
DOVER AREA SCHOOL DISTRICT, et al.,)
    Defendants. )
_____ )

## CERTIFICATE REGARDING EXHIBITS ATTACHED TO DEFENDANTS' BRIEF IN SUPPORT OF MOTION IN LIMINE TO PRECLUDE PLAINTIFFS FROM USING OR INTRODUCING AT TRIAL NEWS MATERIALS

I, Edward L. White III, hereby certify as follows:

1. I am an attorney admitted in this case to represent the defendants with my co-counsel. I am familiar with the facts set forth herein.

2. Attached to defendants' brief as Exhibits A through G are true and correct copies of the declarations of William Buckingham, Alan Bonsell, Jane Cleaver, Heather Geesey, Sheila Harkins, Richard Nilsen, and Michael Baksa, respectively, and attached as Exhibit H is a true and correct copy of *Selman v. Cobb County Sch. Dist.*, No. Civ. A. 1:02-CV-2325-C, 2005 WL 83829 (N.D. Ga. Jan. 13, 2005), as printed from Westlaw.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on September 6, 2005.

                                              Edward L. White III