# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., | |
| Plaintiffs, | Civil No. 04-CV-2688 |
| v. | Filed Electronically |
| DOVER AREA SCHOOL DISTRICT, et al., | Hon. John E. Jones, III |
| Defendants. | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter our appearance on behalf of proposed intervenor Courtroom Television Network LLC.

Dated: September 2, 2005

        Respectfully submitted,

        LEVINE SULLIVAN KOCH & SCHULZ, LLP

By: _____
        Gayle C. Sproul
        Michael Berry

2112 Walnut Street, Third Floor
Philadelphia, Pennsylvania 19103
(215) 988-9778 (phone)
(215) 988-9750 (facsimile)
gsproul@lskslaw.com
mberry@lskslaw.com