# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY KITZMILLER, et al.               )
      Plaintiffs,                          )          Case No. 04-CV-2688
                                           )          (Hon. Judge Jones)
      v.                                   )
                                           )          (Filed Electronically)
DOVER AREA SCHOOL DISTRICT, et al )
      Defendants.                          )
_____/

## ORDER GRANTING DEFENDANTS' MOTION IN LIMINE TO PRECLUDE PLAINTIFFS FROM USING OR INTRODUCING AT TRIAL STATEMENTS MADE BY INDIVIDUAL BOARD MEMBERS

Before this court is defendants' motion in limine. The court hereby GRANTS said motion. Plaintiffs are precluded from using or introducing at trial any evidence regarding statements made by individual board members.

Dated this _____ day of September, 2005.


_____
John E. Jones III
United States District Judge