EXHIBIT
tabbies'
1



DEP ⌐ON
P.  8  1
E  1
⌐03  3·95

PRINTED 800-631-6989

# DOVER AREA SCHOOL DISTRICT

## BIOLOGY I PLANNED COURSE/CURRICULUM GUIDE

### PART A

**COURSE DESCRIPTION:** The study of life.

**GRADE(S):** 9    **COURSE LENGTH:** 90 days    **DURATION:** 90 min. pds.    **FREQUENCY:** 6 out of 6

**WRITTEN BY:**

| TIME (WEEKS/CLASSES) | UNIT CONTENT/CONCEPTS/ PROCESS | STATE STANDARD (NAT. STANDARD) | INSTRUCTIONAL STRATEGIES, LEARNING PRACTICES ACTIVITIES AND EXPERIENCES | MATERIALS AND RESOURCES |
|---|---|---|---|---|
| **8 Days** | **Chapter One- The Science of Biology** | | | |
| 3 days | Students will be able to list and define the characteristics of life. | 3.3.10.A | Lecture Labs Teacher demonstration Student discussion | Biology: The Living Science Textbook Living/Nonliving collage |
| 2 days | Students will be able to list, define, and give examples of the levels of organization in biology from atoms to biosphere. | 3.3.10.A | Student activity Student discussion | Levels of Organization WS Pyramid activity |
| 3 days | Students will be able to use a microscope properly. Students will differentiate between the scanning electron, transmission electron, compound light, and stereomicroscopes. | 3.7.10.A 3.7.10.B | Lab Lecture Demonstration Homework | Textbook Microscope Lab Microscope handout Microscope drawing guide |

P 01625

# DOVER AREA SCHOOL DISTRICT

## BIOLOGY CHAPTER 1 PLANNED COURSE/CURRICULUM GUIDE

### PART B

GRADE: 9

| OPPORTUNITIES FOR INTEGRATION | ENRICHMENT, AND EXPANDED OPPORTUNITIES | REMEDIATION AND INTERVENTION STRATEGIES | ASSESSMENTS AND PORTFOLIO OPPORTUNITIES |
|---|---|---|---|
| Mathematical conversions Artistic expression Problem solving techniques | Research history of microscopes Expand on science project Research biologists that study the different levels of organization Lab report | Model steps as you teach One-on-one instruction Provide visual help Allow more time to work | Unit One Exam Laboratory activities Quizzes Homework |

P 01626

# DOVER AREA SCHOOL DISTRICT

## BIOLOGY I PLANNED COURSE/CURRICULUM GUIDE

### PART A

COURSE DESCRIPTION: The study of life

GRADE(S):  9      COURSE LENGTH: 90 days      DURATION: 90 minutes      FREQUENCY: 6 out of 6

WRITTEN BY:

P  01627

| TIME (WEEKS/CLASSES) | UNIT CONTENT/CONCEPTS/ PROCESS | STATE STANDARD (NAT. STANDARD) | INSTRUCTIONAL STRATEGIES, LEARNING PRACTICES ACTIVITIES AND EXPERIENCES | MATERIALS AND RESOURCES |
|---|---|---|---|---|
| 11 days | Chapter 2 – The Chemistry of Life | | | |
| 1 day | Students will be able to differentiate between organic and inorganic molecules. Students will be able to experiment with and define the properties of water. | 3.3.10.B | Lab Lecture Homework | Textbook Periodic tables Water lab |
| 1 day | Students will be able to identify acids and bases by their pH values. | 3.3.10.B | Lecture Lab | Acid/Base Lab |
| 1 day | Students will be able to define the characteristics of carbohydrates and their building blocks. | 3.3.10.B 9.3.9.E | Lecture Student activity | Pasta Power packet Carbohydrate activity |
| 3 days | Students will be able to build | 3.3.10.B | Lab | Pasta Power packet |

| | | | Student activity | Molecular Model Lab |
|---|---|---|---|---|
| | structural models for all types of carbohydrates. | | | Carbohydrate lab<br>Pasta Power packet |
| 1 day | Students will be able to perform qualitative tests on foods. | 3.3.10.B<br>9.3.9.E | Lab | |
| 1 day | Students will be able to identify the characteristics of lipids and the functions of lipids in the body. | 3.3.10.B<br>9.3.9.D | Lecture<br>Student activity and practice | Cholesterol video<br>Lipid activity |
| 1 day | Students will be able to calculate percentage of body fat using the skin calipers.<br>Students will be able to qualitatively test for lipids. | 3.3.10.B<br>9.3.9.D | Student activity<br>Lab | Percent body fat calculation<br>Lipid lab |
| 2 days | Students will be able to identify the characteristics of proteins and their functions within the human body. | 3.3.10.B | Lecture<br>Student activity | Protein activity |
| 1 day | Students will be able to qualitatively test food products for the presence of specific organic compounds. | 3.3.10.B | Lab | Biochemistry Lab<br>Lab write up |

P 01628

# DOVER AREA SCHOOL DISTRICT

## BIOLOGY 1 – CHAPTER 2 PLANNED COURSE/CURRICULUM GUIDE

### PART B

GRADE: 9

| OPPORTUNITIES FOR INTEGRATION | ENRICHMENT, AND EXPANDED OPPORTUNITIES | REMEDIATION AND INTERVENTION STRATEGIES | ASSESSMENTS AND PORTFOLIO OPPORTUNITIES |
|---|---|---|---|
| Family and Consumer Sciences Nutritional and dietary planning Writing | Plan a weekly diet incorporating each organic compound. Build models of each of the compounds. | Outline to support comprehension Help students with vocabulary terms Break down information into shorter tests | Chapter 2 Exam Lab activities Lab write-up Pasta Power writing activity Homework assignments |

P 01629

# DOVER AREA SCHOOL DISTRICT

## BIOLOGY I PLANNED COURSE/CURRICULUM GUIDE

### PART A

**COURSE DESCRIPTION: The study of life**

**GRADE(S): 9**       **COURSE LENGTH: 90 days**       **DURATION: 90 minutes**       **FREQUENCY: 6 out of 6**

**WRITTEN BY:**

| TIME (WEEKS/CLASSES) | UNIT CONTENT/CONCEPTS/ PROCESS | STATE STANDARD (NAT. STANDARD) | INSTRUCTIONAL STRATEGIES, LEARNING PRACTICES ACTIVITIES AND EXPERIENCES | MATERIALS AND RESOURCES |
|---|---|---|---|---|
| 8 days | **Chapter 3 – Cell structure and function** | | | |
| 1 day | The student will be able to differentiate between a eukaryotic and a prokaryotic cell. The student will be able to explain how the cell shape relates to its function. The student will be able to differentiate between a plant and an animal cell. | 3.3.10.A 3.3.10.B | **Lecture** Demonstration | **Textbook** Computer Cell pictures |
| 3 days | The student will be able to diagram a typical animal or plant cell and explain the functions of the organelles. | 3.3.10.A 3.3.10.B | Student project | Textbook Internet Power point presentation Cell project outline Computer lab |
| 2 days | The students will be able to identify the parts of a cell under the microscope. | 3.3.10.A 3.3.10.B | Lab | Cell lab Microscopes |

P 01630

| | | | | |
|---|---|---|---|---|
| 1 day | The students will be able to differentiate between passive and active transport, diffusion and osmosis, and hypertonic, hypotonic, and isotonic. | 3.3.10.A 3.3.10.B | Lecture Demonstration Student activity | Hypertonic, hypotonic, and isotonic worksheet |
| 1 day | The student will be able to determine the rate of osmosis using dialysis tubing. | 3.3.10.A 3.3.10.B | Lab | Rate of osmosis lab |

P 01631

# DOVER AREA SCHOOL DISTRICT

## BIOLOGY I – CHAPTER 3 PLANNED COURSE/CURRICULUM GUIDE

### PART B

GRADE: 9

| OPPORTUNITIES FOR INTEGRATION | ENRICHMENT, AND EXPANDED OPPORTUNITIES | REMEDIATION AND INTERVENTION STRATEGIES | ASSESSMENTS AND PORTFOLIO OPPORTUNITIES |
|---|---|---|---|
| Physics – lenses<br>Medicine | Describe how osmosis affects living things (i.e. penicillin). | Read tests<br>Group study sessions<br>Help student with vocabulary terms | Chapter 3 Exam<br>Cell Project<br>Lab activities |

P 01632

# DOVER AREA SCHOOL DISTRICT

## BIOLOGY I PLANNED COURSE/CURRICULUM GUIDE

### PART A

COURSE DESCRIPTION: The study of life

GRADE(S):  9          COURSE LENGTH: 90 days          DURATION: 90 minutes   FREQUENCY: 6 out of 6

WRITTEN BY:

| TIME (WEEKS/CLASSES) | UNIT CONTENT/CONCEPTS/ PROCESS | STATE STANDARD (NAT. STANDARD) | INSTRUCTIONAL STRATEGIES, LEARNING PRACTICES ACTIVITIES AND EXPERIENCES | MATERIALS AND RESOURCES |
|---|---|---|---|---|
| 8 days | **Chapter 4 – Energy and the Cell** | | | |
| 1 day | The students will be able to explain how energy is stored in ATP. To list how energy is converted from one form to another. | 3.3.10.B | **Lecture** Demonstration | **Textbook** Lime water demonstration |
| 2 days | The student will be able to describe the structure of ATP and how it is used by the body for the energy. | 3.3.10.B | Student activity | ATP advertisement activity |
| 1 day | The student will be able to | 3.3.10.B | Lab | Fermentation Lab |

P  01633

II.

| | | | | |
|---|---|---|---|---|
| | demonstrate fermentation and to determine the reactants and products. | | | |
| 2 days | The student will be able to describe the overall reaction of cellular respiration. | 3.3.10.B | Student activity | Diagram cellular respiration |
| 1 day | The student will be able to describe the light and dark reactions of photosynthesis. The student will be able to describe the function of chlorophyll. | 3.3.10.B | Lecture Demonstration | Textbook |
| 1 day | The student will be able to identify the pigments found in leaves and the function of those pigments. | 3.3.10.B | Lab | Separation of Leaf Pigments Lab |

P 01634

# DOVER AREA SCHOOL DISTRICT

BIOLOGY 1 – CHAPTER 4 PLANNED COURSE/CURRICULUM GUIDE

PART B

GRADE: 9

| OPPORTUNITIES FOR INTEGRATION | ENRICHMENT, AND EXPANDED OPPORTUNITIES | REMEDIATION AND INTERVENTION STRATEGIES | ASSESSMENTS AND PORTFOLIO OPPORTUNITIES |
|---|---|---|---|
| Physics<br>Industrial uses of fermentation<br>Mathematical equations<br>Chemistry<br>Aerobic and anaerobic exercises | Report on industrial uses of fermentation<br>Muscles and ATP<br>Define aerobic and anaerobic exercises<br>Explain the function of other pigments in plants ex. Flower petals | Highlight important reactions<br>Break down reactions into small steps<br>Small group study sessions | Chapter 4 Exam<br>ATP advertisements<br>Lab activities<br>Cellular respiration posters |

P 01635

# DOVER AREA SCHOOL DISTRICT

## BIOLOGY I PLANNED COURSE/CURRICULUM GUIDE

### PART A

**COURSE DESCRIPTION:** The study of life

**GRADE(S):** 9    **COURSE LENGTH:** 90 days    **DURATION:** 90 minutes    **FREQUENCY:** 6 out of 6

**WRITTEN BY:**

| TIME (WEEKS/CLASSES) | UNIT CONTENT/CONCEPTS/ PROCESS | STATE STANDARD (NAT. STANDARD) | INSTRUCTIONAL STRATEGIES, LEARNING PRACTICES ACTIVITIES AND EXPERIENCES | MATERIALS AND RESOURCES |
|---|---|---|---|---|
| 7 days | **Chapter 5 – Cell Division** **Chapter 6 – Genetics** | | | |
| 1 day | Students will be able to differentiate between asexual and sexual reproduction. Students will be able to list reasons a cell would undergo mitosis. | 3.3.10.C.#1 3.3.10.C.#3 | **Lecture** Filmstrip Demonstration | **Dukane filmstrip** Overhead projector Colored pencils Mitosis/Meiosis packet |
| 2 days | Students will be able to identify stages of mitosis under the microscope. | 3.3.10.C.#1 | Lab | Microscope Onion root tip slides Fish blastula slides Colored pencils TV projection microscope |
| 1 day | Students will be able to | 3.3.10.C.#1 | Lab | Bead kit |

P 01636

| | | | Student activity | Colored pencils<br>Chalk |
|---|---|---|---|---|
| 1 day | demonstrate their knowledge of the stages of mitosis and cytokinesis using beads and colored pencils. | 3.3.10.C.#1 | Quiz<br>Lecture | Mitosis Quiz<br>Mitosis/Meiosis packet<br>Meiosis Overhead<br>Overhead projector |
| | Students will be able to describe what occurs in each stage of mitosis.<br>Students will be able to list reasons for undergoing meiosis and compare it to mitosis.  Students will be able to define tetrad, homologous chromosomes, diploid, haploid, gametes, zygote. | | | |
| 1 day | Students will be able to draw the stages of meiosis to demonstrate what occurs in each stage. | 3.3.10.C. #3 | Student activity | Mitosis/Meiosis packet<br>Colored pencils |
| 1 day | Students will be able to diagnose a chromosomal abnormality using a karyotype. | 3.3.12.C #4 | Student activity/lab | Karyotype lab |

P  01637

# DOVER AREA SCHOOL DISTRICT

## PLANNED COURSE/CURRICULUM GUIDE

### PART B

GRADE: 9

| OPPORTUNITIES FOR INTEGRATION | ENRICHMENT, AND EXPANDED OPPORTUNITIES | REMEDIATION AND INTERVENTION STRATEGIES | ASSESSMENTS AND PORTFOLIO OPPORTUNITIES |
|---|---|---|---|
| Math<br>Art<br>Health | Research and report on how mitosis is related to cancer.<br>Interview a genetic counselor to learn the problems that can occur with meiosis and aging.<br>Differentiate between males and females undergoing meiosis. | Outline to support comprehension<br>Help students with vocabulary terms<br>Break down information into shorter tests | Mitosis Quiz<br>Meiosis Quiz<br>Lab reports<br>Mitosis/Meiosis Exam<br>Cancer research paper |

P 01638

# DOVER AREA SCHOOL DISTRICT

## BIOLOGY I PLANNED COURSE/CURRICULUM GUIDE

### PART A

COURSE DESCRIPTION: The study of life

GRADE(S):  9        COURSE LENGTH: 90 days        DURATION: 90 minutes    FREQUENCY: 6 out of 6

WRITTEN BY:

| TIME (WEEKS/CLASSES) | UNIT CONTENT/CONCEPTS/ PROCESS | STATE STANDARD (NAT. STANDARD) | INSTRUCTIONAL STRATEGIES, LEARNING PRACTICES ACTIVITIES AND EXPERIENCES | MATERIALS AND RESOURCES |
|---|---|---|---|---|
| 12 days | Chapter 6 – Genetics Chapter 7 – Human Inheritance | | | |
| 1 day | Students will be able to describe Mendel's study on pea plants. Students will be able to define homozygous, heterozygous, dominant, and recessive, phenotype, and genotype, and generation names. | 3.3.10.C #4 | Lecture Student activity | Mendel worksheet |
| 1 day | Students will be able to investigate some human traits that are inherited by simple dominant and recessive alleles. | 3.3.10.C. #6 | Lab | **Human Genetics Lab** Investigating Human Traits Lab Coins |
| 1 day | Students will be able to | 3.3.10.C. #2 | Research | Library |

P  01639

| | | | | Internet Research activity |
|---|---|---|---|---|
| | research a genetic disease. | | | |
| 1 day | Students will be able to cross two monohybrid traits and describe the resulting offspring | 3.3.10.C. #6 | **Lecture** Student practice | Monohybrid problems |
| 1 day | Students will be able to cross two traits and predict the results. | 3.3.10.C. #6 | **Lecture** Student practice Lab | Dihybrid problems Corn dihybrid lab Investigation of Dihybrid Crossing |
| 1 day | Students will be able to cross variations of a codominant trait and predict the results. | 3.3.10.C. #6 | **Lecture** Student practice | Codominant problems |
| 1 day | Students will be able to cross variations of a sex-linked trait and predict the results. | 3.3.10.C. #6 | **Lecture** Student practice | Sex-linked problems |
| 1 day | Students will be able to cross variations of a multiple allele problem and predict the results. Students will be able to determine the paternity of a baby using knowledge of bloodtyping genetics. | 3.3.10.C. #6 | **Lecture** Student practice Lab | Bloodtyping problems Paternity Test Lab |
| 1 day | Students will be able to describe the results of multiple gene and pedigree problems. | 3.3.10.C. #6 | **Lecture** Student practice | Pedigree problems Multiple gene problems |
| 1 day | Students will be able to | 3.3.10.D #4 | Video and discussion | Secret of Life video collection |

P 01640

| | | | |
|---|---|---|---|
| | discuss the controversy of nature vs. nature. | | collection<br>TV/VCR<br>Video questionnaire |
| 1 day | Students will be able to discuss the ramifications of using DNA to design their own children and cloning. | 3.3.10.D  #4 | Video and discussion | Secret of Life video collection<br>TV/VCR<br>Video questionnaire |
| 1 day | Students will be able to describe several genetic disorders. | 3.3.10.C.  #2 | Student oral reports | Genetic disorder reports grade sheets |

P 01641

# DOVER AREA SCHOOL DISTRICT

## PLANNED COURSE/CURRICULUM GUIDE

### PART B

GRADE: 9

| OPPORTUNITIES FOR INTEGRATION | ENRICHMENT, AND EXPANDED OPPORTUNITIES | REMEDIATION AND INTERVENTION STRATEGIES | ASSESSMENTS AND PORTFOLIO OPPORTUNITIES |
|---|---|---|---|
| Health<br>Family and Consumer Sciences<br>Mathematics | Fruit fly cross<br>Pedigree analysis of family | Allow more time for tests<br>Break down problems into steps<br>Individual instruction<br>Study guides<br>After school tutoring | Monohybrid Quiz<br>Dihybrid Quiz<br>Codominant Quiz<br>Sex-linked Quiz<br>Bloodtyping Quiz<br>Multiple Gene Quiz<br>Genetics Exam<br>Lab write-ups |

P 01642

# DOVER AREA SCHOOL DISTRICT

## BIOLOGY I PLANNED COURSE/CURRICULUM GUIDE

### PART A

COURSE DESCRIPTION: The study of life

GRADE(S):                  9                    COURSE LENGTH: 90 days              DURATION: 90 minutes
                           FREQUENCY: 6 out of 6

WRITTEN BY:

| TIME (WEEKS/CLASSES) | UNIT CONTENT/CONCEPTS/ PROCESS | STATE STANDARD (NAT. STANDARD) | INSTRUCTIONAL STRATEGIES, LEARNING PRACTICES ACTIVITIES AND EXPERIENCES | MATERIALS AND RESOURCES |
|---|---|---|---|---|
| 9 days | Chapter 8 – DNA and RNA Chapter 9 – Genetic Engineering | | | |
| 1 day | Students will be able to describe the structure of DNA, where its found, and its function. | 3.3.10.C #5 | Lecture Student activity | DNA packet DNA kits |
| 1 day | Students will be able to construct a DNA model, drawing and labeling all parts. | 3.3.10.C #5 | Student activity | DNA kits Colored pencils |
| 1 day | Students will be able to discuss the applications of using DNA in criminal trials. | 3.3.10.C #5 | Video and discussion | Murder, Rape, and DNA video Video questionnaire |

P 01643

| | | | | |
|---|---|---|---|---|
| 1 day | Students will be able to describe the steps of transcription and diagram those steps. | 3.3.10.C #7 | **Lecture**<br>Student activity | DNA packet<br>DNA kits<br>Colored pencils |
| 1 day | Students will be able to describe the steps of translation and diagram those steps. | 3.3.10.C #7 | **Lecture**<br>Student activity | DNA packet<br>DNA kits<br>Colored pencils |
| 1 day | Students will be able to synthesize the information on protein synthesis using models and a strand of DNA to code for traits on a make believe animal. | 3.3.10.C #7 | **Lab**<br>Student activity | DNA packet<br>DNA kits<br>Protein synthesis lab |
| 1 day | Students will be able to define and describe types of chromosomal and gene mutations. | 3.3.10.C #2 | **Lecture**<br>Students activity | Textbook<br>Colored pencils |
| 1 day | Students will be able to describe how scientists manipulate DNA to insert certain genes. | 3.3.12.C #3 | **Lecture**<br>Lab | Genetic Manipulation Lab |
| 1 day | Students will be able to discuss the real world implications of genetic recombination. | 3.3.12.C #3 | Video and discussion<br>Readings | The Mouse that Laid the Golden Egg video<br>"Your World" magazines |

P 01644

# DOVER AREA SCHOOL DISTRICT

BIOLOGY I PLANNED COURSE/CURRICULUM GUIDE

PART B

GRADE: 9

| OPPORTUNITIES FOR INTEGRATION | ENRICHMENT, AND EXPANDED OPPORTUNITIES | REMEDIATION AND INTERVENTION STRATEGIES | ASSESSMENTS AND PORTFOLIO OPPORTUNITIES |
|---|---|---|---|
| Art<br>Health | Human Genome Project report<br>DNA fingerprinting and electrophoresis | Study guides<br>Tests read to students<br>More time to take test<br>DNA manipulatives | DNA Exam<br>DNA Performance Exam<br>Lab write-ups |

P 01645

DOVER AREA SCHOOL DISTRICT
BIOLOGY I PLANNED INSTRUCTION/CURRICULUM GUIDE

**PART A**

| COURSE DESCRIPTION: | The study of life | | | |
|---|---|---|---|---|
| GRADE(S):  9 | | | | |
| COURSE LENGTH:  90 days | DURATION:  90 minutes | | FREQUENCY:  daily | |

**WRITTEN BY:**

| TIME (WEEKS/CLASSES) | UNIT CONTENT/CONCEPTS/ PROCESS | STATE STANDARD (NAT. STANDARD) | INSTRUCTIONAL STRATEGIES, LEARNING PRACTICES ACTIVITIES AND EXPERIENCES | MATERIALS AND RESOURCES |
|---|---|---|---|---|
| 19 days | Chapter 10 – Natural Selection Chapter 11 – The Mechanism of Evolution Chapter 12 – The Origins of Biodiversity | | | |
| 1 day | Students will be able to discuss Darwin's observations of the living world.  Students will be able to discuss the variability found in nature. | 3.3.10.D | Lecture Mini Lab | Textbook Graph paper |
| 2 days | Students will be able to describe biomes and list the adaptations that organisms have to survive in this environment. | 3.3.10.D.6 | Research Student reports | Textbook Library Internet Art supplies |
| 1 day | Students will be able to determine how limiting factors work to limit population sizes. | 3.3.10.D.6 | Lecture Student activity | Green peppers Worksheets Textbook |
| 1 day | Students will be able to define types of competition and how they relate to population size. | 3.3.10.D.6 | Lecture Video | TV/VCR Video questionnaire |
| 1 day | Students will be able to list evidences used to support Darwin's theory of the Origins of Species. | 3.3.10.D.1 | Lecture Lab | Evolution Worksheet Biochemical Evidence Lab |
| | Students will be made aware of gaps/problems in Darwin's Theory and of other theories of evolution including, but not limited to Intelligent Design. | 3.3.10.D.1 | Lecture | Reference:  Of Pandas and People |

P 01646

Note:  The Origins of Life is not taught.

Board Approved 10/18/04

| TIME (WEEKS/CLASSES) | UNIT CONTENT/CONCEPTS/ PROCESS | STATE STANDARD (NAT. STANDARD) | INSTRUCTIONAL STRATEGIES, LEARNING PRACTICES ACTIVITIES AND EXPERIENCES | MATERIALS AND RESOURCES |
|---|---|---|---|---|
| 3 days | Students will be able to describe biomes and list the adaptations that organisms have to survive in this environment. | 3.3.10.D #6 | Research Student reports | Textbook Library Internet Art supplies |
| 1 day | Students will be able to determine how limiting factors work to limit population sizes. | 3.3.10.D #6 | Lecture Student activity | Green peppers Worksheets Textbook |
| 1 day | Students will be able to define types of competition and how they relate to population size. | 3.3.10.D #6 | Lecture Video | TV/VCR Video questionnaire |
| 1 day | Students will be able to list evidences used to support Darwin's theory of the Origin of Species. | 3.3.10.D #1 | Lecture Lab | Evolution Worksheet Biochemical Evidence Lab |
| 3 days | Students will be able to make a time line that demonstrates evolutionary changes during the history of earth. | 3.3.10.D #5 | Lab | Textbook Register tape Calculator Lab paper |
| 1 day | Students will be able to define natural selection and artificial selection and demonstrate the process. | 3.3.10.D #6 | Lecture Lab | Textbook Simulating Natural Selection Lab |
| 1 day | Students will be able to design a species placed under climatic pressure. Students will be able to differentiate between disruptive, | 3.3.10.D #6 | Lecture Student activity | Darwin meets DNA activity Textbook |

P 01647

| | | | |
|---|---|---|---|
| directional, and stabilizing selection. | | | |
| 1 day | Students will be able to graph the types of selection using human height. | 3.3.10.D #6 | Student activity | Textbook<br>Graph paper<br>Colored pencils |
| 1 day | Students will be able to describe how speciation takes place using Darwin's finches as an example. | 3.3.10.D #6 | Lecture<br>Lab | Pliers lab |
| 1 day | Students will be able to list how species change due to reproductive isolation. | 3.3.10.D #6 | Video and discussion | Voyage to the Galapagos video<br>Video questionnaire |
| 1 day | Students will be able to differentiate between adaptive radiation and convergent evolution. | 3.3.10.D #6 | Lecture<br>Student activity | Textbook<br>Backyard evolution activity |
| 3 days | Students will be able to discuss the importance of biodiversity and list reasons why organisms have become extinct. | 3.3.10.D #3 | Lecture<br>Student research and activity | Endangered species trading cards |

P 01648

# DOVER AREA SCHOOL DISTRICT

BIOLOGY I PLANNED COURSE/CURRICULUM GUIDE

PART B

GRADE: 9

| OPPORTUNITIES FOR INTEGRATION | ENRICHMENT, AND EXPANDED OPPORTUNITIES | REMEDIATION AND INTERVENTION STRATEGIES | ASSESSMENTS AND PORTFOLIO OPPORTUNITIES |
|---|---|---|---|
| Earth Science<br>Math<br>Writing | Research dinosaur extinction<br>Create a phylogenetic tree on any species<br>Fossil studies of Pennsylvania | Study guides<br>Extra time on tests<br>One-on-one instruction | Evolution Exam<br>Lab write-ups<br>Projects |

P 01649

EXHIBIT

2





## Dover Area School District

BOARD PRESS RELEASE FOR BIOLOGY CURRICULUM--11-19-04; reposted 12-14-04

**Dover Area Board of Directors**
### Biology Curriculum Press Release



The Dover Area School District has issued the following statement concerning the District's Biology curriculum. The District had determined to delay any official pronouncement until the curriculum update and implementation were complete. The Dover Area School District has been committed to developing a curriculum that incorporates suggestions from the School Board, community, administration, teachers, and the District solicitor. The District now has a completed Biology curriculum and implementation procedure. In an attempt to clarify the District's policy and to correct any misinformation concerning the biology curriculum, the District states the following:

Over the past several months, the District's Board of Directors has been updating its Science and Biology curriculum and adopting and approving support materials, including textbooks. The School Board has undertaken considerable effort to develop and adopt a fair and balanced science curriculum. During the course of discussions about curriculum updates, numerous individuals and the media have made confusing, conflicting, and inaccurate statements. Many of these statements have been personal opinions or misinterpretations of District activities and curriculum directives. Some statements and opinions from the media, community members, and Board members, which are completely inaccurate or false, have been assumed to be official District policy or curriculum procedure. The following is the actual chronology of the District's Biology curriculum development process and implementation.

Teachers in the science department researched and recommended to the Administration the science textbook *Biology* (Prentice Hall) for its high school Biology class. The District adopted and purchased 220 copies of this teacher-and administration-recommended book.

The District also received a donation of 60 copies of *Of Pandas and People* (Haughton Publishing Company) and that book now is listed as a reference book in the curriculum. It is not a required text, but, in an effort to present a balanced curriculum, the book is made available to all students who wish to review it and the ideas that are presented in the text.

The Biology curriculum also was updated to include the following preliminary statement:

> *Students will be made aware of gaps/problems in Darwin's Theory and of other theories of evolution including, but not limited to, Intelligent Design. The Origins of Life is not taught.*

In coordination with the science department teachers, the District solicitor, and the School Board, Mr. Michael Baksa, the Assistant Superintendent in charge of curriculum, developed the following procedural statement that will be read to all students as the new Biology curriculum is implemented beginning in January 2005:



> *The Pennsylvania Academic Standards require students to learn about Darwin's Theory of Evolution and eventually to take a standardized test of which evolution is a part.*

> *Because Darwin's Theory is a theory, it continues to be tested as new evidence is discovered. The Theory is not a fact. Gaps in the Theory exist for which there is no evidence. A theory is defined as a well-tested explanation that unifies a broad range of observations.*

*Intelligent Design is an explanation of the origin of life that differs from Darwin's view. The reference book, Of Pandas and People, is available for students who might be interested in gaining an understanding of what Intelligent Design actually involves.*

*With respect to any theory, students are encouraged to keep an open mind. The school leaves the discussion of the Origins of Life to individual students and their families. As a Standards-driven district, class instruction focuses upon preparing students to achieve proficiency on Standards-based assessments.*

The foregoing statements were developed to provide a balanced view, and not to teach or present religious beliefs. The Superintendent, Dr. Richard Nilsen, has directed that no teacher will teach Intelligent Design, Creationism, or present his or her, or the Board's, religious beliefs. The Dover Area School District supports, and does not discriminate against, students and parents who have competing beliefs, especially in the area of the Origin of Life debate. The School Board has noted that there are opinions other than Darwin's on the Origin of Life.  School districts are forums for inquiry and critical discussions. The above statement and the District's revised Biology curriculum together provide an opportunity for open critical discussion--the real heart of scientific practice.

Mr. Baksa and Dr. Nilsen will monitor instruction to ensure that religion is neither inhibited nor promoted.

Posted—12/14/04—2:31 p.m.



Questions or Feedback?
Terms of Use | TRUSTe Approved Privacy Policy



Copyright ©2002-2005 Schoolwires, Inc. All rights reserved.

P  01308

EXHIBIT

3

## ADMINISTRATOR'S BIOLOGY STATEMENT  *1/18/05*
### IN BIOLOGY CLASS

*MR. FARSA*

1.   Good morning/afternoon.  I am, ~~Mr. Joel Riedel~~ and standing  *or Mr. Ridel*
     over there is Dr. Richard Nilsen ~~and Mr. Michael Baksa~~

2.   You will soon begin to study Evolution in the class and the Board
     of School Directors has directed that the following statement be
     read.  The statement is currently under litigation therefore; the
     administration is reading the statement not the teacher.

3.   A letter went home asking if anyone had a problem with the
     statement and I would like to make sure at this time that everyone
     who would prefer not to hear the statement is now out of the
     classroom, anyone else?

4.   Ok, the statement:

     *The Pennsylvania Academic Standards require students to learn
     about Darwin's Theory of Evolution and eventually to take a
     standardized test of which evolution is a part.*

     *Because Darwin's Theory is a theory, it continues to be tested as
     new evidence is discovered. The Theory is not a fact. Gaps in the
     Theory exist for which there is no evidence. A theory is defined as a
     well-tested explanation that unifies a broad range of observations.*

     *Intelligent Design is an explanation of the origin of life that differs
     from Darwin's view. The reference book, Of Pandas and People,
     is available for students who might be interested in gaining an
     understanding of what Intelligent Design actually involves.*

     *With respect to any theory, students are encouraged to keep an open
     mind. The school leaves the discussion of the Origins of Life to
     individual students and their families. As a Standards-driven
     district, class instruction focuses upon preparing students to achieve
     proficiency on Standards-based assessments.*

000328

5.   As noted in the last paragraph of the statement there will be no other discussion of the issue and your teachers will not answer any questions on this issue.  If you or your parents have any questions, they can contact Dr. Nilsen, Mr. Baksa or Mr. Riedel.

6.   Thank you and have a nice day.

000329

**EXHIBIT**

4

### ADMINISTRATOR'S BIOLOGY STATEMENT
### IN BIOLOGY CLASS
### *(June 2005)*

1.   Good morning/afternoon. I am, Dr. Richard Nilsen and Mr. Michael Baksa is standing over there.

2.   You will soon begin to study Evolution in the class and the Board of School Directors has directed that the following statement be read. The statement is currently under litigation therefore; the administration is reading the statement not the teacher.

3.   A letter went home asking if anyone had a problem with the statement and I would like to make sure at this time that everyone who would prefer not to hear the statement is now out of the classroom, anyone else?

4.   Ok, the statement:

*The Pennsylvania Academic Standards require students to learn about Darwin's Theory of Evolution and eventually to take a standardized test of which evolution is a part*

*Because Darwin's Theory is a theory, it continues to be tested as new evidence is discovered. The Theory is not a fact. Gaps in the Theory exist for which there is no evidence. A theory is defined as a well-tested explanation that unifies a broad range of observations.*

*Intelligent Design is an explanation of the origin of life that differs from Darwins view. The reference book, Of Pandas and People, is available in the library along with other resources for students who might be interested in gaining an understanding of what Intelligent Design actually involves.*

*With respect to any theory, students are encouraged to keep an open mind. The school leaves the discussion of the Origins of Life to individual students and their families. As a Standards-driven district, class instruction focuses upon preparing students to achieve proficiency on Standards-based assessment.*

5.   As noted in the last paragraph of the statement there will be no other discussion of the issue and your teachers will not answer any questions on the issue. If you or your parents have any questions, they can contact Dr. Nilsen, Mr. Baksa or Mr. Riedel.

6.   Thank you and have a nice day.

003787