## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 04-CV-2688 |
| ) | (Hon. Judge Jones) |
| v. ) | |
| ) | |
| DOVER AREA SCHOOL DISTRICT and ) | |
| DOVER AREA SCHOOL DISTRICT ) | |
| BOARD OF DIRECTORS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

This matter having come before this Court upon Defendants' motion *in limine* to exclude the testimony and expert report of Jeffrey Shallit, Ph.D.

Upon consideration of the papers and argument of counsel;

**IT IS HEREBY ORDERED THAT:**

Defendants' motion is **GRANTED**. Plaintiffs are precluded from using or introducing into evidence at trial the testimony and expert report of Jeffrey Shallit, Ph.D.

_____
John E. Jones III
United States District Judge