## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 04-CV-2688 |
| ) | |
| v. ) | Hon. Judge Jones |
| ) | |
| DOVER AREA SCHOOL DISTRICT and ) | **CERTIFICATION OF** |
| DOVER AREA SCHOOL DISTRICT ) | **ROBERT J. MUISE** |
| BOARD OF DIRECTORS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

I, Robert J. Muise, hereby certify as follows:

1. I am an attorney licensed in the States of Michigan and New Hampshire and a trial counsel with the Thomas More Law Center, attorneys for Defendants. As such, I am familiar with the facts set forth herein.

2. Attached as Exhibit 1 to Defendants' Motion *in Limine* to Exclude the Testimony of Jeffrey Shallit, Ph.D. ("Defendants' Motion") is a true and accurate

copy of the Declaration of William A. Dembski, previously filed in this case as Document No. 47-4.

3. Attached as Exhibit 2 to Defendants' Motion is a true and accurate copy of an article published online by National Review magazine. The article was published on August 16, 2005, and can be found at: http://www.nationalreview.com/comment/klinghoffer200508160826.asp.

4. Attached as Exhibit 3 to Defendants' Motion is a true and accurate copy of an excerpt (pp. 1, 15-18) from the Expert Report of Kenneth R. Miller, Ph.D.

5. Attached as Exhibit 4 to Defendants' Motion is a true and accurate copy of an excerpt (pp. 1-11) from the Expert Report of Jeffrey Shallit, Ph.D.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of September, 2005.

Robert J. Muise (MI P62849)*
THOMAS MORE LAW CENTER
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan 48106
(734) 827-2001
Fax: (734) 930-7160

* Admitted *pro hac vice*

*Attorneys for Defendants*