# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY KITZMILLER, et al.,          )
       Plaintiffs,            )     Case No. 04-CV-2688
                             )     (Hon. Judge Jones)
       v.                  )
                             )     (Filed Electronically)
DOVER AREA SCHOOL DISTRICT, et al.,)
       Defendants.          )
_____)

## INDEX OF EXHIBITS TO DEFENDANTS' BRIEF IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF JEFFREY SHALLIT, PH.D.

Declaration of William A. Dembski
(previously filed as Doc. No. 47-4) ............................................................ Exhibit 1

David Klinghoffer, *Unintelligent Design: Hostility toward religious believers at the nation's museum* ...................................................................... Exhibit 2

Excerpt from the Expert Report of Kenneth R. Miller, Ph.D ...................... Exhibit 3

Excerpt from the Expert Report of Jeffrey Shallit, Ph.D. ............................ Exhibit 4