IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al.    ) | |
|     Plaintiffs,    ) | Case No. 04-CV-2688 |
| ) | (Hon. Judge Jones) |
| v.    ) | |
| ) | (Filed Electronically) |
| DOVER AREA SCHOOL DISTRICT, et al ) | |
|     Defendants. | |

## ORDER GRANTING DEFENDANTS' MOTION IN LIMINE TO PRECLUDE PLAINTIFFS FROM USING OR INTRODUCING AT TRIAL EVIDENCE RELATED TO DISCOVERY INSTITUTE, FOUNDATION FOR THOUGHT AND ETHICS, JON BUELL, CHARLES THAXTON, PHILLIP JOHNSON, PERCIVAL DAVIS, AND DEAN KENYON

Before this court is defendants' motion in limine. The court hereby GRANTS said motion. Plaintiffs are precluded from using or introducing at trial any evidence relating to the Discovery Institute, including its so-called "Wedge Document" and "Wedge Strategy," the Foundation for Thought and Ethics, including drafts and versions of *Of Pandas and People,* Jon Buell, Charles Thaxton, Phillip Johnson, Percival Davis, and Dean Kenyon.

Dated this _____ day of September, 2005.

 

John E. Jones III
United States District Judge