IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) | |
| Plaintiffs, ) | Case No. 04-CV-2688 |
| ) | (Hon. Judge Jones) |
| v. ) | |
| ) | (Filed Electronically) |
| DOVER AREA SCHOOL DISTRICT, et al.,) | |
| Defendants. ) | |
| ) | |

**INDEX OF EXHIBITS TO DEFENDANTS' BRIEF IN SUPPORT OF
MOTION IN LIMINE TO PRECLUDE PLAINTIFFS FROM USING OR
INTRODUCING AT TRIAL EVIDENCE RELATED TO DISCOVERY
INSTITUTE, FOUNDATION FOR THOUGHT AND ETHICS,
JON BUELL, CHARLES THAXTON, PHILLIP JOHNSON,
PERCIVAL DAVIS, AND DEAN KENYON**

Exhibit A,   Declaration of William Buckingham pursuant to 28 U.S.C. § 1746.

Exhibit B,   Declaration of Alan Bonsell pursuant to 28 U.S.C. § 1746.

Exhibit C,   Declaration of Jane Cleaver pursuant to 28 U.S.C. § 1746.

Exhibit D,   Declaration of Heather Geesey pursuant to 28 U.S.C. § 1746.

Exhibit E,   Declaration of Sheila Harkins pursuant to 28 U.S.C. § 1746.

Exhibit F,   Declaration of Richard Nilsen pursuant to 28 U.S.C. § 1746.

Exhibit G,   Declaration of Michael Baksa pursuant to 28 U.S.C. § 1746.

Exhibit H,   Excerpts of Jon Buell's Deposition.

Exhibit I,   Excerpts of Charles Thaxton's Deposition.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al.,<br>　　　Plaintiffs,<br><br>　　v.<br><br>DOVER AREA SCHOOL DISTRICT, et al.,<br>　　　Defendants. | Case No. 04-CV-2688<br>(Hon. Judge Jones)<br><br>(Filed Electronically) |

**CERTIFICATE REGARDING EXHIBITS ATTACHED TO DEFENDANTS' BRIEF IN SUPPORT OF MOTION IN LIMINE TO PRECLUDE PLAINTIFFS FROM USING OR INTRODUCING AT TRIAL EVIDENCE RELATED TO DISCOVERY INSTITUTE, FOUNDATION FOR THOUGHT AND ETHICS, JON BUELL, CHARLES THAXTON, PHILLIP JOHNSON, PERCIVAL DAVIS, AND DEAN KENYON**

I, Edward L. White III, hereby certify as follows:

1.　I am an attorney admitted in this case to represent the defendants with my co-counsel. I am familiar with the facts set forth herein.

2.　Attached to defendants' brief as Exhibits A through G are true and correct copies of the declarations of William Buckingham, Alan Bonsell, Jane Cleaver, Heather Geesey, Sheila Harkins, Richard Nilsen, and Michael Baksa, respectively, and attached as Exhibits H and I are true and correct copies of the deposition excerpts of Jon Buell and Charles Thaxton, respectively.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on September 6, 2005.

_____
Edward L. White III