# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CASE NO. 4:04-CV-2688

TAMMY J. KITZMILLER; BRYAN REHM;
CHRISTY REHM; DEBORAH F. FENIMORE;
JOEL A. LIEB; STEVEN STOUGH; BETH
A. EVELAND; CYNTHIA SNEATH; JULIE
SMITH; ARALENE D. CALLAHAN
("BARRIE"); and FREDERICK B.
CALLAHAN,
    Plaintiffs,
    vs.
DOVER AREA SCHOOL DISTRICT;
and DOVER AREA SCHOOL DISTRICT
BOARD OF DIRECTORS,
    Defendants.
_____/

DEPOSITION OF CHARLES THAXTON, Ph.D.

Tuesday, July 19, 2005
8:50 a.m. - 11:30 a.m.

999 Peachtree Street
Atlanta, Georgia

REPORTED BY:
Carolyn M. Carboni, RPR, RMR
Esquire Deposition Services
Atlanta Office Job # 418540
Phone - 800.787.5302
       404.872.7890

1   second edition?

2   A   Was no longer involved with the project,
3   so they moved on with developing. I mean, their
4   organization was to develop other books, and when
5   they had a chance to, I guess, revise that one, they
6   had to get somebody else to do it. I was actively
7   involved traveling all over eastern Europe. I was a
8   little out of pocket.

9       MR. WILCOX:  Okay. Any other questions?
10      MR. WHITE:  Yes.

11                   EXAMINATION
12  BY MR. WHITE:

13  Q   Hi, Dr. Thaxton, again, my name is Ed
14  White. I represent the Defendants in this case.
15      Early in your deposition, you had stated
16  that you were somewhat familiar with this case?

17  A   Well, I had heard about it. No one had
18  ever really explained it to me.

19  Q   Have you ever looked at the complaint by
20  the Plaintiffs in this case?

21  A   No, I've never seen that.

22  Q   Are you familiar with any member of the
23  Dover area school board of education?

24  A   Well, not to my knowledge. I don't
25  know, I mean, if I know any of them, I don't know now

1    that I know them.  I may have known them and they
2    moved there.  I'm not aware that I know anybody.
3         Q    Are you familiar with any of the members
4    of the administration for the Dover area school
5    district?
6         A    No.
7         Q    I'll give you some names of people who
8    are former and current members of the Dover area
9    school board of education, and if you can let me know
10   if you know them and whether you've communicated with
11   them, okay?
12        A    Okay.
13        Q    Do you know a William Buckingham?
14        A    No.
15        Q    Heather Geesey?
16        A    No.
17        Q    Sheila Harkins?
18        A    No.
19        Q    Allen Bonsell?
20        A    No.
21        Q    Angela Zigler-Yingling?
22        A    No.
23        Q    Jane Kleaver?
24        A    No.
25        Q    Jeffrey Brown?

```
 1      A    No.
 2      Q    Carol or Casey Brown?
 3      A    No.
 4      Q    Noel Wenrich?
 5      A    No.
 6      Q    Sherry Liber?
 7      A    No.
 8      Q    Eric Riddle?
 9      A    There was a graduate student by that
10   name when I was in graduate school, but I don't know
11   that that's him.  At least, I haven't seen him since
12   1970 if it is him.
13      Q    Do you know if this Eric Riddle that you
14   knew back in the '70s was even from Pennsylvania?
15      A    No.  I think he was from Iowa.
16      Q    Edward Rowand?
17      A    No.
18      Q    Ronald Short?
19      A    No.
20      Q    And a James Cashman?
21      A    No.
22      Q    So as far as you know, you've never
23   communicated with anyone --
24      A    As far as I know, yes.
25      Q    -- that was involved with the Dover area
```

1  school board?  Okay.

2          Do you know whether you've communicated
3  with the superintendent of the Dover area school
4  district?

5      A    No.  I have not had any communication
6  except one phone call from maybe your office back in
7  April before --

8          MR. BOYLE:  And by "your", you're --

9      Q   (By Mr. White) You're talking to Mr.
10 Wilcox?

11     A    Right.

12         MR. WILCOX:  On the subject of your
13     deposition?

14         THE WITNESS:  Well, yes.  But otherwise,
15     no.  That was when I first learned about it.

16     Q   (By Mr. White) Okay.  So you've never
17 spoken with Dr. Richard Neilson who is the
18 superintendent of the school district?

19     A    No, no.

20     Q    How about Mr. Michael Baksa, B-a-k-s-o,
21 who is the assistant superintendent for Dover?

22         MR. WILCOX:  I think it's B-a-k-s-a.

23         MR. WHITE:  What did I say?

24         MR. WILCOX:  You said "o".

25         MR. WHITE:  Oh, I'm sorry.

```
 1              THE WITNESS:   No.
 2         Q    (By Mr. White) Do you know, to the best
 3   of your knowledge, whether you've communicated with
 4   any of the teachers or any employees of the Dover
 5   area school district?
 6         A    No.
 7         Q    I didn't hear you.
 8         A    No.
 9         Q    Are you familiar with the Dover area
10   school district's biology curriculum policy as it
11   relates to high school biology curriculum?
12         A    No.
13         Q    Are you familiar with the biology
14   curriculum press release from the Dover school
15   district dated November 19th, 2004, and then
16   re-posted on their website on December 14th, 2004?
17         A    No.  I have not read anything that I
18   remember.
19              MR. WHITE:  If we can mark this as
20         whatever is the next exhibit.
21              (Marked for identification purposes,
22         Thaxton Exhibit No. 3.)
23         Q    (By Mr. White) I'm showing you a copy of
24   the board of education's press release for biology
25   curriculum.  Have you ever seen that document before?
```

```
 1        A    No.
 2        Q    Have you ever consulted with anyone
 3   connected with the Dover area school district
 4   regarding their biology curriculum as indicated in
 5   Exhibit Number 3?
 6        A    Have I ever, no.
 7        Q    Okay.  Did you have a role in drafting
 8   the biology curriculum for the Dover school
 9   district or --
10        A    No.
11        Q    -- that press release number three?
12        A    Huh-uh.
13        Q    Is that a no?
14        A    No.
15        Q    Okay.  Did you have any input regarding
16   the theory of intelligent design as contained in
17   Exhibit 3 before you?
18             MR. WILCOX:  Objection.
19             THE WITNESS:  You mean the Pandas book?
20        Q    (By Mr. White) Just what's stated in
21   Exhibit 3.
22        A    No.  The book of Pandas and People, I
23   did.
24        Q    But beyond that, did you have any role
25   in --
```

Case 4:04-cv-02688-JEJ   Document 157-11   Filed 09/06/05   Page 9 of 10

103

```
 1      A     In this document?
 2      Q     Right.
 3      A     No, no.
 4      Q     Were you involved in the drafting of the
 5   resolution of the Dover area school district --
 6      A     No.
 7      Q     -- dealing with Darwin's theory or
 8   intelligent design as adopted by the school board --
 9      A     No.
10      Q     -- on or about October 18, 2004?
11      A     No.
12      Q     Did you recommend to anyone connected
13   with the Dover area school district, including the
14   administration, the purchase of the book of Pandas
15   and People?
16      A     No.
17      Q     So then to the best of your knowledge,
18   is there any connection or communication between you
19   and any member of the school district or
20   administration or employee of the Dover area school
21   district?
22      A     No, not at all.
23      Q     How about with your organization KONOS?
24      A     No.
25            MR. WHITE:  Nothing further.
```

Esquire Deposition Services  (404) 872-7890
Atlanta

1          MR. WILCOX:  I have nothing.  Dr.
2    Thaxton, thank you very much.
3          (Whereupon, a discussion ensued off the
4    record.)
5          THE COURT REPORTER:  Mr. Boyle, did you
6    want anything besides the copy; did you want
7    an ASCII, condensed or --
8          MR. BOYLE:  An ASCII would be good.
9          THE COURT REPORTER:  Okay.  And copies
10   of the exhibits?
11         MR. BOYLE:  Yes, please.
12         THE COURT REPORTER:  Mr. White, did you
13   want copies of the exhibits?
14         MR. WHITE:  Sure, and a condensed with
15   my copy.
16         (Deposition concluded at 11:35.)