# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 04-CV-2688 |
| ) | (Hon. Judge Jones) |
| v. ) | |
| ) | (Filed Electronically) |
| DOVER AREA SCHOOL DISTRICT and ) | |
| DOVER AREA SCHOOL DISTRICT ) | DEFENDANTS' MOTION *IN* |
| BOARD OF DIRECTORS, ) | *LIMINE* TO EXCLUDE THE |
| ) | TESTIMONY OF |
| Defendants. ) | BARBARA FORREST, PH.D. |
| ) | |

Defendants Dover Area School District and Dover Area School District Board of Directors, through counsel, hereby move this Court to exclude the testimony and expert reports, including the data upon which they are based, of Barbara Forrest, Ph.D., a witness who intends to testify as an expert on behalf of Plaintiffs, pursuant Rules 401, 403, 702 and 703 of the Federal Rules of Evidence.

In support of this motion, Defendants rely upon the pleadings, papers of record, and accompanying brief with attached exhibits.

1

Pursuant to LR 7.1, Defendants' counsel sought concurrence in this motion from Plaintiffs' counsel on August 12, 2005, and it was denied.

WHEREFORE, Defendants respectfully asks this Court to grant their motion and preclude Plaintiffs from using or introducing into evidence at trial the testimony and expert reports of Barbara Forrest, Ph.D., and the data upon which the testimony and reports are based.

Respectfully submitted this 6th day of September, 2005.

By: _____
Robert J. Muise (MI P62849)*
Richard Thompson (MI P21410)*
Patrick T. Gillen (MI P47456)*
Edward L. White III (MI P62485)*
THOMAS MORE LAW CENTER
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan 48106
(734) 827-2001
Fax: (734) 930-7160

* Admitted *pro hac vice*

Ron Turo
TURO LAW OFFICES
29 South Pitt Street
Carlisle, Pennsylvania 177013
(717) 245-9688

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2005, a copy of the foregoing Defendants' Motion *in Limine* to Exclude the Testimony of Barbara Forrest, Ph.D., and Defendants' Brief in Support of Motion *in Limine* to Exclude the Testimony of Barbara Forrest, Ph.D., with exhibits and certification were served on the following counsel through the electronic case filing system:

Eric Rothschild
Stephen G. Harvey
Joseph M. Farber
Benjamin M. Mather
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Witold J. Walczak
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213

Richard B. Katskee
Ayesha Khan
Alex J. Luchenitser
Americans United for Separation
  of Church and State
518 C Street, NE
Washington, DC 20002

Thomas B. Schmidt, III
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
PO Box 1181
Harrisburg, PA 17108

Paula K. Knudsen
ACLU of Pennsylvania
105 N. Front Street
Suite 225
Harrisburg, PA 17101

Mary Catherine Roper
ACLU of Pennsylvania
P.O. Box 1161
Philadelphia, PA  19105

/s/ Robert J. Muise
Robert J. Muise*
Admitted *pro hac vice*