THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DOVER AREA SCHOOL DISTRICT and ) <br> DOVER AREA SCHOOL DISTRICT ) <br> BOARD OF DIRECTORS, ) <br> ) <br> Defendants. ) <br> ) | Case No. 04-CV-2688 <br> (Hon. Judge Jones) |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

This matter having come before this Court upon Defendants' motion *in limine* to exclude the testimony and expert reports of Barbara Forrest, Ph.D., and to exclude the data upon which she bases her opinions.

Upon consideration of the papers and argument of counsel;

**IT IS HEREBY ORDERED THAT:**

Defendants' motion is **GRANTED**. Plaintiffs are precluded from using or introducing into evidence at trial the testimony and expert reports of Barbara Forrest, Ph.D., and the data upon which the testimony and reports are based.

_____
John E. Jones III
United States District Judge