THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 04-CV-2688 |
| ) | |
| v. ) | Hon. Judge Jones |
| ) | |
| DOVER AREA SCHOOL DISTRICT and ) | **CERTIFICATION OF** |
| DOVER AREA SCHOOL DISTRICT ) | **ROBERT J. MUISE** |
| BOARD OF DIRECTORS, ) | |
| ) | |
| Defendants. ) | |

I, Robert J. Muise, hereby certify as follows:

1.  I am an attorney licensed in the States of Michigan and New Hampshire and a trial counsel with the Thomas More Law Center, attorneys for Defendants. As such, I am familiar with the facts set forth herein.

2.  Attached as Exhibit 1 to Defendants' Motion *in Limine* to Exclude the Testimony of Barbara Forrest, Ph.D. ("Defendants' Motion") is a true and accurate

copy of the Declaration of Michael Baksa without exhibits. This declaration was previously filed in support of Defendants' motion for summary judgment.

3. Attached as Exhibits 2 through 8 are the declarations of Sheila Harkins, William Buckingham, Alan Bonsell, Heather Geesey, Jane Cleaver, Richard Nilsen, and Michael Baksa, respectively.

4. Attached as Exhibit 9 to Defendants' Motion is a true and accurate copy of excerpts from the deposition of John Buell.

5. Attached as Exhibit 10 to Defendants' Motion is a true and accurate copy of excerpts from the deposition of Charles Thaxton.

6 Attached as Exhibit 11 to Defendants' Motion is a true and accurate copy of the Expert Witness Report of Dr. Forrest.

7. Attached as Exhibit 12 to Defendants' Motion is a true and accurate copy of excerpts from the deposition of Dr. Forrest.

8. Attached as Exhibit 13 to Defendants' Motion is a true and accurate copy of *The "Wedge Document": "So What?"* referenced in footnote 2 in the Expert Witness Report of Dr. Forrest.

9. Attached as Exhibit 14 to Defendants' Motion are true and accurate copies of Exhibits 3, 4, and 5 from the deposition of Dr. Forrest.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of September, 2005.

Robert J. Muise (MI P62849)*
THOMAS MORE LAW CENTER
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan 48106
(734) 827-2001
Fax: (734) 930-7160

* Admitted *pro hac vice*

*Attorneys for Defendants*