# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 04-CV-2688 |
| | ) | (Hon. Judge Jones) |
| v. | ) | |
| | ) | (Filed Electronically) |
| DOVER AREA SCHOOL DISTRICT and | ) | |
| DOVER AREA SCHOOL DISTRICT | ) | |
| BOARD OF DIRECTORS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## INDEX OF EXHIBITS TO
## DEFENDANTS' BRIEF IN SUPPORT OF MOTION *IN LIMINE* TO
## EXCLUDE THE TESTIMONY OF BARBARA FORREST, PH.D.

Declaration of Michael Baksa ....................................................................... Exhibit 1

Declaration of Sheila Harkins ..................................................................... Exhibit 2

Declaration of William Buckingham........................................................... Exhibit 3

Declaration of Alan Bonsell ....................................................................... Exhibit 4

Declaration of Heather Geesey.................................................................... Exhibit 5

Declaration of Jane Cleaver........................................................................ Exhibit 6

Declaration of Richard Nilsen .................................................................... Exhibit 7

Declaration of Michael Baksa .................................................................. Exhibit 8

Excerpts from the Deposition Testimony of John Buell .............................. Exhibit 9

Excerpts from the Deposition Testimony of Charles Thaxton ................... Exhibit 10

Expert Witness Report of Barbara Forrest, Ph.D. ...................................... Exhibit 11

Excerpts from the Deposition Testimony of Barbara Forrest, Ph.D. ......... Exhibit 12

*The "Wedge Document": "So What?"* ...................................................... Exhibit 13

Exhibits 3, 4, and 5 from the deposition of Barbara Forrest, Ph.D. ........... Exhibit 14