# Exhibit 12

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CIVIL ACTION NO. 4:04-CV-2688

TAMMY J. KITZMILLER, BRYAN REHM,
CHRISTY REHM, DEBORAH F. FENIMORE,
JOEL A. LIEB, STEVEN STOUGH; BETH A. EVELAND,
CYNTHIA SNEATH, JULIE SMITH,
ARALENE D. CALLAHAN ("BARRIE"),
FREDERICK B. CALLAHAN

VERSUS

DOVER AREA SCHOOL DISTRICT; DOVER AREA
SCHOOL DISTRICT BOARD OF DIRECTORS

Deposition of **PROFESSOR BARBARA FORREST**, taken in the above-entitled cause, pursuant to the following stipulation, before Lisa A. Lanata, Certified Court Reporter, taken at the offices of Milling, Benson, 909 Poydras Street, Suite 2300, New Orleans, Louisiana, on the 7th day of June, 2005.

ORIGINAL

```
 1   BY MR. THOMPSON:
 2       Q.   Now, you have had some relationship
 3   with the ACLU prior to the Dover case, have
 4   you not?
 5       A.   Oh, yes.
 6       Q.   And would you describe your
 7   relationship with the ACLU prior to the Dover
 8   case?
 9       A.   I have been a member since about
10   1979, and I served on their board from, a
11   Louisiana affilliate from about 1995 to 1997,
12   I believe.
13       Q.   And what did you do on the board, the
14   ACLU?
15       A.   I, in tandem with the other members
16   of the board, looked over cases that came
17   through that office deciding, you know, which
18   ones they would take and how they would, you
19   know -- I wasn't, had nothing to do with how
20   -- the legal considerations just which cases
21   did the affiliate want to handle.  They
22   always run that through their board members.
23   We look at whatever comes in that the, you
24   know, the complaints that they are thinking
25   of acting on.
```

of foundation. It is not the subject of her expert report or her work. It is something you want to talk about. I mean if you have names, if you have something to show to her, let's do that, but this isn't her --

BY MR. THOMPSON:

Q. Well, that's an important thing. You're acting as an expert purely on your study of the nature and strategy of intelligent design; is that correct?

A. Of the Wedge strategy, execution of the Wedge strategy and the intelligent design movement, yes.

Q. And you are not --

A. That was research that I did.

Q. And so to be clear about it, you are not testifying as a philosopher of education?

A. Oh, no. I am not a philosopher of education.

Q. You are not testifying as a philosopher of science?

A. I am not a philosopher of science. I am a philosopher.

Q. But you don't consider yourself an expert in the philosophy of science, do you?

1  A. You know, I am familiar with
2  scientific reasoning. You have to know
3  something about that to speak to this issue.
4  It is not the area of my formal philosophical
5  training but it is an area in which I
6  certainly have had to become familiar with
7  scientific reasoning and the nature of
8  science in order to discuss the things that I
9  have discussed, in order to understand the
10 issues that are involved but I would not, you
11 know, I don't call myself a philosopher of
12 science.
13  Q. Do you consider yourself an expert in
14 the philosophy of science?
15  A. No, sir, I am not an expert in the
16 philosophy of science.
17  Q. You are also you do not consider
18 yourself an expert in biology, do you?
19  A. No, I am not biologist. I am a
20 philosopher.
21  Q. You don't consider yourself an expert
22 in microbiology, do you?
23  A. No, sir.
24  Q. You do not consider yourself and
25 expert in chemistry?

```
 1      A.   No, sir.
 2      Q.   You do not consider yourself an
        expert in paleontology?
 3
 4      A.   No.
 5      Q.   You don't consider yourself an expert
        in physics?
 6
 7      A.   No.
 8      Q.   You don't consider yourself an expert
        in astrophysics?
 9
10      A.   No.
11      Q.   You don't consider yourself an expert
        in mathematics?
12
13      A.   No.
14      Q.   Do you consider yourself an expert in
        the theory of probabilities?
15
16      A.   No.  But those aren't the areas that
17   I address.  I mean don't speak to the content
18   of those disciplines.
19      Q.   Well, you don't consider yourself a
        scientist, do you?
20
21      A.   Oh, no.  If I wanted to be a
22   scientist, I would have, you know, done
23   something different.
24      Q.   So you are not giving your opinion in
25   this expert report as a scientist but as a
```

with Hinduism to say, you know, to say there are, as I understand it, it is -- while I do have a Hindu friend who recently said to me that, you know, Hindus don't really have a lot of doctrine but there is -- it is well recognized as one of the world's major religions.  I am not a specialist in Hinduism.

Q.   Are you a specialist in religions?

A.   I would not say that.  It is not, you know, it is not my work.

Q.   You indicated you read Professor John Haught's expert opinion, did you not?

A.   Yes.

Q.   Do you recall his definition of religion has being as follows --

A.   I am sorry, I can't.  I don't recall his definition of religion from that.

Q.   That's why I am going to read it for you.  In a very general sense, religion may be defined as one, the surrender of one's mind and heart to whatever is considered to be ultimate in importance and explanatory power, that's one definition; he gave three definitions.

1  yes.
2      Q.   And want is his definition?
3      A.   I can't give it to you verbatim.  I
4  can just generally explain, as I understand
5  it, that all of the parts in an organism or a
6  structure had to have been placed,
7  constructed all in one fell swoop, right, the
8  parts all have to be there in order for the
9  structure to function.  If any one part is
10 removed, then the structure ceases to
11 function.  It is irreducibly complex in the
12 sense that it doesn't function without a
13 piece.
14     Q.   And is it fair to say that that
15 particular theory that Michael Behe holds
16 directly conflicts with Darwin's theory of
17 natural selection?
18     MR. ROTHSCHILD:
19          Objection, lacks foundation, outside
20 her area of expertise.  You can answer.
21     THE WITNESS:
22          Yes, I am not a scientist.  You are
23 asking me to go into an area that I don't
24 specialize in.
25 BY MR. THOMPSON:

```
 1   Darwin's theory of evolution is a fact?
 2        MR. ROTHSCHILD:
 3             Objection, mischaracterizes her
 4   testimony.
 5        THE WITNESS:
 6             No.  I am objecting to the statement
 7   that theory is not a fact because I think it
 8   is an attempt to question the entire edifice
 9   of evolution theory in the minds of school
10   children.
11   BY MR. THOMPSON:
12        Q.   Well, right now we're just looking at
13   the actual policy that is read?
14        A.   And that's what I am responding to.
15   I think that is what is motivating the policy
16   and I think that it is a very well documented
17   creationist technique.
18        Q.   Do you believe that the people who
19   prepared this policy were acting under the
20   guidance of the intelligent design movement?
21        A.   I have no way to know.
22        Q.   So you are --
23        A.   When they sent out --
24        Q.   So You are speculating on the
25   motivation for putting that in there?
```

suggesting it for, even if it is one student in a class. It is a very misleading statement which misrepresents what is legitimate science.

Q. According to your definition of legitimate science?

A. According to the understanding of what constitutes proper science education and my understanding of what constitutes science, yes, sir.

Q. You are not a philosopher of science nor are you a philosopher of education?

A. Have never claimed to be.

Q. Why are you so quick to offer an opinion on that when you refuse to offer an opinion on a lot of other issues dealing with science?

MR. ROTHSCHILD:

Objection. You are asking her about her opinion about this.

MR. THOMPSON:

But she refuses to answer a lot of those questions but on these questions, she is immediately ready to answer when she disclaims any expertise in those areas.

```
 1   that organization?
 2        A.   Yes, I do.
 3        Q.   What are the principles?
 4        A.   I can't give you a formal statement
 5   of the principles of the organization, but
 6   the organization is for the purpose of trying
 7   to preserve the integrity of the
 8   constitutional separation of church and state
 9   and I simply subscribe to that.
10        Q.   You're also a member of the New
11   Orleans Secular Humanist Society?
12        A.   Yes, New Orleans Secular Humanist
13   Association, NOSHA, they call it NOSHA.
14        Q.   And how long have you been a member?
15        A.   Oh, a few years.  In fact, I didn't
16   actually become a member until I was invited
17   to serve on their board.  So you pay your
18   membership dues, you know.  Serving on the
19   board means that I should at least pay the
20   dues, you know.  I would say I was trying to
21   remember the other day when the first year, I
22   guess it has been three or four years maybe.
23        Q.   And all those years have been on the
24   board of directors?
25        A.   Uh-huh, (in the affirmative).  Yes.
```

1  who has decided for whatever reason that
2  there is no supernatural, so which means
3  there would be no supernatural deity. An
4  agnostic is a person who just simply doesn't
5  feel in a position to make that determination
6  one way or the other.
7      Q.   Now which are you?
8      A.   I am agnostic.
9      Q.   You are also as a part of New Orleans
10 Secular Humanist Association are affiliated
11 with the Council of Secular Humanists; is
12 that correct?
13     A.   Yes, there is some. I am not -- I
14 can't tell you exactly what the technical
15 connection is, yes, but there is -- yes,
16 that's one of the early larger national
17 groups with which Harry made contact in
18 setting up his group. I think one of the
19 things they do is sort of give advice to
20 humanist groups around the country that want
21 to establish a chapter, I think Harry got
22 some help with them.
23     Q.   They also have a set, I am referring
24 to the Council for Secular Humanism, they
25 also have a set of principles that they go

```
 1   there have been court cases on the teaching
 2   of creationism versus or the balance
 3   treatment between creationism and the
 4   evolution, the last case being the Aguilllard
 5   case of 1987?
 6        A.   That was originated right here in
 7   Louisiana.
 8        Q.   So it is not unusual for an
 9   organization that is going to be promoting a
10   challenge to evolution to consider the
11   potentiality of a lawsuit?
12        A.   No, I would think it was, would not
13   be unusual.  It is probably the first thing
14   that they would consider.
15        Q.   Now, do you have any evidence at all
16   that the members of the Dover Area School
17   Board had any knowledge of the so-called
18   Wedge document?
19        A.   I don't know.
20        Q.   Do you have any evidence?
21        A.   I can't speak to that at all.  I have
22   no way to know.
23        Q.   You don't have any evidence?
24        A.   No.
25        Q.   Do you have any evidence that the
```