

# Cameras in the Courts:
# Summary of State Court Rules

**Knowledge & Information Services**

---

[Summary of TV Cameras in the State Courts](#)
[Summary of State Rules](#)
[States with Permanent Rules](#)
[States with Experimental Rules](#)
[Special Notes](#)

---

## Summary of TV Cameras in the State Courts

**AUGUST 1, 2001**

All states that permit television, radio, and photographic coverage of courtroom proceedings, whether on a permanent or an experimental basis, have adopted rules or guidelines governing such coverage. The consent of the presiding judge is required in almost all states, and the judge has discretion to control the coverage during the proceedings. Many states require advance written application for permission.

Coverage is prohibited in nearly all states with respect to cases involving juveniles, and most states prohibit coverage of victims of sex crimes, domestic relations cases, and trials involving trade secrets. Voir dire coverage is generally prohibited. Coverage of jurors is either prohibited or is restricted to prevent visual identification of jurors. Some states prohibit coverage of witnesses who appear under subpoena, and many states deny coverage of victims or witnesses who object. All states ban coverage of conferences in court.

The guidelines generally include provisions with regard to media equipment, lights, number of media personnel, types of cameras, position of equipment operators, and movement in the courtroom.

The following tables indicate the current status of cameras in the courtroom in the various states.

[Top](#)

## Summary of State Rules

| States with Permanent Rules* | |
|---|---|
| Approved for Trial and Appellate Courts | 36 |
| Approved for Trial Courts Only | 2 |
| Approved for Appellate Courts Only | 7 |

| States with Experimental Rules* | |
|---|---|
| Approved for Trial and Appellate Courts | 1 |
| Approved for Trial Courts Only | 4 |
| Approved for Appellate Courts Only | 3 |

*Note: Some states fall into more than one category

| | |
|---|---|
| Total States Allowing Cameras in a Courtroom | 50 |
| Total States Allowing Cameras in a Criminal Trial | 37 |
| States Where Cameras Are Not Permitted and No Rules Pending | 0 |

Top

## States with Permanent Rules

| STATE | EFFECTIVE DATE | | COURTS | |
| | EXPERIMENTAL | PERMANENT | LEVEL | DIVISION |
|---|---|---|---|---|
| Alabama | | 2/1/76 | Trial & Appellate | Civil & Criminal* |
| Alaska | 8/24/78 | 1/15/90 | Trial & Appellate | Civil & Criminal |
| Arizona | 5/31/79 | 7/1/83 | Trial & Appellate | Civil & Criminal |
| Arkansas** | 1/1/81 | 3/8/82 | Trial & Appellate | Civil & Criminal |
| California | 6/1/80 | 7/1/84 | Trial & Appellate | Civil & Criminal |
| Colorado | | 2/27/56 | Trial & Appellate | Civil & Criminal |

| | | | | |
|---|---|---|---|---|
| Connecticut | 1982 | 10/1/84 | Trial & Appellate** | Civil & Criminal |
| Florida | 7/5/77 | 5/1/79 | Trial & Appellate | Civil & Criminal |
| Georgia | | 5/12/77 | Trial & Appellate | Civil & Criminal |
| Hawaii | 1/1/84 | 12/7/87 | Trial & Appellate | Civil & Criminal |
| Idaho1 | 12/4/78<br>10/9/79 | 8/27/79<br>10/1/80 | Supreme Ct in Boise<br>Supreme Court on Circuit | |
| Illinois | 1/1/84 | 1/22/85 | Appellate | |
| Iowa | 1/1/80 | 1/1/82 | Trial & Appellate | Civil & Criminal |
| Kansas** | 9/14/81 | 9/1/88 | Trial & Appellate | Civil & Criminal |
| Kentucky | | 7/1/81 | Trial & Appellate | Civil & Criminal |
| Louisiana**** | | 4/30/85 | Appellate | |
| Maine*** | 4/2/82 | 8/1/94 | Trial | Civil |
| Maryland** | 1/1/81<br>1/1/81 | 7/1/84 | Appellate<br>Trial | Civil |
| Massachusetts | 4/1/80<br>6/1/80 | 1/1/83<br>1/1/83 | Appellate<br>Trial | |
| Michigan | 2/1/88 | 1/13/89 | Trial & Appellate | Civil & Criminal |
| Minnesota1 | 1/27/78 | 4/20/83 | Appellate | |
| Mississippi | | 4/1/01 | Supreme Court | Civil & Criminal |
| Missouri | 10/1/92<br>10/1/92 | 10/1/94<br>7/1/95 | Appellate<br>Trial | Civil & Criminal |
| Montana | 4/1/78 | 4/18/80 | Trial & Appellate | Civil & Criminal |
| Nebraska | 10/1/82 | 1/18/85 | Appellate | |

| | | | | |
|---|---|---|---|---|
| Nevada | 4/1/80 | 4/29/88 | Trial & Appellate | Civil & Criminal |
| New Hampshire**** | | 1/1/78 | Trial & Appellate | Civil & Criminal |
| New Jersey1 | 5/1/79<br>5/1/79 | 10/8/80<br>6/9/81 | Appellate<br>Trial | |
| New Mexico | 7/1/80 | 1/1/83 | Trial & Appellate | Civil & Criminal |
| New York1 | | 1/1/81 | Appellate | |
| North Carolina | 10/18/82 | 7/25/90 | Trial & Appellate | Civil & Criminal |
| North Dakota | 2/1/79<br>9/1/88 | 7/1/80<br>7/1/95 | Supreme Court<br>Trial | Civil & Criminal |
| Ohio*** | 6/1/79 | 1/1/82 | Trial & Appellate | Civil & Criminal |
| Oklahoma*** | 1/1/79 | 2/22/82 | Trial & Appellate | Civil & Criminal* |
| Oregon** | 2/15/89 | 8/1/92 | Trial | Civil & Criminal |
| Rhode Island | 10/1/81 | 3/8/93 | Trial & Appellate | Civil & Criminal |
| South Carolina | 10/1/92 | 9/21/93 | Trial & Appellate | Civil & Criminal |
| South Dakota | 7/17/01 | | Supreme Court | |
| Tennessee** | 1/1/96-97 | 12/30/96 | Trial & Appellate | Civil & Criminal |
| Texas**** | | 1/1/90 | Trial & Appellate | Civil & Criminal |
| Utah**2 | 1/1/88 | 8/30/91 | Supreme Court | |
| Vermont | 7/1/84 | 3/12/92 | Trial & Appellate | Civil & Criminal |
| Virginia | 7/1/87 | 7/1/92 | Trial & Appellate | Civil & Criminal |
| Washington | | 9/20/76 | Trial & Appellate | Civil & Criminal |
| West Virginia | 1/1/79 | 5/28/81 | Trial & Appellate | Civil & Criminal |
| Wisconsin | 4/1/78 | 7/1/79 | Trial & Appellate | Civil & Criminal |

| | | | | |
|---|---|---|---|---|
| Wyoming**** | 8/14/81 | 12/27/91 | Trial & Appellate | Civil & Criminal |

\* Consent of accused required in criminal trials
\*\* Consent of some participants required
\*\*\* No coverage of individuals who object
\*\*\*\* Subject to approval of the individual court
1 See experimental basis table, also
2 Still photos only in trial courts

Top

## States with Experimental Rules

| | EFFECTIVE DATE | PERIOD | LEVEL | DIVISION |
|---|---|---|---|---|
| Delaware | 5/1/82 | Extended Indefinitely | Supreme Court | Civil |
| Idaho[1] | 1/4/82<br>2/15/95 | Extended Indefinitely<br>To 2/15/98 | Court of Appeals<br>Trial Courts | Civil & Criminal |
| Indiana | 9/96 | About one year | Appellate Courts | |
| Minnesota[1]** | 4/18/83 | To 1/1/94 | Trial Courts | Civil & Criminal |
| New Jersey[1] | 1/3/84 | Indefinite | Municipal Courts | Civil & Criminal |
| Pennsylvania** | 10/1/79 | Extended Indefinitely | Trial, non-jury | Civil, Superior Court |

1 See permanent basis table, also
\* Consent of accused required in criminal trials
\*\* Consent of some participants required
\*\*\* No coverage of individuals who object

Top

## Special Notes

**Federal Courts** On September 13, 1990, the Federal Judicial Conference approved a three-year experiment allowing cameras in two appellate courts and six district courts, beginning on July 1, 1991. The experiment was limited to civil cases and gave judges total discretion to refuse, limit, or stop camera coverage. The report on the experiment recommended that coverage continue, but the Judicial Conference voted against coverage. In March 1996 the Judicial Conference authorized coverage in Federal Courts of Appeal.

The NCSC Knowledge and Information Serivices compiled this document. Permission to reproduce

is granted; please credit the Knowledge and Information Services Office of the National Center for State Courts.

**Top**

---

Contact the Knowledge & Information Service Office with inquiries regarding
Cameras in the Court
or to obtain copies of any resources listed under this topic.
**knowledge@ncsc.dni.us**
1-800-616-6164

Last Modified **[December 23, 2002]**
©2002 – The National Center for State Courts. All rights reserved.

This Information Resource was prepared with the support of a grant
from the State Justice Institute (SJI-01-N-111).
Points of view expressed herein are those of the authors
and do not necessarily represent the official position or policies
of the State Justice Institute.



State Justice Institute