# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al., | ) | |
| Plaintiffs, | ) | Civil No. 04-CV-2688 |
| v. | ) | Filed Electronically |
| DOVER AREA SCHOOL DISTRICT, et al., | ) | Hon. John E. Jones, III |
| Defendants. | ) | |

## MOTION OF COURTROOM TELEVISION NETWORK LLC FOR RECONSIDERATION OF THE COURT'S MEMORANDUM AND ORDER OF SEPTEMBER 7, 2005

Courtroom Television Network LLC ("Court TV") hereby moves this Honorable Court pursuant to Local Rule 7.10 for reconsideration of its Memorandum and Order of September 7, 2005 denying Court TV's Motion to Intervene. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law, as well as in the accompanying Exhibit A, which is the Memorandum of Law filed as Exhibit 1 to the Motion to Intervene.

WHEREFORE, Court TV respectfully requests that the Court reconsider its denial of the Motion to Intervene; grant the Motion to Intervene and deem filed Court TV's unopposed Motion to Telecast and Record; on the basis of a full record, reconsider its conclusion that it does not have the power to grant the Motion to Record and Telecast; and grant the Motion to Record and Telecast the trial of this matter.

Dated:  September 9, 2005

                Respectfully submitted,

                LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: _____
      Lee Levine*
      Gayle C. Sproul
      Michael Berry
      2112 Walnut Street, Third Floor
      Philadelphia, Pennsylvania 19103
      (215) 988-9778 (phone)
      (215) 988-9750 (facsimile)
      llevine@lskslaw.com
      gsproul@lskslaw.com
      mberry@lskslaw.com

*Attorneys for Intervenor*
*Courtroom Television Network LLC*

\*    Petition for special admission filed on September 2, 2005.