## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil No. 04-CV-2688 |
| ) | |
| v. ) | Filed Electronically |
| ) | |
| DOVER AREA SCHOOL ) | Hon. John E. Jones, III |
| DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

AND NOW, this __ day of _____, 2005, after consideration of the Motion of Courtroom Television Network LLC ("Court TV") for Reconsideration of this Court's Memorandum and Order of September 7, 2005, IT IS HEREBY ORDERED that the Motion is GRANTED as follows:

1. The Memorandum and Order of this Court dated September 7, 2005 is hereby WITHDRAWN.

2. The unopposed Motion of Court TV to Intervene in this matter for the limited purpose of requesting permission to record and telecast the trial of this matter is GRANTED.

3. Court TV's Unopposed Motion to Record and Telecast the trial of these proceedings, which was filed as Exhibit 1 to the Motion to Intervene on September 2, 2005, is DEEMED FILED.

4. Court TV's Unopposed Motion to Record and Telecast the trial is GRANTED.

BY THE COURT:

_____
John E. Jones, III
United States District Judge