## <u>CERTIFICATE OF CONCURRENCE</u>

The undersigned attorney for Courtroom Television Network LLC ("Court TV") hereby certifies as follows:

I advised plaintiffs' attorney, Witold J. Walczak, Esquire, of the foregoing Motion for Reconsideration and was told that Plaintiffs take no position on Court TV's motion and defer to the Court's judgment on this issue.

I advised defendants' attorney, Ronald Turo, via voicemail of the foregoing Motion for Reconsideration.  I did not receive a response from Mr. Turo before I filed this motion.

Dated:  September 9, 2005

Gayle C. Sproul, Esquire