UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

REC'D
FILED
HARRISBURG, PA

SEP 0 2 2005

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

04-CV-2688

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, __Lee Levine__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: 1050 17th Street, N.W.

Suite 800

Washington, DC  20036

Office Telephone: (202) 508-1100

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See Attachment

My attorney Identification number is: 92782

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

BEFORE JUDGE _____   Date: _____
     ___ U.S. DISTRICT JUDGE  ___ U.S. MAGISTRATE JUDGE

✓ SPECIAL ADMISSION:

GRANTED [signature]   Date: 9-7-05
     ___ U.S. DISTRICT JUDGE  ___ U.S. MAGISTRATE JUDGE

