**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
240 WEST THIRD STREET - SUITE 406
WILLIAMSPORT, PA 17701

JOHN E. JONES III
JUDGE

TEL. (570) 601-1497
FAX (570) 601-1150

September 9, 2005

Lee Levine, Esquire
1050 17th Street, N.W.
Suite 800
Washington, D.C.

**RE: Kitzmiller v Dover; 04cv2688**

Dear Attorney Levine:

Judge Jones has approved your Petition for Special Admission to Practice in the Middle District of Pennsylvania effective September 7, 2005 for the above-captioned case only. Please be reminded that Local Rule 83.9.6 and 83.12 require that counsel admitted to practice Pro Hac Vice retain local counsel. Local counsel must participate in all proceedings unless excused by the Court.

The Local Rules of the Middle District of Pennsylvania are found at the Court's web site at www.pamd.uscourts.gov and in the Middle District Manual published by the Middle District Chapter of the Federal Bar Association.

Very truly yours,

Brenda Traupman, Secretary for
The Honorable John E. Jones III

bmt