## REVISED CERTIFICATE OF CONCURRENCE

The undersigned attorney for Courtroom Television Network LLC (Court TV) hereby certifies as follows:

I advised plaintiffs' attorney, Witold J. Walczak, Esquire, of the foregoing Motion to Reconsider and was told that Plaintiffs take no position on Court TV's motion and defer to the Court's judgment on this issue.

Defendants' attorney, Ronald Turo, Esquire, has advised me via voicemail that defendants do not oppose Court TV's Motion to Reconsider.

Dated: September 12, 2005

_____
Gayle C. Sproul, Esquire