# CERTIFICATE OF SERVICE

I, Gayle C. Sproul, Esquire, hereby certify that on this 12th day of September, 2005, I served a true and correct copy of the Revised Certificate of Concurrence upon the following counsel by the Middle District ECF system and/or fax and other counsel of record by the Middle District ECF system:

**VIA FACSIMILE**

Richard Thompson, Esquire
Patrick T. Gillen, Esquire
Robert J. Muise, Esquire
Edward L. White, III, Esquire
Thomas More Law Center
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan 48106
Fax: (734) 930-7160
(Defendants' counsel)

Thomas B. Schmidt, II
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA 17108
Fax: (717) 238-0575
(Plaintiffs' co-counsel)

Eric Rothschild, Esquire
Pepper Hamilton LLP
3000 Logan Square
18th and Arch Streets
Philadelphia, PA 19103
Fax: (215) 981-4750
(Plaintiffs' co-counsel)

_____
Gayle C. Sproul, Esquire