IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN, <br><br> Plaintiffs, <br><br> v. <br><br> DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, <br><br> Defendants. | Civil Action No. 04-CV-2688 |

## STIPULATION

By this Stipulation, the parties hereby jointly request that the Court enter an Order amending the Preliminary Pre-trial Order to permit the parties to submit responses to the opposing parties' post-trial Proposed Findings of Fact and Conclusions of Law no later than seven (7) days after the filing of the post-trial

PHLEGAL: #1790658 v1 (12D_$01!.DOC)

Proposed Findings of Fact and Conclusions of Law.  The parties hereby agree that unless the Court otherwise orders such responses do not require responses to each proposed finding of fact and conclusion of law by the opposing party, and a decision to not respond to any particular proposed finding of fact or conclusion of law does not constitute an admission to such proposed finding of fact or conclusion of law.

        Respectfully submitted,

        */s/ Eric Rothschild*
        Eric Rothschild (PA 71746)
        Stephen G. Harvey (PA 58233)
        Alfred H. Wilcox (PA 12661)
        Christopher J. Lowe (PA 90190)
        Pepper Hamilton LLP
        3000 Two Logan Square
        18th & Arch Streets
        Philadelphia, PA 19103
        (215) 981-4000
        (215) 981-4750 (fax)
        rothschilde@pepperlaw.com

        Thomas B. Schmidt, III (PA 19196)
        Pepper Hamilton LLP
        200 One Keystone Plaza
        North Front and Market Streets
        P.O. Box 1181
        Harrisburg, PA  17108
        (717) 255-1155
        (717) 238-0575 (fax)
        schmidtt@pepperlaw.com

Witold J. Walczak (PA 62976)
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213
412-681-7864
412-681-8707 (fax)
vwalczak@aclupgh.org

Paula K. Knudsen (PA 87607)
ACLU of Pennsylvania
105 N. Front St., Suite 225
Harrisburg, PA  17101
(717) 236-6827
(717) 236-6895 (fax)
pknudsen@aclupa.org


Ayesha Khan
Richard B. Katskee
Alex J. Luchenitser
Americans United for Separation of Church and State
518 C St., NE
Washington, DC 20002
(202) 466-3234

Attorneys for plaintiffs
TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH, AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN

        */s/ Patrick T. Gillen*
        Patrick T. Gillen, Esquire
        Thomas More Law Center
        24 Frank Lloyd Wright Drive
        P.O. Box 393
        Ann Arbor, MI  48106

        Attorneys for defendants
        DOVER AREA SCHOOL DISTRICT;
        DOVER AREA SCHOOL DISTRICT
        BOARD OF DIRECTORS

Dated:  September 13, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2005, I caused a copy of the foregoing document to be served upon the following counsel by the Middle District ECF system:

Richard Thompson, Esquire
Robert J. Muise, Esquire
Patrick T. Gillen, Esquire
Thomas More Law Center
24 Frank Lloyd Wright Drive
P. O. Box 393
Ann Arbor, MI 48106

Ron Turo, Esquire
Toro Law Offices
28 South Pitt Street
Carlisle, PA 17013


*/s/ Eric Rothschild*
Eric Rothshild (PA 71746)