IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN, <br><br>          Plaintiffs,<br>vs.<br><br>DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS,<br><br>          Defendants. | CIVIL ACTION<br><br>No. 4:04-cv-2688<br><br>(JUDGE JONES)<br><br>(Filed Electronically) |

## ORDER

AND NOW, this 14th day of September, 2005, upon consideration of the unopposed motion of Plaintiffs for leave to file one brief in excess of 15 pages in opposition to Defendants' four pending motions in limine, IT IS HEREBY ORDERED that said motion is granted and that Plaintiffs are authorized

to submit their brief in opposition to Defendants' four pending motions in limine in excess of 15 pages, but not to exceed 60 pages or 20,000 words.

BY THE COURT:

_____
Hon. John E. Jones III