IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN,<br><br>Plaintiffs,<br><br>v.<br><br>DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS,<br><br>Defendants. | Civil Action No. 04-CV-2688 |

## ORDER

SEPTEMBER 14, 2005

It is hereby ORDERED that the parties will be permitted to file responses to the opposing parties' post-trial Proposed Findings of Fact and Conclusions of Law in the manner described in the attached Stipulation by the

parties. Such responses shall be filed no later than seven (7) days from the date that the post-trial Proposed Findings of Fact and Conclusions of Law are filed.

```
_____
John E. Jones, III
United States District Judge
```