1              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
2

. . . . . . . . . . . . ..
3    TAMMY KITZMILLER; et al.,   .
                                 .
4          Plaintiffs           .    CIVIL ACTION NO. 04-CV-2688
                                 .
5          vs.                   .
                                 .
6    DOVER AREA SCHOOL DISTRICT,.   (JUDGE JONES)
     et al.,                     .
7                                .
           Defendants            .
8    . . . . . . . . . . . .   .

9

10         Deposition of      :   CAROL BROWN

11         Taken by           :   Defendants

12         Date               :   May 16, 2005, 10:15 a.m.

13         Before             :   Vicki L. Fox, RMR,
                                  Reporter-Notary
14
           Place              :   Two School Lane
15                                Dover, Pennsylvania

16   APPEARANCES:

17         PEPPER HAMILTON LLP
           BY:   THOMAS B. SCHMIDT, III, ESQUIRE
18
               For - Plaintiffs
19
           THOMAS MORE LAW CENTER
20         BY:   PATRICK T. GILLEN, ESQUIRE

21             For - Defendants

22         ALSO PRESENT:   Sheila Harkins
                           Alan Bonsell
23

24

25

```
 1                          I N D E X

 2                          WITNESS

 3   CAROL BROWN                            Examination

 4       By Mr. Gillen                          3

 5

 6                          EXHIBITS

 7
     C. Brown Deposition
 8   Exhibit Number                               Page

 9   1. Photocopy of diagram of seating chart.    129

10   2. Resignation Speech of Casey (Carol H.)    204
     Brown, Monday, October 18, 2004.
11
     3. Comments re: Pledge issue.                204
12
     4. Treaty of Tripoli.                        204
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1           a slate with other candidates?
 2    A.     No, I did not.
 3    Q.     Apart from the issue you have mentioned, were there any
 4           other issues that brought you out to run for that
 5           position?
 6    A.     To give back to the community.  I was raised to the
 7           concept of community service.  I am an Army brat.
 8    Q.     How long are the terms on the School Board?
 9    A.     My first term was two years.  I completed the term of
10           someone who had left the District.  Normal terms are
11           four years.
12    Q.     I take it you ran again in 1998?
13    A.     Yes, I did.
14    Q.     Any particular issues bring you out for that election?
15    A.     Fiscal responsibility, continued service to my students
16           because by then, it was far more than just the special
17           needs children.
18    Q.     Did you run with anyone else?
19    A.     No, I did not.
20    Q.     1998, a four-year term, and it put you into 2002?
21    A.     Well, it doesn't quite work out that way, but
22           thereabouts.
23    Q.     When did you next have to run for School Board?
24    A.     I guess it was -- I guess I am saying it wrong then.  It
25           was 2000 -- or no, it is 2002 I guess.  I don't know.
```

1    Whatever, it ends this year.  It would have ended this
2    year.
3  Q.  Now in that next election, which may well have been
4      2002, but it is the expired term, what brought you out
5      for that election?
6  A.  Continued desire to serve the community.
7  Q.  Did you run alone or on a slate?
8  A.  A slate.
9  Q.  Who was on that slate?
10  A.  Mr. Bonsell, Alan, Mrs. Harkins, Mrs. Yingling and
11      myself.
12  Q.  Any particular issues that you addressed as a group in
13      connection with that election?
14  A.  Student achievement and fiscal responsibility,
15      especially as regards the building project at the high
16      school.
17  Q.  If you would, Mrs. Brown, just state with respect to
18      fiscal responsibility, what did you see the issues as
19      there?
20  A.  The main issue was being accountable to the taxpayers of
21      the School District and being aware of their abilities
22      or lack of ability to continue to pay higher taxes.
23  Q.  And you mentioned the school project?
24  A.  Yes.
25  Q.  Was there a specific way in which the school project

```
 1        implicated those concerns?
 2   A.   Very much so.  A number of us felt that the majority of
 3        the then current School Board were not being fiscally
 4        responsible, had not done enough to try and get funds
 5        back from the state.
 6   Q.   When you say a number of us, are you referring to your
 7        fellow candidates on that slate?
 8   A.   Not just those candidates.
 9   Q.   Who else?
10   A.   Friends.
11   Q.   Did your running mates share your views with respect to
12        fiscal responsibility?
13   A.   I believe so.
14   Q.   How about student achievement, what was your concern
15        there for specifically?
16   A.   To continue to improve student achievement.
17   Q.   Were there any particular gauges or standards that you
18        were using to think that student achievement wasn't
19        where it should be or could be?
20   A.   One has only to look back at the records of the School
21        District in terms of student achievement primarily on
22        the SAT's.
23   Q.   I take it you mean to see that there was a need for
24        improvement?
25   A.   Very much so.  Also in the rankings of students in terms
```

1         of merit scholarships, and where our students were
2         accepted and chose to attend colleges or post secondary
3         education.
4    Q.   Again, so far as you could tell, do you think that your
5         running mates shared your convictions on that point?
6    A.   Yes.
7    Q.   Were there any other issues that you saw motivating
8         yourself when you ran in November of 2002?
9    A.   Yes.
10   Q.   Just give me an idea what they are.
11   A.   Vocational-technical education.
12   Q.   What was your goal there?
13   A.   I had the privilege of serving as the Dover
14        representative to the York County School Of Technology
15        for an extensive period of time.  And my concern there
16        was to see that the funds were available, the
17        opportunities were available for students who were going
18        into those areas.
19   Q.   Any other issues that motivated you?
20   A.   I would say those were the primary ones.  There were
21        other issues in terms of my personal fight to bring in
22        all day kindergarten or what is termed today extended
23        day kindergarten, and also to find some grant money
24        whereby we might pilot programs for world languages on
25        the elementary levels beginning at the latest in the

1       second grade, preferably in the first grade.

2   Q.  Anything else?

3   A.  I have to review in my own mind.  I am not sure at that

4       point if we had already piloted our character education,

5       multi-cultural education programs, but they were

6       certainly in the forefront of my mind.  Those were for

7       efforts which I had the privilege of being part of from

8       my earliest days on the Board.

9   Q.  Just give me a sense for those issues that are

10      motivating you to participate in this public service.

11      You mentioned character education.

12          What were you getting at there, Mrs. Brown?

13  A.  There is no question that society has changed through

14      the years, and we are seeing social issues, social

15      problems, if you will, that we did not see twenty,

16      thirty years ago.

17          And we realize -- and I am saying we in the sense

18      of there were a number of us involved both on the Board

19      and from the community who realized that we had to try

20      and establish some sort of code of behavior that our

21      students could adhere to or would adhere to within the

22      school frame.

23  Q.  Did you have anything specific in mind when you came to

24      the Board in November, 2002 along those lines other than

25      the need?  It is plain that you saw a need.

```
 1   A.   We were already working on it.
 2   Q.   And by it, do you mean some sort of curriculum program
 3        that would give kids --
 4   A.   The first efforts along those lines began in 1997 under
 5        our former Assistant Superintendent the late Dr. Robert
 6        Hallman.
 7   Q.   He was already working on a program?
 8   A.   He presented it to the Board within my first year on the
 9        Board, the idea.
10   Q.   And back at that time, did the Board approve this notion
11        of --
12   A.   We formed a Task Force to study the issues.  It was then
13        simply character education.  The multi-cultural aspects
14        came later.
15   Q.   You have mentioned a number of issues here for the
16        November, 2002 election or things that were bringing you
17        back out to continue your service on the Board.
18             Did you discuss these other issues, character
19        education, multi-cultural education with your running
20        mates?
21   A.   Yes.
22   Q.   What was your sense of their response to your concerns;
23        did they share them?
24   A.   It was not necessarily a formal platform.  Mrs. Harkins
25        was serving on the committee with me at that time.
```

```
 1   Q.    The character education committee?
 2   A.    The educational committee and the multi-cultural
 3         committees.  They were still two separate committees.
 4         They were integrated within a year after that.
 5   Q.    And was it your sense that Sheila Harkins shared your
 6         view that it would be desirable to continue this
 7         program?
 8   A.    Yes.
 9   Q.    Can you recall anything she said specifically --
10   A.    No.
11   Q.    -- relating to character education?
12   A.    No.
13   Q.    How about your other running mates, Mr. Bonsell?
14   A.    Mr. Bonsell and Mrs. Yingling shared my concern for a
15         sense of morality, if you will.  I am trying to find the
16         right words.
17   Q.    Sure.  You indicated that Dr. Hallman had a program he
18         had already proposed?
19   A.    He had proposed it by that time.  He was deceased.  And
20         Dr. Nilsen came in as Assistant Superintendent and
21         picked the program up, if you will.
22   Q.    Did you settle on curriculum for that character
23         education program?
24   A.    Yes.
25   Q.    Just tell me how was that done.
```

```
 1   A.   The first pilot program was begun at Dover Elementary
 2        School.  And if memory serves, it is four years now.  We
 3        piloted at Dover Elementary because Dover Elementary
 4        offered a petri dish of the gamut of social strata,
 5        social situations.
 6   Q.   And how about in terms of a text for that program?
 7   A.   There was not one single text.  Materials were drawn
 8        from many, many sources.  Some of the best information
 9        is from Lions Quest through the Lion's Club.  And they
10        were very kind to us in giving us grant money to help us
11        get that program off the ground.
12   Q.   Who did that inquiry about potential source of
13        information or text curriculum, materials that could be
14        used in the character education program?
15   A.   We all did.
16   Q.   And that is the committee members?
17   A.   Yes.
18   Q.   You mentioned that Dr. Nilsen had some role in that
19        process?
20   A.   Yes, he did.
21   Q.   Anyone else from the administration?
22   A.   Denise Russell was part of it.  There were quite a few
23        teachers, but I don't recall all of the them, Mr. Steven
24        Walker who was Principal at Dover Elementary.
25   Q.   Just give me a general view of how you approached that.
```

```
 1            It appears you had a committee that was set up to
 2       address it?
 3   A.   Yes.
 4   Q.   Was that a Board committee?
 5   A.   Yes, it was.  It was also a District committee in that
 6       there was involvement with teachers and some community
 7       members.  One needs to differentiate between a Board
 8       committee and a District committee.
 9   Q.   Do that for me.  How do you see those as different?
10   A.   They are very distinct.  A Board committee is comprised
11       of four or fewer Board members as per Code and usually
12       at least one administrator.
13            A District community is usually comprised of one
14       or more administrators, District teachers, and/or
15       possibly Board members.
16            A community -- there are also advisory committees.
17       We have three types of committees in this District.  The
18       advisory committees are almost entirely comprised of
19       community members, usually under the aegis of
20       administrators, sometimes under Department heads.  And
21       then Task Forces which are separate entities usually
22       formed for a specific period of time for a specific
23       task.
24   Q.   Okay.  So I am just trying to get a sense for the
25       process as it relates to the character development.  You
```

1    Q.    You do have files?

2    A.    Yes, I do.

3    Q.    What sort of files do you keep, Mrs. Brown?

4    A.    I have copies of some of the election material and some

5          of the election coverage that appeared in local

6          newspapers.  One is after all proud of one's

7          achievements.

8    Q.    And those materials relate to all of your elections?

9    A.    Yes.

10   Q.    Did you keep materials that the slate put out?

11   A.    Yes.

12   Q.    We are going to move on.  I just want to get a sense for

13         this November, 2002 election.  Any other issues that

14         come to your mind as ones that figure prominently in

15         that election?

16   A.    Accountability.

17   Q.    Do you mean fiscal accountability?

18   A.    No.

19   Q.    Tell me what you mean.

20   A.    Accountability to all of the members of the community.

21   Q.    In what sense?  Were there specific issues that

22         implicated this concern for accountability?

23   A.    I think being open, responsive to the community needs.

24         Certainly, that was an issue for me.

25   Q.    Why?  What did you see as implicating -- did you think

```
 1          there was a lack of accountability?  You were on the
 2          Board.  Did you see some difficulties in that area?
 3    A.    Yes.
 4    Q.    Tell me what they were.
 5    A.    I believe I already stated lack of responsiveness to
 6          community concerns.
 7    Q.    This was in November of 2002 when you were running
 8          again?
 9    A.    Prior to that.
10    Q.    What issues gave you this sense of lack of
11          responsiveness?
12    A.    I can't give you specifics.
13    Q.    Was it lack of responsiveness on the part of the Board?
14    A.    Yes.
15    Q.    Who was on the Board at that time?
16    A.    At that time, it would have been Shirley Harnish,
17          President; Aralene, better known as Barrie Callahan;
18          Larry Snook; Lonnie Langione; my husband Jeff Brown;
19          Noel Wenrich; Sheila Harkins; myself, and Roger Murphy.
20    Q.    Again, I am just trying to get a sense for I know you
21          have been served on the community on the Board.  You
22          mentioned you are in this November election here around
23          2002, and you have this issue of accountability.
24              I am just trying to get a sense for why you as a
25          Board member feel that that is a concern at that time.
```

```
 1   A.   The Board to my way of thinking was unwilling to
 2        entertain opinions that ran contrary to their own
 3        thoughts or their own desires, the majority of the
 4        Board.
 5   Q.   When you say majority of the Board, do you have a
 6        particular portion of the Board in mind, a voting block,
 7        or a group of people on the Board who you thought were
 8        not as open as you would like?
 9   A.   Yes.
10   Q.   Give me those persons who sort of implicated this
11        concern for accountability.
12   A.   Everyone except Mrs. Harkins, Mr. Wenrich, Mr. Brown and
13        myself.
14   Q.   Were there any specific -- as we go through it -- and I
15        know sometimes you recall more as you talk about
16        something, was there any specific issue where you just
17        saw what you thought was a lack of openness to other
18        opinions on the part of these other Board members?  Was
19        there something that triggered that concern or brought
20        it into sharper focus?
21   A.   The construction project, the proposed construction
22        project at the high school.
23   Q.   What was it about that, the construction project, and
24        the proposed contract that gave you this sense that hey,
25        we need to listen more, or certain people need to listen
```

1       more to different opinions?

2   A.   It was my second construction project since becoming a

3        member of the Board.  I had seen the wastefulness in the

4        prior project.  In fact at that point in time,

5        Mr. Bonsell's father, Don Bonsell was a member of the

6        Board.  He and I served together for a four-year period.

7             And that project related to renovations at Leib

8        Elementary School and the construction of the North

9        Salem School.  And Mr. Bonsell and I both saw a lot of

10       wastage.  But being newer members of the Board, we were

11       most definitely not listened to.  We asked a lot of

12       questions.

13            And going into the proposed high school project,

14       we saw a lot of wastage.  The expression champagne taste

15       on a beer budget comes to mind.

16  Q.   Okay.  And you have created a contrast here between sort

17       of there's two projects, and you see waste in both?

18  A.   Yes.

19  Q.   I am looking at that from the standpoint of this concern

20       you had as you ran again for accountability.  Do I

21       understand you or take your meaning that you are saying

22       there's some Board members have a concern about wastage

23       and others are not sufficiently open to it; what are you

24       getting at there?

25  A.   I believe there were members of the Board who were not

```
 1          sufficiently concerned about the financial burden on our
 2          taxpayers.
 3    Q.    Okay.  If you had to put your finger on those Board
 4          members you thought weren't sufficiently concerned about
 5          the tax burden that would follow from the building
 6          project, who would that be?
 7    A.    Five of the nine as previously mentioned.
 8    Q.    Other than that, this sense of hey, we are about to
 9          enter into a contract which is going to create a very
10          real burden for taxpayers in the District, were there
11          any other issues that implicated this concern for
12          accountability?
13    A.    I would say there were differing viewpoints.
14    Q.    Differing viewpoints on what?
15    A.    On a variety of aspects of education.  Some of us were
16          more focused on say one group of students than another.
17    Q.    And this is in the November, 2002 period?
18    A.    I would say this would not simply be for that time
19          period, but an overall picture of the Board.  Any Board
20          member coming to service has some sort of bias or
21          program or viewpoint.  I don't mean bias in terms of
22          prejudice or as a pejorative term.
23    Q.    I agree.  Based on their personal background --
24    A.    Absolutely, and experiences.
25    Q.    Okay.  Let's look at that in terms of the November, 2002
```

```
 1        election.  Plainly, when I look at you, I see that
 2        elementary school multi-cultural language programs seems
 3        to arise in part from your background.  You have
 4        mentioned the issues that brought you out in November of
 5        2002.
 6             How about the other people who were in that
 7        election?  If you had to look at your running mates,
 8        were there any particular issues you associated with
 9        them?
10   A.   I would simply have to say fiscal accountability,
11        responsibility.
12   Q.   All right.  Now if you get on the Board in November of
13        2002, that is not your first time anymore.  You are a
14        more experienced Board member.
15             What positions did you have for the term beginning
16        with that election?
17   A.   President of the Board, head of policy committee, and I
18        stepped down as the main representative to the York
19        County School Of Technology and took the alternate
20        position.
21             And as President of the Board, you are an ex
22        officio member of all committees.
23   Q.   And you would become President when, in December of
24        2002?
25   A.   Yes, the reorganization meeting in the first week of
```

```
 1          December.
 2   Q.     The policy committee is new to me.  What is the subject
 3          matter of that committee?
 4   A.     Job number one of a School Board member is to put
 5          together and to administer policy as relates to being in
 6          compliance and remaining in compliance with all state
 7          and federal mandates, both funded and unfunded, as all
 8          relevant state, in our case, I must correct Commonwealth
 9          laws and federal laws and guidelines.
10   Q.     So is that what the policy committee does; it strives to
11          ensure compliance?
12   A.     Yes.
13   Q.     Does it formulate policy?
14   A.     Yes.
15   Q.     Does it formulate policy across the Board, or does it
16          focus on these issues you have raised?
17   A.     Across the Board.  I served as chair of policy from the
18          time I first joined the School Board or became a member
19          of the School Board until the time I resigned.
20   Q.     Now in terms of selection as President of the Board, how
21          does that happen, Mrs. Brown?
22   A.     You are elected by the Board during the reorganization
23          meeting which must be held during the first week of
24          December of every year as per Pennsylvania Public School
25          Code of 1949, and amended in 1993, and again in 2002.
```

```
 1   Q.   Do you recall who voted for you?

 2   A.   I do.

 3   Q.   I mean I guess your running mates.  Anyone else?  Was it

 4        a contentious election?

 5   A.   Most definitely.

 6   Q.   Who was your -- what shall I say -- who did you vie with

 7        for that position?

 8   A.   I didn't, but three of the Board members walked out.

 9   Q.   Which three?

10   A.   Lonnie Langione, Larry Snook and Barrie Callahan.  And I

11        should correct myself I misspoke.  They refused to come

12        into the meeting until after the election for President

13        had occurred.

14   Q.   Did they say why?

15   A.   They were opposed to everything that the new majority of

16        the Board stood for, and it was contentious.

17   Q.   And do you think that it was among other things the

18        building project issue that created animosity?

19   A.   I would say that would be the first one.

20   Q.   What other ones would create that sort of environment

21        where they wouldn't show up for the reorganization

22        meeting?

23   A.   They were filing a protest against the election and our

24        approach to things.  Two of the three subsequently

25        resigned in January if memory serves.
```

```
 1          don't show up at all?
 2    A.    They showed up after the election for President.
 3    Q.    That brings into the 2002 period.  I want to get a sense
 4          for it.  You were on the Board policy committee, and you
 5          are the President of the Board?
 6    A.    Yes, I am.
 7    Q.    How about your other slate members at that time, what
 8          committees were they on?
 9    A.    I will be perfectly honest, Mrs. Harkins became
10          Treasurer of the Board.  Mr. Bonsell I believe became
11          head of curriculum.  I don't remember all of the
12          committee assignments.  I am ashamed that I don't since
13          the Board President does make those assignments.
14              Mr. Wenrich was head of buildings and grounds.
15          Mr. Brown was head of transportation.  And Mr. Bonsell
16          would have to correct me on this, but I believe he was
17          also head of strategic planning.
18              There were a variety of committee assignments.
19          Most people serve on more than one committee.
20    Q.    And you appointed for those positions?
21    A.    Yes, I did.
22    Q.    How about Bill Buckingham, did he run in November?
23    A.    Mr. Buckingham and Mrs. Cleaver were appointed in
24          January and February of 2003 upon the resignations of
25          Mr. Langione and Mr. Snook.
```

```
 1   Q.    All right.  And do you recall whether you gave them any

 2         committee assignments, or did they just fill in for the

 3         spots vacated by --

 4   A.    They probably would have.

 5   Q.    Want to take a break?

 6   A.    As you will.

 7               (A recess was taken.)

 8                         AFTER RECESS

 9   BY MR. GILLEN:

10   Q.    We are back on the record, and we are into the 2003

11         period now.  I want to get a sense for your activities

12         on the Board and the way they relate more directly to

13         some of the issues in this litigation.

14               You mentioned earlier the Pledge.  I just want to

15         get your sense for how that became an issue at the Board

16         and sort of how the Board reacted to it and so on.

17               Tell me what you recall about that, Mrs. Brown.

18   A.    In October of 2003, as memory serves, a member of the

19         audience, a former Board member Larry Snook brought up

20         the current news items relating to an individual in

21         California who was attempting to bring suit against the

22         School District -- and I don't recall the name of the

23         exact School District -- on behalf of his daughter.

24               My understanding is he was a practicing atheist,

25         if one practices that, objecting to the use of the term
```

1       one nation under God specifically.

2            And Mr. Snook brought it up stating that he

3       thought that we should take a stand as a Board favoring

4       the Pledge of Allegiance as it is currently constituted.

5       And I say that in the present tense because as it was

6       constituted at that point in time continuing to the

7       present time.

8   Q.  Let me ask you when Mr. Snook, the former Board

9       member --

10  A.  Yes.

11  Q.  -- he resigned earlier this year.  When he made that

12      appeal at the Board meeting, did you have any sense for

13      his motives or what might move him to do that?

14  A.  I don't mean to ascribe motives to him.  This was only

15      my personal feeling.  As Mr. Snook often had in the

16      past, he -- I believe he brought things up to stir the

17      waters if you will.

18  Q.  And that is why I asked.  It lends itself to that

19      interpretation.  Tell me, did he manage to stir the

20      waters?

21  A.  Not at that point in time.

22  Q.  Why do you say that, Mrs. Brown?

23  A.  Because no one on the Board responded to his public

24      comment at that meeting.

25  Q.  This is the October --

```
 1   A.    I will be honest and say I believe it was the second

 2         meeting in October, but it could well have been the

 3         first meeting in November.

 4   Q.    Anyone else second his motion?

 5   A.    He did not make a motion.

 6   Q.    I know.

 7   A.    He was simply making a comment during the open comment

 8         portion of the meeting at the beginning.

 9   Q.    Was Lonnie Langione present?

10   A.    I do not honestly remember.

11   Q.    That's fine.  How about Barrie Callahan, do you recall

12         her making any comments at that meeting about the

13         Pledge?

14   A.    No, she did not that I recall.  As I have stated, I

15         don't believe that anyone on the Board did respond to

16         the comment.  We simply moved on from there and thanked

17         him for his comment.

18   Q.    Did the Board take up the matter later in 2003?

19   A.    Yes.

20   Q.    Tell me what you can recall about that.

21   A.    Mr. Wenrich was then President of the Board.

22             MR. SCHMIDT:  May I interrupt?  Is the meeting

23         after the next reorganization meeting?

24   A.    Mr. Wenrich was the Vice-President when I was President.

25         He just the next year became President of the Board.  He
```

Exam./Gillen - Carol Brown                    53

```
 1   A.   Mrs. Harkins and my husband.  I stand corrected.  They

 2        both abstained from voting.

 3   Q.   That's two.  How about yourself?

 4   A.   It is one of the two votes I cast during my tenure on

 5        the Board of which I am ashamed because I caved to

 6        pressure and voted to support the resolution.

 7   Q.   Do you remember the third person who voted against?  You

 8        mentioned Sheila abstained?

 9   A.   I didn't say voted against.  Who were against it.

10   Q.   So there was Sheila Harkins abstained.  I believe your

11        husband abstained?

12   A.   Abstained.

13   Q.   And do you recall?

14   A.   That was it.

15   Q.   That's it.  Only two abstained.  Tell me then,

16        Mrs. Brown, you voted for the resolution, but looking

17        back, you regret it.  What led you to do that?

18   A.   To regret it?

19   Q.   To vote for the resolution.

20   A.   Because instead of voting my principles, I caved in to

21        social pressure.

22   Q.   I think I understand.  The social pressure, do you mean

23        just sort of the community sense, or was there something

24        more direct and specific?

25   A.   My fellow Board members.
```

Exam./Gillen -- Carol  Brown

```
 1   Q.   Tell me, if you would, what sort of pressure you felt in

 2        connection with this vote on the resolution as it

 3        related to the Pledge.

 4   A.   Desiring to keep the approval of fellow Board members.

 5   Q.   Which members would that be?

 6   A.   The other members who voted for the resolution.

 7   Q.   And you reference that you felt the position was

 8        contrary to your principles.  Tell me, if you would,

 9        what exactly you mean by that.

10   A.   I believe very strongly in the separation of church and

11        state, and I believed personally then that we were

12        conceivably opening a can of worms.

13   Q.   And what did you have in mind as this can of worms or

14        the problems that might follow?

15   A.   I believe very strongly in the separation of church and

16        state.

17   Q.   Do I take your meaning to be that you thought this

18        resolution might run afoul of that belief?

19   A.   Yes.

20   Q.   How did you see them in tension or at odds?

21   A.   I was concerned that we were going beyond the purview of

22        our responsibilities and obligations.

23   Q.   And what obligation are you getting at there?

24   A.   Our obligation to represent all of the viewpoints and

25        all of the beliefs of the members of our community.
```

Exam./Gillen -- Carol Brown

```
 1   Q.   And did you see the Pledge as it was recited at that
 2        time as somehow inconsistent with that goal of taking
 3        into account all of the views of all of the members of
 4        the community?
 5             MR. SCHMIDT:  Object to the form.
 6   BY MR. GILLEN:
 7   Q.   You can answer.  He is just objecting because the
 8        question is unclear, and it is admittedly.
 9        Mrs. Brown --
10   A.   I object because I don't understand.  I don't know what
11        you want.
12   Q.   I just want to get a sense for what your concern was
13        there.  We have got the Pledge.  It has got under God in
14        it as you have mentioned.  There is a resolution in
15        favor of the Pledge as currently recited.
16             You see that there was a tension there between
17        that resolution and your responsibility if I understand
18        you correctly to take into account the views of --
19        different members of the community.
20             I am just trying to get you to be as specific as
21        possible about how you see that conflict.
22   A.   As a member of a School Board, as I have stated before,
23        job one is to assure that our School District remains in
24        compliance and is in compliance with all state and
25        federal statutes, Commonwealth statutes.  We are not
```

1  BY MR. GILLEN:

2  Q.   Is that accurate, Mrs. Brown?

3  A.   I'm not sure I am understanding what you're saying.  But

4       as relates to the law, no.

5  Q.   Okay.  I don't mean to belabor it.  I am trying to get a

6       sense.  You say it is a vote that you regret?

7  A.   Yes, it is.

8  Q.   And you say if I understand you correctly that you see

9       some conflict between the Board voting to pass this

10      resolution on the Pledge and their duties as School

11      Board members?

12 A.   That's correct.

13 Q.   And when you speak of the duties of the School Board

14      members, you mention that it is the duty to see that the

15      District is in compliance with the law?

16 A.   That's correct.

17 Q.   It seems that you see a way in which these two didn't

18      match, but were in conflict?

19 A.   Yes, I did.

20 Q.   That's fine.  How about the other Board members?  Do you

21      recall any statements that the other Board members made

22      on that resolution?

23 A.   Your question is unclear.

24 Q.   I take it the resolution was the subject of

25      deliberations by the School Board?

```
 1            or disparaging remarks from the public directed at Board

 2            members, who else was the subject of that kind of

 3            invective?

 4    A.      Mrs. Harkins, Mr. Brown.

 5    Q.      Can you recall the thrust of the comment that was

 6            directed at Mrs. Harkins?

 7    A.      Similar to what was directed towards me.

 8    Q.      And Mr. Brown, same thing?

 9    A.      Yes.

10    Q.      All right.  Let's look at the Board members.  I take it

11            that you have a recollection of an offensive comment

12            that was directed at you by a Board member; is that

13            accurate?

14    A.      Not me specifically.

15    Q.      Tell me what it is you are referencing here, a painful

16            comment.

17    A.      I am referencing comments made by my former fellow Board

18            member Mr. Buckingham.

19    Q.      What did Mr. Buckingham say that gave offense?

20    A.      I cannot quote you exactly.  Please understand that this

21            is verbatim and per my own memory.  He made comments to

22            the effect that anyone who opposed such a resolution was

23            un American and should return to his or her country of

24            origin.

25    Q.      Do you recall anything else Mr. Buckingham said during
```

1        this meeting?

2   A.   No, I do not.

3   Q.   Would you say that the comment you have just attributed

4        to him was consistent with some of the sentiments

5        expressed by the public?

6   A.   Absolutely.  But they were not sitting Board members.

7        He was.

8   Q.   Okay.  I think you have indicated that Mr. Buckingham

9        just sort of made a general comment; it wasn't directed

10       at a specific person?

11  A.   Yes, it was.

12  Q.   It was directed at a specific person?

13  A.   Yes.

14  Q.   Who did you think it was directed at?

15  A.   At the time he made it, I think it was specifically

16       directed at one member of the audience.  But he also

17       made it in reference to anyone who opposed him on the

18       Board.  He made that very clear.  I cannot quote you

19       word for word.

20  Q.   Okay.  Nor would I ask you to.  I realize you are just

21       trying to remember.  What gave you that sense; was it

22       his words?

23  A.   His words, the tone of his voice, his eye contact.  I

24       still had full vision at that time.  I am aware of who

25       he was looking at.

```
 1              very clear on that.
 2   Q.    You are confident he didn't make a statement to that
 3         effect at this meeting?
 4   A.    I recall the meeting at which he made the statement, and
 5         it was directed toward my husband.
 6   Q.    How about any discussion about separation of church and
 7         state at the Board meeting, did any Board member speak
 8         to that point?
 9   A.    I did.
10   Q.    Just what did you say generally?
11   A.    You have the copy of my speech.
12   Q.    Okay.  You produced that this morning in response --
13   A.    I did indeed.
14   Q.    We are now in the fall of 2003.  And this is what, the
15         November 10th meeting?
16   A.    It was the November 10th, 2003 meeting.
17   Q.    Did the Board vote on the resolution at that meeting?
18   A.    Yes, we did.
19   Q.    I think you indicated there was passage?
20   A.    Yes, there was.
21   Q.    How about if we look at 2003, and we are trying to get a
22         sense for other issues that implicated your concern for
23         religion, the separation of church and state, were there
24         any other issues that came up in 2003 that you saw as
25         implicating your concern for the separation of church
```

```
 1        and state?

 2  A.    Not in public Board meetings.

 3  Q.    How about apart from public Board meetings?

 4  A.    Early in the year, I had had a couple of discussions.

 5  Q.    Early in 2003, a couple of discussions.  How did they

 6        implicate your concern for the separation of church and

 7        state?

 8  A.    There was no direct correlation.  It was a privately

 9        held opinion.

10  Q.    That is what I am trying to get a sense for here.  It is

11        no big deal.  What did you see from your standpoint that

12        gave you some concern?

13  A.    When a new Board member is sworn in, he or she is

14        assigned a mentor.  That would be someone who is an

15        experienced Board member.

16            When Mr. Buckingham and Mrs. Cleaver were

17        appointed to the Board, they were assigned mentors.  If

18        memory serves, Mr. Bonsell was assigned to be

19        Mr. Buckingham's mentor, and I was assigned to be

20        Mrs. Cleaver's mentor.

21            And in that capacity, I had a number of meetings

22        with her relating to Board member's duties and

23        responsibilities, the kinds of things that happen,

24        relating to being an adoptee, which is also something

25        that is kind of a peculiarity of our District.
```

1           Each year, Board members are assigned to be part

2      of a specific school within the District.  Some of the

3      schools have one member.  Some have two because we have

4      an overlap.

5           Mrs. Cleaver was assigned to Dover Elementary.  It

6      so happened I believe one of her granddaughters was a

7      student there.  And as an adoptee of a school, you

8      receive notices of all meetings, special things going

9      on, plays, events, etcetera.  And Mrs. Cleaver and I had

10     a number of discussions about that.

11          And at one point, she invited me to her home, and

12     the discussion went well beyond School Board business.

13  Q.  Well, tell me about that.  Obviously, it gave you some

14     concern.  Mrs. Cleaver invited you to her home.  What

15     was discussed, or what came to light that gave you

16     concern?

17  A.  I'm afraid that I was responsible for opening the

18     subject because I commented on the beautiful wooden

19     carving of the Last Supper she had in her home.  So in

20     that sense, I opened the subject.

21          She spoke of her trip to the Holy Land with her

22     late husband and that segued into a discussion of

23     Christianity and beliefs.  And I had a fairly strong

24     sense of her personal belief system at the end of that.

25     And she questioned me about my own.  And it gave me

1       pause.

2   Q.  Okay.  That is what I am trying to get a sense for.

3       What gave you pause?

4   A.  Because as I stated, I believe very strongly that when

5       you are a member of the Board -- and this is based not

6       just on my own experience, my own belief, but my own

7       studies, going to workshops, seminars and the like to

8       educate myself on the responsibilities and duties of

9       Board service -- that one must keep one's personal

10      beliefs to one side in order to successfully fulfill the

11      duties of one's office and in representing the whole of

12      the District community.

13          And I was concerned based on what I heard that

14      night as to whether Mrs. Cleaver would be able to do

15      that.  And we talked about things.  And I tried to

16      establish with her the importance of putting one's

17      feelings aside, however difficult it is.  And it is very

18      difficult.  I don't mean to minimize that.

19  Q.  Let me see if I can get a better sense for what did

20      Mrs. Cleaver say that engendered this concern on your

21      part?

22  A.  Mrs. Cleaver has very strong evangelical beliefs.  My

23      own beliefs are equally strong.  But as I have stated,

24      there is a separation of church and state.  And beyond

25      that, we are not elected by region in this School

1    District.  We are not a large enough School District.

2          Some School Districts are elected by -- some

3    boards of some School Districts are elected by region.

4    For example, Northern York because of the large

5    geographical boundaries, there are a number of regions.

6    And one Board member or two Board members, depending on

7    the size of the region, are elected to represent the

8    people of that region.

9          In the Dover School District because we are much

10   smaller, are elected at large.  So we are elected to

11   represent the whole.  That is not one group of people.

12   That is all.

13   Q.   Let me see if -- you have this discussion with

14        Mrs. Cleaver, and as you say it was kind of just an

15        exchange between the two of you?

16   A.   Beyond the School Board business, yes.

17   Q.   I am trying to get a sense for what Mrs. Cleaver might

18        have said that gave you this concern that you have

19        articulated?

20   A.   Because she was new to Board service and had not had the

21        opportunity to participate in the School Board Academy

22        programs, which are presented by the Pennsylvania School

23        Board Association, I am giving her information -- I was

24        giving her information more informally and was

25        admittedly from my own viewpoint expressing job

```
 1         responsibilities and so forth.

 2              And my concern remained -- was and remained that

 3         she didn't quite follow me when I explained to her the

 4         importance of representing all viewpoints.  You cannot

 5         simply interject -- what I tried to get across to her

 6         was that you cannot simply interject just your own

 7         opinions however strongly held your beliefs are.

 8   Q.    And was there anything specific she said that engendered

 9         this concern that she might?

10   A.    Not one specific snippet of conversation.  Just the

11         tone.

12   Q.    By the tone, Mrs. Brown, what do you mean, the strength

13         of her conviction when she discussed her religious

14         beliefs?

15   A.    My feeling.  Simply my feeling was that it would be very

16         difficult.  It was going to be difficult for her to

17         separate those.  I am not saying that you abrogate or,

18         you know, go against your belief systems, but you have

19         to temper what you believe with an understanding of

20         representing all of the people.

21   Q.    Okay.  And --

22   A.    Being sensitive.

23   Q.    I think I do understand now what you are getting at.

24         You came away thinking as a new Board member, she -- it

25         seems; tell me if I am wrong -- that she might need to
```

1       have her sort of consciousness heightened about this

2       public duty and this dimension of it as you see it?

3    A. Yes.  And I felt over time, she would see more and more

4       how we operated.  As I said, she was a brand new Board

5       member.  She had not had the opportunity to take the

6       formal seminars or classes.

7    Q. Did you discuss any specific issues that might come up?

8       Did you bring anything --

9    A. No, I did not.

10   Q. Did she bring any issues to your attention?

11   A. In what sense?

12   Q. That implicated this concern you had.

13   A. Not that I recall directly.

14   Q. Now I think it seems that your testimony thus far has

15      been about one meeting in which she --

16   A. One particular, yes.

17   Q. Were there any other meetings with Mrs. Cleaver --

18   A. No.

19   Q. -- that contributed --

20   A. Not in that way.

21   Q. So let's look again at 2003.  And looking for your

22      recollection of any other issues that came up during

23      that year that might have implicated your concern for

24      the separation of church and state or religion in the

25      schools, was there anything else in 2003?

```
 1    A.    Not that comes to mind specifically.
 2    Q.    I am trying to remember was there any time in which
 3          prayer in the school became an issue?  And I mean apart
 4          from the Pledge.
 5    A.    I understand.  To be honest, I don't recall
 6          specifically.
 7    Q.    How about if we look at the issue that brought us here
 8          in the year 2003?  Do you recall anything coming up that
 9          related to the biology text or the biology curriculum in
10          2003?
11    A.    As part of the normal cycle of textbook review, biology
12          texts were part of that review.  But we had a lot of
13          budgetary constraints and did not at that time approve
14          new textbooks.
15    Q.    Okay.  This is in 2003?
16    A.    Yes.
17    Q.    Just try and give me the sense for the season.  Was it
18          winter, spring of 2003?
19    A.    It would have been late spring of 2003 as part of the
20          budgetary process.  I can't be more specific than it
21          would have probably been April or May because we have to
22          have our budget approved by the 30th of June of each
23          year.
24    Q.    Right.  If my memory serves from other depositions, that
25          is when the Departments propose -- in the spring they
```

```
 1            memory serves.
 2   Q.    I think I am getting better now because I am confusing
 3         the school year and the calendar year.
 4   A.    Very different for us.
 5   Q.    Okay.  In 2003, fiscal concerns nixed the book.  Do you
 6         recall any discussion about the use of the biology text
 7         at that time, whether the teachers were using it?
 8   A.    There were discussions about that.  My understanding --
 9         and I was not directly involved in that -- but based on
10         what I remember from Board meetings, my understanding
11         was that -- and perhaps this is colored by my own
12         thoughts on it -- the biology text that was then in use
13         had perhaps not been well chosen because what we heard
14         from the teachers was that it was not a very usable
15         text, and they almost never used it.
16   Q.    Okay.  That is why I asked, Mrs. Brown.  Was there any
17         discussion of that when it came to whether we really
18         need these books in 2003?
19   A.    The text then in place had not been used very much.  I
20         believe Mrs. Harkins had said we haven't used these
21         texts, why are we going to get new ones?  And if I am
22         misquoting her, I apologize.  But that was one of the
23         considerations.  We all had that.
24              It was not the subject matter per se.  It was why
25         are we buying new textbooks when we have not used the
```

Exam./Gillen - Carol Brown                                  74

1          old ones.

2     Q.   Do you recall any comments from the teachers in response

3          to that query?

4     A.   That's where my comment relating to perhaps an ill

5          chosen text comes from.  Mrs. Spahr, as head of the high

6          school Science Department, spoke to us relating to the

7          fact that they were not very useful.

8               They did not really -- we had the standards from

9          the state.  And evidently, these textbooks were not

10         usable -- not very usable in light of the Pennsylvania

11         standards from the Department of Education.

12    Q.   How about do you recall any statements from members of

13         the public in 2003 relating to the purchase of the

14         biology texts?

15    A.   Mrs. Callahan, that is former Board member Mrs. Barrie

16         Callahan, wanted us to buy the new textbooks.

17    Q.   At this point, she is no longer on the Board; is that

18         correct?

19    A.   I believe so.

20    Q.   Do you recall any of the comments she made in support of

21         her urging the Board to purchase the texts?

22    A.   She did it so often.  Basically, she just felt that we

23         needed to spend whatever was necessary regardless.

24    Q.   If you look at Mrs. Callahan's -- to the extent she

25         spoke to the biology text and try to give me the sense

```
 1          you had, if any, for the thrust of her comments, what
 2          were her concerns in 2003?
 3    A.    It would be difficult for me to separate because she
 4          made similar comments -- expressed similar concerns
 5          throughout the years that I served with her.  Basically,
 6          whatever it costs to make sure that our kids get the
 7          very best.
 8               There was not one particular item that stands out
 9          in my mind that she focused on.  It would have been
10          textbooks across the Board.
11               Focusing on one specific subject matter was simply
12          I believe because they were the textbooks under review
13          at that point in time.  I don't think it would have
14          mattered, the subject -- what the subject matter
15          covered.
16    Q.    Let me ask you this:  Earlier you mentioned there was
17          some difference in judgment among Board members about
18          accountability and particularly the fiscal burdens that
19          followed from the use of tax dollars to do the business
20          of Dover Area Schools.
21               If you look at Mrs. Callahan specifically, do you
22          see her as more of a spender?
23    A.    Yes.
24    Q.    Because I am just trying to understand.  It seems now
25          and the way you are describing her position on the book,
```

1      it is basically if the kids need the book, or if the

2      book is up, let's buy one; is that accurate?

3   A.  Yes.  That is strictly a personal opinion, but yes.

4   Q.  Sure.  All right.  So if I understand you correctly now,

5      the purchase is put off in the spring of 2003 because of

6      fiscal concerns?

7   A.  Yes.

8   Q.  But then it seems you said therefore in the fall of

9      2003, they are going to start looking at it for the next

10      year?

11  A.  Yes, for the 2004-2005 school year.

12  Q.  Now if we look at the fall of 2003, was there any -- it

13      seems from the process you have described, the teachers

14      wouldn't be putting the recommendation back in front of

15      the Board yet; would they?

16  A.  No, not at that point.

17  Q.  So did it come up at all, do you know, in the fall of

18      2003, the biology text?

19  A.  In what context?

20  Q.  That is what you.  I am asking you it seems it should be

21      off the radar, but I just want to see if you recall it.

22  A.  I don't recall anything specific.  I know that we were

23      beginning a new review process.

24  Q.  Right.

25  A.  And part of that review process does involve a number of

```
 1            stakeholders to use the old term again.
 2   Q.   Let's look at -- again, I just want to keep us focused
 3        on the biology text wrapping up 2003, the stakeholders.
 4        Would they be implicated in the fall, or would they be
 5        waiting for the spring when the process begins again?
 6   A.   That varies.  That would really depend on the time frame
 7        of their deliberations.
 8   Q.   Okay.  It seems you really -- do you remember it coming
 9        up in the fall of 2004, the biology text again?
10   A.   Not really.
11   Q.   How about any public comment or issues being made at
12        Board meetings in the fall of 2003 about that decision
13        of the Board not to buy the book?
14   A.   Mrs. Callahan made some comments not supporting the
15        Board's actions.
16   Q.   Was Mrs. Callahan joined by others in criticizing the
17        Board?
18   A.   Yes.
19   Q.   Who were they?
20   A.   That changed over a number of meetings.  If memory
21        serves, Mr. Snook, Mr. Langione were also among those
22        who expressed opinions.
23   Q.   Okay.  Let me ask you, Mrs. Brown, sitting on the Board
24        at that time and hearing this criticism say from those
25        individuals, did you think they had another agenda?  Did
```

```
 1            you think their criticism was in part politically

 2            motivated?

 3    A.      You are asking me to ascribe motivation?

 4    Q.      I understand your sensitivity on that point and respect

 5            it, but I do know that as a Board member, people come up

 6            and voice complaints, and over time, you look at them

 7            and say not this person again, not that same issue and

 8            so on?

 9    A.      Actually in point of fact, when any of the three came up

10            to the podium, I shut my ears.

11    Q.      Fair enough.  Let me ask you:  Is it because you saw

12            them as sort of ginning up issues just for political

13            issues?

14    A.      I do beg your pardon.  What was the expression?

15    Q.      Ginning up issues?

16    A.      Could you explain, please?

17    Q.      Sure.  Whipping them up or looking for issues.

18    A.      In other words, trying to make the Board look foolish?

19    Q.      Yes.

20    A.      Yes.

21    Q.      All right.  So now we get into December of 2003.  Let me

22            ask you:  To the extent you can recall, was there a

23            reorganization meeting in December of 2003?

24    A.      Yes.  There's always one.

25    Q.      And tell me how that went to the best of your
```

```
 1   A.   I am trying to be clear in my own mind what year it is

 2        we are in.

 3   Q.   I appreciate that.  I know we are going to be talking

 4        about the biology text and biology curriculum.  Before

 5        we do that and I try and see what you recall about that

 6        process, I am wondering was there anything else that

 7        came up during 2004 that implicated the concern you have

 8        expressed for the separation of church and state?

 9   A.   I view everything that happened in 2004 as so totally

10        interconnected, I couldn't begin to separate them for

11        you.

12   Q.   All right.  Let's take a look at 2004 and start with

13        December through say March.

14   A.   December is 2003.  Forgive me.

15   Q.   Forgive me.  January through March.

16   A.   Thank you.

17   Q.   Do you recall any discussion of the biology text during

18        that period?

19   A.   Committee selections were made by the President.  That

20        would have been Mr. Bonsell at that time in January if

21        memory serves.  Mr. Buckingham became chair of

22        curriculum.  I was on the curriculum committee at that

23        point in time.

24             Obviously, the texts were being brought out for

25        review.  Mr. Buckingham however was not present for all
```

```
 1        of that time period because of a personal situation.

 2   Q.   And what was the period of his absence there in 2004?

 3   A.   I don't actually recall.

 4   Q.   But you recall him being absent at least some of the

 5        time during this winter-spring of 2004?

 6   A.   Yes, he was.  I am sure the minutes of the meetings

 7        would give you the dates exactly.

 8   Q.   Minutes of which meetings?

 9   A.   Of the Board meetings of that time period.

10   Q.   Okay.  I'm sorry.  How about for your part looking at

11        that winter-spring 2004 period, January through March?

12   A.   I am not aware I missed any meetings.

13   Q.   Do you recall when the biology text was offered again?

14   A.   April.  Do you mean in the meetings themselves?

15   Q.   The Board meetings.  I am trying to get a sense for how

16        the process worked from your standpoint.  Are all your

17        activities as a member of the curriculum committee at

18        School Board meetings, or do you meet apart from the

19        School Board meetings?

20   A.   We meet apart from them.

21   Q.   Do you recall meeting apart from the School Board as the

22        curriculum committee during the winter-spring period?

23   A.   Yes.

24   Q.   When?

25   A.   April.  May I look at my calendar?  I can give you the
```

1       date.

2   Q.  Certainly.

3   A.  If I can read it.  I may stand corrected on this.  I am

4       just looking.  I do stand corrected.  I will correct for

5       the record the meeting I was referring to was my own

6       policy committee meeting.  I do apologize.  And that was

7       on the 27th.  That would be Tuesday, the 27th of April

8       of 2004.

9           The discussion with Mr. Buckingham was outside of

10      the meeting itself.  The first very formal combined

11      curriculum meetings that I have occurred in May.  So I

12      apologize.

13  Q.  Thank you for being diligent.  I am not trying to put

14      you on the spot.  I appreciate it actually.

15  A.  It is nice to be precise.  I try.

16  Q.  So you got April 27th you have indicated there was a

17      policy committee meeting?

18  A.  Yes.  And Mr. Buckingham was a member of that committee,

19      as was Mrs. Harkins, and myself as chair and

20      Mrs. Geesey.  And, of course, Mr. Bonsell as President

21      was ex officio member.

22  Q.  Now if I understand you correctly, Mrs. Brown, there was

23      some discussion of the biology text outside of this

24      April meeting?

25  A.  Mr. Buckingham and I had a discussion.  He had occasion

```
 1            -- I not drive that day.  He was kind enough to offer me

 2            a ride home.  And during that ride, we discussed the

 3            role of faith in the schools.

 4    Q.      Do you recall what Mr. Buckingham said to you on that

 5            topic?

 6    A.      He felt that it was important to bring God back into the

 7            classroom.

 8    Q.      And when you had this conversation, did you have a sense

 9            for what he meant by that?

10    A.      I am not sure how much clearer one can be, other than to

11            say we want to bring God and faith back into the

12            classroom.  What exactly do you want?

13    Q.      That is what I am trying to get.  Did he make any

14            specific recommendations for a course of action?  Did he

15            say the kids should pray again in school?

16    A.      Yes, he did.

17    Q.      Anything else did he mention?

18    A.      He felt that we should bring prayer and Bible reading

19            back into the schools.  It so happens Mr. Buckingham and

20            I are the same age.  So we both remember that time

21            period.

22                 And there was a discussion relating to the

23            breakdown of society and morality.  And Mr. Buckingham

24            attributed that to the removal of prayer, the Bible,

25            etcetera from our school systems.
```

1   Q.   And I take it you had a discussion with him, and I am

2        sure that he did not hear just plain yesses from you.

3        How did you respond to Mr. Buckingham?

4   A.   I said very little.  I responded when necessary because

5        I was frightened.

6   Q.   Just so that I understand you correctly, when you say

7        frightened, did you mean you felt uncomfortable with the

8        sort of --

9   A.   I was physically frightened of what he was saying.

10  Q.   Okay.  What do you mean by that, Mrs. Brown?  Did you

11       feel threatened?

12  A.   No.  I wasn't in fear of him.  I was frightened of what

13       he was saying and what I saw as a possibility of what

14       could occur.

15  Q.   Okay.  Am I understanding you that it was along the

16       lines of this concern you have expressed with respect to

17       Mrs. Cleaver?

18  A.   Yes.  They were members of the same church.  And he

19       asked me the same questions she asked me.

20  Q.   What was that?

21  A.   Was I born again.

22  Q.   And how did that conversation come up?  Were you again

23       discussing religion generally?

24  A.   Actually, the conversation was -- I guess you would say

25       an offshoot of policies.  Because we were discussing

```
 1            public participation in meetings and so forth, and you

 2            kind of segue into other things.

 3    Q.      Do you recall what led you to segue into this specific

 4            area?

 5    A.      Something -- I can't be -- again, I cannot quote

 6            exactly.  This is verbatim.  We talked a little bit

 7            about some of our frustrations, our concerns about not

 8            just public participation, but student discipline.

 9            There has been a real change in discipline policies in

10            this District during my tenure on the Board,

11            specifically in the last three to four years.

12                 We have a zero tolerance for certain things.  How

13            specific did you wish me to be?

14    Q.      Well, go on.  It seems what you are saying is that this

15            part of the discussion is what --

16    A.      Led into the rest.

17    Q.      -- led into the rest.  So I would like to get a sense

18            for the way the conversation went.

19    A.      Okay.  Our first zero tolerance came out of state law

20            which was weapons.  And the state went a little

21            overboard, and it reached a point where by state

22            mandate, we were required to expel elementary students

23            who brought toenail clippers to school.  Fortunately,

24            that was modified, and we were allowed to use our best

25            judgment on that.  But we had to promulgate policies to
```

1    cover this.  And over time, policies are reviewed by

2    State Code and custom.

3         It is recommended that you review every policy at

4    least once every three years.  And you are talking many

5    hundreds of policies.

6         So the zero tolerance -- the first zero tolerance

7    related to violence and weapons, or look alike weapons

8    -- and I won't going into that, but if you wish, I will

9    define them for you.

10        The second zero tolerance came out of our efforts

11   with the character education, and that is showing

12   respect for other people, no bullying, no teasing,

13   treating other people the way you would be treated

14   yourself.  And that relates also to one of the character

15   education tenets of respect.  And another tenet of

16   responsibility.

17        The last no tolerance is harassment of any kind,

18   whether it be racial intolerance, or sexual intolerance

19   because of sexual orientation or inappropriate sexual

20   behavior or insinuation.  And we were reviewing public

21   participation, public comments, and we were also

22   reviewing those policies.

23        And naturally because again, you were talking

24   about policies that do relate to morality for lack of a

25   better word -- and I apologize if that is not totally

1       accurate -- that gets into the subject of personal

2       beliefs.

3   Q.  Sure.  Now I understand exactly how the conversation

4       flowed.  And you have indicated some specific things

5       that Mr. Buckingham mentioned.  We need to get prayer in

6       the schools, the Bible back in the schools.

7            Was there anything else that you can recall him

8       mentioning during that conversation?

9   A.  I found that sufficient to be frightening.

10  Q.  I understand that.  That was we are talking here late

11      April of 2004?

12  A.  Yes.  I think I said the date; did I not?

13           MR. SCHMIDT:  April 27th.

14  A.  Thank you.

15  BY MR. GILLEN:

16  Q.  I think you also indicated, Mrs. Brown, that then there

17      was a formal meeting of the curriculum committee in May

18      of 2004?

19  A.  Yes.

20  Q.  You were on the curriculum committee at that time?

21  A.  Yes.

22  Q.  Do you recall anything from that meeting?

23  A.  Yes.

24  Q.  Tell me if you would what you recall.

25  A.  There were two subject areas of textbooks under

```
 1              consideration.  One was family and consumer sciences on
 2              the middle and high school levels, and the other was the
 3              science textbooks on the middle and high school levels
 4              specifically.
 5                   And we had a variety of texts available for
 6              review.  And the Department heads gave their
 7              recommendations, and there was some discussion.
 8     Q.       Now this, as you indicated, is a formal meeting.  Let's
 9              look from January, 2004 through this meeting in May,
10              were there any prior meetings of the curriculum
11              committee in 2004?
12     A.       Not that I am aware of, but I will look.  I know that
13              there was a meeting prior to 2004 in late fall.  And we
14              were also -- my apologies because we were also in the
15              process of negotiating an Act 93 contract.
16     Q.       I am not aware of what an Act 93 contract is.
17     A.       My apologies.  Act 93 covers most of our administrators,
18              our technology coordinator, language arts supervisor,
19              related areas.
20     Q.       Employment contracts?
21     A.       Yes.  It is called Act 93 because of the positions.
22     Q.       Good enough.
23     A.       That is to the best of my recollection.
24     Q.       Just so the record reflects it, Mrs. Brown, is that your
25              -- you have got a calendar.  Is that a calendar for
```

```
 1  A.   No, I don't.  And I have no notes.  There is no
 2       reference here.  So obviously, it didn't make an
 3       impression.  How is that?
 4  Q.   That's fine.  Let's look at this May meeting then of the
 5       curriculum committee.  You have indicated that texts
 6       were up in two subject matters family and consumer
 7       science?
 8  A.   Yes.
 9  Q.   And let's look at that.  It seems like a less
10       problematic text area first.
11  A.   Don't bet on it.
12  Q.   Tell me what do you recall?  What were the issues in
13       play there?
14  A.   Spending a lot of money that I didn't feel was
15       necessary.  I personally.
16  Q.   What was your point there, Mrs. Brown?  What were you
17       getting at?
18  A.   Family and consumer sciences wanted new textbooks in the
19       electives of advanced levels of cooking.  Also -- and I
20       am not -- I can't be totally specific, but it was
21       something related to the family, something with child
22       development.
23            These were for elective courses, not required
24       courses.  And I did not feel that it was necessary to
25       make those expenditures.
```

```
 1   A.   The materials involved related to I believe family

 2        development or child development and the cooking.  And

 3        my objection was specifically to the cooking text

 4        because I didn't feel they were necessary.

 5   Q.   Do you recall anyone else on the committee making any

 6        objections to either what was in the text --

 7   A.   I think it was not the subject matter within the

 8        textbooks.  It was within the context of do we need them

 9        and how many students are going to be benefitted by the

10        purchase of these texts.

11             I believe that Mrs. Harkins and I shared similar

12        concerns along those lines.  It had nothing to do with

13        what was actually contained in the texts.  When you are

14        talking about 20 to 30 students compared to 1,024, which

15        was then the student body of the high school, one has to

16        weigh where one can best spend the money one has.

17   Q.   Okay.  I do think I have got a better sense for that.

18        If we look at that text, how about Bill Buckingham, did

19        he say anything about it?

20   A.   Not that I recall.

21   Q.   What was the other member?

22   A.   He was new to the committee, too.

23   Q.   And Heather Geesey was the other member; is that

24        correct?

25   A.   No.
```

```
 1   Q.   I am sorry.

 2   A.   There were only three of us on curriculum other than

 3        Mr. Bonsell in his role as ex officio member as

 4        President of the Board.  I don't recall that he was

 5        there.

 6   Q.   Now you indicated that the biology text came up?

 7   A.   Yes.  Biology.  I believe we also discussed physics and

 8        chemistry because you are talking science curriculum

 9        review.

10   Q.   All right.  Tell me what you can.  Can you recall

11        anything about those discussions?

12   A.   Mrs. Spahr, Mrs. Miller and Mr. Eshbach -- and I have to

13        be honest, I think Mr. Eshbach was there for that

14        meeting, but I may be in error -- were there, and they

15        made the presentation relating to the texts.

16   Q.   Okay.  What do you recall about their case for the

17        biology text?

18   A.   We reviewed a number of textbooks.  And basically they

19        presented the pros and cons of each one.  The texts they

20        were recommending was Modern Biology by Prentice Hall,

21        if memory serves.  And it was the same text that they

22        had recommended the previous year that we had voted down

23        because of budgetary constrictions.

24             They related why they approved or disapproved of

25        each text, the strengths and weaknesses.  And Mr. Baksa,
```

1    as I recall in his role as Assistant Superintendent and
2    having responsibility for curriculum as Assistant
3    Superintendent, was there.  So basically, they made
4    their cases for the various texts.
5  Q.  Let me just stop here and ask you when you had that
6    meeting with Bill in the car when he was driving you
7    home after the April 27th meeting, did Mr. Buckingham
8    mention anything to you about the curriculum committee
9    during that conversation?
10 A.  Not that I recall.
11 Q.  So now would this May, 2004 meeting be the first time in
12   2004 that the biology text has come up?
13 A.  In a formal way, yes, I believe so.
14 Q.  And you say in a formal way.  Looking back on the period
15   prior to May of 2004, was there any in any way, formal
16   or informal, that the biology text came up prior to this
17   meeting?
18 A.  There were no votes that I recall, no formal
19   recommendations in public Board settings.  We are
20   talking to the best of my recollection here.
21 Q.  Sure.
22 A.  There had been discussion I believe during budgetary
23   meetings, things like that.  As to specific texts and
24   contents of the text pro or con, I don't think there had
25   been much, if any, discussion prior to this point in

```
 1              time.

 2   Q.         How about -- it occurs to me now listening to you that

 3              everyone knows the biology text is going to be up again

 4              in 2004?

 5   A.         When you say up again, I'm sorry, I have to say that the

 6              text we were then using is not the same text that was

 7              being recommended.

 8   Q.         Right.

 9   A.         Okay.  As Board members, every Board member was afforded

10              the opportunity to review every textbook up for review.

11              They were available to borrow or to review in situ in

12              the Assistant Superintendent's office.

13                   All you had to do was go in and ask.  And you did

14              not have to be -- nor do you unless it has changed in

15              recent months -- be a formal member of the curriculum

16              committee.  If you are interested in reviewing any

17              textbook at any time, any and every Board member is

18              afforded that opportunity to freely review, not at one

19              specific point in time.

20   Q.         Okay.

21   A.         Textbooks currently in use are available for review at

22              any point in time by any Board member.  There is not a

23              time limit.

24   Q.         Okay.  And so looking at this period in the spring then,

25              once the teachers -- first of all, there is a book that
```

1   A.   Please define retreat.

2   Q.   I guess what you guys or what is sometimes referred to

3        as a Board retreat, where you go to one of the

4        facilities and have dinner and a discussion of Board

5        business.

6             Do you recall a retreat in the January through

7        March or April period of 2004?

8   A.   No, I don't.  Not to say there wasn't one.  I just don't

9        remember.  Perhaps you can ask my husband that question

10       tomorrow.

11  Q.   Okay.  Well, how about taking a short break?

12  A.   As you will.

13            (A luncheon recess was taken.)

14                         AFTER RECESS

15  A.   I want it very clear that I am not part of the

16       plaintiffs' suit, nor am I associated in any way with

17       the defendants' suit.  When you asked me about my

18       contact with lawyers for the plaintiffs and I indicated

19       we had a meeting with them yesterday, they were kind

20       enough to come to our home in order to accommodate our

21       schedules because we were not able to match our

22       schedules in any other way.

23            I was not aware of the right for people not

24       directly involved in a deposition to be present.  My

25       past experience with depositions has been -- has given

```
 1        me the understanding that only the legal professionals
 2        and the person being deposed, along with the reporter,
 3        were present at such depositions.  And that was because
 4        of the confidentiality of the issues.  So it was off
 5        putting for me to come in to this deposition to find
 6        other individuals present.
 7             I object on principle to it.  Thank you.
 8   BY MR. GILLEN:
 9   Q.   All right.  Are you ready to pick up?
10   A.   Yes.
11   Q.   The May, 2004 meeting of the curriculum committee?
12   A.   Yes.
13   Q.   We have discussed the family and consumer science texts
14        and some of the issues you saw there.  We are getting to
15        sort of the dead center heart of the dispute which is
16        this biology text and the controversy that arose around
17        the text in the biology curriculum.
18             Tell me, Mrs. Brown, when you were present at this
19        May meeting, who else was there?
20   A.   To the best of my recollection, there were two members
21        from the Family Consumer Sciences Department.  I did
22        identify Mrs. Whitehill as being one of them.  And I
23        will be honest.  I do not now recall the name of the
24        other lady who was a part of that.
25             To the best of my recollection representing the
```

1        Science Department were Mrs. Bert, short for Bertha,

2        Spahr, head of the Science Department for the High

3        school, Mrs. Jennifer Miller and I believe Mr. Eshbach.

4        There was a third individual.  That is to the best of my

5        recollection.

6             Representing the curriculum committee were the

7        three members of that committee Mr. William Buckingham,

8        who was Chair, Mrs. Sheila Harkins, who was then Board

9        Vice-President and myself.

10             Representing the administration to the best of my

11        recollection was Mr. Michael Baksa.  The area of

12        curriculum falls under his purview in his role as

13        Assistant Superintendent.

14   Q.   All right.  You indicated that several books were up I

15        believe.  Chemistry?

16   A.   Chemistry, physics and biology.  There may well have

17        been an earth and science, but I don't recall that.

18   Q.   Okay.  Now let's take the biology text out and just look

19        at the physics and chemistry.  Any discussion of those

20        text recommendations by the teachers?

21   A.   I think I was the only one who commented, and I

22        commented to the effect having reviewed the chemistry

23        text being recommended, that had I had it in high

24        school, I would have enjoyed chemistry a great deal

25        more.  It was -- is an extremely well done text in the

```
 1          presentation of material and also in the support,

 2          network available for students to utilize.

 3    Q.    Was there a particular reason that you had decided to

 4          examine that text?

 5    A.    I examined all of the texts.  As a member of the

 6          curriculum committee, it was my responsibility to be

 7          familiar, to make myself familiar with the various texts

 8          under review.  How could I otherwise make a

 9          knowledgeable decision myself?

10    Q.    Okay.  How about the physics text?

11    A.    I reviewed that as well.

12    Q.    Let's stick with the chemistry one.  Anyone else make

13          any comments to the chemistry text?

14    A.    Not that I recall.

15    Q.    How about the physics?

16    A.    I am not sure if there were any comments made.  I might

17          have said something to the effect an interesting text,

18          but I can't be sure.  It was not anything controversial,

19          how is that?

20    Q.    Okay.  That is a starter for sure.  Then there is the

21          biology text?

22    A.    Yes.

23    Q.    It seems you have a practice of reviewing all of the

24          texts?

25    A.    I had reviewed it the previous year and reviewed it once
```

```
 1            again.   Although admittedly, I had not read the whole

 2            text.

 3   Q.       Okay.

 4   A.       I will freely admit that science texts are not my

 5            favorite area, but I have a responsibility if I am a

 6            member of the curriculum committee to at least be

 7            familiar with the material which I am discussing and

 8            voting on.

 9   Q.       I see that.   When you review them, let's just get a

10            sense for that.   Plainly, you have had some post

11            secondary instruction in science?

12   A.       Yes, I have.

13   Q.       I think also you have indicated it is sort of a general

14            review.   What are you looking for as a curriculum

15            committee member when you look at the text?

16   A.       I think the first thing that -- I will rephrase and say

17            the first thing I do when I am reviewing a text is to

18            compare it to the standards set forth by the State

19            Department of Education to see how the broad outline of

20            the course material falls into those requirements.  Does

21            it meet the requirements that the state set forth for

22            us?   If it doesn't, it is not going to be a very

23            valuable text for use.

24                 That is the first thing I look at regardless of

25            the subject area.   Obviously, I have some expertise in
```

1    other areas, less in some.  In the areas in which I have

2    less expertise, I will spend more time because it takes

3    me a little longer to get it, particularly math.  But

4    having done that, then I will begin to sample chapter by

5    chapter.

6         I will read it for understandability first, what

7    kind of language does it use.  And there again, you have

8    to look at the grade levels on which this text is

9    proposed for use.  Beyond the grade levels themselves,

10   you have to look at the class of students who are going

11   to be using it.

12        Are these all regular education students?  Are we

13   going to be using it for special needs -- special

14   education students who are mainstreamed in this

15   particular subject, or is this an advanced placement or

16   honors text?

17        So you have to look at it within all of those

18   contexts.  And as you review it, as I said, I am looking

19   at it for readability.  Is this going to put me to sleep

20   after five minutes?  If it puts me to sleep, what is it

21   going to do for the average high school student?

22        Because I am a little more academically oriented,

23   if you will, than some students are.  And this is the

24   way I review something.

25        If it really catches my interest, and I will be

1    honest, for the first time in my life, I voluntarily

2    read the chemistry text -- a chemistry text cover to

3    cover because I was fascinated by the approach.  It is

4    very, very different from the traditional.

5           And as far as the biology text was concerned, as I

6    said, I had already reviewed it once and had given it a

7    cursory secondary review.  But after that meeting, then

8    I did sit down with the text because it wasn't what I

9    had read cover to cover.  And I read it cover to cover

10   in light again of the state requirements.

11   Q.   Okay.  And to the extent you can recall it, what was

12        your sense for the way in which the text dovetailed with

13        the state standards in biology?

14   A.   Beyond the fact that it fit beautifully with our own

15        curriculum guidelines, it could have been written for

16        the state standards.  It was not, but it married those

17        standards so beautifully.

18           I was just very, very pleased because the text

19        offered so much to our students.  It offered a jumping

20        off point in a way that some texts do not to pique their

21        interest.  It would even the most nonscientific

22        student's interest.

23           I would say that of the chemistry text as well.  I

24        was just tickled with our science texts because I

25        thought we had found the best available.

1   Q.   And just to make sure I understand you, you mentioned

2        the curriculum guidelines.  Are those Dover's curriculum

3        guidelines?

4   A.   Yes.

5   Q.   You sort of the flipped through the curriculum

6        guidelines and then look looked at the text to see how

7        they matched up; am I understanding you correctly?

8   A.   I would have to correct your term flipped through.

9   Q.   I know that you --

10  A.   I studied them.

11  Q.   Then tell me so it was really actually a more precise

12       matching that you went through?

13  A.   Very precise matching in general and specifically.  And

14       just a perfect matching with the state academic

15       requirements, the standards set forth.

16  Q.   Can you recall any of the discussion that was had at the

17       main meeting about the biology text?

18  A.   There was not a great deal of discussion at that

19       particular meeting, because I can't speak for everyone,

20       but I know for Mr. Buckingham it was a new situation for

21       him.  He had not reviewed the texts.

22  Q.   Now did he say that?

23  A.   Yes.  Perhaps not those exact words, but that was the

24       flavor of what he said.

25  Q.   How about Sheila Harkins, had she been on the curriculum

```
 1            committee before?
 2   A.   Yes.
 3   Q.   It just occurred to me did you take Bill aside, either
 4        of you, and give him some guidance as to this is the way
 5        the process works?
 6   A.   No.  That was the President's job.
 7   Q.   The President of the Board?
 8   A.   Yes.  And the Superintendent.
 9   Q.   So did you say there wasn't a lot of discussion of the
10        book at this meeting?
11   A.   Not at that particular meeting beyond the -- the biggest
12        part of the discussion -- and it was not really a
13        discussion.  It was explanation from the science
14        teachers, by the science teachers relating to why they
15        were recommending the texts.
16   Q.   Did they --
17   A.   And how they fit into our programs, as well as meeting
18        the state requirements.
19   Q.   Can you recall what the teachers said about the text at
20        this May meeting?  Start with Bert Spahr.  Did she offer
21        anything that stuck out in your mind?
22   A.   She indicated -- and it was seconded by the other
23        science teachers there -- that there was a consensus
24        among the science staff that the text represented the
25        best available texts on the market.
```

1   Q.   Are we referring to the text by Miller and Levin

2        *Biology*?

3   A.   All of them, individually and together that they were

4        recommending.

5             MR. SCHMIDT:  All three?

6   BY MR. GILLEN:

7   Q.   All three of the individual texts in the three subject

8        matters?

9   A.   Yes.

10  Q.   And the biology text, was it the Miller and Levin

11       textbook?

12  A.   Yes, Prentice Hall's, yes.

13  Q.   Let me ask you:  You seem less certain of Bob Eshbach.

14       Was Bryan Rehm perhaps at that May, 2004 meeting?

15  A.   Bryan Rehm was not an employe of the District at that

16       point in time I don't believe.

17  Q.   I could be misrecollecting also.

18  A.   I don't know.  I will be honest and say my memory is

19       stronger on those who made the most vocal comments.

20  Q.   Sure.  When you came away from this May, 2004 meeting of

21       the curriculum committee, anything else that pointed to

22       the controversy that was about to arise; did you come

23       out of their concerned?

24  A.   Not really.

25  Q.   Do you recall if there was any discussion in that

1       meeting, did Bill mention anything about Intelligent

2       Design?

3  A.   No.

4  Q.   How about *Of Pandas*?

5  A.   No.

6  Q.   All right.  What happened next from your perspective?

7       What do you recall next if we look at the biology text

8       issue?

9  A.   To the best of my recollection, at the next meeting,

10      Mr. -- the next Board meeting, my apologies,

11      Mr. Buckingham indicated that he couldn't bring anything

12      for a vote because he hadn't had the opportunity to

13      review the texts.  If memory serves, Mrs. Callahan was

14      somewhat vocal about it.

15  Q.   The next Board meeting, would this be the second meeting

16      in May or the first meeting in June?

17  A.   No.  This would have been around the first meeting in

18      June.

19  Q.   So it sounds like Mrs. Callahan or somebody brought the

20      text to the attention of the Board.  How did it come up?

21  A.   It was part of the agenda if memory serves.  And public

22      comment was still allowed -- permitted during individual

23      discussions about items on the agenda.

24  Q.   So public comment --

25  A.   -- was not --

```
 1   A.   That was his choice.  We members of the committee -- at

 2        least I, as a member of the curriculum committee, was

 3        not aware of his decision prior to his making the

 4        statement at the meeting.  I cannot speak for

 5        Mrs. Harkins.

 6   Q.   I thank you for bringing that up because I hadn't

 7        thought of that.  Was there any discussion that you

 8        recall between the main meeting and this first meeting

 9        in June between the Board curriculum committee about the

10        biology text?

11   A.   I was not privy to any conversation that I recall.

12   Q.   Thank you.  It seems like this first meeting, the agenda

13        item is reached.  Mr. Buckingham makes the statement to

14        the effect I am not prepared to bring anything up?

15   A.   Right.

16   Q.   And I take it from your comments, that he is saying take

17        it up at the next meeting in June, the second meeting?

18   A.   Yes, basically.

19   Q.   And then you indicated that Barrie Callahan voiced an

20        objection?

21   A.   Right.

22   Q.   Do you remember what she said?

23   A.   Not specifically, but her objections followed the same

24        pattern -- tended to.

25   Q.   That is the pattern you described earlier?
```

```
 1  A.  Yes.

 2  Q.  All right.  Any other discussion at that time between

 3      Mrs. Callahan and Mr. Buckingham about --

 4  A.  I don't recall.  I believe there were some comments back

 5      and forth.  There very often were, but I don't recall

 6      specifics.

 7  Q.  That's fair enough.  How about among the Board members,

 8      did anyone else on the Board speak to the issue of

 9      putting the biology text on the agenda for the second

10      meeting?

11  A.  I don't recall.  It is a little difficult for me because

12      we have May and June being such disastrous months.  And

13      it is not always easy to differentiate.

14  Q.  Okay.

15  A.  A great deal happened in a very short period of time.

16      And none of it was good.

17  Q.  Now you say May and June were disastrous months?

18  A.  Yes.

19  Q.  We are speaking about 2004.  Give me a sense,

20      Mrs. Brown, for what you are referencing there.

21  A.  Divisions among Board members during that time period

22      became pronounced.  And people, I believe -- I believe

23      began to blur the lines a great deal between individual

24      personal beliefs and their responsibilities as School

25      Directors, not simply as defined by the Public School
```

1    A.    Yes.

2    Q.    The first meeting in June, Bill Buckingham has said I am

3          not prepared to put it on the agenda for the next

4          meeting, I haven't --

5    A.    No.  He said he didn't want to bring it up for a vote

6          based on the fact that he had not reviewed the text.

7    Q.    Any other --

8                MR. SCHMIDT:  Can I interrupt one second?

9                MR. GILLEN:  Sure.

10   A.    I may be off a month.

11               MR. SCHMIDT:  I just want to be clear so I don't

12         have to go back on this.

13               Was it all of the science texts or just the

14         biology text that Bill tabled for --

15   A.    It was specifically the biology.

16               MR. SCHMIDT:  I wasn't clear about that.  Thank

17         you.

18   BY MR. GILLEN:

19   Q.    Any other Board comment at that time on his processing

20         of the biology text?

21   A.    Not publicly.

22   Q.    Just let me ask you:  Apart from Barrie Callahan, did

23         anyone from the public section address the biology text

24         issue during this first meeting in June?

25   A.    It is quite possible.  I don't recall.

Dream Weller   Carol Brown

```
 1   Q.   I think I asked you, but I want to make sure I got it
 2        right, how about in terms of public comment?  Barrie
 3        Callahan voiced her concern?
 4   A.   Yes.  I think Mr. Snook did as well.  There again, I
 5        will be honest.  Some of the comments tend to blur
 6        together, and I tended to shut my ears to some of the
 7        comments because it was the same thing month after
 8        month.
 9   Q.   How about let's look at the -- we are going to the
10        second Board meeting in June of 2004.  Was the biology
11        text brought up again?
12   A.   Yes, it was.
13   Q.   How did it come up?
14   A.   Part of the agenda.
15   Q.   So had the text been placed on the agenda despite
16        Mr. Buckingham's comment at the first Board meeting in
17        June?
18   A.   I don't recall that Mr. Buckingham had requested a
19        tabling of it, per se.  He had simply indicated -- and
20        my memory may be faulty on this.  My recollection is
21        that he had indicated he didn't wish to bring it up for
22        a vote because he had not had the opportunity -- and I
23        object to the words, I freely admit that -- to review
24        the text.
25   Q.   So the second meeting comes up -- occurs.  How does the
```

```
 1        text come up during the public portion of that Board

 2        meeting?

 3  A.    Mr. Buckingham indicated that he could not recommend the

 4        text because it was in his words -- and I believe this

 5        is a fairly close quote -- laced with Darwinism.

 6  Q.    Okay.  When he used the phrase, did you have an

 7        understanding what he meant?

 8  A.    Yes, I did.

 9  Q.    How did you take that, Mrs. Brown?

10  A.    By that time, I was very aware of Mr. Buckingham's

11        personal religious beliefs.  He had stated them to me

12        very clearly.  And it was my belief, understanding based

13        on my experience with things he had said to me prior to

14        that, and the way he voiced his objections, that he

15        objected to the text because he viewed it as stating a

16        certain way of viewing the origins of life.

17             Sorry if it is convoluted, but there it is.

18  Q.    Don't worry about it.  When you say origins of life,

19        what are you referring to?

20  A.    The origins of life, how did life begin, or where did it

21        come from on earth, in the universe.  And, of course,

22        this was an area that we didn't cover in ninth grade

23        biology.

24  Q.    Okay.  You said that by now, you were familiar with

25        Mr. Buckingham's personal religious beliefs?
```

```
1   A.   Yes, I was.

2   Q.   And I know you have talked about a conversation you had

3        one time?

4   A.   Yes.

5   Q.   Were there other conversations you had had prior to this

6        second Board meeting in June?

7   A.   Yes.

8   Q.   Tell me a little bit about those so I can get a better

9        sense.

10  A.   Very informal, maybe talking before meetings begin or

11       just as a result of coming out of different committee

12       meetings or whatever.  I can't give you specifics

13       because, you know, one does have a fair number of

14       meetings during a month if one is a member of a Board

15       and involved.

16  Q.   Sure.  Just if we look back at the second --

17  A.   And telephone conversations.  I apologize.

18  Q.   And it seems from what you are saying that religious

19       subject matter was a part of these conversations?

20  A.   At times, yes.

21  Q.   How would that come up?  You have mentioned one

22       situation where it sort of came up naturally in

23       connection with the character issue as you said, the

24       notion of there's trouble in the schools and kids need a

25       code of behavior.
```

```
 1              Were there other ways that it would come up?
 2   A.   Mr. Gillen, my memory is good at some points, but I
 3        couldn't tell you specifics of what I ate last week much
 4        less what happened over a year ago in informal
 5        situations.
 6   Q.   All right.  Then is there anything that -- again, let's
 7        just try and look from the second Board meeting in June,
 8        everything that occurred before that, were there any
 9        other statements that Bill Buckingham had made to you
10        that stuck out?
11             One plainly did, and you have told me about that.
12        Any others?
13   A.   I couldn't say definitely one way or the other.  My
14        apologies.  As I said, I am sure my husband's memory
15        will be different from mine, and he will remember
16        different things.
17   Q.   Okay.  That is fine.  It is really not a trick question.
18        I am trying to understand how you saw the story unfold.
19             We have the second meeting in June here, and Bill
20        says the biology text is laced with Darwinism.  Do you
21        recall anything else he said?
22   A.   That wasn't sufficient?  My apologies.  Rhetorical
23        question.  Not specifically because all I could see were
24        the headlines in the newspapers coming out of the
25        meeting quite frankly.
```

1   Q.   And let me ask you:  I mean did any other Board members

2        speak to the biology text during that second meeting in

3        June?

4   A.   I'm not sure.  I remember specifics.  I have to be

5        honest, my recollections are a bit colored by my own

6        emotional reaction to things there.

7             Very early in the deposition I said about the can

8        of worms being opened, and it wasn't a can of worms by

9        then.  It was not a can of worms at that point.  It was

10       how about a ton of cobras?

11  Q.   Do you want to take a break?

12  A.   No.

13  Q.   How about you, Mrs. Brown, you were on the curriculum

14       committee.  Bill makes a statement about the text that

15       plainly you don't share the sentiments he has expressed.

16            Did you or Sheila say anything at the public

17       portion of the Board meeting that --

18  A.   If you look at the diagram which I provided for you of

19       the seating arrangement at that point in time, you will

20       see that Mr. Buckingham was on my right.  And I turned

21       to him -- that is the one in the yellow sheet.

22            MR. GILLEN:  Please mark that.

23            (C. Brown Deposition Exhibit 1 was marked.)

24  A.   In explanation of that, under secretary, you will notice

25       I have two names listed because Karen Holtzapple served

1    as substitute Board secretary part of the time, and

2    Denise Russell, who is our business manager and also

3    Board secretary, was there part of the time.

4         But she has -- she is very ill and was not always

5    able to be there.

6  Q.  Just take your time.  Let the record show that

7    Mrs. Brown is now looking at a diagram of the Board

8    meeting that she kindly brought with her to today's

9    deposition.  I have marked a photocopy of that diagram

10   as Carol Brown Exhibit 1.  She is looking at the

11   original she brought which is in blue and yellow and

12   easier for her to see.

13 A.  The reason I brought this, I thought perhaps it would

14   help to clarify some of what some of us were able to

15   hear that perhaps other individuals on the Board were

16   not able to hear because as you can see, it is a

17   modified V diagram.  That was our seating arrangement.

18        And whereas -- and I put Cunningham I see, and

19   that should be Buckingham.  Good heavens!  A senior

20   moment.

21        Mr. Buckingham was to my right, and Mrs. Geesey

22   was to my left.  And beyond her are where student

23   representatives to the Board would normally sit.

24        I do apologize.  Anyway, my husband was across the

25   V, and he was seated next to Mrs. Cleaver.

1    So you can see sometimes depending how someone

2    spoke and depending which way the individual was facing,

3    comments would be more or less audible.  Also I was that

4    beyond Mrs. Yingling, usually at the front tables the

5    media were seated almost directly in front of Mrs.

6    Yingling as a rule.

7    And on the opposite side of the V in front of our

8    student representatives, you generally had the podium

9    for public comment.  And beyond that on that same side,

10   most of the time various members of the administration,

11   building principals, etcetera and teachers would be

12   seated.

13   And in the middle section of the room tended to be

14   the community members.  And sort of the teachers tended

15   to be around the back wherever they could find seats.

16   When we had student/parent presentations, they would

17   also be in that same general area.

18   So this is why I turned to Mr. Buckingham and

19   asked him why he did not in that particular case apprise

20   me of what he was going to do.  And I am not sure how

21   many people heard me because I was turning away from the

22   audience and from my own microphone.

23   Q.   So you told Mr. Buckingham why didn't you tell me you

24   were going to make this criticism?

25   A.   I asked him.

```
 1   Q.   Did he respond?

 2   A.   No, he did not.

 3   Q.   Here we are talking again about the public session of

 4        this meeting.  Did any other Board members respond to

 5        Mr. Buckingham's criticism of the text?

 6   A.   If there were comments, they do not stand out in my mind

 7        at that moment in time.

 8   Q.   How about public reaction or reaction on the part of

 9        persons in the public?

10   A.   I can't recall specifics.  I know there was criticism,

11        but there was often that.

12   Q.   Can you recall who made the criticism?

13   A.   I would be guessing and attributing without being

14        absolutely certain.

15   Q.   I appreciate that.  All right.  Now was there an

16        executive session?  I am not sure I got your answer.

17            Did any other Board members speak to the text

18        issue, the biology text?

19   A.   I think there were a couple of comments.  I will be

20        honest.  It might have been Mr. Wenrich, and it might

21        have been across the way.  I think one said we have been

22        putting this off quite a while, but nothing that really

23        stands out in my mind.  I am sorry.

24   Q.   How about Sheila, Sheila Harkins?

25   A.   I don't recall.
```

```
 1          from community members as well.  My husband more so than
 2          I.
 3   Q.     We are looking now just at June.  Can you recall any
 4          community members approaching you in June to discuss the
 5          biology text?
 6   A.     No, not me personally.
 7   Q.     Do you recall anyone telling you about conversations
 8          that they had with community members relating to the
 9          biology texts?
10   A.     Not specifics, no.
11   Q.     You mentioned some telephone conversations.  Are those
12          conversations you had heard about through Angie
13          Yingling?
14   A.     No.
15   Q.     What do you recall?
16   A.     I spoke with Dr. Nilsen several times.
17   Q.     What did Dr. Nilsen have to say?
18   A.     I don't recall specifically.  I was expressing my own
19          concerns at that point.
20   Q.     How did you express those at that time, Mrs. Brown?
21          What did you tell Dr. Nilsen?
22   A.     I told you so.
23   Q.     That's a loaded observation.  What were you getting at
24          when you told Dr. Nilsen that you had told him so?
25   A.     I told him that I thought it was ill advised to follow
```

```
 1            up on what Larry Snook had proposed back in the fall of

 2            2003 as regards the Pledge of Allegiance.

 3    Q.      Okay.  And I take it --

 4    A.      Because I felt then we could be opening up a can of

 5            worms.

 6    Q.      And you see these two as connected.  Tell me how

 7            exactly.

 8    A.      The last time we mixed politics and religion in this

 9            country, people got hurt and people died.  My family

10            came here because of religious persecution, because this

11            country afforded freedom of religion, freedom from

12            religion, freedom of choice.  I don't have a lockstep on

13            the truth.  No human being does.  I can only perceive

14            with my limited physical senses.

15                I don't believe that I have the right to impose my

16            beliefs, religious, social or otherwise on other people.

17            Nor do they have the right to do it to me.  I don't

18            believe there is one path to the truth.

19                What I do believe is the golden rule, do unto

20            others as you would have them do unto you.  And that is

21            what we have been teaching our children, not by that

22            name, because of the religious connotation, teaching our

23            children in our classes.  And I was seeing us move away

24            from that, and it frightened me once again.

25                We are here when we are members of the Board to
```

```
 1            represent every individual in the community, whether he
 2            or she votes, whether he or she is black, white, green,
 3            purple, whether he or she -- perhaps I should include
 4            it -- is Muslim, Roman Catholic, atheist, agnostic,
 5            deist, or one of the other 2,001 -- and I am guessing --
 6            religions in the world.
 7   Q.       Okay.  And I can see that when Mr. Buckingham indicated
 8            he thought this biology text was laced with Darwinism,
 9            you see him as --
10   A.       He was also making religious references to the
11            crucifixion of the Christ.
12   Q.       This is the June meetings?
13   A.       As I recall.  I am not sure.  I think it was in the
14            second one I believe.
15   Q.       And this is what is implicating your concern for he has
16            crossed the line?
17   A.       Yes.
18   Q.       Let me ask you now --
19   A.       And he was using the term Creationism, sir.
20   Q.       That is what I was going to ask you.  Looking at these
21            June meetings, do you recall Bill Buckingham using that
22            term?
23   A.       Yes, I do.
24   Q.       Do you recall him teaching Creationism?
25   A.       Bringing it back into the school.  I cannot recall and
```

1      quote him directly by saying that I absolutely remember

2      him using the term teach.  I remember him saying bring

3      it back into the school.

4             My inference of that may be different than someone

5      else's.

6   Q.  Let's look at the June meetings here, and I ask you do

7      you recall him mentioning Intelligent Design during this

8      period?

9   A.  Never.

10  Q.  Do you recall him mentioning the text *Of Pandas*?

11  A.  Not at that point in time.

12  Q.  Do you recall him discussing the biology text in terms

13     of balance?

14  A.  No.  I don't recall him using that word.

15  Q.  Do you recall him saying anything else about the biology

16     text during these June meetings?

17  A.  As I mentioned, there were religious statements made.

18  Q.  How about were there any references to other scientific

19     theories?

20  A.  No.

21  Q.  Do you recall anyone speaking at the public portion of

22     the meetings in June addressing Creationism, teaching

23     Creationism?

24  A.  Here again, I can't be sure which meeting it occurred

25     at, but Mrs. Buckingham did make a twenty minute speech.

Exam. / O'Brien       Q-4764   Brown

```
 1   Q.   Did you recall anyone else speaking during the Board
 2        meetings?
 3   A.   Not to that extent.  Although if memory serves, and I
 4        will be honest, I am not sure if it was June or August,
 5        Mr. Bonsell's mother spoke at one point.  But I will not
 6        say specifically I recall it was at June.  It may well
 7        have been August.
 8   Q.   You say that Mr. Buckingham used the term Creationism?
 9   A.   Yes, he did before, during and after the meeting.
10   Q.   Let me ask you about that.  We talked about executive
11        sessions occurring before the meetings or after?
12   A.   This was not part of that.
13   Q.   Tell me when did you have the conversations you are
14        referencing?
15   A.   I didn't.  I overheard him speaking to the media.
16   Q.   Were the discussions you are referencing now comments to
17        the media after the June Board meetings?
18   A.   At least one of them was, yes.
19   Q.   Do you recall who Mr. Buckingham was speaking with?
20   A.   One of the newspapers definitely, and I am not sure
21        whether it was The Record or The Dispatch.  I don't know
22        everyone.  And it was at least one television crew
23        there.  I don't watch very much television so I am
24        sorry.
25   Q.   That is fine.  Obviously, you are recalling some things
```

```
 1   A.   When I look at this, when I can read it, yes, sometimes
 2        it jogs.  But I may be off on the dates here and there.
 3   Q.   Sure.  I am not going to hold you to the dates.
 4   A.   Thank you.
 5   Q.   I am just trying to get the story line.  Just in terms
 6        before we move on, June, we are talking about June.  We
 7        know the text has come up.  Bill has made some comments
 8        that have attracted notice and criticism.  There has
 9        been tension on the Board.
10             If we look at June -- and I am going to ask you to
11        look across the Board at the other Board members here at
12        your chart, do you recall them responding to
13        Mr. Buckingham's comments during the meetings or
14        afterward?  Do you recall Angie Yingling in June of 2004
15        how she responded to Bill's comments?
16   A.   Good grief.  With Angie, it is always hard to tell when
17        she said what.  Angie was concerned, I know that, about
18        response from the community.  She would get frustrated,
19        but Mrs. Yingling did do that from time to time.
20             Again, I am trying to be honest.  I was very
21        narrowly focused.  And nothing specific stands out other
22        I was concerned for -- my husband was very upset, and so
23        was I.
24             Physical assault is always a bad thing.  But one
25        has to admit that occasionally, one would like to pop
```

```
 1        someone else in the nose.  And I am sure that I was not
 2        the only one feeling that towards other people.
 3   Q.   Are you referencing Mr. Buckingham?
 4   A.   Yes.
 5   Q.   How about Angie just in June of 2004 in terms of whether
 6        she is with Bill or doesn't agree with him; do you have
 7        any sense of that?
 8   A.   I am not sure.  I am not sure.
 9   Q.   How about Jane Cleaver, did she react to Bill's
10        comments?
11   A.   Jane was very much in agreement with Mr. Buckingham.
12   Q.   When you say in agreement, on what score?  What do you
13        mean in agreement, at what point?
14   A.   Mrs. Cleaver and Mr. Buckingham -- I know -- I have
15        personal knowledge; how is that -- of the fact that they
16        attended the same church and were friends of many years
17        standing.  And based on my personal knowledge and
18        personal experience, they tended to vote the same way
19        and express similar opinions.
20   Q.   Now we are talking about the biology text in June.  Is
21        there anything that sticks out now as you think about it
22        that Jane said?
23   A.   Nothing specific other than she voiced support.  I
24        couldn't give you exact language.
25   Q.   Voiced support for?
```

```
 1    A.    For Mr. Buckingham's viewpoints.

 2    Q.    On the biology text?

 3    A.    Yes.

 4    Q.    How about Mr. Bonsell, do you remember him saying

 5          anything when --

 6    A.    Mr. Bonsell's reference point I believe was Intelligent

 7          Design.  I may be in error.  I believe from what I heard

 8          that Mr. Bonsell favored -- favored giving the two

 9          viewpoints of Intelligent Design and as they termed it

10          Darwinism.

11    Q.    Do you recall Mr. Bonsell referencing the text Of Pandas

12          during the June meetings?

13    A.    No, I don't.

14    Q.    How about Dr. Nilsen?  You indicated you had some

15          conversations with him during this period.  How about at

16          the Board meetings, did he react to Mr. Buckingham's

17          statement about the biology text that had been

18          recommended by the teachers?

19    A.    The administration also made the recommendation.

20    Q.    Right.

21    A.    Which meant that approval of the text required five

22          votes rather than six to pass.

23    Q.    I see.

24    A.    He had also recommended approval of the recommendations

25          of the teachers' Department heads.  Beyond that, I don't
```

 1        remember him making specific comments.  He may well

 2        have.

 3   Q.   How about Noel Wenrich?

 4   A.   No one comment stands out.  I know that Mr. Wenrich

 5        favors the viewpoint of Creationism, but I do not recall

 6        whether or not he spoke in favor or in opposition at

 7        that point in time.

 8   Q.   Do you recall Mr. Wenrich discussing Intelligent Design?

 9   A.   Not really.

10   Q.   When Mr. Bonsell mentioned Intelligent Design, did

11        anyone else speak to that theory or point?  Did it spark

12        a conversation?

13   A.   I don't recall.  And there was no definition of the

14        term.

15   Q.   At the Board meeting -- in other words?

16   A.   I have never heard a definition of Intelligent Design or

17        a specification of whether Intelligent Design referred

18        to a single concept as in a single theory, in which case

19        Intelligent Design would have initial capitalization, or

20        an overall general concept in which case it would have

21        small letters.

22             I have never heard in Board meetings a definition.

23   Q.   All right.

24   A.   So it would be a little difficult to make a decision how

25        you believe.

```
 1                  MR. SCHMIDT:  Can you clear something up?  Did
 2        Mr. Bonsell discuss Intelligent Design and refer to it
 3        during the June meeting?
 4   A.   I believe Mr. Bonsell referred to Intelligent Design,
 5        but I cannot recall him defining what he meant by
 6        Intelligent Design.  That is why I explained I don't
 7        have a reference.
 8                  MR. SCHMIDT:  I just wanted to try to keep the
 9        chronology straight.
10   A.   My apologies.
11   BY MR. GILLEN:
12   Q.   Were you talk about at the time June meetings?
13   A.   I believe.
14   Q.   I have asked you about Board meetings, and to make sure
15        I don't miss anything, I know you have a distinction
16        which you see in the law and custom between the
17        executive sessions and so on.
18             Is there any other discussion that took place in
19        the executive sessions relating to the biology text or
20        Intelligent Design that you haven't told me about so far
21        in June?
22   A.   Not that I recall.
23   Q.   Now at this time, you are on the Board curriculum
24        committee.  Let me ask you looking through June, do you
25        recall any meetings of that committee?  And I recognize
```

1         the difficulty of trying to pinpoint it precisely.

2              Think of it in relation to the May meeting.   Do

3         you recall any meetings in June?

4    A.   We had a second meeting.  I will be honest, and I was

5         looking.  I believe there was another meeting between

6         June and July.  Whether it was in June or whether it was

7         in July, I will be honest and for some reason, I don't

8         have it down.  I admit I miss things.

9              There was another meeting at which point we

10        discussed in depth Mr. Buckingham's objections to the

11        text.  If memory serves, his objections numbered 14 in a

12        1200 page text.  We went through the objections one by

13        one and discussed them.

14             I do recall his first objection was to the

15        timeline of science history wherein mention was made of

16        the time at which -- or during which -- the time period

17        during which Mr. Darwin's theories of natural selections

18        were first published, not of the descent of man.

19             And we were talking about evolution with small "e"

20        which is what we have taught.  We, I say we advisedly,

21        the School District has taught.

22             Primarily, the mentions were related to

23        information in Chapter 15 or thereabouts of the text

24        from Prentice Hall.

25             In talking about natural selection, I believe one

1    of Mr. Buckingham's objections dealt with the fact that

2    comparisons were made between the basic bone structures

3    and function of different species, how the

4    development -- well, showing the development of various

5    species.

6         What comes to mind was similarity of bone

7    structure in dinosaurs and what became birds does stick

8    out, similarity in function of leg bone in some animals

9    and man.  But it was not -- we were not evolved from

10   them, but comparing how the bone structure is developed

11   and the similarities and differences in function.

12        That section -- and it is the only section in the

13   text that deals in any way with the issue talks about

14   species living and dying, natural selection.  Why do

15   some species survive and why does some of them not?  Why

16   do they go extinct?

17        One of the other objections Mr. Buckingham had was

18   to a picture of a finch which was named for Charles

19   Darwin.  It is called Darwin's finch.  It was a

20   particular family of finch or subspecies of the finch

21   family that Mr. Darwin discovered I believe when he was

22   on his voyages on the Beagle.  Don't ask, I have no idea

23   how it is spelled.  I don't remember, the ship, the

24   Beagle.

25        MR. SCHMIDT:  Like the dog.

```
 1  A.   He objected very strongly because he felt that the
 2       message in the text was portraying an untruth.
 3  Q.   And did he specify exactly how he saw it as misleading,
 4       the text that is?
 5  A.   Because he looked at it as saying that -- what the book
 6       was saying was man was descended from a lower form of
 7       being, and that God was responsible for creation, and we
 8       should be teaching our students the truth.
 9  Q.   Now during this meeting, did Mr. Buckingham -- it is
10       evident he had learned a great deal about what was in
11       the text by that time.  Did he reference other materials
12       during this meeting?
13  A.   The mural and the text.  And I personally would take
14       exception to your characterization of his learning the
15       material, because the only mentions that he made in
16       terms of objecting to the text were listed in the index
17       of the textbook.
18  Q.   Do you recall mention of any DVD's or text during this
19       meeting?
20  A.   In what context?
21  Q.   Well, I mean you are having a discussion about the
22       biology text.  Do you recall Mr. Buckingham bringing to
23       the meeting any materials or referencing DVD's or
24       videotapes that spoke to Evolutionary Theory?
25  A.   No, I don't.
```

```
 1  Q.   Do you recall the teachers discussing any materials that
 2       Mr. Buckingham had provided?
 3  A.   I don't recall that.  Not to say it didn't happen.  I
 4       just don't recall it.
 5  Q.   I understand.  How about the text Of Pandas, do you
 6       recall that coming up during that meeting?
 7  A.   No.
 8  Q.   How about Intelligent Design, the term?
 9  A.   No.  It was still Creationism, sir.
10  Q.   All right.  Let me ask you about that.  When
11       Mr. Buckingham is discussing Creationism as you recall,
12       is he saying we should teach it?
13  A.   As I said to you before, I cannot with sworn accuracy
14       state that he used the term teach.  I can however with
15       sworn certainty say to you he wanted it back in the
16       schools, and he so stated that.
17  Q.   And you say he stated that when?
18  A.   He stated it both in meeting, public School Board
19       meeting, and he stated it in private committee meetings.
20       Private is the wrong word, nonpublic.
21  Q.   Okay.
22  A.   Curriculum committee meetings.
23  Q.   This is the meeting we are talking about now, this June
24       meeting?
25  A.   Now we are talking about -- you asked me, and I can't
```

```
 1           tell you if it was June or July because we were on

 2           hiatus as far as Board meetings in July.  We did have a

 3           curriculum meeting in that time period.

 4   Q.      Let me ask you:  If Mr. Buckingham makes these

 5           statements at these meetings, what sort of response is

 6           he getting from the teachers?

 7   A.      What we did was talk it out step by step, page by page,

 8           reference by reference.  All right?  The individual who

 9           destroyed the mural was reprimanded.  He subsequently

10           retired from the School District.

11               I don't think there are too many people who would

12           say he had the right to do it.  He destroyed school

13           property, a donation from a student.  Content aside, he

14           did not have the right to make that decision.

15               It offended him personally, and it offended in

16           particular his religious beliefs.  I know that for a

17           fact because the individual in question told me that

18           face to face.  But he took it upon himself to destroy

19           that mural.

20               Mr. Buckingham stated in that meeting that he

21           thought he had done -- the individual had done the right

22           thing, that we should have never had it in the school.

23   Q.      And did he say why?  Did he go into detail?

24   A.      It offended him.  It was the wrong message.  It was

25           obscene, and that is the term he used.
```

1  Q.  How about the teachers when Mr. Buckingham comes into

2      this meeting, how are they responding to the notion

3      that --

4  A.  We had a situation where two of the teachers Mrs. Miller

5      and Mr. Eshbach happened -- still are to the best of my

6      knowledge -- ninth grade biology teachers among other

7      things.  And when going through Mr. Buckingham's

8      objections, we discussed -- and I mean all of us -- it

9      was sort of a round robin discussion of how they handled

10     questions, and to the best of my recollection,

11     Mrs. Miller and Mr. Eshbach indicated that in their

12     combined teaching experience of some twenty odd years,

13     they had perhaps had a half dozen questions from

14     students regarding the origins of life.

15         And their custom was and remained to that point in

16     time to tell the students this is a subject area you

17     need to talk with your parents, your family members

18     about and your Pastors.  And it was not a policy

19     promulgated by the School District, School Board.  This

20     was just their way of dealing with it.

21         Mrs. Spahr indicated that this was more than

22     acceptable to the Science Department, that they did not

23     feel that they were qualified to get into those areas.

24     We did not teach the origins of life, religious or

25     nonreligious theories.

```
 1          Mr. Buckingham indicated he could deal with that.
 2     And I think personally -- my personal opinion is what
 3     made the difference was that Mr. Buckingham learned that
 4     Mrs. Miller is the daughter of the Pastor of the Shiloh
 5     United Church of Christ so she grew up in the faith.
 6     Mr. Eshbach is the son of Reverend Warren Eshbach, a
 7     retired Church of the Brethren Pastor and adjunct
 8     Professor at the Gettysburg I believe Theological
 9     Seminary.  And this is their faith, and this is how they
10     handled it.
11          So we went through the issues.  We discussed them.
12     And Mr. Buckingham indicated that he could live with it.
13          I also personally made the statement if he wished,
14     because he was so concerned about the donations to the
15     School District, that we would revisit in policy the
16     policy relating to donations and gifts made to the
17     School District.
18          And at the Superintendent's discretion, we would
19     insert this into the policy, that at the
20     Superintendent's discretion, the Superintendent --
21     please be clear, not the Board -- the Superintendent's
22     discretion, a gift or donation would be either accepted
23     or rejected.  But it would be required that if the
24     Superintendent chose not to accept a gift or donation, a
25     written explanation must be provided to the individual
```

Exam./Girlen - Carol Brown

```
 1            origins, whether origins were taught?
 2   A.   All three of the teachers who were there were very clear
 3            about the fact that we have never taught origins of
 4            life.  Ninth grade biology is physical science.  It
 5            deals with the physical world around us.
 6                 Here I am basically quoting curriculum guide for
 7            Dover, as well as state standards.  We are teaching our
 8            children how to perceive and to understand the physical
 9            properties of the world around them, the things that
10            they can taste, touch, see, feel, smell.  And that is
11            the province of biology.  It is a physical science.
12   Q.   Okay.  How about you mentioned teaching evolution with a
13            small "e"?
14   A.   Yes.
15   Q.   What was your understanding of that?
16   A.   Evolution with a small "e" as I understand it as I have
17            learned in my years is really adapting, surviving.  You
18            either adapt to conditions, or you don't survive as a
19            species or as an individual.
20                 A native of Africa, to give you an example,
21            obviously is a survivor by adaptation to the climate
22            conditions.  I as an American Caucasian could not
23            survive in Africa.  I burn hanging a load of wash
24            outside.  My skin, my eyes are not adaptable to the
25            severe conditions of heat and sunlight that exists in
```

1      Africa.  But that didn't happen in one generation.  That

2      happened over time.  Just to give you a small example of

3      what I see as evolution in the human terms.

4   Q.  Is that what you understood the teachers to mean when

5      they said evolution with a small "e"?

6   A.  Not so much dealing with human beings.  I used that as

7      an example because it would be familiar.

8          But theirs is instruction in the adaptations more

9      of the animal world, animal and plant world.

10  Q.  How about Bert Spahr, did she say anything else at the

11     meeting that sticks out?

12  A.  Nothing specific that stands out.  I mean we talked a

13     lot about the need for the text because the textbooks in

14     use at that time were just not compatible with either

15     our curriculum guidelines or with the state standards.

16  Q.  You indicated Sheila was there.  Anything that Sheila

17     Harkins said that sticks out?

18  A.  The only thing that I recall is Sheila's asking what

19     other textbooks are out there.  That was fairly early in

20     the discussion when -- after Mr. Buckingham had come up

21     with all of these objections.

22  Q.  Mike Baksa, what was his role?  What do you recall about

23     Mike's participation?

24  A.  Mike is a very good mediator, conciliator, if you will,

25     very knowledgeable.  He had volunteered as I said to

1     check out what some of the parochial or nonpublic

2     schools were using in terms of texts.

3          I will give you an interesting note to that.

4  Q.  Okay.

5  A.  The Christian School of York uses *Modern Biology* by

6     Prentice Hall without statement or comment.  Just a side

7     light.

8  Q.  Okay.  Let me ask you this:  When you came away from

9     this meeting in June, it seems like --

10  A.  June or July.

11  Q.  June or July, thank you.  It seems like Bill said I am

12     comfortable with that or I can live with that; am I

13     correct?

14  A.  My understanding is that we were good to go, we were

15     going to get our text.  I was very, very concerned about

16     the time at that point because by state code, we must

17     have text approval by the 31st of July for the coming

18     school year.  And we were having no meetings in July.

19          We queried that.  And we were to use the term

20     grandfathered clause in the sense that we were in

21     process.  We hadn't taken a final vote, but we did have

22     recommendations for an approved text.  That concerned

23     me.  I was okay once it was made clear we weren't going

24     to get fined for it.

25          My other concern was whether or not we were going

```
 1          for personnel unless the President of the Board chooses

 2          to do likewise -- otherwise.  Excuse me.

 3   Q.     So am I understanding that you did Dr. Nilsen's review

 4          in 2004?

 5   A.     Yes, I did.

 6   Q.     To the extent you can recall, was that a satisfactory

 7          review?

 8   A.     Very satisfactory.

 9   Q.     Did you do Trudy Peterman's?

10   A.     No, I did not because I was not Trudy Peterman's

11          supervisor.  Dr. Nilsen was.  The only Board evaluation

12          is for the Superintendent because he is directly

13          responsible to us.

14              The building administrators, in the case of

15          buildings that have an Assistant Principal, the

16          Assistant Principal would be evaluated and reviewed by

17          the Principal of the building.  In the case of Building

18          Principals, the review is by the Superintendent.

19   Q.     Let me just stop for a minute and ask you about Trudy

20          Peterman.  Do you recall Trudy Peterman speaking to the

21          biology text issue while you were on the Board?

22   A.     Yes, she did.

23   Q.     What do you recall about that, Mrs. Brown?

24   A.     Nothing terribly specific.  I know that she was upset

25          about it, but then Dr. Peterman was upset about a lot of
```