1         things.

 2    Q.   Give me a sense for that.  As a Board member looking at

 3         Dr. Peterman, what was your appraisal of her conduct as

 4         a Principal?  And let me --

 5    A.   It is not often that I am guilty of such misjudgment of

 6         an individual as I was of Dr. Peterman.  I had very high

 7         hopes when we hired her.  And by last summer, I could

 8         hardly wait for her to leave.  Is that blunt enough?

 9    Q.   It is certainly very straightforward.  What was it that

10         produced your -- what shall I say -- disapproval of Dr.

11         Peterman?

12    A.   Dr. Peterman does not take criticism well.  She is not

13         big on chain of command.  When working with Dr.

14         Peterman, if you wanted to get something done, want her

15         to do something, it takes combined efforts probably of a

16         dozen or more people to get it through to her you are

17         going to do this now.

18              I know that she consistently argued with Dr.

19         Nilsen, was constantly second guessing everything that

20         she was expected to -- he asked her to do, anybody asked

21         her to do.  And she liked to play people against one

22         another.

23    Q.   How about in her public demeanor at Board meetings?

24    A.   Do you remember earlier I made the comment that

25         sometimes when one wants to physically pop someone in

1    the mouth or nose?  I would have to say I am fairly

2    certain I was not the only one who had that desire in

3    meetings at times.

4            She often spoke of things that were better

5    discussed in a different situation, and she openly went

6    against her boss.

7  Q.  Dr. Nilsen?

8  A.  Yes.

9  Q.  So am I understanding you correctly that she would

10   contradict positions or statements --

11 A.  Very much so.

12 Q.  Of Dr. Nilsen?

13 A.  Now on the positive side, I must say Dr. Peterman is one

14   of the most brilliant women I have ever met.

15 Q.  How about just in the sort of the mechanics of her

16   presentation, was she respectful to the Board --

17 A.  No.

18 Q.  -- when she addressed them?  Do you recall any occasions

19   where she spoke to the public rather than to the Board?

20 A.  Constantly.

21 Q.  Do you recall any occasions where she either gestured

22   violently or pounded the podium in speaking?

23 A.  Occasionally.

24 Q.  Let me see if I understand you.  Did you provide input

25   to Dr. Nilsen that went into the review of Dr. Peterman?

```
1          In other words --
2    A.    As part of being personnel chair?
3    Q.    Yes.
4    A.    No.  Here again, I am not sure of confidentiality here.
5          Dr. Nilsen and I discussed.  Beyond that, I don't think
6          I can tell you what.
7    Q.    And I don't want to violate anything you have.  I just
8          want to get the sense for it.  Let me ask you this:
9          Were you party to discussions on the Board about Dr.
10         Peterman's conduct at public Board meetings?
11   A.    Yes.
12   Q.    Did you express disapproval of Dr. Peterman's
13         comportment to at the Board meetings?
14   A.    Yes.
15   Q.    Were you party to directives that the Board communicated
16         to Dr. Nilsen to Dr. Peterman with respect to her
17         conduct at the Board meetings?
18   A.    Not beyond discussion at the Board level with Dr.
19         Nilsen.  It was Dr. Nilsen's place and right and
20         responsibility to deal with the situation.  And he did.
21              He talked with us as a Board in executive session
22         regarding Dr. Peterman, as he did with various personnel
23         issues.  But it was his final decision how to deal with
24         the issue.  He was kind enough to keep me in the loop as
25         chairperson of personnel, but it was his decision, not
```

1      mine.

2   Q.  Let me ask you:  Did he communicate to you at some point

3       a set of guidelines he had given Dr. Peterman about her

4       conduct at Board meetings?

5   A.  Yes.

6   Q.  When you heard those guidelines, did you agree with them

7       in essence?

8   A.  I didn't think they were strong enough.

9   Q.  Okay.

10  A.  No.  Very seriously, I did a agree.  I thought they were

11      very appropriate.  Dr. Nilsen was more constrained than

12      I probably would have been.

13  Q.  Thank you.  It just occurred to me that I hadn't asked

14      you about her.

15          The June meeting we have discussed, the Board

16      curriculum committee where you come out of that meeting

17      and you have the sense --

18  A.  We are okay.

19  Q.  We are okay.  We are in July of 2004.  And it is your

20      recollection there is no Board meetings set for July?

21  A.  Yes.  And we may have had one, but I don't --

22  Q.  Either way, does anything stick out in your memory today

23      occurring in July of 2004 that relate to the biology

24      text?

25  A.  Okay.  The latter part of July -- and I didn't mark the

1      day -- but in the latter part of July, the first mention

2      of *Of Pandas and People* came about.  But I didn't get it

3      from Mr. Buckingham.

4  Q.  Okay.  Tell me, plainly remember it and sort of the time

5      specifically, how did it come to your attention?  How

6      did the text of *Of Pandas* come to your attention?

7  A.  Mr. Baksa.

8  Q.  And how exactly?  Did he give you a call?

9  A.  Yes.

10 Q.  Was it in connection with another contemplated meeting

11     of the Board curriculum committee?

12 A.  We were talking about curriculum, setting up meetings.

13     He mentioned that Mr. Buckingham had gotten the text,

14     and he and Dr. Nilsen had gotten one or more copies of

15     it.  I don't recall how many.  And it was going to be

16     brought up.

17 Q.  And you say it was going to be brought up when?

18 A.  As part of a discussion.  I can't tell you a specific

19     date was mentioned at that point.  We are getting into

20     August, and I may be a month off there.

21          But I only learned of *Of Pandas and People* second

22     hand because Mr. Baksa told me about this.

23     Mr. Buckingham never did me the courtesy of letting me

24     know what was happening, even though I was a member of

25     the curriculum committee.

1           And my husband subsequently went to Mrs.

2     Harkins's house because she had a copy I think through

3     the District -- in fact, I am pretty sure it was through

4     the District -- *Of Pandas and People*.  May I just say

5     the *Pandas* book?

6  Q.  Yes.

7  A.  Thank you.  Of the *Pandas* book.  And brought it home.

8  Q.  Okay.  You said Mike said it was going to be brought up.

9     Tell me can you recall was it at a Board curriculum

10    meeting or a meeting of the Board itself?

11 A.  A meeting of the Board.

12 Q.  So that would mean I believe the first meeting in

13    August; does that sound right?

14 A.  Something like that.  Or it could have been the first

15    meeting in September.  In that time frame.  As I said to

16    you earlier, some of this runs together.  And then

17    everything was happening very quickly.

18          I can tell you -- and I will try to cut to the

19    chase here.  We received the text on a Thursday at the

20    end of the month.  My husband and I read it from cover

21    to cover through the weekend, and we discussed it.

22          And in essence, Mr. Buckingham brought it up at

23    the meeting without having discussed it with us at a

24    regular curriculum meeting.  Whether or not he discussed

25    it with any other member of the Board, I know that he

Exam./Gillen — Carol Brown

1  did not discuss it ahead of time with my husband, with

2  myself, with Mr. Wenrich or with Mrs. Yingling.  I

3  cannot speak to the rest of the members of the Board as

4  to their fore knowledge of the text itself or what

5  Mr. Buckingham planned to propose.

6  Q.  Okay.  I want to make sure I am following you.  When

7      Mike said it was going to be brought up, you said it

8      wasn't discussed at a curriculum committee meeting prior

9      to it being brought before the whole Board?

10  A.  That's correct.

11  Q.  And that in fact you had to call Sheila, or did your

12      husband have to stop by?

13  A.  My husband talked with Sheila.

14  Q.  And then it seems like there is a very short space of

15      time between your actually getting the book, reviewing

16      it, and it being in front of the Board?

17  A.  That's correct.

18  Q.  Tell me what was your sense of the text when you read

19      it?

20  A.  I researched the text online.  It is published by an

21      obscure publisher in Texas that is not a regular

22      textbook publisher.  The text itself was written for a

23      college level, not for a high school level.

24          To my knowledge, based on my research -- and I am

25      only talking about my personal research -- I could not

1       find any references to it being used in any high school,

2       public or private, in the United States of America.

3            And the brief worldwide search that I did in terms

4       of its usage, the only reference I could find to it was

5       the fact that it is indeed contained in the reference

6       section of the University of Oxford in England.

7            Now my research was not in any way exhaustive.  I

8       had a fairly short space of time when my vision allowed

9       me to even be on the computer.  So I would say I spent

10      know more than eight hours.  So I do not pretend to have

11      exhaustive answers or definitive answers on where.

12           But the text was not written for anything but

13      college and beyond in terms of level of understanding.

14      It was not written for high school, and most definitely

15      not for ninth grade students.

16           I am fairly well educated, and I had to get the

17      dictionary out to inform myself as to the meaning of

18      some of the vocabulary used.

19  Q.   Okay.  When I look at the course of action you have

20      described, it seems consistent with the diligence you

21      showed earlier in the year regarding the other texts?

22  A.   I tried.

23  Q.   And you have mentioned the readability scale, sort of

24      the intelligibility for the grade level.  Did you

25      compare the text against the PA standards or the Dover

1          curriculum standards?

2    A.    Yes, I did.

3    Q.    What did you conclude in that regard?

4    A.    Because of its content and the way in which it is

5          written, I would not say it fulfilled the standards of

6          either.

7    Q.    Okay.  And just give me a little more detail.  Let me

8          ask you this:  At the time that you received word of the

9          text from Mike Baksa, did he say the purpose for which

10         the text was being proposed by Mr. Buckingham?  More

11         specifically, did he say Bill has come up with a book *Of*

12         *Pandas* that he wants to use as a supplementary text?

13   A.    My understanding at that point in time, my own

14         understanding alone, was that Mr. Buckingham wished to

15         propose this as a side by side text.

16   Q.    Okay.  And so you reviewed it with that in mind I take

17         it?

18   A.    I reviewed it first and foremost as to its

19         understandability for our students.  And once I had

20         really gotten into the main portion of the text, I

21         stopped -- well, my husband was reading it too.  We did

22         kind of take turns.

23             But I really stopped and started pulling out my

24         standards requirements.  And then I was also reading

25         with those in mind.

1   Q.   Okay.  Any other conclusions that you reached as a

2        result of that review in this little short window

3        relating to that text?

4   A.   Just that I didn't feel that it was appropriate.  I am

5        not sure what you are asking.

6   Q.   Well, I mean you have referenced some specific defects

7        as you saw it in the text.  It was not age appropriate.

8        Difficult to read, made for college level.  It didn't

9        dovetail readily with the state standards?

10  A.   Or our own curriculum guide.

11  Q.   Did you look at it and just think it was not legitimate

12       -- a legitimate supplementary text?

13  A.   Absolutely.

14  Q.   What led you to that conclusion?

15  A.   In my research, I accessed reviews by various people in

16       the educational field, specifically in the educational

17       field of science, the sciences rather than English or

18       Spanish.  And the reviews I was able to read were not

19       favorable.  And they really dovetailed with what I was

20       coming away with just reading it.  I --

21  Q.   I am sorry.

22  A.   I am not sure what you want here.

23  Q.   I am just trying to get a sense for the reservations

24       that you had about the text.  Let me ask you:  As a

25       science text when you read it prior to looking at the

```
 1            reviews, did you look at this and say this isn't

 2            science?

 3                  MR. SCHMIDT:  Object to the form.

 4     A.     I am not a scientist.  I could only look at it from the

 5            viewpoint of my own experience and understanding.  I

 6            looked at it from the viewpoint of whether or not it was

 7            understandable.

 8                  Besides the fact, I would think it would put most

 9            people to sleep within ten or fifteen minutes if you

10            even got through the introduction.  I looked at it from

11            the viewpoint of our students, and I felt this was going

12            to give them nothing but headaches and questions.

13     Q.     Okay.  And then you said you got out on the Net and read

14            some reviews?

15     A.     Yes.

16     Q.     It seemed like the reviews were consistent with your

17            opinion; did I understand you correctly?

18     A.     Yes.

19     Q.     Tell me what criticisms of the text you took from the

20            reviews.

21     A.     Basically, what I have already said.  That it was not a

22            good text in either content or understandability for

23            students of any age.  And they were talking more the

24            college level, not the high school level because that

25            was the level for which it was written.
```

1           I don't recall that I read any reviews as to the

2       impact on high school students.  It was related to the

3       college level.

4   Q.  And let's speak to the content.  Did you find reviews

5       that were criticizing its content as science?

6   A.  Yes.

7   Q.  What do you recall about those reviewers?  Just give me

8       a sense.

9   A.  One word I do recall gobbledygook.

10  Q.  Did you have a sense it was religion when you read it?

11  A.  I read it and viewed it, and still view it, as a way to

12      try and bring religious views in the back door.

13  Q.  Okay.  Just looking at the text and based on your review

14      at this time, what was it?  Just tell me in general what

15      gave you that impression.

16  A.  The authors of the text attempted to take

17      known scientific theories that have been proven and bend

18      them to fit a certain set of values.

19  Q.  Okay.  Just give me a sense, what set of values do you

20      see them trying to bend?

21  A.  Values is probably the wrong word.  A certain mindset, a

22      certain viewpoint that one cannot question, but there is

23      some sort of supernatural agency beyond all life on

24      earth and the universe.  Now nowhere in the text is God

25      mentioned by name.  Okay?  It doesn't say God got us,

1          Mohammed or anything like that.  I'm not saying that.

2               Nowhere does it say in the text that all life

3          started with Adam and Eve in the Garden of Eden.  It is

4          not that blatant.

5     Q.   Okay.  Let me ask you though:  Based on your reading,

6          did you come away with that impression?

7     A.   That was my impression of the author's intent.

8     Q.   As distinct from the contents of the text?

9     A.   It was my impression after reading the text that the

10         author's intent was to bring a certain religious

11         viewpoint into the classroom by the back door.

12    Q.   And that religious viewpoint is?  Just give me your

13         sense for it.

14    A.   My feeling, my personal feeling is that the

15         viewpoint the authors were espousing or attempting to

16         espouse was that of one belief system and one belief

17         system only.

18    Q.   What is that belief or what belief system do you see

19         them espousing?

20    A.   I can't read their minds, but I believe it was a

21         Christian belief system.

22    Q.   Was there anything in the text specifically that pointed

23         you in that direction you thought?

24    A.   The overall.  Not one specific thing.  As I have already

25         stated, there is no mention of God or Creationism or the

1           Garden of Eden or Adam and Eve.  There is not a literal
2           Biblical interpretation mentioned.
3               It was the overall tone to me.  One specific --
4           no, I couldn't give you one specific thing.  The
5           approach seemed to be that the authors wanted to provide
6           a supernatural explanation for everything.
7    Q.   Did you see the book as a Creationist text?
8    A.   Yes, I did.  Intelligent Design, Creationism by another
9           term.
10   Q.   Is that how you see it?
11   A.   Still do.
12   Q.   So you get this book sort of here in July, and do you
13          recall anything else that Mike Baksa said to you about
14          the book when he talked to you?
15   A.   Not really.
16   Q.   Did he say anything about the book being made available
17          to Board members?
18   A.   I asked.  I asked.  I tend to do that.
19   Q.   What did he say, or what did Mike tell you about that?
20   A.   I'm not exactly sure of his wording, but to the effect
21          they had one or more copies.  He thought that Sheila
22          Harkins had the one copy.  It turned out that she did.
23   Q.   Let's look then at the August meeting.  This is plainly
24          a contested meeting.  What do you recall about that,
25          Mrs. Brown?

1  A.   We get -- again, we thought we were in good shape.

2  Q.   What do you mean?  Go ahead.

3  A.   That everything was okay, was going to be okay.  It was

4       not a good situation.  The contention was very open.

5       The contention among -- contentiousness among Board

6       members was very open.  Here again, I may be off a

7       little bit time wise.

8  Q.   Let me ask you:  When you said you thought it was going

9       to be okay, you thought that the Miller and Levin text

10      would be approved?

11 A.   We really did.

12 Q.   And then as the meeting unfolded, you get to the

13      curriculum part.  Tell me then as best you can recall

14      what happened next?  Was there a motion to approve that

15      text?

16 A.   Yes.

17 Q.   Then what happened?

18 A.   It was defeated.  It was defeated by a tie because one

19      member was absent.  Mrs. Cleaver was not at the meeting.

20 Q.   Do you recall discussion surrounding the text at that

21      time?

22 A.   Yes.

23 Q.   Tell me what you recall.  What did Mr. Buckingham say

24      about the vote on the Miller and Levin text?

25 A.   Let's see if I can put it in brief.  Essentially what he

```
 1          said was that he would give us our textbook if we gave

 2          him his.  In essence, he held it up for blackmail.

 3               If we didn't approve Of Pandas as an adjunct text,

 4          he had the votes to see that we didn't get our biology

 5          book.

 6   Q.     Okay.  Do you recall him stating the reasons for his

 7          position at that time?

 8   A.     I don't recall the exact language.  But there again, he

 9          was referring to the death of Christ on the cross

10          2000 years, and people taking a stand for him.

11   Q.     Tell me how that came up.  Did you see that as connected

12          to the biology text?

13   A.     Yes.

14   Q.     Why is that?  Did he say something?

15   A.     That's what we were talking about.

16   Q.     What engendered that comment, or what produced that

17          comment; can you recall?

18   A.     We were discussing it.  He wanted the School District to

19          buy the texts with taxpayer funds.  I know I made a

20          comment.  I believe Mr. Wenrich might have.  Mr. Bonsell

21          was also concerned about this and expressed concerns.

22          And there was quite a discussion related to that.

23   Q.     Okay.  Tell me what you recall Mr. Bonsell saying about

24          the text and Mr. Buckingham's effort to --

25   A.     Mr. Bonsell's approach was from the Intelligent Design
```

```
 1            standpoint.  My impression was that he was very much

 2            opposed to the way Mr. Buckingham was handling it.

 3            Beyond that, you would have to ask Mr. Bonsell.

 4                 I can only interpret it from my own viewpoint.  I

 5            know he was upset about it.

 6   Q.   Upset about what Mr. Buckingham was doing?

 7   A.   Yes.

 8   Q.   How about Sheila Harkins?

 9   A.   Mrs. Harkins voted with Mr. Buckingham.

10   Q.   Did she speak to why she was voting that way; did she

11        say?

12   A.   She refused to give a reason.  I can say that for

13        certainty because I was one of three Board members who

14        asked her.

15   Q.   How about Noel Wenrich, do you remember him addressing

16        Mr. Buckingham?

17   A.   Yes, I do.

18   Q.   Tell me what --

19   A.   He was also in opposition to what Mr. Buckingham was

20        trying to do.  And Mr. Wenrich has publicly stated his

21        support of Creationism, but he did not like the way that

22        Mr. Buckingham was going about things.

23   Q.   How about Intelligent Design?  Did Mr. Wenrich speak to

24        that during this August Board meeting?

25   A.   I don't recall any specific comments, not to say he did
```

1    myth.  And we are a Christian nation founded on

2    Christian values, and anybody who doesn't like it should

3    go home.  My quote is not direct, but the gist is there.

4  Q.  Okay.  How about Angie Yingling, did she respond to

5    Mr. Buckingham's comments?

6  A.  Angie initially voted with Mr. Buckingham.  She told me

7    afterwards that she felt a great deal of pressure to do

8    so.

9       Yes, our discussion got very hot and contentious.

10   Members of the audience both pro and con spoke at some

11   length.  Angie changed her vote stating we need to give

12   our kids their books.

13       And because she changed her vote and we were able

14   to do a revote, we did approve the Prentice Hall text.

15   And as everyone knows, we actually did get it in time to

16   open the school year.

17       The teachers -- let me be a little more specific.

18   To the best of my recollection, Mrs. Spahr and

19   Mrs. Miller, in particular, spoke at some length about

20   their concerns about getting the text.  They weren't

21   speaking necessarily to the issue of *Of Pandas and*

22   *People*.  It was the concerns for the well being -- well

23   being is perhaps the wrong -- but being able to meet the

24   needs of the students.

25       They did object -- I cannot give you exact

```
 1                 The people who were privy to that were Mr. Brown,
 2        my husband, and Mr. Maldonado, the reporter from the
 3        York Daily Record.
 4             I am reporting only what I was told as regards
 5        that.  If you would prefer, you can get it from the
 6        horse's mouth from Mr. Brown tomorrow.
 7    Q.  Okay.  I think I am understanding you better now.  Are
 8        you saying that Angie Yingling's statement about feeling
 9        under pressure was made with your husband and
10        Mr. Maldonado present, not you?
11    A.  No.  What I am saying is what caused that was what
12        happened when Mr. Buckingham verbally attacked her after
13        the meeting.  I was not privy to that conversation.
14             My conversation to her was after the meeting was
15        long over, like a day later.  I spoke with her by phone,
16        and she was an emotional wreck.
17             I am sorry.  May I get some water?
18    Q.  Most certainly.  Now I see where you are coming from.
19        Let's stay with the meeting and just in August.  We have
20        got this contentious vote on the text.  Angie switches.
21             I am not so much interested in the comments from
22        the public, but the other Board members.  Is there
23        anything else you recall them saying?
24    A.  Mrs. Harkins -- Mr. Buckingham's comments to the effect
25        that he would give us our text if we gave him his,
```

Exam./Gillen - Carol Brown                                    185

1       everything comes out of that.  I made the statement to

2       the effect that we needed to have our texts approved by

3       the 31st of July, and we were beyond that now, our

4       primary text.

5              Mrs. Harkins stated that a supplemental text could

6       be approved at any time of year.  And that is the truth.

7       By Code, we are allowed to approve a supplemental text.

8       But you cannot approve a supplemental text unless you

9       have a primary text.  And that was my response to her.

10             Her response to me was you can approve a

11      supplemental any time, and mine was not if you don't

12      have a regular one first, if you don't have a main text.

13             There was discussion about bringing it in as a

14      supplemental text, a discussion of it being a reference,

15      a discussion on whether it should be in the library or

16      the classroom.

17  Q.  What do you recall?  Let's run through those topics

18      because that is kind of what we are discussing here.

19             Did Mr. Buckingham advocate using *Of Pandas* as a

20      supplemental text?

21  A.  Yes, and he wanted it in the classroom.

22  Q.  Did other Board members agree with him on that point,

23      that it should be a supplemental text?

24  A.  It was mixed.

25  Q.  Tell me if you can, Alan Bonsell, can you recall whether

1        he stated a position on the use *Of Pandas* as a

2        supplemental text?

3    A.   I can't be certain.  I believe Mr. Bonsell -- and I

4        apologize.  This is to the best of my recollection

5        Mr. Bonsell favored it as a reference text -- a

6        reference material.

7            I think what I recall is it was back and forth.  I

8        can't be certain of where everyone stood to be very

9        honest.  I know where a few people stood on the

10       material, but not where everyone stood.

11           I know that I was one of the few who vehemently

12       objected to it in the classroom.  My stated position was

13       if you are going to offer this viewpoint, you must offer

14       all the rest.  If you are going to offer this hypothesis

15       or theory of the origins of life, then we must offer all

16       of them or we start getting into trouble.

17   Q.   And is that because you saw it as a religious

18       hypothesis?

19   A.   Yes.

20   Q.   Was there any discussion of teaching Creationism at this

21       August Board meeting?

22   A.   Not at this point.  By now, we had reached a point where

23       the term Intelligent Design was used, but the content

24       remained Creationism.

25   Q.   And when you say that, Mrs. Brown, is that based on your

1           assessment of the content of *Of Pandas*?

2    A.    Not just my assessment, if you will, of the content of

3           the text itself, but my assessment of what was being put

4           forth in terms of what we should be teaching.

5                 The content did not change.  The viewpoints did

6           not change.  Only the name for it changed.  We no longer

7           heard the term Creationism.  We now heard the term

8           Intelligent Design.  There again, though, it was never

9           defined as lower case or capitalized.

10   Q.    So do you recall anyone making that connection during

11          the August Board meeting; do you recall any of the Board

12          members making that?

13   A.    Making what connection?

14   Q.    Between Intelligent Design and Creationism.

15   A.    I have the sense based on the content of what was being

16          said.

17   Q.    Okay.  Tell me what --

18   A.    The viewpoints were still the same.  We bring God back

19          into the schools.  We bring prayer back into the

20          schools.  We bring the religious viewpoint back into the

21          schools -- one religious viewpoint into the schools.

22                And my sense of that viewpoint was that it was the

23          viewpoint of a portion of the Christian community.

24   Q.    If we look at the Board members though, I mean you have

25          attributed that view to Bill Buckingham, and you had

1    some concern.

2  A.   Six of our nine Board members at that point in time were

3       members of the Evangelical Christian faith.  A variety

4       of churches, I am not saying one church, but that

5       portion of the Christian faith.

6            Mrs. Harkins as I understand is a member of the

7       Quaker faith.  My husband is Lutheran Reformed, United

8       Church of Christ because they merged together there, and

9       I am Episcopalian.

10  Q.   So what are you saying?  Are you saying that you saw six

11       of the nine Board members as religiously motivated?

12  A.   I think that we all have very strong beliefs.  What I am

13       saying is that the viewpoint of the majority of the

14       Board members was centered in one area of the Christian

15       faith.

16            We were all members of Christian faiths who were

17       members of the Board.  I am just stating -- saying --

18       forgive me -- that six of the Board members happened to

19       be members of what is termed the Evangelical portion of

20       the Christian religion.

21  Q.   And I do understand you there.  What I am trying to

22       understand is you seem to have some sense that there was

23       a religious motive here.  Perhaps I am misunderstanding

24       you.

25            Why do you see that as relevant, their religious

```
 1          affiliation to our discussion of this August Board

 2          meeting?

 3   A.     This goes back to what I spoke about earlier.  The

 4          separation of church and state, whatever your personal

 5          beliefs are, it is important in order to be a good

 6          member -- a satisfactory member, a responsible member,

 7          however you want to term it --

 8   Q.     Sure.

 9   A.     -- of a School District such as ours in which you were

10          there to represent -- you are there not to represent,

11          but you are supposedly representing all of the

12          viewpoints, all of the belief systems.

13   Q.     I do understand.

14   A.     All of that.  You cannot espouse your own belief as the

15          one belief.  No one of us has that right.

16   Q.     Let me see if I am understanding you.  Do you see the

17          support for adding Intelligent Design, adding an

18          Intelligent Design text as advocating a specific

19          Christian viewpoint?

20   A.     Yes, I do.

21   Q.     And that is why you have this sense that the Board

22          members if they support Of Pandas are supporting that

23          religious value; is that correct?

24   A.     Almost without exception.

25   Q.     Who is the exception?
```

1   A.   Sheila Harkins.

2   Q.   So you see her as supporting *Of Pandas* but not because

3        of her Evangelical Christian view?

4   A.   She isn't Evangelical Christian.   She is a Quaker -- or

5        she was.   Forgive me.   That is my past knowledge.   I do

6        not know her beliefs at this point in time.

7             I believe she had different reasons.   I do not

8        know what they were or are because she has stated in

9        point of fact publicly and repeatedly that she believes

10       in Evolution with a capital "E".

11            She has stated publicly, been quoted publicly in

12       more than one media source, and she is on film, that she

13       supports Darwin and the descent of man, etcetera.

14            Why she chose to support this, I don't know.   I

15       don't know if she chose to support it because she

16       believed it would offer some other viewpoint or what.

17            At the same time, Mr. Noel Wenrich --

18  Q.   Right.

19  A.   -- who is a very strong Evangelical Christian and

20       supports Creationism, supports Intelligent Design, did

21       not support its inclusion in the curriculum because he

22       believed -- and I am only quoting what he has stated to

23       me, to others, to the media -- that it violates the

24       separation of church and state.   There is a time and a

25       place.

Exam./Gillen - carol Brown

```
 1   Q.   Okay.  Let me move on, and perhaps I will get a better
 2        sense for your position.  The text is approved.  As you
 3        know, Of Pandas is not voted in in August as a
 4        supplemental text.  The Miller and Levin text is
 5        approved.
 6             Now we move into September.  You are on the Board
 7        curriculum committee.  When is the next time that the
 8        issue of Intelligent Design Theory comes to your
 9        attention?
10   A.   Okay.  We were scheduled to have a curriculum meeting on
11        the 28th of September.  It didn't happen.  I can't tell
12        you why, but it didn't happen.
13             In September, we were informed that there had been
14        private donations of 50 to 60 -- I am not sure which, in
15        that ballpark -- numbers of texts.  They were anonymous
16        contributions, which I have no problems with.
17             We had already put in place by a policy under my
18        aegis as chair of the policy committee, approved it, put
19        it into place to give the Superintendent the discretion
20        to accept donations on his own hook without sitting down
21        and hashing everything else.
22             So that is what happened.  Dr. Nilsen in his
23        office as Superintendent, his position, chose to accept
24        the donations of 50 to 60 copies of Of Pandas.  And they
25        were placed in the classroom.
```

```
 1              It was brought up.  And I made the point that if
 2         we are going to teach one, we have to teach all in order
 3         to remain in compliance with the law.
 4              I believe that that was the first time I brought
 5         up the Supreme Court decision of 1987.  I am not
 6         certain.  I may have brought it up at a prior meeting,
 7         but I believe that was the first time.
 8              And I stated I think we're going to get into
 9         trouble.  And Mr. Bonsell stated we didn't have to
10         present any other viewpoints.  And I would very much
11         appreciate it if you asked my husband this same
12         question --
13    Q.   Okay.
14    A.   -- as relates to this meeting in the conference room.
15         It was not part of our stated objective for the
16         executive session, and it was never mentioned as having
17         taken place.
18    Q.   Is there anything else you recall that related to this
19         teaching of Intelligent Design at the executive session
20         in September?  Did Bill Buckingham say anything?
21    A.   He was in favor of it, as was Mrs. Cleaver, and
22         Mrs. Geesey.  Those three I am aware were vocal in their
23         support for the concept.  I cannot give you specifics,
24         and I don't recall comments by anyone else.
25    Q.   Are you saying that you can't recall the specific
```

```
 1          statements that they made during this?

 2   A.     That's correct.  Not exact statements, only the gist.

 3   Q.     What was the gist as you recall it?

 4   A.     I just said it.  The gist was that we should be teaching

 5          this.

 6   Q.     Let's get through September and go to October.  What was

 7          the next development after this meeting?  Plainly, it

 8          wasn't an agenda item?

 9   A.     No.  The proposed changes to the curriculum.

10   Q.     Tell me what you recall, how they came up.

11   A.     As I started to state before, I am not sure who

12          instigated them, who was responsible for making the

13          initial suggestion.

14              I did miss part of a meeting at that point.  I was

15          there for part of the meeting.  We got into the

16          curriculum.  It was a curriculum meeting; I apologize.

17          I was not able to stay.

18              Mr. Baksa was kind enough to send me a copy of

19          what was then being proposed as possible wording changes

20          for the curriculum.  And it included words to the effect

21          that students would be made aware of gaps in Darwin's

22          Theory, and that there are other theories out there.

23              That's verbatim.  It's not exact.  I can't quite

24          see it, but that was pretty close.  And I was a little

25          concerned and offered, which I am sure you have, two
```

1        alternative wording suggestions for that.

2              I didn't like -- Intelligent Design was in there.

3        I was still very concerned.  Both my suggested changes

4        included gaps in Darwin's Theory, but were more general

5        and did not include Intelligent Design.

6              I was still trying to remain within the framework

7        of the law.  I wanted to keep us out of trouble.  And I

8        believe my wording was to the effect that there are a

9        variety of explanations for the origins of life, but I

10       didn't use origins of life to my recollection.  I am not

11       sure.  I may have used evolution.  I don't recall.

12  Q.   But did you have an understanding that under the change

13       you proposed Intelligent Design Theory would still be

14       sort of -- the students would still be made aware of it?

15  A.   I didn't know at that point in time.

16  Q.   Okay.

17  A.   These were just discussion points as far as I knew.  Mr.

18       Baksa called me.  He sent me the material.  He indicated

19       that there were discussions on making changes to the

20       curriculum guide.

21  Q.   And am I understanding you correctly that you didn't

22       make the meeting at which those proposed changes were

23       discussed?

24  A.   The meeting at which the changes were made.  I don't

25       know anything about the discussion.

1  Q.  Let me ask you:  You have referenced a Board curriculum

2      meeting in October relating to these --

3  A.  That was between the first and second meetings in

4      October.

5  Q.  Okay.  And that was a Board curriculum committee

6      meeting?

7  A.  That was indeed a Board curriculum committee meeting.

8  Q.  Did you attend that meeting?

9  A.  No, I did not.  I had an doctor's appointment, and I was

10     not able to get back in time.

11 Q.  Sure.  I understand.

12 A.  It was at that meeting to the best of my understanding

13     that the changes were made.  I was also told that there

14     were no teachers involved in that, and there was no

15     citizen advisory curriculum meeting called for the

16     citizen advisory committee to give their input prior to

17     any Board decision.  And no teachers were asked either.

18 Q.  Who told you that?

19 A.  Mr. Baksa.  It was confirmed later by Mrs. Spahr.

20 Q.  Let me ask you:  Then was the first time you saw the

21     proposed curriculum change language that was offered by

22     the curriculum committee at the second Board meeting in

23     October?

24 A.  That is correct.

25 Q.  And tell me what you recall about that meeting.  Just

1    give me your overview.  I have to get a sense for what

2    you saw was in play and what the positions were.

3  A.    The three different versions were offered.  I was told

4    by Mrs. Spahr after the meeting that they had only

5    received the information of what the Board was proposing

6    to do that morning, and they managed to get together at

7    some point during the day and offer and make

8    suggestions, four changes, and their own addition to

9    wit, the origins of life will not be taught.  They

10   offered that revision.

11        And, of course, that was simply putting into

12   policy what had been custom.  I believe there were 18

13   separate -- very close to that, if not 18 -- amendments

14   offered to change the proposed wording.  And with the

15   exception of the addition of the words the origins of

16   life will not be taught, every proposed revision was

17   voted down.

18  Q.   And give me your sense what do you think was at play at

19   the meeting there?

20  A.   I don't understand.

21  Q.   Well, I mean there's a whole bunch of votes as you and I

22   both know with people differing.  How did you see the

23   purpose of all of the various amendments that were being

24   offered by certain Board members?

25  A.   To circumvent the law of the land.

```
 1        was that it was very hurtful, and he was very accusatory

 2        towards Angie.

 3   Q.   Okay.  So now we are at this October 18th Board meeting?

 4   A.   16th.

 5   Q.   Whatever.  The second Board meeting in October?

 6   A.   I remember the date.  I resigned.

 7   Q.   And the curriculum vote is up.  Did Angie make

 8        statements about the proposed curriculum change?

 9   A.   Not really, but she did go along with it.

10   Q.   Did she ever talk to you about going along?

11   A.   Yes, she did.

12   Q.   What did she tell you?

13   A.   She was afraid that her business and personal life would

14        be affected if she didn't go along with what the

15        majority of the Board wanted.

16   Q.   She mentioned her business.  What was that?  Does she

17        have a business in the community?

18   A.   She does a variety of things.  She inherited her late

19        husband's business, which is Yingling's Garage.  I don't

20        think she runs it anymore.  Please excuse me.  She had

21        some legal issues.  There were some problems with that,

22        some things that she had been called to account for.

23             But she is involved with some other things.  I

24        know there is real estate and so forth.

25   Q.   Was it your understanding of her comment that she meant
```

```
 1        her business income and so on might suffer?
 2   A.   Yes.
 3   Q.   How about her personal life, was she any more specific
 4        about that?
 5   A.   Just that some people -- she wasn't specific as to the
 6        names of individuals, but she did state that she had
 7        been called some fairly nasty names, and that she was
 8        being snubbed by people.
 9   Q.   Did she attribute any comments to other Board members?
10   A.   Yes.
11   Q.   I know that you have mentioned Bill Buckingham.  Anyone
12        else?
13   A.   Not that I am personally aware of.
14   Q.   I know there was this period here in October where this
15        contemplated curriculum change is in front of the Board
16        curriculum committee and then going up in front of
17        committee.
18            Do you recall any of the Board members calling you
19        at home during that period?
20   A.   No, not who were members of the curriculum.
21   Q.   How about just the Board generally?  Do you recall
22        Mr. Bonsell calling you and asking?
23   A.   Mr. Bonsell did call me, and he wanted to talk with my
24        husband, too.  I passed the information along to my
25        husband.  At that point, I did not know what my own
```

```
 1            actions were going to be, and I didn't go beyond that
 2            point with Mr. Bonsell.
 3    Q.      Just let me make sure I understand you.  You are saying
 4            at this point in October, you didn't know what action
 5            you would take on the curriculum item?
 6    A.      Yes.
 7    Q.      You said you didn't go further with Mr. Bonsell.  You
 8            didn't discuss the matter?
 9    A.      Correct.
10    Q.      How about your husband, do you know whether he discussed
11            the matter with Mr. Bonsell?
12    A.      No, I don't.  At this point, my husband and I were not
13            -- we were not discussing some things.
14    Q.      With other --
15    A.      With each other.
16    Q.      And am I correct in understanding that you were not
17            discussing certain Board matters with each other?
18    A.      Yes.
19    Q.      And the biology curriculum change that was up?
20    A.      Yes.
21    Q.      You weren't discussing that?
22    A.      No.
23    Q.      Was there a particular reason?  Did you have a
24            difference of opinion?
25    A.      Not at all.
```

 1   Q.   Was there a particular reason you just decided not to

 2        discuss it?

 3   A.   Because I wouldn't discuss it.

 4   Q.   I think you said you resigned at the end of this second

 5        meeting?

 6   A.   Yes, I did.  So did my husband.

 7   Q.   Let me ask you about that.  Did you go into that meeting

 8        on the Board curriculum with the sense that if the

 9        curriculum change was approved, you would probably

10        resign?

11   A.   No.

12   Q.   You didn't?

13   A.   No.  I went into that meeting knowing I was going to

14        resign.  I had made up my mind.  Monday, the 18th of

15        October, I mailed my formal resignation to the York

16        County School of Technology and the York County School

17        of Technology Authority.  I mailed those noontime

18        actually to be precise.

19             It was the same resignation I presented that night

20        to the Dover Board, the one you have in your hand.

21   Q.   Let me just ask you to look at that.

22   A.   Do you want me to read it into the record?

23   Q.   No, it will be part of the record.

24             (Carol Brown Deposition Exhibits 2, 3 and 4 were

25        marked.)

```
 1   BY MR. GILLEN:

 2   Q.    Mrs. Brown, I just will get this over with quickly I

 3         hope.  I have asked the reporter Vicki to mark this

 4         Carol Brown 2.  I believe that is a copy of your

 5         resignation speech?

 6   A.    Yes, it is.

 7   Q.    Is it a true and accurate copy of your resignation

 8         speech?

 9   A.    It most certainly is.

10   Q.    While we are at it, something has been marked Carol

11         Brown 3.  I believe that is a copy of the document --

12   A.    Yes, it is.

13   Q.    -- you provided that is comments you made when the

14         Pledge issue was up?

15   A.    That's correct.  And the date is at the top.  And it is

16         a correct and true copy if on the final page, there is a

17         correction.

18   Q.    Yes.  Are those comments you made at a public Board

19         meeting?

20   A.    Yes, they are.

21   Q.    Number 4, you brought it, I have marked.  It is a copy

22         of the Treaty of Tripoli?

23   A.    Yes, it is.

24   Q.    Good enough.

25   A.    Signed by President John Adams.
```

```
 1   Q.   Let's look at Carol Brown 2, and let me ask you a few
 2        questions.
 3             You indicated that you knew you were going to
 4        resign when you came to this Board meeting?
 5   A.   Yes.
 6   Q.   And I think I know why.  I just want you to explain to
 7        me what had brought you to the point of resignation.
 8   A.   I will go back two days prior to that.  Saturday, the
 9        16th of October was my husband's and my 20th wedding
10        anniversary.  We had planned to go out that night, and
11        neither of us felt so inclined.  It was a rare night
12        when we had the house to ourselves.
13             And I had been avoiding discussing the situation
14        for awhile because I was very conflicted.  One doesn't
15        give close to ten years of one's life on an average of
16        30 hours a week to something if one does not care a
17        great deal about it.
18             And I particularly cared about my kids and their
19        well being, and I felt that we were heading into a
20        situation -- I felt it so strongly -- that we were
21        heading into a situation in which there would be no
22        winners, except maybe the lawyers.  No offense.  No
23        offense.
24             MR. SCHMIDT:  None taken.
25   A.   And because I didn't even know where to start to talk
```

1     about it, for the first time in our relationship, I

2     wouldn't open to my husband about it.  And that night,

3     we talked.

4          And it turned out that just as I had been

5     contemplating resigning, so had my husband.  And neither

6     of us wanted to influence the other.  And we talked all

7     night basically.  We talked about why we were on the

8     School Board, what we felt we had accomplished, what we

9     still wanted to accomplish, what we saw had been

10    happening within the School District itself, the great

11    things our kids have been doing.

12         And the incredible, I mean my gosh, our teachers

13    have just been phenomenal.  They work for the lowest

14    pay, and they give us everything.  And our

15    administrators go so far beyond the call of duty, it is

16    not funny.

17         We talked about all this and realized that neither

18    of us was able to properly represent the people we cared

19    about the most because our fellow Board members, with

20    one, possibly two exceptions, didn't even want to hear

21    what we had to say anymore.

22         And I say this without pride or egotism, but I was

23    the most senior Board member, not just in terms of

24    length of service, but in terms of experience, expertise

25    across the Board.  I had been the policy chairperson for

1    almost ten years.  I had studied every aspect, or as

2    much as a layman can, of school law.  I kept myself

3    apprised of every court case that related to things in

4    which we were involved, and I gave the same attention

5    and involvement to the York County School of Technology.

6    I participated in negotiations at all levels at both

7    School Districts.

8         My husband was directly and very seriously

9    involved with all aspects of the building project.  He

10   was then chairperson of Buildings and Grounds and also

11   the chair of the Buildings and Grounds Task Force which

12   was a task force instituted every three to four years to

13   just do a basic review of all of our buildings and our

14   needs.

15        He was head of Transportation, had just concluded

16   a very successful transportation contract that was

17   extremely favorable to the School District for -- it was

18   for a five-year period.

19        But no one believed that we had anything to offer

20   anymore in terms of what we were saying because we were

21   saying what the majority of the Board did not want to

22   hear from my viewpoint, my belief.

23        They repudiated anything we had to say or anything

24   we offered to do.  And this was I think felt by both of

25   us.

```
 1                   But I didn't make my final decision -- even though
 2           I wrote out my resignation speech on Sunday night, as
 3           did my husband -- his was a little more informal.  I
 4           have got to have it in black and white and big enough so
 5           I can read it -- until noontime Monday when I took the
 6           letters to the Post Office.
 7    Q.     Okay.  Let me see.  To understand you, you say you were
 8           saying something to the Board they didn't want to hear.
 9           It seems from the thrust of your comments, it is
10           something that related to this issue, what we have been
11           discussing here?
12    A.     And related in greater measure to the limits of what a
13           School Director or School Board member is allowed to do
14           by code, custom, law.
15    Q.     Tell me if you can what -- as you see it now, you are on
16           the point of resigning.  What is it you said don't do
17           this, this curriculum change is imprudent, is that the
18           thrust of the comments that you are referencing in your
19           testimony?
20    A.     More than that.  That was simply the tip of the iceberg.
21           The proposed curriculum change was a manifestation of
22           personal desire on the part of the majority of the Board
23           I believe.
24    Q.     Personal desire in what way?
25    A.     Personal desire to institute -- no.  To take the School
```

1         There is a separation of church and state, 1987.

2              In 1999, the state legislature and the voters --

3         the good voters of the state of Kansas -- told the state

4         Board of Education the same thing, no, no, no, you may

5         not do that.

6              And what I saw our Board doing is attempting to

7         take that same path again.  Whether or not it was called

8         Creationism or Intelligent Design, I saw and still see

9         the Board attempting to break that separation between

10        church and state, to break the law, to go beyond our

11        mandates.

12   Q.   Okay.  And now I see plainly that this curriculum issue,

13        Intelligent Design, that's the basis for your stated

14        concern.

15             Apart from that, was there anything else that you

16        saw?

17   A.   That was one of the biggest things.  One of the last

18        things I did before I resigned, because it was part of

19        my resignation, and the first thing I did at the meeting

20        after I resigned was to beg the Board once again to

21        rethink their position; to take this out of curriculum;

22        to take it out of biology and instead offer a separate

23        class in comparative world religions.

24             And I had been suggesting that for many months

25        since very early in the year when it first came up

1          because I believed then and I believe now this issue is

2          a matter of faith.  It is a matter we cannot touch,

3          taste, feel, smell, see, hear.  It is a matter of faith.

4                    And if we are going to talk about faith and

5          matters of faith, then open our students' minds to the

6          faiths of the whole world, not just one.  Open our

7          students to the viewpoint of the Buddhists that the

8          universe always has been.  Open them up to the Native

9          American, whatever.  I am going beyond.  What else?

10    Q.    That's fine.  I understand your position here.  Again,

11          that relates to the curriculum issue and so on.  I am

12          trying to get a sense if there is any other issue you

13          saw that gave you concern.

14                    Let's put it this way:  You said you felt -- you

15          and your husband after speaking felt that the Board

16          wasn't interested in listening to what you had to say?

17    A.    What I felt was that the Board was not interested -- and

18          unfortunately, I am sorry to say I feel it even more

19          strongly today -- they were not interested in

20          viewpoints, opinions or any information, factual or

21          otherwise that does not agree with what they believe or

22          want to see done or want to do.

23    Q.    So sort of --

24    A.    They are not responsive to the community.  They don't

25          want to hear what the community has to say unless it is

1        that portion of the community that absolutely agrees

2        with their viewpoints.

3   Q.   It seems like in this way, we have almost come full

4        circle in that you have a sense of lack of

5        accountability which sort of brought you on the Board in

6        the first place?

7   A.   That is not what brought me on the Board in the first

8        place.

9   Q.   Okay.

10  A.   I ran as a parent of a special needs child because I saw

11       a lot of problems and comments.  Special needs children

12       in that time were still kind of being shunted to one

13       side.

14            What the law mandated, they got in services.  But

15       if you didn't know what to ask about, you didn't get

16       anything.  That is why I ran for the Board.

17            It wasn't until my third term that fiscal

18       accountability came up.  To cut to the chase, I was in

19       the minority when I came on the Board.  I was in the

20       majority, if you will, at the beginning of my third term

21       for approximately two years.

22            When I say in the majority, simpatico.  All of the

23       Board members for the one and only time were on the same

24       wavelength.  We were focused on certain things.  We got

25       a lot done.

```
 1            Now in that time period, the first thing I did
 2       when I was elected President was to take the show on the
 3       road to make us responsible to the community in which we
 4       served.  Every meeting was at a different school.  I
 5       made it policy as Board President because we needed to
 6       have that accountability.
 7            You called them Board retreats.  What we had were
 8       a series of meetings with various building
 9       administrators and staff members so that they could
10       express their concerns, their needs.  That is part of
11       accountability.
12            We listened to the students.  We heard what the
13       community had to say.  Okay.  That was not present when
14       I was first on the Board.
15            However, in that same time period, whether or not
16       my fellow Board members agreed with me, there was always
17       a respectful hearing.  I don't mean listening.  I mean
18       hearing, and listening, and a response.
19            That changed.  And when Mr. Bonsell became
20       President, we didn't take our show on the road anymore.
21       We stopped listening.  We stopped hearing what our
22       people had to say.  And I say we, because I was a member
23       of the Board.  I was as guilty as anyone else.  And then
24       we stopped listening to each other.
25  Q.   And I think that is what you said led you to this point
```

```
 1            of resignation?
 2   A.    That's right.
 3   Q.    The sense, they didn't want --
 4   A.    And I could no longer properly represent the people.  I
 5         couldn't be an advocate for either my fellow members of
 6         the community or for my kids.
 7   Q.    You felt you couldn't be effective as a Board member?
 8   A.    That's correct.  Also, I felt it was important I have
 9         some credibility because I have served long and I
10         believe honorably to the end.  People do listen, and the
11         media listens.
12            I felt that the only way the community would be
13         made aware of exactly what was happening was by stepping
14         down.
15   Q.    So you were indicating your disapproval of the
16         Board's --
17   A.    More than that.  All I was trying to do was wake people
18         up.  If you don't know what is going on, how do you
19         change it, or how do you prevent it from happening?
20            If you are aware of what is going on and choose to
21         do nothing, then it is on your head.  The old Scottish
22         verdict not proven or the old expression silence implies
23         consent.
24            If you know about it and you don't do anything,
25         then you deserve what you get.
```

```
 1   Q.   Okay.

 2   A.   But you have to know about it first.  And even though

 3        there had been some attention, there wasn't enough.  And

 4        we had to make sure the people understood.  I felt I had

 5        to.  I owed them that.

 6   Q.   If we look at this exhibit, Carol Brown 2, that is your

 7        resignation speech.  Do you see that as kind of your

 8        effort to wake people up?

 9   A.   It was my last attempt to wake the Board up.

10   Q.   I glanced --

11   A.   It was also to say thank you to our teachers and

12        administrators.

13   Q.   I noticed that.

14   A.   And our students.

15   Q.   I did notice that.  Let me just ask you, Mrs. Brown,

16        there's one, two -- on the third page there, three

17        paragraphs down --

18   A.   However, it has become increasingly evident; is that the

19        one?

20   Q.   No.  The third paragraph down.

21   A.   A measure of that?

22   Q.   Yes.

23   A.   I have already indicated who did it and when it

24        happened.

25   Q.   That is what I was going to ask you.
```

```
 1   A.   Mrs. Cleaver and Mr. Buckingham, and I know that it is
 2        in this.
 3   Q.   And the thing when I read it, there is this sense of a
 4        person's beliefs be used as a yardstick to measure the
 5        value of that service?
 6   A.   Absolutely.
 7   Q.   Why did you have that sense, that your beliefs were
 8        being -- or did you have a sense that --
 9   A.   I had said --
10   Q.   I am sorry, Mrs. Brown.  Vicki is saving me from a very
11        imprecise question.  You have served a long time, and
12        you have achieved a lot.  What struck me when I read
13        this over the lunch is I think you had told me about
14        these comments, but this last sentence is quite stark.
15   A.   It was meant to be.
16   Q.   Is there anything else that was said to you that
17        contributed to this statement here that a person's
18        beliefs be used as a yardstick to measure the value of
19        that service?
20   A.   Yes.
21   Q.   Tell me what.
22   A.   I have stated -- and I believe it is part of the record
23        -- I am an Episcopalian.  I will not give you the name
24        of the individual, I am sorry, because of that
25        individual's family, not because of the individual who
```

1    take advantage, go outside for a cigarette, go to the

2    bathroom, or stay put and read notes.

3  Q.  Where did this particular conversation take place?

4  A.  It took place in the hall of the North Salem Elementary

5    School outside of the cafeterium where most of our

6    meetings are held.

7  Q.  What sort of exchange produced this observation?

8  A.  The exchange was on the other individual's part.  I

9    wouldn't call it an exchange.  The individual indicated

10    that my husband and I were responsible for causing

11    destruction within the Board and the District, and it

12    went on from there.  At which point, I walked away.

13  Q.  And causing destruction, was he referencing to this

14    dispute and conflict over the curriculum change?

15  A.  He or she, I believe was.

16  Q.  Thank you.  And just give me a sense for how your church

17    membership came up.

18  A.  I did not bring it up.  I have no understanding of why

19    the individual chose to bring that particular standpoint

20    up or belief.  I have never made any secret of my church

21    membership.  None of us really has.

22  Q.  Sure.  Apart from this comment which you have mentioned

23    in January of 2005, were there any other comments?

24  A.  By this individual?

25  Q.  Well, from Board members directed to your religious

1           beliefs.

2   A.      Yes.

3   Q.      You have mentioned two, one by Mr. Buckingham, and one

4           by Mrs. Cleaver.  Besides those, any additional ones?

5   A.      Just the meeting in the hallway.

6   Q.      Are you running for School Board?

7   A.      No, I am not.

8   Q.      Is your husband running?

9   A.      Yes, he is.  Tomorrow is Election Day, and he will be

10          here talking with you.

11  Q.      I saw the signs coming in.  Is he running with Angie

12          Yingling?

13  A.      No.  She has chosen --he has nothing to do with the

14          signs.

15  Q.      You mentioned that there were two votes that you had --

16  A.      The other vote occurred, it would have been in the first

17          year of my second term.  And the Honeywell people,

18          Honeywell Energy Systems, etcetera, came and made a

19          proposal to retrofit schools within the District to make

20          not just our lights, but our energy systems more energy

21          efficient.

22               And even though my husband is an electrician, I

23          don't know that much.  I was a little concerned because

24          it seemed a bit pricey, but they promised us we would

25          realize "x" amount of money in energy savings.  I voted