IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

. . . . . . . . . . . . ..
TAMMY KITZMILLER; et al.,   .

      Plaintiffs      .   CIVIL ACTION NO. 04-CV-2688

     vs.         .

DOVER AREA SCHOOL DISTRICT,.  (JUDGE JONES)
et al.,          .

      Defendants    .
. . . . . . . . . . . . .

| | | |
|---|---|---|
| Deposition of | : | JEFFREY ALLEN BROWN |
| Taken by | : | Defendants |
| Date | : | May 17, 2005, 10:00 a.m. |
| Before | : | Vicki L. Fox, RMR, Reporter-Notary |
| Place | : | Two School Lane Dover, Pennsylvania |

APPEARANCES:

AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
BY:  MARY CATHERINE ROPER, ESQUIRE

    For - Plaintiffs

THOMAS MORE LAW CENTER
BY:  PATRICK T. GILLEN, ESQUIRE

    For - Defendants

1                          I N D E X

2                            WITNESS

3    JEFFREY BROWN                                    Examination

4        By Mr. Gillen                                     3

5        By Ms. Roper                                     200

6

7                           EXHIBITS

8
     (None marked.)
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<pre>
 1                          STIPULATION

 2              It is hereby stipulated by and between the

 3       respective parties that sealing, certification and filing

 4       are waived; and that all objections except as to the form

 5       of the question are reserved until the time of trial.

 6

 7              JEFFREY ALLEN BROWN, called as a witness, being

 8       duly sworn, was examined and testified, as follows:

 9    BY MR. GILLEN:

10    Q.    Good morning, Mr. Brown.  My name is Pat Gillen.  I am

11          an attorney for the defendants in this action.  I have

12          introduced myself off the record.  I want to do it now

13          so you know my name.  Please feel free to call me Pat

14          throughout the deposition if you have any questions that

15          we need to address.

16              As you know, this is the time and place that has

17          been set for your deposition, which as I see it is

18          simply just my chance to get your side of the story.

19          Plainly, we have got a story that has developed here,

20          and a controversy that has arisen from that.

21              This is my opportunity to get to ask you questions

22          under oath and you respond.  It can be used later as

23          evidence in the case.

24              There's a few facets to this procedure which are

25          sort of unusual.  The first is that Vicki, our court
</pre>

1          Similarly, I don't view the deposition process as

2     an opportunity to make you feel uncomfortable.  If I am

3     asking a question that is making you feel uncomfortable,

4     please indicate that, and I will do my best to address

5     that your being uncomfortable to the extent I can

6     consistent with my duty to my clients.

7          I think that covers the general facets of this

8     procedure you need to know about upfront.

9          Have you been deposed before?

10   A.    No.

11   Q.    Would you please state your full name for the record?

12   A.    Jeffrey Allen Brown.

13   Q.    Current address?

14   A.    5401 Davidsburg Road, Dover, Pennsylvania 17315.

15   Q.    Thank you very much.  How would you like me to address

16        you?

17   A.    I have no preferences.  I don't care.

18   Q.    May I use your first name?

19   A.    I don't care.

20   Q.    Are you currently employed?

21   A.    I am self-employed.

22   Q.    What do you do?

23   A.    I am an electrician.

24   Q.    Do you have a business under your name?

25   A.    Brown's Electrical Service.

1        anymore so it didn't pertain to us anyway.

2           They did ask us if in our experience we felt they

3        were generally accurate.  And both my wife and I said

4        yes.

5   Q.   Did they go through specific quotes?

6   A.   No.

7   Q.   From the newspaper articles?

8   A.   No, it was just general.

9   Q.   How about anything that Mr. Rothschild and Chris

10       discussed with you on Sunday?

11  A.   As I said, you know, they basically -- my wife and I

12       went over the timeline with them roughly.  We didn't get

13       into a lot of specifics and details.

14          It was sort of like a warm-up, a prep, just to see

15       if we were doing anything wrong.  We weren't really -- I

16       think we were mostly concerned.  I have never been

17       deposed.  She has been on a legal -- unrelated legal

18       matter while she was Board President.  But we were just

19       basically going through to see what to expect and so on

20       and so forth.  It did not get into specifics.

21  Q.   Okay.  You mentioned going through the timeline.  Did

22       you create any document in preparation for your meeting

23       with them?

24  A.   My wife created one that day.  I didn't.

25  Q.   What document did your wife create?

```
 1   A.   She brought it with her yesterday.

 2   Q.   Was it a seating chart?

 3   A.   Well, she did the seating chart that day for their

 4        benefit.  I guess -- I don't know.  No.  She had an

 5        actual -- and believe me, it was rough because there

 6        were a few areas where we were guessing as to the actual

 7        dates.

 8             They were all in the year 2004.  There was no

 9        question about that.  But the actual month, especially

10        the actual days, there was some question on some of

11        them.

12   Q.   Sure.  That's fine.  Just to make sure I am

13        understanding you correctly, it seems that your wife

14        created a document during that conversation that was a

15        rough timeline?

16   A.   Of dates.  And I am sure she brought it with her

17        yesterday.  I don't know if you got a copy of it or not.

18   Q.   I will check.  It is probably not a matter of great

19        import.

20   A.   It would have been covered in her -- all it was was

21        dates and places, nothing else.

22   Q.   Okay.  Anything else about your exchange with

23        Mr. Rothschild and Mr. Lowe that you can recall?

24   A.   Nothing, no.  I mean obviously, Chris's wife is having a

25        baby.  Relevant nonsense like that.  Nothing that I was
```

1    in any way germane.  Maybe I am missing something.  But

2    as I said, we did not get into specifics.

3         In fact, sometimes we veered toward specifics, and

4    he really kind of -- this isn't necessary.  It was

5    really just sort of prepping us, that type of session.

6    Q.  How long was the meeting?

7    A.  About two hours.  Since you have already deposed my

8    wife, you can guess why it took so long.

9    Q.  You can ask Vicki to strike that later.  Did they ask

10   any questions about statements made by other Board

11   members touching on religion?

12   A.  Yes, that came up in a general sense.  Nothing -- but

13   yes, in a general sense, there was questions.  And that

14   is how we got on to the accuracy of the local reporters.

15   Q.  Tell me to the extent you can recall what you told

16   Mr. Rothschild and Mr. Lowe on that very point.

17   A.  I am glad you asked these questions.  We did volunteer a

18   few things that did not happen in public session.

19   Specifically -- and you may have heard this yesterday,

20   but I will go over it again.

21        At one point as we were nearing the -- what's the

22   right word I am looking for here -- the culmination --

23   it's out there; I'll get it someday.  Anyway, we're

24   getting near October 18th.  In fact, it may have been

25   October 18th.  I can't be certain it wasn't.

1          This was an executive session.  This was not in

2     the public.  I had stated that we could not -- how did I

3     put that?  We could not endorse one religion over other

4     religions.  And I said the only way we can take a stance

5     that is inherently religious is if we are willing to --

6     I said if we teach one, we have to teach them all.

7          And Heather Geesey, who is the current Board

8     Vice-President, looked me right in the eye and very

9     indignantly said we're not teaching other religions in

10    this school.  That was one thing that I brought up.

11         I am saying we didn't talk about specifics.  I

12    forgot.

13  Q.  That's quite all right.  It is natural for you to

14    remember more as I ask you questions.

15  A.  There was another incident.  We believe this was in

16    September.  We're not positive.  We are positive it was

17    the one meeting in 2004 -- we had one meeting in 2004 at

18    the high school.  What we are positive is it was at that

19    meeting.  So whichever date that was, that is when it

20    occurred.

21         My wife had suggested a world religions class to

22    address this issue.  She stated again that we have to

23    teach, but we have to teach them all.  And Alan Bonsell

24    said no, we don't.

25         And those were two specific instances that I



 1          remember relating other than some of things that were

 2          said at public meeting which were reported in the

 3          newspapers and so on.

 4    Q.    Anything else you recall telling Mr. Rothschild or Chris

 5          about statements by Board members touching on religious

 6          matters on Sunday?

 7    A.    Those two stand out.  Not off the top of my head at the

 8          moment.  As you said as we go through this, more may

 9          come back to me.

10    Q.    I appreciate that.  Did you go over any documents

11          with --

12    A.    No, no documents.  We did not -- I again stand

13          corrected.  My wife showed them her notes from the

14          curriculum committee meetings.  He took a quick glance

15          at them, and he did not make copies.  But she did show

16          them to him.  And she made that seating chart for him,

17          too, which you have.

18    Q.    How were those notes kept?  Were they computer documents

19          that had been printed out?

20    A.    I believe they were hand -- to be honest, I didn't look

21          at them myself.  I think they were handwritten, but I am

22          not positive.  And she was reading a few things from the

23          curriculum committee.

24                To be honest with you, I was out of the room for

25          part of that because I wasn't part of the curriculum

1     committee and knew for nothing about it.

2          We had gotten a phone call during the session, and

3     I took the phone call.  So I don't know what all.  But

4     basically my understanding is she was giving him

5     information, reading him information from those

6     meetings.  Again, I was not present.

7  Q.  Okay.

8  A.  I wasn't present for the curriculum committee meetings.

9  Q.  Apart from your discussions with Mr. Rothschild and

10     Chris on Sunday, have you spoken with anyone else other

11     than your wife in preparation for the deposition?  Have

12     you checked with anyone?

13  A.  Not really, no, no.  I mean I have mentioned it to

14     people, but I haven't gotten any advice or anything like

15     that.

16  Q.  Let me be more precise.  Have you spoken with anyone for

17     the purpose of attempting to refresh your recollection

18     of the events?

19  A.  No.  No, I don't think so.  Boy, I hate to say that with

20     such conviction because it almost seems like I should

21     have.  Doesn't it?  But I don't remember discussing.

22          I am not exactly sure who -- I did see Noel

23     Wenrich last night, and we discussed the upcoming

24     deposition, blah, blah, blah.  But as far as refreshing

25     my memory, no, I don't think so.

```
 1            common to both sexes for the purpose of excretion, and
 2            we will leave it go at that.
 3    Q.      We will leave it go at that.
 4                 MS. ROPER:  We don't need any more details about
 5            that.
 6    BY MR. GILLEN:
 7    Q.      Just to make sure I understand you, have you spoken with
 8            Barrie Callahan?
 9    A.      No.  God forbid!
10    Q.      How about Fred Callahan?
11    A.      No.  Never in my life have I spoken to Fred.  I have
12            spoken to Barrie, but not in a long time.  And that was
13            strictly when I had to.
14    Q.      When was the last time you spoke with Barrie Callahan?
15    A.      I specifically recall the night I resigned.  She came up
16            and hugged Casey and I both, and we both felt we needed
17            a bath afterwards.  I can't absolutely say that I have
18            spoken to her since.  If it was, it was nothing but mere
19            pleasantries.  On one side at least, they were forced.
20    Q.      I take it that was your side?
21    A.      You may do so, yes.
22    Q.      Just give me a sense for why is that.  You obviously
23            have some reservations?
24    A.      Barrie Callahan irritates me.  We will leave it at that.
25            I used to refer to her as the fly.  When she was the
```

 1    sole remaining member of the old Board, I used to refer

 2    to her -- not to her face obviously -- but as the fly

 3    because she is irritating, but not dangerous.

 4         When she was voted off the Board, I was not the

 5    least bit sorry.  But she came back to haunt us.

 6  Q.  That has come up in several of depositions.  Let me get

 7    your sense of that.  There is a way in which Ms.

 8    Callahan -- her conduct at the Board meetings after she

 9    was off the Board might be described as that of a

10    gadfly.

11         Did you see her in those terms?

12  A.  Yeah, as a gadfly.  I will say this:  Her points were

13    usually well taken.  It wasn't Barrie's areas of

14    interest that I had a problem with.  It was Barrie's

15    methods of conveying those areas of interest.

16         I found her extremely confrontational, and I don't

17    think I was alone in that.

18  Q.  Viewing her from your perspective as a Board member, did

19    you see her as somewhat politically motivated when she

20    was engaging the Board after she was no longer a Board

21    member herself?

22  A.  It was my opinion she had some axes to grind.  It is

23    just an opinion.  I will say this:  The areas in which

24    she showed interest were areas that would be of interest

25    to any parent with children in the school, which is

1          indeed the case with Barrie Callahan.

2                  Again, we go back to methods.  And there I would

3          say she was somewhat political, yes.

4     Q.   In your capacity as a Board member when she sort of

5          approached the Board and given this kind of way that she

6          projected herself, or addressed, communicated her

7          concerns, what was your attitude towards her?  Did you

8          have a sense of it is Barrie again?

9     A.   That's about literally correct.  It was more like oh,

10         God, here she comes again.  But I never said it.  This

11         was just what I thought.  I tried to be polite.

12                 In fact, her last year on the Board, I

13         specifically requested to be seated next to Barrie.  Not

14         because I wanted to be, but because I was probably the

15         Board member best able to sit next to her without

16         resorting to physical violence.  And I did so.

17                 Believe me, this was taking one for the team when

18         I told them that.  But literally it was getting to the

19         point where people were like get me away from that

20         woman.  And finally, I said fine, put me next to her.

21         And I did.  I did my duty.

22    Q.   And let me ask you about that because I have deposed

23         Mrs. Callahan so I know there was no physical violence

24         literally.

25    A.   None, whatsoever.

 1   Q.   But I do have the sense that there was some sort of

 2        friction between Mrs. Callahan as the last remaining

 3        member of the Board and those who came onto the Board as

 4        a result of the election which displaced many of Barrie

 5        Callahan's old sort of shall we say allies on the Board;

 6        is that accurate?

 7   A.   Yes.  She was pretty much odd person out.  Oddly enough,

 8        I remember siding with her on two different issues, but

 9        don't hold it against me.  I thought she was actually

10        right so I stuck with her.

11   Q.   And in this situation she found herself in as the sort

12        of sole remaining member, do you feel -- and again, I am

13        asking for your opinion kind of as a Board member who

14        participated in the Board deliberations -- that there

15        was some tension, sort of personal tension between

16        Mrs. Callahan and the other members of the Board?

17   A.   Whether it was personal, I cannot say.  There was

18        tension.  It could have been purely political.  I am not

19        going out on a limb and say personal.

20   Q.   Actually, your answer helps me clarify the question.  I

21        am not after the personal dimension of the relationship.

22   A.   To be honest with you, I am not aware of any personal

23        issues.  There were political differences definitely.

24   Q.   And that is fair, and more of what I am trying to get

25        at.  Political differences, are you referring to

```
 1        political differences touching on Board matters?
 2   A.   Yes.
 3   Q.   If you had to describe the nature of those political
 4        differences, how would you just in general?  Was it
 5        fiscal responsibility versus a more liberal spending
 6        attitude?
 7   A.   We saw it that way.  I doubt that she would use those
 8        terms, and she would probably be right.  An awful lot of
 9        times on School Boards, there is a question of we can
10        spend "x" amount of dollars to achieve "y" amount of
11        results.  And two people can look at those "y" results,
12        and one will see them as being worth "x" number of
13        dollars, and the other person will not.  There's no hard
14        and fast formula for it.  That's where political
15        differences do come into play.
16   Q.   Looking back on your tenure with the Board, did you
17        pretty much see the differences between Mrs. Callahan
18        and the other Board members in those terms?
19   A.   I felt they interpreted "y" more liberally than I did.
20        They would see more value in what the money was buying
21        than I was inclined to see.  I am not going to tell you
22        it was right.  I don't know.
23   Q.   Who is the they you are referring to there; is it
24        Mrs. Callahan?
25   A.   In this case -- beginning with my time on the Board, it
```

1    would have been five Board members Mrs. Callahan, Larry

2    Snook, Lonnie Langione, Shirley Harnish, who was then

3    the Board President, and Barrie was the Board

4    Vice-President and Roger Murphy.

5         Both Roger and Shirley declined to run four years

6    ago.  At that point, our group got control of the Board.

7    Our group consisted at that time of -- well, the four

8    who ran four years ago were Sheila Harkins, Alan Bonsell

9    my wife and Angie Yingling.  I was already on the Board.

10  Q.  Right.

11  A.  At that point after that election, then they would have

12       consisted of Larry Snook and Lonnie Langione and Barrie

13       Callahan.

14  Q.  Which would be the Board members who remained on the

15       Board?

16  A.  Right, from the old.  And when was that?  In 2003,

17       Mr. Snook and Mr. Langione both resigned.  At that

18       point, yes, from that point on, I think it was January

19       of 2003, from that point forward, Barrie was the sole

20       remaining member.

21            The friction had been there prior to that.  But at

22       that point, it basically became her baby.  It would

23       probably seem more personal from that point on because

24       it was directed at one person.  But it wasn't -- I don't

25       think it was personal.  It was just there was only one

1      person from that faction left, so gee.

2  Q.   I do understand you now.  Speaking of other notable

3      personalities, I want to get your sense for Trudy

4      Peterman.

5  A.   Okay.  I have had very few dealings with Trudy Peterman.

6  Q.   Right.

7  A.   She did address the Board on at least two occasions in a

8      highly confrontational manner, which is within her

9      rights, but it's not really common practice.  It is not

10      normal for an administrator to address the Board in a

11      confrontational manner.

12          There is no law against it.  And we never

13      suggested any kind of punitive actions based on this,

14      but we were rather shocked when it happened because it

15      was not normal procedure for administrators to do that.

16  Q.   Can you recall the subject matter of her discourse on

17      these two occasions?

18  A.   The first time -- and I could even track down the date

19      for you because it happened up at Kralltown Elementary

20      which we only visited once a year, but I don't know that

21      the date is really that important.  Anyway, I don't know

22      it.

23          The first time it concerned the upcoming building

24      project.  And to be honest, I thought she had an

25      excellent point, but I thought her manner of presenting

1        it could have used some diplomatic work.

2              And following -- the following day, I stopped in

3        to see her in the afternoon when I finished work, and I

4        was informed she was in conference with someone.  I said

5        well, I'll wait.  The secretary came out and said you

6        may as well go in because she is in conference with Alan

7        Bonsell, who also stopped in to basically tell her the

8        same thing.

9    Q.  Which was?

10   A.  Which was we don't have a problem with you when you have

11       problems.  We want to know what they are.  But please,

12       please, please don't do this to us in public.

13             I remember saying to her specifically politics is

14       my sandbox.  Please stay out of it.  Don't play

15       political games.  And I felt that she was grandstanding.

16       I thought she was playing to the galleries.

17             And both Alan and I came out of there feeling that

18       she understood what we were saying, that we wanted to

19       hear her objections.  We were not trying to muzzle her

20       in any way, but that we would prefer she do so through

21       more I guess back channels is the best way.  That is

22       normally the way we get complaints from administrators.

23             The public can come in out and chew us out.  They

24       are entitled.  They are the taxpayers.  We are working

25       for them.  The administrators technically are working

1       for the School Board, and we would like to be chewed out

2       in private.  Thank you very much.

3   Q.  You like to receive your feedback in a confidential way?

4   A.  Yes.  The second was -- and I am not positive this is

5       the second because it's sort of sticking in my mind

6       there may have been one in between there, but I am not

7       sure.  If it was, it again concerned the building

8       project.

9           Certainly, the last -- the most recent one we had

10      a football coach who had instituted a very strict policy

11      for his football players.  If they were arrested, not

12      convicted, arrested for any alcohol or drug violations,

13      they were off the team immediately.

14          If it eventually turned out that they were not

15      convicted, they would be reinstated.  Otherwise, they

16      were off the team.

17          We applauded that policy incidentally; although, I

18      was a little shaky on the arrested, but not convicted

19      part of it.

20          He was celebrating his birthday, and apparently

21      celebrating it a bit too strenuously, and he rolled his

22      vehicle over in someone's yard narrowly missing hitting

23      their house.  And he was taken to the hospital for a

24      blood test, and he was well over the legal limit.

25  Q.  This is the coach?

1   A.   This was the coach.  The Board did nothing.  We waited

2        until he pleaded.  We did not hold him to his own

3        standard of arrested.  We waited until he pleaded.

4             He pleaded guilty, and at that point we informed

5        him we wanted him to step down as a show -- actually the

6        policy wasn't that they were off the team, they were off

7        the team for one year.  And we told him we wanted him to

8        step down for one year.  And he refused.

9             He solicited the support of the parents of players

10       to come in and give testimonials in his behalf, and we

11       did not back down.  We refused to -- we essentially

12       stripped him of his coaching job.

13            And during that meeting -- and it was very heated

14       -- and on the advice of our legal counsel, we did not

15       discuss our reasons for doing so.  We simply took a vote

16       to remove.  We had talked to him in private in executive

17       session, but we did not -- you know, I may be violating

18       something here.  I am quoting executive session.  This

19       was actually the purpose of the executive session.

20            Anyway, we did not discuss it in public.  We

21       simply let the public have their say, and then we took

22       our vote.

23            Mrs. Peterman spoke out in his behalf at that

24       point.  I remember my wife, who had been very much a

25       champion of Mrs. Peterman, and when Mrs. Peterman got

1    up, she went oh, no under her breath.  It was like she

2    had been defending the woman, and that broke the straw

3    as far as a personal thing.

4         And Mrs. Peterman defended him again in a rather

5    lofty oratorical style, and it did not influence

6    anybody's votes.  It was eight to one.

7    Q.  Did you see her championing of the coach's cause as

8        grandstanding as you described it?

9    A.  I felt it was very inappropriate.  She knew our reasons.

10   Q.  Did you see it as a sort of -- what shall I say -- an

11       attack on the Board's position that was --

12   A.  No, I didn't.  I didn't.  I saw it as her -- he was one

13       of her teachers.  She was defending him, but I thought

14       she went above and beyond the call of duty.  I did not

15       see it as an attack on the Board, but that's just my

16       opinion.

17   Q.  And that's fine.  I just want to get a sense for why

18       that sticks out as inappropriate or not --

19   A.  The tone.  Again, the tone.  A Principal could come up

20       to the podium and very quietly state that this coach has

21       served under me.  They could do a character reference in

22       a quiet, noninflammatory manner, and I wouldn't have

23       had -- her rhetoric was heated.  It was a bit colorful.

24       She was again playing to the galleries.

25   Q.  Do you recall her pounding the podium or anything like

1      that?

2  A.   No, not quite that.  She didn't take her shoe off or

3       anything.  There's a world of difference -- you know,

4       when I start using words like oratory and rhetoric, I am

5       not talking about normal conversational tones, which is

6       normally the tone of voice that administrators address

7       the Board in.

8           Some of them are quite forceful.  Some of them are

9       quite eloquent, but I would not call it rhetoric or

10      oratory.  In Mrs. Peterman's case, I would.

11 Q.   You have given me two incidents.  I just want to ask you

12      any others that have come to mind as we have spoken

13      about this?

14 A.   No, no.  As I said, there may have been a second speech

15      regarding the building project, but I'm not sure.  The

16      more I think about it, the less sure I am.  So probably

17      it was just that one.

18 Q.   That's fine.  In connection with the coach and her

19      advocating the coach's cause, you said he was her

20      teacher, and she was --

21 A.   He worked under her.

22 Q.   If you look at your impression of Dr. Peterman as a

23      Board member over her tenure, do you have a sense that

24      Dr. Peterman saw herself as a champion for her teachers?

25 A.   I believe she considered that part of her job, yes.  She

```
 1            was an advocate for her teachers and their views and
 2            their needs.
 3    Q.      And advocate vis-a-vis the administration and Board or
 4            one or both?
 5    A.      I think she just viewed it as part of a Principal's job.
 6            In one sense, it is.  What I would question more than
 7            anything else is her methods.
 8    Q.      Sure.  When is the last time you spoke with Dr.
 9            Peterman?
10    A.      I couldn't tell you.
11    Q.      Not since she left Dover?
12    A.      Certainly not, no.
13    Q.      Just let me go through a few more names to get a sense
14            for whether you spoke with them in preparation for the
15            deposition.  I think I know, but I just want to check.
16                There's the other plaintiffs in the action Christy
17            Rehm, have you spoken with her?
18    A.      She came up to me after the debate, which was the first
19            time I ever met her, and said she thought I did a good
20            job, but she was still voting for her husband.  That is
21            the entirety of our conversation in my entire lifetime.
22    Q.      I take it you did not take offense?
23    A.      No.  I would have been shocked if she said anything
24            else.
25    Q.      How about her husband Bryan Rehm, have you spoken with
```

1   Q.   You were in the restaurant?

2   A.   Actually, we went outside.

3   Q.   It is your understanding that person attends

4        Mr. Bonsell's church?

5   A.   That is what he told me.  The other person is an employe

6        of this District -- I will leave it at that -- and also

7        attends Mr. Bonsell's church.

8             He talked to my wife, and she reported to me.  I

9        said small world, and then I passed on that I had heard

10       the same thing from a different source.

11  Q.   The person who took you aside at the 74 Restaurant, is

12       it your understanding that he attends Mr. Bonsell's

13       church?

14  A.   He told me he did.  And this person who talked to my

15       wife said the same thing; he attended the church and

16       heard it.

17  Q.   Let's see.  I think that was spoken with Angie Yingling.

18       We have talked about Noel Wenrich.

19            Have you spoken with Jane Cleaver?

20  A.   No.

21  Q.   How about the former faction, Larry Langione (sic), have

22       you had any discussions with him?

23  A.   I have had discussions with Larry Snook.  Larry and I

24       used to seat beside each other, and we agreed to

25       disagree.  We were the friendliest of enemies.

 1          I have had several discussions on the subject,

 2     what it might mean to the District with Mr. Snook.  Some

 3     at Board meetings, during the recesses, some over the

 4     telephone.

 5  Q.  During those conversations, what have you told Mr. Snook

 6     to the extent you can recall it?

 7  A.  We generally discussed possible long term consequences

 8     to the District.  We did not get into personalities by

 9     and large.

10  Q.  By long term consequences, what were you getting at,

11     Jeff?

12  A.  I have a very strong fear that this District is going to

13     get the kind of reputation -- parents who want their

14     kids to go to the best schools are not going to want a

15     diploma from this District.

16          I am deathly afraid we are going to start losing

17     our best and brightest, and I don't think they are going

18     to be replaced.  Because I cannot imagine anyone who

19     wants to get their kid into a better college wanting a

20     diploma from Dover.  We are now right up there with

21     Dayton, Tennessee, heavenly Hillsborough from *Inherent*

22     *The Wind*.

23          I hope I am wrong, but it is my fear.  That could

24     have ramifications on property values, which is going to

25     affect everybody in the District.  It could affect us

1    under No Child Left Behind.  If our average test scores

2    start going down, penalties start kicking in, it starts

3    hitting everybody in the pocketbook.  So we have had

4    several discussions on that subject.

5         And Mr. Snook and I did not argue with each other.

6    I will put it that way.

7  Q.  In terms again of the long term consequences as you see

8    them, any others that you have discussed with Mr. Snook?

9  A.  Difficulty in retaining teachers, administrators, again,

10   the effect on morale.  But we didn't cite specific

11   teachers or specify administrators.  We just said it

12   could be a real -- Mr. Snook was on the Board for like

13   12 years.  So he is pretty, you know.

14 Q.  And during those conversations, anything else in terms

15   of long term consequences?

16 A.  Nothing comes to mind.

17 Q.  Anything else in general that you discussed with Mr. --

18 A.  We also discussed -- I'm sorry.  I guess this

19   qualifies -- this is actually my opinion -- as a short

20   term consequence.  If we would lose the lawsuit -- and

21   believe me, I am not disparaging your firm's legal

22   skills here --

23 Q.  No offense taken.

24 A.  -- but somebody always loses the lawsuit.  It is like

25   playing baseball.  You come to win; sometimes you don't.

```
 1          opinion of Mrs. Harkins is extremely low.
 2    Q.    I understand that.  It seems like there is an intense
 3          political controversy here.
 4    A.    Well, it actually predated her joining the Board.
 5    Q.    Okay.  In terms of comments that touch on the issues in
 6          this case, the biology text or biology curriculum
 7          change.
 8    A.    Okay.  On that, no.  I just did remember one thing he
 9          did say concerning Mrs. Harkins.  This was before she
10          was on the Board.  It is amazing what you jog when you
11          start talking.
12                Mrs. Harkins had come before the Board prior to
13          her election as a Board member, which you know.  She
14          wanted a property tax exemption for a piece of land that
15          she owned.  And for whatever reason, the Board did not
16          give it to her.
17                And she made the statement according to Mr. Snook
18          -- I wasn't on the Board then -- she made the statement
19          that she was going to run for the Board and get her
20          revenge.  This, again, is Mr. Snook's recollection.  I
21          was not present when this incident occurred.
22                And he brought that up.  And I remember saying
23          well, she's found a novel way to do so.
24    Q.    Let me ask you:  Now at some of these Board meetings,
25          too, Mr. Snook is in the audience, and he is offering
```

1          his criticisms of the Board.

2                  Did you see those in much the same light as you

3          saw Mrs. Callahan's comments?

4     A.   They were political, but what a world of difference in

5          style.  I am sorry, but style matters.  I found this out

6          over the years.

7                  I can get away with a lot of things because of the

8          way I say it.  And Mr. Snook has apparently learned this

9          as well.

10                 But yes, he had -- I viewed Mr. Snook as having

11         certain political axes to grind on occasion.

12    Q.   How about Lonny Langione, have you had discussed with

13         him?

14    A.   Not about -- no.  I have said hi to him a few times

15         since then.

16    Q.   No discussion of the litigation?

17    A.   No.  Nothing, no.  The only one of those from that group

18         that I have had any real conversations with have been

19         Mr. Snook.

20    Q.   Was Mr. Langione also someone who was in the public

21         portion of the Board meetings after he was displaced

22         from the Board?

23    A.   Not nearly so much.  He attended a few meetings, but not

24         nearly to the extent that Mr. Snook and Mrs. Callahan

25         did.

1   Q.   When he did attend, did he attend in the company, or did

2        he keep company with Barrie Callahan?

3   A.   Yes.

4   Q.   And Mr. Snook?

5   A.   I think so.  I shouldn't even say that he definitely

6        did.  I didn't really look.  I assume he would since

7        they have all known each other for a long time.  But to

8        be honest, I don't really know.

9   Q.   How about the science teachers?  And, again, I am just

10       trying to -- let' look at some discussions since you

11       stepped down from the Board.

12            Have you spoken with any of the science teachers

13       about the biology text or biology curriculum?

14  A.   I made a comment to Bert Spahr at the one public

15       meeting.  She was sitting behind me, and somebody

16       asked -- I think I remember her response.  I am trying

17       to remember what provoked it.

18            Somebody said something about why does the Board

19       think you are so opposed to Intelligent Design?  And I

20       told her they apparently think I am in a huge hurry to

21       get to hell.  She thought that was humorous.  That is

22       pretty much the extent of my conversation with Bert

23       Spahr.

24  Q.   Okay.  I could see why she would be amused.  What

25       underlies that, Jeff?

```
 1   Q.   You know why you are here, Jeff.  You were on the Board.
 2        When did you first get on the Dover Area School District
 3        School Board?
 4   A.   1989.
 5   Q.   What brought you out to serve on the Board?
 6   A.   The horror stories my wife kept bringing home.
 7   Q.   Go ahead.  Elaborate.  What were the concerns?
 8   A.   Those were the days when the other faction was running
 9        things.  We had a different Superintendent.  And quite
10        frankly, some of his actions struck me as highly
11        suspicious.  In the sense that I mean it was difficult
12        to understand some of his actions without attributing
13        financial chicanery.
14             I began to suspect the man might be guilty of
15        criminal actions.  And believe me, if I could prove any
16        of that, he would have been led away in handcuffs a long
17        time ago.
18   Q.   So you had a concern for fiscal responsibility generally
19        speaking?
20   A.   Right, yes.  I felt that things were being done in a
21        very high handed and suspicious manner based on what she
22        was telling me was happening, both at the Board meetings
23        and behind the scenes.
24   Q.   All right.  Now was that an election?  Were you elected
25        to the Board?
```

1    A.    Yes.

2    Q.    Or appointed?

3    A.    They would have never appointed me.

4    Q.    Were there any other issues that your wife discussed

5          with you that led you to --

6    A.    She discussed other issues, but those were the ones that

7          got me really -- got me interested.  I shouldn't even

8          say interested.  More and more, I was convinced that

9          somebody had to do something.

10         But my wife never, never asked me to run for the

11         Board or even suggested that I run for the Board.  She

12         was aware that Alan Bonsell's father Don Bonsell, who

13         was then on the Board, was twisting my arm pretty much

14         out of the socket to get me to run.

15         I only found out why later.  Don had been her

16         political ally while he was on the Board.  He wanted to

17         leave the Board and run for Township supervisor, which

18         he is now a Township supervisor.

19         My wife forced him to promise her that he would

20         get someone to replace him, little dreaming that it

21         would be her own husband.  I suspect he was twisting

22         other people's arms, but mine apparently twisted out of

23         the socket easier than anybody else's, partially because

24         I was already prepped for it by all the horror stories I

25         had heard.

1          It was actually Don Bonsell more than anyone else

2     who really convinced me that I should run for the Board.

3  Q.  When Don Bonsell urged you to run, was he also concerned

4     with the fiscal responsibility?

5  A.  Right, yes.

6  Q.  Did you run with other people when you --

7  A.  No.  I met Noel Wenrich, who was also running for the

8     Board that time.  In fact, Noel inadvertently had a lot

9     to do with my deciding to run.

10          I was very apprehensive about the idea of a

11     husband/wife team on the School Board.  I thought it

12     looked a little odd.  And at the time, there were five

13     seats open.  Don Bonsell was not running for his.

14          So I am looking at it like if I run, even if

15     people don't like the idea of a husband and wife team,

16     they really don't have much choice.

17          This person named Noel Wenrich, we weren't even

18     sure if it was a man or a woman with a name like

19     N-o-e-l.  I filed, and I was like now I can run because

20     now if people don't want a husband and wife team, they

21     have another choice.  They don't have to vote for me.

22          I try to be considerate of voters when it is

23     possible.  I am serious.  I am not making this up.  That

24     really pushed me.  It was like I didn't feel like I was

25     forcing myself on the voters at that point.  It was like

1    if they don't want me, they don't have to vote for me.

2         But at this point, I didn't know anything about

3    Noel Wenrich, other than male or female, they were

4    running for the Board, and that was good enough for me.

5         I met him on Election Day.  We had both taken off

6    work that day and put on our suits and ties.  And I made

7    a little button.  It was my total campaign expenditure.

8    It said Jeff Brown, School Director.  I made it myself

9    so it didn't cost me anything.

10        We met shaking hands in front of there.  And we

11   sort of -- I had seen the Voter's Guide.  They covered

12   the election in the local papers because it was

13   contested theoretically.

14        And I felt we had some things in common.  We hit

15   it off and ended up going from polling place to polling

16   place together.  I got my mother to vote for him, and he

17   got his mother to vote for me.  It just worked out that

18   way.  So that was sort of in a round about way.  But the

19   truth of the matter is no, it was just an ad hoc thing.

20  Q.   What is the term?

21  A.   Four years.

22  Q.   A four-year term.  So you served more than one term?

23  A.   Right.

24  Q.   So that means you ran again in what?

25  A.   2003.  At which point, I endorsed and was endorsed by

1     Bill Buckingham.  We will get him out there front and

2     center.  Jane Cleaver, Noel Wenrich, and that's it.

3          I endorsed, but was not endorsed by Heather

4     Geesey.  I campaigned for all of them.  And all of them

5     except for Heather campaigned for me.

6          And that was another situation.  We had five

7     people running -- six people running for five seats.

8     And the reason that I endorsed Heather Geesey was purely

9     Machiavellian.  That sixth candidate was Barrie

10    Callahan, and I figured my endorsement might be worth

11    something.  Apparently, it was.

12  Q.  I see.  Was it Heather who unseated Barrie Callahan?

13  A.  Technically in the sense that the other four were on the

14    Board.  Bill Buckingham and Jane Cleaver had been

15    appointed to fill the seats that Larry Snook and Lonny

16    Langione resigned.  They were already on the Board;

17    although, they had never been elected.

18  Q.  Who appointed them?

19  A.  The Board, the remaining Board.

20  Q.  That would be the Board as constituted at the time that

21    Mr. Snook --

22  A.  That would have been Casey and I, Sheila Harkins, Alan

23    Bonsell, Angie Yingling and Barrie Callahan.  And I

24    missed somebody.  Did I miss Noel Wenrich?

25  Q.  You did.

1   A.   Okay.  That is who appointed them.

2   Q.   In the 1999 election, was there any issue as you saw it

3        that dominated that election?

4   A.   Yeah, me.  Seriously.  For whatever reason, nobody else

5        wanted to talk to the press.  And I didn't have a

6        problem talking to the press.  They would do an article

7        on the Dover School Board, and this much of it was about

8        the other five candidates, and the rest was all me.  I

9        don't know why.  They wouldn't talk.

10            I just came out swinging.  I thought I am going to

11       have fun.  If I don't get elected, I am going to have

12       fun.  And then people started -- the opposition started

13       saying that this husband and wife team, this was

14       horrible.  Basically all about me in 1999.  Never was

15       again us.  Just that once.

16  Q.   How about in 2003, did you have a sense there was any

17       issue that dominated that election?

18  A.   Basically, what we were running on was what we had done

19       so far.  Four years ago, there were a total of eight

20       candidates for four offices.  The four candidates that I

21       had endorsed -- Casey was one of the four candidates --

22       they got 70 percent of the vote.

23            The issue then was the building project.  The old

24       Board had put together a building project that included

25       a new auditorium.  And we took the position that we did

1   not need a new auditorium for three and a half million

2   dollars.  In this District, that is a lot of millage.

3        We ran against their building project.  We said we

4   could do it a lot cheaper and still get the same

5   educational results because silly me, I don't think an

6   auditorium has that much educational value.  And we were

7   elected.

8        And when we ran in 2003, we were essentially

9   running on the strength of the building project we had

10  done.  But basically we said it, we said we could do, we

11  did it, here it is.

12       It was essentially a put them back in office,

13  folks, they are doing a good job kind of campaign.  And

14  we had no real opposition.

15       Barrie ran for reasons I don't understand.  She

16  had been marginalized so much on the Board by then, just

17  basically because she didn't agree with us on most major

18  issues.  For her to run alone like that never made any

19  sense to me.  I don't know what she thought she was

20  going to accomplish.  Nobody ran with her.

21  Q.  Since you have been on the Board, Jeff, have you been on

22      the curriculum committee?

23  A.  No.

24  Q.  If we look at your tenure on the Board in general, and

25      then obviously there's some sense in which religion has

1          some interplay here with these issues as seen from the

2          perspectives of all of the participants, let's look at

3          your tenure on the Board and look for issues that speak

4          to religion, religion in the schools, the Pledge.

5               Let's go through those.  Tell me, first of all,

6          sitting her today and looking back at our tenure as a

7          Board member, did you see a number of issues come before

8          the Board that you believe had religious dimensions?

9     A.   Yes.

10    Q.   Tell me what they were.

11    A.   You just mentioned the Pledge and Intelligent Design.

12         Those two.

13    Q.   You know, Jeff, let me ask you:  Was there any prayer in

14         the schools issue during your tenure?

15    A.   Officially, no.  In public meetings, no.  In private

16         conversations, yes.  It was brought up several times.

17    Q.   I thank you for your full answer because that is what I

18         want to learn about today.  Let's look at just that

19         general issue of prayer in the schools.

20               You said there was no public discussion about that

21         issue by the Board?

22    A.   No, none.

23    Q.   Apparently, there was some private conversation?

24    A.   Yes.

25    Q.   I take it it was a conversation among Board members?

1   A.   Yes.

2   Q.   Tell me what you can recall about that.

3   A.   Okay.  Heather Geesey, Alan Bonsell, Jane Cleaver, Bill

4        Buckingham all stated with varying degrees of

5        forcefulness and conviction that they believed taking

6        prayer out of school was a mistake and that it had

7        caused -- they attributed an awful lot of problems to

8        its absence that I don't necessarily agree it caused.

9        But that is just opinion.

10            And again, all those I mentioned I know for a fact

11       discussed the subject.  There are degrees within that.

12  Q.   Let me ask you to get a little more detail.  Are you

13       referencing statements all made at one time as part of

14       one conversation, or were there --

15  A.   Pretty much.  I think there were two separate

16       conversations, but it was basically, yeah, pretty much

17       people were chiming in and adding their $0.02 worth.

18  Q.   How did it come up?

19  A.   That, I can't remember.  I really cannot remember what

20       brought it up in the first place, but I do know it took

21       place at least twice.

22  Q.   Sure.  Tell me on these two separate occasions, the

23       first one, when was that about?

24  A.   That would have been last year during -- it was after

25       the -- I shouldn't even say -- the truth of the matter

1    is the Intelligent Design issue morphed into an

2    Intelligent Design issue.  It began as Creationism.

3        It was somewhere after that period -- you know,

4    the first thing to come up was the Pledge of Allegiance.

5    That came up in November of 2003.  I remember it very

6    specifically because it came up the night before

7    election.

8        We got our Board packets on -- we have our

9    meetings on a Monday.  The Thursday before that, our

10   Board packets are hand delivered to us so that we have

11   time to review the materials and prepare.

12       And I am going through my Board packet on

13   Thursday, and here is this thing about a motion to make

14   a statement supporting keeping the Pledge of Allegiance

15   in the -- keeping the phrase under God in the Pledge of

16   Allegiance, which was before the Supreme Court at that

17   time.

18       It didn't sit right with me.  For one thing, I was

19   like why are we even doing this?  I shouldn't say it

20   came up that day.  It actually came up the meeting

21   before that.  Larry Snook had suggested we do just this

22   thing in a public meeting.

23       The entire Board sat there like an oil painting,

24   and it died without a comment.  And I came home and said

25   well, thank goodness, they didn't take the bait on that.

 1          Larry is obviously up to something.

 2                I have since given him credit for driving me off

 3          the Board.  I said Larry, you succeeded beyond your

 4          wildest dream.  Because in a round about way, that kind

 5          of started this whole ball rolling.

 6                But when we got our Board packets for the

 7          following -- that would have been the last meeting in

 8          October.

 9    Q.    Okay.

10    A.    The Board packets for the first meeting in November,

11          this issue is in there.  I am like why are we even

12          sticking our noses in this?  It bothered me.  I wasn't

13          even sure why.  Why are we doing what Larry Snook wants

14          us to do anyway?

15                All right.  Here is where I have to get mawkish or

16          maudlin or something.  It bothered me, and I wasn't sure

17          why.  And I woke up that Sunday morning, and I had the

18          phrase one nation under Allah going through my head.

19          And I am like what?

20                I teach Sunday school that day.  This is a great

21          thing to wake up to when you are teaching Sunday school

22          that day.  I couldn't get rid of it.  I am like where is

23          this coming from?  What is this good for?  What is this

24          higher being trying to tell me?  That I have been

25          working for the wrong side all these years.

1    I mean it really bothered me.  And that afternoon

2  I am like you idiot.  You're always telling your Sunday

3  school class when in doubt, go to the Golden Rule.

4    Well, would I want to stand up there and say one

5  nation under Allah?  I don't think I would.  Thanks

6  buddy.  So this is where I came from.

7    When this came up that Monday night the day before

8  election, I stated I could not support the resolution

9  because as I interpreted the Golden Rule, since I would

10  not want to say one nation under Allah, I did not want

11  to be in a position of telling other people they should

12  have to say one nation under God.

13    And the roof fell in because nobody heard the part

14  about the Golden Rule, but everybody heard one nation

15  under Allah.  And Mr. Buckingham came out of his chair

16  and made the statement that this is a nation founded by

17  Christians for Christians of Christians, and anybody who

18  doesn't like it can go back where they came from.

19    And I am like Bill, Bill, that isn't -- wow, could

20  we go back here?  Even the newspaper reporter missed the

21  Golden Rule.  I don't know what happened to the Golden

22  Rule.  It got eaten in the process.

23    I got a front page above the fold on Election Day

24  as the one nation under Allah candidate.  I am amazed I

25  won that election.  Thank God it came out in the evening

1          paper and not the morning paper because I think it would

2          have been Barrie would be back on the Board, and I would

3          be a footnote in history.  We wouldn't be sitting here.

4     Q.   Let's talk about that.  I want to get a sense for the

5          exchange among Board members relating to the issue of

6          the Pledge.

7               You recall the statement attributed to

8          Mr. Buckingham?

9     A.   Yes, I do, very vividly.

10    Q.   I could see that.  How about any of the other Board

11         members, did they speak to that?  Alan Bonsell, did he

12         speak to the Pledge?

13    A.   I don't remember anyone off the top of my head except

14         Mr. Buckingham.  There were comments -- we had

15         discussion -- because we did not vote on it that night,

16         we were supposed to, but Casey I guess feeling

17         protective moved that since we normally do not vote in

18         our first meeting, that is called our planning meeting

19         --

20              We have occasionally voted sometimes when we are

21         under a deadline.  Obviously, if we had a disciplinary

22         hearing, we have a very short window.  But normally, we

23         don't vote on issues in that meeting.  We do it the

24         following meeting.  She cited procedure and moved it

25         back a week.

1   All it did was continue the Chinese water torture

2   because I wasn't backing down.  When I get a message

3   from on high, I even talked to my minister about it.

4   She said do you believe this is really what God -- I

5   said yeah.

6   She said if you ask for help, and you feel you got

7   it, you better go with it.  So I took my stand of saying

8   sorry, God.  We got to take you out of the Pledge, and

9   it is your own fault.  You should have a talk with your

10  son.

11  I know I am being flip.  I have to.  I get maudlin

12  and mawkish there for a minute.  That makes me

13  uncomfortable.  So during that week, there were

14  discussions in private with me.  I know Alan was stunned

15  by my reaction.  He couldn't understand it.

16  He tried very hard, but I will say he tried in a

17  friendly, nonconfrontational manner to convince me to

18  vote with the majority on this.  I took it as friendly

19  advice.  I did not take it as any kind of a threat.  It

20  wasn't a threat.  What he is going to do?  I had just

21  been elected, God knows how.

22  Because I will say this:  One of my former

23  classmates told me afterwards, he said, I don't think

24  that helped you.  He said my wife came home from work,

25  and I said did you vote today?  And she said oh, I

1    forgot.  I am tired.  I don't think I am going to.

2         She started to read the paper and said is this

3    that guy you went to school with?  Yeah.  I am going to

4    vote.  I don't think she voted for you.

5    Q.  Let me ask you:  You have got the Pledge.  You make this

6    statement of your convictions in the public meeting.  It

7    attracts notice?

8    A.  It attracted notice.  It went over a hundred people at

9    the next meeting, and they were out for my blood because

10    the paper had reported it.

11    Q.  That is okay.  What I want to track down is the private

12    discussions you had with the Board members first.  I do

13    want to talk about the meeting.

14         What did Alan say when he came to you?

15    A.  He did not understand my objection.

16    Q.  In the sense of?

17    A.  He just literally I guess just didn't see it, couldn't

18    get it.  To him, it was simply a matter of -- as he

19    interpreted it, this is something that should be in the

20    Pledge of Allegiance.  He did not elaborate.

21    Q.  And --

22    A.  I didn't ask him either.  At that point, I was just

23    wishing it would go away.

24    Q.  How about Sheila Harkins, did she talk to you about the

25    issue?

1   A.   Yes.  Sheila called because Sheila also voted -- Sheila

2        and I abstained on that vote.  She called me beforehand

3        and talked about her problems with it, that she felt it

4        was intrusive, that it really wasn't any of our

5        business.

6             And I said well, I plan to just simply abstain.

7        And she said yeah, I think that sounds good to me.  What

8        is Casey going to do?  I said I am not sure.  She is

9        preparing a statement to read.  I assume she is going to

10       abstain, but I don't know.

11            As it turned out, Casey voted for it and regrets

12       it forever.  But Sheila and I abstained on that.  We did

13       have a discussion on that.  We didn't get into -- we

14       basically viewed it as a moral issue.  We didn't really

15       discuss religion all that much other than the fact that

16       I reiterated my Golden Rule.  I saw it as the Golden

17       Rule.

18  Q.   Let me just make sure I am understanding you, Jeff.  Was

19       it your sense that putting it in there might be

20       offensive to persons who didn't agree with it?

21  A.   I could see how it could be.  As I said, if it said one

22       nation under Allah, that might have bothered me.  I

23       don't know.  I could see how it could.  That was good

24       enough for me.

25            Anyway, we were only -- the newspaper reported it

1    as though we were going to take a vote on whether we

2    were going to leave it in this school.  It turns out in

3    the state of Pennsylvania, you cannot.  It is the law.

4    It must be in there.  It is beyond the purview of a

5    Board to put it in or take it out.

6         Can't touch the Pledge of Allegiance in

7    Pennsylvania.  I don't know why.  I do know why,

8    politics.  Same reason I didn't get that lady's vote.

9    They do.

10        But that is how it was played up in the paper.

11   Q.   Okay.

12   A.   And we had a full house that night.

13   Q.   How about Bill Buckingham, did he have any private

14   conversations with you after this -- you have got an

15   exchange here?

16   A.   We discussed it afterwards where I reiterated what I had

17   actually said as opposed to what I assumed he had heard.

18   He didn't have much comment.  He just sort of gave me

19   this look like I don't know what -- I am not going to

20   speculate what the look might have been.

21        It didn't look very favorable.  We didn't have a

22   lot of discussion on it.

23   Q.   How about Noel, did you have any private conversations

24   with him?

25   A.   Noel was the Board President at that time.  I even said

1          to Noel, I said look, this is what we could do.  We go

2          to take the vote.  I can excuse myself, leave the room,

3          and that way the vote will be unanimous.

4              He said I don't care if it is unanimous.  I am not

5          going to report that one way or the other.  I said fine,

6          I am abstaining.  That was pretty much my conversation

7          with Noel on the subject.

8  Q.   Let me ask you:  When these people came to you, Jeff,

9          did you see them as trying to address the controversy

10         that had sort of erupted, or did they see you as being

11         in a difficult predicament?

12 A.   No.  It was more personal than that.  I felt they were

13         seriously concerned for the state of my soul.  To be

14         honest with you, that is how I took it.

15 Q.   Really?

16 A.   We were friends then.  Bill and I were still -- he had

17         blown up, but this was the beginning of the end of that.

18         But it was a long beginning.  It took a while until Bill

19         stopped basically talking to me.

20             Alan and I really haven't stopped for all -- I

21         have already reiterated things I have heard.  But it is

22         like I do believe half of what I see and none of what I

23         hear.  So I will give him the benefit of the doubt.  I

24         didn't hear him say it.

25 Q.   That is what I am trying to get a sense for.  You have

1          people you told me you are friends with coming to you

2          and trying to get a better understanding of your

3          position.  Is that fair?

4    A.    Yes.

5    Q.    And then Noel is trying to figure out how to address it

6          at the next meeting of the Board?

7    A.    Right.

8    Q.    So tell me about that next meeting.  What was the --

9    A.    Okay.  We had a lot of people there.  And they were

10         basically out for my blood because, you know, I was the

11         guy putting under Allah in.  I don't know how they were

12         interpreting it.

13              At any rate, I had felt -- okay.  We had an

14         executive session beforehand.  And we were like -- they

15         quite often go past deadline.  But that night, we were

16         like let's get this thing done here.  We have got a

17         hungry crowd out there.  The lions are getting hungry.

18         I used that phrase.  That was me.

19              The last thing I said -- and Bill had also taken

20         flack for his statement.  He and I had taken flack from

21         different segments, but we had both taken flack.

22              And the last thing I said to Bill before we walked

23         out was -- there were TV crews there.  And he said he

24         had prepared a statement to read.  He told us that in

25         executive session.

1          The last thing I said to him was Bill, don't feed

2     the monster.  Well, he fed the monster.  He read a

3     prepared statement in which he reiterated his statements

4     from the week before.  And they ran on the local news.

5          And me, I sat there like a mouse.  I already said

6     my piece.  I am not feeding the monster.  I am not

7     interested in melodrama here.

8          The only thing I said in that meeting at one

9     point, some woman got up and was pretty much addressing

10    me directly for wanting to vote to take under God out of

11    the Pledge.  And I told her we are not doing that.  And

12    I referred her to Noel, the Board President, and left

13    him explain what we were actually doing.  That was my

14    total involvement from that point on.

15 Q. Let me ask you about that.  If you go back to the

16    statement you originally made, which you have given here

17    at length, how was that statement reported?

18 A. It was reported without any reference to the Golden

19    Rule.

20 Q. It just appeared as one nation under Allah?  What was it

21    that --

22 A. No.  She didn't get that -- as it reported -- basically,

23    I had no quarrel with the article in the paper at all.

24    In fact to be honest with you, she took two different

25    sections.  There was a section up here, an altercation

```
 1   A.   Yes.  It didn't run on the evening news, but he had said
 2        then -- I cannot say for certainty that he said it in
 3        his prepared statement, but he had said it the preceding
 4        meeting because I think Sheila Harkins jumped him about
 5        that, about separation of church and state.
 6             He said that the separation of church and state --
 7        I can't say if he said in his opinion -- is a myth.  I
 8        don't know if he said in my opinion in there or not.
 9   Q.   How about do you recall in these meetings dealing with
10        the Pledge Mr. Buckingham making any statement about
11        Christ dying on the cross?
12   A.   No.  That came later.
13   Q.   All right.  Well, in terms of public comment by other
14        Board members about the Pledge resolution, can you
15        recall Noel Wenrich speaking to the resolution during
16        this meeting, the second meeting on the issue?
17   A.   Obviously, he answered that woman's question that I had
18        dumped in his lap, but I figured hey, they are not going
19        to believe me anyway.  Get this from the Board
20        President.
21             I believe he did, but I have no idea what it was.
22   Q.   I mean I understand --
23   A.   I'm sorry.
24   Q.   I want to get what you recall.  How about Sheila
25        Harkins?
```

1    A.    Sheila addressed it at both meetings.

2    Q.    Tell me --

3    A.    The second meeting -- because I had told her I am done

4          talking about it.  I said I made my statement.  I am

5          going to abstain.

6                And she kind of agreed in principle.  But that

7          said, at the meeting, she did make some statements.

8          They were not supportive of keeping it in the Pledge,

9          but I can't be more specific than that.

10   Q.    How about who else was on there?  Angie Yingling, did

11         she speak to the issue?

12   A.    She may have.  Again, to be honest, yeah, nothing is

13         coming back.  Casey, of course, read a statement.

14   Q.    Right.

15   A.    I think she gave you that statement.

16   Q.    She did.

17   A.    That is better.

18   Q.    Barrie Callahan would still be on there; right?

19   A.    Yes, she was still on there.  I don't think she

20         addressed the issue at all.  She did vote for the

21         resolution, but I don't think she said anything one way

22         or the other.

23   Q.    How about Alan Bonsell, do you recall him speaking to

24         the issue?

25   A.    It seems as though he probably did, but nothing very

1    confrontational.  Alan is not a particularly

2    confrontational person.  No.

3         I can't recall anything specific.  Although, I do

4    think he probably did, but I am pretty sure Barrie

5    didn't.  And I know Sheila did.  And, of course, I know

6    Bill and Casey and I did.  But they are the only ones.

7    I am vague, fuzzy on that.

8    Q.  You mentioned your wife.  Did she speak to the issue

9        apart from her prepared statement?

10   A.  Well, she answered a member of the audience who impuned

11       her patriotism.  That is not a good move.  As I said,

12       her grandfather was an Earl.  They can trace her family

13       back to 1066.

14            I am going to tell you something about William the

15       Conqueror, when he picked a noble, he picked somebody

16       for the ability to cut heads off and sleep like a baby

17       that night.  And blood does seem to tell true I will

18       tell you.

19            She is not somebody to impune.  You don't do that

20       to her.  She backed him down.

21   Q.  And just give me -- I can see that having deposed your

22       wife, a formidable woman.  Give me the thrust of her

23       response to this man who insulted her patriotism?

24   A.  My family has searched in every war this country has

25       fought since the French and Indian War.  I, myself, have

1      served in the military.  My father retired as -- what

2      the heck -- a General.  It wasn't Lieutenant.  I forget

3      what it was.  He retired as a General U.S. Army.  He

4      started as a Buck Private in 1939.

5           Do not stand there and impune the patriotism of me

6      and my family.  He sat down.

7   Q.  Good enough.  You told me also that somehow connected in

8      your mind with the Pledge issue, there were these

9      discussions relating to prayer in the schools.  Wait.

10     Let me stop there.

11          Executive session comments beforehand, can you

12     recall any comments among Board members relating to the

13     upcoming vote on this issue of the Pledge?

14  A.  Other than Alan, I believe that is when it was that Alan

15     encouraged me to vote, to change my mind.  And he wasn't

16     threatening.  He wasn't threatening.  He seemed

17     concerned.  He frankly admitted he did not understand my

18     position.

19  Q.  Concerned do you think with the way you were going to be

20     perceived, your vote would be understood?

21  A.  Partially.  As I said, I felt he was genuinely concerned

22     for me and my spiritual well-being.

23  Q.  And why do you say that, Jeff?  You had this sense --

24  A.  His tone of voice.

25  Q.  And by that, what do you mean that it was --

| | |
|---|---|
| 1 | A. It was solicitous.  It was concerned.  It was friendly. |
| 2 | Q. So you thought he had your best interests at heart? |
| 3 | A. Yes, I did as he understood them, yes. |
| 4 | Q. Sure.  All right.  Now it seems that this Pledge issue |
| 5 | then engendered some discussion about prayer in the |
| 6 | schools and so on.  Or did I misunderstand your |
| 7 | testimony? |
| 8 | A. Yeah, you did.  When I said that came later, I meant |
| 9 | months later that comment died on the cross.  I will not |
| 10 | say the audience never brought up the subject.  They |
| 11 | very well could have. |
| 12 | It was the kind of audience that I am sure it was |
| 13 | there.  But there was no discussion by the Board.  As I |
| 14 | said there has never been any public discussion by the |
| 15 | Board on prayer in schools. |
| 16 | Q. Let's look at the private discussions that you have |
| 17 | recalled.  Tell me about them.  When did they come up? |
| 18 | A. Last summer after the thing began to surface with -- it |
| 19 | all started with the laced with Darwinism back in May of |
| 20 | last year.  I am not even sure of the month. |
| 21 | Q. So the summer of 2004? |
| 22 | A. Yeah.  There were two different discussions concerning |
| 23 | prayer in school.  And as I said, it was Jane Cleaver, |
| 24 | Alan Bonsell, Heather Geesey, Bill Buckingham that I can |
| 25 | recall.  All stated to greater or lesser degree that |

1    they felt it was a mistake.  They didn't approve of it.

2         Again, when you lump that many people together, I

3    probably shouldn't, but the problem is I can't remember

4    too many specific quotes by too many specific people.

5    It was just a general sense of -- I guess that is not

6    very helpful unfortunately.

7  Q.  That is fair enough.  Anyone asked to recall

8    conversations that took place a year ago is going to

9    have some difficulty.  But I do need to get a sense for

10   what you can recall.

11 A.  They were definitely not in favor of it.  None of them

12   were in favor of it.  And at least some of them, if not

13   all, wanted to see it undone.

14        There was no specific discussion of any Board

15   strategy to do anything about it.  But that said, there

16   was -- I am probably remembering it as a group because

17   it is one of those situations where people make a

18   statement, and the other people standing there sort of

19   nod and agree.  They don't necessarily say anything, but

20   you get the sense that they are in general agreement.

21        And there was definitely general agreement that it

22   should be -- it should never have happened, and it

23   should be undone.  But there was no discussion on

24   specific methods to undo it.

25 Q.  Can you recall what spurred --

```
 1   A.   No, I can't.  It probably segued out of the Intelligent
 2        Design, or at that point, it may have been the
 3        Creationism discussion.  Because when this first came
 4        up, it was Creationism and not Intelligent Design.
 5            Creationism morphed into Intelligent Design later
 6        on.
 7   Q.   Let me take a break for a second.
 8   A.   I will be glad.  How about more than a second?
 9            (A recess was taken.)
10                           AFTER RECESS
11   BY MR. GILLEN:
12   Q.   Let's get back to the discussion of prayer in the
13        schools, Jeff.  You recall two discussions.  For the
14        purposes -- it seems based on your recollection, you
15        have grouped Jane Cleaver, Alan Bonsell, Heather Geesey
16        and Bill Buckingham together on this issue?
17   A.   On this issue.
18   Q.   We got summer of 2004 as the temporal time?
19   A.   Yeah.  Somewhere after the laced with Darwinism speech.
20   Q.   Let me ask you in terms of temporal proximity to Board
21        meetings, were they discussions had in connection with
22        Board meetings?
23   A.   They were in executive session.  It obviously had to do
24        with other things because I am not aware -- they just
25        evolved.  They just came out of the general gab fest
```

1        that executive sessions frequently turn into.

2              Sometimes you feel like you are under a lot of

3        pressure and just let off steam in there.

4   Q.   And do you have a sense for what led the discussion in

5        that direction?

6   A.   My sense is that it grew naturally out of the discussion

7        on Intelligent Design because there was a great deal of

8        religious -- it was seen as a -- the Intelligent Design

9        issue was seen as a religious issue by several Board

10       members, most emphatically Mr. Buckingham, but also to a

11       lesser degree all of the other ones I just named.

12             None of them ever made the statement that it was

13       strictly a scientific issue.  Quite the reverse.  It was

14       in their minds.  Now I will say this:  They were very

15       much of the opinion -- and I think all of them are, and

16       I don't think I am exaggerating at all.  All the

17       individuals I just named I believe are convinced that

18       Darwin's Theory of Evolution is essentially a hoax.  It

19       is perpetrated for reasons, I am not quite sure what the

20       reasons are.

21             But at any rate, their feeling is, they have made

22       statements -- and I can't say all of them have, but I

23       have heard statements made by some of the Board members,

24       Alan Bonsell in particular comes to mind, that

25       scientists know there isn't much -- that the evidence

1     for evolution is spotty or suspect, but they suppress

2     it.  They suppress the nature of it being spotty, which

3     to me that is your classic hoax.  When you suppressing

4     evidence.  I don't think any of them ever used the word

5     hoax.  That is my term.

6          But they do believe that the scientific community

7     is perpetrating this for reasons that I quite frankly

8     don't understand.  But I think they do sincerely believe

9     that.

10   Q.   You have referenced a comment by Alan Bonsell about

11        Evolutionary Theory about the evidence being spotty or

12        suspect?

13   A.   The gist of that conversation -- and I am paraphrasing I

14        know -- was that they know there is not any real

15        evidence for it, but if anybody tries to point it out,

16        they suppress it.

17   Q.   And they means?

18   A.   The scientific community as a whole.

19   Q.   Apart from that comment, do you recall Alan Bonsell

20        making any other comments directed specifically to the

21        merits of Evolutionary Theory?

22   A.   Yes.  In public comment, he was skeptical.  But it fell

23        within the purview of what I would consider reasonable

24        questions, gaps in the fossil record, etcetera.

25             Just to be utterly fair about it, Noel Wenrich,

1    who ended up not voting for the Intelligent Design, was

2    also a vocal critic, and continues to be -- because I

3    saw him last night -- a vocal critic of Evolution.

4        Noel I happen to know for a fact believes the

5    earth was created in six 24 hour days about 6,000 years

6    ago.  He believes that.  You will have to get his reason

7    in his deposition why he did not vote for the issue.

8        So it didn't exactly split along strictly lines

9    based on people's personal religious beliefs, but for a

10   number of the Board members, their personal religious

11   beliefs had a great deal to do with it.  And they made

12   that clear in executive sessions.

13  Q.  Let's look at that while we are at it.  What other

14   statements are leading you to that conviction, Jeff,

15   that Alan Bonsell --

16  A.  I don't want to nail Alan too hard because the truth is

17   Alan was probably the most reasonable of that group.

18   And what I mean by reasonable, I guess I should explain

19   that.  He was the least confrontational.  He was the

20   most accepting of other people's rights to feel

21   otherwise.

22       But I never for one second believed that there was

23   any doubt in his mind that evolution is a hoax, that --

24   I better not even choose the phrase getting God back

25   into the school.  The phrase that Alan used most

 1          consistently was doing the right thing.

 2               Now it was quite often used in direct conjunction

 3          with a statement by another Board member of getting God

 4          back into the schools, but I don't recall Alan ever

 5          using that phrase.  The phrase that he most commonly

 6          used was doing the right thing, doing what is right.

 7               But he would use that as a form of agreement with

 8          someone who had said we need to get God back into the

 9          schools again.  So I don't want to come down too hard on

10          Alan because Alan was actually the more -- I don't know

11          if the word is cautious or less confrontational about

12          it.  He was in agreement, but he was a little more

13          guarded in his speech.

14   Q.     Okay.  And this is what I am trying to get a sense for,

15          Jeff.  And maybe the way to do this is try to isolate

16          it.

17               You have a sense that certain people see the

18          Intelligent Design issue as connected to getting God

19          back into the school.

20   A.     I believe it is all part of a piece to them, yes.

21   Q.     I want to get the basis for your belief.  And so far,

22          you have told me that you see Alan is making statements

23          about the evidence of Evolution is spotty and suspect,

24          the scientific community is perpetrating a hoax?

25   A.     I am sorry, the perpetrating a hoax is my phrase.

1       Suppressing contrary information is more what he said.

2   Q.  Sure.  And you indicated he mentioned some specific

3       complaints such as gaps in the fossil record?

4   A.  Right.

5   Q.  Now let's stay with Alan and tell me what else you can

6       recall him saying about Evolutionary Theory.

7   A.  Evolutionary Theory, that does pretty well cover it.

8   Q.  Those were his themes on that issue?

9   A.  Right.  Alan has never made any secret that he believed

10      God created the earth.  That is not to me any problem at

11      all.

12          A Board member or public figure has every right to

13      any private beliefs they want.  I have never had a

14      problem with that.  I have never felt -- it is only when

15      we cross into the public sector, that I think is when we

16      have got to watch ourselves.  Especially, I am most

17      concerned about things that are my own personal belief.

18      They don't belong -- you know.

19          He has made numerous, numerous statements over the

20      years that indicates he believes certain things so on

21      and so forth.  I don't consider them really germaine to

22      be honest with you.  They form a background in one

23      sense.  But I guess I am really -- at least maybe I am

24      wrong here, but what I am is seeing is what we are

25      looking for are things that directly relate to public

1    action involving the taxpayers of the District,

2    etcetera.

3          I am not coming up with anything at the moment --

4    I am sorry -- on Evolution per se, other than he was

5    skeptical of it -- skeptical may be too mild a term.  He

6    quite frankly doesn't believe it.

7          He honestly believes that Evolution could not

8    possibly have happened because it contradicts Genesis.

9    That is it in a nutshell.

10   Q.   What I am trying to get at in a nutshell is the second

11        part of your answer which is because it contradicts

12        *Genesis*.

13             What I am asking is:  Do you recall any statements

14        he made that made that link explicit?  Because what I

15        hear is there's some discussion of religion and prayer

16        in the schools.  There's some discussion of Evolutionary

17        Theory.  There's some discussion of Intelligent Design.

18   A.   Yes.

19   Q.   And I think there is an inference here that they are all

20        connected.

21   A.   Yes.  In my mind, they certainly are.

22   Q.   What I am trying to get at is why.  You have

23        acknowledged someone like Noel has the same beliefs

24        as --

25   A.   Yes.

```
1   Q.   -- Alan, but voted the other way?

2   A.   Right.

3   Q.   So what I am trying to get at is Alan's has ventured

4        some criticisms of Evolutionary Theory?

5   A.   And so did Noel.

6   Q.   Let's look at why.  Is there anything that Alan said

7        that made you think his criticism of Evolutionary Theory

8        or his support for Intelligent Design, at least getting

9        that mentioned in the classroom, was anything other than

10       what he says it is, two scientific theories?

11  A.   I would have to say no.  Because the fact of the matter

12       is Alan -- when Bill -- I am sure that was covered

13       yesterday.  When Bill attempted to hold the biology

14       books hostage to get Of Pandas, Alan stood with Noel,

15       Casey and I and got the four/four split that kept the

16       thing alive until Angie changed her mind, and we got the

17       books.

18            And I viewed Alan -- to be honest with you, the

19       first indication that I got that Alan was now siding

20       with Bill on this issue, I mean in the public arena, I

21       knew he was sympathetic to Bill's views.  I also knew

22       that Noel was sympathetic to Bill 's views.

23            But my first indication in the public area was the

24       night of October 18th when Alan consistently voted with

25       that block.  Up until that time, he had separated
```

1         himself.  And I don't know why that happened.  There was

2         no actual statement by Alan that I heard.  I can't help

3         you there.  I'm sorry.  Maybe that is helping you.  I

4         don't know.

5    Q.   I just want to try and get to the basis --

6    A.   That is why I said in some ways, you have been focusing

7         on Alan.  And in a lot of ways, Alan is the least

8         because he did seem -- I am using, of course, my version

9         of things.  To me, he seemed reasonable.

10            I would use that term for Noel.  Knowing Noel's

11        personal beliefs, to me, it seemed reasonable that Noel

12        would put aside his personal beliefs and act in what I

13        consider more the community's behalf.  But that is, of

14        course, my version of events.

15            He did make a switch, but I don't know when it

16        happened or why.  I know it happened by October 18th,

17        but I don't know why.

18   Q.   And when you said he made a switch, what are you getting

19        at, Jeff?

20   A.   He went with the inclusion of the Intelligent Design in

21        the curriculum, which was not recommended by the

22        administration.  And prior to that, Alan had -- I am not

23        saying this was his reason why, but it was the first

24        time I ever saw Alan buck the administration.

25            Bill and his group of voters bucked the

1    administration on the attempt to buy the book *Of Pandas*

2    *and People* book with taxpayer money, but Alan did not.

3    So the first time I saw Alan -- and it is not a

4    crime.  A School Board member has the right to vote

5    against the administration.  It is just that this was

6    the first time I had seen Alan do it.

7  Q.    Okay.

8  A.    And again, I am only surmising based on, like I said,

9    assorted comment that he was disposed to see it that

10   way.  But Noel was also disposed to see it that way.

11   For reasons I cannot give you, one went one way, and one

12   went the other.  I don't know why.

13  Q.    Okay.  And that is what I am trying to get at, Jeff.  I

14   mean you seem to have a sense that Alan's -- I know we

15   will get to the others, believe me -- that Alan's

16   questioning of Evolutionary Theory and his support for

17   Intelligent Design Theory were based on the consistency

18   of -- based on their relative consistency or

19   inconsistency of each theory with his religious

20   convictions.

21   And I am looking for --

22  A.    A smoking gun?  I don't have one.

23  Q.    Because as you know, Evolution is the text the teachers

24   wanted to purchased.  Evolution is what is taught in the

25   classroom.  So I am trying to find out, if you recall,

1      any specific statements on the part of Alan Bonsell that

2      explicitly linked his criticism of Evolutionary Theory

3      to his belief in whatever the Bible said as he

4      interprets it.

5  A.   I remember one night Bill used the word Creationism in a

6      public meeting, and Alan suggested he use the phrase

7      Intelligent Design instead.  I don't know what that

8      proves.  I just know that he did it because Bill was

9      still using the phrase Creationism then.

10 Q.   And that was after the public meeting?

11 A.   That was at a public meeting.

12 Q.   Let's take a break and get some food.

13          (A recess was taken.)

14              AFTER RECESS

15 BY MR. GILLEN:

16 Q.   All right.  I thought about some of the questions I

17      asked you before the deposition.

18 A.   I have been thinking about some of the questions you

19      asked.  I can't come up with anything.  It was just a

20      general impression.  It was sort of the atmosphere, but

21      no, nothing specific, not that would help in a court of

22      law I am afraid.  That is my opinion.

23 Q.   Let's approach the story sort of chronologically, and

24      let me ask you:  You have seen this issue relating to

25      the biology text and curriculum.

1          When did the issues that have been implicated in

2     that dispute over the biology text and biology

3     curriculum first come to your attention as a Board

4     member?

5  A.  Almost from the beginning of our taking up with the

6     Board.  There was mention, there was discussion -- and

7     again, this would go back to Alan Bonsell, but I don't

8     have any smoking guns on Alan.

9          He made it known very early that he was not happy

10    with Darwin's Theory, that he didn't believe in it, and

11    he didn't -- that's why he wanted to be on the

12    curriculum committee.  He did state his reason was that

13    he was concerned that Darwin's Theory would undermine

14    children's faith in God.

15         And I don't even know that he used the term God as

16    much as it would undermine their religious beliefs.  And

17    I could understand that.  I was supportive from the

18    standpoint I did not believe it was the School

19    District's place to make such statements as well, life

20    evolved from a bunch of chemicals interacting.  It was

21    strictly random chance.  It was strictly -- it is all an

22    accident.  There is no greater purpose.  Nothing is

23    greater than the sum of its parts.

24         Because (a) I don't believe that, and (b) you

25    can't prove it.  And when I first heard the term

1    Intelligent Design, I viewed it as an alternative to the

2    idea that it is all random chance.  And I was supportive

3    of that.  Not in any formal Board actions, but in our

4    informal gab sessions, I agreed that if we are going to

5    tell kids, hey, it could have happened just by pure

6    random chance, then we have to state that it is also

7    possible there is some greater plan at work here.

8         I did not want to get specific because quite

9    frankly, I don't know.  I wasn't around.  But I felt we

10   were on solid ground there for the simple reason that

11   throughout history, lots of people have thought there's

12   some form of an Intelligent Designer.  I don't care what

13   religion you are talking about.  Any religion

14   presupposes some sort of intelligent.

15        That is a historical fact.  It has ever been thus.

16   So I was not opposed to the phrase.  I viewed the phrase

17   Intelligent Design as a valid philosophical

18   counterpoint.

19   Q.   Let me stop you there, Jeff.  Did you understand Alan

20        Bonsell to be talking about what he had read about

21        Intelligent Design Theory?

22   A.   He did not go into any details.  He used the phrase, and

23        I had read it somewhere.  I didn't have a problem with

24        it because I had formed my own interpretation.  I felt

25        we are on safe legal ground here anyway.

```
 1              But it turned out, we were not in any way, shape

 2         or form addressing the origins of life in our curriculum

 3         at all.

 4    Q.   Let me take it with you because I think I know how the

 5         story is going to unfold.

 6              This statement that you are attributing to Alan,

 7         about when?

 8    A.   Almost immediately after we came on the Board.

 9    Q.   Did he start out was one of his first positions when he

10         first got onto the Board on the curriculum committee?

11    A.   Yes, he was on the curriculum committee.  He was

12         appointed to the curriculum committee immediately.  And

13         I think he was the head.  I am not sure.  But I think he

14         was the head of the curriculum committee.

15    Q.   Now tell me, you were going to go on.  Tell me what

16         happened next in terms of this issue then working itself

17         out.

18    A.   We had informal discussions on his concerns.  And I

19         agreed with his concerns.  Because as I said, if you are

20         going to stand there and tell kids in the sense that it

21         is a fact -- and here, I will quote Noel Wenrich from

22         one of his statements that he made in a later context --

23         when you only teach one side, it might as well be a

24         fact.

25              And I agreed that if we were going to -- and this
```

1      was all very informal.  We weren't talking about any

2      actual Board action.  But I agreed in principle that if

3      we are going to tell kids that life could have possibly

4      evolved from total random chance, then I felt we were on

5      safe legal ground to say there are other opinions that

6      we have evolved through some form of Intelligent Design.

7          I viewed it as a very broad statement that would

8      include all religions without getting specific.

9  Q.  Let me ask you there, Jeff, you say include all

10     religions.  On the one hand, we are talking about

11     Evolutionary Theory and Intelligent Design Theory.  And

12     you're seeing as a philosophical --

13  A.  Basically, going as far as what I just said and no

14     further.  No science attached to it at all.  Just simply

15     a statement of how life could have begun.

16         And to be honest, I can't imagine a third possible

17     theory.  If you are going to use Intelligent Design as

18     broadly as I was interpreting it then, I don't know if

19     there is a third way.

20  Q.  Was anything concretely discussed as a specific step?

21  A.  No, nothing concrete.  I knew it was a concern of

22     Alan's.  I shared the concern from the standpoint I did

23     not want us to be undermining kid's religious faith by

24     telling them something that, quite frankly, nobody can

25     prove.

1    I mean I know there are people in this world who

2  believe it all happened by accident.  They don't have a

3  shred of proof.  And to me, that is separate from the

4  whole concept of Evolution.

5    Evolution could be a form of Intelligent Design.

6  In my opinion, it is, but that is just my opinion.  At

7  least, I never saw a conflict between the two.

8    And initially, that was as far as it went, and

9  there was no real discussion on Evolution per se.  Just

10  that particular -- I shouldn't even say attribute of

11  Evolution because I am not even sure it was part of

12  Darwin's Theory that it absolutely had to happen through

13  random chance.  It is more that it could have.

14    I will grant it.  Yes, it could have.  I don't

15  have any proof that there is a God.  If I did, I

16  wouldn't have to be an electrician; would I?

17 Q. So what happened next?

18 A. It was in the background for a long time.  It did not

19  show up on my radar screen.  Now Alan became the Board

20  President and therefore had to turn the chair of the

21  curriculum committee over to someone.  And he chose Bill

22  Buckingham.  Why?  I couldn't tell you.  It never

23  crossed my mind to ask, but he did.

24    And at that point -- that would have been in

25  December of 2003 when Alan became the President.  And I

```
 1        think the committee assignments are usually made in

 2        January.  January of 2003, Bill Buckingham probably

 3        became the chair of the curriculum committee.

 4             There was at that point in time the book *Biology*

 5        was up for review.  We were supposed to buy new biology

 6        books that year.  Barrie Callahan had been on the

 7        curriculum committee.  By this time, she was off the

 8        Board.

 9             But she began asking questions at various meetings

10        about the progress of the biology book, you know, what

11        is being decided.  I don't know if she was getting any

12        information -- I don't know why she singled out the

13        biology book.

14             It is possible she was getting information from

15        teachers that there was foot dragging on this issue.  I

16        don't know.  I have no -- I don't communicate with

17        Barrie.

18   Q.   Do you per chance remember Barrie Callahan saying

19        anything about her daughter not having a book?

20   A.   Yes, she did state that.

21   Q.   Go ahead.

22   A.   But what that had to do with the progress -- because

23        nobody was going to get a book until -- she wasn't

24        scheduled to get a new book until the following

25        September, anyway.
```

1     For whatever reason, Barrie focused on the

2  biology.  There were a couple others.  Home Ec. books

3  were up for review, too.  I don't remember her making

4  much of an issue out of this.

5     She really drilled hard on the biology.  When I

6  say drilled hard, Barrie can be really obnoxious

7  sometimes.  She was apparently good at that.

8 Q. About when did this start with Barrie bringing up the

9  questions?

10 A. She had -- well, basically once she got off the Board.

11  Because for one thing, up until that point, she could

12  bring it up to us as a Board member.  Now she had to do

13  it from the floor.

14 Q. Did she bring it up as a Board member?

15 A. She did, but she was on the curriculum committee and

16  therefore in the loop.  And maybe for all -- I don't

17  know.  I don't know what was going on in that curriculum

18  committee that caused her to focus on it.  Maybe that --

19  I don't know.

20     At any rate, all I do know is that she began early

21  in 2004 to really -- to ask really pointed questions

22  about the progress of this biology book.

23     On one occasion, I remember Mr. Buckingham simply

24  said the book is currently under review, and that was

25  the end of it.  Would he have continued in that vein?

```
 1   Q.   Let me ask you:  I know there is an ordinary sort of

 2        cycle to the text review and purchase.  Is this comment

 3        you are recalling on the part of Mr. Buckingham in the

 4        spring or the summer?

 5   A.   No.  This would have been prior to -- I believe it was

 6        May when he made his laced with -- it would have been

 7        prior to that.

 8            The next time she brought the subject up, that is

 9        when he made the -- and I will say this for Barrie.  She

10        was especially obnoxious that night.  I remember

11        thinking that even as she was speaking.  Her tone was so

12        sarcastic and so snide.  I could see Bill over there

13        steaming.

14            I was like thank goodness, you have to deal with

15        her and not me.  I wished it would have been me.

16        Because at that point, he informed her rather in a -- he

17        was fed up.  You could tell by the tone of his voice.

18            He said that no, the book was being currently held

19        up because it was laced with Darwinism.  And I am like

20        oh, no.  And I looked toward the two reporters.  All I

21        could see was the tops of their heads as they were

22        writing furiously.  I was like well, here we go.

23            I felt like -- just call it a hunch.  I thought we

24        were in PR trouble.  The story went wire service.

25            And at the next meeting, and I believe it was the
```

1        very next meeting --

2  Q.   Stop there, Jeff, because I don't want to miss a minute

3        of this here.  We've got this meeting where Bill makes

4        the comment laced with Darwinism.  Let's look at the

5        Board at that time.

6           Did anyone on the Board -- I mean your wife is on

7        the curriculum committee with him.  Did she respond to

8        Bill's comment?

9  A.   I don't recall.  To be honest with you, I don't.  I can

10       hear him say laced with Darwinism just by closing my

11       eyes.  I am there.

12          A lot of what happened after that is something of

13       a blur because I was in full spin control at that point.

14       That's right.  Because we did have a person who just

15       recently graduated, he was attending college as a

16       biology major as a matter of fact, and he came up and

17       made a statement that he didn't see why Darwin being in

18       the biology book was any great problem.  And there was

19       some altercation between -- okay.  There was more

20       comment.  It is coming back now.

21          Noel, Alan and Bill basically took turns tag

22       teaming this guy.  I mean I am like, you know, you are

23       getting perilously close to crossing the line into

24       bullying this guy.  They weren't.  They did not quite

25       get to the point of what I would call true bullying, but

1        the guy was definitely outnumbered.  And their tone was

2        pretty hostile toward his viewpoint.

3              And finally, as a close, to put an amen to the

4        whole thing, I said to him, while Mr. Buckingham is the

5        chairman of curriculum, the Board as a whole will vote

6        on whether or not to accept this book.

7              I meant this as a basically -- to reassure this

8        guy that this is not the last word on the subject.  I

9        did not intend it as a put down of Bill.  At this point

10       in time, I am still trying to work with Bill.  I am

11       still considered --

12             It was played up in the paper as me basically

13       putting Bill down.  That was all in the way the words

14       were arranged.  They quoted us correctly, but the

15       juxtaposition made me look like I was basically slapping

16       Bill down.  And that certainly wasn't the intent at the

17       time.  Nor did he take it that way because we discussed

18       it after the paper came out.

19  Q.   Okay.  Let me ask you to give me a little more specific

20       information about this exchange here.

21             You have got a student who was present who comes

22       up and says I don't see the problem with having

23       Evolutionary Theory in a biology text.  And you have

24       indicated that three guys, three Board members

25       responded.

1              What did Noel say?

2   A.   Good, because he is the one I can definitely recall.  At

3        least he was over there.  That is when he made the

4        statement when you only teach one side of an argument,

5        you are teaching it as fact.  That is probably not word

6        for word, but it is the gist of it.  I remember him

7        saying that.

8              I remember Alan arguing -- what was he saying?

9        That is the key.  I remember Alan argued because I

10       remember it was the three of them.  There were almost

11       like taking turns with this guy.

12             Alan was definitely arguing -- all three of them

13       were arguing for a second opinion, another viewpoint

14       other than Darwinism.  But I can't recall the actual

15       words other than that one phrase of Noel's.

16  Q.   Do you recall if Mr. Bonsell mentioned Intelligent

17       Design?

18  A.   No, I don't.  No, I don't believe he did.

19  Q.   Is it that you can't recall, or that you are certain he

20       didn't?

21  A.   I am reasonably certain he didn't.  I can't -- I don't

22       recall him doing so.

23  Q.   Do you recall --

24  A.   Considering all that has happened since, I would like to

25       think -- I don't know.  I guess I don't know is the best

1       way to put it.

2    Q.   How about Bill Buckingham?  You indicated that he

3         responded to this student's observation?

4    A.   Yes.

5    Q.   Can you recall what he said?

6    A.   His point, he was essentially taking the point that we

7         needed to have more -- he did not use the word

8         Creationism I don't believe.  I don't think that he did

9         that night.

10            He was arguing that we -- all three were arguing

11        that we needed more than one opinion on this subject,

12        but I can't recall any more specifics other than that

13        one by Noel.  And, of course, laced with Darwinism which

14        got it all started.

15   Q.   Was there any recess during this first meeting?

16   A.   Probably, but I don't remember.

17   Q.   Can you recall any other discussion among Board members

18        about this issue, this biology text issue?

19   A.   That night?

20   Q.   Yes.

21   A.   Yes.  By me.  At some point, we either went for

22        executive session or recessed or something because I

23        remember telling them I hope you're ready for the

24        newspapers tomorrow.  Because when Bill made his laced

25        with Darwinism statement, I looked over, and all I could

1       see was the tops of their heads, and they were

2       scribbling furiously.  We are definitely going to be in

3       the paper tomorrow.

4              And Bill's contention was good, it's about time.

5       And I am like okay.  I'm not trying to imply -- I just

6       -- I don't know what that meant.  Bill was his usual

7       pugnacious self.

8    Q.  Anyone else say anything?

9    A.  Nothing else comes to mind.  I just remember kind of

10      telling everybody I hope you are ready for the papers

11      tomorrow.  But nobody seemed too upset by it.

12             I would say that Noel and Alan both felt that

13      maybe with a little less emphasis than Bill, they were

14      sort of like this is just something that was going to

15      have to come up.  I am reading things in.  This is an

16      opinion.  This is just what I gathered from their

17      general tone and manner that they did not view this as a

18      gaff or a publicity problem.

19             It was like well, sort of, let it come sort of

20      thing.  I am interpreting here.  I'm sorry.

21   Q.  Let me ask you that.  You said you had the sense Noel

22      and Alan were looking for another viewpoint.  You can't

23      recall Alan using Intelligent Design.

24             Did Noel Wenrich use that term?

25   A.  I don't believe so.  I don't believe it came up.  Noel

1              may have even used the phrase Creationism.  It sort of

2              sticks in my mind that he did, but I am not positive.

3              He may have, but I am pretty sure -- I know Alan did not

4              use Creationism.  Alan ever used Creationism, ever.  And

5              I don't think he used Intelligent Design, but I am not

6              sure.

7    Q.       How about Sheila Harkins, do you recall her saying

8              anything in response?

9    A.       No.  At this point, Sheila seemed utterly disinterested

10             in the whole subject.  Sheila had no part in the --

11             none, whatsoever.  I can't say that strongly enough.

12                  Sheila had no part in it until it came time to buy

13             the *Of Pandas and People* book.  That is when Sheila

14             enters the stage from my own recollection.

15   Q.       Sure.  That's fine.  How about Angie Yingling?  Bill has

16             made this comment laced with Darwinism.  The reporters

17             are scribbling as you recall.

18                  Did she say anything?

19   A.       I don't recall anything.  It was basically Noel, Alan

20             and Bill.

21   Q.       All right.  So say --

22   A.       I put my little code in at the end, but that was it.

23   Q.       Right.  And do I understand you correctly, Jeff, that

24             your point is look, when the text comes up for a vote,

25             the whole Board votes on it?

```
 1   A.   That is, of course, true.  Because committee chairs
 2        recommend or not recommend, but that is it.  The Board
 3        ultimately disposes.
 4   Q.   Okay.  So what happened next?  This is the first meeting
 5        in June do you think?
 6   A.   No.  This would have been in May I believe.
 7   Q.   Okay.
 8   A.   According to what Casey and I went over the other day, I
 9        think this -- we both think this was in May.
10   Q.   Okay.  In any event, it is the first meeting that you
11        remember, and that is fine.
12   A.   It was the first time that anything that ultimately
13        became known as Intelligent Design, it was the first
14        time it ever became public.  And I am absolutely certain
15        of that.
16   Q.   Now you say became public.  Up until this time, you have
17        mentioned a comment that Alan made.
18   A.   Right.  There were the back stage comments.  None of it,
19        none of the stuff involved any concrete action by the
20        Board.  It was more like opinion, which you do all the
21        time.
22             I didn't give it any real weight more than okay,
23        that's how they feel.  But I also knew there were
24        certain laws, blah, blah, blah.
25   Q.   There were certain what?
```

```
 1   A.   There are certain laws relating to -- I mean I was very
 2        much of the opinion, and I can't give you my exact
 3        reasons why, I was of the opinion that Alan would have
 4        been quite happy to teach Creationism in school.  But he
 5        was also aware of the pertinent case law.  And Alan is
 6        not a bomb thrower.  You will not get that statement out
 7        of me about Bill, but you will get it about Alan.
 8   Q.   And we are starting now the story where it picks up
 9        speed.
10   A.   Yes, where it starts to pick up speed.
11   Q.   Before we go there, let me ask you:  You have mentioned
12        a comment by Alan Bonsell when he got on the Board and
13        got on the Board curriculum committee about Evolutionary
14        Theory.  Taking the period of time between Alan's
15        comment and this meeting you have just described, do you
16        recall any other discussions involving Evolutionary
17        Theory by members of the Board?
18   A.   There were comments on and off.  It was there.  It was
19        in the background.  It wasn't as though it only ever
20        came up once.
21             Occasionally -- and to be honest, Noel Wenrich was
22        usually involved in them.  I tended to stay out of them
23        other than the fact that I was very concerned.  I did
24        not want to be -- my big concern was the total accident,
25        total chance thing.  If we are teaching that, then we
```

1      should -- if we are telling that to kids in class, then

2      I felt we were within our rights to tell them there are

3      other opinions of how life actually -- the whole purpose

4      of the thing kind of thing.

5           I was not -- the truth of the matter is, I have

6      not had a problem with Evolution for a long, long, long,

7      long time.  So this was not an issue to me.

8           But what precedes the Evolution, whether it just

9      happened or whether there is some sort of guiding hand,

10     that's outside of science at this point --

11  Q.  When --

12  A.  -- in my opinion.

13  Q.  All right.  So we have got this first meeting where the

14     text issue comes, as you say, into the public with Bill

15     Buckingham's comments.  You have indicated it was in

16     response to some pointed questioning by Barrie Callahan.

17          Was anyone else present?

18  A.  Eric Rothschild used the term provoked on Sunday.  He

19     said I sort of got the opinion that Barrie Callahan

20     provoked this discussion.  I said provoked is an

21     excellent word.

22  Q.  I share Mr. Rothschild's sense that it was provoked.

23     Was there any other provocative comments offered by the

24     members of the public at this meeting you described?

25  A.  By the public, no, none, whatsoever.  Once Barrie had

1       gotten her -- I shouldn't say that.  There probably

2       were, but it wasn't anything memorable.  Her general

3       attitude was probably pretty nanana (spelled

4       phonetically), but don't ask me what it was.  I tuned

5       Barrie out at every opportunity.

6   Q.  So now the next meeting comes up, and you had a sense

7       that there might be public attention drawn to the

8       Board's deliberations on the subject?

9   A.  And they were fulfilled.  There were TV cameras from two

10      or three of the local networks there.  Neither of us is

11      exactly sure.

12          There are three television crews who cover us --

13      Channel 8, Channel 43 and Channel 27.  They aren't all

14      three there all the time, but those three have shown up

15      at various sort of times.

16          I can't say for a fact whether all three were

17      there, but at least two of them were.  We are really

18      sure 43 and 8 were both there.  We are not so sure about

19      27.

20  Q.  So how does the meeting proceed?  You go through the

21      agenda, and you get to -- first, there is public

22      comment.

23          Was any public comment made on the text issue?

24  A.  Yes.  I believe if I am correct -- and this is where

25      memories get foggy -- as I recall it, it was a big dud

1      They can do it in their sleep.

2  Q.  Who made that statement?

3  A.  I have no idea.  I guess either -- well, I am thinking

4      when the questions came up, Dr. Nilsen referred to Mr.

5      Baksa, but I could be wrong.  I am not even sure that

6      Bill made any statements.  I think Bill just stayed out

7      of it at that point.

8          I think it would have been Mike Baksa's

9      department.  He handled curriculum.  That is a guess,

10     but it seems about right.  At any rate, as I recall that

11     meeting, nothing exciting happened at all.

12 Q.  Okay.  How about public comment at that second meeting,

13     did people come to the meeting to offer comment on the

14     text?

15 A.  There wasn't too much that I recall.  I am sure Barrie

16     got her two cents worth in, but nothing really sticks

17     out in my mind.

18         Now I don't have a photographic memory.  I am good

19     at remembering certain things.  But unless they really

20     grab my interest, they tend to disappear quick.

21 Q.  Okay.  Now we had two meetings now where at least the

22     issue is in the public.  You recall Mr. Buckingham's

23     laced with Darwinism statement.

24         Anything else in this two meeting period, any

25     statements you recall?

1        Board members.

2             But at any rate, that is all he really talked

3        about was the fact -- he didn't get into specifics, but

4        just the fact that she had apparently taken care of this

5        situation.

6    Q.  Then what happened next?

7    A.  What happened next?  We were in executive session before

8        the next meeting, and Bill came up to me, and I believe

9        just me.  I mean I am sure he told other people.  But as

10       I recall, it was pretty much a one on one conversation.

11            He was fairly glowing because he was getting

12       letters of support from all over the country because the

13       story had gone wire service.  But the thing that really

14       impressed him most an institution in Seattle -- and he

15       did not give the name -- but an institution in Seattle

16       had contacted him and offered him help and advice in

17       dealing with this.  He did not give me the name of the

18       institution.

19            I got the impression he didn't remember the name

20       off the top of his head.  I don't think he was being

21       coy.  He just couldn't remember it.  That is the

22       impression I got.  At any rate, he did not put a name to

23       this institution.

24   Q.  Did he mention Intelligent Design in connection with

25       that institution?

```
1   A.   No, he did not.

2   Q.   Now this is at an executive session before --

3   A.   Right, before our very first meeting.

4   Q.   Can you date that, Jeff?

5   A.   It would have been in June, probably the first Monday in

6        June.  I wish I had the timeline sheet that we did the

7        other day because we were trying to do that the other

8        day.  I forgot to get it today.

9   Q.   That's all right.  So now can you recall if this was the

10       executive session before the meeting on --

11  A.   It would have been the very next meeting.  I remember

12       that because he had told me this, and he was very

13       excited about it.  He and I were still on the same side

14       of the fence at that time.  This was friend to friend in

15       confidence and so forth.

16            I remember that was sort of like -- I remembered

17       it because it sort of conflicted with what -- I saw it

18       as a potential problem because I am thinking the biology

19       book problem is settled, and he is telling me this.  It

20       wasn't like I immediately thought oh, my God, but it was

21       sort of like well, what problem -- it bothered me.  I

22       couldn't exactly say why, but it just seemed a little --

23       that is why I remember it so vividly because it

24       triggered sort of what the heck.

25  Q.   Do I take your meaning to be you thought the issue had
```

1   A.   Right.  It is illegal.  I shouldn't say just me because

2       Casey was definitely making those statements, too.

3            There could have been others as well.  But I do

4       remember that I was definitely making them.  And I won't

5       even absolutely say that it was in response to mine, but

6       that is how I remember it.

7            And that could be a trick of memory because in one

8       sense, he was answering all of us.  I won't say that

9       immediately after I stopped talking, he said it, but

10      that is sort of how I recall it.

11  Q.   Okay.  How about reaction or response to these comments

12      from the public or your comments from other Board

13      members?  You said Alan said we are talking about

14      Intelligent Design; is that what he said?

15  A.   He just said -- Bill used the phrase Creationism, and

16      Alan said Intelligent Design just like sort of a

17      correcting like.  Say I wanted to say -- I don't know --

18      Orlando, Florida, and I said Orlando, Texas and my wife

19      might go Florida.  That sort of thing.  I just viewed it

20      as sort of like use that phrase, please, or you made a

21      mistake or something.  I don't know how.

22           But at any rate, that is all he said two words

23      Intelligent Design, period.

24  Q.   How about Noel Wenrich, did he say anything in response

25      to these suggestions?

```
 1  A.   I don't recall any.  I do recall that Noel was furious
 2       with Bill's wife after that meeting.  As he said
 3       bringing a tent show into a School Board meeting.  And I
 4       don't recall whether he said anything or not that night.
 5  Q.   How about Sheila, did she respond?
 6  A.   Sheila, if Sheila responded, she would have probably
 7       been on the side saying we can't teach Creationism.  It
 8       is illegal.  If she responded at all.  That was pretty
 9       much her position at that point in time.
10  Q.   How about Angie Yingling?
11  A.   Don't remember.
12  Q.   And was Jane Cleaver there?
13  A.   I keep saying that about Angie.  I don't remember -- I
14       don't know.  Jane was missing a lot of meetings at that
15       point because she was back and forth from Florida.
16            I keep saying I don't remember with Angie
17       Yingling.  That is less because Angie never spoke; Angie
18       never said anything very memorable.  So you will have to
19       excuse me.
20            A lot of times I sort of vaguely recall that Angie
21       might have spoken, but I have no idea what it was.
22  Q.   So what was the upshot of this meeting?
23  A.   Well, obviously we did not vote on the biology book, but
24       I can't remember why.
25  Q.   Okay.
```

```
 1        He was concerned.  He was quite frankly appalled at the
 2        publicity we were getting.  He didn't want it.  He
 3        didn't agree with the tactics that were being used, with
 4        the approach.
 5             I think that was his primary objection.  The
 6        tactics, the approach were just counterproductive.
 7   Q.   Let me ask you --
 8   A.   Because as I said, philosophically, he agrees with Bill.
 9   Q.   Let's look at that, Jeff.  At this point in time now, do
10        you see -- Bill has mentioned Creationism at a Board
11        meeting.  Alan has said Intelligent Design.  What do you
12        see as what is actually at issue here?
13             We are talking about a biology text that is coming
14        up for a vote?
15   A.   Right.
16   Q.   Is the issue whether that text is going to be approved?
17   A.   I didn't see it that way at the time.  I was still
18        assuming that when Bill Buckingham gave his word that he
19        would support it, that he would support it.
20   Q.   Okay.
21   A.   Because that's the impression I had of Bill.  He was a
22        guy that when he told you something, whatever else, you
23        could take Bill's word for things.
24             So I never viewed the biology text as being at
25        risk.  I assumed it was a done deal because he had said
```

1   so.

2       What I saw was there was definite talk about

3   inclusion of an alternate theory, and I was -- again,

4   I'm still naively clinging to my own rather broad based

5   viewpoint of what Intelligent Design actually

6   represented.  So I was actually onboard to some degree

7   at that point for yeah, I don't have a problem with this

8   kind of thing.

9       We never got into specifics.  There was nobody

10   ever gave an actual definition.  It's entirely

11   possible -- in fact, it is probably more than entirely

12   possible that I would be standing there talking to Alan

13   or Noel or even Bill on this subject, and I'm thinking

14   one thing, they're thinking another, and neither

15   realizes that the other is thinking anything else.  I

16   know it didn't cross my mind.

17   Q.  Are you getting there, Jeff, whatever understanding you

18       had of Intelligent Design?

19   A.  My feeling was I had no problem at all with mentioning

20       it -- here comes the word -- mentioning it as a

21       counterpoint to the hypothesis.  And I wouldn't have

22       used that term then.  It is only since that I have had

23       to learn the difference between a hypothesis and a

24       theory.  At that time, I used the two words

25       interchangeably like everybody else does.

1          That life evolved through random chance, I had no

2     problem with a mention of that.  If we were going to say

3     the one, I had no problem with saying the other.  I was

4     onboard to a certain degree with this, but it was based

5     on my interpretation.  They had their interpretation.

6     And probably a lot of grief came out of that.

7   Q.  Let me ask you about that now.  You know that Alan

8     Bonsell has a concept of Intelligent Design?

9   A.  He had never explained it to me, and I never explained

10     mine to him.  We probably should have, but we didn't.

11  Q.  Do you recall him mentioning any text or sources he

12     consulted?

13  A.  None.  I'm absolutely certain he never mentioned any

14     texts to me.  The first text I ever heard was *Of Pandas*

15     *and People*.  And that I heard of at the very end of

16     July.

17  Q.  So that's where I'm trying to get us to go now.

18  A.  During that interim period, Noel became increasingly

19     distant from the group.  That is pretty much it, what I

20     can give you.

21          And then our Board meeting would have been -- you

22     said August 2nd.  That would have been a Monday.  The

23     Thursday prior to that, Mike Baksa called Casey, because

24     she was on the curriculum committee, and told her that

25     Bill had this book someone had sent him *Of Pandas and*

1    *People*.  And he wanted everybody -- he wanted the

2    Biology Department to take a look at it.  A lot of them

3    were on vacation.

4        Casey found out about it.  I came down here to get

5    a copy.  They didn't have any.  Sheila Harkins had it.

6    So I went over to her house.  And that was my first

7    indication that Sheila was showing any interest in this

8    at all, my very first.  I am absolutely certain of that

9    because it came as a total shock to me.

10        Up until that point, Sheila had either ignored the

11   subject or sided more or less with us.  But at this

12   point when I went to get the book -- it must have been a

13   very persuasive book -- the first thing she said to me

14   was I think we should buy this book.

15        I am like Sheila, you never wanted to buy the

16   books that we are supposed to buy?  And I am not

17   exaggerating.  We were a year behind on our biology book

18   because of Sheila Harkins who hates to part with a dime.

19   I can say this with all due respect Sheila is cheap.

20   Q.  A good thing in a Board member.

21   A.  Yes.  And she was always useful as a bad cop when we

22   were trying to negotiate anything.  It was like you

23   don't want to deal with me, I will turn Sheila loose on

24   you.  I didn't say it that way, but they knew.

25        She was very helpful.  She was always our bad cop.

1     The only problem is that always works best when it was

2     an act, but she was not acting.  She totally blew me

3     away.

4          She wants to buy a book we don't need.  She has

5     been fighting buying a book we do need to meet state

6     curriculum standards, and now she wants to book we don't

7     need.  And I was just like why?  Well, it gives another

8     theory to Evolution.  And I am like we don't need

9     another theory to Evolution.  She said -- and now, I am

10    getting fuzzy again.  Doggone it.  I hate when that

11    happens.

12         I am going along.  I am hearing it.  Then all of a

13    sudden, I hit a blur.  It must have been boring.  Well,

14    anyway, I don't know.  It is a blank.

15         I remember her saying to me that -- how did she

16    put that?  I remember my response.  What the heck was

17    her statement?  I know she was definitely pushing the

18    book and wanted to -- she wanted to do something that

19    caused me -- I know my response was we will get sued.

20    But doggone it.  What was the thing she wanted to do

21    that caused me to tell her we will get sued?

22         That is awful.  I probably will wake up three

23    o'clock in the morning and remember what it was.  I

24    remember telling her we would get sued.  I remember her

25    telling that no, we wouldn't.  She said no, we wouldn't.

1          But I can't remember -- and I think that is pretty

2     important -- - what the heck it was she said.  I am no

3     help.  I'm sorry.

4  Q.  Was it the purchase of the book?

5  A.  It involved the purchase of the book and as a

6     supplemental text.

7  Q.  Putting the book in the classroom?

8  A.  That's what it was.  I said we could get -- she wanted

9     to buy the book as a supplemental text to our regular

10     textbook.  And I said you can't spend taxpayer money on

11     this.  We will get sued.  And I wasn't thinking sued in

12     Federal Court.  I was thinking a taxpayer group will sue

13     us for misuse of funds.  That is what I meant.  That is

14     what it was.  Okay.  Good.  It is there.

15  Q.  Jeff, just to make sure I am understanding you, did you

16     mean you are buying an unnecessary book?

17  A.  We are buying an unnecessary book.  I was being dramatic

18     for Sheila's effect.  I was trying to back her down to

19     be honest with you.

20          But then we got into the whole thing of suing.

21     And it segued somehow, and this is what I -- this is

22     what I was thinking about that was conflicting with

23     that.  I hate memories.

24          We got into the subject of teaching Creationism.

25     I think she was using Evolution.  I don't remember

1      until -- shoot.  No.  Forget it.  I am lost here.

2           I don't know how we went from getting sued by the

3      taxpayers for misuse of funds to the possibility of

4      being sued.  But I remember her saying just read the

5      book.  And I was arguing the book was irrelevant.  We

6      couldn't do this.  We couldn't go there.

7           I know what it was.  I said -- yes.  I said Bill

8      has poisoned this whole thing.  I said he has equated

9      this with teaching Christianity.  I said whatever chance

10     we ever had of doing anything is dead because of Bill.

11          And she said Bill is not the whole Board.  And I

12     was like he has been too vocal.  It's not going to play.

13     People are going to see this as Bill Buckingham's

14     bringing God back into school.  And she said just read

15     the book.

16          I said it doesn't matter what is in the book.  It

17     is not going to matter.  They are going to see this -- I

18     am pushing it from a PR standpoint.  And that's -- yes,

19     now it is coming back to me.

20          Yeah, that was the discussion.  Yes.  It was

21     because I was arguing that because of what Bill had

22     said, no matter what we did, it was going to look like

23     we were trying to teach Creationism.  And she kept

24     saying just read the book.

25          So I took the book home.  And I got to the second

```
 1        paragraph, and I was ready to throw it across the room.

 2        It was like basically telling me I am an atheist if I

 3        don't -- I was not kindly disposed toward the book to

 4        put it mildly.

 5   Q.   Let me understand you there, Jeff.  There was something

 6        you read --

 7   A.   The second paragraph of the book essentially equated

 8        anyone that didn't believe -- basically they equated

 9        belief in Evolution with belief in random chance.  And I

10        am a person who believes in Evolution but doesn't

11        believe in random chance.  And this just got my teeth on

12        edge right away.

13   Q.   Let me just make sure I am understanding you.  Then you

14        said they are calling me atheist?

15   A.   Because to me, random chance and atheism, it is the same

16        thing.  Random chance is there ain't no higher purpose.

17        To me, that is the atheistic position.

18   Q.   So now I understand you.  So you read the book and found

19        it objectionable?

20   A.   I must admit they had got me off on a bad foot right

21        from the beginning, but that will happen with books.  I

22        did not read the book.  I skimmed it in depth is

23        probably what I did.

24             And to be honest with you, I don't know enough

25        science to tell you whether it was good, bad or
```

1        indifferent science.  I am not that knowledgeable in

2        that area.

3             But I knew that philosophically, I found it highly

4        objectionable because it seemed to me to be pretty much

5        invalidating huge portions of Darwin -- I don't even

6        mean the random chance, which I am not even sure is part

7        of Darwin's Theory per se.

8             They were very much opposed to the idea of any

9        species evolving into a different species, which as I

10       understand it most scientists believe they do.  I don't

11       know.  I don't tell mathematicians how to do math.  I

12       don't tell scientists how to do science.  I wasn't

13       impressed by the book.

14            That was on a Thursday.  That Monday, we had the

15       meeting.  Bill made the motion -- as the chair, he would

16       make the motion -- to buy the book.

17   Q.  Hold on a second, Jeff.  I know that Mike had called you

18       to bring the *Of Pandas* issue to Casey's attention and

19       yours and pick up the book.

20            Did Mike say anything else to you during that

21       call?

22   A.  I am sure he did.  I think I know what you mean.  He did

23       not pass -- he did not give me any opinions on the book

24       one way or the other.

25   Q.  And then how about in between that call and the Board

1        meeting, any discussion with members of the

2        administration?

3    A.  No.

4    Q.  Any discussions with any other Board members relating to

5        the *Of Pandas* book and upcoming vote?

6    A.  Obviously, I talked to Sheila Thursday.  I think Casey

7        -- anyway, that is her department, not mine.  Me, I

8        don't recall.  I don't recall; although, I might have.

9        I just don't know.

10   Q.  Get into the meeting.

11   A.  We get to the meeting.  Bill makes the motion to buy the

12       book *Biology*, the textbook that was laced with

13       Darwinism.  And Jane Cleaver was not there so we only

14       had eight members.

15           He makes the motion.  I am figuring -- I am still

16       back in Bill gave his word.  Bill votes no.  Sheila

17       Harkins votes no.  Angie Yingling votes no, and Heather

18       Geesey votes no.  And, of course, Alan Bonsell, Casey,

19       Noel and I voted yes.  The motion fails.  It is a 4-4

20       tie.

21           I am like oh, my -- because we are already passed

22       our deadline.  I mean nobody is going to sweat two days.

23       But that said, we shouldn't be playing games.  We are

24       already passed the deadline.  I am totally what is going

25       on here?

1          I am sitting next to Sheila, and she is voting no.

2     That doesn't surprise me because Sheila never wants to

3     buy any books, anyway.  I am not shocked.  Angie is just

4     as tight as -- those two don't shock me.

5          What I am really stunned is Bill.  Bill said he

6     would buy the doggone thing.  And I am just in this

7     state of disbelief and shock.

8          And then Bill drops his bombshell.  I have five

9     votes to buy the book *Of Pandas and People* as a

10    supplemental text, but it takes six votes to buy

11    anything without administrative recommendation.  What

12    does this have to do with the price of eggs?  We are

13    talking about biology.  I am not still not with him.

14         When Jane Cleaver returns, I am going to make a

15    second motion.  The first motion I will make is that we

16    will buy the back *Of Pandas and People*.  If it fails to

17    get six votes, we will continue to oppose buying

18    *Biology*.  If it gets six votes, I am willing to release

19    my votes to buy the book *Biology*.

20         I, at that point according to Angie Yingling I

21    went white.  Bill and I began the first of our truly

22    heated exchanges which would continue right up until I

23    resigned.

24         I got about as scathingly sarcastic as I am

25    capable of doing and asked him and if we would happen to