Exam./Gillen    Jeffrey Brown

1      read this book and not be impressed by it, and not think

2      it was worth the taxpayer's money, he said then you

3      don't get your book.  Either I get my book, or you don't

4      get yours.  And I went so noted.  And we continued

5      downhill from there.

6          I don't remember what else -- I remember my so

7      noted because it was so theatrical, and it just came

8      naturally.

9          The discussion continued.

10  Q.  Let me ask you:  Now you have described a situation

11      where you are kind of surprised at the unfolding of the

12      vote.

13  A.  And then went from surprise to extreme anger.

14  Q.  Were there any discussions in any executive session

15      prior to this vote --

16  A.  None I am aware of.  Obviously, Bill had lined up his

17      votes ahead of time over the telephone.  But I certainly

18      wasn't consulted.  I walked into that meeting assuming

19      he was still going to honor his pledge.

20  Q.  Alan voted with you?

21  A.  Yes.

22  Q.  Tell me what you can about his reaction to Bill's

23      stratagem?

24  A.  He in no way, shape or form caved in.  He in no way,

25      shape or form indicated any willingness to cave in.  He

1       was actually fairly quiet, but that is not uncommon for

2       Board Presidents.

3           Board Presidents, as a general rule, speak last

4       and speak sparingly.  That's just sort of a tradition

5       with Board Presidents.

6           Alan pretty much sat it out, but he never in any

7       way, shape or form indicated -- I accused Bill of

8       blackmail.  It was actually extortion, but I got carried

9       a way.  And Alan indicated no willingness whatsoever to

10      capitulate.

11          And finally after some long and at times heated

12      discussions like especially if Bill and I were talking,

13      Angie Yingling moved to reconsider the vote, which only

14      a person who has voted no can do.

15  Q.   Interesting.  Stop right there.  In this discussion that

16      you have described, can you remember anything that

17      Sheila Harkins said?

18  A.   If she said anything at all, it was very little.

19  Q.   How about Heather Geesey?

20  A.   No.  Heather almost never spoke.

21  Q.   You said Jane was absent.  There's Casey.  Did Casey say

22      anything?

23  A.   She possibly did, but I don't remember it.  I remember

24      Dr. Nilsen doing a fair amount of talking also.

25  Q.   Let me ask you about Noel Wenrich.  Anything that Noel

1          said?

2    A.    If it was, it was very scathing.  I remember Noel

3          sitting over there just furious, but I don't remember

4          anything --

5    Q.    At Bill?

6    A.    I assumed because he sat right beside Bill.  He wasn't

7          staring at Bill, but he was furious.  I don't know who

8          he was furious at.  I don't remember anything.  I don't

9          remember other than the fact that it was rather

10         contentious.

11   Q.    Let me ask you:  Was there any discussion of teaching

12         Creationism in connection with this text dispute?

13   A.    Not that I recall.  It was just a supplemental text.

14         But it was to be included -- well, the -- okay.  I do

15         remember the word supplemental text.  I do remember

16         Casey pointing out that we had to buy our biology book

17         by July 31st. And Bill was proposing we put this off

18         still longer.  And Sheila commented that you can buy

19         supplemental texts at any time in the year.

20              And Casey said yes, but not without a primary

21         text.  I remember that going back and forth.  I don't

22         think it had anything to do with anything.  No, I don't

23         recall anything.  Not off the top of my head, no.

24   Q.    So then as you say Angie moves for reconsideration.  Did

25         she state her reasons?

Exam./Giffen        Jeffrey  Brown

1   A.   Her reasons at the time were I wanted the kids to have

2        their books.  Afterwards she told me, I thought you were

3        going to have a heart attack or kill Bill.  I didn't

4        know which.  That is what she told me afterwards.

5   Q.   Okay.

6   A.   I said don't worry about my heart.  It is in good shape.

7        I did not comment on the rest.

8   Q.   So she moved for reconsideration.  That motion was --

9   A.   It then passed 5-4, and we bought the books.  Bill was

10       furious and came over and dressed her down royally.  And

11       Sheila was all over her.  They were both furious.

12  Q.   Let me ask you:  Was there a discussion about this

13       voting and the two texts after the vote was taken during

14       the public session?

15  A.   I don't recall.  That pretty much ended it.

16  Q.   Then the meeting, the public meeting adjourns.  Was

17       there discussion after the meeting?

18  A.   I don't remember.  It's possible there was, but I don't

19       remember.

20  Q.   You say you remember Bill Buckingham addressing Angie?

21  A.   Yes.  He came over and accused Angie do you know what

22       you have done?  And that is when she said I just wanted

23       the kids to have their books.  Angie was -- she was near

24       tears.  Angie likes to be all things to all people.

25            Sheila was giving her -- was just raking her over

1           on my way out to get a smoke.  I needed one desperately.

2     Q.    If there is a recess, do you recall the meeting

3           adjourning again after the recess?

4     A.    Obviously, if we would have adjourned, we would have

5           come back in.  But I don't remember what happened after

6           that.  I know Bill was much more subdued.  And I still

7           wanted to hit him.

8                 From that point forward, I no longer considered

9           that man a friend.  I had ceased to trust him.

10    Q.    Was that because he had --

11    A.    He went back on his word.

12    Q.    All right.  Now this is the first meeting in August, and

13          the text is approved.  Do you see anything else

14          unfolding as we go forward?  As you sit there on August

15          2nd, the Board meeting is over --

16    A.    I believe that was probably -- it had to be in that

17          general time period that these discussions on prayer in

18          school took place.  It was during the summer.  I mean we

19          are in August now so we are getting near the end.  It

20          may have occurred in June.  I don't remember.  But it

21          was -- I don't know.  The next thing, the next

22          meeting --

23    Q.    Wait a second because that is what I do want to ask you

24          about.  It is August 2nd now, and the text has been

25          approved.

1   A.   Right.  At this point, I don't think -- I will put it

2        this way:  The first discussion of prayer would have had

3        to have occurred before that just because of the way I

4        remember feeling.  I wasn't feeling like I wanted to

5        slug Bill Buckingham the first time so it had to be

6        before that meeting.

7             If we had an executive session before that

8        meeting, it could have occurred then.  I don't know.

9        But certainly the first one had to occur before the

10       third of August, and the second one would have occurred

11       afterwards.

12  Q.   Okay.  Let's look at that first one.  I am just trying

13       to get whatever you can recall about that discussion.

14       Was it prayer in the schools?

15  A.   They were all -- it was consensual, unanimous -- I am

16       sorry; I'm not helping; am I -- that they thought prayer

17       should be in schools, which I don't view as a

18       constitutional issue.  A person can think anything they

19       want.

20            They were not discussing actually taking any

21       specific action to put it there, and they never did.  In

22       my presence, no one ever discussed an action to put

23       prayer in school.  A desire to do so, yes.  A plan to do

24       so, no.

25  Q.   Okay.  All right.  Now we are looking forward from

1      August 2nd.  And I know you are not on the curriculum

2      committee, but did you see any future issues coming up?

3      What was the status of *Of Pandas*?

4  A.  At this point, it was a dead issue.  However, the next

5      thing to come up at the very next meeting -- no, not --

6      the very next would have been the second one in August,

7      and at that point, I think Bill was still subdued.

8          I guess it was the first meeting in September,

9      Bill announced in executive session that he had found --

10     that he was soliciting donations from community members

11     to buy copies of *Of Pandas and People* to be placed in

12     the biology classes.

13         And I remember saying -- and Casey too -- we can

14     accept donations to our library.  That is a standing

15     policy with the District.  And he said no, I am not

16     asking people for their money to put books in the

17     library.  If I am going to go to these people and ask

18     them for money, the books are going in the classroom.

19         And I said you could have a problem with that.  I

20     don't know.  I didn't tell him he would.  I said he

21     could.

22         And I said the library, no problem.  We have a

23     standing policy to handle it.  And he repeated that he

24     was not at all interested in getting people to donate

25     these to the library.  He wanted them in the classroom.

Examination   Filed 09/20/05   Redrawn

1          That is pretty much where that stopped.  But then

2      I heard -- well, Alan Bonsell and Jane Cleaver both said

3      to put them down as donors.  They made that statement.

4          And, again, I was like I didn't view that as a big

5      deal, but I thought I might as well throw it in for what

6      it is worth.  They were allowed to buy any books they

7      want.  I don't care.

8  Q.   I understand.  What happened next from your perspective,

9      Jeff?

10 A.   The next thing that came up was we had a meeting at the

11     high school.  This is another one Casey and I are foggy

12     on.  We are both positive it was in the high school.  We

13     only had one meeting in the high school all year.  So

14     it's whatever date that was.  We think it was the second

15     meeting in September, but we are not positive, believe

16     me.

17         Anyway at that one, I remember there was another

18     discussion with Casey about a world's religions class.

19     She had been bringing this up off and on for three

20     years.  She said that we could teach stories of

21     Creationism.  We can teach anything we wanted in a

22     world's religions class, but we have to teach all

23     religions, or at least all major ones.

24         And I remember Alan saying no, we don't.  I pretty

25     much stayed out of this one.  But a similar conversation

1   came up the first month -- at the first meeting in

2   October.

3        I had been at a seminar.  The School Board had a

4   policy that they would send one Board member to

5   seminars, and then we were supposed to come back and

6   report what we found and save money that way.

7        I had attended a seminar on church, state issues.

8   I was trying to pass this information -- I had been

9   trying to pass this information around all summer and

10  kept running into stone walls.  But I remember the first

11  month in October, Casey again proposed a class on world

12  religions.  And I got involved in it somehow, some way.

13       And I said but no, I said -- that's right.  At the

14  seminar I attended, the ACLU's position is you can teach

15  all religions or none of them, nothing in between.

16       And Heather Geesey looked me right in the eye and

17  said we're not teaching other religions in this school,

18  and the emphasis was on the word other.  I was thinking

19  okay, and I just dropped the subject.

20       And at that meeting, the Superintendent announced

21  that he was placing by executive action -- the Board was

22  not involved -- he was placing the books *Of Pandas and*

23  *People* in the biology classrooms.  He had gotten the

24  okay from the teachers, and he was doing this, and the

25  teachers were okay with it.

1        I remember thinking well, Bill, you got your books

2        in the classroom.  I hope you're happy.  That was the

3        position of the local newspapers because they both

4        printed articles praising Dover for having found a

5        compromise that was acceptable to all parties.  And once

6        again, we thought the issue was settled.

7   Q.   Okay.

8   A.   And then came October 18th.

9   Q.   Let's stop for a quick minute.

10       (A recess was taken.)

11                        AFTER RECESS

12  BY MR. GILLEN:

13  Q.   Let me ask you, you mentioned two things I want to ask

14       you a little more about.  Casey Brown is advancing this

15       notion of let's teach it in a world religions class.

16       And I think I know the answer to this question, but I

17       want to ask it anyway.

18            Is that because Casey saw the book of *Of Pandas*

19       *and People*?

20  A.   Casey was advancing it for three years.  It was long

21       before she ever heard of *Of Pandas and People*.

22  Q.   Explain what is Casey advancing.

23  A.   The idea of a world religions class.  And it was pretty

24       much in response to the fact that Alan was so interested

25       in seeing that kids got some sort of religious

background information in school.  And again, I am
putting words in his mouth to say it that way.

It concerned him.  It concerned Noel.  It was a
concern for several Board members.  And none of us -- I
don't think there was anybody on that Board -- I would
hope there was never anybody on that Board who thought
that religion is a harmful thing for human beings to
have.

And she was mainly concerned with what's legal and
what is not.  Basically Casey and I and several other
people really did not like to pick up the newspaper and
read about our School District.  Our goal was to stay
out of the newspapers as much as possible.  Let's run a
School District the way most people do, which is you get
a little box on the back of the local section about
twice a month, and nobody reads it.  Being front page
above the fold was not our goal.

So she was looking at this from a standpoint of
what we can do legally.  And, quite frankly, I think she
viewed it as a good thing.  I got that impression.

Q.  Am I understanding you correctly that Casey viewed
Intelligent Design as a religious argument?

A.  Not initially because she -- yes, Casey and I both
viewed it -- - having read *Of Pandas and People*, we both
reached the conclusion that this was just *Genesis*

1    dressed up with a couple of scientific -- with a couple

2    of scientific asides.

3  Q.   That is why she is proposing to put it in a world

4    religions class?

5  A.   Right.

6  Q.   You mentioned a seminar you had attended on church and

7    state issues.  When was that, Jeff?

8  A.   That would have been in 2003 actually.

9  Q.   Where was that held?

10  A.   Up in Hershey.

11  Q.   Who put it on?

12  A.   The PSBA.  They put one on every year.

13  Q.   And what month in 2003?

14  A.   Couldn't tell you.

15  Q.   PSBA is?

16  A.   Pennsylvania School Board Association.

17  Q.   You mentioned that in response to Casey's suggestion

18    that maybe we could discuss Intelligent Design in a

19    world religions class, somebody said we don't teach all

20    major religions or we don't have to?

21  A.   She said that we will have to teach all the major

22    religions, and Alan said we don't need to do that.  And

23    when I basically reiterated pretty much the same thing,

24    Heather Geesey's response was we are not teaching other

25    religions in this school.  She emphasized the word

1     exclusion of all others.

2  Q.  Okay.  Let's go through this last meeting you have

3      discussed here.  I think it is the October -- the first

4      meeting in October?

5  A.  The first meeting in October, yes, that was the one

6      where Heather said about other religions.  And that was

7      the one where Dr. Nilsen announced the books were going

8      into the classroom.  And that was pretty much that for

9      that meeting.

10 Q.  Okay.  When Dr. Nilsen discussed putting the books in

11     the classroom, did he go into detail, or did he just say

12     we got a donation, and we are going to put it in the

13     classroom?

14 A.  He announced that he had discussed it with the science

15     teachers, and they didn't have a problem with it.  I

16     think what he actually meant was they gritted their

17     teeth and said fine, we can go this far.  I don't know.

18     I am guessing.

19         Anyway, that is what he said, that it was okay

20     with the Science Department.

21 Q.  Okay.  Any discussion of contemplated curriculum changes

22     at this first meeting in October?

23 A.  Not at all.  That came up almost immediately after.  And

24     we got the information second -- I should say Casey got

25     the information second hand, or through the

1   administration.

2       And again, you better refer to her on that because

3   I don't -- I do know that both she and I were becoming

4   increasingly disgusted.  Neither of us were discussing

5   it with the other.

6       Our 20th anniversary was October 16th.  And that

7   is when we both -- I think she mentioned it first, that

8   she said she was considering resigning over the way we

9   were being treated by the Board, by our so-called

10  friends.  And I said you're kidding because I have

11  thinking the exact same thing.

12      We both had been thinking it for quite a period of

13  time.  Neither one was talking about it because neither

14  one wanted to influence the other.  It was like well,

15  gee.

16      So we came to the October 18th meeting.  We had

17  found out when we got our -- that this curriculum change

18  was being proposed.  She had her resignation speech all

19  written out.  I read it and figured what am I going to

20  say to top that?  I will just make a few quick comments

21  and get out of there.

22  Q.  Let me ask you, Jeff, you indicated that before this

23  meeting, Casey did get some notice that the curriculum

24  change is in the works.

25      Can you recall anything about that notice?  How

1       did she get the notice, for example?

2   A.  I don't know.  I was probably at work.  Probably a phone

3       call.  I am guessing.  I assume it was a phone call.

4   Q.  Did she tell you anything about that process?

5   A.  Not very much.  I mean not before.  Afterwards, yes.  I

6       got some stuff.  But beforehand, I don't remember too

7       much.

8           I mean I was aware that it was being discussed,

9       but that is about as much as I knew.  To be honest with

10      you, at that point, I was in the process of just not

11      caring anymore.  I wasn't paying as much attention as I

12      had been.

13  Q.  Okay.  Let me ask you this:  In the period between Casey

14      got whatever notice she did and the Board meeting on

15      October 18th, do you recall getting any phone calls from

16      any of the Board members?

17  A.  Yes.  Well, I didn't get it, but Casey got it.  Alan

18      called me I think Friday.  I think it was Friday night.

19      I am not positive.  But I came home, and she said Alan

20      called, and he wants you to call him.

21          I was like about what?  And we had instituted a

22      policy when we got control of the Board that the

23      Presidency would be what Noel Wenrich called one and

24      done.  You serve one year.  You step down, and somebody

25      takes your place.

1          And what he had called to ask was was I interested

2     in voting for Sheila for President or voting for him for

3     a second consecutive term?  Which, of course, would have

4     been changing our policy.

5          And I am like how about none of the above?  I am

6     not interested in voting for either of those people.  I

7     just didn't call him back.  I just did not call him

8     back.

9  Q.  All right.  The information you have just given me, was

10     that relayed to you by Casey?

11  A.  Yes.  I think so unless -- somebody took the message.

12     It had to be our daughter or Casey.  Casey told me.

13     Whether she took the phone call or not, I don't know,

14     but she is the one that told me Alan had called and what

15     it was about.

16  Q.  Do you recall it being about anything else besides the

17     upcoming reorganization?

18  A.  Yeah.  An electrical job at his house that I was

19     supposed to do.  I was already reaching the point where

20     I didn't want to have to be there either.  I mean I was

21     winding down rapidly at that point.  I was just tired of

22     it.

23  Q.  Okay.  Anything else from the phone message?

24  A.  That is all I remember.  I just remember that I just

25     never did work up the gumption to call him.

1    Q.   Apart from that phone message, any other communications

2         between you and any other Board members about the

3         upcoming meeting on October 18th?

4    A.   Sheila might have -- I don't think she did.  Sheila and

5         I talked fairly regularly.  I don't recall anything.

6         Although I did see Noel fairly regularly, but I don't

7         remember anything.

8    Q.   All right.  So the next thing that should happen

9         logically is you get your Board packet, or did you

10        already have it?

11   A.   They come Thursday.

12   Q.   You go into the Board meeting realizing that there are

13        some competing --

14   A.   Yes.

15   Q.   -- competing versions of curriculum changes up for a

16        vote?

17   A.   Yeah.  I can't even remember if the wording was in the

18        Board packet or not.  I think it was, but I am not

19        positive.  I don't have any Board packets.  When I

20        resigned, I left it laying on the table.  I figured I am

21        not on the Board anymore.  I don't need this stuff.

22        That is one reason I don't have any documents.  When I

23        walked, I left it sit.

24   Q.   Did you resign before or after the vote on the

25        curriculum change?

1    A.    After.

2    Q.    Tell me how the meeting unfolded from your perspective.

3    A.    We started with an executive session which I think had

4          to do with disciplinary matters.  I am not sure.

5          Anyway, I remember Casey saying something -- citing some

6          kind of statistic, what have you, which Casey carries

7          around in her head much better than I ever will.  And

8          Sheila saying do you have that in writing?  I am like

9          whoa, that is the kind of attitude you always used

10         toward Barrie Callahan.  I can see where we fit into the

11         grand scheme of things.  Thanks for making my job

12         easier, Sheila.  I remember thinking that.

13              And, of course, Bill was not speaking to me at

14         this point, but he did speak to the rest of the Board.

15         He said let's go out and let's get this thing done.

16         It's way passed time.  He did not say what this thing

17         was, but I sort of had a good idea what he was talking

18         about.

19              And I said see you on the other side, Bill.  And I

20         left and went outside.  I went out to the table.  And we

21         went through the rest of the meeting, blah, blah, blah,

22         etcetera.  And then we got to the issue.

23              The teachers had found out about this only a few

24         hours before the meeting.  They had never been consulted

25         on this curriculum change.  The administration had

1   prepared a compromise resolution.  The teachers had

2   prepared a compromise resolution.  I actually think --

3   okay.

4          The administration had prepared a resolution which

5   the Board curriculum committee had rejected and then

6   came up with their own, at which point the

7   administration came up with a second -- actually, the

8   first compromise resolution.  And then the teachers had

9   come up with one.  We had a total of four resolutions on

10  the table.

11         I began voicing my objections to the idea of

12  including any mention of this in the curriculum.  First

13  and foremost being if we got sued and lost --

14  incidentally, your law firm had come up at some point.

15  At some point, Bill informed us you volunteered to

16  defend the District if we were sued.  That may have been

17  the October 18th meeting.  I am not sure.

18         And I brought up the person on the other side of

19  the table using him as the boogeyman -- sorry, but it is

20  politics.

21  Q.   That is a reference to the ACLU?

22  A.   Yes.  It is like if we lose this case, we are going to

23  end up paying the other side's legal costs, and that

24  could run whatever they decide they are.  This isn't

25  worth it.  We need to look into this further.

```
 1              And their contention was we are not going to get
 2       sued.  I can say this if they ever want to go into the
 3       prophecy business, they are off to a lousy start.
 4   Q.  Let me ask you:  Had you looked over any versions of
 5       competing proposed curriculum changes prior to the
 6       meeting?
 7   A.  No.  No, I wasn't aware of them until -- I think they
 8       were handed to us in the executive session.  We had them
 9       when we went out the door.
10   Q.  Was there any discussion of the various versions by Dr.
11       Nilsen when he handed them out?
12   A.  Dr. Nilsen explained where they came from, why they had
13       been worded the way they were, and what the possible
14       objections were.  It all boiled down to two words
15       Intelligent Design.
16              Basically, I think anything the Board would have
17       passed that didn't include those two words would have
18       been acceptable to the administration and the teachers.
19       But I am guessing.  All I know is only one motion had
20       the words Intelligent Design in it, and that was the
21       Board's.
22   Q.  Apart from those two words Intelligent Design, were
23       there any other features of the competing versions that
24       you recall as being problematic?
25   A.  There was one section of the teachers that was actually
```

1   lifted out of it and placed into the final, and that is

2   the note: Origins of life will not be taught.  That was

3   originally in the teachers' draft.

4       At some point in the extremely heated debate,

5   Casey brought up the fact that we don't teach origins of

6   life.  Are you proposing to change that?  And Bill

7   Buckingham said no, we are not.  At which point I said I

8   move that the phrase note: Origins of life will not be

9   taught be appended to the Board's motion.

10      And that was the only motion I made all night that

11  passed.  They didn't have a problem with putting that on

12  there.  Their original motion was the one that we have

13  now, minus those words note: Origins of life will not be

14  taught.

15  Q.  What was your rationale, Jeff, for suggesting that

16      change?

17  A.  Intelligent Design is nothing but the origins of life.

18  Q.  So did you see yourself as defeating --

19  A.  I was making sure they could never teach it by their own

20      motion.  They weren't proposing to teach it, but I was

21      just covering my butt.

22  Q.  So let me make sure I understand you.  You thought that

23      when the note you suggested adding to the Board's

24      version was taken in connection with the part of the

25      proposed curriculum change that said students will be

```
 1            made aware of other theories including Intelligent
 2            Design, that read together the net result would be that
 3            Intelligent Design could not be taught, but students
 4            could be made aware of it; is that your thought?
 5   A.       Actually, it wasn't.  It was just to make sure they
 6            never could.
 7   Q.       Then tell me so I can understand you.
 8   A.       Okay.  Quite frankly, I didn't trust Bill Buckingham as
 9            far as I can kick this building.  I don't take -- his
10            promises are worthless to me.  He can stand there and
11            tell me we don't want to teach this, and I will say
12            yeah, Bill, today.
13                 So I wanted the motion read in such a way that I
14            wanted a poison pill built right into it so he couldn't
15            change his mind down the road quite so easily.  They can
16            throw the whole thing out and start from scratch.  It
17            was just the most I could do given the circumstances.
18   Q.       Okay.
19   A.       It wasn't that I thought they didn't want to teach it.
20            It was that they were saying they didn't want to teach
21            it.  Although the teachers were arguing that by placing
22            it in the curriculum, the instructional curriculum, they
23            felt obligated to teach it.
24                 And the Board did argue, did argue that they were
25            not requiring -- they were not saying that we want you
```

1       to teach it.  They did state that several times during

2       that meeting.

3           However, in law it's really irrelevant what you

4       mean.  It is what you put in writing.  And they did

5       place it in the instructional curriculum, which was the

6       teachers' point.  It is like why is it here?  Why is it

7       listed in instructional curriculum if we are not

8       supposed to teach it?  It is the only thing in the

9       instructional curriculum that they are apparently not

10      supposed to teach.

11          I am going by what they said.  I don't know.

12  Q.  Was there any discussion of technical use of the word

13      teaching in the curriculum as opposed to making students

14      aware of?

15  A.  No, no.  The Board did several -- I should say the Board

16      never passed a formal motion saying it should not be

17      taught.  Several Board members, Heather Geesey in

18      particular I remember saying we are not asking you to

19      teach it.

20          But again, that's a comment.  All that matters is

21      what the Board actually passes, what they have got in

22      writing.

23  Q.  Let me ask you:  You say Dr. Nilsen gives you the

24      versions, and he gives you some explanation for the

25      changes.  Tell me what you recall about what Dr. Nilsen

1         said.
2    A.   He was sharing -- he was voicing the same concerns as
3         the teachers.  By including the phrase in the
4         instructional curriculum, he felt it -- again, we are
5         back to this.  Nothing else is mentioned in the
6         instructional curriculum except subjects that we teach.
7              And therefore, he didn't have any problem with --
8         I won't say any problem.  He could live with -- I will
9         put it that way.  At any rate, he wasn't going to fight
10        until the last dog died any reference to making students
11        aware of other potential theories as long as we didn't
12        name any.
13             Naming one theory in his -- as I understood it,
14        naming that theory in the instructional curriculum
15        essentially put it in the same category as subjects that
16        we teach.  I may be misinterpreting what he meant.  I
17        don't know.
18   Q.   That is fine.
19   A.   He is the best man to ask for that.
20   Q.   How about anything else that Dr. Nilsen said when he
21        passed these proposed changes to you?
22   A.   The objection was always to the phrase Intelligent
23        Design.  I pretty much got the opinion we could write
24        anything we wanted as long as it didn't have those two
25        words in it.

 1          decided what's the point of this.  He could keep it up

 2          all night, but he had already tendered his resignation

 3          because he was moving out of the District.

 4               I am sitting there thinking I can probably twist

 5          Angie's arm and get her to vote against this, and it

 6          would fail because it needed six votes.  We didn't have

 7          the administration.

 8               I thought but Noel is leaving.  So they will

 9          replace him with another knucklehead.  I did think that.

10          I am sorry.  I am under oath.  I did think knucklehead.

11          So it is like what is the point?  Let's let it happen

12          now.  And we finally just said fine, and they did.

13     Q.   Let me ask you to make sure I understand:  What did you

14          see the point of Noel's Parliamentary maneuvers being?

15     A.   He was giving them every chance in the world to

16          compromise.  In the back of my mind, we have a teachers'

17          contract coming up next year.  Do we really want to be

18          yanking the teacher's chains right now?  This is really

19          stupid.  We are now in the midst of that contract, and

20          it could not be more acrimonious.  But that is an

21          unrelated subject unless you are a School Board member.

22     Q.   Let me ask you about that.  Were the teachers at this

23          meeting on October 18th?

24     A.   Bertha Spahr.  I believe Jen Miller.  I don't know who

25          else.  There were some other teachers with her.  Again,

1     I don't know these teachers, but I do know Bertha Spahr.

2     She was there.  She was basically the spokesperson, but

3     there were some other science teachers.  I think it was

4     probably Jen Miller, but I don't really know.  That is

5     all.

6  Q.  Do you recall anything that Bert Spahr said?

7  A.  She was adamant that she did not want this in there.

8     She said it is the feeling of my Department that if

9     these -- if you include this phrase in the instructional

10    curriculum, we have to teach it.  And we are not trained

11    to teach this.  I remember her saying that.

12  Q.  How about any other public comments stick out in your

13    mind?

14  A.  There wasn't a whole lot of public comment.  The Board

15    was doing quite well by itself.  I do recall

16    Mr. Buckingham at one point telling me that it is a good

17    thing you weren't around during the American Revolution,

18    Mr. Brown, or we would still be under a Queen.

19        I came up out of my chair.  I really did.  It was

20    the only time I was on the School Board I wanted to hit

21    a man really bad.  And I remember thinking -- I am under

22    oath so the first thing through my mind was he is a

23    cripple, I can't hit him.  I sat down.

24        My wife said I know that look.  You wanted a piece

25    of him.  I said man, I wanted him bad, but I didn't.  I

1    behaved myself.  And he later tendered an apology which

2    I have yet to accept.  Let me know when hell freezes

3    over.  I will consider it.

4  Q.  Maybe I have missed it.

5  A.  If you got the opinion that the relations between Mr.

6    Buckingham and I are not the best, I am sorry.  I guess

7    I overplayed it.  Ha, ha.

8  Q.  I may have skipped something here.  The voting, before

9    the voting started, was there discussion among Board

10    members about the rival versions of proposed curriculum

11    changes?

12  A.  Very little.  It was perfunctory.  There was some, but

13    it was strictly -- the administration discussed them.

14    We sat there and listened.  I don't think anybody was

15    under any illusions of what was going to happen next.

16        If there was any discussion at all, it was not

17    really very --

18  Q.  Substantive?

19  A.  Yes, that is a good word.

20  Q.  You said the administration discussed them.  Would that

21    be Dr. Nilsen?

22  A.  Yes.  Mike Baksa was probably there as well, but I am

23    not sure.  Dr. Nilsen was always there for our executive

24    sessions.  I don't know if Mike Baksa was or not.

25  Q.  But this is not an executive session anymore, right,

1        this is the public --

2   A.   Oh, the public meeting.  But I mean before the meeting,

3        there was a discussion in the executive session when we

4        were presented with the various -- that is what I was

5        referring to.  I am sorry.  We got confused.  What was

6        your question?

7   Q.   That is fine.  So the explanation provided by Dr. Nilsen

8        is in the executive session.  You go out to the public

9        meeting, and you roll through the meeting until you get

10       to this agenda item curriculum?

11  A.   Yes.

12  Q.   At that point, was there discussion among Board members

13       about the various proposed versions of curriculum

14       changes?

15  A.   Yes.  We saw to that.

16  Q.   This discussion is before the voting takes place?

17  A.   Yes.

18  Q.   Tell me what you can recall about that discussion.

19  A.   It involved numerous motions.  And under Parliamentary

20       procedure, the most recently made motion must be voted

21       on first.  So when an amendment -- a motion is proposed,

22       which Mr. Buckingham did when he read it, Noel

23       immediately proposed an amendment to the motion.  That

24       had to be voted on before we could vote on

25       Mr. Buckingham's.

1       This is what Noel meant by I can do this all

2    night.  And he was correct; you can.

3       But his motions were not -- he hadn't reached the

4    level of the nonsensical which he used to do at the old

5    Board just to get them ticked off.  I felt they all had

6    merit from the standpoint -- they all had a purpose.

7    They weren't just there to drag the thing on.

8       His first motion was to table.  And I at that

9    point, I discussed -- I should say at that point, I went

10   on about I felt a committee should be formed.  I voiced

11   my various objections to this or potential objections.

12   These were all issues I felt needed to be looked into

13   before we proceeded any further.  They were summarily

14   rejected by the Board.

15      And then his next motion was he went through the

16   various amendment motions.  We proposed a few motions of

17   our own that were essentially --  but every motion we

18   proposed did not include the words Intelligent Design,

19   and they were all voted down.  The Board was adamant the

20   phrase Intelligent Design had to be in the motion.

21      There could be no mistaking that because we

22   considered I think something like 20 amendments.  And

23   while they were willing to amend their motion by adding

24   the note: origins of life will not be taught, they were

25   not -- we proposed rewording their amendment to take the

```
 1              phrase Intelligent Design out, and that was shot down.
 2                   I don't know any other way to say it except that
 3              they were adamant that the words Intelligent Design had
 4              to be in the motion.  And the teachers were equally
 5              adamant that as long as they were, they couldn't support
 6              it.  That's where we stood.
 7    Q.        Okay.  Now at several points in your answer, Jeff, you
 8              have mentioned that the Board was adamant or they were
 9              adamant?
10    A.        Six members of the Board were adamant.
11    Q.        Who were you referring to there just so I now how you
12              saw it?
13    A.        Alan Bonsell, Bill Buckingham, Jane Cleaver, Heather
14              Geesey, Sheila Harkins and, yes, Angie Yingling.
15    Q.        And you also mentioned earlier that the proposed
16              curriculum change needed six votes.
17    A.        Because it was not an administrative recommendation.
18    Q.        Okay.
19    A.        Otherwise, it would have only needed five.
20    Q.        And you indicated that at your suggestion -- or motion I
21              suppose technically -- the note from the teachers'
22              version --
23    A.        Was placed in there, and that I believe passed
24              unanimously.  I could be wrong, but at any rate it
25              passed.
```

1    Q.    It is moved from the teacher's version to the Board

2          curriculum committee's version?

3    A.    Right.

4    Q.    Casey was on the Board curriculum committee.  Had she

5          participated in formulating the Board's version?

6    A.    No, she had a doctor's appointment that day.

7    Q.    And she missed the meeting in which this was worked out?

8    A.    Right.

9    Q.    When you made the proposal to shift that note from the

10         teachers's version to the Board curriculum committee's

11         version, did you have an understanding of what origins

12         of life are not taught meant to the teachers?

13    A.    Not specifically.  The teachers had stated in that

14         meeting where Casey got her reputation as the peacemaker

15         that they had never taught origins of life.  They viewed

16         it as too controversial.  They didn't get into it.

17         What they meant by origins of life was the part of

18         Darwin's Theory that states that all life evolved from

19         single celled organisms a long, long time ago.  They

20         don't get into that.

21         Now me I like to take a step further back than

22         that and state did these organisms just do this on their

23         own, or is there some master plan or thought process,

24         etcetera?  But they didn't get into that either so it

25         was irrelevant.  I assume that is what they meant.  I

1        don't know.

2    Q.  Okay.  And I think you said the point of Noel's

3        Parliamentary maneuvers was to see if there was a

4        compromise?

5    A.  If it was possible to get the words -- come up with

6        something both sides could live with.  The Board showed

7        no interest, whatsoever.

8    Q.  You said both sides.  How do you see the sides?

9    A.  As I interpreted it, the teachers were very blunt.  In

10       their opinion as long as the words Intelligent Design

11       were in the motion, they could not support it.

12            And while the Board did not say that they

13       absolutely had to be there, they rejected any and all

14       configurations that did not include the two words.  So

15       we were basically in a situation -- it was a shoving

16       match, and the Board shoved harder.

17   Q.  All right.  You have mentioned a comment that Bill

18       Buckingham made to you during this voting process.  Tell

19       me how you understood -- what was he getting at this

20       thing about the American Revolution?

21   A.  When I settled down, I just looked at him and said don't

22       you ever question my courage, ever.  That is how I took

23       it.  He was basically saying I was some kind of big

24       weenie, and I was afraid to -- that is how I took it.

25   Q.  And I just want to make sure I understand you.  Do you

```
 1          think he was conveying the notion that you were
 2          capitulating to the teachers?
 3    A.    I don't know.  I didn't think that far ahead.  My
 4          thought process was a little -- I was moving on
 5          adrenalin at that point.  I wasn't thinking too far
 6          ahead.  I don't know.  I don't know what he meant by
 7          that.
 8    Q.    But you did see it as --
 9    A.    I took it as an insult, yes.
10    Q.    All right.  Apart from that comment, Jeff, was there
11          anything else that was said?
12    A.    Heather Geesey made a comment which everybody present
13          took as meaning if the teachers didn't agree with -- how
14          the hell did she put it?  It was in the newspaper.
15              She made a comment about they should be -- if
16          the -- I don't remember the context something about they
17          should be fired.  And the context was I took it, my wife
18          took it, Joe Maldonado from the Daily Record and Heidi
19          Bernhard-Bubb from The Dispatch all took it as meaning
20          that it was directed at the teachers.  The word they, of
21          course, can apply to other people.  But that's how we
22          all took it at the time.
23              And Joe Maldonado has stated to us in private
24          conversation that he questioned Heidi (sic) afterward
25          what she -- what she meant.  Did she mean this about the
```

1      teachers?

2             And he claims -- I didn't hear it -- but he claims

3      that she said she -- I don't know.  You better talk to

4      Joe Maldonado.  At any rate if it ever becomes an issue,

5      it was in the newspaper.  It was printed in the

6      newspaper as she said that the teachers should be fired

7      if they don't go along with this.

8             And then when it was published in the newspaper

9      and created a huge backlash in the community, she said

10     that what she actually meant was the lawyers should be

11     fired if they approve this.  Again, this is somebody

12     else's quote.  I can't do it any justice, but it was in

13     the newspaper.

14            There are two different schools of thought as to

15     what Heather Geesey meant.  But Joe said he talked to

16     her afterwards to get a confirmation, and he got it.  I

17     don't know.  It's not my department.

18  Q.   I understand.  Did you ever talk to Joe about his

19      coverage of these events during the period where the

20      events were occurring?

21  A.   Yes, I did.  I used to kid him about it all the time.

22  Q.   In what way?

23  A.   Because they were always accusing him of misquoting

24      them.  I used to kid him about it.  Invent any more good

25      stories, Joe?  Because quite frankly, I never saw Joe

1      invent anything.

2            The quotes that I have seen in the paper -- I had

3      an issue with Heidi Bernhard-Bubb taking my reference to

4      the Golden Rule out of my statement.  But other than

5      that, I didn't have any problems with accuracy.  She

6      didn't change anything else.  She just deleted something

7      that I thought didn't need deleted.

8            Again, I know how newspapers work.  She may not

9      have taken it out.  Her editor may have taken it out.

10     But at any rate, I never saw any of the -- nothing I

11     witnessed in none of the situations that I witnessed did

12     the newspapers get the quotes -- I won't say they always

13     captured them word for word; although, they came pretty

14     doggone close.

15           And they certainly never twisted meanings around,

16     unless in the case of Heather Geesey she actually did

17     mean the lawyers and not the teachers.  I am not the

18     person to judge that.  I don't know.  I took it as

19     meaning the teachers, and a lot of other people did,

20     too.

21  Q.  Looking at again this October 18th meeting, and Bill

22     Buckingham made a comment that sticks in your memory,

23     and Heather Geesey made this comment, anything else that

24     you recall about discussion by Board members relating to

25     these proposed changes or the votes had on proposed

1           changes?

2   A.      Nothing comes to mind.  We were doing most of the

3           talking.  All they were basically doing was waiting for

4           us to shut up long enough so they could call the

5           question and end debate on the Noel's latest motion and

6           vote the thing down.

7               Then he would make another one, and we would

8           discuss that.  They weren't doing that much talking.

9   Q.      How about the term Creationism?

10  A.      Did not come up.  Did not come up.  Creationism did not

11          come up after June, not in public meetings.  But I will

12          say this:  Intelligent Design seemed to step into its

13          shoes without any difficulty, whatsoever.  That is an

14          opinion, but I noticed that at the time.

15              Bill went from championing one to the other

16          without batting an eye.  I don't know what that means.

17          Maybe he can answer that.

18  Q.      Can we take a brief break?

19              (A recess was taken.)

20                          AFTER RECESS

21  BY MR. GILLEN:

22  Q.      Tell me about your resignation, Jeff.  What happened?

23  A.      Well, no sooner was -- the vote was final.  It was now

24          -- Dover's date with destiny was secure.  Although I

25          must admit, I had no clue.  I had no idea.

1          And Casey said I would like to make an

2    announcement, and she read her resignation speech.  And

3    she got up and left.  And while she was reading it,

4    Angie Yingling whispered to me is Casey resigning?  I

5    said yes, and she is not the only one.

6          And Angie got this huge sad look on her face.  You

7    don't have to know Angie long to know that Angie has a

8    good heart.  We will not comment on the portion of her

9    anatomy from the neck up, but from the neck down, there

10   is nothing to fault.

11         Actually, I can say that as a heterosexual man,

12   there is nothing to fault.

13         MS. ROPER:  Maybe we should keep on topic.

14 A.  Maybe we can keep on talking.

15         MS. ROPER:  On topic.

16 A.  Good point.  I am sorry.  I can't resist a straight

17   line, even if it is mine.  So she and I -- mine was

18   short.  I was like I am not going to top this.  I am not

19   going to even try.

20         I basically said I, too, feel there is nothing

21   more I can accomplish while I am on this Board.  And for

22   those of you who are expressing any fears for the door

23   striking my posterior, I will endeavor to see that this

24   does not happen on the way out.  And I said I am out of

25   here.

```
 1              I left all my stuff laying on the table.  I
 2         grabbed my hat and left.
 3    BY MR. GILLEN:
 4    Q.   And what led you to resign, Jeff?
 5    A.   I was ready to, anyway.  Just what I said.  I didn't
 6         feel there was anything else I could accomplish on that
 7         Board.  They were no longer listening to me.
 8              A School Board member's only real power is the
 9         power of persuasion.  One School Board member can't do
10         anything.  Four -- under certain circumstances four can
11         actually filibuster by refusing to prove a call to
12         question, you can keep a motion going literally forever.
13         But it requires four people to do that.
14              I am looking at it like Noel is leaving.  Casey
15         already left.  There is no point.  It wasn't really a
16         question in my mind.  I knew I could not accomplish
17         anything.
18              They were going to do this.  I thought it was
19         dumb.  I thought it was going to blow up in their faces.
20         It remains to be seen just how much, but, you know, that
21         was my opinion, and I haven't changed it.
22    Q.   Okay.  Did you talk to Angie Yingling about your
23         resignation after this evening?
24    A.   After this evening, yeah, we have discussed it off and
25         on.  I can't remember anything that I haven't already
```

 1          gone, too.

 2               But she did not -- she talked to us -- of course,

 3          she didn't talk to us about it prior to her dramatic

 4          that does it, I am leaving.  But then she did talk to us

 5          quite a few times between that and the actual letter of

 6          resignation.

 7    Q.    And I want to ask you a few questions about that.  First

 8          of all, as you know on this evening, Angie voted for the

 9          curriculum change suggested by the Board curriculum

10          committee as amended to include the note which you have

11          referenced earlier.

12               Did Angie ever tell you why she voted for the

13          curriculum change?

14    A.    Yes.

15    Q.    What did she say?

16    A.    She said they told her that she would be -- they said --

17          they called her.  They said people will think you are an

18          atheist.  If you don't vote for the Intelligent Design

19          motion, she said that told her that people are going to

20          call you an atheist, or they threatened to call her an

21          atheist.  I heard both versions.

22    Q.    What did Angie tell you?

23    A.    Both.

24    Q.    Did Angie give you both versions?

25    A.    Yes.  If you know Angie, that is not surprising.  It

```
 1          depends which day.
 2   Q.     Did she attribute that statement to any particular
 3          person?
 4   A.     No.  Not to me.
 5   Q.     Apart from what you have just said, did she tell you
 6          anything else about her reasons for voting for the
 7          curriculum change?
 8   A.     Just that she felt very pressured, and I assumed for
 9          those reasons.
10   Q.     Did she ever talk to you about community pressure?
11   A.     Yeah.  But actually the community pressure she talked
12          about did not have anything to do with her voting on
13          October 18th.  Community pressure, it is my
14          understanding from what I gathered from her, it was
15          community pressure that caused her to want her vote
16          rescinded.
17              In other words after the vote, she started getting
18          an awful lot of pressure from neighbors.  I know her
19          father came down on her like a ton of bricks.  They all
20          thought it was terrible that she had voted for this
21          motion.  And that's the only community pressure I heard
22          about.
23   Q.     Did she ever reference possible negative impact on her
24          business or anything like that?
25   A.     No.  I don't think -- no.  It was mostly just people
```

1      chewing her out with like what were you thinking?

2  Q.  You have indicated you had some discussions with Angie

3      after your resignation, but before her formal

4      resignation we will call it?

5  A.  Yeah.  But they were basically you know, I wish you guys

6      were still on the Board.  Oh, I feel so awful.  From a

7      legal standpoint, I don't think there is anything there

8      to be honest.

9  Q.  Did she give you any specifics about Board actions or

10     deliberations relating to the biology text or biology

11     curriculum?

12 A.  I don't think so.  She did say -- and this could have

13     been after -- I am not sure when this was but while she

14     was still on the Board, of course, we have the period

15     where Angie was on the Board before she resigned and

16     then the period where Angie resigned but was still on

17     the Board before she resigned, resigned.  I can't tell

18     you which section it was in, but it was in one of those

19     two.

20         She did state that they were already making plans

21     for what to do next after they won their case

22     quote/unquote.  And, again, Angie would be the best

23     person to tell you this than me.  This is hearsay.  I

24     got it from her.

25 Q.  That's fine.  Did she say anything more specific about

1          the plans?

2     A.   Bible reading and prayer basically.

3     Q.   So Angie Yingling told you that people were discussing

4          that?

5     A.   That is what she told me, yes.

6     Q.   Did she attribute those statements to any specific Board

7          members?

8     A.   Alan Bonsell.  That is the only one I remember her

9          mentioning, which seems out of character for Alan.  I

10         will add that for what it is worth.

11    Q.   Apart from what you have told me about your discussions

12         with Angie, anything else that she said after you

13         resigned but before she resigned?

14    A.   There was always a lot, but nothing of any relevance

15         that I can think of.  That was basically -- nothing is

16         coming to mind.

17    Q.   How about any of the other Board members, did you ever

18         discuss the events of October 18th with Alan Bonsell

19         himself?

20    A.   Okay.  Yeah.  It would have been in November I'm sure.

21         He approached me, and he was really upset.  And he said

22         I thought you were a friend.  I thought you were

23         somebody I could count on, stuff like that.  But nothing

24         specific.

25    Q.   Did he ever mention trying to reach you by phone that

1          weekend?

2    A.    Yes, he did.  That's right.  He did at that same

3          conversation.  He said yes, yes, because in that same

4          conversation, he said -- how did he put that?  I know he

5          mentioned it.

6                I told him I said Alan, I got the message.  I said

7          I just didn't have the stomach to call.  I was fed up.

8          I was done.  I don't remember what his exact wording

9          was, but he did ask me -- or mentioned that he had tried

10         to reach me that whole weekend prior to the vote.

11               And it was like yeah, I am aware that you did, but

12         I also no longer -- it was just we had nothing left to

13         say to each other.  That was my feeling.

14   Q.    Because of the dispute that had arisen over this --

15   A.    Yes.

16   Q.    -- issue of Intelligent Design?

17   A.    Yes.

18   Q.    How about Sheila Harkins?

19   A.    Sheila was in this morning.  I don't know if she was

20         still here when you got here or not.  Sheila has always

21         been very friendly towards me.  She was always very

22         friendly to everybody when it suits her purposes.

23   Q.    Did you have any discussions with her about these

24         disputes, the biology text, biology curriculum change

25         after you resigned?

1   Q.   Let's look at the first time.  Do you recall what she

2        said at that point?

3   A.   I think I pretty much gave it to you as I recollect it.

4   Q.   How about the second time?

5   A.   Well, she read a statement.  I can remember a few key

6        phrases from it.

7   Q.   What were they?

8   A.   The one because she lifted it from me with my

9        permission.  I remember telling Bill Buckingham in

10       executive session, I said Bill, if you want to fight

11       this -- because he was going on about fighting the

12       Supreme Court.  And I am serious, he was.  I forgot to

13       mention that.

14            Memories are great.  The weirdest things trigger

15       them.  I have forgotten that completely.  He did state

16       in executive session that he wanted to fight this all

17       the way to the Supreme Court.

18            I said Bill, if you want to fight this issue, why

19       don't you do it with your own money and stop dunning

20       the taxpayers to pick up the tab?  I said you are

21       awfully brave with other people's money.

22            Angie liked it so much she used it in her

23       resignation speech, that the Board was brave with the

24       taxpayer's money.  I remember that one because I had a

25       personal stake in it.  Nothing else comes to mind at the

1   moment.  But I am sure she has a copy of it somewhere.

2   Q.   Do you recall her saying anything about feeling pressure

3        at that time?

4   A.   I think she did, but I am not positive.  I know it was

5        in the newspapers.  At some point either from her

6        resignation speech or from talking to reporters, it was

7        in the newspaper, her feeling pressure, being pressured,

8        being threatened and called an atheist.  I remember

9        reading it in the paper, but I don't remember in what

10       context.

11  Q.   I want to see if I can go back and get a better sense

12       for the way you see things with respect to the specific

13       issue here.  And that is earlier before lunch, we were

14       talking, and you had this sense that the support of

15       certain Board members for this Intelligent Design or *Of*

16       *Pandas* was linked to religion.

17  A.   Yes, I felt that.  Now I should qualify that.  You said

18       certain Board members.  I will not say all because in

19       Sheila Harkins' case, I am not convinced it is basically

20       based on conversations I have had with her.

21            But Heather Geesey, Bill Buckingham, Jane Cleaver

22       definitely, and to a lesser extent Alan Bonsell;

23       although, I wouldn't be sure how much lesser.

24  Q.   What I am trying to get a sense for, Jeff, is why?  What

25       is the connection that you are making and what is the

1        foundation for that?

2   A.   Just the general atmosphere.  The general things people

3        say, the way they say them.  It was obviously important

4        to them.  The religion was obviously important to them.

5             The comments on school prayer, which as I said I

6        am giving them to you vaguely because that is how I

7        remember them is vaguely.  But it was all a part of the

8        same piece.

9             And what to me is inextricable is the fact that

10       this whole thing evolved, and Mr. Buckingham carried the

11       ball initially, and there was no -- I don't think there

12       was any question in anybody's mind who was sitting in

13       the same room with him that it was all about religion to

14       him.

15            And because of that connection, because in his

16       case it most definitely was, and the fact that there

17       were these areas of agreement with other Board members,

18       yes, I have connected this.

19            Nobody ever flat out said to me -- Bill came as

20       close as anybody, and he didn't say it to me.  He said

21       it in public on his 2,000 years ago speech.  Nobody ever

22       came up to me and said we want to put Intelligent Design

23       in the classroom because our real goal is to get our

24       particular religion back into the public schools, and we

25       don't want anybody else's in there.

1       Nobody ever said that in words.  That was just the

2  impression that was conveyed.  And I have given you so

3  many different this's and that's.  But in my mind, they

4  all coalesce -- Heather Geesey's we're not teaching

5  other religions, the discussion that yes, prayer should

6  be back in school, Bible reading should be back in

7  school, the conviction that scientists for reasons as

8  yet that are to me utterly incomprehensible would try

9  and foist a hoax on the world, and the fact that they --

10  I am convinced they believe this.  This is not -- they

11  are absolutely certain that that is what is actually

12  happening.

13       It is all part and parcel of a world view in which

14  you got your forces of darkness, your forces of light.

15  You are on one side or the other.  Which one is it going

16  to be folks?

17       Have I got ironclad evidence that would survive?

18  Could I pass a lie detector test asking me if I believe

19  from the bottom of my heart that they think they are

20  doing God's work?  Yes, I am sure I could.

21       It is based on, you know, conversations over a

22  period of years and specific things.  But it is just --

23  I don't know how to put it any better.  That's pretty

24  much it.

25       Nothing I heard ever contradicted that viewpoint

1          with the exception of Sheila Harkins.  And she is a

2          special case.  Don't ask me why she supported it.  I

3          don't know.

4               But the rest of them to greater or lesser degree,

5          it was all part and parcel of their entire world view

6          that, you know, we got God here, we got Satan here, and

7          you are working for one or the other.  And there is

8          nothing in between.

9     Q.   Okay.  But in fairness to them, Jeff, is that a

10         connection that you are making, that is an inference you

11         are drawing based on what you perceived?

12    A.   I mean I have heard -- they have discussed religion with

13         me.  I mean nothing -- and that is their religious view,

14         yes.  They do believe, you know, everything that happens

15         in the world is either a direct intervention by God or

16         by Satan.  And we are basically puppets on a stage.

17              I have heard -- good Lord, who was it that said

18         that?  I guess it was Alan.  Yes, it was.  It came

19         across as I'm protecting Alan.  I keep finding more

20         things and saying there isn't anything there.

21              Alan had a discussion with me on religion one

22         night, and that pretty much conveyed exactly what I just

23         said.  This is how the world works, and this is how it

24         is.  And that, you know, what is happening anywhere, any

25         time is either one or the other.

1       And I don't believe -- it sticks in my mind that

2       he was of the opinion that the world is going to end

3       very shortly.  Bill Buckingham is pretty much of that

4       opinion also -- or not pretty much.  He is of that

5       opinion.  What am I saying?

6           I am rambling because I am rambling through my own

7       thoughts here and trying to bring up more of this stuff.

8       I have this basis for belief.  And to be honest with

9       you, I have never really torn it apart and figured out

10      where it all came from.  It's just there.  It was the

11      atmosphere of that Board.  Very much a Fundamentalist

12      end of times kind of mentality, and it permeated a lot

13      of things.

14  Q.  Let me ask you, Jeff, you have mentioned the discussions

15      involving religion with Alan Bonsell.  Did you have a

16      lot of discussions with Alan about religion?

17  A.  I remember that one.  Well, he knew I was a Sunday

18      schoolteacher.  And the truth is religion fascinates me.

19      Furthermore, you know, I don't -- I don't make -- I

20      don't have a problem with anybody's religious beliefs as

21      long as they let me have mine.

22          At that point in time, I felt there was room in

23      the world for his and mine both.  I guess toward the end

24      of my tenure on the Board, I was increasingly getting

25      the feeling the world just wasn't big enough for me and

1       them both.

2   Q.  Let me ask you the discussion you reference, I think you

3       said it happened at night.  Was it on the phone or in

4       person?

5   A.  In person.

6   Q.  Where was it?

7   A.  It was at one of the -- it wasn't at the 56 building

8       where we normally meet.  It was at Leib Elementary

9       School.  So it would not have been in 2004.  It would

10      have been before that because we did not meet at Leib in

11      2004.

12  Q.  You said religion fascinates you.  Can you tell me how

13      it came up?  How did you guys start talking about

14      religious beliefs?

15  A.  I don't remember.  I honestly don't.  I remember some of

16      the points he made that he believed.  Of course being

17      human, I remembered the ones that I thought were the

18      goofiest.  If I made any, I'm sure he remembered the

19      ones he thought were goofy, too.  It was just there.

20          Like I said, there is no smoking gun.  I haven't

21      got the signed document.  This is just my impression

22      based on having worked with these people and known them,

23      and known them more than just professionally.  I guess

24      like I said, I considered them friends.

25          And I think that is one of the things that really

Exam./Gillen - Jeffrey Brown                    188

1         had something to do with the resignation was the fact

2         that I am seeing people that I consider friends turning

3         against me because I don't happen to believe their

4         particular version of Christianity.  That bothered me.

5         It still does.

6    Q.   Let me ask you discussions about religion with Sheila

7         Harkins, you ever discuss it with her?

8    A.   Yeah.  Never had a problem.  Sheila is a Quaker.  Loved

9         them.  They were good.  No problem.  Sheila is very open

10        minded on religion.  Quakers are.

11            That is why I keep definitely putting Sheila

12        outside of this.  I don't feel that this was any sort

13        of -- I don't think -- I will put it this way:  If

14        religion had anything to do with Sheila's backing this,

15        it was a different take on religion than the rest of

16        them.  The rest of them I consider Fundamentalists.

17            They don't all go to the same church, but the

18        churches they go to are all pretty much the same stripe.

19        And their approach toward religion is very much -- well,

20        it's what I would call neo-Fascist.  The minister is

21        basically going to tell you how it is going to be, and

22        you are going to say amen, and that is what it is going

23        to be.  You don't have that kind of give and take that I

24        am used to in my church and then apparently is quite

25        prevalent in the Quaker faith as well.

1          Sheila and I had no problems on religion.  We

2     could disagree all day, and nobody was going to hell

3     over it.

4  Q.   What I am just getting at is did you discuss your

5     religious convictions and hers with Sheila just in your

6     communications with her over the years?

7  A.   Right, yes.

8  Q.   How about Jane Cleaver, did you do the same?

9  A.   She discussed hers.  I did not discuss mine.  Jane is a

10    very nice lady, and I was afraid it would offend her.  I

11    didn't agree with her on everything.

12         The truth is the only one that I really discussed

13    them in depth with was Sheila because I felt I could

14    without offending them, without convincing them that,

15    you know, this guy thinks he is on God's side, and he is

16    going to hell.

17 Q.   How about Heather Geesey, ever have any discussions with

18    her --

19 A.   No.

20 Q.   -- with respect to religious beliefs?

21 A.   Not really.  She made statements -- numerous statements

22    that indicated to me, for one thing, she went to the

23    same church as Alan.  They were that same basic

24    background.  And various things.

25         I got the impression from Heather that we really

```
 1        wouldn't have much to talk about, but I didn't ever try.
 2   Q.   How about Noel Wenrich?
 3   A.   Not really, no.  Noel and I basically agreed to disagree
 4        on religion.  Just like we have in politics.  He still
 5        has a Bush sticker on his car.  That is pathetic.
 6   Q.   How about Angie Yingling, had any discussions with Angie
 7        about religion?
 8   A.   You don't discuss anything in depth with Angie.  I don't
 9        think we discussed religion other than, you know -- not
10        in the same sense that I discussed it say with Sheila or
11        Casey for that matter.  We have discussions.  But no, I
12        don't think so.
13             Angie has made a few statements I go to church, I
14        believe in God, I am not an atheist.  That's cool.  I
15        just don't get into it with her.
16   Q.   I mean was there any time in any of these discussions
17        where you just said to any of these people I have just
18        gone through their names, Alan, or Sheila, or Noel, or
19        Angie or Jane I would really rather not talk about it?
20   A.   No, no.
21   Q.   Why was that?  Was it because as you say religion
22        fascinated you, or it was just part of getting to know
23        the person?
24   A.   It meant something to them.  My dad loves race cars.  I
25        can't imagine what is exciting about watching a bunch of
```

1    white guys driving around in a circle.  He loves them.

2        I sit there very politely, and I listen when he

3    talks about his passion.  I am good at this.  I can do

4    it.

5        I don't know.  It never occurred to me to say no,

6    I wouldn't want to talk about this.

7  Q.  How about in the period since your resignation, have you

8    talked with any of the biology teachers about the matter

9    of the biology curriculum change?

10 A.  No.

11 Q.  Or its implementation?

12 A.  I have had a few social exchanges with Bert Spahr, but

13    that is it.  Nothing about it.

14 Q.  It is evident as a Board member, you had reservations

15    about this whole curriculum change.  I think you have

16    explained that that is because you saw Intelligent

17    Design Theory as religious.  Is that accurate, Jeff?

18 A.  Yes.  I also saw it as leading to litigation.  That was

19    a concern.  It was both.  But to be honest with you, it

20    was more the -- as a School Board member, guardian of

21    the taxpayers' dollars, the money aspect was very

22    important to me.

23        But on a personal level, far more the fact that I

24    felt -- I felt personally threatened from the standpoint

25    of -- that my religious beliefs were essentially being

1    marginalized.  Basically, I thought they were -- their

2    religious views were very exclusive and that I was being

3    basically -- I don't know.  I felt threatened to some

4    degree.

5  Q.   Let me get a better sense for that.  You say religious

6       beliefs being marginalized.  What beliefs are you

7       referring to?

8  A.   The fact that I don't have a problem with a God who

9       would create a universe through Evolution.  It seems

10      logical and sensible to me.  I have no idea if he did.

11      It seems like the evidence points that way.  I am not

12      going -- but I don't have a problem with it.

13           I got the impression from them that this was

14      incompatible, that you could not, that the price tag for

15      Christianity was believing that every word in the book

16      of *Genesis* was literally true.  I don't.  I think it is

17      a bunch of parables.

18           I felt very threatened by that as though to say

19      you are not really a Christian then.  It is like then

20      what am I?  Give me a new label I guess.  I didn't like

21      getting kicked out of my church just because I didn't

22      believe what they did.

23           That is the way I felt.  I felt like I was being

24      increasingly pushed into a set of views I don't hold,

25      and that was the going price tag for getting in the