IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

. . . . . . . . . . . . .
TAMMY KITZMILLER; et al.,   .
                            .
        Plaintiffs          .   CIVIL ACTION NO. 04-CV-2688
                            .
     vs.                    .
                            .
DOVER AREA SCHOOL DISTRICT,.   (JUDGE JONES)
et al.,                     .
                            .
        Defendants          .
. . . . . . . . . . . . .

        Deposition of      :   JENNIFER MILLER

        Taken by           :   Defendants

        Date               :   May 18, 2005, 10:00 a.m.

        Before             :   Vicki L. Fox, RMR,
                               Reporter-Notary

        Place              :   Two School Lane
                               Dover, Pennsylvania

APPEARANCES:

        PEPPER HAMILTON LLP
        BY:  CHRISTOPHER J. LOWE, ESQUIRE

             For - Plaintiffs

        THOMAS MORE LAW CENTER
        BY:  PATRICK T. GILLEN, ESQUIRE

             For - Defendants

        KILLIAN & GEPHART LLP
        BY:  JANE GOWEN PENNY, ESQUIRE

             For - Jennifer Miller

        ALSO PRESENT:  Michael Baksa

1                            I N D E X

2                              WITNESS

3    JENNIFER MILLER                                    Examination

4        By Mr. Gillen                                       3

5

6
                              EXHIBITS
7
     J. Miller Deposition
8    Exhibit Number                                         Page

9    1.    April 1, 2003 memo from Trudy K. Peterman to Mr.       20
     Michael Baksa, Mr. Larry R. Redding and Mrs. Bertha
10   Spahr, re: Creationism As It Relates to the Approved
     School Board Biology I Curriculum, and attachments.
11
     2.    February 11, 2003 memo from Dr. Trudy K. Peterman      48
12   To Dr. Richard Nilsen, Mr. Mike Baksa and Mrs.
     Denise Russell, re: Budge Justifications for Science
13   Department for 2003-2004 Budget Year, and attachments.

14   3.    Packet of Dover Area School District School Board      61
     Meeting Minutes and notes of Jennifer Miller.
15
     4.    Eight pages of handwritten notes made by Jennifer      64
16   Miller.

17   5.    Packet of documents produced by Jennifer Miller.       64

18   6.    Packet of documents produced by Jennifer Miller.       64

19   7.    October 13, 2004 memos, Michael Baksa to Board        110
     Of Directors with attachments.
20

21

22

23

24

25

1                          STIPULATION

2              It is hereby stipulated by and between the

3        respective parties that sealing, certification and filing

4        are waived; and that all objections except as to the form

5        of the question are reserved until the time of trial.

6

7              JENNIFER LYNNE MILLER, called as a witness, being

8        duly sworn, was examined and testified, as follows:

9    BY MR. GILLEN:

10   Q.    Good morning, Mrs. Miller.  My name is Pat Gillen, and I

11         am one of the attorneys for the defendants in this case.

12   A.    Okay.

13   Q.    As you know, this is the time and place set for your

14         deposition which I see as just my opportunity to get

15         your side of the story.

16   A.    Okay.

17   Q.    Plainly, there is a dispute here.  Different people have

18         different perspectives on what happened and what the

19         issues are.  This is my chance to get that from you.

20   A.    Okay.

21   Q.    There are a few aspects of this process that are rather

22         unusual.  The first is that Vicki records everything we

23         say.  And therefore, that places a premium on our

24         responses being verbal as opposed to gestures or head

25         nods which you will find we do quite frequently.

1    A.    No.

2    Q.    Give me a sense of your employment history.   When did

3          you start teaching?

4    A.    I started teaching the '93-'94 school year.

5    Q.    Where did you start?

6    A.    Here at Dover.

7    Q.    What subject matter?

8    A.    My first year, I taught Biology and it was called Techno

9          Science at that time, which is basically an

10         environmental science.   Since then, I basically taught

11         Biology and Biology 2 which later became Anatomy and

12         Physiology.

13   Q.    And subsequently?

14   A.    Subsequently what?

15   Q.    What did you teach?

16   A.    Since?

17   Q.    Since the first year.

18   A.    Since the first year, it has been Biology, Anatomy and

19         Physiology.

20   Q.    We know that the biology text and changes to the biology

21         curriculum are sort of the focal point of this dispute.

22         I want to get a sense for what you recall about how this

23         dispute unfolded.

24   A.    Okay.

25   Q.    If we look at the period up until January of 2002, and

1        everything before that, were these issues on the radar

2        screen so to speak prior to January of 2002?

3   A.   No, not that I'm aware of.

4   Q.   How about for the year 2002, do you recall the biology

5        text or the biology curriculum being a focal point of

6        attention by the Board?

7   A.   No.

8   Q.   That brings us to 2003.  How about that year if we look

9        at that year from January through say May of 2003?

10  A.   Yes.  The only thing that I can remember is a mention

11       from Bertha Spahr, who is the Department head, of

12       conversations that I guess that were held between Mr.

13       Baksa and her, or Dr. Peterman and her, on teaching

14       equal time Creationism and Evolution in the biology

15       classroom.

16  Q.   Okay.  Give me a sense for when that conversation

17       occurred.

18  A.   I couldn't pinpoint it.  Probably spring of 2003.

19  Q.   April, May?

20  A.   Right, somewhere around there.

21  Q.   And tell me what did Bert Spahr tell you?

22  A.   I believe it was just something like we better, you

23       know, keep our guard up.  This is what was asked of me

24       or discussed.  Something like that.

25            And basically after that, I mean other than that

1       conversation, I don't remember much else being

2       discussed.

3  Q.   Did she attribute any statements to Mike Baksa?

4  A.   Not in particular, no.  She just had -- I believe she

5       said he had come to her and talked to her about it, his

6       concerns or whatever.

7  Q.   Let me be more specific.  You used the word Creationism.

8       Did Bert say that Mike had told her someone wanted to

9       teach Creationism?

10  A.   I remember it that way, yes.

11  Q.   Do you recall her saying anything about equal time for

12       other theories?

13  A.   I believe that she said equal time Creationism and

14       Evolution.

15  Q.   Apart from that statement, was there anything else that

16       Bert told you and attributed to Mike Baksa?

17  A.   Not that I can recall, no.

18  Q.   Did she mention Dr. Nilsen in that conversation?

19  A.   I don't believe so, no.

20  Q.   How about Dr. Peterman?

21  A.   I just know that after Mr. Baksa came to her, then she

22       went to Dr. Peterman with her concerns.  I know she was

23       concerned with at that time, we had two untenured

24       teachers teaching biology and subjecting them to

25       criticism or whatever.  The subject sort of was a leery

1      one.   She went to Dr. Peterman with her concerns.

2            I don't know any specific statements that Dr.

3      Peterman made because I was not in that meeting when she

4      went to her.

5   Q.   Fair enough.   Did she state what her concerns were for

6      the untenured teachers?

7   A.   Just that there has been court cases that say you can't

8      teach Creationism.   So she was concerned if this is

9      coming, then you have some untenured teachers that would

10     be teaching it.   She was concerned for -- I don't

11     know -- I don't know if I want to say for their jobs.

12     Younger teachers and putting them in that position I

13     guess.

14  Q.   You said that Bert said we need to keep on our guard?

15  A.   Yes.   Something to that effect, yeah.

16  Q.   Sure.   Did she say anything else that elaborated on that

17     point?

18  A.   Not that I can recall.

19  Q.   Did Bert ever show you a memo reflecting --

20  A.   No.

21  Q.   -- her conversation?

22  A.   No.   I have seen it recently.   But not at that time, I

23     didn't, no.

24            MS. PENNY:   Off the record.

25            (J. Miller Deposition Exhibit 1 was marked.)

1  BY MR. GILLEN:

2  Q.    Would you take a minute to look that over, Jen?

3  A.    Sure.  Okay.

4  Q.    There's a few things in there I would like to ask you

5        about.  If you look at that first paragraph about midway

6        through, you will see a sentence which says that she --

7        referencing Ms. Spahr -- explained to Mr. Baksa that all

8        biology teachers state that another theory of Evolution

9        is Creationism, but Creationism per se is not taught

10       since it is not addressed by the standards.

11            Did you have any discussion with Bert Spahr about

12       whether Creationism was referenced prior to April 1st,

13       2003?

14  A.    Not that I can recall.  I don't know if I would agree

15       with what she says there, but I don't necessarily recall

16       her -- we may have had a conversation, but I don't

17       remember any specifics if we had.

18  Q.    That's fine.  Everyone realizes you are trying to

19       remember things from April of 2003.

20  A.    Right.

21  Q.    What do you mean when you say I don't agree with what

22       she says there?

23  A.    I will just tell you the way I teach Evolution is I have

24       never really had a problem with students in my classroom

25       disagreeing or having a whole lot of controversy because

1     the very first day that I teach Evolution, I ask them

2     what their definition of Evolution is.

3          We always get all kinds of different things,

4     monkeys, we came from monkeys and all kinds of things

5     like that.  Then I try to put to rest the first day that

6     what we are going to teach is Evolution is change over

7     time.

8          And I basically tell them I don't believe -- I

9     can't care how they believe life began.  We are not

10    going to hit that.  We are going to look at once life is

11    here, what has happened to it since.

12         I wouldn't say that I necessarily stated that

13    another theory is Creationism because I try to put that

14    at rest in the beginning and not get into the origin of

15    life type thing.

16  Q.   Okay.  And that is part of the reason I asked you the

17    question.  You say change over time an origin of life.

18    Where do you start in your presentation of Evolutionary

19    Theory, Jen; how do you present that concept to your

20    students?

21  A.   That conversation I just told you is basically the first

22    day.  And then we look at -- we start with Darwin and

23    his background, how he went on his trip and what

24    evidence he collected and that kind of thing and how he

25    came up with his theory of natural selection.

```
 1              I always tell them that Darwin didn't really come
 2     up with Evolution, that most people knew that things
 3     changed.  That Darwin was the one that came up with
 4     natural selection, a mechanism for how things changed.
 5              Then we look from there at basically natural
 6     selection and competition and how finches -- how do you
 7     think a finch got here?  There's all kinds of different
 8     species of finches.  How do we get all these different
 9     species of finches?  We look at that.
10  Q.  Am I understanding you correctly that you don't look at
11     sort of the microbiological part of the process?
12  A.  Right.  Right.
13  Q.  Don't look at the larger sort of what cosmological part
14     of the process, the Big Bang?
15  A.  Right, right.
16  Q.  And then you have referenced a sort of diversification
17     of species?
18  A.  Yes.
19  Q.  Do you focus on change within species?
20  A.  Yes.  But like by isolation, for example, a finch could
21     become two species of finches because they don't
22     interbreed anymore.  They would still be two separate
23     species of finches, but they are still a finch.
24  Q.  You are the biology teacher.  How is that level of
25     change you have just described by your profession?
```

1   A.   To me, I call it speciation.  That is what that is
2        called.  Origin of species or speciation, becoming new
3        species.
4   Q.   You have referenced origin of life.  Do you see that as
5        another way of saying origin of species, or it's two
6        different concepts?
7   A.   I see that as two different things.
8   Q.   Tell me how.
9   A.   Origin of life is how life began from a single molecule
10       up to the many organisms that we have today.  Whereas
11       speciation is just as I said, how a finch becomes
12       different species of finches or how a turtle becomes
13       different species of turtles.
14  Q.   Forgive me.  High school biology was my last biology.
15       This sort of comes up in these depositions.  You are the
16       teacher so I want to get a sense for what about the
17       connection between species or the diversification of
18       species?
19  A.   That is one part of Darwin's Theory, the interconnection
20       between different species.  But again, I try to
21       concentrate on not going back into what became what
22       necessarily, sort of like a timeline of life
23       necessarily.  I try to stay away from that.
24            I go with, like I said, speciation.
25  Q.   How about if we look at the origin of man?  I am not

1          sure how that is described in Evolutionary Theory.  But

2          that topic, do you present on that?

3   A.     No.

4   Q.     Did you ever present on that?

5   A.     Not that I can recall, no.

6   Q.     Did you see that subject as outside -- what shall I say

7          -- the parameters of presentation that you have

8          described to me thus far?

9   A.     It definitely -- I wouldn't even say it's part of

10         Darwin's Theory, the origin of man.  But it is part of

11         sort of the whole -- can fall under the Evolution.  But

12         again, I try to stick with some of Darwin's Theory and

13         speciation.  I see it as two separate things.

14  Q.     I take it from your answers that it was never the

15         subject of your classroom instruction?

16  A.     Right.  I couldn't tell you what other classrooms do.

17  Q.     If we look at the second paragraph of this document

18         which has been marked as Exhibit 1, and which I will

19         just say for the record is a memo from Dr. Peterman

20         dated April 1st, 2003 to Mike Baksa and others, the

21         second paragraph of that memo, the second sentence says

22         I advise them to continue to mention that Creationism is

23         another alternate theory of Evolution.

24  A.     Yes.

25  Q.     Did you ever receive instruction from anyone along those

1       lines?

2   A.  I don't recall ever Dr. Peterman, no, saying anything

3       like that to us.

4   Q.  How about Bert Spahr, did she ever give you a direction

5       along those lines?

6   A.  I think she may have said continue teaching as is, you

7       know, as you are.

8   Q.  And that statement, do you connect that with this memo

9       or the discussion you had with Bert?

10  A.  Probably, yeah.  When she was sort of explaining that

11      this occurred, and she explained just to continue

12      teaching as we are to our standards and things like

13      that.

14  Q.  When you spoke with Bert, did she reference this memo?

15  A.  I don't -- I couldn't tell you.  I don't know if she did

16      or not.

17  Q.  That's fine.  I just want to get a sense for what you

18      recall.  That's all.

19          So we have this discussion in the spring of 2003,

20      April or May.  When does the school year end?

21  A.  Beginning of June; first, second week of June.

22  Q.  I think you said you don't recall anything really

23      happening after that?

24  A.  No.

25  Q.  Let's look at the fall of 2003.  Let me ask you:  Did

1       the biology text or biology curriculum come to your

2       attention in the fall?

3   A.  Yes.

4   Q.  Tell me how.

5   A.  We were asked to sit in in a meeting with Mr. Bonsell to

6       go over his concerns I guess with how Evolution was

7       taught in the biology classes.

8   Q.  You say fall of 2003.  Can you date it any more

9       precisely?

10  A.  No.  I don't remember.

11  Q.  That's fine.

12  A.  I am guessing -- no, I don't know.  I don't know when it

13      was.

14  Q.  That's quite all right and not unusual.

15  A.  I know it was the fall because I remember having

16      discussions that his son was going to take biology in

17      the spring.  So I know it was before.  Our spring

18      semester would have started in January.

19  Q.  All right.  I jumped to this a little early.  Let me ask

20      you this:  In 2003 in the spring, was the biology text

21      up for purchase?

22  A.  I have to think.  We got the textbook this year,

23      2004-2005.  I guess it would have been, yes.

24  Q.  Let's shift back to the spring, say the first half of

25      the year of 2003.  Let me ask you:  Do you recall the

1      biology text being a subject of discussion?

2  A.  No.  The only -- I believe if I remember correctly that

3      year, we were up for new textbooks because there's a

4      rotation.  Each Department gets them a certain number of

5      years.  And the Science Department was up to get new

6      textbooks.

7          I believe that was the year that they put off all

8      purchase of any textbooks, the School Board did, until

9      the next year.  They wanted to wait a year I guess.  I

10     am assuming it was to save money.

11 Q.  You say you're assuming.  Did you hear anything about

12     fiscal pressure?

13 A.  I think so.  I don't know.  I was told probably -- I

14     remember something about using the fund balance the next

15     year to purchase the textbooks or something.  No

16     textbooks were purchased that year as far as I know.

17 Q.  Give me a sense for when you got that news.  Did that

18     utterly cut short even the selection process, or had the

19     selection occurred, and then you got the word we are not

20     going to buy them?

21 A.  I believe that the selection had occurred because we

22     have to have our budgets done in January.  So I believe

23     we had already put in for textbooks, and then we had

24     heard that no one was getting them that year.

25 Q.  If you look at the ordinary cycle of text selection and

1        budget process for the School District, does that give

2        you a sense for when you would have -- the text

3        selection would have occurred and the news of no

4        purchase would have been given?  That is a very awkward

5        question.

6    A.  No, we always put them in in January.  The budget I

7        believe goes out in the summer.  Sometime between

8        January and June, we had heard that they weren't doing

9        any textbooks at some point.

10   Q.  Good enough.  So we are in the fall of 2003 then?

11   A.  Yes.

12   Q.  And there is a meeting with Alan Bonsell?

13   A.  Yes.

14   Q.  Do you know why you were meeting with Alan Bonsell?  Was

15       it his capacity as head of the curriculum committee?

16   A.  Yes.  I believe so at that point, yes.

17   Q.  And how did you get word of the meeting?

18   A.  I'm assuming -- I don't remember specifically, but I'm

19       assuming Mrs. Spahr would have told us as a Science

20       Department that we were asked to meet.

21   Q.  If we use this meeting as a marker and then the

22       discussion you have already recalled, anything else come

23       to mind between that discussion with Bert in the spring

24       and this notification from Bert that there is going to

25       be a meeting of the curriculum committee?

1   A.   No, not that I recall.

2   Q.   When Bert Spahr told you there was going to be a meeting

3        with Alan Bonsell, did she give you more information

4        about that?

5   A.   I believe that it was just on be prepared to explain how

6        you teach Evolution, that he had concerns of how

7        Evolution was taught.

8   Q.   At that time, did she tell you the nature of his

9        concerns?

10  A.   Other than that his son was going to be taking biology

11       in the spring, I don't recall anything.

12  Q.   Where was the meeting?

13  A.   I believe that was in one of the conference rooms at the

14       High School.  It might have been in the Principal's

15       Office.  I don't remember specifically.

16  Q.   Who was there?

17  A.   I can't remember if all of the Science Department was

18       there, but I remember a good number of us were there.

19       There's seven of us.  I would say at least over half of

20       us was there.

21            Obviously, Mr. Bonsell was there.  I can't

22       remember if -- I am assuming it was Mr. Baksa.  He was

23       usually in on all of the meetings.  I can't remember

24       if -- I think -- I am trying to think in the fall of

25       2003, I think maybe Dr. Peterman was there also.

```
 1   Q.   Do you recall what background you received?
 2   A.   Just that Mr. Bonsell -- I remember the conversation of
 3        him being I guess what is called a Young Earth Theorist
 4        that only believe life is a little over 2,000 years old,
 5        does not believe necessarily in some of the carbon
 6        dating and fossil records that prove that life is older
 7        than 2,000 years old.
 8   Q.   Do you recall any mention of Intelligent Design?
 9   A.   No.
10   Q.   Any mention of Of Pandas and People?
11   A.   No.
12   Q.   Any mention of balance in the text that was being used
13        at that time?
14   A.   Not that I can recall, no.
15   Q.   Any mention of specific concerns about the text that was
16        in use?
17   A.   No.  Not that I can recall, no.
18   Q.   Apart from this background you believe you received in
19        preparation for this meeting, any other discussions with
20        your colleagues leading up to the meeting?
21   A.   Not that I can remember, no.
22   Q.   Tell me how the meeting unfolded to the extent you can
23        remember.
24   A.   Again, he was asking how we taught Evolution, how was it
25        presented in the biology classroom.  And I explained to
```

1          him, just as I explained to you earlier, how I approach

2          Evolution.

3                 And we did explain to him -- he was concerned with

4          -- I remember talking about the origin of life.  He was

5          concerned with do we look at the origin of life.  And we

6          explained to him no, that we did explain the difference

7          between origin of life and origin of species and

8          speciation, and that is what we covered.

9                 And to the best of my recollection when we left

10         the meeting, we thought that he was -- we left on good

11         terms.  There was no, you know, heated debate or

12         anything like that.

13                We had assumed that his concerns were addressed

14         and that he was satisfied with how we taught Evolution

15         when we left that meeting.

16    Q.   Let me ask about that.  Was it just an exchange, a sort

17         of cordial exchange, or was there any -- what shall I

18         say -- animosity?

19    A.   No, I don't remember any.

20    Q.   Do you recall anything that Mr. Bonsell said?

21    A.   No, I couldn't quote him saying anything in particular.

22    Q.   You said that he had a concern related to the origins of

23         life?

24    A.   Yes.

25    Q.   When he used that term, did you get a sense for what he

1           meant?

2    A.    Again, when you're talking about origins of life, that's

3          when you get into some of the aspects of Evolution that

4          are the most controversial because it would talk about

5          how one species would become another species or that

6          kind of thing.

7    Q.    But did he say anything that addressed those subjects

8          you have just described?

9    A.    I can't remember specifically, no.

10   Q.    You explained how you teach biology.  Who were the other

11         biology teachers at that time?

12   A.    It would have been Leslie Prall and Robert Linker.  And

13         Rob Eshbach was teaching it -- I don't remember what

14         year -- but he was teaching at least a couple of classes

15         at some point.  So he would have taught it or was

16         currently teaching it.  I can't remember.

17   Q.    Did they all give an individual explanation?

18   A.    Not that I can remember, no.  I think that they sort --

19         I don't know if they elected me as the spokesperson or

20         what.

21   Q.    Was it basically you gave your explanation, and they

22         said me, too?

23   A.    Basically, yes.

24   Q.    How about did Creationism come up during that meeting?

25   A.    I don't remember that it did, no.

1    Q.    Did Bert say anything?

2    A.    Not at that meeting, I don't remember, no.

3    Q.    I am sorry?

4    A.    Not that I remember.

5    Q.    Do you recall Bert Spahr bringing any materials to the

6          meeting?

7    A.    There were -- I can't remember if it was this meeting,

8          but I know she had stacks of information that she had

9          printed I guess off the Internet on some of the court

10         cases that covered Creationism in the classroom, but I

11         can't remember if it was at that meeting -- we have had

12         so many -- or if it was at other meetings.

13              I don't remember specifically that she had

14         information at that meeting.

15   Q.    Do you recall anything that Dr. Peterman said when she

16         was there?

17   A.    No, nothing in particular.

18   Q.    Sometimes recollecting an event helps you get a better

19         fix on it.  As you sit here and describe the meeting in

20         more detail, do you think she might have been there?

21   A.    That is why I can't necessarily say that she said

22         anything particular because I can't really remember --

23         you know what I mean -- if she was there or not.

24              I guess I assumed she was there, but I'm not sure.

25         I can't be positive.

1   Q.   You say you left there thinking that Mr. Bonsell's

2        concerns had been addressed.  If we look at the period

3        after this meeting through the end of 2003, did you

4        receive any communication from the administration that

5        you saw as connected to this meeting?

6   A.   Other than when we left the meeting, Mr. Baksa may have

7        said I think it went well -- or you know what I mean --

8        I think you addressed his concerns, something like that.

9   Q.   But nothing else?

10  A.   If you are talking about to the end of 2003, are you

11       talking about the 2003-2004 school year, or are you just

12       talking to the end of 2003?  It is different with school

13       years.

14  Q.   That has happened more than once.  Not being a teacher,

15       I tend to think in calendar years and almost pine for

16       the days I thought in school years.

17            You are right.  I am focused on the end of the

18       calendar year 2003.

19  A.   I don't remember anything then, no.

20  Q.   How about talk among your colleagues, did you have a

21       discussion with your colleagues about what you perceived

22       as the outcome of the meeting?

23  A.   I don't remember any specific discussions, but I would

24       imagine as we walked out, we were discussing it.  I,

25       again, thought that it went well.

```
 1                      I think some of us may have been maybe a little
 2         more leery than other as to what does this mean, what is
 3         coming next, that kind of thing.
 4    Q.   And by that, Jen, do you mean that you tended to look at
 5         this meeting in the fall in light of what Bert had said
 6         in the spring?
 7    A.   I think so, yeah.  Yeah.
 8    Q.   Well, we're moving into 2004.  Let's look at -- let me
 9         ask you:  For the conclusion of the 2003 year, did you
10         have any interaction with Board members about the
11         subject matter of that meeting with Mr. Bonsell?
12    A.   No.
13    Q.   Any discussions with them about the biology text?
14    A.   No.
15    Q.   Or whether it would be purchased?
16    A.   No.
17    Q.   Did Bert Spahr say anything in the period after this
18         meeting and before the close of calendar year of 2003
19         about the meeting or the issues presented?
20    A.   Other than what I just told you, again, maybe a little
21         leery of what was coming down, what was coming next or
22         if this was the end.  Again, probably reiterated we
23         thought the meeting went well, that kind of thing.
24    Q.   And that is what I am getting at.  Do you think that
25         Bert Spahr remained apprehensive after the meeting or
```

```
 1          did she share the consensus that it seems to have gone
 2          well, or somewhere in between?  Tell me if you had an
 3          impression.
 4     A.   I would say that Mrs. Spahr's personality is to always
 5          be apprehensive.  I would say that she probably was
 6          apprehensive.
 7     Q.   What do you mean by that?
 8     A.   Well, she's --
 9     Q.   A pessimist?
10     A.   Yes, I would say that she tends to be a pessimist, yes.
11          At the same time, I think she was look out as Department
12          head and was trying to look out for the teachers that
13          were under her, again, that were nontenured and things
14          like that.
15               I think she was looking ahead to try to keep the
16          Science Department's best interests in mind.
17     Q.   Sure.  And the nontenured teachers I could see sort of
18          figure prominently in her consideration.  What was the
19          concern, do you know?  Was it discharge, or liability,
20          or what was she worried about there?
21     A.   I don't know if I would say discharge.  Liability I
22          would say is part of it.  I don't know if it came up,
23          but -- I can't speak for her.  I couldn't necessarily
24          say what she was thinking.  But I think it was more of a
25          liability issue with them not having tenure yet.
```

 1         Mrs. Spahr.

 2  Q.    But at least for these first three months, no back and

 3         forth yet about the text?

 4  A.    No.  Not that I can remember, no.

 5              MR. GILLEN:  Let's take a brief break.

 6              (A recess was taken.)

 7                        AFTER RECESS

 8  BY MR. GILLEN:

 9  Q.    Let me ask you, Jen, we are looking at 2004 from January

10         through March.  Did you attend any School Board meetings

11         during that period?

12  A.    I don't remember.  I don't remember if I did.  If I did,

13         I would have them in my documents -- well, if I saved

14         them that is, if I saved the minutes.  But I don't

15         remember in particular.

16  Q.    How about attendance at Board meetings just generally,

17         do you have a practice of going as a general matter?

18  A.    Not in general.  There are occasions if a topic is going

19         to come up.  I remember a possibility of eliminating a

20         position that a lot of teachers went.  When the building

21         project was, I went to those meetings.

22              When this topic came up that related to my

23         textbook or my curriculum, I went.

24  Q.    If we look at that as your sort of polestar there, a

25         Board meeting coming up that would relate to your area

1    of teaching and we look at 2003, did you go to any Board

2    meetings in 2003 because you thought the biology text or

3    biology curriculum would come up?

4  A.    I don't believe so.  There were occasions that I went,

5    but I don't remember if it was because the textbook was

6    going to come up or not.

7  Q.    Was 2003 a big year for the building project?

8  A.    I don't remember.

9  Q.    Every year is a big year.

10  A.    I don't think it was necessarily a big year for the

11    building project, no.  I couldn't tell you if I went to

12    2003 or not.  I don't remember.

13  Q.    Then for this period say January through March of 2003,

14    don't have any recollection of being --

15  A.    I don't remember if I was there or not.

16  Q.    If we look at the period between March and June of 2004,

17    did anything occur during that period that touched on

18    the biology text, biology curriculum?

19  A.    As far as meetings and things?

20  Q.    Yes.

21  A.    Yes.

22  Q.    Tell me what you can remember.

23  A.    I don't remember how many meetings we had, but there

24    were several meetings with the Board curriculum

25    committee again that touched on how we teach Evolution,

1          the textbooks, concerns with the textbook and things

2          like that.

3    Q.    Let's look at you said there's several meetings.  How

4          many during that period between March and June do you

5          think?

6    A.    I would say at least two or three.

7    Q.    These are meetings with the Board curriculum committee?

8    A.    Yes.

9    Q.    Looking at this period between March and June of 2004,

10          were there Department meetings apart from the Board

11          curriculum committee meetings?

12    A.    Yes.  We would have Department meetings typically once a

13          month or something, Science Department meetings.

14    Q.    And your answer points to imprecision in my question.

15          Were there Department meetings at which the biology text

16          and biology curriculum were discussed?

17    A.    I would assume that during one of the Department

18          meetings -- no, it wouldn't have been then.  It would

19          have been fall of 2003 is when we would have been

20          looking at biology textbooks and picking and sort of

21          collaborating on which one we liked.

22    Q.    Okay.

23    A.    But specific Department meetings, I don't remember any

24          that just dealt with that, no.

25    Q.    Did it come up -- did the subject of biology text come

1          up during Department meetings in this period between

2          March and June?

3    A.    I would imagine that they did.  I can't remember

4          specifically.

5    Q.    Right.

6    A.    But I would imagine that they did.

7    Q.    All right.  There's several Board curriculum meetings.

8          Tell me what you can remember about those.  The first

9          one, any sense for what month that might be in if we

10         look at April, May, and June?

11   A.    My recollection is it seemed like a lot of them were

12         towards the end of the school year.  So it would have

13         been May or June.

14               I remember specifically one was like on the last

15         day of school.  I remember that one because we were

16         called to a meeting on the last day of school.  I know

17         that there were meetings prior to that, and I can't

18         remember when specifically they were.

19   Q.    You say several, what do you think during that period?

20   A.    Including that one at the end, like I said, I think

21         three, four.

22   Q.    Tell me do you have distinct recollections like the

23         first meeting and what occasioned that?

24   A.    I remember a meeting I believe it was at the high school

25         where again the topic of a textbooks came up and didn't

```
1          like the way Evolution was presented in the textbook or

2          Darwinism was presented in the textbook.

3    Q.    All right.  Let's get a fix on who was there.  This is

4          2004.

5    A.    Right.  The curriculum committee would have been Sheila

6          Harkins, Bill Buckingham and Casey Brown.

7    Q.    All right.

8    A.    The Department -- I mean I know that for the most part,

9          it was Mrs. Spahr and I and Rob Eshbach seemed to be the

10         three that attended a lot of the meetings.  I can't

11         remember if other Department members were there.  Some

12         were there at some meetings and then others not.  But

13         the three of us were at most of the meetings.

14   Q.    You say at this meeting concerns were expressed about

15         the text.  Who expressed those concerns?

16   A.    We had gotten a list from Mr. Baksa of Mr. Buckingham's

17         concerns with the textbook.  He had pages with his

18         concerns with paragraphs or things like that that were

19         in the textbook.

20   Q.    When did you get that list?

21   A.    Again, I would assume it was around this time, spring

22         some time.

23   Q.    When Mr. Baksa gave you that list, did Mike say anything

24         else to you?

25   A.    I don't remember any specific quotes, but I believe we
```

```
 1            were to take a look at those pages and see if we could
 2            see what his concerns were, take a look at those pages.
 3   Q.   Did you look at the pages that were identified prior to
 4        the meeting?
 5   A.   I believe so, yeah.
 6   Q.   What were you trying to do when you looked at them, get
 7        a sense for the --
 8   A.   What his concerns were.  Get a sense of what his
 9        concerns were with the textbook.
10   Q.   I guess I am just trying to figure out how you would be
11        able to do that.  You are looking at pages.  Was it a
12        handwritten list you received?
13   A.   I got both.  I think I got both a handwritten and a
14        typed list.
15   Q.   Did you keep that?
16   A.   I think it is in the packet, yes.
17   Q.   That is the problem.  Off the record.
18               (An off-the-record discussion was had.)
19               (J. Miller Deposition Exhibit 2 was marked.)
20   BY MR. GILLEN:
21   Q.   Jen, I have shown you a document which we have marked as
22        Miller 2.  It is a set of pages really that you provided
23        in response to my subpoena which speak in some way to
24        the questions I have been asking you about the period
25        sort of after March through June of 2004.
```

1          Would you look through that and see if there is

2      anything that helps you -- that you believe will help

3      you recall the events of that period?

4  A.   (Witness complies.)

5  Q.   Is there anything?  What I am interested in is the

6      subject of these meetings during this period with the

7      Board curriculum committee.

8  A.   Yes.

9  Q.   You have indicated that some concerns were expressed

10      about the text, and you received a listing of pages.  Do

11      you find that?  .

12  A.   Yes.

13  Q.   What does it look like?

14  A.   It says Curriculum Committee.  It is written.  And then

15      the page behind that is the typed version.

16  Q.   Excellent.  And we are referring to a handwritten page

17      first that has Curriculum Committee on the top and the

18      date 6-4-04 on the right-hand top?

19  A.   Yes.

20  Q.   What is this, Jen?

21  A.   This was a list of concerns -- written concerns from

22      Mr. Buckingham.

23  Q.   You received this from who?

24  A.   Mr. Baksa.

25  Q.   An then the document behind it is a typed version of it?

```
 1   A.   Yes.

 2   Q.   Which has a first entry that begins with page 440 and a

 3        notation in the right-hand top that says given to Jen

 4        Miller.

 5             Do you know, Jen, as you look at these documents

 6        now whether they were given to you at the same time?

 7   A.   My recollection is I got the typed version first and the

 8        written ones later.

 9   Q.   Let's look at this meeting where you were presented with

10        a list of reservations about the text.

11             Did you have any discussion with anyone in the

12        Science Department before going into this meeting with

13        the Board curriculum committee?

14   A.   We may have gone over these together, the pages and sort

15        of looked at the pages in the book to see where his

16        concerns were.  I don't remember any particular

17        discussions.

18   Q.   That is what I was going to ask you.  Did you and your

19        colleagues reach a consensus about these pages and their

20        contents before going to this meeting?

21   A.   I believe so, yes.

22   Q.   Tell me what that was.

23   A.   As far as what we thought his concerns were?

24   Q.   His concerns and your response.

25   A.   Most of his concerns seemed to deal with man's evolving.
```

```
 1              I remember we also mentioned that he looked at the
 2         teacher's edition, and some of these concerns were the
 3         teacher to teacher section, or where it says applying
 4         concepts or something like that may have been only in
 5         the teacher's edition.  It would not have been seen in
 6         the student edition that the students would have gotten.
 7    Q.   Was the general sense that, again, some of the concerns
 8         were misplaced?
 9    A.   I don't know exactly what you mean by misplaced.
10    Q.   In light of what you just described, if it is the
11         teacher's manual and not in the student's version, that
12         is kind of not a real issue.
13    A.   Right.  But the teacher would be the only one privy to
14         that information.  The students wouldn't see it.  If
15         they were concerned with what the students would see,
16         that wouldn't necessarily be an issue.
17    Q.   Tell me what happened when you got into the meeting.
18         How did it begin?
19    A.   I am sure there was an introduction of everyone.  Oh,
20         my!  I don't know specifically.  Like I said, some of
21         these run together of different meetings.
22    Q.   Do you recall Mr. Buckingham saying anything?
23    A.   At some of these meetings, I know there was some heated
24         exchange between Mrs. Spahr and Mr. Buckingham.
25    Q.   Well, we have got two different pages and two meetings.
```

1      This meeting -- the one that is dated indicates 6-4-04.

2      The one that is not dated, can't speak to that.

3             Are you looking at the typewritten page?

4  A.   Yes.

5  Q.   And you believe you received that first?

6  A.   I believe that I saw this before the handwritten

7      version.

8  Q.   Do you remember if this first meeting during this period

9      is the one where there was this heated exchange or not?

10 A.   I think so, yes.

11 Q.   Tell me about that.

12 A.   Somehow it got around to the history of the mural that

13     was taken down from a room in the Science Department --

14     or in the science classroom.  And I think Mr. Buckingham

15     stated that -- I think Mrs. Spahr asked him if he saw

16     the -- apparently, the mural was burned and asked him if

17     he knew who had burned it.

18            And he stated something like -- something to the

19     effect that he gleefully saw it burn or something like

20     that.  So I remember that part of it.

21 Q.   How did that come up?

22 A.   Again, looking at the issues with the textbook, like I

23     said, a lot of them had to do with man's Evolution.

24     Again, it kept coming up.

25            I know Mrs. Spahr said several times if I hear the

1    word monkeys to man again, I am going to scream or

2    something.  We kept hearing monkeys to man, monkeys to

3    man.  And we kept explaining that that is not the part

4    of Evolution that we taught.

5          And I know it came up something about the mural.

6    How can you explain the mural being in the classroom

7    which depicted what you typically see of the monkeys

8    going to man?  You have seen that picture.  A student

9    had done that.  How can you say that you don't teach it

10   when that mural is in the back of the room?

11         Somehow it came around to that mural being in the

12   back of the room.

13 Q.  Apart from this exchange that you have recounted,

14     anything else that sticks out from that meeting?

15 A.  I think it was our first meeting.  I remember -- after

16     that heated exchange, I remember at the end of that

17     meeting, Mr. Buckingham and Mrs. Spahr shaking hands or

18     something and saying no hard feelings, that type of

19     thing at the end of the meeting.

20         As I said before, most of these meetings where

21     they might have been heated during the meeting, we

22     always left feeling that we had accomplished something

23     or that we had explained our position, that kind of

24     thing.

25 Q.  Let me ask you about that.  Did Sheila Harkins say

1     anything?

2  A.    Again, I don't know which meeting it was.  I remember

3     Sheila being there, and we were looking at textbooks.  I

4     think at that time, we were looking at other family and

5     consumer science textbooks.  We may have had some family

6     and consumer science people here also.

7        I remember her pointing out the family and

8     consumer science textbooks, that they weren't -- they

9     weren't different enough from the last edition to

10    warrant ordering a new one.

11       Then I remember her saying something about the

12    biology textbooks, that she fell asleep reading it so

13    she doesn't really know much about the biology because

14    she fell asleep reading that.  I remember that.

15       Her concern -- I would say where she was coming

16    from most often in the meetings was cost of textbooks or

17    did it warrant getting new ones, were they different

18    enough from the old ones to order new textbooks.

19       I would say hers was more of a fiscal -- looking

20    at the fiscal end of it than others.

21  Q.    How about Casey Brown; when Mr. Buckingham's

22    reservations were discussed, did she say anything?

23  A.    I am sure she did.  I don't know.  I seem to remember

24    her saying -- sort of echoing what we saw in the Dr.

25    Peterman memo, you know, whose religion are we going to

```
1              teach?  The topic of religion came up somehow.  Like I
2              say, I can't remember all the details.  I don't remember
3              anything specific that she said necessarily.
4     Q.       Well, it sounds like you explained to Mr. Buckingham
5              what you had explained to Mr. Bonsell, which is we don't
6              get into that?
7     A.       Yes.
8     Q.       Is that correct?
9     A.       Yes.  I would say we did that several times.
10    Q.       You say that you left the meeting feeling that -- having
11             a similar sense that concerns had been addressed?
12    A.       Yes.
13    Q.       Was there any other discussion at the meeting that you
14             can recall now?  Did any of your peers speak up?
15    A.       I imagine that they did.  I know Mrs. Spahr spoke.  I
16             also remember discussions during this time, again
17             concerns that we don't -- constantly the monkeys to man
18             and Evolution is not a fact came up.
19                  Over these meetings I believe is where we came up
20             with the compromise that we would be willing to point
21             out that Darwin's Theory is not necessarily a fact; that
22             there are parts of Darwin's Theory that don't have as
23             much evidence as others.
24                  Again, we left that thinking that that was a
25             compromise on our part.  We would be willing to do that.
```

1    Even though we already did it, let's put it in the

2    curriculum that states that.  We explained we already do

3    that.

4         So through these meetings, somewhere came the

5    change in the curriculum that said that gaps --

6  Q.  Students will be made aware of gaps and problems?

7  A.  Right, in Darwin's Theory.  Somewhere in that time frame

8    is where that came out.

9  Q.  Let me ask you:  Do you remember having received any

10   materials in connection with these meetings during the

11   spring period, DVD's, videotapes?

12 A.  Yes, yes.  We got an -- I don't remember who it was

13   from, but Mr. Baksa brought over to the Science

14   Department.  One of the last days of school, we sat down

15   and watched a videotape.  I believe it was called *Icons*

16   *of Evolution* that we had watched that was given to us by

17   -- I am remembering Buckingham that got the tape and

18   gave it to us.

19 Q.  Anything else?  Did you see *Of Pandas* as of that time?

20 A.  I don't believe so.

21 Q.  You mentioned that Bert Spahr said monkeys to man, I

22   don't want to hear that again.  Did Mr. Buckingham

23   express any other concerns about the presentation of the

24   text not being balanced?

25 A.  The main focus was the Evolution of man, and again, the

1          origins of life issues that we talked about before.

2   Q.    You said there was some discussion of the theory being

3          presented as a fact.  Did Mrs. Brown say anything on

4          that point?

5   A.    I can't remember anything specific that she would have

6          said, no.  No quotes or anything like that.

7   Q.    Did you come away from these meetings in the spring with

8          a sense of where Casey Brown stood with respect to

9          presenting other theories?

10  A.    Well, not necessarily other theories.  I know at one

11         point, Mr. Baksa -- I can't remember when this was, the

12         summer or spring, when it was.  Someone -- I think it

13         was Mr. Baksa mentioned to me that she was having him

14         read books on existentialism or something like that.

15              If we -- I don't know.  Whether or not she was

16         going to push that, we didn't know.  But I would say

17         that she was -- it seemed that she was sort of in

18         opposition to the other Board members I guess in their

19         concerns, that she didn't have some of those same

20         concerns I guess.  Other than that, I mean nothing in

21         particular.

22  Q.    Let's look at it maybe in terms of the materials from

23         Discovery Institute.  You say you went over a videotape

24         that you think was called *Icons of Evolution*.

25              Did you get any DVD's at that time?

```
 1   A.    That is the one I can remember.  I don't remember any
 2         others.
 3   Q.    How about you mentioned some consideration of other
 4         texts; what do you recall touching on that?
 5   A.    When we considered texts to put into the budget, we
 6         looked at the prominent publishers.  But we were given
 7         copies of books that were used by other local Christian
 8         schools and what textbooks they used.
 9   Q.    Do you know who provided that?
10   A.    Mr. Baksa.
11   Q.    Do you know whether -- do you recall Mr. Buckingham ever
12         requesting that?
13   A.    I wasn't -- I don't remember if that came out of a
14         meeting or anything, no, that I was in attendance.
15   Q.    In the packet that you have given us, there is a
16         document that says Survey of Biology Books Used in Area
17         Schools.  Is that the document you are referring to,
18         Jen?
19   A.    Yes.
20   Q.    Behind that in the packet that we have marked Exhibit 2,
21         there is a Product Profile that references a text
22         Biology put out by Bob Jones University Press.
23             Do you recall any discussion of that text?
24   A.    If I remember correctly, this came out of, again, one of
25         the meetings.  My recollection is for some reason, I
```

1          think Bonsell -- I may be wrong -- mentioned that there

2          may be other textbooks out there that we could look at.

3          This was given to us by Mr. Baksa so I was assuming he

4          researched specific ones.

5              I don't know if he was told to research certain

6          ones or not, but this was given to us by him.

7    Q.    How about any discussion of this text we are looking at

8          *Biology* by Bob Jones University Press, was that actually

9          discussed, or did you just get the piece of paper?

10   A.    I don't believe that it was discussed at a meeting -- at

11         a specific Board curriculum meeting.  I think Mr. Baksa

12         may have said to me or others, that this one we can't

13         use because of the context of it being specifically

14         Christians and God and things like that.

15   Q.    Further down in this packet, there is a chart entitled

16         Beyond the Evolution Versus Creation Debate.  You have a

17         notation on the top here that says given to me by Baksa,

18         spring 2004.

19              What do you recall about this document, Jen?

20   A.    I found these documents in the front of my preview copy

21         of the textbook.  So I don't think there was much

22         discussion, or maybe given to us saying look these over.

23         I don't believe there was much discussion about them.

24         This is sort of food for thought or background

25         information.

1        up for him or something to that effect.

2   Q.   You mentioned that you think you have notes relating to

3        this meeting?

4   A.   I do.

5   Q.   Is that true, Jen?

6              MS. PENNY:  Can we go off the record one second?

7              MR. GILLEN:  Sure.

8              (An off-the-record discussion was had.)

9              (A recess was taken.)

10                      AFTERNOON SESSION

11             MR. GILLEN:  Please mark these.

12             (J. Miller Deposition Exhibits 4 through 6 were

13        marked.)

14  BY MR. GILLEN:

15  Q.   Jen, I have given you packets of documents marked Miller

16       4 through 6.  I ask you to take a quick look through

17       them and let me know if they appear to be the documents

18       that you provided to me this morning.

19  A.   Yes.

20  Q.   Now let's return our attention to the June, 2004 period

21       and that portion of Exhibit 3 which is your notes from

22       the June 14th meeting.

23            What I would like to do is go through those and

24       have you tell me what these notations reflect and to the

25       extent you can any memories they prompt.  The page I am

```
 1        looking at is entitled The Cutting Edge Hair Styling
 2        Salon.  There is June 24th below that heading.  Above
 3        the stationery that has been Xeroxed is the notation my
 4        notes from June 14th Board meeting.
 5             Are those your notes, Jen?
 6   A.   Yes.
 7   Q.   Tell me what those notations reflect.
 8   A.   Most of these are comments that were made.  I tried to
 9        write down things that people said at the meeting,
10        either Board members, or sometimes it was public
11        comment, that kind of thing.
12   Q.   So the first one is Bonsell, Intelligent Design Theory.
13        What is that?
14   A.   I am thinking that he mentioned Intelligent Design
15        Theory at the meeting, and I may have put a question
16        mark behind it because of the word theory.  That was my
17        notation that, you know, I didn't believe it was a
18        scientific theory.
19   Q.   Let me ask you:  Prior to this June 14th notation, had
20        you heard of Intelligent Design?
21   A.   I don't have anything written down so it was about this
22        time that the Intelligent Design issue came up.
23   Q.   And your comment seems to indicate that there was some
24        reflection on the topic.  Prior to this June 14th
25        meeting, had you done any research prior to that
```

 1          meeting?

 2   A.    I don't believe so, no.

 3   Q.    Looking at it in light of those observations you have

 4          just made, do you think that you would have had a

 5          question about Intelligent Design and its status as a

 6          theory on this day?

 7   A.    Yes, I think that's why I had the question marks.  It

 8          was either that reason or that I hadn't heard of it

 9          before.

10   Q.    How about papers should stick to reporting the facts,

11          does that trigger any --

12   A.    That was something Bonsell had said addressing the

13          newspaper reporters, that they should stick to reporting

14          the facts.

15   Q.    Mistrust between students, parents and teachers, does

16          that trigger anything?

17   A.    Just that he may have said something that maybe them not

18          reporting the facts or that because of this, there is a

19          mistrust between the students, parents and teachers.

20   Q.    You have a notation for Casey.  I take it Casey Brown?

21   A.    Yes.

22   Q.    One nation, equal rights, sworn to uphold the law, set

23          aside personal beliefs, does that trigger any

24          recollections on your part?

25   A.    She quoted that or she said that at the meeting.

1   Q.   And a notation with Noel, I take it Noel Wenrich?

2   A.   Yes.

3   Q.   Says all teach of a creation?

4   A.   By that I remember that he mentioned all religions, no

5        matter what religion it is, teach of a creation of some

6        sort or a creator of some sort.

7   Q.   Do you have any recollection as to how that came up?

8   A.   During this time, there was a lot of public comment and

9        comment in the newspaper about the textbooks.  And I

10       know the quote was in there about being laced with

11       Darwinism and that kind of thing.

12            Creationism came up.  I don't remember how

13       exactly, but it was part of these conversations at the

14       Board meetings.

15  Q.   Let me ask you:  Do you remember Barrie Callahan being

16       at these Board meetings?

17  A.   Yes.

18  Q.   Do you have any recollection of Mrs. Callahan accusing

19       Mr. Buckingham of wanting to teach Creationism?

20  A.   I was thinking I had -- no, not in this meeting.  I

21       didn't quote her as saying anything.  I don't remember.

22       I know she spoke several times.  If I don't have it

23       written down so I don't remember if she said anything.

24  Q.   Can you recall anything about her comments?

25  A.   I know -- again, I don't know what meeting this was at.

1      I guess this would have been afterwards.  I remember her

2      making a comment something about the origin of life and

3      Intelligent Design.

4              On the curriculum, it says no origins of life will

5      be taught.  She said it is contradictory to say no

6      origins of life will be taught and then put Intelligent

7      Design into the curriculum.

8              That was later.  So I don't remember anything in

9      particular at these meetings.

10  Q.  If we flip to the next page, it has a notation on the

11      top Evolution with a sort of cloud circle around it.

12      Not origin of life, change over time.

13              Is that your notation?

14  A.  Yes, that is just probably my thoughts.  I tend to write

15      things down.  As people are speaking, I write my

16      thoughts or my sort of response to them even though I

17      don't speak it.

18              I think this was my response to things that I had

19      heard.  That Evolution was -- I don't see -- as I have

20      told them in curriculum committee meetings, Evolution is

21      not the origin of life.  It simply means change over

22      time.  And that is what we teach.

23  Q.  Beneath the notation I just referenced, there is another

24      comment appalled at saying I'm not a good Christian.

25              Was that your observation, Jen?

1  A.   Not that I remember, no.

2  Q.   Sheila Harkins?

3  A.   No.

4  Q.   Angie Yingling?

5  A.   Not at this one, no.

6  Q.   How about Jane Cleaver?

7  A.   No.

8  Q.   You have one comment attributed to Noel Wenrich.  Do you

9       remember anything else he might have said?

10 A.   Not at this meeting, no.

11 Q.   So this is the second meeting in June.  I want you to

12      look now at Exhibit 4.

13 A.   (Witness complies.)  All right.

14 Q.   If you look at the second page of Exhibit 4, it has the

15      number one circled in the right-hand corner.  If you

16      look there, you will see a notation to June, 2004 and a

17      curriculum committee meeting?

18 A.   Yes, I see it.

19 Q.   Does that notation reflect your sense of whatever

20      understanding you had coming away from that meeting?

21 A.   Yes.  And I believe if I remember correctly, that was

22      the day of the Board meeting because I think that that

23      was the very last meeting we had of the school year.

24      That would have been the 14th, and we went to the Board

25      meeting that night.

```
 1   Q.   Now that puts us into July.  I see that on the last page
 2        you just referred to, page number one in Exhibit 4,
 3        there is a notation there relating to July, 2004?
 4   A.   Yes.
 5   Q.   It references a new edition of the Miller and Levin
 6        text?
 7   A.   Yes.
 8   Q.   Tell me about that.
 9   A.   Again when we left the June meeting, we were assured
10        that we would get our books.  And then somehow I found
11        out -- I was in the District in July -- middle of July,
12        I think it was around the 18th or 19th because I was in
13        charge of planning the inservice time for this year.  I
14        was in the District.
15             And I don't remember if -- I am pretty sure Mrs.
16        Spahr called me at home one evening and said that they
17        passed on the books some time in here, end of June,
18        early July they passed on approving the books because
19        there was a new edition that came out.
20             It was no use ordering a 2002 edition when the new
21        one had just come out.
22   Q.   And they is the Board?
23   A.   Yes.
24   Q.   So what happened next?
25   A.   Somewhere around there, I think it was the second day I
```

1     was here for planning those inservices, we met with --

2     it was either in Dr. Nilsen's or Mr. Baksa's office, we

3     page by page, chapter by chapter, line by line went

4     through the evolution chapters in the 2002 edition and

5     2004 edition to review if there was any difference

6     between 2002 and 2004.

7   Q.   If you would, Jen, please look at Miller Exhibit 2 for

8     this page which is entitled Changes in 2002 and 2004

9     Copyright Biology books from Prentice Hall.

10  A.   (Witness complies.)

11  Q.   Looking at that, Jen, does that reflect your findings as

12     a result of the examination you have just described?

13  A.   Yes.

14  Q.   And apart from the notations here -- or tell me in

15     general what sense you had about differences in the two

16     texts.

17  A.   We felt that the 2004 edition as far as this controversy

18     goes was much -- I don't know if I want to say it

19     didn't -- it seemed to be aware of the controversy

20     because I thought it took a lot of the more

21     controversial statements out and replaced them with sort

22     of blander language if you want to say it that way.

23  Q.   Let me ask you:  In terms of concern that had been

24     expressed about presenting theory as fact, did you see

25     the changes addressing the manner of presentation of

1       Evolutionary Theory?

2   A.  Yes.  And even a lot of Mr. Buckingham's concerns that

3       he had given us originally with some of the references

4       to man's Evolution were taken out, or -- you know, the

5       wording was much better, less controversial.

6   Q.  I want to make sure I understand you there, Jen.  Would

7       you say that the wording was changed in such a way as to

8       make assertions in that area seem more tentative?  Let

9       me put it this way:  Less factual and more theoretical?

10  A.  Not -- not necessarily.  Maybe to some extent.  But I

11      don't -- I guess because coming -- me looking even at

12      the 2002 edition, I didn't see it necessarily as it was

13      presented as a fact in the first place.  That was

14      somebody else's concern.

15          Me looking at it, I wouldn't say that necessarily.

16      But for someone else looking at it that had concerns,

17      then maybe they could see it that way.

18  Q.  That is all I am getting at.  You had a sense that the

19      changes addressed his concerns.  I am trying to figure

20      out how.

21  A.  Yes, I am trying to look over some of the things to give

22      you an example.  Here like at number three instead of

23      whatever it was presented as evidence of Evolution, it

24      was replaced with could finally explain many of his

25      observations.  It just looks like it is not as strong

1      language I guess you want to say.

2           It did seem like there was more that pointed out

3      some -- that made sure they pointed out where the gaps

4      were, or where there was less evidence in the field of

5      Evolution than the previous edition did.

6   Q.  Okay.  Did you have any discussion with Mr. Buckingham,

7      yourself, about these findings?

8   A.  No.

9   Q.  I think you said that you sat down with Bert Spahr and

10     Mike Baksa?

11  A.  Yes.

12  Q.  And I see here at the head of this page, there is a

13     notation July of 2004?

14  A.  Yes.

15  Q.  Is that the time of the meeting?

16  A.  Yes.  I remember somewhere around the 18th or 19th.

17     Yes, because I think that was the days I was here to

18     plan the inservices.

19  Q.  Do you recall anything that Bert Spahr said during the

20     meeting?

21  A.  No, nothing in particular, other than the books hadn't

22     been, you know, approved because of the 2004 edition.

23     Nothing in particular.

24  Q.  How about Mike Baksa, do you remember anything that he

25     said?

1  A.   We were pretty much in agreement that this seemed to

2       present it in a much less controversial way, but I don't

3       know.

4  Q.   Did you anticipate any action as a result of your

5       meeting when you left this meeting?

6  A.   I remember thinking that they should be -- having a

7       discussion that the Board should be more satisfied with

8       this edition perhaps than they were with the 2002

9       edition.

10          This is the time when I was here that Mr. Baksa

11      gave me a copy of *Of Pandas and People* to read, this

12      meeting.

13 Q.   Thank you.  I was going to ask you about that.  This

14      meeting was kind of mid July?

15 A.   Yes.

16 Q.   Do you recall any discussion of *Of Pandas* at that time?

17 A.   No.  I think I was given the book, asked to take it

18      home, read over it, get back to him and tell him what I

19      thought, that kind of thing.

20 Q.   Was Bert Spahr given a copy as well?

21 A.   I don't recall at that meeting if she was or not.  I

22      know she read it because I remember her making specific

23      comments about certain parts of the book later on.  But

24      I don't remember if it was at that meeting or not.

25 Q.   Did you get back to Mike with feedback about your

1          opinion on *Of Pandas*?

2    A.    I don't think that -- I know that my opinions were made

3          at another meeting in the fall.  I don't remember if we

4          were in contact before then, before school was back in

5          session about the *Of Pandas* book.

6    Q.    Let's look at Exhibit 3, the minutes for the July 12th

7          meeting.  Did you attend that meeting?

8    A.    I would have to look.

9    Q.    Okay.

10   A.    July 12th?

11   Q.    Yes.

12   A.    The minutes are not in here in Exhibit 3.

13   Q.    There is an SB set.

14   A.    There, they are.  Okay.  Let me see.

15   Q.    I see you have no notes from the meeting?

16   A.    Right.

17   Q.    I am just wondering if you may have attended and taken

18         no notes.

19   A.    I do not believe I was at that meeting because as I see

20         here in the minutes, that was the meeting where they

21         tabled to the next meeting the approval of the textbook.

22         I was not at that meeting.

23   Q.    Good enough.  That brings us to the August 2nd meeting.

24         Did you go to that one?

25   A.    No, I was on vacation at that time.

```
 1    Q.    You picked a good time to be on vacation.  When did you
 2          return from vacation?
 3    A.    It was somewhere shortly after there.  It was the first
 4          week of August that we went.  We left like July 31st.
 5    Q.    Upon your return, were you greeted with any news
 6          relating to the biology text or the biology curriculum?
 7    A.    Yes.  I believe -- I think it was Rob Eshbach told me
 8          that at that meeting, Mrs. Harkins said something --
 9          they mentioned the Of Pandas book, and she mentioned
10          that I had the copy, and I had had it for several weeks.
11          And she didn't get a chance to look over it because I
12          had the copy.
13                So I don't remember if I was in contact with Mr.
14          Baksa, if he asked for me to bring it back, or did I
15          have a chance to look over it.  But I did bring it back
16          in at some point.
17    Q.    At some point?
18    A.    Yes.
19    Q.    Let me ask you a question.  If you look at Miller 4 and
20          the page with the one circled in the upper right-hand
21          corner, there is a notation down there relating to
22          August, 2004 Board vote?
23    A.    Yes.
24    Q.    Where did you get that information?
25    A.    That's Bertha Spahr's handwriting.  She put it in the
```

1      timeline.  I do remember them telling me that the -- at

2      that meeting, I mean this is what I was told, that they

3      were up to approve the biology textbooks again, and

4      Mr. Buckingham said he would approve it if *Of Pandas and*

5      *People* was also approved as a supplemental text.

6             There was a five/three split, and someone

7      switched, and it was four/four.  And they approved the

8      textbooks finally.

9   Q.  Let me ask you, Jen, Miller 4, is that a document that

10      you created?

11  A.  On top?

12  Q.  Yes, the first page of four.

13  A.  No, that is Mrs. Spahr's handwriting.

14  Q.  You have indicated that the next page is as well?

15  A.  Yes.

16  Q.  Was this created by her?

17  A.  Yes.  We had input.  I mean as we tried to remember

18      dates, we sat down together and tried to remember when

19      did this happen, when did this happen.

20  Q.  That's fine.  There is a reference on page two of

21      Exhibit 4 to an August 30th, 2004 curriculum committee

22      meeting?

23  A.  Yes.

24  Q.  Did you attend that meeting?

25  A.  Yes.

```
 1   Q.   Now let's look at the time in August between your return
 2        from vacation and prior to this meeting.  Had you had
 3        any discussions with Bert Spahr about Of Pandas?
 4   A.   I believe so.  I believe she had read it.  And whether
 5        it was on the phone, probably a phone conversation,
 6        discussing sort of our thoughts as we read it.
 7   Q.   You had reviewed it as of this telephone conversation?
 8   A.   Yes, yes.
 9   Q.   What did Bert Spahr tell you about her opinion
10        concerning Of Pandas?
11   A.   I remember her pointing out some of the science was
12        faulty in it.  I remember her saying something I think
13        it was Oparin Theory, that was a chemistry theory, and
14        she was upset at how they portrayed that.
15   Q.   Did she say why?
16   A.   I don't remember the chemistry of it.
17   Q.   It was a chemistry related --
18   A.   Yes, yes.  I think that is who it was.  But also that
19        she was having trouble reading it because the level was
20        very high.
21            And I had done -- during this time before this
22        August 30th meeting, I had done a readability study on
23        it -- two different readability studies online.  So we
24        discussed that also.
25   Q.   How do you do that, Jen?
```

1    A.   You go on -- it is a typical when you are reviewing

2         textbooks -- we learned this in our undergraduate study

3         -- when you are reviewing textbooks, you look at a

4         readability, and it tells you what grade level it is

5         geared towards.

6              You put in how many words in a sentence and how

7         many syllables in each word.  You have to count them out

8         and things like that.  And it gives you a grade level of

9         the *Of Pandas* book.

10   Q.   Apart from what Bert said about this chemical theory,

11        did she say anything else?

12   A.   The two big things I can remember is that, you know, a

13        lot of the things were -- some of the inferences made

14        was, you know, bad science and the reading level.  Those

15        are the two things that I can remember.

16   Q.   How about you for your part?

17   A.   Some of the same things.  I remember having sticky

18        notes.  I took them out when I gave them back.  I don't

19        know where they are now.  I remember having sticky notes

20        pointing to things and having questions about certain

21        parts.  I know that I don't have those anymore.  I can't

22        say specifically, but.

23   Q.   That is all right.  Did you talk to any of your other

24        colleagues about *Of Pandas* prior to this August 30th

25        meeting?

1    A.    Not that I can remember.

2    Q.    Did you talk to my Board members?

3    A.    No.

4    Q.    How about any other of the plaintiffs?

5    A.    No.

6    Q.    How about Barrie Callahan?

7    A.    No.

8    Q.    We have a note indicating there was an August 30th

9          curriculum committee meeting.  Do you remember that?

10   A.    Yes.

11   Q.    Tell me what you can remember about that.

12   A.    That was a meeting -- again, we were talking mainly

13         about the *Of Pandas and People* book.  And if I am not

14         mistaken, this is the meeting that the curriculum

15         committee was there.  And Mr. Bonsell was there, too.

16              This is one of them -- it might have been the next

17         one that he was at back from the 2003 meeting, and we

18         were discussing -- we, the Science Department, and again

19         probably mostly Bertha Spahr and I were the spokesmen

20         there.  I don't remember exactly who all was there.

21              We were discussing the *Of Pandas* book.  Our

22         concerns with the readability study, our concerns with

23         some of the science of it in the textbook.  The

24         readability was definitely not appropriate for a ninth

25         grade level.

1          And I remember Bertha asking again point blank to

2     Mr. Buckingham if he could explain some of the things in

3     there.  And he mentioned that any good student will go

4     home and look it up.  You don't need to understand it as

5     you are reading it.

6          That point -- at some point, I believe Dr. Nilsen

7     was at that meeting.  My recollection is that his

8     suggestion was sort of a compromise, that we place the

9     books in the classroom as a reference and not

10    necessarily hand it out to each student.

11         I do remember Mr. Bonsell I believe at that

12    meeting because I believe Mr. Buckingham did leave early

13    for some doctor's appointment at that meeting, and

14    Mr. Bonsell saying after he left not every Board member

15    is in agreement with Mr. Buckingham that it should be in

16    the hands of every student.  That maybe placing it as a

17    reference would be a better use of the textbook.

18  Q.   Okay.  Let's see.  Do you remember anything -- do you

19       know if Sheila Harkins was there?

20  A.   Yes, I believe -- it says curriculum committee, yes, she

21       was there.

22  Q.   Do you recall anything that Sheila Harkins said?

23  A.   I believe it was at this meeting that, again, we

24       explained how we teach Evolution.  And my recollection

25       is that at that meeting is when Sheila said after I

1    explained how we teach Evolution that she said if

2    everyone did it like Jen did, then there won't be a

3    problem.  This would be fine.  I agree with everything

4    Jen just said.

5 Q.  And how about Casey Brown, was she there?

6 A.  I believe so, yes.

7 Q.  Do you recall anything she said?

8 A.  Not -- no.  Not that I can put my finger on.

9 Q.  What about the idea of putting it in the text -- the

10   text *Of Pandas* in the classroom as a reference?  How did

11   you and Bert Spahr as faculty respond to that?

12 A.  Let's say that we didn't like the book necessarily in

13   the classroom at all.  But again, I think that we had

14   said that we would be willing to compromise.  If they

15   wanted to get a couple for the classroom, not -- I am

16   pretty sure that at that point, it was just what if we

17   got five, two, three to five books per classroom.  If

18   kids wanted to look at it, they could take it home.

19        I don't think we were too keen on the idea of

20   having it there.  But if it was to be a compromise to

21   having every student have it, then we would be willing

22   to have a couple of copies if kids wanted to take it

23   home.

24 Q.  What was driving your objection, Jen, to them having it?

25   What was your concern to the students having the book?

1   A.   Several things.  It's not -- we teach to the standards.

2         It is not in the standards.  At that point, it wasn't in

3         the curriculum.

4            Again, we thought parts of that was too high of a

5         reading level for our ninth graders.  And some of the

6         science, we didn't believe was sound.

7   Q.   Okay.  And anything else you took with you from that

8         meeting, Jen?  Did you have a sense that there was a

9         resolution?

10  A.   Again, yeah, that we felt that okay, if we were going to

11        get these *Of Pandas* books, we would get several copies

12        to be placed in the classroom as a reference and be

13        done.

14  Q.   Do you recall a discussion of Intelligent Design at that

15        time?

16  A.   Well, since the *Of Pandas* book goes over Intelligent

17        Design, I would say yes.

18  Q.   How about was there any discussion of curriculum change

19        related to the use of *Of Pandas*?

20  A.   No.  I don't believe there was at that point.

21  Q.   Did you see any future developments that would be

22        resulting from the meeting when you left?  Did you think

23        there was going to be more deliberations on the part of

24        the Board curriculum committee, or were you just kind of

25        uncertain where things were?

```
 1   A.    I think yeah, probably more uncertain or thinking again
 2         where is this going type thing.
 3   Q.    Okay.  That would bring us into September.  Let me ask
 4         you:  Did you attend any Board meetings in September?
 5   A.    Yes.
 6   Q.    You did?
 7   A.    I have notes from a September 14th meeting.  I can't be
 8         sure because I don't have the minutes attached, but it
 9         was some time I believe in September.
10   Q.    And you are looking at the notes which are in Miller
11         Exhibit 3 which have a notation in the upper right-hand
12         corner My Notes from the Board Meeting In September I
13         think?
14   A.    Yes.
15   Q.    Looking at that, Jen, why do you think it is from
16         September?
17   A.    Probably because of where it was maybe in my stack of
18         stuff, that it was before October.  So I was assuming
19         that it was before the actual curriculum change
20         implementation took place in October.
21   Q.    There's some notations here.  The first is one that is
22         linked to Barrie Callahan?
23   A.    Yes.
24   Q.    And it indicates she is asking the question about what
25         will happen with Of Pandas and People.  Does that
```

1           notation you made, does it trigger any recollection

2           about what Barrie Callahan said at the meeting?

3    A.    I think she was asking what are they going to do with *Of*

4           *Pandas and People*.  Where are they going to put it?  Is

5           it going to be a supplemental text?  Are they going to

6           put it in the classroom, that type of thing.

7    Q.    Is Barrie Callahan speaking during the public comment

8           portion of the meeting?

9    A.    Yes.

10   Q.    Do you recall if it was during the beginning of the

11          meeting or during it?

12   A.    I assume it was at the beginning, but I couldn't be

13          sure.

14   Q.    There is an comment there attributed to Larry Snook?

15   A.    Yes.

16   Q.    What is that comment getting at?  What is that notation

17          getting at?

18   A.    He must have asked the question about Act 72, and then

19          asked -- I think probably something like we're having

20          discussions about Act 72, and so how can we then spend

21          money on a second textbook?  When it is foolish where we

22          cut other monies from other places, why spend money on

23          the second textbook *Of Pandas and People*?

24   Q.    What is Act 72?

25   A.    How do I explain that?  Act 72 is the gambling, whether

```
 1           we take state money from gambling.
 2    Q.     Then there is a notation for Amanda Heilman?
 3    A.     I'm assuming just a community member.  I wrote down her
 4           name.  I don't really remember much.  I am assuming she
 5           said something close to that.
 6    Q.     What I am trying to do, Jen, is just get a sense for
 7           these comments are being offered at the public portion
 8           of the meeting.
 9                With Barrie Callahan, I can see she's still
10           wondering what is going to happen to Of Pandas.  Did
11           these other people's comments follow on hers?
12    A.     I believe so, yes.  Yes.
13    Q.     Do you recall any comments by Board members made in
14           response to any of the comments reflected on this page?
15    A.     No.  I think at this time they had pretty much toned
16           down their comments, or they were not speaking out as
17           much as they had been in June of that year.
18    Q.     This is the September Board meeting.  We know Of Pandas
19           is still at issue so to speak?
20    A.     Yes.
21    Q.     If you look at September, do you recall any meetings of
22           the Board curriculum committee?
23    A.     No.  I would say not because we don't have them
24           recorded.  So I would say not.
25    Q.     Do you recall any discussions with your colleagues about
```

1        the issue of *Of Pandas*?

2   A.   Not anything in particular.  I am sure we were

3        discussing it, but I don't remember, you know.  Have you

4        heard anything, that kind of thing, what's going on with

5        the books, but nothing in particular.

6   Q.   Let me ask you as a teacher now, the book that you

7        recommended has been approved on August 2nd?

8   A.   Yes.

9   Q.   And there is this notion of bringing another book as a

10       supplementary text?

11  A.   Yes.

12  Q.   You have got a Board curriculum committee meeting in

13       August.  Is there still -- and Mr. Buckingham was there.

14            Is anyone still accusing him of wanting to teach

15       Creationism; is that still a flash point, or are we

16       focused on the use of the text?  What is the state of

17       affairs at that August 30th Board meeting?

18  A.   At the Board meeting?

19  Q.   Curriculum meeting, I'm sorry.

20  A.   Let me read her notes again.  I think at this point,

21       most of it was the book.  I believe there was still some

22       discussion of Intelligent Design versus Creationism

23       because I think maybe at this Board meeting is where

24       Mrs. Spahr brought again some of her court cases.  And

25       in one of them, it had something about Intelligent

```
1       Design, you know, may you teach Intelligent Design in a

2       biology classroom.

3             And she had -- I don't know - opinions or

4       something of someone.  I don't know where she printed it

5       off the Internet, the research she had done.

6             There was still some discussion of not just the

7       textbook, but Intelligent Design, is it the same as

8       Creationism, is it different than Creationism, yes.

9   Q.  If we turn our mind back to the August 30th Board

10      curriculum committee meeting with Mr. Bonsell there and

11      so on and focus on this equation or this linkage here

12      that some people are making, do you recall Mr. Bonsell

13      speaking to that linkage, whether Intelligent Design was

14      Creationism or distinct, whether it was a scientific

15      theory?

16  A.  No, I can't remember anything in particular.  Obviously,

17      I did get a sense -- and I can't remember anything

18      particular that he said, but I did get a sense that he

19      did believe that Intelligent Design was separate from

20      Creationism and could be presented in a biology

21      classroom, and that's why the Of Pandas and People book

22      was there.

23            Like I said, I can't remember any specific quotes,

24      but that's the sense that I came away with.

25  Q.  That he was viewing Intelligent Design as not
```

```
 1           Creationism --
 2    A.     Yes.
 3    Q.     -- and therefore appropriate?
 4    A.     Yes.
 5    Q.     How about Bill Buckingham, did he say anything at that
 6           meeting of August 30th about that?
 7    A.     I can't remember anything in particular, no.  But it
 8           seemed that, you know, they were all pretty much in
 9           agreement I would say.
10                Casey Brown, I am assuming she was there, but she
11           would have not been in agreement with adding Intelligent
12           Design and the Pandas book.
13                But the other two seemed like they were in
14           agreement with Mr. Bonsell.
15    Q.     And your sense for Casey Brown's position, what are you
16           relying on there, Jen?
17    A.     Statements -- again, I can't remember any particular
18           statement, but statements that were made at different
19           meetings.  Again, it sort of goes back to is this
20           religion, and we should stay away from this, that type
21           of thing.  I guess looking at it the same way we were,
22           is it a science, that kind of thing.
23    Q.     Was it your sense that Casey Brown equated Creationism
24           and Intelligent Design, or how did you see her position?
25    A.     I would say that -- I don't know if she equated it, but
```

1       she thought there was enough gray area there, that we

2       should stay away from putting it in.  There was enough

3       gray area there that it could be construed as

4       Creationism or whatever.

5   Q.  And that is something that has occurred to me as we are

6       talking.  Bert Spahr, you think she showed up to this

7       meeting with some legal opinions?

8   A.  Yes.

9   Q.  Was there a discussion of the potential liability?

10  A.  Yes.

11  Q.  Did Bert Spahr speak specifically to that?

12  A.  Yes.  I know she read part of her -- whatever she had

13      printed off word for word.  I remember her saying

14      several times what part of the legal and

15      unconstitutional - she used three words there -- don't

16      you understand.  So yes, there was some discussion of

17      that, yes.

18  Q.  And how about the Board members who were present at the

19      meeting, did they respond to that?

20  A.  I think some questions were asked, where are you getting

21      your information, who are you getting your information

22      from.  The information we get is saying that you can

23      present this.  So there was sort of this back and forth.

24      The information we are getting is saying we can't

25      present this, and the information saying we can.  So,

```
 1            yes.
 2   Q.   Do you remember anyone saying we are going to be sued?
 3   A.   No, not particularly.  If anyone, it would have been
 4        Casey Brown because that was her concern mostly.  But I
 5        couldn't say that she definitely said it at that
 6        meeting.
 7   Q.   How about Bert Spahr, was she concerned again for the
 8        untenured teachers?
 9   A.   Yes.
10   Q.   Did she bring that to the attention of the Board
11        members?
12   A.   Yes.
13   Q.   Do you recall any response by Board members?
14   A.   No.
15   Q.   If you would, Jen, I would ask you to look at Exhibit 5.
16        About a quarter of the way through the packet, there is
17        an e-mail from Stephen Russell dated August 26th?
18   A.   Yes I will find it.  There it is, yes.
19   Q.   Would you take a quick look at that?
20   A.   (Witness complies.)
21   Q.   There is a notation in the upper right-hand corner.  Is
22        that your handwriting?
23   A.   Yes.
24   Q.   This is the same meeting, right, the August 30th, 2004
25        meeting?
```

```
 1   A.   Yes.
 2   Q.   There are notations it looks like in another hand below
 3        yours on the first page of that e-mail?
 4   A.   Yes.
 5   Q.   Whose handwriting is that?
 6   A.   That would be Rob Eshbach's.
 7   Q.   And I see there some comments which seem to reflect the
 8        criticisms you had advanced of the text of Of Pandas
 9        earlier; is that accurate?
10   A.   In the middle here?
11   Q.   Yes.
12   A.   Yes.  I am assuming that is what he had there about the
13        grade level, yes.
14   Q.   And a comment at the bottom attributed to
15        Mr. Buckingham, each student be given this book with
16        textbook, that was his stated position before he left
17        that meeting; correct?
18   A.   Yes.
19   Q.   Looking at this, does it make you think there was some
20        discussion just along the lines you suggested of we
21        don't think we will be sued?
22   A.   Yes, yes.  And as I recall, this was handed out to show
23        Steve Russell, who would have been the District
24        Solicitor, their opinion on this issue.
25   Q.   And looking at September again, do you recall anything
```

1          else that happened in September that touched on these

2          two issues?  Now it is the *Of Pandas* text and the

3          curriculum change.

4    A.    No, I can't pinpoint anything.

5    Q.    When *Of Pandas* was discussed at the August 30th meeting,

6          did you have any discussion relating to what would be

7          presented in the classroom?

8    A.    Wow!  I am sure we did.  I am trying to think.  At that

9          point, I don't think that that was discussed too much.

10         Just maybe at that point that we mentioned that there is

11         this book, again, if the students want to use it, they

12         can, or have it available to them in the classroom, that

13         type of thing.  I don't remember much other than that.

14   Q.    Let me be more specific.  It seems like at the

15         August 30th meeting from what you told me the issue is

16         in what way the text *Of Pandas* is going to be in the

17         classroom.  It has been donated.

18              Is it going to be as a reference text, or is each

19         student going to get it; is that correct?

20   A.    At that point, it wasn't donated I don't think.  At that

21         point, I don't think we knew how we were getting the

22         textbooks.  It was before it was donated.

23   Q.    Fair enough.  But am I correct that those were the

24         options that were being discussed?

25   A.    Right.  Whether every student gets a copy to be handed

```
 1              out with the textbook, or whether there is several in
 2              the classroom or a whole classroom set, that kind of
 3              thing.
 4    Q.        I think you said that you thought if it was in the class
 5              as a reference text, that was more acceptable to you?
 6    A.        Right.  More acceptable than handing it out to every
 7              student, yes.
 8    Q.        Did you think that this was going to change your
 9              classroom instruction?
10    A.        At that point, other than having to mention this book,
11              no.  I mean mentioning the book would have been
12              different than what I had done in the past.
13    Q.        But in terms of your presentation of Evolutionary
14              Theory, did you see any impact being discussed?
15    A.        No.  At that point, I did not think it would be any
16              different.
17    Q.        So from -- and nothing else in September, right?
18    A.        Not that I can remember.
19    Q.        So we move into October.  And there's a note on Exhibit
20              4, the page with two circled in the upper right-hand
21              corner, that references October 8, 2004.
22    A.        Yes.
23    Q.        Take a look at that notation.
24    A.        (Witness complies.)
25    Q.        Do you have a recollection of a meeting on October 8th?
```

 1          reference to an October 4th, 2004 School Board meeting?

 2   A.     October 4th?

 3   Q.     Yes.  At the top there, they generally approve the

 4          minutes.  All I want to know, Jen, is if you went to

 5          that October 4, 2004 meeting?

 6   A.     Let me look and see if something brings -- it is looking

 7          familiar.  I would say there is a good possibility that

 8          I went, yes.  Yeah.  I am pretty sure that I went to

 9          this meeting.

10   Q.     Do you recall any discussion of the biology curriculum

11          at the October 4, 2004 Board meeting?

12   A.     No, I believe that that was the meeting that it was just

13          put in the curriculum that it was just like a FYI, that

14          the Superintendent was approving the donation of two

15          classroom sets of *Of Pandas and People*.

16   Q.     Okay.  Now so that brings us to this October 8th meeting

17          in which you recall a draft being presented to you?

18   A.     Well, the draft was not presented to us at the 18th

19          Board meeting.  It was before that.

20   Q.     You are right.  I am referring to the October 8th

21          meeting.

22   A.     Okay.  Not a Board meeting, but a --

23   Q.     Right.

24   A.     Right.

25   Q.     And it was during that meeting, if I understand you

```
 1           correctly, that the document labeled draft was presented
 2           to you; correct?
 3    A.     Yes.
 4    Q.     And that document has the notation in the upper
 5           right-hand corner that says spray adhesive for future
 6           reference?
 7    A.     Yes.
 8    Q.     Tell me, Jen, what was your reaction to seeing the
 9           draft?
10    A.     We were very upset at seeing that.
11    Q.     And why?
12    A.     Again as I said, it seemed like when we came out of a
13           lot of these meetings, that things had been settled.
14           Again at that August 30th meeting, we were in agreement
15           that okay, if we needed to the reference of Of Pandas
16           and People would be in the classroom, but again we
17           didn't want Intelligent Design.  We were uncomfortable
18           having to teach it or, you know, having to present it.
19           And then we get this that says that they will be made
20           aware of Intelligent Design.
21    Q.     Okay.  Who was at the October 8th meeting?
22    A.     I believe that one was just in my room.  I think Baksa
23           came over or Bertha was there.  At that point, I believe
24           -- although I can't be sure -- Rob Eshbach I think was
25           definitely there and possibly Leslie Prall and Bob
```

1              Linker since they were biology teachers also.

2    Q.    Do you recall if Mike called you up and said I am coming

3          over with a proposed curriculum change?

4    A.    I believe, yes.

5    Q.    Do you recall anything else Mike Baksa said to you?

6    A.    No.

7    Q.    You indicated that you felt somewhat surprised by this?

8    A.    Yes.

9    Q.    How about Bert Spahr, what was her reaction?

10   A.    Surprised, angry.

11   Q.    If you look at the page where we are referring to with

12         the draft stamped across the middle in the right hand

13         lower corner, there is a reference *Of Pandas and People*?

14   A.    Yes.

15   Q.    Then there is some little handwritten hash mark there.

16         Did that portion of it surprise you?

17   A.    Yes.  We were upset with that portion also because we

18         don't list any other reference textbooks in our

19         curriculum.  If you look through the biology curriculum,

20         nowhere is there listed a reference text.  And we all

21         have reference texts that we have in our classrooms,

22         other biology books that students can use.

23            I have a science encyclopedia in our classroom.  I

24         don't list that necessarily because that could be --

25         students could use it at any time.  We were upset that

```
 1         that one was singled out.
 2    Q.   And why?  What was it about the singling out that you
 3         saw as inappropriate?
 4    A.   Again at that point, we were unsure putting these words
 5         and putting this in our actual curriculum, now we are
 6         asking the question okay, do we have to teach this, do
 7         we have to specifically teach from the text, that kind
 8         of thing.
 9              By putting it in there as part of our curriculum,
10         those are the kinds of questions that came up that we
11         were very uncomfortable with teaching Intelligent
12         Design, teaching from the textbook, and that kind of
13         thing.
14    Q.   Did you have any discussion at this October 8th meeting
15         about whether you would be required to teach Intelligent
16         Design?
17    A.   I think so.  I remember at some point asking for
18         specific direction, what are we to say, what are we to
19         do in regards to this.
20    Q.   And in regards to this, do you mean the curriculum
21         change which says students will be made aware of
22         gaps/problems in Darwin's Theory and of other theories
23         of Evolution including, but not limited, to Intelligent
24         Design?
25    A.   Yes.
```

1   Q.   There is a reference there to gaps/problems in Darwin's

2        Theory.  Did that surprise you?

3   A.   No, because that is what we had agreed to in June I

4        guess it was, that we would be willing to point out up

5        to that point.

6   Q.   How about the reference to other Theories of Evolution;

7        had that been discussed?

8   A.   I believe that we did discuss that because in our

9        textbook, it does talk about things that led up to

10       Darwin's -- his theory of natural selection; that there

11       are -- Lemarck is in there and some other scientists

12       that sort of influenced Darwin.  That we felt was okay

13       because those were what led up to the formulation of his

14       theories.

15  Q.   So you indicated that you had some questions.  How about

16       Bert Spahr, did she have questions?

17  A.   Yes.

18  Q.   Do you recall what she said?

19  A.   I have to get my timeline straight.  I don't think that

20       it was in -- I don't think it was in this meeting yet.

21       This I believe was just a quick meeting with just Mr.

22       Baksa.  He handed this to us, asked us what we thought.

23            We said at that point, we don't want those words

24       Intelligent Design in our curriculum.  We are okay up to

25       of other Theories of Evolution, period.  And I remember



1    him taking that back to the curriculum committee I am

2    assuming at that point, that we wanted the reference of

3    *Of Pandas and People* off and we wanted the words

4    including, but not limited to, Intelligent Design out of

5    the curriculum.

6  Q.  How about Rob Eshbach, do you recall him saying

7    anything?

8  A.  I don't remember anything in particular, no.

9  Q.  You indicated you had some concern about are we going to

10    be required to teach this.  Did Mike Baksa address that

11    concern during this October 8th meeting?

12  A.  To me at that point, I am remembering that it was still

13    up in the air.  Because I remember that I asked that

14    question at the October 18th Board meeting of the Board.

15    So to me, I would think that it was all up in the air at

16    this point.

17       I don't know if we were unsure or he was unsure

18    exactly at this point what this meant, where they were

19    going to go with this.

20  Q.  All right.  If you look at the page of Miller 4 that has

21    two circled there in the upper right-hand corner,

22    there's two asterisks after the entry for October 8th

23    that say it looks like we have amended the curriculum to

24    remove ID from it, it is rejected by the committee.

25       Does that prompt any recollection on your part as

```
1            to what happened after you made your suggestions about

2            the draft?

3    A.      Again, we told Mr. Baksa we wanted that out.  And then I

4            am assuming that she put that in there -- it was

5            rejected by the committee simply because when we saw the

6            minutes for the October 18th meeting, it was included.

7            I mean that was one of the versions that was included.

8                 So you know, I am not exactly sure.  I don't

9            remember them coming back saying it was definitely

10           rejected by the committee or anything like that.

11           Nothing in particular.

12   Q.      That is what I was asking.  You say she, is that Bert

13           Spahr?

14   A.      Yes.

15   Q.      She created this document?

16   A.      Yes.

17   Q.      There is a note in there that refers to October 12th

18           through 15th?

19   A.      Yes.

20   Q.      So we have got a period here between an October meeting

21           where the teachers have said we want Intelligent Design

22           out, and then we know the Board meeting is on

23           October 18th.

24                If we focus on that period, do you recall further

25           discussions with the administration relating to the
```

1           proposed curriculum change?

2   A.   Yes.  I don't remember if it was -- I think it was in

3        this time that -- I know it was before the October 18th

4        Board meeting that Dr. Nilsen actually came to see me in

5        my room.

6           And this is when -- I believe it was he that told

7        me that Mr. Bonsell wanted to add the note at the bottom

8        origins of life will not be taught.  I remember the

9        discussion that -- I remember him thinking that this

10       would then satisfy us, that if they put that note at the

11       bottom, that this is a good thing to put this at the

12       bottom.

13          So I don't know.  It caused a little bit of

14       tension between -- with Mrs. Spahr because he came to

15       see me instead of going to her as Department head.  I

16       remember she walked in when he was speaking to me about

17       it.

18          He wanted to know what was our concerns, again

19       state to him why we didn't like Intelligent Design in

20       there, why we didn't want *Of Pandas and People* in there.

21       I am positive that was before the October 18th Board

22       meeting.

23  Q.   Do you recall what you told Dr. Nilsen?

24  A.   Same things.  We were concerned do we have to teach

25       this.  And I explained about the reference texts, that

1   we don't list any others.

2          He explained to me that if students are going to

3   take it home, that it had to be listed as a reference.

4   So that if a parent said why does my student have this,

5   if it is in the curriculum, then we're covered if it is

6   there.  So that was his explanation to me.  I remember

7   that explanation.

8          I remember him coming to me, which I thought was

9   odd, him sitting down with me and the first thing he

10  said was Jen, we just want to let you know, Mr. Bonsell

11  and I have been talking, and we think you would make a

12  great Department head.  That is how he started his

13  conversation.

14  Q.  Do you recall him responding to your concern about

15  whether you would have to teach Intelligent Design?

16  A.  Nothing directly.  I can't be sure, but he may have said

17  something like well, that we'll deal with, or we are

18  going to work on that, or something to that effect.

19  Nothing in great particular at that point.

20  Q.  Did you in this period between August 30th and the

21  October 18th, 2004 Board meeting, did you have any

22  discussion with your colleagues about the language of

23  this curriculum entry students will be made aware of?

24  A.  Yes.  Basically, we wanted to know what that meant.  Did

25  that mean -- mentioning it, did that mean making them

```
1        aware of what the theory is?  How in detail does it mean
2        make aware of?
3             We thought that was very vague.  We weren't sure
4        what that entailed.  At that point, we were still
5        questioning what that meant.
6   Q.   And if I am understanding you correctly when you get to
7        do we have to teach it, it is because you don't want to
8        have to teach it; is that right, Jen?
9   A.   Exactly.
10  Q.   And that's for the reasons you stated earlier?
11  A.   Yes.
12  Q.   Just generally, what were they, again?
13  A.   Again as a -- I guess you can say as a Science
14       Department or me in particular, I don't think that
15       Intelligent Design is -- I don't think it falls under
16       the parameter of science.  Science is testable.  I don't
17       think that you can create a test for an intelligent
18       designer.
19            If there was proof that there was an intelligent
20       designer or a God out there, there wouldn't be any
21       atheists because there would be proof.  I don't think
22       that you can design a test, which is what science is,
23       that is going to prove that there is definitely an
24       intelligent designer there.  Therefore, it doesn't fall
25       under the realm of science.
```

1   Q.   Anything else that you are --

2   A.   Again, we were worried about is this -- we didn't

3        necessarily -- I think I have this in some of my quotes

4        in the newspapers or articles that we didn't want to be

5        the test case if we were the first School District to

6        approve this.

7             Again, worried about lawsuits.  Does this fall

8        under -- it has never been tested whether Intelligent

9        Design is Creationism or not.  We felt uncomfortable

10       being the test case and having to determine I guess

11       whether or not -- have someone determine for us whether

12       or not it fell -- if it was lawful or unlawful and that

13       kind of thing.

14            We were worried about the whole separation of

15       church and state, is it Creationism, that type of thing

16       also along with it not being science.

17  Q.   In these discussions with the administration, are you

18       bringing that to their attention?

19  A.   Yes.

20  Q.   And are you concerned for your personal liability, or is

21       it just for the District?

22  A.   I think there is a degree of personal liability there.

23       I have said this a lot.  We felt that we were stuck in

24       the middle.

25            We had a group that was sort of dictating to us

1    what we had to do, but we were the ones that had to do

2    it in the classroom.  We did feel liable.  I think we

3    said that in several meetings.

4         We were worried that someone could sue us for

5    saying certain things in the classroom.

6    Q.  Did the administration ever respond to those concerns?

7    A.  Not until probably November.  Not at this time.

8    Q.  All right.  What is next, the October 18th Board

9    meeting?

10   A.  Yes.

11   Q.  Did you go?

12   A.  Yes.

13   Q.  Did you go because of the biology curriculum issue?

14   A.  Absolutely.

15   Q.  When you went, did you have the document we have been

16   referring to as draft with you?

17   A.  I believe so, yes.

18   Q.  Did you have other versions?

19   A.  I don't think I took any with me.  I think they were

20   given to us possibly even at the meeting.  I was sitting

21   beside Mrs. Spahr.  So probably given to her perhaps the

22   version A, B and C.

23   Q.  Do you think it would help if you had those in front of

24   you?

25   A.  Are they here?

Jennifer Miller

1   Q.    I don't think so.  Let me see.

2   A.    There's two of them here.  It says C.

3                (J. Miller Deposition Exhibit 7 was marked.

4   BY MR. GILLEN:

5   Q.    Jen, I am giving you documents we have marked as Miller

6         7.

7   A.    Yes.

8   Q.    Would you take a look through that, please, noting that

9         some are two-sided copies and some are not?

10  A.    (Witness complies.  Okay.

11  Q.    Do those look familiar to you?

12  A.    Yes.

13  Q.    With that in mind, do you have notes that relate to the

14        October 18th Board meeting?

15  A.    October 18th?

16  Q.    Yes.

17  A.    I believe I do.  Maybe, I don't.  I don't believe that I

18        do.

19  Q.    I think you are right.  All right.

20  A.    I think Mrs. Spahr had notes from that meeting, but I

21        don't believe that I have any.

22  Q.    Tell me what you remember, Jen, about that October 13th

23        Board meeting.

24  A.    It is the 18th.

25  Q.    18th, I am sorry.

```
 1   A.   There was public comment at the beginning.  I know that
 2        Mrs. Spahr stood up and prepared a statement that she
 3        read to the Board.
 4             I believe that at that time would have been one of
 5        our Co-Presidents of our Association made a statement to
 6        the Board.
 7   Q.   Let's start with Mrs. Spahr.  Do you remember the thrust
 8        of her comments to the Board?
 9   A.   She -- basically that we wanted no parts of Intelligent
10        Design.  I remember her quoting court cases that had to
11        do with Intelligent Design/Creationism type thing.  I
12        guess Creationism more so.
13             And I remember she definitely quoted court cases
14        because I remember Mr. Buckingham making the comment
15        where did you get your law degree after she was doing
16        that.  That is why I remember her quoting those.
17   Q.   All right.  Any other Board members react to Bert
18        Spahr's comments?
19   A.   That is the one I remember.  I don't remember others,
20        no.
21   Q.   You indicated that someone else spoke, a Union rep?
22   A.   I believe Jere Wynegar spoke.  That was the meeting that
23        he spoke at.  He at that time was Co-President of the
24        Association.
25   Q.   Co-President with who?
```

1   A.   Sandi Bowser.  He is no longer Co-President, but he was

2        at that time.

3   Q.   Do you recall the thrust of his comments?

4   A.   Same type of comments about not including Intelligent

5        Design.  I think there was something about -- I can't

6        remember.  Something about being -- I don't know if it

7        was being represented, or they are being backed by --

8        these were comments that were from Dover and the Union

9        as a whole, maybe PSEA and that type of thing.  That we

10       were backed by those types of organizations.  But

11       nothing in more detail than that.

12  Q.   When Mrs. Spahr and Mr. Wynegar spoke, do you recall any

13       of them bringing up whether or not the teachers were

14       going to be required to teach it?

15  A.   I don't recall.  I believe Mrs. Spahr handed you a copy

16       of her -- of the speech she gave.  I am sure you can

17       look, but I don't recall it in particular now.

18  Q.   How about Creationism, was Bert Spahr equating

19       Intelligent Design with Creationism?

20  A.   I believe yes because she was quoting again cases, and

21       there has been no cases on Intelligent Design.  I am

22       only assuming she was using the Court cases on

23       Creationism.

24  Q.   Let's just run through the Board.  I know you remember

25       Mr. Buckingham responding to her.  How about Alan

1      now that this is passed or something -- I don't know if

2      it was before or after it was passed.

3            Something was said about a lawsuit and that we

4      could be sued.  And she said -- it was our understanding

5      she was referring to the teachers -- if they sue us,

6      then they should be fired because they agreed with this.

7            And that caused me to jump up out of my seat and

8      go to the podium and tell them that we did not agree

9      with this, the change to the curriculum.

10   Q.   Okay.  When you say this, what are you getting at at

11        that point in time?

12   A.   The curriculum change, the adding of the words

13        Intelligent Design to the curriculum.

14   Q.   I just want to make sure I don't neglect this.  Jen, in

15        Miller 3, there's some notes that have October 18th in

16        the left-hand -- upper left-hand corner.

17            Is that your handwriting or Bert Spahr's.

18   A.   That is Bertha's.

19   Q.   Later on in the same pack, there's some notes like this,

20        Jen?

21   A.   Yes.  That was I believe my notes at the November 1st

22        meeting because that was right after November 1st.

23   Q.   Thank you very much.  I just wanted to make sure.  Back

24        to the October 18th meeting.  If you would, look at

25        Miller 7.

```
1    A.    (Witness complies.)  Yes.

2    Q.    Just look at and compare the enclosures marked XI-A,

3          XI-B and XI-C.

4    A.    Yes.

5    Q.    If you look at the portion of Exhibit 7 that has the

6          Bates stamp number 17 in the lower right-hand corner --

7    A.    Yes.

8    Q.    -- you will see that the cover letter describes the

9          following document as the recommended changes to the

10         biology curriculum from the Board curriculum committee.

11   A.    Yes.

12   Q.    Would you take a look at that?

13   A.    Yes.

14   Q.    Now if we look under the column Units

15         Content/Concepts/Process, at the foot of that page you

16         will see what I believe are text identical to that in

17         the draft we discussed earlier?

18   A.    Yes.

19   Q.    Now if we go to the next page, which is Bates stamped --

20         if you go to the page Bates stamped 19 referencing

21         enclosure XI-B, you will see the cover letter describes

22         it as the recommended changes to the biology curriculum

23         for the administration and staff?

24   A.    Yes.

25   Q.    And then the following document which is Bates stamped
```

```
 1          page 20 or has Bates stamp number 20, what is that, Jen?
 2    A.    That is what we had agreed to as a change to our
 3          curriculum.  We would be willing to point out that there
 4          are gaps in some parts of Darwin's Theory and of other
 5          Theories of Evolution, period.
 6    Q.    I note that the reference under the column headed
 7          Materials and Resources, the reference to Of Pandas is
 8          out?
 9    A.    Yes.
10    Q.    If we turn to the next page of Exhibit 7 which has the
11          Bates stamp number 21 in the lower right-hand corner and
12          references XI-C, you see there is attached is a second
13          draft to the recommended changes to the biology
14          curriculum of the administration and staff.
15    A.    Well, this is the first time I have seen this.  This
16          upsets me because that was not the recommendation from
17          the staff because it has the words Intelligent Design
18          it.  Oh, no, it does not.  Okay.  Never mind.
19    Q.    That's right, Jen.  That is what I was going to ask you
20          about.  I think you have answered my question, but is
21          this the first time you have seen it, or looking at it
22          now --
23    A.    This is the first time I have seen the memorandums that
24          were attached.  We had gotten these at the Board
25          meeting, but I don't believe we had the memorandums that
```

```
 1            were attached.
 2   Q.    By these, you mean the referenced enclosures; in other
 3         words, the cover memos?
 4   A.    The cover memos, yes.
 5   Q.    They reference the enclosure.  You hadn't seen the cover
 6         memos?
 7   A.    Yes.
 8   Q.    But you had seen the enclosures?
 9   A.    Yes.
10   Q.    With that in mind, I would like you to look at this
11         enclosure which is XI-C and tell me what you notice is
12         different.
13   A.    There is a note at the bottom that says origins of life
14         is not taught.  And the reference to Of Pandas and
15         People is still -- is there.
16   Q.    And if I am not mistaken, the entry under UNIT
17         Content/Concepts has been changed slightly to read
18         students will be made aware of gaps and problems in
19         Darwin's Theory and of other Theories of Evolution.
20               So on the one hand, problems has been taken from
21         the Board curriculum committee's version; is that
22         correct, Jen?
23   A.    It looks like it, yes.
24   Q.    On the other hand, the reference to Intelligent Design
25         has been omitted?
```

1   A.    Yes.

2   Q.    Now with that in mind, when you went to the

3         October 18th, 2004 Board meeting, does XI-C, this last

4         document we are looking at, seem to reflect what you

5         thought the administration and staff was going into the

6         meeting with?

7   A.    My recollection is that -- and I believe that Dr. Nilsen

8         even came over to us at one point during the meeting and

9         said which version do you want, and we said we want B.

10  Q.    That's why I am asking you because the cover letter

11        describes it as a set of recommended changes from

12        administration and staff.

13  A.    Right.  Like I said, that is the first time I had seen

14        that.  I was not aware that that included staff on

15        there.

16  Q.    Well, do you have any recollection of discussions with

17        Mr. Baksa between October 8th and October 18th

18        addressing these points of conflict that are being

19        reflected in the changes to the various enclosures?

20  A.    The only thing that I can remember, like I said, is when

21        Dr. Nilsen came to me and said Mr. Bonsell wanted to add

22        the origins of life is not taught at the bottom.  Dr.

23        Nilsen was saying he thought that was a good idea, that

24        that would sort of alleviate some of our fears.

25              I think I said to him at that point I am not sure

```
 1        if it does; that he could put that in there because we
 2        had explained to them several times we didn't teach
 3        origins of life.  It didn't matter if it was there or
 4        not.
 5             And again, my recollection is that Dr. Nilsen had
 6        said that if we are handing out these books -- if
 7        students are taking them home, then the reference had to
 8        be there.
 9             I don't know.  I can't remember any other specific
10        conversations other than that.
11   Q.   How about if we focus on the note and look at your
12        discussions throughout.  I mean if I am understanding
13        you correctly, you have said it was always your point
14        that origins is not taught?
15   A.   Right.
16   Q.   If I am not mistaken, Bert Spahr had the same position?
17   A.   Yes, yes.
18   Q.   Do you have a definite recollection of that not being
19        discussed as a possible addition on the part of
20        teachers?
21   A.   I think at that point, we probably said, you know, if it
22        has to be there, fine.  Again, we don't teach origins of
23        life, anyway.  If it is on there, it is not a big deal
24        because it is what we already do.
25   Q.   Remember anything else?  You said Heather Geesey made a
```

1    comment.

2         How about Sheila Harkins, did she ask you a

3    question?

4  A.   Yes.  I think that I recall her asking me at the Board

5    meeting something about -- because if I remember

6    correctly, the part that was eventually voted upon or

7    that they were looking at was part A with the addition

8    of the note origins of life will not be taught.  That

9    was added from Part C to Part A.  That was the final

10   thing that was approved.

11        I think I remember her asking me something about

12   that origins of life, will that inhibit you from talking

13   about anything in the classroom?  I believe that was her

14   question to me at that Board meeting.

15 Q.   What was your response?

16 A.   I think -- if I remember correctly, I think that I said

17   that even though we don't teach it, with it being there,

18   it made me a little more uncomfortable with questions

19   that may come up in the classroom.

20        Are we allowed to discuss that?  If there is a

21   question, can we discuss that type of thing if that is

22   in the curriculum?  So she was asking about that, does

23   it inhibit sort of discussion in the classroom.

24 Q.   Do you recall any other Board members addressing the

25   note or its purpose?

```
 1   A.   Not that I can recall, no.

 2   Q.   Do you recall any of the Board members addressing or

 3        explaining the term origins of life as it is used in the

 4        note?

 5   A.   I don't -- no, no, I don't remember that.

 6   Q.   All right.  As we sit here and think about this meeting,

 7        Jen, and we are focused on the biology curriculum change

 8        at this point, anything else stick out about the

 9        meeting?  For one thing, it seems like it was

10        contentious?

11   A.   Yes.  There were several times when Noel Wenrich had

12        tried to change -- several times he had tried to change

13        wording or language.  I don't remember.  It was so

14        confusing.

15             They voted.  I don't know how many times where

16        they would vote like is it okay to change it, and then

17        they would go through another round and say are we going

18        to accept that change.  There were so many rounds of

19        voting that I sort of lost track of what they were

20        voting on sometimes.

21             I remember they took a break at one point.  I

22        think it did get contentious there between

23        Mr. Buckingham and Mr. Wenrich at some points because he

24        was trying to do this.

25   Q.   And by this, you mean the Parliamentary maneuvers of
```

1    Mr. Wenrich?

2  A.   Yes.  He was trying to get -- he was trying to get the

3       language sort of -- he was trying to take Intelligent

4       Design is what he had done several times to this.

5  Q.   And that is Mr. Wenrich?

6  A.   Yes.  He was trying to do that.  I remember at a break

7       at some point, we were confused.  I was sitting at a

8       table with Mrs. Spahr and Dr. Nilsen came over and said

9       which version do you want?  And we said we want B.  And

10      he said whatever happens, don't clap.  And we had no

11      idea what that meant because we didn't get what we

12      wanted so we had no reason to clap.  So I don't know

13      what that meant at that point.

14 Q.   Let's focus on the Board members.  Do you remember Jane

15      Cleaver saying anything?

16 A.   No.  At some point, she wasn't around a whole lot.  I

17      don't even remember if she was at the meeting or not.  I

18      am sure they keep track of who is in attendance, but I

19      don't remember.

20 Q.   Sure.  And Mr. Wenrich, do you recall anything that he

21      said during this portion of the Board meeting?

22 A.   Like I said, he was trying to get the wording changed.

23      I don't remember anything in particular, no, that I

24      could --

25 Q.   How about Sheila Harkins, apart from the question that

1    she asked you, do you recall anything else she said?

2  A.  No.

3  Q.  Angie Yingling?

4  A.  The only thing I remember about Angie Yingling was that

5     she was sort of our swing vote when they were actually

6     voting on this A.  She had passed on her vote, and it

7     was a four-four tie, and they went to her.  And she

8     hesitated and hesitated and then finally voted it in.

9         I don't remember anything particular that she said

10    other than that action.

11 Q.  Okay.  Focusing again on the existence of this XI-C, do

12    you recall Bert Spahr making any comment about that

13    enclosure?

14 A.  No.  I don't know if it was part of what she spoke at

15    the beginning of the meeting or not.  Because I

16    believe -- I don't think she did because at that meeting

17    I believe that we had gotten these three different

18    versions at that meeting.  I don't think she would have

19    had time to prepare anything about any of these.

20 Q.  I guess that is what I am asking, Jen.  From the way you

21    seem to be recalling it now, you would be only expecting

22    two versions.  But you show up, and you get three.

23        And the third, XI-C, is entitled Recommendation

24    from the Administration and Staff.  Some parts, you can

25    see how they got there, but you don't have a distinct

```
 1          recollection of formulating a separate version it seems?
 2   A.     Right.  I don't remember that.
 3   Q.     Let me ask you that.  Although you don't have a
 4          recollection of formulating a third version, it seems
 5          your discussions with Mike Baksa were about the
 6          additions that are reflected in XI-C?
 7   A.     Right.  And like I said, there were so many versions
 8          going back and forth, is this okay, that kind of thing,
 9          so like I said, the two at the beginning I definitely
10          remember.  The third one is sort of you know -- I
11          remember having like you said discussions about them,
12          but I don't remember if he sat down and officially said
13          this is okay, or if we have to, this is okay.  I don't
14          remember in particular.
15   Q.     Let me ask you this:  Do you remember sort of your views
16          being solicited on those issues, the note and use of Of
17          Pandas as a reference?
18   A.     Like I said, I know Nilsen came to talk to me about
19          those, and we discussed those two things, yes.
20   Q.     How about reaction by any of your other colleagues to
21          the various versions that were being voted upon at the
22          October 18th, 2004 meeting; Bob Eshbach, did he say
23          anything?
24   A.     At the meeting?
25   Q.     Yes, at the meeting.
```

Examination   Jennifer Miller

1    A.   I don't believe so.  He was the one though when Heather

2         Geesey made her statement, we both jumped up and went to

3         the podium.  I ended up speaking.  I don't remember him

4         speaking.

5    Q.   Bob Linker?

6    A.   No.

7    Q.   Anything else stick out about the meeting?  Was the term

8         Creationism used at that meeting?

9    A.   I don't remember in particular unless it was during like

10        I said Bertha's speech.

11   Q.   All right.  When the voting was over, the smoke cleared.

12        What did you have a sense was the result?

13   A.   We were disgusted, I guess you want to say, because up

14        to this point, we felt that we were being cooperative

15        and trying to compromise with these additions, and it

16        seemed like they didn't listen to our input.  They went

17        ahead with what they wanted anyway.

18             So we felt sort of let down at that point, that

19        all of this work was for nothing because they voted in

20        what they wanted anyway.

21   Q.   And at this point, Jen, when you say you were

22        cooperative, you are referencing what issue

23        specifically, the inclusion of Intelligent Design?

24   A.   No.  That we were willing to point out the gaps.  That

25        we were willing to have *Of Pandas and People* only as a

1    reference text in our classrooms.  That those kind of

2    issues that we thought had been satisfied, had been

3    solved, and then we made clear that we wanted no parts

4    of Intelligent Design, and they put it in the curriculum

5    anyway.

6  Q.   So in the aftermath of this meeting, did you have any

7    discussion with any of the Board members?

8  A.   I know that Casey Brown -- this the meeting that she and

9    her husband both resigned.  I remember her crying at the

10   end and giving me a hug.

11        But other than that, I remember her saying --

12   telling me that she tried or we tried.  And other than

13   that, no.

14 Q.   And how about with your colleagues?  As you left the

15   meeting, did you have any discussion?

16 A.   I'm sure -- I think we were just sort of shell shocked

17   at that point.  Not only did this happen, then there

18   were these resignations.  There was a lot going on at

19   that meeting.  I can't remember any particular

20   discussions other than just sort of shock.

21 Q.   Go back to the meeting for a minute.  Do you recall Dr.

22   Nilsen speaking?

23 A.   I remember I believe it was before this meeting, there

24   was a conversation with -- I think it was Mr. Baksa that

25   -- and maybe Dr. Nilsen was there, too.  We felt that