1     someone needed to stand up from administration and tell

2     the Board their position.  Someone -- a Superintendent

3     should stand up and state, you know, I think this is

4     okay.  I don't think this is okay, that kind of thing.

5     I support the teachers in this, something like that.

6          And at that meeting, we were looking for that

7     recognition, that he supported us.  I do remember at one

8     point they asked him, and I believe he deferred to Mr.

9     Baksa to speak on the issue.

10          And then when asked which version -- A, B or C --

11     basically, he said basically what is on here, the

12     administration and staff recommend these changes.  So we

13     were disappointed in that we wanted more of I think this

14     or I support the teachers, you know what I mean,

15     something like that.

16          I remember looking for that recognition and

17     feeling disappointed at what we got.

18  Q.  When you say administration and staff, Jen, are you

19     referencing the XI-C in other words?

20  A.  Right or B.  Like I said, we told him at that meeting we

21     would like B.

22  Q.  You see what I am getting at there?  Did you have a

23     sense for whether Mr. Baksa's comment related

24     specifically to XI-B to XI-C?

25  A.  When you say Mr. Baksa's comment, his comment about

1          what?

2    Q.    In other words, the Board questions Nilsen.  Nilsen

3          defers to Baksa do you support this.  You have a

4          recollection of Mr. Baksa saying we are for the

5          administration and staff version.

6               Before the Board at that time are two

7          administration and staff versions.

8    A.    Right.

9    Q.    Was there one that was subject to discussion at that

10         particular point in the Board meeting?

11   A.    I would think so, yes.  And I don't remember which one

12         they were on at that point.

13   Q.    But you do know that at least you had a discussion about

14         the note reflected in XI-C with Dr. Nilsen prior to this

15         meeting?

16   A.    Yes.

17   Q.    How about Mike Baksa, did you and Mike sit down and talk

18         about these same issues in the period between

19         October 8th and October 18th?

20   A.    I think that was the e-mails going back and forth --

21         here is a version, what do you think, that kind of

22         thing.

23   Q.    You do recall some communication?

24   A.    There was a lot of things going back and forth.  Do you

25         approve this?  I don't remember if this particular one

1          was there or not.  That, I don't remember.

2    Q.    All right.  So after October 18th, what did you see,

3          Jen, as the next step?

4               MR. GILLEN:  Off the record.

5               (An off-the-record discussion was had.)

6                         AFTER RECESS

7    BY MR. GILLEN:

8    Q.    Jen, if you would look at Miller 3, you will see minutes

9          for the November 1st, 2004 Board meeting.

10   A.    Yes.

11   Q.    Before we get to those, I would just like to ask you if

12         you look -- I want to focus your attention on the events

13         between the October 18th, 2004 Board meeting which voted

14         in the curriculum change and then this November 1st,

15         2004 Board meeting.

16              Can you recall events from that period bearing on

17         the curriculum change, what was next in this story?

18   A.    At some point in there, we had told administration --

19         again, I think Mr. Baksa was in on that discussion that

20         at this point, we want specific direction as to if this

21         is going to be in our curriculum, what are we to say.

22         What exactly word for word are we going to say

23   Q.    With that in mind, Jen, I would like for you to look at

24         Miller 5 and this document.  I believe you will find --

25         it looks like it is an e-mail from Bert Spahr.  It has

```
 1        got a handwritten notation 10/28/04 at the top.

 2   A.   There, it is.  Yes.

 3   Q.   Does that look familiar to you?

 4   A.   Yes.

 5   Q.   That has got a handwritten notation 10/28/04.  That

 6        would be ten days after the Board meeting.  Do you

 7        recall any events between October 18th and October 28th?

 8   A.   No.

 9   Q.   Do you think that this e-mail, which is a statement, a

10        District note on the teaching of Evolution to be read to

11        all biology classes, is that the next development in the

12        story?

13   A.   Yes.

14   Q.   Did you mark this document up, Jen?

15   A.   Yes.

16   Q.   Tell me sort of how you got it and what you understood

17        its purpose to be?

18   A.   It was again from our request, that we would like

19        specific directions as to what we are going to say.  It

20        was given to us to look over -- to be as it says at the

21        top, to be read to all biology classes.

22   Q.   Okay.  There's some handwritten notations there which

23        you have indicated are yours; right?

24   A.   Yes.

25   Q.   Tell me what you were getting at with those notations.
```

```
 1   A.   We had gotten this.  When I originally got this to look
 2        over, I believe our original instinct was to do nothing
 3        with it.  Again, we wanted directions as to what we were
 4        to say after discussing it with one of our Union
 5        meetings.  Tom Scott was there.  We discussed it with
 6        him.  We showed him this.
 7   Q.   Don't tell me what Tom Scott --
 8   A.   Right, right.  It was basically decided that we were
 9        being asked by administration to change this, to look
10        over it, to make changes, that type of thing.  So
11        basically you could change it for any science
12        inaccuracies.  If there's errors in the science, that we
13        could change those.
14   Q.   Do you know who generated this document that you in turn
15        marked up?
16   A.   Mr. Baksa.
17   Q.   And did you speak with Mr. Baksa about his draft or the
18        purpose of his draft?
19   A.   Through e-mails, yes.  I mean it says at the top, it is
20        to be read.  Again, we wanted direction.  If this
21        Intelligent Design is going to be in our classroom, we
22        wanted direction as to what we were to say.
23            This was our understanding of what we were to say.
24   Q.   And you marked it up, Jen.  Tell me why.
25   A.   At the bottom are some of my changes.  Let's see here.
```

1    I wanted the -- I added the definition of a theory.  I

2    thought a scientific theory, the definition of what a

3    scientific theory should be in there.  I added that.

4    Again, that was more of the science of it.

5        You can see I rewrote some of the things.  I

6    didn't change too much.

7        The other thing that I believe -- here where it

8    says individuals may subscribe to other theories of

9    Evolution including Intelligent Design, I again reworded

10   that because I didn't believe that Intelligent Design is

11   a theory of Evolution.  To me, it is counter to

12   evolution so it can't therefore be a theory of

13   Evolution.

14       Most of the other stuff I believe I left as is.  I

15   may have switched it from one paragraph to the next, but

16   I left it pretty much.

17   Q.  If you look at the paragraph that is at the bottom of

18       the page?

19   A.  Mine or the typewritten?

20   Q.  Good question.  The paragraph at the bottom with the two

21       circled.

22   A.  Okay.

23   Q.  Read that.  What were you getting at there, Jen?

24   A.  I believe -- I mean if you look at where the two is

25       circled up above in the typewritten, I think that I just

1     took what was in number one there.  At the very end, it

2     says including Intelligent Design which accounts for the

3     origin of species with an explanation different than

4     Darwin's.

5          I believe that I just took that and moved it down

6     to the second one where I have Intelligent Design is an

7     explanation of the origin of life that differs from

8     Darwin's view.

9          So I basically took the word theory out of

10    Intelligent Design and put view instead of theory.

11    Otherwise, that text isn't much different from what was

12    written.

13  Q.  How about the reference there to origin of life?

14  A.  Again as I said before, Intelligent Design -- reading

15    the Of Pandas and People is an explanation of the origin

16    of life.

17  Q.  And by that, Jen, do you mean that it was addressing

18    aspects of biological theory that you did not address in

19    your classroom presentation or what?  I am trying to see

20    what you were getting at there.

21  A.  Well, I guess so.  Because in his definition, he has

22    which accounts for the origin of species.  We had tried

23    to differentiate between the origin of species and the

24    origin of life.

25          I was using my science background to say that

1    Intelligent Design isn't necessarily a theory -- a view

2    on the origin of species.  It is more on the origin of

3    life.

4  Q.  When you suggested that change, did you give any

5    consideration to the way in which that might relate to

6    the curriculum change that had been voted on by the

7    Board?

8  A.  Like what; in what ways?

9  Q.  You know, it seems like these terms have been sort of

10    bandied about, used by you in a more technical sense,

11    used by others in sort of a vaguer sense.

12        The curriculum change says that origins of life

13    will not be taught.  And this change says Intelligent

14    Design is an explanation of the origin of life.

15        Were you -- I mean it is plain or it seems to --

16    do I understand you correctly you understood Intelligent

17    Design as being a theory that addressed the origin of

18    life?

19  A.  Yes.

20  Q.  Is that why you were describing it that way here?

21  A.  Yes.

22  Q.  So in a sense then, this change as proposed seems to

23    reflect the curriculum change.  Or was that your goal?

24  A.  My goal was simply to look at and change it for the

25    science of it basically.  I mean I don't think that I

 1     necessarily had the curriculum change in the back of my

 2     mind as I was doing this.

 3          But my goal was to simply change it, as I said,

 4     for the science.  I added the definition of a scientific

 5     theory and those types of things to it.

 6  Q. Okay.  If you look back up at the top typewritten

 7     paragraph Darwin's Theory of Evolution continues to be

 8     the dominant scientific explanation for the origins of a

 9     species.

10          At least this statement as incorporated in your

11     changes would have described Darwin's Theory of

12     Evolution as one addressing the origin of species, and

13     Intelligent Design Theory as one addressing the origin

14     of life.

15          Do you see them as properly contrasted in that

16     way?

17  A. Yes, I would say so.  I mean if anybody was at the

18     Michael Behe lecture here at the school -- at the School

19     District, he essentially said the same thing.  So that

20     there are parts of the Theory of Evolution in the origin

21     of species that he has no problems with.  And it is the

22     part of Evolution that deals with the origin of life

23     where his theory comes into play.

24  Q. And, Jen, just so I am understanding you, his reference

25     to the origins of life you understood to mean what part

Examination of Jennifer Miller

1    of that process, the microbiological?

2  A.  The history of -- yes, how things came to be basically.

3      Again Intelligent Design would say that we see complex

4      things that could not have come through small, little

5      steps like natural selection.  They had to have been by

6      an intelligent designer.

7          That to me, is origin of life.  Where did life

8      come from?

9  Q.  I am understanding you better.  So when you look at

10     Evolutionary Theory then, I know how you presented it,

11     but as a biologist, do you consider Evolutionary Theory

12     as not addressing that part of the process of life you

13     have just described, the origins of life forward to

14     species?

15 A.  I think that there is a part of it that does, yes.  I

16     think that the overall umbrella of Evolutionary Theory,

17     yes, there is a part of it that does address origins of

18     life.

19         Again, what is taught in the biology curriculum

20     here is not -- and we stay away from that issue because

21     that is a controversial issue.

22 Q.  And I think I understand this page better now, but this

23     different description of the two theories, Theories of

24     Evolution as addressing origins of species, Intelligent

25     Design theory as addressing origin of life was based on

1       your assessment of the thrust of those theories?

2   A.  Sure.

3   Q.  Now there is a note there above the first typewritten

4       paragraph.  It says scientific explanation.  Then above

5       that has handwritten remove by them.

6           What are you getting at there, Jen?

7   A.  That was after the final draft was done, which is

8       probably several pages back here, maybe two pages back

9       in that.  I was just sort of making notes comparing my

10      version that I sent to what the final version was, the

11      final draft was.

12  Q.  Let's look at that, Jen, and just give me a sense for

13      how this unfolded here.  The next page is another --

14  A.  That is the actual typewritten e-mail that I sent.  And

15      the bold is stuff that I had changed.

16  Q.  Those changes reflect the handwritten notations we have

17      just discussed?

18  A.  Yes.  They may not be exact, but this typewritten

19      version is what I e-mailed.

20  Q.  We're looking now at the next page in Exhibit 5 which

21      has a handwritten notation 11/5/04 at the top.  It's

22      bolded and numbered; right?

23  A.  Right.

24  Q.  Those changes, you have already talked about right?

25  A.  Yes.

1    Q.   Then the next page which bears the date 11/15/04 on the

2         bottom left, what is that, Jen?

3    A.   I believe that's -- I don't think it is the very final

4         version, but that's the version after I sent mine, what

5         came back as a draft again.

6    Q.   If you look at Exhibit 4, the handwritten notes, page

7         three circled in the upper right-hand corner, we have

8         got kind of a timeline you have worked out.  I just want

9         to make sure these match.

10            October 28, 2004, presented draft to be read to

11        biology classes written by Mr. Baksa?

12   A.   Yes.

13   Q.   And that is the document that has 10/28/04 on the top?

14   A.   Yes.

15   Q.   Look further down Exhibit 4, page three, you will see an

16        entry for November 5th, 2004, Jen sends corrections to

17        draft?

18   A.   Yes.

19   Q.   Is that the second document we looked at?

20   A.   Yes.

21   Q.   Which has a date 11/5/04?

22   A.   Yes.

23   Q.   Now November, if we look again at Exhibit 2, page number

24        three, there is an entry November 15, 2004, Mr. Baksa

25        removed definition of theory from draft?

1          MS. PENNY:  Exhibit 2?

2     BY MR. GILLEN:

3     Q.    Exhibit 2.

4     A.    I think it is Exhibit 4.

5          MR. GILLEN:  I am sorry.  You are right, Jane.

6          Exhibit 4?

7     BY MR. GILLEN:

8     Q.    Right?

9     A.    Yes.

10    Q.    Is that this third document we have been looking at with

11          the date 11/15/04 noted?

12    A.    Yes.

13    Q.    The question I have is this, Jen:  In Exhibit 4,

14          numbered page three, the entry for November 15th, 2004,

15          says Mr. Baksa removed definition of theory from draft.

16          Now if I look at the document which reflects your

17          changes dated November 5th, '04, I don't see a

18          definition of theory.

19    A.    It is in the second paragraph.

20    Q.    Okay.

21    A.    Mine says because Darwin's Theory is a theory, there is

22          a significant amount of evidence that supports the

23          theory; although, it is still being tested as new

24          evidence is discovered.

25          The version on the 15th says because Darwin's

```
 1            Theory is a theory, it is still being tested as new
 2            evidence is discovered.  That's the definition of theory
 3            that was removed.
 4   Q.      All right.  I just want to make sure I understand what
 5            you mean there.  In the document dated 11/5/04, where is
 6            the definition of theory?
 7   A.      In the second paragraph.
 8   Q.      Okay.
 9   A.      Where it says because Darwin's Theory is a theory --
10            right there is the definition, this is the definition of
11            theory -- there is a significant amount of evidence that
12            supports the theory.
13   Q.      Okay.  It wasn't clear to me.  That's fine.  What did
14            you see as the important issues, Jen, that were being
15            worked out here in the competing versions of this
16            statement?
17                 I see that you said you were trying to focus on
18            the scientific content of it and make it accurate.  Is
19            there anything else?
20   A.      No.  That that was my goal to -- for the science of it.
21            So it was scientifically for the most part accurate.
22   Q.      Do you know, Jen, if there is a further version of that
23            statement?
24   A.      Yes.  It would be somewhere around November 19th I
25            believe is when the press release was released.  That is
```

1          in this same -- what are we in, 5?

2     Q.    Yes.  There you have it.

3     A.    It is on the -- I only have one page of this.  It is

4          double sided.  It was on the back of that page.  I have

5          it.

6               MS. PENNY:  Off the record.

7               (An off-the-record discussion was had.)

8     BY MR. GILLEN:

9     Q.    Have we got it now, Jen?

10    A.    Yes.

11    Q.    You have shown me pages from Exhibit 5 with a

12          handwritten notation handed to us on 11/19/04 by Baksa

13          in the upper left-hand corner; correct?

14    A.    Yes.

15    Q.    And the second page of that document has four indented

16          paragraphs?

17    A.    Yes.

18    Q.    As you look at those, Jen, is that the final version of

19          the statement?

20    A.    I believe so.

21    Q.    Have the documents that we have discussed been

22          precursors to this?

23    A.    Yes.

24    Q.    There is a definition of theory in that statement, Jen?

25    A.    Yes.

1   Q.   Do you know where that came from?

2   A.   I believe that was through e-mails.  Again, when Mr.

3        Baksa sent me this, the last copy that we were talking

4        about, he asked what I thought.  I said that you removed

5        the definition of theory.  I think it needs to be there.

6   Q.   Okay.  And did he ask you for a definition or I guess

7        what I am asking is did you provide that definition?

8   A.   Yes.

9   Q.   Let's flip back to Exhibit 3, the minutes for the

10       November 1st Board meeting.  Looking finally at that

11       statement, did you have any objections to that statement

12       when it came out, to the scientific substance of it?

13  A.   No.  Our objection was the wording at the bottom of the

14       first page where it said in coordination with the

15       Science Department teachers because we felt like that

16       implied that we agreed with Intelligent Design and that

17       type of thing.

18            And that is why the letter that is attached to

19       that was sent -- or behind that was sent.

20  Q.   Okay.  So you felt -- looking at that document is a

21       portion of Exhibit 5, a page that has November 19, 2004

22       in the upper left-hand corner; correct?

23  A.   Yes.

24  Q.   Signed by a number of the science teachers and the Union

25       representative?

```
 1    A.    Yes.

 2    Q.    Does that state your basis for objection?

 3    A.    Yes.

 4    Q.    And if I understand you right, Jen, it was that you felt

 5          that -- you were opposed to the addition of Intelligent

 6          Design to the curriculum, but you felt like that press

 7          release when it indicated input in the statement tended

 8          to make it look like you agreed with the addition of it?

 9    A.    Yes.

10    Q.    Let's look at the minutes for the November 1st Board

11          meeting.  Did you attend that meeting?

12    A.    Yes.

13    Q.    I see you have got some notes that follow those minutes.

14          There are some names listed there Cynthia Corbett, be

15          Bryan Rehm, Michael Arnold.  Why are those --

16    A.    I believe at that point, they were listed as people that

17          were running for the Board to replace I guess at that

18          point the Browns.  I guess it was the Browns and

19          Mr. Wenrich and Jane Cleaver.  They were all leaving.

20          The Browns had resigned, and Wenrich and Cleaver were

21          leaving because they moved I believe.

22    Q.    Then if you look at the next page of your notes, there

23          is some blocked comment there, we have met with

24          curriculum committee agreed to --

25    A.    I don't remember what that is.
```

1    Q.    Didn't complete that thought?

2    A.    No.

3    Q.    Beneath that, evolution equals?

4    A.    I don't know.

5    Q.    You are not alone in that.  Beneath that, Bonsell, some

6          comments attributed to him.  Does that trigger any

7          recollection on your part as to what Mr. Bonsell said at

8          the November 1, 2004 Board meeting?

9    A.    Just something to the effect that some parts of the

10         October 18th meeting -- and I think again because of

11         Mr. Buckingham's statements to Mrs. Spahr after she read

12         and some of his other comments to other people as they

13         spoke, we felt that someone should have stood up and

14         said something to squash some of those comments.

15              And so I think -- I don't know if it was a member

16         of the Association or what, but someone communicated

17         that to the administration.  So I think he was making

18         the statement that he also was not happy with the last

19         Board meeting.  He needed to sort of calm everything

20         down.

21   Q.    Just to make sure, I understand that some of the

22         exchanges were not very civil?

23   A.    Right.

24   Q.    There's some notes here from Noel Wenrich.  Noel flipped

25         out.  What is that reflecting?

1    A.    He yelled -- got up very -- basically was yelling at

2          Mr. Buckingham that he needed to apologize, that he was

3          telling them at the last meeting that he was

4          unpatriotic.  He was questioning his patriotism,

5          questioning his religion.  And that he needed to

6          apologize.

7                He was told to sit down, and he kept yelling.  And

8          he eventually walked out and was yelling the whole time

9          that he was walking out.

10   Q.    Walking out of the Board meeting?

11   A.    Yes.

12   Q.    There is a comment for Snook?

13   A.    Yes.

14   Q.    Was he just asking about who was donating *Of Pandas*?

15   A.    Yes.

16   Q.    And then Barrie, is that Barrie Callahan?

17   A.    Yes.  There's a quote that I had said earlier.  That

18         must be the meeting that she addressed that, that she

19         thought the entire book is on origins of life and that

20         is a contradictions if we can't teach origins of life.

21   Q.    And the contradictions she is pointing to is between the

22         curriculum note --

23   A.    Yes.

24   Q.    -- origins of life is not taught and the notion that

25         Intelligent Design addresses?

```
 1   A.   Yes.
 2   Q.   During that exchange, was there any discussion by any of
 3        the Board members of we're not asking the teachers to
 4        teach it?
 5   A.   I believe so, yes.  I don't remember if it was at this
 6        specific meeting, but I remember that being said at
 7        Board meetings.
 8   Q.   Let's just run through the rest of these notations.  You
 9        have got a notation for Baksa, solicitor's opinions
10        given to the Board?
11   A.   I think someone asked -- I guess the previous question
12        -- I guess Barrie asked what was the solicitor's opinion
13        of this addition to the curriculum.  And I think at that
14        point Mr. Baksa stood up and said that they were getting
15        the solicitor's opinions, and they were cautionary to
16        the Board.
17             I don't know what that last statement -- and I
18        have a quote that they were being as safe as possible.
19   Q.   There's Nilsen, no specific direction to change any
20        wording.  Do you recall that?
21   A.   That the solicitors had given them no specific direction
22        to change any wording in the curriculum change.
23   Q.   Then Barrie, that is Barrie Callahan; right?
24   A.   Yes.
25   Q.   Listened to tape recording of public record?
```

1   A.   She wanted to listen to the tape recordings of the

2        October 18th meeting.

3   Q.   Then there's some notation for Nilsen about the right of

4        the Board to decide if it's public record?

5   A.   Yes.

6   Q.   And then a notation there that is under Nilsen's name

7        that says other areas to look at, Buckingham, not at

8        this time; do you recall?

9   A.   I believe that was Barrie talking again.  Dr. Nilsen

10       answered her.  And then Barrie spoke again and said now

11       that you changed the biology curriculum, what areas are

12       you going to go after next?  What curriculum are you

13       going to go after next?  She was addressing that to Mr.

14       Buckingham.

15            And he replied none at this time, or not at this

16       time.

17  Q.   Bryan Rehm, anything that he said that jumps out?

18  A.   He was reiterating that the behavior at the last meeting

19       was unacceptable.  He also asked to hear the tape, and

20       he was sorry that he couldn't hear it.

21  Q.   Then there's some comments for Casey Brown.

22  A.   I have February there, but that was October.  Reconsider

23       the actions taken on the 18th.  She hopes that they will

24       reconsider the actions taken on the 18th of October, not

25       February.

Examination - Jennifer Miller

```
 1              She thought that students were being ridiculed.
 2         It was going to cost taxpayers money.  And she wanted to
 3         offer a compromise, that they can teach a course in
 4         comparative religions, and it could be in that course
 5         instead of in the science class.  And then I have that
 6         quote from her.
 7    Q.   That quote is thou shall do unto others as you would
 8         have them do unto you?
 9    A.   Yes.
10    Q.   What was she getting at there?
11    A.   My understanding was that she was telling the Board that
12         you should treat others as you would like to be treated.
13         Stop making some of the comments that you are making,
14         some of the heated comments that were made at previous
15         meetings.
16    Q.   You don't think that was tied to the notation above it
17         to the course on comparative religions?
18    A.   No, I don't believe so.
19    Q.   The next page, there is a reference to cash registers?
20    A.   At some point in the meeting, they discussed old out
21         dated cash registers and what they were to do with them.
22         They had asked -- I didn't know his name -- Mr.
23         Bonsell's father something about looking at them, or how
24         much would they get for them at auction.
25              And I just had that he didn't hear because he
```

1      looked up and said sorry, I was reading my *Outdoor Life*.

2      I just thought it was funny so I included that.

3   Q.  It sounds like the Board meetings were scintillating.

4   A.  They were very interesting, yes.

5   Q.  Let me ask you if you would look at this November 1st

6      Board meeting, was the curriculum -- apart from these

7      comments you have referenced, was the curriculum issue

8      much discussed?

9   A.  I don't believe so, no.

10  Q.  Do you recall any of the Board members speaking to the

11     curriculum change at the Board meeting?

12  A.  Other than here where Noel Wenrich was addressing the

13     previous one and Casey said please reconsider the

14     actions taken on October 18th, I don't remember any, no.

15  Q.  Do you remember any reply on the part of any Board

16     members to the comments made by Casey Brown?

17  A.  No.

18  Q.  Looking at the period between October 18th and this

19     Board meeting on November 1st, did you have -- there has

20     been some discussions or communications relating to this

21     statement.

22      Did you have any communications with Dr. Nilsen

23     relating to this statement?

24  A.  I don't believe so.  Not until after the press release.

25  Q.  Did you have any conversations with Mike Baksa about the

```
 1   Q.   Did you ever speak to Don Bonsell about the matter?

 2   A.   No.

 3   Q.   It looks like the next minutes relate to December.  Let

 4        me ask you:  When the press release was released by the

 5        administration containing the statement, the final

 6        version, was there any discussion between the

 7        administration and the faculty at that time relating to

 8        implementation of the statement?

 9   A.   I don't believe so.  I know that we had discussions of

10        that after the press release was released, but I don't

11        remember any before that.

12   Q.   Okay.  So tell me what the discussions were after the

13        press release was released.

14   A.   We had a meeting I have here the 24th of November.  It

15        was in this room where we met with Dr. Nilsen and Mr.

16        Baksa and some Union representatives.  I am trying to

17        think who else was there.  I know Bill Miller was there

18        and Brad Neal were there as part of the Union

19        representation.  I know Rob Eshbach was there, and

20        Bertha Spahr was there.

21             And again, we addressed our concerns.  Dr. Nilsen

22        wanted to know basically why we sent him the statement

23        that said that we --

24   Q.   Dated November 19, 2004?

25   A.   Yes, that we all signed.
```

Cross-Exam - Jennifer Miller

1   Q.   So there was some discussion of the statement?

2   A.   Yes.

3   Q.   And I take it -- was there anything apart from --

4        anything communicated by the teachers to the

5        administration apart from what was contained in the

6        statement, itself?

7   A.   Written like this?

8   Q.   No.  In the meeting, what was said?

9   A.   Basically, that we have come out negatively against

10       this, and we do not want to be lumped in with -- because

11       at that point, we were getting lots of e-mails that said

12       stand up to the Board.  Lots of our colleagues were

13       saying you need to get this Intelligent Design out.

14            We didn't want it said that we were in agreement

15       with the Intelligent Design -- putting Intelligent

16       Design into our curriculum.  This is my notes.

17            Dr. Nilsen told us that the purpose of the press

18       release was -- I have he said he was protecting himself

19       and us.  Again, I think we reiterated that we wanted

20       someone to stand up and say they support the teachers or

21       something.  And I believe he said you have come out

22       negatively against this, and they agreed that we had

23       been nothing but cooperative.

24            And at that point, I know that he gave us a

25       statement that he was going to read on the Gary Sutton

1          Show.

2    Q.    Okay.  Apart from that -- what are you looking at there?

3    A.    It is at the very beginning of Exhibit 5.

4    Q.    Thanks.  This is meeting on 11/24?

5    A.    Yes.

6    Q.    Were any of the Board members present?

7    A.    No.  I don't believe so.

8    Q.    And at that time, did you express any reservations about

9          the statement itself?

10   A.    I know that I remember Bill Miller, again the

11         representative from the Union, saying that we would like

12         no parts of this.  I remember him saying that, I think

13         even holding the statement up.  We would like to be as

14         far away from this as possible, or something to that

15         effect.

16   Q.    Anything more specific?

17   A.    There was a lot of discussion on whether my changes

18         constituted -- there was a lot of words, did that

19         constitute develop the procedure and that kind of thing.

20         It was a lot of, again, upset about the wording of the

21         press release.

22   Q.    Are you getting at there your notion that your input was

23         sort of narrow and technical as opposed to implying any

24         endorsement of the curriculum change itself?

25   A.    Exactly, right.  I can change it does not necessarily

1          mean I agree with it.

2     Q.   The second page of Exhibit 5?

3     A.   Yes.

4     Q.   There's some notes there less is more, keep it short,

5          untrue version of what we said, correcting inaccuracies

6          scientifically of draft supplied.  Is that getting at

7          what you just explained?

8     A.   Yes.  I believe these are Leslie Prall's notes so she

9          must have been at that meeting, too.

10    Q.   There is a notation there of a meeting on November 24th.

11    A.   She has a.m. meeting and then p.m. meeting.  I am not

12         exactly sure.  I don't remember what the difference

13         there was.

14    Q.   There a protect in class notation there at the bottom,

15         does that spark any memory on your part?

16    A.   Again, the only thing I can remember is back to what he

17         was saying -- Dr. Nilsen was saying his purpose of the

18         press release was to protect us.  Again, we were saying

19         how we were feeling pressure by being put in the middle

20         here again.

21              Is there a possibility that we could be sued?  And

22         I remember that Dr. Nilsen was saying that the purpose

23         of his press release was to try to protect us of what

24         was said in the classroom.

25    Q.   Looking at this handwriting, you think it is Leslie

1    A.   At this meeting, I believe there was people upset about

2         changes in public comment, that they were going to

3         change the public comment; that it was only going to be

4         for agenda items only.  Because obviously, there was a

5         lot of people that wanted to speak to the Intelligent

6         Design issue.

7              So they were making some changes that -- I have

8         there beside public comment, that the public comment

9         before the meeting was only for items on the agenda.

10        And after the meeting, you could make any comment, but

11        you couldn't ask any direct questions of the Board.

12             If you wanted to ask a direct question, you could

13        e-mail them, or call them, and write them down ahead of

14        time, and they would answer them then.

15   Q.   So your comments on that page, Jen, are they related to

16        that portion of the discussion?

17   A.   Yes, I believe so.

18   Q.   Flip over to page six of the minutes.

19   A.   (Witness complies.)

20   Q.   XIV is Curriculum.  Was the Intelligent Design

21        curriculum change discussed at this point in the

22        meeting?

23   A.   No.

24   Q.   There is a comment, it's a lot of fun, it's not like

25        this.  Did Angie Yingling say that?

```
 1    A.   Yes.

 2    Q.   Next page, the public comment section, there's some

 3         notes there.  I just want to see what you --

 4    A.   Barrie Callahan, I think she may have been -- she may

 5         have been addressing, goodness, the case in Georgia I

 6         believe where they had the stickers removed, and she

 7         wanted to add her own sticker to the books.  And it is

 8         above there.  I stuck it to my notes when I copied it.

 9         She wanted to offer her own stickers.

10    Q.   All right.  Did she bring that to the attention of the

11         Board?

12    A.   Yes, yes.

13    Q.   Do you recall any response on the part of the Board

14         members; did they dignify that situation with a

15         response?

16    A.   No, no.

17    Q.   There is a Larry there.  Who is that?

18    A.   Larry Snook.  He was asking -- he said basically, he

19         couldn't care less about the curriculum.  He wanted to

20         know who was going to pay the bills.  If there was a

21         legal -- if there was legal issues, who was going to pay

22         the bills?  Would the taxpayers pay the legal bills?

23              And we had been cutting field trips.  So how can

24         they cut field trips and then pay for legal bills,

25         basically?
```

1   Q.   Then Angie, there is a comment attributed to Angie.

2        What is that?

3   A.   I believe at that time, she said that she definitely

4        wanted to revisit the issue of Intelligent Design.

5   Q.   Was there any response on the part of the Board to that

6        suggestion?

7   A.   I don't believe so because that is why I have question

8        marks there.  It was just sort of one statement, and

9        that was it.  I was wondering what that meant.

10  Q.   When you say wondering what that meant, I mean what are

11       you getting at, Jen?

12  A.   When she said revisit the issue, did that mean she

13       wanted to force another vote?  What did that mean?  Was

14       she going to discuss it at another meeting?  I didn't

15       know exactly at that point what that meant.

16  Q.   Then there's some comments for Noël Wenrich.  What is

17       that all about?  Is he speaking as a member of the

18       public at this point?

19  A.   Yes.  I don't know if those were -- he stood up and

20       asked a question because then I have an arrow there to

21       Sheila Harkins who said that this is not the time for

22       questions.  And she had said a couple of times during

23       there, do we need a five-minute break?  She had taken a

24       five-minute break before.  I think she said that again

25       there, that people were not using proper decorum.

```
 1
 2                            AFTER RECESS
 3    BY MR. GILLEN:
 4    Q.    Okay, Jen, let's wrap this up here.  A statement has
 5          been worked out -- there is some expectation that you
 6          are going to read the statement.  You said you are going
 7          to read that statement in January is when it came up?
 8    A.    That is when Evolution would have started, yes.
 9    Q.    What was it mid January, January 15th?
10    A.    Sounds about right, yes.
11    Q.    Between the period we just got done with the
12          December 1st Board minutes and January 15th, did you
13          have any discussions with any members of the Board about
14          the curriculum change, its purpose or so on?
15    A.    We were called to a meeting in December, December 16th
16          with Alan Bonsell because he was upset with some -- a
17          teacher comments, staff comments that appeared in some
18          of the newspapers after the District press release.
19    Q.    Just tell me briefly was any other Board member present?
20    A.    No.
21    Q.    What was said at that meeting?
22    A.    Let's see if I have notes.
23    Q.    Do you have notes on that, Jen?
24    A.    Yes, it is -- let me not mix things up.  It is in
25          Exhibit 5.
```

1   Q.   Thank you.

2   A.   It would be about the third page back.

3   Q.   Got you.

4   A.   And again, there was some discussion of --

5   Q.   Looks like you were looking for some guidance?

6   A.   Yes.  I went with questions, yes, of how this was going

7        to be handled.  What can I discuss, what can't I

8        discuss, who is handing out the books.

9             I know I had a question with the no origins of

10        life being taught.  I do current events in my class.  I

11        had a student bring in there was a new human fossil

12        found.  Is it okay to talk about that kind of thing if a

13        student brings it in as a current event?

14             If no origins of life are to be taught, does that

15        constitute origins of life?  That kind of thing.

16   Q.   Do you recall receiving a response subsequently?

17   A.   Yes.  We got -- Mr. Baksa gave us a current event

18        policy, a Board policy on current events.

19   Q.   There is a reference in this page of notes which has a

20        date 12/16/04 in the bottom right-hand corner just above

21        a notation my questions at the meeting with Baksa and

22        Bonsell.

23             There is a notation there to Intelligent Design,

24        not a theory.  What was that getting at, Jen?

25   A.   I think we reiterated with that we didn't believe

1           Intelligent Design was a scientific theory.

2    Q.    Was that for the reason you stated earlier about

3          testability?

4    A.    Yes.

5    Q.    The majority of Board voted Intelligent Design.  What

6          does that reflect?

7    A.    Just that there was a majority -- I don't know who said

8          or if I said it, or someone said it that the majority of

9          the Board did vote for Intelligent Design.  I don't

10         remember specifically.

11   Q.    Did you go to the Board with these statements already

12         jotted down, or are they --

13   A.    I think that I was thinking of these questions.  I went

14         to the meeting with these in hand, yes.

15   Q.    You think the asterisk that points to the top of the

16         page were the points you brought in and the notations

17         below were the notations you added?

18   A.    Yes.

19   Q.    Flip the page over.  There's some statements there we

20         cooperated up to the point, and it goes on.  Did you

21         make those statements at the meeting, Jen?

22   A.    Again, I am a writer so I think that these were my

23         thoughts that I had written down.  Prior to the meeting,

24         when I get upset, I tend to write things down, and it

25         makes me feel better if I get them down on paper.

1          So I think that these were just sort of my

2     statements that I had written for myself.  I may have

3     said some of them at the meeting.

4  Q.   Let me ask you just take a look at them real quick.

5  A.   Okay.

6  Q.   Do you recall making any of those statements at the

7     meeting?

8  A.   I do remember saying -- Mr. Bonsell was saying he was

9     confused by some of the statements in the press because

10    we were coming out against the Board, and he thought

11    that we had been cooperating all along.

12        And I do remember saying that you're right, we

13    cooperated up until the point that you added Intelligent

14    Design into the curriculum.  And then, you know, we

15    didn't agree with that.  Our cooperation at that point

16    stopped.  So I do remember saying that.

17        I know that it was told at that meeting that we

18    don't think the words Intelligent Design should be in

19    our curriculum.

20  Q.   There's some comments here that Intelligent Design

21    doesn't belong in a science classroom.  Did you express

22    that thought during the meeting?

23  A.   I don't remember specifically, but again, it had been

24    relayed that we didn't think it was a science.

25  Q.   Do you recall Mr. Bonsell responding to any of your

1     observations?

2  A.  The one thing I remember at the end of that meeting is

3     that there was a suggestion that there were so many

4     people talking to the press, that maybe we all make some

5     sort of community statement, the Board, the

6     administration, the staff to the press.  But I think in

7     the end, we decided against that statement.

8         I remember in that meeting, again, there was the

9     question of did we cooperate, did we develop the

10     statement.  And I remember him directing -- asking me

11     specifically didn't you change parts of this.

12        And again, we explained the position that we

13     changed it for the science.  Other than that, I don't.

14  Q.  Do you recall anything else?  Any exchanges between

15     Mr. Bonsell and your colleagues?

16  A.  No.  I don't -- I don't remember in particular.  No, not

17     anything specific.

18  Q.  Okay.  Was there administration present?

19  A.  Yes.  Mr. Baksa was there.

20  Q.  Any exchanges between the science faculty and Mr. Baksa

21     bearing on the curriculum change or the statement?

22  A.  I am sure we discussed things, but I don't remember in

23     particular.

24  Q.  There's a notion in here that Intelligent Design has

25     religious content.  Is anyone bringing up the idea that

1     you are doing this to teach religion?

2  A.  I don't believe at this meeting, no.  I mean at those

3     previous meetings where I said that Mrs. Spahr had

4     brought her court cases.  I think that was brought up

5     then.  But probably not any more at this point.

6  Q.  When Mrs. Spahr is bringing up these court cases and she

7     sees it as Intelligent Design, as Creationism, is she

8     sort of telling -- attributing to the Board the purpose

9     of teaching religion?  Is that the way she sees it, or

10    does she think that the theory is a religious theory

11    whether they know it or not?

12  A.  I would say more so the second one.

13  Q.  She sees it as religious theory, and she is trying to

14    make that clear to them?

15  A.  Yes.

16  Q.  You said this before, but I just want to make sure I

17    understand you.  Did you get the sense that they thought

18    it was a scientific theory?

19  A.  Early on, I would say that I don't think that topic came

20    up a whole lot.  Probably by this point, they were

21    saying it was a science, yes.

22  Q.  Apart from this meeting with Mr. Bonsell, did you have

23    any other conversations with any Board members in

24    December or January of -- December of 2004, January of

25    2005 about the curriculum change?