IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

. . . . . . . . . . . . . .
TAMMY KITZMILLER, et al.,   . Civil Action No.
                Plaintiffs  .   04-CV-2688
                            .
            vs.             . (JUDGE JONES)
                            .
DOVER AREA SCHOOL DISTRICT, .
et al.,                     .
                Defendants  .
. . . . . . . . . . . . . .


    Deposition of:  **BERTHA E. SPAHR**

    Taken by     :  Defendants

    Date         :  May 19, 2005, 10:11 a.m.

    Place        :  Two School Lane
                    Dover, Pennsylvania

    Before       :  Bethann M. Mulay, Notary Public
                    Registered Professional Reporter


APPEARANCES:

    AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
    By:  PAULA KNUDSEN, ESQ.

         For - Plaintiffs

    THOMAS MORE LAW CENTER
    By:  PATRICK T. GILLEN, ESQ.

         For - Defendants

    KILLIAN & GEPHART, LLP
    By:  JANE GOWEN PENNY, ESQ.

         For - Bertha E. Spahr

ALSO PRESENT:  Michael Baksa
               Rena Staub

I N D E X
WITNESS

|                          | Examination |
|--------------------------|-------------|
| BERTHA E. SPAHR          |             |
| By Mr. Gillen            | 3           |

EXHIBITS

| B. Spahr Deposition<br>Exhibit Numbers | Page<br>Marked |
|----------------------------------------|----------------|
| 1. Documents Labeled Research          | 121            |
| 2. Handwritten Notes                   | 159            |

3

```
 1                    STIPULATION

 2           It is hereby stipulated by and between

 3       counsel for the respective parties that

 4       sealing, certification and filing are hereby

 5       waived; and all objections except as to the

 6       form of the question are reserved to the time

 7       of trial.

 8

 9           BERTHA E. SPAHR, called as a witness,

10       having been duly sworn, testified as follows:

11  BY MR. GILLEN:

12  Q.   Good morning, Mrs. Spahr.  I've introduced

13       myself to you off the record.  I'll do it again

14       for the purpose of the record.  My name is

15       Patrick Gillen, and I'm an attorney for the

16       defendants in this case.  And as you know, this

17       is the time and place set for your deposition

18       which is my opportunity to ask you questions

19       under oath, get your answers, and as I see it

20       basically to get your side of the story.

21           Plainly we have a dispute here.  People

22       have different viewpoints as to what happened

23       and so on.  This is my chance to find out what

24       you know about the dispute.

25           There are a few facets of this process that
```

Exam./Gillen - Spahr                                    29

1          would have been four years ago.  I'm not sure of

2          the exact dates, but it was four years ago.

3     Q.   That's quite all right.  Don't worry about it.

4          If we look at Miller 6, again, there's another

5          e-mail from Mr. Hamilton in which he is seeking

6          your peanut brittle recipe among other things.

7          Did you ever have a discussion with Mr. Hamilton

8          in connection with this e-mail?

9     A.   He came to my home to pick up the peanut brittle

10         recipe.  He did indicate that he certainly will

11         think about us over this issue because he is at

12         heart a biology teacher.  Did we discuss any

13         particulars of the situation, not really other

14         than he was certainly supportive and he will

15         always keep us in his thoughts.

16    Q.   In your capacity as head of the science

17         department, did you ever have occasion to

18         discuss with Mr. Hamilton the manner in which he

19         presented evolutionary theory?

20    A.   No, I did not.

21    Q.   We're up through 2002, and it seems like at

22         least so far as you were concerned based on your

23         personal knowledge, things you heard or saw and

24         so on, the biology curriculum wasn't an issue of

25         controversy up to that period?

1    A.   I mean, you always-- We always had people in

2         the community, because it's a very conservative,

3         religious community, that when, you know,

4         evolution was brought up would always ask

5         questions or whatever.  But we always tried to

6         take a middle of the ground road that we did not

7         offend many people.

8    Q.   Well, let's talk about that, Bert, just look at

9         it in the period-- Well, let's look at

10        community concerns generally prior to 2003.

11   A.   Okay.

12   Q.   Tell me how those concerns came to your

13        attention.

14   A.   They were never called to me in terms of my

15        attention.  We were always very aware, though,

16        of the varying groups within the community and

17        simply took a very cautious presentation.  Now,

18        I do not teach biology, so if you are asking me

19        exactly how it was taught, I can't respond to

20        that.

21   Q.   And I'm not.  I think I'm understanding better

22        now.  Do I understand you correctly that you're

23        saying teachers in the science department knew

24        that they were teaching in this particular area

25        had a sense for the cultural environment?

1    A.    That's correct.

2    Q.    And then also an appreciation for the cultural

3          dimensions of this theory.  Is that right?

4    A.    That's correct.

5    Q.    And they endeavor to be sensitive to those

6          considerations?

7    A.    That's correct.

8    Q.    If we look at the period prior to 2002, do you

9          recall any discussions with your teachers, your

10         science teachers, that were focused on the ways

11         in which they demonstrated that sensitivity to

12         the cultural context in which evolutionary

13         theory was presented?

14   A.    No.

15   Q.    So now we're in January 2003.  Tell me, Bert,

16         did the subject matter of this litigation,

17         selection of the biology text, some controversy

18         surrounding that, or some concern expressed

19         relating to the presentation of evolutionary

20         theory, did they come to your attention during

21         2003?

22   A.    2003 was our year to order the new biology

23         textbook.  We traditionally send our budget to

24         the administration and the board in January for

25         the following year.  Since it was our cycle to

1    order books, the proposed new biology book where

2    the biology teachers individually and together

3    reviewed various textbooks and their

4    recommendation was this at that point 2002

5    Miller and Levine biology book.  That was sent

6    basically to the administration.  We were told

7    it was going to be delayed a year because the

8    books that we had were still in relatively good,

9    usable condition.

10        We at that point took them at word that

11   that really was the reason that it was being

12   held up.  In looking back now, we do question

13   whether there were other things behind it.

14        There was apparently some board interest,

15   okay, later on in the spring of 2003 which did

16   not get to the department, okay, where some

17   people either in the community or on the board

18   raised questions beginning with this evolution

19   issue.

20  Q.  Let's get to that.  You say there was apparently

21   some board interest?

22  A.  I cannot be specific because it did not come to

23   the attention of the department until we got to

24   the fall of 2003.  So it apparently had calmed

25   down somewhat.  But then it was revisited in the

1       fall, and then we as a department addressed the

2       questions and the concerns.

3   Q.  Now, if I understand you correctly, Bert, you're

4       kind of inferring from the fall 2003 events that

5       the problem didn't just pop up in the fall of

6       2003?

7   A.  No, it did not.

8   Q.  Why do you say that, Bert?

9   A.  And I'm not exactly sure to whom the gentleman

10      spoke that had the concerns, but in the spring I

11      think there were some questions either regarding

12      the selection of the book that we had done or

13      how evolution is taught in the classroom, how it

14      is presented.  But then in the fall, and it was

15      early in the fall, we sat down.  There is a lot

16      of confusion between origin of life and origin

17      of species.

18  Q.  Are you referencing to the fall meeting, Bert?

19  A.  Well, but this is--  When people see evolution,

20      they don't always see evolution the way it is

21      taught in the biology curriculum here.  They

22      have their own concept of what they think it is.

23      And, you know, you have parents who will, you

24      know, raise--  And they have every right to do

25      so.

1    Q.    Do you recall Mr. Baksa using the term

2          creationism?

3    A.    I remember the word creationism being used, yes.

4    Q.    And I could see that.  What I'm asking you, do

5          you recall Mr. Baksa saying that a board member

6          wanted creationism taught as opposed to, you

7          know, it coming up in the conversation?

8    A.    I remember Mr. Baksa saying that a board member

9          wanted creationism taught.  Now, I'm not sure

10         50 percent was there.  I think it was of equal

11         time when the evolutionary issue was presented

12         in biology classes.

13   Q.    Do you recall Mr. Baksa mentioning a board

14         member wanting other theories taught?

15   A.    Not to my knowledge.

16   Q.    Do you recall anything else of your--  Apart

17         from this memo, do you have a recollection of

18         your discussion with Mr. Baksa?

19   A.    Yes.

20   Q.    Do you recall anything else other than the

21         statement we've just discussed?

22   A.    I remember asking Mr. Baksa, may I ask you which

23         board member has indicated this to know where

24         the red flag was coming from and are we going to

25         be prepared, and he responded to me it was

1          Alan Bonsell.

2    Q.    Apart from these features of this conversation,

3          do you remember anything else?

4    A.    No.  But I think Mr. Baksa had indicated to me

5          and my science department that this was

6          obviously going to be a concern that we are

7          going to have to address sometime soon.

8    Q.    Now, if you continue down that first paragraph

9          there, about halfway through there's a sentence

10         that begins, she, referencing you, explained to

11         Mr. Baksa that all biology teachers state that

12         another theory of evolution is creationism, but

13         creationism per se is not taught since it is not

14         addressed by the standards.  Now, how about

15         that, Bert, do you recall telling Dr. Peterman

16         that?

17   A.    Yes, I do.

18   Q.    Now, it looks like in order to get that

19         information you had some discussions with your

20         science faculty about the issue.  Tell me, what

21         was the basis for that statement or account in

22         this memo?

23   A.    Since we are a standards-driven institution and

24         there was always the controversy even in terms

25         of getting the state standards over this

1      evolutionary issue, we followed the standard

2      which I believe is listed under biology letter D

3      that said that the theories of evolution need to

4      be taught because in the year 2006 or 7 there's

5      going to be the PSSA test which is going to

6      address these issues.

7           But to present a fair evaluation, they also

8      said that there are other theories out there;

9      namely, creationism.  And they all mentioned it

10     and said we encourage you to go to your pastor

11     of your church or your family if you want a

12     discussion of that.  And that was as much that

13     was ever done.

14   Q.   When you say they, are you referencing your

15     biology teachers?

16   A.   I am referencing the biology teachers.  There

17     would be no other subject that would--

18   Q.   Implicate this concern?

19   A.   That's correct.

20   Q.   Now, who had you spoken with in order to get

21     that information, Bert, about the way in which

22     creationism was presented in the classroom in

23     connection with the presentation of evolutionary

24     theory?

25   A.   When we had various department meetings and

1    in-service days and we had all of the waiting

2    for these state standards and we were in the

3    process of rewriting our curriculum to match the

4    state standards, the subject came up.  And the

5    group; namely, Jen Miller who was obviously the

6    veteran biology teacher, agreed that this is the

7    way we would all do it so that there would be

8    consistency in basically how it was presented.

9  Q.   What did Jen say on that point?

10 A.   That we would simply mention that creationism

11   was an alternate theory to Darwin's theory of

12   evolution and that we request that the churches

13   or if the families be able to present their own.

14        Back then students could literally ask

15   questions, and at that point the biology

16   teachers were comfortable in addressing these

17   issues.  And, you know, the major reference was

18   please contact your own family, your pastor, you

19   know, or there are other reference books

20   available if you have those concerns.  And it

21   was a very non-threatening situation at that

22   point.

23 Q.   Sure.  And it seems that you're saying that the

24   teachers are trying to just address any

25   questions or curiosities the student might have?

Exam./Gillen - Spahr                              41

1   A.   Back then, yes.

2   Q.   You say back then.  You say things are different

3        now?

4   A.   Yes, because now the issue obviously is not even

5        addressed.  You know, we teach what is necessary

6        for the state standards, and then they go on.

7   Q.   When you say the issue is not addressed, Bert,

8        what are you getting at?

9   A.   We don't talk about creationism.  I'm not even

10       sure creationism is ever mentioned in the

11       classroom anymore, although I am not in a

12       biology classroom.  You would have to ask a

13       biology teacher that question.

14  Q.   Now, if you continue to the next paragraph,

15       Bert, there's a couple sentences there.  I know

16       you can read them, but I'll read them for the

17       record.  It continues, in asking for direction

18       in this matter, I have advised all Biology I

19       teachers to teach the approved school board

20       curriculum for Biology I.  I advised them to

21       continue to mention that creationism is another

22       alternate theory of evolution.  And then she

23       says, however, as principal, I am uncomfortable

24       with this topic and so on.  Do you recall

25       Dr. Peterman so advising you?

Exam./Gillen - Spahr                    42

1    A.    Yes.

2    Q.    What did Dr. Peterman say?

3    A.    She basically directed me to direct the biology

4          teachers to continue with what had been past

5          practice, that you would teach evolution, you

6          would mention that creationism was an

7          alternative theory, and then request that the

8          families or the churches handle any explanations

9          that they would have since there are so many

10         different religious backgrounds in this

11         community.

12   Q.    Do you recall anything else that Dr. Peterman

13         said to you relating to this issue?

14   A.    I remember we had some discussions as to what

15         her concerns were if we decide that we are going

16         to teach creationism or it's going to be

17         something that's going to have to have equal

18         time with the evolution.

19               Number one, there was a time constraint.

20         That was another issue because it basically

21         comes at the very end of the semester.  If

22         you've had snow days, you may not even get to

23         the issue.  And now where are we going to find

24         the time to put in these additional things.

25               And the science teachers felt somewhat

1       uncomfortable because they are not trained in

2       religious education.  They are trained as

3       biologists but felt that they would not

4       necessarily have the background to do what would

5       be an appropriate job.

6             And as she pointed out, and she actually

7       said to me, which theory of creationism are you

8       going to teach and not offend somebody who is

9       sitting in the room.  So that discussion did

10      come up.

11  Q.  Apart from what you've told me that you remember

12      today, anything else come up with Dr. Peterman

13      that touched on this issue during her tenure as

14      principal?

15  A.  Oh, I'm sure it did because when there was an

16      issue, whether it be are we going to get our

17      textbooks, when are we going to get our

18      textbooks, I always followed chain of command,

19      and I went from department chair to Dr. Peterman

20      who would then in turn sometimes go to Mr. Baksa

21      who was head of curriculum.

22            But, yes, we discussed issues.  I'm certain

23      I said to her what is the holdup with this

24      biology book since this had never been a problem

25      before.

Exam./Gillen - Spahr                        44

1           And the interesting thing about it was it

2       was simply a new edition of the book that we had

3       already had, and it was approved.  We had the

4       Miller and Levine book, but it was a 1998

5       edition.  And so we were simply asking for a

6       newer, more modern copy of it.  So we didn't

7       realize that there was going to be any

8       controversy.

9  Q.    Now, I just want to make sure, Bert, it seems

10      like--  Well, Peterman left when?  Did she leave

11      in 2003, can you recall?

12 A.    It was the end of the last school year.

13 Q.    So that's 2004?

14 A.    She was there 2003-2004.  Mr. Riedel came at the

15      beginning of this year, although you might want

16      to--

17 Q.    To check, that's fine.

18 A.    I think it was the end of last year.

19 Q.    I'm not going to hold you to the dates.  I'm

20      just trying to get a sense because it seems to

21      me--

22 A.    She was there two years.

23 Q.    It seems to me from what you're saying that the

24      holdup of the books, that's the holdup that

25      occurred in 2003, correct?

Exam./Gillen - Spahr                                      45

 1   A.    The books were just ordered at the last minute
 2         in August of 2004, right.  We got them for the
 3         school year.
 4   Q.    You'll see in this Exhibit Miller 1 there's a
 5         number of enumerated points.  Would you take a
 6         quick look at those for me, Bert.  You've
 7         referenced that Dr. Peterman had some concerns.
 8         Looking through those numbered items, one
 9         through five, do you think that fairly
10         summarizes the concerns that Dr. Peterman
11         expressed to you?
12   A.    Yes, I do.
13   Q.    If you look beneath that enumeration, there's a
14         new paragraph which begins, in the public school
15         arena creationism--  Forgive me, it doesn't
16         begin this way.  The second sentence says, in
17         the public school arena creationism must always
18         be mentioned as an alternate theory, but public
19         school teachers are teachers of their content
20         area and are not to be perceived as teachers of
21         religious instruction.  Do you recall
22         Dr. Peterman making statements to you to that
23         effect during the conversations you had with
24         her?
25   A.    I remember on one occasion she certainly brought

1      that up.  I don't know whether it was on this

2      particular one.  But she did show concern that

3      we are teachers of biology and certainly not

4      teachers of religion and this could be a

5      problem.  Yes, she did bring that up.

6    Q.   Have you had any discussions with your biology

7         teachers about whether they reference

8         creationism currently?

9    A.   No, I have not.  It is my understanding that

10        since the statement was read I'm not even sure

11        the reference is made anymore, but you would

12        have to ask the biology teachers that.

13             MR. GILLEN:  Let's take a brief break.

14             (Recess taken)

15   BY MR. GILLEN:

16   Q.   Bert, as we broke off, you were making some

17        observations about the text purchase process and

18        holding up the text in 2003.  And with that in

19        mind, I'd like you to look through the packet of

20        documents that's been marked Miller 5.

21             Flip back to some notes, handwritten notes,

22        that at the top of the first page have notes

23        from Bert Spahr.  I ask you, Bert, to just look

24        at the first two pages of those notes I've just

25        referenced which relate to a meeting and which

1          are dated 1/21/05 in the upper left hand corner

2          across from the first entry.

3     A.   1/21/05.

4     Q.   You got it, Bert?

5     A.   Yes.

6     Q.   Having looked those over, Bert, do you have any

7          recollection of a discussion relating to text

8          usage?

9     A.   Yes, I do.

10    Q.   Tell me what you recall -- let me be more

11         specific -- in the 2003 period.

12    A.   Mr. Baksa had asked us about a question that I

13         believe came from a board member indicating that

14         we had not used the textbooks, and he was asking

15         us why the textbooks were not used.  And they

16         were referring to the 1998 edition of the Miller

17         and Levine biology book.

18              And we attempted to explain that in the one

19         year when we switched what was going to be

20         taught in the science curriculum we had all

21         ninth grade and all tenth grade students taking

22         biology at the same time.  Now, this was only

23         going to occur for one year.  We did not have

24         enough textbooks to give each student a copy.

25         We would not have presumed to ask the board to

Exam./Gillen - Spahr                          48

1    buy additional textbooks to be used for one

2    year.  And so consequently textbooks were not

3    assigned to each student.

4         It was also after that that we instituted

5    the environment and the ecology curriculum as

6    the new required course for tenth grade.  So we

7    had the one-year time frame in which roughly

8    probably 400 students were taking biology.  We

9    did not have enough textbooks to pass out.

10        Therefore, most of the biology teachers

11   with the exception of Mr. Eshbach had class sets

12   of biology texts in the room for use by

13   students.  Mr. Eshbach did not have a full

14   biology load.  He was teaching another course.

15   Therefore, he had enough to assign each student

16   a text.

17        And that was why it was being questioned

18   why did we not use the books that we had

19   available.  Number one, they would not have gone

20   far enough.  Secondly, when the curriculum was

21   changed, we moved certain topics such as

22   classification to the eighth -- or the seventh

23   grade level at a different building.  And,

24   therefore, this book dealt a great deal with

25   classification.  And there were some other areas

Exam./Gillen - Spahr

1        that did not address what we had now rewritten

2        the curriculum to match the state standards

3        with.

4  Q.    So I just want to make sure I understand you,

5        Bert.  Your first point, does that relate to a

6        year in which the state standards changed the

7        year in which biology would be presented and

8        Dover as a result compressed two years into --

9        two class years for the purpose of presenting

10       biology to try and bring themselves into

11       compliance with state law?

12  A.   I do not know in which year exactly the state

13       standards were approved.  There was--  And

14       that's in the one packet.  There was about a

15       two-year time frame where we wrote it, and then

16       we rewrote it, and then they had the discussion.

17       And then finally it was approved.

18           During that time, we were in the process of

19       realigning our curriculum within the two

20       required course departments to match those state

21       standards realizing that eventually we thought

22       they would probably be passed.  And it was in

23       this from the roughly 2000 to 2005 -- actually

24       2001 that we were actually trying to realign the

25       classes.  Prior to that time, earth science was

Exam./Gillen - Spahr                                    50

1           taught as a required course.

2      Q.   Does that touch on your second concern you've

3           referenced which was the way in which the text

4           jibed with the actual presentation of material

5           in various classes?

6      A.   That's correct.

7      Q.   And there was sort of a disjunction between the

8           text the department had at that time and the way

9           in which the teachers were presenting specific

10          subject matters?

11     A.   That's correct.

12     Q.   And really sort of the net result of that is

13          various subject matters were being presented in

14          a variety of classes instead of just biology?

15     A.   That's true.

16     Q.   Do you recall Barrie Callahan speaking at school

17          board meetings about the biology text?

18     A.   Yes, I do.

19     Q.   Do you recall Barrie Callahan saying the kids

20          don't have books?

21     A.   Yes, I do.

22     Q.   If I look at your-- Well, let me ask you, Bert,

23          Miller 4 is a small set of documents, the second

24          page of which has the number one circled in the

25          upper right hand corner.  And that is an

Exam./Gillen - Spahr                     51

1           approximate time line.  Am I correct?

2    A.    That's correct.

3    Q.    Did you jot this down, Bert?

4    A.    That is my handwriting, yes.

5    Q.    And in compiling this document, did you consult

6          with your colleagues in the science department,

7          or was this your recollection?  Was it kind of a

8          collective work?

9    A.    It was a collective time line.

10   Q.    Well, I see next beneath the entry for

11         January 2003 the next entry is fall 2003, and

12         there's a reference to a meeting with

13         Mr. Bonsell.  What I want to ask you is, we've

14         got a conversation with Dr. Peterman that's

15         reflected in the memo dated April 1st, 2003, and

16         we've got a fall meeting coming up here that

17         we're going to talk about.  In between April and

18         this fall meeting, was there any discussion that

19         you were privy to relating to the purchase of

20         the biology text or the biology curriculum?

21   A.    Other than the discussion I had with

22         Dr. Peterman after the discussion I had with

23         Mr. Baksa.

24   Q.    Have you told me what you can recall about the

25         discussion you had with Dr. Peterman?

1   A.   I have.

2   Q.   Good enough.  Other than that then, there was

3        really nothing until this fall meeting?

4   A.   There may have been some passing of bodies in

5        the hall where we may have said, have you heard

6        anything on our textbooks.  But it's not a case

7        where we had large meetings involving the

8        department over this issue.

9   Q.   So we have a fall meeting with Mr. Bonsell.

10       Tell me how that meeting came to your attention.

11  A.   I believe that meeting was at our suggestion.

12       There was I believe for him some confusion over

13       the issue of origin of species and origin of

14       life.  I believe--

15  Q.   I'm sorry, Bert, let me stop you there because

16       that's interesting to me.  You say the meeting

17       was called at your suggestion and you believe

18       you had some confusion.  That seems to point to

19       some discussion with Mr. Bonsell or some sense

20       for Mr. Bonsell's position.

21  A.   I believe the discussion was between Mr. Bonsell

22       and Mr. Baksa.  And then Mr. Baksa came to me or

23       to us -- I'm not exactly sure which one -- and

24       we suggested to him maybe we could clarify the

25       situation if the department and the biology

Exam./Gillen - Spahr                                    53

1          teachers met with Mr. Bonsell and answered his

2          questions and basically his concerns.

3                  They're the experts in the field.  I am

4          not.  I don't think Mr. Baksa's background is in

5          biology either.  And we felt that this would be

6          a willing compromise to sit down with him and

7          basically answer his questions and concerns.

8     Q.   Let me understand you.  Is the conversation

9          you're referencing now the conversation we've

10         discussed where you and Mr. Baksa talked?

11    A.   Well, and it may have been one that came

12         subsequent to that.  I am not aware of that, but

13         I think there was this ongoing question and

14         concern that we felt we could resolve in the

15         fall meeting.  It was fairly early in the fall.

16    Q.   I just want to make sure I understand how the

17         story unfolds from your perspective.  You know

18         you had a conversation with Mike, and this memo

19         seems related to that.  As you sit here today,

20         can you remember any other discussions with

21         Mr. Baksa between April and the fall meeting?

22                 And I guess what I'm trying to get at is,

23         plainly the discussion that's reflected in some

24         measure in this memo dated April 1, 2003 alerted

25         you to a possible problem, as you say, red flag.

Exam./Gillen - Spahr                          54

1          Now, what I'm trying to get at is, I could

2      see you having that in the back of your mind and

3      carrying it with you through the summer and

4      saying let's nip this in the bud or let's

5      address it.  Or another way of looking at things

6      is Mike could have come to you periodically

7      throughout and said, you know, have you thought

8      of anything.  Do you have any recollection of

9      what happened in this period?

10 A.   It was not uncommon for Mr. Baksa when he was in

11      the building to come by the door and say, you

12      know, I would like to run this past you, you

13      know, I would like to give you a heads up.  Can

14      I specifically recollect any other discussions,

15      I cannot.

16 Q.   And that's why the next question for me is, all

17      right, you've got a concern because you're

18      suggesting, hey, maybe we can address this if we

19      have a meeting with Mr. Bonsell.  Do you

20      recall--  And you think it was at your

21      suggestion.  Is that--

22 A.   I think it was at either my suggestion or the

23      suggestion of the department where they felt

24      that they would be more expertly able to answer

25      his questions and concerns.

Exam./Gillen - Spahr                                    55

1   Q.   In this intervening period between April and the

2        fall, had you had any discussions with

3        Mr. Bonsell personally?

4   A.   No, I did not.

5   Q.   So essentially any sense you have from

6        Mr. Bonsell's concerns would be derived from

7        conversations with Mr. Baksa?

8   A.   That's correct.

9   Q.   You've indicated that you think that the fall

10       meeting with Mr. Bonsell occurred at your

11       suggestion.  What else can you recall about the

12       meeting, Bert?

13  A.   Well, most of his questions were directed to the

14       biology teachers.  Jen Miller being the veteran

15       teacher was the one who certainly had the most

16       responses.  I did not chime in that much because

17       that's not my field.  There were other biology

18       teachers present who also contributed.  And I

19       think the reason for this was that his son was

20       going to enter a biology classroom that

21       particular year in the spring, spring semester.

22  Q.   Let's look at that.  Who was at the meeting,

23       Bert?  There's Mr. Bonsell, there's you, there's

24       Jen Miller.  Mike Baksa?

25  A.   I believe Mr. Baksa was present.

Exam./Gillen - Spahr                                    56

1    Q.    How about any other science faculty?

2    A.    I think Bob Linker was there.  Leslie Prall was

3          there.  And I believe then Bryan Rehm may even

4          have been there.  He at that point was the

5          physics teacher.  Do I remember any others, no,

6          I do not.

7    Q.    How about Rob Eshbach?

8    A.    Yes, he was there.

9    Q.    Looking at Bryan Rehm, he's the physics teacher,

10         is there any particular reason he would be

11         there?

12   A.    Simply as a member of the science department.  I

13         am not certain that he was present.

14   Q.    How did it start?  To the best of your

15         recollection, I just want to get a sense for how

16         the meeting unfolded.  You're meeting as a

17         science department with Mr. Bonsell.  Did he

18         present his concerns up front at the beginning?

19   A.    I believe Mr. Baksa basically, you know, might

20         have indicated that we are all gathered together

21         to basically answer the questions and concerns

22         he had.  I do not specifically remember the

23         mechanics of that meeting, and I do not.

24   Q.    Do you recall any specific statements that

25         Mr. Bonsell made?

Exam./Gillen - Spahr                                    57

1   A.   No, I do not or even questions.

2   Q.   How about any responses from Jen Miller, can you

3        recall the-- Well, I'll tell you what, can you

4        give me a sense for any of the concerns

5        Mr. Bonsell expressed during the meeting?

6   A.   No, I cannot.

7   Q.   How about Jen, Jen Miller that is, can you tell

8        me anything about the issues she was addressing?

9   A.   I don't know the specific questions.  I know

10       that she was very well prepared and she answered

11       the questions adequately.  And as we departed

12       from the meeting, we all seemed to feel that he

13       was satisfied with the presentation that we had

14       given to him.  That was our sense as we left.

15  Q.   If you had to characterize the tone of the

16       meeting, was it collegial, cordial, civil?

17  A.   Yes, indeed, yes.

18  Q.   You said you departed thinking--

19  A.   We addressed his concerns and questions and--

20  Q.   Do you recall any specific scientific subject

21       matter coming up like carbon dating, fossil

22       record, stuff like that?

23  A.   No, I don't.

24  Q.   Any of the other science faculty speak?

25  A.   I think there were some others who answered that

Exam./Gillen - Spahr                                    58

1          were biology teachers.  I cannot tell you

2          specifically which one.

3     Q.   How about the general thrust of Jen's comments,

4          get any sense for that in your memory as you sit

5          here today sort of what she made clear to him?

6     A.   Yes, specifically the differentiation between

7          origin of species and origin of life and the

8          emphasis being made that the biology teachers

9          emphasize origin of species and change over

10         time.  That was the big thing.

11    Q.   This distinction you've just referenced, this

12         has come up a couple times.  As you sit here,

13         Bert, I know you're not a biology teacher, nor

14         am I.  I discussed this in some measure

15         yesterday with Jen, but can you recall what sort

16         of distinction Jen Miller conveyed to

17         Mr. Bonsell during this fall 2003 meeting?

18    A.   I think it had something to do with a bird,

19         there was a bird in the tree, and how did the

20         bird adapt himself to survive in the

21         environment, did the beak get longer, did the

22         claws get longer.  No one cared where the bird

23         came from.  The bird was in the tree and changed

24         over time.  That was the point of the emphasis.

25    Q.   So change within species as opposed to change

Exam./Gillen - Spahr                    59

1          across species?

2    A.    There certainly was main emphasis on change

3          within the species.  I do not know whether

4          change between species was brought up.

5    Q.    Anything else you recall about that meeting?

6    A.    No.

7    Q.    Do you recall anything Mike Baksa said?

8    A.    No.

9    Q.    Was Dr. Nilsen present?

10   A.    I can't answer that.

11   Q.    Do you think Trudy Peterman was present?

12   A.    I can't answer that either.

13   Q.    That's fine.  This is a meeting in the fall of

14         2003.  About around what time, Bert?  You said

15         you thought it was early?

16   A.    It was early September or October, I would

17         assume.

18   Q.    Between the meeting and the close of 2003, did

19         anything happen that you saw as tied to that

20         meeting or relating to the same subject matter,

21         evolutionary theory, the curriculum, the biology

22         text?

23   A.    Well, we still had not gotten assurance that the

24         biology book that they had hoped to get was

25         going to be ordered.  Again, in December or

Exam./Gillen - Spahr                                    60

1          January of what would have been 2004 we

2          submitted or resubmitted our order for those

3          books, and we had not been guaranteed that we

4          would-- Now, orders are not usually sent out

5          before July 1 anyway. But we were trying to get

6          some sense of are the teachers going to go home

7          for the summer working on this new book to

8          present their lessons and their activities and

9          whatever or are we again not going to have that

10         particular edition to deal with in the following

11         year.

12   Q.    That would be the summer of 2004?

13   A.    That's correct.

14   Q.    I'm trying to get a sense, was your concern,

15         Bert, that if you didn't get them in 2003 you

16         might lose your turn--

17   A.    Yes.

18   Q.    --altogether?

19   A.    That was a concern because we are on -- or were

20         on a seven-year cycle. And then not only was

21         that a concern, then that throws the next

22         subject back a year behind in terms of not

23         getting their books.

24   Q.    And that would be subject matter in the science

25         department?

Exam./Gillen - Spahr                    61

1   A.   No.   That was subject matter I believe it may

2        have been language arts.   So it's an entirely

3        different department.   Everyone is on a

4        seven-year cycle.   So when ours were not

5        ordered, then the next year somebody else's was

6        delayed--

7   Q.   Oh, I see, yes.

8   A.   --a year because of the budget concerns.

9   Q.   But apart from that -- I mean, I see you have

10       that concern -- was there any further

11       discussions with Mr. Baksa or anyone in the

12       administration for that matter relating to the

13       meeting, the issues that were addressed in that

14       meeting as we reached the wrapping up of 2003,

15       between this meeting in the fall and

16       December 2003?

17  A.   I'm sure we spoke on this issue, whether it be

18       an in-service day or some other time, but I

19       can't recall specific dates.

20  Q.   At any time in 2003 did you have any discussions

21       with any member of the board curriculum

22       committee apart from the discussion that you've

23       just described?

24  A.   Not to my knowledge.

25  Q.   At any time in that 2003 year did anyone from

1          the administration ever get back to you with any

2          directions to change the biology curriculum or

3          presentation of subject matter in biology?

4     A.   On certain in-service days we were directed to

5          basically revise curriculum as it needed to be

6          revised based on the new state standards.  Were

7          we directed to change the curriculum as far as

8          evolution was concerned, not to my knowledge.

9     Q.   Am I right, Bert, that the revision of

10         curriculum you've just referenced is an effort

11         to bring Dover's curriculum into, what shall I

12         say, to dovetail it with the state standards

13         we've been talking about?

14    A.   That's correct.

15    Q.   Well, that brings us to 2004 which by all

16         accounts was an eventful year.  Let's look at

17         the period between January and March of 2004.

18         It's just the beginning of the school year.

19         We're going to focus on the biology text and the

20         curriculum issue.  In that three-month period,

21         Bert, were there developments that touched on

22         those issues?

23    A.   We did resubmit the budget with the Miller and

24         Levine book as indicated that that was our

25         choice for our biology text.  Now, that is done

Exam./Gillen - Spahr                    63

1        by the biology teachers together.  They review

2        various books, and there were many different

3        books that they looked at.  And this was their

4        selection.  And so we resubmitted it again so

5        that we would have it for basically the

6        2004-2005 school year.

7   Q.   Did you participate in the text review in

8        biology--

9   A.   No, I did not.

10  Q.   --or do you defer to your professionals?

11  A.   I--

12  Q.   Looking at that period, as you say, in the

13       ordinary course the text request would go in.

14       Any communications with the administration

15       relating to the department selection of a text?

16  A.   They usually relied on our professional

17       judgment.  And if we felt that this was an

18       acceptable biology book, it usually has never

19       been questioned.

20  Q.   Looking at the period January through March

21       2004, was there any conversations with any

22       members of the board curriculum committee during

23       that period relating to the biology text?

24  A.   We had several meetings with the curriculum

25       committee of the board.  The one that I remember

 1           was in June, though, of 2004.  But there was one

 2           that preceded that in this room -- I cannot tell

 3           you the exact date of that -- where we were

 4           present, and it had to do with the accepting of

 5           books for the family and consumer science

 6           department.  It was that.  But I cannot tell you

 7           exactly when that meeting was.  It was in this

 8           room, and it was prior to this June meeting.

 9    Q.     Just tell me generally, there was discussion

10           about that family and consumer sciences text

11           here?

12    A.     Oh, my, yes.  Oh, my, yes, that poor woman who

13           is a very gentle sole and certainly was not

14           prepared for what was coming.  It was pretty

15           upsetting, where the comparison was made between

16           the edition that she had and the new edition

17           that they had recommended.  And it was pointed

18           out to her that there were only five words'

19           difference in the entire text.  I do remember

20           that quite well.

21    Q.     Who pointed that out to her?

22    A.     Well, members of the curriculum committee were

23           Mrs. Harkins, Mr. Buckingham, and Miss Casey

24           Brown.  One of the meetings Casey Brown did not

25           attend.  It was actually Mrs. Harkins who

Exam./Gillen - Spahr                                    65

1          pointed that out.  And we had also brought the

2          other textbooks, those of the chemistry and

3          those of the biology, at the same time.  But

4          that was the time, the only time, when the other

5          department was present as well at that

6          curriculum meeting.

7     Q.   Did you leave this meeting you've just

8          referenced prior to June 2004 with the sense for

9          whether the family and consumer sciences text

10         would be purchased?

11    A.   We had doubt.  We did not know.

12    Q.   You've referenced a meeting in June.  Can you--

13         Towards the end of the month or the beginning,

14         do you know when it occurred?  I see your time

15         line gives the month.

16    A.   It had to be before we left school, and the

17         reason that I know that is I specifically asked

18         Mr. Buckingham if he would assure us that my

19         biology teachers would have this new text to

20         start the beginning of the school year because

21         they had planned to do work using the new

22         textbook obviously during the summer months.

23         And it certainly would be a tremendous waste of

24         time if, in fact, they knew full well that the

25         textbook was not going to be chosen.

1           compiling materials?

2    A.     Some board meetings that you attended there were

3           not sufficient numbers of agendas; and,

4           therefore, we sometimes asked the president of

5           the association who was always in attendance if

6           we could have a copy of hers.  And that's where

7           they came from.

8    Q.     If you'll page through the ones relating to the

9           June 7th meeting, Bert, and just let me know if

10          you have any--  Oh, there's only one set, and

11          that's SB.  Do you have any notes that relate to

12          the June 7th board meeting?

13   A.     Not to my knowledge.  If there were notes, they

14          would be attached to this.

15   Q.     Because of the way you guys put the materials

16          together?

17   A.     Yes, and because I can recognize the

18          handwriting.

19   Q.     Thanks.

20   A.     Like this is Rob Eshbach's I mean.

21   Q.     There's a notation on the first page of this

22          June 7th agenda here that says, Bert, so--

23   A.     That's me.

24   Q.     That's you.  I thought.  Did you attend the

25          June 7th, 2004 meeting?

Exam./Gillen - Spahr                     68

1  A.  I can't remember that.  I know I was at the

2      June 14th meeting.

3  Q.  Well, look at that notation, and that's what I

4      wanted to ask you about.  Do you think that

5      Sandy Bowser might have scribbled that notation

6      on the front page as a note to you to let you

7      know what she heard at the June 7th--

8  A.  That's a possibility.  I don't know where this

9      may have come up that it's on this front page,

10     but Sheila obviously is referring to Sheila

11     Harkins says they were never used and they're

12     six years old.  And the comment was bio never

13     used the books.

14         Well, this had to be in relationship, okay,

15     to this one year where not--  It's not that the

16     students didn't use the books.  It was the

17     students didn't get a book to carry home with

18     them.  They were used within the classroom.  And

19     I do believe that it was probably taken out of

20     context.  And I think this was to basically

21     alert me that this may be one of the reasons why

22     you're not getting new ones, you didn't use the

23     old ones anyway.

24 Q.  That's what I was going to ask you about, Bert.

25     When you look back at it, it seems like Barrie

1          Callahan, maybe Sheila Harkins, and others had

2          what was a mis-perception about use of that

3          text.  Is that accurate?

4     A.   I think so.  There were some other issues with

5          the text.  The text was not certainly as usable

6          when we changed the curriculum because the

7          emphasis of that book was in the area of

8          classification, and we no longer did that.  So

9          it certainly was not as useful as some of the

10         other reference books that we had available for

11         student use.

12    Q.   I think I know the answer, but let me just ask

13         you, do you have any recollection of attending

14         the June 7th meeting?

15    A.   No, I do not.

16    Q.   Let's look at the next set of minutes.  I'm

17         calling them minutes.  Actually it's the agenda

18         for the June 14th, 2004 meeting.  You said you

19         attended that, Bert?

20    A.   Yes, I did.

21    Q.   Was there a specific reason?

22    A.   Well, if you go under to curriculum, we thought

23         the books for the science department, okay, were

24         going to be approved.  And, therefore, I was in

25         attendance for that reason to know whether they

Exam./Gillen - Spahr                    71

1        rather contentious meeting.   I mean, there were

2        some exchanges that actually occurred between

3        board members that--   Now, specifics of that--

4    Q.  Well, let's just run through the board members.

5        Well, let me ask you this, let's start with

6        people in the public, do you remember any public

7        comment by Barrie Callahan?

8    A.  I don't know whether it was that specific

9        meeting, but Barrie Callahan often spoke at

10       board meetings.   And she always addressed her

11       concern that students get the newest science

12       books so that they be most updated.   And she

13       always wanted to know why the books had not been

14       ordered and why they had been delayed.

15   Q.  Do you recall her making statements to that

16       effect at this meeting or can you--

17   A.  Well, somewhere in those meetings she always

18       questioned why the board had not approved the

19       new books when the money for it had been in the

20       budget.

21   Q.  Was she referring--   She's referring to what

22       we've already talked about?

23   A.  All the science--   See, the whole science

24       department ordered new books.   Now, some were

25       automatically ordered without question, the

Exam./Gillen - Spahr                                    72

1    physics, the physical science, I think even the

2    anatomy and physiology, although they may have

3    been on that second one.  And the chem of course

4    then went.  They approved those.  But there

5    were--  The entire science department is on that

6    seven-year cycle, and every seven years we get

7    the opportunity to order new texts.

8  Q.  You've mentioned some that were automatically

9    purchased.  Were they of the same age as the

10   other books in chemistry and biology?

11 A.  Yes.  And one set of books for the -- well, it

12   was called STS at that time which is science,

13   technology, and society.  Today it's really

14   environment and ecology.  When we implemented

15   that new course after that one year where all

16   ninth and tenth graders took the biology course,

17   those books were ordered out of our cycle and

18   sequence because we had adopted the new course

19   and we needed them for the following year, and

20   without discussion, that was--

21 Q.  So did your department put in the request for

22   new books in that subject area?

23 A.  Actually the year before we were to be cycled,

24   yes.  And that--

25 Q.  And, therefore, you didn't request them again?

Exam./Gillen - Spahr                          73

1   A.    That's correct.

2   Q.    Do you recall any exchanges between

3         Mrs. Callahan and Mr. Buckingham at this

4         June 14th meeting?

5   A.    There were some words exchanged.  Lonny Langione

6         also spoke, and there were some exchanges.

7         Larry Snook  -- now, these are all former board

8         members -- basically spoke under public comment,

9         and it got somewhat heated.

10  Q.    Were the heated exchanges both between board

11        members and the public?

12  A.    Both.

13  Q.    And between board members and board members?

14  A.    That's correct.

15  Q.    Let's look at the exchanges between board

16        members and the public.  Do you remember any

17        specific statements that Mr. Buckingham made in

18        response to public comment?

19  A.    I believe this was the board meeting in which

20        the statement by him was someone died on the

21        cross so many thousand years ago.

22  Q.    Do you recall how he came to make that

23        statement?

24  A.    Not exactly.

25  Q.    Do you recall him saying anything else about the

Exam./Gillen - Spahr                    74

1        biology text?

2   A.   Not at that point.  I know there was also some

3        public comment in which a woman stood up and

4        read at length many verses from Genesis.  I

5        think this was the same board meeting.  And that

6        again I believe was under public comment.

7   Q.   Anything else memorable from Bill Buckingham's

8        statements?

9   A.   No.

10  Q.   How about Alan Bonsell, do you recall him

11       responding to public comment?

12  A.   Not specifically.

13  Q.   How about Heather Geesey, do you recall anything

14       she said at the meeting?

15  A.   I do not know whether it was this meeting--  We

16       ended up attending a lot of board meetings.  I

17       do not know whether it was this one.  There was

18       a statement made by Mrs. Geesey, and I'm not

19       exactly sure in reference to what.  And Rob,

20       Jen, and I stood up simultaneously and went to

21       the podium.  And it had to do with something

22       about attorneys and the teachers.

23  Q.   We'll get to that in due time.

24  A.   I'm not sure what board meeting that was, but it

25       was a board meeting.

75

1  Q.    Apart from that statement by Heather Geesey, do

2         you recall anything she said relating to the

3         biology text?

4  A.    No.

5  Q.    How about Jane Cleaver?

6  A.    No.

7  Q.    How about Angie Yingling?

8  A.    No.

9  Q.    How about Sheila Harkins?

10  A.    Not specifically.

11  Q.    You said not specifically.  In general do you--

12  A.    She was not president of the board then, so I

13        don't specifically remember her being singled

14        out.

15  Q.    I understand.  If you look at the agenda here

16        we're talking about, there's a statement there

17        that says, Bonsell intelligent design.  Does

18        that trigger any--

19  A.    No, it does not.

20  Q.    Bert, if you would, I'd ask you to look through

21        Miller 2.  If you look about halfway through

22        that pack of documents, there's a document there

23        that's headed at the top -- it's directed to

24        Mr. Baksa -- and it begins, the new biology text

25        we would like to order is Prentice Hall Biology

Exam./Gillen - Spahr                          76

1        by Miller and Levine copyright 2002.  It

2        concludes with, thank you, biology department.

3        Does that look familiar to you, Bert?

4    A.  Yes, it does.

5    Q.  Did you produce that document?

6    A.  I did not.

7    Q.  Who did?

8    A.  Members of the biology department.

9    Q.  And that's the process we've described?

10   A.  That's correct.  I believe Jen Miller was the

11       lead person in writing it.

12   Q.  If you flip two pages, you'll see a document

13       headed Dover Area School District and beneath

14       that, Survey of Biology Books Used in Area

15       Schools.  If you flip to the next page, Bert,

16       you'll see product profile for a book that says

17       -- it's a book by Bob Jones University Press.

18       And then if you flip further, you'll see

19       handwritten notes headed at the top, Curriculum

20       Committee and dated June 4, 2004.  Do you

21       recognize those, Bert?

22   A.  I recognize the top two documents.  I do not

23       recognize this, and I do not know whose

24       handwriting it is.

25   Q.  So let's look at the top two then.  Tell me, if

Exam./Gillen - Spahr                    77

 1          you would, when did you first see those

 2          documents?

 3     A.   We were in a curriculum meeting with the

 4          curriculum committee, and these two documents

 5          were handed to us while we were in attendance in

 6          the meeting.  Somebody had contacted Christian

 7          School of York, Delone Catholic, and York

 8          Catholic to inquire what textbook they use.  The

 9          other book was a suggestion that was given to us

10          to look at in lieu of the biology book that we

11          were suggesting.

12     Q.   Let's take a look at that now.  You indicated

13          there was a meeting of the board curriculum

14          committee?

15     A.   I believe in this room.

16     Q.   Can you date it?

17     A.   If you look at the bottom of the e-mail or the

18          book having to do with Bob Jones University, it

19          says 6/8/2004.  I'm assuming that's the date I

20          received it.  So I would think it would be

21          sometime early in June.  And the notes, if you

22          also look, are dated that same day, 6/4, of the

23          curriculum committee.

24     Q.   But you don't recall seeing the notes?

25     A.   I do not know whose notes they are, no, I do

1       not.

2   Q.  At this board curriculum committee you're

3       recalling now, who was present?

4   A.  Mr. Buckingham, Mrs. Harkins, Mr. Baksa, Jen

5       Miller, I believe Rob Eshbach, and myself.  I do

6       not know if Bob Linker was in attendance.  He's

7       a coach, and sometimes if you have meetings

8       after school, he has duties that are elsewhere,

9       so.

10  Q.  How about Casey Brown?

11  A.  One of the meetings with the curriculum

12      committee Casey Brown was not in attendance, and

13      I'm not sure for what reason.  But one she was

14      not here.

15  Q.  How about Alan Bonsell, do you recall him being

16      there?

17  A.  I do not recall whether he was present.

18  Q.  How about Richard Nilsen, Dr. Nilsen?

19  A.  I don't remember that either, and I'm not sure

20      if Dr. Peterman was there.

21  Q.  What was the subject of the meeting?

22  A.  We were again since this obviously is the

23      beginning of June of 2004 still trying to

24      resolve are we going to get the Miller and

25      Levine biology text before we left to go home

Exam./Gillen - Spahr                                    79

1        from school because the purchase order would

2        have gone out the 30th of June in preparation

3        for the July 1 change.  And so we were still

4        discussing the book.

5   Q.   Do you recall anything more specific about the

6        discussion?  Discussing the book in what way?

7        Well, do you recall anything Mr. Buckingham

8        said?  Was he complaining about the book?

9   A.   Well, he still had questions about the book.  I

10       don't know whether complaining about it, but he

11       certainly still had questions.  This was the

12       reason that he had directed I believe Mr. Baksa

13       to contact these other -- and obviously these

14       are religious schools here -- only to find out

15       Delone Catholic had the same book that we did

16       which was the Miller and Levine book.

17            The suggestion was also would we -- because

18       we had reviewed many different texts, not just

19       the Miller and Levine book, Lenko, Prentice

20       Hall, Holt, Rinehart and Winston.  We had

21       reviewed some and of course were handed this as

22       a possible suggestion for review.

23  Q.   Who handed it to you?

24  A.   I believe this was given to us by Mr. Baksa at

25       that meeting.

Exam./Gillen - Spahr                                80

1   Q.   Did Mr. Baksa ever tell you to review any of

2        those books?

3   A.   No.  He just handed it to us, and the book was

4        not present.

5   Q.   And the same thing with the book that's from Bob

6        Jones University Press, did he--

7   A.   That's the one I'm referring to, that one.  We

8        got both of these from him at that meeting,

9        these documents.

10  Q.   But he didn't tell you to review any of these it

11       sounds like.

12  A.   No.

13  Q.   Is that right?

14  A.   Not specifically, no.

15  Q.   How about in terms of recalling the discussion

16       had at the meeting, do you recall any specifics?

17  A.   I think that may have been the meeting--  It

18       certainly was one of those curriculum meetings

19       in June where I believe I looked at

20       Mr. Buckingham, and I said to him, if I hear you

21       say man and monkey in the same sentence one more

22       time, I am going to scream.  That may have been

23       the meeting.

24  Q.   Tell me about that.  Was Mr. Buckingham saying

25       man and monkey during this meeting to the extent

1          you can recall?

2    A.    Yes.

3    Q.    Well, tell me what he said in connection with

4          that--

5    A.    Well, man and monkey in the same sentence

6          sometimes has to do with certain people's

7          perception of evolution.  We have to my

8          knowledge never taught that man came from a

9          monkey.  But much of this man and monkey

10         conversation had to do with a mural that was in

11         the school district that was given to the, if

12         you will, I guess science department by a

13         student.  It was his senior focal project in the

14         late 1990 something, '98 I believe maybe, where

15         he painted a very large mural, 16 feet by

16         4 feet, of the traditional evolutionary assent

17         of man that you often see where on the one end

18         you had the four, you know, whatever and the

19         other end the upright man.

20              That mural sat in one of the science rooms,

21         now, not the present ones because the whole

22         building has been redesigned.  And I think there

23         were certain members of the board and certain

24         community members that were offended by the fact

25         that that was in the school system.

Exam./Gillen - Spahr                                    82

1    Q.    Let's stop right there.  You say I think certain

2          members of the board were offended.  Do you have

3          any specific members in mind?

4    A.    Yes, Mr. Buckingham.  And there were also other

5          employees in the school district that found that

6          mural to be offensive because of their religious

7          convictions.

8    Q.    I think I know the answer to this, but how do

9          you know that, Bert?

10   A.    Because over one weekend the mural was taken out

11         of the biology room and burned is how I have

12         that feeling.

13   Q.    I thought I might have that sense, too.  Bert,

14         if you would, would you look at Miller 4, top

15         page.  Let me refresh your recollection for the

16         purposes of this little section of the

17         deposition here.  That looks like--  That first

18         page of Miller 4 is titled, history - mural

19         evolution of man.  Is that a document that you

20         created?

21   A.    Yes.

22   Q.    Where did you get the information for that

23         document, Bert?

24   A.    I lived it.

25   Q.    You did?

Exam./Gillen - Spahr                                              85

1       which you as the science faculty are responding

2       to them?

3   A.  Other than that brief exchange, it's always been

4       a relatively civilized meeting.  That probably I

5       pushed it on that one, but finally I had had it.

6       His concern was he felt, did not know, but felt

7       that we were teaching that man comes from a

8       monkey.

9   Q.  Now, did he say that?

10  A.  Yes, in some discussions he actually said that.

11      And I said to him, and the biology teachers

12      obviously said it more emphatically than I did,

13      that was not my perception.  To my knowledge--

14      Now, I have to say to my knowledge because I am

15      as department chair a facilitator of doing

16      things.  I am not a first line supervisor.  I do

17      not have the opportunity to go into biology

18      classrooms and see and hear what they are

19      teaching.  That's not part of my job

20      description.

21          So I'm saying, okay, his perception was we

22      teach man comes from a monkey.  And I felt that

23      that came about because of the relationship to

24      this mural, if the mural is sitting in a

25      classroom.  And it was because the building and

 1          grounds people refused to hang it on the wall so

 2          it had a permanent hanging.  So this is where I

 3          got some of the clue that something was amiss

 4          here.

 5               The science department had requested that

 6          like all the other murals in the school it be

 7          permanently affixed to the wall so it was

 8          stationary.  And for whatever reason, the

 9          building and grounds people would not do that.

10          And so it was sitting on the chalkboard in the

11          back of the room in the tray.

12     Q.   Let me ask you, Bert, the document you created

13          which is the first document in the packet marked

14          Miller 4 halfway down has a reference to a

15          Mr. Reeser?

16     A.   That's correct.

17     Q.   Was Mr. Reeser building and grounds?

18     A.   He was the head of building and grounds for the

19          district, not just the high school, for the

20          district, yes.

21     Q.   Would Mr. Reeser be the person who would be

22          charged with seeing to it that the mural was

23          affixed as the department desired?

24     A.   We originally asked the janitorial staff that

25          services our building which would have been the

Exam./Gillen - Spahr                    87

1       high school, and they in turn apparently before

2       they could hang it up had to get permission from

3       Mr. Reeser, and that permission was not granted.

4   Q.  Continue, Bert, with your story.  You've got

5       this sense that the mural is underlying

6       Mr. Buckingham's concerns, and you bring that to

7       his attention.  What happens next?  What's the

8       nature of the exchange?

9   A.  I specifically asked him, does this go back to

10      the time of the mural because man and monkey

11      would certainly evolve from this picture.  And

12      he questioned as to whether that was what our

13      biology department was teaching in these biology

14      classes.

15          And it was at that point that Jen Miller

16      and the biology people responded to that because

17      I could not answer that.  I did not know that.

18      That pretty much, you know, once we had gotten

19      over that, that ended it, and we went on to

20      something else.

21  Q.  Do you recall what Jen said?

22  A.  Not specifically.  But to my knowledge, she

23      indicated that none of the present biology

24      teachers ever teach that man comes from a

25      monkey.

Exam./Gillen - Spahr

1   Q.   You say to your knowledge, Bert.  Are you saying

2        based on what Jen had told you earlier about the

3        way in which she presented evolutionary theory?

4   A.   Yes.  I do not have that firsthand.

5   Q.   We've got some statements by Mr. Buckingham at

6        this meeting.  How about you say Sheila was

7        there.  Did Sheila Harkins say anything?

8   A.   Not that sticks out in my mind.

9   Q.   Did she react or how did she react to

10       Mr. Buckingham's comments?

11  A.   I think she raised her eyes when I spoke to him,

12       as I recall.  But she did not make a comment,

13       you know, in regard to what he had said to me.

14  Q.   You say you let Mr. Buckingham have it that

15       time?

16  A.   I don't know whether I'd say have it.  I just

17       simply said to him, if I hear man and monkey in

18       the same sentence one more time, I am going to

19       scream indicating that I had heard enough of it.

20       But, I mean, that was the only exchange.  I may

21       have raised my voice, but, I mean, I didn't--

22  Q.   How about any of the other biology teachers, do

23       you recall them saying anything at this meeting?

24  A.   I'm sure they had input.  I'm not sure

25       specifically what.  Our major concern at the

1          June meeting, wherever this was, okay, was are

2          we going to have this biology book for the start

3          of school.  It was the last day of school.  We

4          wanted to go home.  And so we didn't want to

5          delay this any longer than we needed to.  Our

6          purpose was to find out will we have a biology

7          book.  And that's primarily.  And then the next

8          monkey wrench.

9     Q.   Miller 4 references the destruction of the

10         mural.  Do you recall any discussion with

11         Mr. Buckingham relating to the destruction of

12         the mural?

13    A.   Not with Mr. Buckingham.  I don't think

14         Mr. Buckingham was in the school district at

15         that time.  So--  Now, he certainly--  I think

16         somewhere in all of our meetings the destruction

17         of the mural came up because a board policy was

18         created on accepting contributions from students

19         and outside sources as a result of that where

20         the board I guess had not been asked for

21         approving the fact that the student gave this

22         mural to the school.

23              I'm not exactly sure what the mechanics

24         were whereby the student gave it to the school

25         because it was in a classroom of a teacher who

Exam./Gillen - Spahr                    91

1              (Recess taken)

2     BY MR. GILLEN:

3     Q.    Bert, we were speaking about a meeting with the

4           board curriculum committee which you believe I

5           think was sometime in June?

6     A.    That's correct.

7     Q.    We had some discussion about the exchanges that

8           occurred in that meeting.  I want to ask you, do

9           you remember the book Of Pandas coming up at

10          that time?

11    A.    It did not come up at that meeting.

12    Q.    You have a definite recollection that it did

13          not?

14    A.    I do.

15    Q.    How about specific complaints that

16          Mr. Buckingham had with the text?

17    A.    One of Mr. Buckingham's complaints was that it

18          was laced with Darwinism.

19    Q.    Do you remember him saying that?

20    A.    Yes.

21    Q.    Do you remember--

22    A.    I do not know if it was at that specific

23          meeting, but that was one of his complaints

24          about the textbook that we had selected.

25    Q.    Did he tell you what he meant by that?  Did he

1     elaborate?

2  A.    He indicated that references to Darwin's theory

3     of evolution was in more than one place in the

4     chapter in the biology text on evolution.

5  Q.    Do you remember him going through the text in

6     any way with page numbers or anything?

7  A.    Yes.  And that is on a document which I believe

8     you have in your possession.

9  Q.    Are you referencing to these handwritten notes?

10  A.    No.  It is a typed document.

11  Q.    Why don't you take a look at Miller 2.  Does

12     that document look familiar to you?

13  A.    Yes, it does.

14  Q.    Do you think that you saw this document we're

15     looking at now which is one of the documents in

16     Miller 2 headed, Teachers Edition Prentice Hall

17     Biology Miller/Levine with a handwritten

18     notation, given to Jen Miller in the upper right

19     hand corner, do you think you've seen that

20     before?

21  A.    Yes, I have.

22  Q.    Do you think you saw it in connection with the

23     meeting we're talking about now in June of 2004?

24  A.    I do not know if we received it at that specific

25     meeting, but we received a copy of this after

1              Mr. Buckingham had reviewed what was the teacher

2        edition of the 2002 Miller and Levine book.  And

3        that was the only one that we had for him to

4        review.  It was sent to us by the Prentice Hall

5        rep.

6              And some of the objections that he cited

7        here had to do with references that appeared in

8        the teacher's edition that would never have been

9        seen by a student.

10   Q.   Do you recall any discussion at the meeting

11        along the lines you just suggested?

12   A.   I remember Jen Miller pointing out to him that

13        this was not a student edition of the book but

14        it was the only one that we had available for

15        him to take with him to review.

16   Q.   If I understand you correctly, Bert, you're

17        saying Jen was pointing out to him that some of

18        his marked pages were pages that students would

19        never see?

20   A.   That's correct, where they had suggested

21        discussion questions.  They had suggested

22        activities to be used by the teacher, whether a

23        teacher chose to do so.  The student certainly,

24        though, would never have seen those suggestions.

25   Q.   Apart from that exchange between Mr. Buckingham

Exam./Gillen - Spahr

1      and Miss Miller and what we've already talked

2      about, do you recall anything else being said at

3      the meeting by Mr. Buckingham about the text or

4      his reservations with the--

5   A.  Not at that particular meeting, no.

6   Q.  You say not at that particular meeting.  Did you

7      have discussions with him later?

8   A.  I did not have discussions with him later.

9      Subsequently to this June meeting, right before

10     we left to come home from school, this book rep

11     sent us and Rob received the book the 2004

12     edition of Miller and Levine.

13          I immediately because I am an honest person

14     called Mr. Baksa and I said, you need to be

15     prepared that there is now a 2004 edition of

16     this textbook out there before the vote which we

17     thought was going to occur in July goes down to

18     purchase the 2002 edition.

19  Q.  Stop right there.  I see where you're going.

20     Let me ask you, about when did you get the 2004

21     edition?

22  A.  It was sometime between this meeting and when we

23     left to go home for the summer.

24  Q.  Now, if you turn the page on Miller 2, there's

25     an e-mail I don't want you to look at.  Turn the

Exam./Gillen - Spahr                95

1      page again if you would, Bert.  We're looking at

2      a page that has at its top the heading, Beyond

3      the Evolution versus Creation Debate.  It has a

4      handwritten notation, given to me by Baksa

5      spring 2004.  Do you recall seeing this

6      document?

7   A.  I recall seeing it.  I have a copy in my file.

8   Q.  When did you see this Bert?

9   A.  I cannot tell you what meeting this was given to

10      us by Mr. Baksa, but it was sometime in the

11      spring of 2004.  It was before that summer

12      curriculum meeting.

13  Q.  Before the June meeting we've been discussing?

14  A.  I believe.

15  Q.  Do you recall a discussion of this chart?

16  A.  No, I do not.

17  Q.  If you flip the page again, Bert, to a document

18      that is headed Dover Area School District

19      Changes in the 2002 and 2004 Copyright Biology

20      Books from Prentice Hall, do you recognize that

21      document?

22  A.  Yes, I do.

23  Q.  Does that document relate to the process you've

24      just described of receiving an updated edition

25      before the close of the school year in the

Exam./Gillen - Spahr                              96

1        spring of 2004?

2    A.   The book that we received was very close to when

3         we left at the end of school which would have

4         been in June.  That was when we got the 2004

5         edition.  But, yes, I recognize this document.

6    Q.   Now, if I look at Miller 4, I see an entry for

7         July 2004, and it references that J. Miller,

8         Spahr, Baksa, Nilsen reviewed the chapter on

9         evolution.  Now, let me ask you, did that review

10        take place at the beginning, the middle, or in

11        the end of July?

12   A.   I have no idea.  I know we were all home for the

13        summer vacation, and all of us came to

14        Dr. Nilsen's office to review the two editions

15        of the book side by side.

16   Q.   Do you know if the meeting you've just

17        referenced occurred before or after whatever

18        board meetings were had by the school board in

19        July of 2004?

20   A.   My recollection is that it was probably before

21        because the ordering of the book was tabled

22        until the August meeting in terms of having

23        people review the comparison.

24   Q.   So you think the review took place prior to the

25        July board meeting?

1   A.    I believe so.

2   Q.    Then let's look at that document headed Changes

3         in the 2002-2004 Copyright Biology Books.  Tell

4         me what sort of reviews you conducted.

5   A.    We opened both books to the chapter on evolution

6         because the other chapters were not in question,

7         and we read paragraph by paragraph, picture,

8         diagram by diagram to see where the changes were

9         between the two editions.

10              Our conclusion when we got to the end was

11        that we felt that the 2004 edition would

12        probably be less offensive to most people than

13        the 2002 edition.  And, therefore, our

14        recommendation was that we actually purchase one

15        that was not already two, three years old but

16        the 2004 edition.

17  Q.    Did you look through the book yourself, Bert?

18  A.    I was, yes, sitting at the table.

19  Q.    As you went through it, did you compare the

20        presentation of evolutionary theory in the 2002

21        edition and in the 2004?

22  A.    Yes.

23  Q.    Did you have an impression as to the thrust of

24        the changes made in the presentation of the 2004

25        text?

1          what had previously been done in the textbooks

2          in evolution.  I think I was the one that

3          basically wrote down words.  I believe Jen had

4          one book.  I believe Mr. Baksa had the other

5          book.  And Dr. Nilsen would be floating in and

6          out.  So it was kind of a collaborative effort

7          where we were literally comparing one chapter to

8          the other.

9   Q.    I don't want to belabor it.  I just want to get

10         a sense for the nature of that review.  I know

11         biology isn't your field.  So when you're

12         reviewing the text, I know you're comparing the

13         presentation of evolutionary theory in the two

14         versions, correct?

15  A.    That's correct.

16  Q.    What are you reviewing them in light of?  I

17         mean, what are you looking for?

18  A.    Well, we certainly were looking to see if, in

19         fact -- because certain chapters are never

20         changed from one edition to another.  We were

21         looking to see whether the new chapter in the

22         2004 book reflected any changes in light of the

23         controversy that had been seen in print in the

24         last several years because certainly this issue

25         has been in print, e-mail, in documents,

Exam./Gillen - Spahr                          100

1       discussed all kinds of places.  And we were

2       there to see whether they had made changes that

3       would make the book less controversial to

4       people.

5   Q.  You say seen in print.  Are you referring to

6       just media generally apart from Dover Area--

7   A.  Yes, yes.

8   Q.  When you are referencing that sort of

9       controversy, Bert, what are you getting at

10      exactly?

11  A.  Well, there were court cases that were taking

12      place in Georgia, there were some in Kansas,

13      there were some in Michigan which involved this

14      evolution and creationism discussion, and

15      certain books certainly came up.

16          In Texas the discussion came up.  And one

17      of the big things is Texas purchases one book

18      for the entire state.  And, therefore, if you

19      are going to have this purchased, then you

20      certainly want to make the chapter that deals

21      with evolution the least offensive to attract

22      the greatest audience.  And we felt it literally

23      had been softened.

24  Q.  You reference the evolution versus creationism

25      debate, and we're talking about the period of

Exam./Gillen - Spahr                            101

1         July 2004.  By that time, Bert, did you have an

2         opinion concerning whether intelligent design

3         was equivalent to creationism?

4    A.   I never heard the word intelligent design up

5         until that time.

6    Q.   Up until what time?

7    A.   Actually August of 2004.

8    Q.   So are you just--  Well, let me ask you, you're

9         saying in the June board meetings you didn't

10        hear the term intelligent design?

11   A.   I did not because I--  I don't remember it,

12        okay.  I do not remember it.  It certainly was

13        not a discussion among the members of my

14        department.  Intelligent design never came to us

15        until the book Of Pandas and People came to our

16        attention.

17   Q.   So when you're reviewing the text here in

18        July 2004, you're reviewing the text to see if

19        it's less controversial from the standpoint of

20        creationism?

21   A.   Well, certainly less controversial with the

22        introduction of the words primates meaning

23        monkeys or common descent.  That was a big bone

24        of contention, the stress being change over

25        time.  And those were the kind of things that we

Exam./Gillen - Spahr                          102

1        were basically looking at, at that particular

2        point in time.

3   Q.   Let me see if I can go at this a different way

4        here.  When you came away from your review of

5        the text, you say that you thought it would be

6        more acceptable?

7   A.   We felt that.

8   Q.   Tell me why.

9   A.   Because some of the words that had been used,

10       some of the diagrams and some of the pictures

11       were removed from the 2004 edition.  This whole

12       idea of common descent was a big controversial

13       issue, anything obviously having to do with

14       primates.

15            But when we reviewed it, and we basically

16       did it from the beginning to the end of the

17       chapter, and felt that Miller and Levine had

18       done their best in doing the new edition to

19       soften it and make it more appealing to a larger

20       audience.

21   Q.  When you looked at those changes, did you have

22       any sense for what was driving them?  I mean--

23   A.   No.

24   Q.   No?

25   A.   I did not.

Exam./Gillen - Spahr                            103

1    Q.   Well, did you see them as addressing specific

2         claims advanced on behalf of evolutionary

3         theory?

4    A.   I was not aware of that, no.  That was not what

5         I was looking for.  I was reading sentence by

6         sentence and not necessarily comprehending

7         anything that was being presented.  We were just

8         hunting differences to point out.

9    Q.   And it seems like when you were hunting

10        differences you were doing it in large in this

11        sort of cultural controversy you've referenced.

12        Is that right?

13   A.   That's correct.

14   Q.   You've referenced common descent several times.

15        Numbered Item 11 on the page we're looking at

16        now says, in same paragraph deletes common

17        descent.  Do you recall any discussion among the

18        science faculty or the science faculty and the

19        administration relating to that deletion, what

20        significance it might have?

21   A.   I don't recall any, no.  That's not to say some

22        discussion did not occur.

23   Q.   Understood.  You indicated that you--  Who was

24        it, Jen Miller?

25   A.   I think Jen Miller had the one book, and

Exam./Gillen - Spahr                     104

1          Mr. Baksa had the second book, and I was kind of

2          there writing.  We both kind of, you know--  We

3          commonly, you know, shared because of course we

4          knew that the board meeting was imminent and now

5          here we were with a new edition, and we knew it

6          was going to present a new problem.

7     Q.   A new problem or a solution?

8     A.   No, a new problem in that we had been assured in

9          June that the 2002 edition of the Miller and

10         Levine book was going to be approved by the

11         board.

12    Q.   Let's go back to that.  Thanks, Bert.  So when

13         you came away from the June 2004 meeting with

14         the board curriculum committee, it was your

15         understanding that Miller and Levine 2002 would

16         be approved by--

17    A.   We were assured by that curriculum committee

18         that the 2002 book would be ordered.

19    Q.   Then the new book comes, and you see it's up in

20         the air again.  Is that correct?

21    A.   We felt it probably would be because now there's

22         a new edition.  And they always pointed out, you

23         know, why would you waste money buying a 2002

24         edition when, in fact, it's always three years

25         old even though the date says 2002 when now

Exam./Gillen - Spahr                                    105

1          there is a new one which is now on the market.

2              And that was the reason I called Mr. Baksa

3          and said, you know, I hate to tell you this but

4          the new one has now been received by us, what do

5          we need to do.  And that's when we sat down and

6          we attempted to go through and see where they

7          differed.

8     Q.   It seems you anticipated an objection to the

9          2002 text based on it being old already?

10    A.   Yes.

11    Q.   Now, did you generate this document we're

12         looking at, Bert, that's got the heading,

13         Changes in the 2002 and 2004 Copyright Biology

14         Books?

15    A.   I believe we had written it in pencil, and I

16         think it was my understanding that Mr. Baksa's

17         secretary actually typed the document as you see

18         it here.

19    Q.   Did you have a meeting with the board curriculum

20         committee as a result of the work that we need

21         to preparing that document?

22    A.   Not to my knowledge.  It was summer, and it

23         would be hard to find with everybody's

24         vacations, you know.

25    Q.   So you don't think there was any other meetings?

Exam./Gillen - Spahr                    106

1   A.    I do not believe we ever had any meeting with

2         the board subsequent to this.

3   Q.    The board curriculum committee?

4   A.    With the board curriculum committee, that's

5         correct.

6   Q.    If you would, Bert, please look at Miller 3, the

7         agenda for the July 2nd, 2004 board meeting.

8   A.    July 12th?

9   Q.    Yes.  If you go to Item XIII curriculum, you'll

10        see a notation on the right hand side, table to

11        next meeting going into new edition at no

12        additional cost.  Does that reflect what we just

13        talked about?

14  A.    Yes.

15  Q.    So it was tabled at the July 12th meeting.  From

16        your standpoint, Bert, you've got this meeting

17        where you've reviewed the differences in the

18        text, and was there anything, any communications

19        that you had with either the administration,

20        members of the school board, or your science

21        faculty relating to the science biology textbook

22        between that meeting you just discussed in July

23        and the board meeting that was held on

24        August 2nd, 2004?

25  A.    Not to my knowledge.

Exam./Gillen - Spahr                              107

1   Q.   Did you attend the August 2nd board meeting?

2   A.   I don't think so because I think I was on

3        vacation.  I was not in attendance at the August

4        board meeting.

5   Q.   But at some point in August it seems to me based

6        on what you've said that the book Of Pandas came

7        to your attention?

8   A.   My recollection is when we met in Mr. -- with

9        Mr. Baksa in July in Dr. Nilsen's office I

10       believe a copy of Of Pandas and People was given

11       to Jen to look at.  Nothing was said about it

12       other than this is a book, would she please, you

13       know, look at it or, you know, read through it.

14       I did not have one.  It was just given to her at

15       that time.

16  Q.   Now, I just remembered something I wanted to ask

17       you about.  Going back to that June 2004

18       meeting, do you recall there being any

19       videotapes or DVDs given to the science faculty

20       for review in that June meeting?

21  A.   I don't know when it was, the department was

22       given a video which I believe was a set of

23       three, or certainly there were three videos

24       involved.  And on the last in-service day the

25       biology department viewed that video.  And it

1           had to do with discrepancies in the Darwin

2           theory.

3                   And while we were viewing the video,

4           Mr. Baksa came into the building, and I jokingly

5           said, see, we're doing what you asked us to do,

6           we're watching this video.  And he asked us, you

7           know, how we felt about it.  And we said, there

8           is some validity to it.  Now, are we going to

9           use it in our classroom, but, you know, we were

10          willing to say, yes, there certainly is some

11          validity to what we're looking at.

12                  And interestingly enough, one of the people

13          on the video was one of the two authors of the

14          bio book.  But, yes, we did view one video, and

15          it was basically on the last day of the school

16          year as I recall.

17    Q.    And in that meeting in June do you recall there

18          being some discussion of gaps in evolutionary

19          theory and Jen Miller saying something like, you

20          know, we can present the information on gaps?

21    A.    As a compromise to this curriculum committee,

22          we -- when I say we, certainly the biology

23          teachers because I don't teach it -- would be

24          willing to point out that there are some gaps in

25          this theory.  And we were willing to do that

Exam./Gillen - Spahr                                    109

1          thinking that we could maybe get this settled if

2          this was going to be what would make him happy.

3     Q.   Do you recall Jen saying something to the effect

4          of I show the gaps to my students anyway?

5     A.   Many of the biology teachers have already done

6          that as past practice.  But now what we would

7          have been directed to do at that point is to see

8          to it that every biology teacher would basically

9          be teaching this as a consistency.

10    Q.   Okay, I see.  Back now to July and Of Pandas,

11         you think it was then that Jen got a copy to

12         review?

13    A.   Yes.

14    Q.   How about yourself, did you ever--  I know it's

15         not your subject matter, but did you ever review

16         the text?

17    A.   Yes, I did.  I read only the beginning which was

18         the overview.  There's a beginning which is the

19         overview which covers all of the chapters, and

20         then there's obviously what follows it which

21         goes into greater depth.  I read the overview.

22    Q.   What was your take on it, Bert, after you

23         reviewed the text?

24    A.   I felt that the reading level of the text

25         material would never have been suitable to a

1          ninth grader.  I have a master's degree, and I

2          could barely get through it.  Now, granted it is

3          not my area of expertise, but it was very, very

4          difficult to read.  I felt that it was not good

5          science, and I felt that there were some

6          statements in there actually concerning

7          chemicals that were not accurate.

8              I further went to the front of it.  I

9          looked who published it, tried to look up some

10         information on the publisher.  To my knowledge,

11         this company that's out of Texas prior to the

12         publishing of this book has only ever published

13         labels in farming and manuals.

14             I furthermore then tried to research the

15         authors to see what their background was.  I

16         looked at who had reviewed the book and found

17         there was one high school teacher and everybody

18         else was college professors.  So I felt that the

19         book was more suitable to freshmen or sophomore

20         college students than it ever would have been to

21         a ninth grade student body.

22    Q.   You said you felt there was not good science.

23         What did you mean by that, Bert?

24    A.   Well, that it had some statements in it -- one

25         had to do with the oxidation of carbon

Exam./Gillen - Spahr                    111

1       compounds -- which when you read it just was not

2       accurate.  It had things in it which were not

3       going to be able to be proven, okay?  In other

4       words, if you--  I mean, I felt that what they

5       were putting forth was a belief and not a

6       theory.

7    Q.  You've referenced some things that you think

8       couldn't be proven and so on.  I just want to

9       make sure I understand what you're getting at

10      there.  Tell me more about that, Bert, when you

11      say things that couldn't be proven.

12   A.  Well, a belief is difficult to prove in a lab

13      situation which is everything in science is

14      pretty much lab based.  For instance, I cannot

15      prove what God is or is not.  It is a belief.

16      Where a theory has been time-tested explanations

17      which basically cover observations and is our

18      foundation in science.  It is different from a

19      law, and it is different from a hypothesis.

20   Q.  I take it you understood the text to be

21      advancing claims that were not -- did not

22      satisfy your conception of what a theory was.

23      Is that correct?

24   A.  That's correct.

25   Q.  And it seems, Bert, from what you've said that

Exam./Gillen - Spahr

1       your overall criteria seems to be testable in a

2       lab situation?

3   A.  Yes.

4   Q.  Apart from these reservations you've referenced,

5       anything else?  You said earlier that it was

6       during this period of time that you first heard

7       the term intelligent design.  Did you first hear

8       it through your review of this book--

9   A.  Yes.

10  Q.  --learned of the term intelligent design?  How

11      about did you ever speak with Jen Miller about

12      the text Of Pandas?

13  A.  Not until we returned to school that fall which

14      was 2004.

15  Q.  Just when does school start, September?

16  A.  No.  Usually it's the last week of August.  I

17      think because of the building project one year

18      we went after Labor Day which I can't remember

19      which year that is.  But that was due to the

20      building project.  But normally we begin school

21      the last week of August.

22  Q.  Tell me what you recall about your discussions

23      with Jen about the book.

24  A.  We talked about the readability of the book --

25      and everybody who looked at it maintained that

1       the readability was too far above the level of

2       the students it was supposed to serve -- some of

3       the theories which were presented in the book.

4              And I think I have some notes somewhere

5       having to do with notes that I had taken when we

6       read the book because I remember asking I don't

7       know whether it was Mr. Buckingham, but it was

8       somebody on the curriculum committee, to explain

9       what this meant that I read in the book because

10      I as a scientist could not figure out what they

11      were basically trying to say and did not get a

12      response to that.

13             It was a pretty sophisticated vocabulary,

14      and their explanations were well beyond the

15      comprehension of ninth graders even if they were

16      honor students.  We did discuss that, though.

17   Q.    You discussed that with Mr. Buckingham?

18   A.    No, with Jen.

19   Q.    Oh, with Jen?

20   A.    And the department.

21   Q.    Let's ask about that, how about Rob Eshbach, do

22         you recall any discussions with him?

23   A.    I do not know whether he had a copy of the book,

24         but he certainly read excerpts from the book.

25   Q.    You said you did some research on the book.  Did

Exam./Gillen - Spahr                                    114

1              you find criticisms of it online?

2    A.        Yes.

3    Q.        Did you collect those?

4    A.        Yes.

5    Q.        I know that you provided me with some documents.

6    A.        Yes.  And those are the ones that I had in my

7              possession.

8    Q.        Do you recall discussing the book with Bryan

9              Rehm?  Was he still at the district at that

10             time?

11   A.        No, he was not.

12   Q.        Discussions with members of the board curriculum

13             committee about the book?

14   A.        I don't remember discussing Of Pandas and

15             People.  I never heard of the book other than

16             when it was given by Mr. Baksa to Jen at that

17             July meeting.  I was not at the August board

18             meeting when the vote to purchase the at that

19             point 2004 edition of Miller and Levine came up

20             for the vote.  It went to a four/four tie.  Then

21             Mrs. Yingling switched to a five/three.

22                 And of course I was away but was appalled

23             when I got back because I had been assured by

24             the curriculum committee that this book was

25             going to go through and then come to find out

Exam./Gillen - Spahr                          115

1       that Mr. Buckingham had voted no on the book

2       unless Of Pandas and People would serve as a

3       companion book and be given to each student.

4       Now, that was the first time I had ever heard

5       anything about this book becoming a student

6       text, so.

7   Q.  When you returned, obviously somebody informed

8       you as to what had transpired at the August 2nd

9       board meeting.  Who was that?

10  A.  Well, I can't tell you exactly.  I do know that

11      before I left we had prepared all of the

12      purchase orders so that if this were approved we

13      had called the book companies, and the book

14      companies had assured us that within receipt of

15      the fax on the day after the board had approved

16      it they would have those textbooks in our

17      possession within two weeks.  So we assumed that

18      this was going to go ahead.

19         Now, the purchase orders were in the hands

20      of Dawn Spahr, not a relative of mine who was

21      the secretary to our principal, and they were

22      automatically when the vote went down faxed to

23      them.

24  Q.  So the book was approved and purchased?

25  A.  That's correct.

1    do you seem to recall that Casey Brown had not

2    reviewed the Of Pandas text?

3  A.  I have no knowledge of that.  I don't know.

4  Q.  I'm sorry, then I mistook what you just said.

5  A.  I think she was asking of Mr. Eshbach who

6    represented the science department if we had any

7    knowledge of the Of Pandas and People book, and

8    he said he did not because he was not at either

9    of these other two.

10  Q.  So, in other words, if Jen Miller had been there

11    or you had been there, you would have known, but

12    Rob Eshbach had not been at those meetings?

13  A.  That's correct.

14  Q.  Do you recall a meeting in August where this --

15    the use of Of Pandas was discussed with the

16    board curriculum committee?

17  A.  Yes.

18  Q.  Tell me what you recall about that meeting.

19  A.  What I recall about the meeting is that, number

20    one, the science department was certainly based

21    on the fact of its readability or lack thereof

22    happy to spend the kind of money that would be

23    necessary to purchase those companion books for

24    each student because we ordered 250 books, so

25    that would mean 250 additional of these books.

Exam./Gillen - Spahr

1      And budget constraints were pretty narrow.

2           And of course one of our questions was

3      where are the extra moneys for these books going

4      to come from.  Plus we thought they would not

5      serve the students well because of their

6      difficulty in vocabulary and readability.

7           So then it was suggested, and I cannot

8      remember by whom, that the Panda book only be

9      used as a reference text, that they be placed in

10     the science classroom for use for students who

11     chose to read them or whatever.  And we're told

12     that the goal of the administration was to place

13     the books in the classrooms as reference as

14     opposed to having each student have his own.

15  Q.   Do you recall who specifically made that

16       suggestion?

17  A.   No.  I believe Mr. Baksa and Dr. Nilsen were

18       trying to appease both sides that, okay, if they

19       say we must have Of Pandas and People and we say

20       we do not want the students to carry two books,

21       we have enough trouble truly trying to get them

22       to carry one, that again we tried to compromise.

23       You know, we thought that this would be an

24       acceptable possible solution.

25  Q.   You say you tried to compromise.  Did the

Exam./Gillen - Spahr                    119

1     faculty indicate an openness to that use of Of

2     Pandas?

3  A.  You mean the science faculty?

4  Q.  Yes.

5  A.  Biology teachers?

6  Q.  Yes.

7  A.  They agreed.

8  Q.  Let me ask you, we referenced that fall meeting

9     in 2003 with Alan Bonsell.  Had you done

10    research on the legality of presenting

11    creationism or intelligent design?

12 A.  I did not do the research.  Somebody who was a

13    member of the association, and it was actually

14    the legislative committee, when this came to be

15    actually did the research and handed me the

16    packet of papers.

17 Q.  When this came to be, meaning this dispute or

18    issue came up?

19 A.  The controversy.

20 Q.  Was that in 2003 that it first came up and you

21    mentioned the issue to your association?

22 A.  Well, it was wherever that meeting was with

23    Mr. Bonsell.

24 Q.  That was my question, Bert.  So you had the

25    materials we're talking about now prior to the

Exam./Gillen - Spahr                                    120

1          meeting with Mr. Bonsell in the fall of 2003?

2   A.     Yes.

3   Q.     Do you recall giving those materials to

4          Mr. Bonsell?

5   A.     I remember having those materials.  I remember

6          when the discussion arose I actually had read

7          from those materials some things that were

8          highlighted.  I believe one member of the board

9          asked if they could have copies of those things

10         and was given to one of the secretaries to make

11         copies of.  I cannot tell you for certain

12         whether it was Mr. Bonsell or whether it was

13         Casey Brown, but it was somebody.  Somebody did

14         take those materials, copies of them.

15  Q.     So they got a copy of your materials?

16  A.     That's correct.

17  Q.     Bert, if you had to sum up what those

18         materials-- Did you provide me those materials?

19  A.     I think so.

20              MS. PENNY:  Why don't we go off the record

21         a moment and make sure.

22              (Discussion held off the record)

23              MR. GILLEN:  We are back on the record and

24         have confirmed that Bert in response to my

25         subpoena provided me with a set of documents

1        labeled research which I am going to mark as--

2        I'm going to mark the whole packet as

3        B. Spahr 1.

4              (B. Spahr Deposition Exhibit #1 marked for

5        identification)

6    BY MR. GILLEN:

7    Q.   What we've marked now is B. Spahr 1, and, Bert,

8        I'm going to ask you a few things.  If we flip

9        through this collection of documents, we come to

10       a set that has a handwritten hash mark in the

11       upper right hand corner, and about a third of

12       the way down the document a bold heading that

13       says, what does the Constitution say about

14       teaching the religious theories of creation.

15       And then beneath that there's another heading,

16       what is creationism?  What is creation science?

17       What is intelligent design theory?  And then

18       there's some highlighting on that page.  I'm

19       going to ask you, Bert, do you believe that

20       these are documents you brought to the meeting

21       with Alan Bonsell in the fall of 2003?

22   A.   I believe I brought them to some meeting.  I

23       cannot specifically say if it was that

24       particular one.

25   Q.   Do you recall a board member asking you for

Exam./Gillen - Spahr                              122

1        copies of these documents?

2    A.  Yes, I do.

3    Q.  Do you recall which one?

4    A.  Not specifically.

5    Q.  Do you have a sense for who -- which board

6        members it might have been who asked for copies?

7    A.  I believe it may have been Mr. Bonsell.  It

8        might also have been Casey Brown.

9    Q.  In the meeting we're referencing, did you have

10       discussion with the members of the board

11       curriculum committee concerning the legality of

12       presenting creationism in the classroom?

13   A.  Yes.  And we actually read from some of these

14       documents.

15   Q.  The document we've just discussed, is that the

16       only document that you brought to the meeting

17       you're recalling?

18   A.  I cannot say that for sure.  I don't know how

19       many of these documents I would have had in my

20       possession at that time.

21   Q.  But the document we're talking about now is

22       highlighted, and if I understand you correctly,

23       it's that highlighting that makes you confident

24       you brought it to the meeting?

25   A.  I brought it to some meeting, yes, yes.

Exam./Gillen - Spahr                                123

1   Q.   Do you recall discussing the legality of

2        teaching creationism with Mr. Bonsell in the

3        fall of 2003?

4   A.   I know we brought up in someone's presence this

5        idea because we actually read may a teacher of

6        science who teaches evolution also teach

7        religious theories of creation and then said,

8        you know, these are the responses which we have

9        found and our concern is that we will go into

10       the classroom and be asked to commit an illegal

11       act.

12  Q.   Do you recall Mr. Bonsell responding to that--

13  A.   No, I do not.

14  Q.   --concern at that time?

15  A.   He was listening and was very open to what we

16       had to say.  I do not remember him giving us an

17       answer.

18  Q.   How did you come by the documents that you

19       brought to this meeting which we're discussing?

20  A.   A member of our professional organization who I

21       believe is on the legislative committee when

22       this topic came up researched religion in the

23       science class, printed it off of the Internet,

24       and presented it to me as department head.

25  Q.   Bert, if you would just page through the

Exam./Gillen - Spahr                    125

1          journal that contained articles having to do

2          with intelligent design and creationism and

3          evolution and then tried to find that magazine

4          or that journal.  We did not have it available

5          in our high school.

6     Q.   Do you know when you made that note, Bert?

7     A.   No, I do not.

8     Q.   Is the handwriting above the reference to

9          skeptical inquirer Volume 27, is that your

10         handwriting?

11    A.   No.  That is the handwriting of Priscilla Lauer

12         who also gave us some reference material on this

13         issue.  She has written some letters to the

14         editor.  She is a biology teacher and was very

15         concerned over this issue and, therefore, did

16         some research on her own and presented us with

17         this material.

18    Q.   Is this material that you also brought to the

19         meeting with Mr. Bonsell?

20    A.   I do not know that.  I did not carry all of the

21         reference materials with me to that meeting.  I

22         believe that I carried only the ones that had to

23         do with religion in the public school systems

24         and some of the court cases.

25    Q.   Bert, were you more focused on the legality as

Exam./Gillen - Spahr

126

1      you saw it at that time?

2   A.   Yes.

3   Q.   Do you think you had looked at this material

4        prior to the fall -- prior to the meeting we're

5        discussing?

6   A.   I don't think so.

7   Q.   You don't?

8   A.   No.

9   Q.   Why is that?

10  A.   I just didn't have time since my primary

11       obligation is to teach students and I had labs

12       to set up and tests to grade.  So I did not read

13       through all of these articles which are here in

14       the research packet certainly prior to that

15       meeting.

16  Q.   Sure.  How about do you think that you had

17       received these documents from Ms. Lauer prior to

18       the meeting we're discussing?

19  A.   I can't answer that.  My guess would be that

20       that could not be possible because the reference

21       to the skeptical inquirer is from a

22       September/November 2003 journal.  And I now

23       have, and I think you do as well, that reprint

24       of that article.  We actually didn't have the

25       magazine, but we basically, I believe, were able

```
 1              to acquire a reprint of it where it talks about

 2              science and religion.

 3     Q.       As we sit here today, is there any way for you

 4              to tell me any other documents that you may have

 5              brought to this meeting we're discussing?

 6     A.       Not to my knowledge.

 7     Q.       It's just the highlighting really that allowed

 8              you to distinguish these?

 9     A.       That's correct.

10     Q.       Bert, we've been discussing a couple meetings of

11              the board curriculum committee from the spring

12              through August 30th, 2004.  Do you recall

13              discussing these issues of legality with the

14              board curriculum committee at these board

15              curriculum committee meetings we discussed?

16     A.       No, I do not.

17     Q.       Do you recall anything else about this

18              August 30th meeting in which there was

19              discussion of using Of Pandas as a reference

20              text?

21     A.       Nothing more than we felt that a compromise

22              might possibly be reached in not having each

23              student have Of Pandas and People but simply

24              have available.  And I think the suggestion was

25              made that there were to be 20 copies of the book
```

Exam./Gillen - Spahr

1       placed in each of the three biology classrooms.

2   Q.  How about any curriculum change, did that come

3       up during this August 30th meeting or around

4       this time?

5   A.  Not to my knowledge.

6   Q.  In the meetings that we've discussed here from

7       the spring through August 30, 2004, do you

8       recall any discussion relating to curriculum

9       change at that time?

10  A.  No.

11  Q.  So what happened next, Bert, from your

12      perspective?  I mean, there's this August 30th

13      meeting with discussion of putting the Of Pandas

14      in the classroom as a reference text.  What's

15      the next step in the story as you see it?

16  A.  Well, the Miller and Levine book, the biology

17      book, arrived prior to the beginning of school.

18      They were appropriately stamped and numbered and

19      distributed among the biology teachers that they

20      would basically distribute them on the first day

21      of school.  Nothing else occurred until we got

22      to the beginning of October.

23  Q.  And that's what I wanted to ask you.  In the

24      period between August 30th and October 1, were

25      you part of any discussions relating to the

1          contemplated curriculum changes?

2     A.   Not to my knowledge.  I'm sure at that point

3          they would have been cited on this time line.

4          The first few weeks at the beginning of school

5          are rather hectic to say the least, and I think

6          we were all basically--  Now, remember, we were

7          in new rooms having to move all of our supplies,

8          and so we were pretty busy trying to get the

9          start of school.

10    Q.   How about do you know whether any of your

11         science faculty, in particular your biology

12         teachers, were having discussions with the

13         administration with respect to potential

14         curriculum change during this period from

15         August 30th through October 1st?

16    A.   Not to my knowledge, because usually if they

17         would have been there, I would have been with

18         them.

19    Q.   And is that because in your capacity as science

20         department head chair?

21    A.   I'm the facilitator.  If the administration

22         would direct me to see to it that my biology

23         teachers basically work on curriculum or work on

24         assessments or standards, I need to know what

25         the direction is so I can see to it that they

Exam./Gillen - Spahr

1      would, in fact, get their job done, so.

2  Q.   That brings us to October, and if you'd look at

3       Miller 3, we'll flip to the board agenda for a

4       board meeting that was held on October 4th,

5       2004.  If you look at the top right hand corner

6       of the cover page, the first page of the agenda,

7       there's the initials BS.  Do you think that's--

8  A.   Those are mine, and this is my handwriting.

9  Q.   Did you attend that meeting?

10  A.   If my notes are on here, I must have.  I know

11       for certain I was at the October 18th one, but

12       obviously I was at this one as well.

13  Q.   If you flip back to XIII, there's a notation

14       there.  And opposite the heading curriculum, can

15       you tell me what that points to, Bert?

16  A.   Yes.  Under curriculum, the superintendent

17       approved the donation of two classroom sets of

18       25 each of the books Of Pandas and People.  The

19       classroom sets will be used as references and

20       will be made available to all students.

21            Casey Brown who was at that point still a

22       member of the board asked at that point whether

23       the district would be accepting other books on

24       the subject of basically evolution/creationism.

25  Q.   Did she receive a response from the board at

Exam./Gillen - Spahr                                131

1           that time or any members of the board?

2    A.     I believe the response was they would consider

3           each gift or presentation individually.

4    Q.     Okay.  And at the bottom of that Page 6 of the

5           agenda for the October 4th meeting there's a

6           circled heading, Policy?

7    A.     I see that.

8    Q.     Does that trigger any recollection on your part?

9    A.     None whatsoever.

10   Q.     Then if we look at Miller 4, your time line, the

11          page with the Number 2 circled in the upper

12          right hand corner, we see an entry for

13          October 8th, 2004.  Take a look at that, Bert.

14          Have you?

15   A.     Um-hum.

16   Q.     Tell me, does this reference a meeting you had

17          with Mr. Baksa?

18   A.     I don't know whether I would say meeting.  It

19          was not uncommon for Mr. Baksa if he was in the

20          building to stop in to one of our rooms.  I

21          don't know whether it would be called a formal

22          meeting.  But certainly he came and presented us

23          -- now, when it says us, I am not exactly sure

24          what that means -- but the change in curriculum

25          including the mention of intelligent design.

1              Now, this was given to us in written form

2         without any input from us.  And the Panda book

3         was listed as a reference.  That was the first

4         time we had seen this.  We were not involved in

5         the curriculum meeting where this was done.

6    Q.   Bert, do you recall being presented with a

7         document--

8    A.   Yes, I do.

9    Q.   --at this sort of drop-by meeting?

10   A.   Yes, which is Miller 3.

11   Q.   Does that look like it?

12   A.   There were three different documents.  I would

13        have to--

14   Q.   I know what you're getting at, but--

15   A.   I mean, I would have to see it somewhat closer

16        to know which one was first.

17   Q.   Well, this one's marked draft.

18   A.   Yes, this is the document.

19   Q.   For the record, I'm showing you a page from the

20        exhibit that's been marked Miller 3.  It is a

21        document that has draft stamped across the

22        middle of it and spray adhesive in the upper

23        right hand corner.  It's a planned

24        instruction/curriculum guide that apparently has

25        been changed and is in draft form.  Is that the

1           document you believe that you saw on

2           October 8th?

3    A.     That is correct.

4    Q.     Tell me, Bert, I know a little about your

5           reaction to that document.  Explain in detail,

6           if you would, what you saw that was significant

7           and what thoughts.

8    A.     What was different is the end of the last--  In

9           the second column the part that begins students

10          will be made aware of the gaps and problems in

11          Darwin's theory and of other theories of

12          evolution including, but not limited to,

13          intelligent design, we never agreed or were

14          asked, I might add, to have that intelligent

15          design placed there or the reference over in

16          materials and resources which refer to Of Pandas

17          and People placed there.

18   Q.     Now, let me ask you a little about that.  I

19          mean, there had been some discussion of putting

20          Of Pandas as a reference text in the classroom,

21          right?

22   A.     In the classroom.

23   Q.     But you apparently were not thinking of putting

24          it in the curriculum.  Is that correct, Bert?

25   A.     We were not--  We do not cite other reference

1        books that are used in other classes.  And,

2        therefore, when we saw this, we were really

3        quite surprised that that particular reference

4        book was there.

5    Q.  Surprised because other reference books are not

6        listed?

7    A.  Yes.

8    Q.  Then there's some language which you've referred

9        to under the -- at the foot of the column that's

10       headed Unit Content/Concepts/Process.  Now, it

11       starts out, students will be made aware of

12       gaps/problems in Darwin's theory and other

13       theories of evolution.  Was that consistent with

14       matters you had discussed up until this point?

15   A.  Yes, it was.

16   Q.  So it was the addition of including, but not

17       limited to, intelligent design that was what

18       attracted your attention?

19   A.  That was what the department, biology

20       department, specifically objected to.

21   Q.  Do you recall discussions between yourself and

22       Mr. Baksa relating to that change?

23   A.  I think we exchanged words on the idea.

24   Q.  Exchanged words has a certain connotation.

25   A.  No, I didn't mean it that way.  I mean, but was

135

1      it a formal meeting, I don't think so.  I know

2      that members of the department looked at this

3      when we were handed the draft.  And I'm sure we

4      shared those concerns when we also sent an

5      amended curriculum how the science department

6      wanted this to appear.

7   Q.   Yes.  We definitely will get to that.  Let's

8      see, who was present when Mr. Baksa stopped by

9      with this draft document?

10  A.   I have no idea.

11  Q.   Do you have a sense that your biology--

12  A.   The biology department does not meet where the

13     chemistry room is, so they're in the other end

14     of the building.  So, you know, if he came some

15     evening after school--  Now, Rob Eshbach is

16     right across the hall.  He may have been in the

17     room.  But I have no idea or recollection who

18     might have been in the room at the time.

19  Q.   And that's all I'm trying to get at.  It sounds

20     like it wasn't a meeting called for the

21     purpose--

22  A.   It was not a formal meeting, no, it was not.

23  Q.   You were getting this as head of the science

24     department?

25  A.   That's correct.

Exam./Gillen - Spahr                            136

1   Q.   Did you take it back to your biology teachers?

2   A.   Yes.

3   Q.   Did they express any thoughts in addition to

4        those you've already told me about?

5   A.   Yes.  They or we, meaning the biology

6        department, sent an amended curriculum to this

7        draft in which the reference to Of Pandas and

8        People was removed, and the last part that had

9        to do with including, but not limited to,

10       intelligent design was removed.  And I believe

11       there was a period at the end of, of other

12       theories of evolution, although I do not have

13       that.

14  Q.   Bert, if you would, look at Miller 7.

15  A.   That's our amended version of the draft that the

16       science department agreed to be presented.

17  Q.   Bert, we're looking at Miller 7.  As you've

18       said, there's three memos here which in turn

19       reference three enclosures titled XI-A, XI-B,

20       and XI-C.  I would ask you to direct your

21       attention to the curriculum chart following the

22       cover memo which references enclosed in XI-B.

23            MS. PENNY:  That's Bates Number 20.

24            MR. GILLEN:  Right, with Bates Number 20 in

25       the lower left hand corner.