Exam./Gillen - Spahr                    137

1   BY MR. GILLEN:

2   Q.   Is that what you're referring to as the

3        teachers' amended version?

4   A.   Yes, it is.

5   Q.   Comparing that document, Bert, with the draft

6        that you received on October 8th, what did you

7        see as the significant changes from the

8        standpoint of the science faculty?

9   A.   The reference to the reference material of Of

10       Pandas and People was removed from the last

11       column.  And under the unit concept and content,

12       the sentence ended with a period following and

13       of other theories of evolution.

14  Q.   Do you recall when you provided this to the

15       administration, Bert?  This plainly was prior to

16       the October 18th board meeting.

17  A.   Oh, my, yes.  I would imagine that it was--

18       Well, it was before October the 12th and the

19       15th where Mr. Bonsell then amended it and added

20       another thing which then became the third

21       version.  So I would say somewhere, I don't

22       know, 10th, 11th because we had to meet

23       together, and then we decided this would be our

24       suggestion.  And then it was presented back to

25       Mr. Baksa.

1   Q.   Now, you've referenced some changes made between

2        the 12th and the 15th.  Were you a participant

3        in any discussions which led to those changes,

4        Bert?

5   A.   No.

6   Q.   What do you recall about those changes?

7   A.   Somewhere between the 12th to the 15th

8        Mr. Bonsell added a note to the bottom of the

9        curriculum-- Let me go back a minute.  The

10       recommendation of the science department was

11       rejected by the committee.

12  Q.   And just for the record, Bert, that's the

13       recommendation XI-B with the Bates stamp

14       Number 20 at the bottom?

15  A.   Yes.  Yes, it is.  And then after that,

16       somewhere between the 12th and the 15th, we were

17       told that Mr. Bonsell was going to add a note at

18       the bottom of this section of the curriculum

19       dealing with evolution that was going to read

20       origins of life will not be taught.

21  Q.   And you say, we were told.  Who's the we?

22  A.   Well, my guess would be Mr. Baksa.  Since he was

23       the head of curriculum and curriculum

24       development, he was the one who usually carried

25       the information between the science department

1          and the curriculum committee.

2   Q.    Well, you anticipated my question.  Mike Baksa

3          told you, but who's the we he told?  Was it you

4          and Jen Miller?

5   A.    Well, it was probably biology teachers, but

6          again I am not certain that was a formal

7          meeting.  We were all obviously getting prepared

8          for the October 18th meeting which was the big

9          board meeting.  So who the we was I'm really not

10         certain.

11  Q.    In terms of getting prepared for that board

12         meeting, Bert, did you have discussions with

13         your science faculty?

14  A.    We had some discussion in who would attend, you

15         know, what was going to happen.  I will say that

16         my science staff was somewhat upset because the

17         perception in the community and the perception

18         in some of the newspapers was that the science

19         department contributed to and were behind the

20         change in this curriculum.  And it was at that

21         point that I decided that I was going to make a

22         public statement the night of that board meeting

23         prior to the vote under public comment.

24  Q.    Before we go there, I apologize, I didn't ask

25         you, did you go to board meetings in September

1       of 2004?

2    A.   I can't answer that.  If we have the board

3         minutes and I could look and my handwriting is

4         there, my guess will be that I may have.  But I

5         don't specifically remember attending in

6         September.  August I did and October I did.

7    Q.   I just want to be sure.  I don't think there are

8         any minutes.  There are no agendas or minutes

9         from September.  It seems you don't have any

10        independent recollection of attending.

11   A.   No, I do not.

12   Q.   Good enough.  Well, I understand why you decided

13        you were going to make a statement.  Any other

14        discussions with your science faculty about the

15        competing versions of proposed curriculum

16        changes between the period October 8th and

17        October 18th?

18   A.   Well, after we were told that our proposal was

19        rejected, the biology department didn't feel

20        real comfortable about what was going to happen.

21        They had a pretty good inclination or at least

22        thought so that the proposal by the curriculum

23        committee without our input was probably going

24        to pass.

25   Q.   Did you have any discussions with either

1          Dr. Nilsen or Mike Baksa about trying to find

2          some sort of middle way here?

3     A.   I don't recall that.

4     Q.   How about you've referenced a note.  Do you

5          recall having any discussions with your science

6          faculty relating to the purpose of the note

7          which was added to XI-C document from Miller 7

8          with Bates stamp Number 22 which says the

9          origins of life is not taught?  Do you recall

10         discussions touching on that?

11    A.   Yes, I do.

12    Q.   Tell me what you remember.

13    A.   If the note reads the origins of life will not

14         be taught, then our question is why would the

15         reference book Of Pandas and People be placed

16         anywhere because if you look at the title of the

17         textbook, it says the origins of life right

18         under the thing Of Pandas and People.  And there

19         was obviously some question if, in fact, you

20         know, the statement now reads the origins of

21         life are not going to be taught, then why are we

22         dealing with the intelligent design issue or of

23         the book Of Pandas and People.

24    Q.   Did you ask that question, Bert?  Did you direct

25         that question to any of the administration?

Exam./Gillen - Spahr                                    142

1    A.    In this interim there were so many meetings and

2          so many people, I can't answer that.  I don't

3          know that.  I'm certain it came up somewhere

4          because, I mean, by that time, you know, we had

5          all seen, many of us, copies of Of Pandas and

6          People, and there in the title were these words.

7               And if, in fact, we are not going to teach

8          this, then the question would arise as to what

9          would then be the purpose of that reference

10         book.  But, you know, in terms of having a

11         formal, you know, meeting in which just that

12         topic was discussed, the answer is no.

13   Q.    How about at any time during this period did you

14         have any conversations with members of the board

15         curriculum committee about the note?

16   A.    Not to my knowledge.

17   Q.    How about with members of the school board

18         generally, any discussion?

19   A.    Not that I remember.

20   Q.    Well, you go into the October 18th board

21         meeting, Bert, and just tell me what you can

22         recall.  Well, let me ask you this, did you have

23         any discussions with any board members leading

24         up to the October 18th board meeting at all?

25   A.    Could you repeat that, please.

1   Q.    From October 8th through October 18th, we have

2         what we see as the curriculum change is sort of

3         in process.  And I just want to get a sense,

4         before you go to the public meeting on

5         October 18th, did you speak to any of the board

6         members yourself?

7   A.    About the change in the curriculum and the fact

8         that the science department had no input into

9         it?

10  Q.    Yes.

11  A.    Not to my knowledge.  I believe Casey Brown as I

12        was either coming into this meeting said

13        something to me, but it certainly was not a

14        discussion, how does the science department

15        feel, but it was not a discussion.

16  Q.    Going into that meeting, did you have any

17        discussions with the administration?

18  A.    Actually prior to the start of the board

19        meeting, the science department, Jen, Rob, and I

20        were sitting at a round table, and Mr. Baksa

21        handed us the document.  And it's very confusing

22        because you have A, you have B, you have C.  And

23        even when the vote came down, even the people

24        who were voting did not know what we were

25        looking at, whether it was A, B, or C.

1        And that was the final--  That was the

2    first time we had seen what became I guess the

3    final document that was approved.  But that's as

4    much as I remember.  He walked over to the

5    table.  He handed us the piece of paper, and I

6    can't tell you which it is.  It's the one that

7    was finally approved.  I can't remember how it

8    was labeled.

9  Q.  Don't worry.  Don't worry, Bert.  Just let me

10    look at it here.  Look at this one with the

11    blacked out.  Take a look at that.

12  A.  Well, I don't think it's this one because in the

13    one that was approved, it had intelligent design

14    at the bottom in addition to this note and this

15    reference to Of Pandas and People.  Now, where

16    exactly that is, but that was the one.

17  Q.  Let me ask you this, we're going into the

18    October 18th board meeting, and you've

19    referenced a document that Mr. Baksa gave you is

20    Miller 7, this collection of pages.  Is this the

21    document you received from him?

22  A.  No.  We only got one page from him that one

23    night at the board meeting.  We had had others.

24    I'm not certain--

25  Q.  That's okay.

1    A.    Because the one that was finally approved has

2          this on the bottom.  It has this on the side,

3          but it does not stop after evolution.  I believe

4          it has the original verbiage which is including,

5          but not limited to, intelligent design on it

6          under column two.

7    Q.    Do I understand you correctly that the final

8          version is a combination of the text from XI-A

9          along with the addition of the note taken from

10         XI-C?

11   A.    That is my understanding.

12   Q.    All I'm trying to do, Bert, is understand what

13         you had going into the meeting and how you

14         viewed that.  If I'm correct, you're telling me

15         that you had already seen the board curriculum

16         committee's version which is XI-A?

17   A.    That's correct.

18   Q.    You had already given to the administration the

19         teacher's version which is XI-B?

20   A.    That's correct.

21   Q.    And Mr. Baksa had just handed you for what you

22         believe is the first time the page that is

23         XI-C?

24   A.    Now, it had been mentioned to us that

25         Mr. Bonsell was going to add this last

Exam./Gillen - Spahr                                146

1            statement.  I did not have it in print in my

2            hand.  That's what I got prior to the board

3            meeting.

4       Q.   Well, let me ask you about that, Bert.  As

5            you've already noted, XI-C does have the note

6            which you say you were aware of and attributed

7            to Alan Bonsell.  But XI-C also admits the

8            reference to intelligent design.

9       A.   That one does appear to do so, yes.

10      Q.   If you look at the cover memo for XI-C, you'll

11           see that it states attached is a second draft of

12           the recommended changes to the biology

13           curriculum from the administration and staff.

14               Now, what I want to get your sense for is

15           this, based on your discussion today, the note

16           origins of life is not taught reflects the

17           practice of the teachers which you've described

18           already, is that correct, that they didn't teach

19           origins of life?

20      A.   The present teachers do not teach origins of

21           life.  That's not to say that there were not

22           biology teachers before this who are no longer

23           here.

24      Q.   Oh, yeah, understood.

25      A.   Yes, that is my understanding.

Exam./Gillen - Spahr                                    147

1   Q.   Okay, good enough.  Then as you've noted,

2        another difference from the version that the

3        teachers have proposed was the reference to the

4        book Of Pandas which is contained in the column

5        headed materials and resources.  Is that right?

6   A.   That's correct.

7   Q.   Do you recall having any discussions with

8        Mr. Bonsell about the note?  I think I asked you

9        this but--

10  A.   No, I did not.

11  Q.   Do you recall having any discussions with your

12       science faculty about the note, either Jen

13       Miller or Rob Eshbach or one of the people

14       teaching biology?

15  A.   I remember somewhere like over lunch or whatever

16       the statement came up if we are not teaching

17       origins of life, then what, in fact, is the

18       purpose of having intelligent design listed as

19       part of the curriculum or the book Of Pandas and

20       People there because that seems to be what it is

21       addressing.

22  Q.   You've referenced this situation where the board

23       meeting is about to start and Mr. Baksa has

24       provided you with XI-C.  Did you have any

25       discussion with him about XI-C?

1   A.   No.   The board meeting was about to begin.

2   Q.   Did you have any discussions with Mr. Baksa

3        about the desire of the biology -- or the

4        science department and biology teachers for the

5        administration to take a certain position?

6   A.   I don't know when that came to be.   But, yes, I

7        can say that the biology teachers and the

8        science department were somewhat disappointed

9        that it did not appear that we were going to

10       have the support of the administrators on this

11       issue, that the board was now going to literally

12       be coming in and without our input since we

13       happened to be the experts in science altering

14       the curriculum and then we were going to be held

15       accountable to teach what is written on the

16       curriculum.

17            And that's not standards driven.

18       Intelligent design or whatever we wish to call

19       it, creationism, is not part of the mandated

20       state standards.

21  Q.   That's understood.   I'm trying to get at your --

22       just the exchanges with the administration and

23       the science faculty about the upcoming meeting,

24       the October 18th meeting and what you as the

25       science faculty might have communicated to the

Exam./Gillen - Spahr                                    149

1        administration about the upcoming deliberations

2        on the competing versions of the curriculum.

3    A.  We had no communication with the administration.

4        The administration did not know that I was going

5        to make a statement.  I did not inform them I

6        was going to do so.  I am a property owner in

7        the Dover Area School District, and I felt as a

8        taxpayer as well as the department chair I had

9        the right to make a statement.

10   Q.  Certainly.

11   A.  But we did not communicate with the

12       administration who would attend, what we would

13       say or do.  It just was not something we did.

14   Q.  So it seems like there wasn't a lot of

15       discussion leading up to the meeting about these

16       rival versions.  Did you feel like everyone knew

17       everyone had a different choice?

18   A.  Yes.  And we did have the feeling going into the

19       meeting that the administration thought that a

20       different document was going to be approved.  I

21       don't know why I feel that way.  I can remember

22       Dr. Nilsen walking over toward our table and

23       saying when you hear, I don't know, the

24       decision, don't clap.  And to this day, we have

25       no idea what that meant.  So we don't know

Exam./Gillen - Spahr                                    150

1          whether they thought something was going to

2          occur that did not occur.  We have no idea.

3     Q.   Well, let me ask you about that, Bert, because

4          if you look at both XI-B, the cover memo for

5          that, and the cover memo for XI-C, if you look

6          at that, read that if you would, Bert, read the

7          description on that page.  That's XI-B, right?

8     A.   Yes.

9     Q.   Now flip to XI-C, Bert.

10    A.   Which is this one?

11    Q.   Yes.  You see that cover memo.  Read that.

12         You'll see both are recommended changes to the

13         biology curriculum from the administration and

14         staff.  They're described as such.  Do you

15         recall, and again looking at XI-C at the note,

16         the note origins of life is not taught that is a

17         -- that reflects existing practice of the

18         biology teachers as of the time that this is

19         submitted to the board.  Is that correct?

20    A.   That is my understanding, yes.

21    Q.   On the other hand, we understand that this

22         reference Of Pandas and People in this column

23         here, materials and resources, is something that

24         the science teachers saw as unusual and not in

25         keeping with the ordinary practice?

1    A.   Yes.

2    Q.   So as you approached the board meeting, was

3         there some exchange between either Dr. Nilsen or

4         Mr. Baksa and the science faculty about the

5         administration version being selected?

6    A.   I can't answer that.

7    Q.   Let me look at it this way, when Dr. Nilsen said

8         when the curriculum is approved--

9    A.   We have no idea whatever that comment meant.

10        And to this day, we still don't know because we

11        had the feeling that something was going to

12        occur that we all would be happy or satisfied

13        with.  Well, it most definitely did not.  But

14        that was kind of our sense that even he may have

15        thought that something different was going to go

16        down, that there was going to be a compromise.

17             And I am now looking at these three

18        documents, and I can honestly say to you I do

19        not know which, if any, of the three of these is

20        the final document.

21   Q.   Well, I agree with you, Bert, because the final

22        document as reflected in the board minutes is a

23        combination of these.  So you would not have

24        been able to see the final document prior to the

25        meeting?

Exam./Gillen - Spahr                    152

1   A.   Because I'm looking at this, and I am thinking

2        this is not the document we think that was

3        passed.

4   Q.   No, you couldn't have seen it because these are

5        documents generated coming up to the meeting.

6        I'm sorry if I was unclear about that.

7   A.   Because the final one that was passed is

8        actually with this, with this, and then with the

9        last part of that sentence.  I'm beginning to

10       think even I don't remember what it looked like,

11       but, yes.  Thank you.

12  Q.   Now do you see?

13  A.   Thank you for clarification, yeah.

14  Q.   And that's why I asked you again, as you were

15       going into the meeting and you say you had the

16       sense that the administration thought something

17       was going to happen that you as teachers were

18       going to be comfortable with, looking at these

19       three versions seeing that two of them are

20       billed as administration and staff, does that

21       trigger any recollection on your part as to what

22       the administration went into the board meeting

23       looking for?

24  A.   Well, certainly B does because that was the one

25       where the science -- or the biology department

Exam./Gillen - Spahr                    153

1          certainly amended it.  We had given it to

2          Mr. Baksa, and he certainly accepted our

3          discussion.  Then this one as it was written--

4               MS. PENNY:  Say which one for the record.

5     A.   Enclosure C.

6     BY MR. GILLEN:

7     Q.   XI-C?

8     A.   XI-C.  --would have been acceptable.  The

9          science department could have lived with this.

10         Now, we weren't happy with Pandas and People

11         over there.  But the fact that the ID issue was

12         removed from that section of the curriculum we

13         would have been able to live with.

14    Q.   And the fact also was that there had been

15         discussion of putting Of Pandas in the classroom

16         as a reference text?

17    A.   That's correct.

18    Q.   And the teachers had said fine?

19    A.   Yes.

20    Q.   So you go into the meeting, and you've prepared

21         a statement.  Let me just, if you would, see the

22         meeting through your eyes.  Did it start with

23         public comment?

24    A.   No.  It started out with the traditional roll

25         call, the pledge to the flag.  There were a few

Exam./Gillen - Spahr                    155

 1        Would you look through your stack?

 2   A.   Here it is.  It's right here under Exhibit 3.

 3        It's right here with my initials at the top.

 4        It's following the October 4th one that have my

 5        initials at the top.

 6             MR. GILLEN:  Can we go off the record.

 7             (Discussion held off the record)

 8   BY MR. GILLEN:

 9   Q.   I'd ask you to look at Miller 3, the agenda

10        relating to the October 18th, 2004 meeting, and

11        there are some handwritten notes after that.  If

12        you would look at those, Bert, and tell me--

13        The agenda has BS in the upper right hand corner

14        on the first page.  Is that Bert Spahr?

15   A.   Yes, it is.

16   Q.   And then if we looked at the pages between the

17        first page of the agenda for October 18th and

18        the first page of the agenda for November 1st,

19        2004, we'll see a couple of things here,

20        handwritten notes.  Are they your notes, Bert?

21   A.   They are.

22   Q.   And then behind the handwritten notes there's an

23        Enclosure XI-C, right?

24   A.   Yes.

25   Q.   Now, let me ask you, Bert, it seems to me that

Exam./Gillen - Spahr                              156

1          the fact that these documents are grouped in

2          this way reflects particularly that XI-C appears

3          here to reflect what you've already told me

4          which is that you received this document so far

5          as you can make it out around the time you had

6          the agenda.  Is that correct?

7     A.   That's correct.  Now, I'm not exactly sure why

8          there is the blacking out of what would have

9          been that note down here.

10    Q.   Would you take a minute to just look through

11         those notes?

12    A.   Through the minutes of the board meeting?

13    Q.   No, your notes.

14    A.   My notes.

15    Q.   Yes.

16    A.   I must say they're not the most legible I've

17         ever done.  Usually I carried with me a tablet

18         that had lined paper and wrote rather than on

19         the agenda which we often shared on there.  I'll

20         look at these notes.

21    Q.   Let me ask you, had you spoken with your science

22         faculty prior to the October 18th meeting for

23         the purpose of generating attendance at the

24         October 18th meeting?

25    A.   We met over lunch and asked who would be

Exam./Gillen - Spahr                          157

1      attending that meeting.  We felt that since the

2      curriculum was going to be approved at that time

3      it was important for the science as many of us

4      to be present as possible.

5   Q.  Apart from discussions with your science

6       faculty, did you speak with anyone else?

7   A.  There were other members of the faculty who also

8       came in support of the science department to

9       that meeting.  So the English department, the

10      math department, yes.  At length did we discuss

11      it, no.  They simply indicated that in support

12      of us they were going to attend.

13  Q.  I mean, did you as a faculty with an issue in

14      front of the board encourage people -- make them

15      aware of the impending vote and encourage them

16      to attend for the purpose of showing support?

17  A.  I don't know how it was done exactly, whether it

18      was at a faculty meeting, whether it was simply

19      in the lunchroom, but there were people -- an

20      association of people that said, you know, it

21      would be a nice idea if you would show the

22      support to the science staff because this is a

23      very important issue for them.  But it was not a

24      formal--

25  Q.  That's fine.  And association people are the

1       union reps?

2    A.    That's correct.

3    Q.    So the meeting begins, and you get to the

4          curriculum item.  As the meeting began, was

5          there public comment?

6    A.    Yes.  That's when I stood up and made my

7          statement.

8    Q.    Do you have your statement here, Bert?  Did you

9          give that to me?

10   A.    Yes, I have it, and I'm sure you do as well.

11         You have it.  I'm not sure under what.  But I

12         have it here.  Again, it's handwritten.

13   Q.    Let me ask you this, do you recall public

14         comment at the meeting other than your own?

15   A.    Oh, yes.  I probably was one of the first.

16   Q.    Tell me what you remember about the meeting as

17         it opened in terms of public comment other than

18         your own.  Was Barrie Callahan there?

19   A.    I don't know that exactly.  I know Lonny

20         Langione was there.

21   Q.    Do you recall anything he said?

22   A.    Yes.  But that was in response to what occurred

23         after I made my presentation.

24   Q.    Did you start off, Bert?

25   A.    Pretty much, yes.

Exam./Gillen - Spahr                         159

1   Q.    You've shown me a document that's headed,

2         Statement Board Meeting 10/18/04.  Is that a

3         copy of your notes in preparation for that

4         presentation?

5   A.    Yes, it is.

6              MR. GILLEN:  Let's mark that as 2.

7              (B. Spahr Deposition #2 marked for

8         identification)

9   BY MR. GILLEN:

10  Q.    Bert, take a look over that if you need to and

11        just--  I guess what I'm trying to do is get at

12        the thrust of your objections as they were

13        expressed.  Does this document we've marked as

14        Spahr 2, does that fairly summarize what your

15        sentiments were?

16  A.    Yes.  And the purpose of the statement that I

17        made publicly which was the first statement I

18        have ever made on this issue before the board

19        had to do with the fact that the perception in

20        the community had been that the science

21        department and specifically the biology

22        department was in support of what is being done.

23        And I did this to clarify.

24             And then I pointed out to them what the

25        science department had done to make every effort

1    to reach a compromise with this curriculum

2    committee.  And there were obviously four

3    points.  The curriculum change I pointed out to

4    them which is to be voted on this evening many

5    feel would be railroaded through and has not

6    followed past practice, and it had not.  Past

7    practice had been there would be input.

8         Mrs. Callahan must have been there because

9    she had been on the community curriculum

10   committee, and she had said that that had been

11   past practice, and she would have known because

12   she was a member.  And the board curriculum

13   committee usually had had input from the

14   professional staff, the district curriculum

15   committee, the community members, and

16   administrators.

17        I also at that point said, you know, it had

18   been deemed unlawful, illegal, and

19   unconstitutional to teach intelligent design

20   which is a synonym for creationism or creation

21   science along with evolution.  I cited the court

22   case, okay, and, you know, went through the fact

23   that it was putting my teachers who were fairly

24   young, two of which were untenured at the time,

25   into what I felt was a no-win situation in that

1     they either had to defy a ruling of the school

2     board or they had to walk into a classroom and

3     possibly commit an illegal act.

4          And it was at the end of that--  I did ask

5     Mr. Buckingham directly, though, as part of this

6     statement if he was going to direct, are you,

7     meaning the board going to direct my teachers to

8     teach intelligent design if it appears on the

9     written curriculum.  He did not respond to that

10    question.

11         I then gave them a challenge and said,

12    please delay the vote of this issue so that we

13    can again sit down and attempt to resolve this

14    with a compromise which is beneficial to all

15    concerned.

16         At the conclusion of the statement which

17    was relatively brief, you know, not

18    antagonistic -- it was I thought very factual

19    and very professional -- Mr. Buckingham looked

20    at me and asked me where I thought I got my law

21    degree.  When that question was asked, the

22    entire audience went ha because they knew my

23    integrity in this district for 40 years has

24    never been challenged, okay.

25         A hundred and twenty-five percent of my

Exam./Gillen - Spahr                                    166

1       whole bunch of different parliamentary maneuvers

2       that took place that night.  Are you referencing

3       questions among board members as to exactly what

4       the question was at the time a given vote was

5       being called?

6   A.  There were questions among board members as well

7       as questions of members in the audience because

8       there was also some confusion among them.

9   Q.  Sure.  For the reasons you've stated, they

10      didn't have the documents.

11  A.  I think the board members all had the documents.

12      I think the people sitting in the audience did

13      not understand if they were throwing out B or

14      voting on C.  And it was a little on the chaotic

15      side to say nothing as well as heated, because

16      there were some people who were very verbal

17      either in support of or against.

18  Q.  Tell me what you recall about those people and

19      their comments.  Can you recall any specifics as

20      we sit here?

21  A.  Well, not other than the questions that

22      Mr. Langione posed.  I think there were others

23      who spoke.  Mr. Snook often spoke.  Barrie

24      Callahan would often speak.  I do not know if

25      she spoke that evening, though.  I mean, after

Exam./Gillen - Spahr                    167

1        what had happened, I was so upset that I really

2        didn't clearly see what was going on.  It just

3        clouded what I perceived at that point because,

4        I mean, I even had other board members or in

5        some of the -- well, Dick Brown, if you will,

6        and even Noel who came up to me after that

7        meeting and attempted to apologize on behalf of

8        what had occurred.  At that point I just wanted

9        to get out of there, and I did, but.

10   Q.  Am I right, Bert, you felt that Mr. Buckingham

11       had insulted you?

12   A.  Yes, I did.

13   Q.  Look at the board now.  There's some public

14       comment, and I understand why you're saying you

15       don't remember the specifics.  Do you recall any

16       of the board members speaking to the substance

17       of the issue that was in front of them, the

18       curriculum change and these issues?  Do you

19       recall--

20   A.  In terms of the comments of what the different

21       documents were as to what the difference was

22       between A, B, and C?

23   Q.  Yes.

24   A.  I'm not--  No, I do not remember that.

25   Q.  When you made this statement to the board, you

 1          because Mr. Baksa is not a science person.  And

 2          we were directed actually by Tom Scott and I

 3          think Clayton Gibbs was there at the same time

 4          after a meeting at the Shiloh UCC Church, so it

 5          was an association meeting, and they were both

 6          in attendance.  And we obviously had a copy of

 7          the document with us and said, okay, now what do

 8          we do with this.  And they said, if it's

 9          scientifically inaccurate, we have the

10          responsibility to correct the document, and that

11          is exactly what we did.  I don't know how many

12          major changes were there.  But there were a few.

13     Q.   Mr. Scott is an attorney who represented you

14          through the PSEA?

15     A.   Yes.

16     Q.   How about did you participate, Bert, in the

17          reworking of the statement in any way?

18     A.   No, I did not.

19     Q.   You've indicated that your meeting with

20          Mr. Scott took place on November 1st.  If you'd

21          look at Miller 3 at the agenda for the

22          November 1st meeting, did you go to that

23          meeting?

24     A.   I went to whatever meeting they interviewed all

25          of the candidates.  I do not know exactly what