1           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

2

. . . . . . . . . . . . . .

3  TAMMY KITZMILLER; et al.,   .
                       .

4      Plaintiffs      .   CIVIL ACTION NO. 04-CV-2688
                       .

5    vs.              .
                       .

6  DOVER AREA SCHOOL DISTRICT, .  (JUDGE JONES)
  et al.,             .

7                       .

      Defendants      .

8  . . . . . . . . . . . . .

9

10     Deposition of     :  ROBERT LINKER

11     Taken by         :  Defendants

12     Date           :  June 10, 2005, 9:00 a.m.

13     Before         :  Vicki L. Fox, RMR,
                            Reporter-Notary

14

     Place          :  Two School Lane

15                            Dover, Pennsylvania

16  APPEARANCES:

17      AMERICAN CIVIL LIBERTIES FOUNDATION OF PA
       BY:  PAULA K. KNUDSEN, ESQUIRE

18

19           For - Plaintiffs

20      THOMAS MORE LAW CENTER
       BY:  PATRICK T. GILLEN, ESQUIRE

21         For - Defendants

22      KILLIAN & GEPHART LLP
       BY:  JANE GOWEN PENNY, ESQUIRE

23

24         For - Jennifer Miller

      ALSO PRESENT:  Michael Baksa

25

1                          I N D E X

2                          WITNESS

3     ROBERT LINKER                              Examination

4          By Mr. Gillen                              3

5

6                          EXHIBITS

7     Linker Deposition Exhibit                     Mark

8     1.   Documents produced by Mr. Linker pursuant    38
      to the subpoena.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        STIPULATION

2            It is hereby stipulated by and between the

3       respective parties that sealing, certification and filing

4       are waived; and that all objections except as to the form

5       of the question are reserved until the time of trial.

6

7            ROBERT LINKER, called as a witness, being duly

8       sworn, was examined and testified, as follows:

9   BY MR. GILLEN:

10  Q.    Good morning.

11  A.    Good morning.

12  Q.    My name is Pat Gillen.  I have introduced myself off the

13        record.  I am doing it again for the record.  I am the

14        attorney who represents the defendants in this action,

15        Dover Area School District.

16  A.    Okay.

17  Q.    As you know, this is the day and place set for your

18        deposition which I conceive of as really just my chance

19        to ask you questions and get your side of the story.

20        There are a few features of this process that are

21        unusual, and I would like to bring those to your

22        attention?

23  A.    Okay.

24  Q.    The first is that Vicki, the court reporter, records the

25        exchange between you and I. That places a premium on

1    Q.    While he was there?

2    A.    Just that e-mail.  But for him -- he was a bio man.  So

3          it was great to talk to him about stuff.  But I don't

4          remember specifically how should I teach, none of that.

5    Q.    Or you don't remember him coming to you with concerns

6          about the teaching of biology?

7    A.    No.

8    Q.    Or anything like that?

9    A.    No.

10   Q.    When did Mr. Hamilton leave?

11   A.    This year it is Mr. Riedel.  The previous two years

12         before that was Mrs. Peterman.  And then it was Hamilton

13         and Redding somewhere.  Maybe three, four years ago.

14   Q.    Good enough.  That brings us to 2003 so far as I am

15         concerned.  Now if we look at the first half of that

16         year, January through June, do you recall conversations

17         relating to biology, the instruction in Evolutionary

18         Theory, the biology text or Intelligent Design Theory

19         during that first half of 2003?

20   A.    The first time I remember -- I don't know which came

21         first, if it was the stuff about the textbooks, about

22         our new textbooks, or I remember being in a meeting with

23         Mr. Baksa and him asking us how we teach the actual

24         evolution.

25   Q.    All right.  And you are sort of linking those

```
 1              recollections with 2003.  Can you give me a better sense

 2              for the time?  Try and date it by the school year.

 3                   Was it the spring of 2003, were you moving towards

 4              the summer; can you remember?

 5       A.     I really can't.  Those dates pretty much all run

 6              together.  The only reason is I am in wrestling from

 7              October to -- if I don't get in the state tournament --

 8              to March.  If I knew what principal was there, maybe I

 9              could at that time.

10       Q.     Let's approach it from that perspective.  Dr. Peterman

11              was the principal for some of your tenure here at Dover.

12              While she was principal, do you remember having

13              discussions with Dr. Peterman about --

14       A.     No.

15       Q.     -- biology instruction?

16       A.     No.

17       Q.     Let's see then, do you recall speaking -- you have some

18              recollection of the discussion with Mr. Baksa.  I take

19              it you think it was in 2003; is that right?

20       A.     Yes.

21       Q.     How about let's look at the fall of 2003, do you

22              remember a meeting with Mr. Bonsell?

23       A.     Oh, yeah.  I think that happened right after Mr.

24              Baksa's.

25       Q.     Do you think that that meeting occurred in the fall of
```

| 1 | | 2003, or can you place it? |
|---|---|---|
| 2 | A. | I really can't place it.  I'm sorry. |
| 3 | Q. | Good enough.  Tell me anyway -- if I understand you |
| 4 | | correctly, the exchange you recall with Mr. Baksa was |
| 5 | | prior to the meeting with Mr. Bonsell? |
| 6 | A. | Correct. |
| 7 | Q. | Tell me about the exchange with Mr. Baksa.  Was this the |
| 8 | | first exchange of that nature you can recall? |
| 9 | A. | Yes, that I can personally recall. |
| 10 | Q. | Am I correct that it is shortly before the meeting with |
| 11 | | Mr. Bonsell? |
| 12 | A. | Yes. |
| 13 | Q. | Who was present?  Was anyone else present during your |
| 14 | | exchange with Mr. Baksa concerning how you presented |
| 15 | | Evolutionary Theory? |
| 16 | A. | Yeah.  I remember Jen Miller definitely because we are |
| 17 | | right across the hall from each other.  We do a lot of |
| 18 | | similar stuff and share similar stuff. |
| 19 | | I just remember talking to Mr. Baksa and telling |
| 20 | | him exactly how I present it.  The other people, I am |
| 21 | | not sure. |
| 22 | Q. | Bert Spahr, I know she is chemistry, but was she |
| 23 | | present? |
| 24 | A. | I would say yes because she is my Department head, but I |
| 25 | | can't be definite. |

1    Q.   Good enough.  How about Leslie Prall, was she present at
2         that meeting?
3    A.   I don't know if at that meeting.
4    Q.   Was Leslie Prall teaching biology in 2003?
5    A.   I am going to say yes.  She has been here -- she is on
6         her tenure year I think, so I think that's three years.
7    Q.   I am just trying to get a sense --
8    A.   Is this my age?  I am getting old.  I can't remember
9         this stuff.
10             MS. PENNY:  I hope not, Bob.
11   A.   I am going downhill already.
12   BY MR. GILLEN:
13   Q.   I am just trying to get a sense for who would be there.
14   A.   I remember more so the meeting that Mr. Bonsell -- like
15        the people sitting around than I believe that one.  But
16        the other one, that is the one I can't.
17   Q.   Tell me what you can in brief about what you told Mr.
18        Baksa about the way in which you presented Evolutionary
19        Theory.
20   A.   Me, personally, I told him that on the chalk board when
21        I started out, I take the chalk board and split it down
22        in half.  I write Evolution on one side.  And on the
23        other side, I write Creationism.
24             I start out with Creationism saying that this is
25        based on religion and the writings of Bibles.  That is

1           what everything is based on.

2               I told them that I am not going to talk to you

3           about this side because I am not an expert on it.  And

4           then my schooling is on this side.  I am a scientist.

5           And on the evolutionary side are facts or the basis is

6           on fossil records, DNA, skeletal remains.  And then I

7           would actually go into the Evolution side.

8     Q.    Okay.  Did Mr. Baksa ask you any other questions about

9           that, or was he just gathering information?

10    A.    I think he was gathering information.

11    Q.    How about Jen Miller, do you recall what she said to Mr.

12          Baksa during this exchange?

13    A.    The only thing I remember her saying was we mainly teach

14          it by adaptation or natural selection, change over time.

15          But I don't believe she -- I think I was the only person

16          to say something about dividing the board.

17    Q.    Did Jen Miller mention anything about whether she

18          addressed Creationism in the preliminary discussion in

19          connection --

20    A.    I am sorry.

21    Q.    -- with the presentation of Evolutionary Theory?

22    A.    I am sorry.  I can't remember that.

23    Q.    That is fine.  Do you recall Mr. Baksa saying anything

24          to you about the reason for his inquiry during that

25          exchange with yourself and Jen Miller?

1    A.    No.

2    Q.    You have referenced a meeting with Mr. Bonsell.  Were

3          there any other exchanges with you and the

4          administration or any of your science colleagues about

5          the presentation of Evolutionary Theory prior to the

6          meeting with Mr. Bonsell?

7    A.    No.

8    Q.    So let's get to that meeting.  How did you learn about

9          that meeting, Bob?

10   A.    Probably from my Department chair.  I knew that it was

11         going to be second period, which is great for me because

12         I had prep period.  But I knew that they were having a

13         little trouble because I think Ms. Prall had class so

14         they were going to have to get a sub in for her.

15               We were supposed to be down in the principal's

16         office, which is now totally different because that was

17         before the construction.  And the people that were

18         there, I remember Jen Miller was sitting to my right.

19         And then it was Mr. Bonsell.  I remember Mr. Baksa

20         there.  I remember Mr. Rehm there.  I believe Mr. Miller

21         was there, which would be our assistant principal now.

22   Q.    Is that Bill Miller?

23   A.    No.  That would be -- there's so many -- I am thinking.

24         I don't know.  I also address him as Mr. Miller, but he

25         is our assistant principal now.

```
 1              Ms. Prall was there.  And I don't know if
 2        Mr. Eshbach was there.  I can't picture him.
 3   Q.   How about Dr. Peterman, do you recall her being present?
 4   A.   No.
 5   Q.   Dr. Nilsen?
 6   A.   Oh, Ms. Spahr was there, too.  I'm sorry.
 7   Q.   How about Dr. Nilsen?
 8   A.   No.
 9   Q.   And again sort of when you received notice of the
10        meeting, what was your sense for its purpose, Bob?
11   A.   I wasn't real sure.  I thought I heard we were going to
12        talk about how we teach the subject of evolution.  I
13        thought I just did that at a meeting prior.  So I wasn't
14        real sure, but I know Mr. Bonsell was going to be there.
15   Q.   Did you have any discussion with your colleagues about
16        the meeting leading up to it?
17   A.   Not me personally.
18   Q.   How did the meeting begin?
19   A.   I think Mr. Baksa started it out the reason we are here
20        is Mr. Bonsell just wants to know how you teach the
21        subject of Evolution.  And Jen Miller was our
22        spokesperson because we teach very similar.  She just
23        was the spokesperson.
24              And then I remember Mr. Bonsell going around
25        asking well, I think he didn't understand one of the
```

1       terminology she used.  We were saying that origin of

2       life is not the same thing as origin of species.  And I

3       remember them -- us clarifying the differences and just

4       telling him how we teach it as change over time.

5               It is not much different than adaptation, besides

6       it is over a longer period of time.  I remember him

7       asking is that how -- I remember Mr. Bonsell looking at

8       me.  I don't remember speaking in that meeting besides

9       to say yes, that is how I teach it also because she was

10      our spokesperson.

11  Q.  You say Jen Miller was your spokesperson.  Was that by

12      agreement beforehand, or did she just sort of speak up

13      first?

14  A.  I think it was agreement.  What do you want -- why don't

15      we just let one person speak?  I said great.  You do it.

16  Q.  All right.  So this origin of life versus origin of

17      species, how did that come up?  How did that terminology

18      come to be involved?

19  A.  I think Mr. Bonsell actually asked the question about

20      it.  And I believe he said well, we don't teach origin

21      of life.  And we said we don't either.  We teach origin

22      of species, how species would have came about, different

23      types of species evolving and changing.

24              And then he understood it.  And he said is that

25      the way you do it?  Yes.

```
 1   Q.   Was there anyone else who spoke up from the faculty side

 2        in connection with this meeting?  Do you remember Bert

 3        Spahr bringing information to that meeting?

 4   A.   She always has information.

 5   Q.   Do you remember some discussion at this meeting about

 6        the legal issues?

 7   A.   Yes.  She had stacks of papers all the time, but I

 8        believe they were dealing with the Evolution Theory of

 9        court cases.

10   Q.   Do you recall Mrs. Spahr bringing to Mr. Bonsell's

11        attention a concern about teaching Creationism?  Did

12        that come up during this meeting?

13   A.   I don't remember them having an exchange of words at

14        all.

15   Q.   Well, she brought material.  Do you remember her passing

16        it out or handing it over to him?

17   A.   No.

18   Q.   And say take this?

19   A.   I don't remember that.

20   Q.   How about Mr. Rehm, do you recall him saying anything at

21        the meeting?

22   A.   Yes.  He had -- I cannot remember what exactly he was

23        talking about, but he was speaking directly to

24        Mr. Bonsell about -- it was something to do with

25        Evolution or -- actually, he was teaching I think it is
```

1          And obviously, Mr. Rehm spoke.

2              I remember sitting there going well, I didn't say

3          anything besides yes, that's how I do it.

4    Q.    Do you recall any discussion of students and their

5          reaction to the presentation of Evolutionary Theory

6          during this fall of 2003 meeting?

7    A.    No.

8    Q.    Do you recall any discussion of religion?  Was there any

9          discussion of religion at this meeting?

10   A.    No.

11   Q.    When you left the meeting, Bob, what impression did you

12         have?

13   A.    I didn't know -- I was -- why did I get pulled out of

14         class for this?  I am just going to -- I remember me

15         personally saying well, I am going to go back.  I am

16         going to look at the book and just teach Evolution

17         totally.  I don't want any controversy in this.

18             I remember ever since that meeting, I didn't draw

19         the line down the board anymore.  I just strictly said

20         here is Evolution.  And if somebody asked, I just said I

21         can't talk about that side.  I personally did that I

22         think because it was like controversial now -- why

23         people asking me how I am doing this.

24   Q.    I see.  So you just thought am I right, that your sense

25         was there seems to be some issue here, in abundance of

 1        caution, I am just going to present what is in the book?

 2   A.   Yes.

 3   Q.   Good enough.  When you came away from the meeting, did

 4        you have any sense that there was going to be action

 5        taken by Mr. Bonsell, or did you feel like his concerns

 6        had been addressed?

 7   A.   I felt like his concerns were addressed.  Nothing was

 8        coming out of it.  We showed him how we were teaching

 9        it.

10   Q.   Did he offer any criticisms of your manner of

11        presentation?

12   A.   No.

13   Q.   If we look at the period between this fall -- let's look

14        at the aftermath of this meeting.  Did you get together

15        with your colleagues to discuss the meeting?

16   A.   I might have said to them why did I lose my prep period

17        over a meeting that I just explained?  But that is the

18        extent of me getting into that.  I am not a talker.  I

19        am just going to go do my job.

20   Q.   That is all I am asking.  Were you aware of any of  your

21        other peers, your colleagues in the Science Department,

22        getting together to discuss the meeting?

23   A.   No.

24   Q.   If you look at the period through the end of 2003, was

25        there any other discussion of Evolutionary Theory or the

1          presentation of Evolutionary Theory between yourself and

2          any members of the administration?

3     A.   No.

4     Q.   How about your colleagues, did they come to you at any

5          time for the remainder of 2003 and say I had another

6          meeting with Mr. Baksa on the issue or anything of that

7          nature?

8     A.   No.  Just one minor -- when I said -- I know my

9          colleague, Jen Miller, she used to do a timeline.  The

10         kids were always in the hall at the end of the semester

11         because that is when Evolution came about.

12              Whether it was time constraints or not, I know she

13         didn't do that anymore.

14    Q.   How is that, Bob?  How did you learn that?

15    A.   Just because she wasn't in the hall.  And I said don't

16         you do the timeline?  She said no, I am not going to do

17         that.  She didn't give really -- I don't remember a

18         reason why.

19    Q.   Just to make sure I am understanding you.  Did she put a

20         display up in the hallway?

21    A.   No.  They actually had a little like you find in a cash

22         register, the tape.  And they would roll it out and then

23         mark different times of -- I never did it.  It was

24         different times of life forms coming about.

25    Q.   So it was an evolutionary timeline?

```
 1   A.   Yes, correct.

 2   Q.   How was it displayed, Bob?

 3   A.   I don't know if it was ever displayed.  They used the

 4        hallway because they were so long on the ground and

 5        worked on it.  I don't know if it was ever displayed in

 6        the classroom or anything.

 7   Q.   I understand you better now.  As part of a classroom

 8        project, she would have the kids create a timeline using

 9        register tape in the hallway?

10   A.   Correct.

11   Q.   During her class period; is that correct?

12   A.   Correct.

13   Q.   Good enough.  Now let me just ask you in 2003, the text

14        selection process, were you a part of that?

15   A.   Yes, just again myself and Jen Miller.

16   Q.   Now, again, I am referring to 2003.  Recall if you can,

17        Bob, is that the period in which the Science Department

18        came up for new text in the ordinary course?

19   A.   Yes.

20   Q.   Just briefly describe your participation in the text

21        selection process in 2003.

22   A.   Jen or Bert Spahr would order the books because all the

23        companies obviously want you to buy their book.  They

24        would send out, and a whole packet would come.  Some of

25        them had CD's and everything.  I was just more concerned
```

```
 1   Q.   Let me ask you about that.  Did the biology text come up
 2        in the fall of 2003 in the meeting with Mr. Bonsell?
 3   A.   I don't remember anything about a text.
 4   Q.   Do you recall at some time in the fall of 2003 learning
 5        about the notion that the biology texts weren't being
 6        used?
 7   A.   Yes.
 8   Q.   Tell me what you recall about that, Bob.
 9   A.   I think I personally explained -- I don't know -- I know
10        it was to Mr. Baksa the one time.  He come over and said
11        why is somebody -- or somebody at the Board meeting
12        asked them why these textbooks are not being used.  I
13        remember going how many times did I explain this?
14             In one year, which I am not sure of the exact
15        year, we had all ninth graders and tenth graders taking
16        biology because they were flip flopping tenth grade
17        biology back to ninth grade and making STS, the
18        environmental course, tenth grade.  And that was all
19        because if a test come out, an assessment test, that
20        they wouldn't have any bio or environmental by the time
21        the test come out.
22             So we didn't have enough books for all of the kids
23        because there was too many sections at once.
24   Q.   Because you were teaching two grades in one year?
25   A.   Correct.  I said it is simple.  We will just make a
```

1 classroom set.  It was no big deal to me because I am

2 not a teacher that opens up the book that says okay

3 class, let's read this paragraph.

4  I said we will make a classroom set.  If any child

5 wants to take it home, great, we will just sign it out.

6  And the statement you asked me, I heard that a

7 couple of times, and it made me mad.  Because they had

8 books.  Not only that book, they had other books in the

9 room that they could reference.

10 Q. And you took that information to Mr. Baksa?

11 A. Yes, I remember.

12 Q. Again looking at 2003 and this text process, do you

13 recall at any time during 2003 being made aware of the

14 Board's concerns about purchasing the book in 2003 as

15 opposed to 2004?

16 A. I just remember Jen or Bert saying that they needed to

17 review this book.  They needed to -- and that was

18 like -- that is why it was taking time.  There was a

19 committee that was supposed to review the book.  That's

20 all to the extent that I remember.

21 Q. Sure.  Let me ask you this:  Do you remember any

22 discussion of comparisons of the book that the teachers

23 had in 2003 as against the book that they were proposing

24 to buy in 2003?  Do you recall discussions of that kind

25 of comparison taking place, people saying things like

```
 1   A.   I don't know.

 2   Q.   Good enough.

 3   A.   I'm sorry.

 4   Q.   It is fine.  How about if we look at the spring of 2004,

 5        January through May for our purposes here, do you recall

 6        being present at any other meetings with Board members

 7        relating to biology?

 8   A.   No.  Mr. Bonsell is the only one I have ever been

 9        present with in a meeting besides a hearing that I was

10        with a Board member.  That was with a student in my

11        class.

12   Q.   Let's look at just the same period in discussions with

13        your colleagues about biology text or the biology

14        curriculum.

15             In the spring period of 2004, did you have any

16        discussions with your colleagues about the biology text,

17        the biology curriculum?

18   A.   For curriculum, this that is in front of me, I guess

19        this is mine.  This is the -- that was really all the

20        curriculum.  That is when we started having meetings

21        with Mr. Baksa and Mr. Nilsen.  I remember meeting with

22        them with this stuff.

23             Is this the date you are talking about around

24        then?

25   Q.   No.  Let's do this:  We will mark the documents that you
```

 1          have produced in one set as Linker 1.

 2                (Linker Deposition Exhibit 1 was marked.)

 3   BY MR. GILLEN:

 4   Q.   Bob, I am going to ask you to look at this little group

 5        of documents here that we have marked for purposes of

 6        this exhibit as Exhibit 1, Linker 1, and ask you if

 7        those are the documents you produced in response to my

 8        subpoena?

 9   A.   Yes.

10   Q.   Are those the documents you were just referring to in

11        your testimony?

12   A.   Yes.

13   Q.   The first page that you reference is a draft change to

14        the biology curriculum that has enclosure XI-C in the

15        lower right-hand corner; correct?

16   A.   Correct.

17   Q.   Those relate to the curriculum change in October, and we

18        are going to get there.

19   A.   Of '04?

20   Q.   October of '04.  But we are going to get there.  For

21        now, I just want to get a sense for the spring and

22        summer from your perspective.  It sounds like what you

23        are saying is prior to roughly the October period, there

24        wasn't a lot of discussion to which you were privy

25        concerning the biology text or biology curriculum; is

1      that correct?

2  A.   That is correct.

3  Q.   And just to make sure I got you if we move through,

4       let's just take that period from January and extend it

5       all the way through August of 2004 before the school

6       year begins.

7  A.   Okay.

8  Q.   Do you recall any conversations with your colleagues

9       about the biology text or biology curriculum during that

10      first eight months about of 2004?

11 A.   Just that we were supposed to be getting it, and then we

12      weren't getting it, now we are getting it.  That is just

13      the stuff I remember hearing.

14           What date -- the only -- why I can put a date with

15      it is because at the end of last year, would that be

16      when you are talking about, the very end of school last

17      year?

18 Q.   The end of the school year or the calendar year?

19 A.   The school year.

20 Q.   For 2004?

21 A.   Correct.  We had to have everything out of our rooms

22      because they were doing construction -- brand new labs

23      in my room and Jen's room.  We had to take everything

24      down to Bert's room and Rob Eshbach's room.  That is

25      when I remember hearing some stuff.

```
 1              Like they had to go to a meeting the day school
 2         let out about -- I thought it was about textbooks.  I am
 3         thinking you are going to a meeting and school is
 4         letting out about textbooks.  That was just my mindset.
 5         I'm going home.  It's summer.
 6    Q.   All right.  So now I think I get you.  So this is
 7         roughly June of 2004?
 8    A.   Correct.
 9    Q.   And you are prepared to pack up and move on out for the
10         summer?
11    A.   And it was tough for me because I have to have
12         everything out.  That is really what I was worried about
13         that last day.  I got to have everything out of this
14         room.
15              Actually, people were helping me from other
16         departments, but I wasn't worried about meetings and
17         stuff.
18    Q.   But you did learn that there was going to be a meeting?
19    A.   Yes.
20    Q.   Who did you believe would be involved in that meeting
21         you are referencing?
22    A.   Jen, Bert Spahr and some Board members.
23    Q.   Did they mention the Board curriculum committee?
24    A.   I don't know.
25    Q.   Good enough.  All right.  As you are getting ready to
```

1      pack up and leave, you hear about this meeting.  In the

2      period between June and August of 2004, did you have any

3      discussion with your colleagues about the upshot of the

4      meeting?

5  A.  No.  That would have been summertime; correct?

6  Q.  Yes.

7  A.  No.

8  Q.  I think I know the answer to this question, but let me

9      just make sure.  Did you speak with any Board members

10     about the biology text or biology curriculum from

11     January through August of 2004?

12 A.  No.

13 Q.  Did you receive any calls at home from anyone about the

14     biology text?

15 A.  No.

16 Q.  All right.  How about the Board's deliberations on the

17     purchase of the text, did you speak with your colleagues

18     about the Board action for purchasing the text?

19 A.  I don't know what you mean by Board action.

20 Q.  Did you ever learn about the Board's vote on the Miller

21     and Levine text; and if so, how?  When did you learn

22     they voted to?

23 A.  I am sure I did because Bert would have said well, we

24     got your textbooks.  And I would have said great.  I

25     wouldn't know the date.

```
 1   Q.   It is evident that Bert is a force to be reckoned with.
 2        Do you read the paper, the local papers, Bob?
 3   A.   Yes.
 4   Q.   Did you read the local papers during the summer months
 5        of 2004?
 6   A.   Yes.
 7   Q.   Did you have any discussions with your colleagues about
 8        reporting in the paper about the biology text or biology
 9        curriculum, anything like that?
10   A.   No.
11   Q.   How about during this period, did the administration
12        contact you with any questions about the biology text or
13        biology curriculum?
14   A.   No.
15   Q.   So is it right, Bob, that basically you were sort of
16        back in the loop, so to speak, on this biology text,
17        biology curriculum controversy when you returned for the
18        school year in the fall of 2004; is that when the story
19        picks up again for you?
20   A.   Yeah.  When you are saying the textbook --
21   Q.   Yes.
22   A.   It is like, great, I have my book.  I don't know what
23        happened all through -- I don't know how it got here,
24        but I have my book now for me personally.
25   Q.   Let me ask you about that.  So far as you knew, it
```

```
 1         sounds like in the spring of 2004, you heard from Bert

 2         at some point, we are going to get our book; is that

 3         correct?

 4   A.    Yes.

 5   Q.    And then pretty much, you left for the summer, came back

 6         for the school year, and your book was there?

 7   A.    Correct.

 8   Q.    As far as Bob was concerned, all things are copacetic?

 9   A.    That is great.  I got my book.

10   Q.    Good.  So now how about Of Pandas and People?  You

11         return to school to give your instruction in biology.

12               Upon returning, were you introduced to the text Of

13         Pandas and People?

14   A.    Yeah.  But the name probably I first saw it on a

15         document something similar to this one.  I think I saw

16         the name before I ever saw the book.

17   Q.    Okay.  Good enough.  And you are referring to the first

18         page of Linker 1?

19   A.    Correct.

20   Q.    Good enough.  Let me ask you about that.  I think I

21         know, but it seems you were not contacted during the

22         summer for the purpose of reviewing a text called Of

23         Pandas; correct?

24   A.    No.

25   Q.    You came back, and you have indicated that you probably
```

```
 1           saw the title of the book in print before you ever saw
 2           the book?
 3   A.      Yes.
 4   Q.      It seems to me then, Bob, that you were not asked to
 5           review the book for content?
 6   A.      No.  I was given the book.  I couldn't even tell you who
 7           actually gave it to me.  I remember having it in my
 8           room, but nobody told me read it, study it.
 9   Q.      Well, let me ask you this:  Upon your return to school
10           -- let's look at August and September together.  During
11           that period you are just back, were you privy to·
12           discussions with your colleagues about the incorporation
13           of Intelligent Design Theory into the biology class?
14   A.      Yes.
15   Q.      Tell me about that then.
16   A.      These papers is when I really knew what was going on.
17   Q.      Again, you are referring to --
18   A.      When I see the word Intelligent Design and Of Pandas and
19           People on Linker 1.
20   Q.      This is interesting.  Let me just get it for the record.
21           Bob is referring to the first page of Linker 1 which is
22           a draft of the Proposed Curriculum Change.
23               Is that the first you heard of it, Bob, looking at
24           this document here, or was there discussion with your
25           colleagues prior to this document which I will tell you
```

```
 1          you would have received probably between October 13th

 2          and 18th of 2004?

 3   A.     I remember watching a video one time.  That was

 4          definitely at the end of school.  There was a video.

 5   Q.     Was that in about June of 2004?

 6   A.     Yes.

 7   Q.     That's good.

 8   A.     I don't know if that said the word Intelligent Design or

 9          anything with that.

10   Q.     Let me ask you about that.

11   A.     Okay.

12   Q.     Looking at those materials, do you know -- who did you

13          look at it with?

14   A.     I remember it was in Mr. Eshbach's room because that's

15          where we were putting all our stuff cleaning up.  And

16          they said that the video came I think from Mr. Baksa.

17              I don't remember them saying we had to watch it,

18          but me personally, I wanted to watch it because it

19          talked about gaps in the Evolutionary Theory with many

20          prominent scientists.  I think it was probably a half

21          hour an hour long.

22              It went through all the gaps that we actually even

23          teach, some it talked about.  I liked it.  I thought it

24          was neat to see the other side of the story or where

25          these gaps were coming from.
```



1          I remember watching that and packing up, and then

2     that was it.  I don't remember Intelligent Design being

3     associated with that film, just there was gaps in the

4     Evolutionary Theory, and here are scientists to show

5     you.

6  Q.  On that score, were you party to discussions with your

7     colleagues about well, this has some merit, or this is

8     consistent with what we show anyway in the class?  Did

9     you discuss the video with your colleagues upon viewing

10     or shortly thereafter?

11  A.  Thereafter, we were leaving for school.  So during the

12     video, I remember saying this is good.  That's their gap

13     right there.

14          And then I remember saying well, you can find gaps

15     in anything.  That's what I remember saying, which is

16     okay.  They found the gaps, great.

17  Q.  Now did you have any discussions with Mr. Baksa or any

18     member of the administration about your impressions of

19     the video and what it showed?

20  A.  No.

21  Q.  I take it you didn't speak with Board members about it?

22  A.  No.

23  Q.  As frequently happens going through this, you sort of

24     remembered something in 2004 earlier.  That's fine.

25          When you returned to school, in August, let's look

```
 1              again then at any discussion of Intelligent Design
 2              Theory.  Did that come to your attention at some time
 3              shortly after you returned to school?
 4    A.    Yes.
 5    Q.    And how, Bob?
 6    A.    I just remember the book -- somebody was donating the
 7              book to the school, and we were supposed to have a set
 8              of them in the classroom.
 9                   And I mean just my thinking, I guess then this
10              stuff came out, I am not sure, but -- and then they were
11              changing our curriculum to include Intelligent Design.
12    Q.    All right.  It seems like, Bob, that prior to receiving
13              the first page of Linker 1 you really weren't all that
14              caught up in the discussion of this matter; is that
15              accurate?
16    A.    It might have been around, but I wasn't into it I guess,
17              if you want to say that, until I had to have meetings.
18              Then I was into it.
19    Q.    Let me ask you:  It seems that essentially the way you
20              look at it is when it's going to have some practical
21              effect on my instruction, that's when I would give it my
22              attention; is that correct?
23    A.    Correct.
24    Q.    And it seems to me, Bob, from what you are saying that
25              prior to receiving the first page of Linker 1, you
```

```
 1              really didn't have a sense that it was going to have a
 2              practical effect on your classroom instruction; is that
 3              correct?
 4    A.        Correct.
 5    Q.        And it seems to me that prior to the curriculum change
 6              which occurred in October of 2004, this really wasn't a
 7              big issue for you from your return in August up until
 8              October?
 9    A.        Not really for me until these papers.  I think that is
10              when I got involved if you want to say.
11    Q.        And then you have referenced some meetings.  Let's just
12              go to that, the meetings that are connected to the draft
13              curriculum that are part of Linker 1 here.
14                   Just for the record, I will note that the first
15              two pages of Linker 1 are two different drafts of
16              Proposed Curriculum Changes.  The first page has XI-C in
17              the bottom right-hand corner and the note the origins of
18              life are not taught in the lower left-hand corner.
19                   The second page is similar, but does not have the
20              note in the lower left-hand corner.  It also has
21              handwritten notations in the upper left-hand corner
22              indicating October 18th.
23                   Tell me what you can about the meetings you have
24              referenced that are connected to these documents.
25    A.        I helped Jen Miller write this.  That's probably why I
```

```
 1            have that.  I wanted my name in there because I helped
 2            write the first draft.
 3                    And all this new stuff -- truthfully, I have
 4            never -- the original one that I helped Jen write, I
 5            don't know where that is.
 6    Q.      Hold on a second.
 7    A.      All this other stuff is new stuff that Mr. Baksa would
 8            bring to us in our little meetings.  Actually, I think
 9            Dr. Nilsen was at some of them.
10    Q.      Let me do this:  If you would, Bob, take a look at an
11            exhibit that has been marked Miller 7.  Take a look at
12            the page of Miller 7 that has the Bates stamp number 19
13            in the lower right-hand corner.
14    A.      Okay.
15    Q.      I would ask you to note that that cover memo refers to
16            the attached document as the Recommended Changes to the
17            Biology Curriculum from the Administration and Staff.
18            And the lower right-hand corner of the memo references
19            XI-B.
20                    Then flip the page and turn your attention to the
21            page with the Bates stamp number 20 in the lower
22            left-hand corner, and look at that text.
23                    If you compare the text of this document with
24            Bates stamp number 20 with the text of the first two
25            pages of Linker 1, you will note among other things that
```

1       in the column headed Materials and Resources, there is

2       no reference to *Of Pandas*.  Further, that in the bottom

3       most entry, the second column UNIT

4       Content/Concepts/Process, you will see the language

5       there is different.

6           Looking at that, Bob, is this XI-B, Bates stamp

7       20, the document you created with Jen Miller?

8  A.   I think there was one before this.

9  Q.   Really?

10  A.   Yes.

11  Q.   But looking at it, is that the teacher's version as you

12      understand it?

13  A.   I don't know if we wrote any of these.  I mean me

14      personally or the -- we were shown these.

15  Q.   Okay.  That's good.  I want to know that.  It seems like

16      whatever input you had, you did not create the document

17      yourself?

18  A.   Correct.  I know there was at some time in one of the

19      meetings, we said we would compromise our original,

20      which I don't see the original -- I don't know if I

21      would recognize it.  But I don't ever remember the

22      original having anything to do with gaps in Darwin's

23      Theory.

24         I thought our compromise that was going back to

25      Mr. Baksa and back to the Board had the word gaps in it.

 1          That was our -- that is what I remember as our

 2          compromise.

 3   Q.     You know what, I don't want to belabor this.  If you

 4          look at the next page of Miller 7, you will see XI-C, I

 5          would ask you to note that that memorandum bills the

 6          attached document as a Second Draft of the Recommended

 7          Changes to the Biology Curriculum from the

 8          administration and staff.

 9              Then if you look at the page following Bates Stamp

10          number 22 --

11   A.     I am on that now.

12   Q.     You will see some highlighted text.  Looking at it, Bob,

13          does that at all prompt your recollection with respect

14          to the compromise document that you have referenced?

15   A.     No.  Because we as teachers did not want the reference

16          part in.  The reference, we didn't want that in.  This

17          right here where it says the origins of life is not

18          taught, that's fine.  Our compromise that we put the

19          word gaps in, that was fine.

20              But the reference out there wasn't -- why do you

21          need that?  If that is the fact, then we should have all

22          our books in our room referenced.  What is the

23          difference between this?  That is what we didn't get.

24   Q.     And you note origins of life is not taught, that's fine,

25          what do you mean by that, Bob?

| | | |
|---|---|---|
| 1 | A. | We never taught it. |
| 2 | Q. | So it just stated existing practice? |
| 3 | A. | Right.  So it was like you can put that there because we |
| 4 | | don't do it, anyway. |
| 5 | Q. | All right.  Just so I understand you, therefore the |
| 6 | | reference to Jen Miller and Bob Linker that is on the |
| 7 | | top of the second page of Linker 1, that just was a |
| 8 | | notation which you made to reflect the fact that at some |
| 9 | | point in the process, you and Jen -- |
| 10 | A. | Right.  And then this was new.  But it was funny because |
| 11 | | this was kind of a long process me and Jen did over the |
| 12 | | years.  We were kind of proud of it that we wrote this |
| 13 | | because some of the other classes that had to rewrite |
| 14 | | their curriculum, they kind of didn't do it as hard.  We |
| 15 | | would spend day after day in inservice and do it. |
| 16 | | Now inservice has come up today, which is way |
| 17 | | years back and they're going we still have to do our |
| 18 | | curriculum or our assessments.  And me and Jen worked |
| 19 | | hard.  Any time I was around here, I went and put our |
| 20 | | names there. |
| 21 | | That wasn't that I wrote that.  That was just to |
| 22 | | say that we wrote the original curriculum. |
| 23 | Q. | Now I understand. |
| 24 | A. | It had nothing to do with any of this.  I am sorry. |
| 25 | Q. | That is quite all right.  You are saying that pretty |

 1          much because you were proud of your initial role --

 2   A.     Correct.

 3   Q.     -- in formulating the biology curriculum?  Let me ask

 4          you a question -- and it is in no way intended to

 5          diminish the credit in creating the curriculum in the

 6          first place.

 7              You have referenced, as have many other witnesses,

 8          there was a sort of recalibration of science instruction

 9          connected with the change in state standards; is that

10          correct, Bob?

11   A.     Yes.

12   Q.     Now if you look at this these documents that we have

13          laid out here, the curriculum, you will see there's

14          reference to a number of days in the upper right-hand

15          corner where it says Time (weeks/classes).  Just look at

16          the first page of Linker 1, for example.

17   A.     (Witness complies.)

18   Q.     The first column, the upper most entry under the entry

19          Time, there is 19 days.  I think I know the answer to

20          this, but I just want to make sure.

21              Is it true, Bob, that you no longer devote 19 days

22          to this subject matter?

23   A.     Correct.  And I don't believe we ever did.  Where I

24          think this happened was when it was originally -- you

25          get to the end and it is like we still have 19 days to

```
 1            put in so it would become 90 days.  And that's where I
 2            think so many days come in.
 3                 Also, we used to have a ninth grade science
 4            project which would take a lot of time, and this would
 5            kind of correlate with it.  It wasn't Evolution, but
 6            that was our way of getting more days for that.  And
 7            now, that's gone.  And wow, I don't spend 19 days on
 8            that.
 9      Q.    And I realize that, and it is evident from the
10            testimony, but I just wanted to make sure that it is
11            clear that essentially with the recalibration of the
12            state standards, there has been a tailoring of the
13            curriculum as practiced in Dover to reflect those state
14            standards and what they require; correct?
15      A.    Correct.
16      Q.    And after that change, although there was change in the
17            state standards, although there was a change in the
18            practice, this document wasn't necessarily changed to
19            reflect the change in instruction in the classroom?
20      A.    This one?
21      Q.    Yes.  In other words, let me ask you if this is right or
22            wrong.  The state standards change, and that entails
23            some change in classroom instruction, both in the way
24            subjects are presented across disciplines.  Some things
25            I understand from some witnesses which were previously
```

1          presented in biology are now presented in environmental
2          class?
3     A.   Correct.
4     Q.   There were changes of that nature as a result of the
5          change in state standards; correct?
6     A.   Yes.
7     Q.   But to date at least, there has yet to be a
8          comprehensive revision of the science curriculum across
9          the disciplines to reflect the renewed allocation of
10         subject matter that takes place in the classroom;
11         there's a gap?
12    A.   I am not understanding you.  I'm sorry.
13    Q.   Don't be because I am not sure my questions are clear.
14         All I am getting at, Bob, is this:  The state standards
15         changed; classroom instruction changed?
16    A.   Correct.
17    Q.   But this document wasn't revised to reflect that change?
18    A.   Correct.
19    Q.   Good enough.  All right.  Let's talk about the meetings
20         you have referenced in -- were they in about October of
21         2004?
22    A.   Yes.  That one paper I had the date on, that's great.
23         That is the first date I ever saw.
24    Q.   All right.  Tell me about that.  You said you were in
25         meetings, and that the meetings related to the

```
 1          curriculum change.  Was there more than one meeting?
 2   A.     Yes.
 3   Q.     Let's try and remember the first one if you can and tell
 4          me what you can about that first meeting, how it came to
 5          be.
 6   A.     I remember meetings with Mr. Baksa, Dr. Nilsen about
 7          these changes and Mrs. Spahr, Bert Spahr saying well, my
 8          teachers are not going to do it because of legality
 9          reasons.  And she would have stacks of papers about
10          court law cases.  And I remember her reading them to Dr.
11          Nilsen and Mr. Baksa many times.
12               The meeting for this, I remember having three
13          drafts in front of me.  And I think it was real close to
14          the School Board meeting because we said, well, the only
15          one we will go for is -- and I don't know if it was this
16          one, but it didn't have that on.
17   Q.     Let's look again at Miller 7 and look at the Bates stamp
18          page 20.
19   A.     (Witness complies.)  Yes.
20   Q.     That's the one?
21   A.     That is the one that we said this is the one that the
22          teachers would like.
23   Q.     Right.
24   A.     That's the one that we compromised by allowing gaps in.
25   Q.     Let me just try and get that straight and make sure you
```

1       are definite on that point.  Again, Bob, if you look at

2       the memo for that, that is the recommended changes to

3       the biology which is Bates stamp page 19, you will see

4       it is dated October 13th.  And it is billed as

5       recommended changes to the biology curriculum from the

6       administration and staff.

7            Now if you continue further through Miller 7 and

8       you look at the next memo Bates stamp 21 in the lower

9       right-hand corner, you will see that that memo is dated

10      October 18th, 2004, the day of the Board meeting, and it

11      is billed as a second draft of the recommended changes.

12           So all I am trying to get at here, Bob, is I

13      understand there was an initial proposal from the

14      administration and staff, and then there was a

15      compromise as you have referenced.  But what I just want

16      to see where you are at on this is my understanding -- I

17      am not testifying for you; tell me if it is consistent

18      with yours -- is that XI-B is the original version

19      proposed by the teachers?

20           MS. PENNY:  That would be Bates number 20.

21  BY MR. GILLEN:

22  Q.   That is the original version, and then XI-C, Bates

23      stamped 22, is the compromise version.  It is in Miller

24      7.

25  A.   No.

```
 1   Q.   Just tell me why do you say that, Bob?
 2   A.   Because I remember we did not want reference to Of
 3        Pandas and People on the actual document.
 4   Q.   Let me ask you this on that score:  As of this time, now
 5        this is October 18th, do you recall there being
 6        discussion about what are we going to do with this book,
 7        and whether the biology teachers said if you want to put
 8        it as a reference book or a reference text in the
 9        classroom, that's fine?
10            Do you recall that as of this time, which would be
11        October 18th, the teachers saying all right, we got the
12        books, if you want to put them in the classroom fine,
13        but as you say their position was we are not teaching
14        it?
15   A.   We didn't -- maybe I should speak for myself.  I didn't
16        want anything in my classroom that was going to be
17        illegal.  And the reason I keep going back to this is I
18        remember Mr. Baksa keep bringing over documents or
19        drafts, I don't know how many it was, if this was all
20        the ones, and we kept saying no.
21            But I remember after the meeting what did it
22        matter?  We weren't voting on it.  They were deciding
23        it, and they chose not to pick the one that the teachers
24        wanted.  That's what I remember from it.
25   Q.   A couple of things there.  Your sense for doing anything
```

1   illegal and the way in which *Of Pandas* relates to that,

2   was that based on the information that Bert was

3   providing?

4  A.  Well, as soon as it said the Intelligent Design, I don't

5   know if I -- I would have had the book at that time.

6   Based on my background and maybe college, I didn't think

7   you could have any religion in a public school.

8        And that as soon as I saw that word and they say

9   it is a higher being, what's a higher being?  A higher

10  being I know is God.  As soon as it said that, I was

11  like wait.

12       When all this happened, like you are asking for

13  dates, I know it was happening to me during this because

14  I didn't want to be doing something illegal.

15  Q.  And this is the October, 2004 period?

16  A.  Correct, for me.

17  Q.  Had you reviewed the text *Of Pandas* by that time?

18  A.  Yes.  I skimmed probably the first -- I remember reading

19  the first page.  Wow, this is pretty -- this would be

20  pretty tough for a ninth grader to read because I had to

21  read the first page again in order to understand it.

22       Then I thought this all talks about the origin of

23  life, and we said we don't teach the origins of life.

24  And Mr. Bonsell wanted that origin of life definitely to

25  be in this.  So I wasn't getting it.  So that's where it

1          was kind of --

2    Q.   Let me just see if I understand your thought process on

3         that, Bob.  Is it essentially your thinking if

4         Intelligent Design Theory addresses the origins of life,

5         and the curriculum has a note which says the origins of

6         life will not be taught, what is the point?

7    A.   Correct.

8    Q.   You have referenced some meetings with Mr. Baksa

9         relating to these competing versions of draft

10        curriculum.  When Mike Baksa is coming to you with these

11        various proposals, is he telling you why he is back

12        again?

13            I mean did you have a sense that he was trying to

14        find a compromise position between that of the faculty

15        and that of the Board that everyone could live with?

16   A.   I mean we would say no, we don't want this.  And I

17        remember Mr. Baksa saying I'm the messenger.  I remember

18        him saying -- that is what I remember about him keeping

19        -- here is another one, here is another one.  We said

20        no.

21            But our compromise -- all I remember is okay, we

22        will compromise, which I couldn't point to the exact

23        one.  If we did -- I remember they didn't take that,

24        even our compromise.  So then I guess I was mad

25        personally.  I don't know.

 1   Q.   And just to make sure I understand you there, you are

 2        saying that ultimately, the Board did not accept the

 3        compromise that had been proposed by the administration

 4        and staff?

 5   A.   By the staff.  I don't know if that includes the

 6        administration because they were giving us all kinds of

 7        stuff.  So I didn't even know which one -- they were

 8        asking us which one we wanted.  I don't know which one

 9        the administration wanted.

10   Q.   Let me ask you about that, Bob.  Do you have an

11        understanding as to whether the administration was

12        onboard wholly with the Board curriculum committee

13        version, or whether they were trying to find a middle

14        way between the staff and the Board versions?  Do you

15        have a sense of where they shook out?

16   A.   No, I don't think we ever did.

17   Q.   Apart from the comment you recall Mr. Baksa making of I

18        am the messenger, anything else that Mike Baksa said to

19        you about this process of these draft curriculum changes

20        and trying to work out an acceptable version?

21   A.   I just remember Bert always asking him this is illegal,

22        and him not saying no, it is not or just -- I don't

23        know -- I don't remember what he said, but she

24        constantly said this is illegal.  It says it right

25        there, and this is not the one that we want.

```
 1              She was pretty much -- it was the Assistant
 2       Superintendent and the Department Chair.  So she was
 3       pretty much our spokesperson for when those meetings
 4       would happen, even though we could talk whenever we
 5       wanted.
 6   Q.  I understand.  When you say this is illegal, the it is
 7       Intelligent Design?
 8   A.  Correct.
 9   Q.  And let me just ask you:  For your personal input, did
10       you speak with Mike for yourself with respect to these
11       various drafts?  Did you say this is the one I want to
12       Mike Baksa personally, or was Bert your spokesman?
13   A.  No.  It was all of us for talking about these.  She
14       didn't say this is the one because she doesn't even
15       teach biology.  So she would always refer to me or Jen
16       or Rob, and we said this is the one that we compromised
17       for.
18              And the other ones -- the stuff that would get
19       Bert riled up was any time it said Intelligent Design in
20       it because she said I am protecting my teachers in case
21       this is illegal.
22   Q.  Okay.  During this process, this back and forth
23       surrounding the curriculum drafts, did you speak with
24       Dr. Nilsen about the matter?
25   A.  He come -- he was in one of the meetings where they
```

1        definitely -- Bert definitely talked directly to him

2        you're telling me that if I have to do this, you are

3        putting my teachers in jeopardy of being something

4        illegal?  I don't remember his responses, or Dr.

5        Nilsen's, but I remember Bert.

6            I remember her going at it.  And it wasn't like a

7        nice tone because I guess we were dealing with it for so

8        long.

9    Q.  Okay.

10   A.  I remember her saying are you telling me to tell my

11       teachers to do this stuff?  I guess that was maybe

12       passed -- after this was passed.  Like a timeline, that

13       might have been leading up to when we had to say like a

14       statement.

15   Q.  What you are saying now may be after the curriculum

16       change was actually approved?

17   A.  Correct.

18   Q.  And now the question is what do we do with it?

19   A.  Right.

20   Q.  Looking at the -- all I am trying to get at here is your

21       sense for the process which resulted in these competing

22       drafts and what was at issue.

23           It seems to me, Bob, that at this point while Bert

24       is soliciting input from you as the biology teachers

25       regarding what you want for the proposed biology

1  curriculum, she is the point person vis-a-vis the

2  administration on the issue, or is it she and Jen?

3          It doesn't seem that you were all that involved.

4  It seems that they came to you and so on.  I am just

5  trying to figure out who is speaking at this point for

6  the teachers, the faculty.

7  A.  Well, any -- I don't know if I was in every meeting, but

8  everybody spoke.  It is just that she can get mad quick

9  about a certain thing, and then she would -- she always

10  had her stuff on legality that I guess she researched

11  personally.

12          And if it was there, obviously I thought that all

13  along, that it was illegal.  But I guess she took the

14  time where I am a set back guy going well, they are

15  going to tell me what to do.  And she was doing the

16  protecting of her Biology Department.  That is kind of

17  way I felt.

18          But Jen, I believe it was Mr. Baksa or Dr. Nilsen

19  started talking to Jen about some of the stuff also.

20  When I say stuff, it would have had to have been about

21  this.

22  Q.  The competing versions of the curriculum change?

23  A.  Right.  And just going to talk to Jen maybe because Bert

24  Spahr would get a little wound up quick.  But I don't

25  know -- I want to say that Bert is the spokesperson for

1          us.  She is our Department head so she speaks up pretty
2          quick.
3    Q.    I think I understand now.  It seems like Bert had a
4          concern with legality, and that was the issue she was
5          principally speaking on; is that true, Bob?
6    A.    Yes.
7    Q.    Whereas you guys were speaking to the curriculum which
8          you and Jen had drafted.  Let's look at these meetings.
9          It seems to me you can't really break them up?  You know
10         there was more than one, but they kind of blend
11         together?
12   A.    Correct.
13   Q.    If you just look at those meetings, you have recalled
14         Mike Baksa saying I am the messenger here.  Anything
15         else that Mike said vis-a-vis the Board's purpose in the
16         contemplated curriculum change that you can recall?
17   A.    Not specifically.  I can't quote anything so I don't --
18   Q.    I understand that.  You are just trying to remember.
19         How about the impression you had?  Did you have an
20         impression as to what the Board was after here?
21   A.    My impression was that they wanted the word --
22         definitely wanted the word Intelligent Design in and
23         wanted the reference Of Pandas and People.
24   Q.    And now did you have a sense for why, Bob, at this
25         point?  I mean as you say, they want it in there.  I

1           note on the second page of Linker 1, you have the term

2           teach written in the lower left-hand corner and gaps and

3           problems underlined in the bottom most entry in the

4           second column under Unit Content/Concepts.  What does

5           that refer to?

6                Does that reflect what you said before which is we

7           teach those already?

8    A.     Where I have it underlined?

9    Q.     Yes.

10   A.     I don't know -- where it says -- this is my recollection

11          where it says teach, and above it it says 0 day, that

12          was me saying I am going to teach that 0 day because it

13          has Intelligent Design in it.

14   Q.     Okay.

15   A.     That's what I think.  That was my doodling saying it

16          says Intelligent Design, I am going to teach it the

17          number of days zero.  I think that was my doodling that

18          day.  I can't tell you why I did it, but...

19   Q.     All right.  Well, anything else that Dr. Nilsen said to

20          you in response to the comments that you or any of the

21          faculty offered about these rival versions of the

22          curriculum change?

23   A.     About these papers?

24   Q.     Yes.

25   A.     I remember Mr. Baksa being on most of these.

1    Q.    Okay.

2    A.    I truthfully might not have been at some of them that

3          they did, but I do remember seeing three of them right

4          before the Board meeting that was voted on.  I remember

5          coming back and going well, they picked it.  I said

6          which one did they pick either to Jen or Bert?  They

7          picked the one -- they didn't pick ours, the one that we

8          compromised.  They picked theirs, which was which one I

9          am not sure.  Probably one of these.

10   Q.    Interestingly enough, it is none of them.  The final

11         result was a compromise between XI-A and XI-C, but you

12         need not go into that.

13   A.    Okay.

14   Q.    So let's talk about the meeting.  Did you attend it,

15         Bob?  Did you attend the Board meeting on October 18th,

16         2004?

17   A.    No.

18   Q.    You have indicated at some point, you got word as to the

19         results of the vote.  When was that about?

20   A.    Probably the next day.

21   Q.    Did you have discussion with your colleagues at that

22         time about what does this mean for classroom

23         instruction?

24   A.    I am sure, but I can't pick -- did we have a meeting?  I

25         don't remember any meeting where now this is what we are

1           going to do.

2     Q.    That is what I am getting at.  You are going through

3           this process.  There is a curriculum change that is

4           proposed.

5                Do you have a sense as this process is working its

6           way out up to October 18th, 2004, well, what does it

7           mean for classroom instruction, what is it going to make

8           me do?

9     A.    Yes.  And me personally, if it was in my curriculum,

10          that means I should or have to teach it.  So that's when

11          I got a little -- well, first of all, I don't really

12          know what it is about, and I am not an expert on it, so

13          how am I going to teach it?

14               And is it legal for me to teach this?  And if I do

15          teach it, am I getting sued by a parent?  That's where I

16          started thinking this is getting wild.

17               And I don't know when -- we asked our union about

18          it then, what is going to go on about this.  I don't

19          know when that was in the actual timeline, but they said

20          they would come in and tell us what we're supposed to do

21          or help us tell us what we are supposed to do.  Because

22          we were all concerned then.

23    Q.    And the notion of teaching it, Bob, let's look at that

24          for a minute and look at the period between August and

25          October of 2004.  You have indicated, you know, how can

1       I teach it, I don't know enough about it.

2              In any of the meetings you have referenced, was

3       there discussion of that with the administration about I

4       am not qualified to teach this subject matter; do you

5       recall discussions along those lines?

6   A.  Yes.  I think I might have even brought up the question.

7       I think it might have been -- I don't know if it was in

8       this room or not.  I remember asking if it was Dr.

9       Nilsen and Mr. Baksa, but Mr. Baksa answered by saying

10      we will have to get classes or seminars.  That is what I

11      remember him saying.

12  Q.  When was that meeting that you recall?

13  A.  After this Board -- I believe definitely afterward.

14  Q.  Do you recall Bert Spahr ever coming to you and

15      saying -- this is prior to October 18th.  Do you recall

16      Bert Spahr coming to you and saying well, maybe we are

17      going to have to do a statement or something; we are

18      going to have to read a statement prior to October 18th?

19  A.  I don't know if it was prior.  But when you say

20      statement, that's like word.  Yeah.  But when did that

21      happen?  I don't know.

22  Q.  Let me ask you one last question here.  If you look at

23      the various versions of the curriculum change, you will

24      see that they have this language:  Students will be made

25      aware of, and then they go on.

 1             MS. PENNY:  Pat, which one?

 2             MR. GILLEN:  He can look at the first page of

 3        Linker 1 as an example.  The bottommost entry in the

 4        second column, you'll see students will be made aware

 5        of, and then they go on and they vary as we noted.

 6   BY MR. GILLEN:

 7   Q.   Do you recall discussions with the administration what

 8        does that mean students will be made aware of?

 9   A.   No.

10   Q.   How about your colleagues, do you recall speaking with

11        Bert or Jen about students will be made aware of, how

12        are we supposed to make them aware of it?

13   A.   Me personally, I don't remember like discussing it.  I

14        am just thinking well, the gaps and problems of Darwin's

15        Theory, other theories would be something like

16        Intelligent Design.  And I figured -- I remember

17        originally that the book was going to be in the back of

18        the room, and we could say there's other theories such

19        as Intelligent Design.  If you would like to look into

20        that theory, here is the book.

21   Q.   On that score, when you present, do you look at some of

22        the other theories that are in the Miller and Levine

23        text do you draw the kids attention to that like

24        Lemarkian?

25   A.   I am going to say sometimes.  It is just based on what

1       kind of kids I have, if they start asking a lot of

2       questions.  Some classes, they'll ask all kinds of

3       questions.  Other ones -- it was all based on the class

4       and the amount of time that I had.

5            But Lemark was definitely talked about by me.  To

6       what class, I am not sure.  What years, I am not sure.

7   Q.   But essentially it seems that if the students exhibited

8       some curiosity, you would say there are other theories,

9       and this is one of them?

10  A.   Especially before when I divided the chalkboard,

11      obviously Creationism was the first one I wrote up, and

12      then Evolution, that is another theory.  But I always

13      said I cannot talk about this because, one, I am not an

14      expert on it; and number two, we can't bring religious

15      values into a public school.  That's what I would say.

16  Q.   Well, now we are after October 18th, and you got the

17      word to the results of the vote.  The next thing we know

18      is the drafting of the statement.  And you know as I do

19      that Jen had some role in that.

20           I understand the teachers have taken the position

21      that was just vetted for scientific accuracy.  Did you

22      participate in that process?

23  A.   I would say no.  I know I didn't write any of it.

24  Q.   You are looking at the excusal form?

25  A.   Oh, I am sorry.

1   Q.   That is quite all right.

2   A.   This one?  No.  I think the only thing I can remember

3        about this statement is I think that Mr. Baksa stopped

4        in my room and got a definition from the textbook on one

5        of the words, but I am not even sure what word it was.

6        I don't know if it was theory or --

7   Q.   Let me ask you about that.  Do you recall looking in the

8        back of the biology text for a definition of theory?

9        Mr. Baksa coming in and saying Jen says she thinks there

10       should be a definition of theory; do you recall that,

11       Bob?

12  A.   I remember getting the book for him, but I don't know if

13       I opened it and got it and said here is where it is, or

14       he did.  I am not sure.  I remember him coming into the

15       room.

16  Q.   How about do you recall his inquiry being related to

17       theory?

18  A.   I would say yes because that's I guess the scientific

19       word in those paragraphs.

20  Q.   Do you recall him consulting the glossary of the text?

21  A.   Yes.

22  Q.   Good enough.  Apart from that, anything else you did,

23       Bob, with respect to this statement?

24  A.   No.

25  Q.   Did you ever have any discussions with Jen Miller or

COMMONWEALTH OF PENNSYLVANIA      :
                                  :
COUNTY OF CUMBERLAND              :


I, Vicki L. Fox, Reporter and Notary Public in and for the Commonwealth of Pennsylvania and County of Cumberland, do hereby certify that the foregoing testimony was taken before me at the time and place hereinbefore set forth, and that it is the testimony of:


ROBERT LINKER


I further certify that said witness was by me duly sworn to testify the whole and complete truth in said cause; that the testimony then given was reported by me stenographically, and subsequently transcribed under my direction and supervision; and that the foregoing is a full, true and correct transcript of my original shorthand notes.


I further certify that I am not counsel for nor related to any of the parties to the foregoing cause, nor employed by them or their attorneys, and am not interested in the subject matter or outcome thereof.


Dated at Camp Hill, Pennsylvania, this 14th day of June, 2005.


COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Vicki L. Fox, Notary Public
Camp Hill Boro, Cumberland County
My Commission Expires Apr. 1, 2008
Member, Pennsylvania Association Of Notaries

Vicki L. Fox
Reporter - Notary Public


(The foregoing certification does not apply to any reproduction of the same by any means unless under the direct control and/or supervision of the certifying reporter.)