# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al., | : | Case Number: 04-CV-2688 |
| Plaintiffs | : | Judge Jones |
| | : | (Filed electronically) |
| vs. | : | |
| | : | |
| DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this ____ day of _____, 2005, upon consideration of the Joint Motion and Stipulation filed by the non-parties, Joseph Maldonado and Heidi Bernhard-Bubb, and the Defendants, Dover Area School District and Dover Area School District Board of Directors, it is hereby **ORDERED** and **DECREED** that the said Motion is **GRANTED** and the Court hereby enters a Citation of Contempt against the said non-parties, Joseph Maldonado and Heidi Bernhard-Bubb, for failure to appear and testify at pre-trial deposition in accordance with the Order of this Court entered on September 12, 2005, with a nominal fine of $1.00.

Notice of the Entry of this Order shall be given to all parties as prescribed by law.

BY THE COURT:

_____
**JOHN E. JONES III**
**UNITED STATES DISTRICT JUDGE**