IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN,<br><br>Plaintiffs,<br><br>v.<br><br>DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS,<br><br>Defendants. | Civil Action No. 04-CV-2688<br><br>Honorable John E. Jones III |

### PLAINTIFFS' OBJECTIONS TO DEFENDANTS' COUNTER DESIGNATIONS OF DEPOSITION TESTIMONY

Plaintiffs object to Defendants' counter designations of deposition testimony because they are outside the scope of what is permitted by Rule 32 of the Federal Rules of Civil Procedure.[1] Specifically, counter designations are limited to deposition testimony which explains or puts the initially designated deposition testimony in the proper context. *See* Fed. R. Civ. P. 32(a)(4); *see also Magual v.*

---

[1] The parties have agreed and communicated to the Court that these objections do not need to be resolved prior to trial or during the first week of trial.

PHLEGAL: #1793942 v3 (12g7q03!.DOC)

*Prudential Lines, Inc.*, 53 F.R.D. 301, 303 (E.D. Pa. 1971) (stating that 32(a)(4) "is clearly designed to allow explanatory material into the record"); *and* 8A Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 2148 (stating "the opposing party is entitled under the rule to have the context of any statement, or any qualifications made as part of the deponent's testimony also put into evidence").

Defendants have improperly counter-designated deposition testimony of available witnesses which does not explain or add context to Plaintiffs' initial designations. Given that Plaintiffs' designations are admissions by a party-opponent, they are appropriately countered when the witness testifies at trial, rather than in a counter designation of prior deposition testimony.

Because Defendants' counter designations do not explain or provide context to Plaintiffs' designations, Plaintiffs object to the introduction of Defendants' counter designations of deposition testimony listed below.

<u>Michael Baksa (March 9, 2005) (Exh. A)</u>[2]

39:7–41:8

---

[2] The tab for each witness, with two exceptions, has Plaintiffs' designations indicated by highlighting of the designated testimony, and Defendants' counter designations indicated by bracketing of counter-designated testimony. In the case of Buckingham (January 3, 2005) and Harkins (April 12, 2005), Plaintiffs' designations are bracketed and Defendants' counter designations are bracketed with the initials "PTG" next to them.

PHLEGAL: #1793942 v3 (12g7q03!.DOC)

73:7-74:18
138:5-9, 19-25
149:7–150:16
174:17–21
184:21–185:24
194:4–197:18

Alan Bonsell (Jan. 3, 2005) (Exh. B)

79:17-24
81:5-7

Alan Bonsell (April 13, 2005) (Exh. B)

17:1-20
19:20-23:2
23:14-24:4

William Buckingham (January 3, 2005) (Exh. C)

106:21 – 107:15
108:1 –110:10
130:3 – 25
133:16 – 134:11
135:16 – 136:21

Elmira Jane Cleaver (June 9, 2005) (Exh. D)

49:15-51:15
53: 1-8
54:10-25
67:12-15

Steve Fuller (June 21, 2005) (Exh. E)

50:22-51:11
56:11-57:23
90:13-92:4
146:6-146:20
147:8-147:19

157:3-157:14
170:10-171:2
171:24-173:15
186:16-188:9
216:15-217:7

Sheila Harkins (Jan. 3, 2005) (Exh. F)

26:1–27:14

Shelia Harkins (April 12, 2005) (Exh. F)

26:22 - 25
37:11 – 38:9
39:7 – 24
55:9 –18

Scott Minnich (May 26, 2005) (Exh. G)

8:2-9:1
10:15–10:21
33:9-34:5
34:19-35:19
36:10-37:1
40:1-41:7
42:12-42:20
72:3-73:12
83:9-84:16
95:5-95:15

Richard Nilsen (Jan. 3, 2005) (Exh. H)

28:5-7
52:2-15
52:20-24
60:7-11
70:24-71:22


Richard Nilsen (April 15, 2005) (Exh. H)

12:6-13:8
13:15-24
15:10-19:2
50:15-53:15
63:2-64:3
95:3-96:15

Warren Nord (June 7, 2005) (Exh. I)

45:22-46:9
64:4-68:3
76:18-77:15
82:8-83:13
86:5-86:15
97:24-100:18
130:21-144:1

Respectfully submitted,

/s/ Eric Rothschild
Eric Rothschild (PA 71746)
Alfred H. Wilcox (PA 12661)
Stephen G. Harvey (PA 58233)
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
(215) 981-4000
*rothschilde@pepperlaw.com*
*wilcoxa@pepperlaw.com*
*harveys@pepperlaw.com*

Thomas B. Schmidt, III (PA 19196)
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181

Harrisburg, PA 17108
(717) 255-1155
*schmidtt@pepperlaw.com*


ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213
412-681-7864
*vwalczak@aclupgh.org*

Paula K. Knudsen (PA 87607)
ACLU of Pennsylvania
105 N. Front St., Suite 225
Harrisburg, PA 17101
(717) 236-6827
*pknudsen@aclupa.org*

Ayesha Khan (adm. *phv*)
Richard B. Katskee (adm. *phv*)
Alex J. Luchenitser (adm. *phv*)
Americans United for Separation of Church and State
518 C St., NE
Washington, DC 20002
(202) 466-3234
*akhan@au.org*
*katskee@au.org*
*luchenitser@au.org*

Attorneys for Plaintiffs

Date: September 21, 2005

PHLEGAL: #1793942 v3 (12g7q03!.DOC)

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2005, a copy of the foregoing Plaintiffs' Objections to Defendants' Counter Designations of Deposition Testimony should be served on the following counsel through the electronic case filing system:

| | |
|---|---|
| Richard Thompson, Esquire<br>Robert J. Muise, Esquire<br>Patrick T. Gillen, Esquire<br>Thomas More Law Center<br>24 Frank Lloyd Wright Drive<br>P.O. Box 393<br>Ann Arbor, MI 48106 | (Counsel for Defendants) |
| Ron Turo, Esquire<br>Toro Law Offices<br>28 South Pitt Street<br>Carlisle, PA 17013 | (Local Counsel for Defendants) |

/s/ Eric Rothschild
Eric Rothschild (71746)