# EXHIBIT C

SHEET 16   PAGE 61
00060
1    intelligent design stands for?  What does it
2    teach?
3  A.  Other than what I expressed, that's--
4    Scientists, a lot of scientists--  Don't ask me
5    the names.  I can't tell you where it came from.
6    A lot of scientists believe that back through
7    time, something, molecules, amoeba, whatever,
8    evolved into the complexities of life we have
9    now.
10 Q.  That's the theory of intelligent design?
11 A.  You asked me my understanding of it.  I'm not a
12    scientist.  I can't go into detail and debate
13    you on it.
14 Q.  I don't want you to debate me on it.  I don't
15    want you to debate anybody on it.
16 A.  It's a scientific theory.
17 Q.  How is it different from evolution to your
18    understanding?
19 A.  I don't understand the question.
20 Q.  Do you understand the theory of intelligent
21    design to be different from the theory of
22    evolution?
23 A.  Yes.
24 Q.  You do?
25 A.  Yes.

PAGE 62
00061
1  Q.  Just to be clear, we're using theory now in the
2    same way that you defined it earlier in the
3    deposition.
4  A.  Okay.
5  Q.  Just refresh my recollection, how did you use
6    the term theory?
7  A.  Can you tell me how I defined it?
8  Q.  No way she's going to be able to go back.
9  A.  I don't remember what I said.
10 Q.  I think you said something about something
11    that's not proven.
12    MR. GILLEN:  Something scientifically
13    debatable is what my notes reflect, Stephen.
14 A.  I'll stand by that.
15 BY MR. HARVEY:
16 Q.  So when we say--  I'm using it the way you used
17    it.  So my question is, how is intelligent
18    design different from evolution, if at all?
19 A.  They're different theories in that some
20    scientists believe that--  We're going back over
21    the same ground, I think.  Some scientists
22    believe that it could be tiny amoeba again --
23    I'll go back there -- generated a process where
24    the complexities of life occurred, not as random
25    I'll say as what the process of evolution would

PAGE 63
00062
1    dictate.
2  Q.  I'm still--  Maybe I'm confused because I had my
3    own idea of what it meant because I just glanced
4    at Of Pandas and People.  But let me just tell
5    you a few things that I was under the impression
6    that intelligent design, some ideas that it
7    advanced, and you can tell me whether you
8    understand me to be correct or not.
9    One, I understood that intelligent design
10    said that life and living things were created or
11    begun by some intelligent designer, some
12    intelligent being.  Is that your understanding?
13 A.  No.
14 Q.  Do you have any understanding like that?
15 A.  No.  Do you suppose we could soon take a break?
16 Q.  Sure.
17    (Recess taken)
18 BY MR. HARVEY:
19 Q.  Mr. Buckingham, does intelligent design teach
20    that life like a manufactured object is the
21    result of intelligent shaping of matter?
22 A.  I think one--  I think intelligent design
23    expresses an order as opposed to the theory of
24    evolution which talks about chance.
25 Q.  It expresses an order you said?

PAGE 64
00063
1  A.  An orderly process to things.
2  Q.  Who or what directed that order?
3  A.  I don't know.
4  Q.  But my question was, does intelligent design
5    teach that life like a manufactured object is
6    the result of intelligent shaping of matter?
7  A.  I don't know about shaping.  I think there's an
8    order in intelligent design that's not in
9    evolution.  Whether or not it's shaping, I don't
10    know.
11 Q.  Does intelligent design teach that life itself
12    owes its origin to a master intellect?
13 A.  A master intellect?
14 Q.  Yes.
15 A.  I won't say that, no.
16 Q.  Is that something you would want presented to
17    the students at Dover High School?
18    MR. GILLEN:  Objection, calls for
19    speculation.
20 A.  A master intellect?
21 BY MR. HARVEY:
22 Q.  Yes.  Would you want the students told that life
23    itself owes its origin to a master intellect?
24 A.  No.
25 Q.  Would you want the students told that

SHEET 17   PAGE 65

00064

1  intelligent design locates the origins of new
2  organisms in an immaterial cause, in a
3  blueprint, a plan, a pattern devised by an
4  intelligent agent?
5       MR. GILLEN:  Objection, calls for
6  speculation.
7  A.  I don't even understand what that means.
8  BY MR. HARVEY:
9  Q.  Do you want me to read--
10 A.  Is there a way to simplify the question?
11 Q.  Okay, sure.  Would you want the students taught
12     that intelligent design teaches that new
13     organisms were caused by or created in
14     accordance with a plan devised by an intelligent
15     agent?
16 A.  No.
17 Q.  Does intelligent design teach that various forms
18     of life began abruptly through an intelligent
19     agency?
20      MR. GILLEN:  Objection, foundation.
21 A.  Could you repeat the question.
22 BY MR. HARVEY:
23 Q.  Does intelligent design teach that the various
24     forms of life began abruptly through an
25     intelligent agency?

PAGE 66

00065

1  A.  I don't believe so.
2  Q.  Was that something you would want the students
3      taught?
4       MR. GILLEN:  Objection, calls for
5  speculation.
6  A.  That's not up to me.  I don't think so, no.
7  BY MR. HARVEY:
8  Q.  But personally you wouldn't want that, right?
9  A.  No.
10 Q.  I mean, in other words, I'm correct?
11 A.  Yes.
12 Q.  Does intelligent design teach that similarities
13     between organisms are explained because there
14     was a common designer as opposed to a common
15     ancestor?
16 A.  I don't believe it says that.
17 Q.  Would you want students taught that similarities
18     between organisms are explained as being due to
19     a common designer?
20      MR. GILLEN:  Objection, hypothetical and
21     calls for speculation.
22 A.  So I'm supposed to answer that?
23      MR. GILLEN:  Yes.
24      MR. HARVEY:  Yes.
25 A.  I hate to-- Can you say it one more time,

PAGE 67

00066

1      please.
2  BY MR. HARVEY:
3  Q.  Sure.  Would you want the students taught that
4      similarities between organisms are explained as
5      being due to a common designer?
6  A.  No.
7  Q.  Where did the school district board of directors
8      get the idea to include intelligent design in
9      the curriculum?
10      MR. GILLEN:  Objection to the extent the
11     question calls him to answer for other board
12     members.
13 A.  I first heard of it from the board president,
14     Alan Bonsell.
15 BY MR. HARVEY:
16 Q.  When was that?
17 A.  When I first came on the board.  That would have
18     been approximately two years ago.
19 Q.  What did he say about it then?
20 A.  I can't give you a quote on what he said.  I
21     just know it was mentioned.
22 Q.  When is the next time you heard of it?
23 A.  I don't know.
24 Q.  Well, we know that it made its way into the
25     board resolution of October 18, correct?

PAGE 68

00067

1  A.  Yes.
2  Q.  Do you know how it got its way into the board
3      resolution?  Where did it first come from?
4  A.  First came-- It was mentioned to me by Alan
5      Bonsell.
6  Q.  Then after that, was it ever mentioned again?
7  A.  I don't know that it was.
8  Q.  Well, you were on the curriculum committee in
9      the summer of 2004?
10 A.  Yes.
11 Q.  And the curriculum committee looked at it,
12     didn't they?
13 A.  I won't say the curriculum committee did.  I
14     did.
15 Q.  What did you do to look at it?
16 A.  I researched through-- I looked it up on a
17     computer.
18 Q.  Where did you look?
19 A.  I probably just put intelligent design, and it
20     went where it took me.  I couldn't tell you
21     where that was.
22 Q.  Do you remember what websites you went to?
23 A.  No.
24 Q.  Did you end up talking to anybody in person
25     either -- I mean live over the phone or in

SHEET 23 PAGE 89

00088
1. versions of that document.  One has handwritten
2. notes.  One does not.  Page 35 does not have the
3. handwritten notes.  Did you see either of them
4. just for Stephen's benefit?
5. A. It's possible.  To tell you I remember specific
6. paper out of all the papers we see, you know, it
7. wouldn't be fair to me or you.
8. BY MR. HARVEY:
9. Q. So you don't remember seeing this?
10. A. No.
11. Q. Well, at the top it says, recommendations, and
12. it says, students-- It has a recommendation
13. apparently from the administration and staff,
14. one from Mr. Bonsell, one from Casey Brown, and
15. one from you.
16. A. Okay.
17. Q. And they all differ slightly.  Do you see that?
18. A. Yes.
19. Q. I want to know if that's your recollection of
20. what all your various views were.
21. A. That's my recollection.  I just didn't know if I
22. saw this paper before.
23. Q. Okay, fine.  So you wanted-- Under Number 4,
24. you wanted something that would say students
25. will be made aware of other theories of

PAGE 90

00089
1. evolution including, but not limited to,
2. intelligent design, right?
3. A. True.
4. Q. Mr. Bonsell according to the handwritten comment
5. that's been written in there wanted the same
6. thing?
7. MR. GILLEN:  Objection to the surmise as to
8. what that handwritten comment says.
9. MR. HARVEY:  Fair enough.
10. BY MR. HARVEY:
11. Q. Did Mr. Bonsell want the same thing as you?
12. A. I don't know.
13. Q. Well, did you attend curriculum meetings with
14. Mr. Bonsell?
15. A. Yes.
16. Q. How many did you attend?
17. A. Several.
18. Q. Tell me when those meetings were to the best of
19. your recollection.
20. A. I couldn't come close.
21. Q. Were the faculty and staff represented at those
22. meetings?
23. A. Yes.
24. Q. Were the faculty and staff represented at all of
25. those meetings?

PAGE 91

00090
1. A. No.
2. Q. Do you know how many meetings there were?  Was
3. it two, three, or four or more?
4. A. At least four.  The last one-- Well, there was
5. at least four.
6. Q. Was it fair to say that the staff didn't want a
7. reference to intelligent design?
8. A. What staff?
9. Q. The faculty I mean.
10. A. That's true.
11. Q. And that you did want a reference to intelligent
12. design?
13. A. That's true.
14. Q. Do you remember what Ms. Brown's view was?
15. A. I think she was opposed to it.
16. Q. What about Mr. Bonsell, did he want a reference
17. to intelligent design or not?
18. A. He did-- There was a point where he wasn't
19. sure, and there was a point where he did.  I'm
20. not sure where we are here.
21. Q. Now, so at least at this point as of October 7th
22. you were the one who wanted intelligent design
23. included in the revised curriculum?
24. A. I was one of the people that did.  I wasn't the
25. only one.

PAGE 92

00091
1. Q. Who were the others?
2. A. Sheila Harkins, Janie Cleaver, Heather Geesey.
3. Was Heather there then.  I'm not sure if Heather
4. Geesey was on the board then.  I know she wanted
5. it.
6. Q. I believe she was.
7. A. Okay, she wanted it.  Angie Yingling indicated
8. she did.  Noel Wenrich wanted it.  I guess
9. that's about it.
10. Q. What about Alan Bonsell?
11. A. Alan wanted it.
12. Q. So that's everybody but the Browns wanted it?
13. A. I guess so.
14. Q. You just told me that's at the time of October
15. the 18th.  Do I understand that correctly?
16. A. No.  We're talking about October the 7th, aren't
17. we?
18. Q. Yes, good clarification.  Had the matter been
19. discussed with the entire board as of October 7?
20. A. I'm sure it had.
21. Q. In other words, how did you know all these
22. people wanted it?
23. A. I'm sure it was talked about at the board
24. meetings.
25. Q. Do you remember when?  Prior to October the

SHEET 27   PAGE 105

00104
1  A.   With limitations and by approval of the board.
2  BY MR. HARVEY:
3  Q.   Why did you want them to teach any theories that
4       they thought plausible?
5           MR. GILLEN:  Objection to the
6       characterization of his testimony.
7  A.   I didn't get your question.  I'm sorry.
8  BY MR. HARVEY:
9  Q.   Why did you want the teachers to be able to
10      teach any theories they thought plausible?
11          MR. GILLEN:  Same objection.
12 A.   In an effort to round out the scientific
13      education of the students in the class.
14 BY MR. HARVEY:
15 Q.   Is it a concern of you that the mainstream
16      scientific community doesn't accept intelligent
17      design as scientific teaching at all?
18          MR. GILLEN:  Objection, foundation.
19 A.   I don't know that that's true, so it's not a
20      concern for me.
21 BY MR. HARVEY:
22 Q.   I mean, you don't recognize that it's true that
23      the scientific community doesn't -- the
24      mainstream scientific community at the very
25      least does not accept intelligent design as

PAGE 106

00105
1       valid science?
2           MR. GILLEN:  Same objection.
3  A.   What constitutes mainstream?
4  BY MR. HARVEY:
5  Q.   I'm just asking you if you have an understanding
6       on that subject.
7  A.   I know there are a lot of scientists that oppose
8       some parts of Darwin's theory of evolution, and
9       I know there are scientists who support aspects
10      of intelligent design.
11 Q.   If the teachers didn't want to teach it, why are
12      you making them mention it?
13 A.   Again, as part of an effort to round out the
14      scientific education of the students.
15 Q.   I know that's true, but you're not a
16      professional science educator, correct?
17 A.   That's correct.
18 Q.   You don't know anything really about science.
19      Isn't that correct?
20 A.   I wouldn't say that.
21 Q.   Well, you know very little about science?
22 A.   I know water is HO.
23 Q.   You don't have any background in science beyond
24      what's--
25 A.   I'm not a professional.

PAGE 107

00106
1  Q.   Are you a very knowledgeable lay person?
2  A.   With regards to what?
3  Q.   Science.
4  A.   Depends on what very knowledgeable means.
5  Q.   Do you subscribe to any scientific publications?
6  A.   No.
7  Q.   Have you ever?
8  A.   No.
9  Q.   Do you follow science developments?
10 A.   Yes.
11 Q.   Where?
12 A.   Discovery channel, things like that on TV.
13 Q.   Other than that, do you read about it in any
14      newspapers?
15 A.   Yeah.
16 Q.   Which ones, York Daily Record?
17 A.   York Dispatch.  We only have two.
18 Q.   Well, you don't read those regularly, correct?
19      I mean, you already told me that.
20 A.   I don't read the letters to the editor, and I
21      don't pay attention to what they say about this
22      issue.
23 Q.   Well, you told me you read the obituaries and
24      the sports page very clearly earlier, correct?
25 A.   Yeah.  But I didn't say that was all I read.

PAGE 108

00107
1  Q.   In any event, you've got teachers that are
2       professional science educators, and you pay them
3       money to teach the students, correct?
4  A.   That's true.
5  Q.   Why did you disregard their advice on this?
6           MR. GILLEN:  Objection, foundation.
7  A.   I won't say we disregarded it.  They didn't want
8       to teach it, and they don't have to.
9  BY MR. HARVEY:
10 Q.   Well, they didn't want it mentioned.  Isn't that
11      correct?
12 A.   There were some teachers that indicated that
13      they weren't comfortable with mentioning that.
14 Q.   So why did you overrule them, these professional
15      science educators?
16 A.   It's our job as a school board to set the
17      curriculum.  I won't say we overruled them
18      because their concern was that because
19      intelligent design was in the curriculum that we
20      were forcing them to teach it.  We told them
21      multiple times no.
22 Q.   You were just forcing them to mention it?
23 A.   To acknowledge that that scientific theory does
24      exist.
25 Q.   Right.  But they were against that, correct?

SHEET 28 PAGE 109

**00108**

1 A. Yes.
2 Q. Why did you force them to mention it when they didn't want to as professional science educators?
5 A. As school board-- As a school board, we thought it was in the best interest of the students to do that.
8 Q. That's I mean-- I mean, I would hope that would be true.
10 A. It is true.
11 Q. But why did you think it was in the best interest of the students to overrule the professional science educators?
14 A. I think the science educators were operating out of fear. And, again, we thought it would be in the best interest of the students and a way to step towards giving them a fuller scientific education to mention this theory and other theories.
20 Q. Why do you think the school teachers were operating out of fear?
22 A. I guess they're afraid of the ACLU. I don't know. You have to ask them that.
24 Q. Did they ever tell you they were afraid?
25 A. They said they were afraid of being sued.

PAGE 110

**00109**

1 Q. What did they say they were afraid of being sued about?
3 A. Intelligent design. They were afraid it would be considered something else.
5 Q. But that was all later when they said that they were afraid of being sued. Initially they were just against teaching it or mentioning it. Isn't that correct?
9 A. That's not correct. They always had a background of being afraid they'd be sued.
11 Q. Now, was the board meeting on October the 18th taped?
13 A. I don't know. As I recall, our normal secretary was out, and someone else was operating the equipment, and I think there was something -- something happened with the taping process. That's my recollection.
18 Q. Do you remember what happened at the meeting October 18th?
20 A. With regards to?
21 Q. Intelligent design and the board's resolution.
22 A. Did we establish that we passed it then?
23 Q. Yes.
24 A. Yeah.
25 Q. Do you remember the discussion that took place?

PAGE 111

**00110**

1 A. As I recall, yes.
2 Q. Do you remember that approximately 11 people from the public stood up and spoke about it?
4 A. I don't know how many people.
5 Q. Do you remember that 10 of them spoke against it?
7 A. No, I don't remember that.
8 Q. Do you remember anyone speaking for it?
9 A. Yes.
10 Q. Who was that?
11 A. You know, they come to the podium. They give a name. And I know that the people normally that come and speak against it are either relatives or friends of teachers.
15 Q. Why would relatives and friends of teachers speak against it?
17 A. I don't know.
    MR. GILLEN: Objection, foundation.
19 A. Don't know.
20 BY MR. HARVEY:
21 Q. Angie Yingling voted for the resolution on October 18th, correct?
23 A. Yes.
24 Q. Did you know that she later stated that she felt pressured to do that because people called her

PAGE 112

**00111**

1 an atheist if they didn't support it?
2 A. She never told me that.
3 Q. Did you ever hear that?
4 A. Not from her.
5 Q. Did you hear it from anybody?
6 A. I might have. I think I did hear it from somebody, but I don't know who.
8 Q. Was it true? Did anybody say that to her?
9 A. Not to my knowledge.
10 Q. Did you have any conversations with her about it?
12 A. About being an atheist?
13 Q. About pressuring her to support the resolution.
14 A. Did I-- I don't understand the question.
15 Q. Did you have any conversations with Ms. Yingling about supporting the resolution?
17 A. Yes.
18 Q. Tell me about that conversation, everything you can remember.
20 A. I just asked her how she felt about it.
21 Q. What did she say?
22 A. She said I'll support you a hundred percent.
23 Q. Did you say anything else to her?
24 A. No, not that I recall. I don't know what else I would have said.

SHEET 33   PAGE 129

**Page 128**

1  Q.  Were you aware whether The Discovery Institute
2      made a public statement that the -- that they
3      don't endorse or support what the Dover School
4      District has done?
5          MR. GILLEN: Objection, relevance.
6  A.  I haven't seen it. I've heard it.
7  BY MR. HARVEY:
8  Q.  Now, if you'll turn to the article of the Daily
9      Record on the 20th on the third page of that.
10 A.  Third page. I only have two pages.
11 Q.  The one on October 20th.
12 A.  Or did I turn two at once?
13 Q.  There are actually two on October 20th. The
14     title is Dover Curriculum Move Likely a First.
15 A.  Okay.
16 Q.  It says there that -- I'm talking now the sixth
17     paragraph down -- it says, but the sentence
18     about intelligent design, referring to the board
19     resolution, was added by committee members
20     Buckingham, Alan Bonsell, and Sheila Harkins at
21     a meeting not attended by district staff.
22 A.  How far down?
23 Q.  Sixth paragraph down, but the sentence about
24     intelligent design was added by.
25 A.  Okay, I see that.

**PAGE 130**

**00129**

1  Q.  Is that true?
2  A.  Yes.
3  Q.  Now, I'd like to ask you some questions about
4      the implementation of the policy of the board
5      resolution. It's your understanding that--
6      What's your understanding of how this is going
7      to be implemented, the board's resolution?
8  A.  It's my understanding that the teachers are
9      going to teach Darwin's theory of evolution and
10     through the course of that teaching or in the
11     process of that teaching, at some point in time
12     it will be mentioned to the students that other
13     scientific theories exist and intelligent design
14     is one of those theories, scientific theories.
15 Q.  What if students have questions about
16     intelligent design, what are they going to be
17     told?
18         MR. GILLEN: Objection, foundation.
19 BY MR. HARVEY:
20 Q.  Do you know?
21 A.  They're supposed to take those questions home to
22     their parents or take them to a pastor at
23     church. The books that are donated they have
24     access to those if they want to take one home
25     and read it, discuss it with parents, whatever.

**PAGE 131**

**00130**

1  Q.  Has there ever been a time when you've been on
2      the board when views of the teachers in the
3      school district have been not followed?
4  A.  Say that again, I'm sorry.
5  Q.  Has there ever been a time when you've been on
6      the school board where the views of the teachers
7      were not followed on a matter?
8  A.  I'm not involved in some of the subcommittees.
9      I can't answer that one way or the other. I
10     don't know.
11 Q.  I'd like you to-- So, in other words, not to
12     your knowledge?
13 A.  I don't know, six, one half dozen of the other.
14 Q.  Please take a look at Deposition Exhibit 2.
15     This is the answer to the complaint in this
16     matter.
17 A.  Okay.
18 Q.  On Page 2 and 3 it contains a long quote from
19     the Congressional Record of something that
20     Senator Santorum had inserted into the record.
21     Do you see that?
22 A.  Yeah.
23 Q.  Have you ever seen that before?
24 A.  Before when?
25 Q.  Before today.

**PAGE 132**

**00131**

1  A.  I saw it last night.
2  Q.  Before last night, had you ever seen it before?
3  A.  No.
4  Q.  Did the board ever discuss it?
5  A.  Not to my knowledge.
6  Q.  Did the board ever discuss the No Child Left
7      Behind Act?
8  A.  Oh, yeah.
9  Q.  Did it discuss it in reference to the biology
10     curriculum?
11 A.  No.
12 Q.  Turn to Page 4. There's references to two
13     Supreme Court cases.
14 A.  Okay.
15 Q.  Did the board ever discuss either of those
16     references?
17 A.  Not to my knowledge.
18 Q.  Did you ever read this answer before yesterday?
19 A.  No.
20 Q.  Did you ever see any parts of it before
21     yesterday?
22 A.  No.
23 Q.  Do you know what creationism is?
24 A.  Yes.
25 Q.  What is creationism in your view?

SHEET 34 PAGE 133
00132

```
 1  A.  In my view?
 2  Q.  Or your understanding.
 3  A.  Pretty much the book of Genesis.
 4  Q.  That subject has never come up at any school
 5      board meeting to your recollection?
 6  A.  In what context?
 7  Q.  In any context.
 8  A.  Any context at all?  It's been brought up by the
 9      teachers.
10  Q.  When was it brought up by the teachers?
11  A.  Different times we talked about intelligent
12      design they kept rolling it over into
13      creationism.
14  Q.  Was that at the board meetings?
15  A.  Yeah.
16  Q.  So the teachers mentioned creationism at board
17      meetings?
18  A.  Yes.
19  Q.  What did they say about that?
20  A.  They were afraid that intelligent design would
21      be perceived as a back doorway to get
22      creationism into the curriculum.
23  Q.  Do you know when that was said, what board
24      meetings?
25  A.  It was said on different occasions at different
```

PAGE 134
00133

```
 1      board meetings throughout this process.
 2  Q.  Which teachers?
 3  A.  Bertha Spahr, Jen Miller.
 4  Q.  What was said in response to that by any people
 5      on the board?
 6  A.  We indicated that it is not our intent to teach
 7      creationism.  It is not our intent to teach
 8      intelligent design.  Our intent is to explain to
 9      the students that there are other theories,
10      scientific theories, along with Darwin's theory
11      of evolution.
12  Q.  Earlier today I asked you about whether the
13      theory of evolution was inconsistent with your
14      personal religious beliefs, and you told me it
15      was.  You don't need to confirm that.  Just kind
16      of remember--
17  A.  I think I said it wasn't.
18  Q.  No.  You definitely said that the theory of
19      evolution was inconsistent with your personal
20      religious beliefs at least to the extent that it
21      taught that life forms were derived from a
22      common ancestor.
23  A.  Origins of life, yes.
24  Q.  Is the theory of intelligent design as you've
25      phrased it, is that inconsistent with your
```

PAGE 135
00134

```
 1      personal beliefs in any respect?
 2          MR. GILLEN:  Objection, relevance.
 3  A.  It depends on what context it's put in.
 4  BY MR. HARVEY:
 5  Q.  Well, any context.
 6  A.  In any context, no, it's not inconsistent.
 7  Q.  Do you know who developed the press release
 8      that's attached as an exhibit to the answer in
 9      this matter?
10  A.  The administration did.  Exactly who it was, I
11      don't know, but it came from the administration.
12  Q.  Did you have any role in that?
13  A.  No.
14  Q.  Did you review any drafts of it?
15  A.  No.
16  Q.  I just need to clarify one thing from earlier.
17      We asked-- I asked you what was your purpose in
18      supporting the board resolution of October 18th.
19      Do you remember that?
20  A.  Yes.
21  Q.  And you told me some things about having a
22      balance between various--
23  A.  Scientific theories.
24  Q.  Right.  And I'm not sure whether I asked you
25      specifically what was said by the other board
```

PAGE 136
00135

```
 1      members about the purpose of the resolution or
 2      even if you remember hearing anything about
 3      that.
 4  A.  That was consistent with what I said earlier to
 5      you.
 6  Q.  Do you remember statements made by the board
 7      members?
 8  A.  Absolutely.
 9  Q.  Which board members?
10  A.  Alan Bonsell, Sheila Harkins, Heather Geesey,
11      Janie Cleaver, myself, Noel Wenrich.  I guess
12      that's it.
13  Q.  And you remember all of those people speaking up
14      about the purpose?
15  A.  Yes, I do.
16  Q.  Was that on October 18th?
17  A.  I won't say it was on October 18th.  That
18      happened I would say within a period of three
19      meetings, two before and October the 18th.
20  Q.  It was all, as I understand, a balanced
21      presentation of these theories, correct?
22          MR. GILLEN:  Objection to the
23      characterization of the testimony.
24  BY MR. HARVEY:
25  Q.  Well, I just want to understand.
```

## Page 61

```
 1       intelligent design stands for?  What does it
 2       teach?
 3    A. Other than what I expressed, that's--
 4       Scientists, a lot of scientists-- Don't ask me
 5       the names.  I can't tell you where it came from.
 6       A lot of scientists believe that back through
 7       time, something, molecules, amoeba, whatever,
 8       evolved into the complexities of life we have
 9       now.
10    Q. That's the theory of intelligent design?
11    A. You asked me my understanding of it.  I'm not a
12       scientist.  I can't go into detail and debate
13       you on it.
14    Q. I don't want you to debate me on it.  I don't
15       want you to debate anybody on it.
16    A. It's a scientific theory.
17    Q. How is it different from evolution to your
18       understanding?
19    A. I don't understand the question.
20    Q. Do you understand the theory of intelligent
21       design to be different from the theory of
22       evolution?
23    A. Yes.
24    Q. You do?
25    A. Yes.
```

## Page 62

```
 1  Q. Just to be clear, we're using theory now in the
 2     same way that you defined it earlier in the
 3     deposition.
 4  A. Okay.
 5  Q. Just refresh my recollection, how did you use
 6     the term theory?
 7  A. Can you tell me how I defined it?
 8  Q. No way she's going to be able to go back.
 9  A. I don't remember what I said.
10  Q. I think you said something about something
11     that's not proven.
12        MR. GILLEN:  Something scientifically
13     debatable is what my notes reflect, Stephen.
14  A. I'll stand by that.
15  BY MR. HARVEY:
16  Q. So when we say-- I'm using it the way you used
17     it.  So my question is, how is intelligent
18     design different from evolution, if at all?
19  A. They're different theories in that some
20     scientists believe that-- We're going back over
21     the same ground, I think.  Some scientists
22     believe that it could be tiny amoeba again --
23     I'll go back there -- generated a process where
24     the complexities of life occurred, not as random
25     I'll say as what the process of evolution would
```

## Page 63

```
 1     dictate.
 2  Q. I'm still-- Maybe I'm confused because I had my
 3     own idea of what it meant because I just glanced
 4     at Of Pandas and People.  But let me just tell
 5     you a few things that I was under the impression
 6     that intelligent design, some ideas that it
 7     advanced, and you can tell me whether you
 8     understand me to be correct or not.
 9        One, I understood that intelligent design
10     said that life and living things were created or
11     begun by some intelligent designer, some
12     intelligent being.  Is that your understanding?
13  A. No.
14  Q. Do you have any understanding like that?
15  A. No.  Do you suppose we could soon take a break?
16  Q. Sure.
17     (Recess taken)
18  BY MR. HARVEY:
19  Q. Mr. Buckingham, does intelligent design teach
20     that life like a manufactured object is the
21     result of intelligent shaping of matter?
22  A. I think one-- I think intelligent design
23     expresses an order as opposed to the theory of
24     evolution which talks about chance.
25  Q. It expresses an order you said?
```

## Page 64

```
 1  A. An orderly process to things.
 2  Q. Who or what directed that order?
 3  A. I don't know.
 4  Q. But my question was, does intelligent design
 5     teach that life like a manufactured object is
 6     the result of intelligent shaping of matter?
 7  A. I don't know about shaping.  I think there's an
 8     order in intelligent design that's not in
 9     evolution.  Whether or not it's shaping, I don't
10     know.
11  Q. Does intelligent design teach that life itself
12     owes its origin to a master intellect?
13  A. A master intellect?
14  Q. Yes.
15  A. I won't say that, no.
16  Q. Is that something you would want presented to
17     the students at Dover High School?
18        MR. GILLEN:  Objection, calls for
19     speculation.
20  A. A master intellect?
21  BY MR. HARVEY:
22  Q. Yes.  Would you want the students told that life
23     itself owes its origin to a master intellect?
24  A. No.
25  Q. Would you want the students told that
```

SHEET 17 PAGE 65

**Page 64**

```
 1  intelligent design locates the origins of new
 2  organisms in an immaterial cause, in a
 3  blueprint, a plan, a pattern devised by an
 4  intelligent agent?
 5         MR. GILLEN:  Objection, calls for
 6  speculation.
 7  A.  I don't even understand what that means.
 8  BY MR. HARVEY:
 9  Q.  Do you want me to read--
10  A.  Is there a way to simplify the question?
11  Q.  Okay, sure.  Would you want the students taught
12      that intelligent design teaches that new
13      organisms were caused by or created in
14      accordance with a plan devised by an intelligent
15      agent?
16  A.  No.
17  Q.  Does intelligent design teach that various forms
18      of life began abruptly through an intelligent
19      agency?
20         MR. GILLEN:  Objection, foundation.
21  A.  Could you repeat the question.
22  BY MR. HARVEY:
23  Q.  Does intelligent design teach that the various
24      forms of life began abruptly through an
25      intelligent agency?
```

PAGE 66

**Page 65**

```
 1  A.  I don't believe so.
 2  Q.  Was that something you would want the students
 3      taught?
 4         MR. GILLEN:  Objection, calls for
 5  speculation.
 6  A.  That's not up to me.  I don't think so, no.
 7  BY MR. HARVEY:
 8  Q.  But personally you wouldn't want that, right?
 9  A.  No.
10  Q.  I mean, in other words, I'm correct?
11  A.  Yes.
12  Q.  Does intelligent design teach that similarities
13      between organisms are explained because there
14      was a common designer as opposed to a common
15      ancestor?
16  A.  I don't believe it says that.
17  Q.  Would you want students taught that similarities
18      between organisms are explained as being due to
19      a common designer?
20         MR. GILLEN:  Objection, hypothetical and
21  calls for speculation.
22  A.  So I'm supposed to answer that?
23         MR. GILLEN:  Yes.
24         MR. HARVEY:  Yes.
25  A.  I hate to-- Can you say it one more time,
```

PAGE 67

**Page 66**

```
 1      please.
 2  BY MR. HARVEY:
 3  Q.  Sure.  Would you want the students taught that
 4      similarities between organisms are explained as
 5      being due to a common designer?
 6  A.  No.
 7  Q.  Where did the school district board of directors
 8      get the idea to include intelligent design in
 9      the curriculum?
10         MR. GILLEN:  Objection to the extent the
11  question calls him to answer for other board
12  members.
13  A.  I first heard of it from the board president,
14      Alan Bonsell.
15  BY MR. HARVEY:
16  Q.  When was that?
17  A.  When I first came on the board.  That would have
18      been approximately two years ago.
19  Q.  What did he say about it then?
20  A.  I can't give you a quote on what he said.  I
21      just know it was mentioned.
22  Q.  When is the next time you heard of it?
23  A.  I don't know.
24  Q.  Well, we know that it made its way into the
25      board resolution of October 18, correct?
```

PAGE 68

**Page 67**

```
 1  A.  Yes.
 2  Q.  Do you know how it got its way into the board
 3      resolution?  Where did it first come from?
 4  A.  First came-- It was mentioned to me by Alan
 5      Bonsell.
 6  Q.  Then after that, was it ever mentioned again?
 7  A.  I don't know that it was
 8  Q.  Well, you were on the curriculum committee in
 9      the summer of 2004?
10  A.  Yes.
11  Q.  And the curriculum committee looked at it,
12      didn't they?
13  A.  I won't say the curriculum committee did.  I
14      did.
15  Q.  What did you do to look at it?
16  A.  I researched through-- I looked it up on a
17      computer.
18  Q.  Where did you look?
19  A.  I probably just put intelligent design, and it
20      went where it took me.  I couldn't tell you
21      where that was.
22  Q.  Do you remember what websites you went to?
23  A.  No.
24  Q.  Did you end up talking to anybody in person
25      either -- I mean live over the phone or in
```

**SHEET 23   PAGE 89**

00088

```
                versions of that document.  One has handwritten
                notes.  One does not.  Page 35 does not have the
                handwritten notes.  Did you see either of them
                just for Stephen's benefit?
 5   A.         It's possible.  To tell you I remember specific
                paper out of all the papers we see, you know, it
                wouldn't be fair to me or you.
     BY MR. HARVEY:
 9   Q.         So you don't remember seeing this?
10   A.         No.
11   Q.         Well, at the top it says, recommendations, and
12              it says, students-- It has a recommendation
13              apparently from the administration and staff,
14              one from Mr. Bonsell, one from Casey Brown, and
15              one from you.
16   A.         Okay.
17   Q.         And they all differ slightly.  Do you see that?
18   A.         Yes.
19   Q.         I want to know if that's your recollection of
20              what all your various views were.
21   A.         That's my recollection.  I just didn't know if I
22              saw this paper before.
23   Q.         Okay, fine.  So you wanted-- Under Number 4,
24              you wanted something that would say students
25              will be made aware of other theories of
```

**PAGE 90**

00089

```
 1              evolution including, but not limited to,
 2              intelligent design, right?
 3   A.         True.
 4   Q.         Mr. Bonsell according to the handwritten comment
 5              that's been written in there wanted the same
 6              thing?
 7              MR. GILLEN:  Objection to the surmise as to
 8              what that handwritten comment says.
 9              MR. HARVEY:  Fair enough.
10   BY MR. HARVEY:
11   Q.         Did Mr. Bonsell want the same thing as you?
12   A.         I don't know.
13   Q.         Well, did you attend curriculum meetings with
14              Mr. Bonsell?
15   A.         Yes.
16   Q.         How many did you attend?
17   A.         Several.
18   Q.         Tell me when those meetings were to the best of
19              your recollection.
20   A.         I couldn't come close.
21   Q.         Were the faculty and staff represented at those
22              meetings?
23   A.         Yes.
24   Q.         Were the faculty and staff represented at all of
25              those meetings?
```

**PAGE 91**

00090

```
 1   A.         No.
 2   Q.         Do you know how many meetings there were?  Was
 3              it two, three, or four or more?
 4   A.         At least four.  The last one-- Well, there was
 5              at least four.
 6   Q.         Was it fair to say that the staff didn't want a
 7              reference to intelligent design?
 8   A.         What staff?
 9   Q.         The faculty I mean.
10   A.         That's true.
11   Q.         And that you did want a reference to intelligent
12              design?
13   A.         That's true.
14   Q.         Do you remember what Ms. Brown's view was?
15   A.         I think she was opposed to it.
16   Q.         What about Mr. Bonsell, did he want a reference
17              to intelligent design or not?
18   A.         He did-- There was a point where he wasn't
19              sure, and there was a point where he did.  I'm
20              not sure where we are here.
21   Q.         Now, so at least at this point as of October 7th
22              you were the one who wanted intelligent design
23              included in the revised curriculum?
24   A.         I was one of the people that did.  I wasn't the
25              only one.
```

**PAGE 92**

00091

```
 1   Q.         Who were the others?
 2   A.         Sheila Harkins, Janie Cleaver, Heather Geesey.
 3              Was Heather there then.  I'm not sure if Heather
 4              Geesey was on the board then.  I know she wanted
 5              it.
 6   Q.         I believe she was.
 7   A.         Okay, she wanted it.  Angie Yingling indicated
 8              she did.  Noel Wenrich wanted it.  I guess
 9              that's about it.
10   Q.         What about Alan Bonsell?
11   A.         Alan wanted it.
12   Q.         So that's everybody but the Browns wanted it?
13   A.         I guess so.
14   Q.         You just told me that's at the time of October
15              the 18th.  Do I understand that correctly?
16   A.         No.  We're talking about October the 7th, aren't
17              we?
18   Q.         Yes, good clarification.  Had the matter been
19              discussed with the entire board as of October 7?
20   A.         I'm sure it had.
21   Q.         In other words, how did you know all these
22              people wanted it?
23   A.         I'm sure it was talked about at the board
24              meetings.
25   Q.         Do you remember when?  Prior to October the
```

SHEET 27   PAGE 105

```
00104
 1
 2  A.  With limitations and by approval of the board.
 3  BY MR. HARVEY:
 4  Q.  Why did you want them to teach any theories that
 5      they thought plausible?
 6          MR. GILLEN: Objection to the
 7      characterization of his testimony.
 8  A.  I didn't get your question. I'm sorry.
 9  BY MR. HARVEY:
10  Q.  Why did you want the teachers to be able to
11      teach any theories they thought plausible?
12          MR. GILLEN: Same objection.
13  A.  In an effort to round out the scientific
14      education of the students in the class.
15  BY MR. HARVEY:
16  Q.  Is it a concern of you that the mainstream
17      scientific community doesn't accept intelligent
18      design as scientific teaching at all?
19          MR. GILLEN: Objection, foundation.
20  A.  I don't know that that's true, so it's not a
21      concern for me.
22  BY MR. HARVEY:
23  Q.  I mean, you don't recognize that it's true that
24      the scientific community doesn't -- the
25      mainstream scientific community at the very
26      least does not accept intelligent design as
```

PAGE 106

```
00105
 1
 2      valid science?
 3          MR. GILLEN: Same objection.
 4  A.  What constitutes mainstream?
 5  BY MR. HARVEY:
 6  Q.  I'm just asking you if you have an understanding
 7      on that subject.
 8  A.  I know there are a lot of scientists that oppose
 9      some parts of Darwin's theory of evolution, and
10      I know there are scientists who support aspects
11      of intelligent design.
12  Q.  If the teachers didn't want to teach it, why are
13      you making them mention it?
14  A.  Again, as part of an effort to round out the
15      scientific education of the students.
16  Q.  I know that's true, but you're not a
17      professional science educator, correct?
18  A.  That's correct.
19  Q.  You don't know anything really about science.
20      Isn't that correct?
21  A.  I wouldn't say that.
22  Q.  Well, you know very little about science?
23  A.  I know water is H0.
24  Q.  You don't have any background in science beyond
25      what's--
26  A.  I'm not a professional.
```

PAGE 107

```
00106
 1
 2  Q.  Are you a very knowledgeable lay person?
 3  A.  With regards to what?
 4  Q.  Science.
 5  A.  Depends on what very knowledgeable means.
 6  Q.  Do you subscribe to any scientific publications?
 7  A.  No.
 8  Q.  Have you ever?
 9  A.  No.
10  Q.  Do you follow science developments?
11  A.  Yes.
12  Q.  Where?
13  A.  Discovery channel, things like that on TV.
14  Q.  Other than that, do you read about it in any
15      newspapers?
16  A.  Yeah.
17  Q.  Which ones, York Daily Record?
18  A.  York Dispatch. We only have two.
19  Q.  Well, you don't read those regularly, correct?
20      I mean, you already told me that.
21  A.  I don't read the letters to the editor, and I
22      don't pay attention to what they say about this
23      issue.
24  Q.  Well, you told me you read the obituaries and
25      the sports page very clearly earlier, correct?
26  A.  Yeah. But I didn't say that was all I read.
```

PAGE 108

```
00107
 1
 2  Q.  In any event, you've got teachers that are
 3      professional science educators, and you pay them
 4      money to teach the students, correct?
 5  A.  That's true.
 6  Q.  Why did you disregard their advice on this?
 7          MR. GILLEN: Objection, foundation.
 8  A.  I won't say we disregarded it. They didn't want
 9      to teach it, and they don't have to.
10  BY MR. HARVEY:
11  Q.  Well, they didn't want it mentioned. Isn't that
12      correct?
13  A.  There were some teachers that indicated that
14      they weren't comfortable with mentioning that.
15  Q.  So why did you overrule them, these professional
16      science educators?
17  A.  It's our job as a school board to set the
18      curriculum. I won't say we overruled them
19      because their concern was that because
20      intelligent design was in the curriculum that we
21      were forcing them to teach it. We told them
22      multiple times no.
23  Q.  You were just forcing them to mention it?
24  A.  To acknowledge that that scientific theory does
25      exist.
26  Q.  Right. But they were against that, correct?
```

SHEET 28 PAGE 109

```
 1  A.  Yes.
 2  Q.  Why did you force them to mention it when they
 3      didn't want to as professional science
 4      educators?
 5  A.  As school board-- As a school board, we thought
 6      it was in the best interest of the students to
 7      do that.
 8  Q.  That's I mean-- I mean, I would hope that would
 9      be true.
10  A.  It is true.
11  Q.  But why did you think it was in the best
12      interest of the students to overrule the
13      professional science educators?
14  A.  I think the science educators were operating out
15      of fear. And, again, we thought it would be in
16      the best interest of the students and a way to
17      step towards giving them a fuller scientific
18      education to mention this theory and other
19      theories.
20  Q.  Why do you think the school teachers were
21      operating out of fear?
22  A.  I guess they're afraid of the ACLU. I don't
23      know. You have to ask them that.
24  Q.  Did they ever tell you they were afraid?
25  A.  They said they were afraid of being sued.
```

PAGE 110

```
 1  Q.  What did they say they were afraid of being sued
 2      about?
 3  A.  Intelligent design. They were afraid it would
 4      be considered something else.
 5  Q.  But that was all later when they said that they
 6      were afraid of being sued. Initially they were
 7      just against teaching it or mentioning it.
 8      Isn't that correct?
 9  A.  That's not correct. They always had a
10      background of being afraid they'd be sued.
11  Q.  Now, was the board meeting on October the 18th
12      taped?
13  A.  I don't know. As I recall, our normal secretary
14      was out, and someone else was operating the
15      equipment, and I think there was something --
16      something happened with the taping process.
17      That's my recollection.
18  Q.  Do you remember what happened at the meeting
19      October 18th?
20  A.  With regards to?
21  Q.  Intelligent design and the board's resolution.
22  A.  Did we establish that we passed it then?
23  Q.  Yes.
24  A.  Yeah.
25  Q.  Do you remember the discussion that took place?
```

PAGE 111

```
 1  A.  As I recall, yes.
 2  Q.  Do you remember that approximately 11 people
 3      from the public stood up and spoke about it?
 4  A.  I don't know how many people.
 5  Q.  Do you remember that 10 of them spoke against
 6      it?
 7  A.  No, I don't remember that.
 8  Q.  Do you remember anyone speaking for it?
 9  A.  Yes.
10  Q.  Who was that?
11  A.  You know, they come to the podium. They give a
12      name. And I know that the people normally that
13      come and speak against it are either relatives
14      or friends of teachers.
15  Q.  Why would relatives and friends of teachers
16      speak against it?
17  A.  I don't know.
18          MR. GILLEN: Objection, foundation.
19  A.  Don't know.
20  BY MR. HARVEY:
21  Q.  Angie Yingling voted for the resolution on
22      October 18th, correct?
23  A.  Yes.
24  Q.  Did you know that she later stated that she felt
25      pressured to do that because people called her
```

PAGE 112

```
 1      an atheist if they didn't support it?
 2  A.  She never told me that.
 3  Q.  Did you ever hear that?
 4  A.  Not from her.
 5  Q.  Did you hear it from anybody?
 6  A.  I might have. I think I did hear it from
 7      somebody, but I don't know who.
 8  Q.  Was it true? Did anybody say that to her?
 9  A.  Not to my knowledge.
10  Q.  Did you have any conversations with her about
11      it?
12  A.  About being an atheist?
13  Q.  About pressuring her to support the resolution.
14  A.  Did I-- I don't understand the question.
15  Q.  Did you have any conversations with Ms. Yingling
16      about supporting the resolution?
17  A.  Yes.
18  Q.  Tell me about that conversation, everything you
19      can remember.
20  A.  I just asked her how she felt about it.
21  Q.  What did she say?
22  A.  She said I'll support you a hundred percent.
23  Q.  Did you say anything else to her?
24  A.  No, not that I recall. I don't know what else I
25      would have said.
```

**SHEET 33 PAGE 129**

```
 1  Q.  Were you aware whether The Discovery Institute
        made a public statement that the -- that they
        don't endorse or support what the Dover School
        District has done?
            MR. GILLEN: Objection, relevance.
     A.  I haven't seen it. I've heard it.
BY MR. HARVEY:
 8  Q.  Now, if you'll turn to the article of the Daily
        Record on the 20th on the third page of that.
10  A.  Third page. I only have two pages.
11  Q.  The one on October 20th.
12  A.  Or did I turn two at once?
13  Q.  There are actually two on October 20th. The
        title is Dover Curriculum Move Likely a First.
15  A.  Okay.
16  Q.  It says there that -- I'm talking now the sixth
        paragraph down -- it says, but the sentence
        about intelligent design, referring to the board
        resolution, was added by committee members
        Buckingham, Alan Bonsell, and Sheila Harkins at
        a meeting not attended by district staff.
22  A.  How far down?
23  Q.  Sixth paragraph down, but the sentence about
        intelligent design was added by.
25  A.  Okay, I see that.
```

**PAGE 130**

```
 1  Q.  Is that true?
 2  A.  Yes.
 3  Q.  Now, I'd like to ask you some questions about
        the implementation of the policy of the board
        resolution. It's your understanding that--
        What's your understanding of how this is going
        to be implemented, the board's resolution?
 8  A.  It's my understanding that the teachers are
        going to teach Darwin's theory of evolution and
        through the course of that teaching or in the
        process of that teaching, at some point in time
        it will be mentioned to the students that other
        scientific theories exist and intelligent design
        is one of those theories, scientific theories.
15  Q.  What if students have questions about
        intelligent design, what are they going to be
        told?
            MR. GILLEN: Objection, foundation.
BY MR. HARVEY:
20  Q.  Do you know?
21  A.  They're supposed to take those questions home to
        their parents or take them to a pastor at
        church. The books that are donated they have
        access to those if they want to take one home
        and read it, discuss it with parents, whatever.
```

**PAGE 131**

```
 1  Q.  Has there ever been a time when you've been on
        the board when views of the teachers in the
        school district have been not followed?
 4  A.  Say that again, I'm sorry.
 5  Q.  Has there ever been a time when you've been on
        the school board where the views of the teachers
        were not followed on a matter?
 8  A.  I'm not involved in some of the subcommittees.
        I can't answer that one way or the other. I
        don't know.
11  Q.  I'd like you to-- So, in other words, not to
        your knowledge?
13  A.  I don't know, six, one half dozen of the other.
14  Q.  Please take a look at Deposition Exhibit 2.
        This is the answer to the complaint in this
        matter.
17  A.  Okay.
18  Q.  On Page 2 and 3 it contains a long quote from
        the Congressional Record of something that
        Senator Santorum had inserted into the record.
        Do you see that?
22  A.  Yeah.
23  Q.  Have you ever seen that before?
24  A.  Before when?
25  Q.  Before today.
```

**PAGE 132**

```
 1  A.  I saw it last night.
 2  Q.  Before last night, had you ever seen it before?
 3  A.  No.
 4  Q.  Did the board ever discuss it?
 5  A.  Not to my knowledge.
 6  Q.  Did the board ever discuss the No Child Left
        Behind Act?
 8  A.  Oh, yeah.
 9  Q.  Did it discuss it in reference to the biology
        curriculum?
11  A.  No.
12  Q.  Turn to Page 4. There's references to two
        Supreme Court cases.
14  A.  Okay.
15  Q.  Did the board ever discuss either of those
        references?
17  A.  Not to my knowledge.
18  Q.  Did you ever read this answer before yesterday?
19  A.  No.
20  Q.  Did you ever see any parts of it before
        yesterday?
22  A.  No.
23  Q.  Do you know what creationism is?
24  A.  Yes.
25  Q.  What is creationism in your view?
```

SHEET 34   PAGE 133

```
 1   A.  In my view?
 2   Q.  Or your understanding.
 3   A.  Pretty much the book of Genesis.
 4   Q.  That subject has never come up at any school
 5       board meeting to your recollection?
 6   A.  In what context?
 7   Q.  In any context.
 8   A.  Any context at all?  It's been brought up by the
 9       teachers.
10   Q.  When was it brought up by the teachers?
11   A.  Different times we talked about intelligent
12       design they kept rolling it over into
13       creationism.
14   Q.  Was that at the board meetings?
15   A.  Yeah.
16   Q.  So the teachers mentioned creationism at board
17       meetings?
18   A.  Yes.
19   Q.  What did they say about that?
20   A.  They were afraid that intelligent design would
21       be perceived as a back doorway to get
22       creationism into the curriculum.
23   Q.  Do you know when that was said, what board
24       meetings?
25   A.  It was said on different occasions at different
```

PAGE 134

```
 1       board meetings throughout this process.
 2   Q.  Which teachers?
 3   A.  Bertha Spahr, Jen Miller.
 4   Q.  What was said in response to that by any people
 5       on the board?
 6   A.  We indicated that it is not our intent to teach
 7       creationism.  It is not our intent to teach
 8       intelligent design.  Our intent is to explain to
 9       the students that there are other theories,
10       scientific theories, along with Darwin's theory
11       of evolution.
12   Q.  Earlier today I asked you about whether the
13       theory of evolution was inconsistent with your
14       personal religious beliefs, and you told me it
15       was.  You don't need to confirm that.  Just kind
16       of remember--
17   A.  I think I said it wasn't.
18   Q.  No.  You definitely said that the theory of
19       evolution was inconsistent with your personal
20       religious beliefs at least to the extent that it
21       taught that life forms were derived from a
22       common ancestor.
23   A.  Origins of life, yes.
24   Q.  Is the theory of intelligent design as you've
25       phrased it, is that inconsistent with your
```

PAGE 135

```
 1       personal beliefs in any respect?
 2           MR. GILLEN:  Objection, relevance.
 3   A.  It depends on what context it's put in.
 4   BY MR. HARVEY:
 5   Q.  Well, any context.
 6   A.  In any context, no, it's not inconsistent.
 7   Q.  Do you know who developed the press release
 8       that's attached as an exhibit to the answer in
 9       this matter?
10   A.  The administration did.  Exactly who it was, I
11       don't know, but it came from the administration.
12   Q.  Did you have any role in that?
13   A.  No.
14   Q.  Did you review any drafts of it?
15   A.  No.
16   Q.  I just need to clarify one thing from earlier.
17       We asked-- I asked you what was your purpose in
18       supporting the board resolution of October 18th.
19       Do you remember that?
20   A.  Yes.
21   Q.  And you told me some things about having a
22       balance between various--
23   A.  Scientific theories.
24   Q.  Right.  And I'm not sure whether I asked you
25       specifically what was said by the other board
```

PAGE 136

```
 1       members about the purpose of the resolution or
 2       even if you remember hearing anything about
 3       that.
 4   A.  That was consistent with what I said earlier to
 5       you.
 6   Q.  Do you remember statements made by the board
 7       members?
 8   A.  Absolutely.
 9   Q.  Which board members?
10   A.  Alan Bonsell, Sheila Harkins, Heather Geesey,
11       Janie Cleaver, myself, Noel Wenrich.  I guess
12       that's it.
13   Q.  And you remember all of those people speaking up
14       about the purpose?
15   A.  Yes, I do.
16   Q.  Was that on October 18th?
17   A.  I won't say it was on October 18th.  That
18       happened I would say within a period of three
19       meetings, two before and October the 18th.
20   Q.  It was all, as I understand, a balanced
21       presentation of these theories, correct?
22           MR. GILLEN:  Objection to the
23       characterization of the testimony.
24   BY MR. HARVEY:
25   Q.  Well, I just want to understand.
```