# EXHIBIT D

00045

1 Q. Have you ever looked at school board minutes

2 before?

3 A. No, sir.

4 Q. Okay. Having taken a second to look at the school

5 board minutes, do you recall now whether at that meeting

6 there was any discussion concerning either the --

7 A. That may have been the meeting -- it was either the

8 last meeting in June or else that meeting in July that Bert

9 Spahr was so upset. I don't really recall. Now that I

10 know -- I see this that I was there the 12th.

11 Q. Okay. That's fine. So, correct me if I'm -- if I

12 say anything incorrectly, just let me know. Let me just try

13 and put this back together. It sounds to me like your

14 recollection is that the last school board meeting you

15 attended prior to the October meeting was when Ms. Spahr

16 spoke her concerns?

17 A. That's when she was so upset.

18 Q. And other than that, you don't recall anything else

19 at any of these meetings prior to October?

20 A. No. That one was a little bit -- going a little

21 bit rough.

22 Q. What do you mean by, "going a little rough"?

23 A. Well, they got upset with each other, you know,

24 some of the -- Ms. Spahr's said her -- what she thought and

25 then some of the -- I know Alan Bonsell was upset with her

00046

1 because of the way that she spoke. But it was just a little

2 bit of commotion there. They just didn't get along too well.

3 Q. Do you remember how Mr. Bonsell responded?

4 A. No, I don't. I can't say the words that Mr.

5 Bonsell said. But I do know that anything that Mr. Bonsell

6 said, he thought everything through before he ever spoke.

7 Q. Do you recall what it was specifically about what

8 Ms. Spahr said that upset Mr. Bonsell?

9 A. She was terribly upset because she thought they

10 were not getting the new biology book, and Mr. Bonsell,

11 that's when he said he would have to look into it further

12 before he would give consent or we voted on this, would take

13 a vote on it, that he wanted to make sure we got the right

14 book.

15 Q. And by, "right book," were you aware of whether

16 there was discussions of using any other textbooks at that

17 time?

18 A. Not that I recall, not at that -- yes, there was.

19 On that July meeting, that is I think when that -- I think is

20 when the book of Pandas and People or whatever, getting

21 another book. And Ms. Spahr thought that she was going to

22 have to teach another theory or something like that. But Dr.

23 Nilsen and Alan both reassured her that they would not be

24 teaching the students any other theory.

25 Q. Had you at this time in the July meeting or

00047

1 whenever it was -- I understand that you're a little bit

2 unclear with which date, which is fine. At that time, were

3 you aware of a book entitled, Pandas and People?

4 A. Yes, sir.

5 Q. And how were you made aware of this book?

6 A. Because the -- I don't know how Mr. Buckingham got

7 this book, but that's how -- I had asked Mr. Buckingham if he

8 had the book, I would like to see it. And so he gave me the

9 book. And I did not read it page for page. But the book,

10 Pandas and People I felt was -- should not be taught or it

11 shouldn't be taught at all. But if a student wanted to

12 pursue another theory, that maybe it could be available, that

13 that student could look at that book but not be taught.

14 Q. How was it that you became aware that Mr.

15 Buckingham had this book, Pandas?

16 A. Because of -- it was through Mr. Buckingham that he

17 had mentioned this book. And I don't know where he got this

18 book. I have no idea at all.

19 Q. Do you recall when it was he mentioned to you

20 the book, Pandas?

21 A. It was probably some time in -- that had to be in

22 July.

23 Q. Prior to the school board meeting?

24 A. Yeah, that had to be

25 Q. And then you stated that you got a copy of the book

00048

1 from Mr. Buckingham?

2 A. I didn't get a copy, he gave me the book. And I

3 read the book, and gave it right back to him.

4 Q. You stated that you didn't feel that the book

5 should be taught in school.

6 A. No. It should not be taught in school.

7 Q. What was it about the book that you felt should not

8 be taught in school?

9 A. In the first place, the book I felt should not --

10 from the 9th grade to 12th grade student might understand

11 some of it, but not anyone -- not students younger than that.

12 And again, it's just another theory. So -- but I felt that

13 our students deserve the opportunity if they wanted to pursue

14 anything, there is so many different theories out there, that

15 they should have another book if they wanted to look at it.

16 Q. Okay. You're referring to other theories. What do

17 you mean when you're saying, "other theories?"

18 A. Well, there are -- the word, "creationism" was

19 brought up. Well, creationism, I don't believe should ever

20 be taught in school. And they had no intentions of teaching

21 creationism.

22 Q. When you say the word, "creationism" was brought

23 up, who do you mean brought it up?

24 A. That was when Bert Spahr was up and said that we

25 going to teach creationism.

00049

1    Q.   And in your recollection this was in the same July

2 meeting?

3    A.   (Witness nodded head.)

4    Q.   Do you recall how anyone responded to Ms. Spahr's

5 statement that she felt they were going to be asked -- "they"

6 being the teachers, were going to be asked to teach

7 creationism?

8    A.   She -- in Ms. Spahr's mind, I think what happened,

9 she was so sure that this is what they were going to be asked

10 to do, but she was reassured by Alan Bonsell and Mr. Nilsen

11 that they would not be asked to teach any of this, they are

12 not going to be teaching any other theory.  But if the book

13 is available for the students, that's the only thing that --

14 that is the only thing that I was concerned about, giving our

15 students another opportunity if there was a different theory

16 out there that they want to look at, that they have that

17 opportunity.

18    Q.   When you say, "other theory," am I correct in

19 saying that you mean as opposed to evolution?

20    A.   Yes.

21    Q.   Okay.  Did you ever consider -- you said there's

22 several other theories out there.  What other theories do you

23 understand are out there other than evolution?

24    A.   Well, I'm not a scientist, by far.  And I don't

25 know.  But I feel there is something else out there.  There's

Jane Cleaver 6/9/05                     Page 52

00050

1 other -- I feel, Chris, that if our students only have one

2 theory being taught to them, that theory soon becomes a

3 fact because that's the only theory that student knows.  Why

4 not give that student the opportunity -- there's other

5 theories out there, and I surely can't name them; as I said,

6 I'm not a scientist.  But I think there's some -- should be

7 some research done on that to give our students the

8 opportunity to learn if they want to.

9    Q.   Were there any other science theories other than

10 evolution for which you felt the students should be exposed

11 to alternatives?

12    A.   No.  I couldn't name one.  Because as I said, I

13 know there's others out there because we certainly have the

14 greatest scientists in world, so there's other theories

15 there.

16    Q.   Okay.  But let's say, okay -- and I'm not a

17 scientist, either.  I can't speak for these two here,

18 probably there's no scientists; we're probably all on about

19 equal ground here.  There's several different theories taught

20 in science classes, nuclear theory, evolutionary theory.

21 Evolutionary theory is one theory that's taught, then there's

22 other theories that have nothing to do with evolution that

23 are also taught.  Did you have issue with any other theories

24 taught in science classes?

25    A.   No.

Jane Cleaver 6/9/05                     Page 53

00051

1    Q.   Is there any reason why evolution presented a

2 problem to you?

3    A.   Yes, it is.  Because I just have the feeling that

4 there's something else out there.  I certainly don't believe

5 there's never been a proven fact with evolution in evolution.

6 There has to be something out there, there has to be other

7 theories there that our students can be made aware of.  And

8 if they're not taught, it's fine; but if the books are

9 available, that's what should happen.

10    Q.   Okay.  So at this time during the July meeting,

11 what was your understanding of what the school board wanted

12 from the science teachers with respect to the teaching of

13 other theories?

14    A.   The school board asked nothing of the teachers as

15 far as teaching the students any other theory.  The only

16 thing the school board asked was that the teachers would be

17 willing to have a book there that the student if they wanted

18 to could pursue another theory, could look at it.

19    Q.   Now, when you had spoke earlier about your review

20 of the textbook, Pandas, do you recall what theory, if any,

21 was presented by Pandas?

22    A.   No, I don't.  And I'm going to say this to you.

23 For me, it was a little hard, I would have had to take time

24 and sit down with that book and really read it in order to

25 get anything out of it.  Because I know nothing about --

Jane Cleaver 6/9/05                     Page 54

00052

1 about the book as far as that.  I knew nothing.  And the

2 book -- that's why I said a student from the 9th to the 12th

3 grade would probably be able to understand it better than

4 what I would, truthfully.

5    Q.   Other than your concern with the fact that the

6 textbook may be hard for some students to understand, did you

7 have any other concerns with respect to the textbook?

8    A.   No.

9    Q.   And by, "textbook," I'm referring to, the Pandas

10 textbook?

11    A.   No.  No, sir, I should say.

12    Q.   So we're in July and you understand that this is --

13 you had not too much previous to this July meeting become

14 aware of this textbook, Pandas, you reviewed the textbook and

15 Ms. Spahr had a few things to say at the school board

16 meeting, and this was the last school board you attended

17 prior to the October meeting?

18    A.   Correct.

19    Q.   Let's move ahead, then, to October.  I have a date

20 in front of me as October 4th for that school board meeting.

21 Does that sound right to you?

22    A.   Yes, sir.

23    Q.   Do you recall anything occurring in that October

24 4th school board meeting with respect to the biology

25 textbook?

Jane Cleaver 6/9/05                     Page 55

00061

1 down as donors of the textbook. Do you recall that?

2   A.  I was asked if I would be -- if I would be willing

3 to have those -- if -- not -- I was not going to be a donator

4 of the book, no, that's wrong.

5   Q.  Okay.

6   A.  I was not giving one penny towards that book.  But

7 if they -- if someone was donating it, I had no objections.

8   Q.  So, you didn't volunteer to donate books,

9 but rather you stated that you had no objection if someone

10 else were to donate these books?

11   A.  Correct.

12   Q.  Okay.  Understood.  Now, according to Mr. Brown, at

13 least one of these discussions occurred in August.  Do you

14 recall having any of these discussions in August?

15       MR. WHITE:  August of what year?

16       MR. LOWE:  August of 2004.

17       THE WITNESS:  No, sir.  I was not there.

18 BY MR. LOWE:

19   Q.  This was when you were in --

20   A.  (Witness nodded head.)

21   Q.  Okay.  So, between the June meeting when -- after

22 you had reviewed the textbook, Pandas, and coming back in

23 October, you don't recall having any discussions with respect

24 to, Pandas?

25   A.  Not at all.

00062

1   Q.  Okay.  We're getting there.  We are just about

2 done.  I'm going to ask a general catch-all statement, but I

3 think this might help to bring a close to your recollection

4 of the meetings.  Please correct me if I'm saying anything

5 that you don't believe is completely accurate, and if you

6 want to correct me, too.

7   A.  Okay.

8   Q.  My understanding, then, at this time is that other

9 than the limited statement made by Ms. Spahr concerning --

10 I'm going to write this as I'm saying it because I want to

11 make sure I get it right -- concerning the fact that she

12 felt, first, that they may not be receiving biology

13 textbooks, also that she was concerned with something the

14 teachers may be required to read in class, and finally, a

15 concerning she may have had with respect to teaching

16 creationism early on.  Do you recall anything else being

17 discussed with respect to the biology text or the biology

18 curriculum?

19   A.  No, sir.

20   Q.  Okay.  At this point I have that those are your

21 three basic concerns, and I know that we may have talked

22 about those in different ways.  But it sounds to me -- I'm

23 just trying to summarize.  Then moving to the final meeting

24 in October, and once again, I understand that you're -- the

25 meetings may blend a little bit to you, but was it in the

00063

1 final meeting in October where you voted to pass the change

2 in the biology curriculum?

3   A.  Yes.

4   Q.  But at this time you don't recall there being a

5 statement that the teachers were going to be asked to read to

6 the class?

7   A.  No, sir

8   Q.  And do you remember any discussions with respect to

9 the change in the curriculum that may have -- had the change

10 be very similar to what you have in front of you which again

11 is Page 14 of the Complaint, Paragraph 33, but with the --

12 with the removal of the term, intelligent' design?

13       MR. WHITE:  I'm confused.  Can you ask the question

14 again?

15       MR. LOWE:  Then it must have been a confusing

16 question.

17 BY MR. LOWE:

18   Q.  Was there any discussion to changing the curriculum

19 in a way that intelligent design wouldn't be included in the

20 change?

21   A.  My understanding was that intelligent design would

22 not be used in the curriculum at all.

23   Q.  Was it your understanding that intelligent design

24 would be in the wording of the curriculum as it is here?

25   A.  No.

00064

1   Q.  So, your understanding was that there would be no

2 mention of intelligent design?

3   A.  No.  Intelligent design was not going to be

4 mentioned.

5   Q.  Would you have voted for a change in which

6 intelligent design would have been mentioned?

7       MR. WHITE:  Can you clarify what you mean by,

8 "mentioned"?

9 BY MR. LOWE:

10   Q.  In which intelligent design would have been

11 included in the curriculum?

12   A.  Truthfully, I don't know what intelligent design --

13 what theory that would be.  To me, it's some kind of a

14 scientific theory, and I don't understand it.  So no, I

15 wouldn't not have voted.

16   Q.  And that's actually going to bring me into my last

17 line of questioning, so we'll get there in a second.  Would

18 you have been opposed to the teachers mentioning intelligent

19 design to their students?

20   A.  As I said, Chris, I don't really understand what

21 intelligent design stands for.  What theory it ever

22 determines because I don't know who came up with those two

23 words.  I'm not a scientist, so I cannot give you an answer

24 on that.

25   Q.  Okay.  Before passing the resolution to change the

00045
1   Q.  Have you ever looked at school board minutes

2   before?

3   A.  No, sir.

4   Q.  Okay.  Having taken a second to look at the school

5   board minutes, do you recall now whether at that meeting

6   there was any discussion concerning either the --

7   A.  That may have been the meeting -- it was either the

8   last meeting in June or else this meeting in July that Bert

9   Spahr was so upset.  I don't really recall.  Now that I

10  know -- I see this that I was there the 12th.

11  Q.  Okay.  That's fine.  So, correct me if I'm -- if I

12  say anything incorrectly, just let me know.  Let me just try

13  and put this back together.  It sounds to me like your

14  recollection is that the last school board meeting you

15  attended prior to the October meeting was when Ms. Spahr

16  spoke her concerns?

17  A.  That's when she was so upset.

18  Q.  And other than that, you don't recall anything else

19  at any of these meetings prior to October?

20  A.  No.  That one was a little bit -- going a little

21  bit rough.

22  Q.  What do you mean by, "going a little rough"?

23  A.  Well, they got upset with each other, you know,

24  some of the -- Ms. Spahr's said her -- what she thought and

25  then some of the -- I know Alan Bonsell was upset with her

Jane Cleaver 6/9/05                          Page 48

00046
1   because of the way that she spoke.  But it was just a little

2   bit of commotion there.  They just didn't get along too well.

3   Q.  Do you remember how Mr. Bonsell responded?

4   A.  No, I don't.  I can't say the words that Mr.

5   Bonsell said.  But I do know that anything that Mr. Bonsell

6   said, he thought everything through before he ever spoke.

7   Q.  Do you recall what it was specifically about what

8   Ms. Spahr said that upset Mr. Bonsell?

9   A.  She was terribly upset because she thought they

10  were not getting the new biology book, and Mr. Bonsell,

11  that's when he said he would have to look into it further

12  before he would give consent or we voted on this, would take

13  a vote on it, that he wanted to make sure we got the right

14  book.

15  Q.  And by, "right book," were you aware of whether

16  there was discussions of using any other textbooks at that

17  time?

18  A.  Not that I recall, not at that -- yes, there was.

19  On that July meeting, that is I think when that -- I think is

20  when the book of Pandas and People or whatever, getting

21  another book.  And Ms. Spahr thought that she was going to

22  have to teach another theory or something like that.  But Dr.

23  Nilsen and Alan both reassured her that they would not be

24  teaching the students any other theory.

25  Q.  Had you at this time in the July meeting or

Jane Cleaver 6/9/05                          Page 49

00047
1   whenever it was -- I understand that you're a little bit

2   unclear with which date, which is fine.  At that time, were

3   you aware of a book entitled, Pandas and People?

4   A.  Yes, sir.

5   Q.  And how were you made aware of this book?

6   A.  Because the -- I don't know how Mr. Buckingham got

7   this book, but that's how -- I had asked Mr. Buckingham if he

8   had the book, I would like to see it.  And so he gave me the

9   book.  And I did not read it page for page.  But the book,

10  Pandas and People I felt was -- should not be taught or it

11  shouldn't be taught at all.  But if a student wanted to

12  pursue another theory, that maybe it could be available, that

13  that student could look at that book but not be taught.

14  Q.  How was it that you became aware that Mr.

15  Buckingham had this book, Pandas?

16  A.  Because of -- it was through Mr. Buckingham that he

17  had mentioned this book.  And I don't know where he got this

18  book.  I have no idea at all.

19  Q.  Do you recall when it was that he mentioned to you

20  the book, Pandas?

21  A.  It was probably some time in -- that had to be in

22  July.

23  Q.  Prior to the school board meeting?

24  A.  Yeah, that had to be.

25  Q.  And then you stated that you got a copy of the book

Jane Cleaver 6/9/05                          Page 50

00048
1   from Mr. Buckingham?

2   A.  I didn't get a copy, he gave me the book.  And I

3   read the book, and gave it right back to him.

4   Q.  You stated that you didn't feel that the book

5   should be taught in school.

6   A.  No.  It should not be taught in school.

7   Q.  What was it about the book that you felt should not

8   be taught in school?

9   A.  In the first place, when I felt should not --

10  from the 9th grade to 12th grade student might understand

11  some of it, but not anyone -- not students younger than that.

12  And again, it's just another theory.  So -- but I felt that

13  our students deserve the opportunity if they wanted to pursue

14  anything, there is so many different theories out there, that

15  they should have another book if they wanted to look at it.

16  Q.  Okay.  You're referring to other theories.  What do

17  you mean when you're saying, "other theories?"

18  A.  Well, there are -- the word, "creationism" was

19  brought up.  Well, creationism, I don't believe should ever

20  be taught in school.  And they had no intentions of teaching

21  creationism.

22  Q.  When you say the word, "creationism" was brought

23  up, who do you mean brought it up?

24  A.  That was when Bert Spahr was up and said that we

25  were going to teach creationism.

Jane Cleaver 6/9/05                          Page 51

00049

1    Q.  And in your recollection this was in the same July

2  meeting?

3    A.  (Witness nodded head.)

4    Q.  Do you recall how anyone responded to Ms. Spahr's

5  statement that she felt they were going to be asked -- "they"

6  being the teachers, were going to be asked to teach

7  creationism?

8    A.  She -- in Ms. Spahr's mind, I think what happened,

9  she was so sure that this is what they were going to be asked

10  to do, but she was reassured by Alan Bonsell and Mr. Nilsen

11  that they would not be asked to teach any of this, they are

12  not going to be teaching any other theory.  But if the book

13  is available for the students, that's the only thing that --

14  that is the only thing that I was concerned about, giving our

15  students another opportunity if there was a different theory

16  out there that they want to look at, that they have that

17  opportunity.

18    Q.  When you say, "other theory," am I correct in

19  saying that you mean as opposed to evolution?

20    A.  Yes.

21    Q.  Okay.  Did you ever consider -- you said there's

22  several other theories out there.  What other theories do you

23  understand are out there other than evolution?

24    A.  Well, I'm not a scientist, by far.  And I don't

25  know.  But I feel there is something else out there.  There's

Jane Cleaver 6/9/05                     Page 52

00050

1  other -- I feel, Chris, that if our students only have one

2  theory being taught to them, that theory soon becomes a

3  fact because that's the only theory that student knows.  Why

4  not give that student the opportunity -- there's other

5  theories out there, and I surely can't name them; as I said,

6  I'm not a scientist.  But I think there's some -- should be

7  some research done on that to give our students the

8  opportunity to learn if they want to.

9    Q.  Were there any other science theories other than

10  evolution for which you felt the students should be exposed

11  to alternatives?

12    A.  No.  I couldn't name one.  Because as I said, I

13  know there's others out there because we certainly have the

14  greatest scientists in world, so there's other theories

15  there.

16    Q.  Okay.  But let's say, okay -- and I'm not a

17  scientist, either.  I can't speak for these two here,

18  probably there's no scientist; we're probably all on about

19  equal ground here.  There's several different theories taught

20  in science classes, nuclear theory, evolutionary theory.

21  Evolutionary theory is one theory that's taught, then there's

22  other theories that have nothing to do with evolution that

23  are also taught.  Did you have issue with any other theories

24  taught in science classes?

25    A.  No.

Jane Cleaver 6/9/05                     Page 53

00051

1    Q.  Is there any reason why evolution presented a

2  problem to you?

3    A.  Yes, it is.  Because I just have the feeling that

4  there's something else out there.  I certainly don't believe

5  there's never been a proven fact with evolution in evolution.

6  There has to be something out there, there has to be other

7  theories there that our students can be made aware of.  And

8  if they're not taught, it's fine; but if the books are

9  available, that's what should happen.

10    Q.  Okay.  So at this time during the July meeting,

11  what was your understanding of what the school board wanted

12  from the science teachers with respect to the teaching of

13  other theories?

14    A.  The school board asked nothing of the teachers as

15  far as teaching the students any other theory.  The only

16  thing the school board asked was that the teachers would be

17  willing to have a book there that the student if they wanted

18  to could pursue another theory, could look at it.

19    Q.  Now, when you had spoke earlier about your review

20  of the textbook, Pandas, do you recall what theory, if any,

21  was presented by Pandas?

22    A.  No, I don't.  And I'm going to say this to you.

23  For me, it was a hard time, I would have had to take time

24  and sit down with that book and really read it in order to

25  get anything out of it.  Because I know nothing about --

Jane Cleaver 6/9/05                     Page 54

00052

1  about the book as far as that.  I knew nothing.  And the

2  book -- that's why I said a student from the 9th to the 12th

3  grade would probably be able to understand it better than

4  what I would, truthfully.

5    Q.  Other than your concern with the fact that the

6  textbook may be hard for some students to understand, did you

7  have any other concerns with respect to the textbook?

8    A.  No.

9    Q.  And by, "textbook," I'm referring to the, Pandas

10  textbook?

11    A.  No.  No, sir, I should say.

12    Q.  So we're in July and you understand that this is --

13  you had not too much previous to this July meeting become

14  aware of this textbook, Pandas, you reviewed the textbook and

15  Ms. Spahr had a few things to say at the school board

16  meeting, and this was the last school board you attended

17  prior to the October meeting?

18    A.  Correct.

19    Q.  Let's move ahead, then, to October.  I have a date

20  in front of me an October 4th for that school board meeting.

21  Does that sound right to you?

22    A.  Yes, sir.

23    Q.  Do you recall anything occurring in that October

24  4th school board meeting with respect to the biology

25  textbook?

Jane Cleaver 6/9/05                     Page 55

00061
1  down at donors of the textbook.  Do you recall that?
2    A.  I was asked if I would be -- if I would be willing
3  to have those -- if -- not -- I was not going to be a donator
4  of the book, no, that's wrong.
5    Q.  Okay.
6    A.  I was not giving one penny towards that book.  But
7  if they -- if someone was donating it, I had no objections.
8    Q.  Okay.  So, you didn't volunteer to donate books,
9  but rather you stated that you had no objection if someone
10  else were to donate these books?
11    A.  Correct.
12    Q.  Okay.  Understood.  Now, according to Mr. Brown, at
13  least one of these discussions occurred in August.  Do you
14  recall having any of these discussions in August?
15    MR. WHITE:  August of what year?
16    MR. LOWE:  August of 2004.
17    THE WITNESS:  No, sir.  I was not there.
18  BY MR. LOWE:
19    Q.  This was when you were in --
20    A.  (Witness nodded head.)
21    Q.  Okay.  So, between the June meeting when -- after
22  you had reviewed the textbook, Pandas, and coming back in
23  October, you don't recall having any discussions with respect
24  to, Pandas?
25    A.  Not at all.

00062
1    Q.  Okay.  We're getting there.  We are just about
2  done.  I'm going to ask a general catch-all statement, but I
3  think this might help to bring a close to your recollection
4  of the meetings.  Please correct me if I'm saying anything
5  that you don't believe is completely accurate, and if you
6  want to correct me, too.
7    A.  Okay.
8    Q.  My understanding, then, at this time is that other
9  than the limited statements made by Ms. Spahr concerning --
10  I'm going to write this as I'm saying it because I want to
11  make sure I got it right -- concerning the fact that she
12  felt, first, that they may not be receiving biology
13  textbooks, also that she was concerned with something the
14  teachers may be required to read in class, and finally, a
15  concerning she may have had with respect to teaching
16  creationism early on.  Do you recall anything else being
17  discussed with respect to the biology text or the biology
18  curriculum?
19    A.  No, sir.
20    Q.  Okay.  At this point I have that those are your
21  three basic concerns, and I know that we may have talked
22  about those in different ways.  But it sounds to me -- I'm
23  just trying to summarize.  Then moving to the final meeting
24  in October, and once again, I understand that you're -- the
25  meetings may blend a little bit to you, but was it in the

00063
1  final meeting in October where you voted to pass the change
2  in the biology curriculum?
3    A.  Yes.
4    Q.  But at this time you don't recall there being a
5  statement that the teachers were going to be asked to read to
6  the class?
7    A.  No, sir.
8    Q.  And do you remember any discussions with respect to
9  the change in the curriculum that may have -- had the change
10  be very similar to what you have in front of you which again
11  is Page 14 of the Complaint, Paragraph 33, but with the --
12  with the removal of the term, intelligent' design?
13    MR. WHITE:  I'm confused.  Can you ask the question
14  again?
15    MR. LOWE:  Then it must have been a confusing
16  question.
17  BY MR. LOWE:
18    Q.  Was there any discussion to changing the curriculum
19  in a way that intelligent design wouldn't be included in the
20  change?
21    A.  My understanding was that intelligent design would
22  not be used in the curriculum at all.
23    Q.  Was it your understanding that intelligent design
24  would be in the wording of the curriculum as it is here?
25    A.  No.

00064
1    Q.  So, your understanding was that there would be no
2  mention of intelligent design?
3    A.  No.  Intelligent design was not going to be
4  mentioned.
5    Q.  Would you have voted for a change in which
6  intelligent design would have been mentioned?
7    MR. WHITE:  Can you clarify what you mean by,
8  "mentioned"?
9  BY MR. LOWE:
10    Q.  In which intelligent design would have been
11  included in the curriculum?
12    A.  Truthfully, I don't know what intelligent design --
13  what theory that would be.  To me, it's some kind of a
14  scientific theory, and I don't understand it.  So no, I
15  wouldn't not have voted.
16    Q. [illegible]
17    [illegible]
18    [illegible]
19    [illegible]
20    [illegible] I don't really understand what
21    [illegible] What theory it could
22    [illegible] because I don't know who came up with these two
23    [illegible] not a scientist, as I cannot give you an answer
24    [illegible]
25    Q.  Okay. [illegible]