# EXHIBIT E

50

1  Q  Have you taught any classes in education?
2  A  Yes.
3  Q  What have you taught?
4  A  Well, I've taught a cross-listed class at UCLA between
5     library and information science and education.
6  Q  And what was the subject matter of that class?
7  A  It was on my own -- my own work on social epistemology which
8     has some credibility in these areas.
9  Q  Do you consider yourself an expert in Intelligent Design?
10 A  An expert in Intelligent Design.  No.
11 Q  Okay.
12 A  I'm an expert on the nature of science.
13 Q  Gotcha.  Okay.  Do you consider -- do you consider
14    yourself -- you said that Intelligent Design is science.  I
15    think -- I think we can agree, you're basically saying it's
16    science but not as far along as some of the other natural
17    sciences?
18 A  Yes.
19 Q  Okay.  Do you consider yourself an expert on the scientific
20    content of Intelligent Design?
21 A  I'm not sure what you mean by that.
22 Q  Well, let me ask you, let me ask you, what is Intelligent
23    Design?
24 A  What is Intelligent Design?  Well, it's an attempt to explain
25    actually a vast array of phenomena, not just restricted to

51

1     the origins of life, in terms of some kind of design that was
2     put there deliberately.  Now, the scope of the theory -- the
3     scope of this science is potentially quite large.  In that
4     respect, it's very much like information science, that in a
5     way, doesn't have to be restricted to a single domain.  So
6     it's just not about life.  It could be about anything that
7     displays this design pattern because machines, obviously,
8     have Intelligent Design, right, and they're not forms of
9     life.  So it is -- in a way, it's kind of almost like a
10    second order science, like information theory attempts to be.
11    I guess that would be how I would pitch it.
12 Q  You used -- you know, obviously, the word design is in the
13    term Intelligent Design.
14 A  Yeah, yeah.
15 Q  What do you mean by design?
16 A  Well, it's very unlikely that the order that is produced
17    would have come about through -- through chance, right, that
18    there isn't some sense, some plan there that the order was
19    meant to be there.  I mean, the model for it in an artifact
20    or a machine.  Something, obviously, a human has designed.  I
21    mean, that's -- I mean, in that respect, you know, Paley sets
22    a kind of benchmark for what the image of the -- of what the
23    science is about.  And that's why -- that's the -- sort of
24    the natural way to understand this.  And then with all the
25    stuff that's going on now with Intelligent Design

52

1     understanding the nature of life, that's sort of an extension
2     of the idea, because I think we have no problem with
3     Intelligent Design with regard to artifacts
4  Q  And why do you say that?
5  A  Because humans are the intelligents who are designing the
6     things.  I mean, we know where it comes from.  We actually
7     know the causal process in terms of how these things are
8     produced.
9  Q  And how do you understand we come to that knowledge with
10    artifacts?
11 A  How do we come to that knowledge?  Well, largely because we
12    could do it ourselves.  Right.  We can actually produce
13    these -- we can say -- I can say, look, I'm going to design a
14    car.  I'm doing it, it's done.  Here's the car.  And you can
15    sort of lay out the steps by which it happens.  You can talk
16    about the general blueprint, how the blueprint's supplied
17    materially to make the thing run and then it works.  And so
18    you have a complete sense of that causal process there.  And
19    so that's the kind of paradigm case I would say of
20    Intelligent Design.
21 Q  And am I correct in understanding your testimony from a
22    couple minutes ago that that kind of design inference, so to
23    speak, is the model for the design inference being used for
24    biological life?
25 A  Yeah, I would say so.  I would say that's ultimately what's

53

1     being aimed at.  Yes.
2  Q  Here's what I don't understand.  And maybe you can help clea
3     this up for me.  You explained how we understand design of
4     human artifacts from the -- and you said, you know, we can
5     understand it because we can do it, right?  How does that
6     provide a model for design of biological life?
7  A  Well, I think the best way to think about this is in fact
8     with what -- imagine computer simulations which, you know,
9     are increasingly in the biological sciences when we're trying
10    to project backward into how life began, where, you know, we
11    have recourse -- we of course have recourse to fossils to a
12    certain extent.  We can get some sense of what life was like
13    in the beginning that way.  And we can do some DNA testing on
14    that.  But increasingly we have to rely on computer
15    simulations.  And computer simulations are design functions,
16    right, where you're programming a system to behave in a
17    certain way, and then you see what the outcomes are.  And you
18    say, well, okay, let's say that I imagine that the world was
19    designed with these three or four parameters that interact in
20    a certain way according to a computer program I can
21    specialize -- specify.  Well, that then produced the world as
22    we know it.  Okay.  If it does, right, that's a good argument
23    for design, it seems to me.  If not, you know, back to the
24    drawing board.  But the point is we're already doing stuff in
25    science where we're actually engaged in design like

54

1  activities.
2      Okay. So I don't think it's so far-fetched in
3  principle, especially in the period in which we're living,
4  where we're doing more and more of our science on computer
5  programs which requires that the scientist actually design
6  the situation in which the phenomenon is going to manifest
7  itself. I mean, so I -- I don't see -- I don't see quite the
8  problem in principle here.
9  Q  Well, why would the fact that humans can design a model lead
10  us to any conclusions about what a non-human, non-natural
11  actor can do in terms of creating some form of biological
12  life?
13  A  Well, just stated that way, sure. You're absolutely right.
14  But that's not -- that's not the whole story, right? In
15  fact, you know, this is where one -- I mean, the point is
16  that even people who don't consider themselves proponents of
17  Intelligent Design are in fact, you know, playing around with
18  models that, in a sense, put them in the position of
19  potential designers of universes. Okay. So in a sense,
20  science is moving in a design oriented direction already.
21  It's just the people doing it who, let's say, do complexity
22  theory and stuff like that don't like to call it Intelligent
23  Design. But in a sense, they're adopting the standpoint, you
24  know, that would seem to me ultimately Intelligent Design is
25  trying to work itself back to. That's why so many of these

55

1  arguments are arguments that, in a sense, are meant to be
2  conducted on computers under mathematical terms. It's not --
3  it's not -- the old -- it is true that with Paley and a lot
4  of these old guys, there is some kind of analogy which is
5  parasitic on the idea that, you know, human beings are made
6  in the image and likeness of God. So if humans can do it,
7  then God can do it kind of in a bigger way. I understand
8  that, and that's the theological basis for the design
9  argument. But it seems to me now with science, we've got
10  sort of -- we're now in a situation where the way we actually
11  do science is one where we're in the design position, and
12  we're kind of doing the sorts of things that let's say a
13  creator would do if they were simulating a universe. And so
14  I don't see the -- you know, so it's sort of a different
15  basis for making the inference. Now, whether you're going
16  to -- you know, I mean, I would suppose the tough question is
17  whether there would ever be any kind of empirical way of
18  resolving whether a simulated universe designed by a human
19  being, to say this is how the world happened, could ever be
20  proven empirically. And I don't know if that could happen.
21  But then again, evolution's stuck with that problem, too.
22  Everybody's kind of stuck with that problem.
23  Q  One of the things you say on the first page of your report is
24  my expertise experts to a consideration of ID in its most
25  developed forms.

56

1  A  Yeah. I mean Dembski and Behe. That is to say, not the high
2  school textbooks.
3  Q  Okay. So let's just be clear what you mean. And let me ask
4  this in a couple of -- a couple questions about this. First
5  of all, you said you're not -- you don't hold yourself out as
6  an expert in the content, the scientific content of
7  Intelligent Design, is that right?
8  A  We haven't gotten back to what you mean by that yet. Can
9  you -- you just threw the question back at me. So what do
10  you mean by scientific content?
11  Q  Well, okay, fair enough. What do you understand to be the
12  core propositions of Intelligent Design as it applies to
13  living things, biological life?
14  A  What do I understand them to be?
15  Q  Yes.
16  A  Well, it depends which -- these guys don't all hold the same
17  views exactly. Okay. That's the first point, right?
18  Intelligent Design is, in a sense, kind of a covering term
19  for a lot of overlapping theories, you might say. I mean,
20  there is this business of -- I mean, that Behe emphasizes of
21  the irreducible complexity of cellular life. But then
22  there's also the business with Dembski and the idea of design
23  as a kind of explanatory filter that is not as probable as
24  just mindless natural regularity, but not as improbable as
25  chance. So these are kind of general notions that these guys

57

1  are working with as providing constraints on the possibility
2  for life. Okay. And they're coming at it from somewhat
3  different directions. So, I mean, that's what -- at least
4  that's what I understand to be distinctive about the
5  position, right, in the sense it makes it different from what
6  evolutionists are saying.
7  Q  Okay. So if -- the answer to the question, you know, what is
8  ID comprised of from a scientific standpoint is Behe's notion
9  of irreducible complexity?
10  A  Yeah. And Dembski's explanatory filter. And those are the
11  basic explanatory principles, the fundamental ones that are
12  being developed now, it seems to me.
13  Q  Other than those two explanatory principles, are you aware of
14  any other explanatory principles that are part of the
15  Intelligent Design as a scientific concept?
16  A  Well, I would say at this level of generality, those are the
17  main ones. I mean, there's -- Meyer has this sort of an
18  information specification criterion as well. But, you know,
19  if you were to look at any given science, you'd only come up
20  with about two or three fundamental principles for any of
21  them any way. So the fact that there aren't a whole lot of
22  them, and they all seem to overlap or have something in
23  common, that itself is not prejudicial, it seems to me.
24  Q  I'm not characterizing. I just want to make sure I
25  understand what you understand Intelligent Design to be.

15 (Pages 54 to 57)

90

1   A   Well, creation science was originally an attempt to sort
2       of -- I mean, I think in light of the Arkansas case, right,
3       it was seen as a way of trying to bring in these biblical
4       principles into the science classroom by making it look as
5       though there were scientific grounds for holding what turned
6       out to be biblical beliefs.  And so sometimes fossils would
7       be appealed to, sometimes they would be dismissed out of
8       hand, depending on what kind of suited the purpose of the
9       textbook writer.  But there was no real clear evidence of any
10      kind of internal development taking place.  It was rather, it
11      seemed like kind of camouflage strategy.  I mean, at least
12      that seems to be the final verdict on this.
13  Q   And do you -- to you, Intelligent Design is different than
14      creation science?
15  A   Yes, I think so.  I think -- not only do I think it's
16      different, I think also its critics treat it differently.
17      That is to say, including the critics who don't want to see
18      it taught.
19  Q   And in what respects is Intelligent Design different than
20      creation science?
21  A   Well, because you, first of all, Intelligent Design actually
22      more self-consciously draws on these wider traditions of
23      Western thought from natural theology and onward that have
24      been marginalized by Darwin which try to deal with larger
25      questions about the nature of life, and which did have some

91

1       kind of, you know, proto-scientific development.  Like
2       Paley's argument and so forth, and then tries to put it in a
3       more scientifically rigorous form like Dembski's done with
4       the explanatory filter.  And so you do see a development.
5       And you also -- and in the way in which the critics treat it.
6       So when the philosophers are debating with Dembski, they
7       explicitly say, let's put aside his religious assumptions and
8       just deal with his arguments on their face.  And the kinds of
9       arguments they give, first of all, it's published in their
10      main peer reviewed journals, in the Glossary of Science in
11      the United States.  And he responds there.  And it's an
12      argument that, you know, they could be having with anyone,
13      right, who they would normally respect as being scientific
14      and so forth.  And Michael Ruse, when he writes, I mean, he's
15      an interesting guy to have watched over the last 20 years
16      since he's writing a book a year on this kind of stuff.
17          And, you know, the -- you know, the Darwin End Design, a
18      book that came out in 2003, there he quite explicitly, when
19      he discusses Intelligent Design, he makes the connections
20      with the natural theology tradition, he treats it in a very
21      kind of respectful manner, and in fact he says that, you
22      know, these views that these guys are putting forward these
23      days could be easily confused with kind of respectable
24      scientific views.  And that's something you wouldn't -- they
25      wouldn't have said 20 years ago about creation science.  You

92

1       see, so all of that I think is indicating that Intelligent
2       Design is really scientific, and isn't very much reliant
3       anymore in whatever historical connections it's had with
4       religion.
5   Q   If you took Dembski's work away, and you took Behe's work
6       away, and I understand you're not going to do that.  But
7       would there then be any distinction between Intelligent
8       Design and creationism?
9   A   Well, there's Meyer where I --
10          MR. GILLEN:  Object to form.
11      BY MR. ROTHSCHILD, CONTINUING:
12  Q   Let me just finish.  I mean, in other words, if you took Behe
13      away and you took Dembski away and they'd never written, and
14      nobody had replaced them, would you have any basis then to
15      say Intelligent Design has developed in a way that
16      constitutes science?
17          MR. GILLEN:  Object to form.
18          THE WITNESS:  Well, let's see.  First of all, we haven't
19      talked about Meyer's work which I'm not intimately familiar
20      with.  But of course there is that sort of strand there as
21      well.  But I take it you're after -- your -- the thrust of
22      your question is that, you know, if you took away these three
23      guys or four guys, or how many, you know, finite number of
24      guys, would there be any Intelligent Design?  I actually
25      think -- see, we've so far been discussing this issue of

93

1       Intelligent Design as something that is mutually exclusive
2       from evolutionary theory.  And I understand that because of
3       the nature of the case we're talking about.  But within
4       evolutionary theory, within evolutionary theorists, there
5       has -- there have been tendencies in that direction as well.
6       So it's not like Intelligent Design is something completely
7       alien to people who we would normally consider to be
8       contributors to evolutionary theory.  I mean, you actually
9       have people, I cite Theodosius Dobzhansky, for example, who's
10      one of the founders of the Neo-Darwinian synthesis who's a
11      geneticist, who quite obviously took Intelligent Design
12      seriously and didn't think of it as being exclusive of
13      evolution.  Right.  So -- so -- so the thing is that what
14      would be -- yeah.  I mean, there is a sense in which the
15      Intelligent Design movement as it's understood today, you
16      know, as this is kind of American phenomena defined by these
17      guys who made the assumptions in association with the
18      Discovery Institute, I mean, there's a sociological way of
19      defining them.  Yeah, maybe that form wouldn't exist.  But
20      the general ideas and stuff, I mean, are still lurking there
21      in evolutionary theory.  And there is stuff that these people
22      have already developed that could be taken, you see.  I mean,
23      so -- I'm sorry.  I don't know if that answers your question.
24      But I was trying to sort of --
25      BY MR. ROTHSCHILD, CONTINUING:

24 (Pages 90 to 93)

94

1  Q  I want to go through some of the assertions in your report.
2     If you could turn to page one, you have a section titled at
3     the bottom of the page is evolution fact or theory?
4  A  Uh-huh.
5  Q  And if I understand the text that follows correctly, your
6     view is that evolution is both a fact and a theory; is that
7     fair?
8  A  Yes.
9  Q  Okay. And when you use the word theory for a scientific
10    proposition, do you have a specific definition in mind?
11 A  Yeah. I basically mean an explanatory conception of a range
12    of phenomenon. And also that could serve as the basis for a
13    research program, for an empirical research program.
14    MR. ROTHSCHILD: I'm going to mark as Fuller Exhibit 2
15    the Complaint filed in this matter.
16    (Marked for identification Fuller Deposition Exhibit
17    No. 2)
18    THE WITNESS: Oh, thanks.
19 BY MR. ROTHSCHILD, CONTINUING:
20 Q  If you could turn to page seven of the Complaint and look at
21    paragraph 13.
22 A  Yeah.
23 Q  You see in the second line of that paragraph, we have a
24    definition from the National Academy of Science -- Sciences
25    for the word theory?

95

1  A  Yes.
2  Q  it says in science, a well substantiated explanation of some
3     aspect of the natural world that can incorporate facts, laws,
4     inferences and tested hypotheses; do you see that?
5  A  Yes.
6  Q  Is that a definition of scientific theory that you're
7     comfortable with?
8  A  Well, I don't think it has to be well-substantiated, and I
9     think it has to provide the basis for a research program. I
10    mean, this is too static a definition.
11 Q  So you don't accept this definition?
12 A  I don't think it's sufficient.
13 Q  Okay. You would add the content that it has to assert --
14    create the basis for a research program?
15 A  That's correct.
16 Q  And you would remove the word well-substantiated?
17 A  That's right. I don't think that's necessary.
18 Q  Okay. Using your definition of theory, scientific theory,
19    does the theory of evolution qualify?
20 A  Yes.
21 Q  Does the theory of Intelligent Design qualify?
22 A  Yes.
23 Q  Does creationism qualify?
24 A  No, because -- well, not creationism in that six day sense we
25    were talking about earlier. Presumably that's what you mean

96

1     because there is no research program generated.
2  Q  What about creation science?
3     MR. GILLEN: Object to form.
4  BY MR. ROTHSCHILD, CONTINUING:
5  Q  Does that qualify as --
6  A  No. Not in the -- not in the terms that we were talking
7     about earlier.
8  Q  Okay. Now, if we use the National Academy of Sciences
9     definition, does evolution qualify as a scientific theory?
10 A  Yes.
11 Q  Okay. Does Intelligent Design?
12 A  Probably not.
13 Q  Why not?
14 A  Well, because it's not well-substantiated. And I think
15    that's probably why they define theory this way.
16 Q  Okay.
17 A  Because it sort of is prejudicial -- it's sort of -- it's
18    quite biased toward a theory that's been around for a long
19    time and has been allowed to in fact incorporate lots of
20    facts, laws, inferences and so forth, right? It's very
21    biased towards an established theory.
22 Q  Would you agree that the definition in the National
23    Academy -- that the National Academy of Sciences uses is more
24    rigorous or difficult to satisfy than the definition you use?
25 A  No. I think they're quite -- they're different kinds of

97

1     definitions in a way. I don't -- I don't see it as more
2     rigorous necessarily. Let's put it this way. Their
3     definition wouldn't necessarily encourage you to continue
4     doing science.
5  Q  Okay. Would you agree that your definition incorporates
6     scientific propositions that are early in their -- very early
7     in their development, whereas the National Academy of
8     Sciences' definition requires that the concept be much more
9     developed?
10 A  Correct. So by this definition, the only thing that counts
11    as a theory is a developed theory, by the National Academy of
12    Sciences. That strikes me as very strange.
13 Q  If you go to the top of page two -- and let me just --
14    actually, I'm going to read to you, and I'm sorry, I don't
15    have an extra copy -- or maybe, actually --
16    MR. GILLEN: Want me to make one?
17    MR. ROTHSCHILD: No, actually, I may have it. Mark this
18    as 3.
19    (Marked for identification Fuller Deposition Exhibit
20    No. 3)
21 BY MR. ROTHSCHILD, CONTINUING:
22 Q  Fuller -- the document I've marked as Fuller Exhibit 3 is a
23    press release issued by the Dover Area School District. And
24    you see at the bottom that there is a statement that the
25    school district is going to read to students in biology

25 (Pages 94 to 97)

98

1   class; do you see that?
2   A   Yes.
3   Q   Okay.  And at the bottom of the page the statement states, a
4       theory is defined as a well tested explanation that unifies a
5       broad range of observations.  Do you see that?
6   A   Yes.
7   Q   Do you accept that as a proper definition of a scientific
8       theory?
9   A   I think I would replace well tested with testable.
10  Q   Okay.  Using your amended definition, is evolution a theory?
11  A   Yes.
12  Q   Is Intelligent Design?
13  A   Yes.
14  Q   Okay.  Using the definition without your amendment, is
15      evolution a theory?
16  A   Yes.
17  Q   Okay.  Is Intelligent Design?
18  A   I don't know.
19  Q   And is the criteria that calls you to question that the issue
20      of well tested?
21  A   Yes.
22  Q   Okay.  Do you -- and you don't have -- you don't know whether
23      Intelligent Design can be characterized as well tested?
24  A   Well, it certainly has been tested, you see.  And I think --
25      and it is testable.  But again, it's this issue of the age of

99

1   the theory because well tested suggests, you know, it's been
2   around a while, and it's been tested lots of times in lots of
3   different ways.  And I don't think that's true, you see.  But
4   that's not necessarily any fault of the theory itself, you
5   see.
6   Q   How has Intelligent Design been tested at all?
7   A   Well, I think we were just talking about Dembski, for
8       example, right.  And we were talking about these
9       counterexamples to his definition of the explanatory filter.
10      Those counterexamples is a kind of testing at a conceptual
11      level, right, because what he's doing is putting forward a
12      mathematical formalization of a concept, and here a
13      philosopher is coming up with counterexamples showing how it
14      doesn't -- how it doesn't apply.  So there's a test, right?
15      Also, I guess in the case of Behe, trying to come up with
16      alternative explanations.  You know, so Behe says the only
17      way you can explain the way the cell maintains its stability
18      is through irreducible complexity, and some evolutionists
19      say, no, we've got an alternative explanation.  Right.  So in
20      a sense, the exclusiveness of the explanation being proposed
21      has been challenged.  These are tests, right?  I mean,
22      they're -- they're not necessarily tests in the sense of
23      coming up with a fact that shows that something is
24      definitively right and wrong, but then in science, you know,
25      relatively little is actually -- you know, relatively few of

100

1   the tests that are undergone in science have that quite
2   specific character saying I've got a fact, it shows that this
3   is right or this is wrong.  It's only under very kind of
4   controlled conditions you can normally do that sort of thing.
5   Otherwise, these tests are of a much more indirect kind,
6   where you're providing challenges that you think the theory
7   needs to answer to.
8   Q   Okay.  So a couple questions there.  Are you aware of any way
9       in which Intelligent Design has been empirically tested?
10      MR. GILLEN:  Objection to form.
11      THE WITNESS:  I'm not aware of any such
12      case.
13  BY MR. ROTHSCHILD, CONTINUING:
14  Q   Okay.  You -- I think you're suggesting it has been
15      conceptually tested by the -- has been conceptually tested by
16      the challenges raised by critics?
17  A   Yes, yes.
18  Q   I'm a little troubled by this idea that a concept would
19      attain some scientific pedigree as a tested proposition
20      solely by the fact that opposing scientists have found
21      problems with it.  I mean, how does that -- how does that
22      advance a scientific concept if all that happens is the
23      proponents of the idea raise a concept and, you know, a bunch
24      of other scientists demonstrate what's conceptually wrong
25      with it?

101

1   A   Well, first of all, the fact that they bother doing it at
2       all, and the terms in which they do it is familiar from other
3       things that they are considering in their science, right.
4       So, I mean, this is where people like Dembski and Behe are
5       really making advances over creation science, if you're
6       making that kind of comparison.  Namely that they're now
7       being answered in the coin of science.  Okay.  And in a way,
8       they're being answered in ways that sort of brings their
9       concerns close together to the concerns that are already
10      taking place, you know, in other fields of science.  So it
11      seems to me that this is an implicit acknowledgment of
12      bringing them in the scientific ambit.  And I don't think we
13      should get too fussy about empirical testing, because as more
14      and more science gets done on computers and other kinds of
15      simulation devices, the idea of there being direct empirical
16      tests of things, you know, is going to be increasingly
17      limited.  I think these kinds of things that we're seeing
18      here is going to be much more indicative of the kind of
19      science that's going to happen in the future, where you have
20      alternative computer models that can generate the same sort
21      of phenomena that you can say can only be generated one way.
22      And the design guys like to play around with that.  And it
23      seems to me a lot of science is heading in that direction.
24  Q   I mean, see, here's my problem.  You know, I can come up with
25      the assertion that all of biological life is made of

**106**

1 since I haven't read the pieces, I'm only sort of guessing
2 what I imagine the research strategy is. But I take it that
3 he's basically trying to show that there's a sense in which
4 there are certain kinds of phenomena that evolutionary
5 accounts cannot explain, and so whenever an evolutionary
6 account is purported, he wants to say, well, in fact they
7 can't explain everything and that this other account with
8 irreducible complexity, we'll be able to do that. And so
9 it's a sort of battle of dueling accounts for various natural
10 phenomena to get presented. I take it that's kind of -- and
11 if that is in fact what he's doing, then that would be
12 scientific. But I'm just -- again, I haven't read the
13 articles.
14 Q So you don't know?
15 A I don't know. But I do think, you know, I mean, I think it's
16 reasonable to suppose that that's what he's doing, given that
17 he's publishing in the area and so forth.
18 Q But you're speculating on what the --
19 A Yes, I'm speculating.
20 Q Okay. And now going to Dr. Dembski, I think what you're
21 saying is he came up with this concept of the explanatory --
22 explanatory filter, there's been some criticism of it, he has
23 adjusted his definition; is that fair?
24 A Yeah, I think that's right. I mean, so he has been
25 continuing along with the same trajectory, trying to take

**107**

1 into account the criticism. I think that that's basically --
2 and that's not surprising.
3 Q Okay. And can you explain what he originated with and how
4 it's changed?
5 A Well, I mean, in terms of what he originated with, I think he
6 originally sort of set up something like a, you might say a
7 menu by which you make the inference that something is design
8 based, and who you've managed to say that it cannot be
9 explained by either strict physical regularity or by chance
10 occurrence. And he listed some conditions one would follow,
11 and then people brought up counterexamples to this. And he
12 has adjusted the theory to be able to deal with those
13 counterexamples. I cannot say whether he's dealt with it
14 sufficiently that he's going to fend off all counterexamples
15 in the future. But he is continuing along the same lines,
16 only a corrected version of it.
17 Q And does this correction fit your definition of a research
18 trajectory where more of Intelligent Design's claims are made
19 testable?
20 A Well, yes, in the sense that I think it, you know, it does
21 open up this field to critics in the future to -- because
22 he's still sticking with the same method largely, right, so
23 people are in a sense getting used to the way he operates.
24 And so it should make it easier in the future to criticize
25 him, I would think so.

**108**

1 Q I mean, again, I'm going to come back to this point I think I
2 was trying to make at the -- this afternoon. That you're
3 equating the presence of criticism with testability is that
4 a -- I mean, am I --
5 A That's --
6     MR. GILLEN: Object to form.
7     THE WITNESS: Well, that's -- that's basically correct.
8 Yes. Yes, that's right, because I think -- I want to move
9 away from sort of the stereotyping of testability as somehow
10 coming up with some sort of empirically precise prediction,
11 let's say during an experiment, because, I mean, that's --
12 that's a kind of classic paradigm case of how we talk about
13 scientific testability, but it's not necessarily
14 representative of all the forms of testability that are used
15 in science.
16 BY MR. ROTHSCHILD, CONTINUING:
17 Q Right. And as far as I can tell, the only form of
18 testability that you have identified for these Intelligent
19 Design propositions is the fact that they are susceptible to
20 criticism?
21     MR. GILLEN: Objection to form.
22     THE WITNESS: Well, I mean, you make it sound like
23 that's mere. I'm not sure what the spirit is in which you're
24 saying criticism. I mean, first of all, the criticism
25 isn't -- the criticism comes in rather specific form, right?

**109**

1 Namely, coming up with counterexamples or coming up with
2 counter models in the case of Behe, right, which in effect
3 you know, bring forward various kinds of other considerations
4 that need to be taken into account. So it's -- you know, the
5 word criticism shouldn't be reduced to something like
6 carpeting or something, you know, as if, you know, all's
7 they're doing is, you know, treating, you know, just sort of
8 plugging holes. They're in fact engaging with it, right, in
9 ways that forced Behe and Dembski to sort of, you know,
10 rethink -- and to varying degrees, what exactly, you know,
11 how they should proceed after that. So it's not a trivial
12 thing to do.
13 BY MR. ROTHSCHILD, CONTINUING:
14 Q Well, and I don't mean to treat it as trivial. But I do --
15 I'm trying to confirm that in terms of how Behe's and
16 Dembski's work has been rendered testable, the only real life
17 examples of that that you are aware of is that the phenomenon
18 that it's -- they have elicited criticism; is that fair?
19 A Yes. But, I mean, I'm not sure in the normal run of science
20 what else you'd be looking for given that most scientific
21 claims aren't directly testable in that classic, you know,
22 empirical prediction kind of way that we talk about in
23 philosophy of science 101. Okay. So I'm not sure what the
24 alternative that's in the back of your mind would be to
25 what's happened to them, given the nature of the kinds of

Esquire Deposition Services, LLC
(800) 866-5560

118

1  A  Yes, yes. That's right.
2  Q  Okay. And you also -- you used the term in your report
3     metaphysical naturalism?
4  A  Yes.
5  Q  What do you mean by that?
6  A  Well, what methodological naturalism is in practice.
7  Q  And explain what you mean by that.
8  A  Well, I think -- see, naturalism is not an innocent view.
9     Right. I mean, one of the consequences of methodological
10    naturalism is that you sort of presuppose the world has to be
11    a certain way in order for science to take place. So you
12    restrict yourself to certain kinds of, you know, phenomena
13    and ways of looking at the phenomena and close yourself off
14    to other possibilities. So you close yourself off to
15    Intelligent Design. And in the past, this kind of naturalism
16    closed people off to looking at things like action at a
17    distance with regard to gravitation attraction in Newtonian
18    mechanics. And in -- even arguably, people say that if you
19    really took this kind of methodological naturalism seriously,
20    you wouldn't be able to make much sense of quantum mechanics
21    as it currently is being made sense of, because that in a
22    sense spends at least certain kinds of common sensical
23    notions of physical causation that are normally seen as
24    rooted in methodological naturalism. So in that sense,
25    there's a kind of metaphysics that's associated with it. It

119

1     closes you off to appreciating certain kinds of phenomena.
2     So in a sense, calling it methodological is a bit coy.
3     That's what I would say. I'm using the term because that's
4     the term Pennock, I believe, introduces. I myself would see
5     naturalism as a metaphysical position.
6  Q  So to you, methodological naturalism and metaphysical
7     naturalism or philosophical naturalism aren't really
8     distinct --
9  A  That's right.
10 Q  -- concepts?
11 A  That's correct.
12 Q  At -- certainly at the end of your report, and I think
13    elsewhere, you say that ID rejects naturalism and is
14    committed to supernaturalism, right?
15 A  Well, I think if you're going to take that kind of
16    distinction seriously, because I mean, the point I made about
17    the naturalism/supernatural distinction is that it's a
18    distinction created by naturalists, right, who in effect --
19    who in effect say, look, these people aren't just considering
20    sort of the normal material world in which things operate,
21    but they also think there's this other stuff out there,
22    Intelligent Design or spirits or something like this. And --
23    and so that's the supernatural realm. I think actually my
24    view about what Intelligent Design people are doing is
25    actually kind of blurring the boundary more. So in other

120

1     words, I don't think it's so -- you know, I don't think, you
2     know, you can't -- I don't really know if there's a moment in
3     Intelligent Design work where you say, ah, you know, you're
4     now entering the supernatural here. You now need a
5     supernatural explanation. I mean, that's kind of more a term
6     a critic would use of it.
7  Q  Well, let me -- when --
8  A  So is Intelligent Design supernatural? Right? I mean -- I
9     mean, certainly when the arguments are being conducted about
10    it, you know, let's say to Dembski's version, the word
11    supernatural doesn't have to arise, but it's quite clear the
12    kinds of inferences he's making do take us beyond what
13    normally is accepted within naturalistic forms of science.
14 Q  When we talk about Intelligent Design, do you understand
15    Intelligent Design to take a position on who the intelligent
16    designer is?
17 A  Not necessarily, though, I mean, historically, of course, a
18    certain kind of monotheistic conception of God has been
19    behind it. But I don't think the way the theories have been
20    developed recently you'd really require any kind of view on
21    this matter, that one could be agnostic. Yeah.
22 Q  Okay. And do you have an understanding of whether
23    Intelligent Design takes a position on what the capabilities
24    or powers of the Intelligent Design is -- designer is?
25 A  Well, this is, again, I don't think there's any kind of --

121

1        MR. GILLEN: Object to form.
2        THE WITNESS: I don't think there's any kind of uniform
3     view on this matter. And in that respect, it's very much
4     led -- I mean, this respect -- you know. There's a sense in
5     which, look, the intelligent designer in a sense has to be
6     intelligent enough to produce, you know, a cell, let's say,
7     that has some kind of organic -- you know, stability over
8     many different environmental changes. So it has to be that
9     powerful or that intelligent. But does it have -- but it
10    doesn't have to be infinitely powerful or intelligent. So in
11    that respect, it is not committed to the fully robust notions
12    of the divine creator that have been associated with the
13    Judeo-Christian tradition. Right. You could actually --
14    it's quite compatible with a much more restricted sense of
15    intelligent designer.
16 BY MR. ROTHSCHILD, CONTINUING:
17 Q  Do you understand the intelligent designer, its proponents
18    have provided any description of what capabilities the
19    intelligent designer has or would need to have to do the
20    things that they say it has done?
21    MR. GILLEN: Object to form.
22    THE WITNESS: Well, it all depends how you -- I mean
23    look. There's a sense in which -- one of the reasons why
24    Intelligent Design has been able to be critically discussed
25    by other scientists and philosophers has been because they

31 (Pages 118 to 121)

146

1    including to the incorporation of religiously inspired
2    doctrines, for example, Intelligent Design theory, a/k/a
3    creationism into mainstream science education. Do you see
4    that?
5  A  Uh-huh, uh-huh.
6  Q  And that's consistent with what you told me today, which is
7    that Intelligent Design theory is a form of creationism?
8       MR. GILLEN: Object to form.
9       THE WITNESS: But it's -- no. But it's not all of
10   creationism, and it's in fact the part of creationism that
11   gets taken into science. So, I mean, I mean, obviously, I'm
12   just -- because in the time that this piece was written,
13   right, so this was written in 1998, Intelligent Design theory
14   wasn't that widely used as an expression. So I put the
15   creationism in there so people kind of have a sense of what
16   exactly Intelligent Design is without me having to give a
17   whole song and dance about it, because I'm just using it as
18   an example. But I didn't mean to say that everything about
19   Intelligent Design corresponds to everything about
20   creationism.
21  BY MR. ROTHSCHILD, CONTINUING:
22  Q  But you -- what do you understand the acronym a/k/a to mean?
23  A  Yeah, also known as.
24  Q  Okay. So --
25  A  Right. But in 1998, okay, we're talking -- you know, when

147

1    did Dembski's book come out? 1998? I mean -- right? I
2    mean, we're talking pretty early before this thing becomes
3    really crystalized as something that's separable from all
4    these different branches of creationism.
5  Q  So you're saying in 1998, Intelligent Design was more similar
6    to creationism than it is today?
7       MR. GILLEN: Objection to form.
8       THE WITNESS: I'm not actually -- I'm not actually
9    making any commitment to that in this parenthesis. I'm just
10   using it as a marker so that people can understand what
11   Intelligent Design -- since Intelligent Design theory was an
12   ascendant notion, what exactly -- how -- you know, in what
13   conceptual space one should put that when thinking about what
14   religiously inspired doctrines mean.
15  BY MR. ROTHSCHILD, CONTINUING:
16  Q  Okay. And Intelligent Design -- you were characterizing
17    Intelligent Design theory as a religiously inspired doctrine?
18  A  Well, it is, and to a certain extent is religiously inspired.
19    But to be religiously inspired is not to be religion.
20  Q  Okay. And -- and you were equating it with creationism?
21       MR. GILLEN: Object to form.
22       THE WITNESS: I wasn't equating it. I wasn't equating
23    it. All right. I mean, I was just -- I was using it as a
24    kind of -- as a placeholder for it in a period where this
25    term Intelligent Design wasn't yet consolidated in the way it

148

1    is now. Had I written this thing today, I would not put it
2    this way. I mean, these things are time sensitive. In that
3    respect, Intelligent Design has made progress fairly rapidly
4    because in the course of whatever this is, seven years since
5    this piece has been published, right, the status of this
6    thing has changed somewhat.
7  BY MR. ROTHSCHILD, CONTINUING:
8  Q  And in what respect?
9  A  Well, in the sense that I think it's more easily
10   disentangleable. So like even when you were talking about
11   Intelligent Design theory, you were able to nail it down to a
12   few people, right, who are in a way separable from the
13   general creation movement. And I think that -- you know.
14   And I think that that's because of all the, you know, not
15   just the publication of the books, but also the way in which
16   the discussion of Intelligent Design has kind of moved off in
17   its own space. So in a sense, you can talk all about
18   Intelligent Design now without bringing in all the other
19   schools of creationism, or the six -- you know, the six day
20   stuff or any of that.
21  Q  But that was not true in 1998?
22       MR. GILLEN: Object to form.
23       THE WITNESS: I think in 1998 these things were much
24    more confused.
25  BY MR. ROTHSCHILD, CONTINUING:

149

1  Q  Okay. Confused by who?
2  A  Well, I just mean just generally speaking.
3  Q  You for one?
4  A  Look, I didn't say I was a creationist or Intelligent Design
5    theorist. But I do think that -- I do -- I do find -- I have
6    found out more about it in the interim, I think it's fair to
7    say that I knew less about it back then. Largely because
8    there was less of it to know, okay. And I know more about it
9    now. But again, this is seven years ago.
10  Q  Okay. Now, when I asked you about this before, you said
11   you'd been following this issue?
12  A  Not -- I mean, but I never said I was an expert on this. I
13    said I was following it, you know, kind of shadowing it.
14    That doesn't mean I'm an expert on it.
15  Q  I mean, you know, these -- Steve, words are pretty hard to
16    escape. Religiously inspired doctrine a/k/a creationism.
17    And I think -- what I'm trying to understand is, you know,
18    what about Intelligent Design caused you to characterize
19    it -- characterize it as --
20  A  Well, because --
21  Q  -- Creationism at the time?
22  A  Because all of the response -- look. All of the responses to
23    Behe and Dembski and the line of argument that that led --
24    led from to the present day happened after this. I mean,
25    there is a sense in which, you know, if you want to -- if you

38 (Pages 146 to 14

154

1  creationism, that's true.
2  BY MR. ROTHSCHILD, CONTINUING:
3  Q  Okay.  And what aspects of -- what do you mean by creationism
4  when you say Intelligent Design does have roots in
5  creationism or is creationist?
6      MR. GILLEN:  Object to form.
7      THE WITNESS:  Well, I mean, the motivation.  The
8  motivation for putting forward Intelligent Design is from
9  people who do think that there is a divine creator.  I mean,
10  I think historically, that's been the case.  And I think it's
11  probably true of these people.  But again, what makes it
12  science isn't that fact.  I mean, again, all kinds of
13  religious motivations inform science.  I mean, so there's
14  nothing, in a sense by calling it creationism what I'm doing
15  is I'm giving something about the motivation of the people
16  but not necessarily about the scientific status of what
17  they're doing.  Those are two separate issues.  You've got
18  context of discovery, context of justification.
19  BY MR. ROTHSCHILD, CONTINUING:
20  Q  Okay.  And so when you -- when you refer to this Intelligent
21  Design work as creationist, do you -- do you mean it only in
22  the sense that it's motivated by creationist interest?
23  A  Yes.
24  Q  Okay.  And not anything about the content of Intelligent
25  Design?

155

1  A  No, because in fact these people in practice don't actually
2  say much about the qualities of the creator, right.  I mean,
3  in that sense, they don't do a lot of the stuff of
4  traditional creationism.
5  Q  They do suggest that the designer is a supernatural creator,
6  correct?
7      MR. GILLEN:  Object to form.
8      THE WITNESS:  Well, I mean, yes.  But that's not saying
9  a lot, you see.  I mean, I just don't think that's saying
10  very much.  I think --
11  BY MR. ROTHSCHILD, CONTINUING:
12  Q  Do you -- go ahead.
13  A  No, no, no, you go ahead.
14  Q  Do you consider that an aspect of creationism; that a -- that
15  there is a -- that the explanations of life include a
16  supernatural creator?
17      MR. GILLEN:  Object to form.
18      THE WITNESS:  Yes.  I think creationism does presuppose
19  that the creator is separate from the creation, in which case
20  it is supernatural.  Yes.  I mean, so yes.  I mean, it's
21  attached to a certain kind of cosmology which does involve a
22  difference between the creator and the created.  So it's
23  true, supernatural in that sense.  But again, I don't see
24  this as operating in a way that actually, in some way
25  visciates the science that's being done.

156

1  BY MR. ROTHSCHILD, CONTINUING:
2  Q  [redacted] in the first full
3  [redacted] notwithstanding,
4  [redacted] theological -- one
5  [redacted] You say,
6  it is reasonable or even nonblasphemous to suppose that God
7  is the ultimate artificer?  Artificer?  And you go on to talk
8  about Meyer's willingness to subvert the significance of the
9  boundary between biological and mechanical forms of
10  intelligence being intellectually bracing.  And then it goes
11  on.  Can you explain what you're getting at here?
12  A  Well, I mean, in a sense what I'm bringing up is a kind of
13  concern that actually you were bringing up earlier.  I see
14  you get your ideas from good places.  Namely, this business
15  of just because we can -- even if we can understand how human
16  beings create things, why should we think this is any kind of
17  model for understanding how God does things?  And let alone
18  how life is created.  So, yes, that's the -- that is the
19  objection I'm raising here.
20  Q  And I think -- I think you understand -- I understand that at
21  one level you're raising that, that that's a theological
22  problem?
23  A  Yes.
24  Q  That we -- it's blasphemous to suggest that, you know, what
25  we know about ourselves and what we can do is in any way a

157

1  model for God; is that right?
2  A  Yes, yes.
3  Q  Okay.  Is that -- do you also -- are you also suggesting that
4  that argument is scientifically problematic?
5  A  Well, I don't seem to say that here, do I?  No, no.  The
6  scientific side is a different argument, isn't it, right?
7  Because there's two arguments here, right?  There's a
8  theological argument which is what we're talking about, but
9  then there is also a scientific issue.
10  Q  Right, which is separate?
11  A  Yeah.
12  Q  Do you find the first argument which you focus on
13  theologically --
14  A  Yeah.
15  Q  -- also to be scientifically problematic?  Because I can't
16  get over it.
17  A  I -- see, my attitude toward this has changed a bit over the
18  last seven years, okay?  I mean, I guess I would have said
19  yes back then, that it was problematic.  But now I think that
20  there's a sense in which, as so much -- I've mentioned this
21  earlier.  So much of science goes on to be done as computer
22  simulations, where the scientists in a sense has to be
23  something an artificer, and that includes when one is trying
24  to model the nature of life and the way in which life
25  develops and so forth, I think it actually becomes easier to

40 (Pages 154 to 15...

170

1  Q  No, no, I understand.  But what I'm saying, you -- you
2     made a point which I think I agree with, which is, you know,
3     Behe's, you know, effectively elim -- saying he's eliminated
4     one possibility, but there might be other hypotheses, right?
5  A  Yes.  Demb -- Dembski has a similar problem, actually.
6  Q  Okay.  Okay.  So both of them have this problem, right?
7  A  Uh-huh.
8  Q  Yes?
9  A  Yes, yes.
10 Q  Okay.  But then I -- even granted your point, which I do, I'm
11    still troubled by the idea that even if you could eliminate
12    all the, for example, natural hypotheses that have been
13    asserted, one could make a positive case for action by an
14    intelligent designer.  And I'm trying to understand how that
15    follows, which I -- I -- I think is the conclusory
16    proposition?
17 A  Yes.  I mean, yes.  It doesn't follow.  You're absolutely
18    right.  But typically what happens in these kinds of
19    arguments, right, is that the Intelligent Design person, as
20    the person who's always facing evolutionary challenge, to
21    make the Intelligent Design argument more specified, right?
22    So what happens then is that the Intelligent Design argument
23    becomes more precise.  So I think what -- I don't see it as
24    an inherent problem.  It just means that there's -- there's
25    never going to be a decisive moment where the Intelligent

171

1     Design argument wins by default by seeing off evolutionary
2     challenges.  That's all it means.
3  Q  But I --
4  A  It doesn't mean it ever -- at no point does it ever get shown
5     to be wrong.  It -- what -- it shows it hasn't eliminated
6     alternatives.
7  Q  And never would?
8  A  That's entirely --
9        MR. GILLEN:  Object to form.
10       THE WITNESS:  I mean, that's entirely possible.  And
11    that's why some people object to the idea of inference to the
12    best explanation as being a method in science, wherein a
13    sense, right, the question is always open as long as there
14    are alternative hypotheses available.  People who believe in
15    the inference to the best explanation do believe that all the
16    opponents are eventually seen off.
17 BY MR. ROTHSCHILD, CONTINUING:
18 Q  All right.  And -- and -- and -- what -- and I -- but I --
19    and I'm still trying to get to the point, we're talking about
20    inference to the best explanation.  But I don't see how
21    Intelligent Design is unexplanation at -- what the -- what
22    the affirmative case is for Intelligent Design even being one
23    of the alternatives?
24 A  Well, I'm not sure.  I mean, it seems to me that the
25    possibility of space for Intelligent Design is opened up just

172

1     by denying what -- I mean, if you got -- if you got random
2     mutation and natural selection as one hypotheses, right, then
3     the other -- you know, the other hypothesis could be one
4     where there is some kind of plan.  And since the cell had --
5     you know, the cell is designed the way it is so that it could
6     survive many different kinds of changes in the natural
7     selection environment.  That's not -- that's not an
8     incomprehensible notion, right?  I mean, it's just to make
9     that specific so you could actually test whether it's, you
10    know, it's -- it's true in a certain situation, I think
11    that's the problem.  It's not really specified enough.  But,
12    you know, I mean -- let me make a follow up point to this.
13    Evolutionists and Intelligent Design people can go about
14    criticizing each other and that's perfectly fine and that's
15    very appropriate in science.  But there is also -- you know,
16    but as it were, the -- the -- the relative scientific status
17    of the theories aren't just determined by those clashes and
18    what happens in those clashes.  But it's also determined by,
19    as it were, how they take it home to develop their own
20    theories independently.  So if we take seriously the idea
21    that Intelligent Design theory is in a way trying to scope
22    out the phenomena of reality somewhat differently than the
23    evolutionists are, so it includes cosmological issues and
24    maybe supernatural issues, even, in a way in which evolution
25    rules out of court, right, then what you're also looking at

173

1     is not how -- not only how these two theories relate to each
2     other, but also how they develop in light of the criticism in
3     their own terms.  Do they go to the places they're trying to
4     go to with regard to explanation and so forth?  And so when
5     somebody like Meyer, let's say, wants to have this kind of
6     covering information theory as the metatheory of Intelligent
7     Design, well, that's nothing -- you know, that's -- you know,
8     evolutionists think that's just weird, right?  But then he's
9     trying to do something different.  He's not trying to do what
10    the evolutionists are doing.  So while they do conflict over
11    certain areas like how do you explain the cell's stability,
12    the overall goals of the research program are somewhat
13    different, and so there are different kinds of concerns that
14    they will then want to take forward when they develop their
15    theories.
16 Q  Go to the next page of the article, page 540.  You invoke the
17    well-known and highly regarded Fuller's Fairness Rule, which
18    is if you appeal to metaphysical explanations at all, you
19    must permit a plurality of them.  And you also -- you go on
20    to say virtually any metaphysical hypothesis can be
21    maintained in the face of any negative evidence.  Explain
22    what's going on here.
23 A  Okay.  Well, this is, in a sense, kind of the -- it's in --
24    it's in a way trying to find a useful place for metaphysics
25    and science.  Okay.  And the idea here being that when

44 (Pages 170 to 173)

186

1    their hand rhetorically.  What do you mean by that?
2  A  This is -- yeah.  I know -- I recall saying this.  I just
3    can't quite find where you're looking at.
4  Q  It's the second full paragraph.
5  A  Second full paragraph, okay.
6  Q  Towards the bottom of the page.
7  A  Right.  I mean, the point here being that -- that if ID is
8    able to provide a scientific explanation for something, that
9    doesn't rule out the evolutionary one.  But there's a
10    tendency to sort of see these things, I think on both sides,
11    in mutually exclusive terms.  So if we can provide an
12    explanation and you guys -- and you guys can't then, you
13    know, in principle, we're the only ones who can.  So, I mean,
14    I do think that there's a tendency on both sides to think
15    that the two are sort of mutually exclusive.
16  Q  And you say then epistemological letigmacy of ID doesn't
17    require showing that evolution cannot provide a credible --
18  A  Right, right.
19  Q  -- alternative framework, just requires showing that ID has
20    an explanatory framework that can be the basis for a body of
21    scientific research?
22  A  That's right.  I was making that point earlier with regard to
23    the fact that you just can't judge the legitimacy of ID just
24    purely in terms of how it faces up against evolution.  You
25    have to see how it is able to develop the stuff in terms of

187

1    its own framework.
2  Q  And what is your understanding of the explanatory framework
3    ID offers other than the assertion that evolution doesn't
4    provide a credible framework?
5  A  Well, I mean, this is where the explanatory filter and the
6    irreducibly complexity notions get mobilized as a way of
7    suggesting research avenues.  I mean, that's -- that's the
8    basic -- that's what I mean by the explanatory framework,
9    that within which then research can be done.
10  Q  But isn't irreducible complexity nothing more than the
11    assertion that the evolutionary framework doesn't work?
12  A  No, it isn't more than that, I mean, because the issue then
13    depends -- determines -- it turns on how you actually develop
14    this thesis, right.  And presumably, what you want to do with
15    the irreducible complexity is to identify as it were the
16    parameters that -- all of which have to be in place in order
17    to sell -- in order for the sell to have its stability the
18    way it does, and that there's no way of removing any of those
19    parameters without in fact undermining the stability of the
20    cell, and that evolution cannot provide an alternative to
21    that.  So it seems that there is a self-contained research
22    program that perhaps has not been fully executed but is
23    suggested by the idea.
24  Q  And I'm not sure what it is besides the fact that evolution
25    or natural selection isn't an adequate explanation?

188

1  A  No, no, it has -- no, it isn't that.  I mean, it's to say
2    that the cell has to have certain kind of components in place
3    in order to have the stability it has so that it's able to
4    survive all the various changes in the environment.  Now, it
5    seems to me that that project, if it were fully executed,
6    could be done independently of anything going on in
7    evolutionary theory.  I mean -- I mean, so in that respect,
8    Intelligent Design could be pursued as an independent
9    program.
10  Q  So if -- if Behe simply showed empirical evidence of the cell
11    maintaining stability --
12  A  Well, this is what I would say.  I mean, I wouldn't do it
13    that way.  I would actually go to the computer simulation and
14    try to model the cell, right, and actually try to come up
15    with the parameters whose interactions end up producing a
16    cell, right, a virtual cell, simulation of a cell, right,
17    that is able then to maintain its stability in the face of
18    the kinds of environmental changes that we normally think of
19    cells as being able to survive in.  Right.  So if you were
20    able to do that, and so he could then say, look, I've been
21    able to program a cell, and you can do it this way, and
22    there's not going to be an alternative evolutionary
23    explanation for that.  And as it were, then throw the
24    gauntlet down and say, you come up with something that isn't
25    as designed as this, that in some sense has a kind of random

189

1    element or something, and you still get this kind of
2    stability over time.  I don't think he's done that yet, but
3    it seems to me it could be done.  I mean, it'd probably be
4    very difficult, but not out of the question.  I mean, I'll
5    tell you one advan -- one -- one thing about Intelligent
6    Design that I think is worth pointing out is because you
7    don't actually have departments and schools and disciplines
8    of Intelligent Design, there's not a ready-made way of
9    training people in the kinds of skills that'll be necessary
10    to sort of carry out a lot of the details of this project.  I
11    mean, that's a real problem, I think, that they face
12    sociologically at the moment because, you know, if you've
13    only got a few guys kind of putting forward bold hypotheses
14    and trying to do very sort of striking bits of forays, you
15    know, challenging evolutionists, you can only go so far.  You
16    really need to train generations of people.  In fact, that --
17    you know, that's how any science survives.  And it was only
18    starting in the 1930's and '40's that you start to be able to
19    train biologists who have a sufficient range of skills to
20    actually be able to contribute to Neo-Darwinism as this
21    fully-fledged program that we see it today.  So, you know, in
22    a way, they do have a sort of sociological disadvantage here.
23    They're basically trying to cover a lot of the waterfront all
24    by themselves, and of course they don't have all the skills
25    to do it.  This is why they would need a school of people to

48 (Pages 186 to 18.)

214

1  Q  Uh-huh.  You refer, I think at footnote 11 to a book by --
2  A  Oh, yeah.
3  Q  -- Thomas Woodward, Doubts About Darwin.
4  A  Yes.
5  Q  What is that book about?
6  A  Okay.  This was a guy's Ph.D. thesis originally.  And what it
7     is, he basically followed various people around who've been
8     debating the Intelligent Design/Darwin issue publicly.  You
9     know, so when Phillip Johnson and Stephen J. Gould were
10    debating, I mean, he'd follow all these people across the
11    country.  And he's basically charting sort of the development
12    and the arguments that are taking place.  And one of the
13    points that he makes is that in fact Intelligent Design
14    people kind of have evolved, you might say, as they've
15    interacted with scientists and they've made more
16    sophisticated arguments and so forth.  And so there's been a
17    kind of learning curve, you might say, that now makes
18    Intelligent Design a much more sophisticated theory through
19    the interaction with the scientists.  I mean, it's the kind
20    of thing, you know, the sort of thing that John Angus
21    Campbell kind of says would happen, he sort of documents
22    And as a participant observer, which means that he's kind of
23    there in the meetings, asks some questions, you know, and
24    then writes about it.
25 Q  Do you have any relationship with Mr. Woodward?

215

1  A  Do I have any relationship with him?  I did teach this book
2     in -- at UCLA when it was still in its proof form.  I mean, I
3     know -- you know, and I have been in contact when him
4     actually because he does derive some kind of methodological
5     inspiration from some of my writings in the appendix of the
6     book.  But I've never taught the man, I've never met him
7     personally.  By the way, the context I would say where --
8     where he's drawing some inspiration from me relates to the
9     questions that you were raising earlier about the tributary
10    delta stuff, about the idea of broadening out the scientific
11    base so that larger numbers of people can have access to
12    stuff.  That's the kind of thing that he found intitially
13    attractive, which comes up in this book mine on Thomas Kuhn.
14 Q  I think you said very early in our discussion that
15    Intelligent Design is not taught as part of the biology
16    courses at Warwick University?
17 A  That's correct.
18 Q  Okay.  And --
19 A  But we do teach, you know, in this philosophy master's degree
20    thing, we do teach it.  And so --
21 Q  Okay.  But I'm correct that it's not part of any of the
22    natural sciences curriculum?
23 A  No, no.
24 Q  Have you ever advocated at the university that Intelligent
25    Design be taught as part of the natural sciences curriculum?

216

1  A  No, I have not.
2  Q  Why not?
3  A  Well, I don't -- I guess I just -- I haven't thought I was in
4     a particularly persuasive position to convince the natural
5     scientists about teaching anything other than what they
6     already do.  I mean, so it just didn't seem to fall to me to
7     do that.  I guess that would be the main reason.  Also I do
8     think there is this issue we keep on going back to about
9     what's the appropriate faculty for discussing these matters.
10    And that in the case of some of these things, that a
11    mathematics or statistics department might be better than a
12    chemistry or biology department for a lot of this stuff.  So
13    I think there's a kind of open question about where exactly
14    would you want to be placing the study of this thing.
15 Q  Same question applies to the high school level?
16 A  Well, the high school level, the science courses are much
17    more generic, aren't they?  I mean, so -- and also I think
18    there's a different purpose as well, because at the high
19    school level, there is a sense in which you're trying to seed
20    the next generation of scientists potentially.  I mean, that
21    was something that even your guy, Alters, brought out.  And
22    that it becomes important then to think about the different
23    scientific perspectives in light of that, whereas by the time
24    you get to university, people are training to be
25    professionals already in a given science.  So they're sort of

217

1     already engaged in a kind of more technical sort of thing.
2     And that's -- it's harder to institutionalize at that level.
3     I think it actually would be easier to institutionalize at
4     the high school level.
5  Q  Wouldn't it make sense at the undergraduate level, to seed
6     the next generation of scientists, when the students are --
7  A  Well, okay.
8  Q  -- sophisticated?
9  A  My -- I should explain something.  In Britain, you come in
10    already specialized.  I mean, you see, in America, it's quite
11    common for the first year or two of the undergraduate level
12    to in a sense be searching around for a major.  And so, yes,
13    in that context, I think that's a -- that's actually right.
14    So I take your point there.  But I was thinking about the
15    British context, right, where you sort of start
16    specializing -- you get admitted into a university in a
17    subject.  And that's why the degree program is a three year
18    rather than a four year program.
19 Q  Could you turn to page 11 of your report.
20 A  Yeah.
21 Q  And at the bottom paragraph, you talk -- you talk about most
22    philosophers having resisted the charms of naturalism.
23 A  Yes.
24 Q  And that's -- I take it you're distinguishing them from
25    scientists who, to a large extent, have succumbed to the

55 (Pages 214 to 217)

Esquire Deposition Services, LLC
(800) 866-5560

50

1  Q  Have you taught any classes in education?

2  A  Yes.

3  Q  What have you taught?

4  A  Well, I've taught a cross-listed class at UCLA between

5     library and information science and education.

6  Q  And what was the subject matter of that class?

7  A  It was on my own -- my own work on social epistemology which

8     has some credibility in these areas.

9  Q  Do you consider yourself an expert in Intelligent Design?

10 A  An expert in Intelligent Design. No.

11 Q  Okay.

12 A  I'm an expert on the nature of science.

13 Q  Gotcha. Okay. Do you consider -- do you consider

14    yourself -- you said that Intelligent Design is science. I

15    think -- I think we can agree, you're basically saying it's

16    science but not as far along as some of the other natural

17    sciences?

18 A  Yes.

19 Q  Okay. Do you consider yourself an expert on the scientific

20    content of Intelligent Design?

21 A  I'm not sure what you mean by that.

22 Q  Well, let me ask you, let me ask you, what is Intelligent

23    Design?

24 A  What is Intelligent Design? Well, it's an attempt to explain

25    actually a vast array of phenomena, not just restricted to

51

1     the origins of life, in terms of some kind of design that was

2     put there deliberately. Now, the scope of the theory -- the

3     scope of this science is potentially quite large. In that

4     respect, it's very much like information science, that in a

5     way, doesn't have to be restricted to a single domain. So

6     it's just not about life. It could be about anything that

7     displays this design pattern because machines, obviously,

8     have Intelligent Design, right, and they're not forms of

9     life. So it is -- in a way, it's kind of almost like a

10    second order science, like information theory attempts to be.

11    I guess that would be how I would pitch it.

12 Q  You used -- you know, obviously, the word design is in the

13    term Intelligent Design.

14 A  Yeah, yeah.

15 Q  What do you mean by design?

16 A  Well, it's very unlikely that the order that is produced

17    would have come about through -- through chance, right, that

18    there isn't some sense, some plan there that the order was

19    meant to be there. I mean, the model for it in an artifact

20    or a machine. Something, obviously, a human has designed. I

21    mean, that's -- I mean, in that respect, you know, Paley sets

22    a kind of benchmark for what the image of the -- of what the

23    science is about. And that's why -- that's the -- sort of

24    the natural way to understand this. And then with all the

25    stuff that's going on now with Intelligent Design

52

1     understanding the nature of life, that's sort of an extension

2     of the idea, because I think we have no problem with

3     Intelligent Design with regard to artifacts.

4  Q  And why do you say that?

5  A  Because humans are the intelligents who are designing the

6     things. I mean, we know where it comes from. We actually

7     know the causal process in terms of how these things are

8     produced.

9  Q  And how do you understand we come to that knowledge with

10    artifacts?

11 A  How do we come to that knowledge? Well, largely because we

12    could do it ourselves. Right. We can actually produce

13    these -- we can say -- I can say, look, I'm going to design a

14    car. I'm doing it, it's done. Here's the car. And you can

15    sort of lay out the steps by which it happens. You can talk

16    about the general blueprint, how the blueprint's supplied

17    materially to make the thing run and then it works. And so

18    you have a complete sense of that causal process there. And

19    so that's the kind of paradigm case I would say of

20    Intelligent Design.

21 Q  And am I correct in understanding your testimony from a

22    couple minutes ago that that kind of design inference, so to

23    speak, is the model for the design inference being used for

24    biological life?

25 A  Yeah, I would say so. I would say that's ultimately what's

53

1     being aimed at. Yes.

2  Q  Here's what I don't understand. And maybe you can help clear

3     this up for me. You explained how we understand design of

4     human artifacts from the -- and you said, you know, we can

5     understand it because we can do it, right? How does that

6     provide a model for design of biological life?

7  A  Well, I think the best way to think about this is in fact

8     with what -- imagine computer simulations which, you know,

9     are increasingly in the biological sciences when we're trying

10    to project backward into how life began, where, you know, we

11    have recourse -- we of course have recourse to fossils to a

12    certain extent. We can get some sense of what life was like

13    in the beginning that way. And we can do some DNA testing on

14    that. But increasingly we have to rely on computer

15    simulations. And computer simulations are design functions,

16    right, where you're programming a system to behave in a

17    certain way, and then you see what the outcomes are. And you

18    say, well, okay, let's say that I imagine that the world was

19    designed with these three or four parameters that interact in

20    a certain way according to a computer program I can

21    specialize -- specify. Well, that then produced the world as

22    we know it. Okay. If it does, right, that's a good argument

23    for design, it seems to me. If not, you know, back to the

24    drawing board. But the point is we're already doing stuff in

25    science where we're actually engaged in design like

14 (Pages 50 to 5

54

1    activities.
2        Okay.  So I don't think it's so far-fetched in
3    principle, especially in the period in which we're living,
4    where we're doing more and more of our science on computer
5    programs which requires that the scientist actually design
6    the situation in which the phenomenon is going to manifest
7    itself.  I mean, so I -- I don't see -- I don't see quite the
8    problem in principle here.
9  Q  Well, why would the fact that humans can design a model lead
10   us to any conclusions about what a non-human, non-natural
11   actor can do in terms of creating some form of biological
12   life?
13 A  Well, just stated that way, sure.  You're absolutely right.
14   But that's not -- that's not the whole story, right?  In
15   fact, you know, this is where one -- I mean, the point is
16   that even people who don't consider themselves proponents of
17   Intelligent Design are in fact, you know, playing around with
18   models that, in a sense, put them in the position of
19   potential designers of universes.  Okay.  So in a sense,
20   science is moving in a design oriented direction already.
21   It's just the people doing it who, let's say, do complexity
22   theory and stuff like that don't like to call it Intelligent
23   Design.  But in a sense, they're adopting the standpoint, you
24   know, that would seem to me ultimately Intelligent Design is
25   trying to work itself back to.  That's why so many of these

55

1    arguments are arguments that, in a sense, are meant to be
2    conducted on computers under mathematical terms.  It's not
3    it's not -- the old -- it is true that with Paley and a lot
4    of these old guys, there is some kind of analogy which is
5    parasitic on the idea that, you know, human beings are made
6    in the image and likeness of God.  So if humans can do it,
7    then God can do it kind of in a bigger way.  I understand
8    that, and that's the theological basis for the design
9    argument.  But it seems to me now with science, we've got
10   sort of -- we're now in a situation where the way we actually
11   do science is one where we're in the design position, and
12   we're kind of doing the sorts of things that let's say a
13   creator would do if they were simulating a universe.  And so
14   I don't see the -- you know, so it's sort of a different
15   basis for making the inference.  Now, whether you're going
16   to -- you know, I mean, I would suppose the tough question is
17   whether there would ever be any kind of empirical way of
18   resolving whether a simulated universe designed by a human
19   being, to say this is how the world happened, could ever be
20   proven empirically.  And I don't know if that could happen.
21   But then again, evolution's stuck with that problem, too.
22   Everybody's kind of stuck with that problem.
23 Q  One of the things you say on the first page of your report is
24   my expertise experts to a consideration of ID in its most
25   developed forms.

56

1  A  Yeah.  I mean Dembski and Behe.  That is to say, not the high
2    school textbooks.
3  Q  Okay.  So let's just be clear what you mean.  And let me ask
4    this in a couple of -- a couple questions about this.  First
5    of all, you said you're not -- you don't hold yourself out as
6    an expert in the content, the scientific content of
7    Intelligent Design, is that right?
8  A  We haven't gotten back to what you mean by that yet.  Can
9    you -- you just threw the question back at me.  So what do
10   you mean by scientific content?
11 Q  Well, okay, fair enough.  What do you understand to be the
12   core propositions of Intelligent Design as it applies to
13   living things, biological life?
14 A  What do I understand them to be?
15 Q  Yes.
16 A  Well, it depends which -- these guys don't all hold the same
17   views exactly.  Okay.  That's the first point, right?
18   Intelligent Design is, in a sense, kind of a covering term
19   for a lot of overlapping theories, you might say.  I mean,
20   there is this business of -- I mean, that Behe emphasizes of
21   the irreducible complexity of cellular life.  But then
22   there's also the business with Dembski and the idea of design
23   as a kind of explanatory filter that is not as probable as
24   just mindless natural regularity, but not as improbable as
25   chance.  So these are kind of general notions that these guys

57

1    are working with as providing constraints on the possibility
2    for life.  Okay.  And they're coming at it from somewhat
3    different directions.  So, I mean, that's what -- at least
4    that's what I understand to be distinctive about the
5    position, right, in the sense it makes it different from an
6    evolutionist are saying.
7  Q  Okay.  So if -- the answer to the question, you know, what is
8    ID comprised of from a scientific standpoint is Behe's notion
9    of irreducible complexity?
10 A  Yeah.  And Dembski's explanatory filter.  And those are the
11   basic explanatory principles, the fundamental ones that are
12   being developed now, it seems to me.
13 Q  Other than those two explanatory principles, are you aware of
14   any other explanatory principles that are part of the
15   Intelligent Design as a scientific concept?
16 A  Well, I would say at this level of generality, those are the
17   main ones.  I mean, there's -- Meyer has this sort of an
18   information specification criterion as well.  But, you know,
19   if you were to look at any given science, you'd only come up
20   with about two or three fundamental principles for any of
21   them any way.  So the fact that there aren't a whole lot of
22   them, and they all seem to overlap or have something in
23   common, that itself is not prejudicial, it seems to me.
24 Q  I'm not characterizing.  I just want to make sure I
25   understand what you understand Intelligent Design to be.

15 (Pages 54 to 57)

90

1   A   Well, creation science was originally an attempt to sort
2       of -- I mean, I think in light of the Arkansas case, right,
3       it was seen as a way of trying to bring in these biblical
4       principles into the science classroom by making it look as
5       though there were scientific grounds for holding what turned
6       out to be biblical beliefs.  And so sometimes fossils would
7       be appealed to, sometimes they would be dismissed out of
8       hand, depending on what kind of suited the purpose of the
9       textbook writer.  But there was no real clear evidence of any
10      kind of internal development taking place.  It was rather, it
11      seemed like kind of camouflage strategy.  I mean, at least
12      that seems to be the final verdict on this.
13  Q   And so you -- to you, Intelligent Design is different than
14      creation science?
15  A   Yes, I think so.  I think -- not only do I think it's
16      different, I think also its critics treat it differently.
17      That is to say, including the critics who don't want to see
18      it taught.
19  Q   And in what respects is Intelligent Design different than
20      creation science?
21  A   Well, because you, first of all, Intelligent Design actually
22      more self-consciously draws on these wider traditions of
23      Western thought from natural theology and onward that have
24      been marginalized by Darwin which try to deal with larger
25      questions about the nature of life, and which did have some

91

1       kind of, you know, proto-scientific development.  Like
2       Paley's argument and so forth, and then tries to put it in a
3       more scientifically rigorous form like Dembski's done with
4       the explanatory filter.  And so you do see a development.
5       And you also -- and in a way in which the critics treat it.
6       So when the philosophers are debating with Dembski, they
7       explicitly say, let's put aside his religious assumptions and
8       just deal with his arguments on their face.  And the kinds of
9       arguments they give, first of all, it's published in their
10      main peer reviewed journals, in the Glossary of Science in
11      the United States.  And he responds there.  And it's an
12      argument that, you know, they could be having with anyone,
13      right, who they would normally respect as being scientific
14      and so forth.  And Michael Ruse, when he writes, I mean, he's
15      an interesting guy to have watched over the last 20 years
16      since he's writing a book a year on this kind of stuff.
17          And, you know, the -- you know, the Darwin End Design, a
18      book that came out in 2003, there he quite explicitly, when
19      he discusses Intelligent Design, he makes the connections
20      with the natural theology tradition, he treats it in a very
21      kind of respectful manner, and in fact he says that, you
22      know, these views that these guys are putting forward these
23      days could be easily confused with kind of respectable
24      scientific views.  And that's something you wouldn't -- they
25      wouldn't have said 20 years ago about creation science.  You

92

1       see, so all of that I think is indicating that Intelligent
2       Design is really scientific, and isn't very much reliant
3       anymore in whatever historical connections it's had with
4       religion.
5   Q   If you took Dembski's work away, and you took Behe's work
6       away, and I understand you're not going to do that.  But
7       would there then be any distinction between Intelligent
8       Design and creationism?
9   A   Well, there's Meyer where I --
10          MR. GILLEN:  Object to form.
11  BY MR. ROTHSCHILD, CONTINUING:
12  Q   Let me just finish.  I mean, in other words, if you took Behe
13      away and you took Dembski away and they'd never written, and
14      nobody had replaced them, would you have any basis then to
15      say Intelligent Design has developed in a way that
16      constitutes science?
17          MR. GILLEN:  Object to form.
18          THE WITNESS:  Well, let's see.  First of all, we haven't
19      talked about Meyer's work which I'm not intimately familiar
20      with.  But of course there is that sort of strand there as
21      well.  But I take it you're after -- your -- the thrust of
22      your question is that, you know, if you took away these three
23      guys or four guys, or how many, you know, finite number of
24      guys, would there be any Intelligent Design?  I actually
25      think -- see, we've so far been discussing this issue of

93

1       Intelligent Design as something that is mutually exclusive
2       from evolutionary theory.  And I understand that because of
3       the nature of the case we're talking about.  But within
4       evolutionary theory, within evolutionary theorists, there
5       has -- there have been tendencies in that direction as well.
6       So it's not like Intelligent Design is something completely
7       alien to people who we would normally consider to be
8       contributors to evolutionary theory.  I mean, you actually
9       have people, I cite Theodosius Dobzhansky, for example, who's
10      one of the founders of the Neo-Darwinian synthesis who's a
11      geneticist, who quite obviously took Intelligent Design
12      seriously and didn't think of it as being exclusive of
13      evolution.  Right.  So -- so -- so the thing is that what
14      would be -- yeah.  I mean, there is a sense in which the
15      Intelligent Design movement as it's understood today, you
16      know, as this is kind of American phenomena defined by these
17      guys who made the assumptions in association with the
18      Discovery Institute, I mean, there's a sociological way of
19      defining them.  Yeah, maybe that form wouldn't exist.  But
20      the general ideas and stuff, I mean, are still lurking there
21      in evolutionary theory.  And there is stuff that these people
22      have already developed that could be taken, you see.  I mean,
23      so -- I'm sorry.  I don't know if that answers your question.
24      But I was trying to sort of --
25  BY MR. ROTHSCHILD, CONTINUING:

24 (Pages 90 to 93)



**94**

1  Q  I want to go through some of the assertions in your report.
2      If you could turn to page one, you have a section titled at
3      the bottom of the page is evolution fact or theory?
4  A  Uh-huh
5  Q  And if I understand the text that follows correctly, your
6      view is that evolution is both a fact and a theory; is that
7      fair,
8  A  right
9  Q  Okay.  And when you use the word theory for a scientific
10     proposition, do you have a specific definition in mind?
11  A  Yeah.  I basically mean an explanatory conception of a range
12     of phenomenon.  And also that could serve as the basis for a
13     research program, for an empirical research program.
14     MR. ROTHSCHILD: I'm going to mark as Fuller Exhibit
15     the Complaint filed in this matter.
16     (Marked for identification Fuller Deposition Exhibit
17     ___)
18     THE WITNESS: Oh, thanks.
19  BY MR. ROTHSCHILD, CONTINUING:
20  Q  If you would turn to page seven of the Complaint and look at
21     paragraph 19.
22  A  Yeah.
23  Q  You are in the second line of that paragraph, we have a
24     definition from the National Academy of Science — Sciences
25     for the word theory?

**95**

1  A  Yes.
2  Q  It says in science, a well substantiated explanation of some
3      aspect of the natural world that can incorporate facts, laws,
4      inferences and tested hypotheses; do you see that.
5  A  Yes.
6  Q  Is that a definition of scientific theory that you're
7      comfortable with?
8  A  Well, I don't think it has to be well-substantiated, and I
9      think it has to provide the basis for a research program.  I
10     mean, this is too static a definition.
11  Q  So you don't accept this definition?
12  A  I don't think it's sufficient.
13  Q  Okay.  You would add the content that it has to assert —
14     create the basis for a research program?
15  A  That's correct.
16  Q  And you would remove the word well-substantiated?
17  A  That's right.  I don't think that's necessary.
18  Q  Okay.  Using your definition of theory, scientific theory,
19     does the theory of evolution qualify?
20  A  Yes.
21  Q  Does the theory of Intelligent Design qualify?
22  A  Yes.
23  Q  Does creationism qualify?
24  A  No, because — well, not creationism in that six day sense we
25     were talking about earlier.  Presumably that's what you mean

**96**

1      because there is no research program generated.
2  Q  What about creation science?
3      MR. GILLEN: Object to form.
4  BY MR. ROTHSCHILD, CONTINUING:
5  Q  Does that qualify as —
6  A  No.  Not in the — not in the terms that we were talking
7      about earlier.
8  Q  Okay.  Now, if we use the National Academy of Sciences
9      definition, does evolution qualify as a scientific theory?
10  A  Yes.
11  Q  Okay.  Does Intelligent Design?
12  A  Probably not.
13  Q  Why not?
14  A  Well, because it's not well-substantiated.  And I think
15     that's probably why they define theory this way.
16  Q  Okay.
17  A  Because it sort of is prejudicial — it's sort of — it's
18     quite biased toward a theory that's been around for a long
19     time and has been allowed to in fact incorporate lots of
20     facts, laws, inferences and so forth, right?  It's very
21     biased towards an established theory.
22  Q  Would you agree that the definition in the National
23     Academy — that the National Academy of Sciences uses is more
24     rigorous or difficult to satisfy than the definition you use?
25  A  No.  I think they're quite — they're different kinds of

**97**

1      definitions in a way.  I don't — I don't see it as more
2      rigorous necessarily.  Let's put it this way.  Their
3      definition wouldn't necessarily encourage you to continue
4      doing science.
5  Q  Okay.  Would you agree that your definition incorporates
6      scientific propositions that are early in their — very early
7      in their development, whereas the National Academy of
8      Sciences' definition requires that the concept be much more
9      developed?
10  A  Correct.  So by this definition, the only thing that counts
11     as a theory is a developed theory, by the National Academy of
12     Sciences.  That strikes me as very strange.
13  Q  If you go to the top of page two — and let me just —
14     actually, I'm going to read to you, and I'm sorry, I don't
15     have an extra copy — or maybe, actually —
16     MR. GILLEN: Want me to make one?
17     MR. ROTHSCHILD: No, actually, I may have it.  Mark this
18     as 3.
19     (Marked for identification Fuller Deposition Exhibit
20     No. 3)
21  BY MR. ROTHSCHILD, CONTINUING:
22  Q  Fulller — the document I've marked as Fuller Exhibit 3 is a
23     press release issued by the Dover Area School District.  And
24     you see at the bottom that there is a statement that the
25     school district is going to read to students in biology

25 (Pages 94 to 97)

98

1    class; do you see that?
2    A  Yes.
3    Q  Okay.  And at the bottom of the page the statement states, a
4       theory is defined as a well tested explanation that unifies a
5       broad range of observations.  Do you see that?
6    A  Yes.
7    Q  Do you accept that as a proper definition of a scientific
8       theory?
9    A  I think I would replace well tested with testable.
10   Q  Okay.  Using your amended definition, is evolution a theory?
11   A  Yes.
12   Q  Is Intelligent Design?
13   A  Yes.
14   Q  Okay.  Using the definition without your amendment, is
15      evolution a theory?
16   A  Yes.
17   Q  Okay.  Is Intelligent Design?
18   A  I don't know.
19   Q  And is the criteria that calls you to question that the issue
20      of well tested?
21   A  Yes.
22   Q  Okay.  Do you -- and you don't have -- you don't know whether
23      Intelligent Design can be characterized as well tested?
24   A  Well, it certainly has been tested, you see.  And I think --
25      and it is testable.  But again, it's this issue of the age of

99

1    the theory because well tested suggests, you know, it's been
2    around a while, and it's been tested lots of times in lots of
3    different ways.  And I don't think that's true, you see.  But
4    that's not necessarily any fault of the theory itself, you
5    see.
6    Q  How has Intelligent Design been tested at all?  .
7    A  Well, I think we were just talking about Dembski, for
8       example, right.  And we were talking about these
9       counterexamples to his definition of the explanatory filter.
10      Those counterexamples is a kind of testing at a conceptual
11      level, right, because what he's doing is putting forward a
12      mathematical formalization of a concept, and here a
13      philosopher is coming up with counterexamples showing how it
14      doesn't -- how it doesn't apply.  So there's a test, right?
15      Also, I guess in the case of Behe, trying to come up with
16      alternative explanations.  You know, so Behe says the only
17      way you can explain the way the cell maintains its stability
18      is through irreducible complexity, and some evolutionists
19      say, no, we've got an alternative explanation.  Right.  So in
20      a sense, the exclusiveness of the explanation being proposed
21      has been challenged.  These are tests, right?  I mean,
22      they're -- they're not necessarily tests in the sense of
23      coming up with a fact that shows that something is
24      definitively right and wrong, but then in science, you know,
25      relatively little is actually -- you know, relatively few of

100

1    the tests that are undergone in science have that quite
2    specific character saying I've got a fact, it shows that this
3    is right or this is wrong.  It's only under very kind of
4    controlled conditions you can normally do that sort of thing.
5    Otherwise, these tests are of a much more indirect kind,
6    where you're providing challenges that you think the theory
7    needs to answer to.
8    Q  Okay.  So a couple questions there.  Are you aware of any way
9    in which Intelligent Design has been empirically tested?
10      MR. GILLEN:  Objection to form.
11      THE WITNESS:  ~~~~~~~~~~~~~~~~~
12   case.
13   BY MR. ROTHSCHILD, CONTINUING:
14   Q  Okay.  You -- I think you're suggesting it has been
15      conceptually tested by the -- has been conceptually tested by
16      the challenges raised by critics?
17   A  Yes, yes.
18   Q  I'm a little troubled by this idea that a concept would
19      attain some scientific pedigree as a tested proposition
20      solely by the fact that opposing scientists have found
21      problems with it.  I mean, how does that -- how does that
22      advance a scientific concept if all that happens is the
23      proponents of the idea raise a concept and, you know, a bunch
24      of other scientists demonstrate what's conceptually wrong
25      with it?

101

1    A  Well, first of all, the fact that they bother doing it at
2    all, and the terms in which they do it is familiar from other
3    things that they are considering in their science, right.
4    So, I mean, this is where people like Dembski and Behe are
5    really making advances over creation science, if you're
6    making that kind of comparison.  Namely that they're now
7    being answered in the coin of science.  Okay.  And in a way,
8    they're being answered in ways that sort of brings their
9    concerns close together to the concerns that are already
10   taking place, you know, in other fields of science.  So it
11   seems to me that this is an implicit acknowledgment of
12   bringing them in the scientific ambit.  And I don't think we
13   should get too fussy about empirical testing, because as more
14   and more science gets done on computers and other kinds of
15   simulation devices, the idea of there being direct empirical
16   tests of things, you know, is going to be increasingly
17   limited.  I think these kinds of things that we're seeing
18   here is going to be much more indicative of the kind of
19   science that's going to happen in the future, where you have
20   alternative computer models that can generate the same sort
21   of phenomena that you can say can only be generated one way.
22   And the design guys like to play around with that.  And it
23   seems to me a lot of science is heading in that direction.
24   Q  I mean, see, here's my problem.  You know, I can come up with
25      the assertion that all of biological life is made of

106

1  since I haven't read the pieces, I'm only sort of guessing
2  what I imagine the research strategy is. But I take it that
3  he's basically trying to show that there's a sense in which
4  there are certain kinds of phenomena that evolutionary
5  accounts cannot explain, and so whenever an evolutionary
6  account is purported, he wants to say, well, in fact they
7  can't explain everything and that this other account with
8  irreducible complexity, we'll be able to do that. And so
9  it's a sort of battle of dueling accounts for various natural
10  phenomena to get presented. I take it that's kind of -- and
11  if that is in fact what he's doing, then that would be
12  scientific. But I'm just -- again, I haven't read the
13  articles.
14 Q  So you don't know?
15 A  I don't know. But I do think, you know, I mean, I think it's
16  reasonable to suppose that that's what he's doing, given that
17  he's publishing in the area and so forth.
18 Q  But you're speculating on what the --
19 A  Yes, I'm speculating.
20 Q  Okay. And now going to Dr. Dembski, I think what you're
21  saying is he came up with this concept of the explanatory --
22  explanatory filter, there's been some criticism of it, he has
23  adjusted his definition; is that fair?
24 A  Yeah, I think that's right. I mean, so he has been
25  continuing along with the same trajectory, trying to take

108

1 Q  I mean, again, I'm going to come back to this point I think I
2  was trying to make at the -- this afternoon. That you're
3  equating the presence of criticism with testability is that
4  a -- I mean, am I --
5 A  That's --
6  MR. GILLEN: Object to form.
7  THE WITNESS: Well, that's -- that's basically correct.
8  Yes. Yes, that's right, because I think -- I want to move
9  away from sort of the stereotyping of testability as somehow
10  coming up with some sort of empirically precise prediction
11  let's say during an experiment, because, I mean, that's --
12  that's a kind of classic paradigm case of how we talk about
13  scientific testability, but it's not necessarily
14  representative of all the forms of testability that are used
15  in science.
16 BY MR. ROTHSCHILD, CONTINUING:
17 Q  Right. And as far as I can tell, the only form of
18  testability that you have identified for these Intelligent
19  Design propositions is the fact that they are susceptible to
20  criticism?
21  MR. GILLEN: Objection to form.
22  THE WITNESS: Well, I mean, you make it sound like
23  that's mere. I'm not sure what the spirit is in which you're
24  saying criticism. I mean, first of all, the criticism
25  isn't -- the criticism comes in rather specific form, right?

107

1  into account the criticism. I think that that's basically --
2  and that's not surprising.
3 Q  Okay. And can you explain what he originated with and how
4  it's changed?
5 A  Well, I mean, in terms of what he originated with, I think he
6  originally sort of set up something like a, you might say a
7  menu by which you make the inference that something is design
8  based, and who you've managed to say that it cannot be
9  explained by either strict physical regularity or by chance
10  occurrence. And he listed some conditions one would follow,
11  and then people brought up counterexamples to this. And he
12  has adjusted the theory to be able to deal with those
13  counterexamples. I cannot say whether he's dealt with it
14  sufficiently that he's going to fend off all counterexamples
15  in the future. But he is continuing along the same lines,
16  only a corrected version of it.
17 Q  And does this correction fit your definition of a research
18  trajectory where more of Intelligent Design's claims are made
19  testable?
20 A  Well, yes, in the sense that I think it, you know, it does
21  open up this field to critics in the future to -- because
22  he's still sticking with the same method largely, right, so
23  people are in a sense getting used to the way he operates.
24  And so it should make it easier in the future to criticize
25  him, I would think so.

109

1  Namely, coming up with counterexamples or coming up with
2  counter models in the case of Behe, right, which in effect
3  you know, bring forward various kinds of other considerations
4  that need to be taken into account. So it's -- you know, the
5  word criticism shouldn't be reduced to something like
6  carpeting or something, you know, as if, you know, all's
7  they're doing is, you know, treating, you know, just sort of
8  plugging holes. They're in fact engaging with it, right, in
9  ways that forced Behe and Dembski to sort of, you know,
10  rethink -- and to varying degrees, what exactly, you know,
11  how they should proceed after that. So it's not a trivial
12  thing to do.
13 BY MR. ROTHSCHILD, CONTINUING:
14 Q  Well, and I don't mean to treat it as trivial. But I do --
15  I'm trying to confirm that in terms of how Behe's and
16  Dembski's work has been rendered testable, the only real life
17  examples of that that you are aware of is that the phenomenon
18  that it's -- they have elicited criticism; is that fair?
19 A  Yes. But, I mean, I'm not sure in the normal run of science
20  what else you'd be looking for given that most scientific
21  claims aren't directly testable in that classic, you know,
22  empirical prediction kind of way that we talk about in
23  philosophy of science 101. Okay. So I'm not sure what the
24  alternative that's in the back of your mind would be to
25  what's happened to them, given the nature of the kinds of

28 (Pages 106 to 10

118

1  A  Yes, yes. That's right.

2  Q  Okay. And you also -- you used the term in your report

3     metaphysical naturalism?

4  A  Yes.

5  Q  What do you mean by that?

6  A  Well, what methodological naturalism is in practice.

7  Q  And explain what you mean by that.

8  A  Well, I think -- see, naturalism is not an innocent view.

9     Right. I mean, one of the consequences of methodological

10    naturalism is that you sort of presuppose the world has to be

11    a certain way in order for science to take place. So you

12    restrict yourself to certain kinds of, you know, phenomena

13    and ways of looking at the phenomena and close yourself off

14    to other possibilities. So you close yourself off to

15    Intelligent Design. And in the past, this kind of naturalism

16    closed people off to looking at things like action at a

17    distance with regard to gravitation attraction in Newtonian

18    mechanics. And in -- even arguably, people say that if you

19    really took this kind of methodological naturalism seriously,

20    you wouldn't be able to make much sense of quantum mechanics

21    as it currently is being made sense of, because that in a

22    sense spends at least certain kinds of common sensical

23    notions of physical causation that are normally seen as

24    rooted in methodological naturalism. So in that sense,

25    there's a kind of metaphysics that's associated with it. It

119

1     closes you off to appreciating certain kinds of phenomena.

2     So in a sense, calling it methodological is a bit coy.

3     That's what I would say. I'm using the term because that's

4     the term Pennock, I believe, introduces. I myself would see

5     naturalism as a metaphysical position.

6  Q  So to you, methodological naturalism and metaphysical

7     naturalism or philosophical naturalism aren't really

8     distinct --

9  A  That's right.

10 Q  -- concepts?

11 A  That's correct.

12 Q  At -- certainly at the end of your report, and I think

13    elsewhere, you say that ID rejects naturalism and is

14    committed to supernaturalism, right?

15 A  Well, I think if you're going to take that kind of

16    distinction seriously, because I mean, the point I made about

17    the naturalism/supernatural distinction is that it's a

18    distinction created by naturalists, right, who in effect --

19    who in effect say, look, these people aren't just considering

20    sort of the normal material world in which things operate,

21    but they also think there's this other stuff out there,

22    Intelligent Design or spirits or something like this. And --

23    and so that's the supernatural realm. I think actually my

24    view about what Intelligent Design people are doing is

25    actually kind of blurring the boundary more. So in other

120

1     words, I don't think it's so -- you know. I don't think, you

2     know, you can't -- I don't really know if there's a moment in

3     Intelligent Design work where you say, ah, you know, you're

4     now entering the supernatural here. You now need a

5     supernatural explanation. I mean, that's kind of more a term

6     a critic would use of it.

7  Q  Well, let me -- when --

8  A  So is Intelligent Design supernatural? Right? I mean -- I

9     mean, certainly when the arguments are being conducted about

10    it, you know, let's say to Dembski's version, the word

11    supernatural doesn't have to arise, but it's quite clear the

12    kinds of inferences he's making do take us beyond what

13    normally is accepted within naturalistic forms of science.

14 Q  When we talk about Intelligent Design, do you understand

15    Intelligent Design to take a position on who the intelligent

16    designer is?

17 A  Not necessarily, though, I mean, historically, of course, a

18    certain kind of monotheistic conception of God has been

19    behind it. But I don't think the way the theories have been

20    developed recently you'd really require any kind of view on

21    this matter, that one could be agnostic. Yeah.

22 Q  Okay. And do you have an understanding of whether

23    Intelligent Design takes a position on what the capabilities

24    or powers of the Intelligent Design is -- designer is?

25 A  Well, this is, again, I don't think there's any kind of --

121

1     MR. GILLEN: Object to form.

2     THE WITNESS: I don't think there's any kind of uniform

3     view on this matter. And in that respect, it's very much

4     led -- I mean, this respect -- you know. There's a sense in

5     which, look, the intelligent designer in a sense has to be

6     intelligent enough to produce, you know, a cell, let's say,

7     that has some kind of organic -- you know, stability over

8     many different environmental changes. So it has to be that

9     powerful or that intelligent. But does it have -- but it

10    doesn't have to be infinitely powerful or intelligent. So in

11    that respect, it is not committed to the fully robust notions

12    of the divine creator that have been associated with the

13    Judeo-Christian tradition. Right. You could actually --

14    it's quite compatible with a much more restricted sense of

15    intelligent designer.

16 BY MR. ROTHSCHILD, CONTINUING:

17 Q  Do you understand the intelligent designer, its proponents to

18    have provided any description of what capabilities the

19    intelligent designer has or would need to have to do the

20    things that they say it has done?

21    MR. GILLEN: Object to form.

22    THE WITNESS: Well, it all depends how you -- I mean

23    look. There's a sense in which -- one of the reasons why

24    Intelligent Design has been able to be critically discussed

25    by other scientists and philosophers has been because they

31 (Pages 118 to 121)

148

1  including to the incorporation of religiously inspired
2  doctrines, for example, Intelligent Design theory, a/k/a
3  creationism into mainstream science education. Do you see
4  that?
5  A  Uh-huh, uh-huh.
6  Q  And that's consistent with what you told me today, which is
7  that Intelligent Design theory is a form of creationism?
8     MR. GILLEN: Object to form.
9     THE WITNESS: But it's -- no. But it's not all of
10 creationism, and it's in fact the part of creationism that
11 gets taken into science. So, I mean, I mean, obviously, I'm
12 just -- because in the time that this piece was written,
13 right, so this was written in 1998, Intelligent Design theory
14 wasn't that widely used as an expression. So I put the
15 creationism in there so people kind of have a sense of what
16 exactly Intelligent Design is without me having to give a
17 whole song and dance about it, because I'm just using it as
18 an example. But I didn't mean to say that everything about
19 Intelligent Design corresponds to everything about
20 creationism.
21 BY MR. ROTHSCHILD, CONTINUING:
22 Q  But you -- what do you understand the acronym a/k/a to mean?
23 A  Yeah, also known as.
24 Q  Okay. So --
25 A  Right. But in 1998, okay, we're talking -- you know, when

148

1  is now. Had I written this thing today, I would not put it
2  this way. I mean, these things are time sensitive. In that
3  respect, Intelligent Design has made progress fairly rapidly
4  because in the course of whatever this is, seven years since
5  this piece has been published, right, the status of this
6  thing has changed somewhat.
7  BY MR. ROTHSCHILD, CONTINUING:
8  Q  And in what respect?
9  A  Well, in the sense that I think it's more easily
10 disentangleable. So like even when you were talking about
11 Intelligent Design theory, you were able to nail it down to
12 few people, right, who are in a way separable from the
13 general creation movement. And I think that -- you know.
14 And I think that that's because of all the, you know, not
15 just the publication of the books, but also the way in which
16 the discussion of Intelligent Design has kind of moved off in
17 its own space. So in a sense, you can talk all about
18 Intelligent Design now without bringing in all the other
19 schools of creationism, or the six -- you know, the six day
20 stuff or any of that.
21 Q  But that was not true in 1998?
22     MR. GILLEN: Object to form.
23     THE WITNESS: I think in 1998 these things were much
24 more confused.
25 BY MR. ROTHSCHILD, CONTINUING:

147

1  did Dembski's book come out? 1998? I mean -- right? I
2  mean, we're talking pretty early before this thing becomes
3  really crystalized as something that's separable from all
4  these different branches of creationism.
5  Q  So you're saying in 1998, Intelligent Design was more similar
6  to creationism than it is today?
7     MR. GILLEN: Objection to form.
8     THE WITNESS: I'm not actually -- I'm not actually
9  making any commitment to that in this parenthesis. I'm just
10 using it as a marker so that people can understand what
11 Intelligent Design -- since Intelligent Design theory was an
12 ascendant notion, what exactly -- how -- you know, in what
13 conceptual space one should put that when thinking about what
14 religiously inspired doctrines mean.
15 BY MR. ROTHSCHILD, CONTINUING:
16 Q  Okay. And Intelligent Design -- you were characterizing
17 Intelligent Design theory as a religiously inspired doctrine?
18 A  Well, it is, and to a certain extent is religiously inspired.
19 But to be religiously inspired is not to be religion.
20 Q  Okay. And -- and you were equating it with creationism?
21     MR. GILLEN: Object to form.
22     THE WITNESS: I wasn't equating it. I wasn't equating
23 it. All right. I mean, I was just -- I was using it as a
24 kind of -- as a placeholder for it in a period where this
25 term Intelligent Design wasn't yet consolidated in the way it

149

1  Q  Okay. Confused by who?
2  A  Well, I just mean just generally speaking.
3  Q  You for one?
4  A  Look, I didn't say I was a creationist or Intelligent Design
5  theorist. But I do think that -- I do -- I do find -- I have
6  found out more about it in the interim, I think it's fair to
7  say that I knew less about it back then. Largely because
8  there was less of it to know, okay. And I know more about it
9  now. But again, this is seven years ago.
10 Q  Okay. Now, when I asked you about this before, you said
11 you'd been following this issue?
12 A  Not -- I mean, but I never said I was an expert on this. I
13 said I was following it, you know, kind of shadowing it.
14 That doesn't mean I'm an expert on it.
15 Q  I mean, you know, these -- Steve, words are pretty hard to
16 escape. Religiously inspired doctrine a/k/a creationism.
17 And I think -- what I'm trying to understand is, you know,
18 what about Intelligent Design caused you to characterize
19 it -- characterize it as --
20 A  Well, because --
21 Q  -- Creationism at the time?
22 A  Because all of the response -- look. All of the responses to
23 Behe and Dembski and the line of argument that that led --
24 led from to the present day happened after this. I mean,
25 there is a sense in which, you know, if you want to -- if you

38 (Pages 146 to 14



154

1 creationism, that's true.
2 BY MR. ROTHSCHILD, CONTINUING:
3 Q Okay. And what aspects of -- what do you mean by creationism
4 when you say Design does have roots in
5 creationism or is creationist?
6    MR. GILLEN: Object to form.
7    THE WITNESS: Well, I mean, the motivation. The
8 motivation for putting forward Intelligent Design is from
9 that there is a divine creator. I mean,
10 about the case. And I think it's
11 those people. But again, what makes it
12 science isn't that fact. I mean, again, all kinds of
13 religious motivations inform science. I mean, so there's
14 nothing, in a sense by calling it creationism what I'm doing
15 is I'm giving something about the motivation of the people
16 but not necessarily about the scientific status of what
17 they're doing. Those are two separate issues. You've got
18 context of discovery, context of justification.
19 BY MR. ROTHSCHILD, CONTINUING:
20 Q Okay. And so when you -- when you refer to this Intelligent
21 Design work as creationist, do you -- do you mean it only in
22 the sense that it's motivated by creationist interest?
23 A Yes.
24 Q Okay. And not anything about the content of Intelligent
25 Design?

156

1 BY MR. ROTHSCHILD, CONTINUING:
2 Q
3
4
5
6
7
8
9
10
11
12 A Well, I mean, in a sense what I'm saying is
13
14
15
16
17
18
19
20 Q And I think -- I think you understand -- I understand that at
21 one level you're raising that, that that's a theological
22
23 A
24 Q But we -- it's blasphemous to suggest that, you know, what
25 we know about ourselves and what we can do is in any way a

155

1 A No, because in fact these people in practice don't actually
2 say much about the qualities of the creator, right. I mean,
3 in that sense, they don't do a lot of the stuff of
4 traditional creationism.
5 Q They do suggest that the designer is a supernatural creator,
6 correct?
7    MR. GILLEN: Object to form.
8    THE WITNESS: Well, I mean, yes. But that's not saying
9 a lot, you see. I mean, I just don't think that's saying
10 very much. I think --
11 BY MR. ROTHSCHILD, CONTINUING:
12 Q Do you -- go ahead.
13 A No, no, no, you go ahead.
14 Q Do you consider that as aspect of creationism; that a -- that
15 there is a -- that the explanation of life include a
16 supernatural creator?
17    MR. GILLEN: Object to form.
18    THE WITNESS: Yes. I think creationism does presuppose
19 that the creator is separate from the creation, in which sense
20 Yes. I mean, so yes. I mean, it's
21 attached to a certain kind of cosmology which does involve a
22 difference between the creator and the created. So it's
23 true, supernatural in that sense. But again, I don't see
24 this as operating in a way that actually, in some way
25 visciates the science that's being done.

157

1 model for God; is that right?
2 A Yes, yes.
3 Q Okay. Is that -- do you also -- are you also suggesting that
4 that argument is scientifically problematic?
5 A Well, I don't seem to say that here, do I? No, no. The
6 scientific side is a different argument, isn't it, right?
7 Because there's two arguments here, right? There's a
8 theological argument which is what we're talking about, but
9 then there is also a scientific issue.
10 Q Right, which is separate?
11 A Yeah.
12 Q Do you find the first argument which you focus on
13 theologically --
14 A Yeah.
15 Q -- also to be scientifically problematic? Because I can't
16 get over it.
17 A I -- see, my attitude toward this has changed a bit over the
18 last seven years, okay? I mean, I guess I would have said
19 yes back then, that it was problematic. But now I think
20 there's a sense in which, as so much -- I've mentioned this
21 earlier. So much of science goes on to be done as computer
22 simulations, where the scientists in a sense has to be
23 something an artificer, and that includes when one is trying
24 to model the nature of life and the way in which life
25 develops and so forth, I think it actually becomes easier to

170

1  Q   No, no, I understand. But what I'm saying, you -- you --
2      made a point which I think I agree with, which is, you know,
3      Behe's, you know, effectively elim -- saying he's eliminated
4      one possibility, but there might be other hypotheses, right?
5  A   Yes. Demb -- Dembski has a similar problem, actually.
6  Q   Okay. Okay. So both of them have this problem, right?
7  A   I think.
8  Q   Yes?
9  A   Yes, yes.
10 Q   Okay. But then I -- even granted your point, which I do, I'm
11     still troubled by the idea that even if you could eliminate
12     all the, for example, natural hypotheses that have been
13     asserted, one could make a positive case for action by an
14     intelligent designer. And I'm trying to understand how that
15     follows, which I -- I -- I think is the conclusory
16     proposition?
17 A   Yes. I mean, yes. It doesn't follow. You're absolutely
18     right. But typically what happens in these kinds of
19     arguments, right, is that the Intelligent Design person, as
20     the person who's always facing evolutionary challenge, has
21     make the Intelligent Design argument more specified, right?
22     So what happens then is that the Intelligent Design argument
23     becomes more precise. So I think what -- I don't see it as
24     an inherent problem. It just means that there's -- there's
25     never going to be a decisive moment where the Intelligent

171

1      Design argument wins by default by seeing off evolutionary
2      challenges. That's all it means.
3  Q   But I --
4  A   It doesn't mean it ever -- at no point does it ever get shown
5      to be wrong. It -- what -- it shows it hasn't eliminated
6      alternatives.
7  Q   And never would?
8  A   That's entirely --
9          MR. GILLEN:  Object to form.
10         THE WITNESS:  I mean, that's entirely possible. And
11     that's why some people object to the idea of inference to the
12     best explanation as being a method in science, wherein a
13     sense, right, the question is always open as long as there
14     are alternative hypotheses available. People who believe in
15     the inference to the best explanation do believe that all the
16     opponents are eventually seen off.
17 BY MR. ROTHSCHILD, CONTINUING:
18 Q   All right. And -- and -- and -- what -- and I -- but I --
19     and I'm still trying to get to the point, we're talking about
20     inference to the best explanation. But I don't see how
21     Intelligent Design is unexplanation at -- what the -- what
22     the affirmative case is for Intelligent Design even being one
23     of the alternatives?
24 A   Well, I'm not sure. I mean, it seems to me that the
25     possibility of space for Intelligent Design is opened up just

172

1      by denying what -- I mean, if you got -- if you got random
2      mutation and natural selection as one hypotheses, right, then
3      the other -- you know, the other hypothesis could be one
4      where there is some kind of plan. And since the cell had --
5      you know, the cell is designed the way it is so that it could
6      survive many different kinds of changes in the natural
7      selection environment. That's not -- that's not an
8      incomprehensible notion, right? I mean, it's just to make
9      that specific so you could actually test whether it's, you
10     know, it's -- it's true in a certain situation, I think
11     that's the problem. It's not really specified enough. But,
12     you know, I mean -- let me make a follow up point to this.
13     Evolutionists and Intelligent Design people can go about
14     criticizing each other and that's perfectly fine and that's
15     very appropriate in science. But there is also -- you know,
16     but as it were, the -- the -- the relative scientific status
17     of the theories aren't just determined by those clashes and
18     what happens in those clashes. But it's also determined by,
19     as it were, how they take it home to develop their own
20     theories independently. So if we take seriously the idea
21     that Intelligent Design theory is in a way trying to scope
22     out the phenomena of reality somewhat differently than the
23     evolutionists are, so it includes cosmological issues and
24     maybe supernatural issues, even, in a way in which evolution
25     rules out of court, right, then what you're also looking at

173

1      is not how -- not only how these two theories relate to each
2      other, but also how they develop in light of the criticism in
3      their own terms. Do they go to the places they're trying to
4      go to with regard to explanation and so forth? And so when
5      somebody like Meyer, let's say, wants to have this kind of
6      covering information theory as the metatheory of Intelligent
7      Design, well, that's nothing -- you know, that's -- you know,
8      evolutionists think that's just weird, right? But then he's
9      trying to do something different. He's not trying to do what
10     the evolutionists are doing. So while they do conflict over
11     certain areas like how do you explain the cell's stability,
12     the overall goals of the research program are somewhat
13     different, and so there are different kinds of concerns that
14     they will then want to take forward when they develop their
15     theories.
16 Q   Go to the next page of the article, page 540. You invoke the
17     well-known and highly regarded Fuller's Fairness Rule, which
18     is if you appeal to metaphysical explanations at all, you
19     must permit a plurality of them. And you also -- you go on
20     to say virtually any metaphysical hypothesis can be
21     maintained in the face of any negative evidence. Explain
22     what's going on here.
23 A   Okay. Well, this is, in a sense, kind of the -- it's in --
24     it's in a way trying to find a useful place for metaphysics
25     and science. Okay. And the idea here being that when

Esquire Deposition Services, LLC
(800) 866-5560

186

1   their hand rhetorically. What do you mean by that?
2   A   This is -- yeah. I know -- I recall saying this. I just
3       can't quite find where you're looking at.
4   Q   It's the second full paragraph.
5   A   Second full paragraph, okay.
6   Q   Towards the bottom of the page.
7   A   Right. I mean, the point here being that -- that if ID is
8       able to provide a scientific explanation for something, that
9       doesn't rule out the evolutionary one. But there's a
10      tendency to sort of see these things, I think on both sides,
11      in mutually exclusive terms. So if we can provide an
12      explanation and you guys -- and you guys can't then, you
13      know, in principle, we're the only ones who can. So, I mean,
14      I do think that there's a tendency on both sides to think
15      that the two are sort of mutually exclusive.
16  Q   And you say then epistemological letigmacy of ID doesn't
17      require showing that evolution cannot provide a credible --
18  A   Right, right.
19  Q   -- alternative framework, just requires showing that ID has
20      an explanatory framework that can be the basis for a body of
21      scientific research?
22  A   That's right. I was making that point earlier with regard to
23      the fact that you just can't judge the legitimacy of ID just
24      purely in terms of how it faces up against evolution. You
25      have to see how it is able to develop the stuff in terms of

168

1   A   No, no, it has -- no, it isn't that. I mean, it's to say
2       that the cell has to have certain kind of components in place
3       in order to have the stability it has so that it's able to
4       survive all the various changes in the environment. Now, it
5       seems to me that that project, if it were fully executed,
6       could be done independently of anything going on in
7       evolutionary theory. I mean -- I mean, so in that respect,
8       Intelligent Design could be pursued as an independent
9       program.
10  Q   So if -- if Behe simply showed empirical evidence of the cell
11      maintaining stability --
12  A   Well, this is what I would say. I mean, I wouldn't do it
13      that way. I would actually go to the computer simulation and
14      try to model the cell, right, and actually try to come up
15      with the parameters whose interactions end up producing a
16      cell, right, a virtual cell, simulation of a cell, right,
17      that is able then to maintain its stability in the face of
18      the kinds of environmental changes that we normally think of
19      cells as being able to survive in. Right. So if you were
20      able to do that, and so he could then say, look, I've been
21      able to program a cell, and you can do it this way, and
22      there's not going to be an alternative evolutionary
23      explanation for that. And as it were, then throw the
24      gauntlet down and say, you come up with something that isn't
25      as designed as this, that in some sense has a kind of random

187

1       its own framework.
2   Q   And what is your understanding of the explanatory framework
3       ID offers other than the assertion that evolution doesn't
4       provide a credible framework?
5   A   Well, I mean, this is where the explanatory filter and the
6       irreducibly complexity notions get mobilized as a way of
7       suggesting research avenues. I mean, that's -- that's the
8       basic -- that's what I mean by the explanatory framework,
9       that within which then research can be done.
10  Q   But isn't irreducible complexity nothing more than the
11      assertion that the evolutionary framework doesn't work?
12  A   No, it isn't more than that, I mean, because the issue then
13      depends -- determines -- it turns on how you actually develop
14      this thesis, right. And presumably, what you want to do with
15      the irreducible complexity is to identify as it were the
16      parameters that -- all of which have to be in place in order
17      to sell -- in order for the sell to have its stability the
18      way it does, and that there's no way of removing any of those
19      parameters without in fact undermining the stability of the
20      cell, and that evolution cannot provide an alternative to
21      that. So it seems that there is a self-contained research
22      program that perhaps has not been fully executed but is
23      suggested by the idea.
24  Q   And I'm not sure what that is besides the fact that evolution
25      or natural selection isn't an adequate explanation?

189

1       element or something, and you still get this kind of
2       stability over time. I don't think he's done that yet, but
3       it seems to me it could be done. I mean, it'd probably be
4       very difficult, but not out of the question. I mean, I'll
5       tell you one advan -- one -- one thing about Intelligent
6       Design that I think is worth pointing out is because you
7       don't actually have departments and schools and disciplines
8       of Intelligent Design, there's not a ready-made way of
9       training people in the kinds of skills that'll be necessary
10      to sort of carry out a lot of the details of this project. I
11      mean, that's a real problem, I think, that they face
12      sociologically at the moment because, you know, if you've
13      only got a few guys kind of putting forward bold hypotheses
14      and trying to do very sort of striking bits of forays, you
15      know, challenging evolutionists, you can only go so far. You
16      really need to train generations of people. In fact, that --
17      you know, that's how any science survives. And it was only
18      starting in the 1930's and '40's that you start to be able to
19      train biologists who have a sufficient range of skills to
20      actually be able to contribute to Neo-Darwinism as this
21      fully-fledged program that we see it today. So, you know, in
22      a way, they have a sort of sociological disadvantage here.
23      They're basically trying to cover a lot of the waterfront all
24      by themselves, and of course they don't have all the skills
25      to do it. This is why they would need a school of people to

**214**

1  Q  Uh-huh. You refer, I think at footnote 11 to a book by --
2  A  Oh, yeah.
3  Q  -- Thomas Woodward, Doubts About Darwin.
4  A  Yes.
5  Q  What is that book about?
6  A  Okay. This was a guy's Ph.D. thesis originally. And what it
7     is, he basically followed various people around who've been
8     debating the Intelligent Design/Darwin issue publicly. You
9     know, so when Phillip Johnson and Stephen J. Gould were
10    debating, I mean, he'd follow all these people across the
11    country. And he's basically charting sort of the development
12    and the arguments that are taking place. And one of the
13    points that he makes is that in fact Intelligent Design
14    people kind of have evolved, you might say, as they've
15    interacted with scientists and they've made more
16    sophisticated arguments and so forth. And so there's been a
17    kind of learning curve, you might say, that now makes
18    Intelligent Design a much more sophisticated theory through
19    the interaction with the scientists. I mean, it's the kind
20    of thing, you know, the sort of thing that John Angus
21    Campbell kind of says would happen, he sort of documents it.
22    And as a participant observer, which means that he's kind of
23    there in the meetings, asks some questions, you know, and
24    then writes about it.
25 Q  Do you have any relationship with Mr. Woodward?

**215**

1  A  Do I have any relationship with him? I did teach this book
2     in -- at UCLA when it was still in its proof form. I mean, I
3     know -- you know, and I have been in contact with him
4     actually because he does derive some kind of methodological
5     inspiration from some of my writings in the appendix of the
6     book. But I've never taught the man, I've never met him
7     personally. By the way, the context I would say where --
8     where he is drawing some inspiration from me relates to the
9     questions that you were raising earlier about the tributary
10    delta stuff, about the idea of broadening out the scientific
11    base so that larger numbers of people can have access to
12    stuff. That's the kind of thing that he found initially
13    attractive, which comes up in this book mine on Thomas Kuhn.
14 Q  I think you said very early in our discussion that
15    Intelligent Design is not taught as part of the biology
16    courses at Warwick University?
17 A  That's correct.
18 Q  Okay. And --
19 A  But we do teach, you know, in this philosophy master's degree
20    thing, we do teach it. And so --
21 Q  Okay. But I'm correct that it's not part of any of the
22    natural sciences curriculum?
23 A  No, no.
24 Q  Have you ever advocated at the university that Intelligent
25    Design be taught as part of the natural sciences curriculum?

**216**

1  A  No, I have not.
2  Q  Why not?
3  A  Well, I don't -- I guess I just -- I haven't thought I was in
4     a particularly persuasive position to convince the natural
5     scientists about teaching anything other than what they
6     already do. I mean, so it just didn't seem to fall to me to
7     do that. I guess that would be the main reason. Also I do
8     think there is this issue we keep on going back to about
9     what's the appropriate faculty for discussing these matters.
10    And that in the case of some of these things, that a
11    mathematics or statistics department might be better than a
12    chemistry or biology department for a lot of this stuff. So
13    I think there's a kind of open question about where exactly
14    would you want to be placing the study of this thing.
15 Q  Same question applies to the high school level?
16 A  Well, the high school level, the science courses are much
17    more generic, aren't they? I mean, so -- and also I think
18    there's a different purpose as well, because at the high
19    school level, there is a sense in which you're trying to seed
20    the next generation of scientists potentially. I mean, that
21    was something that even your guy, Alters, brought out. And
22    that it becomes important then to think about the different
23    scientific perspectives in light of that, whereas by the time
24    you get to university, people are training to be
25    professionals already in a given science. So they're sort of

**217**

1     already engaged in a kind of more technical sort of thing.
2     And that's -- it's harder to institutionalize at that level.
3     I think it actually would be easier to institutionalize at
4     the high school level.
5  Q  Wouldn't it make sense at the undergraduate level, to seed
6     the next generation of scientists, when the students are --
7  A  Well, okay.
8  Q  -- sophisticated?
9  A  My -- I should explain something. In Britain, you come in
10    already specialized. I mean, you see, in America, it's quite
11    common for the first year or two of the undergraduate level
12    to in a sense be searching around for a major. And so, yes,
13    in that context, I think that's a -- that's actually right.
14    So I take your point there. But I was thinking about the
15    British context, right, where you sort of start
16    specializing -- you get admitted into a university in a
17    subject. And that's why the degree program is a three year
18    rather than a four year program.
19 Q  Could you turn to page 11 of your report.
20 A  Yeah.
21 Q  And at the bottom paragraph, you talk -- you talk about most
22    philosophers having resisted the charms of naturalism.
23 A  Yes.
24 Q  And that's -- I take it you're distinguishing them from
25    scientists who, to a large extent, have succumbed to the

55 (Pages 214 to 217)