# EXHIBIT G

00005
1    THE DEPOSITION OF SCOTT MINNICH, Ph.D.,
2    was taken on behalf of the Plaintiffs on this, the
3    26th day of May 2005, at University of Idaho, Life
4    Sciences Building, Room 144, Moscow, Idaho, before
5    M & M Court Reporting Service, Inc., by Neil Cooley,
6    Court Reporter and Notary Public within and for the
7    State of Idaho, to be used in an action pending in
8    the United States District Court for the Middle
9    District of Pennsylvania, said cause being Civil
10   Action No. 4-04-CV-2688 in said court.
11       THEREUPON, the following proceedings were
12   adduced, to wit:



17       EXAMINATION
18   QUESTIONS BY MR. LUCHENITSER:
19   Q    Dr. Minnich, could you please state your
20   name for the record?
21   A    Scott Arthur Minnich.
22   Q    And have you had your deposition taken
23   before?
24   A    Never.
25   Q    I'm just going to give you some standard

00006
1    instructions.  Please answer all the questions
2    orally.  Please don't nod your head or say uh-huh or
3    huh-uh, because then the court reporter won't be
4    able to take down your answer accurately.
5        If you do not hear a question or don't
6    understand a question, please tell me.  Please wait
7    until I have finished asking my question before you
8    begin your answer.  And if you realize that an
9    earlier answer you gave was inaccurate or
10   incomplete, please say that you would like to
11   correct a former answer and I will give an
12   opportunity to do so.
13       And if your attorney objects to one of my
14   questions, you are still required to answer the
15   question unless your attorney instructs you not to
16   answer.
17       And do you understand the instructions I
18   have given you?
19   A    I do.
20   Q    And do you understand that you under oath
21   and are required to tell the truth?
22   Q    I do.
23   Q    Is it correct that you are serving as an
24   expert for the defendants in this case?
25   A    Yes.

00007
1    Q    Let me pull out your expert report, and
2    we are going to mark that as Exhibit 1.
3        (Deposition Exhibit No. 1 marked for
4    identification.)
5    BY MR. LUCHENITSER:
6    Q    We have marked as Exhibit 1 the expert
7    report of Scott Minnich.  And if you could flip to
8    Exhibit A to Exhibit 1, which is the biographical
9    sketch in the back, please, does that Exhibit A
10   correctly reflect your educational and employment
11   history?
12   A    It does.
13   Q    And is everything in there still correct
14   or current or has something changed since you
15   submitted it?
16   A    No, it is still current.



21       (Off the record.)
22       MR. LUCHENITSER:  Back on the record.
23   BY MR. LUCHENITSER:

00008
1

2    Q    And can you tell me what the principal
3    opinions you have in this case are?
4    A    That intelligent design is a viable
5    scientific theory.
6    Q    Anything else?
7    A    No, I mean in terms of my expertise in
8    this case, you know, it is whether or not
9    intelligent design is a competing theory in part to
10   the current consensus in biology.
11   Q    When you say intelligent design is a
12   viable scientific theory, can you explain what you
13   mean by viable?
14   A    In other words, it is looking at the
15   public evidence and interpreting that evidence in
16   the sense that the design we see in nature is real
17   design, not just apparent design, which most of my
18   colleagues hold the latter view.
19   Q    Uh-huh, so when you use the word viable,
20   do you mean it is real?
21   A    It's real, it's real, okay?  It is
22   science, it is not a religious position.  It has
23   metaphysical implications, like evolution does, but
24   that is incidental, secondary to its explanatory
25   power when we look at the facts and experiences that

00009
1  we see in the natural world.
2     Q.  What are the metaphysical implications
3  that intelligent design has?
4     A.  That there is design behind it, that
5  there is an intelligence in part responsible for
6  what we see
7     Q.  And let me ask you, why do you use the
8  word metaphysical?
9     A.  Well, it is philosophical, metaphysical.
10  I mean, in that realm it doesn't require a religious
11  position, you know?  It can be more of -- a person
12  can hold the view of intelligent design as being
13  real and believe in the God of Espinoza or Einstein,
14  the God of the philosophers, not of a traditional
15  God that we think of in the context of traditional
16  religions
17     Q.  Does your report identify all the subject
18  matter that you are going to testify about at trial?
19     MR. WHITE:  I have to object because I
20  couldn't hear you.
21  BY MR. LUCHENITSER:
22     Q.  I'm sorry, does your expert report
23  identify all the subject matter that you will
24  testify about at trial?
25     A.  That's an absolute statement, and being a

00010
1  scientist I always hesitate.  But this is -- in
2  terms of my own research and training, it is
3  reflected in this report.
4     Q.  Do you intend to express any opinions in
5  this case that have not been included in your
6  report?
7     A.  If I am asked a question that is not
8  directly applicable to this report, I may choose to
9  respond or not if I have knowledge in the area.  No,
10  this isn't a complete tome of all the knowledge that
11  I have.
12     Q.  Do you have any plans to supplement your
13  report in any way?
14     A.  No, not at present.
15     Q.  Do you consider yourself an expert on any
16  issues relevant to this case?
17     A.  As they bring to bear on examples that
18  are being disputed by both camps, you know, the area
19  of irreducible complexity of the bacterial
20  flagellum, molecular machines, genetics,
21  microbiology.
22     Q.  What is -- do you have an area of
23  specialty within the discipline of biology?
24     A.  I do, I am a microbial geneticist focused
25  on an area we refer to as microbial pathogenesis,

00011
1  organisms that cause disease.
2     Q.  Has that area been the focus of your
3  professional research?
4     A.  Yes.
5     MR. WHITE:  Object as far as what time
6  frame you are talking about for his professional
7  research.
8     THE WITNESS:  Yes, currently.  I have had
9  other experiences, too.  I have been in diagnostics,
10  I have been in developmental biology, and -- I'm
11  trying to think in terms of just how you quoted
12  this, basic molecular biology, molecular genetics.
13     As an example, the controversy about
14  genetically engineered foods and BT toxins.  I don't
15  know whether you are familiar with this at all,
16  bacillus thuringiensis toxin.  This has been
17  incorporated into agricultural plants and has been
18  controversial because of the ethical concerns about
19  introducing or modifying plant genomes.
20     But that bacillus toxin gene I cloned as
21  a post-doc, and we gave it to Monsanto 20 years ago.
22     So occasionally I am called to -- in
23  fact, four or five years ago I had my research
24  notebooks subpoenaed because of a patent lawsuit
25  involved in who owned the rights to that.  That was

00012
1  between Monsanto and some other company in terms of
2  who had the right to that gene.
3     Q.  Would you consider yourself an expert in
4  evolutionary biology?
5     A.  That's a difficult question and I want to
6  qualify it, because I was challenged here at the
7  University of Idaho several years ago when Robert
8  Pennock came and gave a seminar.  And he knew my
9  position and he challenged me in the audience with
10  respect to, "How can you, as a practicing
11  contributing scientist, hold the position that is
12  contrary to the very foundation of your discipline?"
13  Okay?  This is in front of all of my colleagues and
14  students in a formal departmental seminar.
15     And I responded that, "That's an
16  interesting question, and now that you have raised
17  it, I'm sure a lot of people are interested in my
18  response."
19     What I find interesting in my own
20  experience, and that of colleagues in this
21  department -- and we are the most highly funded and
22  I think the most successful in getting extramural
23  funding, publication in peer-reviewed journals, we
24  have several new faculty so I don't want to make an
25  absolute statement, but, you know, the past couple

00033
1 intelligent design that are different from the
2 definition you gave in your report?
3   A. I think my written statement is
4 consistent with my colleagues in terms of -- you
5 know. I think there are philosophers of science in
6 the intelligence design arena that are more
7 articulate in terms of the philosophical
8 implications of this.
9   Q. How would you define creationism?
10   A. Creationism, which I think is very
11 different than intelligent design, uses biblical
12 reference by which you judge science. In the
13 traditional sense, scientific creationism held to a
14 literal interpretation of Genesis and thought that
15 that was an embodiment of truth and that science
16 should be filtered through that viewpoint.
17       I disagree with that stand. In fact, I
18 was never an active participant in scientific
19 creationism as it went through the Louisiana and
20 Arkansas debates. I thought it was out of balance.
21   Q. Is there a difference between creation
22 science and creationism?
23   A. Well, in terms of definitions, yes, I
24 think it is subtle. Creationism, again I think in
25 the traditional sense as it is used in the public

00034
1 arena, implies a literal interpretation of Genesis.
2 Scientific creationism then tries to look at the
3 body of scientific understanding and fit it
4 consistently with that viewpoint of biblical
5 interpretation.
6   Q. Is teaching of creationism or creation
7 science -- is the teaching of that, that forms of
8 life began abruptly -- begin abruptly in their basic
9 types, for example, fish with fins and scales, birds
10 with feathers and beaks and wings?
11   A. That's -- repeat the question because I
12 want to make sure I understand it.
13   Q. [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18   A. [redacted]
19   Q. What is the difference between
20 intelligent design theory and creation science?
21   A. Intelligent design theory isn't dependent
22 upon any formal religious writing or revelation in
23 which you are trying to match the natural world to
24 show consistency. It is simply looking at the
25 science and asking the question. Is the design that

00035
1 we all agree is there real or apparent? Okay? It
2 is a valid question and I think we should be
3 addressing it at a scientific level in our
4 inquiries.
5       It is that simple, okay? It doesn't have
6 any basis of going further than looking or devising
7 theories or hypotheses to look at how you detect
8 design. Our record of life on this planet, does it
9 fit with an intelligent agent or, again, is natural
10 law, in terms of physics and chemistry, of what we
11 know of genetics, sufficient to produce the
12 diversity that we see in life?
13       And you read right there, yes or no. It
14 is an interesting question, it is a valid question,
15 and it should be addressed. I mean, and that's why
16 we are here, you know? That's what Ken Miller is
17 writing about. Robert Pennock, he is asking the
18 question, can natural law come up with de novo
19 information?
20   Q. Does intelligent design theory reach any
21 conclusions that are different from the conclusions
22 reached by creation science?
23       MR. WHITE: Objection as to vagueness,
24 ambiguity.
25 BY MR. LUCHENITSER:

00036
1   Q. You can go ahead and answer
2       MR. WHITE: If you understand the
3 question
4       THE WITNESS: Repeat it one more time, or
5 let me ask a question to make sure I understand it.
6       Does creation science and intelligent
7 design both come to the same conclusion, is that
8 what you are asking?
9 BY MR. LUCHENITSER:
10   Q. Let just ask the question, does
11 intelligent design theory reach any conclusions that
12 are different from the conclusions reached by
13 creation science?
14   A. Oh, for sure
15   Q. What are the differences? What different
16 conclusions does -- what conclusions does
17 intelligent design theory reach that are --
18   A. Well, creation science, I think, is
19 really an area of apologetics, religious
20 apologetics. They want the science to validate the
21 scriptural content of Genesis, okay? And
22 intelligent design isn't going to go that far. You
23 can say that -- looking at the data, what we know in
24 terms of chemistry and physics, genetics and natural
25 selection, that there is a real design, and you stop

00037
1 there.

2    Q.  Can you tell me what theistic evolution

3 is?

4    A.  Theistic evolution is the position, as I

5 understand it, that there is a designer or creator

6 that designed the universe, started the clock going.

7 designed the laws of physics and chemistry, and that

8 life, through those laws, emerged and has evolved.

9 But it is more of an impersonal activity.  In other

10 words, the machine was started and is removed from

11 that machine, so that organisms do evolve in terms

12 of our common consensus.

13    Q.  Can someone who believes in theistic

14 evolution also believe that God in some way guides

15 the progress of evolution?

16    A.  Sure, I mean I think you have the entire

17 spectrum of people that believe in a designer or

18 creator in terms of his participation in the world

19 as we know it.

20    Q.  What is the difference between theistic

21 evolution and intelligent design theory?

22    A.  Theistic evolutionists, I think, agree

23 that given, for instance, the planet earth in its

24 early stages of development had incorporated in it

25 all the necessary components for the emergence of

Scott Minnich 5/26/05          Page 37

00038
1 life and its subsequent diversity, that there is no

2 input from the designer from that point, okay?

3       So it is really consistent with the

4 Darwinian viewpoint that you just started it by an

5 intelligent agent or God and then everything

6 unfolds.

7       Intelligent design sees a more active

8 part of a designer from the sense that from my own

9 perspective I look at the bacterial flagellum, it

10 has stators and rotors and propellers and u-joints,

11 it is battery powered, it looks like engines that

12 Mazda makes, in one sense, but it is much more

13 sophisticated because there is an algorithm or

14 program that directs its assembly from genetic

15 information and it regulates the timing of synthesis

16 and the position where it is assembled, that that is

17 a product of intelligence.

18       And from my position you don't get these

19 machines by totally natural process.  I mean, they

20 can change and evolve, I don't know at what level or

21 to what extent, but the prototypic or aboriginal

22 machine has all the hallmarks of design based on our

23 experience of machines that we manufacture.

24    Q.  Other than the ultimate claim that a

25 designer or designers were responsible for the

Scott Minnich 5/26/05          Page 38

00039
1 development of life forms on the planet earth, does

2 intelligent design make any other scientific claims?

3       MR. WHITE:  Objection, it is misleading.

4       THE WITNESS:  I'm not quite sure what you

5 mean in terms of other scientific claims.  Give me

6 an example.  You know, is it going to tell me that

7 butter is better for me than margarine?  I mean –

8 BY MR. LUCHENITSER:

9    Q.  I guess let me try to see if I can

10 rephrase it.

11       What is the scientific content of an

12 intelligent designer, other than the ultimate

13 assertion that there is a designer or designers?

14    A.  That's the main principle, okay?

15    Q.  Is there anything else?

16    A.  I would have to think about it in terms

17 of the question.  So if we proceed, I will come back

18 to that.

19    Q.  Do you have an opinion, a personal

20 opinion, as to who or what the intelligent designer

21 is?

22       MR. WHITE:  Objection as to are you

23 asking for his personal opinion or his opinion as a

24 scientist?

25 BY MR. LUCHENITSER:

Scott Minnich 5/26/05          Page 39

00040
1    Q.  Do you have a scientific opinion as to

2 who the intelligent designer is?

3    A.  No.

4    Q.  Do you have a personal opinion?

5    A.  Yes, I do.

6    Q.  You do.  What is your personal opinion?

7       MR. WHITE:  Objection as to relevancy.

8 Go ahead.

9       THE WITNESS:  I want to make sure that

10 this is – I mean, I have a problem in terms of

11 giving my opinion, but my experience, when asked

12 these questions, is that they are somewhat loaded.

13 In other words, in my discussion with Robert Pennock

14 when he was here and we were discussing type III

15 secretory systems and the flagellum, claims of

16 intelligent design, he then turned on me in this

17 public audience and said, "Who is the creator?"

18       And I said, "Well, I have an opinion, but

19 we are talking science, why do you want to bring

20 religion into the question?"

21       No, "Who is the creator?  Tell us who the

22 creator is?"

23       And in part I think there is an attempt

24 to marginalize people in this area as

25 fundamentalists, you know, Christians that want to

Scott Minnich 5/26/05          Page 40

00041
1 get the bible back into the classroom, and that's
2 invalid. But I am a Christian, that's my personal
3 faith
4       And I also would like to state for the
5 record that that is not my family's faith tradition
6 I was an agnostic, probably an atheist, and when I
7 took a course in biology and was confronted with the
8 design in the bacteriophage Landa, it made me pause
9 and think, is this the product of chance and
10 necessity?
11      Okay, so I am a Christian because of the
12 data, not despite it.
13   Q.   So this experience led you to become a
14 Christian?
15      MR. WHITE:  Objection as of "this
16 experience."
17 BY MR. LUCHENITSER:
18   Q.   The experience when you were studying
19 this life form?
20   A.   No, I think it was a factor, you know, in
21 my own personal journey, but I had no reason to --
22 at the point until I started taking biology classes
23 -- in fact, I was an English history major that took
24 a general chemistry course that had a molecular
25 biology component and was so fascinated by the

00042
1 information that I changed my major, because I was
2 interested in the science, the beauty of the
3 science, and the more I studied, it had
4 implications.
5   Q.   This is when you were an undergraduate,
6 did you say?
7   A.   Right
8   Q.   
9
10
11   A.
12   Q.   Is there a consensus within intelligent
13 design theory as to who the designer is or what it
14 is?
15   A.   No.
16   Q.   Does intelligent design theory make any
17 claims as to who or what the designer is?
18   A.   No, in a formal sense it doesn't.  It
19 says you can infer design and therefore designer,
20 but that's as far as the science goes.
21   Q.   Does intelligent design theory rule out
22 any type of possible designers?
23   Q.   Not necessarily.
24   Q.   Does intelligent design theory rule out
25 all possible and natural actors as designers?

00043
1   A.   Natural what?  I didn't hear your --
2   Q.   Natural actors
3   A.   Natural actors?
4   Q.   Yes.
5      MR. WHITE:  Objection, vague, ambiguous.
6 What do you mean by natural actors?
7 BY MR. LUCHENITSER:
8   Q.   Under intelligent design theory, is it
9 possible that space aliens could be the designers?
10      MR. WHITE.  I didn't hear what you said,
11 under what?
12 BY MR. LUCHENITSER:
13   Q.   Under intelligent design theory, is it
14 possible that space aliens could be the designers?
15   A.   Sure.
16   Q.   Is it possible that time traveling humans
17 could be designers?
18   A.   I don't know.  I mean, that's
19 speculation.  I don't know.  I mean, that's asking
20 me to speculate on time travel, which is a
21 hypothetical situation, and so I don't think it is
22 really pertinent to my contribution or expertise.
23   Q.   Has any work been done within intelligent
24 design theory relating to the issue of who the
25 designer is?

00044
1   A.   Not to my knowledge
2   Q.   Does intelligent design theory hold that
3 there is only one designer or is it -- can it be
4 consistent with intelligent design theory that there
5 might be multiple designers?
6   A.   No, I mean -- again, you can just infer
7 design from the public evidence and, you know -- I
8 mean, we have multiple engineers that work in
9 consortia to produce machines today, who is to say
10 it is not true in the biological world?  I don't
11 know
12   Q.   And under intelligent design theory, is
13 it possible that the designers are -- that there
14 might be multiple competing designers?
15   A.   I don't know  I don't know what you mean
16 by in terms of competing designers.
17   Q.   As opposed to designers who are working
18 together with each other, designers who are trying
19 to come up with life forms that end up competing or
20 opposing each other?
21      MR. WHITE:  Objection, calls for
22 speculation.
23 BY MR. LUCHENITSER:
24   Q.   Is that possible under your theory?
25   A.   Yes, I mean, that's speculative, and I

00069

1  relationship, but there are differences between 20

2  to 30 percent novel DNA in all these major groups of

3  bacteria. The question arises, where does that

4  novelty come in.

5     Q.  So does intelligent design theory contain

6  any conclusions or assertions other than that

7  neo-Darwinian theory doesn't adequately explain the

8  development of life on earth and that an intelligent

9  designer is responsible for the development of the

10  life on earth?

11     A.  Yes. I mean that's the basic principle,

12  is that -- you know, my professional opinion,

13  natural selection, time, laws of chemistry and

14  physics are inadequate to explain life as we know

15  it. It has all the hallmarks of design.

16        You look at the genetic code, it is the

17  most sophisticated information storage system in the

18  universe as digital readout.  If it is truly an

19  arbitrary code, then there is no reason why triplets

20  for each amino acid have that specific designation,

21  yet recent computer analysis shows that it is the

22  optimum code of all potential theoretical codes that

23  would be formed by random chance to negate the

24  effect of point mutations, which I find astounding.

25        Of the millions of combinations of

Scott Minnich 5/26/05                    Page 69

---

00070

1  triplets, you know, for the entire 20 amino acids

2  that it is coding for, we find, by empirical

3  analysis, that the genetic code is optimized to

4  minimize the effects of base changes in that code.

5        Now, that causes me to pause and wonder

6  it causes my colleagues to pause and wonder how is

7  nature so lucky on random chance?  You know, that

8  this frozen accident, Francis Crick refers to it as

9  the genetic code, is mind boggling.  So --

10     Q.  Uh-huh.  Let me just go back, though.

11        Do you have a scientific opinion on

12  whether anything above complex molecular systems

13  were designed?  By that I mean, do you have a

14  scientific opinion as to whether any complex animal

15  species were designed as opposed to just the

16  microscopic complex biological systems?

17     A.  No, no.  Again, it goes back to this

18  question of where is the designer intervening in

19  this process?  And, you know, I don't know.  I mean,

20  that's speculation.

21     Q.  Is there any kind of consensus opinion on

22  intelligent design on that issue?

23     A.  You have people from the entire spectrum

24  from theistic evolutionists all the way up to

25  six-day creationists.  It is a pretty broad tent in

Scott Minnich 5/26/05                    Page 70

---

00071

1  terms of people that ascribe to intelligent design

2     Q.  ████████████████████████████

3     ████████████████████████████████

4     ████████████████████████████████

5     ████████████████████████████████

6     ████████████████████████████████

7     ████████████████████████████████

8     ████████████████████████████████

9     ████████████████████████████████

10     Q.  █████████████████████████████

11     A.  ████████████████████████████

12     ████████████████████████████████

13     ████████████████████████████████

14     ████████████████████████████████

15     A.  ████████████████████████████

16     ████████████████████████████████

17     ████████████████████████████████

18     ████████████████████████████████

19     ████████████████████████████████

20     Q.  ████████████████████████████

21     ████████████████████████████████

22     ████████████████████████████████

23        MR. WHITE:  Objection, speculation, lack

24  of relevancy.

25        THE WITNESS:  ██████████████████

Scott Minnich 5/26/05                    Page 71

---

00072

1  ████████

2  BY MR. LUCHENITSER:

3     Q.  Again, I'll give another hypothetical.

4  If students in the Dover School District were taught

5  that the earth's history can compress into a

6  framework of several thousand years, would they be

7  misled about scientific knowledge?

8     A.  It's inconsistent with the present body

9  of interpretation, okay?

10     Q.  What is your belief on about how long ago

11  life first appeared on earth?

12     A.  Well, from the fossil record you have

13  fossil bacteria that appear at 3.8 billion years,

14  somewhere around that time period.

15     Q.  And what is your opinion on how long ago

16  the first multi-cellular animals on earth appeared?

17     A.  I'm not a paleontologist, I don't know

18  what the time frame is, but it's a significant

19  period afterwards from the first appearance of

20  prokaryotes.

21     Q.  Do you have any opinion or knowledge as

22  to how long ago the first land dwelling animals

23  appeared on earth?

24     A.  Again, that's changed, from my

25  experience, over time, so I don't -- I don't fix a

Scott Minnich 5/26/05                    Page 72

00073
1 specific time period   Again, it's not my area of
2 expertise
3     Q   Do you know what the consensus is in the
4 field of paleontology on that?
5     A   I have read it, but I don't recall a
6 specific number, but I don't have any problem with
7 it.
8     Q   Would 450 million years ago sound right?
9     A   Sure.
10    Q   You don't any reason to disagree
11 with that consensus?
12    A   No.
13    MR. WHITE:  I'll object to this line of
14 questioning.  He said this is all outside of his
15 area of expertise.
16 BY MR. MUCHENFSER
17    Q   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
19 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
21    A   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
22 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
24 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
25 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

00074
1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Add
2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
3 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
4 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
5     Q   I think before we talked a little bit
6 about the concept of a common ancestry or common
7 decent, and let me try to define common ancestry or
8 decent as not necessarily that life descended from
9 one cell that appeared three or four billion years
10 ago, but that all life today developed from one or a
11 few microorganisms that existed several billion
12 years ago  So let's just put aside the question whether
13 it was one or several or a bunch of different
14 ones        Defined broadly in that sense, do
15 you accept the concept of common ancestry or common
16 decent?
17    A   I think it is highly speculative for
18 anybody to make an assertion along those lines based
19 on our knowledge, okay?  This is looking at
20 historically -- let me put it this way  The
21 empirical science of nutrition can't figure out if
22 butter or margarine is better for us, yet at the
23 same time we make definitive statements that life
24 arose from primitive ancestral organisms on this
25 planet

00075
1     It goes back to the question that I have
2 covered before, what is the capacity to change for
3 any organism? That's an unknown at this point.  How
4 did these first organisms appear?  You know, what is
5 the mechanism whereby natural law can produce a
6 replicating organism?  I mean, that again is an
7 unknown quantity.
8     We know that the smallest free-living
9 organisms on this planet, the micro plasma, have on
10 the order of 300 to 350 genes, okay?  So you've got
11 to have at least that amount of information before
12 you can replicate life that we know it is at present.
13 That's a lot of information required.
14    Now, is just natural phenomena sufficient
15 to produce that?  I'm unwilling to say.  From my
16 professional experience, no  Whether you have 10
17 organisms, a hundred organisms, primordial organisms
18 appearing de novo, or one, I mean, you know, it is
19 an event that is on the range of the miraculous,
20 regardless of whether you still believe it is by
21 natural process or a designer, okay?
22    So am I making myself clear?
23    Q   I'm not sure.  It sounds like you are
24 saying -- at least it's your personal opinion, based
25 on the scientific understanding that you have, is

00076
1 that you would not accept the proposition of common
2 ancestry or common decent as I have broadly defined
3 it?
4     A   Okay, look at -- I am trying to think.  I
5 want to quote a couple of things from my report
6 directly so it's in the record  From Carl Woese,
7 who is a leading --
8     MR. WHITE:  Just for me to clarify, are
9 you talking Exhibit 1?  You are quoting from page
10 six, correct?
11    THE WITNESS:  Yes, at the top of the
12 page
13    So this is in the peer-reviewed
14 literature, this is a prominent evolutionary
15 biologist, and looking at what you are talking about
16 in terms of the origin of life
17    He says, "The creation of the enormous
18 amount of and degree of novelty needed to bring
19 forth modern cells is by no means a matter of waving
20 the usual wand of variation and selection  What was
21 there, what proteins were there to vary in the
22 beginning?  Did all proteins evolve from one
23 aboriginal protein to begin with?  If you
24 extrapolate that all organisms evolved from one
25 single organism to begin with?  Hardly likely!

00081
1   Q.  Are there people within the intelligent
2   design community who would disagree with that
3   conclusion?
4   A.  Not that I'm aware of.
5   Q.  What aspects of biology do you think
6   natural selection can explain it?
7   A.  Oh, I mean, that's the routine tool that
8   we use in the laboratory in terms of genetics and
9   putting selective pressure on organisms and looking
10  for modifications.
11  Q.  Do you think that natural selection can
12  explain micro evolution?
13  A.  For sure, no problem.
14  Q.  How would you -- or how do you
15  distinguish between aspects of biology that natural
16  selection can explain and those that it can't?
17  A.  Again, it comes back to the question of
18  what are the limits of change of an organism.
19  Q.  Do you have an opinion whether natural
20  selection and random mutation can produce new genes
21  with new functions?
22  A.  They can take existing information that
23  can be modified to produce similar, and over time,
24  some different properties.  In other words, you can
25  expose an organism to a man made compound that has

00082
1   carbon and nitrogen that has a potential use for
2   energy, okay, and cycling into other components of
3   the cell.
4       It may be recalcitrant, you know, so it
5   it has never appeared on earth before.  There are
6   organisms that aren't specifically capable of
7   breaking down and utilizing that compound, but over
8   time, if you put stress on the organism, you can
9   develop, modify enzymatic pathways that will evolve
10  and use and break open, say, a chlorinated biphenyl,
11  or something like that.  So I have no problem with
12  that.
13  Q.  How would you define science?
14  A.  Science is the discipline of accumulating
15  knowledge of the natural world.
16  Q.  Are you familiar with the National
17  Academy of Science's definition of scientific
18  theory?
19  A.  Yes.
20  Q.  Would you know it off the top of your
21  head?
22  A.  I could paraphrase it.  It would be a
23  statement or a set of statements that explain a set
24  of facts or phenomena through, you know,
25  experimentation or observation.

00083
1   Q.  That seems pretty close to what I have
2   down here, but I will just read you back what I have
3   here, which I believe is the actual definition.  It
4   is a quote.
5       "A well substantiated explanation of some
6   aspect of the natural world that can incorporate
7   facts, laws, inferences, and tested hypotheses."
8   A.  Sure.
9   Q.  Do you accept that as a valid definition
10  of a valid scientific theory?
11  A.  Yes, I do.
12  Q.  And under that definition does
13  intelligent design qualify as a scientific theory?
14  A.  Yes.
15  Q.  I'm going to read you a definition from a
16  Ken Miller's Biology Book of Science.
17      "First, science deals only with the
18  natural world; second, scientists collect and
19  organize information in a careful, orderly way,
20  looking for patterns and connections between events;
21  third, scientists propose explanations that can be
22  tested by examining evidence."
23      Would you agree with that definition?
24  A.  Sure, it's right out of his biology
25  textbook.  And in fact, you know, I was asked to

00084
1   review a biology curriculum for a private Christian
2   school and they had a -- I don't know where their
3   curriculum was from, but it was creationist.  I
4   said, "Use Ken Miller's book, augment it with Pandas
5   and People if you want a counter-argument.  But I
6   have no problem.
7       If you read further in that paragraph he
8   says, "Theory are subject to change as new
9   information is gathered and compared to the model of
10  any theoretical explanation."
11      That's a history of science, is
12  revolutions in thought.  You accumulate more
13  information or you look at it in light of new
14  circumstances and you go back and you modify
15  theories to be consistent with observed fact or
16  experiments.
17  Q.  Can you tell me what the difference is
18  between a hypothesis and a scientific theory?
19  A.  Well, they can be used interchangeably,
20  and they are all the time from a working
21  perspective.
22      I have a student that will come in and
23  say, "Hey, I have a theory that this gene is
24  participating in knocking out this function in a
25  white blood cell."  Fine.  You know, that's really a

00085

1  hypothesis.

2          A hypothesis is an idea that predicts

3  certain outcomes that are testable experimentally,

4  all right?  Then once you carry out the experiment

5  or a set of experiments, is it consistent with your

6  original hypothesis?  So it can be something as

7  simple as an idea or a conjecture.  First, as a

8  theory, which is more formally, you know -- and

9  according to the National Academy is based on well

10 documented experimental evidence that has been

11 accumulated over time and subject to experimental

12 verification.

13    Q.    And then is your opinion that

14 intelligent design is a scientific theory; is that

15 correct?

16    A.    [illegible]

17 [redacted]

18 [redacted]

19 [redacted]

20 [redacted]

21 [redacted]

22 [redacted]

23 [redacted]

24 [redacted]

25    [illegible] looking at the public evidence, okay, in

00086

1  terms of the natural record, can you explain it

2  based on inference to an intelligent designer?  It

3  is a new theory and it is going to be modified over

4  time, and this is the way science works.

5          Let me give you an example  Until the

6  1930s the consensus viewpoint in science was that we

7  had a static universe, okay?  And then Einstein

8  comes up with his equations and relativity and is

9  bothered by the fact that when you run these

10 equations through, it looks like the universe had a

11 point in time and history where it began.

12          Now, this was contrary to the accepted

13 consensus view of all scientists at the time period

14 and he didn't like the implications, from my

15 understanding of historical science, because of the

16 metaphysics.

17          Then you have independent observations of

18 Hubbell and other astrophysicists that show you have

19 red shifts, you have got galaxies that appear to be

20 moving away, and you have a real monumental change

21 in our understanding of the universe in terms of

22 what was accepted theoretically  And then as new

23 data came in, it took time, it took argument, it

24 took reformulating how we could do experiments to

25 address this inference based on a minimal set of

00087

1  data.  But it changed our view of the universe,

2  okay?

3          And in the same way I think we are at the

4  stages where we are looking at the natural record

5  and saying, based on inference, well substantiated

6  records from paleontology, from molecular biology,

7  from biochemistry, from genetics, that there is a

8  limitation to our current theory of natural

9  selection, that we infer intelligence.  And that's

10 going to contribute to biological systems

11          It will have an impact.  Just because

12 Einstein had a metaphysical problem with the

13 predictions of his equations, and he even modified

14 those equations to remove the fact that the universe

15 had a point in time beginning in history, I think

16 impeded thought, okay?

17          And this is a question that I have in

18 terms of our present state of biology  Intelligent

19 design has been characterized as a religious

20 position, a non-scientific position, because it goes

21 against the current consensus.

22          Now, I think as a scientist there are

23 legitimate claims, legitimate questions, legitimate

24 criticisms that we are bringing out on the table

25 and have to be addressed by our current

00088

1  understanding of neo-Darwinism  We are being

2  marginalized as a non-scientific approach just as

3  people had problems with Einstein's predictions or

4  Hubbell's predictions because of the metaphysical

5  implications of how we viewed the universe and our

6  position in it.

7          People object to my position because of

8  the same -- for the same reasons.  Nonetheless, the

9  data will drive us in that direction, the science

10 will drive us in this direction  We may be wrong,

11 okay?  We are going to have to stand the test of

12 criticism and the dialogue and, you know, we may be

13 wrong, that's a possibility.  But I think our model

14 is consistent with the public evidence.

15          Another critical aspect to this debate is

16 that if the other side is wrong in part, and I'm not

17 saying that they are wrong in total, but in part, if

18 there are positions that neo-Darwinism draws or

19 inferences that it draws that are incorrect, that

20 could have an impeding effect on the advancement of

21 science, just like Einstein's reluctance to accept

22 that there was a point time start in the universe

23          That opened up new vistas in terms

24 of looking at the universe if it proposed at that

25 point unforeseen experiments that could be done to

00089

1 verify it.



2

3

4

5

6

7

8

9

10

11   Q.   You say it's in its infancy, how do you

12 -- what is the basis for saying it has risen above

13 all of the hypotheses and up to the level of a

14 scientific theory?

15   A.   Because we are looking at the natural

16 world and we are seeing information storage systems,

17 coded systems that in any other context we would

18 ascribe an intelligence behind it. You look at the

19 genetic code -- I mentioned Bill Gates is envious of

20 the ability, you know, the mechanism whereby that

21 information is stored. It's the most efficient

22 storage system in the universe. It has true

23 characters by which information is extracted from

24 it. It's not unlike an alphabet, it's not unlike a

25 musical scale, it's not unlike mathematical symbols.

Scott Minnich 5/26/05          Page 89

00090

1 okay? It's a true code.

2      Our experience tells us whenever we find

3 a code there is a coder. In the same context, we

4 look at subcellular machines, a new view of our

5 understanding of the cell that is within the last 40

6 years. We didn't know about the bacterial flagellum

7 and how sophisticated it was, we didn't know about

8 DNA replication and their profound efficiency and

9 editing functions.

10      We have to look at this new data and say

11 is natural selection up to the task to produce this

12 level of complexity and specification?

13      Put it this way, on the Genome To Life

14 web site that was produced by the Department of

15 Energy several years ago, they make the statement in

16 the introduction that is to be read by the public

17 that, "The molecular machines we find in the

18 simplest of organisms produced by evolution dwarf

19 the engineering feats of the twentieth century."

20      Natural laws, undirected, unintelligent,

21 un-in-purpose, un-forward looking can produce

22 machines more sophisticated than the entire

23 community of intelligent design engineers.

24      (Off the record.)

25      MR. WHITE: He was going to finish his

Scott Minnich 5/26/05          Page 90

00091

1 answer from before.

2      MR. LUCHENITSER: I'm comfortable with

3 the answer, I don't need anything more on that.

4      THE WITNESS: The last bit of the

5 sentence. So I'll continue with the statement, "The

6 molecular machines in even the simplest of organisms

7 produced by evolution dwarf the sophistication and

8 subtlety of machines produced by man, essentially.

9 I mean, that's a paraphrase.

10 BY MR. LUCHENITSER:

11   Q.   Does the science only consider natural

12 causes?

13   A.   Not necessarily, okay? You always look

14 for natural explanations first. I mean, that is

15 consistent. But I mean, there are sciences that

16 look for signs of intelligence, whether it is the

17 SETI project, if you are a forensic scientist, if

18 you are an archeologist, you know? You are looking

19 at natural products and asking is there an

20 intelligence involved in what you are seeing

21   Q. 

22

23   A.

24

25

Scott Minnich 5/26/05          Page 91

00092

1

2   Q.

3

4

5   A.

6

7

8

9

10

11   Q.   Do you disagree with the current

12 definition of science that does not -- that's too

13 many negatives.

14      I think you agree that the current

15 definition of science does not consider supernatural

16 causes. Do you disagree that that should be the

17 correct definition?

18   A.   It's a qualified disagreement, especially

19 in this debate. If the science is pointing you to

20 an intelligent cause, then you have to go where the

21 data leads. If you are limiting your

22 interpretation, your interpretations, or what you

23 will accept as interpretations, it has consequences.

24      And I'm the first person to say we look

25 for natural causes, natural explanations first, all

Scott Minnich 5/26/05          Page 92

00093
1 right? But I'm not opposed to looking at the data
2 any more than a forensic pathologist is and saying,
3 you know, is it a natural death or was this a
4 designed death, is this a murder?
5      Is natural law sufficient to describe
6 life forms on this planet or not? It's a valid
7 question. If it is insufficient, then that implies
8 that there may be an intelligence behind it, or in a
9 definitional terms, a supernatural cause. But I'm
10 not saying supernatural in the way that you would
11 simply superstition or a specific god, et cetera. It
12 is just above the natural explanation.
13 Q. [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 Q. [redacted]
24 [redacted]
25 [redacted]

00095
1 there. We don't rule them out, we don't know they
2 haven't visited this planet. So that is, by
3 definition, supernatural, and there are a lot of
4 scientists that agree.
5      Francis Crick looked at the common
6 evidence in biology and said life could not arise on
7 this planet de novo, it was seeded by some
8 extraterrestrial source, in formulating his theory
9 of Pan Spermia, all right? Nobel laureate, looking
10 at the evidence, saying that there is some
11 supernatural event in terms of our understanding of
12 natural events on this planet, that solar winds blew
13 in some primitive organism or someone visited this
14 planet and seeded life. I mean, that's pretty far
15 out, but it is one of the hypotheses.
16 Q. Let me draw your attention to the top of
17 page 10 of your report, all the way to the top. You
18 say, "The real problem may not be determining the
19 best explanation of the origin of the flagellum.
20 Rather it may be amending the methodological
21 strictures that prevent consideration of the most
22 natural and rational conclusion."
23      Can you tell me what you meant by
24 amending the methodological strictures?
25 A. In other words, it is limiting our

00094
1 [redacted]
2 A. [redacted]
3 [redacted]
4 [redacted]
5 [redacted]
6 [redacted]
7 [redacted]
8 [redacted]
9 I mean, [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted] now is part of the
14 [redacted]
15 Q. But there you are talking about looking
16 for extraterrestrial life, so it still seems that
17 you are looking at natural actors as opposed to the
18 supernatural actor. Now with respect to intelligent
19 design theory, doesn't --
20 A. Intelligent design theory doesn't rule
21 out the fact that those natural actors may have a
22 super intelligence that participated in development
23 of life on this planet, okay? And we don't know
24 that they exist so it is supernatural to our
25 experience. We don't know that there are aliens out

00096
1 interpretation of natural phenomena. It has
2 consequences. If you are only going to accept the
3 laws of physics and chemistry, time and chance, as
4 an explanation of life on this planet, how it arose,
5 how it diversified, that could have -- that could be
6 a methodological stricture that has consequences in
7 terms of the progress of science.
8      Going back to Einstein's experience, he
9 came up with a radical new interpretation of the
10 universe that had philosophical, religious,
11 metaphysical implications. Whatever you want to
12 call it, he didn't like it, all right? And he
13 essentially fudged his equations to eliminate that
14 interpretation that impeded science.
15      All I'm saying is that I think in
16 biological systems we infer, in a consensus
17 viewpoint, that natural cause and effect is
18 sufficient to explain what we see, and I disagree
19 with that. It has the same types of implications
20 that were faced by the big bang theory, and that's a
21 legitimate area of exploration scientifically.
22 Q. On page one you say, kind of in the
23 middle of the last full paragraph on the page, you
24 refer to neo-Darwinism as the generally accepted
25 mechanism [redacted]

**Counter Designation**

00005
1     THE DEPOSITION OF SCOTT MINNICH, Ph.D.,
2 was taken on behalf of the Plaintiffs on this, the
3 26th day of May 2005, at University of Idaho, Life
4 Sciences Building, Room 144, Moscow, Idaho, before
5 M & M Court Reporting Service, Inc., by Neil Cooley,
6 Court Reporter and Notary Public within and for the
7 State of Idaho, to be used in an action pending in
8 the United States District Court for the Middle
9 District of Pennsylvania, said cause being Civil
10 Action No. 4:04-CV-2688 in said court.
11        THEREUPON, the following proceedings were
12 adduced, to wit:
13        SCOTT MINNICH, Ph.D.,
14 a witness having been first duly sworn to tell the
15 truth, the whole truth, and nothing but the truth,
16 relating to said cause, deposes and says:
17        EXAMINATION
18 QUESTIONS BY MR. LUCHENITSER
19    Q.   Dr. Minnich, could you please state your
20 name for the record?
21    A.   Scott Arthur Minnich.
22    Q.   And have you had your deposition taken
23 before?
24    A.   Never.
25    Q.   I'm just going to give you some standard

Scott Minnich 5/26/05                    Page 5

00006
1 instructions.  Please answer all the questions
2 orally.  Please don't nod your head or say uh-huh or
3 huh-uh, because then the court reporter won't be
4 able to take down your answer accurately.
5        If you do not hear a question or don't
6 understand a question, please tell me.  Please wait
7 until I have finished asking my question before you
8 begin your answer.  And if you realize that an
9 earlier answer you gave was inaccurate or
10 incomplete, please say that you would like to
11 correct a former answer and I will give an
12 opportunity to do so.
13        And if your attorney objects to one of my
14 questions, you are still required to answer the
15 question unless your attorney instructs you not to
16 answer.
17        And do you understand the instructions I
18 have given you?
19    A.   I do.
20    Q.   And do you understand that you under oath
21 and are required to tell the truth?
22    A.   I do.
23    Q.   Is it correct that you are serving as an
24 expert for the defendants in this case?
25    A.   Yes.

Scott Minnich 5/26/05                    Page 6

00007
1    Q.   Let me pull out your expert report, and
2 we are going to mark that as Exhibit 1.
3        (Deposition Exhibit No. 1 marked for
4 identification.)
5 BY MR. LUCHENITSER:
6    Q.   We have marked as Exhibit 1 the expert
7 report of Scott Minnich.  And if you could flip to
8 Exhibit A to Exhibit 1, which is the biographical
9 sketch in the back, please, does that Exhibit A
10 correctly reflect your educational and employment
11 history?
12    A.   It does.
13    Q.   And is everything in there still correct
14 or current or has something changed since you
15 submitted it?
16    A.   No, it is still current.
17    Q.   What were you asked to give an opinion
18 about by the defendants in this case?
19    A.   The theory of intelligent design and how
20 it fits into this case in Dover, Pennsylvania.
21        (Off the record.)
22        MR. LUCHENITSER:  Back on the record.
23 BY MR. LUCHENITSER:
24    Q.   Were you asked to give an opinion about
25 anything else?

Scott Minnich 5/26/05                    Page 7

00008
1    A.   No.
2    Q.   And can you tell me what the principal
3 opinions you have in this case are?
4    A.   That intelligent design is a viable
5 scientific theory.
6    Q.   Anything else?
7    A.   No, I mean in terms of my expertise in
8 this case, you know, is is whether or not
9 intelligent design is a competing theory in part to
10 the current consensus in biology.
11    Q.   When you say intelligent design is a
12 viable scientific theory, can you explain what you
13 mean by viable?
14    A.   In other words, it is looking at the
15 public evidence and interpreting that evidence in
16 the sense that we see in nature is real
17 design, not just apparent design, which most of my
18 colleagues hold the latter view.
19    Q.   Uh-huh, so when you use the word viable,
20 do you mean it is real?
21    A.   It's real, it's real, okay?  It is
22 science, it is not a religious position.  It has
23 metaphysical implications, like evolution does, but
24 that is incidental, secondary to its explanatory
25 power when we look at the facts and experiences that

Scott Minnich 5/26/05                    Page 8

00009
1   we see in the natural world.

2   Q.  What are the metaphysical implications

3   that intelligent design has?

4   A.  That there is design behind it, that

5   there is an intelligence in part responsible for

6   what we see.

7   Q.  And let me ask you, why do you use the

8   word metaphysical?

9   A.  Well, it is philosophical, metaphysical

10  I mean, in that realm it doesn't require a religious

11  position, you know? It can be more of -- a person

12  can hold the view of intelligent design as being

13  real and believe in the God of Espinoza or Einstein,

14  the God of the philosophers, not of a traditional

15  God that we think of in the context of traditional

16  religions.

17  Q.  Does your report identify all the subject

18  matter that you are going to testify about at trial?

19         MR. WHITE:  I have to object because I

20  couldn't hear you.

21  BY MR. LUCHENITSER:

22  Q.  I'm sorry, does your expert report

23  identify all the subject matter that you will

24  testify about at trial?

25  A.  That's an absolute statement, and being a

Scott Minnich 5/26/05                    Page 9

00010
1   scientist I always hesitate. But this is -- in

2   terms of my own research and training, it is

3   reflected in this report.

4   Q.  Do you intend to express any opinions in

5   this case that have not been included in your

6   report?

7   A.  If I am asked a question that is not

8   directly applicable to this report, I may choose to

9   respond or not if I have knowledge in the area.  No,

10  this isn't a complete some of all the knowledge that

11  I have.

12  Q.  Do you have any plans to supplement your

13  report in any way?

14  A.  No, not at present.

15  Q.  Do you consider yourself an expert on any

16  issues relevant to this case?

17  A.  As they bring to bear on examples that

18  are being disputed by both camps, you know, the area

19  of irreducible complexity of the bacterial

20  flagellum, molecular machines, genetics.

21  microbiology.

22  Q.  What is -- do you have an area of

23  specialty within the discipline of biology?

24  A.  I do.  I am a microbial geneticist focused

25  on an area we refer to as microbial pathogenesis,

Scott Minnich 5/26/05                    Page 10

00011
1   organisms that cause disease.

2   Q.  Has that area been the focus of your

3   professional research?

4   A.  Yes.

5         MR. WHITE:  Object as far as what time

6   frame you are talking about for his professional

7   research.

8         THE WITNESS:  Yes, currently.  I have had

9   other experiences, too.  I have been in diagnostics.

10  I have been in developmental biology, and -- I'm

11  trying to think in terms of just how you quoted

12  this, basic molecular biology, molecular genetics.

13         As an example, the controversy about

14  genetically engineered foods and BT toxins.  I don't

15  know whether you are familiar with this at all,

16  bacillus thuringiensis toxin.  This has been

17  incorporated into agricultural plants and has been

18  controversial because of the ethical concerns about

19  introducing or modifying plant genomes.

20         But that bacillus toxin gene I cloned as

21  a post-doc, and we gave it to Monsanto 20 years ago.

22         So occasionally I am called to -- in

23  fact, four or five years ago I had my research

24  notebooks subpoenaed because of a patent lawsuit

25  involved in who owned the rights to that.  Than was

Scott Minnich 5/26/05                    Page 11

00012
1   between Monsanto and some other company in terms of

2   who had the right to that gene.

3   Q.  Would you consider yourself an expert in

4   evolutionary biology?

5   A.  That's a difficult question and I want to

6   qualify it, because I was challenged here at the

7   University of Idaho several years ago when Robert

8   Pennock came and gave a seminar.  And he knew my

9   position and he challenged me in the audience with

10  respect to, "How can you, as a practicing

11  contributing scientist, hold the position that is

12  contrary to the very foundation of your discipline?"

13  Okay? This is in front of all of my colleagues and

14  students in a formal departmental seminar.

15         And I responded that, "That's an

16  interesting question, and now that you have raised

17  it, I'm sure a lot of people are interested in my

18  response."

19         What I find interesting in my own

20  experience, and that of colleagues in this

21  department -- and we are the most highly funded and

22  I think the most successful in getting extramural

23  funding, publication in peer-reviewed journals, we

24  have several new faculty so I don't want to make an

25  absolute statement, but, you know, the past couple

Scott Minnich 5/26/05                    Page 12

00033
1 intelligent design that are different from the
2 definition you gave in your report?
3 A. I think my written statement is
4 consistent with my colleagues in terms of -- you
5 know, I think there are philosophers of science in
6 the intelligence design arena that are more
7 articulate in terms of the philosophical
8 implications of this.
9 Q. How would you define creationism?
10 A. Creationism, which I think is very
11 different than intelligent design, uses biblical
12 reference by which you judge science. In the
13 traditional sense, scientific creationism held to a
14 literal interpretation of Genesis and thought that
15 that was an embodiment of truth and that science
16 should be filtered through that viewpoint.
17 I disagree with that stand. In fact, I
18 was never an active participant in scientific
19 creationism as it went through the Louisiana and
20 Arkansas debates, I thought it was out of balance.
21 Q. Is there a difference between creation
22 science and creationism?
23 A. Well, in terms of definitions, yes. I
24 think it is subtle. Creationism, again I think in
25 the traditional sense as it is used in the public

00034
1 arena, implies a literal interpretation of Genesis.
2 Scientific creationism then tries to look at the
3 body of scientific understanding and fit it
4 consistently with that viewpoint of biblical
5 interpretation.
6 Q. Is teaching of creationism or creation
7 science -- is the teaching of that, that forms of
8 life began abruptly -- began abruptly in their basic
9 types, for example, fish with fins and scales, birds
10 with feathers and beaks and wings?
11 A. That's -- repeat the question because I
12 want to make sure I understand it.
13 Q. Does creationism or creation science
14 teach that forms of life began abruptly in their
15 basic types? For example, fish began with fins and
16 scales and birds began with feathers, beaks and
17 wings?
18 A. That is my understanding, yes.
19 Q. What is the difference between
20 intelligent design theory and creation science?
21 A. Intelligent design theory isn't dependent
22 upon any formal religious writing or revelation in
23 which you are trying to match the natural world to
24 show consistency. It is simply looking at the
25 science and asking the question: is the design that

00035
1 we all agree is there real or apparent? Okay? It
2 is a valid question and I think we should be
3 addressing it at a scientific level in our
4 inquiries.
5 It is simple, okay? It doesn't have
6 any basis of going further than looking or devising
7 theories or hypotheses to look at how you detect
8 design. Our record of life on this planet, does it
9 fit with an intelligent agent or, again, is natural
10 law, in terms of physics and chemistry, of what we
11 know of genetics, sufficient to produce the
12 diversity that we see in life?
13 And you end right there, yes or no. It
14 is an interesting question, it is a valid question,
15 and it should be addressed. I mean, and that's why
16 we are here, you know? That's what Ken Miller is
17 writing about. Robert Pennock, he is asking the
18 question, can natural law come up with de novo
19 information?
20 Q. Does intelligent design theory reach any
21 conclusions that are different from the conclusions
22 reached by creation science?
23 MR. WHITE: Objection as to vagueness,
24 ambiguity.
25 BY MR. LUCHENITSER:

00036
1 Q. You can go ahead and answer.
2 MR. WHITE: If you understand the
3 question.
4 THE WITNESS: Repeat it one more time, or
5 let me ask a question to make sure I understand it.
6 Does creation science and intelligent
7 design both come to the same conclusion, is that
8 what you are asking?
9 BY MR. LUCHENITSER:
10 Q. Let just ask the question, does
11 intelligent design theory reach any conclusions that
12 are different from the conclusions reached by
13 creation science?
14 A. Oh, for sure.
15 Q. What are the differences? What different
16 conclusions does -- what conclusions does
17 intelligent design theory reach that are --
18 A. Well, creation science, I think, is
19 really an area of apologetics, religious
20 apologetics. They want the science to validate the
21 scriptural content of Genesis, okay? And
22 intelligent design isn't going to go that far. You
23 can say that -- looking at the data, what we know in
24 terms of chemistry and physics, genetics and natural
25 selection, that there is a real design, and you stop

00037
1 there.
2 Q. Can you tell me what theistic evolution
3 is?
4 A. Theistic evolution is the position, as I
5 understand it, that there is a designer or creator
6 that designed the universe, started the clock going,
7 designed the laws of physics and chemistry, and that
8 life, through those laws, emerged and has evolved.
9 But it is more of an impersonal activity. In other
10 words, the machine was started and is removed from
11 that machine, so that organisms do evolve in terms
12 of our common consensus.
13 Q. Can someone who believes in theistic
14 evolution also believe that God in some way guides
15 the progress of evolution?
16 A. Sure. I mean I think you have the entire
17 spectrum of people that believe in a designer or
18 creator in terms of his participation in the world
19 as we know it.
20 Q. What is the difference between theistic
21 evolution and intelligent design theory?
22 A. Theistic evolutionists, I think, agree
23 that given, for instance, the planet earth in its
24 early stages of development had incorporated in it
25 all the necessary components for the emergence of

00038
1 life and its subsequent diversity, that there is no
2 input from the designer from that point, okay?
3 So it is really consistent with the
4 Darwinian viewpoint that you just started in by an
5 intelligent agent or God and then everything
6 unfolds.
7 Intelligent design sees a more active
8 part of a designer from the sense that from my own
9 perspective I look at the bacterial flagellum, it
10 has stators and rotors and propellers and u-joints.
11 It is battery operated, it looks like engineer that
12 Mazda makes, in one sense, but it is much more
13 sophisticated because there is an algorithm or
14 program that directs its assembly from genetic
15 information and it regulates the timing of synthesis
16 and the position where it is assembled, that that it
17 a product of intelligence.
18 And from my position you don't get these
19 machines by totally natural process. I mean, they
20 can change and evolve, I don't know at what level or
21 to what extent, but the prototypic or aboriginal
22 machine has all the hallmarks of design based on our
23 experience of machines that we manufacture.
24 Q. Other than the ultimate claim that a
25 designer or designers were responsible for the

00039
1 development of life forms on the planet earth, does
2 intelligent design make any other scientific claims?
3 MR. WHITE: Objection, it is misleading.
4 THE WITNESS: I'm not quite sure what you
5 mean in terms of other scientific claims. Give me
6 an example. You know, is it going to tell me that
7 butter is better for me than margarine? I mean --
8 BY MR. LUCHENITSER:
9 Q. I guess let me try to see if I can
10 rephrase it.
11 What is the scientific content of an
12 intelligent designer, other than the ultimate
13 assertion that there is a designer or designers?
14 A. That's the main principle, okay?
15 Q. Is there anything else?
16 A. I would have to think about it in terms
17 of the question. So if we proceed, I will come back
18 to that.
19 Q. Do you have an opinion, a personal
20 opinion, as to who or what the intelligent designer
21 is?
22 MR. WHITE: Objection as to are you
23 asking for his personal opinion or his opinion as a
24 scientist?
25 BY MR. LUCHENITSER:

00040
1 Q. Do you have a scientific opinion as to
2 who the intelligent designer is?
3 A. No.
4 Q. Do you have a personal opinion?
5 A. Yes, I do.
6 Q. You do. What is your personal opinion?
7 MR. WHITE: Objection as to relevancy.
8 Go ahead.
9 THE WITNESS: I want to make sure that
10 this is -- I mean, I have a problem in terms of
11 giving my opinion, but my experience, when asked
12 these questions, is that they are somewhat loaded.
13 In other words, in my discussion with Robert Pennock
14 when he was here and we were discussing type III
15 secretory systems and the flagellum, claims of
16 intelligent design, he then turned on me in this
17 public audience and said, "Who is the creator?"
18 And I said, "Well, I have an opinion, but
19 we are talking science, why do you want to bring
20 religion into the question?"
21 No, "Who is the creator? Tell us who the
22 creator is?"
23 And in part I think is an attempt
24 to marginalize people in this area as
25 fundamentalists, you know, Christians that want to

00041
1  get the bible back into the classroom, and that's
2  invalid. But I am a Christian, that's my personal
3  faith.
4          And I also would like to state for the
5  record that that is not my family's faith tradition.
6  I was an agnostic, probably an atheist, and when I
7  took a course in biology and was confronted with the
8  design in the bacteriophage Lamda, it made me pause
9  and think, is this the product of chance and
10 necessity?
11         Okay, so I am a Christian because of the
12 data, not despite it.
13     Q.  So this experience led you to become a
14 Christian?
15         MR. WHITE: Objection as of "this
16 experience."
17 BY MR. LUCHENITSER:
18     Q.  The experience when you were studying
19 this life form?
20     A.  No, I think it was a factor, you know, in
21 my own personal journey, but I had no reason to --
22 at the point until I started taking biology classes
23 -- in fact, I was an English history major that took
24 a general chemistry course that had a molecular
25 biology component and was so fascinated by the

00042
1  information that I changed my major, because I was
2  interested in the science, the beauty of the
3  science and the more I studied, it had
4  implications.
5      Q.  That is when you were an undergraduate,
6  did you say?
7      A.  Right.
8      Q.  So is it correct that your personal
9  opinion is that the intelligent designer is the God
10 of Christianity?
11     A.  Yes.
12     Q.  Is there a consensus within intelligent
13 design theory as to who the designer is or what it
14 is?
15     A.  No.
16     Q.  Does intelligent design theory make any
17 claims as to who or what the designer is?
18     A.  No, in a formal sense it doesn't. It
19 says you can infer design and therefore designer
20 but that's as far as the science goes.
21     Q.  Does intelligent design theory rule out
22 any type of possible designers?
23     A.  Not necessarily.
24     Q.  Does intelligent design theory rule out
25 all possible and natural actors as designer?

00043
1      A.  Natural what? I didn't hear your --
2      Q.  Natural actors.
3      A.  Natural actors?
4      Q.  Yes.
5          MR. WHITE: Objection, vague, ambiguous.
6  What do you mean by natural actors?
7  BY MR. LUCHENITSER:
8      Q.  Under intelligent design theory, is it
9  possible that space aliens could be the designers?
10         MR. WHITE: I didn't hear what you said.
11 under what?
12 BY MR. LUCHENITSER:
13     Q.  Under intelligent design theory, is it
14 possible that space aliens could be the designers?
15     A.  Sure.
16     Q.  Is it possible that time traveling humans
17 could be designers?
18     A.  I don't know. I mean, that's
19 speculation. I don't know. I mean, that's asking
20 me to speculate on time travel, which is a
21 hypothetical situation, and so I don't think it is
22 really pertinent to my contribution or expertise.
23     Q.  Has any work been done within intelligent
24 design theory relating to the issue of who the
25 designer is?

00044
1      A.  Not to my knowledge.
2      Q.  Does intelligent design theory hold that
3  there is only one designer or is it -- can it be
4  consistent with intelligent design theory that there
5  might be multiple designers?
6      A.  No, I mean -- again, you can just infer
7  design from the public evidence and, you know -- I
8  mean, we have multiple engineers that work in
9  consortia to produce machines today, who is to say
10 it is not true in the biological world? I don't
11 know.
12     Q.  And under intelligent design theory, is
13 it possible that the designers are -- that there
14 might be multiple competing designers?
15     A.  I don't know. I don't know what you mean
16 by in terms of competing designers.
17     Q.  As opposed to designers who are working
18 together with each other, designers who are trying
19 to come up with life forms that end up competing or
20 opposing each other?
21         MR. WHITE: Objection, calls for
22 speculation.
23 BY MR. LUCHENITSER:
24     Q.  Is that possible under your theory?
25     A.  Yes, I mean, that's speculative, and I

00068
1  relationship, but there are differences between 20
2  to 30 percent novel DNA in all these major groups of
3  bacteria. The question arises, where does that
4  novelty come in
5  Q.  So does intelligent design theory contain
6  any conclusions or assertions other than that
7  non-Darwinian theory doesn't adequately explain the
8  development of life on earth and that an intelligent
9  designer is responsible for the development of
10  life on earth?
11  A.  Yes, I mean that's the basic principle
12  is that -- you know, my professional opinion
13  natural selection, time, laws of chemistry and
14  physics are inadequate to explain life as we know
15  it. It has all the hallmarks of design.
16        You look at the genetic code, it is the
17  most sophisticated information storage system in the
18  universe as digital readout. If it is truly an
19  arbitrary code, then there is no reason why triplets
20  for each amino acid have that specific designation,
21  yet recent computer analysis shows that it is the
22  optimum code of all potential theoretical codes that
23  would be formed by random chance to negate the
24  effect of point mutations, which I find astounding
25        Of the millions of combinations of

00071
1  terms of people that ascribe to intelligent design.
2  Q.  How old do you think the universe is?
3  A.  Well, the current, you know, consensus
4  was 20 billion years, although the COBE satellite
5  experiment measurements have reduced that to about
6  12.5 billion years in terms of the age of universe.
7  The earth, according to multiple scientific
8  independent analyses, is somewhere around 4.5
9  billion years old.
10  Q.  Do you accept those concepts?
11  A.  Yes.
12  Q.  Does intelligent design theory accept
13  those beliefs about the age of the universe and the
14  age of the earth?
15  A.  There is not a set consensus, okay?
16  Although I think it is a prominent position. But
17  there are both, I mean, from the camp you have your
18  old earthers and young earthers and both ascribing
19  to a designer?
20  Q.  So are there some scientists within the
21  fields of intelligent design theory who believe that
22  earth is less than 10,000 years old?
23        MR. WHITE: Objection, speculation, lack
24  of relevancy.
25        THE WITNESS: Oh, I'm sure there are, you

00070
1  triplets, you know, for the entire 20 amino acid
2  that it is coding for, we find, by empirical
3  analysis, that the genetic code is optimized to
4  minimize the effects of base changes in that code
5        Now, that causes me to pause and wonder
6  It causes my colleagues to pause and wonder how is
7  nature so lucky on random chance? You know, that
8  this frozen accident, Francis Crick refers to it as
9  the genetic code, is mind boggling So --
10  Q.  Uh-huh. Let me just go back, though.
11        Do you have a scientific opinion on
12  whether anything above complex molecular systems
13  were designed? By that I mean, do you have a
14  scientific opinion as to whether any complex animal
15  species were designed as opposed to just the
16  microscopic complex biological systems?
17  A.  No, no. Again, it goes back to this
18  question of where is the designer intervening in
19  this process? And you know, I don't know. I mean,
20  that's speculation.
21  Q.  Is there any kind of consensus in the
22  intelligent design on that issue?
23  A.  You have people from the entire spectrum
24  from theistic evolutionists all the way up to
25  six-day creationists. It is a pretty broad tent if

00072
1  know?
2  BY MR. LUCHENTSER:
3  Q.  Again, I'll give another hypothetical
4  If students in the Dover School District were taught
5  that the earth's history can compress into a
6  framework of several thousand years, would they be
7  misled about scientific knowledge?
8  A.  It's inconsistent with the present body
9  interpretation, okay?
10  Q.  What is your belief on about how long ago
11  life first appeared on earth?
12  A.  Well, from the fossil record you have
13  fossil bacteria that appear at 3.8 billion years,
14  somewhere around that time period.
15  Q.  And what is your opinion on how long ago
16  the first multi-cellular animals on earth appeared?
17  A.  I'm not a paleontologist, I don't know
18  what the time frame is, but it's a significant
19  period afterwards from the first appearance of
20  prokaryotes
21  Q.  Do you have any opinion or knowledge as
22  to how long ago the first land dwelling animals
23  appeared on earth?
24  A.  Again, that's changed from my
25  experience, over time, so I don't -- I don't fix a

00073
1 specific time period. Again, it's not my area of
2 expertise.
3     Q.   Do you know what the consensus is in the
4 field of paleontology on that?
5     A.   I have read it, but I don't recall a
6 specific number, but I don't have any problem with
7 it.
8     Q.   Would 450 million years ago sound right?
9     A.   Sure.
10     Q.   You don't have any reason to disagree
11 with that consensus?
12     A.   No.
13     MR. WHITE:   I'll object to this line of
14 questioning. He said this is all outside of his
15 area of expertise.
16 BY MR. LUCHENITSER:
17     Q.   Does intelligent design theory accept the
18 general consensus among paleontologists as to the
19 time line of the development of major kinds of life
20 on earth?
21     A.   I think you have a spectrum of people
22 that are looking at that information. Some of them
23 are constrained by their religious beliefs and, you
24 know, there are scientific creationists within the
25 intelligent design camp that wouldn't say that an

Scott Minnich 5/26/05          Page 73

00074
1 they are looking at a young earth viewpoint. And
2 there are other people that accept an old earth
3 scenario, the sequential appearance of organisms in
4 the geologic record.
5     Q.   I think before we talked a little bit
6 about the concept of a common ancestry or common
7 descent, and let me try to define common ancestry or
8 descent as not necessarily that life descended from
9 one cell that appeared three or four billion years
10 ago, but that all life today developed from one or a
11 few microorganisms that existed several billion
12 years ago. So let's put aside the question whether
13 it was one or several or a bunch of different
14 ones.          Defined broadly in that sense, do
15 you accept the concept of common ancestry or common
16 descent?
17     A.   I think it is highly speculative for
18 anybody to make an assertion along those lines based
19 on our knowledge, okay? This is looking at
20 basically -- let me put it this way. The
21 empirical science of nutrition can't figure out if
22 butter or margarine is better for us, yet at the
23 same time we make definitive statements that life
24 arose from primitive ancestral organisms on this
25 planet.

Scott Minnich 5/26/05          Page 74

00075
1     it goes back to the question that I have
2 covered before, what is the capacity to change for
3 any organism? That's an unknown at this point. How
4 did these first organisms appear? You know, what is
5 the mechanism whereby natural law can produce a
6 replicating organism? I mean, that again is an
7 unknown quantity.
8     We know that the smallest free-living
9 organisms on this planet, the micro plasma, have on
10 the order of 300 to 350 genes, okay? So you've got
11 to have at least that amount of information before
12 you can replicate life that we know it at present.
13 That's a lot of information required.
14     Now, is just natural phenomena sufficient
15 to produce that? I'm unwilling to say. From my
16 professional experience, no. Whether you have 10
17 organisms, a hundred organisms, primordial organisms
18 appearing de novo, or one, I mean, you know, it is
19 an event that is on the range of the miraculous,
20 regardless of whether you still believe it is by
21 natural process or a designer, okay?
22     So am I making myself clear?
23     Q.   I'm not sure. It sounds like you are
24 saying -- at least it's your personal opinion, based
25 on the scientific understanding that you have, is

Scott Minnich 5/26/05          Page 75

00076
1 that you would not accept the proposition of common
2 ancestry or common decent as I have broadly defined
3 it?
4     A.   Okay, look at -- I am trying to think. I
5 want to quote a couple of things from my report
6 directly so it's in the record.  From Carl Woese,
7 who is a leading --
8     MR. WHITE:   Just for me to clarify, are
9 you talking Exhibit 1? You are quoting from page
10 six, correct?
11     THE WITNESS:   Yes, at the top of the
12 page.
13     So this is in the peer-reviewed
14 literature, this is a prominent evolutionary
15 biologist, and looking at what you are talking about
16 in terms of the origin of life.
17     He says, "The creation of the enormous
18 amount of and degree of novelty needed to bring
19 forth modern cells is by no means a matter of waving
20 the usual wand of variation and selection.  What was
21 there, what proteins were there to vary in the
22 beginning? Did all proteins evolve from one
23 aboriginal protein to begin with? If you
24 extrapolate that all organisms evolved from one
25 single organism to begin with? Hardly likely!

Scott Minnich 5/26/05          Page 76

00081
1   Q.   Are there people within the intelligent
2   design community who would disagree with that
3   conclusion?
4   A.   Not that I'm aware of.
5   Q.   What aspects of biology do you think
6   natural selection can explain it?
7   A.   Oh, I mean, that's the routine tool that
8   we use in the laboratory in terms of genetics and
9   putting selective pressure on organisms and looking
10   for modifications.
11   Q.   Do you think that natural selection can
12   explain micro evolution?
13   A.   For sure, no problem.
14   Q.   How would you -- or how do you
15   distinguish between aspects of biology that natural
16   selection can explain and those that it can't?
17   A.   Again, it comes back to the question of
18   what are the limits of change of an organism.
19   Q.   Do you have an opinion whether natural
20   selection and random mutation can produce new genes
21   with new functions?
22   A.   They can take existing information that
23   can be modified to produce similar, and over time
24   some different properties. In other words, you can
25   expose an organism to a man made compound that has

Scott Minnich 5/26/05                     Page 81

00082
1   carbon and nitrogen that has a potential use for
2   energy, okay, and cycling into other components of
3   the cell.
4       It may be recalcitrant, you know, so it
5   it has never appeared on earth before. There are
6   organisms that aren't specifically capable of
7   breaking down and utilizing that compound, but over
8   time if you put stress on the organism, you can
9   develop, modify enzymatic pathways that will evolve
10   and use and break open, say, a chlorinated biphenyl
11   or something like that. So I have no problem with
12   that.
13   Q.   How would you define science?
14   A.   Science is the discipline of accumulating
15   knowledge of the natural world.
16   Q.   Are you familiar with the National
17   Academy of Science's definition of scientific
18   theory?
19   A.   Yes.
20   Q.   Would you know it off the top of your
21   head?
22   A.   I could paraphrase it. It would be a
23   statement or a set of statements that explain a set
24   of facts or phenomena through, you know,
25   experimentation or observation.

Scott Minnich 5/26/05                     Page 82

00083
1   Q.   That seems pretty close to what I have
2   down here, but I will just read you back what I have
3   here, which I believe is the actual definition. It
4   is a quote.
5       "A well substantiated explanation of some
6   aspect of the natural world that can incorporate
7   facts, laws, inferences, and tested hypotheses."
8   A.   Sure.
9   Q.   Do you accept that as a valid definition
10   of a valid scientific theory?
11   A.   Yes, I do.
12   Q.   And under that definition does
13   intelligent design qualify as a scientific theory?
14   A.   Yes.
15   Q.   I'm going to read you a definition from a
16   Ken Miller's Biology Book of Science
17       "First, science deals only with the
18   natural world; second, scientists collect and
19   organize information in a careful, orderly way,
20   looking for patterns and connections between events;
21   third, scientists propose explanations that can be
22   tested by examining evidence."
23       Would you agree with that definition?
24   A.   Sure, it's right out of his biology
25   textbook. And in fact, you know, I was asked to

Scott Minnich 5/26/05                     Page 83

00084
1   review a biology curriculum for a private Christian
2   school and they had a -- I don't know where their
3   curriculum was from, but it was creationist. I
4   said, "Use Ken Miller's book, augment it with Pandas
5   and People if you want a counter-argument. But I
6   have no problem.
7       If you read further in that paragraph he
8   says, "Theory are subjects to change as new
9   information is gathered and compared to the model of
10   any theoretical explanation."
11       That's a history of science, is
12   revolutions in thought. You accumulate more
13   information or you look at it in light of new
14   circumstances and you go back and you modify
15   theories to be consistent with observed facts or
16   experiments.
17   Q.   Can you tell me what the difference is
18   between a hypothesis and a scientific theory?
19   A.   Well, they can be used interchangeably,
20   and they are all the time from a working
21   perspective.
22       I have a student that will come in and
23   say, "Hey, I have a theory that this gene is
24   participating in knocking out this function in a
25   white blood cell." Fine. You know, that's really a

Scott Minnich 5/26/05                     Page 84

00085
1 hypothesis.
2          A hypothesis is an idea that predicts
3 certain outcomes that are testable experimentally,
4 all right? Then once you carry out the experiment,
5 or a set of experiments, is it consistent with your
6 original hypothesis? So it can be something as
7 simple as an idea or a conjecture. First, as a
8 theory, which is more formally, you know -- and
9 according to the National Academy it's based on well
10 documented experimental evidence that has been
11 accumulated over time and subject to experimental
12 verification.
13     Q.   And then it is your opinion that
14 intelligent design is a scientific theory; is that
15 correct?
16     A.   Yes.
17     Q.   And with reference to the National
18 Academy of Science's definition, can you explain how
19 intelligent design satisfies that definition? Maybe
20 we should go by the components of the definition.
21          The first component is a well
22 substantiated explanation. Can you explain how
23 intelligent design theory can be considered a well
24 substantiated explanation?
25     A.   Looking at the public evidence, okay, in

00086
1 terms of the natural record, can you explain it
2 based on inference to an intelligent designer? It
3 is a new theory and it is going to be modified over
4 time, and this is the way science works.
5          Let me give you an example. Until the
6 1930s the consensus viewpoint in science was that we
7 had a static universe, okay? And then Einstein
8 comes up with his equations and relativity and is
9 bothered by the fact that when you run these
10 equations through, it looks like the universe had a
11 point in time and history where it began.
12          Now, this was contrary to the accepted
13 consensus view of all scientists at the time period
14 and he didn't like the implications, from his
15 understanding of historical science, because of the
16 metaphysics.
17          Then you have independent observations of
18 Hubbell and other astrophysicists that show you have
19 red shifts, you have got galaxies that appear to be
20 moving away, and you have a real monumental change
21 in our understanding of the universe in terms of
22 what was accepted theoretically. And then as new
23 data came in, it took time, it took argument, it
24 took reformulating how we could do experiments to
25 address that inference based on a minimal set of

00087
1 data. But it changed our view of the universe,
2 okay?
3          And in the same way I think we are at the
4 stages where we are looking at the natural record
5 and saying, based on inference, well substantiated
6 records from paleontology, from molecular biology,
7 from biochemistry, from genetics, that there is a
8 limitation to our current theory of natural
9 selection; that we infer intelligence. And that's
10 going to contribute to biological systems.
11          It will have an impact. Just because
12 Einstein had a metaphysical problem with the
13 predictions of his equations, and he even modified
14 those equations to remove the fact that the universe
15 had a point in time beginning in history, I think
16 impeded thought, okay?
17          And this is a question that I have in
18 terms of our present state of biology. Intelligent
19 design has been characterized as a religious
20 position, a non-scientific position, because it goes
21 against the current consensus.
22          Now, I think as a scientist there are
23 legitimate claims, legitimate questions, legitimate
24 criticisms that we are bringing out on the table
25 and have to be addressed by our current

00088
1 understanding of neo-Darwinism. We are being
2 marginalized as a non-scientific approach just as
3 people had problems with Einstein's predictions or
4 Hubbell's predictions because of the metaphysical
5 implications of how we viewed the universe and our
6 position in it.
7          People object to my position because of
8 the same -- for the same reasons. Nonetheless, the
9 data will drive us in that direction, the science
10 will drive us in that direction. We may be wrong,
11 okay? We are going to have to stand the test of
12 criticism and the dialogue and, you know, we may be
13 wrong, that's a possibility. But I think our model
14 is consistent with the public evidence.
15          Another critical aspect to this debate is
16 that if the other side is wrong in part, and I'm not
17 saying that they are wrong in total, but in part, if
18 there are positions that neo-Darwinism draws or
19 inferences that it draws that are incorrect, that
20 could have an impeding effect on the advancement of
21 science, just like Einstein's reluctance to accept
22 that there was a point time start in the universe
23          That opened up entire new vistas in terms
24 of looking at the universe if it is proposed at that
25 point unforeseen experiments that could be done to

00089
1 verify it.

2    So are you getting my point? You are

3 asking me, is intelligent design based on the

4 National Academy of Science's definition of a

5 theory based on a well substantiated explanation.

6 We are at an infancy at this point. It is

7 controversial, it is heretical based on the common

8 consensus. But that's the history of science.

9 Whenever you have a new interpretation it is going

10 to be fought in the public arena.

11    Q.  You say it's its infancy, how do you

12 -- what is the basis for saying it has risen above

13 all of the hypotheses and up to the level of a

14 scientific theory?

15    A.  Because we are looking at the natural

16 world and we are seeing information storage systems

17 coded system that in any other context we would

18 ascribe an intelligence behind it.  You look at the

19 genetic code -- I mentioned Bill Gates is envious of

20 the ability, you know, the mechanism whereby that

21 information is stored.  It's the most efficient

22 storage system in the universe.  It has true

23 characters by which information is extracted from

24 it.  It's not unlike an alphabet, it's not unlike a

25 musical scale, it's not unlike mathematical symbols

Scott Minnich 5/26/05                Page 89

00090
1 okay?  It's a true code.

2    Our experience tells us whenever we find

3 a code there is a coder.  In the same context, we

4 look at subcellular machines, a new view of our

5 understanding of the cell that is within the last 40

6 years.  We didn't know about the bacterial flagellum

7 and how sophisticated it was, we didn't know about

8 DNA replication and their profound efficiency and

9 editing functions.

10    We have to look at this new data and say

11 is natural selection up to the task to produce this

12 level of complexity and specification?

13    Put it this way, on the Genome To Life

14 web site that was produced by the Department of

15 Energy several years ago, they make the statement in

16 the introduction that is to be read by the public

17 that, "The molecular machines we find in the

18 simplest of organisms produced by evolution dwarf

19 the engineering feats of the twentieth century."

20    Natural laws unselected, unintelligent,

21 un-in-purpose, un-forward looking can produce

22 machines more sophisticated than the entire

23 community of intelligent design engineers?

24    (Off the record.)

25    MR. WHITE:  He was going to finish his

Scott Minnich 5/26/05                Page 90

00091
1 answer from before.

2    MR. LUCHENITSER:  I'm comfortable with

3 the answer, I don't need anything more on that.

4    THE WITNESS:  The last bit of the

5 sentence.  So I'll continue with the statement, "The

6 molecular machines in even the simplest of organisms

7 produced by evolution dwarf the sophistication and

8 subtlety of machines produced by man, essentially

9 I mean, that's a paraphrase.

10 BY MR. LUCHENITSER:

11    Q.  Does the science only consider natural

12 causes?

13    A.  Not necessarily, okay?  You always look

14 for natural explanations first.  I mean, that is

15 consistent.  But I mean, there are sciences that

16 look for signs of intelligence, whether is is the

17 SETI project, if you are a forensic scientist, if

18 you are an archeologist, you know?  You are looking

19 at natural products and asking is there an

20 intelligence involved in what you are seeing.

21    Q.  Does science ever consider supernatural

22 causes?

23    A.  Under our current definition of science,

24 natural methodological science excludes

25 supernatural, but that hasn't been the case

Scott Minnich 5/26/05                Page 91

00092
1 historically.

2    Q.  Is the idea that science doesn't consider

3 supernatural causes as methodological naturalism an

4 accurate term for that concept?

5    A.  Right, if you are only going to -- if you

6 are going to define science as only accepting

7 natural cause and event to explain the phenomenon

8 you are studying, fine, if that's your definition of

9 science, it may not be the reality or the truth of

10 the situation.

11    Q.  Do you disagree with the current

12 definition of science that does not -- that's too

13 many negatives.

14    I think you agree that the current

15 definition of science does not consider supernatural

16 causes.  Do you disagree that that should be the

17 correct definition?

18    A.  It's a qualified disagreement, especially

19 in this debate.  If the science is committing you to

20 an intelligent cause, then you have to go where the

21 data leads.  If you are limiting your

22 interpretation, your interpretations, or what you

23 will accept as interpretations, it has consequences.

24    And I'm the first person to say we look

25 for natural causes, natural explanations first, all

Scott Minnich 5/26/05                Page 92

00093
1  right? But I'm not opposed to looking at the data
2  any more than a forensic pathologist is and saying,
3  you know, is it a natural death or was this a
4  designed death, is this a murder?
5       is natural law sufficient to describe
6  life forms on this planet or not? It's a valid
7  question. If it is insufficient, then that implies
8  that there may be an intelligence behind it, or in a
9  definitional term, a supernatural cause. But I'm
10  not saying supernatural in the way that you would
11  imply superstition or a specific god, et cetera. It
12  is just above the natural explanation.
13     Q. Would you agree with the proposition that
14  in order for intelligent design theory to be
15  considered valid science, science has to go beyond
16  the concept of methodological naturalism?
17     A. It would have to be modified. But again,
18  this is an artificial definition, in my mind. If
19  you are only going to accept natural explanations,
20  then that's all you are going to see, because by
21  definition you aren't even going to allow any other
22  explanation into the conversation.
23     Q. So in order for intelligent design theory
24  to be valid science, does the definition of science
25  have to be broad enough so that science can consider

00094
1  supernatural causes?
2     A. Right. I mean, isn't that what is going
3  on at NASA when you have all these radio telescopes
4  pointed out in the universe and asking the pattern
5  of pulsar magnetic radiation, different types of
6  radiation coming at us? Is it all just natural, or
7  is there somebody out there that has intelligence
8  that is trying to communicate with us?
9        I mean, that is going beyond, that is
10  looking at the natural data and saying, "Is there an
11  intelligence behind it?" That is legitimate. You
12  are looking for patterns, you are looking for
13  specificity, and it is being used now as part of our
14  scientific methodology.
15     Q. but there you are talking about looking
16  for extraterrestrial life, so it still seems that
17  you are looking at natural actors as opposed to the
18  supernatural actor. Now with respect to intelligent
19  design theory, doesn't --
20     A. Intelligent design theory doesn't rule
21  out the fact that those natural actors may have a
22  super intelligence that participated in development
23  of life on this planet, okay? And we don't know
24  that they exist so it is supernatural to our
25  experience. We don't know that there are aliens out

00095
1  there. We don't rule them out, we don't know they
2  haven't visited this planet. So that is, by
3  definition, supernatural, and there are a lot of
4  scientists that agree.
5       Francis Crick looked at the common
6  evidence in biology and said life could not arise on
7  this planet de novo, it was seeded by some
8  extraterrestrial source, in formulating his theory
9  of Pan Spermia, all right? Nobel laureate, looking
10  at the evidence, saying that there is some
11  supernatural event in terms of our understanding of
12  natural events on this planet, that solar winds blew
13  in some primitive organism or someone visited this
14  planet and seeded life. I mean, that's pretty far
15  out, but it is one of the hypotheses.
16     Q. Let me draw your attention to the top of
17  page 10 of your report, all the way to the top. You
18  say, "The real problem may not be determining the
19  best explanation of the origin of the flagellum.
20  Rather it may be amending the methodological
21  strictures that prevent consideration of the most
22  natural and rational conclusion."
23        Can you tell me what you meant by
24  amending the methodological strictures?
25     A. In other words, it is limiting our

00096
1  interpretation of natural phenomena. It has
2  consequences. If you are only going to accept the
3  laws of physics and chemistry, time and chance, as
4  an explanation of life on this planet, how it arose,
5  how it diversified, that could have -- that could be
6  a methodological stricture that has consequences in
7  terms of the progress of science.
8        Going back to Einstein's experience, he
9  came up with a radical new interpretation of the
10  universe that had philosophical, religious,
11  metaphysical implications. Whatever you want to
12  call it, he didn't like it, all right? And he
13  essentially fudged his equations to eliminate that
14  interpretation that impeded science.
15        All I'm saying is that I think in
16  biological systems we infer, in a consensus
17  viewpoint, that natural cause and effect is
18  sufficient to explain what we see, and I disagree
19  with that. It has the same types of implications
20  that were faced by the big bang theory, and that's a
21  legitimate area of exploration scientifically.
22     Q. On page one you say, kind of in the
23  middle of the last full paragraph on the page, you
24  refer to neo-Darwinism as the generally accepted
25  mechanism. So you would agree that evolution is a

00097

1 generally accepted theory in the scientific

2 community?

3 A. Sure.

4 Q. Would you agree that intelligent design

5 theory is not generally accepted by the scientific

6 community? -

7 Q. Oh, I agree, I agree. Like I said, it is

8 a minority opinion; in some people's minds it is

9 heretical, okay? But again, you can look at the

10 history of science and that's how we progress, by

11 challenging the status quo and holding it up to, you

12 know, an explanatory filter that has got to be

13 consistent with the information as we see it.

14       I think it is a legitimate debate. That's

15 why we are here. I respect Ken Miller and he is

16 serving a purpose in this debate, you know? He is

17 — and I am all for it. I enjoy the interaction

18 that we have had in a limited sense.

19       That's how science works. You have areas

20 of contention that can be small, they can be large

21 with cosmological implications. but that's how we

22 progress, by keeping each other honest.

23 Q. In your report, again I've quoted — and

24 this is before the beginning of the last paragraph

25 on page one, you state that, "Intelligent design

Scott Minnich 5/26/05          Page 97

---

00098

1 theory holds that the deep complexity and clearly

2 evident design in organisms is the result of an

3 intelligent agent."

4       Do you consider that to be a testable

5 proposition?

6 A. It is as testable as evolutionary theory.

7 Again, if we are looking at — you know, it is an

8 historical science in one aspect. We are going back

9 and looking at the records, we are looking at our

10 present knowledge and seeing if it is consistent

11 with the model that we currently have. This is as

12 much testable as evolution.

13       Let me give you an example. One of the

14 evidences for neo-Darwinism is molecular and

15 structural homology, okay? You look at the skeleton

16 in my hand, you look at the skeleton of a bat wing,

17 you look at the skeleton of a whale fin, there is

18 similarity. Same bones, different size structure.

19       I have a problem, in the sense, though,

20 that it is a self-referential argument. I believe

21 in common decent and therefore organisms should have

22 homologies, and because I find homologies, it

23 therefore proves common decent.

24       It doesn't rule out common design, in my

25 mind. Common design is on the table and you would

Scott Minnich 5/26/05          Page 98

---

00099

1 make the same predictions.

2 Q. Do those various kinds of examples you

3 just gave, do these homologist structures – do they

4 have identical genetic codes?

5 A. Some of them do, some of them don't. And

6 that's another interesting point that Simon Conway

7 Morris brings up in his paper that is included in

8 mine. If you believe in common decent, you would

9 think that organisms that have the same body plan

10 would develop through the same genetic program.

11       So there are, to my understanding,

12 invertebrates, such as sea stars, that go through

13 intermediate larval stages that are vastly

14 different. In fact, they weren't even recognized as

15 similar organisms when they are looked at at the

16 larval stage, yet they end up with the same body

17 plan.

18       Morris says in looks like evolution is

19 somehow channeled, and that is a problem with an

20 evolutionary scientist in terms of genetics and the

21 phenotype. And if it is channeled, then teleology,

22 purpose, is back on the table.

23       That's the prominent — one of the most

24 prominent evolutionary biologists stating and citing

25 an intelligent design by Denton saying that this is

Scott Minnich 5/26/05          Page 99

---

00100

1 a legitimate explanation.

2 Q. Now, let's go to the — I guess there are

3 bird wings and bat wings as kind of an example in a

4 homologous sense. What was the example you were

5 just using a second ago?

6 A. In terms of human skeletal structure for

7 a hand and a bat wing and a whale fin, I mean, they

8 have got similar structures, and therefore you infer

9 that they are related by decent because of

10 homologies at the structural level.

11 Q. Does a scientific theory have to be

12 testable?

13 A. Again, in terms of evolution, and Ernst

14 Mayer's definition, "Laws and experiments are

15 inappropriate for the explication of events and

16 processes when we are dealing with evolution."

17       We are looking at historical records.

18 There certain aspect that can be testable, but

19 again, there is a lot of inferences and

20 extrapolations that are involved in our current

21 thinking.

22 Q. Is it generally accepted in the

23 scientific community that for something to be a

24 scientific theory it has to be testable?

25 A. It has to be consistent with a body of

Scott Minnich 5/26/05          Page 100

00229
1  was running a haven of graduate students in
2  intelligent design, which blew me away.
3      I have never been on the payroll of the
4  Discovery Institute, and how an individual can come
5  on this campus and accuse me or foment this
6  conspiratorial perspective, I mean it just -- you
7  know, he is an expert witness, and boy, if he
8  performs with that same amount of integrity in his
9  general work, I have a problem with it.
10     Q.  Can you tell me what you do in your
11 capacity as a fellow for the Discovery Institute
12 Center for Science and Culture?
13     A.  I have no job description.  I have never
14 been given any assigned tasks.  Occasionally I am
15 called up and they say, "Will you review this?"  Or,
16 "Do you want to -- what do you think about this?"
17 More as a consultant.
18     But it is pretty minimal, you know?  I am
19 good friends with Steve Meyer.  But in terms of a
20 defined job description or what it means to be a
21 fellow, no.
22     Q.  And are you familiar with a document
23 called The Wedge Document?
24     A.  I have never read it.  I am familiar with
25 it.  What I have have read about it is, you know,

Scott Minnich 5/26/05                         Page 229

00230
1  what other people have said about it.
2      MR. LUCHENITSER:  I will ask you to mark
3  this.
4      (Deposition Exhibit No. 12 marked for
5  identification.)
6  BY MR. LUCHENITSER:
7      Q.  We have marked as Exhibit 12 a document
8  called The Wedge Center for the Renewal of Science
9  and Culture, Discovery Institute.  And I am going to
10 ask you to flip to -- okay, this says page two up
11 here, it might be page four of the document?
12     A.  Is get that table?
13     Q.  Yes, there is a table with three columns
14 and --
15     MR. WHITE:  I also object on the grounds
16 of foundational identifications.  Professor Minnich
17 said he has never seen this thing and doesn't know
18 about it.
19 BY MR. LUCHENITSER:
20     Q.  Where it says, "Goals, governing goals,"
21 in the first column, and the second goal listed is,
22 "To replace  materialistic  explanations with the
23 theistic understanding of nature and human beings
24 are created by God," do you agree with that goal of
25 The Wedge document?

Scott Minnich 5/26/05                         Page 230

00231
1      MR. WHITE:  Objection, this is -- you are
2  asking about Discovery Institute's alleged document
3  here.
4      MR. LUCHENITSER:  I just want to know if
5  Dr. Minnich agrees with that goal.
6      THE WITNESS:  Which one are you asking
7  about?
8  BY MR. LUCHENITSER:
9      Q.  The second goal listed in the first
10 column.
11     A.  "To replace materialistic explanations
12 with the theistic understanding that nature and
13 human beings are created by God."  That's not part
14 of my agenda, you know?
15     Q.  Do you think that's a worthwhile goal to
16 pursue?
17     MR. WHITE:  Objection.
18     THE WITNESS:  That's a loaded question.
19 Turn it around, and, you know, Richard Dawkins and
20 Dan Dennett have an agenda, to, you know, replace
21 religious belief with a materialistic viewpoint of
22 the world, is that not legitimate?  I mean, they are
23 driven by their world view and they want to see it
24 adopted.  Other people have a different position,
25 you know.  I don't think there is anything

Scott Minnich 5/26/05                         Page 231

00232
1  inherently wrong with this.
2      Q.  Is it a goal of yours or is it not
3  relevant to what you are doing?
4      MR. WHITE:  Objection, asked and
5  answered.
6      THE WITNESS:  No.  I mean, my goal in
7  life is to do science, be a father, pay my bills, be
8  a contributing citizen.  I am a Christian and with
9  that comes holding Christian tenants and doctrines.
10 There is a commandment in terms of evangelism or
11 defending your position, but I am not a missionary.
12 BY MR. LUCHENITSER:
13     Q.  Now, are you aware that the Discovery
14 Institute has issued a press release that is
15 critical of the actions taken by the Dover School
16 District that led to this lawsuit?
17     A.  I haven't seen it.
18     Q.  Okay, I'll give you a copy of it.
19     A.  Okay.
20     (Deposition Exhibit No. 13 marked for
21 identification.)
22 BY MR. LUCHENITSER:
23     Q.  Okay, we have marked as Exhibit 13 a
24 document called:  Discovery Calls Dover Evolution
25 Policy Misguided, Calls For Its Withdrawal,

Scott Minnich 5/26/05                         Page 232

00233
1        And if you could read the first two-
2   paragraphs of that press release and let me know if
3   you agree or disagree with the opinions expressed by
4   the Discovery Institute?
5        MR. WHITE:  And I will object to the lack
6   of foundation, no showing of authenticity, and you
7   are asking him to go into the head of the Discovery
8   Institute.
9   BY MR. LUCHENITSER:
10       Q.  I just want to know if you agree or
11  disagree with any of the positions expressed there.
12       A.  I'm not a policy expert so that's not my
13  area, it's not my expertise so I don't want to
14  comment.  So that's my answer.
15       I will say that from the viewpoint of the
16  Discovery Institute and my own personal opinion,
17  intelligent design is not -- should not at this
18  point be part of any curriculum in a public school.
19       Q.  So you do agree with that, that it should
20  not be a part of the curriculum?
21       MR. WHITE:  Objection, that's not what
22  this paragraph is saying.
23       THE WITNESS:  That's not what this is
24  saying.  I am just saying, you know -- and they are
25  not -- the Dover -- from my understanding of the

00234
1   Dover School Board, they are not saying that they
2   are going to incorporate intelligent design into
3   their curriculum, they are going to teach the state
4   board requirements in terms of Darwinian evolution,
5   and that's what they should do.
6        I haven't talked to anybody on the school
7   board and I am not aware of the motivation for the
8   posity that they have written.
9        Q.  Are you a member of any other
10  organizations?
11       MR. WHITE:  Time out.  Exhibit 14 is
12  withdrawn now?
13       MR. LUCHENITSER:  I didn't have it
14  marked.
15       MR. WHITE:  I'm sorry.
16  BY MR. LUCHENITSER:
17       Q.  Are you a member of any other
18  organizations that are in any way involved with
19  intelligent design theory?
20       A.  Yes, I think I am.  Bill Dembski has a
21  society of -- I don't know what they call it, but
22  they asked me if I wanted to be a fellow and put my
23  name on that as a member, and I have, but I have
24  never -- I mean, I've never done anything or gone to
25  any meetings or participated in any discussions.

00235
1        Q.  Have you ever read the book:  Of Panda
2   and People?
3        A.  I have skimmed it.
4        Q.  Do you know which edition you skimmed?
5        A.  The 1993 edition.  I think that's the
6   last edition, right?
7        Q.  Do you understand that to be the edition
8   that has been made available to students the Dover
9   School District?
10       A.  That's my understanding.
11       Q.  So you didn't read the whole thing?
12       A.  You know, I skipped through -- I have
13  skimmed the whole book.  I know what the contents
14  are, basically.
15       Q.  Do you believe the book to be an accurate
16  presentation of the intelligent design theory?
17       A.  Yes and no.  I mean, again, contextually
18  this was written in 1993 and things were just
19  getting off the ground at that point in time.  So it
20  is outdated, as any textbook would be that is a
21  biology textbook because of just the rapidity in
22  which data is collected.  But the basic arguments, I
23  think, stand in terms of alternative views of
24  looking at the basic principles of it.
25       Q.  Is there anything in the book you believe

00236
1   is incorrect?
2        A.  I'm sure any textbook has inaccuracies in
3   it.  I don't know of any specifics.
4        Q.  Are you aware of a new textbook under
5   development called:  The Design of Life?
6        A.  I just heard about it in the context of,
7   you know, this lawsuit.
8        Q.  Do you have any role in the development
9   of:  The Design of Life?
10       A.  No.
11       (Deposition Exhibit No. 14 marked for
12  identification.)
13  BY MR. LUCHENITSER:
14       Q.  We have marked as Exhibit 14 a document
15  entitled:  Dover Area School District News, Biology
16  Curriculum update, and I want to ask you to flip to
17  page two of this newsletter document and read the
18  third paragraph of the first column which starts
19  with the words, "In simple terms on a molecular
20  level scientists have discovered a purposeful
21  arrangement of parts which cannot be explained by
22  Darwin's theory.  In fact, since the
23  nineteen-fifties advances in molecular biology and
24  chemistry have shown us that living cells, the
25  fundamental units of life processes, cannot be

00237
1 explained by chance."
2          Do you agree with that statement?
3    A.   In part.  You know, I think this is
4 written for the lay public.  You know, I would
5 qualify some of these.
6    Q.   Do you think the statement is too strong?
7    A.   Yes, I mean it's -- I mean, it has a
8 flavor of an absolute and I hesitate -- you know, I
9 wouldn't have written it like that.
10   Q.   How would you qualify the statement?
11   A.   I wouldn't use words like, "Have
12 discovered a purposeful arrangement of parts which
13 cannot be explained by Darwinian theory."  I would
14 say when you have -- as I have mentioned before, we
15 have discovered macromolecular machines that all of
16 us agree are pretty amazing that we didn't
17 anticipate, and this throws a new light in terms of
18 Darwinian mechanism to produce them, and they need
19 to be reevaluated -- or our consensus viewpoint
20 needs to be reevaluated.
21   Q.   Do you think the statement could mislead
22 its readers about what the current state of
23 scientific knowledge is?
24        MR. WHITE:  Objection, calls for
25 speculation.

Scott Minnich 5/26/05            Page 237

00238
1        THE WITNESS:  I mean, that's speculative.
2 I don't know how the lay public -- I don't know who
3 this is written for or what context -- I mean, is it
4 the newspaper article?  Is this a --
5 BY MR. LUCHENITSER:
6    Q.   Actually, it's Dover Area School District
7 News, so that -- I believe it is made available to
8 both students and parents in the school district.
9        MR. WHITE:  I will just object to lack of
10 foundation showing authenticity, especially since
11 Professor Minnich hasn't seen this before.
12        THE WITNESS:  Right.  I mean, there is
13 no, you know, this in terms of journal or
14 publication that this is present in.
15 BY MR. LUCHENITSER:
16   Q.   That's all right, we can establish that
17 elsewhere at trial.
18        but would you, from your standpoint as an
19 educator, would you support the making of this
20 statement I quoted to high school students?
21   A.   This one here?
22   Q.   Yes.
23   A.   Not as it is written.
24        (Deposition Exhibit No. 15 marked for
25 identification.)

Scott Minnich 5/26/05            Page 238

00239
1 BY MR. LUCHENITSER:
2    Q.   We have marked as Exhibit 15 a document
3 called: Intelligent Design.  It's an article
4 that was published in Touchstone by Dembski called:
5 A Primer on the Discernment of Intelligent Design.
6        And if you could flip through the last
7 page of this article and look at the last paragraph.
8 I am just going to read you the paragraph and ask
9 you if you agree or disagree with this.
10       It states, "The world is a mirror
11 representing the divine life.  The mechanical
12 philosophy was ever blind to this fact.  Intelligent
13 design, on the other hand, readily embraces the
14 sacramental nature of physical reality.  Indeed,
15 intelligent design is just the Logos theology of
16 John's Gospel restated in the idiom of information
17 theory."
18       MR. WHITE:  Also object, you are having
19 him take this paragraph out of context of this
20 article, which is about 11 pages long which he has
21 never seen before.
22       THE WITNESS:  Yes, I haven't read this
23 article.
24       This is Journal of Mere Christianity,
25 this is a Christian publication written to a defined

Scott Minnich 5/26/05            Page 239

00240
1 audience.  "Mechanical philosophy was ever blind to
2 this fact.  Intelligent design, on the other hand,
3 readily embraces the sacramental nature of physical
4 reality."
5        I'm not really sure what that means.
6 "just the Logos theology."
7        "The world is a mirror representing the
8 divine life."
9        It's a question of semantics, but I think
10 this is consistent with Christian doctrine.  Again
11 going back to Romans, Chapter One, I mean it says
12 that God has revealed Himself in what has been
13 created.  It is clearly evident, his attributes.
14       Traditionally, Christian theology has
15 looked at nature as a second set of scriptures, and
16 this is really, I think, reforming what it says.
17 that we can learn about God from the study of
18 nature.  This has been a motivating force even in
19 the development of science as we practice it today,
20 agreed to by secular historians and scientists.
21       So in one sense I don't have a problem
22 with that.  "Intelligent design is just the Logos
23 theology of John's Gospel," I assume he is referring
24 to that:  In the beginning was the word, in the
25 beginning was information.  That's consistent with

Scott Minnich 5/26/05            Page 240