# EXHIBIT I

Warren Nord 6/7/2005

SHEET 10   PAGE 37
00037

Yes, although part of what I've tried to do is develop a theory of liberal education that is in fact better than--than the prevailing views. And it's not that I depart all that much from people from whom I have in fact learned a lot. I have-- it's not that I--I have all that unique an understanding.

But--but one of things that troubles me is--does bear on the discussion here and on what we've just been talking about. And that is, I think the conventional understanding of liberal education is that one should have a little science, a little literature, a little history, a little art, a little economics, and so that you study--you take different subjects.

And my problem with that way of thinking is that we don't teach students subjects; we teach them disciplines. We teach them the different way of thinking within economics--neoclassical economic theory--the establishment way of thinking in history, or in art, or in--or in science, and that a part of what makes education liberal--and then--and then what that ends up being is a kind of separatist education, where you--it's--it's like

PAGE 38
00038

encountering different items on a cafeteria line. I call it serial socialization. That is, you learn what the establishment--

Q You don't mean C-E-R-E-A-L, right?

Yeah, the cereal on the cafeteria line. Oh, that's good. I like that. I'm going to use that, if I may. Thank you.

And--and a part of--of the purpose of liberal education is to draw connections between the different disciplines, to point out the conflicts, the tensions, the overlaps, the compatibilities.

And that's what students don't learn to do. They don't learn to understand what the relationship of the disciplines is. And the very intra--I mean, this is part of what philosophy does, is it tries to get at the--the connections and the relationships between disciplines so that we can think outside of each box in turn and ask larger questions about what is reasonable to believe, all things considered.

And that's part of what science education should do, it seems to me, that it doesn't do, is--is not just train scientists, but to get--to--to

PAGE 39
00039

help students understand what--the role science has in a liberal education requires establishing connections with other disciplines and ways of thinking.

So that science education should be more liberal than it is. It should not just narrowly focus students in on the establishment understanding of science but should broaden them philosophically--and, in fact, I would also add, religiously--by locating science in various kinds of cultural disputes.

Although here, with regard to this case, I would be happy if they would simply give students a broader understanding of the relationship of establishment science to other--to dissenters on the edges of--of science to get them to see that there are various ways of being--being scientific, that the idea of science itself is one that's-- that's controversial. This may be touching on a new subject, but--

Q Uh-huh (yes).

--I perceive of it as an extension of what-- Okay.

Q --you were just saying. There are two terms that

PAGE 40
00040

I've encountered in this case that I think bear differentiation and definition.

Uh-huh (yes).

Q Methodological naturalism and philosophical naturalism.

Uh-huh (yes).

Q And am I correct that--if I can call it "mainstream science" or "traditional science"--

A Uh-huh (yes).

Q --insists on methodological naturalism?

Yes. That's--yes.

Q And am I correct that some scientists and other thinkers have developed a philosophical naturalism, which is a religious or a philosophic worldview rather than a methodologically scientific worldview?

MR. GILLEN: Object to the form.

A Certainly, that distinction is oftentimes drawn. Whether it holds up in practice is another question.

"Philosophical naturalism" means what? It's the idea that all of reality can be understood within naturalistic categories, so that in principle, unlike methodological naturalism, it

Warren Nord 6/7/2005

SHEET 11    PAGE 41

00041
1    concludes that naturalism is--is adequate for
2    explaining everything.  A methodological naturalist
3    would often--typically say that it--it may be
4    that--that science can't explain everything but
5    science should continue to be a method--to adhere
6    to a methodological naturalism:  Let's see how much
7    we can explain that way, but maybe we can't explain
8    everything in the end.
9              That distinction certainly can be drawn.
10   My problem, again, is that in practice the
11   distinction collapsed, given the way we do
12   education nowadays.
13 Q    Let me see if I can be more direct in trying--
14 A    Okay.
15 Q    --to go where I'm--
16 A    All right.
17 Q    --trying to go here.  Methodological naturalists
18   would say, "We insist on using our methodology to
19   understand the natural world."
20 A    Uh-huh (yes).
21 Q    And philosophical naturalists would say, "The
22   natural world is all there is;"--
23 A    Uh-huh (yes).
24 Q    --"there is nothing beyond that."

PAGE 42

00042
1 A    Okay.
2 Q    So the philosophical naturalists would say, "There
3   is no divine purpose in life"--
4 A    Uh-huh (yes).
5 Q    --"and, indeed, there is no divinity."
6 A    Uh-huh (yes).
7 Q    The philosophical naturalist would say, "There are
8   no absolute moral values; there are socially
9   useful"--
10 A    Okay.
11 Q    --"values."  So the philosophical naturalists would
12   take a religious approach--
13        MR. GILLEN:  Objection.  I'm sorry.
14 Q    --in term--religion in the sense of providing
15   ultimate meaning--and say that there is no ultimate
16   meaning.
17        MR. GILLEN:  Objection--
18 Q    Fair enough?
19        MR. GILLEN:  Objection to the form.  Go
20   ahead.  Answer.
21 Q    And that was so clumsy, I'll come back and do it
22   again.
23        MR. GILLEN:  No.  You know what, Chub,
24   you and I both know it's a complicated subject

PAGE 43

00043
1    matter.
2 A    Okay.  If--given the religious answer, if--if
3   "religion" means answering a question that has
4   religious implications--like "is there meaning?"--
5   and if you say no, because you've given an answer
6   to a religious kind of question, then philosophical
7   naturalism, I suppose, could be called a kind of
8   religion.
9              I myself don't like to use "religion"
10   in--in that way.  For--for me, a religious view is
11   a view that holds that there is some kind of
12   purpose or meaning to existence beyond naturalism,
13   so that naturalism simply--it--it doesn't make much
14   sense to call that a religious view.  But that--
15   that's a view about--that's my effort to try and
16   avoid using the word "religion" in an unduly
17   controversial or complicated way.
18 Q    And forgive me, because my notes got in the way of
19   my understanding.  You said a religious view as you
20   would view it requires that there is a meaning or
21   purpose to life, did you say?
22 A    To reality.
23 Q    To reality?
24 A    To reality.  That's right.  There is a dimension to

PAGE 44

00044
1    reality or an aspect of reality that--that
2    transcends what we can know naturalistically.  And
3    the different great world religions have defined
4    that in very different senses.  And in some
5    religious traditions, you--you have God, and in
6    others, you have nirvana, or Brahman, or the Tao,
7    and something that doesn't look at all that familiar
8    to our idea of God within the Western tradition,
9    but it's still an understanding of reality that
10   transcends in some--in important ways what--what a
11   naturalistic scientific worldview allows us to--to
12   say about reality.
13             And that's crucial to religion, to my way
14   of thinking, so that naturalism doesn't become
15   religious just because it gives negative answers to
16   religious questions.
17 Q    Okay.
18 A    I'm--I'm not sure that much hangs on that, in the--
19   in the end, even constitutionally, but--but I think
20   that's the clearest use of--of the term "religion."
21 Q    And to wrap up this segment--
22 A    Okay.
23 Q    --is it your view that that religious--strike that.
24        Is it your view that that appreciation

Warren Nord 6/7/2005

SHEET 12   PAGE 45
00045

for the reality of a transcendent purpose to
reality needs to be brought into both science and
science education in public schools?
        MR. GILLEN: Object to the form.
Let me give you a qualified yes, because a
straightforward yes would invariably be
misunderstood. So--and again, my understanding--
the--the conception of science education that I
argue for is locating science, in part,
historically and philosophically in relationship to
other subjects, other areas of our cultural life.
So that a good science education should help
students understand the relationship of science to
moral issues, political issues, religious concerns.
        That doesn't mean that religious views
should be understood to be--should be understood to
provide some kind of legitimate alternatives to
science, that they can become--that--that they--for
example, that--that Genesis should be taught in a
science class--class as a contender with
establishment science, no.
        Science classes should teach science. I
think they should include some discussion of IDT
because IDT should be considered science. At the--

PAGE 46
00046

at--at the least, students should be made aware of
the controversy over whether IDT is science. But
any science class should also locate students
within the larger cultural conversation we're
having about important things.
        So, to that extent, religious, moral, and
political views that science impinges on, has
implications for, need to be part of the framework
for locating students.
        MR. WILCOX: Okay. Why don't we take a
little break.
        MR. GILLEN: Sure.
        MR. WILCOX: We've been going for an
hour.
        MR. GILLEN: Certainly.

---------------------------------
        (ELEVEN-MINUTE RECESS)
---------------------------------

Q   (By Mr. Wilcox) If you will turn to the second
page of your opinion--
    (Examines paperwritings.) Uh-huh (yes).
    --there's a paragraph under the heading "Critical
Thinking."
A   Yes.

PAGE 47
00047

Q   And it's the next-to-the-last paragraph. And you
say, quote, "We disagree deeply in our culture
about how to make sense of nature," and then the
sentence continues.
    (Examines paperwritings.) Uh-huh (yes).
A   And I want to go into each of the parts of it.
Q   Okay.
    In talking about this disagreement in our culture
about how to make sense of nature, are you talking
about this question whether there is or is not a
transcendent purpose in reality?
        MR. GILLEN: Objection to the form.
A   Yes. But again, the--the controversy occurs on, I
think, two different levels. One is the level of
our culture wars, where the--the issue is
oftentimes framed in terms of creationism versus
evolution. And--and as I said, I--I think we need
to recognise that there are alternative positions
there, that the usual culture-wars rhetoric doesn't
work very well.
        And then there's also disagreement
among--more narrowly among scholars--and, in fact,
I think, among scientists--about how to make sense
of nature, so--where IDT is--is one of the major

PAGE 48
00048

issues. But that--it's not--that's not the only
source of that kind of conflict. It comes up with
regard to fine-tuning in cosmological evolution.
It comes up with regard to the origins of life. It
comes up with the nature of mind and morality.
There are--there are conflicts there among
scholars, among philosophers and scientists and
sometimes theologians, that the public is simply
unaware of. So--so, you know, we've got to do a
kind of two-layer analysis, I think.
Q   Okay. You continue in the sentence, "we disagree
about evolution."
A   Uh-huh (yes).
Q   Is this the disagreement as to whether evolution
has purpose or not, or is this the disagreement as
to whether evolution explains the origin of species
or not?
        MR. GILLEN: Object to the form.
A   Well, again, there are several different
disagreements. As I said, there's--there's the
culture-wars disagreement, where it's evolution
versus creationism oftentimes. There's a more
sophisticated analysis which--which says it's not

Warren Nord 6/7/2005

SHEET 15   PAGE 57

```
00057
 1  the--in the discipline to other ways of making
 2  sense of the world and of the--the particular
 3  subject at hand.
 4       Neoclassical theory is sort of like the
 5  methodological naturalism of--of the sciences.
 6  There's a--there's a real comparison there.  I
 7  think most people would find--and certainly when
 8  I've talked with groups of people and we talk
 9  through this--that the kind of commitment to
10  neoclassical economic theory in economics is--most
11  people find appalling, other than professional
12  economists.  And of course, people are something
13  more than that.  Of course, justice questions
14  should be involved in--in economics.
15       So, that kind of--that's part of my work,
16  too, that the kind of battles that we're looking
17  at--the kind of questions we're looking at in
18  science also occur in other disciplines.
19       (DISCUSSION OFF RECORD)
20  On Page 4, you have a paragraph that begins, "It is
20 Q true that we can distinguish, in principle, between
21  a methodological naturalism"--
22
23 A  (Examines paperwritings.)  Uh-huh (yes).
24 Q  --"and a philosophical naturalism."  Would you
```

PAGE 58

```
00058
 1  agree that the methodological naturalism that you
 2  refer to there is what we have been referring to as
 3  classical science or traditional science?
 4       MR. GILLEN:  Object to the form.
 5 A  The "traditional" and the "classical" seem to me to
 6  be not the right words to use, because classical
 7  and traditional science did involve design--have
 8  design explanations.
 9 Q  My--
10 A  It's peculiarly modern science--
11 Q  Modern science.
12 A  --that wants to dispense with--
13 Q  Okay.
14 A  --naturalistic--or design explanations.
15 Q  So "methodological naturalism" would be another way
16  of referring to modern science?
17
18 A  Yeah.
19 Q  And--
20 A  The dominant view, yes.
21 Q  And the philosophical naturalism, you say, denies
22  that there is any design or supernatural causes in
23  the world.
24 A  In reality.
25 Q  But I would take it further--
```

PAGE 59

```
00059
 1 A  Uh-huh (yes).
 2 Q  --and imply, from philosophical naturalism, a
 3  negation of any reality beyond the natural world.
 4 A  Uh-huh (yes).
 5 Q  Do you agree with that?
 6 A  Yes, I think so.
 7 Q  Okay.  Then you go on and say, "The educational
 8  problem is that unless students are made clear
 9  about this distinction, they will inevitably
10  conclude that science does tell us everything that
11  there is to be said about nature, and God plays no
12  role in nature."  What is your basis for that
13  statement?
14 A  (Examines paperwritings.)  I wouldn't write that,
15  first of all, the same way, if I were going to do
16  that again, because that simplifies what--what
17  my--my argument is.  And the problem is this:  We
18  can draw that distinction, methodological and
19  philosophical naturalism, in principle, easily
20  enough.  And that's fairly straightforward.  I
21  don't think--
22 Q  And we can explain it to students, too.
23 A  We can--we can explain it to students.  The problem
24  is that it's a--we don't explain--we don't explain
```

PAGE 60

```
00060
 1  it to students in a--in a compelling--in a
 2  compelling way.  And to do it in a compelling way
 3  to get them to see the point of it is, I think,
 4  difficult to do.
 5       And granted, you--you can--you can make
 6  the distinction in--in two sentences.  Okay.  But
 7  then we go and teach them for a semester or an
 8  academic year, using science understood in terms of
 9  methodological naturalism, and that two-sentence
10  explanation of the distinction gets lost because--
11  because of the over--overriding power of--of what
12  they learn afterwards through their whole study of
13  science.
14       Now, that's not to say that it isn't
15  important to draw that distinction.  It is
16  important to draw that distinction.  It's just that
17  that doesn't really go very far.  It doesn't go
18  nearly far enough to really get students to grapple
19  with the--with the kind of philosophical issues
20  that--that underlie the distinction, which is--is
21  part of what a liberal education should do, and--
22  and to show how drawing that distinction relates to
23  these larger questions about our cultural
24  disagreements over the extent to which science can
```

Warren Nord 6/7/2005

SHEET 16    PAGE 61

00061
```
 1
 2   1
 3   2  Q   explain reality.
 4   3          You say unless students are made clear, quote,
 5   4      "they will inevitably conclude that science does
 6   5      tell us everything that there is to be said about
 7   6  A   nature, and God plays no role in nature."
 8   7  Q       Yeah.  Well--
 9   8          Why do you say they will inevitably conclude that?
10   9  A   What is your basis?
11  10          I--I should have said they will naturally conclude
12  11      that, because I--I suppose it isn't inevitable that
13  12      they will conclude it.  But that will be the--the
14  13      natural conclusion:  Well, science doesn't tell us
15  14      anything about--and--and when I said that I
16  15      wouldn't have written it the second way, I--I
17  16      wouldn't have--I wouldn't have written it the same
18  17      way if I were doing it now, because I--I see a
19  18      complication that obviously didn't occur to me when
20  19      I wrote it.  And that is, it's not just that God
21  20      plays no role in nature, but the design plays no
22  21      role in nature.  And I--and I want to be very
23  22      careful to distinguish those two questions.
24  23          And students learn--we require them to
25  24      take, if they're going to university, four years of
         science in high school--
```

PAGE 62

00062
```
 1
 2   1  Q   Can--I want to focus on high school here.
 3   2  A   Yeah.  Four years of--of high--
 4   3  Q   Okay.
 5   4  A       --high-school science, and four years of science
 6   5      shaped by methodological naturalism.  And it--it
 7   6      conveys to them, unless a good deal of time and
 8   7      effort is spent, the idea that science can actually
 9   8      tell us everything that's to be said about nature.
10   9          And--and that's controversial.  And that
11  10      inevitably--naturally, at least--slides over into a
12  11      kind of philosophical naturalism.  The only way to
13  12      avoid that is to give them some kind of substantive
14  13      examples of--and which a liberal education
15  14      requires--of how science might have limitations
16  15      and--and how design might figure into our
17  16      understanding of nature, or even how nature, as
18  17      understood by modern science, might relate to God.
19  18              MR. WILCOX:  May I have that repeated,
20  19          just the last twenty words?
21  20          (Whereupon, the sentence at Lines 11 through 17
22  21              on this page was read back.)
23  22  Q   (By Mr. Wilcox)  I did not understand your
24  23      reference to design--
25  24  A   Uh-huh (yes).
```

PAGE 63

00063
```
 1
 2   1  Q   --in that last answer to necessarily be a reference
 3   2      to what we've been talking about as intelligent-
 4   3      design theory.
 5   4  A   Uh-huh (yes).
 6   5  Q   Did you understand it to refer to intelligent-
 7   6      design theory, or, more broadly, to the question of
 8   7      a transcendent god providing a purpose in life--
 9   8              MR. GILLEN:  Objection to form.
10   9  Q   --or--or in reality?
11  10  A   I'm not sure that I understand the question.
12  11  Q   Okay.  We've been talking design, I think, in two
13  12      different senses.
14  13  A   Uh-huh (yes).
15  14  Q   One is the narrow, inferential, explanatory--
16  15  A   Uh-huh (yes).
17  16  Q   --sense of intelligent-design theory--
18  17  A   Right.
19  18  Q   --and the other is--and perhaps we haven't been
20  19      talking about it; it's only me thinking fuzzily
21  20      about it--design in the sense of a purpose--
22  21  A   Uh-huh (yes).
23  22  Q   --of reality--
24  23  A   Uh-huh (yes).
25  24  Q   --that purpose being informed by a transcendent
```

PAGE 64

00064
```
 1
 2   1      god.
 3   2              MR. GILLEN:  Object to form.
 4   3  Q   Is that consistent with your understanding?
 5   4  A   So, there are three possibilities here.  One is the
 6   5      narrowest sense that--where a scientist might
 7   6      suggest a design explanation with regard to some
 8   7      fairly discrete phenomenon--how cells work, for
 9   8      example.
10   9          And then secondly, there's a larger
11  10      question about whether that provides some kind of
12  11      evidence for claims that there is a purpose in
13  12      nature that--that--or a design in nature.
14  13          And then there's a third level, which is,
15  14      how do we explain that design in nature?  Do we
16  15      appeal to a supernatural god--to a god or a
17  16      supernatural being who causes it?
18  17          My argu--my position is that--of course,
19  18      that you can make design explanations, and you can
20  19      hold the position that there's design in nature
21  20      apart from any commitment, theological commitment,
22  21      to a god or to a supernatural being, that those are
23  22      distinguishable--conceptually distinguishable kinds
24  23      of--of questions.  All the time, in--in our
25  24      ordinary everyday relationships, and indeed in the
```

Warren Nord 6/7/2005

SHEET 17    PAGE 65

00065

practice of science, we talk about things being
designed with--without presupposing that--that we
have to use religious language or theological
language in doing that.

So, certainly, we can talk of the idea of
design as conceptually independent of the--of the
idea of God. But, of course, when we talk about
the design inherent in cells or in fine-tuning
after the Big Bang, of course, the big question is,
how does that design get to be there? But it's
still a conceptually discrete question. You don't
have to have a religious--you--you can--you can
still have evidence for and a make a good argument
for design without having any kind of theological
or religious commitments, it seems to me.

So I--I want to be careful to distinguish
design questions from religious questions. And--
and that's what allows me to say that design
questions should be allowed in a somewhat enlarged
science. That doesn't run us the risk of making
science into a quasi-religious endeavor or a
theological endeavor.

Q   Can you identify for us one intelligent-design
theorist who claims that the source of the design

PAGE 66

00066

was some extraterrestrial alien?

A   Now, I know that Francis Crick argued that maybe
life arose here as a result of intelligent beings
elsewhere in the universe sort of implanting it.
But he, of course, wasn't an intelligent-design
theorist.

I guess I just don't--I don't see the
point. No, I mean, intelli--but intelligent-design
theorists claim that in the--claim that they can
do--that they can make design arguments apart from
theological convictions or--or commitments. And
that makes perfectly good sense to me.

Undoubtedly, some, maybe many, maybe most
of all them, do have religious convictions. But
still, you can distinguish the--the design
argument, the evidence for the design argument,
from the theological position which they may or
they may not hold. So that intelligent design as
science doesn't imply or require any kind of
religious worldview or conviction. It--it may well
be that the only way--or that the best way--maybe I
should say "the best way." It may well be that the
best way of explaining the design is in terms of a
supernatural god.

PAGE 67

00067

But there certainly are a variety of
philosophical positions and very liberal religious
positions which hold that there's design in the
world but that it's not there because of a
supernatural god, the kind of god that's part of
orthodox religious traditions: Aristotelian views;
process-theology, process-philosophy views; some
feminist views of nature.

So--so--and again, I want to draw that
sharp distinction between design on the one hand
and supernaturalistic religion on the other.
Design is supernaturalistic in sense "B." Design
isn't allowed, given the constraints of
methodological or philosophical naturalism, but you
can still have design without committing yourself
to supernaturalism "A," which is a designer--an
independent supernatural god. Next question.

Q   Do you know of any intelligent-design theorists who
are not also practicing Christians?

A   I don't know the religious backgrounds of many of
them. I know Behe's a Catholic. I don't know if
he's a good Catholic or a bad Catholic. That's his
tradition. And I know that Phillip Johnson has
made various kinds of remarks that suggest he's

PAGE 68

00068

religious in some deep sense. But, I mean, that's
all--about all I know about their private religious
views.

Q   You pose the question, in your report, at the top
of Page 5, "Is IDT science?"

A   Uh-huh (yes).

Q   And you suggest, quote, "Arguably, what should be
taken seriously as science is in part, at least, a
matter of what good scientists take seriously."
That strikes me as fairly circular. How do you
identify what is a good scientist if you don't have
a notion of what science is?

A   Well, it--it moves the focus from science in the
abstract to what particular individuals do. So,
first of all, it's important to point out the "is
in part," because it's in part a matter of
something else, which is philosophical
considerations.

But one way of--of deciding what good
science is is to look at what scientists do, and
that shifts the focus: Okay, then, what makes for
a good scientist? And--and the answer there is,
given our ordinary understanding of science, it's
somebody who's gotten a Ph.D. from a research

Warren Nord 6/7/2005

SHEET 19    PAGE 73

```
 1  00073
 2    1    into culture-wars debates.  It does that in part.
 3    2    But it also--and more importantly, more
 4    3    relevantly--ties into, I think, important
 5    4    discussions on the edges of science about how to
 6    5    define science, and to a tremendously important
 7    6    question of whether there's design in nature and in
 8    7    the world.
 9    8         Now, that's a perennial philosophical
10    9    question.  It's not just a religious question.
11   10    Philosophers have debated that quite apart from
12   11    anything that looks like traditional organized
13   12    religion.  And--and so it's--I mean, certainly, the
14   13    design question can be understood as a secular
15   14    philosophical question, but insofar as it's a
16   15    question to which collecting evidence and
17   16    performing experiments is--is relevant, it can also
18   17    be a scientific question, I think.
19   18 Q  Okay.  Let me continue, because we get to some of
20   19    this.
21   20 A  Okay.
22   21 Q  You ask--with reference to how many scientists take
23   22    IDT seriously--
24   23 A  Uh-huh (yes).
25   24 Q  --"What is (or has been) their standing within
```

PAGE 74

```
 1  00074
 2    1    establishment science?"
 3    2 A  Yeah.
 4    3 Q  Other than Michael Behe, can you identify for us
 5    4    one intelligent-design theorist who has a standing
 6    5    within establishment science?  I'm not talking
 7    6    about mathematics; I'm talking science.
 8    7 A  I--I guess, if the question is "Are there people
 9    8    who established a relationship and published in
10    9    science before they became intelligent-design
11   10    theorists?"  I--I don't know.  You know, about the
12   11    best that I can do in response to that question is
13   12    to say I'm not a scientist, and I do observe this
14   13    debate more through the kind of general literature
15   14    than through my reading of scientific journals or
16   15    the science--the science itself.
17   16 Q  You continue:  "What kinds of research have they
18   17    done?"  I--I assume here you're talking about IDT
19   18    scientists and what kinds of IDT research have they
20   19    done?
21   20 A  No, not necessarily.  Have they done--but here,
22   21    it's important--again, I mean, anybody who gets a
23   22    Ph.D. from a research university is going to
24   23    have--have done research in establishment science,
25   24    and so that's crucial.
```

PAGE 75

```
 1  00075
 2    1         How familiar are they with establishment
 3    2    science?  What kinds of credentials do they have
 4    3    because of their--their educations and things that
 5    4    they might have published apart from--from IDT?
 6    5    And it's a more-or-less kind of question.  That's
 7    6    relevant to--to judging--and--and again, how much
 8    7    of establishment science do they have to reject?
 9    8         If you're a creation--an old-fashioned
10    9    creation scientist and have to give up carbon-14
11   10    dating, and the age of the earth, and dinosaurs,
12   11    and all kinds of other things like that, you know,
13   12    that's an argument for saying that just can't be
14   13    considered science.  But I take it that most of the
15   14    IDT people don't do that, that they accept an awful
16   15    lot of science.
17   16 Q  Do they accept that man evolved from lower life
18   17    forms?
19   18         MR. GILLEN:  Object to the form.
20   19 A  I don't know.  I suppose I have to say I don't know
21   20    the answer to that.  I know in--in at least a few
22   21    cases--I mean, Behe, I know, accepts evolution;
23   22    he's an evolutionist.  And as a matter of fact, he
24   23    said--in a New York Times piece this spring, he
25   24    says most IDT theorists are evolutionists; it's
```

PAGE 76

```
 1  00076
 2    1    just that they think the design has to enter into
 3    2    the question of evolution.  So, in some sense, yes,
 4    3    we descend from other life forms.  It's just that
 5    4    you can't explain that evolutionary process in
 6    5    neo-Darwinian terms--or you can't explain it fully
 7    6    in neo-Darwinian terms.
 8    7 Q  Do IDT theorists tend to believe that the great
 9    8    majority of species were--suddenly appeared--
10    9         MR. GILLEN:  Objection to form.  Spec--
11   10    sorry.
12   11 Q  --with no record in the fossil record?
13   12 A  I--
14   13         MR. GILLEN:  Objection to form.
15   14    Speculation.
16   15 A  I--I don't know.
17   16 Q  Do you remember reading that in Pandas and People?
18   17 A  No.
19   18 Q  You pose the question "To what extent does the
20   19    theory draw on accepted science?"  "Draw on" is a
21   20    little vague.  Is it your view that intelligent
22   21    design draws on methodological naturalism?
23   22 A  It certainly draws on--I mean, it certainly draws
24   23    on--on other aspects of science.  And insofar as--
25   24    as pretty much all science is defined by
```

Warren Nord 6/7/2005

SHEET 20   PAGE 77

00077

methodological naturalism, it certainly draws on
the conclusions of that science to--as--as part of
its case.
        I mean, again, to think of Behe, he
doesn't--you know, this doesn't come all out of the
blue, his theory.  He's--he locates his design
arguments in the context of very deeply textured
understandings of the cell, which is drawn from--
from establishment science.  So it's--it's not,
again, like the old-fashioned creation scientists,
who dismiss so much of establishment science and--
and make arguments that are unrelated to
traditional or--or modern establishment science.
It--again, it just seems to me to be quite a
different kind of--of thing.
Q    Let's try to get at this another way, perhaps.  Do
you understand intelligent-design theory to be a
testable and tested hypothesis?
A    Yes, although the tests certainly would be somewhat
different from those employed in methodolo--within
a methodological naturalism.  They may be
statistical tests, like Dembski--Dembski offers,
or, you know, the notion of irreducible complexity
that Behe uses.  I mean, that's certainly--that's--

PAGE 78

00078

it's a way of testing an idea, but it's not the--
the standard way of--of methodological naturalism.
        The--the arguments for fine-tuning in--in
cosmology, again, rely on very sophisticated kinds
of mathematical and statistical analyses to suggest
that the nature of our universe--the idea that it
is by accident the kind of universe that produces
life is--are extremely improbable.  Well, I mean,
that's a way of testing, I think, a design claim,
but it's not the way of testing that's found, I
think, in much science.  Although here I'm really
going beyond what I can talk about, because I know
various kinds of scientists use various kinds of
statistical analyses to--to support causal claims,
for example.  So I--you know, I probably should
acknowledge my limitations, though I--
Q    Okay.  You referred earlier to seeing a list of two
or three hundred names--
A    Yes.
Q    --in, did you say, The New Republic?
A    I know The New Republic, and--and I--my impression
is that that list appeared in a couple of other
places, maybe The New York Times.  I--I saw it in
The New Republic.

PAGE 79

00079

Q    Do you know the context in which it appeared?  Was
     it a paid ad, or an Op-Ed submission--
A    Oh, I--
Q    --or a--
A    No, it was--it was a paid ad.  Sure.
Q    Okay.  And do you know who paid for the ad?
A    No.  I could guess, but, no, I don't know.  I
     don't--I don't remember.
Q    The Discovery Institute?
A    I--that would be my guess, but I--
Q    Okay.
A    --don't know.
        MR. WILCOX:  Off the record.
        (DISCUSSION OFF RECORD)
        MR. WILCOX:  Okay.  Back on.
(By Mr. Wilcox)  You continue in your list of aids
or tests:  "To what extent is it an ad hoc theory?"
Uh-huh (yes).
You'd better explain what you mean by that for me.
(Examines paperwritings.)  Well, the next sentence
explains it.  That is, "Does it grow honestly out
of the evidence rather than out of prior
ideological or religious commitments?"  An
explanation that--that really doesn't grow out of

PAGE 80

00080

evidence but grows out of convictions that someone
already has would be an ad hoc theory.
Q    Okay.  So those are two connected--
A    Yes, that's right.
Q    --questions?
A    I should have said, "That is, does it grow out,"
     but--and--and let me--I--is your question does
     design--is design theory ad hoc?  No.
Q    I'm going to go to the next--
A    All right.  I'll wait for your question.
Q    --question.  To answer whether it grows honestly
     out of evidence imports a notion of
     trustworthiness--
A    Yeah.
Q    --that I'm not sure I can address.  Do you feel
     that you have insights as to the honesty vel non of
     the IDT theorists?
A    I don't have any deep insight into--
Q    Okay.
A    --into their honesty, or into the honesty, I should
     say, of--of--
Q    Neo-Darwinists?
A    --some neo-Darwinists.  That's right.
Q    Okay.

Warren Nord 6/7/2005

SHEET 21   PAGE 81

```
 1  00081
 2    1  A   'Cause you can make the same kinds of arguments
 3    2      in--in either case.  I mean, people say that--
 4    3      that--a lot of people say that design theorists--
 5    4      theory really grows out of religious convictions,
 6    5      and some people say that neo-Darwinism really grows
 7    6      out of atheistic convictions.
 8    7          Darwin--Darwin himself couldn't believe
 9    8      in a personal god after the death of his ten-year-
10    9      old daughter.  You know, does that have something
11   10      to do with the fact that he now can ex--that--that
12   11      he wants to come up with an explanation of the
13   12      world independent of a--of a theistic god?  I don't
14   13      know.  My suspicion is that probably Darwin's
15   14      theory did grow out of a--not out of his re--his
16   15      personal rejection of a religious god.  But
17   16      certainly there are some neo-Darwinians who
18   17      probably hold their views at least in part because
19   18      they can't tolerate the idea of a god.
20   19          So how do you assess the honesty?  I
21   20      don't know.  Certainly, many neo-Darwinians, I
22   21      think, come to their views because that's their
23   22      best reading of the evidence, rather than out of
24   23      any kind of prior religious convictions.  And I--
25   24      and I suspect that at least some IDT theorists,
```

PAGE 82

```
 1  00082
 2    1      maybe most of them, also come to their convictions
 3    2      out of an independent assessment of the evidence.
 4    3      Maybe they're open to design explanations because
 5    4      of religious convictions that they have, but--but
 6    5      that's a different question from whether those
 7    6      religious convictions actually drive or shape their
 8    7      conclusions as scientists.
 9    8  Q   Okay.  You continue that "whether or not IDT is
10    9      good science is in part, at least, a philosophical
11   10      question."
12   11  A   Yeah.
13   12  Q   And you then state, "Modern science has prided
14   13      itself on its openness to new evidence and to the
15   14      potential falsification of its theories."  Would
16   15      you agree that modern science, however, is not open
17   16      to different methodologies; it insists on--
18   17  A   Yes.
19   18  Q   --methodological naturalism?
20   19  A   Yes.  And that then becomes the kind of
21   20      philosophical question that it's important for
22   21      science--scientists themselves and students who
23   22      study science to be educated about:  Is
24   23      methodological naturalism--should methodological
25   24      naturalism define modern science?  Because if--if
```

PAGE 83

```
 1  00083
 2    1      that question isn't opened up for discussion,
 3    2      then--then you get what I call scientific
 4    3      fundamentalism, whereby students are expected to
 5    4      accept methodological naturalism more or less as a
 6    5      matter of faith, or, that is to say, of trust in
 7    6      the scientific establishment, rather than any kind
 8    7      of reasoned conviction about it.
 9    8          The only way to--to have a re--a reasoned
10    9      position on methodological naturalism is if you
11   10      understand something of the alternatives or the--
12   11      the debate about the adequacy of methodological
13   12      natural--methodological naturalism going on in our
14   13      larger intellectual life.
15   14  Q   To some extent, intelligent-design theorists
16   15      reference things like Mount Rushmore.
17   16  A   Yeah.
18   17  Q   You're familiar with that--
19  -18  A   Yeah.
20   19  Q   --sort of "I know it when I see it"?
21   20  A   Uh-huh (yes).
22   21  Q   That, of course, presupposes that the intelligence
23   22      underlying the design is an intelligence much like
24   23      human intelligence, doesn't it?
25   24  A   Yeah.  Well, I mean, that analogy does, yes.  Or by
```

PAGE 84

```
 1  00084
 2    1      analogy, yes.
 3    2  Q   Which connotes that man is created in the image of
 4    3      God, does it not?
 5    4  A   Well--
 6    5          MR. GILLEN:  Object to form.
 7    6  A   --no, because, again, I want to distinguish between
 8    7      supernaturalism "A" and supernaturalism "B" simply
 9    8      because there are some folks in the history of
10    9      thought who are supernaturalists "A," and there are
11   10      some folks who are supernaturalists "B," and--and
12   11      intelligent design is compatible with either.
13   12          It doesn't require God understood in
14   13      traditional terms of Judaism, Christianity, and
15   14      Islam.  It could be simply the presence of design
16   15      in the universe in ways in which other philosophers
17   16      have understood as--as a possibility but that
18   17      doesn't rely on--on the idea of God.  So--and
19   18      that's a crucial distinction.  I--I don't want to
20   19      lang--we don't--we don't necessarily have to have
21   20      God just because we have design.
22   21  Q   I'd like to switch gears and talk about the
23   22      educational value--
24   23  A   I'm happy to switch gears.
25   24  Q   --of the Dover Area School District--
```

Warren Nord 6/7/2005

SHEET 22   PAGE 85

```
00085
 1  A   Okay.
 2  Q   --update of the biology curriculum.  The biology
 3      curriculum was updated to include a preliminary
 4      statement as follows, quote:  "Students will be
 5      made aware of gaps, slash, problems in Darwin's
 6      Theory and of other theories of evolution,
 7      including, but not limited to, Intelligent Design."
 8      What are the--do you have any understanding as to
 9      what is meant by the "gaps, slash, problems in
10      Darwin's Theory"?
11  A   (Examines paperwritings.)  I don't know what--since
12      I haven't read any literature or talked with any of
13      the people--what the authors of that statement
14      mean.  I--I can speculate as to what it might be or
15      what I would take them to be, the--the
16      gaps/problems.
17  Q   Would it, in your mind, be a reference to gaps in
18      the fossil record, for example?
19  A   It could be.  That's certainly one of the--the
20      kinds of gaps that oftentimes are mentioned,
21      particularly in--in intelligent-design literature.
22  Q   And could it be also the difficulty that evolution
23      has in explaining the crossover from chemistry to
24      life?
```

PAGE 86

```
00086
 1  A   That would certainly be one of the possibilities,
 2      yes.
 3  Q   Can you think of any other gaps, slash, problems in
 4      Darwin's theory?
 5  A   Well, I think another big one would be the
 6      development of--of sexual reproduction.  My
 7      understanding is that--this is nothing I'm an
 8      expert on, but my understanding is that that does
 9      create a large problem, how you get sexual
10      reproduction where only the--half the genes of--of
11      each parent become transmitted to the offspring,
12      that that's not what neo-Darwinism would--would
13      lead one to think should happen.  So how do you--
14      how do you get bisexual reproduction?  That might
15      be one.  I don't--I don't know.
16          I mean, certainly, there are particular
17      kinds of cases, the things that Behe talks about,
18      in--in cellular biology and biology.  There's--
19      there's the kind of problem that Gould tried to
20      address with punctuated equilibria, the rapid
21      transitions in evolution.  I suspect that's
22      probably one.  And then the absence of--of fossil--
23      intermediate fossils in those kinds of cases.  I
24      suspect those are the kinds of things, but I don't
```

PAGE 87

```
00087
 1      know what in particular the authors meant.
 2  Q   Well, let me just test--see if I understand--strike
 3      that.
 4          I'd like to ask you if you have an
 5      understanding as to the structure of this sentence.
 6      One way to read it is that students will be made
 7      aware of gaps/problems in Darwin's theory and that
 8      they will be made aware of gaps/problems in other
 9      theories of evolution.
10  A   Yes.
11  Q   Do you read it that way?
12          MR. GILLEN:  Objection.  Form.
13      Speculation.
14  A   (Examines paperwritings.)  I'm puzzled as to that
15      sentence, too.  I--that seems to be--do you want to
16      a suggest another reading to it?
17  Q   Another reading might be "Students will be made
18      aware of gaps/problems in Darwin's theory, and
19      they"--
20  A   And then made aware of other theories.
21  Q   --"and then they will also be made aware of other
22      theories of evolution, including intelligent
23      design."
24  A   Well, I suspect that's what it means because--
```

PAGE 88

```
00088
 1  Q   The latter?
 2  A   Right, probably, but--but I don't know.
 3  Q   Okay.
 4  A   I don't know.
 5  Q   In your view, is intelligent design another theory
 6      of evolution?
 7          MR. GILLEN:  Objection.  Form.
 8      Speculation.
 9  A   Well, I mean, I--my impression is that at least
10      some, Behe says most, intelligent-design theorists
11      accept evolution.  The question is the mechanism of
12      evolution.  I don't know whether that's the case.
13      I--I just don't know whether most intelligent-
14      design theorists accept evolution in--in some form.
15      Well, I don't know.
16  Q   Okay.  So, if the school board had in mind that
17      intelligent design was an alternative theory of
18      evolution to Darwinian theory--
19  A   Uh-huh (yes).
20  Q   --you would say that that's not consistent with
21      your understanding of intelligent design?
22  A   I'm sorry.  Say that again?  If--
23  Q   If the school board--
24  A   Uh-huh (yes).
```

Warren Nord 6/7/2005

SHEET 25   PAGE 97

```
00097
  1  A    I--I think that neo-design--pretty soon, we'll have
  2       neo-design theory.
  3  Q    We already do.
  4  A
  5
  6
  7
  8
  9
 10
 11
 12
 13
 14
 15
 16
 17
 18       But still, what intelligent-design
 19       theorists have come up with is very suggestive
 20       and--and, I think, significant, in part because of
 21       its implications, and particularly for its--the
 22       questions it raises about the nature of science and
 23       whether science needs to be defined more broadly.
 24  Q    Can we agree that, as you understand it,
```

PAGE 98

```
00098
  1       intelligent design is not an explanation of the
  2       origin of life in the sense of life going from
  3       innate chemistry to living matter?
  4  A    I don't think that there's a complete theory there.
  5       There's--that's my impression. Again, I mean,
  6       I'm--I'm a philosopher looking at this literature
  7       from some distance, but my impression is that
  8       there's not a complete theory of how design figures
  9       in at all stages of evolution, that there are some
 10       gaps, some problems for Darwinists, and there are
 11       some particular places where design looks like a
 12       pretty obvious explanation where there are no
 13       competing Darwinian explanations. So that there's
 14       kind of the sketch of a--of an alternative theory
 15       that's--that's available. But--but, obviously, a
 16       lot of work still needs to be done to fill in that
 17       sketch.
 18            One other thing that I'd say here, too,
 19       that seems to me to be important, and--and that is
 20       that, I mean, one of the reasons that I take design
 21       theory seriously as a possible explanation,
 22       competing explanation, is that it seems to me that
 23       you can make a fairly strong case for design in
 24       cosmological evolution, the kind of anthropic
```

PAGE 99

```
00099
  1       fine-tuning arguments that have received a lot of
  2       discussion among cosmologists and philosophers.
  3  Q    Just--
  4  A    At one end--
  5  A    Just so we are--are communicating, "cosmology"
  6       meaning how the universe got to--
  7  A    Yes.
  8  Q    --be the way it is?
  9  A    Yeah. In the--in the wake of the Big Bang, the
 10       very extraordinary set of coincidences that
 11       allowed--that made this universe a universe that in
 12       the end produces life. The--the extent to which
 13       cosmologists and defenders of the naturalistic
 14       worldview have to go to to re--to discredit that
 15       idea usually requires the appeal to an infinite
 16       number of universes, which is an extraordinary move
 17       to make.
 18            So--so, you--you get a kind of plausible
 19       design argument out of fine--cosmological
 20       fine-tuning. And on this end, thirteen billion
 21       years later, there's--there's a fair amount of--
 22       secular philosophers oftentimes reject naturalistic
 23       explanations of the mind. One doesn't have to be
 24       religious, by any means, to believe that naturalism
```

PAGE 100

```
00100
  1       is inadequate to explain the mind, that you need--
  2       that--that mind is something that requires a quite
  3       different kind of explanation than modern science
  4       and naturalism can--can provide.
  5            So that at both ends of our thirteen-
  6       billion-year history, you've got design that--that
  7       oftentimes is--is argued for on secular grounds
  8       rather than religious grounds. So that the
  9       intervening stages of how life came to be and--and
 10       biological evolution--that--that there are design
 11       explanations which are now being made available
 12       seems to fit a larger pattern than--so, in part--
 13       that's one of the reasons that I take it seriously,
 14       is that it--it fits that larger pattern, and you
 15       don't just look at the--you don't have to just look
 16       at the kinds of arguments that Behe makes about
 17       cells. That's an important piece of the puzzle,
 18       but--but the puzzle's a big puzzle.
 19  Q    Spanning thirteen billion years?
 20  A    Spanning thirteen billion years, yeah, that's
 21       right.
 22            MR. GILLEN: Let the record reflect it is
 23       not a young earth.
 24            THE WITNESS: Yeah.
```

Warren Nord 6/7/2005

SHEET 33   PAGE 129

00129

1  things when they're in tenth, and so on.  And--and
2  you have--you have to balance that with arguments
3  that science educators would make about what the
4  proper sequence should be in teaching students the
5  sciences.  And ninth grade isn't too early to give
6  them some sense of what's at issue.  So, you know,
7  there are a lot of variables that you weigh when
8  you decide what--what to teach them when.
9       But, yes, in principle, it would be nice
10  if students were a little older and more mature and
11  better able to understand some of the issues than
12  they are in--in ninth grade.  But then you might
13  have to teach physics in ninth grade, and then you
14  couldn't make the--they wouldn't understand some of
15  the alternatives there.  So, you know, I don't know
16  how you sort that out.
17
18 Q
19
20 A       (Examines paperwritings.)  Uh-huh (yes).  Okay.
21 Q
22
23
24 A



PAGE 130

00130

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21 Q  Okay.  And then you say, "I believe it is
22     appropriate for science texts"--and, I assume,
23     science teachers--
24 A  Uh-huh (yes).

PAGE 131

00131

1  --"to teach students that most scientists believe
2 Q  that neo-Darwinism is a confirmed theory."
3 A  Yes.
4 Q  And then you continue by saying, "Still"--which I
5     interpret as kind of a "however"--"the
6     distinction"--
7 A  (Examines paperwritings.)  Yes, you're right.
8     That's a still--that's a "however" "still."
9 Q  --"the distinction rightly suggests that because
10     neo-Darwinism is a theory, its confirmation rests
11     not simply on observation"--
12 A  As do facts.
13 Q  --"but on a wide range of complex considerations
14     which are potentially open for reinterpretation."
15 A  Yes.
16 Q  Now, you lost me there, because I thought
17     confirma--theories are confirmed by observation and
18     not by a wide range of complex considerations.
19 A  Oh.  Facts--facts are things that we observe
20     directly.  Theories hinge on all kinds of things we
21     can't observe directly.
22          So that--I mean, it's a fact that the cup
23     is right here.  (Indicating.)  I can observe it
24     directly.  But that--the fact that the cup is made

PAGE 132

00132

1  out of electrons and protons and neutrons and
2  photons and, you know, all of those things--that's
3  a theory.  That's--that has to do with atomic
4  theory.  And--and I can't observe any of that stuff
5  directly.  That's a--that hinges on all kinds of
6  scientific laws and--and complicated theories,
7  which have implications for our observations but--
8  but go way beyond our observations.
9       So that the theor--neo--neo-Darwinism as
10  a theory rests on a whole set of complex
11  considerations and complex kinds of arguments and--
12  and evidence.  We can't observe evolution.  And--
13  and that's important, because factual judgments can
14  be confirmed directly by virtue of our
15  observations; theories can be more or less
16  confirmed, but they go way beyond our immediate
17  observations.
18       So, most scientists, I think, believe
19  that neo-Darwinism is a confirmed theory.  Now, I
20  would say probably--and I perhaps should have said
21  that--that its confirmation has a high degree of
22  probability for most scientists.  Most scientists
23  accept it as a confirmed theory.
24       But because--but there's still a point to

Warren Nord 6/7/2005

SHEET 34   PAGE 133

```
00133
 1
 2        the kind of objection that some people make to--to
 3        evolution, because its confirmation rests on a
 4        whole set of complicated considerations that are
 5        perhaps open to alternative interpretation, namely
 6        design interpretations.
 7   Q    Okay.
 8   A    But--but I think that students should be taught--
 9        you know, I'm not in favor of--of balanced
10        treatment in the sense of giving equal time to
11        alternative theories.  And in my ideal biology
12        textbook, you know, you don't give equal time to
13        Biblical creationism, or--or just limiting us to
14        scientific views, to design theory and to
15        establishment science, but, of course,
16        establishment science has got to receive most of
17        the--the time and--and--pages in the textbook and
18        hours in the--in the class.  But you can't exclude
19        legitimate alternatives.
20             And so design theory has to be taken at
21        least seriously enough so students are made aware
22        of it and given, ideally, some sense of what it is.
23        Short of that, the kind of disclaimer that Dover
24        wants to have seems to me to be a very, very modest
25        step in the right direction.
```

PAGE 135

```
00135
 1        textbooks somehow or another conveyed the idea that
 2        the--that the school board was on the side of--or
 3        was--was opposed to--to teaching--teaching
 4        evolution, in spite of the fact that the school
 5        board chose the textbooks, which, as he
 6        acknowledged, had hundreds of pages on evolution.
 7             So, I mean, it's ludicrous to attach that
 8        much importance to the sticker--which also, of
 9        course, means, you know, why are you--all so upset
10        about it?--because it--it doesn't have that kind of
11        cosmological import.
12             But--but it serves the--the goal in a--in
13        a kind of mini--minimal but important way of--of
14        making students aware of the fact that there are
15        alternatives.  And that in itself is worthwhile
16        even if it isn't nearly as--as--have the kind of
17        substantial implications that it--that it should.
18             I mean, as I said, I would have students
19        learn something much more about the philosophical
20        and historical issues relating to design and--and
21        methodological naturalism and neo-Darwinism than
22        is--than is usually done, but at least make them
23        aware of the fact that there's a controversy.
24   Q    Okay.  The controversy that you're referring to in
```

PAGE 134

```
00134
 1   Q    Under the heading "The Present Case"--
 2   A    (Examines paperwritings.)  Yes.
 3   Q    --you say, "By making students aware of the
 4        controversy surrounding Darwin's theory of
 5        evolution, including IDT, the Dover School District
 6        is promoting legitimate, secular, pedagogical goals
 7        and enhancing their science education and student
 8        learning."  Given some of the ambiguities,
 9        inconsistencies, problems, and gaps that we've
10        noticed in the--
11   A    Yeah.
12   Q    --board's statement, and the fact that it is just
13        read and then abandoned for the rest of the--
14   A    Yes.
15   Q    --semester, do you think this might be an
16        overstatement here?
17   A    (Examines paperwritings.)  It is promoting a
18        legitimate, secular, pedalogic--pedagogical goal,
19        and it is minimally enhancing their science
20        education and student learning.
21             I mean, you're right.  It's--it's--you
22        know, I--I think Judge Cooper's decision was
23        ludicrous because he thought that that little
24        disclaimer that they pasted in the Georgia
```

PAGE 136

```
00136
 1        this statement--
 2   A    Uh-huh (yes).
 3   Q    --that we just quoted is as to whether there is or
 4        is not purpose underlying life?
 5   A    It's--it's the--it's to make them aware of the
 6        controversy regarding design explanations in
 7        biology, yes, that--that there is an alternative
 8        theory for understanding nature that--that involves
 9        design explanations, yes, and so is--you know, I
10        want it to be much more substantial than it is
11        to--to really serve the purposes of liberal
12        education.  But it--but it--it serves the minimal
13        purpose of alerting them to a controversy that's--
14        that's real and that's important.
15             And that's the contro--the controversy is--
16        Is--is over whether design explanations have a role
17        in biology.
18             And by "design explanations" here--
19   A    Uh-huh (yes).
20   Q    --we're using it not in the sense of design of a
21        particular bacterial flagellum but rather in the
22        broader sense of "Is there purpose to life?"  Is
23        that--
24             MR. GILLEN:  Objection to form.
```

SHEET 35   PAGE 137

```
 1  00137
 2    1  Q    Isn't that what you mean?
 3    2  A    The--the two are related, but, I mean, intelligent-
 4    3       design theory, insofar as it holds that there are
 5    4       design explanations that are--are plausible, that
 6    5       are reasonable explanations, is compatible with and
 7    6       open to the possibility, then, that there is some
 8    7       kind of larger design in nature.  It's also open to
 9    8       the possibility that there's a supernatural
10    9       explanation, but it doesn't require any of those
11   10       things.
12   11            But--but, yeah, I mean, I think that--
13   12       that the--that the controversy is over whether or
14   13       not--that--the--the underlying principle is that
15   14       when there's a controversy, students should be made
16   15       aware of different points of view.
17   16            Now, there's a controversy over
18   17       evolution.  Some of the points of view are
19   18       religious.  And I think they should be included
20   19       at--at some point in the--in the curriculum.
21   20       Where, is an important question, obviously.
22   21            But there are also--there is also a--a
23   22       scientific controversy, at least if we are willing
24   23       to have a somewhat broader definition of science
25   24       than establishment science holds.  There's a
```

PAGE 139

```
 1  00139
 2    1       actions of atoms?
 3    2  A    Yeah.  I mean, that's what--that's what makes the
 4    3       controversy important to most people.  And--and I
 5    4       can't--I don't know what--I've not talked with and
 6    5       I've not read what the school board said about it,
 7    6       so I--you know, I can't speak to--to that.
 8    7            But, for most people, undoubtedly, that's
 9    8       why it's important.  That's not the only reason or
10    9       maybe even--I mean, that's one--one reason why
11   10       students should be educated about the controversy.
12   11            But the other reason is because there is
13   12       a debate, a controversy, among scientists about
14   13       what counts as a good and an adequate scientific
15   14       explanation.  And that controversy in and of itself
16   15       is important enough to warrant refu--reference to
17   16       intelligent design, I think, in--in the curriculum.
18   17            Now--now, many people, no doubt, would--
19   18       would say, "I could care less about this--this
20   19       debate among scientists and--and who gets to count
21   20       as scientists and who doesn't.  I believe what
22   21       Genesis tells me."  I--I mean, of course.  And
23   22       that's why this debate is so important to many
24   23       people.
25   24            But that's not the only reason it's
```

PAGE 138

```
 1  00138
 2    1       controversy about that, what it means to be
 3    2       scientific.  And students should inform--be
 4    3       informed about that.
 5    4            And--and then the controversy is, do
 6    5       design ex--are design explanations legitimate?  I--
 7    6       I think, since there is a respectable case that can
 8    7       be made for that, that students need to be made
 9    8       aware of it.  "Respectable" meaning, as we talked
10    9       before, in terms of arguments and evidence cited by
11   10       people who have credentials in science and who use
12   11       other aspects of science as--as--in the process of
13   12       being scientists, who--who don't flatly reject
14   13       everything that science has to say, and that aren't
15   14       incompetent and un--uneducated in establishment
16   15       science.
17   16  Q    Let me see if you can agree with this--
18   17  A    Okay.
19   18  Q    --statement:  Throughout your opinion, you have
20   19       referred to significant disagreement and important
21   20       controversies.  Isn't it true that what makes the
22   21       controversy important is the implications as to
23   22       whether there is a meaning to life--
24   23  A    Uh-huh (yes).
25   24  Q    --other than sheer random, unguided, purposeless
```

PAGE 140

```
 1  00140
 2    1       important.  And--and the warrant of references to
 3    2       intelligent design, and ideally some discussion of
 4    3       it, stem from the fact that there is--there is a
 5    4       serious intellectual controversy among scholars,
 6    5       credible scientists, and philosophers who--some of
 7    6       whom are secular, not--not religious, about the
 8    7       nature of design in--the nature of design in
 9    8       nature, the--whether--whether there's design in
10    9       nature.  And, as I said, not just in biology but
11   10       also in cosmology, and also in how we understand
12   11       the brain and the mind, and in other areas of
13   12       science.
14   13            So it's not just this case, even though
15   14       that's the one people pick up on 'cause that's--
16   15       that's the one that is personally--it's a part of
17   16       our culture wars.
```



```
18   17  Q
19   18
20   19
21   20
22   21
23   22  A
24   23
25   24
```

Warren Nord 6/7/2005

SHEET 36   PAGE 141

00141

So, no, they shouldn't be taught that that's true. But as I said earlier, it seems to me that an introductory biology text, whether in undergraduate school or in high school, should locate biology within historical and philosophical controversies, so that if students are to be liberally educated, they appreciate the tensions, the conflicts, the overlaps between various ways of making sense of nature.

So, yes, I think a Biblical text--I mean--Biblical--a biological text--which is a Biblical text to some people--a biological text might well say something about creationism and Genesis--not much, but a little--talk about the differences between that and intelligent-design theory, talk about other ways, maybe Lamarckian evolution--

Would it be okay--

--so--

Q   --for a text, and teachers teaching in accordance with the text, to explain to students that, you

PAGE 142

00142

know, for a long time, Western man thought that God created the earth and everything in it just the way the Bible said--

A   Sure.

Q   --and that notion has now been scientifically discredited by everything we've come to understand through study of the fossil record and the nature of life processes?

A   No. I--I think probably it would be const--legally wise to--to qualify that last judgment and say that most--many scientists--most scientists--

Q   Ninety-nine-point-four--

A   --believe something--believe something otherwise--

Q   Ninety-nine and forty-four--

A   --right--than simply say--

Q   --one-hundredths percent?

A   --than simply say the Bible is wrong.

Q   But it--it would be okay, in your view, to teach that ninety-nine and forty-four one-hundredths percent, or whatever the number is--

A   Yeah.

Q   --think that that's--

A   I argue, in--in that book and elsewhere, for what I call the principle of cultural location and weight.

PAGE 143

00143

That is to say that when we locate students in con--in--when we locate contemporary science or contemporary economics or whatever in the larger cultural conversation, students shouldn't just be presented with alternatives like our cafeteria line, again. They should be given some sense of what the--what the majority positions are, what the minority positions are, and for whom.

So, yes, I think sci--I think students should be taught in biology classes that the majority--the vast majority of scientists hold to a neo-Darwinian view, but that not all of them do.

And I would, you know, want to convey the idea that--that, of course, many scientists don't deal with biology and neo-Darwinism, but of those who do, the vast majority hold to neo-Darwinism; but it isn't the only view, and--and there are people who raise questions about it who have credentials as--as scientists, and so you need to learn something about it.

You don't give equal time to the two points of view. Of course, the dominant establishment view gets the most time and the most pages in the textbook. But the other point of view

PAGE 144

00144

has to be mentioned. It has to be acknowledged.

MR. WILCOX:  Thank you very much.

MR. GILLEN:  Thank you, Chub.  Thanks, Warren.

(WITNESS EXCUSED)

-------------------------------------------------

(WHEREUPON, THE DEPOSITION WAS CONCLUDED AT 12:38 P.M.)

-------------------------------------------------

Warren Nord 6/7/2005

SHEET 10   PAGE 37
00037
```
 1
 2    1  A   Yes, although part of what I've tried to do is
 3    2       develop a theory of liberal education that is in
 4    3       fact better than--than the prevailing views. And
 5    4       it's not that I depart all that much from people
 6    5       from whom I have in fact learned a lot. I have--
 7    6       it's not that I--I have all that unique an
 8    7       understanding.
 9    8                But--but one of things that troubles me
10    9       is--does bear on the discussion here and on what
11   10       we've just been talking about. And that is, I
12   11       think the conventional understanding of liberal
13   12       education is that one should have a little science,
14   13       a little literature, a little history, a little
15   14       art, a little economics, and so that you study--you
16   15       take different subjects.
17   16                And my problem with that way of thinking
18   17       is that we don't teach students subjects; we teach
19   18       them disciplines. We teach them the establishment
20   19       way of thinking within economics--neoclassical
21   20       economic theory--the establishment way of thinking
22   21       in history, or in art, or in--or in science, and
23   22       that a part of what makes education liberal--and
24   23       then--and then what that ends up being is a kind of
25   24       separatist education, where you--it's--it's like
```

PAGE 38
00038
```
 1
 2    1       encountering different items on a cafeteria line.
 3    2       I call it serial socialization. That is, you learn
 4    3       what the establishment--
 5    4  Q   You don't mean C-E-R-E-A-L, right?
 6    5  A   Yeah, the cereal on the cafeteria line. Oh, that's
 7    6       good. I like that. I'm going to use that, if I
 8    7       may. Thank you.
 9    8                And--and a part of--of the purpose of
10    9       liberal education is to draw connections between
11   10       the different disciplines, to point out the
12   11       conflicts, the tensions, the overlaps, the
13   12       compatibilities.
14   13                And that's what students don't learn to
15   14       do. They don't learn to understand what the
16   15       relationship of the disciplines is. And the very
17   16       intra--I mean, this is part of what philosophy
18   17       does, it is tries to get at the--the connections
19   18       and the relationships between disciplines so that
20   19       we can think outside of each box in turn and ask
21   20       larger questions about what is reasonable to
22   21       believe, all things considered.
23   22                And that's part of what science education
24   23       should do, it seems to me, that it doesn't do, is--
25   24       is not just train scientists, but to get--to--to
```

PAGE 39
00039
```
 1
 2    1       help students understand what--the role science has
 3    2       in a liberal education requires establishing
 4    3       connections with other disciplines and ways of
 5    4       thinking.
 6    5                So that science education should be more
 7    6       liberal than it is. It should not just narrowly
 8    7       focus students in on the establishment
 9    8       understanding of science but should broaden them
10    9       philosophically--and, in fact, I would also add,
11   10       religiously--by locating science in various kinds
12   11       of cultural disputes.
13   12                Although here, with regard to this case,
14   13       I would be happy if they would simply give students
15   14       a broader understanding of the relationship of
16   15       establishment science to other--to dissenters on
17   16       the edges of--of science to get them to see that
18   17       there are various ways of being--being scientific,
19   18       that the idea of science itself is one that's--
20   19       that's controversial.
21   20  Q   This may be touching on a new subject, but--
22   21  A   Uh-huh (yes).
23   22  Q   --I perceive of it as an extension of what--
24   23  A   Okay.
25   24  Q   --you were just saying. There are two terms that
```

PAGE 40
00040
```
 1
 2    1       I've encountered in this case that I think bear
 3    2       differentiation and definition.
 4    3  A   Uh-huh (yes).
 5    4  Q   Methodological naturalism and philosophical
 6    5       naturalism.
 7    6  A   Uh-huh (yes).
 7    7  Q   And am I correct that--if I can call it "mainstream
 8    8       science" or "traditional science"--
 9    9  A   Uh-huh (yes).
10   10  Q   --insists on methodological naturalism?
11   11  A   Yes. That's--yes.
12   12  Q   And am I correct that some scientists and other
13   13       thinkers have developed a philosophical naturalism,
14   14       which is a religious or a philosophic worldview
15   15       rather than a methodologically scientific
16   16       worldview?
17   17            MR. GILLEN: Object to the form.
18   18  A   Certainly, that distinction is oftentimes drawn.
19   19       Whether it holds up in practice is another
20   20       question.
21   21  Q   "Philosophical naturalism" means what?
22   22  A   It's the idea that all of reality can be understood
23   23       within naturalistic categories, so that in
24   24       principle, unlike methodological naturalism, it
```

Warren Nord 6/7/2005

SHEET 11      PAGE 41
00041
1
2    1      concludes that naturalism is--is adequate for
3    2      explaining everything.  A methodological naturalist
4    3      would often--typically say that it--it may be
5    4      that--that science can't explain everything but
6    5      science should continue to be a method--to adhere
7    6      to a methodological naturalism:  Let's see how much
8    7      we can explain that way, but maybe we can't explain
9    8      everything in the end.
10   9            That distinction certainly can be drawn.
11   10     My problem, again, is that in practice the
12   11     distinction collapsed, given the way we do
13   12     education nowadays.
14   13  Q  Let me see if I can be more direct in trying--
15   14  A  Okay.
16   15  Q  --to go where I'm--
17   16  A  All right.
18   17  Q  --trying to go here.  Methodological naturalists
19   18     would say, "We insist on using our methodology to
20   19     understand the natural world."
21   20  A  Uh-huh (yes).
22   21  Q  And philosophical naturalists would say, "The
23   22     natural world is all there is;"--
24   23  A  Uh-huh (yes).
25   24  Q  --"there is nothing beyond that."

PAGE 42
00042
1
2    1   A  Okay.
3    2   Q  So the philosophical naturalists would say, "There
4    3      is no divine purpose in life"--
5    4   A  Uh-huh (yes).
6    5   Q  --"and, indeed, there is no divinity."
7    6   A  Uh-huh (yes).
8    7   Q  The philosophical naturalist would say, "There are
9    8      no absolute moral values; there are socially
10   9      useful"--
11   10  A  Okay.
12   11  Q  --"values."  So the philosophical naturalists would
13   12     take a religious approach--
14   13         MR. GILLEN:  Objection.  I'm sorry.
15   14  Q  --in term--religion in the sense of providing
16   15     ultimate meaning--and say that there is no ultimate
17   16     meaning.
18   17         MR. GILLEN:  Objection--
19   18  Q  Fair enough?
20   19         MR. GILLEN:  Objection to the form.  Go
21   20     ahead.  Answer.
22   21  A  And that was so clumsy, I'll come back and do it
23   22     again.
24   23         MR. GILLEN:  No.  You know what, Chub,
25   24     you and I both know it's a complicated subject

PAGE 43
00043
1
2    1      matter.
3    2   A  Okay.  If--given the religious answer, if--if
4    3      "religion" means answering a question that has
5    4      religious implications--like "Is there meaning?"--
6    5      and if you say no, because you've given an answer
7    6      to a religious kind of question, then philosophical
8    7      naturalism, I suppose, could be called a kind of
9    8      religion.
10   9            I myself don't like to use "religion"
11   10     in--in that way.  For--for me, a religious view is
12   11     a view that holds that there is some kind of
13   12     purpose or meaning to existence beyond naturalism,
14   13     so that naturalism simply--it--it doesn't make much
15   14     sense to call that a religious view.  But that--
16   15     that's a view about--that's my effort to try and
17   16     avoid using the word "religion" in an unduly
18   17     controversial or complicated way.
19   18  Q  And forgive me, because my notes got in the way of
20   19     my understanding.  You said a religious view as you
21   20     would view it requires that there is a meaning or
22   21     purpose to life, did you say?
23   22  A  To reality.
24   23  Q  To reality?
25   24  A  To reality.  That's right.  There is a dimension to

PAGE 44
00044
1
2    1      reality or an aspect of reality that--that
3    2      transcends what we can know naturalistically.  And
4    3      the different great world religions have defined
5    4      that in very different senses.  And in some
6    5      religious traditions, you--you have God, and in
7    6      others, you have nirvana, or Brahman, or the Tao,
8    7      and something that doesn't look all that familiar
9    8      to our idea of God within the Western tradition,
10   9      but it's still an understanding of reality that
11   10     transcends in some--in important ways what--what a
12   11     naturalistic scientific worldview allows us to--to
13   12     say about reality.
14   13            And that's crucial to religion, to my way
15   14     of thinking, so that naturalism doesn't become
16   15     religious just because it gives negative answers to
17   16     religious questions.
18   17  Q  Okay.
19   18  A  I'm--I'm not sure that much hangs on that, in the--
20   19     in the end, even constitutionally, but--but I think
21   20     that's the clearest use of--of the term "religion."
22   21  Q  And to wrap up this segment--
23   22  A  Okay.
24   23  Q  --is it your view that that religious--strike that.
25   24            Is it your view that that appreciation



SHEET 12   PAGE 45

00045
1 for the reality of a transcendent purpose to
2 reality needs to be brought into both science and
3 science education in public schools?
4         MR. GILLEN:  Object to the form.
5 A  Let me give you a qualified yes, because a
6 straightforward yes would invariably be
7 misunderstood.  So--and again, my understanding--
8 the--the conception of science education that I
9 argue for is locating science, in part,
10 historically and philosophically in relationship to
11 other subjects, other areas of our cultural life.
12 So that a good science education should help
13 students understand the relationship of science to
14 moral issues, political issues, religious concerns.
15         That doesn't mean that religious views
16 should be understood to be--should be understood to
17 provide some kind of legitimate alternatives to
18 science, that they can become--that--that they--for
19 example, that--that Genesis should be taught in a
20 science class--class as a contender with
21 establishment science, no.
22         Science classes should teach science.  I
23 think they should include some discussion of IDT
24 because IDT should be considered science.  At the--

PAGE 46

00046
1 at--at the least, students should be made aware of
2 the controversy over whether IDT is science.  But
3 any science class should also locate students
4 within the larger cultural conversation we're
5 having about important things.
6         So, to that extent, religious, moral, and
7 political views that science impinges on, has
8 implications for, need to be part of the framework
9 for locating students.
10         MR. WILCOX:  Okay.  Why don't we take a
11 little break.
12         MR. GILLEN:  Sure.
13         MR. WILCOX:  We've been going for an
14 hour.
15         MR. GILLEN:  Certainly.
16 -----------------------------
17           (ELEVEN-MINUTE RECESS)
18 -----------------------------
19 Q  (By Mr. Wilcox)  If you will turn to the second
20    page of your opinion--
21    (Examines paperwritings.)  Uh-huh (yes).
22 Q  --there's a paragraph under the heading "Critical
23    Thinking."
24 A  Yes.

PAGE 47

00047
1         And it's the next-to-the-last paragraph.  And you
2 Q  say, quote, "We disagree deeply in our culture
3    about how to make sense of nature," and then the
4    sentence continues.
5 A  (Examines paperwritings.)  Uh-huh (yes).
6 Q  And I want to go into each of the parts of it.
7 A  Okay.
8 Q  In talking about this disagreement in our culture
9    about how to make sense of nature, are you talking
10    about this question whether there is or is not a
11    transcendent purpose in reality?
12         MR. GILLEN:  Objection to the form.
13 A  Yes.  But again, the--the controversy occurs on, I
14    think, two different levels.  One is the level of
15    our culture wars, where the--the issue is
16    oftentimes framed in terms of creationism versus
17    evolution.  And--and as I said, I--I think we need
18    to recognize that there are alternative positions
19    there, that the usual culture-wars rhetoric doesn't
20    work very well.
21         And then there's also disagreement
22    among--more narrowly among scholars--and, in fact,
23    I think, among scientists--about how to make sense
24    of nature, so--where IDT is--is one of the major

PAGE 48

00048
1 issues.
2         But that--it's not--that's not the only
3 source of that kind of conflict.  It comes up with
4 regard to fine-tuning in cosmological evolution.
5 It comes up with regard to the origins of life.  It
6 comes up with the nature of mind and morality.
7 There are--there are conflicts there among
8 scholars, among philosophers and scientists and
9 sometimes theologians, that the public is simply
10 unaware of.  So--so, you know, we've got to do a
11 kind of two-layer analysis, I think.
12 Q  Okay.  You continue in the sentence, "we disagree
13    about evolution."
14 A  Uh-huh (yes).
15 Q  Is this the disagreement as to whether evolution
16    has purpose or not, or is this the disagreement as
17    to whether evolution explains the origin of species
18    or not?
19         MR. GILLEN:  Object to the form.
20 A  Well, again, there are several different
21    disagreements.  As I said, there's--there's the
22    culture-wars disagreement, where it's evolution
23    versus creationism oftentimes.  There's a more
24    sophisticated analysis which--which says it's not

Warren Nord 6/7/2005

SHEET 15   PAGE 57

| | | |
|---|---|---|
| 1 | 00057 | |
| 2 | 1 | the--in the discipline to other ways of making |
| 3 | 2 | sense of the world and of the--the particular |
| 4 | 3 | subject at hand. |
| 5 | 4 | Neoclassical theory is sort of like the |
| 6 | 5 | methodological naturalism of--of the sciences. |
| 7 | 6 | There's a--there's a real comparison there. I |
| 8 | 7 | think most people would find--and certainly when |
| 9 | 8 | I've talked with groups of people and we talk |
| 10 | 9 | through this--that the kind of commitment to |
| 11 | 10 | neoclassical economic theory in economics is--most |
| 12 | 11 | people find appalling, other than professional |
| 13 | 12 | economists. And of course, people are something |
| 14 | 13 | more than that. Of course, justice questions |
| 15 | 14 | should be involved in--in economics. |
| 16 | 15 | So, that kind of--that's part of my work, |
| 17 | 16 | too, that the kind of battles that we're looking |
| 18 | 17 | at--the kind of questions we're looking at in |
| 19 | 18 | science also occur in other disciplines. |
| 20 | 19 | (DISCUSSION OFF RECORD) |
| 21 | 20 Q | On Page 4, you have a paragraph that begins, "It is |
| 22 | 21 | true that we can distinguish, in principle, between |
| 23 | 22 | a methodological naturalism"-- |
| 24 | 23 A | (Examines paperwritings.) Uh-huh (yes). |
| 25 | 24 Q | --"and a philosophical naturalism." Would you |

PAGE 58

| | | |
|---|---|---|
| 1 | 00058 | |
| 2 | 1 | agree that the methodological naturalism that you |
| 3 | 2 | refer to here is what we have been referring to as |
| 4 | 3 | classical science or traditional science? |
| 5 | 4 | MR. GILLEN: Object to the form. |
| 6 | 5 A | The "traditional" and the "classical" seem to me to |
| 7 | 6 | be not the right words to use, because classical |
| 8 | 7 | and traditional science did involve design--have |
| 9 | 8 | design explanations. |
| 10 | 9 Q | My-- |
| 11 | 10 A | It's peculiarly modern science-- |
| 12 | 11 Q | Modern science. |
| 13 | 12 A | --that wants to dispense with-- |
| 14 | 13 Q | Okay. |
| 15 | 14 A | --naturalistic--or design explanations. |
| 16 | 15 Q | So "methodological naturalism" would be another way |
| 17 | 16 | of referring to modern science? |
| 18 | 17 A | Yeah. |
| 19 | 18 Q | And-- |
| 20 | 19 A | The dominant view, yes. |
| 21 | 20 Q | And the philosophical naturalism, you say, denies |
| 22 | 21 | that there is any design or supernatural causes in |
| 23 | 22 | the world. |
| 24 | 23 A | In reality. |
| 25 | 24 Q | But I would take it further-- |

PAGE 59

| | | |
|---|---|---|
| 1 | 00059 | |
| 2 | 1 A | Uh-huh (yes). |
| 3 | 2 Q | --and imply, from philosophical naturalism, a |
| 4 | 3 | negation of any reality beyond the natural world. |
| 5 | 4 A | Uh-huh (yes). |
| 6 | 5 Q | Do you agree with that? |
| 7 | 6 A | Yes, I think so. |
| 8 | 7 Q | Okay. Then you go on and say, "The educational |
| 9 | 8 | problem is that unless students are made clear |
| 10 | 9 | about this distinction, they will inevitably |
| 11 | 10 | conclude that science does tell us everything that |
| 12 | 11 | there is to be said about nature, and God plays no |
| 13 | 12 | role in nature." What is your basis for that |
| 14 | 13 | statement? |
| 15 | 14 A | (Examines paperwritings.) I wouldn't write that, |
| 16 | 15 | first of all, the same way, if I were going to do |
| 17 | 16 | that again, because that simplifies what--what |
| 18 | 17 | my--my argument is. And the problem is this: We |
| 19 | 18 | can draw that distinction, methodological and |
| 20 | 19 | philosophical naturalism, in principle, easily |
| 21 | 20 | enough. And that's fairly straightforward. I |
| 22 | 21 | don't think-- |
| 23 | 22 Q | And we can explain it to students, too. |
| 24 | 23 A | We can--we can explain it to students. The problem |
| 25 | 24 | is that it's a--we don't explain--we don't explain |

PAGE 60

| | | |
|---|---|---|
| 1 | 00060 | |
| 2 | 1 | it to students in a--in a compelling--in a |
| 3 | 2 | compelling way. And to do it in a compelling way |
| 4 | 3 | to get them to see the point of it is, I think, |
| 5 | 4 | difficult to do. |
| 6 | 5 | And granted, you--you can--you can make |
| 7 | 6 | the distinction in--in two sentences. Okay. But |
| 8 | 7 | then we go and teach them for a semester or an |
| 9 | 8 | academic year, using science understood in terms of |
| 10 | 9 | methodological naturalism, and that two-sentence |
| 11 | 10 | explanation of the distinction gets lost because-- |
| 12 | 11 | because of the over--overriding power of--of what |
| 13 | 12 | they learn afterwards through their whole study of |
| 14 | 13 | science. |
| 15 | 14 | Now, that's not to say that it isn't |
| 16 | 15 | important to draw that distinction. It is |
| 17 | 16 | important to draw that distinction. It's just that |
| 18 | 17 | that doesn't really go very far. It doesn't go |
| 19 | 18 | nearly far enough to really get students to grapple |
| 20 | 19 | with the--with the kind of philosophical issues |
| 21 | 20 | that--that underlie the distinction, which is--is |
| 22 | 21 | part of what a liberal education should do, and-- |
| 23 | 22 | and to show how drawing that distinction relates to |
| 24 | 23 | these larger questions about our cultural |
| 25 | 24 | disagreements over the extent to which science can |

Warren Nord 6/7/2005

SHEET 16   PAGE 61

```
00061
 1    explain reality.
 2  Q You say unless students are made clear, quote,
 3    "they will inevitably conclude that science does
 4    tell us everything that there is to be said about
 5    nature, and God plays no role in nature."
 6  A Yeah. Well--
 7  Q Why do you say they will inevitably conclude that?
 8    What is your basis?
 9  A I--I should have said they will naturally conclude
10    that, because I--I suppose it isn't inevitable that
11    they will conclude it. But that will be the--the
12    natural conclusion: Well, science doesn't tell us
13    anything about--and--and when I said that I
14    wouldn't have written it the second way, I--I
15    wouldn't have--I wouldn't have written it the same
16    way if I were doing it now, because I--I see a
17    complication that obviously didn't occur to me when
18    I wrote it. And that is, it's not just that God
19    plays no role in nature, but the design plays no
20    role in nature. And I--and I want to be very
21    careful to distinguish those two questions.
22         And students learn--we require them to
23    take, if they're going to university, four years of
24    science in high school--
```

PAGE 62

```
00062
 1  Q Can--I want to focus on high school here.
 2  A Yeah. Four years of--of high--
 3  Q Okay.
 4    --high-school science, and four years of science
 5    shaped by methodological naturalism. And it--it
 6    conveys to them, unless a good deal of time and
 7    effort is spent, the idea that science can actually
 8    tell us everything that's to be said about nature.
 9         And--and that's controversial. And that
10    inevitably--naturally, at least--slides over into a
11    kind of philosophical naturalism. The only way to
12    avoid that is to give them some kind of substantive
13    examples of--and which a liberal education
14    requires--of how science might have limitations
15    and--and how design might figure into our
16    understanding of nature, or even how nature, as
17    understood by modern science, might relate to God.
18         MR. WILCOX: May I have that repeated,
19    just the last twenty words?
20    (Whereupon, the sentence at Lines 11 through 17
21         on this page was read back.)
22  Q (By Mr. Wilcox) I did not understand your
23    reference to design--
24  A Uh-huh (yes).
```

PAGE 63

```
00063
 1  Q --in that last answer to necessarily be a reference
 2    to what we've been talking about as intelligent-
 3    design theory.
 4  A Uh-huh (yes).
 5  Q Did you understand it to refer to intelligent-
 6    design theory, or more broadly, to the question of
 7    a transcendent god providing a purpose in life--
 8         MR. GILLEN: Objection to form.
 9  Q --or--or in reality?
10  A I'm not sure that I understand the question.
11    Okay. We've been talking design, I think, in two
12    different senses.
13  Q Uh-huh (yes).
14  A One is the narrow, inferential, explanatory--
15  Q Uh-huh (yes).
16  A --sense of intelligent-design theory--
17  Q Right.
18  A --and the other is--and perhaps we haven't been
19    talking about it; it's only me thinking fuzzily
20    about it--design in the sense of a purpose--
21  A Uh-huh (yes).
22  Q --of reality--
23  A Uh-huh (yes).
24  Q --that purpose being informed by a transcendent
```

PAGE 64

```
00064
 1    god.
 2         MR. GILLEN: Object to form.
 3  Q Is that consistent with your understanding?
 4  A So, there are three possibilities here. One is the
 5    narrowest sense that--where a scientist might
 6    suggest a design explanation with regard to some
 7    fairly discrete phenomenon--how cells work, for
 8    example.
 9         And then secondly, there's a larger
10    question about whether that provides some kind of
11    evidence for claims that there is a purpose in
12    nature that--that--or a design in nature.
13         And then there's a third level, which is,
14    how do we explain that design in nature? Do we
15    appeal to a supernatural god--to a god or a
16    supernatural being who causes it?
17         My argu--my position is that--of course,
18    that you can make design explanations, and you can
19    hold the position that there's design in nature
20    apart from any commitment, theological commitment,
21    to a god or to a supernatural being, that those are
22    distinguishable--conceptually distinguishable kinds
23    of--of questions. All the time, in--in our
24    ordinary everyday relationships, and indeed in the
```



Warren Nord 6/7/2005

SHEET 17    PAGE 65
00065

practice of science, we talk about things being
designed with--without presupposing that--that we
have to use religious language or theological
language in doing that.
    So, certainly, we can talk of the idea of
design as conceptually independent of the--of the
idea of God.  But, of course, when we talk about
the design inherent in cells or in fine-tuning
after the Big Bang, of course, the big question is,
how does that design get to be there?  But it's
still a conceptually discrete question.  You don't
have to have a religious--you--you can--you can
still have evidence for and a make a good argument
for design without having any kind of theological
or religious commitments, it seems to me.
    So I--I want to be careful to distinguish
design questions from religious questions.  And--
and that's what allows me to say that design
questions should be allowed in a somewhat enlarged
science.  That doesn't run us the risk of making
science into a quasi-religious endeavor or a
theological endeavor.
Q   Can you identify for us one intelligent-design
theorist who claims that the source of the design

PAGE 66
00066

Q   was some extraterrestrial alien?
A   Now, I know that Francis Crick argued that maybe
life arose here as a result of intelligent beings
elsewhere in the universe sort of implanting it.
But he, of course, wasn't an intelligent-design
theorist.
    I guess I just don't--I don't see the
point.  No, I mean, intelli--but intelligent-design
theorists claim that in the--claim that they can
do--that they can make design arguments apart from
theological convictions or--or commitments.  And
that makes perfectly good sense to me.
    Undoubtedly, some, maybe many, maybe most
of all them, do have religious convictions.  But
still, you can distinguish the--the design
argument, the evidence for the design argument,
from the theological position which they may or
they may not hold.  So that intelligent design as
science doesn't imply or require any kind of
religious worldview or conviction.  It--it may well
be that the only way--or that the best way--maybe I
should say "the best way."  It may well be that the
best way of explaining the design is in terms of a
supernatural god.



PAGE 67
00067

    But there certainly are a variety of
philosophical positions and very liberal religious
positions which hold that there's design in the
world but that it's there because of a
supernatural god, the kind of god that's part of
orthodox religious traditions:  Aristotelian views;
process-theology, process-philosophy views; some
feminist views of nature.
    So--so--and again I want to draw this
sharp distinction between design on the one hand
and supernaturalistic religion on the other.
Design is supernaturalistic in sense "B."  Design
isn't allowed, given the constraints of
methodological or philosophical naturalism, but you
can still have design without committing yourself
to supernaturalism "A," which is a designer--an
independent supernatural god.  Next question.
Q   Do you know of any intelligent-design theorists who
are not also practicing Christians?
A   I don't know the religious backgrounds of many of
them.  I know Behe's a Catholic.  I don't know if
he's a good Catholic or a bad Catholic.  That's his
tradition.  And I know that Phillip Johnson has
made various kinds of remarks that suggest he's

PAGE 68
00068

religious in some deep sense.  But, I mean, that's
all--about all I know about their private religious
views.
Q   You pose the question, in your report, at the top
of Page 5, "Is IDT science?"
A   Uh-huh (yes).
Q   And you suggest, quote, "Arguably, what should be
taken seriously as science is in part, at least, a
matter of what good scientists take seriously."
That strikes me as fairly circular.  How do you
identify what is a good scientist if you don't have
a notion of what science is?
A   Well, it--it moves the focus from science in the
abstract to what particular individuals do.  So,
first of all, it's important to point out the "is
in part," because it's in part a matter of
something else, which is philosophical
considerations.
    But one way of--of deciding what good
science is is to look at what scientists do, and
that shifts the focus:  Okay, then, what makes for
a good scientist?  And--and the answer there is,
given our ordinary understanding of science, it's
somebody who's gotten a Ph.D. from a research

Warren Nord 6/7/2005

SHEET 19   PAGE 73

00073
1  into culture-wars debates.  It does that in part.
2  But it also--and more importantly, more
3  relevantly--ties into, I think, important
4  discussions on the edges of science about how to
5  define science, and to a tremendously important
6  question of whether there's design in nature and in
7  the world.
8        Now, that's a perennial philosophical
9  question.  It's not just a religious question.
10  Philosophers have debated that quite apart from
11  anything that looks like traditional organized
12  religion.  And--and so it's--I mean, certainly, the
13  design question can be understood as a secular
14  philosophical question, but insofar as it's a
15  question to which collecting evidence and
16  performing experiments is--is relevant, it can also
17  be a scientific question, I think.
18  Q  Okay.  Let me continue, because we get to some of
19  this.
20  A  Okay.
21  Q  You ask--with reference to how many scientists take
22  IDT seriously--
23  A  Uh-huh (yes).
24  Q  --"What is (or has been) their standing within

PAGE 74

00074
1  establishment science?"
2  A  Yeah.
3  Q  Other than Michael Behe, can you identify for us
4  one intelligent-design theorist who has a standing
5  within establishment science?  I'm not talking
6  about mathematics; I'm talking science.
7  A  I--I guess, if the question is "Are there people
8  who established a relationship and published in
9  science before they became intelligent-design
10  theorists?" I--I don't know.  You know, about the
11  best that I can do in response to that question is
12  to say I'm not a scientist, and I do observe this
13  debate more through the kind of general literature
14  than through my reading of scientific journals or
15  the science--the science itself.
16     You continue:  "What kinds of research have they
17  done?"  I--I assume here you're talking about IDT
18  scientists and what kinds of IDT research have they
19  done?
20  A  No, not necessarily.  Have they done--but here,
21  it's important--again, I mean, anybody who gets a
22  Ph.D. from a research university is going to
23  have--have done research in establishment science,
24  and so that's crucial.

PAGE 75

00075
1        How familiar are they with establishment
2  science?  What kinds of credentials do they have
3  because of their--their educations and things that
4  they might have published apart from--from IDT?
5  And it's a more-or-less kind of question.  That's
6  relevant to--to judging--and--and again, how much
7  of establishment science do they have to reject?
8        If you're a creation--an old-fashioned
9  creation scientist and have to give up carbon-14
10  dating, and the age of the earth, and dinosaurs,
11  and all kinds of other things like that, you know,
12  that's an argument for saying that just can't be
13  considered science.  But I take it that most of the
14  IDT people don't do that, that they accept an awful
15  lot of science.
16  Q  Do they accept that man evolved from lower life
17  forms?
18        MR. GILLEN:  Object to the form.
19  A  I don't know.  I suppose I have to say I don't know
20  the answer to that.  I know in--in at least a few
21  cases--I mean, Behe, I know, accepts evolution;
22  he's an evolutionist.  And as a matter of fact, he
23  said--in a New York Times piece this spring, he
24  says most IDT theorists are evolutionists; it's

PAGE 76

00076
1  just that they think the design has to enter into
2  the question of evolution.  So, in some sense, yes,
3  we descend from other life forms.  It's just that
4  you can't explain that evolutionary process in
5  neo-Darwinian terms--or you can't explain it fully
6  in neo-Darwinian terms.
7  Q  Do IDT theorists tend to believe that the great
8  majority of species were--suddenly appeared--
9        MR. GILLEN:  Objection to form.  Spec--
10  sorry.
11  Q  --with no record in the fossil record?
12  A  I--
13        MR. GILLEN:  Objection to form.
14  Speculation.
15  A  I--I don't know.
16  Q  Do you remember reading that in Pandas and People?
17  A  No.
18  Q  You pose the question "To what extent does the
19  theory draw on accepted science?"  "Draw on" is a
20  little vague.  Is it your view that intelligent
21  design draws on methodological naturalism?
22  A  It certainly draws on--I mean, it certainly draws
23  on--on other aspects of science.  And insofar as--
24  as pretty much all science is defined by

Warren Nord 6/7/2005

SHEET 20   PAGE 77
00077

methodological naturalism, it certainly draws on
the conclusions of that science to--as--as part of
its case.
     I mean, again, to think of Behe, he
doesn't--you know, this doesn't come all out of the
blue, his theory.  He's--he locates his design
arguments in the context of very deeply textured
understandings of the cell, which is drawn from--
from establishment science.  So it's--it's not,
again, like the old-fashioned creation scientists,
who dismiss so much of establishment science and--
and make arguments that are unrelated to
traditional or--or modern establishment science.
It--again, it just seems to me to be quite a
different kind of--of thing.

Q  Let's try to get at this another way, perhaps.  Do
you understand intelligent-design theory to be a
testable and tested hypothesis?

A  Yes, although the tests certainly would be somewhat
different from those employed in methodolo--within
a methodological naturalism.  They may be
statistical tests, like Dembski--Dembski offers,
or, you know, the notion of irreducible complexity
that Behe uses.  I mean, that's certainly--that's--

PAGE 78
00078

it's a way of testing an idea, but it's not the--
the standard way of--of methodological naturalism.
     The--the arguments for fine-tuning in--in
cosmology, again, rely on very sophisticated kinds
of mathematical and statistical analyses to suggest
that the nature of our universe--the idea that it
is by accident the kind of universe that produces
life is--are extremely improbable.  Well, I mean,
that's a way of testing, I think, a design claim,
but it's not the way of testing that's found, I
think, in much science.  Although here I'm really
going beyond what I can talk about, because I know
various kinds of scientists use various kinds of
statistical analyses to--to support causal claims,
for example.  So I--you know, I probably should
acknowledge my limitations, though I--

Q  Okay.  You referred earlier to seeing a list of two
or three hundred names--

A  Yes.

Q  --in, did you say, The New Republic?

A  I know The New Republic, and--and I--my impression
is that that list appeared in a couple of other
places, maybe The New York Times.  I--I saw it in
The New Republic.

PAGE 79
00079

Q  Do you know the context in which it appeared?  Was
it a paid ad, or an Op-Ed submission--

A  Oh, I--

Q  --or a--

A  No, it was--it was a paid ad.  Sure.

Q  Okay.  And do you know who paid for the ad?

A  No.  I could guess, but, no, I don't know.  I
don't--I don't remember.

Q  The Discovery Institute?

A  I--that would be my guess, but I--

Q  Okay.

A  --don't know.
        MR. WILCOX:  Off the record.
        (DISCUSSION OFF RECORD)
        MR. WILCOX:  Okay.  Back on.

Q  (By Mr. Wilcox)  You continue in your list of aids
or tests:  "To what extent is it an ad hoc theory?"

A  Uh-huh (yes).

Q  You'd better explain what you mean by that for me.

A  (Examines paperwritings.)  Well, the next sentence
explains it.  That is, "Does it grow honestly out
of the evidence rather than out of prior
ideological or religious commitments?"  An
explanation that--that really doesn't grow out of

PAGE 80
00080

evidence but grows out of convictions that someone
already has would be an ad hoc theory.

Q  Okay.  So those are two connected--

A  Yes, that's right.

Q  --questions?

A  I should have said, "That is, does it grow out,"
but--and--and let me--I--is your question does
design--is design theory ad hoc?  No.

Q  I'm going to go to the next--

A  All right.  I'll wait for your question.

Q  --question.  To answer whether it grows honestly
out of evidence imports a notion of
trustworthiness--

A  Yeah.

Q  --that I'm not sure I can address.  Do you feel
that you have insights as to the honesty vel non of
the IDT theorists?

A  I don't have any deep insight into--

Q  Okay.

A  --into their honesty, or into the honesty, I should
say, of--of--

Q  Neo-Darwinists?

A  --some neo-Darwinists.  That's right.

Q  Okay.

Warren Nord 6/7/2005



SHEET 21   PAGE 81

00081

1  'Cause you can make the same kinds of arguments
   in--in either case.  I mean, people say that--
2  that--a lot of people say that design theorists--
3  theory really grows out of religious convictions,
4  and some people say that neo-Darwinism really grows
5  out of atheistic convictions.
6      Darwin--Darwin himself couldn't believe
7  in a personal god after the death of his ten-year-
8  old daughter.  You know, does that have something
9  to do with the fact that he now can ex--that--that
10 he wants to come up with an explanation of the
11 world independent of a--of a theistic god?  I don't
12 know.  My suspicion is that probably Darwin's
13 theory did grow out of a--not out of his re--his
14 personal rejection of a religious god.  But
15 certainly there are some neo-Darwinians who
16 probably hold their views at least in part because
17 they can't tolerate the idea of a god.
18     So how do you assess the honesty?  I
19 don't know.  Certainly, many neo-Darwinians, I
20 think, come to their views because that's their
21 best reading of the evidence, rather than out of
22 any kind of prior religious convictions.  And I--
23 and I suspect that at least some IDT theorists,

PAGE 83

00083

1  that question isn't opened up for discussion,
2  then--then you get what I call scientific
3  fundamentalism, whereby students are expected to
4  accept methodological naturalism more or less as a
5  matter of faith, or, that is to say, of trust in
6  the scientific establishment, rather than any kind
7  of reasoned conviction about it.
8      The only way to--to have a re--a reasoned
9  position on methodological naturalism is if you
10 understand something of the alternatives or the--
11 the debate about the adequacy of methodological
12 natural--methodological naturalism going on in our
13 larger intellectual life.
14 Q  To some extent, intelligent-design theorists
15    reference things like Mount Rushmore.
16 A  Yeah.
17 Q  You're familiar with that--
18 A  Yeah.
19 Q  --sort of "I know it when I see it"?
20 A  Uh-huh (yes).
21 Q  That, of course, presupposes that the intelligence
22    underlying the design is an intelligence much like
23    human intelligence, doesn't it?
24 A  Yeah.  Well, I mean, that analogy does, yes.  Or by

PAGE 82

00082

1  maybe most of them, also come to their convictions
2  out of an independent assessment of the evidence.
3  Maybe they're open to design explanations because
4  of religious convictions that they have, but--but
5  that's a different question from whether those
6  religious convictions actually drive or shape their
7  conclusions as scientists.
8  Q  Okay.  You continue that "whether or not IDT is
9     good science is in part, at least, a philosophical
10    question."
11 A  Yeah.
12 Q  And you then state, "Modern science has prided
13    itself on its openness to new evidence and to the
14    potential falsification of its theories."  Would
15    you agree that modern science, however, is not open
16    to different methodologies; it insists on--
17 A  Yes.
18 Q  --methodological naturalism?
19 A  Yes.  And that then becomes the kind of
20    philosophical question that it's important for
21    science--scientists themselves and students who
22    study science to be educated about:  Is
23    methodological naturalism--should methodological
24    naturalism define modern science?  Because if--if

PAGE 84

00084

1  analogy, yes.
2  Q  Which connotes that man is created in the image of
3     God, does it not?
4  A  Well--
5      MR. GILLEN:  Object to form.
6  A  --no, because, again, I want to distinguish between
7  supernaturalism "A" and supernaturalism "B" simply
8  because there are some folks in the history of
9  thought who are supernaturalists "A," and there are
10 some folks who are supernaturalists "B," and--and
11 intelligent design is compatible with either.
12     It doesn't require God understood in
13 traditional terms of Judaism, Christianity, and
14 Islam.  It could be simply the presence of design
15 in the universe in ways in which other philosophers
16 have understood as--as a possibility but that
17 doesn't rely on--on the idea of God.  So--and
18 that's a crucial distinction.  I--I don't want to
19 lang--we don't--we don't necessarily have to have
20 God just because we have design.
21 Q  I'd like to switch gears and talk about the
22    educational value--
23 A  I'm happy to switch gears.
24 Q  --of the Dover Area School District--

Warren Nord 6/7/2005

SHEET 22   PAGE 85 ─────────

00085

1   A  Okay.
2   Q  --update of the biology curriculum. The biology
3      curriculum was updated to include a preliminary
4      statement as follows, quote: "Students will be
5      made aware of gaps, slash, problems in Darwin's
6      Theory and of other theories of evolution,
7      including, but not limited to, Intelligent Design."
8      What are the--do you have any understanding as to
9      what is meant by the "gaps, slash, problems in
10     Darwin's Theory"?
11   A  (Examines paperwritings.) I don't know what--since
12     I haven't read any literature or talked with any of
13     the people--what the authors of that statement
14     mean. I--I can speculate as to what it might be or
15     what I would take them to be, the--the
16     gaps/problems.
17   Q  Would it, in your mind, be a reference to gaps in
18     the fossil record, for example?
19   A  It could be. That's certainly one of the--the
20     kinds of gaps that oftentimes are mentioned,
21     particularly in--in intelligent-design literature.
22   Q  And could it be also the difficulty that evolution
23     has in explaining the crossover from chemistry to
24     life?

PAGE 86 ─────────

00086

1   A  That would certainly be one of the possibilities,
2     yes.
3   Q  Can you think of any other gaps, slash, problems in
4     Darwin's theory?
5   A  Well, I think another big one would be the
6     development of--of sexual reproduction. My
7     understanding is that--this is nothing I'm an
8     expert on, but my understanding is that that does
9     create a large problem, how you get sexual
10     reproduction where only the--half the genes of--of
11     each parent become transmitted to the offspring,
12     that that's not what neo-Darwinism would--would
13     lead one to think should happen. So how do you--
14     how do you get bisexual reproduction? That might
15     be one. I don't--I think--
16        I mean, certainly, there are particular
17     kinds of cases, the things that Behe talks about,
18     in--in cellular biology and biology. There's--
19     there's the kind of problem that Gould tried to
20     address with punctuated equilibria, the rapid
21     transitions in evolution. I suspect that's
22     probably one. And then the absence of--of fossil--
23     intermediate fossils in those kinds of cases. I
24     suspect those are the kinds of things, but I don't

PAGE 87 ─────────

00087

1     know what in particular the authors meant.
2   Q  Well, let me just test--see if I understand--strike
3     that.
4        I'd like to ask you if you have an
5     understanding as to the structure of this sentence.
6     One way to read it is that students will be made
7     aware of gaps/problems in Darwin's theory and that
8     they will be made aware of gaps/problems in other
9     theories of evolution.
10     Yes.
11   Q  Do you read it that way?
12        MR. GILLEN: Objection. Form.
13     Speculation.
14   A  (Examines paperwritings.) I'm puzzled as to that
15     sentence, too. I--that seems to be--do you want to
16     a suggest another reading to it?
17   Q  Another reading might be "Students will be made
18     aware of gaps/problems in Darwin's theory, and
19     they"--
20   A  And then made aware of other theories.
21   Q  --"and then they will also be made aware of other
22     theories of evolution, including intelligent
23     design."
24   A  Well, I suspect that's what it means because--

PAGE 88 ─────────

00088

1   Q  The latter?
2   A  Right, probably, but--but I don't know.
3   Q  Okay.
4   A  I don't know.
5   Q  In your view, is intelligent design another theory
6     of evolution?
7        MR. GILLEN: Objection. Form.
8     Speculation.
9   A  Well, I mean, I--my impression is that at least
10     some, Behe says most, intelligent-design theorists
11     accept evolution. The question is the mechanism of
12     evolution. I don't know whether that's the case.
13     I--I just don't know whether most intelligent-
14     design theorists accept evolution in--in some form.
15     Well, I don't know.
16   Q  Okay. So, if the school board had in mind that
17     intelligent design was an alternative theory of
18     evolution to Darwinian theory--
19   A  Uh-huh (yes).
20   Q  --you would say that that's not consistent with
21     your understanding of intelligent design?
22   A  I'm sorry. Say that again? If--
23   Q  If the school board--
24   A  Uh-huh (yes).



Warren Nord 6/7/2005

SHEET 25   PAGE 97
00097
1   I--I think that neo-design--pretty soon, we'll have
1  A neo-design theory.
2   We already do.
3  Q Intelligent-design theory is in its infancy, and--
4  A and you know, maybe--you know, it may be it won't
5   be long-lived. I--I don't know. But I don't think
6   there's anything like a full-fledged, at this
7   point intelligent-design theory that--what I
8   mean, Behe does is show that at the cellular level
9   there are various kinds of--of problems.
10   There are others--there are other gaps in
11   the evolutionary account that we talked about
12   earlier in which design explanations--for--for
13   which we might find or appeal to design
14   explanations, but--but I don't think there's
15   anything like a full-fledged intelligent-design
16   theory yet.
17   But still, what intelligent-design
18   theorists have come up with is very suggestive
19   and--and, I think, significant, in part because of
20   its implications, and particularly for its--the
21   questions it raises about the nature of science and
22   whether science needs to be defined more broadly.
23   Can we agree that, as you understand it,
24  Q

PAGE 98
00098
1   intelligent design is not an explanation of the
1   origin of life in the sense of life going from
2   innate chemistry to living matter?
3  A I don't think that there's a complete theory there.
4   There's--that's my impression. Again, I mean,
5   I'm--I'm a philosopher looking at this literature
6   from some distance, but my impression is that
7   there's not a complete theory of how design figures
8   in at all stages of evolution, that there are some
9   gaps, some problems for Darwinists, and there are
10   some particular places where design looks like a
11   pretty obvious explanation where there are no
12   competing Darwinian explanations. So that there's
13   kind of the sketch of a--of an alternative theory
14   that's--that's available. But--but, obviously, a
15   lot of work still needs to be done to fill in that
16   sketch.
17   One other thing that I'd say here, too,
18   that seems to me to be important, and--and that is
19   that, I mean, one of the reasons that I take design
20   theory seriously as a possible explanation,
21   competing explanation, is that it seems to me that
22   you can make a fairly strong case for design in
23   cosmological evolution, the kind of anthropic

PAGE 99
00099
1   fine-tuning arguments that have received a lot of
2   discussion among cosmologists and philosophers.
3  Q Just--
4  A At one end--
5  Q Just so we are--are communicating, "cosmology"
6   meaning how the universe got to--
7   Yes.
8  Q --be the way it is?
9  A Yeah. In the--in the wake of the Big Bang, the
10   very extraordinary set of coincidences that
11   allowed--that made this universe a universe that in
12   the end produces life. The--the extent to which
13   cosmologists and defenders of the naturalistic
14   worldview have to go to to re--to discredit that
15   idea usually requires the appeal to an infinite
16   number of universes, which is an extraordinary move
17   to make.
18   So--so, you--you get a kind of plausible
19   design argument out of fine--cosmological
20   fine-tuning. And on this end, thirteen billion
21   years later, there's--there's a fair amount of--
22   secular philosophers oftentimes reject naturalistic
23   explanations of the mind. One doesn't have to be
24   religious, by any means, to believe that naturalism

PAGE 100
00100
1   is inadequate to explain the mind, that you need--
1   that--that mind is something that requires a quite
2   different kind of explanation than modern science
3   and naturalism can--can provide.
4   So that at both ends of our thirteen-
5   billion-year history, you've got design that--that
6   oftentimes is--is argued for on secular grounds
7   rather than religious grounds. So that the
8   intervening stages of how life came to be and--and
9   biological evolution--that--that there are design
10   explanations which are now being made available
11   seems to fit a larger pattern than--so, in part--
12   that's one of the reasons that I take it seriously,
13   is that it--it fits that larger pattern, and you
14   don't just look at the--you don't have to just look
15   at the kinds of arguments that Behe makes about
16   cells. That's an important piece of the puzzle,
17   but--but the puzzle's a big puzzle.
18   Spanning thirteen billion years?
19  Q
20  A Spanning thirteen billion years, yeah, that's
21   right.
22   MR. GILLEN: Let the record reflect it is
23   not a young earth.
24   THE WITNESS: Yeah.

Warren Nord 6/7/2005

00129
```
 1    1    things when they're in tenth, and so on.  And--and
 2    2    you have--you have to balance that with arguments
 3    3    that science educators would make about what the
 4    4    proper sequence should be in teaching students the
 5    5    sciences.  And ninth grade isn't too early to give
 6    6    them some sense of what's at issue.  So, you know,
 7    7    there are a lot of variables that you weigh when
 8    8    you decide what--what to teach them when.
 9    9         But, yes, in principle, it would be nice
10   10    if students were a little older and more mature and
11   11    better able to understand some of the issues than
12   12    they are in--in ninth grade.  But then you might
13   13    have to teach physics in ninth grade, and then you
14   14    couldn't make the--they wouldn't understand some of
15   15    the alternatives there.  So, you know, I don't know
16   16    how you sort that out.
17   17 Q  If you would, turn to the top of Page 8 of your
18   18    report.  The--you make some statements here that I
19   19    just need to have your help understanding.
20   20 A  (Examines paperwritings.)  Uh-huh (yes).  Okay.
21   21    You say, quote, "Because scientific theories can be
22   22    confirmed they aren't mere speculation.  I'm not
23   23    quite sure what you mean by that.  Do you--
24   24 A  Well, I think some people who talk about evolution
```

00130
```
 1    1    being--or, you know, Darwinism being a theory
 2    2    mean--mean to discredit it by saying it's mere
 3    3    speculation.  So the scientific establishment has
 4    4    responded in turn that a theory isn't mere
 5    5    speculation and hypothesis, that the theories can
 6    6    be confirmed.
 7    7         And I think that's a--that's a valid
 8    8    viewpoint.  Theories can be confirmed.  They can be
 9    9    confirmed more or less.  And so, oftentimes,
10   10    neo-Darwinism--or evolution, the idea--the theory
11   11    of evolution is contrasted with heliocentric theory
12   12    or the theory of gravity, which have so much
13   13    confirmation that--that it's wildly misleading to
14   14    suggest they're mere speculation.  And I--and I
15   15    agree with that.
16   16         So the--the effort on the part of--of
17   17    some opponents of evolution to say that it's a--
18   18    it's a--it's a mere theory, I think, missed the
19   19    legitimate scientific point that theories can be
20   20    confirmed.
21   21 Q  Okay.  And then you say, "I believe it is
22   22    appropriate for science texts"--and, I assume,
23   23    science teachers--
24   24 A  Uh-huh (yes).
```

00131
```
 1    1 Q  --"to teach students that most scientists believe
 2    2    that neo-Darwinism is a confirmed theory."
 3    3 A  Yes.
 4    4 Q  And then you continue by saying, "Still"--which I
 5    5    interpret as kind of a "however"--"the
 6    6    distinction"--
 7    7    (Examines paperwritings.)  Yes, you're right.
 8    8 A  That's a still--that's a "however" "still."
 9    9    --"the distinction rightly suggests that because
10   10    neo-Darwinism is a theory, its confirmation rests
11   11    not simply on observation"--
12   12 A  As do facts.
13   13    --"but on a wide range of complex considerations
14   14    which are potentially open for reinterpretation."
15   15 A  Yes.
16   16 Q  Now, you lost me there, because I thought
17   17    confirma--theories are confirmed by observation and
18   18    not by a wide range of complex considerations.
19   19 A  Oh.  Facts--facts are things that we observe
20   20    directly.  Theories hinge on all kinds of things we
21   21    can't observe directly.
22   22         So that--I mean, it's a fact that the cup
23   23    is right here.  (Indicating.)  I can observe it
24   24    directly.  But that--the fact that the cup is made
```

00132
```
 1    1    out of electrons and protons and neutrons and
 2    2    photons and, you know, all of those things--that's
 3    3    a theory.  That's--that has to do with atomic
 4    4    theory.  And--and I can't observe any of that stuff
 5    5    directly.  That's a--that hinges on all kinds of
 6    6    scientific laws and--and complicated theories,
 7    7    which have implications for our observations but--
 8    8    but go way beyond our observations.
 9    9         So that the theor--neo--neo-Darwinism as
10   10    a theory rests on a whole set of complex
11   11    considerations and complex kinds of arguments and--
12   12    and evidence.  We can't observe evolution.  And--
13   13    and that's important, because factual judgments can
14   14    be confirmed directly by virtue of our
15   15    observations; theories can be more or less
16   16    confirmed, but they go way beyond our immediate
17   17    observations.
18   18         So, most scientists, I think, believe
19   19    that neo-Darwinism is a confirmed theory.  Now, I
20   20    would say probably--and I perhaps should have said
21   21    that--that its confirmation has a high degree of
22   22    probability for most scientists.  Most scientists
23   23    accept it as a confirmed theory.
24   24         But because--but there's still a point to
```

Warren Nord 6/7/2005



SHEET 34    PAGE 133

00133

```
 1       the kind of objection that some people make to--to
 2       evolution, because its confirmation rests on a
 3       whole set of complicated considerations that are
 4       perhaps open to alternative interpretation, namely
 5       design interpretations.
 6   Q   Okay.
 7   A   But--but I think that students should be taught--
 8       you know, I'm not in favor of--of balanced
 9       treatment in the sense of giving equal time to
10       alternative theories.  And in my ideal biology
11       textbook, you know, you don't give equal time to
12       Biblical creationism, or--or just limiting us to
13       scientific views, to design theory and to
14       establishment science, but, of course,
15       establishment science has got to receive most of
16       the--the time and--and--pages in the textbook and
17       hours in the--in the class.  But you can't exclude
18       legitimate alternatives.
19           And so design theory has to be taken at
20       least seriously enough so students are made aware
21       of it and given, ideally, some sense of what it is.
22       Short of that, the kind of disclaimer that Dover
23       wants to have seems to me to be a very, very modest
24       step in the right direction.
```

PAGE 134

00134

```
 1   Q   Under the heading "The Present Case"--
 2       (Examines paperwritings.)  Yes.
 3   Q   --you say, "By making students aware of the
 4       controversy surrounding Darwin's theory of
 5       evolution, including IDT, the Dover School District
 6       is promoting legitimate, secular, pedagogical goals
 7       and enhancing their science education and student
 8       learning."  Given some of the ambiguities,
 9       inconsistencies, problems, and gaps that we've
10       noticed in the--
11   A   Yeah.
12   Q   --board's statement, and the fact that it is just
13       read and then abandoned for the rest of the--
14   A   Yes.
15   Q   --semester, do you think this might be an
16       overstatement here?
17   A   (Examines paperwritings.)  It is promoting a
18       legitimate, secular, pedalogic--pedagogical goal,
19       and it is minimally enhancing their science
20       education and student learning.
21           I mean, you're right.  It's--it's--you
22       know, I--I think Judge Cooper's decision was
23       ludicrous because he thought that that little
24       disclaimer that they pasted in the Georgia
```

PAGE 135

00135

```
 1       textbooks somehow or another conveyed the idea that
 2       the--that the school board was on the side of--or
 3       was--was opposed to--to teaching--teaching
 4       evolution, in spite of the fact that the school
 5       board chose the textbooks, which, as he
 6       acknowledged, had hundreds of pages on evolution.
 7           So, I mean, it's ludicrous to attach that
 8       much importance to the sticker--which also, of
 9       course, means, you know, why are you--all so upset
10       about it?--because it--it doesn't have that kind of
11       cosmological import.
12           But--but it serves the--the goal in a--in
13       a kind of mini--minimal but important way of--of
14       making students aware of the fact that there are
15       alternatives.  And that in itself is worthwhile
16       even if it isn't nearly as--as--have the kind of
17       substantial implications that it--that it should.
18           I mean, as I said, I would have students
19       learn something much more about the philosophical
20       and historical issues relating to design and--and
21       methodological naturalism and neo-Darwinism than
22       is--than is usually done, but at least make them
23       aware of the fact that there's a controversy.
24   Q   Okay.  The controversy that you're referring to in
```

PAGE 136

00136

```
 1       this statement--
 2   A   Uh-huh (yes).
 3   Q   --that we just quoted is as to whether there is or
 4       is not purpose underlying life?
 5   A   It's--it's the--it's to make them aware of the
 6       controversy regarding design explanations in
 7       biology, yes, that--that there is an alternative
 8       theory for understanding nature that--that involves
 9       design explanations, yes, and so is--you know, I
10       want it to be much more substantial than it is
11       to--to really serve the purposes of liberal
12       education.  But it--but it--it serves the minimal
13       purpose of alerting them to a controversy that's--
14       that's real and that's important.
15   Q   And that's the contro--the controversy is--
16   A   Is--is over whether design explanations have a role
17       in biology.
18   Q   And by "design explanations" here--
19   A   Uh-huh (yes).
20   Q   --we're using it not in the sense of design of a
21       particular bacterial flagellum but rather in the
22       broader sense of "Is there purpose to life?"  Is
23       that--
24           MR. GILLEN:  Objection to form.
```

Warren Nord 6/7/2005



SHEET 35  PAGE 137
00137

1   Q    Isn't that what you mean?
2   A    The--the two are related, but, I mean, intelligent-
         design theory, insofar as it holds that there are
3        design explanations that are--are plausible, that
4        are reasonable explanations, is compatible with and
5        open to the possibility, then, that there is some
6        kind of larger design in nature.  It's also open to
7        the possibility that there's a supernatural
8        explanation, but it doesn't require any of those
9        things.
10             But--but, yeah, I mean, I think that--
11       that the--that the controversy is over whether or
12       not--that--the underlying principle is that
13       when there's a controversy, students should be made
14       aware of different points of view.
15             Now, there's a controversy over
16       evolution.  Some of the points of view are
17       religious.  And I think they should be included
18       at--at some point in the curriculum.
19       Where, is an important question, obviously.
20             But there are also--there is also a--a
21       scientific controversy, at least if we are willing
22       to have a somewhat broader definition of science
23       than establishment science holds.  There's a

PAGE 139
00139

1        actions of atoms?
2   A    Yeah.  I mean, that's what--that's what makes the
         controversy important to most people.  And--and I
3        can't--I don't know what--I've not talked with and
4        I've not read what the school board said about it,
5        so I--you know, I can't speak to--to that.
6             But, for most people, undoubtedly, that's
7        why it's important.  That's not the only reason or
8        maybe even--I mean, that's one--one reason why
9        students should be educated about the controversy.
10            But the other reason is because there is
11       a debate, a controversy, among scientists about
12       what counts as a good and an adequate scientific
13       explanation.  And that controversy in and of itself
14       is important enough to warrant refu--reference to
15       intelligent design, I think, in--in the curriculum.
16            Now--now, many people, no doubt, would--
17       would say, "I could care less about this--this
18       debate among scientists and--and who gets to count
19       as scientists and who doesn't.  I believe what
20       Genesis tells me."  I--I mean, of course.  And
21       that's why this debate is so important to many
22       people.
23            But that's not the only reason it's
24
25



PAGE 138
00138

1        controversy about that, what it means to be
2        scientific.  And students should inform--be
3        informed about that.
4             And--and then the controversy is, do
5        design ex--are design explanations legitimate?  I--
6        I think, since there is a respectable case that can
7        be made for that, that students need to be made
8        aware of it.  "Respectable" meaning, as we talked
9        before, in terms of arguments and evidence cited by
10       people who have credentials in science and who use
11       other aspects of science as--as--in the process of
12       being scientists, who--who don't flatly reject
13       everything that science has to say, and that aren't
14       incompetent and un--uneducated in establishment
15       science.
16   Q   Let me see if you can agree with this--
17   A   Okay.
18   Q   --statement:  Throughout your opinion, you have
19       referred to significant disagreement and important
20       controversies.  Isn't it true that what makes the
21       controversy important is the implications as to
22       whether there is a meaning to life--
23   A   Uh-huh (yes).
24   Q   --other than sheer random, unguided, purposeless

PAGE 140
00140

1        important.  And--and the warrant of references to
2        intelligent design, and ideally some discussion of
3        it, stem from the fact that there is--there is a
4        serious intellectual controversy among scholars,
5        credible scientists, and philosophers who--some of
6        whom are secular, not--not religious, about the
7        nature of design in--the nature of design in
8        nature, the--whether--whether there's design in
9        nature.  And, as I said, not just in biology but
10       also in cosmology, and also in how we understand
11       the brain and the mind, and in other areas of
12       science.
13            So it's not just this case, even though
14       that's the one people pick up on 'cause that's--
15       that's the one that is personally--it's a part of
16       our culture wars.
17   Q   Do you believe ninth-grade biology students should
18       be taught that man and the species as we know them
19       today did not gradually evolve from other life
20       forms but appeared suddenly in the historical
21       record?
22   A   If you mean should they be taught that that is
23       true, the answer is no.  That--that would be, in
24       fact, an endorsement of a religious worldview, and

Warren Nord 6/7/2005



SHEET 36    PAGE 141

00141

...it would be unconstitutional and would also be--it means it's a deeply controversial position held by a minority of scholars.

So, no, they shouldn't be taught that that's true.  But as I said earlier, it seems to me that an introductory biology text, whether in undergraduate school or in high school, should locate biology within historical and philosophical controversies, so that if students are to be liberally educated, they appreciate the tensions, the conflicts, the overlaps between various ways of making sense of nature.

So, yes, I think a Biblical text--I mean--Biblical--a biological text--which is a Biblical text to some people--a biological text might well say something about creationism and Genesis--not much, but a little--talk about the differences between that and intelligent-design theory, talk about other ways, maybe Lamarckian evolution--

Q    Would it be okay--

A    --so--

Q    --for a text, and teachers teaching in accordance with the text, to explain to students that, you

PAGE 143

00143

That is to say that when we locate students in con--in--when we locate contemporary science or contemporary economics or whatever in the larger cultural conversation, students shouldn't just be presented with alternatives like our cafeteria line, again.  They should be given some sense of what the--what the majority positions are, what the minority positions are, and for whom.

So, yes, I think sci--I think students should be taught in biology classes that the majority--the vast majority of scientists hold to a neo-Darwinian view, but that not all of them do.

And I would, you know, want to convey the idea that--that, of course, many scientists don't deal with biology and neo-Darwinism, but of those who do, the vast majority hold to neo-Darwinism; but it isn't the only view, and--and there are people who raise questions about it who have credentials as--as scientists, and so you need to learn something about it.

You don't give equal time to the two points of view.  Of course, the dominant establishment view gets the most time and the most pages in the textbook.  But the other point of view



PAGE 142

00142

know, for a long time, Western man thought that God created the earth and everything in it just the way the Bible said--

A    Sure.

Q    --and that notion has now been scientifically discredited by everything we've come to understand through study of the fossil record and the nature of life processes?

A    No.  I--I think probably it would be const--legally wise to--to qualify that last judgment and say that most--many scientists--most scientists--

Q    Ninety-nine-point-four--

A    --believe something--believe something otherwise--

Q    Ninety-nine and forty-four--

A    --right--than simply say--

Q    --one-hundredths percent?

A    --than simply say the Bible is wrong.

Q    But it--it would be okay, in your view, to teach that ninety-nine and forty-four one-hundredths percent, or whatever the number is--

A    Yeah.

Q    --think that that's--

A    I argue, in--in that book and elsewhere, for what I call the principle of cultural location and weight.

PAGE 144

00144

has to be mentioned.  It has to be acknowledged.

MR. WILCOX:  Thank you very much.

MR. GILLEN:  Thank you, Chub.  Thanks, Warren.

(WITNESS EXCUSED)

(WHEREUPON, THE DEPOSITION WAS CONCLUDED AT 12:38 P.M.)