# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., | )<br>) |
| Plaintiffs, | ) Case No. 04-CV-2688<br>) |
| v. | ) Hon. Judge Jones<br>) |
| DOVER AREA SCHOOL DISTRICT and<br>DOVER AREA SCHOOL DISTRICT<br>BOARD OF DIRECTORS, | ) **CERTIFICATION OF**<br>) **ROBERT J. MUISE**<br>)<br>) |
| Defendants. | )<br>) |

I, Robert J. Muise, hereby certify as follows:

1. I am an attorney licensed in the States of Michigan and New Hampshire and a trial counsel with the Thomas More Law Center, attorneys for Defendants. As such, I am familiar with the facts set forth herein.

2. Attached as Exhibit A to Defendants' Reply in Support of Motion *in Limine* to Exclude the Testimony of Barbara Forrest, Ph.D. ("Defendants' Reply")

is a true and accurate copy of the curriculum vitae of William A. Dembski, which he submitted pursuant to his initial disclosure as an expert witness in this case.

3. Attached as Exhibit B to Defendants' Reply is a true and accurate copy of an excerpt (p. 6) from *The Blind Watchmaker* by Richard Dawkins.

4. Attached as Exhibit C to Defendants' Reply is a true and accurate copy of an excerpt (pp. 146-147 & 266-267) from *Ever Since Darwin* by Stephen Jay Gould.

5. Attached as Exhibit D to Defendants' Reply is a true and accurate copy of an excerpt (pp. 314-315) from *The Meaning of Evolution* by George Gaylord Simpson.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of September, 2005.

Robert J. Muise (MI P62849)*
THOMAS MORE LAW CENTER
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan 48106
(734) 827-2001
Fax: (734) 930-7160

* Admitted *pro hac vice*

*Attorneys for Defendants*