# EXHIBITS TO
# DEFENDANTS' REPLY IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF BARBARA FORREST, PH.D.

Curriculum Vitae of William A. Dembski .................................................. Exhibit A

Excerpt from *The Blind Watchmaker* by Richard Dawkins ......................... Exhibit B

Excerpt from *Ever Since Darwin* by Stephen Jay Gould ............................. Exhibit C

Excerpt from *The Meaning of Evolution* by George Gaylord Simpson ...... Exhibit D