# Exhibit A

# WILLIAM A. DEMBSKI
## Curriculum Vitae
January 2005

**Address**  Baylor University • P. O. Box 7130 • Waco, TX 76798 • tel 254-710-4928 (office) • fax 254-710-4713 • email: nospam@baylor.edu (substitute "William_Dembski" for "nospam") • personal website: www.designinference.com

**Position**  Associate Research Professor in the Conceptual Foundations of Science with the Baylor University's Institute for Faith and Learning; Senior Fellow with Discovery Institute's Center for Science and Culture; Executive Director of the International Society for Complexity, Information, and Design (www.iscid.org)

**Education**

| | | | |
|---|---|---|---|
| Ph.D. | philosophy | University of Illinois at Chicago | 1996 |
| M.Div. | theology | Princeton Theological Seminary | 1996 |
| M.A. | philosophy | University of Illinois at Chicago | 1993 |
| Ph.D. | mathematics | University of Chicago | 1988 |
| S.M. | mathematics | University of Chicago | 1985 |
| M.S. | statistics | University of Illinois at Chicago | 1983 |
| B.A. | psychology | University of Illinois at Chicago | 1981 |

**References**

William Abraham—Professor of Theology   (wabraham@post.cis.smu.edu)
    Perkins School of Theology, SMU, Dallas, Texas
Michael Behe—Professor of Biochemistry   (mjb1@lehigh.edu)
    Dept. of Biology, Lehigh University, Bethlehem, Pennsylvania
Robert Kaita—Principal Research Physicist   (kaita@pppl.gov)
    Princeton Plasma Physics Laboratory, Princeton, New Jersey
Robert Koons—Professor of Philosophy (rkoons@mail.utexas.edu)
    Dept. of Philosophy, University of Texas, Austin, Texas

**Fellowships/Awards**

Texas A&M's Trotter Prize, shared with Stuart Kauffman, April 2005
    Past recipients:   Charlie Townes and Francis Crick (2002)
        Alan Guth and John Polkinghorne (2003)
        Paul Davies and Robert Shapiro (2004)
Intelligent Design Network's Wedge of Truth Award, 2004
    for promoting intelligent design (past recipients include Michael Behe)
Templeton Foundation Book Prize ($100,000)
    for writing book on information theory, 2000–2001
Discovery Institute Fellowship
    for research in intelligent design, 1996–1999
Notre Dame Postdoctoral Fellowship (Department of Philosophy)
    for philosophy of religion, 1996–1997
University of Illinois at Chicago, Outstanding Dissertation Award in
    Fine Arts and Humanities for *The Design Inference*; published
    subsequently September 1998 with Cambridge University Press
Pascal Centre Research Fellowship
    for studies in science and religion, 1992–1995
Northwestern University Postdoctoral Fellowship (Department of Philosophy)
    for history and philosophy of science, 1992–1993
National Science Foundation Postdoctoral Fellowship
    for mathematics, 1988–1991
McCormick Fellowship (University of Chicago)
    for mathematics, 1984–1988
National Science Foundation Graduate Fellowship
    for psychology and mathematics, 1982–1985
Nancy Hirshberg Memorial Prize for best undergraduate research paper
    in psychology at the University of Illinois at Chicago, 1981.

Curriculum Vitae «»  William A. Dembski

| | |
|---|---|
| **Academic Experience** | Carl F. H. Henry Professor of Theology and Science, Southern Baptist Theological Seminary, Louisville, starting June 2005 |
| | Associate Research Professor, Conceptual Foundations of Science, Baylor University research in intelligent design, 1999–May 2005 |
| | Fellow, Discovery Institute, Center for the Renewal of Science and Culture research in complexity, information, and design, 1996–present |
| | Adjunct Assistant Professor, University of Dallas, Department of Philosophy teaching introduction to philosophy, 1997–1999 |
| | Postdoctoral Fellow, University of Notre Dame, Department of Philosophy teaching philosophy of religion + research, 1996–1997 |
| | Independent Scholar, Pascal Centre, Hamilton, Ontario, Canada research in complexity, information, and design, 1993–1996 |
| | Postdoctoral Fellow, Northwestern University, Department of Philosophy teaching philosophy of science + research, 1992–1993 |
| | Research Associate, Princeton University, Department of Computer Science research in cryptography & complexity theory, 1990 |
| | Postdoctoral Visiting Fellow, University of Chicago, James Franck Institute research in chaos & probability, 1989 |
| | Postdoctoral Visiting Fellow, MIT, Department of Mathematics research in probability theory, 1988 |
| | Lecturer, University of Chicago, Department of Mathematics teaching undergraduate mathematics, 1987–1988 |
| **Professional Associations** | Discovery Institute—senior fellow |
| | Wilberforce Forum—senior fellow |
| | International Society for Complexity, Information, and Design —executive director |
| | *Progress in Complexity, Information, and Design*—general editor |
| | Foundation for Thought and Ethics—academic editor |
| | American Mathematical Society |
| | Evangelical Philosophical Society |
| | American Scientific Affiliation |
| **Books** | *The Design of Life: Discovering Signs of Intelligence in Biological Systems* (biology textbook coauthored with Michael Behe, Jonathan Wells, Percival Davis, and Dean Kenyon). Dallas.: Foundation for Thought and Ethics, forthcoming 2005. |
| | *The Design Revolution: Answering the Toughest Questions about Intelligent Design*. Downer's Grove, Ill.: InterVarsity Press, 2004. |
| | *No Free Lunch: Why Specified Complexity Cannot Be Purchased without Intelligence*. Lanham, Md.: Rowman & Littlefield, 2002. |
| | *Science and Evidence for Design in the Universe*, Proceedings of the Wethersfield Institute, vol. 9 (coauthored with Michael J. Behe and Stephen C. Meyer). San Francisco: Ignatius Press, 2000. |
| | *Intelligent Design: The Bridge between Science and Theology*. Downer's Grove, Ill.: InterVarsity Press, 1999. [Award: *Christianity Today*'s Book of the Year in the category "Christianity and Culture." Translated into Finnish and Korean. Translation into Spanish in preparation.] |
| | *The Design Inference: Eliminating Chance through Small Probabilities*. Cambridge: Cambridge University Press, 1998. [CUP's best-selling philosophical monograph.] |

Curriculum Vitae «»  William A. Dembski

| | |
|---|---|
| **Edited Collections** | *Debating Design: From Darwin to DNA* (co-edited with Michael Ruse). Cambridge: Cambridge University Press, 2004. |
| | *Uncommon Dissent: Intellectuals Who Find Darwinism Unconvincing.* Wilmington, Del.: Intercollegiate Studies Institute, 2004. |
| | *Signs of Intelligence: Understanding Intelligent Design* (co-edited with James Kushiner). Grand Rapids, Mich.: Brazos Press, 2001. [Translation into Indonesian in preparation.] |
| | *Unapologetic Apologetics: Meeting the Challenges of Theological Studies* (co-edited with Jay Wesley Richards; selected papers from the Apologetics Seminar at Princeton Theological Seminary, 1995–1997). Downer's Grove, Ill.: InterVarsity Press, 2001. |
| | *Mere Creation: Science, Faith, and Intelligent Design* (proceedings of a conference on design and origins at Biola University, 14–17 November 1996). Downer's Grove, Ill.: InterVarsity Press, 1998. |
| **Books in Preparation** | *Freeing Inquiry from Ideology: A Michael Polanyi Reader*, co-edited with Bruce Gordon; an anthology of Michael Polanyi's writings, book under contract with InterVarsity Press. |
| | *Being as Communion: The Metaphysics of Information*, Templeton Book Prize project, book under contract with Ashgate publishers for series in science and religion. |
| | *A Man for This Season: The Phillip Johnson Celebration Volume* (co-edited with Jed Macosko, Festschrift collection in honor of Phillip Johnson), accepted for publication with InterVarsity. |
| | *The End of Christianity*, book under contract with Broadman & Holman. |
| | *The Mathematical Foundations of Intelligent Design*. Technical research monograph. |
| | *The Nature of Nature*, co-edited with Bruce Gordon, conference retrospective on the *Nature of Nature* conference at Baylor, 12–15 April 2000, book award through Grace Valley Christian Center, Davis, California. |
| | *The End of Materialism*, co-edited collection with Jeffrey Schwartz and Mario Beauregard. |
| | *The Patristic Understanding of Creation*, co-edited with Brian Frederick, anthology of writings from the Church Fathers on creation and design. |
| **Publications** | |
| work in progress | Series of technical mathematical articles collected together under the rubric *The Mathematical Foundations of Intelligent Design*. Topics to include variational information (relevant article presently under submission), uniform probability, displacement/no free lunch theorems, Bayesian methods, Fisherian methods, specification, universal probability bounds, specified complexity, configurational entropy, and conservation of information/fourth law of thermodynamics. |
| | "In Defense of Intelligent Design," *The Oxford Handbook of Religion and Science*, edited by Philip Clayton. |
| under submission | "Information as a Measure of Variation." *Complexity*. Available online at www.designinference.com. |

Curriculum Vitae «»  William A. Dembski

| | |
|---|---|
| **forthcoming** | "Intelligent Design." In *The Encyclopedia of Religion*, 2nd edition, edited by Lindsay Jones. New York: Macmillan, forthcoming. |
| | "Transcendence," *New Dictionary of Christian Apologetics* (British InterVarsity), available online at www.designinference.com. |
| | "Does the Design Argument Show There Is a God?" In *The Apologetics Study Bible*, general editor Ted Cabal. Nashville, Tenn.: Broadman & Holman, forthcoming. |
| | "Irreducible Complexity Revisited," *Progress in Complexity, Information, and Design*. |
| | "Reflections on Human Origins," *Progress in Complexity, Information, and Design*. |
| | "Dealing with the Backlash against Intelligent Design." In William A. Dembski and Jed Macosko, eds., *A Man for This Season: The Phillip Johnson Celebration Volume*. Downers Grove, Ill.: InterVarsity. |
| **2004** | "Everything that Rises Must Converge," review of Simon Conway Morris's book *Life's Solution: Inevitable Humans in a Lonely Universe*, *Books & Culture* (Nov/Dec 2004): 42. |
| | "An Information-Theoretic Design Argument," in Francis Beckwith, William Lane Craig, and J. P. Moreland, eds., *To Everyone and Answer: A Case for the Christian Worldview* (volume in honor of Norman Geisler), 77–94. Downers Grove, Ill.: InterVarsity, 2004. |
| | "The Myths of Darwinism." In *Uncommon Dissent: Intellectuals Who Find Darwinism Unconvincing*. |
| | "The Logical Underpinnings of Intelligent Design." In *Debating Design: From Darwin to DNA*. |
| | "The New Age of Information," *World Magazine*, 3 April 2004: 45–47. Available online at www.designinference.com/documents/2004.04.Darwins_Meltdown.htm. |
| | Foreword to Geoffrey Simmons's *What Darwin Didn't Know*. Eugene, Oregon: Harvest House, 2004. |
| | "Five Questions Evolutionists Would Rather Dodge," *Citizen Magazine*, web version, April 2004: http://www.family.org/cforum/citizenmag/webonly/a0031659.cfm. Unedited version available at www.designinference.com. |
| **2003** | "Response to Paul Gross," *Science Insights*, November 2003: 10–14. Available online at http://www.nas.org/publications/sci_newslist/7_5/7-5_letters.pdf. |
| | "Skepticism's Prospects for Unseating Intelligent Design." In Paul Kurtz, ed., *Science and Religion: Are They Compatible?* Amherst, N.Y.: Prometheus Books, 2003. |
| | Five entries in the Macmillan *Encyclopedia of Science and Religion*, 2003, edited by Wentzel van Huyssteen: "Algorithm," "Algorithmic Complexity," "Boundary Conditions," "Dissipative Structures," and "Teleological Argument." |
| | "Intelligent Design Theory." In *Religion in Geschichte und Gegenwart*, 4th edition, edited by Hans Dieter Betz, Don S. Browning, Bernd Janowski, Eberhard Jüngel. Tübingen: Mohr Siebeck, 2003. |
| | "The Act of Creation: Bridging Transcendence and Immanence." In Mehrdad M. Zarandi, ed., *Science and the Myth of Progress*. Bloomington, Ind.: World Wisdom, 2003. |
| | "Challenging Materialism's Chokehold on Science" (book review of Jeffrey Schwartz and Sharon Begley's *The Mind and the Brain*). First Things no. 103, 2003: http://www.firstthings.com/ftissues/ft0305/reviews/dembski.html. Unedited review at www.designinference.com. |
| | "The Chance of the Gaps." In Neil Manson, ed., *God and Design: The Teleological Argument and Modern Science* (London: Routledge, 2002), 251–274. |

|      |      |
|------|------|
|      | "Can Evolutionary Algorithms Generate Specified Complexity?" In *From Complexity to Life: On the Emergence of Life and Meaning*, edited by Niels H. Gregersen, foreword by Paul Davies (Oxford: Oxford University Press, 2002), 93–113. |
| 2002 | "The Design Argument," in *Science and Religion: A Historical Introduction*, edited by Gary B. Ferngren (Baltimore: Johns Hopkins Press, 2002), 335–344. |

"Detecting Design in the Natural Sciences," *Natural History* 111(3), April 2002: 76.

"How the Monkey Got His Tail," *Books & Culture*, November/December 2002: 42 (book review of S. Orzack and E. Sober, *Adaptationism and Optimality*).

MESA (Monotonic Evolutionary Simulation Algorithm). A Java program by William Dembski, John Bracht, and Micah Sparacio that models evolutionary searches and employs monotonic smooth fitness gradients. Its aim is to determine the degree to which fitness perturbation and variable coupling impede evolutionary searches. Available at www.iscid.org/mesa.

"Can Functional Logic Take the Place of Intelligent Design? Response to Walter Thorson." Perspectives on Science and Christian Faith 54(1) (2002): 22–23.

"Not Taking Information Seriously Enough." Review of James E. Huchingson, *Pandemonium Tremendum: Chaos and Mystery in the Life of God* (Cleveland: Pilgrim Press, 2001). Appeared in *Princeton Theological Seminary Bulletin* 23(1) (2002): 114–116. Available online at www.designinference.com.

"Darwin's Predictable Defenders: A Response to Massimo Pigliucci." Christian Research Journal 25(1) 2002: available online at http://www.equip.org/free/DS701.pdf. One of four essays as part of "Science and Religion 2002: A Response to *Skeptical Inquirer*."

"Why Natural Selection Can't Design Anything," *Progress in Complexity, Information, and Design* 1(1), 2002:
http://iscid.org/papers/Dembski_WhyNatural_112901.pdf.

"Random Predicate Logic I: A Probabilistic Approach to Vagueness," *Progress in Complexity, Information, and Design* 1(2-3), 2002:
http://www.iscid.org/papers/Dembski_RandomPredicate_072402.pdf.

"Another Way to Detect Design?" *Progress in Complexity, Information, and Design* 1(4), 2002:
http://iscid.org/papers/Dembski_DisciplinedScience_102802.pdf.

"Evolution's Logic of Credulity: An Unfettered Response to Allen Orr," *Progress in Complexity, Information, and Design* 1(4), 2002:
http://www.iscid.org/papers/Dembski_ResponseToOrr_010703.pdf

"What Have Butterflies Got to Do with Darwin?" Review of Bernard d'Abrera's *Concise Atlas of Butterflies*. Progress in Complexity, Information, and Design 1(1), 2002:
http://www.iscid.org/papers/Dembski_BR_Butterflies_122101.pdf.

"Refuted Yet Again!" A reply to Matt Young published with metanexus.net. (Young has since co-edited a collection titled *Why Intelligent Design Fails* with Rutgers University Press, 2004). Article available online at www.designinference.com.

Foreword to Benjamin Wiker's *Moral Darwinism: How We Became Hedonists*. Downers Grove, Ill.: InterVarsity Press, 2002.

Foreword to Peter S. Williams's *The Case for Angels*. Carlisle, UK: Paternoster Press, 2002.

|      |      |
|------|------|
| 2001 | "Where Do We Go From Here," *Perspectives on Science and Christian Faith* 53(4), December 2001: 283-291 (with Paul Anderson, Loren Haarsma, and Susan Drake Emmerich; transcript of panel discussion at Mundelein conference, 2000, titled *Asking the Right Questions*). |

"The Possibility of Detecting Intelligent Design." *Mathematics in a Postmodern Age: A Christian Perspective*, edited by James Bradley and Russell Howell (Grand Rapids, Mich.: Eerdmans, 2001), 278–308.

|      | |
|------|---|
|      | "The Pragmatic Nature of Mathematical Inquiry." *Mathematics in a Postmodern Age: A Christian Perspective*, edited by James Bradley and Russell Howell (Grand Rapids, Mich.: Eerdmans, 2001), 98–130. |
|      | "Detecting Design by Eliminating Chance: A Response to Robin Collins." In *Christian Scholar's Review* 30(3), Spring 2001: 343–357. |
|      | "Intelligent Design Coming Clean." Montville, N.J.: Digital Publishing Solutions, 2001. [Originally published through Metanexus.net.] |
|      | "Is Intelligent Design a Form of Natural Theology?" Published with metanexus.net. Available at www.designinference.com. |
|      | "What Have Butterflies Got to Do with Darwin?" Review of Bernard d'Abrera's *The Concise Atlas of Butterflies of the World* (London: Hill House, 2001). Published with metanexus.net. |
|      | Foreword to Neil Broom's *How Blind Is the Watchmaker?*. Downers Grove, Ill.: InterVarsity Press, 2001. |
| **2000** | "Naturalism and Design." In *Naturalism: A Critical Analysis*, edited by William Lane Craig and J. P. Moreland (London: Routledge, 2000). |
|      | "Conservatives, Darwin & Design: An Exchange" (co-authored with Larry Arnhart and Michael J. Behe). *First Things* no. 107 (November 2000): 23–31. |
|      | "The Third Mode of Explanation." In *Science and Evidence for Design in the Universe*. |
|      | "Mechanism, Magic, and Design," *Christian Research Journal* 23(2) 2000: available online at http://www.equip.org/free/DM808.htm. |
|      | "What Can We Reasonably Hope For? — A Millennium Symposium." *First Things* no. 99, January 2000: 19–20. |
|      | "Who's Got the Magic." Response to Robert Pennock, published initially at metanexus.net. Reprinted without permission in Robert Pennock, ed., *Intelligent Design Creationism and Its Critics: Philosophical, Theological, and Scientific Perspectives* (Cambridge, Mass.: MIT Press, 2001), 639–644. |
|      | "Disbelieving Darwin—And Feeling No Shame!" Published initially at metanexus.net, available at www.designinference.com. Revised version published as "Shamelessly Doubting Darwin," *American Outlook* (November/December 2000): 22–24. |
|      | "Because It Works, That's Why!" (review of Y. M. Guttmann's *The Concept of Probability in Statistical Physics*). *Books & Culture*, March/April 2000: 42–43. |
|      | "The Design Argument." In *The History of Science and Religion in the Western Tradition: An Encyclopedia*, edited by Gary B. Ferngren (New York: Garland, 2000), 65–67. |
|      | "The Limits of Natural Teleology" (review of Robert Wright's *Nonzero: The Logic of Human Destiny*). *First Things* no. 105 (August/September 2000): 46–51. |
|      | "Intelligent Design Is Not Optimal Design." Response to Francisco Ayala, posted initially at metanexus.net. Available online at www.designinference.com. |
| **1999** | "Signs of Intelligence: A Primer on the Discernment of Intelligent Design." *Touchstone* 12(4), 1999: 76–84. |
|      | "Are We Spiritual Machines?" *First Things* no. 96, October 1999: 25–31. |
|      | "Not Even False? Reassessing the Demise of British Natural Theology." *Philosophia Christi* 2nd series, 1(1), 1999: 17–43. |
|      | "The Last Magic" (review of Mark Steiner's *The Applicability of Mathematics as a Philosophical Problem*). *Books & Culture*, July/August 1999. [Award: Evangelical Press Association, First Place for 1999 in the category "Critical Reviews."] |
|      | "Thinkable and Unthinkable" (review of Paul Davies's *The Fifth Miracle*). *Books & Culture*, September/October 1999: 33–35. |
|      | "The Arrow and the Archer: Reintroducing Design into Science." *Science & Spirit* 10(4), 1999(Nov/Dec): 32–34, 42. |

| | |
|---|---|
| **1998** | "Randomness." In *Routledge Encyclopedia of Philosophy*, edited by Edward Craig. London: Routledge, 1998. |
| | "Reinstating Design within Science." *Rhetoric and Public Affairs* 1(4), 1998: 503–518. Reprinted in John Angus Campbell and Stephen C. Meyer, eds., *Darwinism, Design, and Public Education*. East Lansing, Mich.: Michigan State University Press, 2003: 403–417. |
| | "Fruitful Interchange or Polite Chitchat? The Dialogue between Theology and Science" (co-authored with Stephen C. Meyer). *Zygon* 33(3), 1998: 415–430. |
| | "Mere Creation." In *Mere Creation: Science, Faith, and Intelligent Design*. |
| | "Redesigning Science." In *Mere Creation: Science, Faith, and Intelligent Design*. |
| | "Science and Design." *First Things* no. 86, October 1998: 21–27. |
| | "Intelligent Design: The New Kid on the Block." *The Banner* 133(6), 16 March 1998: 14–16. |
| | "The Intelligent Design Movement." *Cosmic Pursuit* 1(2), 1998: 22–26. |
| | "The Bible by Numbers" (review of Jeffrey Satinover's *Cracking the Bible Code*). *First Things*, August/September 1998 (no. 85): 61–64. |
| **1997** | "Intelligent Design as a Theory of Information" (revision of 1997 NTSE conference paper). *Perspectives on Science and Christian Faith* 49(3), 1997: 180–190. Reprinted without permission in Robert Pennock, ed., *Intelligent Design Creationism and Its Critics: Philosophical, Theological, and Scientific Perspectives* (Cambridge, Mass.: MIT Press, 2001), 553–573. |
| | "Christology and Human Development." *Foundations* 5(1), 1997: 11–18. |
| **1996** | "Schleiermacher's Metaphysical Critique of Miracles." *Scottish Journal of Theology* 49(4), 1996: 443–465. |
| | "Transcendent Causes and Computational Miracles." In *Interpreting God's Action in the World* (*Facets of Faith and Science*, volume 4), edited by J. M. van der Meer. Lanham: The Pascal Centre for Advanced Studies in Faith and Science/ University Press of America, 1996. |
| | "The Problem of Error in Scripture." *Princeton Theological Review* 3(1)(double issue), 1996: 22–28. |
| | "Teaching Intelligent Design as Religion or Science?" *Princeton Theological Review* 3(2), 1996: 14–18. |
| | "The Paradox of Politicizing the Kingdom." *Princeton Theological Review* 3(1)(double issue), 1996: 35–37. |
| | "Alchemy, NK Boolean Style" (review of Stuart Kauffman's *At Home in the Universe*). *Origins & Design* 17(2), 1996: 30–32. |
| **1995** | "What Every Theologian Should Know about Creation, Evolution, and Design." *Princeton Theological Review* 2(3), 1995: 15–21. |
| | "The Fallacy of Contextualism." *Themelios* 20(3), 1995: 8–11. |
| | "The God of the Gaps." *Princeton Theological Review* 2(2), 1995: 13–16. |
| **1994** | "The Incompleteness of Scientific Naturalism." In *Darwinism: Science or Philosophy?* edited by Jon Buell and Virginia Hearn (Proceedings of the Darwinism Symposium held at Southern Methodist University, 26–28 March 1992), pp. 79–94. Dallas: Foundation for Thought and Ethics, 1994. |
| | "On the Very Possibility of Intelligent Design." In *The Creation Hypothesis*, edited by J. P. Moreland, pp. 113–138. Downers Grove: InterVarsity Press, 1994. |
| **1991** | "Randomness by Design." *Nous* 25(1), 1991: 75–106. |

"Reviving the Argument from Design: Detecting Design through Small Probabilities." *Proceedings of the 8th Biannual Conference of the Association of Christians in the Mathematical Sciences* (at Wheaton College), 29 May – 1 June 1991: 101–145.

**1990**

"Uniform Probability." *Journal of Theoretical Probability* 3(4), 1990: 611–626.

"Reverse Diffusion-Limited Aggregation." *Journal of Statistical Computation and Simulation* 37(3&4), 1990: 231–234.

"Scientopoly: The Game of Scientism." *Epiphany Journal* 10(1&2), 1990: 110–120.

"Converting Matter into Mind: Alchemy and the Philosopher's Stone in Cognitive Science." *Perspectives on Science and Christian Faith* 42(4), 1990: 202–226. Abridged version in *Epiphany Journal* 11(4), 1991: 50–76. My response to subsequent critical comment: "Conflating Matter and Mind" in *Perspectives on Science and Christian Faith* 43(2), 1991: 107–111.

"Inconvenient Facts: Miracles and the Skeptical Inquirer." *Philosophia Christi* (formerly *Bulletin of the Evangelical Philosophical Society*) 13, 1990: 18–45.

**Professional Activities**

**2004**

"Doubts about Unintelligent Evolution," Society of Christian Philosophers, invited lecture, with Sahotra Sarkar as respondent, annual AAR meeting, San Antonio, 22 November 2004.

"Darwin's Berlin Wall," Evangelical Philosophical Society, invited plenary lecture at annual ETS meeting, San Antonio, 18 November 2004.

Fall 2004: Lectures at University of New Mexico, Belhaven College, Wayne State University, and Taylor University

"Intelligent Design: The State of the Research Program," *National Faculty Leadership Conference*, organized by Christian Leadership Ministries, Washington, DC, 25 June 2004.

Lecture tour of Denmark: 10 May, University of Aarhus, Danish Science-Theology Forum; 11-12 May, University of Copenhagen, two lectures, Department of Systematic Theology; 12 May, Technical University of Denmark, "The Design Inference as an Extension of Fisherian Significance Testing"; 13 May, Niels Bohr Institute, "Intelligent Design and Self-Organization."

Speaker and panelist, conference titled *Intelligent Design and the Future of Science*, Biola University, 22–24 April 2004.

Dual debates at UCLA as part of Veritas Forum, Jeffrey Schwartz and William Dembski vs. Michael Shermer and Niall Shanks respectively, taped 21 April 2004 and subsequently televised by CSPAN2.

"Mathematics as an Experimental Science," talk given at Baylor conference titled *Christianity and the Soul of the University: Faith as a Foundation for Intellectual Community*, 26 March 2004. Based on paper titled "The Pragmatic Nature of Mathematical Inquiry," in the edited collection by James Bradley and Russ Howell.

Claremont-McKenna lectures on intelligent design, spring 2004 (featuring Michael Behe, Eugenie Scott, and William Dembski). Dembski spoke on 2 Marcy 2004.

Lectures on intelligent design at UC Davis and Grace Valley Christian Center, organized by Richard Spencer, 16–17 January 2004.

**2003**

Lectures at Oxford University on intelligent design at the Ian Ramsey Centre and Oxford Centre for Hindu Studies as well as to the Joseph Butler Society, 29–30 October 2003.

Extended academic debate over intelligent design with Michael Ruse, sponsored by the Honors College at the University of Central Arkansas, 14–16 October 2003.

SETI Institute radio debate with Massimo Pigliucci, moderated by Seth Shostak, 12 October 2003.

"Infinite Universe or Intelligent Design?" Paper delivered at 2003 Accelerating Change Conference at Stanford University, 13 September 2003. Available online at www.designinference.com.

Participant, seminar on the role of technology in culture and society, organized by Walter Bradley, Baylor University, 26 May – 6 June 2003.

"Making the Task of Theodicy Impossible? Intelligent Design and the Problem of Evil," invited paper delivered under the auspices of the Center for Theology and the Natural Sciences (CTNS) at the Graduate Theological Union (GTU) in Berkeley, 1 April 2003.

Speaking tour of Auckland, New Zealand, including seminars on intelligent design at the University of Auckland and various theological institutions, 10–19 March 2003.

"The Design Revolution." *Norton Lectures*, Southern Baptist Theological Seminary, Louisville, Kentucky, 11 & 12 February 2003. [**endowed lectures**]

Taping for JESUS Film Apologetics Version, Southern California, 15 January 2003.

Invited to speak on intelligent design at Southwest Texas State University (6 February), SMU (25 March), and University of Maine (9 April).

**2002**

"ID's Positive Contribution to Biology's Information Problem," *The Intelligent Design Debate*, symposium featuring also Michael Ruse, Larry Arnhart, Michael Behe, Mano Singham, Niles Eldredge, Jonathan Wells, Hillsdale College, 10–13 November 2002.

"Becoming a Disciplined Science: Prospects, Pitfalls, and Reality Check for ID," keynote address, *RAPID Conference* (Research and Progress in Intelligent Design), Biola University, La Mirada, California, 25–27 October 2002. Available online at www.designinference.com.

Debate titled "God or Luck: Creationism vs. Evolution," with Steven Darwin, professor of botany, Tulane University, New Orleans, 7 October 2002. Frank Tipler organized this debate.

"Skepticism's Prospects for Unseating Intelligent Design," Fourth World Skeptics Conference, *Prospects for Skepticism: The Next Twenty-Five Years*, Burbank, California, 20-23 June 2002. Symposium debate with Paul Nelson vs. Kenneth Miller and Wesley Elsberry.

Presenter on intelligent design, *Imago Dei AD 2002*, conference sponsored by Charles W. Colson and the Wilberforce Forum, Dallas, 15 June 2002.

"The Cultural Significance of Intelligent Design," *Imago Dei AD 2002: Incarnational Living in a Secular Society*, sponsored by BreakPoint, Irving, Texas, 15 June 2002.

"Does Evolution Even Have a Mechanism," symposium on intelligent design featuring also Michael Behe, Kenneth Miller, Robert Pennock, and Eugenie Scott, American Museum of Natural History, New York, 23 April 2002. Available online at http://www.iscid.org/papers/Dembski_DoesEvolution_050202.pdf. See also http://www.actionbioscience.org/evolution/nhmag.html.

"Blueprint for a Revolution," *Intelligent Design Conference*, Palm Beach Atlantic College, Palm Beach, Florida, 13-14 April 2002.

Canadian lecture tour on intelligent design (University of Guelph, University of Toronto, and McMasters University), sponsored by the Canadian Scientific and Christian Affiliation, 6–8 March 2002.

"Intelligent Design." *Staley Lectures*, Anderson College, Anderson, South Carolina, 15 & 16 January 2002. [**endowed lectures**]

**2001**

Founded with John Bracht and Micah Sparacio the International Society for Complexity, Information, and Design (www.iscid.org).

9

Program titled "Darwin under the Microscope," PBS television interview for *Uncommon Knowledge* with Peter Robinson facing Eugenie Scott and Robert Russell, 7 December 2001.

Public discussion with Stuart Kauffman, "Order for Free vs. No Free Lunch," Center for Advanced Studies, University of New Mexico, 13 November 2001.

Debate with Michael Shermer, "Does Science Prove God?" Clemson University, 7 November 2001.

Debate with Massimo Pigliucci, "Is Intelligent Design Smart Enough?" New York Academy of Sciences, 1 November 2001.

"Another Way to Detect Design?" "Why Natural Selection Can't Design Anything," and "The Chance of the Gaps." Three papers presented as keynote speaker at Society of Christian Philosophers meeting, Boulder, Colorado, 4–6 October 2001.

Panel discussion on Houston PBS station regarding PBS evolution series, which finished that night, 27 September 2001.

Presenter, on topic of detecting design, 23–27 July 2001 at Wycliffe Hall, Oxford University in the John Templeton Oxford Seminars on Science and Christianity.

Focus on the Family broadcast taping with James Dobson, 6 July 2001.

Presenter, Darwin, Design & Democracy II, conference organized by the Intelligent Design Network, Kansas City, Missouri, 29-30 June 2001.

"Intelligent Design as a Theory of Technological Evolution." *Interpreting Evolution*, AAAS conference at Haverford College, 14–19 June 2001. Paper available online at www.designinference.com.

Participant, "Mathematical Modeling and Complexity Seminar," organized by Michael Veatch at Calvin College, 2–4 June 2001.

"The Probabilistic Detection of Design" and "New Directions in Information Theory: From Shannon Information to Specified Complexity." Keynote talks at biannual meeting of the Association of Christians in the Mathematical Sciences, Calvin College, 31 May – 2 June 2001.

Participant, Symposium on Design Reasoning, Calvin College, 22–23 May 2001. Other participants were Stephen Meyer, Paul Nelson, Rob Koons, Del Ratzsch, Robin Collins, Tim & Lydia McGrew. Tim will edited the proceedings for an academic press.

Radio debate with Eugenie Scott, Diane Rehm Show, NPR, 18 April 2001 (in response to James Glanz's front page story on intelligent design in the *New York Times*, 8 April 2001).

Invited to speak on intelligent design at University of Georgia (21–23 February), University of South Carolina (1–3 April), UCSD (23–26 April), and SMU (11 September), Texas A&M (18 September), Fort Lewis College, Durango, Colorado (16 October)

**2000**

"No Free Lunch: Why Specified Complexity Requires Intelligence." *Science and Evidence for Design in the Universe*. Conference at Yale University, 2–4 November 2000.

Panelist, "Where Do We Go From Here?" at conference sponsored by ASA, IVCF, and Templeton in Mundelein, Illinois titled *Asking the Right Questions: Christian Faith and the Choice of Research Topic in the Natural and Applied Sciences*, 13–15 October 2000.

"Intelligent Design and the End of Reason," Houston Christian Worldview Conference, sponsored by Charles W. Colson and the Wilberforce Forum, 23 September 2000.

"Detecting Design in the Natural Sciences." Talks presented at two conferences: *Design and Its Critics* (Concordia University, Mequon, Wisconsin, 22–24 June 2000); *'Intelligent Design': Science and Theology in Consonance?* (University of New Brunswick, Fredericton, 15–16 September 2000).

Curriculum Vitae «» William A. Dembski

|      |      |
|------|------|
|      | Contributor, "Prospects for Post-Darwinian Science," symposium, New College, Oxford, August 2000. Other contributors included Michael Denton, Peter Saunders, Mae-Wan Ho, David Berlinski, Jonathan Wells, Stephen Meyer, and Simon Conway Morris. |
|      | Seminar Organizer, "Design, Self-Organization, and the Integrity of Creation," Calvin College Seminar in Christian Scholarship, 19 June – 28 July 2000. Follow-up conference 24–26 May 2001 (speakers included Alvin Plantinga, John Haught, and Del Ratzsch). |
|      | Intelligent design lecture tour of South Korea, sponsored by Manmin Church, including lecture at Hankuk University of Foreign Studies on 17 May (moderator: Kwang-youl Kim; interpreter: Joon-ha Hwang). |
|      | "Can Evolutionary Algorithms Generate Specified Complexity?" *The Nature of Nature.* Conference on the role of naturalism in science, Baylor University, 12–15 April 2000. |
|      | *The Nature of Nature*, conference at Baylor University, 12–15 April 2000, organized by WmAD and Bruce Gordon. For details, see: http://www.designinference.com/documents/2000.04.nature_of_nature.htm |
|      | "Intelligent Design: Yesterday's Orthodoxy, Today's Heresy," Evangelical theological Society Southwest Regional Meeting, organized by Douglas Blount at Southwestern Baptist Theological Seminary, 7 April 2000. |
|      | "Intelligent Design: Bridging Science and Faith." *Staley Lectures*, Union University, Tennessee, 28 February – 1 March 2000. [**endowed lectures**] |
|      | Taught course on intelligent design, Trinity International University, Santa Ana, Calif., spring 2000. |
| 1999 | Symposiast at Templeton sponsored Santa Fe conference organized by Paul Davies titled *Complexity, Information, and Design: A Critical Appraisal*, 14–16 October 1999. Presented paper that in 2002 was published in an edited collection by fellow symposiast Niels Gregersen ("Can Evolutionary Algorithms Generate Specified Complexity?"). |
|      | Participant, Templeton sponsored conference titled *Empathy, Altruism and Agape: Perspectives on Love in Science and Religion* at MIT, 1–3 October 1999. |
|      | "Detecting Design in Nature," symposium at NYU sponsored by the Homeland Foundation, fall 1999. |
|      | "The Third Mode of Explanation: Distinguishing Design from Chance and Necessity." Roundtable discussion with Archbishop Joseph Zycinski, University of Chicago, 22 April 1999. |
|      | "The Design Inference." 140th Anniversary of Darwin's *Origin of Species*, Trinity Graduate School, Fullerton, California, 13 March 1999. |
|      | Participant, Liberty Fund Colloquium, "Liberty and Responsibility in the Writings of Charles Darwin," Tucson, Arizona, 28–31 January 1999. |
|      | Invited to speak on intelligent design at Texas A&M (25-26 March, Walter Bradley, organizer), Wheaton College (April), MIT (7 April), Tufts (8 April), John Brown University (31 July, Amer. Sci. Aff. meeting), Texas Tech (29 October), GeorgiaTech (5 November), Lycoming College (18 November), Biola University (3 December). |
| 1998 | Discussion about *The Design Inference*, organized by Robert Koons, with Cory Juhl and Sahotra Sarkar, University of Texas, Austin, October 1998. |
|      | Lecture on Naturalism to the annual meeting of Salem Communications, Dallas, 30 October 1998. |
|      | "The Design Inference." World Congress of Philosophy, Boston, 14 August 1998. |
|      | "The Act of Creation: Bridging Transcendence and Immanence." Millstatt Forum, Strasbourg, France, 10 August 1998. |
|      | Faculty in theology and science at the C. S. Lewis International Centennial Celebration, *Loose in the Fire*. Oxford and Cambridge Universities, 19 July to 1 August 1998. |

|      |      |
|------|------|
|      | "Science, Theology, and Intelligent Design." *Staley Lectures*, Central College, Iowa, 4–5 March 1998. [**endowed lectures**]<br>Canadian lecture tour on intelligent design (Simon Fraser University, University of Calgary, and University of Saskatchewan), sponsored by the New Scholars Society, 4–6 February 1998. |
| **1997** | "Intelligent Design as a Theory of Information." *Naturalism, Theism, and the Scientific Enterprise.* Conference organized by Robert Koons on the scientific status of intelligent design at the University of Texas at Austin, 20 – 23 February 1997. |
| **1996** | "Redesigning Science." Presentation at *Mere Creation* conference.<br>Organizer with Richard McGee and Paul Nelson of *Mere Creation* conference on design and origins at Biola University, 14 – 17 November 1996.<br>PBS's *Inside the Law* with Jack Ford, program devoted to design and evolution, featuring William Dembski, Wendell Byrd, Charles Haynes, and Kevin Padian, taped 13 November 1996. |
| **1995** | Organized the Charles Hodge Society and the Princeton Apologetics Seminar at Princeton Theological Seminary (*Unapologetic Apologetics* emerged out of that seminar). |
| **1994** | Faculty in theology and science at the C. S. Lewis Summer Institute, *Cosmos and Creation.* Cambridge University, Queen's College, 10–23 July 1994.<br>Revived, with Richard Gardiner, the *Princeton Theological Review* at Princeton Theological Seminary. This journal is still in production:<br>http://www.pfrenewal.org/clients/pfrenewal-org/downloads/publications_PTRSpring04.pdf |
| **1993** | "Theoretical Basis for the Design Inference." *The 48th Annual Meeting of the American Scientific Affiliation*, Seattle Pacific University, 9 August 1993.<br>Participant and speaker, The Status of Darwinian Theory and Origin of Life Studies, Pajaro Dunes, California, 22–24 June 1993. |
| **1992** | "Transcendent Causes and Computational Miracles." *International Conference on Science and Belief*, Pascal Centre, Ancaster, Ontario, Canada, 11–15 August 1992..<br>Summer research on design, Cambridge University, sponsored by Pascal Centre (Ancaster, Ontario, Canada), 1 July to 4 August 1992<br>"The Incompleteness of Scientific Naturalism." Symposium on Darwinism held at Southern Methodist University, 26–28 March 1992. |
| **1991** | "Detecting Design through Small Probabilities." *The 8th Biannual Conference of the Association of Christians in the Mathematical Sciences*, Wheaton College, 30 May 1991 and *The 46th Annual Meeting of the American Scientific Affiliation*, Wheaton College, 29 July 1991. |
| **1990** | Participant, *International Institute of Human Rights* in Strasbourg France, 28 June to 27 July 1990. |
| **1988** | "Truth in an Age of Uncertainty and Relativism." *Dom. Luke Child's Lecture*, Portsmouth Abbey School, 30 September 1988. [**endowed lecture**] |