IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAMMY KITZMILLER, et al.,** | : | **Case Number:  04-CV-2688** |
| **Plaintiffs** | : | **Judge Jones** |
| | : | **(Filed electronically)** |
| vs. | : | |
| | : | |
| **DOVER AREA SCHOOL DISTRICT; DOVER** | : | |
| **AREA SCHOOL DISTRICT BOARD OF** | : | |
| **DIRECTORS,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2005, upon consideration of the Motion to Quash Subpoenas or for Protective Order filed by the non-party subpoenaed witnesses, Joseph Maldonado and Heidi Bernhard-Bubb, it is hereby **ORDERED** and **DECREED** that the Subpoenas issued by Plaintiffs are **QUASHED**.

Notice of the Entry of this Order shall be given to all parties as prescribed by law.

**BY THE COURT:**

_____
**JOHN E. JONES III**
**UNITED STATES DISTRICT JUDGE**