# APPENDIX I

# TAB I

ELMIRA JANE CLEAVER, June 9, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CIVIL ACTION NO. 4 CV 04-2688

TAMMY KITZMILLER; BRYAN AND
CHRISTY REHM; DEBORAH
FENIMORE AND JOEL LIEB; STEVEN
STOUGH; BETH EVELAND; CYNTHIA
SNEATH; JULIE SMITH; AND ARALENE
("BARRIE") D. AND FREDERICK B.
CALLAHAN,
                Plaintiffs,
        vs.
DOVER AREA SCHOOL DISTRICT;
DOVER AREA SCHOOL DISTRICT
BOARD OF DIRECTORS,
                Defendants.
                    /


DEPOSITION OF ELMIRA JANE CLEAVER
            June 9, 2005
        1:06 p.m. - 2:48 p.m.


        255 North Broadway Avenue
            Law Library, Room F
                Bartow, Florida


REPORTED BY:
EVELYN M. ADREAN, RPR
Notary Public
State of Florida at Large
Esquire Deposition Services - Tampa, Florida
813-221-2535 (800-838-2814)
Job No.: 733289


ESQUIRE DEPOSITION SERVICES

Page 2

```
 1   APPEARANCES:
 2
 3        CHRISTOPHER J. LOWE, ESQUIRE
          Pepper Hamilton, LLP
 4        3000 Two Logan Square
          Eighteen and Arch Streets
 5        Philadelphia, Pennsylvania 19103-2799
          (215) 981-4750
 6
            Attorney for Plaintiffs.
 7
 8        EDWARD L. WHITE, III, ESQUIRE
          Thomas More Law Center
 9        24 Frank Lloyd Wright Drive
          P.O. Box 393
10        Ann Arbor, Michigan  48106
          (734) 930-7160
11
            Attorney for Defendants.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              EXHIBITS
 2   NO.      DESCRIPTION          PAGE
 3   1    July 12, 2004 School Board Minutes   44
 4   2    Complaint                54
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              INDEX
 2              PAGE
 3   Examination by Mr. Lowe.............. 4
 4   Certificate of Oath................. 69
 5   Certificate of Reporter............. 70
 6   Signature Page/Errata Sheet......... 71
 7   Witness Notification letter......... 72
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1        The deposition of ELMIRA JANE CLEAVER was taken
 2   pursuant to Notice by counsel for the Plaintiff on June 9,
 3   2005, commencing at 1:06 p.m. at 255 North Broadway Avenue,
 4   Law Library, Room F, Bartow, Florida.  Said deposition was
 5   reported by Evelyn M. Adrean, RPR, Notary Public, State of
 6   Florida at Large.
 7          - - - - - - - - - -
 8   WHEREUPON:
 9            ELMIRA JANE CLEAVER,
10   a witness, having been duly sworn to tell the truth, the
11   whole truth and nothing but the truth, was examined and
12   testified as follows:
13        THE WITNESS: I do.
14            EXAMINATION
15   BY MR. LOWE:
16
17
18
19
20
21
22
23
24
25
```

Esquire Deposition Services          813-221 2535

Page 6

1    Q.  Good evening -- good afternoon, Ms. Cleaver.  I
2  have introduced myself to you off the record, but again today
3  for the record.  My name is Chris Lowe, and I work for the
4  law firm of Pepper Hamilton, and we represent the plaintiffs
5  in this case which is captioned Kitzmiller v Dover School
6  District.  We're here today to take your deposition in this
7  matter, which means I'm here to just get your side of the
8  story.  Do you understand that?
9    A.  Right.  I do.
10    Q.  There's just a few rules that I want to explain to
11  you; these are just rules for depositions, which I want to
12  make sure you understand so this process will go smoothly and
13  quickly.  First, have you ever been deposed before?
14    A.  No, sir.
15    Q.  Okay.  As you can see, there's a court reporter
16  here today that's going to be taking down everything that we
17  say.  Because of this, it's really important that both of us
18  are verbal in all of our questions and answers.  So, if
19  either of us is shaking our head or nodding, the court
20  reporter may very well ask us or smack us and tell us to
21  speak up.  In addition to that, you're going to need to try
22  not to anticipate the end of my question by answering; in
23  other words, I'm going to ask you to just try to wait until I
24  finish any question before you answer.  And at the same time,
25  I will try to make sure that I wait until you completely

Page 7

1  finish any response.  It's going to happen frequently, that
2  we'll anticipate what the other is going to say and we will
3  naturally start to cut that person off.  Once again, we may
4  get talked to by the court reporter if we do that.  Is that
5  fair?
6    A.  Yes, sir.
7    Q.  Thank you.  And this isn't a marathon in any way,
8  so if at any time during this, you feel the need to take a
9  break, please just ask as.  If you'd like to speak to your
10  attorney, or if you'd like to just get up and stretch for a
11  second, that's fine.  If I'm talking too fast or I ask a
12  question that's in any way unclear, please feel free to ask
13  me to repeat the question.
14    A.  I will.
15    Q.  If you do respond to a question, we, of course,
16  will just assume that you did understand that question.  Of
17  course, I your response doesn't match the question, I may
18  then just rephrase the question.  Is that clear?
19    A.  Yes, sir.
20    Q.  Over the course of the deposition, I may ask
21  questions that you feel you've already answered; you can feel
22  free to let me know that.  In some cases I may be asking in a
23  different way, I may be asking for a different reason, or I
24  may just be asking to ensure that I'm clear on the answer.
25  And I think that's it in terms of just a little background.

Page 8

1  Now, you do realize that you are here today represented by
2  counsel?
3    A.  Yes, I do.
4    Q.  And I'm going to ask you a couple questions about
5  that, but please understand I'm not asking you any questions
6  about the content of anything that you spoke to to either
7  counsel here today or anyone from that law firm, so -- and
8  that goes for any question that I ask you during the course
9  of this afternoon's deposition.  You don't need to tell me
10  anything that you've discussed with them unless other people
11  were present.  But generally speaking, I'm not asking about
12  anything that you discussed will them, okay?
13    A.  Right.
14    Q.  Okay.  So, let me start by asking when it was that
15  you first became represented by counsel?
16    A.  Back about -- in May.
17    Q.  Okay.
18    A.  When I spoke to you the last time.  Then I had
19  called Mr. Gillen.
20    Q.  Okay.  And did you sign any sort of letter of
21  representation or anything stating that they are representing
22  you?
23    A.  No, I have not.
24    Q.  Okay.  And how many times have you talked with
25  either Mr. Gillen or anyone from that law firm with respect

Page 9

1  to this action?
2    A.  How many times?
3    Q.  Yeah, approximately.
4    A.  Probably five:  Friday evening, Monday evening,
5  Tuesday you just called to tell me where or when we would
6  meet.  Probably four times, and today.
7    Q.  Okay.  I have down here Friday, that would be this
8  past Friday?
9    A.  This past Friday.
10    Q.  And then Monday which was June --
11    A.  Monday evening.
12    Q.  Trying to think of the date.  That would be June --
13    A.  6th.
14    Q.  June 6th.  Then Tuesday and then again today?
15    A.  Let me --
16    Q.  It's not -- you know, it's not -- I'm not looking
17  for a -- it's not really --
18    A.  Because today is Thursday, that's it.
19    Q.  And I'm going to ask, just approximately how long
20  it was that you spent talking with counsel on those
21  occasions?
22    A.  On Friday evening, approximately 50 minutes.  And
23  Monday evening, maybe 30 minutes, Tuesday evening was very
24  brief, and today I have spoke with Ed today in the motel
25  room.

**Page 10**

1    Q. Okay. And prior to this past Friday, did you speak
2   with any counsel about this matter?
3    A. No, sir.
4    Q. Other than when you told Mr. Gillen that he could
5   represent you?
6    A. Right.
7    Q. I understand. Okay. Have you spoken to anyone
8   else about this lawsuit?
9    A. No, sir.
10    Q. Have you looked at any documents in preparation for
11   this lawsuit?
12    A. No, sir.
13    Q. Okay. Have you ever seen the Complaint which is
14   the formal document that we used explaining the nature of
15   this lawsuit?
16    A. No, sir.
17    Q. And have you ever seen the answer which was the
18   response of the defendants explaining their position in the
19   lawsuit?
20    A. No, I have not.
21    Q. Okay. And have you spoken to any of the school
22   board members about this lawsuit?
23    A. When I received my subpoena, I had called Sheila
24   Harkins and said, what's this about. That is the one and
25   only.

**Page 11**

1    Q. And could you talk to me about what -- about the
2   nature of that conversation; what was it that you discussed
3   with Ms. Harkins?
4    A. I simply asked Sheila what this is all about, and
5   she said, probably -- when I told her it was a subpoena, she
6   said, well, probably it's your deposition. And so, that's
7   all that was said. She said, you better get in touch with
8   Mr. Gillen.
9    Q. Okay.
10    A. And that was it.
11    Q. Okay. And did she tell you anything about her
12   feelings or --
13    A. No --
14    Q. Okay.
15    A. -- we did not.
16    Q. And did you share anything about your position?
17    A. No, sir.
18    Q. Okay. Have you spoke to any of the teachers from
19   the school district with respect to this lawsuit?
20    A. No, sir.
21    Q. Okay. And so other than Ms. Harkins and your
22   attorneys, there is no one else that you spoke to with
23   respect to this lawsuit?
24    A. No one.
25    Q. Where is it that you are now living?

**Page 12**

1    A. I'm living in Frostproof. It's not really in
2   Frostproof -- yeah, Frostproof. It's between Lake Wales and
3   Frostproof. It's in Rainbow Resort.
4    Q. Okay. Could you give your address for the record,
5   please?
6    A. 700 County Road 630-A, Lot 8, Frostproof, Florida
7   33843.
8    Q. And how long have you lived in Florida?
9    A. I lived in Florida -- I bought my home July 21st,
10   so -- and then I had gone home and came back down in August
11   when the hurricane hit. It was the 13th, I came down the
12   15th. That's it.
13    Q. Well, good timing. You came after. And when you
14   referred to going back home, I assume that you're talking
15   about Dover?
16    A. Dover, Pennsylvania.
17    Q. And how long did you live in Dover, Pennsylvania?
18    A. Fifty-six years.
19    Q. So, you grew up in Dover?
20    A. No. I grew up in Weiglestown, right next to Dover.
21    Q. While living in Dover, what newspapers did you read
22   regularly?
23       MR. WHITE: Can you give her a time frame?
24       MR. LOWE: Yes. That's a fair question.
25   BY MR. LOWE:

**Page 13**

1    Q. Let's go back to -- let's say since 2002, 2003, did
2   you read newspapers regularly?
3    A. I did read. I'd -- I think it was York Dispatch
4   delivered to my home.
5    Q. And did you generally make a habit of reading that
6   daily?
7    A. Not after I got on the school board.
8    Q. So after getting on the school board, did you stop
9   reading the newspaper?
10    A. I discontinued it.
11    Q. After discontinuing the York Dispatch, how was it
12   that you were made aware of local news?
13    A. I -- I got around to all the neighbors and -- in
14   our community because I was at the Dover-boro meetings, some
15   of the Dover Township meetings. It wasn't hard to find out
16   what was going on.
17    Q. Okay. With respect to newspaper articles about the
18   subject matter that we're here for today, meaning the
19   curriculum change, did you read any of those newspaper
20   articles?
21    A. At first, yes. And after maybe the third meeting,
22   anything I did not read in the paper about our school
23   concerns.
24    Q. Okay. While in Dover, let's say from the period
25   that you were on the school board, did you have a job at that

Esquire Deposition Services                    813-221 2535

**Page 14**

1  time?
2      A.  While I was on the school board, yes, I did.
3      Q.  What was your employment?
4      A.  I was employed at the Bon-Ton department store.
5      Q.  And for approximately how long were you employed
6  there?
7      A.  Well, about two-and-a-half years.
8      Q.  Was that the last job that you had while in Dover?
9      A.  Yes.
10     Q.  Previous to working at Bon-Ton, where were you
11 employed?
12     A.  I had my own business.  I had a Dover -- I owned a
13 Dover department store for thirty-three-and-a-half years.  I
14 had three stores.
15     Q.  Were you ever employed by -- other than in your
16 position as school board member, were you ever employed by
17 the school district?
18     A.  No.
19     Q.  Were you related to anyone that was working as a
20 teacher in the school district that you're aware of?
21     A.  No.
22     Q.  Were you or are you related to anyone that was ever
23 in the administration of the school district that you're
24 aware of?
25     A.  No, sir.

**Page 15**

1      Q.  And have you spoken to anyone from the
2  administration since this lawsuit was filed?
3      A.  No, sir.
4      Q.  I'm going to ask you a few questions about the
5  background of your tenure on the board, just how you got
6  there and how long you were there.  When was it that you
7  first became a member of the school board?
8      A.  I think I was a member of the school board in
9  some -- it was some time in two-oh-three, I think.
10     Q.  And when did you resign from the school board?
11     A.  I resigned October the 4th, two-oh-four.
12     Q.  Were you elected to the school board?
13     A.  Yes, I was.
14     Q.  Did you run with a slate of candidates when you ran
15 for the school board?
16     A.  Yes.
17     Q.  Who was on that slate of candidates?
18     A.  Jack Brown was one of them.  Truthfully, I can't
19 remember.  I really don't know anymore.
20     Q.  Okay.  Which brings me to related point.  I
21 understand during the course of the deposition there's going
22 to be many things that you don't remember or that you don't
23 remember completely or exactly.  We understand that.
24     A.  Well, truthfully, I'm going to be honest with you,
25 too.  There are just some things I don't remember.  So,

**Page 16**

1  don't -- I'm not trying to act dumb.  I just don't remember.
2      Q.  And that certainly is fine.  And that's one reason
3  why I may ask questions that sometimes that sound repetitive.
4  What I'll probably be -- what I will be trying to do is to
5  just help to refresh your memory or ask in a different way
6  that may spark something.  So, do understand that we really
7  do realize that.  And I don't expect you to remember
8  everything.  At the same time, we don't expect dates or days
9  to be exact by any stretch.  We aren't looking to find things
10 of that nature.  So, I don't want you to be concerned about
11 that.  Also during the course of the deposition, if we're
12 talking -- if we've ended a line of questioning and during
13 another line of questioning you remember something from a
14 previous question, feel free to stop and just go back.  And
15 that means whether you remember something new or whether you
16 think that you said something incorrectly and you want to
17 change it.  That's all fine, okay?
18     A.  Thank you.
19     Q.  All right.  So, other than Jeff Brown, you don't
20 recall who else was on the slate with you when you ran?
21     A.  I knew that it was a pink paper, and there was,
22 like, five names on, and the only one -- oh, Bill Buckingham.
23 I'm sorry.  Just came to me.
24     Q.  That's okay.
25     A.  I hate myself when I do this here, I can't

**Page 17**

1  remember.  It was Bill Buckingham and myself and Jeff Brown.
2  That's it.  I can't remember the other two.
3      Q.  Okay.  Did you do anything with any of these
4  candidates to plan your campaign, like any strategy?
5      A.  None whatsoever.
6      Q.  Did you discuss views on school politics or school
7  policies that you had in common?
8      A.  No, I did not.
9      Q.  Did you discuss with them your intentions upon
10 becoming elected to the board in terms of policy or things
11 that would affect the school?
12     A.  No.
13     Q.  When running for the school board, do you recall
14 whether anyone expressed an interest in bringing more
15 religion into the schools?
16     A.  No.
17         MR. WHITE:  And on that question, when you say,
18 "anyone," do you mean anyone on the slate or anyone in the
19 population?
20         MR. LOWE:  Let's start with anyone on the slate
21 that you were running with.
22         THE WITNESS:  No, sir.
23 BY MR. LOWE:
24     Q.  Do you recall any other candidates running for
25 school board that perhaps weren't on your slate that had any

Page 18

1 discussions about bringing more religion into the schools?
2   A.  No, sir.
3   Q.  Do you recall anyone from the community discussing
4 this with you, bringing more religion into the schools?
5   A.  No, sir.
6   Q.  Do you recall hearing from any of the other
7 candidates for school board whether on your slate or not, did
8 any of them ever discuss with you that they had heard members
9 the community wishing to bring more religion into the
10 schools?
11   A.  Not that I recall.
12   Q.  Okay.  And prior to becoming a member of the school
13 board, do you recall hearing any discussion with respect to
14 creationism and bringing creationism into the school
15 district?
16   A.  No, sir.
17   Q.  Okay.  Prior to your decision to run for school
18 board, did you ever discuss with anyone an intention of
19 bringing religion back into the schools?
20   A.  No, I did not.
21   Q.  Prior to this deposition, we took a deposition of
22 Charlotte Buckingham.  Do you know Ms. Buckingham?
23   A.  Yes, I do.
24   Q.  She testified in her deposition that she attended a
25 board meeting that she thinks was in the spring of 2002,

Page 19

1 although she was not certain about the date.  But she said
2 she was there because you had visited her church and had met
3 her at that time.  Do you remember meeting Ms. Buckingham
4 after visiting her church?
5   A.  I do.
6   Q.  And Ms. Buckingham stated that you came to her
7 church to speak to her pastor?
8   A.  Correct.
9   Q.  And that you then met Ms. Buckingham?
10   A.  Right.
11   Q.  And you had some discussions with Ms. Buckingham?
12   A.  But may I something?
13   Q.  Certainly?
14   A.  That was not getting religion into school or
15 anything.  This was my first meeting with Ms. Buckingham.
16 She was the secretary of that church.  I had never seen her,
17 never met her before.  But this had nothing to with anything
18 at the schools.
19   Q.  Okay.  She said that she attended a school board
20 meeting -- and again, her memory was fuzzy, but she's recalls
21 it being in the spring of 2002 in support of you in that she
22 said that you were going to the school board to speak in
23 favor of introducing prayer into the school; is that
24 accurate?
25   A.  No.  I'll tell you what is accurate.

Page 20

1   Q.  Okay.
2   A.  A moment of silence, not prayer.  And the Pledge of
3 Allegiance.
4   Q.  Do you know why Ms. Buckingham may have held the
5 position or at least stated on the record that you were
6 trying to get prayer back into the school?
7       MR. WHITE:  Objection:  No personal knowledge,
8 calls for speculation.  She can't get into Ms. Buckingham's
9 head.
10 BY MR. LOWE:
11   Q.  Is there anything that you may have said during
12 your conversations that may lead someone to think that you
13 were trying to bring prayer back into the school?
14   A.  I did not -- I had gone around to the churches to
15 talk to the pastors -- that's when I talked to the pastor --
16 about getting a moment of silence.  That was my purpose, and
17 that's when I met Ms. Buckingham.
18   Q.  Okay.  So, it's your position here today that you
19 were simply looking to get a moment of silence into the
20 schools?
21   A.  And the Pledge of Allegiance.  That was my purpose.
22   Q.  Okay.  Let's talk just for a second about the
23 Pledge of Allegiance.
24   A.  Right.
25   Q.  At the time -- let's first get a time frame.  Do

Page 21

1 you agree that it was probably in the spring of 2002?
2   A.  It was in February -- I'll tell you exactly.
3 February the 11th is when it was passed.  Of all the times it
4 comes, this is one thing I recall now.  I'm sorry.  This
5 is --
6   Q.  That's okay.  February 11th, 2002?
7   A.  2002.
8   Q.  Okay.  And you say, "it passed."  What was it that
9 passed on February 11th?
10   A.  A moment of silence, a moment of silence.  And the
11 Pledge of Allegiance.
12   Q.  You're saying the Pledge of Allegiance --
13   A.  To the Flag.
14   Q.  Yeah, I understand that part.  What I didn't know
15 is, what you were referring to.  Prior to this time were they
16 not saying the Pledge --
17   A.  No, no.
18   Q.  You know, for the record, let me finish my
19 question, then you can give me your answer.
20   A.  I'm sorry, sir.
21   Q.  Prior to February 11th, 2002, was it your
22 understanding that they were not saying the Pledge of
23 Allegiance in the schools?
24   A.  To my knowledge, they were not saying the Pledge of
25 Allegiance in the schools.  The only time they said it was,

## Page 22

1  like, on Memorial Day that the children could go out on the
2  grass on the lawn around the flag pole and July the 4th --
3  well, July 4th, school was over. It was May 30th, Memorial
4  Day. And then they would say the Pledge of Allegiance.
5      Q. Okay. So, when you went to the school board
6  meeting as a member of the community at this time; correct?
7      A. Right.
8      Q. And it was February the 11th, 2002? And again, I'm
9  not going to hold you that date, that's just --
10     A. It definitely was. It was my anniversary, my
11  husband and I, our anniversary.
12     Q. And your goal at that time was exclusively to
13  support a moment of silence in the school and to support the
14  bringing of the Pledge of Allegiance into the school?
15     A. Correct.
16     Q. Okay. When you first became a member of the school
17  board, it's my understanding that Ms. Brown acted as your
18  mentor; is that correct?
19         MR. WHITE: When you say who, Ms. Brown --
20         MR. LOWE: Casey Brown.
21         THE WITNESS: Well, may I speak to what and tell
22  Chris what I told you?
23         MR. WHITE: Answer the question.
24  BY MR. LOWE:
25     Q. Was Ms. Casey Brown a mentor when you first became

## Page 23

1  a member of the board?
2      A. I'm going to tell you this, Chris. Casey Brown
3  would come to my home at night, in the evening, and sometimes
4  she would stay until 10:30. 11:00. Jeff did the same thing.
5  But he didn't come as often as what Casey did.
6         MR. WHITE: Jeff who?
7         THE WITNESS: Jeff is her husband.
8         MR. WHITE: Brown?
9         THE WITNESS: Jeff Brown.
10        MR. WHITE: Okay.
11        THE WITNESS: Sorry.
12  BY MR. LOWE:
13     Q. Also a member of the school board; correct?
14     A. Right, uh-huh. They wanted me on school board so
15  bad and I could not give them an answer because I was not
16  prepared; I wanted to know more. And so I gave them no
17  answers. And later on, Alan Bonsell --
18     Q. When you say, "later on" -- I hate to interrupt,
19  but, "later on," let's take -- let's stop right there for one
20  second so I can get the time frame here. Prior to your
21  decision to run for school board, you're saying that Jeff and
22  Casey Brown who were both members of the school board at the
23  time; correct?
24     A. Correct.
25     Q. Were coming to your house to discuss the

## Page 24

1  possibility of you running for school board?
2      A. Correct.
3      Q. Okay. Then again prior to your becoming a member,
4  deciding to run for school board, Mr. Bonsell, also a member
5  of the school board, had a conversation with you?
6      A. Yes, sir.
7      Q. Okay. You may continue. Didn't mean to stop you.
8      A. Okay. Then I told Casey Brown that I could not
9  give her an answer; I was not prepared. It went maybe
10  two-and-a-half, three weeks, and Alan had called me. And we
11  talked from one thing to the other, and it wasn't all school
12  because I've known Alan since he was a little boy. But then
13  we got on the subject of getting -- coming on board the
14  school board. And as I spoke to him -- I wasn't prepared
15  when I first started talking to him but I was, like a light
16  bulb went off and I said, Alan, I'm on, I'm coming in and
17  running for school board. And he said, Jane, you'll never
18  know how happy this makes me. And that was our conversation.
19     Q. Do you recall what it was that -- did Miss Brown
20  or -- did Casey or Jeff Brown express to you why it was that
21  they wanted you to run for the school board?
22     A. Casey Brown said to me, I am going to be your
23  mentor. And my response to Casey Brown is, or was, Casey, I
24  want you to know one thing: I am not a rubber stamp. So,
25  when I came on board, when I was selected and came on

## Page 25

1  board -- may I go ahead?
2      Q. Certainly.
3      A. Casey wanted to be moved at the board to sit aside
4  of me so she could tell me how to vote and what to vote on.
5  And I said, Casey, I'm an individual, and I'm not your rubber
6  stamp, and you're not my mentor, period.
7      Q. Did you and Casey Brown ever have discussions about
8  bringing religion into the schools?
9      A. No.
10     Q. Did you ever question Casey Brown about her
11  religious background?
12     A. I have never, and I don't know what religious
13  background, if any, Casey has, no.
14     Q. Now, Mr. Brown, Jeff Brown, also testified that you
15  along with Buckingham, Geesey, and Bonsell, had an interest
16  in bringing -- let me rephrase that -- felt that taking
17  prayer out of school was a mistake. Do you recall ever
18  saying anything of that nature?
19     A. I may have. But I didn't say anything about
20  putting it in school.
21     Q. So, you may have said that taking prayer out of
22  school --
23     A. When I was a kid and went to school, we said
24  prayer, we had prayer in school. And that was my remark,
25  when I was a kid and went to school, we said prayer. And

Page 26

1  that was it.
2      Q.  Do you believe that was a mistake, to take prayer
3  out of schools?
4      MR. WHITE:  Objection:  Asked and answered.
5      MR. LOWE:  You can answer.
6      THE WITNESS:  I feel that out whole world has slid
7  backwards taking prayer out of the school.  I think that was
8  a mistake on my part; that's only my opinion, though.
9  BY MR. LOWE:
10     Q.  And did you ever push to bring prayer back into
11 school?
12     A.  No.
13     MR. WHITE:  Objection:  Asked and answered.
14 BY MR. LOWE:
15     Q.  Okay.  I'm sure that you recall or at least at this
16 time remember that there was some controversy surrounding the
17 adoption of a biology textbook.
18     MR. WHITE:  Objection:  Just your phrasing,
19 assuming there's controversy, etcetera.
20 BY MR. LOWE:
21     Q.  My first question is:  Do you remember there being
22 a controversy surrounding adopting of the biology textbook?
23     A.  Yes, sir.
24     Q.  Do you remember when this issue was first discussed
25 between school board members?

Page 27

1      A.  Chris, this was a discussion before I ever got on
2  board.
3      Q.  Do you know what the nature of those discussions
4  were before you became a board member?
5      A.  When I -- I'm going to tell you what I heard.  As
6  these discussions were, the biology book that the teachers
7  and Bert Spahr had wanted and the board -- I wasn't on the
8  board, had left them -- bought for them after they got the
9  book, they didn't use the book, they didn't teach from the
10 book.  So then they wanted another new biology book.  Alan
11 Bonsell said that he's going to check into it first and see
12 what would be different, there certainly can't be that much
13 difference.  So, he had called wherever these books are made,
14 and there was five or six pages that varied, you know, and he
15 tried to get those pages so that we could put them in our
16 biology book.  But the teachers weren't satisfied with that.
17 So, after many, many -- after I got on board and many, many
18 discussions after that, we agreed to let them have the book
19 that they wanted.  But then as that book was ordered -- I
20 don't recall if that book had been shipped or if it was in
21 its shipping process -- Alan found out that there is an
22 updated version after talking to a -- someone where he got
23 these books from, so they canceled that and then ordered the
24 two-oh-four book, the newer one.
25     Q.  You referred to a period prior to you becoming a

Page 28

1  member of the board, and at this time we haven't established
2  exactly when it was that you did become a member of the
3  board.  So, when was it that you became a member of the
4  school board?
5      A.  It had to be some time in two-oh-three.  I don't
6  know -- I don't think it was the end of two-oh-two and yet I
7  was on for -- could have been the end of two-oh-two when I
8  was selected.  And then I ran for office that following
9  November.  That's when I was voted in, in two-oh-three.  So,
10 that would have been -- I was put on the board in the fall.
11 late fall of two-oh-two.  And then next year I ran for
12 election, that was two-oh-three.
13     Q.  When you say you were, "put on the board in 2002,"
14 what do you mean by that?
15     A.  I was selected.  Out of so many -- there was
16 four -- I think four people that applied to be on the board
17 of directors.  And all of us had to go through a test in
18 front of the school board, in front of the public.  And out
19 of the four, I was one.  And at the same time, Mr. Buckingham
20 was selected.  The two of us were selected out of the four.
21     Q.  So, is it my understanding that when you first
22 became a member of the school board, you were appointed to
23 fill a void in the school board?
24     A.  Right.
25     Q.  Okay.  And it was to fill this void that the Browns

Page 29

1  and that Mr. Bonsell came to your house to discuss with you
2  the potential of you filling the void?
3      A.  Right.
4      Q.  Okay.  And then after you spent several months --
5  or 2002, from the fall of 2002 forward on the school board,
6  with the next election in 2003, you chose to run?
7      A.  Right.
8      Q.  And did either the Browns or Bonsell -- let me
9  rephrase that question.  When you spoke of the discussions
10 you had with the Browns and Bonsell, that was -- to make sure
11 I'm clear, that was prior to your appointment, not prior to
12 your elections?
13     A.  That was prior to my appointment.
14     Q.  Okay.  I understand.  And so in 2003, how was it
15 that you decided to run for school board?
16     A.  Well, I had a great interest in the schools, and I
17 felt comfortable and I felt I was needed, so that's what's I
18 done.
19     Q.  Okay.
20     A.  I was interested in the education that our students
21 were getting, the type of education to put it simply.  I just
22 don't know any other way to explain it to you.
23     Q.  That's fine.  Now, let's go back to the issue
24 surrounding the adoption of the biology textbook.  You stated
25 that prior to your appointment to the school board in the

**Page 30**

1  fall of 2002, you were aware of a controversy surrounding the
2  textbook; correct?
3      A.  (Witness nodded head.)
4      Q.  And this -- yes or no?
5      A.  Yes.
6      Q.  And this controversy at this point your
7  understanding was solely dealing with whether the teachers
8  needed a new textbook or not?
9      A.  Yes, sir.
10     Q.  Were you aware at that point -- this is prior to
11 your appointment to the school board -- were you aware of any
12 controversy or issue surrounding the way the textbook handled
13 evolution?
14     A.  No.
15     Q.  Were you ever aware of the fact that there was a
16 controversy -- of any controversy surrounding the way the
17 textbook, biology textbook used by the teachers handled the
18 subject of evolution?
19     A.  No, sir.
20     Q.  Do you recall ever having any discussions about the
21 way the science textbook, biology, used by the science
22 teachers handled evolution?
23     A.  I -- at one of the meetings when I heard this, it
24 was brought up -- I don't know which one had said this -- but
25 they said the biology books that they have, they're not even

**Page 31**

1  using. So, that's -- that's as far as I can go on that.
2      Q.  Do you recall what meeting that would have been?
3      A.  In the spring of two-oh-four.
4      Q.  But you don't recall there ever being any
5  discussions with respect to evolution and the way the
6  textbook handled evolution?
7      A.  No, sir.
8      Q.  Do you recall attending the two school board
9  meetings in June of 2004?
10     A.  Yes. I know that I was there in June.
11     Q.  Do you recall any discussions prior to the first --
12 let's take -- there were two separate school board meetings
13 in June. The first, I believe, occurred on June 7th. We're
14 going to take a few seconds to talk about the June 7th school
15 board meeting. Do you recall any discussions prior to that
16 school board meeting with any of the members of the school
17 board or the administration with respect to the biology
18 textbook?
19     A.  Not that I can recall. At that meeting, not that I
20 can recall, no.
21     Q.  Do you recall any discussions during the meeting by
22 either the school board or the public in general with respect
23 to the biology textbook?
24     A.  I'm trying to recall. In June --
25     MR. WHITE: We're still talking about the first

**Page 32**

1  meeting?
2      MR. LOWE:  The first meeting in June, correct.
3      THE WITNESS:  Yes, uh-huh. At one of those
4  meetings in June -- and I don't recall if it's the first or
5  the second meeting in June -- I think is when Bert Spahr, she
6  was the biology teacher, had spoke and was -- she was upset
7  because she wanted the new book, the new biology book.
8  BY MR. LOWE:
9      Q.  Do you remember how -- did you respond to anything
10 that Ms. Spahr said at that meeting?
11     A.  No, sir.
12     Q.  Do you recall if anyone on the school board
13 responded to Ms. Spahr's concerns at that time?
14     A.  I think Alan Bonsell and Sheila Harkins. If I'm
15 not mistaken on that.
16     Q.  Do you recall what it was that they said, either
17 Bonsell or Harkins in response to Ms. Spahr's concerns?
18     A.  I do know that that -- one of those meetings in
19 June was when Alan said that he had found the updated book,
20 the two-oh-four book; instead of getting the 2002, he was
21 going to check further and get the 2004 book. And then after
22 that, I don't -- I don't recall what was said.
23     Q.  Do you recall -- let's move on to the second
24 meeting in June.
25     A.  Uh-huh.

**Page 33**

1      Q.  Do you recall any discussions about the biology
2  text either prior to the meeting or during the meeting in the
3  second meeting of June?
4      A.  No, sir. I do not.
5      Q.  In those same June meetings, were you aware at any
6  time that there was a controversy surrounding the biology
7  curriculum?
8      A.  Yes, sir. I knew there was controversy on that.
9      Q.  When were you first made aware of the controversy
10 about the biology curriculum?
11     A.  That was when -- again, that was the meeting that
12 Bert Spahr was very unhappy.
13     Q.  So that I can get the time frame, your recollection
14 was that that was either the first or the second meeting in
15 June?
16     A.  Second.
17     Q.  Prior to the meeting at which Ms. Spahr spoke about
18 her feelings with respect to the biology book, were you aware
19 of any controversy surrounding the biology curriculum?
20     A.  As I sit here, I am trying to recall. There was
21 one meeting that we had with the teachers, with Bert Spahr --
22 and this was back in a closed meeting or whatever you would
23 call it, you know, the attorney wasn't there -- and discussed
24 because she was terribly upset because she thought she wasn't
25 getting the new book. She thought we wouldn't be buying the

9 (Pages 30 to 33)

Page 34

1   new book, and she was terribly upset.
2      Q.  And when you're saying, "she," you're referring to
3   Ms. Spahr?
4      A.  Ms. Spahr.
5      Q.  Let's take a couple seconds -- we're going to move
6   away from the board meetings and let's talk for a few seconds
7   about this meeting that you had with the teachers.  Do you
8   recall approximately when that meeting occurred?
9      A.  That had to be in the spring -- that had to be
10  before June.  I couldn't tell you the exact month or
11  anything, but I know it had to be before June.
12     Q.  Okay.  Just to try and help to narrow it down just
13  a little.  Does Dover have a Spring Break around Easter time?
14     A.  I think they have, like, on a Thursday, Friday,
15  Saturday, and go back Monday, yeah.
16     Q.  Just to try and keep time frame, do you recall if
17  it was before or after that time period?
18     A.  I cannot tell you that.  I don't know.
19     Q.  Okay.  All right.  At some time prior to June, is
20  it safe to say it was in the spring?
21     A.  In the spring.
22     Q.  Do you recall who was at that meeting?  Let's start
23  with school board members.
24     A.  Alan Bonsell.
25     Q.  Alan Bonsell.

Page 35

1      A.  Bill Buckingham, Sheila Harkins, I think Casey was
2   sick that meeting, Nolen Wenrich, I think that's it.
3      Q.  And you were also present at that meeting?
4      A.  Yes, sir.
5      Q.  Were there any administrators present at that
6   meeting?
7      A.  Yes, sir.
8      Q.  Who were the administrators?
9      A.  Dr. Nilsen, I think Mike Baska, and then the
10  teachers.  And the only teacher I can remember is Bert Spahr
11  because she did the talking for most all of them.
12     Q.  Do you recall approximately how many teachers were
13  there?
14     A.  Three or four.
15     Q.  But you don't recall any other than Ms. Spahr?
16     A.  (Witness shook head.)
17     Q.  And you had previously stated that Ms. Spahr spoke
18  of her concern at this meeting with respect to whether they
19  were going to get the new textbook?
20     A.  That's right.
21     Q.  Do you recall any other concerns being shared at
22  that meeting?
23     A.  No, I don't.
24     Q.  When you went to this meeting which included, it
25  looks like, a couple administrators, five members of the

Page 36

1   school board, and three or four teachers, what was your
2   understanding that the meeting was solely to discuss with Ms.
3   Spahr her concern with whether or not they would receive the
4   biology text?
5      A.  Yes.  I think that's what it was.  I don't recall
6   of anything else being discussed at that meeting other than
7   that.
8      Q.  Do you recall anyone responding at that meeting to
9   Ms. Spahr's concerns?
10     A.  Well, Alan did because Alan was present at the
11  time, and he spoke -- he wasn't sure that we needed that new
12  textbook, that new biology book.  So, he spoke, and I know
13  Noel spoke.
14     Q.  Do you recall what either of the two said?  Let's
15  start with Mr. Buckingham, you said?
16     A.  No, Mr. Bonsell.
17     Q.  Bonsell.
18     A.  And Noel Wenrich.
19     Q.  Let's start with Mr. Bonsell.  Do you remember what
20  he said?
21     A.  No, sir.  I do not recall.
22     Q.  Do you recall what Noel Wenrich said?
23     A.  No.  It was all about getting the new book, that
24  they didn't use the book that they had, so what difference
25  would it, would it, you know -- wanted to try and reason with

Page 37

1   them not to spend all the money for these new books.  But in
2   the end, they did it anyhow.
3      Q.  Do you recall whether at that time there were any
4   discussions with respect to whether or not the teachers
5   taught origins of life?
6      A.  I don't understand your question, sir.
7      Q.  Are you familiar with -- when I say the term,
8   "origins of life," are you familiar with -- do you have an
9   understanding -- your own understanding of what that might
10  be?
11     A.  Right.
12     Q.  Do you recall whether there was any discussion at
13  this time -- we're talking the spring meeting with the
14  teachers -- if there was ever any discussion between the
15  teachers and the school board and the administration with
16  respect to whether or not that topic, origins of life, was
17  covered in the biology classroom?
18     A.  No.
19     Q.  No conversations about that?
20     A.  I have no knowledge of that.
21     Q.  Do you have any knowledge of whether or not there
22  were discussions of whether the teachers taught origins of
23  life prior to this meeting?  At any time prior to this
24  meeting, do you recall there ever being any discussions with
25  whether or not origins of life was taught in the biology

Page 38

1 curriculum?

2    A. No, I do not.

3    Q. Did you have any discussions with the school board

4 after this meeting with the teachers but prior to the June

5 school board meeting with respect to either the biology

6 textbook or the biology curriculum?

7    A. No. No, sir.

8    Q. Then moving back to the two meetings in June, my

9 understanding is that all you recall with respect to

10 discussions about either the biology curriculum or the

11 biology text was whether or not the teachers were going to

12 get the new textbook?

13    A. Correct.

14    Q. Now, you also stated that when Ms. Buckingham -- or

15 rather when Ms. Spahr spoke of her concerns in the June

16 meeting, that this was the first time -- and correct me if

17 I'm wrong -- but I believe you said this was the first time

18 that you were aware there was some controversy surrounding

19 the biology curriculum?

20    A. Right.

21    Q. Okay. Let's focus on that for a few minutes. How

22 was it that you became aware of the fact that there was some

23 concern with the biology curriculum?

24    A. Because of Ms. Spahr when -- Ms. Bert Spahr got up

25 and she was not happy with the curriculum, that we wanted to

Page 39

1 change the curriculum. She didn't want no changes the

2 curriculum, so--

3    Q. When you say, "we wanted to change the

4 curriculum" --

5    A. She said we wanted to. She -- we were changing it.

6    Q. Okay. Do you understand why she felt you were

7 trying to change the curriculum?

8    MR. WHITE: Objection: No showing of personal

9 knowledge, speculation, calling for.

10    THE WITNESS: No, I don't.

11 BY MR. LOWE:

12    Q. Were you at that time trying to change the biology

13 curriculum?

14    A. No, I was not.

15    Q. Were you aware of the fact that the school board

16 was at that time trying to change the biology curriculum?

17    A. No, sir.

18    Q. So, do you have any idea where Ms. Spahr got the

19 idea that the school board was trying to change the

20 curriculum?

21    A. No, I do not. I have no knowledge of where Ms.

22 Spahr got some of her -- her ideas. I just don't know.

23    Q. Did Ms. Spahr at that time elaborate at all on how

24 the curriculum was going to be changed?

25    A. She may have, but I don't recall what was said.

Page 40

1    Q. Do you recall whether she said a specific concerns

2 with respect to the change, whether she stated any specific

3 concerns?

4    A. No. Not at that time I do not.

5    Q. Okay. Other than your general understanding that

6 there was some concern about the biology curriculum and your

7 understanding that there was also some concern with whether

8 or not the textbooks would be purchased, do you recall

9 anything else in those June meetings that relates to either

10 the textbook controversy or the issue of biology curriculum?

11    A. There was some discussion, but I don't recall what

12 was -- I don't recall what was said because there was no

13 decisions made then.

14    Q. Do you recall who took part in these discussions at

15 that time other than Ms. Spahr?

16    A. Well, I know that Alan had discussed, you know,

17 what -- tried to answer her questions. And I know there was

18 a few other board members did, but I never did, so -- because

19 I was not on curriculum, so I did not answer.

20    Q. Do you recall at any time in June whether the board

21 addressed Ms. Spahr's concerns with possible changes to the

22 biology curriculum?

23    A. No, sir. I don't. There was nothing.

24    Q. When did you first become aware of the fact that

25 the school board did, in fact, intend to make some changes to

Page 41

1 the biology curriculum?

2    A. I'm just trying to think here. The last two

3 meetings I was at was in June, and then there was October

4 when I went home, and that was the last two meetings I was

5 at. I think that last meeting in June there was some

6 discussion about changing the curriculum.

7    Q. Do you recall anything about that discussion with

8 respect to the change in the curriculum?

9    A. At that time, again it was on this biology book

10 with evolution. But no decisions were made at any of those

11 meetings in June.

12    Q. Okay. You said that there was some discussion in

13 the last June meeting with respect to the biology book with

14 respect to evolution. Could you -- do you recall what was

15 said about evolution at that time?

16    A. I do know that one -- it was said that the book

17 that they do have about teaching evolution, they don't bother

18 to use it anyhow, so -- I can't recall of anything else that

19 may have been said.

20    Q. And do you recall who it was that said that the

21 book was not used with respect to evolution?

22    MR. WHITE: Objection: Mischaracterizing what she

23 said.

24    THE WITNESS: No, I don't, sir.

25    MR. WHITE: We've been going about an hour. Do you

Page 42

1  want to take a break?
2          MR. LOWE:  It's up to you.
3          MR. WHITE:  Do you want to take a break?
4          THE WITNESS:  I don't need to if you don't need to.
5          MR. WHITE:  Okay.
6          (Brief pause in the proceedings.)
7  BY MR. LOWE:
8      Q.  After the June meetings, it's my understanding that
9  there is one meeting in July, or are there two meetings in
10  July?
11     A.  I think there was only one meeting.
12     Q.  Did you attend any -- did you attend the July
13  meeting?
14     A.  No, I wasn't there.
15     Q.  Did you hear anything -- did you talk to anyone on
16  the school board about what occurred in the July meeting?
17     A.  No, sir.
18     Q.  Did you have any discussions after the June
19  meetings with members of the school board with respect to
20  what occurred during the June meetings?
21     A.  No, sir.  May I say something?
22     Q.  Sure.
23     A.  The only reason that I remember that there was -- I
24  remember our last meeting in June, I do remember Dr. Nilsen
25  saying that, we're only having one meeting in July.  That I

Page 43

1  remember very clear.
2      Q.  Moving forward to August.  Were there any board
3  meetings held in August?
4      A.  I don't know.  I was not there.  I was in Florida.
5      Q.  By your answer, then, is it safe to assume that you
6  didn't discuss any board meetings if there were even any
7  board meeting in August with anyone?
8      A.  I have no idea.
9      Q.  This is moving along nicely.  Let's move forward to
10  September.  Were there any board meetings in September?
11     A.  I have no knowledge of that, sir.
12     Q.  Were you in Florida during September?
13     A.  I was in Florida.
14     Q.  So between the second meeting in June and the
15  October meetings, you didn't attend any meetings?
16     A.  Right.
17     Q.  Let's move, then, to the October meetings.  Prior
18  to your return -- prior to your first meeting in October, did
19  you have any discussions with members of the school board
20  about what had occurred with respect to the biology text or
21  the biology curriculum?
22     A.  No, sir.
23     Q.  What I have here are school board minutes.  I'm
24  using these just to help me get the days straight, and at
25  some point I may ask you to take a look and help you refresh

Page 44

1  your memory.  Just so you know what is it I'm digging through
2  here, I'm just trying to get an idea.  Actually, moving back
3  to the July 12th meeting.  According to the roll call, your
4  name is on the roll call.  Is it possible that you were at
5  the July meeting and just don't remember it?
6      A.  You mean I'm in July there?  Let me see what it
7  says.
8          MR. LOWE:  What I'm -- what I'm showing Jane is a
9  document, the school board minutes for the Dover Area School
10  District for the meeting dated Monday, July 12th.  And I
11  don't think we have a need to mark this as an exhibit yet
12  unless you like to have it marked.  No, why don't we mark
13  this.  Could we mark this as an exhibit for this.  Why don't
14  you take a look at this and here's a copy for you, as well.
15         MR. WHITE:  I also have a general objection to
16  authenticity, foundation, etcetera.
17         THE WITNESS:  Well, now, you know, this is bringing
18  back a -- I was a little confused a while ago with this June
19  meetings, you know.  I bought my home July 21st.  And I may
20  have been at the July meeting.  It was only one meeting in
21  July, July the 12th.  Because the meeting before that would
22  have been July the 5th, and right after the day of July 4th.
23  BY MR. LOWE:
24     Q.  Do you tend to review school board minutes?
25     A.  No, sir.

Page 45

1      Q.  Have you ever looked at school board minutes
2  before?
3      A.  No, sir.
4      Q.  Okay.  Having taken a second to look at the school
5  board minutes, do you recall now whether at that meeting
6  there was any discussion concerning either the --
7      A.  That may have been the meeting -- it was either the
8  last meeting in June or else this meeting in July that Bert
9  Spahr was so upset.  I don't really recall.  Now that I
10  know -- I see this that I was there the 12th.
11     Q.  Okay.  That's fine.  So, correct me if I'm -- if I
12  say anything incorrectly, just let me know.  Let me just try
13  and put this back together.  It sounds to me like your
14  recollection is that the last school board meeting you
15  attended prior to the October meeting was when Ms. Spahr
16  spoke her concerns?
17     A.  That's when she was so upset.
18     Q.  And other than that, you don't recall anything else
19  at any of these meetings prior to October?
20     A.  No.  That one was a little bit -- going a little
21  bit rough.
22     Q.  What do you mean by, "going a little rough"?
23     A.  Well, they got upset with each other, you know,
24  some of the -- Ms. Spahr's said her -- what she thought and
25  then some of the -- I know Alan Bonsell was upset with her

Page 46

1  because of the way that she spoke. But it was just a little
2  bit of commotion there. They just didn't get along too well.
3      Q.  Do you remember how Mr. Bonsell responded?
4      A.  No, I don't. I can't say the words that Mr.
5  Bonsell said. But I do know that anything that Mr. Bonsell
6  said, he thought everything through before he ever spoke.
7      Q.  Do you recall what it was specifically about what
8  Ms. Spahr said that upset Mr. Bonsell?
9      A.  She was terribly upset because she thought they
10 were not getting the new biology book, and Mr. Bonsell,
11 that's when he said he would have to look into it further
12 before he would give consent or we voted on this, would take
13 a vote on it, that he wanted to make sure we got the right
14 book.
15     Q.  And by, "right book," were you aware of whether
16 there was discussions of using any other textbooks at that
17 time?
18     A.  Not that I recall, not at that -- yes, there was.
19 On that July meeting, that is I think when that -- I think is
20 when the book of Pandas and People or whatever, getting
21 another book. And Ms. Spahr thought that she was going to
22 have to teach another theory or something like that. But Dr.
23 Nilsen and Alan both reassured her that they would not be
24 teaching the students any other theory.
25     Q.  Had you at this time in the July meeting or

Page 47

1  whenever it was -- I understand that you're a little bit
2  unclear with which date, which is fine. At that time, were
3  you aware of a book entitled, Pandas and People?
4      A.  Yes, sir.
5      Q.  And how were you made aware of this book?
6      A.  Because the -- I don't know how Mr. Buckingham got
7  this book, but that's how -- I had asked Mr. Buckingham if he
8  had the book, I would like to see it. And so he gave me the
9  book. And I did not read it page for page. But the book,
10 Pandas and People I felt was -- should not be taught or it
11 shouldn't be taught at all. But if a student wanted to
12 pursue another theory, that maybe it could be available, that
13 that student could look at that book but not be taught.
14     Q.  How was it that you became aware that Mr.
15 Buckingham had this book, Pandas?
16     A.  Because of -- it was through Mr. Buckingham that he
17 had mentioned this book. And I don't know where he got this
18 book. I have no idea at all.
19     Q.  Do you recall when it was that he mentioned to you
20 the book, Pandas?
21     A.  It was probably some time in -- that had to be in
22 July.
23     Q.  Prior to the school board meeting?
24     A.  Yeah, that had to be.
25     Q.  And then you stated that you got a copy of the book

Page 48

1  from Mr. Buckingham?
2      A.  I didn't get a copy, he gave me the book. And I
3  read the book, and gave it right back to him.
4      Q.  You stated that you didn't feel that the book
5  should be taught in school.
6      A.  No. It should not be taught in school.
7      Q.  What was it about the book that you felt should not
8  be taught in school?
9      A.  In the first place, the book I felt should not --
10 from the 9th grade to 12th grade student might understand
11 some of it, but not anyone -- not students younger than that.
12 And again, it's just another theory. So -- but I felt that
13 our students deserve the opportunity if they wanted to pursue
14 anything, there is so many different theories out there, that
15 they should have another book if they wanted to look at it.
16     Q.  Okay. You're referring to other theories. What do
17 you mean when you're saying, "other theories?"
18     A.  Well, there are -- the word, "creationism" was
19 brought up. Well, creationism, I don't believe should ever
20 be taught in school. And they had no intentions of teaching
21 creationism.
22     Q.  When you say the word, "creationism" was brought
23 up, who do you mean brought it up?
24     A.  That was when Bert Spahr was up and said that we
25 were going to teach creationism.

Page 49

1      Q.  And in your recollection this was in the same July
2  meeting?
3      A.  (Witness nodded head.)
4      Q.  Do you recall how anyone responded to Ms. Spahr's
5  statement that she felt they were going to be asked -- "they"
6  being the teachers, were going to be asked to teach
7  creationism?
8      A.  She -- in Ms. Spahr's mind, I think what happened,
9  she was so sure that this is what they were going to be asked
10 to do, but she was reassured by Alan Bonsell and Mr. Nilsen
11 that they would not be asked to teach any of this, they are
12 not going to be teaching any other theory. But if the book
13 is available for the students, that's the only thing that --
14 that is the only thing that I was concerned about, giving our
15 students another opportunity if there was a different theory
16 out there that they want to look at, that they have that
17 opportunity.
18     Q.  When you say, "other theory," am I correct in
19 saying that you mean man as opposed to evolution?
20     A.  Yes.
21     Q.  Okay. Did you ever consider -- you said there's
22 several other theories out there. What other theories do you
23 understand are out there other than evolution?
24     A.  Well, I'm not a scientist, by far. And I don't
25 know. But I feel there is something else out there. There's

13 (Pages 46 to 49)

Page 50

1   other -- I feel, Chris, that if our students only have one
2   theory being taught to them, that theory soon becomes a
3   fact because that's the only theory that student knows. Why
4   not give that student the opportunity -- there's other
5   theories out there, and I surely can't name them; as I said,
6   I'm not a scientist. But I think there's some -- should be
7   some research done on that to give our students the
8   opportunity to learn if they want to.
9       Q. Were there any other science theories other than
10  evolution for which you felt the students should be exposed
11  to alternatives?
12      A. No. I couldn't name one. Because as I said, I
13  know there's others out there because we certainly have the
14  greatest scientists in world, so there's other theories
15  there.
16      Q. Okay. But let's say, okay -- and I'm not a
17  scientist, either. I can't speak for these two here,
18  probably there's no scientists; we're probably all on about
19  equal ground here. There's several different theories taught
20  in science classes, nuclear theory, evolutionary theory.
21  Evolutionary theory is one theory that's taught, then there's
22  other theories that have nothing to do with evolution that
23  are also taught. Did you have issue with any other theories
24  taught in science classes?
25      A. No.

Page 51

1       Q. Is there any reason why evolution presented a
2   problem to you?
3       A. Yes, it is. Because I just have the feeling that
4   there's something else out there. I certainly don't believe
5   there's never been a proven fact with evolution in evolution.
6   There has to be something out there, there has to be other
7   theories there that our students can be made aware of. And
8   if they're not taught, it's fine; but if the books are
9   available, that's what should happen.
10      Q. Okay. So at this time during the July meeting,
11  what was your understanding of what the school board wanted
12  from the science teachers with respect to the teaching of
13  other theories?
14      A. The school board asked nothing of the teachers as
15  far as teaching the students any other theory. The only
16  thing the school board asked was that the teachers would be
17  willing to have a book that the student if they wanted
18  to could pursue another theory, could look at it.
19      Q. Now, when you had spoke earlier about your review
20  of the textbook, Pandas, do you recall what theory, if any,
21  was presented by Pandas?
22      A. No, I don't. And I'm going to say this to you.
23  For me, it was a little hard, I would have had to take time
24  and sit down with that book and really read it in order to
25  get anything out of it. Because I know nothing about --

Page 52

1   about the book as far as that. I knew nothing. And the
2   book -- that's why I said a student from the 9th to the 12th
3   grade would probably be able to understand it better than
4   what I would, truthfully.
5       Q. Other than your concern with the fact that the
6   textbook may be hard for some students to understand, did you
7   have any other concerns with respect to the textbook?
8       A. No.
9       Q. And by, "textbook," I'm referring to the, Pandas
10  textbook?
11      A. No. No, sir, I should say.
12      Q. So we're in July and you understand that this is --
13  you had not too much previous to this July meeting become
14  aware of this textbook, Pandas, you reviewed the textbook and
15  Ms. Spahr had a few things to say at the school board
16  meeting, and this was the last school board you attended
17  prior to the October meeting?
18      A. Correct.
19      Q. Let's move ahead, then, to October. I have a date
20  in front of me as October 4th for that school board meeting.
21  Does that sound right to you?
22      A. Yes, sir.
23      Q. Do you recall anything occurring in that October
24  4th school board meeting with respect to the biology
25  textbook?

Page 53

1       A. There was a lot of discussion.
2       Q. Okay. By, "a lot of discussion," do you recall who
3   was involved in these discussions?
4       A. Again, Bert Spahr. And she had other teachers
5   there, but I don't know the teachers' names. She had other
6   people there to speak on her behalf. But I don't recall who
7   they were anymore.
8       Q. Do you recall what it was that they discussed at
9   that time? By, "they," I mean Ms. Spahr and other teachers.
10      A. There was a statement -- and I don't really know
11  how this statement -- the -- and I don't know if this came
12  from Alan or from Dr. Nilsen about referring to the book and
13  letting the students know that there was a book there. But
14  it was -- I don't know how the statement read. You'll
15  probably come across that, too. And the teachers didn't feel
16  that they wanted to read this statement, so -- and I didn't
17  know how that was settled because it was not settled when I
18  left.
19      Q. So, you're referring to a statement. By,
20  "statement," are you referring to a statement that the
21  teachers were going to be asked to read to their classes?
22      A. Right.
23      Q. Or that someone was going to be asked to read to
24  classes?
25      A. Uh-huh.

14 (Pages 50 to 53)

Page 54

1    Q. Prior to this October meeting, were you aware of
2 any such statement?
3    A. No, sir. No, sir. I don't recall that.
4    Q. Was your first exposure to this statement during
5 the school board meeting?
6    A. October -- yes. That was in October.
7    Q. And was it through Ms. Spahr's comments that you
8 first became aware of this statement?
9    A. I became aware of that statement when it was
10 discussed at the school board meeting and Ms. Spahr was up at
11 the -- and there was also another teacher, I remember, got up
12 and spoke that she didn't feel that they should be made to --
13 in fact, I -- I thought I remember -- I can almost picture
14 her face, but can't get a name to it, so --
15    MR. LOWE: That's okay. What I have in front
16 of me -- what I'm going to show you in one second -- is a
17 copy of the Complaint which was filed in this action. Inside
18 this Complaint is what I believe to be the statement that
19 you're referring. I'm going to give you this Complaint -- if
20 we could mark this as an exhibit, please -- and ask you to
21 take a second to read it, and then we'll discuss it.
22    MR. WHITE: Just so I understand, you're talking
23 about which paragraph?
24    MR. LOWE: We are on Page 13 of the Complaint --
25 wait, let me -- actually, we're on Page 14 of the Complaint,

Page 55

1 and we are in Paragraph 33.
2    MR. WHITE: What was you question about Paragraph
3 13?
4    MR. LOWE: If you could read that paragraph and
5 then just let me know if this sounds like the statement that
6 you were referring to.
7    THE WITNESS: Yes, I do recall. Yes, I do recall
8 that. That is the statement I'm referring to.
9    MR. LOWE: Okay.
10 BY MR. LOWE:
11    Q. And I'm going to read the statement into the
12 record. The statement reads: Students will be made aware of
13 gaps, problems in Darwin's theory and other theories of
14 evolution including but not limited to intelligent design;
15 note, origins of life is not taught. Did I read that
16 correctly?
17    A. Correct.
18    Q. Okay. So, this is a statement that you recall
19 being discussed at the October 6th board meeting?
20    A. 4th.
21    Q. 4th, the first October board meeting?
22    A. Uh-huh.
23    Q. And when Ms. Spahr brought this up, it was the
24 first time you aware of the statement?
25    A. That's correct.

Page 56

1    Q. Do you remember any specific discussions with
2 respect to this statement other than Ms. Spahr's comment that
3 she didn't feel the teachers should be ordered to read it?
4    MR. WHITE: Objection: You're Assuming that this
5 is the statement that's read to students.
6    MR. LOWE: That's fine.
7    MR. WHITE: Okay. She says she's not aware of
8 anything like that.
9    THE WITNESS: No, sir.
10 BY MR. LOWE:
11    Q. Do you recall any other discussions at that board
12 meeting other than the discussion that Ms. Spahr initiated
13 with respect to a statement?
14    A. No, I do not. Huh-uh.
15    MR. LOWE: And I believe she did say this was a
16 statement that she understood was being discussed.
17    MR. WHITE: Right. But you had asked if this was
18 what was read to the students. She said she wasn't around
19 after October --
20    MR. LOWE: Fair enough.
21    MR. WHITE: -- nor does she have knowledge that
22 this was a statement that's read to students, just a
23 statement they were discussing at that meeting.
24    MR. LOWE: Fair enough.
25    MR. WHITE: Is that accurate?

Page 57

1    THE WITNESS: That's right. I don't know how the
2 outcome came out of this, with this.
3    MR. LOWE: In fact, I'm glad you caught that,
4 because what we're actually looking at --
5    MR. WHITE: You're looking at the curriculum.
6    MR. LOWE: Exactly. We're looking at the
7 curriculum change there. That was how the curriculum was
8 going to be changed. So, let me ask you a couple questions
9 about that.
10    THE WITNESS: Okay.
11 BY MR. LOWE:
12    Q. That specific statement with respect to the
13 curriculum change, was there any discussion at the school
14 board meeting -- we're talking the first school board meeting
15 in October -- with respect to the curriculum change that's
16 noted in Paragraph 33 in front of you?
17    A. Yes, it was.
18    Q. And what was the discussion surrounding the
19 curriculum change?
20    A. Again, it was -- it was about reading -- that the
21 teachers should read this to the students -- should read this
22 statement to the students.
23    Q. Okay. Let's turn, if you would, to Page 16 of the
24 Complaint and Paragraph 40. If you'd take a minute or two,
25 please, just to read Paragraph 40.

Page 58

1      MR. WHITE: You want her to go to the next page?
2      MR. LOWE: Yes. Page 17 concludes that.
3  BY MR. LOWE:
4      Q. So, there's two -- and I understand it's been a
5  long time since you've really thought too much about any of
6  this. And I'm just trying to make sure that we're clear on
7  what it is we're discussing. In fact, I was a little unclear
8  before myself. But there are two different statements that I
9  just had you read, one which I'm referring to as a statement,
10 that is actually to change the biology curriculum, and the
11 second is the statement that the teachers were asked to read
12 in class or that someone was, you know, presented to read in
13 class. Okay. Now, you had mentioned that Ms. Spahr has
14 stated her concerns with reading a statement to class. When
15 saying that, which statement is it that you're referring to?
16     MR. WHITE: If you know.
17     THE WITNESS: What's that?
18     MR. WHITE: I said, if you know. You can look this
19 over.
20     THE WITNESS: You know, I've read both of them and
21 I don't really know -- I don't really know. Truthfully, I
22 don't.
23     MR. LOWE: That's fine. That's fine.
24     THE WITNESS: I'm going to say, truthfully, I don't
25 recall.

Page 59

1  BY MR. LOWE:
2      Q. Do you recall discussions about a statement that
3  would be read to the science classes at this early October
4  board meeting?
5      A. Yes. I do know that there was a statement that was
6  supposed to be read.
7      Q. Do you also recall discussions regarding the change
8  to the biology curriculum at that board meeting?
9      A. I don't recall of any changes that was made up
10 until that point. There may have been after I left, but I
11 don't recall.
12     Q. Do you recall voting on the change in the biology
13 curriculum?
14     A. Yes, I do.
15     Q. And do you recall how you voted?
16     A. I voted that it should be changed.
17     Q. Moving forward to the second meeting in October.
18     A. Uh-huh. Yes, sir.
19     Q. Do you recall anything -- any discussions with
20 respect to the biology textbook in the second meeting in
21 October?
22     A. There was -- there was quite a bit of discussion.
23 But what was said, I surely can't remember.
24     Q. Do you remember whether there were any discussions
25 about the textbook, Pandas at that meeting?

Page 60

1      A. I think there was some discussion on that.
2      Q. Do you recall anything at all about the nature of
3  those discussions?
4      A. The last meeting that I was at, this is what I
5  recall, Pandas and People. The discussion was that this book
6  was to be given to the school by a group of people, but I
7  don't know the group of people.
8      Q. Prior to that discussion at your last meeting which
9  I take it was the last meeting in October?
10     A. Correct, sir.
11     Q. Do you recall any prior discussions with respect to
12 the donations of the Pandas textbook?
13     A. I had heard about the donations, but again, I don't
14 know where the donations came from.
15     Q. Do you recall any discussions between members of
16 the school board about how they would obtain copies of the
17 textbook, Pandas?
18     A. The only discussion I remember is that I heard
19 about -- there was someone going to donate these books to the
20 school that didn't cost the school any money to get these
21 books. That's the only thing. But I don't know who the
22 group is.
23     Q. Jeff Brown had previously testified that during a
24 discussion between members of the school board, both you and
25 Alan Bonsell had stated that you would be willing to be put

Page 61

1  down as donors of the textbook. Do you recall that?
2      A. I was asked if I would be -- if I would be willing
3  to have those -- if -- not -- I was not going to be a donator
4  of the book, no, that's wrong.
5      Q. Okay.
6      A. I was not giving one penny towards that book. But
7  if they -- if someone was donating it, I had no objections.
8      Q. Okay. So, you didn't volunteer to donate books,
9  but rather you stated that you had no objection if someone
10 else were to donate these books?
11     A. Correct.
12     Q. Okay. Understood. Now, according to Mr. Brown, at
13 least one of these discussions occurred in August. Do you
14 recall having any of these discussions in August?
15     MR. WHITE: August of what year?
16     MR. LOWE: August of 2004.
17     THE WITNESS: No, sir. I was not there.
18 BY MR. LOWE:
19     Q. This was when you were in --
20     A. (Witness nodded head.)
21     Q. Okay. So, between the June meeting when -- after
22 you had reviewed the textbook, Pandas, and coming back in
23 October, you don't recall having any discussions with respect
24 to, Pandas?
25     A. Not at all.

16 (Pages 58 to 61)

Page 62

1    Q.  Okay.  We're getting there.  We are just about
2  done.  I'm going to ask a general catch-all statement, but I
3  think this might help to bring a close to your recollection
4  of the meetings.  Please correct me if I'm saying anything
5  that you don't believe is completely accurate, and if you
6  want to correct me, too.
7    A.  Okay.
8    Q.  My understanding, then, at this time is that other
9  than the limited statements made by Ms. Spahr concerning --
10  I'm going to write this as I'm saying it because I want to
11  make sure I get it right -- concerning the fact that she
12  felt, first, that they may not be receiving biology
13  textbooks, also that she was concerned with something the
14  teachers may be required to read in class, and finally, a
15  concerning she may have had with respect to teaching
16  creationism early on.  Do you recall anything else being
17  discussed with respect to the biology text or the biology
18  curriculum?
19    A.  No, sir.
20    Q.  Okay.  At this point I have that those are your
21  three basic concerns, and I know that we may have talked
22  about those in different ways.  But it sounds to me -- I'm
23  just trying to summarize.  Then moving to the final meeting
24  in October, and once again, I understand that you're -- the
25  meetings may blend a little bit to you, but was it in the

Page 63

1  final meeting in October where you voted to pass the change
2  in the biology curriculum?
3    A.  Yes.
4    Q.  But at this time you don't recall there being a
5  statement that the teachers were going to be asked to read to
6  the class?
7    A.  No, sir.
8    Q.  And do you remember any discussions with respect to
9  the change in the curriculum that may have -- had the change
10  be very similar to what you have in front of you which again
11  is Page 14 of the Complaint, Paragraph 33, but with the --
12  with the removal of the term, intelligent" design?
13    MR. WHITE:  I'm confused.  Can you ask the question
14  again?
15    MR. LOWE:  Then it must have been a confusing
16  question.
17  BY MR. LOWE:
18    Q.  Was there any discussion to changing the curriculum
19  in a way that intelligent design wouldn't be included in the
20  change?
21    A.  My understanding was that intelligent design would
22  not be used in the curriculum at all.
23    Q.  Was it your understanding that intelligent design
24  would be in the wording of the curriculum as it is here?
25    A.  No.

Page 64

1    Q.  So, your understanding was that there would be no
2  mention of intelligent design?
3    A.  No.  Intelligent design was not going to be
4  mentioned.
5    Q.  Would you have voted for a change in which
6  intelligent design would have been mentioned?
7    MR. WHITE:  Can you clarify what you mean by,
8  "mentioned"?
9  BY MR. LOWE:
10    Q.  In which intelligent design would have been
11  included in the curriculum?
12    A.  Truthfully, I don't know what intelligent design --
13  what theory that would be.  To me, it's some kind of a
14  scientific theory, and I don't understand it.  So no, I
15  wouldn't not have voted.
16    Q.  And that's actually going to bring me into my last
17  line of questioning, and we'll get there in a second.  Would
18  you have been opposed to the teachers mentioning intelligent
19  design to their students?
20    A.  As I said, Chris, I don't really understand what
21  intelligent design stands for.  What theory it even
22  determines because I don't know who came up with those two
23  words.  I'm not a scientist, so I cannot give you an answer
24  on that.
25    Q.  Okay.  Before passing the resolution to change the

Page 65

1  biology curriculum, did you do any research whatsoever with
2  respect to intelligent design?
3    A.  No, sir.
4    Q.  Were you aware of any research done by any school
5  board members with respect to intelligent design?  And by
6  that I mean, that they would tell you that they had done
7  research with respect to intelligent designs?
8    A.  No, sir.  No, sir.
9    Q.  Did anyone offer to educate you with respect to
10  intelligent design?
11    A.  No, sir.
12    Q.  You had stated earlier that you had absolutely no
13  idea what intelligent design is.  Is that still your
14  testimony now?
15    A.  That is my testimony.
16    Q.  So --
17    MR. WHITE:  And also just for the record, she
18  previously testified she had read through the book, Of Pandas
19  and People, however.  Is that what you're including in your
20  questions about research?
21    MR. LOWE:  Actually, no.  I understand your point.
22  BY MR. LOWE:
23    Q.  Intelligent design is discussed in the textbook, Of
24  Pandas and People.  When you were reading through the
25  textbook, Of Pandas and People, do you recall coming across

17 (Pages 62 to 65)

Page 66

1  the term, "intelligent design?
2      A.  No, I don't.
3      Q.  Let's take a minute to talk about evolution.  You
4  had stated that you believe there's other theories out there.
5  Have you done any research with respect to evolution?
6      A.  No, sir.
7      Q.  What is your background with respect to evolution?
8      A.  I'll say my -- this is my thinking, evolution to me
9  is something that evolves in the same as living things.  I
10 don't have no other meaning.  I just -- evolution is just
11 something that evolves and it -- that's it.
12     Q.  Do you have a -- what is your science background?
13 What sort of science classes have you had in the past?
14     A.  Truthfully, I haven't had any.  As I told you, I
15 went to two weeks in 9th grade, so I didn't have -- I don't
16 have a science background.
17     Q.  Okay.  And you did graduate from high school?
18     A.  No.  I did not graduate from high school.
19     Q.  What was your last year of formal education?
20     A.  9th grade, two weeks in the 9th grade.  At the time
21 there was no school buses, and so -- and I had two-and-a-half
22 miles to walk to school.  And my parents could not afford --
23 if there would have been a bus, they couldn't afford a bus.
24     Q.  So, you went to school for a couple of weeks in the
25 9th grade, and then you stopped?

Page 67

1      A.  That's it, uh-huh.
2      Q.  Okay.  All right.  Outside of what we've already
3  discussed here today, did you have any other discussions with
4  members of the school board with respect to evolution?
5      A.  No, sir.
6      Q.  Were any other materials made available to you with
7  respect to intelligent design?
8      A.  No, sir.
9      Q.  Do you recall there being any discussion of any
10 other textbook, alternatives to the one that the teachers
11 wanted other than the Pandas textbook?
12     A.  No, sir.
13     Q.  And I believe you stated that your understanding of
14 the Pandas book, it came from Mr. Buckingham but you don't
15 recall where he got it from?
16     A.  I do not know to this very day where he had got
17 that book.
18     MR. LOWE:  Give me one quick second.  I think
19 I'm -- just want to quickly review my notes.
20     MR. WHITE:  Let's go off the record for a few
21 minutes, stretch your legs and then come back.
22     MR. LOWE:  Sure.
23         (Short recess.)
24     MR. LOWE:  Back on the record.  I have no further
25 questions.

Page 68

1      MR. WHITE:  She wanted to clarify something.  You
2  had said that you didn't want the words, "intelligent design"
3  mentioned to the students.  What did you mean by that?
4      THE WITNESS:  I meant that I didn't want the
5  students to be taught intelligent design.  I said, mention.
6  I didn't -- I don't want the students to be taught.
7      MR. LOWE:  Okay.
8      THE WITNESS:  Intelligent design.
9      MR. WHITE:  And she is going to want to review the
10 transcript.
11     MR. LOWE:  Okay.  Yes, we need it.
12     MR. WHITE:  Same here.  Let me know when it's ready
13 so I know when she gets it so she can get it done in 30 days.
14 (The deposition was concluded at 2:48 p.m.)
15
16
17
18
19
20
21
22
23
24
25

Page 69

1              CERTIFICATE OF OATH
2
3  STATE OF FLORIDA   )
4  COUNTY OF POLK)
5
6
7
8      I, the undersigned authority, certify that
9  the witness in this matter personally appeared before me and
10 was duly sworn on the 10th day of June, 2005.
11
12     WITNESS my hand and official seal this 10th day of
13 June, 2005.
14
15
16
17
18         Evelyn M. Adrean, RPR
                Notary Public
19             State of Florida at Large
                My Commission Number: DD 360489
20             Expires: October 5th, 2008
21
22
23
24
25

18 (Pages 66 to 69)

**A**

able 52:3
above-referenced 72:10
absolutely 65:12
accuracy 71:20
accurate 19:24,25 56:25 62:5
act 16:1
acted 22:17
action 1:4 9:1 54:17 70:15,16
addition 6:21
additional 71:6,7
address 12:4
addressed 40:21
administration 14:23 15:2 31:17 37:15
administrators 35:5,8 35:25
adopting 26:22
adoption 26:17 29:24
Adrean 1:24 5:5 69:18 70:6,21 72:22
affect 17:11
afford 66:22,23
afternoon 6:1
afternoon's 8:9
ago 44:18
agree 21:1
agreed 27:18
ahead 25:1 52:19
al 71:3,3 72:7,7
Alan 23:17 24:10,12,16 27:10,21 32:14,19 34:24,25 36:10,10 40:16 45:25 46:23 49:10 53:12 60:25
Allegiance 20:3,21,23 21:11,12,23,25 22:4 22:14
alternatives 50:11 67:10
amendments 71:5,21
America 72:1
Ann 2:10
anniversary 22:10,11
answer 6:24 7:24 10:17 21:19 22:23 23:15 24:9 26:5 40:17,19 43:5 64:23
answered 7:21 26:4,13
answering 6:22
answers 6:18 23:17
anticipate 6:22 7:2
anymore 15:19 53:7
APPEARANCES 2:1
appeared 69:9

applied 28:16
appointed 28:22
appointment 29:11,13 29:25 30:11
approximately 9:3,19 9:22 14:5 34:8 35:12
ARALENE 1:8
Arbor 2:10
Arch 2:4
Area 1:12,12 44:9 71:3 72:7
articles 13:17,20
aside 25:3
asked 11:4 26:4,13 47:7 49:5,6,9,11 51:14,16 53:21,23 56:17 58:11 61:2 63:5
asking 7:22,23,24 8:5 8:11,14
assume 7:16 12:14 43:5
assuming 26:19 56:4
attach 71:7
attached 71:21
attend 42:12,12 43:15
attended 18:24 19:19 45:15 52:16
attending 31:8
attorney 2:6,11 7:10 33:23 70:13
attorneys 11:22 70:14
August 12:10 43:2,3,7 61:13,14,15,16
authenticity 44:16
authority 69:8
authorized 70:7
available 47:12 49:13 51:9 67:6
Avenue 1:20 5:3
aware 13:12 14:20,24 30:1,10,11,15 33:5,9 33:18 38:18,22 39:15 40:24 46:15 47:3,5 47:14 51:7 52:14 54:1,8,9 55:12,24 56:7 65:4

**B**

B 1:8
back 8:16 12:10,14 13:1 16:14 18:19 20:6,13 26:10 29:23 33:22 34:15 38:8 44:2,18 45:13 48:3 61:22 67:21,24
background 7:25 15:5 25:11,13 66:7,12,16
backwards 26:7
bad 23:15

Bank 72:1
BARRIE 1:8
Bartow 1:21 5:4
basic 62:21
Baska 35:9
becoming 17:10 18:12 24:3 27:25
behalf 53:6
believe 26:2 31:13 38:17 48:19 51:4 54:18 56:15 62:5 66:4 67:13
Bert 27:7 32:5 33:12 33:21 35:10 38:24 45:8 48:24 53:4
BETH 1:7
better 11:7 52:3
Bill 16:22 17:1 35:1
biology 26:17,22 27:6 27:10,16 29:24 30:17 30:21,25 31:17,23 32:6,7 33:1,6,10,18 33:19 36:4,12 37:17 37:25 38:5,6,10,11 38:19,23 39:12,16 40:6,10,22 41:1,9,13 43:20,21 46:10 52:24 58:10 59:8,12,20 62:12,17,17 63:2 65:1
bit 45:20,21 46:2 47:1 59:22 62:25
blend 62:25
board 1:13 4:3 10:22 13:7,8,25 14:2,16 15:5,7,8,10,12,15 17:10,13,25 18:7,13 18:18,25 19:19,22 22:5,17 23:1,13,14 23:21,22 24:1,4,5,13 24:14,17,21,25 25:1 25:3 26:25 27:2,4,7,8 27:17 28:1,3,4,10,13 28:16,18,22,23 29:5 29:15,25 30:11 31:8 31:12,15,16,17,22 32:12 34:6,23 36:1 37:15 38:3,5 39:15 39:19 40:18,20,25 42:16,19 43:2,6,7,10 43:19,23 44:9,24 45:1,5,14 47:23 51:11,14,16 52:15,16 52:20,24 54:5,10 55:19,21 56:11 57:14 57:14 59:4,8 60:16 60:24 65:5 67:4
Bonsell 23:17 24:4 25:15 27:11 29:1,8

29:10 32:14,17 34:24 34:25 36:16,17,19 45:25 46:3,5,5,8,10 49:10 60:25
Bon-Ton 14:4,10
book 27:6,9,9,10,10,16 27:18,19,20,24 32:7 32:7,19,20,21 33:18 33:25 34:1 36:12,23 36:24 41:9,13,16,21 46:10,14,15,20,21 47:3,5,7,8,9,9,13,15 47:17,18,20,25 48:2 48:3,4,7,9,15 49:12 51:17,24 52:1,2 53:12,13 60:5 61:4,6 65:18 67:14,17
books 27:13,23 30:25 37:1 51:8 60:19,21 61:8,10
bother 41:17
bought 12:9 27:8 44:19
Boulevard 72:2
Box 2:9
boy 24:12
break 7:9 34:13 42:1,3
brief 9:24 42:6
bring 18:9 20:13 26:10 62:3 64:16
bringing 17:14 18:1,4 18:14,19 22:14 25:8 25:16 44:17
brings 15:20
Broadway 1:20 5:3
brought 30:24 48:19 48:22,23 55:23
Brown 15:18 16:19 17:1 22:17,19,20,25 23:2,8,9,22 24:8,9 24:20,22,23 25:7,10 25:14,14 60:23 61:12
Browns 28:25 29:8,10
BRYAN 1:6
Buckingham 16:22 17:1 18:22,22 19:3,6 19:9,11,15 20:4,17 25:15 28:19 35:1 36:15 38:14 47:6,7 47:15,16 48:1 67:14
Buckingham's 20:8
bulb 24:16
bus 66:23,23
buses 66:21
business 14:12
buying 33:25

**C**

call 33:23 44:3,4
CALLAHAN 1:9

called 8:19 9:5 10:23 24:10 27:13
calling 39:9
calls 20:8
campaign 17:4
canceled 27:23
candidates 15:14,17 17:4,24 18:7
captioned 6:5
case 6:5 71:3,4
cases 7:22
Casey 22:20,25 23:2,5 23:22 24:8,20,22,23 24:23 25:3,5,7,10,13 35:1
catch-all 62:2
caught 57:3
cc 72:25
Center 2:8
certain 19:1
certainly 16:2 19:13 25:2 27:12 50:13 51:4
Certificate 3:4,5 69:1 70:1
certify 69:8 70:6,12
change 13:19 16:17 39:1,3,7,12,16,19 40:2 41:8 57:7,13,15 57:19 58:10 59:7,12 63:1,9,9,20 64:5,25 71:8
changed 39:24 57:8 59:16
changes 39:1 40:21,25 59:9 71:5
changing 39:5 41:6 63:18
Charlotte 18:22
check 27:11 32:21
children 22:1
chose 29:6
Chris 6:3 22:22 23:2 27:1 50:1 64:20
CHRISTOPHER 2:3
CHRISTY 1:6
church 19:2,4,7,16
churches 20:14
citing 72:13
CIVIL 1:4
clarify 64:7 68:1
class 58:12,13,14 62:14 63:6
classes 50:20,24 53:21 53:24 59:3 66:13
classroom 37:17
clear 7:18,24 29:11 43:1 58:6
Cleaver 1:1,18 5:1,9

6:1 71:2 72:4,8
**Clerk** 72:18
**close** 62:3
**closed** 33:22
**come** 23:3,5 53:15
 67:21
**comes** 21:4
**comfortable** 29:17
**coming** 23:25 24:13,16
 61:22 65:25
**commencing** 5:3
**comment** 56:2
**comments** 54:7
**Commission** 69:19
 70:22
**common** 17:7
**commotion** 46:2
**community** 13:14 18:3
 18:9 22:6
**Complaint** 4:4 10:13
 54:17,18,19,24,25
 57:24 63:11
**complete** 70:9
**completed** 72:15
**completely** 6:25 15:23
 62:5
**concern** 35:18 36:3
 38:23 40:6,7 52:5
**concerned** 16:10 49:14
 62:13
**concerning** 45:6 62:9
 62:11,15
**concerns** 13:23 32:13
 32:17 35:21 36:9
 38:15 40:1,3,21
 45:16 52:7 58:14
 62:21
**concluded** 68:14
**concludes** 58:2
**condensed** 72:11
**confused** 44:18 63:13
**confusing** 63:15
**connected** 70:15
**consent** 46:12
**consider** 49:21
**content** 8:6
**continue** 24:7
**controversy** 26:16,19
 26:22 30:1,6,12,16
 30:16 33:6,8,9,19
 38:18 40:10
**conversation** 11:2 24:5
 24:18
**conversations** 20:12
 37:19
**copies** 60:16
**copy** 44:14 47:25 48:2
 54:17 72:11
**correct** 19:8 22:6,15,18

23:13,23,24 24:2
 30:2 32:2 38:13,16
 45:11 49:18 52:18
 55:17,25 60:10 61:11
 62:4,6
**correction** 72:14
**corrections** 71:7,7,21
 72:13
**correctly** 55:16
**cost** 60:20
**counsel** 5:2 8:2,7,15
 9:20 10:2 70:13,15
**County** 12:6 69:4 70:4
**couple** 8:4 34:5 35:25
 57:8 66:24
**course** 7:15,17,20 8:8
 15:21 16:11
**court** 1:3 6:15,19 7:4
 72:18
**courtesy** 72:11
**covered** 37:17
**CR** 72:5
**creationism** 18:14,14
 48:18,19,21,22,25
 49:7 62:16
**curriculum** 13:19 33:7
 33:10,19 38:1,6,10
 38:19,23,25 39:1,2,4
 39:7,13,16,20,24
 40:6,10,19,22 41:1,6
 41:8 43:21 57:5,7,7
 57:13,15,19 58:10
 59:8,13 62:18 63:2,9
 63:18,22,24 64:11
 65:1
**cut** 7:3
**CV** 1:4
**CYNTHIA** 1:7

**D**

**D** 1:8
**daily** 13:6
**Darwin's** 55:13
**date** 9:12 19:1 22:9
 47:2 52:19 71:2,6,24
 72:25
**dated** 44:10 70:18
**dates** 16:8
**day** 22:1,4 44:22 67:16
 69:10,12 70:18
**days** 16:8 43:24 68:13
 72:17
**DD** 69:19 70:22
**dealing** 30:7
**Dear** 72:8
**DEBORAH** 1:6
**decided** 29:15
**deciding** 24:4
**decision** 18:17 23:21

**decisions** 40:13 41:10
**defendants** 1:14 2:11
 10:18
**definitely** 22:10
**delivered** 13:4
**department** 14:4,13
**deposed** 6:13
**deposition** 1:18,26,29
 5:1,4 6:6 7:20 8:9
 11:6 15:21 16:11
 18:21,21,24 68:14
 70:7,10 72:1,10,12
**depositions** 6:11
**DESCRIPTION** 4:2
**deserve** 48:13
**design** 55:14 63:12,19
 63:21,23 64:2,3,6,10
 64:12,19,21 65:2,5
 65:10,13,23 66:1
 67:7 68:2,5,8
**designs** 65:7
**determines** 64:22
**difference** 27:13 36:24
**different** 7:23,23 16:5
 27:12 48:14 49:15
 50:19 58:8 62:22
**digging** 44:1
**directors** 1:13 28:17
**discontinued** 13:10
**discontinuing** 13:11
**discuss** 17:6,9 18:8,18
 23:25 29:1 36:2 43:6
 54:21
**discussed** 8:10,12 11:2
 26:24 33:23 36:6
 40:16 53:8 54:10
 55:19 56:16 62:17
 65:23 67:3
**discussing** 3:18 56:23
 58:7
**discussion** 18:13 27:1
 37:12,14 40:11 41:6
 41:7,12 45:6 53:1,2
 56:12 57:13,18 59:22
 60:1,5,8,18,24 63:18
 67:9
**discussions** 18:1 19:11
 25:7 27:3,6,18 29:9
 30:20 31:5,11,15,21
 33:1 37:4,22,24 38:3
 38:10 40:14 42:18
 43:19 46:16 53:3
 56:1,11 59:2,7,19,24
 60:3,11,15 61:13,14
 61:23 63:8 67:3
**Dispatch** 13:3,11
**district** 1:3,3,12,12 6:6
 11:19 14:17,20,23
 18:15 44:10 71:3

72:7
**document** 10:14 44:9
**documents** 10:10
**donate** 60:19 61:8,10
**donating** 61:7
**donations** 60:12,13,14
**donator** 61:3
**donors** 61:1
**Dover** 1:12,12 6:5
 12:15,16,17,19,20,21
 13:15,24 14:8,12,13
 34:13 44:9 71:3 72:7
**Dover-boro** 13:14
**Dr** 35:9 42:24 46:22
 53:12
**Drive** 2:9
**duly** 5:10 69:10
**dumb** 16:1

**E**

**earlier** 51:19 65:12
**early** 59:3 62:16
**East** 72:2
**Easter** 34:13
**Ed** 9:24
**educate** 65:9
**education** 29:20,21
 66:19
**Edward** 2:8 72:25
**Eighteen** 2:4
**either** 6:19 8:6,25 29:8
 31:22 32:16 33:2,14
 36:14 38:5,10 40:9
 45:6,7 50:17
**elaborate** 39:23
**elected** 15:12 17:10
**election** 28:12 29:6
**elections** 29:12
**Elmira** 1:1,18 5:1,9
 71:2 72:4
**employed** 14:4,5,11,15
 14:16
**employee** 70:13,14
**employment** 14:3
**enclosing** 72:11
**ended** 16:12
**ensure** 7:24
**entire** 72:16
**entitled** 47:3
**envelope** 72:16
**equal** 50:19
**errata** 72:13,15
**errors** 71:5
**ERROR/AMENDM...**
 71:8
**Esquire** 1:26,29 2:3,8
 72:1,25
**established** 28:1
**et** 71:3,3 72:7,7

**etcetera** 26:19 44:16
**EVELAND** 1:7
**Evelyn** 1:24 5:5 69:18
 70:6,21 72:22
**evening** 6:1 9:4,4,11,22
 9:23,23 23:3
**evolution** 30:13,18,22
 31:5,6 41:10,14,15
 41:17,21 49:19,23
 50:10,22 51:1,5,5
 55:14 66:3,5,7,8,10
 67:4
**evolutionary** 50:20,21
**evolves** 66:9,11
**exact** 16:9 34:10
**exactly** 15:23 21:2 28:2
 57:6
**Examination** 3:3 5:14
**examined** 5:11
**exclusively** 22:12
**exhibit** 44:11,13 54:20
**EXHIBITS** 4:1
**expect** 16:7,8
**Expires** 69:20 70:23
**explain** 6:10 29:22
**explaining** 10:14,18
**exposed** 50:10
**exposure** 54:4
**express** 24:20
**expressed** 17:14

**F**

**F** 1:21 5:4
**face** 54:14
**fact** 30:15 38:22 39:15
 40:24,25 50:3 51:5
 52:5 54:13 57:3 58:7
 62:11
**fair** 7:5 12:24 56:20,24
**fall** 28:10,11 29:5 30:1
**familiar** 37:7,8
**far** 31:1 49:24 51:15
 52:1
**fast** 7:11
**favor** 19:23
**February** 21:2,3,6,9,21
 22:8
**feel** 7:8,12,21,21 16:14
 26:6 48:4 49:25 50:1
 53:15 54:12 56:3
**feeling** 51:3
**feelings** 11:12 33:18
**felt** 25:16 29:17,17
 39:6 47:10 48:7,9,12
 49:5 50:10 62:12
**FENIMORE** 1:7
**Fifty-six** 12:18
**filed** 15:2 54:17 72:18
**fill** 28:23,25

**filling** 29:2
**final** 62:23 63:1
**finally** 62:14
**financially** 70:15
**find** 13:15 16:9 72:13
**fine** 7:11 16:2,17 29:23
45:11 47:2 51:8 56:6
58:23,23
**finish** 6:24 7:1 21:18
**firm** 6:4 8:7,25
**first** 6:13 8:15 13:21
15:7 19:15 20:25
22:16,25 24:15 26:21
26:24 27:11 28:21
31:11,13,25 32:2,4
33:9,14 38:16,17
40:24 43:18 48:9
54:4,8 55:21,24
57:14 62:12
**five** 9:4 16:22 27:14
35:25
**flag** 21:13 22:2
**Florida** 1:21,25,26 5:4
5:6 12:6,8,9 43:4,12
43:13 69:3,19 70:3
70:22 72:2,6
**focus** 38:21
**following** 28:8
**follows** 5:12
**foregoing** 70:9
**formal** 10:14 66:19
**forward** 29:5 43:2,9
59:17
**found** 27:21 32:19
**foundation** 44:16
**four** 9:6 28:16,16,19,20
35:14 36:1
**frame** 12:23 20:25
23:20 33:13 34:16
**Frank** 2:9
**FREDERICK** 1:8
**free** 7:12,22 16:14
**frequently** 7:1
**Friday** 9:4,7,8,9,22
10:1 34:14
**front** 28:18,18 52:20
54:15 57:16 63:10
**Frostproof** 12:1,2,2,3,6
72:6
**further** 32:21 46:11
67:24 70:12
**fuzzy** 19:20

---
**G**
---

**gaps** 55:13
**Geesey** 25:15
**general** 31:22 40:5
44:15 62:2
**generally** 8:11 13:5

**getting** 13:8 19:14
20:16 24:13 29:21
32:20 33:25 36:23
46:10,20 62:1
**Gillen** 8:19,25 10:4
11:8
**give** 12:4,23 21:19
23:15 24:9 46:12
50:4,7 54:19 64:23
67:18
**given** 60:6
**giving** 49:14 61:6
**glad** 57:3
**go** 6:12 13:1 16:14 22:1
25:1 28:17 29:23
31:1 34:15 58:1
67:20
**goal** 22:12
**goes** 8:8
**going** 6:16,21,23 7:1,2
8:4 9:19 12:14 13:16
15:4,21,24 19:22
22:9 23:2 24:22 27:5
27:11 31:14 32:21
34:5 35:19 38:11
39:24 41:25 45:20,22
46:21 48:25 49:5,6,9
49:12 51:22 53:21,23
54:16,19 55:11 57:8
58:24 60:19 61:3
62:2,10 63:5 64:3,16
68:9
**good** 6:1,1 12:13
**grade** 48:10,10 52:3
66:15,20,20,25
**graduate** 66:17,18
**grass** 22:2
**great** 29:16
**greatest** 50:14
**grew** 12:19,20
**ground** 50:19
**group** 60:6,7,22

---
**H**
---

**habit** 13:5
**Hamilton** 2:3 6:4
**hand** 69:12
**handled** 30:12,17,22
31:6
**happen** 7:1 51:9
**happened** 49:8
**happy** 24:18 38:25
**hard** 13:15 51:23 52:6
**Harkins** 10:24 11:3,21
32:14,17 35:1
**hate** 16:25 23:18
**head** 6:19 20:9 30:3
35:16 49:3 61:20
**hear** 42:15

**heard** 18:8 27:5 30:23
60:13,18
**hearing** 18:6,13
**held** 20:4 43:3
**help** 16:5 34:12 43:24
43:25 62:3
**hereto** 71:21
**high** 66:17,18
**hit** 12:11
**hold** 22:5
**home** 12:9,10,14 13:4
23:3 41:4 44:19
**honest** 15:24
**hour** 41:25
**house** 23:25 29:1
**Huh-uh** 56:14
**hurricane** 12:11
**husband** 22:11 23:7

---
**I**
---

**idea** 39:18,19 43:8 44:2
47:18 65:13
**ideas** 39:22
**III** 2:8 72:25
**important** 6:17
**include** 71:21
**included** 35:24 63:19
64:11
**including** 55:14 65:19
**incorrectly** 16:16 45:12
**INDEX** 3:1
**indicate** 71:7
**indicated** 71:6
**individual** 25:5
**initiated** 56:12
**Inside** 54:17
**intelligent** 55:14 63:12
63:19,21,23 64:2,3,6
64:10,12,18,21 65:2
65:5,7,10,13,23 66:1
67:7 68:2,5,8
**intend** 40:25
**intention** 18:18
**intentions** 17:9 48:20
**interest** 17:14 25:15
29:16
**interested** 29:20 70:16
**interrupt** 23:18
**introduced** 6:2
**introducing** 19:23
**involved** 53:3
**issue** 26:24 29:23 30:12
40:10 50:23

---
**J**
---

**J** 2:3
**Jack** 15:18
**Jane** 1:1,18 5:1,9 24:17
44:8 71:2 72:4

**Jeff** 16:19 17:1 23:4,6,7
23:9,21 24:20 25:14
60:23
**job** 1:27 13:25 14:8
**JOEL** 1:7
**JULIE** 1:8
**July** 4:3 12:9 22:2,3
42:9,10,12,16,25
44:3,5,6,10,19,20,21
44:21,22,22 45:8
46:19,25 47:22 49:1
51:10 52:12,13
**June** 1:1,19 5:2 9:10,12
9:14 31:9,10,13,13
31:14,24 32:2,4,5,19
32:24 33:3,5,15
34:10,11,19 38:4,8
38:15 40:9,20 41:3,5
41:11,13 42:8,18,20
42:24 43:14 44:18
45:8 61:21 69:10,13
70:18 71:2 72:4,9

---
**K**
---

**keep** 34:16
**Kennedy** 72:2
**kid** 25:23,25
**kind** 64:13
**Kitzmiller** 1:6 6:5 71:3
72:7
**knew** 16:21 33:8 52:1
**know** 7:22 9:16 15:19
18:22 20:4 21:14,18
23:16 24:18,24 25:12
27:3,14 28:6 29:22
30:24 31:10 32:18
33:23 34:11,18 36:12
36:25 39:22 40:16,16
40:17 41:16 43:4
44:1,17,19 45:10,12
45:23,25 46:5 47:6
47:17 49:25 50:13
51:25 53:5,10,11,13
53:14,17 55:5 57:1
58:12,16,18,20,21,21
59:5 60:7,14,21
62:21 64:12,22 67:16
68:12,13
**knowledge** 20:7 21:24
37:20,21 39:9,21
43:11 56:21
**known** 24:12
**knows** 50:3

---
**L**
---

**L** 2:8 72:25
**Lake** 12:2
**Large** 1:25 5:6 69:19
70:22

**late** 28:11
**law** 1:21 2:8 5:4 6:4 8:7
8:25
**lawn** 22:2
**lawsuit** 10:8,11,15,19
10:22 11:19,23 15:2
**lead** 20:12
**learn** 50:8
**left** 27:8 53:18 59:10
**legs** 67:21
**letter** 3:7 8:20 72:19
**letting** 53:13
**let's** 13:1,1,24 17:20
20:22,25 23:19,19
29:23 31:12 32:23
34:5,6,22 36:14,19
38:21 43:9,17 50:16
52:19 57:23 66:3
67:20
**Library** 1:21 5:4
**LIEB** 1:7
**life** 37:5,8,16,23,25
55:15
**light** 24:15
**limited** 55:14 62:9
**line** 16:12,13 64:17
72:14,19
**lines** 71:6
**little** 7:25 24:12 34:13
44:18 45:20,20,22
46:1 47:1 51:23 58:7
62:25
**live** 12:17
**lived** 12:8,9
**living** 11:25 12:1,21
66:9
**Lloyd** 2:9
**LLP** 2:3
**local** 13:12
**Logan** 2:4
**long** 9:19 12:8,17 14:5
15:6 58:5
**look** 43:25 44:14 45:4
46:11 47:13 48:15
49:16 51:18 58:18
**looked** 10:10 45:1
**looking** 9:16 16:9
20:19 57:4,5,6
**looks** 35:25
**lot** 12:6 53:1,2 72:5
**Lowe** 2:3 3:3 5:15 6:3
12:24,25 17:20,23
20:10 22:20,24 23:12
26:5,9,14,20 32:2,8
39:11 42:2,7 44:8,23
54:15,24 55:4,9,10
56:6,10,15,20,24
57:3,6,11 58:2,3,23
59:1 61:16,18 63:15

63:17 64:9 65:21,22
67:18,22,24 68:7,11

## M

**M** 1:24 5:5 69:18 70:6
70:21 72:22
**marathon** 7:7
**mark** 44:11,12,13
54:20 71:5
**marked** 44:12
**match** 7:17
**materials** 67:6
**matter** 6:7 10:2 13:18
69:9 72:10
**mean** 17:18 24:7 28:14
44:6 45:22 48:17,23
49:19 53:9 64:7 65:6
68:3
**meaning** 13:18 66:10
**means** 6:7 16:15
**meant** 68:4
**meet** 9:6
**meeting** 13:21 18:25
19:3,15,20 22:6 31:2
31:15,16,19,21 32:1
32:2,5,10,24 33:2,2,3
33:11,14,17,21,22
34:7,8,22 35:2,3,6,18
35:22,24 36:2,6,8
37:13,23,24 38:4,5
38:16 41:5,13 42:9
42:11,13,16,24,25
43:7,14,18 44:3,5,10
44:20,20,21 45:5,7,8
45:8,14,15 46:19,25
47:23 49:2 51:10
52:13,16,17,20,24
54:1,5,10 55:19,21
56:12,23 57:14,14
59:4,8,17,20,25 60:4
60:8,9 61:21 62:23
63:1
**meetings** 13:14,15
30:23 31:9,12 32:4
32:18 33:5 34:6 38:8
40:9 41:3,4,11 42:8,9
42:19,20 43:3,6,10
43:15,15,17 44:19
45:19 62:4,25
**member** 14:16 15:7,8
18:12 22:6,16 23:1
23:13 24:3,4 27:4
28:1,2,3,22
**members** 10:22 18:8
23:22 26:25 31:16
34:23 35:25 40:18
42:19 43:19 60:15,24
65:5 67:4
**Memorial** 22:1,3

**memory** 16:5 19:20
44:1
**mention** 64:2 68:5
**mentioned** 47:17,19
58:13 64:4,6,8 68:3
**mentioning** 64:18
**mentor** 22:18,25 24:23
25:6
**met** 19:2,9,17 20:17
**Michigan** 2:10
**MIDDLE** 1:3
**Mike** 35:9
**miles** 66:22
**mind** 49:8
**minute** 57:24 66:3
**minutes** 4:3 9:22,23
38:21 43:23 44:9,24
45:1,5 67:21
**Mischaracterizing**
41:22
**mistake** 25:17 26:2,8
**mistaken** 32:15
**moment** 20:2,16,19
21:10,10 22:13
**Monday** 9:4,10,11,23
34:15 44:10
**money** 31:1 60:20
**month** 34:10
**months** 29:4
**motel** 9:24
**move** 32:23 34:5 43:9
43:17 52:19
**moved** 25:3
**moving** 38:8 43:2,9
44:2 59:17 62:23

## N

**name** 6:3 44:4 50:5,12
54:14 72:19,25
**names** 16:22 53:5
**narrow** 34:12
**naturally** 7:3
**nature** 10:14 11:2
16:10 25:18 27:3
60:2
**need** 6:21 7:8 8:9 42:4
42:4 44:11 68:11
72:16
**needed** 29:17 30:8
36:11
**neighbors** 13:13
**never** 19:16,17 24:17
25:12 40:18 51:5
**new** 16:15 27:10 30:8
32:7,7 33:25 34:1
35:19 36:11,12,23
37:1 38:12 46:10
**newer** 27:24
**news** 13:12

**newspaper** 13:9,17,19
**newspapers** 12:21 13:2
**nicely** 43:9
**night** 23:3
**Nilsen** 35:9 42:24
46:23 49:10 53:12
**nodded** 30:3 49:3
61:20
**nodding** 6:19
**Noel** 36:13,18,22
**Nolen** 35:2
**North** 1:20 5:3
**Notary** 1:25 5:5 69:18
70:21
**note** 55:15 71:5
**noted** 57:16 71:21
72:13
**notes** 67:19 70:10
**notice** 5:2 72:9
**Notification** 3:7
**November** 28:9
**nuclear** 50:20
**number** 69:19 70:22
72:14

## O

**Oath** 3:4 69:1
**objection** 20:7 26:4,13
26:18 39:8 41:22
44:15 56:4 61:9
**objections** 61:7
**obtain** 60:16
**occasions** 9:21
**occurred** 31:13 34:8
42:16,20 43:20 61:13
**occurring** 52:23
**October** 15:11 41:3
43:15,17,18 45:15,19
52:17,19,20,23 54:1
54:6,6 55:19,21
56:19 57:15 59:3,17
59:21 60:9 61:23
62:24 63:1 69:20
70:23
**offer** 65:9
**office** 28:8
**official** 69:12
**oh** 16:22
**okay** 6:15 8:12,14,17
8:20,24 9:7 10:1,7,13
10:21 11:9,11,14,18
11:21 12:4 13:17,24
15:20 16:17,24 17:3
18:12,17 19:19 20:1
20:18,22 21:6,8 22:5
22:16 23:10 24:2,3,8
26:15 28:25 29:4,14
29:19 34:12,19 38:21
39:6 40:5 41:12 42:5

45:4,11 48:16 49:21
50:16,16 51:10 53:2
54:15 55:9,18 56:7
57:10,23 58:13 61:5
61:8,12,21 62:1,7,20
64:25 66:17 67:2
68:7,11
**once** 7:3 62:24 72:15
**opinion** 26:8
**opportunity** 48:13
49:15,17 50:4,8
**opposed** 49:19 64:18
**order** 51:24
**ordered** 27:19,23 56:3
**original** 72:18
**origins** 37:5,8,16,22,25
55:15
**outcome** 57:2
**Outside** 67:2
**owned** 14:12

## P

**page** 3:2 4:2 47:9,9
54:24,25 57:23 58:1
58:2 63:11 71:5
72:13,14
**pages** 27:14,15 70:9
**Page/Errata** 3:6 71:1
**PAGE/LINE** 71:8
**Pandas** 46:20 47:3,10
47:15,20 51:20,21
52:9,14 59:25 60:5
60:12,17 61:22,24
65:18,24,25 67:11,14
**paper** 13:22 16:21
**paragraph** 54:23 55:1
55:2,4 57:16,24,25
63:11
**parents** 66:22
**part** 21:14 26:8 40:14
**parties** 70:13,14
**pass** 63:1
**passed** 21:3,8,9
**passing** 64:25
**pastor** 19:7 20:15
**pastors** 20:15
**pause** 42:6
**Pennsylvania** 1:3 2:5
12:16,17
**penny** 61:6
**people** 8:10 28:16
46:20 47:3,10 53:6
60:5,6,7 65:19,24,25
**Pepper** 2:3 6:4
**period** 13:24 25:6
27:25 34:17
**person** 7:3
**personal** 20:7 39:8
**personally** 69:9

**Philadelphia** 2:5
**phrasing** 26:18
**picture** 54:13
**pink** 16:21
**place** 48:9
**Plaintiff** 5:2
**plaintiffs** 1:10 2:6 6:4
**plan** 17:4
**Plaza** 72:1
**please** 7:9,12 8:5 12:5
54:20 57:25 62:4
71:5,6,7 72:9,19
**Pledge** 20:2,21,23
21:11,12,16,22,24
22:4,14
**point** 15:20 30:6,10
43:25 59:10 62:20
65:21
**pole** 22:2
**policies** 17:7
**policy** 17:10
**politics** 17:6
**POLK** 69:4 70:4
**population** 17:19
**position** 10:18 11:16
14:16 20:5,18
**possibility** 24:1
**possible** 40:21 44:4
**potential** 29:2
**prayer** 19:23 20:2,6,13
25:17,21,24,24,25
26:2,7,10
**preparation** 10:10
**prepared** 23:16 24:9
24:14
**present** 8:11 35:3,5
36:10
**presented** 51:1,21
58:12
**previous** 14:10 16:14
52:13
**previously** 35:17 60:23
65:18
**prior** 10:1 18:12,17,21
21:15,21 23:20 24:3
27:25 29:11,11,13,25
30:10 31:11,15 33:2
33:17 34:19 37:23,23
38:4 43:17,18 45:15
45:19 47:23 52:17
54:1 60:8,11
**probably** 9:4,6 11:5,6
16:4 21:1 47:21
50:18,18 52:3 53:15
**problem** 51:2
**problems** 55:13
**proceedings** 42:6
**process** 6:12 27:21
**professional** 72:11,22

**proven** 51:5
**provided** 72:16
**public** 1:25 5:5 28:18
  31:22 69:18 70:21
**purchased** 40:8
**purpose** 20:16,21
**pursuant** 5:2
**pursue** 47:12 48:13
  51:18
**push** 26:10
**put** 27:15 28:10,13
  29:21 45:13 60:25
**putting** 25:20
**p.m** 1:19,19 5:3 68:14
**P.O** 2:9

**Q**

**question** 6:22,24 7:12
  7:13,15,16,17,18 8:8
  12:24 16:14 17:17
  21:19 22:23 25:10
  26:21 29:9 37:6 55:2
  63:13,16
**questioning** 16:12,13
  64:17
**questions** 6:18 7:21 8:4
  8:5 15:4 16:3 40:17
  57:8 65:20 67:25
**quick** 67:18
**quickly** 6:13 67:19
**quite** 59:22

**R**

**Rainbow** 12:3
**ran** 15:14 16:20 28:8
  28:11
**read** 12:21 13:2,3,19
  13:22 47:9 48:3
  51:24 53:14,16,21,23
  54:21 55:4,11,15
  56:3,5,18,22 57:21
  57:21,25 58:9,11,12
  58:20 59:3,6 62:14
  63:5 65:18 71:5,20
  72:17
**reading** 13:5,9 57:20
  58:14 65:24
**reads** 55:12
**ready** 68:12
**realize** 8:1 16:7
**really** 6:17 9:17 12:1
  15:19 16:6 45:9
  51:24 53:10 58:5,21
  58:21 64:20
**reason** 7:23 16:2 36:25
  42:23 51:1 71:8
**reassured** 46:23 49:10
**recall** 16:20 17:13,24
  18:3,6,11,13 21:4

24:19 25:17 26:15
  27:20 30:20 31:2,4,8
  31:11,15,19,20,21,24
  32:4,12,16,22,23
  33:1,20 34:8,16,22
  35:12,15,21 36:5,8
  36:14,21,22 37:3,12
  37:24 38:9 39:25
  40:1,8,11,12,14,20
  41:7,14,18,20 45:5,9
  45:18 46:7,18 47:19
  49:4 51:20 52:23
  53:2,6,8 54:3 55:7,7
  55:18 56:11 58:25
  59:2,7,9,11,12,15,19
  60:2,5,11,15 61:1,14
  61:23 62:16 63:4
  65:25 67:9,15
**recalls** 19:20
**receive** 36:3
**received** 10:23
**receiving** 62:12
**recess** 67:23
**recollection** 33:13
  45:14 49:1 62:3
**record** 6:2,3 12:4 20:5
  21:18 55:12 65:17
  67:20,24 70:9
**REFERENCE** 71:3
**referred** 12:14 27:25
**referring** 21:15 34:2
  48:16 52:9 53:12,19
  53:20 54:19 55:6,8
  58:9,15
**refresh** 16:5 43:25
**regarding** 59:7
**Registered** 72:22
**regularly** 12:22 13:2
**REHM** 11:6
**related** 14:19,22 15:20
**relates** 40:9
**relative** 70:12,14
**religion** 17:15 18:1,4,9
  18:19 19:14 25:8
**religious** 25:11,12
**remark** 25:24
**remember** 15:19,22,23
  15:25 16:1,7,13,15
  17:1,2 19:3 26:16,21
  26:24 32:9 35:10
  36:19 42:23,24,24
  43:1 44:5 46:3 54:11
  54:13 56:1 59:23,24
  60:18 63:8
**removal** 63:12
**repeat** 7:13
**repetitive** 16:3
**rephrase** 7:18 25:16
  29:9

**report** 70:7
**reported** 1:24 5:5
**reporter** 3:5 6:15,20
  7:4 70:1 72:22
**represent** 6:4 10:5
**representation** 8:21
**represented** 8:1,15
**representing** 8:21
**requested** 70:8
**required** 62:14 71:6
**research** 50:7 65:1,4,7
  65:20 66:5
**resign** 15:10
**resigned** 15:11
**resolution** 64:25
**Resort** 12:3
**respect** 8:25 11:19,23
  13:17 18:13 31:5,17
  31:22 33:18 35:18
  37:4,16 38:5 40:2
  41:8,13,14,21 42:19
  43:20 51:12 52:7,24
  56:2,13 57:12,15
  59:20 60:11 61:23
  62:15,17 63:8 65:2,5
  65:7,9 66:5,7 67:4,7
**respond** 7:15 32:9
**responded** 32:13 46:3
  49:4
**responding** 36:8
**response** 7:1,17 10:18
  24:23 32:17
**return** 43:18 72:16,16
  72:19
**review** 44:24 51:19
  67:19 68:9 70:8
**reviewed** 52:14 61:22
**right** 6:9 8:13 10:6
  12:20 16:19 19:10
  20:24 22:7 23:14,19
  28:24 29:3,7 34:19
  35:20 37:11 38:20
  43:16 44:22 46:13,15
  48:3 52:21 53:22
  56:17 57:1 62:11
  67:2
**Road** 12:6
**roll** 44:3,4
**room** 1:21 5:4 9:25
**rough** 45:21,22
**RPR** 1:24 5:5 69:18
  70:6,21
**rubber** 24:24 25:5
**rules** 6:10,11
**run** 15:14 18:17 23:21
  24:4,21 29:6,15
**running** 17:13,21,24
  24:1,17

**S**

**safe** 34:20 43:5
**satisfied** 27:16
**Saturday** 34:15
**saying** 21:12,16,22,24
  23:21 25:18 34:2
  42:25 48:17 49:19
  58:15 62:4,10
**says** 44:7 56:7
**school** 1:12,12 4:3 6:5
  10:21 11:19 13:7,8
  13:22,25 14:2,16,17
  14:20,23 15:7,8,10
  15:12,15 17:6,6,11
  17:13,25 18:7,12,14
  18:17 19:14,19,22,23
  20:6,13 22:3,5,13,14
  22:16 23:13,14,21,22
  24:1,4,5,11,14,17,21
  25:17,20,22,23,24,25
  26:7,11,25 28:4,18
  28:22,23 29:5,15,25
  30:11 31:8,12,14,16
  31:16,22 32:12 34:23
  36:1 37:15 38:3,5
  39:15,19 40:25 42:16
  42:19 43:19,23 44:9
  44:9,24 45:1,4,14
  47:23 48:5,6,8,20
  51:11,14,16 52:15,16
  52:20,24 54:5,10
  57:13,14 60:6,16,20
  60:20,24 65:4 66:17
  66:18,21,22,24 67:4
  71:3 72:7
**schools** 17:15 18:1,4,10
  18:19 19:18 20:20
  21:23,25 25:8 26:3
  29:16
**science** 30:21,21 50:9
  50:20,24 51:12 59:3
  66:12,13,16
**scientific** 64:14
**scientist** 49:24 50:6,17
  64:23
**scientists** 50:14,18
**seal** 69:12
**second** 7:11 20:22
  23:20 32:5,23 33:3
  33:14,16 43:14 45:4
  54:16,21 58:11 59:17
  59:20 64:17 67:18
**seconds** 31:14 34:5,6
**secretary** 19:5
**see** 6:15 27:11 44:6
  45:10 47:8
**seen** 10:13,17 19:16
**selected** 24:25 28:8,15

28:20,20
**self-addressed** 72:16
**separate** 31:12
**September** 43:10,10,12
**Services** 1:26,29 72:1
**settled** 53:17,17
**shaking** 6:19
**share** 11:16
**shared** 35:21
**sheet** 3:6 71:1,6 72:13
  72:13,15
**sheets** 71:7
**Sheila** 10:23 11:4 32:14
  35:1
**shipped** 27:20
**shipping** 27:21
**shook** 35:16
**Short** 67:23
**show** 54:16
**showing** 39:8 44:8
**sick** 35:2
**side** 6:7
**sign** 8:20 71:6 72:15,17
  72:19
**signature** 3:6 71:1,24
  72:10,19,23
**silence** 20:2,16,19
  21:10,10 22:13
**similar** 63:10
**simply** 11:4 20:19
  29:21
**Sincerely** 72:20
**sir** 6:14 7:6,19 10:3,9
  10:12,16 11:17,20
  14:25 15:3 17:22
  18:2,5,16 21:20 24:6
  26:23 30:9,19 31:7
  32:11 33:4,8 35:4,7
  36:21 37:6 38:7
  39:17 40:23 41:24
  42:17,21 43:11,22
  44:25 45:3 47:4
  52:11,22 54:3,3 56:9
  59:18 60:10 61:17
  62:19 63:7 65:3,8,8
  65:11 66:6 67:5,8,12
**sit** 25:3 33:20 51:24
**six** 27:14
**slate** 15:14,17 16:20
  17:18,20,25 18:7
**slid** 26:6
**smack** 6:20
**SMITH** 1:8
**smoothly** 6:12
**SNEATH** 1:8
**solely** 30:7 36:2
**soon** 50:2
**sorry** 16:23 21:4,20
  23:11

sort 8:20 66:13
sound 16:3 52:21
sounds 45:13 55:5
  62:22
Spahr 27:7 32:5,10
  33:12,17,21 34:3,4
  35:10,15,17 36:3
  38:15,24,24 39:18,22
  39:23 40:15 45:9,15
  46:8,21 48:24 52:15
  53:4,9 54:10 55:23
  56:12 58:13 62:9
Spahr's 32:13,17 36:9
  40:21 45:24 49:4,8
  54:7 56:2
spark 16:6
speak 6:21 7:9 10:1
  19:7,22 22:21 50:17
  53:6
speaking 8:11
specific 40:1,2 56:1
  57:12
specifically 46:7
speculation 20:8 39:9
spend 37:1
spent 9:20 29:4
spoke 8:6,18 9:24
  11:18,22 24:14 29:9
  32:6 33:17 35:17
  36:11,12,13 38:15
  45:16 46:1,6 51:19
  54:12
spoken 10:7,21 15:1
spring 18:25 19:21
  21:1 31:3 34:9,13,20
  34:21 37:13
Square 2:4
stamp 24:24 25:6
stands 64:21
start 7:3 8:14 17:20
  34:22 36:15,19
started 24:15
State 1:25 5:5 69:3,19
  70:3,22
stated 19:6 20:5 29:24
  35:17 38:14 40:2
  47:25 48:4 58:14
  60:25 61:9 65:12
  66:4 67:13
statement 49:5 53:10
  53:11,14,16,19,20,20
  54:2,4,8,9,18 55:5,8
  55:11,12,18,24 56:2
  56:5,13,16,22,23
  57:12,22 58:9,11,14
  58:15 59:2,5 62:2
  63:5
statements 58:8 62:9
STATES 1:3

stating 8:21
stay 23:4
stenographic 70:10
stenographically 70:7
STEVEN 1:7
stop 13:8 16:14 23:19
  24:7
stopped 66:25
store 14:4,13
stores 14:14
story 6:8
STOUGH 1:7
straight 43:24
strategy 17:4
Streets 2:4
stretch 7:10 16:9 67:21
student 47:11,13 48:10
  50:3,4 51:17 52:2
students 29:20 46:24
  48:11,13 49:13,15
  50:1,7,10 51:7,15
  52:6 53:13 55:12
  56:5,18,22 57:21,22
  64:19 68:3,5,6
subject 13:18 24:13
  30:18
subpoena 10:23 11:5
subscribe 71:20
Suite 72:1
summarize 62:23
support 19:21 22:13,13
supposed 59:6
sure 6:12,25 26:15
  29:10 36:11 42:22
  46:13 49:9 58:6
  62:11 67:22
surely 50:5 59:23
surrounding 26:16,22
  29:24 30:1,12,16
  33:6,19 38:18 57:18
sworn 5:10 69:10

**T**
take 6:6 7:8 23:19 26:2
  31:12,14 34:5 42:1,3
  43:25 44:14 46:12
  51:23 54:21 57:24
  60:9 66:3 72:9
taken 5:1 45:4 70:10
talk 11:1 20:15,22
  31:14 34:6 42:15
  66:3
talked 7:4 8:24 20:15
  24:11 62:21
talking 7:11 9:20 12:14
  16:12 24:15 27:22
  31:25 35:11 37:13
  54:22 57:14
Tammy 1:6 71:3 72:7

Tampa 1:26 72:2
taught 37:5,22,25
  47:10,11,13 48:5,6,8
  48:20 50:2,19,21,23
  50:24 51:8 55:15
  68:5,6
teach 27:9 46:22 48:25
  49:6,11
teacher 14:20 32:6
  35:10 54:11
teachers 11:18 27:6,16
  30:7,17,22 33:21
  34:7 35:10,12 36:1
  37:4,14,15,22 38:4
  38:11 49:6 51:12,14
  51:16 53:4,5,9,15,21
  56:3 57:21 58:11
  62:14 63:5 64:18
  67:10
teaching 41:17 46:24
  48:20 49:12 51:12,15
  62:15
tell 5:10 6:20 8:9 9:5
  11:11 19:25 21:2
  22:21 23:2 25:4 27:5
  34:10,18 65:6
tend 44:24
tenure 15:5
term 37:7 63:12 66:1
terms 7:25 17:10
terribly 33:24 34:1
  46:9
test 28:17
testified 5:12 18:24
  25:14 60:23 65:18
testimony 65:14,15
text 33:2 36:4 38:11
  43:20 62:17
textbook 26:17,22
  29:24 30:2,8,12,17
  30:17,21 31:6,18,23
  35:19 36:12 38:6,12
  40:10 51:20 52:6,7,9
  52:10,14,14,25 59:20
  59:25 60:12,17 61:1
  61:22 65:23,25 67:10
  67:11
textbooks 40:8 46:16
  62:13
Thank 7:7 16:18
theories 48:14,16,17
  49:22,22 50:5,9,14
  50:19,22,23 51:7,13
  55:13 66:4
theory 46:22,24 47:12
  48:12 49:12,15,18
  50:2,2,3,20,20,21,21
  51:15,18,20 55:13
  64:13,14,21

thing 21:4 23:4 24:11
  24:24 49:13,14 51:16
  60:21
things 15:22,25 16:9
  17:10 52:15 66:9
think 7:25 9:12 13:3
  15:8,9 16:16 20:12
  26:7 28:6,16 32:5,14
  34:14 35:1,2,9 36:5
  41:2,5 42:11 44:11
  46:19,19 49:8 50:6
  60:1 62:3 67:18
thinking 66:8
thinks 18:25
third 13:21
thirty-three-and-a-h...
  14:13
Thomas 2:8
thought 33:24,25 45:24
  46:6,9,21 54:13 58:5
three 14:14 24:10
  35:14 36:1 62:21
Thursday 9:18 34:14
time 6:24 7:8 8:18
  12:23 14:1 15:9 16:8
  19:3 20:25,25 21:15
  21:25 22:6,12 23:20
  23:23 26:16 28:1,5
  28:19 32:13 33:6,13
  34:13,16,17,19 36:11
  37:3,13,23 38:16,17
  39:12,16,23 40:4,15
  40:20 41:9,15 46:17
  46:25 47:2,21 51:10
  51:23 53:9 55:24
  58:5 62:8 63:4 66:20
  72:10
times 8:24 9:2,6 21:3
timing 12:13
today 6:2,6,16 8:1,7
  9:6,14,18,24,24
  13:18 20:18 67:3
told 10:4 11:5 22:22
  24:8 66:14
topic 37:16
touch 11:7
Township 13:15
transcript 68:10 70:8
  71:5,6,20 72:12,14
  72:16,17,25
tried 27:15 40:17
true 70:9
truth 5:10,11,11
truthfully 15:18,24
  52:4 58:21,24 64:12
  66:14
try 6:21,23,25 34:12,16
  36:25 45:12
trying 9:12 16:1,4 20:6

20:13 31:24 33:20
  39:7,12,16,19 41:2
  44:2 58:6 62:23
Tuesday 9:5,14,23
turn 57:23
two 2:4 17:2 28:20 31:8
  31:12 36:14 38:8
  41:2,4 42:9 50:17
  57:24 58:4,8 64:22
  66:15,20
two-and-a-half 14:7
  24:10 66:21
two-oh-four 15:11
  27:24 31:3 32:20
two-oh-three 15:9 28:5
  28:9,12
two-oh-two 28:6,7,11
type 29:21

**U**
uh-huh 23:14 32:3,25
  53:25 55:22 59:18
  67:1
unclear 7:12 47:2 58:7
undersigned 69:8
understand 6:8,12 7:16
  8:5 10:7 15:21,23
  16:6 21:14 29:14
  37:6 39:6 47:1 48:10
  49:23 52:3,6,12
  54:22 58:4 62:24
  64:14,20 65:21
understanding 21:22
  22:17 28:21 30:7
  36:2 37:9,9 38:9 40:5
  40:7 42:8 51:11 62:8
  63:21,23 64:1 67:13
understood 56:16
  61:12
unhappy 33:12
UNITED 1:3
updated 27:22 32:19
upset 32:6 33:24 34:1
  45:9,17,23,25 46:8,9
use 27:9 36:24 41:18

**V**
v 6:5
varied 27:14
verbal 6:18
version 27:22
views 17:6
visited 19:2
visiting 19:4
void 28:23,25 29:2
volunteer 61:8
vote 25:4,4 46:13
voted 28:9 46:12 59:15
  59:16 63:1 64:5,15

| | | | |
|---|---|---|---|
| **voting** 59:12 | 35:16 39:10 41:24 | **2004** 4:3 31:9 32:21 | **9** 1:1,19 5:2 71:2 72:9 |
| **vs** 1:11 71:3 72:7 | 42:4 44:17 49:3 55:7 | 61:16 | **9th** 48:10 52:2 66:15 |
| | 56:9 57:1,10 58:17 | **2005** 1:1,19 5:3 69:10 | 66:20,20,25 |
| **W** | 58:20,24 61:17,20 | 69:13 70:18 71:2 | **930-7160** 2:10 |
| **wait** 6:23,25 54:25 | 68:4,8 69:9,12 71:2 | 72:4,9,9 | **981-4750** 2:5 |
| **waive** 72:10,19,23 | 71:24 72:25 | **2008** 69:20 70:23 | |
| **Wales** 12:2 | **word** 48:18,22 | **21st** 12:9 44:19 | |
| **walk** 66:22 | **wording** 63:24 | **215** 2:5 | |
| **want** 6:10,11 16:10,16 | **words** 6:23 46:4 64:23 | **221-2535** 72:3 | |
| 24:24 39:1 42:1,3 | 68:2 | **24** 2:9 | |
| 49:16 50:8 58:1 62:6 | **work** 6:3 | **255** 1:20 5:3 | |
| 62:10 67:19 68:2,4,6 | **working** 14:10,19 | | |
| 68:9 | **world** 26:6 50:14 | **3** | |
| **wanted** 23:14,16 24:21 | **wouldn't** 33:25 63:19 | **30** 9:23 68:13 72:17 | |
| 25:3 27:7,10,19 32:7 | 64:15 | **30th** 22:3 | |
| 36:25 38:25 39:3,5 | **Wright** 2:9 | **3000** 2:4 | |
| 46:13 47:11 48:13,15 | **write** 62:10 72:14 | **33** 55:1 57:16 63:11 | |
| 51:11,17 53:16 67:11 | **wrong** 38:17 61:4 | **33602** 72:2 | |
| 68:1 | | **33843** 12:7 72:6 | |
| **wasn't** 13:15 24:11,14 | **Y** | **360489** 69:19 70:22 | |
| 27:7 33:23,24 36:11 | **yeah** 9:3 12:2 21:14 | **393** 2:9 | |
| 42:14 56:18 | 34:15 47:24 | | |
| **way** 7:7,12,23 16:5 | **year** 28:11 61:15 66:19 | **4** | |
| 29:22 30:12,16,21 | **years** 12:18 14:7,13 | **4** 1:4 3:3 | |
| 31:5 46:1 63:19 | **York** 13:3,11 | **4th** 15:11 22:2,3 44:22 | |
| **ways** 62:22 | **younger** 48:11 | 52:20,24 55:20,21 | |
| **weeks** 24:10 66:15,20 | | **4-CV-04-2688** 71:4 | |
| 66:24 | **0** | **40** 57:24,25 | |
| **Weiglestown** 12:20 | **04-2688** 1:4 | **44** 4:3 | |
| **Wenrich** 35:2 36:18,22 | | **48106** 2:10 | |
| **went** 22:5 24:9,16 | **1** | | |
| 25:23,25 35:24 41:4 | **1** 4:3 | **5** | |
| 66:15,24 | **1:06** 1:19 5:3 | **5th** 44:22 69:20 70:23 | |
| **weren't** 17:25 27:16 | **10** 72:4 | **50** 9:22 | |
| **we'll** 7:2 54:21 64:17 | **10th** 69:10,12 70:18 | **54** 4:4 | |
| **we're** 6:6 13:18 16:11 | **10:30** 23:4 | | |
| 31:13,25 34:5 37:13 | **101** 72:2 | **6** | |
| 42:25 50:18 52:12 | **1080** 72:1 | **6th** 9:13,14 55:19 | |
| 54:25 57:4,6,14 58:6 | **11th** 21:3,6,9,21 22:8 | **630** 72:5 | |
| 58:7 62:1 | **11:00** 23:4 | **630-A** 12:6 | |
| **we've** 16:12 41:25 67:2 | **12** 4:3 | **66** 72:13 | |
| **whatsoever** 17:5 65:1 | **12th** 44:3,10,21 45:10 | **69** 3:4 | |
| **White** 2:8 12:23 17:17 | 48:10 52:2 | | |
| 20:7 22:19,23 23:6,8 | **13** 54:24 55:3 | **7** | |
| 23:10 26:4,13,18 | **13th** 12:11 | **7th** 31:13,14 | |
| 31:25 39:8 41:22,25 | **14** 54:25 63:11 | **70** 3:5 | |
| 42:3,5 44:15 54:22 | **15th** 12:12 | **700** 12:6 72:5 | |
| 55:2 56:4,7,17,21,25 | **16** 57:23 | **71** 3:6 | |
| 57:5 58:1,16,18 | **17** 58:2 | **72** 3:7 | |
| 61:15 63:13 64:7 | **19103-2799** 2:5 | **733289** 1:27 | |
| 65:17 67:20 68:1,9 | | **734** 2:10 | |
| 68:12 72:25 | **2** | | |
| **willing** 51:17 60:25 | **2** 4:4 | **8** | |
| 61:2 | **2:48** 1:19 68:14 | **8** 12:6 72:5 | |
| **wish** 72:13,19 | **2002** 13:1 18:25 19:21 | **800-838-2814** 1:26 | |
| **wishing** 18:9 | 21:1,6,7,21 22:8 | **813** 72:3 | |
| **witness** 3:7 5:10,13 | 28:13 29:5,5 30:1 | **813-221-2535** 1:26 | |
| 17:22 22:21 23:7,9 | 32:20 | | |
| 23:11 26:6 30:3 32:3 | **2003** 13:1 29:6,14 | **9** | |