# APPENDIX I

# TAB L

Sheila Harkins 1/3/05

SHEET 1   PAGE 1

```
00000
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
 2
      . . . . . . . . . . . . . . .
 3  TAMMY KITZMILLER; BRYAN and   . Civil Action No.
    CHRISTY REHM; DEBORAH FENIMORE. 04-CV-2688(M.D.Pa.)
 4  and JOEL LIEB; STEVEN STOUGH; .
    BETH EVELAND; CYNTHIA SNEATH; .
 5  JULIE SMITH; and ARALENE       .
    ("BARRIE") D. and FREDERICK B. .
 6  CALLAHAN,                      .
                       Plaintiffs .
 7                                 .
              vs.                  .
 8                                 .
    DOVER AREA SCHOOL DISTRICT;    .
 9  DOVER AREA SCHOOL DISTRICT     .
    BOARD OF DIRECTORS,            .
10                     Defendants .
      . . . . . . . . . . . . . . .
11
12
13
         Deposition of:  SHEILA HARKINS
14
         Taken by     :  Plaintiffs
15
         Date         :  January 3, 2005, 9:34 a.m.
16
         Place        :  Dover Area School District
17                        Two School Lane
                          Dover, Pennsylvania
18
         By           :  Bethann M. Mulay, Notary Public
19                        Registered Professional Reporter
20
21
22
23
24
25
```

PAGE 2

```
00001
 1  APPEARANCES:
 2       PEPPER HAMILTON LLP
         By:  STEPHEN G. HARVEY, ESQ.
 3            -and-
         AMERICANS UNITED FOR SEPARATION OF CHURCH
 4       AND STATE
         By:  RICHARD B. KATSKEE ESQ.
 5
              For - Plaintiffs
 6
         THOMAS MORE LAW CENTER
 7       By:  RICHARD THOMPSON, ESQ.
 8            For - Defendants
 9  ALSO PRESENT:  David Depew
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PAGE 3

```
00002
 1                    I N D E X
                       WITNESS
 2
                                          Examination
 3
    SHEILA HARKINS
 4
 5    By Mr. Harvey                            4
 6
 7                    EXHIBITS
 8
    Plaintiff's Deposition                    Page
 9  Exhibit Number                           Marked
10  1. Complaint                               84
11  2. Answer                                  84
12  4. News Library                            24
13  5. Documents Produced by Defendants        85
       Bates Numbered 1 through 167
14
    7. Website Page of Thomas More Law        111
15     Center
16
17
18
19
20
21
22
23
24
25
```

PAGE 4

```
00003
 1                    STIPULATION
 2          It is hereby stipulated by and between
 3  counsel for the respective parties that sealing,
 4  certification and filing are hereby waived; and
 5  all objections except as to the form of the
 6  question are reserved to the time of trial.
 7
 8          SHEILA HARKINS, called as a witness,
 9  having been duly sworn, testified as follows:
10                    EXAMINATION
11  BY MR. HARVEY:
12  Q.  Good morning, Ms. Harkins.  I'm Steve Harvey.
13      We met in court last week briefly.  I'm going to
14      be conducting your deposition today, and before
15      we begin, I'd just like to make sure that you
16      understand the procedure.  Is that okay?
17  A.  Yes.
18          MR. THOMPSON:  Before we do that, I'd like
19      to put a statement on the record, and that is
20      that the deposition is being taken today
21      pursuant to a court order authorizing these
22      depositions for discovery purposes for the
23      plaintiffs to determine whether they will file a
24      temporary restraining order.
25          It is my understanding in conversations
```

Sheila Harkins 1/3/05

SHEET 2   PAGE 5

00004

```
 1        with the court and opposing counsel that the
 2        judge wanted the depositions to be limited for
 3        the purposes of determining the origins and
 4        purpose of the policy and what will transpire in
 5        the classroom on January 13, 2005.  That is my
 6        understanding of the purpose of this deposition.
 7        It's limited to those things that I've
 8        mentioned.  Is that agreeable, Counsel?
 9              MR. HARVEY:  I neither agree with that nor
10        disagree with that.  You've made a statement,
11        and I'm not required to comment upon that.
12  BY MR. HARVEY:
13  Q.    Ms. Harkins, I'm going to ask you a series of
14        questions, and you're required to answer my
15        questions to the best of your knowledge and
16        ability subject to the oath that you've taken.
17        Do you understand?
18  A.    Yes.
19  Q.    It's necessary that you answer my questions
20        audibly so that the court reporter can
21        understand my words and your words and write
22        them down.  Do you understand that?
23  A.    Yes.
24  Q.    It's necessary that you wait for me to complete
25        my question before you begin your answer because
```

PAGE 6

00005

```
 1        she can't write it down if we're both speaking
 2        at the same time.  Do you understand?
 3  A.    Yes.
 4  Q.    Have you done anything to prepare yourself for
 5        today's deposition?
 6  A.    No.
 7  Q.    Did you meet with your counsel?
 8  A.    I got out of bed this morning.  That's what I
 9        did.
10  Q.    Did you meet with counsel?
11  A.    No.
12  Q.    Did you review any documents?
13  A.    This morning, no, nothing.
14  Q.    I don't mean just this morning, but to prepare
15        yourself for the deposition, did you meet with
16        counsel?
17  A.    Yes.
18  Q.    Who did you meet with?
19  A.    Mr. Thompson and another gentleman, Patrick
20        Gillen.
21  Q.    When did you meet with them?
22  A.    Last evening.
23  Q.    For how long?
24  A.    Guesstimate, two hours.
25  Q.    Did you review any documents?
```

PAGE 7

00006

```
 1  A.    Yes.
 2  Q.    What did you review?
 3  A.    I--
 4              MR. THOMPSON:  I'm going to object because
 5        you're getting into attorney-client privilege at
 6        this point and direct my client not to answer
 7        the question unless you're more specific.
 8  BY MR. HARVEY:
 9  Q.    Did you review any documents that helped you
10        remember things that you're going to testify
11        about today?
12  A.    No.
13              MR. THOMPSON:  Objection.  Are you talking
14        about the conference that the attorney had with
15        her, or are you talking some other time?
16              MR. HARVEY:  I'm talking about anytime.
17  A.    No.  Did I over the whole course of this last
18        seven months, eight months?  Is that what you're
19        talking?
20  BY MR. HARVEY:
21  Q.    No.  I asked you whether in preparation for this
22        deposition--
23  A.    No, no.
24  Q.    I'm sorry, it's necessary that you let me finish
25        my question before you begin your answer.
```

PAGE 8

00007

```
 1  A.    I'm sorry.
 2  Q.    That's okay.  It's a common thing.  I'll try to
 3        give you that courtesy, and we may make a
 4        mistake.
 5  A.    I'm sorry.
 6  Q.    I understand.  Was anyone present at that
 7        meeting other than Mr. Thompson and Mr. Gillen
 8        last night?
 9  A.    Yes.
10  Q.    Who?
11  A.    Mr. Bonsell, Mr. Buckingham, Dr. Nilsen, Mike
12        Baksa.
13  Q.    Have you talked with anyone about your
14        deposition today other than at the meeting that
15        you attended last night?
16  A.    No.
17  Q.    Do you have any documents in your possession,
18        and I don't mean necessarily your possession
19        today, but at your home or at your office that
20        relate to the subject matter of this lawsuit
21        such as the intelligent design or the board's
22        resolution, the theory of evolution?  Do you
23        have any documents in your possession that
24        relate to those subjects?
25  A.    Yes.
```

Sheila Harkins 1/3/05

SHEET 3   PAGE 9

00008
1   Q.   What documents do you have?
2   A.   Only those provided by the administration.
3   Q.   Where are those documents?
4   A.   Throughout a mess in my house.
5   Q.   Do you use a computer?
6   A.   Yes, I do.
7   Q.   Do you have documents on your computer such as
8        e-mails that relate to intelligent design or the
9        board's resolution or the theory of evolution?
10  A.   Yes.
11  Q.   Who are the e-mails from?
12  A.   Different people.
13  Q.   Can you tell me who they are?
14  A.   I don't even know all the people.  Is that what
15       you're asking?  I can't-- I could provide you a
16       copy.
17  Q.   Provide me a copy of what?
18  A.   Of the e-mails.
19  Q.   How many do you think there are?
20  A.   Oh, less than half a dozen, less than, probably
21       three maybe.
22  Q.   What do those e-mails concern?
23  A.   One was a complaint by a teacher in Dallastown
24       that sent a letter to the editor of the paper
25       saying he taught intelligent design and he

PAGE 10

00009
1
2        wanted it published about what he taught and the
3        paper wouldn't publish it.
4   Q.   What were the other ones?
5   A.   I'm not-- Just comments.
6   Q.   So in addition to these e-mails, you also have
7        paper documents in your office at home that
8        relate to the subject of intelligent design--
9   A.   Yes, yes.
10  Q.   You've got to let me finish.  --that relate to
11       intelligent design or the board's resolution or
12       the theory of evolution?
13  A.   Yes.
14            MR. THOMPSON:  Objection.  I don't think
15       she said office.  The question was in your
16       office.  I don't know if she does have an
17       office.
18  A.   Yeah, I do, but it isn't just-- I have papers
19       scattered, yeah.  It's not an organized-- Do I
20       have a file, no.  Is that what you're asking?
21  BY MR. HARVEY:
22  Q.   Did anybody ask you to look through those
23       documents and produce them for purposes of this
24       lawsuit?
25  A.   Yes.  Someone asked me if I had anything that
26       the administration would not have, and I said,

PAGE 11

00010
1
2        no, I do not.
3   Q.   Now, you're a member of the school -- the Dover
4        Area School District Board of Directors,
5        correct?
6   A.   Yes.
7   Q.   How long have you been a member of the board?
8   A.   Seven years.
9   Q.   You're the president right now?
10  A.   Yes.
11  Q.   How long have you been president?
12  A.   Since one month.
13  Q.   Were you ever president at any time in the past?
14  A.   No.
15  Q.   Have you ever been the head of any committees of
16       the board?
17  A.   Yes.
18  Q.   What committees?
19  A.   You'd have to check back.  I couldn't-- We take
20       turns, so.
21  Q.   I understand.  How about the curriculum
22       committee, have you ever been the head of that?
23  A.   I don't think so.
24  Q.   Have you ever been on the curriculum committee?
25  A.   Yes.
26  Q.   How many times?

PAGE 12

00011
1
2   A.   I don't know.
3   Q.   What is the curriculum committee?
4   A.   It's a chairperson and two other board members.
5   Q.   How are the people selected to be on it?
6   A.   Every year you are asked to put your name on the
7        list of what committees you would be willing to
8        serve on.
9   Q.   Who makes the selection?
10  A.   Whoever's the president.
11  Q.   You were on the curriculum committee last year?
12  A.   Yes.
13  Q.   Who selected you to be on that?
14  A.   Alan Bonsell.
15  Q.   Who was on it with you?
16  A.   I believe-- Let's see, it was Bill Buckingham
17       and I believe Casey Brown, I believe.
18  Q.   Are you not sure about that?
19  A.   Yes, I am not sure about that.
20  Q.   Can you tell me why you're not sure about that?
21  A.   Committees change all the time, and they even
22       sometimes change throughout the year.
23  Q.   Do you work outside of the home?
24  A.   No, I do not.
25  Q.   Have you ever worked outside the home?
26  A.   Yes.

Sheila Harkins 1/3/05

SHEET 4   PAGE 13

```
00012
 1  Q.  When is the most recent time you've worked
 2      outside the home?
 3  A.  1985.
 4  Q.  What did you do?
 5  A.  I worked--  I was a buyer with Voith Hydro.
 6  Q.  I'm sorry, I didn't hear that.
 7  A.  For Voith Hydro.
 8  Q.  What is Voith Hydro?
 9  A.  They build hydroelectric turbines.
10  Q.  Can you tell me what's the highest level of
11      education that you have -- formal education that
12      you pursued?
13  A.  Attended some college.
14  Q.  Where?
15  A.  York.
16  Q.  Did you have a course of study there?
17  A.  No, just took different courses.
18  Q.  I think the court reporter would appreciate it
19      if you would spell Voith Hydro.
20  A.  V-o-i-t-h.
21  Q.  When you said college, you meant York?
22  A.  Prior to that, it had been Allis Chalmers.
23  Q.  You said the college was York.  Is that York
24      community college?
25  A.  No.  It's just York College.
```

PAGE 14

```
00013
 1  Q.  Do you have any formal education in the area of
 2      science?
 3  A.  No.
 4  Q.  Do you have any informal education, any reading
 5      you've done, any courses that you've studied
 6      that you've followed yourself in science?
 7  A.  No formal, no.
 8  Q.  I said any informal.
 9  A.  I'm sorry, no, just reading here and there.  Is
10      that what you're saying?  I have read things
11      here and there, but I do not consider myself a
12      scientist, no.
13  Q.  Do you get any periodicals, scientific
14      periodicals?
15  A.  No.
16  Q.  Are you married?
17  A.  Yes.
18  Q.  Can you tell me your husband's name?
19  A.  William.
20  Q.  Do you have children?
21  A.  Yes.
22  Q.  Can you tell me their names and ages?
23  A.  One daughter, Tina.  I'm thinking how old she
24      is.  She'd be 36.
25  Q.  Any other children?
```

PAGE 15

```
00014
 1  A.  No.
 2  Q.  Did Tina attend Dover Area school?
 3  A.  Yes.
 4  Q.  Were you on the board at the time?
 5  A.  No.
 6  Q.  Why are you a member of the school board?
 7  A.  That's a good question.  No one else ran.
 8  Q.  Maybe my question wasn't clear, and I apologize.
 9      By the way, if at any point today you don't
10      understand one of my questions, would you please
11      let me know, and I'll rephrase the question?
12  A.  Sure.
13  Q.  If you don't hear one of my questions, please do
14      the same.
15  A.  Yeah.
16  Q.  I meant why did you want to become a board
17      member?
18  A.  I have always had an interest in education.
19  Q.  Do you have any education in education or any
20      background in education?
21  A.  No, just an interest.
22  Q.  Do you subscribe to any periodicals in the area
23      of education?
24  A.  No.
25  Q.  Do you attend church, a church?
```

PAGE 16

```
00015
 1          MR. THOMPSON:  Objection.  I think that's
 2      improper as far as the state of Pennsylvania is
 3      concerned and also the federal rules of
 4      evidence, Rule 610, getting into someone's
 5      religious beliefs.  Just answer that question,
 6      but I want the counsel to be aware of my concern
 7      in this area.
 8          MR. HARVEY:  Just so you know, I'm going to
 9      ask her a number of questions about her
10      religious beliefs this morning.
11          MR. THOMPSON:  I will object to them and
12      direct her not to answer.  Answer that question.
13  BY MR. HARVEY:
14  Q.  Do you attend a church?
15  A.  Church per se, no.
16  Q.  I don't understand when you say church per se.
17      What do you mean?
18  A.  I attend a meeting.
19  Q.  I see.  Are you a Quaker?
20  A.  I'm not a member.
21  Q.  Can you tell me what Quaker congregation you're
22      a member of?
23  A.  I'm not a member.
24  Q.  Do you attend a congregation from time to time?
25  A.  Yes.
```

**SHEET 5  PAGE 17**

```
00016
  1  Q.  Which one?
  2  A.  York.
  3  Q.  Can you give me the full name, York?
  4  A.  York meeting.
  5  Q.  Now, I'm going to ask you some questions now
  6      about your religious views as they relate to
  7      evolution and the theory of creation.  Are you
  8      familiar with the book of Genesis?
  9  A.  Yes.
 10  Q.  Have you ever read it?
 11  A.  Yes.
 12  Q.  Do you have a copy of the Bible at home?
 13  A.  Yes.
 14  Q.  Do you know what version of the Bible it is?
 15  A.  I have several.
 16  Q.  Which ones do you -- would you consult most
 17      regularly?
 18  A.  Excuse me?
 19  Q.  If you were going to look at-- Tell me what
 20      versions do you have?
 21  A.  Is it okay to answer?
 22          MR. THOMPSON:  It's a delicate area, but
 23      I'm letting him--
 24  A.  Okay, I would have say King James, Thompson's.
 25      What is the modern one called?  I probably have
```

**PAGE 18**

```
00017
  1      three or four different ones.
  2  BY MR. HARVEY:
  3  Q.  The book of Genesis describes creation of the
  4      Heaven and earth and of the light forms.  Isn't
  5      that correct?
  6  A.  Yes.
  7  Q.  Do you believe in that?
  8          MR. THOMPSON:  Objection, direct her not to
  9      answer the question.
 10  BY MR. HARVEY:
 11  Q.  Are you going to follow your counsel's
 12      instruction?
 13  A.  Yes, of course.
 14  Q.  My next question is, do you believe in a literal
 15      reading of the book of Genesis as it relates to
 16      creation?
 17          MR. THOMPSON:  Objection, direct her not to
 18      answer the question.  Pennsylvania law is clear,
 19      no witness shall be questioned in any judicial
 20      proceeding concerning his religious belief.
 21      Also a similar rule is in the federal rules of
 22      procedure.
 23          MR. HARVEY:  What federal rule of procedure
 24      is that, Counsel?
 25          MR. THOMPSON:  Six ten.
```

**PAGE 19**

```
00018
  1          MR. HARVEY:  Any other federal authority
  2      other than rules of--
  3          MR. THOMPSON:  In Mergens it says a
  4      person's religious belief is not relevant to the
  5      constitutionality of any policy.
  6          MR. HARVEY:  Mergens, I'm not familiar with
  7      Mergens.
  8          MR. THOMPSON:  That's Board of Education of
  9      Westside Community Schools versus Bridget
 10      Mergens, 496 US 226.
 11          MR. HARVEY:  Do you have a page on that?
 12          MR. THOMPSON:  Yes.  I'm quoting at
 13      Page 249, even if some legislators -- and this
 14      is a quote from the case -- even if some
 15      legislators were motivated by a conviction that
 16      religious speech in particular was valuable and
 17      worthy of protection, that alone would not
 18      invalidate the act because what is relevant is
 19      the legislative purpose of the statute, not the
 20      possibly religious motives of the legislatures
 21      who enacted the law.  Because the act on its
 22      face grants equal access to both secular and
 23      religious speech, we think it's clear that the
 24      act's purpose was not to endorse or disapprove
 25      of religion.
```

**PAGE 20**

```
00019
  1          MR. HARVEY:  So you're instructing the
  2      witness not to answer the question on the
  3      grounds of relevance?
  4          MR. THOMPSON:  On the grounds of relevance,
  5      on the grounds of the state statute of
  6      Pennsylvania, and the federal rules.
  7          MR. HARVEY:  Do you realize that's highly
  8      improper and under the federal rules in
  9      particular in this district as under Judge
 10      Gawthrop's opinion in Hall versus Clifton
 11      Precision to instruct a witness not to answer a
 12      question on any other grounds other than
 13      privilege or to protect--
 14          MR. THOMPSON:  That's what I said, it's on
 15      privilege.  It is a privilege.  We're not going
 16      to turn this into an inquisition about what
 17      someone's religious beliefs are.
 18          MR. HARVEY:  Well, we may have to consult
 19      the court on that, but I'll go on right now.
 20          MR. THOMPSON:  Absolutely.
 21  BY MR. HARVEY:
 22  Q.  Are you familiar with the theory of evolution?
 23  A.  Yes.
 24  Q.  What is the theory of evolution?
 25  A.  The theory of evolution that all things evolve
```

Sheila Harkins 1/3/05

SHEET 6  PAGE 21

**PAGE 21**

00020

1 is my simple explanation.

2 Q. Are you referring now to the biological theory of evolution?

3 A. I am not a scientist. I cannot give definitions of terms.

6 Q. Can you tell me what your understanding of what the biological theory of evolution is?

8 A. Would be that all things evolve, all living things.

10 Q. Evolve from a common ancestor?

11 A. Evolve.

12 Q. Do you have an understanding about whether the biological theory of evolution holds as a proposition that all living life forms are derived from a common ancestor?

MR. THOMPSON: That's been asked and answered. She's not a scientist. She's indicated that her own theory is things evolve and she hasn't gotten any further than that. She's indicated she doesn't know what the biological theory of evolution is.

MR. HARVEY: Counsel, you are out of line here. We are conducting a deposition in accordance with the federal rules of civil procedure, and the rules are very clear that all

**PAGE 22**

00021

objections are to be concise in a nonargumentative manner and that speaking objections are entirely improper. You're disrupting the deposition. We only have a certain amount of time today. I request that you please do not make speaking objections. Your objections should be objection to the form of the question. If I want to know the basis for your objection, I will ask you.

MR. THOMPSON: First of all, I'm not going to take a lecture from you, okay. She answered the question twice, and you keep on asking her what is her understanding of the theory of biological evolution. She says she doesn't know. She says she's not a scientist.

MR. HARVEY: I am not talking about the witness's answer right now. I'm talking about your conduct at this deposition. You are not to interrupt the deposition with your argumentative, speaking objections. Objection should be as to the form of the question, and if you feel that you need to instruct the witness not to answer, you may do so. And we can bring those issues up with the court. But it's not proper to interject with speaking objections

**PAGE 23**

00022

1 throughout the day and objection-- I'd like to proceed on that basis.

MR. HARVEY: Can you read back the last question and answer.

(The court reporter read the previous question.)

BY MR. HARVEY:

7 Q. Can you please answer that question?

8 A. I don't know.

9 Q. Does the theory of evolution in your mind conflict with your religious views?

11 A. No, it does not.

12 Q. Have you ever had any conversations with anybody on the school board about whether the theory of evolution conflicts with your personal religious views?

16 A. No, I have not.

17 Q. The school board members on October 18th were in addition to you Mr. Buckingham, Ms. Geesey, Mr. Wenrich, Mr. Bonsell, both Mr. and Mrs. Brown, Ms. Yingling, and Ms. Cleaver. Am I correct?

22 A. I don't know. I believe you.

23 Q. I believe that's the case. You don't understand me to be wrong about that?

**PAGE 24**

00023

1 A. I don't understand you to be wrong. I don't know that, but I believe you.

3 Q. Have you ever had any conversations with any of those people about whether the theory of evolution conflicts with their personal religious views?

7 A. No, I have not.

8 Q. Have any of those people ever shared with you their personal views on their religious views as it relates to the theory of evolution?

11 A. No.

(Plaintiff's Deposition Exhibit #4 marked for identification)

BY MR. HARVEY:

15 Q. Ms. Harkins, I've just handed you what's been marked as Plaintiff's Exhibit 4. There's no need for you to look at it right now. It's a long exhibit.

19 A. Do you want me to read this?

20 Q. No, no. Just bear with me for just a second. I'm not asking you to read this right now. I may ask you to refer to portions of this throughout my questioning. And I'll tell you right now it's a compendium of articles from the York Daily Record and The York Dispatch over the

Sheila Harkins 1/3/05

00024

```
 1        past year.  I don't know if it's every article
 2        that relates to the subject that led up to this
 3        lawsuit, but it's certainly a number of them.
 4        You are aware that the board's deliberations
 5        over the last year about the biology curriculum
 6        have generated a certain amount of press?
 7    A.  Yes.
 8    Q.  Do you read a newspaper on a daily basis?
 9    A.  Yes.
10    Q.  Which one do you read?
11    A.  York Daily Record.
12    Q.  Do you ever read The York Dispatch?
13    A.  Rarely.
14    Q.  Why do you read the York Daily Record as opposed
15        to The York Dispatch?
16    A.  That's the one that comes to my door.
17    Q.  Is the Daily Record the morning paper?
18    A.  Yes.
19    Q.  Are you aware that the York Daily Record has
20        followed the board's actions over the past year
21        on the subject of the biology curriculum and had
22        quite a number of articles on that?
23    A.  Followed or made it up?
24    Q.  There's been reporting on it.
25    A.  Yes.
```

PAGE 26

00025

```
 1    Q.  Have you ever contacted anyone at the paper to
 2        tell them that the reporting is incorrect?
 3    A.  I have yelled at Joe Maldonaldo occasionally.
 4    Q.  Tell me on how many occasions have you done
 5        that?
 6    A.  I couldn't count.
 7    Q.  More than five?
 8    A.  Probably.
 9    Q.  Do you remember the things that you yelled at
10        him about?
11    A.  I couldn't even-- Many different topics.
12    Q.  Why did you yell at him?
13    A.  Because he's a lousy reporter.
14    Q.  Why is he a lousy reporter?
15    A.  He never reports what's said, rarely I should
16        say.
17    Q.  Did you yell at him for the press coverage that
18        relates to the subject of the board's
19        deliberations about the biology curriculum?
20    A.  Yes.  But by that point I was getting tired of
21        him, and so I was telling him just stay away
22        from me.
23    Q.  Are you aware of anything in particular that was
24        reported over the past year by the York Daily
25        Record that you believe was incorrect?
```

PAGE 27

00026

```
 1    A.  I can't even think of all things.
 2    Q.  Can you think of any of the things?
 3    A.  Well, when we were discussing deliberating the
 4        under God in the Pledge, his reporting was
 5        askew.
 6    Q.  Anything else that you can remember that you
 7        read in the York Daily Record that you believe
 8        was incorrect?
 9    A.  There were some things about Angie Yingling that
10        were incorrect.
11    Q.  What things about Angie Yingling?
12    A.  I don't remember the specifics, but I remember
13        they were about Angie and they were totally
14        false that he reported.
15    Q.  Anything else other than what you've just told
16        me about under God in the Pledge and things that
17        were reported by Angie Yingling that you believe
18        were reported incorrectly?
19    A.  Not topics, no.
20    Q.  Now, I'd like to go and ask you a question
21        starting about some events that began in June of
22        this past year.  Do you remember there was a
23        board meeting on June the 7th?
24    A.  I believe you.  Do I remember the board
25        specifically, no.
```

PAGE 28

00027

```
 1    Q.  The York Dispatch -- and I know that's not the
 2        one you read, but I'm going to refer to it --
 3        reported that a biology textbook for the Dover
 4        Area School District was put on hold because it
 5        didn't affect creationism.  That was reported.
 6    A.  No, that's not true.
 7            MR. THOMPSON:  Could you refer to the--
 8        Are you looking at a particular article?
 9            MR. HARVEY:  I am.  But I'm not going--
10        I'm off that question for now.  If you're
11        interested, it's The York Dispatch of June 8th.
12    A.  I'm telling you that's not true.
13    BY MR. HARVEY:
14    Q.  Well, tell me what did happen.
15    A.  No discussion had ever been made on the biology
16        book as far as I was concerned about curriculum.
17    Q.  Well, can you tell me the issues that led up to
18        the board's resolution of October the 18th
19        regarding intelligent design-- Do you know what
20        I'm talking about?
21    A.  Yes.
22    Q.  --began with consideration of a new biology
23        textbook?
24    A.  No, I don't think that's true at all.
25    Q.  How did it begin?
```

Sheila Harkins 1/3/05

SHEET 8   PAGE 29

00028

1   A.   I believe those were two separate issues.
2   Q.   Well, let's talk about the biology textbook for
3        just a second.  Do you remember consideration
4        about buying a new biology textbook for the
5        school this past year?
6   A.   Yes.
7   Q.   When did that discussion about that first begin?
8   A.   Two years ago.
9   Q.   When?  What happened two years ago?
10  A.   A parent came in and complained that their
11       student didn't have a biology textbook.
12  Q.   Then what happened?
13  A.   We looked into it, and the teacher said, yes,
14       they do.  And then last year Barrie Callahan
15       came before the board and complained that her
16       child did not have a biology textbook, and we
17       said that we were told that they did.  And
18       looking into it, we found out the textbooks that
19       we had bought the biology department they were
20       not using.  And when we asked why, they said the
21       books that we bought them they had initially
22       asked-- Or they had only reviewed one chapter
23       of the books.  And when they got the books in,
24       they didn't like the books that they asked for,
25       did not want to come back to the board and tell

PAGE 30

00029

1        us that they picked books that they couldn't
2        use, so they opted just to put the books in the
3        cupboard.
4   Q.   And then what happened?
5   A.   And they ended up using just supplemental
6        material they told us.  So we said, you've got
7        to have a book, parents are complaining, we
8        don't have books.  Also we have a cycle, and it
9        was coming up on the cycle of buying them.  So
10       we told them pick a book.
11  Q.   Who did you tell this to?
12  A.   The biology department.  The administration
13       relayed the information to them.
14  Q.   Then what happened?
15  A.   They picked a book.
16  Q.   What was the book?
17  A.   The same one they got here, only the previous
18       edition.
19  Q.   When was this?
20  A.   I believe June.
21  Q.   Then what happened?
22  A.   We ordered the book.  The 2002 was on its way,
23       and it was sent back, and the 2004 was gotten.
24  Q.   Who ordered the book?
25  A.   I believe Mike Baksa.  I don't know who orders

PAGE 31

00030

1        the books.
2   Q.   Did the school district board of directors
3        discuss the approval of a new book?
4   A.   Yes.
5   Q.   When did that happen?
6   A.   I don't know.
7   Q.   Why don't you know?
8   A.   Because I don't know.
9   Q.   When does the school district board of directors
10       meet, how often?
11  A.   Generally the first and second Tuesday of the
12       month -- or Monday of the month, excuse me,
13       Monday of the month.
14  Q.   Does it meet during the summer months?
15  A.   Sometimes maybe once, sometimes not, maybe once
16       a month maybe.
17  Q.   Do you remember any board meetings before June
18       -- before the summer at which the biology
19       textbook was discussed?
20  A.   Board meetings?
21  Q.   Yes.
22  A.   No, I'm sorry, I don't remember.
23  Q.   I'd like to ask you now to turn to this document
24       that you have in front of you.  It's in
25       chronological order.  And if you will turn to

PAGE 32

00031

1        there's a York Dispatch article on June the 9th.
2   A.   This all says 12/31/04.
3   Q.   Well, that's the date that I printed it out.
4   A.   Well, what--
5   Q.   I'll tell you what, I'll help you out here.
6        I'll represent to you I took these articles
7        right off the computer right off their website,
8        so.
9   A.   Okay.
10  Q.   If you'll look in this article, the second
11       paragraph says--
12  A.   Wait a minute.  I'm just trying to find your
13       date.  June 9th?
14  Q.   Yes.
15  A.   Okay.
16  Q.   York Dispatch, do you see that?
17  A.   Okay.
18  Q.   The second paragraph says that William
19       Buckingham, a board member and head of the
20       curriculum committee, said this week he was
21       disturbed by a proposed high school biology
22       textbook, the 2002 edition of Prentice Hall
23       Biology because it was laced with Darwinism.
24  A.   Okay.
25  Q.   Did you ever hear Mr. Buckingham say that?

Sheila Harkins 1/3/05

SHEET 9   PAGE 33
00032

1    A.   I'm not sure.
2    Q.   Do you mean you don't remember?
3    A.   I believe he may have said that, okay.
4    Q.   If you look down for the three paragraphs after
5         that, it says, a recommendation on the book will
6         come from the curriculum committee which also
7         includes board members Sheila Harkins and Casey
8         Brown.  Buckingham said the committee would look
9         for a book that presented both creationism and
10        evolution.  Did I read that correctly?
11   A.   Yes.
12   Q.   Do you ever remember him saying that?
13   A.   No.
14   Q.   Do you remember him saying anything like that?
15   A.   No.  But I can't dispute it.  We never looked
16        for a book that included both creationism and
17        evolution, never.
18   Q.   The question is, did he ever say that to you,
19        that he was looking for a book that included
20        both?
21   A.   Not to my recollection.
22   Q.   Did Mr. Buckingham to your knowledge ever say
23        that the separation of church and state is a
24        myth or words to that effect?
25   A.   I don't know, but I can't dispute it.  Is that

PAGE 34
00033

1         what you're asking me?
2    Q.   I'm asking you if you have ever heard him say
3         that or words to that effect?
4    A.   I'm not sure.
5    Q.   You mean you don't remember?
6    A.   Yes.
7    Q.   Is it possible that he might have said things
8         like that and you just don't--
9    A.   It's possible.
10   Q.   This article is reporting on a meeting of the
11        school board on June the 8th of 2004.  Would you
12        please take a moment to look at this article,
13        just read it.
14             MR. THOMPSON:  You're referring to the
15        June 9th, 2004?
16             MR. HARVEY:  Yes, I am, and actually to the
17        article that immediately follows it which is
18        from the York Daily Record.
19   A.   Who's Boston?  It says Boston said.
20   BY MR. HARVEY:
21   Q.   I'm sorry, just-- I can't-- I don't know
22        anything except what's written in that article,
23        so if you would just read that, and then I can
24        ask you a couple questions.
25   A.   Okay.

PAGE 35
00034

1    Q.   Now, having read those articles, do you remember
2         a board meeting on or about June the 8th?
3    A.   Yes.
4    Q.   Do you remember the discussions that occurred at
5         that meeting about the biology textbook?
6    A.   Yes, I remember what I said here, and that was
7         pretty much true.  I didn't say hardly used.  I
8         said it was new, I think.
9    Q.   Where are you referring then?
10   A.   Down here where it says that she didn't think
11        the high school needed a new textbook.  I did, I
12        said I don't think they need a new one.  The new
13        one--  We have 220 new books there.
14   Q.   Do you remember what the other board members
15        said on the subject of the new biology textbook?
16   A.   There was a long discussion, a very long
17        discussion.
18   Q.   Do you remember what anyone said?
19   A.   Not specifically.
20   Q.   Do you remember anybody talking about
21        creationism?
22   A.   No.
23   Q.   Do you remember anybody talking about--  Do you
24        remember Mr. Buckingham saying that--  And I'm
25        referring now to the York Daily Record article

PAGE 36
00035

1         of June the 9th in the third paragraph.
2    A.   Wait a minute, maybe I didn't read it all.  I
3         only read York Dispatch.
4    Q.   Please read the next article as well.
5    A.   I'm sorry, I thought you said York Dispatch
6         article.
7    Q.   I apologize.  I think I did say that, but please
8         read the Dispatch article.  Have you had a
9         chance to read that?
10   A.   Yes.
11   Q.   Now, you've read the June 9th article from The
12        York Dispatch and the June 9th article from the
13        Daily Record, correct?
14   A.   Correct.
15   Q.   Does reading those articles help you remember
16        the things that were said by any of the board
17        members about the biology textbook or--
18   A.   I question even if Joe Maldonaldo was even
19        there.
20   Q.   Ma'am, let me finish my question.  Then you can
21        answer.  My question to you is, does this help
22        you remember anything that was said at the board
23        meeting that was held on or about June the 8th?
24   A.   I can't say that it does, no.
25   Q.   Do you remember that, and I'm referring now to

Sheila Harkins 1/3/05

SHEET 10    PAGE 37
00036

```
 1
 2   1        the York Daily Record article of June 9th in the
 3   2        third paragraph, do you remember Mr. Buckingham
 4   3        saying the book Biology had been under
 5   4        consideration but was declined because of its
 6   5        one-sided reference to evolution?
 7   6   A.   I don't believe he said that.
 8   7   Q.   You have no recollection of that?
 9   8   A.   I don't believe he said it.
10   9   Q.   Why don't you believe he said that?
11  10   A.   Because I don't believe anything Joe Maldonaldo
12  11        writes.
13  12   Q.   The next paragraph says, again quoting
14  13        Mr. Buckingham, it's inexcusable to teach from a
15  14        book that says man descended from apes and
16  15        monkeys. We want a book that gives balanced
17  16        education. Do you remember him saying that?
18  17   A.   I don't believe he said it.
19  18   Q.   You have no recollection of him saying that?
20  19   A.   No.
21  20   Q.   I'm sorry, then what is your answer?
22  21   A.   I don't believe he said it.
23  22   Q.   I'm asking you if you remember Mr. Buckingham
24  23        saying that.
25  24   A.   No.
26  25   Q.   You don't remember that?
```

PAGE 38
00037

```
 1
 2   1   A.   I don't remember that.
 3   2            MR. THOMPSON: Objection. I think that's a
 4   3        mischaracterization. She said, I don't believe
 5   4        he said it. It's different than I don't
 6   5        remember.
 7   6            MR. HARVEY: That's why I was trying to get
 8   7        clarification on that.
 9   8   A.   I don't believe he said that.
10   9   BY MR. HARVEY:
11  10   Q.   I understand that. And you don't believe that
12  11        because you said already you don't believe what
13  12        Mr. Maldonaldo writes, correct?
14  13   A.   Correct.
15  14   Q.   But I'm asking you if you have any recollection
16  15        of him saying that or anything like that?
17  16   A.   No, I have no recollection of him saying
18  17        anything like that.
19  18   Q.   The next paragraph says, Buckingham and other
20  19        board members are looking for a book that
21  20        teaches creationism and evolution. Do you see
22  21        that?
23  22   A.   Yes.
24  23   Q.   Do you remember anybody at the board meeting
25  24        saying anything like that?
26  25   A.   No. And I believe that not to be true.
```

PAGE 39
00038

```
 1
 2   1   Q.   Why do you believe that not to be true?
 3   2   A.   Because I was a part of the curriculum
 4   3        committee, and I've never had anyone ever talk
 5   4        about looking for a book of creationism and
 6   5        evolution.
 7   6   Q.   What is creationism?
 8   7   A.   I think it has many meanings to many different
 9   8        people.
10   9   Q.   Do you have an understanding of it for yourself?
11  10   A.   No.
12  11   Q.   If you go down to the paragraph that's at the
13  12        bottom of the page, it says, Board President
14  13        Alan Bonsell disagreed saying there were only
15  14        two theories, creationism and evolution, that
16  15        could possibly be taught. He said as long as
17  16        both were taught as theories there would be no
18  17        problems for the district. Do you see those
19  18        words?
20  19   A.   Yes.
21  20   Q.   Do you remember anyone at the board meeting on
22  21        or about June 8th saying anything like that?
23  22   A.   No, I have no recollection.
24  23   Q.   Do you remember anyone saying anything like that
25  24        at any time?
26  25   A.   No.
```

PAGE 40
00039

```
 1
 2   1   Q.   If you go down a little bit further to the
 3   2        second to the last paragraph it says, after the
 4   3        meeting, Buckingham said all he wants is a book
 5   4        that offers balance between what he said are
 6   5        Christian views of creationism and evolution.
 7   6        Do you see that?
 8   7   A.   Yes.
 9   8   Q.   Do you recall Mr. Buckingham or anyone at the
10   9        board saying anything like that?
11  10   A.   No.
12  11   Q.   If you go to the last paragraph, it says,
13  12        quotes, he said there needn't be consideration
14  13        of the beliefs of Hindus, Buddhists, Muslims or
15  14        other faiths and views, direct quote, this
16  15        country wasn't founded on Muslim beliefs or
17  16        evolution, close quotes, he said. Open quotes,
18  17        this country was founded on Christianity, and
19  18        our students should be taught as such, close
20  19        quotes. Did I read that correctly?
21  20   A.   You read that correctly.
22  21   Q.   Do you remember Mr. Buckingham or anyone saying
23  22        anything like that at any time?
24  23   A.   Yes.
25  24   Q.   When was that?
26  25   A.   He said it the first week of November a year
```

Sheila Harkins 1/3/05

SHEET 11   PAGE 41

00040

```
 1
 2   1           ago, the only time he ever said that.
 3   2   Q.      What was that in the context of?
 4   3   A.      The under God in the Pledge of Allegiance.
 5   4   Q.      What was the-- Did the board consider the
 6   5           Pledge of Allegiance and under God?
 7   6   A.      Yes.
 8   7   Q.      When was that?
 9   8   A.      The first Monday of November a year ago.  It was
10   9           the day before election when Bill Buckingham was
11  10           up for election.
12  11   Q.      Did the board discuss the Pledge of Allegiance?
13  12   A.      Yes.
14  13   Q.      What was the discussion about?
15  14   A.      Issuing a referendum supporting the under God.
16  15   Q.      Mr. Buckingham was a member of the board at that
17  16           time?
18  17   A.      That is correct.
19  18   Q.      He was up for reelection?
20  19   A.      That is correct.
21  20   Q.      What did he say that you recall?
22  21   A.      He made this statement.
23  22   Q.      When you say made this statement, the one
24  23           that's--
25  24   A.      He made several statements.
26  25   Q.      Can you tell me generally what those statements
```

PAGE 42

00041

```
 1
 2   1           were, not exact quotes obviously?
 3   2   A.      Yes, because he and I were the ones that had the
 4   3           disagreement including Jeff Brown and Casey
 5   4           Brown.
 6   5   Q.      What was the disagreement?
 7   6   A.      Under God on the Pledge.
 8   7   Q.      Some people wanted it.  I don't understand.
 9   8           What was the--
10   9   A.      Supporting under God in the Pledge.
11  10   Q.      And some people were for that, and some people
12  11           were against it?
13  12   A.      That's correct.
14  13   Q.      Who was for it?
15  14   A.      Everybody but Jeff, Casey, I think and myself.
16  15   Q.      Mr. Buckingham was for this referendum
17  16           supporting under God in the Pledge of
18  17           Allegiance?
19  18   A.      That's correct.
20  19   Q.      What did he say in that context that was similar
21  20           to the statement that we looked at that I just
22  21           read a few minutes ago?
23  22   A.      He said to me because I let him know I did not
24  23           support it--  I didn't feel it was in the
25  24           purview of the board to be addressing the issue.
26  25           That is when he made his 2,000 years ago
```

PAGE 43

00042

```
 1
 2   1           somebody died for you on the cross statement to
 3   2           me.  And I'm only--  My recollection of the
 4   3           conversation, Jeff said, Brown, said are you
 5   4           trying to say under God in the Pledge means a
 6   5           Christian God and then to which this comment
 7   6           Bill Buckingham made.
 8   7   Q.      When you say this comment, you mean the comment
 9   8           I read about Hindus, Buddhists, and Muslims?
10   9   A.      That's correct.
11  10   Q.      Mr. Buckingham also said something about was it
12  11           2,000 years ago a man died on a cross, can't
13  12           someone take a stand for him?
14  13   A.      Yes, that's correct.  He said it to me.
15  14   Q.      Was that in an open public board meeting?
16  15   A.      Yes, it was.
17  16   Q.      And the statement about the Hindus, Buddhists,
18  17           and Muslims, was that in an open public board
19  18           meeting?
20  19   A.      Yes, it was.
21  20   Q.      Did anyone else at the board comment on those
22  21           statements?
23  22   A.      Casey.  Casey, also.  I don't remember exactly
24  23           what Casey--  But Casey was.
25  24           MR. THOMPSON:  Would you give the full
26  25           name.
```

PAGE 44

00043

```
 1
 2   1   A.      I'm sorry, Casey Brown was in on the
 3   2           disagreement.
 4   3   BY MR. HARVEY:
 5   4   Q.      What was her view?
 6   5   A.      Her view was she could not support personally
 7   6           the resolution.  She ended up the following week
 8   7           voting for it but bawling her eyes out.
 9   8   Q.      Did any of the other board members speak up on
10   9           the subject?
11  10   A.      They were not in on the disagreement.
12  11   Q.      Did they speak on the subject of the
13  12           disagreement?
14  13   A.      I don't recall.  I don't recall.
15  14   Q.      Did they speak in favor of having the words of
16  15           the--
17  16   A.      Noel Wenrich made some comments, but I don't
18  17           recall what his comments were because I believe
19  18           Noel Wenrich was the one that proposed the
20  19           motion for the resolution.
21  20   Q.      Now, the statement that we just read a couple
22  21           minutes from the York Daily Record on June 9
23  22           said that this was said on or about the June
24  23           8th.
25  24   A.      It wasn't said then.
26  25   Q.      How do you know that?
```

Sheila Harkins 1/3/05

SHEET 12   PAGE 45

00044

1  A.  He only said it once.  Once was too much.
2  Q.  In other words, you didn't hear him say -- make
3      this statement at the board meeting on or about
4      June 8th.  Is that correct?
5  A.  That is correct.
6  Q.  You did hear him say that in or around November
7      of 2003, correct?
8  A.  You better believe it.
9  Q.  To the best of your knowledge, he didn't make
10      this statement again on June 8th?
11  A.  That's correct.  I believe Joe Maldonaldo dug
12      into his notes for it over the past.
13  Q.  Now, if you just turn the page to the next
14      article, and you don't need to read the entire
15      article because I'm not going to ask you
16      questions about the entire article.  I'm just
17      going to ask you about the fourth, fifth, and
18      sixth paragraph on the first page.  I'm
19      referring to the York Daily Record article of
20      June the 10th.
21  A.  This makes no sense because I don't know who
22      Bowman is.
23  Q.  As I said, I'm just going to ask you questions
24      about the--  The third paragraph says, during
25      this past Monday night's board meeting, board

PAGE 46

00045

1      members Alan Bonsell, Noel Wenrich, and
2      Buckingham spoke aggressively in favor of having
3      a biology book that includes theory of creation
4      as part of the text.  Next paragraph, all I'm
5      asking for is balance Buckingham said.
6          Next paragraph, asked if he thought this
7      might violate the separation of church and
8      state, Buckingham called the law, quotes, a
9      myth, close quotes.  Did I read that correctly?
10  A.  Yes, you read that correctly.
11  Q.  Now, do you remember, and I know I've asked you
12      about this already, but any discussion at this
13      board meeting or any board meeting where
14      Mr. Bonsell, Mr. Wenrich, and Mr. Buckingham
15      spoke aggressively or otherwise in favor of
16      having a biology book that includes theories of
17      creation as part of the text?
18  A.  I have no recollection of that.
19  Q.  Do you remember Mr. Buckingham ever saying all
20      I'm asking for is balance?
21  A.  No, I do not recollect that.
22  Q.  I already asked you and you already told me that
23      you do not believe that he said -- you don't
24      recall him ever saying that the separation of
25      church and state was a myth, correct?

PAGE 47

00046

1  A.  No, I have no recollection of that.
2  Q.  Well, let me just see if I just--  Do you
3      remember any board meeting in June at which the
4      biology textbook was discussed?
5  A.  Yes, it was discussed, yes.
6  Q.  You told me before what you remember about your
7      own views, that they already had a textbook and
8      they didn't need a new one, correct?
9  A.  Correct.
10  Q.  Do you remember any other discussion about the
11      biology textbook other than what your own views
12      were?
13  A.  There could have been other comments made, and I
14      believe there were, but I don't recollect what
15      they were.
16  Q.  At all?
17  A.  I was only concerned with my issue.
18  Q.  I understand, but do you have any recollection
19      at all about what the other comments were about
20      the biology textbook in June of 2004?
21  A.  I'm not sure.
22  Q.  Just to be clear, you have no real memory
23      whatsoever about what other people thought or
24      said on the board about the biology textbook?
25  A.  I was focused on my own issue.

PAGE 48

00047

1  Q.  I completely understand that.  I just want to
2      make sure that we're not missing anything here.
3      You have no memory whatsoever of what anybody
4      else said?
5  A.  I can't--  I'm not sure what anyone else said.
6  Q.  Do you have even any vague recollection of what
7      anybody else said?
8  A.  No, I'm not--  I have no vague recollection.
9      I'm sorry.
10  Q.  Now, if you'll turn to the next page of the
11      exhibit, it's a York Dispatch article from June
12      the 11th.
13  A.  Which page?
14  Q.  Actually you don't read The York Dispatch, so
15      I'm going to go on to the page after that.  I'm
16      sorry, it's the York Daily Record article from
17      June the 14th of 2004.
18  A.  This one?
19  Q.  Yes, that's the article right there.  And it
20      says in--  The first sentence says, last time
21      Dover school board member William Buckingham
22      said a new biology book for the district should
23      offer a balance between creationism and Darwin's
24      theory of evolution.  Do you see that?
25  A.  Yes.

Sheila Harkins 1/3/05

SHEET 13   PAGE 49

00048

1  Q.  Do you remember reading that at the time?
2  A.  No.
3  Q.  Do you remember reading any of these articles at
4      the time?
5  A.  No, to be honest, I don't.
6  Q.  Do you read the paper the York Daily Record on a
7      daily basis?
8  A.  No.  I get it on a daily basis.  I don't
9      necessarily read it on a daily basis.
10  Q.  What about the articles about the school board,
11      do you read them?
12  A.  No, particularly not Joe Maldonaldo's.
13  Q.  Now, I'd like you to go forward just a few
14      articles, and there is a York Daily Record
15      article of June the 15th of 2004.
16  A.  June 15th, okay.
17  Q.  Do you see that it says, book is focus of more
18      debate, that's the headline?
19  A.  Um-hum.
20  Q.  Please take a moment to read that article.  I'd
21      like to ask you just a few questions about it.
22  A.  I'm reading the one by Heidi Bernhard, is that
23      what one you're telling me?
24  Q.  No.  It's York Daily Record of June the 15th.
25      MR. THOMPSON:  Joseph Maldonaldo.

PAGE 50

00049

1  A.  I'm sorry.  Okay.
2      BY MR. HARVEY:
3  Q.  Do you remember reading this article at or about
4      the time it was published by the paper?
5  A.  No.
6  Q.  Do you think that you did read this article at
7      that time?
8  A.  Probably not.
9  Q.  This says that at the board meeting which was on
10      the Monday before this which I think was June
11      the 14th William Buckingham, quotes, apologized
12      to anyone he may have offended with the comments
13      he made at last week's board meetings during
14      discussions over a new biology book for the high
15      school.
16  A.  Okay.
17  Q.  Do you remember him making such an apology?
18  A.  No.
19  Q.  Then in the fifth paragraph it said that
20      Buckingham said, quotes, while he was growing
21      up, his generation prayed and read from the
22      Bible during school.  Then he said, liberals in,
23      quotes, black robes, close quotes, were taking
24      away the rights of Christians, close quotes.  Do
25      you see that?

PAGE 51

00050

1  A.  Correct.
2  Q.  Do you remember him saying anything like that?
3  A.  No, have no recollection.
4  Q.  And then it has the quote there, 2,000 years ago
5      someone died on a cross, he said, can't someone
6      take a stand for him.
7  A.  He never said that.
8  Q.  He didn't said that at a board meeting?
9  A.  He only said that the year before.  He never
10      said that again.
11  Q.  If you look down -- two paragraphs down it says,
12      but in reference to its teaching of Darwinism,
13      he said, I challenge you, the audience, to trace
14      your roots from the monkey you came from.  Do
15      you see that?
16  A.  Yes.
17  Q.  Did he say that?
18  A.  I don't know.
19  Q.  Do you have any recollection of that or anything
20      like that?
21  A.  I believe he may have said something like that.
22  Q.  Then if you go to the next page-- Ms. Harkins.
23  A.  I'm sorry, I was still reading what Casey is
24      supposed to have said.
25  Q.  But if you go to the next page in the fourth

PAGE 52

00051

1      paragraph down it says, quotes, also during
2      public comments, Buckingham's wife, Charlotte
3      Buckingham, argued that evolution teaches
4      nothing but lies.  After quoting several verses
5      from the book of Genesis in the Bible, she asked
6      how can we allow anything else to be taught in
7      our schools, close quote.
8  A.  Charlotte only quoted verses from the Bible the
9      year before, November before.  She never
10      quoted-- She never did that again.  This didn't
11      happen.
12  Q.  Just one question I forgot to ask you, are you
13      taking any medication today for your cold?
14  A.  Just Advil.
15  Q.  You're not taking anything that would prevent
16      you from remembering events correctly or
17      testifying fully and completely today, are you?
18  A.  No.
19      MR. THOMPSON:  Counsel, could we take a
20      break.  I think she's been here for about an
21      hour.  I'm not sure.
22  A.  Can I take something?
23      MR. HARVEY:  I would like to take a break
24      at 11:00 unless the witness has to use the
25      ladies room or something.

Sheila Harkins 1/3/05

SHEET 14   PAGE 53

00052

```
 1  A.  No.  I'm all right.
 2  BY MR. HARVEY:
 3  Q.  So you don't recall Mr. Buckingham's wife saying
 4      anything, reading any verses from the Bible in
 5      June of this past year?
 6  A.  I'd say she did not.  She only ever did it once.
 7  Q.  Then further down there's a paragraph that
 8      reads--
 9  A.  We told her it was inappropriate.
10  Q.  Further on down there's a paragraph that reads,
11      during the meeting, Buckingham told those in
12      attendance that he'd been asked to tone down his
13      Christian remarks.  But I must be who I am, and
14      not politically correct, he said.  Do you see
15      those words?
16  A.  No, I'm sorry, I don't know where you're at.
17  Q.  I'll point.
18  A.  Okay, here I found you.  All right.
19  Q.  Do you remember him saying anything like that?
20  A.  No, but he may have.
21  Q.  You said that someone told Ms. Buckingham to
22      tone it down I think were your words.
23  A.  No.  That was your words.
24  Q.  You said, I believe, just a few minutes ago that
25      someone spoke to Ms. Buckingham.
```

PAGE 54

00053

```
 1  A.  Oh, Charlotte.
 2  Q.  Yes.
 3  A.  As I understood.  I was told that.
 4  Q.  Who told you that?
 5  A.  I don't recall, but somebody mentioned to me.
 6      Charlotte was told that it was inappropriate.
 7      And I believe it was at the meeting the November
 8      before.  When she was reading from the Bible,
 9      she was stopped, and she was told it was
10      inappropriate.  But I don't remember-- I guess
11      it would have been Noel Wenrich who was board
12      president probably told her -- stopped her in
13      the middle of her reading the Bible saying this
14      is not the time or the place to be reading the
15      Bible.
16  Q.  And that was back again back in November 2002?
17  A.  That's correct.
18  Q.  Now, we just read--
19  A.  It was inappropriate.
20  Q.  You just read for me the York Daily Record
21      article of June the 15th.  And that reports on a
22      second board meeting in June of 2004.  And my
23      question is, does reading this article help you
24      remember anything else that was said at board
25      meetings in June of 2004 about the biology
```

PAGE 55

00054

```
 1      textbook or intelligent design or creationism or
 2      evolution?
 3  A.  No, I'm sorry.
 4  Q.  Does it help you remember anybody's statements
 5      at those meetings other than your own statement
 6      which you told us about before?
 7  A.  No.
 8  Q.  So after reading this, you still have no
 9      recollection of anyone's statements about the
10      biology textbook or creationism or evolution
11      other than what you told us earlier about your
12      own statement about the biology textbook,
13      correct?
14  A.  Correct.
15  Q.  Now, I'd like to ask you in general -- we're
16      going to move on and talk about some other
17      subjects right now.  We'll use this again
18      later -- about the process for changes in the
19      curriculum at the high school.  Is there a
20      process that the board is required to follow --
21      not the board necessarily but that is required
22      to be followed in general for changes to the
23      school curriculum at the high school?
24  A.  There's a process, but I don't know it formally.
25      Is that what you're asking?
```

PAGE 56

00055

```
 1  Q.  Yes, I'm asking if you know what the process is.
 2  A.  No.  I know there is one.  It's a step of
 3      reviews.
 4  Q.  Where would you go if you wanted to figure out
 5      what that process was?
 6  A.  I'd ask the administration.
 7  Q.  But you don't have any knowledge of what that
 8      process is.  Did I understand correctly?
 9  A.  Specifics on it, I'm not really sure on it.
10  Q.  How about just general, can you tell me what it
11      is just generally?
12  A.  If I wanted something changed, I'd go to the
13      administration, talk to them about it, and ask
14      them to do it or the process for doing it.
15  Q.  So you don't have any general understanding of
16      how the process for curriculum changes works.
17      Am I correct about that?
18  A.  I know there's reviews, but I don't know the
19      specifics of those reviews.
20  Q.  Well, I just want to understand.  I'm not asking
21      you for the specifics.  I just want to
22      understand whether there's a process.
23  A.  There's a process.
24  Q.  I thought that the process works something like
25      this -- and I'll tell you what my understanding
```

Sheila Harkins 1/3/05

SHEET 15   PAGE 57

00056

```
 2   1      is, and it may be wrong.  I don't know.  I'm
 3   2      asking for this -- that usually curriculum
 4   3      changes begin with the teachers and the school
 5   4      administration and the faculty, and then there
 6   5      is a request for a curriculum change, and then
 7   6      the faculty and the administration work with the
 8   7      board.
 9   8          There's a curriculum committee on the board
10   9      that considers it.  Input is taken not only from
11  10      the faculty and the administration but also from
12  11      a citizens advisory council.  And then
13  12      ultimately the board is required to approve
14  13      whatever change it is.  Is that your
15  14      understanding of how it works?
16  15  A.  No.
17  16  Q.  Do you have an understanding that I'm incorrect?
18  17  A.  Yeah.  I wouldn't think you were correct.
19  18  Q.  Well, what is the-- What does the curriculum
20  19      committee do?
21  20  A.  See, I would have always thought that the board,
22  21      too, I thought gave input before.  You said only
23  22      teachers.
24  23  Q.  Again, I was just-- I'm not sure that I'm
25  24      right.  I was just trying to see if you could
26  25      tell me.  So you don't know what the process is?
```

PAGE 58

00057

```
 2   1  A.  That's correct.
 3   2  Q.  There is a curriculum committee we've already
 4   3      discussed that you were on it last year,
 5   4      correct?
 6   5  A.  That is correct.
 7   6  Q.  What is the role of the curriculum committee on
 8   7      the school board?
 9   8  A.  The curriculum committee reviews the curriculum.
10   9      We get oftentimes curriculum is presented or
11  10      changes.
12  11  Q.  Does the curriculum committee have any role
13  12      other than just reviewing the curriculum?
14  13  A.  Yes.
15  14  Q.  What is that role?
16  15  A.  If they need-- If there are meetings that need
17  16      to be had, the curriculum committee goes to
18  17      these meetings.
19  18  Q.  What kind of meetings?
20  19  A.  Well, last year we had meetings with the biology
21  20      department.
22  21  Q.  What kind of meet-- How many meetings did you
23  22      have with the biology department?
24  23  A.  I'm not sure.  I'm thinking two.
25  24  Q.  Who was present?
26  25  A.  It would have been Jen Miller, Mr. Eshbach, Burt
```

PAGE 59

00058

```
 2   1      Spahr, Mike Baksa, myself, Bill Buckingham.  I
 3   2      can't recall who else, if anyone else, was
 4   3      there.  Casey Brown opted not to come.
 5   4  Q.  When were those meetings?
 6   5  A.  I believe they were right after school so the
 7   6      teachers wouldn't have to stay, like at 3:00.
 8   7  Q.  I mean, were they in the beginning -- in the
 9   8      summer, in June?
10   9  A.  They were before school let out, so I'm thinking
11  10      end of May, beginning of June, something like
12  11      that.
13  12  Q.  So you recall meetings with the people that you
14  13      just said, two of them, and they happened in or
15  14      around May or June?
16  15  A.  Yes.
17  16  Q.  What was discussed at those meetings?
18  17  A.  The policy change, the curriculum, policy
19  18      curriculum.
20  19  Q.  What policy curriculum?
21  20  A.  The statement of gaps and problems.
22  21  Q.  The one that was adopted by the board on--
23  22  A.  Yes.
24  23  Q.  I'm sorry, you need to let me complete my
25  24      question.  The one that was adopted by the board
26  25      on October the 18th?
```

PAGE 60

00059

```
 2   1  A.  Yes.
 3   2  Q.  That was discussed with the teachers in May and
 4   3      June?
 5   4  A.  In that time frame sometime, May or June, not
 6   5      necessarily May and June.  I don't know.
 7   6  Q.  But it wasn't August or September?
 8   7  A.  That's correct.
 9   8  Q.  Do you remember what the school teachers had to
10   9      say about the curriculum change?
11  10  A.  No.  But I felt the tone of the meeting was very
12  11      good.  I felt everyone was in agreement.
13  12  Q.  Agreement about what?
14  13  A.  The statement that was worked out or presented.
15  14  Q.  Now, in addition to these meetings with the
16  15      school faculty that were present, were there
17  16      other meetings where just the school board
18  17      curriculum committee--
19  18  A.  No, not that I'm aware of, not that I recall.
20  19  Q.  Did you ever have any telephone conversations
21  20      with members of the board about the curriculum
22  21      change?
23  22  A.  I don't remember any, no.
24  23  Q.  Did you ever have any e-mails with the board
25  24      about that?
26  25  A.  No.
```

Sheila Harkins 1/3/05

SHEET 16    PAGE 61

00060

1  Q.  Any conversations outside of the school board
2      meetings with school board members about the
3      curriculum change?
4  A.  No, not that I recall, no.
5  Q.  Let me just make sure I understand this.  I just
6      asked you about the curriculum change and
7      whether there were meetings or e-mails or
8      conversations outside of the school board about
9      the subject of the curriculum change, and I'd
10     like to know whether you can tell me whether to
11     your knowledge there were any discussions
12     outside of the school board meeting about the
13     biology textbook or the theory of evolution or
14     creationism or intelligent design or the board's
15     resolution on October 18th, whether e-mails or
16     letters or meetings or phone calls, that
17     happened outside of the school board meetings.
18 A.  Wow, that's such a vast question.  I mean,
19     you're asking about 10 things there at one time.
20         MR. THOMPSON:  I'll object on the basis
21     that it's a complex question and compound
22     question if you could rephrase it.
23 A.  I was going to say if you can read that question
24     back and read it back parcel by parcel.
25 BY MR. HARVEY:

PAGE 62

00061

1  Q.  Let me ask you a question.  Do you ever remember
2      over the past year having meetings with school
3      board members about school board business other
4      than regularly scheduled school board meetings
5      or the two curriculum meetings you just told me?
6  A.  Read that back.
7          (The court reporter read back the previous
8      question.)
9  A.  No meetings.  We may have had discussions that--
10     I'm not sure.
11 BY MR. HARVEY:
12 Q.  So you don't remember any meetings for that
13     purpose, correct?
14 A.  No, no.
15 Q.  In other words I'm correct?
16 A.  Now wait, there may have been one--  I think
17     there may have been one with Mike Baksa, myself,
18     and Bill Buckingham, and you would have to ask
19     them to make sure of that.
20 Q.  Do you think there was?
21 A.  I'm thinking there was one.
22 Q.  What was discussed at it?
23 A.  I am thinking--  I am thinking Mike just came to
24     us and presented to us what the teachers decided
25     they wanted to change or something and the

PAGE 63

00062

1      change and wanted to know our comments on it.
2      But you would have to ask Mike and Bill for
3      their recollection.
4  Q.  So, now, other than that meeting that you're not
5      a hundred percent sure about, do you ever
6      remember any conversations with any school board
7      members outside of the school board meetings or
8      the two meetings we talked about and this
9      possible meeting about school board business?
10 A.  Any school board business ever?
11 Q.  Over the past year.
12 A.  We probably have.
13 Q.  Do you remember any?
14 A.  No specifics, no.
15 Q.  Do you remember any conversations of that nature
16     that related to the biology textbook or the
17     theory of evolution?
18 A.  There was conversation.  Mike Baksa called.
19     Would that qualify in your--
20 Q.  Sure.
21 A.  He called about ordering the textbook without
22     board approval.
23 Q.  When did he do that?
24 A.  I don't remember when exactly, if I'd have a
25     problem with that.

PAGE 64

00063

1  Q.  What did he tell you in that conversation?
2  A.  He said they wanted to get it ordered and he was
3      calling around to see if he had at least five
4      board members that would go along with ordering
5      it ahead of time.
6  Q.  And what did you say?
7  A.  Go ahead.
8  Q.  What book was this?
9  A.  Whatever one the biology teachers wanted.
10 Q.  It wasn't Of Pandas and People?
11 A.  No.
12 Q.  You can remember a conversation with Mr. Baksa?
13 A.  Um-hum.
14 Q.  Any other conversations with any school board
15     members or school administrators other than the
16     ones you've told us about, about the resolution
17     or intelligent design or the theory of evolution
18     or the biology textbook?
19 A.  Board members, any other board members?
20 Q.  Or the school district officials.
21 A.  I did with the solicitor.
22 Q.  When did you meet with the solicitor?
23 A.  I'm not sure.
24 Q.  Who was present?
25 A.  I'm not sure of that.

Sheila Harkins 1/3/05

00064

1 Q. Were there other people present?
2 A. I believe it was at a student hearing.
3 Q. What did you discuss with the solicitor?
4 A. I wanted him to run it by every organization,
5 group he could think of to make sure that it was
6 legal.
7 Q. Run what by?
8 A. The policy, the curriculum.
9 Q. What curriculum?
10 A. The gaps problems, the statement.
11 Q. What else did you say to the solicitor?
12 A. I wanted to know whether it was -- there was any
13 legal issues.
14 Q. Did he ever tell you that there were?
15 A. No. He told me there weren't.
16 Q. Who was that?
17 A. Steve Russell.
18 Q. Did he tell you in writing?
19 A. In fact, specifically I told him to run it by
20 the ACLU, and he got back to me and told me he
21 did.
22 Q. Did he do that in writing or in person?
23 A. No, verbally. He said he ran it by every think
24 tank he could come up with and it passed muster.
25 You would have to ask him who he ran it by.

PAGE 66

00065

1 Q. So you had a conversation with him?
2 A. Yes, I did.
3 Q. And this was at a student hearing?
4 A. I believe it was a student hearing, yes.
5 Q. How long was your conversation with him?
6 A. Thirty seconds maybe. That's approximate.
7 Q. Do you remember saying to him anything other
8 that you wanted him to run this curriculum
9 change by everyone he could think of to see if
10 it was legal?
11 A. That's correct.
12 Q. Do you remember anything else you said to him?
13 A. No.
14 Q. He said that he would do that?
15 A. He said he would do that.
16 Q. Did he say anything else to you at that time?
17 A. Not that I recollect.
18 Q. He later reported to you that--
19 A. I asked him. No, I asked him. I had to call
20 and ask him.
21 Q. How long was that conversation?
22 A. Less than a minute.
23 Q. He told you that he ran it by everybody
24 including the ACLU and everybody said it was
25 okay?

PAGE 67

00066

1 A. That's correct.
2 Q. Did you ever have any other conversations on
3 that subject with him?
4 A. Nope.
5 Q. Did you ever have any conversations with anybody
6 else about your conversation with Mr. Russell?
7 A. Yes.
8 Q. With whom?
9 A. Dr. Nilsen, Mike Baksa, I'd say some of the
10 board members.
11 Q. When was that?
12 A. I'm not sure.
13 Q. Was that at a meeting?
14 A. It wasn't-- I believe it could have been like
15 at student hearings.
16 Q. What did you tell Mr. Nilsen, Mr. Baksa, and the
17 board members about it?
18 A. That if Steve didn't have a problem with it I
19 didn't have a problem with it.
20 Q. Do you remember any other conversations about
21 the curriculum change with anyone other than the
22 people you've already told me about outside of
23 school board meetings?
24 A. Not that I recollect at the moment, I'm sorry.
25 Q. Is the curriculum committee required to keep

PAGE 68

00067

1 minutes?
2 A. I don't think any committee has ever kept
3 minutes since I've been on the board.
4 Q. Do you know if the curriculum committee is
5 required to keep minutes?
6 A. No, they're not.
7    MR. THOMPSON: Objection, calls for a legal
8 conclusion.
9 A. I don't think they are, never have. How's that?
10 Is that okay?
11    MR. THOMPSON: Just answer his question,
12 but it calls for a legal conclusion.
13 BY MR. HARVEY:
14 Q. Is there a curriculum advisory committee?
15 A. I believe that's the committee with parents and
16 staff I think and board. I've never been to any
17 meetings of those that I recall.
18 Q. Do you know does it have a role in the process
19 of making curriculum changes?
20 A. I believe curriculum is supposed to be run by
21 the curriculum advisory committee, but I don't
22 know that it's run by them at a formal meeting.
23 Q. Do you know if the curriculum advisory committee
24 was ever consulted or told about the change to
25 the biology curriculum?

Sheila Harkins 1/3/05

SHEET 18   PAGE 69

00068

1  A.   I don't know that.
2  Q.   You don't know one way or another?
3  A.   That's correct.  I know Barrie Callahan
4       complained that it had not been, but I don't
5       know that to be true.
6            MR. HARVEY:  We're at just a couple minutes
7       before 11:00, so why don't we take a break now.
8            (Recess taken)
9  BY MR. HARVEY:
10 Q.   Let's talk about the book Of Pandas and People.
11 A.   Okay.
12 Q.   Have you ever seen a copy of the book?
13 A.   Yes.
14 Q.   I'm holding a copy up.
15 A.   Yes.
16 Q.   When did you see a copy before today?
17 A.   I don't remember.  It was back in-- I don't
18      know when it was.  Maybe, I'm going to guess--
19      Can I guess?
20 Q.   No, you shouldn't guess, but if you have an
21      idea, then you can give me in a range.
22 A.   June, July.
23 Q.   Who showed it to you, or how did you get a copy?
24 A.   I believe it was at the board meeting, I
25      believe.

PAGE 70

00069

1  Q.   Have you ever read it?
2  A.   Read it?
3  Q.   Yes.
4  A.   Cover to cover, no.
5  Q.   Have you read any parts of it?
6  A.   I glanced through it.
7  Q.   For how long?
8  A.   Estimate an hour.
9  Q.   Do you remember anything in there that it said?
10 A.   Could I quote anything in that book, no.
11 Q.   Do you remember what it said generally?
12 A.   Glancing through it, it appeared like a biology
13      book.
14 Q.   Do you remember anything else that it said
15      generally other than appearing like a biology
16      book?
17 A.   Specifically what?
18 Q.   Anything you can remember that it said in there
19      or that it taught, concepts it covered?
20 A.   It did cover intelligent design, but if you ask
21      me--
22 Q.   Anything else other than intelligent design that
23      it covered?
24 A.   Oh, it had lots of things in it.
25 Q.   I'm just asking if you can remember anything

PAGE 71

00070

1       that was covered in there.
2  A.   Oh, I remember some flowers, something about
3       flowers in there.  I'm trying to think what else
4       I-- I'm not specific on anything, no.
5  Q.   So you can't remember anything else other than
6       what you just told us about the Pandas book?
7  A.   I mean, that's what I think when I looked at it
8       I was looking for.
9  Q.   You were looking for intelligent design?
10 A.   I was looking for something of that nature,
11      yeah.
12 Q.   A number of copies of the book were donated to
13      the school district?
14 A.   Yes.
15 Q.   Do you know how many copies were donated?
16 A.   Do I know?
17 Q.   Yes.
18 A.   I only know what I've been told.
19 Q.   What were you told?
20 A.   Somebody said 50 or 60.
21 Q.   How do you know that?  Who told you that?
22 A.   I believe Dr. Nilsen or Mike Baksa said that.
23 Q.   Do you know who donated it?
24 A.   I have no idea.
25 Q.   Did you ever ask?

PAGE 72

00071

1  A.   Nope.
2  Q.   Why not?
3  A.   I had no interest.
4  Q.   Do you know that it was raised -- the question
5       was raised at a school board meeting by someone
6       named Larry Snook, he asked who donated it?
7  A.   Now that you mentioned it, I think he did.
8  Q.   What was he told, do you remember?
9  A.   I don't recall.
10 Q.   Do you know why it was not made public who
11      donated them?
12 A.   I never thought about it.
13 Q.   Well, you thought about it when Mr. Snook raised
14      it at the meeting, right?
15 A.   Not really.
16 Q.   So somebody donated 50 or 60 copies of a book to
17      the school district that covered the subject of
18      intelligent design, and you had no desire
19      whatsoever to know who had done that?
20 A.   No desire whatsoever, no thought about it.
21 Q.   What about now that you're the school board
22      president, are you curious to find that out?
23 A.   No.  We have books donated all the time, and I'm
24      not interested in who is donating what books.
25 Q.   Were you ever at any meetings where -- other

Sheila Harkins 1/3/05

SHEET 19     PAGE 73 ─────────

00072

1
2  1      than the meeting we just discussed involving the
3  2      question by Mr. Snook where a donation of the
4  3      book was discussed?
5  4  A.  Run that by me again.
6  5  Q.  Were you ever at any meetings where the book
7  6      donation was discussed?
8  7  A.  No.
9  8  Q.  What's your understanding of what intelligent
10 9      design is?
11 10 A.  Intelligent design has been defined so widely
12 11     and varied, I don't know that I could give a
13 12     definition.
14 13 Q.  Can you describe for me what it is in a general
15 14     sense, intelligent design?
16 15 A.  I don't know that there is a definition in a
17 16     general sense.
18 17 Q.  Well, if someone asked you as a school board
19 18     president what is this intelligent design that's
20 19     referenced in the school board resolution, how
21 20     would you answer that?
22 21 A.  I would say you would have to search that out
23 22     for yourself.
24 23 Q.  Do you have any understanding yourself about
25 24     what intelligent design is?
26 25         MR. THOMPSON:  Objection, asked and

PAGE 74 ─────────

00073

1
2  1      answered, but go ahead.
3  2  A.  I am still open minded, I think.
4  3  BY MR. HARVEY:
5  4  Q.  So you don't have any idea for yourself what it
6  5      means?
7  6  A.  Not a firm definition.  I'm still exploring.
8  7  Q.  Do you have any general understanding what
9  8      intelligent design is?
10 9  A.  Well, I have not formed any opinions on
11 10     intelligent design yet to give a definition.
12 11 Q.  I'm not asking for a definition.  I'm just
13 12     asking if you can tell me in the most -- in any
14 13     way you can, even in the most general sense,
15 14     what intelligent design is.
16 15 A.  I can define it widely, but I might change my
17 16     opinion tomorrow.  Is that fair?
18 17 Q.  Yes, sure.
19 18 A.  That every living cell possibly is designed down
20 19     to the tiniest organism and if it is designed
21 20     how it may have been designed, if there was
22 21     possibly a designer or something.
23 22 Q.  Now, is that your opinion of intelligent design,
24 23     or is that your understanding of what
25 24     intelligent design is?
26 25 A.  Well, I don't know.  What's the difference

PAGE 75 ─────────

00074

1
2  1      between an opinion or an idea?  What is the
3  2      difference?
4  3  Q.  You don't know the difference between what I'm
5  4      going to ask, whether it's your opinion or
6  5      whether that's your understanding of what it is?
7  6  A.  No, I don't understand the difference between
8  7      that.
9  8  Q.  Has anybody at any point explained to you as a
10 9      board member what intelligent design is?
11 10 A.  When you say explained, I've read different
12 11     things, or people have talked to me, but I don't
13 12     take that as that's what it is.
14 13 Q.  What have people told you?
15 14 A.  Oh, everything from obviously some people
16 15     perceive it as religion which I do not.
17 16 Q.  Who has told you anything about intelligent
18 17     design?
19 18 A.  Oh, I can't-- I'm trying to think.  I can't
20 19     give specifics who's talked to me.
21 20 Q.  Well, do you know if it was a board member or a
22 21     teacher or a member of the community at large?
23 22 A.  I may have had conversation already with members
24 23     of the community, but I can't be specific.
25 24 Q.  You don't remember who any of them are?
26 25 A.  No.

PAGE 76 ─────────

00075

1
2  1  Q.  I'm sorry?
3  2  A.  No, I'm sorry.
4  3  Q.  So you can't tell me the name of anybody who has
5  4      told you about what intelligent design is.
6  5      Isn't that correct?
7  6  A.  Well, I'm thinking.  E-mail count?  Does e-mail
8  7      count?
9  8  Q.  Yes.
10 9  A.  Yeah, I have an e-mail from somebody -- from a
11 10     teacher in Dallastown.
12 11 Q.  When was that e-mailed?
13 12 A.  I'm not sure.
14 13 Q.  Was it before or after the school board
15 14     resolution of October 18th?
16 15 A.  I'm not sure of that.
17 16 Q.  Can you produce a copy of that e-mail?
18 17 A.  Sure.
19 18         MR. HARVEY:  Counsel, I'd like to receive a
20 19     copy of that if I may as soon as possible,
21 20     obviously not during this deposition.
22 21 BY MR. HARVEY:
23 22 Q.  Do you remember what the e-mail said about
24 23     intelligent design?
25 24 A.  About how the teacher in Dallastown handled it.
26 25 Q.  What did it say about that?

Sheila Harkins 1/3/05

SHEET 20   PAGE 77

00076

1. A.  It was the biology teacher in Dallastown and how
   he handled it.  And he wanted it published in
   the newspaper, and the newspaper refused to
   publish it.
5. Q.  Did he say in there what intelligent design was?
6. A.  Yeah.
7. Q.  What did he say?
8. A.  He did a master's thesis on it.
9. Q.  Did he tell you what intelligent design was?
10. A.  What his interpretation was, I believe.
11. Q.  What was that?  What did he say?
12. A.  I'm not really sure exactly what he said in the
    e-mail, but you're certainly free to review it.
14. Q.  But you can't remember what he said sitting here
    today about what intelligent design is?
16. A.  It was-- It attempted to talk about design of
    -- and recognizing design I believe of all
    living things.
19. Q.  Design by whom?
20. A.  I don't know that it addressed that.
21. Q.  Did it say anything else about what intelligent
    design is?
23. A.  I don't remember.
24. Q.  Other than this e-mail that you just told us
    about and that you're going to provide us a copy

PAGE 78

00077

1.     with, has anyone else told you what intelligent
       design is?
3. A.  I'm sorry.
4. Q.  Is the answer no, that no one else has?
5. A.  No, I don't remember.
6. Q.  That e-mail, was that unsolicited, in other
       words, it just came to you in an unsolicited
       way?
9. A.  I'm not sure.  I'm trying to recollect how it
       come to me.
11. Q.  What do you remember about that?
12. A.  I believe it was from -- through a friend of
       his.
14. Q.  But you didn't seek out that e-mail, did you?
15. A.  No.  It was mentioned to-- No, no, no, no, no,
       I did not.
17. Q.  Somebody just sent this to you unsolicited, in
       other words?
19. A.  I believe the person -- somebody I knew
       mentioned it and said -- I said, what are you
       talking about.
22. Q.  Who mentioned it to you?
23. A.  I believe it was a Byron Borger.
24. Q.  I'm sorry, I didn't get the name.
25. A.  Byron Borger.

PAGE 79

00078

1. Q.  Byron Borger, B-o-r-g-e-r?
2. A.  I believe.
3. Q.  What did Mr. Borger say to you?
4. A.  His good friend tried to put this letter in the
       paper about intelligent design and they wouldn't
       publish it.  And he is a known person in the
       community.  He runs all the science contests for
       the kids in the county.
9. Q.  Who is this person?
10. A.  His name is Mr. I think McKeary (phonetic) or
       something like that.
12. Q.  What does he teach?
13. A.  Biology at Dallastown.  He just retired.
14. Q.  He says he teaches intelligent design?
15. A.  He said he did.
16. Q.  Other than this e-mail that you received, you
       can't recall the names of anybody else who told
       you anything about intelligent design?  I know
       I've already asked you that, but I'm just trying
       to be clear.  Is that correct?
21. A.  To the best of my recollection at the moment, I
       can't recall.
23. Q.  Have you read anything about intelligent design?
24. A.  Briefly maybe.
25. Q.  Do you remember what you read?

PAGE 80

00079

1. A.  No.
2. Q.  Do you know whether intelligent design stands
       for the proposition that life forms owe their
       origin to an intelligent actor?
5. A.  I don't even know what you said.
6.     MR. THOMPSON:  Objection.  She's already
       indicated she doesn't know what intelligent
       design is.  Go ahead and try to answer the
       question.
10. A.  I don't know what you just said.
11.     MR. HARVEY:  Can we stipulate that she
       doesn't know what intelligent design is?
13.     MR. THOMPSON:  She indicated she doesn't.
       There are many definitions.  She doesn't know.
       She's still forming her opinion.  Now you're
       asking her a specific definition.
17.     MR. HARVEY:  Okay.
18. BY MR. HARVEY:
19. Q.  Is it your understanding that intelligent design
       teaches that life owes its origins to an
       intelligent actor?
22.     MR. THOMPSON:  Objection.
23. A.  No.  I wouldn't--
24. BY MR. THOMPSON:
25. Q.  Is it your understanding that intelligent design

Sheila Harkins 1/3/05

SHEET 22   PAGE 85

00084

```
 1  theories of evolution including, but not limited
 2  to, intelligent design.  Note:  Origins of life
 3  not taught.
 4  A.  Yes.
 5  Q.  Now, that resolution you recall was passed by a
 6      six to three vote by the board on October 18,
 7      2003?
 8  A.  I believe that's correct.
 9  Q.  Now, do you remember that school board meeting
10      on October 18?
11  A.  Not really.  I'm sorry.
12  Q.  Do you remember anything about it at all?
13  A.  No.
14  Q.  Do you remember if there was any discussion of
15      this resolution at that meeting?
16  A.  I'm not sure-- I'm not clear if this is the
17      meeting where there was like A, B, C.
18          (Plaintiff's Deposition Exhibit #5 marked
19      for identification)
20  BY MR. HARVEY:
21  Q.  I'm handing you an exhibit which has been marked
22      as Plaintiff's Exhibit 5.  It's a copy of all of
23      the documents that were produced by the
24      defendants in preparation for this deposition
25      with the exception of the documents they
```

PAGE 86

00085

```
 1  produced this morning.
 2  A.  Okay.
 3  Q.  If you will please turn to--  There's page
 4      numbers on the bottom.  Do you see them?
 5  A.  Yep.  I can take the rubber band off, I presume.
 6  Q.  Yes.  Just keep it in order, please.  Please
 7      turn to Page 139.
 8  A.  Okay.
 9  Q.  And you'll see there is what's the agenda for
10      that meeting, correct?
11  A.  Yes.
12  Q.  And then if you flip through that, that goes on
13      for a number of pages.  And then it says on
14      Page Number 145, curriculum, and it makes
15      reference to a change to the Biology I - Grade 9
16      Planned Course/Curriculum Guide.  Do you see
17      that?
18  A.  All right.
19  Q.  Have you ever seen that before?
20  A.  Obviously yes.
21  Q.  Do you remember reading it?
22  A.  No.
23  Q.  Then it makes reference to some exhibits or
24      attachments.
25  A.  Okay.
```

PAGE 87

00086

```
 1  Q.  Actually enclosures, excuse me.
 2  A.  Where are they?
 3  Q.  And if you look behind it, they're directly
 4      there.  I believe they're not in the correct
 5      order.  But the first one behind it at 146 is an
 6      Enclosure XI-B?
 7  A.  Excuse me?
 8  Q.  At Page 146 and 147 is Exhibit XI-B.
 9  A.  Okay.
10  Q.  You see that there's a reference there to--  Do
11      you see there at the bottom what it says,
12      Students will be made aware of gaps in Darwin's
13      theory and other theories of evolution?
14  A.  Okay, yes, all right.
15  Q.  And the cover memo says that that's the
16      recommended changes from the administration and
17      staff?
18  A.  Okay.
19  Q.  And then the next one right behind it at 148 and
20      149 says there's attached a recommended change
21      to the biology curriculum from the board
22      curriculum committee.
23  A.  Yes.
24  Q.  That one's a little different.  It says,
25      students will be made aware of gaps/problems in
```

PAGE 88

00087

```
 1  Darwin's theory and of other theories of
 2  evolution including, but not limited to,
 3  intelligent design.  And it refers to as a
 4  reference book Of Pandas and People.
 5  A.  Yes.
 6  Q.  Was that, in fact, the recommendation of the
 7      curriculum committee?
 8  A.  Yes.
 9  Q.  You were on that curriculum committee?
10  A.  Yes.
11  Q.  And you supported that?
12  A.  Yes.  I didn't have a problem with that.
13  Q.  What was the purpose of the proposed change that
14      was advanced by the curriculum committee?
15  A.  Because it was looked at if you only offer one
16      theory of evolution you are presenting that as a
17      fact.  You need to find other theories.  And the
18      only other theory anyone was aware of was
19      intelligent design.  But they would have liked
20      to have presented other theories, but no one
21      could think of any of them.
22  Q.  Was that discussed at the curriculum committee?
23  A.  I think so, yeah.
24  Q.  Was anybody consulted about this theory of
25      intelligent design?  Did the curriculum
```

Sheila Harkins 1/3/05

SHEET 23    PAGE 89

00088

```
1
2    1         committee go to anybody and say we need some
3    2         information about intelligent design?
4    3    A.   Not that I'm aware of.
5    4    Q.   Do you know who drafted that language?
6    5    A.   No, I don't.
7    6    Q.   Do you know if Mr. Buckingham drafted that
8    7         language?
9    8    A.   No, I don't.
10   9    Q.   Did Mr. Buckingham tell you that he had spoken
11  10         with anybody from the Thomas More Law Center
12  11         about this resolution?
13  12    A.   No.
14  13    Q.   Did he say he had spoken with anybody from any
15  14         other outside organizations such as The
16  15         Discovery Institute?
17  16    A.   Not that I recollect, no.
18  17    Q.   Have you ever spoken to anybody from The
19  18         Discovery Institute?
20  19    A.   Just recently.
21  20    Q.   When did you speak to them recently?
22  21    A.   Last month after we were sued.
23  22    Q.   Now, was this The Discovery Institute, or was it
24  23         the Thomas More Law Center?
25  24    A.   It was The Discovery Institute.
26  25    Q.   Did you ever have any conversations with anybody
```

PAGE 90

00089

```
1
2    1         from the Thomas More Law Center before meeting
3    2         Mr. Thompson who's next to you at court last
4    3         week?
5    4    A.   No, not that I recollect.
6    5    Q.   What were your conversations with The Discovery
7    6         Institute about--
8    7              MR. THOMPSON:  Objection.  They had a
9    8         lawyer, and they were in an executive committee
10   9         meeting.  I'm not sure whether that's covered by
11  10         the attorney-client privilege or not.
12  11    BY MR. HARVEY:
13  12    Q.   You had an executive committee meeting of the
14  13         board of directors of the school district?
15  14    A.   Well--
16  15              MR. THOMPSON:  That's when they--
17  16    A.   Okay.
18  17    BY MR. HARVEY:
19  18    Q.   Do you remember that?
20  19    A.   Yeah.
21  20    Q.   Do you remember contacting somebody from The
22  21         Discovery Institute on the phone?
23  22    A.   No, I never did.
24  23    Q.   Was there somebody from The Discovery Institute
25  24         there?
26  25    A.   Yes.
```

PAGE 91

00090

```
1
2    1    Q.   They were in person?
3    2    A.   Um-hum.
4    3    Q.   Who was that?
5    4    A.   I'm sorry, there were two people, two guys
6    5         there, two men.  They were attorneys.  You would
7    6         have to get the names from the administration,
8    7         don't know the names.
9    8    Q.   What was their purpose in being at the meeting?
10   9    A.   They wanted to represent us.
11  10         Was it Mr. Thompson?
12  11    A.   No.  Thompson, that doesn't ring a bell.
13  12    Q.   Isn't this Mr. Thompson right here?
14  13    A.   Yeah.  But they were from Discovery Institute.
15  14         I mean, you're saying from Discovery Institute
16  15         Mr. Thompson, no.  I'm trying to think of his--
17  16         I'm sorry.
18  17    Q.   You discussed with these -- at these gentlemen
19  18         from The Discovery Institute, did you discuss
20  19         this lawsuit?
21  20              MR. THOMPSON:  Objection.  I think it is
22  21         covered by the attorney-client privilege.
23  22              MR. HARVEY:  I think she can answer the
24  23         question whether this lawsuit was discussed
25  24         without--
26  25    A.   I would say yeah.
```

PAGE 92

00091

```
1
2    1    BY MR. HARVEY:
3    2    Q.   Who was present at this meeting other than the
4    3         board members?
5    4    A.   Dr. Nilsen.  I don't recall if Mike Baksa was
6    5         there or not.
7    6    Q.   Let me ask you a question.  Without telling me
8    7         what the substance of that conversation with
9    8         these gentlemen was, I want you to tell me if
10   9         you can remember the substance of the
11  10         conversation with these gentlemen from The
12  11         Discovery Institute.
13  12    A.   Other than they wanted to represent us, that
14  13         was -- I mean and their proposal.
15  14              MR. HARVEY:  Counsel, I'll be careful here.
16  15    BY MR. HARVEY:
17  16    Q.   I just want to know can you-- Let me get to my
18  17         next question.  Now, had you ever spoken to
19  18         anybody from The Discovery Institute before
20  19         that?
21  20    A.   I don't recall.
22  21    Q.   Did the board consult with anyone outside of the
23  22         board about the language of the resolution that
24  23         was adopted on October the 18th?
25  24    A.   Sure.  I told you our attorney.
26  25    Q.   Anyone other than that?
```

Sheila Harkins 1/3/05

SHEET 24    PAGE 93

00092

1  A.   No, not that I know of.

2  Q.   Now, if you'd look at the -- go to the next page
3       which is Page Number 150 and 151.

4  A.   Okay.

5  Q.   That's Enclosure XI-C to the agenda.

6  A.   Yes.

7  Q.   This is the language in bold at the bottom that
8       was actually adopted, correct?

9  A.   Yes, that's correct.  Now wait a minute.

10          MR. THOMPSON:  On 151?

11  A.   No, not on 151, no.  That's not the right one.

12  BY MR. HARVEY:

13  Q.   I'm sorry.  Let's turn now to page--  We'll
14       clarify this right now.  If you turn to
15       Page 159 -- I'm sorry, with 160, the very next
16       page, it says there, on motion by Mr. Buckingham
17       and seconded by Mrs. Cleaver that the changes to
18       the Biology I - Grade 9 Planned
19       Course/Curriculum Guide for the 2004-2005 school
20       year as per Enclosure XI-A be approved with the
21       amendment that the origins of life is not
22       taught.

23  A.   Okay.

24  Q.   That's actually that was passed six to three.

25  A.   Okay.

PAGE 94

00093

1  Q.   So, in other words, it was the language of
2       Enclosure XI-A with the additional language, the
3       origin of life not taught?

4  A.   Yes.

5          (Recess taken)

6  BY MR. HARVEY:

7  Q.   Now, let's go back to a subject you discussed
8       just a couple minutes ago.  And I would like to
9       know if you know what was the board's purpose in
10       passing the resolution of October 18.

11  A.   It was to present more than one theory,
12       something besides just Darwin.

13  Q.   Why did the board want to do that, present more
14       than one theory?

15          MR. THOMPSON:  Objection.  We're talking
16       about a board, and you're talking about the
17       motivations of several people.  I don't think
18       she's competent to say why the board did
19       something.

20  BY MR. HARVEY:

21  Q.   I'll ask the question.

22  A.   Me.

23  Q.   If you understand, why did the board want to
24       present more than one theory?

25  A.   I can't say why the board, but I can give you my

PAGE 95

00094

1       view.

2  Q.   What's your view?

3  A.   My view is I wanted to--  I encourage critical
4       thinking.

5  Q.   Any other--

6  A.   And questioning.

7  Q.   Any other reasons--

8  A.   No.

9  Q.   --for you?  That's the only reason for you why
10       you--

11  A.   Yes.

12  Q.   Now, do you know what any of the purpose -- why
13       any of the other board members voted for the
14       resolution?

15  A.   No, no idea.

16  Q.   Was there any discussion about that?

17  A.   No.

18  Q.   So the board meeting as a whole had no
19       discussion for the purpose of the resolution.
20       Am I correct about that?

21  A.   Not to my recollection.

22  Q.   In other words, to the best of your
23       recollection, I am right that you don't remember
24       anything about the board discussing the purpose
25       for the resolution, correct?

PAGE 96

00095

1  A.   That is correct.

2  Q.   Well, did the board discuss the purpose for
3       including the words intelligent design in the
4       resolution?

5  A.   I don't recall any discussion why.

6  Q.   Do you remember anybody communicating any views
7       as to why that was included in the resolution?

8  A.   I can only give you my view why I wanted it
9       included.

10  Q.   I'm going to ask you about that in just a
11       second.  But what I'd like to know is if anybody
12       else communicated their views about why they
13       wanted that included.

14  A.   No.

15  Q.   Why did you want that included?

16  A.   As I said before, to give some other view other
17       than just Darwin and I felt to encourage
18       critical thinking in any area of science.

19  Q.   What about the curriculum committee, did it have
20       any discussion of the purpose for the
21       resolution?

22  A.   I don't remember any discussion.

23  Q.   Do you remember any members of the curriculum
24       committee expressing their views about the
25       purpose for the resolution?

Sheila Harkins 1/3/05

SHEET 26   PAGE 101

00100
1  Q.  Have you ever seen this page before?
2  A.  It doesn't look familiar to me at all.  I don't
3      recall ever seeing this, no.
4  Q.  Do you ever take notes during board meetings?
5  A.  Usually no, no.
6  Q.  Do you take notes during curriculum committee
7      meetings?
8  A.  No.
9  Q.  Do you know if others take notes?
10 A.  Generally I didn't think they did.  Casey does--
11     Casey did once in a while.
12            MR. THOMPSON:  It's past 12:00, and I think
13     the agreement was this deposition would go to
14     12:00, and it's according to my watch five past
15     12:00.
16            MR. HARVEY:  The agreement was that it
17     would go to 12:30.
18            MR. THOMPSON:  What's the lunch hour?
19            MR. HARVEY:  The lunch hour is 12:30 to
20     1:30.
21 A.  I don't know where this came from.
22 BY MR. HARVEY:
23 Q.  Now, that's fine.  You can just close that.
24     That was my question.
25 A.  Never saw it.

PAGE 102

00101
1  Q.  What's your understanding right now about what's
2      going to happen with respect to the board's
3      resolution, how it's going to be implemented in
4      January?
5  A.  They're going to read that paragraph and that's
6      it.
7  Q.  Which paragraph?
8  A.  That you had given me there.
9  Q.  The one that's referenced in the complaint?
10 A.  Yeah, yeah.
11 Q.  The one on Page 2?
12 A.  Yes.  Is that it?  Isn't that it?  Oh, excuse
13     me, that's not the full paragraph.
14 Q.  Are you looking at the Plaintiff's Exhibit 1?
15 A.  There's four paragraphs.  There's four
16     paragraphs.
17 Q.  Are you looking at a document?
18 A.  Yeah.
19 Q.  Can I see the document you're looking at?
20            MR. THOMPSON:  It was attached as Exhibit 1
21     to our answer.
22 BY MR. HARVEY:
23 Q.  So now you're looking at Plaintiff's Deposition
24     Exhibit 2--
25 A.  Yes.

PAGE 103

00102
1  Q.  --and the attachment.  Is that right?
2  A.  Okay.
3  Q.  This is the statement that's going to be read to
4      the students?
5  A.  Yes.
6  Q.  Well, actually it's not this whole thing.  It's
7      just the language at the bottom of the first
8      page and the top of the second page?
9  A.  That's correct, those four paragraphs.
10 Q.  Who drafted that language?
11 A.  I would presume the administration did.
12 Q.  Do you know?
13 A.  No, I don't know.
14 Q.  Do you know if this was revised from what was
15     originally in the press release?
16 A.  I believe it was because when I had initially
17     read this, I felt there were grammatical errors,
18     but I think there was some grammar changed.
19 Q.  Do you know whose idea it was to read this
20     statement to students?
21 A.  No.
22 Q.  Did the board approve it?
23 A.  I'm not sure of that.
24 Q.  Do you know one way or another whether the board
25     approved it?

PAGE 104

00103
1  A.  No, I don't know one way or the other.
2  Q.  So it's your understanding that beginning in
3      January this statement is going to be read to
4      students?
5  A.  That's correct.
6  Q.  Do you know if students are going to be told
7      anything else about these subjects?
8  A.  I'm sure they're not.
9  Q.  What if the students have questions, what are
10     they going to be told?
11 A.  Teachers are not to respond.  I think they've
12     been told that.  I believe the administration
13     put out some type of memo that students can
14     critically analyze, think, and question but
15     answers won't be given.
16 Q.  I'm going to tell you that there is no such
17     memo.
18 A.  Okay.
19            MR. HARVEY:  Correct, Counsel, because it
20     would have been produced?
21            MR. THOMPSON:  I think the Paragraph 4
22     might respond to your question.
23 A.  Yes, there you go.  With respect to any theory,
24     students are encouraged to keep an open mind.
25     The school leaves the discussion of the origin

Sheila Harkins 1/3/05

SHEET 27   PAGE 105

00104

```
 2   1        of life to individual students and their
 3   2        families.  As a standards-driven district, which
 4   3        we are, class instruction focuses on preparing
 5   4        students to achieve proficiency on
 6   5        standards-based assessments, yes.
 7   6   BY MR. THOMPSON:
 8   7   Q.   What happens if a student says what is
 9   8        intelligent design?
10   9   A.   That's for you to find out for yourself and
11  10        determine the definition.  That's what I would
12  11        think the teacher would respond with.
13  12   Q.   Do you know that to be the case?  Do you know
14  13        that to be true?  Do you know that to be true?
15  14            MR. THOMPSON:  Objection, vague question.
16  15   A.   That is my understanding.  There is no--
17  16   BY MR. HARVEY:
18  17   Q.   What's the basis for your understanding?
19  18   A.   Because the administration says -- agreed that
20  19        intelligent design will not be taught.
21  20   Q.   But what's going to happen if a student asks the
22  21        question?  That's what I don't understand.  Is
23  22        that addressed anywhere?
24  23   A.   A student asks the question.  A student can be
25  24        as in any other situation where a teacher is
26  25        unfamiliar with the area is the student is
```

PAGE 106

00105

```
 1   1        encouraged to explore that subject on their own.
 3   2   Q.   So that's what the student would be told--
 4   3   A.   Certainly.
 5   4   Q.   --they should explore it on their own?
 6   5   A.   Yes.
 7   6   Q.   But what if they just said I just want to know
 8   7        what intelligent design is?
 9   8            MR. THOMPSON:  Objection, that's vague and
10   9        hypothetical, but go ahead.
11  10   A.   Then you need to find out that for yourself.
12  11   BY MR. HARVEY:
13  12   Q.   Are they given any guidance on how to find that
14  13        out?
15  14   A.   They are told Pandas and People is available.
16  15   Q.   You said that you wanted the reference to
17  16        intelligent design in the resolution, correct?
18  17   A.   Yes.
19  18   Q.   You said that because you wanted students to
20  19        think critically?
21  20   A.   Um-hum.
22  21   Q.   Is that correct?
23  22   A.   Yes.
24  23   Q.   How do you know that intelligent design is
25  24        scientific in nature as opposed to religious in
26  25        nature?
```

PAGE 107

00106

```
 2   1   A.   The only way I know that is I have read several
 3   2        different scientists have supported the theory
 4   3        of intelligent design.
 5   4   Q.   Where have you read that?
 6   5   A.   Oh, I don't know, in papers or something.
 7   6   Q.   Do you have copies of those papers?
 8   7   A.   No.
 9   8   Q.   Were they presented to the board?
10   9   A.   I don't think so.  I don't know that, no, unless
11  10        you have them.
12  11   Q.   Were they discussed by the board?
13  12   A.   I'm not sure.  I don't recall.
14  13   Q.   Do you know who these scientists were?
15  14   A.   Not offhand, no.
16  15   Q.   Do you know what--
17  16   A.   They looked reputable.
18  17   Q.   But when they said intelligent design, do you
19  18        know what they were talking about when they--
20  19   A.   No, don't know.
21  20   Q.   Do you know where the books Of Pandas and People
22  21        are going to be kept at the school?
23  22   A.   In the library.
24  23   Q.   Why in the library?
25  24   A.   It appears to be the best place for them.
26  25   Q.   Are they going to be available in the classroom?
```

PAGE 108

00107

```
 1   1   A.   Not that I'm aware of, no.
 3   2   Q.   Did you know that the superintendent originally
 4   3        said that they would be available in the
 5   4        classroom?
 6   5   A.   No, I did not know that.
 7   6   Q.   What about can the teachers teach about
 8   7        creationism if they want to?
 9   8   A.   That's never been discussed.
10   9   Q.   So they could if they wanted?
11  10            MR. THOMPSON:  Objection.  She's answered
12  11        the question, it's never been discussed.
13  12   BY MR. HARVEY:
14  13   Q.   Can teachers teach about intelligent design or
15  14        creationism if they want to?
16  15   A.   I have no clue.
17  16   Q.   Are board meetings taped?
18  17   A.   Yes.
19  18   Q.   Who does the taping?
20  19   A.   The administration.
21  20   Q.   Who at the administration?
22  21   A.   The secretary.
23  22   Q.   Who is the secretary?
24  23   A.   Changes.
25  24   Q.   What do you mean it changes?
26  25   A.   Well, it was Denise.  Then it was Ed Hermans,
```

Sheila Harkins 1/3/05

SHEET 28   PAGE 109

**00108**

1   and then it was-- Now it's Karen Holtzapple.
2 Q. Do you know if the board meeting on October 18th
3   was taped?
4 A. Well, of course it would have been taped, yes.
5 Q. Do you know if Mr. Wenrich had a disagreement
6   with Mr. Buckingham at the end of the meeting on
7   November 18th?
8 A. No, I have no recollection.
9 Q. Please take a moment to look at Deposition
10   Exhibit 2. Please read the first four pages.
11   I'd like to ask you some questions about that.
12   I meant to say the first six pages, I'm sorry.
13   Let me just ask you a few questions about this.
14   Have you ever discussed the No Child Left Behind
15   Act of 2001 with anyone on the board?
16 A. Yes.
17 Q. Have you discussed it in the context of the
18   biology curriculum?
19 A. I'm not sure.
20 Q. The language that's quoted here on Pages 2 and
21   3-- Well, first of all, let me ask the
22   question, have you ever read this before, the
23   language you just read on Pages 1 through 6?
24 A. Yes.
25 Q. What parts had you read before?

PAGE 110

**00109**

1 A. I'm not sure.
2 Q. You're not sure?
3 A. You're saying did I ever read this before?
4 Q. Pages 1 through 6, the portions that you just
5   read, had you ever read any part of it before
6   today?
7 A. Yes.
8 Q. Which parts?
9 A. I'd say all of it.
10 Q. When did you read it?
11 A. Last night.
12 Q. Before that, had you ever read it?
13 A. No.
14 Q. Any part of it?
15 A. I'm not sure.
16 Q. You don't recall reading--
17 A. No.
18 Q. --any part of it before. Is that correct?
19 A. I don't recall reading any part before, that's
20   correct.
21 Q. Before last night?
22 A. That's correct.
23 Q. Before last night, were you aware of any
24   language in the legislative history of the No
25   Child -- the Santorum amendment to the No Child

PAGE 111

**00110**

1   Left Behind Act that referred to science or
2   intelligent design?
3 A. I had heard something.
4 Q. What had you heard?
5 A. I don't recall exactly what I heard.
6 Q. Anything about it, do you remember?
7 A. Not particularly, no.
8 Q. Was it in the context of a board meeting?
9 A. Not sure where.
10 Q. There's some language quoted on Page 4 here from
11   two Supreme Court cases?
12 A. Page 4?
13 Q. Yes.
14 A. Okay.
15 Q. Do you see that? Had you ever heard of any of
16   that language before?
17 A. No.
18   MR. HARVEY: Please mark this as Deposition
19   Exhibit Number 7.
20   (Plaintiff's Deposition Exhibit #7 marked
21   for identification)
22 BY MR. HARVEY:
23 Q. I've handed you what has been marked as
24   Plaintiff's Deposition Exhibit Number 7. It's a
25   page from the website of the Thomas More Law

PAGE 112

**00111**

1   Center.
2 A. Okay.
3 Q. Have you ever been to that website?
4 A. Nope.
5 Q. Have you ever visited any websites about
6   intelligent design or any of the subjects in
7   this lawsuit?
8 A. I may have visited some on intelligent design
9   but never theirs.
10 Q. Do you know which one you visited?
11 A. No.
12 Q. Now, the Thomas More Law Center is representing
13   the district in this lawsuit?
14 A. Yes.
15 Q. They're providing that representation free of
16   charge?
17 A. Excuse me?
18 Q. They are providing that representation free of
19   charge?
20 A. To the best of my knowledge.
21 Q. Now, this document which comes from their
22   website says referring to the Thomas More Law
23   Center, quotes, I'm reading the second full
24   paragraph, our purpose is to be the sword and
25   shield for people of faith, providing legal

Sheila Harkins 1/3/05

SHEET 29   PAGE 113

00112

```
 1  representation without charge to defend and
 2  protect Christians and their religious belief in
 3  the public square.
 4  A.  Okay.
 5  Q.  Did you know that that was the purpose of the
 6      Thomas More Law Center?
 7  A.  No, I did not.
 8  Q.  Did you have any understanding of why the Thomas
 9      More Law Center was representing the district
10      for free?
11  A.  You don't look a gift horse in the mouth.
12  Q.  So, in other words, you don't have any
13      understanding of why they were doing it for
14      free?
15  A.  No.
16  Q.  You didn't ask any--  That didn't raise any
17      question in your mind?
18  A.  Explain that further.
19  Q.  You had no question in your mind about why the
20      Thomas More Law Center would represent the
21      district for free.  Isn't that correct?
22  A.  Right, that's correct.
23  Q.  Please go to Exhibit 5, the one with the rubber
24      band around it.  Go to the very last -- the very
25      end of it.  There's two pages at the end.
```

PAGE 114

00113

```
 1  A.  Yes.
 2  Q.  I don't want you to read the whole thing because
 3      we're running out of time here, but I just want
 4      you to look at it and tell me whether you've
 5      ever seen these two pages before.
 6  A.  No, I haven't.
 7  Q.  Please look at the second page as well.
 8  A.  Am I supposed to--  Do you want me to read the
 9      whole thing or not?
10  Q.  You don't need to read it.  I just want you to
11      look at it long enough to tell me whether you've
12      ever seen it before or not.
13  A.  No, I've never seen it before.
14  Q.  Is the district going to give students the
15      option of not sitting in the class when the
16      statement about intelligent design is read?
17  A.  We give parents options to excuse their student
18      for anything they object to.  That's a standard.
19  Q.  Did you know that there was anything special
20      with respect to this that was being prepared to
21      give students an option to not be present?
22  A.  I think Mike may have mentioned it sometime.
23  Q.  Do you know if the board approved it?
24  A.  No, the board did not.
25  Q.  You have a board meeting tonight, right?
```

PAGE 115

00114

```
 1  A.  Yes.
 2  Q.  Do you know the subjects to be discussed
 3      tonight?
 4  A.  I have the agenda, but it was nothing -- just
 5      normal.  It was nothing--  Why?
 6          MR. THOMPSON:  Just answer the question.
 7          MR. HARVEY:  I don't have any further
 8      questions, but just let me confer with my
 9      co-counsel for just a second.
10          (Recess taken)
11          MR. HARVEY:  Thank you for your time today.
12          (The deposition concluded at 12:28 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PAGE 116

00115

```
 1          COMMONWEALTH OF PENNSYLVANIA :
 2          COUNTY OF YORK            :
 3          I, Bethann M. Mulay, Reporter and Notary
    Public in and for the Commonwealth of
 4      Pennsylvania and County of York, do hereby
    certify that the foregoing deposition was taken
 5      before me at the time and place hereinbefore set
    forth, and that it is the testimony of:
 6
 7              SHEILA HARKINS
 8      I further certify that said witness was by
    me duly sworn to testify the whole and complete
 9      truth in said cause; that the testimony then
    given was reported by me stenographically, and
10      subsequently transcribed under my direction and
    supervision; and that the foregoing is a full,
11      true and correct transcript of my original
    shorthand notes.
12
13      I further certify that I am not counsel for
    or related to any of the parties to the
14      foregoing cause, or employed by them or their
    attorneys, and am not interested in the subject
15      matter or outcome thereof.
16      Dated at York, Pennsylvania this 4th day of
    January, 2005.
17
18
19
20              _____
                Bethann M. Mulay
21              Registered Professional Reporter
                Notary Public
22
23      The foregoing certification of this
    transcript does not apply to any reproduction of
24      the same by any means unless under the direct
    control and/or supervision of the certifying
25      reporter.
```

Sheila Harkins 1/3/05

## #

**#1** [1] 84:12
**#4** [1] 24:12
**#5** [1] 85:18
**#7** [1] 111:20

## 1

**1** [7] 3:10 84:16,18 102:14,20 109: 23 110:4
**1:30** [1] 101:20
**10** [1] 61:19
**10th** [1] 45:20
**11:00** [2] 52:24 69:7
**11th** [1] 48:12
**12/31/04** [1] 32:2
**12:00** [3] 101:12,14,15
**12:28** [1] 115:12
**12:30** [2] 101:17,19
**13** [1] 5:5
**139** [1] 86:7
**145** [1] 86:14
**146** [2] 87:5,8
**147** [1] 87:8
**148** [1] 87:19
**149** [1] 87:20
**14th** [2] 48:17 50:11
**150** [1] 93:3
**151** [3] 93:3,10,11
**159** [1] 93:15
**15th** [4] 49:15,16,24 54:21
**160** [1] 93:15
**18** [4] 84:21 85:6,10 94:10
**18th** [11] 23:18 28:18 59:25 61:15 76:14 82:18 84:4 92:23 97:15 109: 2,7
**1985** [1] 113:3

## 2

**2** [7] 3:11 84:12,17 102:11,24 109: 10,20
**2,000** [3] 42:25 43:11 51:4
**2001** [1] 109:15
**2002** [3] 30:22 32:22 54:16
**2003** [2] 45:7 85:7
**2004** [9] 30:23 34:11,15 47:20 48: 17 49:15 54:22,25 84:21
**2004-2005** [1] 93:19
**2005** [1] 5:5
**20th** [3] 97:23 98:1,8
**220** [1] 35:13
**226** [1] 19:10
**24** [1] 3:12
**249** [1] 19:13

## 3

**3** [1] 109:21
**3:00** [1] 59:6
**36** [2] 14:24 100:24

## 4

**4** [6] 3:12 24:16 97:22 104:21 111: 10,12
**496** [1] 19:10
**4th** [1] 116:16

## 5

**5** [4] 3:13 85:22 100:23 113:23
**50** [2] 71:20 72:16

## 6

**6** [2] 109:23 110:4
**60** [1] 71:20 72:16
**610** [1] 16:4

## 7

**7** [2] 111:19,24
**7th** [1] 27:23

## 8

**84** [2] 3:10,11
**85** [1] 3:13
**8th** [9] 28:11 34:11 35:2 36:23 39: 21 44:23 45:4,10

## 9

**9** [3] 44:21 86:15 93:18
**9th** [7] 32:1,13 34:15 36:1,11,12 37: 1

## A

**ability** [1] 5:16
**absolutely** [1] 20:20
**access** [1] 19:22
**accordance** [1] 21:24
**according** [1] 101:14
**achieve** [1] 105:4
**aclu** [2] 65:20 66:24
**act** [4] 19:18,21 109:15 111:1
**act's** [1] 19:24
**action** [1] 1:3
**actions** [1] 25:20
**actor** [2] 80:4,21
**actually** [8] 34:16 48:14 87:1 93:8, 24 98:7,10 103:6
**added** [1] 99:18
**addition** [3] 10:5 23:19 60:14
**additional** [1] 94:2
**addressed** [2] 77:20 105:22
**addressing** [1] 42:24
**administration** [15] 9:2 10:25 30: 12 56:6,13 57:4,6,10 87:16 91:6 103:11 104:12 105:18 108:19,20
**administrators** [1] 64:15
**admitted** [1] 98:13
**adopted** [4] 59:21,24 92:23 93:8
**advanced** [1] 88:14
**advil** [1] 52:14
**advisory** [4] 57:11 68:14,21,23
**affect** [1] 28:5
**agenda** [3] 86:9 93:5 115:4
**ages** [1] 14:22
**aggressively** [2] 46:2,15
**ago** [10] 29:8,9 41:1,8 42:21,25 43: 11 51:4 53:24 94:8
**agree** [1] 5:9
**agreeable** [1] 5:8
**agreed** [1] 105:18
**agreement** [4] 60:11,12 101:13,16
**ahead** [6] 64:5,7 74:1 80:8 81:4 106:9
**alan** [5] 12:13 39:13 46:1 83:17 99: 19
**alan's** [1] 83:2

**allegiance** [4] 41:3,5,11 42:17
**allis** [1] 13:22
**allow** [1] 52:6
**alone** [1] 19:17
**already** [10] 38:11 46:12,22,22 47: 7 58:2 67:22 75:22 79:19 80:6
**amendment** [2] 93:21 110:25
**amicable** [1] 100:20
**amount** [2] 22:5 25:6
**analyze** [1] 104:14
**ancestor** [3] 21:10,15 81:9
**and/or** [1] 116:24
**angie** [4] 27:9,11,13,17
**ann** [1] 99:2
**another** [3] 6:19 69:2 103:24
**answer** [29] 3:11 5:14,19,25 7:6, 25 16:5,12,12 17:21 18:9,18 20:2, 11 22:17,23 23:4,8 36:21 37:20 68:11 73:20 78:4 80:8 81:4 84:16 91:22 102:21 115:6
**answered** [7] 21:17 22:11 74:1 81: 4,12 82:2 108:10
**answers** [1] 104:15
**anybody** [20] 10:21 23:13 35:20, 23 38:23 48:3,7 67:5 75:8 76:3 79: 17 88:24 89:11,10,13,17,25 92:18 96:6,11
**anybody's** [1] 55:4
**anyone's** [1] 55:9
**anytime** [1] 7:16
**apes** [1] 37:14
**apologize** [2] 15:8 36:7
**apologized** [1] 50:11
**apology** [1] 50:17
**appearances** [1] 2:1
**appeared** [1] 70:12
**appearing** [1] 70:15
**appears** [1] 107:24
**apply** [1] 116:23
**appreciate** [1] 13:18
**appropriate** [1] 83:24
**approval** [2] 31:3 63:22
**approve** [2] 57:12 103:22
**approved** [3] 93:20 103:25 114:23
**approximate** [1] 66:6
**aralene** [1] 1:5
**arbor-based** [1] 99:2
**area** [11] 9:19 11:3 14:1 15:2,22 16: 7 17:22 28:4 84:22 96:18 105:25
**argued** [1] 52:3
**argumentative** [1] 22:20
**around** [6] 45:6 59:14 64:3 81:12 100:24 113:24
**article** [30] 25:1 28:8 32:1,10 34: 10,12,17,22 35:25 36:4,6,8,11,12 37:1 45:14,15,16,19 48:11,16,19 49:15,20 50:3,6 54:21,23 97:23, 25
**articles** [5] 24:24 25:22 32:6 35:1 36:15 49:3,10,14 98:7
**askew** [1] 27:5
**asks** [2] 105:20,23
**assessments** [1] 105:5
**assumes** [1] 82:13
**atheist** [1] 97:18

**attached** [2] 87:20 102:20
**attachment** [1] 103:1
**attachments** [1] 86:24
**attempted** [1] 77:16
**attend** [5] 15:2,25 16:14,18,24
**attendance** [1] 53:12
**attended** [3] 8:15 13:13 99:20
**attorney** [2] 7:14 92:24
**attorney-client** [3] 7:5 90:10 91: 21
**attorneys** [2] 91:5 116:14
**audibly** [1] 5:20
**audience** [1] 51:13
**august** [1] 60:6
**authority** [1] 19:1
**authorizing** [1] 4:21
**available** [3] 104:14 107:25 108:3
**aware** [12] 16:6 25:4,19 26:23 60: 18 84:24 87:12,25 88:18 89:3 108: 1 110:23
**away** [2] 26:21 50:24

## B

**b-o-r-g-e-r** [1] 79:1
**back** [14] 11:18 23:3 29:25 30:23 54:16,16 61:24,24 62:6,7 65:20 69:17 94:7 100:22
**background** [1] 15:20
**baksa** [10] 8:12 30:25 59:1 62:17 63:18 64:12 67:9,16 71:22 92:4
**balance** [4] 40:4 46:5,20 48:23
**balanced** [1] 37:15
**band** [3] 86:5 100:23 113:24
**barrie** [2] 29:14 69:3
**basis** [8] 22:8 23:2 25:8 49:7,8,9 61:20 105:17
**bawling** [1] 44:7
**bear** [1] 24:20
**become** [1] 15:16
**bed** [1] 6:8
**began** [2] 27:21 28:22
**begin** [5] 4:15 5:25 7:25 28:25 29: 7 57:3
**beginning** [3] 59:7,10 104:2
**begins** [1] 99:15
**behind** [6] 2:1 87:3,5,19 109:14 111:1
**belief** [3] 18:20 19:4 113:2
**beliefs** [5] 16:5,10 20:17 40:13,15
**believe** [56] 12:15,16,16 18:7,14 23:23,24 24:2 26:25 27:7,17,24 29:1 30:20,25 33:3 37:6,8,9,10,17, 21 38:3,8,10,11,25 39:1 44:17 45: 8,11 46:23 47:14 51:21 53:24 54: 7 59:5 85:2 66:4 67:14 68:15,20 69:24,25 71:22 77:10,17 78:12,19, 23 79:2 85:8 87:4 100:6 103:16 104:12
**believed** [1] 83:20
**bell** [1] 91:11
**bernhard** [1] 49:22
**besides** [1] 94:12
**best** [6] 5:15 45:9 79:21 95:22 107: 24 112:20
**bethann** [2] 116:3,20

Sheila Harkins 1/3/05

**better** [1] 45:8
**between** [6] 4:2 40:4 48:23 75:1,3, 6
**bible** [5] 17:12,14 50:22 52:5,8 53: 4 54:8,13,15
**bill** [6] 12:15 41:9 43:6 59:1 62:18 63:2
**bill's** [1] 83:2
**biological** [5] 21:2,7,13,21 22:14
**biology** [45] 25:5,21 26:19 28:3,15, 22 29:2,4,11,16,19 30:12 31:18 32:21,23 35:5,15 36:17 37:3 46:3, 16 47:4,11,20,24 48:22 50:14 54: 25 55:10,12 58:19,22 61:13 63:16 64:9,18 68:25 70:12,15 77:1 79: 13 86:15 87:21 93:18 109:18
**bit** [1] 40:1
**black** [1] 50:23
**board** [129] 11:3,6,15 12:3 15:4,6, 16 19:8 23:14,18 27:23,24 29:15, 25 31:2,9,17,20 32:19 33:7 34:11 35:2,14 36:16,22 38:19,23 39:12, 20 40:9 41:4,11,15 42:24 43:14, 17,20 44:8 45:3,25,25 46:13,13 47:3,24 48:21 49:10 50:9,13 51:8 54:11,22,24 55:20,21 57:7,8,12,20 58:7 59:21,24 60:16,20,23 61:1,2, 8,12,17 62:3,3,4 63:6,7,9,10,22 64: 4,14,19,19 67:10,17,23 68:3,16 69: 24 72:5,21 73:17,19 75:9,20 76: 13 83:7 84:3,6,22 85:6,9 87:21 90: 13 92:3,21,22 94:13,16,18,23,25 95:13,18,24 96:2 97:13 98:14 101: 4 103:22,24 107:8,11 108:16 109: 2,15 111:8 114:23,24,25
**board's** [11] 8:21 9:9 10:10 25:4, 20 26:18 28:18 61:14 82:18 94:9 102:2
**bold** [1] 93:7
**bonsell** [8] 8:11 12:13 23:20 39:13 46:1,14 99:19 100:1
**book** [39] 17:8 18:3,15 28:16 30:7, 10,15,16,22,24 31:3 33:5,9,16,19 37:3,14,15 38:19 39:4 40:3 46:3, 16 48:22 49:17 50:14 52:5 64:8 69:10,12 70:10,13,16 71:6,12 72: 16 73:3,5 88:4
**books** [12] 29:21,23,23,24 30:1,2,8 31:1 35:13 72:23,24 107:20
**borger** [4] 78:23,25 79:1,3
**boston** [2] 34:19,19
**both** [7] 6:1 19:22 23:20 33:9,16, 20 39:16
**bottom** [6] 39:12 86:4 87:11 93:7 98:11 103:7
**bought** [2] 29:19,21
**bowman** [1] 45:22
**break** [3] 52:20,23 69:7
**bridget** [1] 19:9
**briefly** [2] 4:13 79:24
**bring** [1] 22:23
**brown** [6] 12:16 23:21 33:8 42:3,4 43:3 44:1 59:3
**bryan** [1] 1:3
**buckingham** [44] 8:11 12:15 23:

19 32:19,25 33:8,22 35:24 37:2, 13,22 38:18 40:3,8,21 41:9,15 42: 15 43:6,10 46:2,5,8,14,19 48:21 50:11,20 52:3 53:11,21,25 59:1 62:18 89:6,9 93:16 98:12,20,25 99:11,19,25 109:6
**buckingham's** [2] 52:2 53:3
**buddhists** [3] 40:13 43:8,16
**build** [1] 13:9
**burt** [1] 58:25
**business** [2] 62:3 63:9,10
**buyer** [1] 13:5
**buying** [2] 29:4 30:9
**byron** [3] 78:23,25 79:1

___

**C**

**call** [1] 66:19
**callahan** [3] 1:6 29:14 69:3
**called** [5] 4:8 17:25 46:8 63:18,21
**calling** [1] 64:3
**calls** [3] 61:16 68:7,12
**came** [4] 29:10,15 51:14 62:23 78: 7 101:21
**cannot** [1] 21:4
**care** [1] 97:7
**careful** [1] 92:14
**case** [3] 19:14 23:24 105:12
**cases** [1] 111:11
**casey** [16] 12:16 33:7 42:3,14 43: 22,22,23,23 44:1 51:23 59:3 83:5, 17 97:7 101:10,11
**cell** [1] 74:18
**center** [11] 3:15 89:10,23 90:1 99: 2 112:1,12,23 113:6,9,20
**certain** [2] 22:5 25:6
**certainly** [3] 25:3 77:13 106:3
**certification** [1] 4:4
**certifying** [1] 116:24
**chairperson** [1] 12:3
**challenge** [2] 51:13 98:17
**chalmers** [1] 13:22
**champions** [1] 99:3
**chance** [1] 36:9
**change** [19] 12:20,21 57:5,13 59: 17 60:9,21 61:3,6,9 62:25 63:1 66: 9 67:21 68:24 74:15 86:15 87:20 88:13
**changed** [2] 56:12 103:18
**changes** [10] 55:18,22 56:16 57:3 58:10 68:19 87:16 93:17 108:23, 24
**chapter** [1] 29:22
**charge** [3] 112:16,19 113:1
**charlotte** [4] 52:2,8 54:1,6
**check** [1] 111:18
**child** [4] 29:16 109:14 110:25,25
**children** [2] 14:20,25
**christian** [4] 40:5 43:5 53:13 98: 13
**christianity** [1] 40:17
**christians** [2] 50:24 113:2
**chronological** [1] 31:25
**church** [8] 15:25,25 16:14,15,16 33:23 46:7,25
**citizens** [1] 57:11

**civil** [2] 1:3 21:24
**clarification** [1] 38:7
**clarify** [1] 93:14
**class** [2] 105:3 114:15
**classroom** [3] 5:5 107:25 108:4
**clear** [8] 15:8 18:18 19:23 21:25 47:22 79:20 83:25 85:16
**cleaver** [2] 23:21 93:17
**client** [1] 17:6
**clifton** [1] 20:10
**close** [7] 40:16,18 46:9 50:23,24 52:7 101:23
**clue** [2] 81:24 108:15
**co-counsel** [1] 115:9
**cold** [1] 52:13
**college** [5] 13:13,21,23,24,25
**come** [8] 29:25 33:6 59:3 65:24 78: 10 82:20 97:8,12
**comes** [2] 25:16 112:21
**coming** [1] 30:9
**comment** [5] 5:11 43:5,7,7,20
**comments** [8] 10:4 44:16,17 47: 13,19 50:12 52:2 63:1
**committee** [36] 11:21,23 12:2,10 32:20 33:6,8 39:3 57:8,19 58:2,6, 8,11,16 60:17 67:25 68:2,4,14,15, 21,23 87:22 88:7,9,14,22 89:1 90: 8,12 96:19,24 97:3 99:18 101:6
**committees** [4] 11:14,17 12:6,20
**common** [4] 8:2 21:10,15 81:9
**commonwealth** [1] 116:1
**communicated** [1] 96:12
**communicating** [1] 96:6
**community** [5] 13:24 19:9 75:21, 23 79:7
**compendium** [1] 24:24
**competent** [1] 94:18
**complained** [3] 29:10,15 69:4
**complaining** [1] 30:7
**complaint** [5] 3:10 9:23 84:15,18 102:9
**complete** [5] 5:24 59:23 116:8
**completely** [2] 48:1 52:17
**complex** [1] 61:21
**compound** [1] 61:21
**computer** [3] 9:5,7 32:7
**concepts** [1] 70:19
**concern** [2] 9:22 16:6
**concerned** [3] 16:3 28:16 47:17
**concerning** [1] 18:20
**concise** [1] 22:1
**concluded** [1] 115:12
**conclusion** [2] 68:8,12
**conduct** [1] 22:18
**conducting** [2] 4:14 21:23
**confer** [1] 115:8
**conference** [1] 7:14
**conflict** [1] 23:11
**conflicts** [2] 23:15 24:5
**congregation** [2] 16:21,24
**conservative** [1] 98:15
**consider** [2] 14:11 41:4
**consideration** [4] 28:22 29:3 37: 4 40:12
**considers** [1] 57:9

**constitutionality** [1] 19:5
**consult** [3] 17:16 20:18 92:21
**consulted** [2] 68:24 88:24
**contacted** [1] 26:1
**contacting** [1] 90:20
**contests** [1] 79:7
**context** [4] 41:2 42:19 109:17 111: 8
**control** [1] 116:24
**conversation** [11] 43:3 63:18 64: 1,12 66:1,5,21 67:6 75:22 92:7,10
**conversations** [14] 4:25 23:13 24: 3 60:19 61:1,8 63:6,15 64:14 67:2, 5,20 89:25 90:5
**conviction** [1] 19:15
**copies** [4] 71:12,15 72:16 107:6
**copy** [19] 9:16,17 17:12 69:12,14, 16,23 76:16,19 77:25 85:22
**correct** [58] 11:4 18:5 23:22 36:13, 14 38:12,13 41:17,19 42:12,18 43: 9,13 45:4,5,7,11 46:25 47:8,9 51: 1 53:14 54:17 55:13,14 56:17 57: 17 58:1,4,5 60:7 62:13,15 66:11 67:1 69:3 76:5 79:20 82:1,18 85:8 86:10 87:4 93:8,9 95:20,25 96:1 103:9 104:5,19 106:16,21 110:18, 20,22 113:21,22
**correctly** [7] 31:10 40:19,20 46:9, 10 52:16 56:8
**couldn't** [4] 11:18 26:6,11 30:1
**council** [1] 57:11
**counsel** [19] 4:3 5:1,8 6:7,10,16 16:6 18:24 21:22 52:19 76:18 92: 14 104:19
**counsel's** [1] 18:11
**count** [3] 26:6 76:6,7
**country** [2] 40:15,17
**county** [3] 79:8 116:2,4
**couple** [4] 34:24 44:20 69:6 94:8
**course** [7] 7:17 13:16 18:13 109:4
**course/curriculum** [2] 86:16 93: 19
**courses** [2] 13:17 14:5
**court** [12] 1:1 4:13,21 5:1,20 13:18 20:19 22:24 23:5 62:7 90:2 111: 11
**courtesy** [1] 8:3
**cover** [4] 70:4,4,20 87:15
**coverage** [2] 26:17
**covered** [6] 70:19,23 71:1 72:17 90:9 91:21
**created** [1] 81:1
**creation** [5] 17:7 18:3,16 46:3,17
**creationism** [15] 28:5 33:9,16 35: 21 38:20 39:4,6,14 40:5 48:23 55: 1,10 61:14 108:7,14
**creatures** [1] 81:8
**critical** [2] 95:3 96:18
**critically** [2] 104:14 106:19
**cross** [3] 43:1,11 51:5
**cupboard** [1] 30:3
**curious** [1] 72:22
**curriculum** [54] 11:20,23 12:2,10 25:5,21 26:19 28:16 32:20 33:6 39:2 55:19,23 56:16 57:2,5,8,18

Sheila Harkins 1/3/05

58:2,6,8,8,9,11,12,16 59:17,18,19
60:9,17,20 61:3,6,9 62:5 65:8,9
66:8 67:21,25 68:4,14,19,20,21,23,
25 86:14 87:21,22 88:7,9,14,22,25
96:19,23 97:3 98:4,9,14 101:6
109:18
cycle [2] 30:8,9

## D

daily [5] 24:25 25:8,11,14,17,19
26:24 27:7 34:18 35:25 36:13 37:
1 44:21 45:19 48:16 49:6,7,8,9,14,
24 54:20 97:22,25 98:7
dallastown [5] 9:23 76:10,24 77:1
79:13
darwin [2] 94:12 96:17
darwin's [4] 48:23 84:25 87:12 88:
1
darwinism [2] 32:23 51:12
date [2] 32:3,13
dated [1] 116:16
daughter [1] 14:23
david [1] 2:9
day [3] 23:1 41:9 116:16
debate [1] 49:18
decide [1] 97:9
decided [1] 62:24
declined [1] 37:4
defend [1] 113:1
defendant [1] 84:21
defendants [4] 1:10 2:8 3:13 85:
24
defending [1] 98:16
define [1] 74:15
defined [1] 73:10
definite [1] 100:10
definition [7] 73:12,15 74:6,10,11
80:16 105:10
definitions [3] 21:4 80:14 82:5
deliberating [1] 27:3
deliberations [2] 25:4 26:19
delicate [1] 17:22
denise [1] 108:25
department [4] 29:19 30:12 58:20,
22
depew [1] 2:9
deposition [24] 4:14,20 5:6 6:5,15
7:22 8:14 21:23 22:4,18,19 24:12
76:20 84:12 85:18,24 97:22 101:
13 102:23 109:9 111:18,20,24
115:12
depositions [2] 4:22 5:2
derived [1] 21:15
descended [1] 37:14
describe [1] 73:13
describes [1] 18:3
design [75] 8:21 9:8,25 10:7,10 28:
19 55:1 61:14 64:17 70:20,22 71:
9 72:18 73:9,10,14,18,24 74:8,10,
14,22,24 75:9,17 76:4,23 77:5,9,
15,16,17,19,22 78:2 79:5,14,18,23
80:2,8,12,19,25 81:7,15,25 82:3,9,
17 84:3 85:2 88:3,19,25 89:2 96:3
97:5 98:17 99:18 100:2,5,13 105:
8,19 106:7,16,23 107:3,17 108:13

111:2 112:6,8 114:16
designed [3] 74:18,19,20
designer [4] 74:21 82:1,11,12
desire [2] 72:18,20
determine [2] 4:23 105:10
determining [1] 5:3
devout [1] 98:13
died [3] 43:1,11 51:5
difference [4] 74:25 75:2,3,6
different [10] 9:12 13:17 18:1 26:
11 38:4 39:7 75:10 81:16 87:24
107:2
differing [2] 83:13,15
direct [5] 7:6 16:12 18:8,17 40:14
directly [1] 87:3
directors [5] 11:3 31:2,9 84:22 90:
13
disagree [1] 5:10
disagreed [1] 39:13
disagreement [6] 42:3,5 44:2,10,
12 109:5
disapprove [1] 19:24
discovery [13] 4:22 89:15,18,22,
24 90:5,21,23 91:13,14,18 92:11,
18
discuss [6] 31:3 41:11 65:3 91:18
96:2 99:25
discussed [21] 31:19 47:4,5 58:3
59:16 60:2 62:22 73:1,3,6 84:3 88:
22 91:17,23 94:7 107:11 108:8,11
109:14,17 115:2
discussing [2] 27:3 95:24
discussion [15] 28:15 29:7 35:16,
17 41:13 46:12 47:10 82:22 85:14
95:16,19 96:5,20,22 104:25
discussions [4] 35:4 50:14 61:11
62:9
dispatch [1] 24:25 25:12,15 28:1,
11 32:1,16 36:3,5,8,12 48:11,14
dispute [2] 33:15,25
disrupting [1] 22:4
district [20] 1:1,9 11:3 20:9 28:4
31:2,9 39:17 48:22 64:20 71:13
72:17 84:22 90:13 99:20 105:2
112:13 113:9,21 114:14
disturbed [1] 32:21
document [9] 31:23 84:11 102:17,
19 112:21
documents [13] 3:13 6:12,25 7:9
8:17,23 9:1,3,7 10:6,22 85:23,25
doing [2] 56:14 113:13
donated [7] 71:12,15,23 72:6,11,
16,23
donating [1] 72:24
donation [2] 73:2,6
done [6] 6:4 14:5 26:4 72:19
door [1] 25:16
dover [7] 1:9 11:2 15:2 28:3 48:21
84:21 98:9
down [5] 5:22 6:1 33:4 35:10 39:
11 40:1 51:11,11 52:1 53:7,10,12,
22 74:18 99:15
dozen [1] 19:20
drafted [3] 89:4,6 103:10
dug [1] 45:11

duly [2] 4:9 116:8
during [3] 31:14 45:24 50:13,22
52:1 53:11 76:20 101:4,6

## E

e-mail [10] 76:6,6,9,16,22 77:13,24
78:6,14 79:16
e-mailed [1] 76:11
e-mails [8] 9:8,11,18,22 10:5 60:
23 61:7,15
earlier [1] 55:11
earth [1] 18:4
ed [1] 108:25
edition [2] 30:18 32:22
editor [1] 9:24
education [11] 13:11,11 14:1,4 15:
18,19,19,20,23 19:8 37:16
effect [2] 33:24 34:3
eight [1] 17:18
election [2] 41:9,10
enacted [1] 19:21
enclosure [4] 87:6 93:5,20 94:2
enclosures [1] 87:1
encourage [2] 95:3 96:17
encouraged [2] 104:24 106:1
end [4] 59:10 109:6 113:25,25
ended [2] 30:5 44:6
endorse [1] 19:24
enough [1] 114:11
entire [2] 45:14,16
entirely [2] 22:3 83:23
entitled [1] 98:8
equal [1] 19:22
errors [1] 103:17
eshbach [1] 58:25
esq [1] 2:7
estimate [1] 70:8
even [14] 9:14 12:20 19:13,14 26:
11 27:1 36:18,18 48:6 74:13 80:5
97:7,8,8
evening [1] 6:22
events [2] 27:21 52:16
everybody [2] 42:14 66:23,24
everyone [2] 60:11 66:9
everything [1] 75:14
evidence [2] 16:4 82:14
evolution [36] 8:22 9:9 10:11 17:7
20:22,24,25 21:3,7,13,21 22:14
23:10,15 24:5,10 33:10,17 37:5
38:20 39:5,14 40:5,16 48:24 52:3
55:2,10 61:13 63:17 64:17 81:17
85:1 87:13 88:2,16
evolve [6] 20:25 21:8,10,11,18 81:
8
exact [1] 42:1
exactly [4] 43:22 63:24 77:12 111:
5
examination [1] 4:10
except [2] 4:5 34:22
exception [1] 85:25
excuse [8] 17:18 31:12 87:1,7 97:
24 102:12 112:17 114:17
executive [2] 90:8,12
exhibit [23] 3:9 24:12,16,18 48:11
84:16,17,18 85:18,21,22 87:8 97:

22 100:22 102:14,20,24 109:10
111:19,20,24 113:23
exhibits [3] 3:7 84:12 86:23
expand [1] 97:7
explain [1] 113:18
explained [2] 75:8,10
explanation [1] 21:1
explore [2] 106:1,4
exploring [1] 74:6
expressing [2] 96:24 97:3
eyes [1] 44:7

## F

face [1] 19:22
fact [5] 65:19 82:13 88:6,17 97:6
faculty [5] 57:4,6,10 60:15 100:4
fair [1] 74:16
faith [1] 112:25
faiths [1] 40:14
false [1] 27:14
familiar [4] 17:8 19:6 20:22 101:2
families [1] 105:2
far [2] 16:2 28:16
favor [7] 44:14 46:2,15
federal [7] 16:3 18:21,23 19:1 20:
6,8 21:24
feel [3] 22:22 42:23 100:7
felt [4] 60:10,11 96:17 103:17
few [5] 42:21 49:13,21 53:24 109:
13
fifth [2] 45:17 50:19
figure [1] 56:4
file [4] 4:23 10:19
filing [1] 4:4
find [6] 32:12 72:22 88:17 105:9
106:10,12
fine [2] 83:23 101:23
finish [3] 7:24 10:9 36:20
firm [3] 74:6 98:16 99:3
first [16] 22:10 29:7 31:11 40:25
41:8 45:18 48:20 84:19 87:5 98:5,
9,11 103:7 109:10,12,21
five [3] 26:7 64:3 101:14
flip [1] 86:12
flowers [2] 71:2,3
focus [1] 49:17
focused [1] 47:25
focuses [1] 105:3
follow [2] 18:11 55:20
followed [4] 14:6 25:20,23 55:22
following [3] 44:6 84:23 99:14
follows [2] 4:9 34:17
foregoing [1] 116:10
forgot [1] 52:12
form [3] 4:5 22:7,21
formal [4] 13:11 14:1,7 68:22
formally [1] 55:24
formed [1] 74:9
forming [1] 80:15
forms [3] 18:4 21:14 80:3
forward [1] 49:13
found [2] 29:18 53:18
founded [2] 40:15,17
four [5] 18:1 102:15,15 103:9 109:
10

Sheila Harkins 1/3/05

fourth [2] 45:17 51:25
frame [1] 60:4
free [6] 77:13 112:15,18 113:10,14,
21
friend [2] 78:12 79:4
front [1] 31:24
full [7] 17:3 43:24 98:11,24 102:13
112:23 116:10
fully [1] 52:17
further [6] 21:19 40:1 53:7,10 113:
18 115:7

**G**

gaps [3] 59:20 65:10 87:12
gaps/problems [2] 84:25 87:25
gave [1] 57:21
gawthrop's [1] 20:10
geesey [1] 23:19
general [9] 55:15,22 56:10,15 73:
13,16 74:7,13 83:12
generally [6] 31:11 41:25 56:11
70:11,15 101:10
generated [1] 25:6
generation [1] 50:21
genesis [4] 17:8 18:3,15 52:5
gentleman [1] 6:19
gentlemen [3] 91:17 92:8,10
getting [3] 7:5 16:4 26:20
gift [1] 113:11
gillen [2] 6:20 8:7
give [5] 8:3 17:3 21:4 43:24 69:21
73:11 74:10 75:19 83:18 94:25 96:
8,16 114:14,17,21
given [4] 102:8 104:15 106:12 116:
9
gives [1] 37:15
glanced [1] 70:6
glancing [1] 70:12
god [5] 27:4,16 41:3,5,14 42:6,9,
16 43:4,5
got [6] 6:8 10:9 29:23 30:6,17 65:
20
gotten [2] 21:19 30:23
grade [2] 86:15 93:18
grammar [1] 103:18
grammatical [1] 103:17
grants [1] 19:22
grounds [4] 20:3,4,5,12
group [1] 65:5
growing [1] 50:20
guess [4] 54:10 69:18,19,20
guesstimate [1] 6:24
guidance [1] 106:12
guide [2] 86:16 93:19
guys [1] 91:4

**H**

half [1] 9:20
hall [2] 20:10 32:22
hamilton [1] 2:2
hand [1] 84:11
handed [2] 24:15 111:23
handing [1] 85:21
handled [2] 76:24 77:2
happen [5] 28:14 31:5 52:11 102:
2 105:20

happened [7] 29:9,12 30:4,14,21
59:13 61:17
happens [1] 105:7
hardly [1] 35:7
harkins [7] 4:8,12 5:13 24:15 33:7
51:22 99:20
harvey [75] 4:11,12 5:9,12 7:8,16,
20 10:20 16:8,13 18:2,10,23 19:1,
6,11 20:1,7,18,21 21:22 22:16 23:
3,7 24:14 28:9,13 34:8:6,9
44:3 50:2 52:23 53:2 61:25 62:11
68:13 69:6,9 74:3 76:18,21 80:11,
17,18 81:6,14 82:6,16 84:14 85:
20 90:11,17 91:22 92:1,14,15 93:
12 94:6,20 98:4,6 101:16,19,22
102:22 104:19 105:16 106:11 108:
12 111:18,22 115:7,11
head [3] 11:14,21 32:19
headline [1] 49:18
hear [3] 13:6 15:13 32:25 45:2,6
heard [6] 34:2 111:3,4,5,15
hearing [3] 65:2 66:3,4
hearings [1] 67:15
heaven [1] 18:4
heidi [1] 49:22
held [1] 36:23
help [5] 32:5 36:15,21 54:23 55:4
helped [1] 7:9
hereby [4] 4:2,4 116:4
hereinbefore [1] 116:5
hermans [1] 108:25
high [5] 32:21 35:11 50:14 55:19,
23
highest [1] 13:10
highly [1] 20:7
hindus [3] 40:13 43:8,16
history [1] 110:24
hold [1] 28:4
holding [1] 69:14
holds [1] 21:13
holtzapple [1] 109:1
home [6] 8:19 10:6 12:22,24 13:2
17:12
honest [1] 49:5
horse [1] 113:11
hour [4] 52:21 70:8 101:18,19
hours [1] 6:24
house [1] 9:4
how's [1] 68:9
hundred [1] 63:5
husband's [1] 14:18
hydro [1] 13:5,7,8,19
hydroelectric [1] 13:9
hypothetical [1] 106:9

**I**

idea [6] 69:21 71:24 74:4 75:1 82:
20 95:15 100:21 103:19
identification [4] 24:13 84:13 85:
19 111:21
immediately [1] 34:17
implemented [1] 102:3
improper [3] 16:2 20:8 22:3
inappropriate [4] 53:9 54:6,10,19
include [1] 100:9

included [6] 33:16,19 96:7,9,13,15
includes [3] 33:7 46:3,16
including [6] 42:3 66:24 85:1 88:2
96:3 97:4
inclusion [1] 100:13
incorrect [5] 26:2,25 27:8,10 57:
16
incorrectly [1] 27:18
indicated [4] 21:18,20 80:7,13
individual [1] 105:1
inexcusable [1] 37:13
informal [2] 14:4,8
information [2] 30:13 89:2
initially [2] 29:21 103:16
input [2] 57:9,21
inquisition [1] 100:16
institute [12] 89:15,18,22,24 90:6,
21,23 91:13,14,18 92:11,18
instruct [2] 20:11 22:22
instructing [1] 20:1
instruction [2] 18:12 105:3
intell [1] 81:22
intelligence [3] 81:20,22,23 82:15
intelligent [78] 8:21 9:8,25 10:7,
10 28:19 55:1 61:14 64:17 70:20,
22 71:9 72:18 73:8,10,14,18,24
74:8,10,14,22,24 75:9,16 76:4,23
77:5,9,15,21 78:1 79:5,14,18,23
80:2,4,7,12,19,21,25 81:1,7,15,25
82:1,3,9,11,12,17 84:2 85:2 88:3,
19,25 89:2 96:3 97:5 98:17 99:18
100:1,5,13 105:8,19 106:7,16,23
107:3,17 108:13 111:2 112:6,8
114:16
interest [3] 15:18,21 72:3
interested [4] 28:11 72:24 98:16
116:14
interject [1] 22:25
interpretation [1] 77:10
interrupt [1] 22:19
introduction [1] 84:20
invalidate [1] 19:18
involved [2] 81:21 82:15
involving [1] 73:1
isn't [6] 10:17 18:4 76:5 91:12 102:
12 113:21
issue [3] 42:24 47:17,25
issues [5] 22:24 28:17 29:1 65:13
99:3
issuing [1] 41:14

**J**

james [1] 17:24
january [3] 5:5 102:4 104:3
jeff [4] 42:3,14 43:3 83:5
jen [1] 58:25
joe [5] 26:3 36:18 37:10 45:11 49:
12
joel [1] 1:4
joseph [1] 49:25
judge [2] 5:2 20:9
judicial [1] 18:19
julie [1] 1:5
july [1] 69:22
june [40] 27:21,23 28:11 30:20 31:

17 32:1,13 34:11,15 35:2 36:1,11,
12,23 37:1 39:21 44:21,22 45:4,
10,20 47:3,20 48:11,17 49:15,16,
24 50:10 53:5 54:21,22,25 59:8,
10,14 60:3,4,5 69:22

**K**

karen [1] 109:1
keep [5] 22:12 67:25 68:5 86:6
104:24
kept [2] 68:2 107:21
kids [1] 79:8
kind [2] 58:18,21
kinds [1] 82:4
king [1] 17:24
kitzmiller [1] 1:3
knowledge [8] 5:15 33:22 45:9 56:
7 61:11 97:13 99:6 112:20
known [1] 79:6

**L**

laced [1] 32:23
ladies [1] 52:25
lane [1] 1:17
language [14] 89:4,7 92:22 93:7
94:1,2 100:14 103:7,10 109:20,23
110:24 111:10,16
large [1] 75:21
larry [1] 72:6
last [24] 4:13 6:22 7:17 8:8,15 12:
10 23:3 25:5 29:14 40:2,11 48:20
50:13 58:3,19 89:21 90:2 98:11
110:11,21,23 113:24
later [2] 55:18 66:18
law [15] 18:18 19:21 46:8 89:10,23
90:1 98:16 99:2,2 111:25 112:12,
22 113:6,9,20
lawsuit [7] 8:20 10:23 25:3 91:19,
23 112:7,13
lawyer [1] 90:8
least [1] 64:3
leaves [1] 104:25
lecture [1] 22:11
led [2] 25:2 28:17
left [2] 109:14 111:1
legal [6] 65:6,13 66:10 68:7,12 98:
17 99:1 112:25
legislative [2] 19:19 110:24
legislators [2] 19:13,15
legislatures [1] 19:20
less [3] 9:20,20 66:22
letter [2] 9:24 79:4
letters [1] 61:16
letting [1] 17:23
level [1] 13:10
liberals [1] 50:22
library [3] 3:12 107:22,23
lieb [1] 1:4
lies [1] 52:4
life [10] 21:14 80:3,20 81:1 82:10,
11 85:2 93:21 94:3 105:1
light [1] 18:4
likely [2] 98:5,9
limited [4] 5:2,7 85:1 88:2
line [1] 21:22
list [1] 12:6

Sheila Harkins 1/3/05

**literal** [1] 18:14
**little** [2] 40:1 87:24
**living** [5] 21:8,14 74:18 77:18 81:8
**llp** [1] 2:2
**long** [11] 6:23 11:6,10 24:18 35:16, 16 39:15 66:5,21 70:7 114:11
**look** [18] 10:21 17:19 24:17 32:10 33:4,8 34:12 51:11 84:17 87:3 93:2 97:20 101:2 109:9 113:11 114:4, 7,11
**looked** [6] 29:13 33:15 42:20 71:7 88:15 107:16
**looking** [12] 28:8 29:18 33:19 38:19 39:4 71:8,9,10 102:14,17,19,23
**lots** [1] 70:24
**lousy** [2] 26:13,14
**lunch** [2] 101:18,19

## M

**ma'am** [1] 36:20
**made** [15] 5:10 25:23 28:15 41:21, 22,24 42:25 43:6 44:16 47:13 50: 13 72:10 84:24 87:12,25
**maldonaldo** [6] 26:3 36:18 37:10 38:12 45:11 49:25
**maldonaldo's** [1] 49:12
**man** [2] 37:14 43:11
**manner** [1] 22:2
**many** [9] 9:19 11:25 26:4,11 39:7, 7 58:21 71:15 80:14
**mark** [1] 111:18
**marked** [11] 3:9 24:12,16 84:13,15, 17 85:18,21 97:21 111:20,23
**married** [1] 14:16
**master's** [1] 77:8
**material** [1] 30:6
**matter** [1] 8:20
**mckeary** [1] 79:10
**mean** [12] 6:14 8:18 16:17 33:2 34: 5 43:7 59:7 61:18 71:7 91:14 92: 13 108:24
**meanings** [1] 39:7
**means** [2] 43:4 74:5
**meant** [3] 13:21 15:16 109:12
**medication** [1] 52:13
**meet** [9] 6:7,10,15,18,21 31:10,14 58:21 64:22
**meeting** [57] 8:7,14,16,18 17:4 27: 23 34:10 35:2,5 36:23 38:23 39: 20 40:3 43:14,18 45:3,25 46:13, 13 47:3 50:9 51:8 53:11 54:7,22 60:10 61:12 63:4,9 67:13 68:22 69:24 72:5,14 73:1 84:3,6,7 85:9, 15,17 86:10 90:1,9,12 91:8 92:2 95:18 97:9,12,17 99:10,20 100:19 109:2,6 111:8 114:25
**meetings** [36] 31:17,20 50:13 54: 25 55:5 58:15,17,18,19,21 59:4,12, 16 60:14,16 61:2,7,16,17 62:2,4,5, 9,12 63:7,8 67:23 68:17 72:25 73: 5 83:7 99:8 100:1 101:4,7 108:16
**member** [12] 11:2,6 15:6,17 16:22, 23 32:19 41:15 48:21 75:9,20,21
**members** [25] 12:3 23:18 33:7 35: 14 36:17 38:19 44:8 46:1 60:20

**61:2** 62:3 63:7 64:4,15,19,19 67: 10,17 75:22 92:3 95:13 96:23 97: 2,13 99:19
**memo** [3] 87:15 104:13,17
**memory** [3] 47:22 48:3 84:5
**men** [1] 91:5
**mentioned** [6] 5:8 54:5 72:7 78: 15,20,22 82:25 83:2,2,3,6,7,8 114: 22
**mergens** [4] 19:3,6,7,10
**mess** [1] 9:4
**met** [1] 4:13
**michigan** [1] 98:15
**middle** [1] 54:13
**might** [5] 34:7 46:7 74:15 81:20 104:22
**mike** [11] 8:11 30:25 59:1 62:17,23 63:2,18 67:9 71:22 92:4 114:22
**miller** [1] 58:25
**mind** [4] 23:10 104:24 113:17,19
**minded** [1] 74:2
**minute** [4] 32:12 36:2 66:22 93:9
**minutes** [8] 42:21 44:21 53:24 68: 1,3,5 69:6 94:8
**mischaracterization** [1] 38:3
**missing** [1] 48:2
**mistake** [1] 8:4
**modern** [1] 17:25
**moment** [5] 34:12 49:20 67:24 79: 21 109:9
**monday** [6] 31:12,13 41:8 45:25 50:10 99:8
**monkey** [1] 51:14
**monkeys** [1] 37:15
**month** [6] 11:11 31:12,12,13,16 89: 21
**months** [3] 7:18,18 31:14
**morality** [1] 99:4
**morning** [7] 4:12 6:8,13,14 16:10 25:17 86:1
**most** [4] 13:1 17:16 74:12,13
**motion** [2] 44:19 93:16
**motivated** [1] 19:15
**motivations** [1] 94:17
**motives** [1] 19:20
**mouth** [1] 113:11
**move** [3] 55:16 98:4,9
**ms** [9] 4:12 5:13 23:19,21,21 24:15 51:22 53:21,25
**much** [2] 35:7 45:1
**mulay** [2] 116:3,20
**muslim** [1] 40:15
**muslims** [3] 40:13 43:8,17
**must** [1] 53:13
**muster** [1] 65:24
**myself** [4] 14:11 42:14 59:1 62:17
**myth** [3] 33:24 46:9,25

## N

**name** [7] 12:5 14:18 17:3 43:25 76: 3 78:24 79:10
**named** [1] 72:6
**names** [4] 14:22 79:17 91:6,7
**nature** [4] 63:15 71:10 106:24,25
**necessarily** [4] 8:18 49:9 55:21

**60:5**
**necessary** [3] 5:19,24 7:24
**need** [12] 22:22 24:17 35:12 45:14 47:8 58:15,15 59:23 88:17 89:1 106:10 114:10
**needed** [1] 35:11
**needn't** [1] 40:12
**negativity** [1] 100:7
**neither** [1] 5:9
**never** [17] 26:15 33:15,17 39:3 51: 7,9 52:9,10 68:9,16 72:12 90:22 101:25 108:8,11 112:9 114:13
**new** [12] 28:22 29:4 31:3 35:8,11, 12,12,13,15 47:8 48:22 50:14
**news** [1] 3:12
**newspaper** [3] 25:8 77:3,3
**next** [18] 18:14 36:4 37:12 38:18 45:13 46:4,6 48:10 51:22,25 87: 19 90:2 92:17 93:2,15 98:24
**night** [8] 8:8,15 98:25 99:7,8 110: 11,21,23
**night's** [1] 45:25
**nilsen** [6] 81:1 67:9,16 71:22 92:4
**noel** [5] 44:16,18 46:1 54:11 83:19
**noel's** [1] 83:2
**nonargumentative** [1] 22:2
**nope** [3] 67:4 72:1 112:4
**nor** [1] 5:9
**normal** [1] 115:5
**notary** [2] 116:3,21
**note** [1] 85:2
**notes** [5] 45:12 101:4,6,9 116:11
**nothing** [4] 6:13 52:4 115:4,5
**november** [7] 40:25 41:8 45:6 52: 9 54:7,16 109:7
**number** [11] 3:9 16:9 25:3,22 71: 12 86:13,14 93:3 100:23 111:19, 24
**numbers** [1] 86:4

## O

**oath** [1] 5:16
**object** [4] 7:4 16:11 61:20 114:18 8,17 22:7,9,20 23:1 38:2 68:7 73: 25 80:6,22 81:3,11 82:2,13 90:7 91:20 94:15 105:14 106:8 108:10
**objection** [24] 7:13 10:13 16:1 18:
**objections** [7] 4:5 22:1,3,6,7,20, 25
**obviously** [4] 42:1 75:14 76:20 86: 20
**occasionally** [1] 26:3
**occasions** [1] 26:4
**occurred** [1] 35:4
**october** [16] 23:18 28:18 59:25 61: 15 76:14 82:18 84:4,21 85:6,10 92:23 94:10 97:15,23,25 109:2
**offended** [1] 50:12
**offer** [2] 48:23 88:15
**offers** [1] 40:4
**offhand** [1] 107:14
**office** [5] 8:19 10:6,14,15,16
**officials** [1] 64:20
**often** [1] 31:10
**oftentimes** [1] 58:9

**okay** [36] 4:16 8:2 17:21,24 22:11 32:9,15,17,24 33:3 34:25 49:16 50:1,16 53:18 66:25 68:10 69:11 80:17 83:22 86:2,8,25 87:14,18 90:16 93:4,23,25 99:22 100:25 103:2 104:18 111:14 112:2 113:4
**old** [1] 14:23
**once** [6] 31:15,15 45:1,1 53:6 101: 11
**one** [48] 9:23 11:11 14:23 15:7,10, 13 17:1,25 25:10,16 28:2 29:22 30:17 35:12,13 41:22 44:18 47:8 48:18 49:22,23 52:12 56:2 59:21, 24 61:19 62:16,17,21 64:9 69:2 78:4 87:5,19 88:15,20 93:11 94: 11,14,24 98:8 100:23 102:9,11 103:24 104:1 112:10 113:23
**one's** [1] 87:24
**one-sided** [1] 37:5
**ones** [5] 10:3 17:16 18:1 42:2 64: 16
**only** [22] 9:2 22:4 29:22 30:17 36:3 39:13 41:1 43:2 45:1 47:17 51:9 52:8 53:6 57:9,21 71:18 83:19 88: 15,18 95:9 96:8 100:7,1
**open** [9] 40:16 43:14,17 74:2 104: 24
**opinion** [6] 20:10 74:16,22 75:1,4 80:15
**opinions** [3] 74:9 83:13,16
**opposed** [2] 25:14 106:24
**opposing** [1] 5:1
**opted** [2] 30:2 59:3
**option** [2] 114:15,21
**options** [1] 114:17
**order** [5] 4:21,24 31:25 86:6 87:5
**ordered** [3] 30:22,24 64:2
**ordering** [2] 63:21 64:4
**orders** [1] 30:25
**organism** [1] 74:19
**organization** [1] 65:4
**organizations** [1] 89:14
**organized** [1] 10:18
**origin** [3] 80:4 94:3 104:25
**originally** [2] 103:15 108:2
**origins** [4] 5:3 80:20 85:2 93:21
**other** [65] 7:15 8:7,14 10:3 12:3 14: 25 19:1,2 20:12 27:15 35:14 38:18 40:14 44:8 45:2 47:10,11, 13,19,23 55:5,11,16 58:12 60:16 62:3,15 63:4 64:14,15,19 65:1 66: 7 67:2,20,21 70:15,22 71:5 72:25 77:24 78:6,18 79:16 84:25 87:13 88:1,17,18,20 89:14 92:2,12,25 94:1 95:5,7,13,22 96:16,16 104:1 105:24 113:12
**others** [1] 101:9
**otherwise** [2] 46:15 99:10
**out** [17] 6:8 21:22 29:18 32:3,5 44: 7 56:4 59:9 60:13 72:22 73:21 78: 14 104:13 105:9 106:10,13 114:3
**outside** [11] 12:22,24 13:2 61:1,8, 12,17 63:7 67:22 89:14 92:21
**over** [10] 7:17 24:25 25:5,20 26:24 45:12 50:14 62:2 63:11 82:22

Sheila Harkins 1/3/05

owe [1] 80:3
owes [1] 80:20
own [8] 18 47:7,11,25 55:5,12
106:1,4

**P**

p.m [1] 115:12
page [31] 19:11,13 39:12 45:13,18
48:10,13,15 51:22,25 86:3,7,14
87:8 93:2,3,13,15,16 98:11,24 99:
14 100:24 101:1 102:11 103:8,8
111:10,12,25 114:7
pages [8] 86:13 109:10,12,20,23
110:4 113:25 114:5
pandas [6] 64:10 69:10 71:6 88:4
106:14 107:20
paper [8] 9:24 10:2,6 25:17 26:1
49:6 50:4 79:5
papers [3] 10:17 107:5,6
paragraph [25] 32:11,18 36:1 37:2,
12 38:18 39:11 40:2,11 45:18,24
46:4,6 50:19 52:1 53:7,10 98:12,
25 99:15 102:5,7,13 104:21 112:
24
paragraphs [3] 33:4 51:11 102:15,
16 103:9
parcel [2] 61:24,24
parent [1] 29:10
parents [3] 30:7 68:15 114:17
part [7] 39:2 46:4,17 110:5,14,18,
19
particular [4] 19:16 20:9 26:23 28:
8
particularly [2] 49:12 111:7
parties [2] 4:3 116:13
parts [3] 70:5 109:25 110:8
passed [5] 65:24 84:8,22 85:5 93:
24
passing [1] 94:10
past [3] 11:12 25:1,20 26:24 27:
22 29:5 45:12,25 53:5 62:2 63:11
101:12,14
patrick [1] 6:19
pennsylvania [6] 16:2 18:18 20:6
116:1,4,16
people [25] 9:12,14 12:4 24:4,8 39:
8 42:7,10,10 47:23 59:12 64:10
65:1 67:22 69:10 75:11,13,14 83:
9 88:4 91:4 94:17 106:14 107:20
112:25
pepper [1] 2:2
per [3] 16:15,16 93:20
perceive [1] 75:15
percent [1] 63:5
perception [3] 83:20,23,25
periodicals [3] 14:13,14 15:22
person [6] 65:22 78:19 79:6,9 91:
1
person's [1] 19:4
personal [3] 23:15 24:5,9
personally [1] 44:5
phone [2] 61:16 90:21
phonetic [1] 79:10
pick [1] 30:10
picked [2] 30:1,15

place [3] 54:14 107:24 116:5
plaintiff's [9] 24:12,16 84:12 85:
18,22 102:14,23 111:20,24
plaintiffs [1] 4:23
planned [2] 86:16 93:18
please [17] 15:10,13 22:6 23:8 34:
12 36:4,7 49:20 86:3,6,6 100:24
109:9,10 111:18 113:23 114:7
pledge [9] 27:4,16 41:3,5,11 42:6,
9,16 43:4
point [5] 7:6 15:9 26:20 53:17 75:8
policy [5] 5:4 19:5 59:17,17,19 65:
8
politically [1] 53:14
portions [2] 24:22 110:4
possession [3] 8:17,18,23
possible [4] 34:7,9 63:9 76:19
possibly [4] 19:20 39:15 74:18,21
prayed [1] 50:21
prayer [1] 99:3
precision [1] 20:11
prentice [1] 32:22
preparation [2] 7:21 85:24
prepare [2] 6:4,14
prepared [1] 114:20
preparing [1] 105:3
present [11] 2:9 8:6 58:24 60:15
64:24 65:1 92:2 94:11,13,24 114:
21
presented [6] 33:9 58:9 60:13 62:
24 88:20 107:8
presenting [2] 88:16 98:14
president [8] 11:8,10,12 12:9 39:
12 54:12 72:22 73:18
press [3] 25:6 26:17 103:15
pressured [1] 97:14
presume [2] 86:5 103:11
pretty [1] 35:7
prevent [1] 52:15
previous [3] 23:5 30:17 62:7
previously [1] 97:21
printed [1] 32:3
prior [1] 13:22
privilege [6] 7:5 20:13,15,15 90:
10 91:21
probably [7] 9:20 17:25 26:8 50:8
54:12 63:12 83:21
problem [4] 63:25 67:18,19 88:12
problems [3] 39:17 59:20 65:10
procedure [4] 4:16 18:22,23 21:
25
proceed [1] 23:2
proceeding [1] 18:20
process [13] 55:18,20,24 56:1,5,8,
14,16,22,23,24 57:25 68:18
produce [2] 10:22 76:16
produced [4] 3:13 85:23 86:1 104:
20
product [1] 82:10
professional [1] 1:19
proficiency [1] 105:4
promised [1] 99:1
promoting [1] 99:4
proper [1] 22:25
proposal [1] 92:13

proposed [3] 32:21 44:18 88:13
proposition [2] 21:14 80:3
protect [2] 20:13 113:2
protection [1] 19:17
provide [3] 9:15,17 77:25
provided [1] 9:2
providing [3] 112:15,18,25
public [7] 43:14,17 52:2 72:10 99:
4 113:3 116:21
publish [3] 10:2 77:4 79:6
published [3] 10:1 50:4 77:2
purpose [17] 5:4,6 19:19,24 62:13
88:13 91:8 94:9 95:12,19,24 96:2,
20,25 97:4 112:24 113:5
purposes [4] 4:22 5:3 10:22
pursuant [1] 4:21
pursued [1] 13:12
purview [1] 42:24
put [7] 4:19 12:5 28:4 30:2 79:4 82:
20 104:13

**Q**

quaker [2] 16:19,21
qualify [1] 63:19
question [57] 4:6 5:25 7:7,25 10:
14 15:7,8,11 16:5,12 18:9,14,18
20:2,12 22:8,12,21 23:4,6,8 27:20
28:10 33:18 36:18,20,21 52:12 54:
23 59:24 61:18,21,22,23 62:1,8
68:11 72:4 73:2 80:9 81:13 82:7
91:23 92:6,17 94:21 101:24 104:
14,22 105:14,21,23 108:11 109:22
113:17,19 115:6
questioned [1] 18:19
questioning [2] 24:23 95:6
questions [16] 5:14,15,19 15:10,
13 16:9 17:5 34:24 45:16,23 49:
21 82:5 104:9 109:11,13 115:8
quite [1] 57:22
quote [5] 19:14 40:14 51:4 52:7 70:
10
quoted [4] 52:8,10 109:20 111:10
quotes [15] 40:12,16,16,19 42:1
46:8,9 50:11,20,23,23,24 52:1 84:
24 112:23
quoting [3] 19:12 37:12 52:4

**R**

raise [1] 113:16
raised [3] 72:4,5,13
ran [4] 15:7 65:23,25 66:23
range [1] 69:21
rarely [2] 25:13 26:15
read [70] 14:10 17:10 23:3,5 24:19,
21 25:8,10,12,14 27:7 28:2 33:10
34:13,23 35:1 36:3,4,8,9,11 40:
19,20 42:21 43:8 44:20 45:14 46:
9,10 48:14 49:6,9,11,20 50:6,21
54:18,20 61:23,24 62:6,7 70:1,2,5
75:10 79:23,25 84:9 102:5 103:3,
17,19 104:3 107:1,4 109:10,22,23,
25 110:3,5,5,10 114:2,8,10,16
reading [19] 14:4,9 18:15 36:15 49:
1,3,22 50:3 51:23 53:4 54:8,13,14,
23 55:8 86:21 110:16,19 112:23
reads [4] 53:8,10 98:25 99:17

real [2] 47:22 100:7
realize [1] 120:7
really [6] 56:9 72:15 77:12 82:3 83:
21 85:11
reason [1] 95:9
reasons [1] 95:7
recall [29] 40:8 41:20 44:13,13,17
46:24 53:3 54:5 59:2,12 60:18 61:
4 68:17 72:9 79:17,22 85:5 92:4,
20 96:5 98:23 99:11,24 100:3 101:
3 107:12 110:16,19 111:5
receive [1] 76:18
received [1] 79:16
recent [1] 13:1
recently [2] 89:19,20
recess [3] 69:8 94:5 115:10
recognizing [1] 77:17
recollect [6] 46:21 47:14 66:17 67:
24 78:9 89:16 90:4 99:13
recollection [2] 33:21 37:7,18 38:
14,16 39:22 43:2 46:18 47:1,18
48:6,8 51:3,19 55:9 63:3 79:21 95:
21,23 98:21 109:8
recommendation [2] 33:5 88:6
recommended [2] 87:16,20
record [22] 4:19 24:25 25:11,14,17,
19 26:25 27:7 34:18 35:25 36:13
37:1 44:21 45:19 48:16 49:6,14,
24 54:20 97:23,25 98:8
reelection [1] 41:18
refer [3] 24:22 28:2,7
reference [10] 37:5 51:12 86:15,
23 87:10 88:4 97:4,17 100:5 106:
15
referenced [2] 73:19 102:9
referendum [2] 41:14 42:15
referred [2] 82:17 111:1
referring [9] 21:2 34:14 35:9,25
36:25 45:19 98:3,12 112:22
refers [1] 88:3
refresh [1] 84:5
refused [1] 77:3
regarding [1] 28:19
registered [1] 1:19
regularly [2] 17:17 62:4
relate [6] 8:20,24 9:8 10:7,9 17:6
related [2] 63:16 116:13
relates [4] 18:15 24:10 25:2 26:18
relayed [1] 30:13
release [1] 103:15
relevance [2] 20:3,4
relevant [2] 19:4,18
religion [1] 19:25 75:15
religious [16] 16:5,10 17:6 18:20
19:4,16,20,23 20:17 23:11,15 24:
6,9 83:17 106:24 113:2
remarks [1] 53:13
remember [96] 7:10 26:9 27:6,12,
12,22,24 29:3 31:17,22 33:2,12,14
34:5 35:1,4,6,14,18,20,23,24 36:
15,22,25 37:2,16,22,25 38:1,5,23
39:20,23 40:21 43:22 46:11,19 47:
3,6,10 49:1,3 50:3,17 51:2 53:19
54:10,24 55:4 60:8,22 62:1,12 63:
6,13,15,24 64:12 66:7,12 67:20

Sheila Harkins 1/3/05

69:17 70:9,11,14,18,25 71:2,5 72:
8 75:24 76:22 77:14,23 78:5,11
79:25 83:9,15 84:6 85:9,12,14 86:
21 90:18,20 92:9 95:23 96:6,22,
23 97:2 100:4,12 111:6
remembering [1] 52:16
rephrase [2] 15:11 61:22
reported [8] 26:24 27:14,17,18 28:
3,5 66:18 116:9
reporter [8] 1:19 5:20 13:18 23:5
26:13,14 62:7 116:3
reporting [4] 25:24 26:2 27:4 34:
10
reports [2] 26:15 54:21
represent [4] 32:6 91:9 92:12 113:
20
representation [3] 112:15,18 113:
1
representing [2] 112:12 113:9
reproduction [1] 116:23
reputable [1] 107:16
request [2] 22:5 57:5
required [7] 5:11,14 55:20,21 57:
12 67:25 68:5
res [1] 84:9
reserved [1] 4:6
resolution [30] 8:22 9:9 10:10 28:
18 44:6,19 61:15 64:16 73:19 76:
14 82:18 84:7,9,23 85:5,15 89:11
92:22 94:10 95:14,19,25 96:4,7,
21,25 97:14 100:14 102:3 106:16
respect [3] 102:2 104:23 114:20
respective [1] 4:3
respond [3] 104:11,22 105:11
restraining [1] 4:24
retired [1] 79:13
review [6] 6:12,25 7:2,9 77:13
reviewed [1] 29:22
reviewing [1] 58:12
reviews [4] 56:3,18,19 58:8
revised [2] 98:14 103:14
richard [1] 2:7
rights [1] 50:24
ring [1] 91:11
robes [1] 50:23
role [4] 58:6,11,14 68:18
room [1] 52:25
roots [1] 51:14
rubber [3] 86:5 100:23 113:23
rule [3] 16:4 18:21,23
rules [7] 16:3 18:21 19:2 20:6,8 21:
24,25
run [7] 65:4,7,19 66:8 68:20,22 73:
4
running [1] 114:3
runs [1] 79:7
russell [2] 65:17 67:6

**S**

same [5] 6:2 15:14 30:17 81:12 82:
4
santorum [1] 110:25
saw [1] 101:25
saying [27] 9:25 14:10 33:12,14 35:
24 37:3,16,18,23 38:15,16,24 39:

13,21,23 40:9,21 46:19,24 51:2
53:3,19 54:13 66:7 91:14 99:11
110:3
says [33] 19:3 22:14,15 32:2,11,18
33:5 34:19 35:10 37:12,14 38:18
39:12 40:2,11 45:24 48:20,20 49:
17 50:9 51:11 52:1 79:14 84:19
86:13 87:11,15,20,24 93:16 105:7,
18 112:22
scattered [1] 10:18
scheduled [1] 62:4
school [64] 1:9,17 11:2,3 15:2,6
23:14,18 28:4 29:5 31:2,9 32:21
34:11 35:11 48:21 49:10 50:15,22
55:19,23,23 57:3 58:7 59:5,9 60:8,
15,16 61:1,2,8,12,17 62:2,3,4 63:6,
7,9,10 64:14,15,20 67:23 71:13
72:5,17,21 73:17,19 76:13 82:17
83:7 84:3,6,22 85:9 90:13 93:19
99:3 100:17 104:25 107:21
schools [2] 19:9 52:7
science [5] 14:2,6 79:7 96:18 111:
1
scientific [3] 14:13 83:18 106:24
scientist [4] 14:12 21:4,17 22:15
scientists [1] 107:2,13
se [2] 16:15,16
sealing [1] 4:3
search [1] 73:21
second [14] 24:20 29:3 31:11 32:
10,18 40:2 54:22 96:11 97:21 98:
24 103:8 112:23 114:7 115:9
seconded [1] 93:17
seconds [1] 66:6
secretary [2] 108:21,22
secular [1] 19:22
see [14] 12:15 16:19 32:16 38:20
39:17 40:6 47:2 48:24 49:17 50:
25 51:15 53:14 57:20,24 64:3 66:
9 69:16 86:4,9,16 87:10,11 98:17
99:4,16 102:19 111:15
seeing [1] 101:3
seek [1] 78:14
seen [6] 69:12 86:19 101:1 114:5,
12,13
selected [2] 12:4,12
selection [1] 12:8
sense [5] 45:21 73:14,16 74:13 81:
18
sent [3] 9:24 30:23 78:17
sentence [4] 48:20 84:19 99:16,
17
separate [1] 29:1
separation [3] 33:23 46:7,24
september [1] 60:6
series [1] 5:13
serve [1] 12:7
set [1] 116:5
seven [2] 7:18 11:7
several [6] 17:15 41:24 52:4 82:22
94:17 107:1
shall [1] 18:19
shared [1] 24:8
she'd [1] 14:24
she's [1] 21:17,17,20 22:15 52:20

80:6,15 82:2 94:18 108:10
sheila [3] 4:8 33:7 99:19
shield [1] 112:25
shorthand [1] 116:11
shouldn't [4] 69:20 83:21 100:9,
10
showed [1] 69:23
similar [3] 18:21 42:19
simple [1] 21:1
since [2] 11:11 68:3
sitting [2] 77:14 114:15
situation [1] 105:24
six [5] 18:25 84:23 85:6 93:24 109:
12
sixth [2] 45:18 99:15
smith [1] 1:5
snook [3] 72:6,13 73:2
solicitor [4] 64:21,22 65:3,11
somebody [10] 43:1 54:5 71:20
72:16 76:9 78:17,19 83:20 90:20,
23
someone [8] 10:24 43:12 51:5,5
53:21,25 72:5 73:17
someone's [2] 16:4 20:17
sometime [2] 60:4 114:22
sometimes [3] 12:21 31:15,15
soon [1] 76:19
sorry [29] 7:24 8:1,5 13:6 14:9 31:
22 34:21 36:5 37:20 44:1 48:9,16
50:1 51:23 53:16 55:3 59:23 67:
24 76:1,2 78:3,24 84:5 85:11 91:4,
16 93:13,15 109:12
spahr [1] 59:1
speaking [5] 6:1 22:2,6,20,25
special [1] 114:19
specific [5] 7:7 71:4 75:23 80:16
83:14
specifically [4] 27:25 35:19 65:19
70:17
specifics [7] 27:12 56:9,19,21 63:
14 75:19 83:11
speech [2] 19:16,23
spell [1] 13:19
spoke [3] 46:2,15 53:25
spoken [4] 89:9,13,17 92:17
square [1] 113:3
staff [3] 68:16 87:17 99:21
stand [2] 43:12 51:6
standard [1] 114:18
standards-based [1] 105:5
standards-driven [1] 105:2
stands [1] 80:2
starting [1] 27:21
state [5] 2:4 16:2 20:5 33:23 46:8,
25
statement [19] 4:19 5:10 41:21,22
42:20 43:1,16 44:20 45:3,10 55:5,
12 59:20 60:13 65:10 103:3,20
104:3 114:16
statements [5] 41:24,25 43:21 55:
4,9
states [1] 1:1
statute [2] 19:19 20:5
stay [2] 26:21 59:6
stenographically [1] 116:9

step [1] 56:2
steve [3] 4:12 65:17 67:18
steven [1] 1:4
still [5] 51:23 55:8 74:2,6 80:15
stipulate [1] 80:11
stipulated [1] 4:2
stipulation [1] 4:1
stopped [2] 54:9,12
stough [1] 1:4
student [12] 29:11 65:2 66:3,4 67:
15 105:7,20,23,23,25 106:2 114:
17
students [16] 40:18 84:24 87:12,
25 103:4,20 104:4,6,9,13,24 105:1,
4 106:18 114:14,21
studied [1] 14:5
study [1] 13:16
subject [16] 5:16 8:20 10:7 25:2,
21 26:18 35:15 44:9,11 61:9 67:3
72:17 84:2 94:7 106:1 116:14
subjects [5] 8:24 55:17 104:7 112:
6 115:2
subscribe [1] 15:22
substance [2] 92:7,9
sued [1] 89:21
suggestion [1] 100:6
summer [3] 31:14,18 59:8
superintendent [1] 108:2
supervision [2] 116:10,24
supplemental [1] 30:5
support [5] 42:23 44:5 97:14,18
99:1
supported [4] 88:11 100:16,20
107:2
supporting [3] 41:14 42:9,16
supposed [3] 51:24 68:20 114:8
supreme [1] 111:11
sword [1] 112:24
sworn [2] 4:9 116:8

**T**

talked [5] 8:13 63:8 75:11,19 83:5
tammy [1] 1:3
tank [1] 65:24
taped [3] 108:16 109:3,4
taping [1] 108:18
taught [11] 9:25 10:1 39:15,16 40:
18 52:6 70:19 85:3 93:22 94:3
105:19
teach [4] 37:13 79:12 108:6,13
teacher [9] 9:23 29:13 75:21 76:
10,24 77:11 105:11,24
teachers [12] 57:3,22 59:6 60:2,8
62:24 64:9 100:17,19 104:11 108:
6,13
teaches [9] 38:20 52:3 79:14 80:
20 81:1,8,16,25 82:10
teaching [1] 51:12
telephone [1] 60:19
temporary [1] 4:24
ten [1] 18:25
terms [1] 21:5
testified [1] 4:9
testify [2] 7:10 116:8
testifying [1] 52:17

remember - testifying

Sheila Harkins 1/3/05

text [2] 46:4,17
textbook [24] 28:3,23 29:2,4,11,16 31:19 32:22 35:5,11,15 36:17 47: 4,7,11,20,24 55:1,10,12 61:13 63: 16,21 64:18
textbooks [1] 29:18
theirs [1] 112:9
theories [8] 39:14,16 46:16 85:1 87:13 88:1,17,20
theory [34] 8:22 9:9 10:11 17:7 20: 22,24,25 21:2,7,13,18,21 22:13 23: 10,14 24:4,10 46:3 48:24 61:13 63:17 64:17 81:16 84:25 87:13 88: 1,16,18,24 94:11,14,24 104:23 107:2
there's [20] 24:16 25:24 32:1 53:7, 10 55:24 56:18,22,23 57:8 81:25 86:3 87:10,20 97:22 98:7 102:15, 15 111:10 113:25
thesis [1] 77:8
they've [1] 104:11
thinking [10] 14:23 58:23 59:9 62: 21,23,23 76:6 83:19 95:4 96:18
third [3] 36:1 37:2 45:24
thirty [1] 66:6
thomas [10] 89:10,23 90:1 99:2 111:25 112:12,22 113:6,8,20
thompson [59] 2:7 4:18 6:19 7:4, 13 8:7 10:13 16:1,11 17:22 18:8, 17,25 19:3,8,12 20:4,14,20 21:16 22:10 28:7 34:14 38:2 43:24 49: 25 52:19 61:20 68:7,11 73:25 80: 6,13,22,24 81:3,11 82:2,13 90:2,7, 15 91:10,11,12,15,20 93:10 94:15 98:2 101:12,18 102:20 104:21 105:6,14 106:8 108:10 115:6
thompson's [1] 17:24
three [6] 9:21 18:1 33:4 84:23 85:6 93:24
throughout [4] 9:4 12:21 23:1 24: 23
tina [2] 14:23 15:2
tiniest [1] 74:19
tired [1] 26:20
title [2] 98:2,4
today [13] 4:14,20 7:11 8:14,19 15: 9 22:5 52:13,17 69:16 77:15 110: 6 115:11
today's [1] 6:5
tomorrow [1] 74:16
tone [3] 53:12,22 60:10
tonight [2] 114:25 115:3
took [2] 13:17 32:6
top [1] 103:8
topics [2] 26:11 27:19
totally [2] 27:13 83:18
towards [1] 100:8
trace [1] 51:13
transcript [1] 116:23
transpire [1] 5:4
trial [1] 4:6
tried [1] 79:4
true [10] 28:6,12,24 35:7 38:25 39: 1 69:5 99:23 105:13,13
try [2] 8:2 80:8

trying [9] 32:12 38:6 43:4 57:24 71: 3 75:18 78:9 79:19 91:15
tuesday [4] 31:11 98:25 99:7,7
turbines [1] 13:9
turn [12] 20:16 31:23,25 45:13 48: 10 84:19 86:3,7 93:13,14 98:10, 24 99:14 100:24
turns [1] 11:19
twice [1] 22:12
two [19] 11:7 6:24 12:3 29:1,8,9 39: 14 51:11 58:23 59:13 62:5 63:8 91:4,4,5 98:7 111:11 113:25 114: 5
type [1] 104:13

## U

ultimately [1] 57:12
um-hum [4] 49:19 64:13 91:2 106: 20
under [12] 20:8,9 27:4,16 37:3 41: 3,5,14 42:6,9,16 43:4
understand [24] 4:16 5:17,21,22 6:2 8:6 11:20 15:10 16:16 23:24 24:1 38:10 42:7 47:18 48:1 56:8, 20,22 61:5 75:6 82:7,9 94:23 105: 21
understanding [26] 4:25 5:6 21:6, 12 22:13 39:9 56:15,25 57:14,16 73:8,23 74:7,23 75:5 80:19,25 81: 7,15 102:1 104:2 105:15,17 113:8, 13
understood [2] 54:3 84:2
unfamiliar [1] 105:25
united [1] 1:1
unless [3] 7:7 52:24 107:9
unsolicited [3] 78:6,7,17
up [13] 22:24 25:2,23 28:17 30:5,9 41:10,18 44:6,8 50:21 65:24 69: 14
using [2] 29:20 30:5

## V

v-o-i-t-h [1] 13:20
vague [4] 48:6,8 105:14 106:8
valuable [1] 19:16
varied [1] 73:11
vast [1] 61:18
verbally [1] 65:23
verses [3] 52:4,8 53:4
version [1] 17:14
versions [1] 17:20
versus [2] 19:9 20:10
view [7] 44:4,5 95:1,2,3 96:8,16
viewed [2] 83:17,18
views [16] 17:6 23:11,16 24:6,9,9 40:5,14 47:7,11 83:13,15 96:6,12, 24 97:3
violate [1] 46:7
visited [3] 112:5,8,10
voith [4] 13:5,7,8,19
vote [2] 84:23 85:6
voted [1] 95:13
voting [1] 44:7

## W

wait [5] 5:24 32:12 36:2 62:16 93:9

waived [1] 4:4
wanted [21] 5:2 10:1 42:7 56:4,12 62:25 63:1 64:2,9 65:4,12 66:8 77: 2 91:9 92:12 95:3 96:8,13 106:15, 18 108:9
wants [1] 40:3
watch [1] 101:14
way [8] 15:9 30:22 69:2 74:13 78:8 103:24 104:1 107:1
website [4] 32:7 111:25 112:3,22
websites [1] 112:5
week [5] 4:13 32:20 40:25 44:6 90: 3
week's [1] 50:13
wenrich [7] 23:20 44:16,18 46:1, 14 54:11 109:5
westside [1] 109:9
whatever [3] 57:13 64:9 97:9
whatsoever [4] 47:23 48:3 72:19, 20
whether [22] 4:23 7:21 21:12 23: 14 24:4 56:22 61:7,10,10,15 65: 12 75:4,5 80:2 90:9 91:23 99:9,11 100:4 103:24 114:4,11
who's [3] 34:19 75:19 90:2
whoever's [1] 12:10
whole [7] 7:17 95:18 100:20 103:6 114:2,9 116:8
whom [3] 67:8 77:19 82:24
widely [2] 73:10 74:15
wife [4] 52:2 53:3
will [11] 4:23 5:14 16:11 22:9 31:25 33:5 84:24 86:3 87:12,25 105:19
william [4] 14:19 32:18 48:21 50: 11
willing [1] 12:6
without [4] 63:21 91:24 92:6 113: 1
witness [6] 4:8 18:19 20:2,11 22: 22 52:24
witness's [1] 22:17
words [18] 5:21,21 33:24 34:3 39: 18 44:14 45:2 53:15,22,23 62:15 78:7,18 94:1 95:22 96:3 99:16 113:12
work [2] 12:22 57:6
worked [4] 12:24 13:1,5 60:13
works [3] 56:16,24 57:14
worthy [1] 19:17
wow [1] 61:18
write [2] 5:21 6:1
writes [2] 37:11 38:12
writing [2] 65:18,22
written [1] 34:22

## X

xi-a [2] 93:20 94:2
xi-b [2] 87:6,8
xi-c [1] 93:5

## Y

year [20] 12:5,10,21 25:1,5,20 26: 24 27:22 29:5,14 40:25 41:8 51:9 52:9 53:5 58:3,19 62:2 63:11 93: 20
years [7] 11:7 29:8,9 42:25 43:11

51:4 82:22
yell [2] 26:12,17
yelled [2] 26:3,9
yep [1] 86:5
yingling [4] 23:21 27:9,11,17
york [41] 13:15,21,23,23,25 17:2,3, 4 24:25,25 25:11,12,14,15,19 26: 24 27:7 28:1,11 32:1,16 34:18 35: 25 36:3,5,12 37:1 44:21 45:19 48: 11,14,16 49:6,14,24 54:20 97:22, 25 116:2,4,16
yourself [9] 6:4,15 14:6 39:9 73: 22,23 74:4 105:9 106:10