# APPENDIX I

# TAB M

Sheila Harkins 4/12/05

SHEET 1  PAGE 1

**00001**

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
 2  . . . . . . . . . . . . . . . . .
    TAMMY KITZMILLER, et al.,  .
 3
         Plaintiffs        .  CIVIL ACTION NO. 04-CV-2688
 4
         vs.               .
 5
 6  Dover Area School District,.  {JUDGE JONES}
 7  et al.,                 .
 8
 9       Defendants        .
10  . . . . . . . . . . . . . . . . .
11       Deposition of    :  SHEILA HARKINS
12       Taken by         :  Plaintiffs
13       Date             :  April 12, 2005, 10:00 a.m.
14       Before           :  Vicki L. Fox, RMR,
15                            Reporter-Notary
16       Place            :  200 One Keystone Plaza
17                            North Front and Market Streets
18                            Harrisburg, Pennsylvania
19  APPEARANCES:
20       PEPPER HAMILTON, LLP
21       BY: CHRISTOPHER LOWE, ESQUIRE
22            For - Plaintiffs
23       THOMAS MORE LAW CENTER
24       BY: PATRICK T. GILLEN, ESQUIRE
25            For - Defendants
```

PAGE 2

**00002**

```
 1                    I N D E X
 2                    WITNESS
 3  SHEILA HARKINS                        Examination
 4
        By Mr. Lowe                            3
 5
 6
 7
 8
 9                    EXHIBITS
10  (None marked.)
11                    * * * *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PAGE 3

**00003**

```
 1                    STIPULATION
 2       It is hereby stipulated by and between the
 3  respective parties that sealing, certification and filing
 4  are waived; and that all objections except as to the form
 5  of the question are reserved until the time of trial.
 6
 7       SHEILA HARKINS, called as a witness, being duly
 8  sworn, was examined and testified, as follows:
 9  BY MR. LOWE:
10  Q.  Good morning.
11  A.  Good morning.
12  Q.  I have introduced myself off the record.  I would like
13      to --
14  A.  I don't remember your name.  I am sorry.
15  Q.  My name is Chris Lowe.
16  A.  Chris, Sheila Harkins.
17  Q.  I am from Pepper Hamilton, and I represent the
18      plaintiffs in this case.
19          Would you please say and spell your name for the
20      record?
21  A.  S-h-e-i-l-a, Sheila, Harkins, H-a-r-k-i-n-s.
22  Q.  Now as I understand it, you have recently been deposed
23      in this matter; is that correct?
24  A.  Well, not real recently.  It was maybe two months ago.
25  Q.  Was it January I believe?
```

PAGE 4

**00004**

```
 1  A.  Yes.
 2  Q.  Correct me if I am wrong.
 3  A.  Yeah.
 4  Q.  We are here today, and I am going to ask you some
 5      questions at the beginning that are going to be
 6      repetitive of last time.  This is so that we have the
 7      record straight.
 8          Once we get into the deposition itself, I am going
 9      to try to stay away from questions that will appear
10      repetitive to you.
11          Let me know if I am getting into a line of
12      questioning -- I am sure that Pat will also let me know
13      -- I see you are represented by counsel here today.  If
14      I get into a line of questioning that seems overly
15      repetitive, feel free to let me know.
16          I have reviewed your last deposition.  It is
17      possible I may start going into areas just without
18      remembering that those areas have already been explored.
19      You can feel free to let me know.
20          In some instances, it may be because I plan to
21      take it down just a different avenue than where it had
22      gone last time.  It might be to get a little bit of
23      background.  In most cases, I will probably just stop
24      that line of questioning there.
25  A.  Now I feel bad in that I didn't review my last
```

Sheila Harkins 4/12/05

00005

```
 1        deposition.
 2   Q.   That was going to be my first question.
 3   A.   I am sorry.
 4   Q.   That's okay.  That certainly is not an obligation of
 5        yours at all.
 6             With that in mind because this is on the record,
 7        you have heard this before, and I'm going to go through
 8        it again, it is going to be important that you answer
 9        questions verbally.
10   A.   Yes.
11   Q.   That means with a yes or no.  Even when I go through
12        these instructions, although you are going to be looking
13        right at me and it is clear to me that you have heard
14        me, I may ask you to say either yes or no just to
15        clarify your understanding of these instructions.
16             Is that clear?
17   A.   Yes.  And slow down for me, also.  My mind doesn't work
18        that fast.
19   Q.   There's my first procedural direction is that I do tend
20        to speak quickly.  And if at any time I am speaking too
21        quickly, Vicki will probably stop me.  But if Vicki
22        doesn't, you can feel free to.  Just ask me to slow
23        down.
24             Over the course of the morning, I am sure I will
25        naturally slow down, but there will be other times I may
```

00006

```
 1        start to speed up naturally as well.  Just let me know.
 2             If I ask any questions that seem imprecise or
 3        unclear, let me know that as well.  By the same token,
 4        if any of your answers seem to be a little unclear to
 5        me, I may ask you to repeat or rephrase.  Most likely
 6        that will be because my question was less than precise.
 7        But either way, if we could have an open line of
 8        communication.
 9   A.   Thank you.
10   Q.   Is that clear?  Are you on any medications, or have you
11        taken any medication, or do you have any disabilities
12        that would affect your perception today?
13   A.   Not to my knowledge.
14   Q.   Okay.  And in the past, let's say go back two years.  In
15        the past two years, have you taken any medication or
16        suffered any handicaps that may affect your perception
17        or memory?
18   A.   Not to my knowledge.
19   Q.   Great.  So that the transcript is clear, I am going to
20        also ask that you try to wait until I finish my
21        questions.  I tend to pause on occasion during
22        sentences, but at the same time, generally I will hold
23        my pauses until I have completed the question.  If you
24        give me a couple of seconds after you think the question
25        is done, that will make it a lot more clear when it
```

00007

```
 1        comes to the transcript when we look at it later.
 2   A.   Thank you very much.  And I tend to interrupt so please
 3        stop me from doing that.
 4   Q.   Fair enough.  Once again, Vicki will probably stop you
 5        before I get a chance.  I understand that you were
 6        deposed before.  You have already stated this so let's
 7        get it for the record.
 8             Have you reviewed your previous deposition
 9        testimony?
10   A.   No, I have not.
11   Q.   Looking back to your previous deposition, are there any
12        answers that you gave at that time or any explanations
13        that you gave that since then you feel you need to
14        change or to clarify?
15   A.   I reviewed my deposition immediately afterwards and made
16        a few changes.  I have not looked at it since.  So I'm
17        not aware of what I even said at the time.
18   Q.   Okay.
19   A.   Or what those changes were.
20   Q.   We will assume that those changes were made.  And, of
21        course, you are going to review this deposition before
22        we see it at any rate.
23             Between the past deposition and this deposition,
24        did you do anything to prepare?
25   A.   I talked to Pat last evening.
```

00008

```
 1   Q.   Approximately how long did you talk with Pat?
 2   A.   Less than an hour.
 3   Q.   Did you talk to anyone else about this deposition?
 4   A.   My husband knew I was coming.
 5   Q.   Other than your spouse, have you had conversations with
 6        anyone that is not a party to this?
 7   A.   Excuse me?
 8   Q.   Have you had conversations with anyone else that is not
 9        a party to this action?
10   A.   No.
11   Q.   About this deposition?
12   A.   No.
13   Q.   I am going to start asking some questions about the
14        resolution that was passed recently or passed this past
15        year for enriching the Dover biology curriculum.
16             Before you voted to pass the resolution, did you
17        conduct any research involving --
18   A.   If you are talking --
19             MR. GILLEN:  Please let Chris finish his question.
20   A.   I am sorry.  I thought he was finished.  I apologize.
21             MR. GILLEN:  That is all right.  Forgive me,
22        Sheila.
23   A.   I thought he was finished.  I apologize.
24   BY MR. LOWE:
25   Q.   And I did pause.  Did you conduct any research involving
```

Sheila Harkins 4/12/05

SHEET 4   PAGE 13

00013

```
 1  A.  I believe it was in early spring, April about.
 2  Q.  And you mentioned some meetings you had with teachers
 3      prior to the June Board meeting.  How many meetings did
 4      you attend with teachers with respect to Intelligent
 5      Design and/or the biology curriculum?
 6  A.  I'm not sure.  I can recall at least two, maybe three in
 7      the spring.
 8  Q.  Do you recall who else was in attendance at those
 9      meetings?
10  A.  Which teachers you are asking?
11  Q.  We can start with the teachers, sure.
12  A.  Bert Spahr, Jen Miller, Rob Eshbach.  Those were the
13      teachers.
14  Q.  Okay.
15  A.  The administration was Mike Baksa.  I believe, I'm not
16      sure if one or both it was Joel Reidel and our new
17      Assistant Principal Shane Miller.  I'm not sure of him.
18          Board members, it was I believe myself, Bill
19      Buckingham, and I believe one of them Alan Bonsell was
20      at.  I'm trying -- I am visually trying in my mind to go
21      around the table.
22  Q.  Your memory is better than mine.  By the end of this
23      week, I won't remember who was sitting at this table.
24      Let's take a look back at those meetings.  I am going to
25      take them one at a time, and we are going to take a few
```

PAGE 14

00014

```
 1      seconds just to see what it was that was discussed at
 2      those meetings, what your recollection was.
 3  A.  Do you have particular dates for which meetings?
 4  Q.  I am actually going to be asking you if you recall these
 5      meetings.  I am going to take them chronologically first
 6      to last.  If you can remember a date, that would be
 7      great.  We will try to help you narrow it down to a
 8      certain month, season if necessary, whatever it is you
 9      are going to be remember is fine.
10  A.  It would help me more if you could give me dates and
11      maybe I could recollect.
12  Q.  I don't have the dates.  Otherwise --
13  A.  Okay.
14  Q.  So that you understand, we are not trying to -- I am
15      trying to learn your story.  I am actually not trying to
16      check your memory.
17  A.  I thought maybe you could jog my memory more if you had
18      information and said well, what about this date.  Okay?
19  Q.  No, this is the first I heard of the meetings that you
20      have attended so I am just going to explore it.
21  A.  Okay.
22  Q.  That's okay.  I will try and jog your memory by way of
23      questions.
24  A.  Okay.
25  Q.  I will try and help you pinpoint the date.  I understand
```

PAGE 15

00015

```
 1      that you are not entirely clear on what the date of
 2      these meetings was?
 3  A.  No.
 4  Q.  Let's go to the first time that you met with the
 5      teachers with respect to the change or the potential
 6      change in the biology curriculum.
 7          Do you recall whether that was at the end of the
 8      winter or the beginning of the spring?
 9  A.  It was in the spring.
10  Q.  We will continue to try and place it.  Do you remember
11      approximately what month it was perhaps, before or after
12      Easter break, spring break?
13  A.  I believe it was after Easter, but I believe it was
14      before the end of school.  I'm sure it was.
15  Q.  You had earlier mentioned Ms. Spahr, Ms. Miller and
16      Mr. Eshbach as the science teachers in attendance?
17  A.  Yes.
18  Q.  To save us some time, were these the same science
19      teachers in attendance at each of the meetings?
20  A.  I do not believe Mr. Eshbach was at one of them.  I'm
21      not sure of that though.
22  Q.  Okay.  At this first meeting, do you remember whether or
23      not Mr. Eshbach was there?
24  A.  I believe he was.
25  Q.  And which administrators do you recall being at that
```

PAGE 16

00016

```
 1      first meeting?
 2  A.  I believe Mike Baksa was at at least both of the
 3      meetings.  I am not sure if Dr. Nilsen was or not.  And
 4      if you want to include the principals, I'm not real
 5      positive -- do you know what I mean?  I am looking
 6      around in my mind, and I'm not sure if the high school
 7      principals were there or not.
 8  Q.  When I am speaking administration, generally speaking I
 9      will be referring to either the administrators such as
10      or Superintendent or Assistant Superintendent or the
11      Principals or Vice-Principals.
12  A.  Yes.
13  Q.  What about members of the School Board other than
14      yourself at this school meeting?
15  A.  Bill Buckingham and I am not sure about Alan.  We were
16      the curriculum committee.  Casey Brown was on the
17      curriculum.  Alan Bonsell was Board President.  Casey
18      Brown was also on the curriculum committee, and she
19      chose not to come.
20  Q.  Do you recall what was discussed with respect to the
21      biology curriculum at that meeting?
22  A.  We discussed the possibilities of the changes adding
23      gaps and problems of Darwin's Theory of Evolution.  We
24      discussed the Miller-Levin textbook.
25  Q.  At this first meeting, did the teachers share their
```

Sheila Harkins 4/12/05

SHEET 5   PAGE 17

00017

1  understanding of the proposed changes?  Let me rephrase
2  that.
3        At this meeting, did the teachers share any
4  concerns with the potential change to the biology
5  curriculum?
6        MR. GILLEN:  Objection to the form.
7        MR. LOWE:  Could you explain?
8        MR. GILLEN:  Sure.  I don't believe she mentioned
9  that the changes to the biology curriculum were
10  mentioned at this meeting.
11  BY MR. LOWE:
12 Q.  Were changes -- were potential changes to the curriculum
13  mentioned at this meeting?
14 A.  I believe it was discussed, yes.
15 Q.  With respect to the potential changes or with respect to
16  the problems that were addressed with Darwin's Theory?
17 A.  No, they seemed very supportive and didn't seem to have
18  a problem with it.  They then said they would like to go
19  back and discuss how they might change the curriculum
20  and give us their suggestion of wording of the
21  curriculum changes.  But the meeting came out in a very
22  positive light.
23 Q.  Was there any mention of Intelligent Design at this
24  meeting?
25 A.  Yes.

PAGE 18

00018

1 Q.  Do you recall the context in which Intelligent Design
2  was brought up?
3 A.  Just generally.
4 Q.  Was Intelligent Design brought up as a possible
5  alternative to Evolution at this time?
6 A.  No, never.
7 Q.  Was Intelligent Design brought up as something that
8  would be introduced to students at this time?
9 A.  Introduced as being made aware of.
10 Q.  Were the teachers at this time told that students may
11  be -- that Intelligent Design might be something that
12  the students would be made aware of?
13 A.  To consider it I believe.
14 Q.  Was a textbook of Of Pandas and People brought up at
15  this meeting?
16 A.  No.  Not that I recall.
17 Q.  Moving ahead to the second meeting.
18 A.  Yes.
19 Q.  Approximately how much later in the school year was that
20  meeting?
21 A.  Within a month.
22 Q.  Can we just run through who was in attendance at this
23  meeting starting with the teachers?
24 A.  All the same names?
25 Q.  Yes.

PAGE 19

00019

1 A.  Can I say all the same except as?
2 Q.  You certainly can.
3 A.  All the same except I do not believe Rob Eshbach was
4  there.  One of them was missing.  Either it was Jen
5  Miller or Rob Eshbach.  I'm not sure which one.  One of
6  the two was not there.  It may have been Jen.
7 Q.  Which administrators do you recall being at the second
8  meeting?
9 A.  I believe Mike Baksa was there, and I am not sure about
10  the high school principals.  But they were very quiet
11  through the whole meeting if they were there.
12 Q.  And with respect to the School Board, what other members
13  than yourself were there?
14 A.  Bill Buckingham and Alan Bonsell.
15 Q.  With respect to Intelligent Design, was Intelligent
16  Design discussed at this second meeting?
17 A.  Yes.
18 Q.  Do you remember the nature of these discussions?
19 A.  That is when the teachers I felt made us aware that they
20  were no longer supportive of including it.
21 Q.  Do you remember which teachers spoke about their
22  concerns at this meeting?
23 A.  Bert Spahr.
24 Q.  Do you remember what it was she said?
25 A.  I am trying to recollect.  I don't recall her words

PAGE 20

00020

1  anymore.  It was just that she wasn't supportive of
2  including Intelligent Design.
3 Q.  Did any of the other teachers address this at that
4  meeting?
5 A.  Not that I can recall.
6 Q.  Did you personally get a chance to respond to Mrs.
7  Spahr's concerns?
8 A.  I didn't at the time feel they were strong concerns of
9  hers, just that she wasn't that supportive of it.
10 Q.  Did anyone at the meeting, either administrators or the
11  Board, respond in any way to Mrs. Spahr's concerns at
12  that time?
13 A.  I don't remember.
14 Q.  You stated that the first meeting felt -- and correct me
15  if I am wrong -- felt like it was relatively supportive,
16  and you left there with a feeling of support?
17 A.  I felt the first meeting went very well.
18 Q.  Did you leave the second meeting with the same feeling?
19 A.  No, not the supportive.
20 Q.  You stated that the science teachers' concerns didn't seem
21  that great to you at this time?
22 A.  Yes.
23 Q.  Does that help you to recall at all what it was that
24  specifically was said or even generally said by Mrs.
25  Spahr?

Sheila Harkins 4/12/05

SHEET 6   PAGE 21

00021

1   A.   It was the first time I had heard any somewhat negative
2        comment made.  The first meeting was very working, how
3        can we make this work.  And I felt Bert came to the
4        second meeting not totally supportive any longer.
5   Q.   But you can't recall what it was she said that gave you
6        that feeling?
7   A.   Not exactly.  It had something to do negative with
8        Intelligent Design, but it wasn't -- I can't recall what
9        she said, and it was very brief.
10  Q.   Did anyone else share concerns at that meeting?
11  A.   Not that I recall.
12  Q.   Following that meeting, did you in any way research
13       these concerns or further investigate these concerns of
14       Ms. Spahr?
15  A.   No, because I didn't feel her concerns were that strong.
16  Q.   Are you aware of whether anyone else investigated these
17       concerns, anyone else from the School Board or the
18       administration?
19  A.   No, I'm not.
20  Q.   Did you discuss these concerns with either members of
21       the administration or the School Board after this
22       meeting?
23  A.   No, because I really -- I might have had concerns about
24       something, but it's not great concerns.  So I didn't,
25       no.

PAGE 22

00022

1   Q.   Do you recall what it was that either the administration
2        or the Board shared with the teachers during the second
3        meeting with respect --
4   A.   Excuse me.
5   Q.   Do you recall what the administration or the School
6        Board shared with the teachers with respect to
7        Intelligent Design at that meeting?
8   A.   I'm trying to recall other than the wording of what was
9        made in the resolution --
10  Q.   And please --
11  A.   -- for the curriculum change.
12  Q.   Let me see if I can piece this together.  It may save
13       some time.  Correct me if I am saying anything that
14       doesn't match your recollection.
15            But at this time, I take it that this meeting was
16       -- at this meeting, you had a proposed message that
17       would be read to the students?
18  A.   No, not at all.
19  Q.   What did you come to this meeting with?
20  A.   It was very brief and short, which was the curriculum
21       change.  That's all we were discussing.
22  Q.   What was the curriculum change at that time?
23  A.   The students would be made aware of gaps and problems in
24       Darwin's Theory of Evolution, and that they would be
25       made aware of other theories.

PAGE 23

00023

1   Q.   Were there any specifics shared as to how the teachers
2        would make these students aware or how these gaps in the
3        Theory of Evolution would be taught?
4   A.   No, not at all.  That wasn't our role.
5   Q.   Do you recall then how Intelligent Design came into the
6        conversation at that time?
7   A.   I believe one of the theories that they wanted to make
8        sure was presented because it was the only other theory
9        they knew of which was Intelligent Design.
10  Q.   Who is they?
11  A.   Either Alan or Bill.  And I believe when we came up with
12       the wording, the teachers were supportive of the entire
13       change in presenting other theories.  Saying other
14       theories would be presented, but they did not want the
15       word -- Bert Spahr did not want the words Intelligent
16       Design included.
17  Q.   Do you recall anything else that occurred in that
18       meeting with respect to the change in Evolution -- the
19       change rather in the biology curriculum?
20  A.   That is all we were discussing and the Miller-Levin
21       book.
22  Q.   What was discussed with respect to the book at that
23       time?
24  A.   Just reviewing it, and if anyone had any problems with
25       it.

PAGE 24

00024

1   Q.   Were any problems with the text shared at that point?
2   A.   No, not really.  Not that I recall.
3   Q.   Was the possibility of another text or supplemental text
4        brought up at this meeting?
5   A.   Yes.  The teachers had reviewed another textbook, and
6        they had it there.  It might have been at the first
7        meeting.
8   Q.   Had Of Pandas and People been brought up at this point?
9   A.   No, I don't know if anyone knew Of Pandas and People
10       existed at that time.
11  Q.   We're going to move forward to the third meeting.  Do
12       you recall the people in attendance at the third
13       meeting?
14  A.   I am not real clear on the third.  I am not sure there
15       was a third.  That meeting doesn't -- you know, I'm not
16       clear on the third meeting.
17  Q.   So it is possible that the last meeting you had -- the
18       last private meeting you had with the teachers with
19       respect to the change in the biology curriculum occurred
20       late in the spring?
21  A.   Yes.
22  Q.   Prior to the summer -- prior to the June meeting?
23  A.   Yes.  There may have been a third meeting, but I can't
24       visualize it in my mind.
25  Q.   Then I won't ask any questions about it.  We won't get

Sheila Harkins 4/12/05

SHEET 7   PAGE 25

00025

```
 1      too far.
 2  A.  Pat didn't kick me yet.
 3          MR. GILLEN:  That would be improper, and therefore
 4      I will not be kicking you.
 5  BY MR. LOWE:
 6  Q.  Did you at any time discuss with either the
 7      administrators or other members of the Board the
 8      concerns that Ms. Spahr had shared with you in the
 9      second meeting?
10  A.  Excuse me?
11  Q.  Did you at any time either prior to or after the June
12      Board meeting discuss with any of the members of the
13      School Board or with any members of the administration
14      the concerns that Ms. Spahr had shared with you during
15      the meetings you had with the staff?
16  A.  No.  I believe at the June meeting is when Bert Spahr
17      herself made the statement that she did not support the
18      Intelligent Design phrase.  That was the first time I
19      became aware that she was opposed to the Intelligent
20      Design statement in the resolution.  Is that clear?
21  Q.  I believe so.  It is a little bit inconsistent.  Earlier
22      you had said that she had stated some concerns with it?
23  A.  Right.
24  Q.  Is the difference at this meeting that she made her
25      concerns much stronger; you understood at this point
```

PAGE 26

00026

```
 1      that they were strong concerns and not just mild
 2      questions, moderate questions?
 3  A.  Yes, that's correct.
 4  Q.  Did you investigate her concerns after the June meeting?
 5  A.  No.  I can't say I did.
 6  Q.  Are you aware of whether other members of the School
 7      Board took the time to investigate Ms. Spahr's concerns
 8      with respect to including Intelligent Design?
 9  A.  No, I'm not.
10  Q.  Did you as a Board discuss Ms. Spahr's concerns with
11      respect to Intelligent Design?
12  A.  No, we didn't.
13  Q.  Are you aware of whether any of the Board members
14      discussed either with each other or with the
15      administration Mrs. Spahr's concerns?
16  A.  No, I'm not.
17  Q.  Are you aware of whether or not any of the School Board
18      members further investigated Ms. Spahr's concerns?
19  A.  I don't know, no.
20  Q.  Did you personally discuss Ms. Spahr's concerns after
21      this June meeting with anyone?
22  A.  I believe I discussed it with our school counsel.
23  Q.  So that you understand when I am asking you questions
24      about discussions that you have had about anything
25      today, I am not referring to discussions that you had
```

PAGE 27

00027

```
 1      with attorneys that represent you in any way.  That
 2      would be privileged.  If I start to go down that road, I
 3      can promise you Pat will be very quick to let me know
 4      and to let you know.  Those are off the record.  I don't
 5      have a right to those conversations.
 6  A.  Okay.
 7  Q.  You can, of course, tell me if you want, but that is not
 8      why I am here.  And I am not curious about those.
 9          Other than I may ask questions about who was in
10      attendance, but I don't want information about either
11      conversations you had with your attorneys or
12      conversations you had with other defendants in this case
13      about what your attorneys said to you or what they
14      discussed with you.  Okay?
15  A.  Okay.  Yes.
16  Q.  At this point, you have expressed that you did some
17      Internet research, that you don't recall specifically
18      what it was you looked at.  Other than that, at any time
19      did you conduct any more research with respect to
20      Intelligent Design?
21  A.  Not that I recall.
22  Q.  At any time, did any member of the School Board or the
23      administration or of the general public come to educate
24      you as to Intelligent Design?
25  A.  I believe there were several people who talked at the
```

PAGE 28

00028

```
 1      School Board meetings.
 2  Q.  Aside from people that perhaps got up during public
 3      discussion at the School Board meetings, did the Board
 4      ever bring anyone in to discuss with you guys what
 5      Intelligent Design was, or did the School Board itself
 6      as a group ever get together to discuss Intelligent
 7      Design?
 8  A.  No, not that I recall.
 9  Q.  Is it your understanding that the research that was done
10      by the School Board members with respect to Intelligent
11      Design was done on an independent nature?
12  A.  Yes, that is correct.
13  Q.  Is it also your understanding -- and, again, I am just
14      asking for your understanding -- that what the
15      administration then did as well with respect to
16      Intelligent Design was done on their own independently?
17  A.  That's my understanding.  Pat is writing an awful lot of
18      notes.
19          MR. GILLEN:  It's a habit.
20          MR. LOWE:  And he is going to get everything in
21      print at the end of this.
22  BY MR. LOWE:
23  Q.  At any time, were you presented with materials with
24      respect to Intelligent Design by members of the Board?
25  A.  Not that I recall.
```

Sheila Harkins 4/12/05

SHEET 8   PAGE 29

```
00029
 1  Q.  Were you presented with any materials from members of
 2      the administration?
 3  A.  I may have been, but I don't recall any.  And if I would
 4      have been, they would have given it to you.
 5  Q.  Sure.
 6  A.  I think they gave you copies of what was included in our
 7      Board packets, but I don't keep this stuff so I don't
 8      know that.
 9  Q.  I understand that.  One reason we go down this avenue of
10      questions is because we realize that both with the
11      defendants, as well as with the plaintiffs, sometimes
12      these questions can just spark memories the way we ask
13      or, just something that has occurred can help you recall
14      something that you didn't remember before.  That is why
15      I am going through this.
16          I am confident we have received everything you
17      guys have turned over.  I am also confident at the time
18      you turned it over, you turned over everything you
19      remembered that was relevant to this case.  I just might
20      be exploring a few avenues just to make sure that since
21      that time, you don't recall anything.
22  A.  Okay.
23          MR. LOWE:  Pat, we don't have that much more.
24          MR. GILLEN:  That's fine.  Off the record.
25          (An off-the-record discussion was had.)
```

PAGE 30

```
00030
 1          (A recess was taken.)
 2              AFTER RECESS
 3  BY MR. LOWE:
 4  Q.  Did you ever participate in discussions with members of
 5      the School Board in which you described your
 6      understanding of Intelligent Design?
 7  A.  No.
 8  Q.  And did you ever participate in discussions with members
 9      of the School Board in which they shared with you their
10      understanding of Intelligent Design?
11  A.  No.
12  Q.  To your knowledge, did any of the members of the Board,
13      yourself included, make any phone calls to any
14      scientific organizations with respect to Intelligent
15      Design?
16  A.  Could you read the question again?
17  Q.  Sure.  Maybe I will be more specific.  To the best of
18      your knowledge, did either you or any of the members of
19      the School Board make any phone calls or discuss
20      Intelligent Design with any scientific organizations?
21          And I will give you a couple of different
22      scientific organizations such as the American
23      Association for the Advancement of Science or the
24      American Federation of Biology Teachers.
25  A.  Not that I'm aware of.
```

PAGE 31

```
00031
 1  Q.  Are you aware of any member of the administration
 2      reaching out to any of these scientific organizations
 3      for information on Intelligent Design?
 4  A.  Not that I'm aware of.
 5  Q.  Is it your understanding that Intelligent Design is in
 6      fact sound science or good science?
 7  A.  Yes.
 8  Q.  Is it your understanding that Intelligent Design is a
 9      scientific theory?
10  A.  Yes.
11  Q.  How did you come to this understanding that Intelligent
12      Design was sound science?
13  A.  I read different things, saw different things, and it
14      sounded like sound science to me.
15  Q.  When you are referring to things that you read and saw,
16      you are referring specifically to what you had seen on
17      websites?
18  A.  Yes.
19  Q.  At this time, do you recall anything else?
20  A.  No, they were written by -- some of them by credible
21      biologists, people that sounded like they were credible
22      biologists.
23  Q.  You have touched on my next question.  How is it that
24      you determined that these people were, first of all,
25      biologists?
```

PAGE 32

```
00032
 1  A.  Because the website said they were biologists.  Whether
 2      they were or not, I don't know that.  It is just what
 3      they claimed to be, and they had background information
 4      on themselves.
 5  Q.  Did you go beyond the website to research whether any of
 6      these individuals were biologists?
 7  A.  Ie?
 8  Q.  You are on a website put together by Mr. Gillen, and he
 9      explains his background.  Did you go beyond that website
10      to see whether or not what he said about himself was in
11      fact accurate or true?
12  A.  I had on -- I don't remember the names, but one or two I
13      just put in their names.
14  Q.  When you say put in their names, you mean --
15  A.  Google.
16  Q.  Do you recall what you got back when you Googled their
17      names?
18  A.  No, I don't exactly.  No.
19  Q.  Google is wonderful; isn't it?  Did you go further than
20      just Googling their names?
21  A.  I might have hit one or two of them.  In Google, you
22      read what it says, and I may have hit one or two.
23  Q.  Do you recall any of these names?
24  A.  I'm sorry.
25  Q.  That's okay.  Do you recall what any of these second
```

Sheila Harkins 4/12/05

SHEET 9   PAGE 33

00033
```
 1    level websites -- by that I mean the websites that you
 2    retrieved from Google when you entered these people's
 3    names, do you recall what any of those were?
 4 A. No, I don't.
 5 Q. I am going to ask a couple of questions about your
 6    current understanding of Intelligent Design.
 7 A. Okay.
 8 Q. I do realize in your prior deposition, you gave a
 9    definition of Intelligent Design.  You also said at that
10    time, this definition may change tomorrow.  You admitted
11    that you were not comfortable giving it.
12 A. I didn't even know I gave one.
13         MR. LOWE:  Off the record.
14         (An off-the-record discussion was had.)
15 BY MR. LOWE:
16 Q. We are on page 74 of your prior deposition transcript.
17    I am going to read to you what it is that you at that
18    time defined your understanding of Intelligent Design to
19    be.
20         That every living cell possible --
21 A. Where are we at?
22         MR. GILLEN:  Right here, line 18.
23 BY MR. LOWE:
24 Q. I am sorry, line 18.  Answer:  That every living cell
25    possibly is designed down to the tiniest organism.  And
```

PAGE 34

00034
```
 1    if it is designed, how it may have been designed if
 2    there was possibly a designer or something.
 3 A. Okay.  I didn't remember I said that, but that sounds
 4    pretty good.
 5 Q. At that time, you also were very open in sharing that
 6    your opinion as to what Intelligent Design was may
 7    change as of tomorrow -- I am paraphrasing?
 8 A. Yes.
 9 Q. Has your understanding of Intelligent Design changed
10    since that time?
11 A. No.
12 Q. Since the past deposition, have you had further
13    discussions with respect to Intelligent Design with
14    members of the School Board?
15 A. No.
16 Q. Since your last deposition, have you had any further
17    discussions about Intelligent Design with members of the
18    administration of Dover Area School District?
19 A. Since my last deposition?
20 Q. Since your last deposition in January.
21 A. No.
22 Q. And since this past January or the date of your last
23    deposition, it looks like it was the very beginning of
24    January, January 3rd, have you had any discussions with
25    members of the school staff, teachers with respect to
```

PAGE 35

00035
```
 1    Intelligent Design?
 2 A. No, but I would love to.
 3 Q. Is it your understanding that Intelligent Design
 4    requires some consideration of supernatural action?
 5 A. Could you explain that further?
 6 Q. Sure.  Do you understand that in order for one to accept
 7    Intelligent Design, one needs to also accept that there
 8    was some supernatural actor or some supernatural action
 9    that took place, an action outside of what we would
10    consider natural, an action outside of what takes place
11    everyday?
12         MR. GILLEN:  Objection to the form.
13         MR. LOWE:  Could you explain?
14         MR. GILLEN:  I think you are assuming she has an
15    understanding, and I am not sure the question is clear
16    to her.
17 A. That is very true.
18 BY MR. LOWE:
19 Q. Okay.  Do you understand what I mean by a supernatural
20    being?
21 A. No.
22 Q. Or supernatural action?
23 A. No, I do not.
24 Q. If I were to define supernatural as something outside of
25    what we see and perceive here on earth, outside of
```

PAGE 36

00036
```
 1    people and animals and the natural things that we can
 2    see or witness here on earth, would that help you to
 3    understand what I mean by supernatural?
 4 A. No.  I'm sorry.  Repeat that.
 5 Q. I don't know if I can.
 6 A. Maybe she could repeat it back.
 7 Q. Do you want to repeat it for me, please?
 8         (The question, "If I were to define supernatural
 9    as something outside of what we see and perceive here on
10    earth, outside of people and animals and the natural
11    things that we can see or witness here on earth, would
12    that help you to understand what I mean by
13    supernatural," was read by the reporter.)
14 A. Gee.  I apologize.  Would you read that again?
15         (The question, "If I were to define supernatural
16    as something outside of what we see and perceive here on
17    earth, outside of people and animals and the natural
18    things that we can see or witness here on earth, would
19    that help you to understand what I mean by supernatural
20    stand what I mean by supernatural," was read by the
21    reporter.)
22 BY MR. LOWE:
23 Q. How about if I rephrase it this way --
24 A. I apologize.
25 Q. It certainly is not your fault, believe me.  Do you
```

Sheila Harkins 4/12/05

SHEET 10   PAGE 37
00037
```
 1
 2          believe that something outside of what we can perceive
 3          needs to take an action according to Intelligent Design?
 4    A.    Something?
 5    Q.    Something, someone.
 6    A.    Excuse me?
 7                MR. GILLEN:  Objection to the form.  Can we go off
 8          the record?
 9                MR. LOWE:  Sure.
10                (An off-the-record discussion was had.)
11    BY MR. LOWE:
12    Q.    Is it your understanding that Intelligent Design
13          requires an acceptance of the fact that there is some
14          intelligent designer?
15    A.    I would say an acceptance that there is -- that it is
16          designed by intelligence.
17    Q.    Do you have any understanding of what this intelligence
18          is?
19    A.    No, I don't.
20    Q.    Do you think one needs an understanding of what this
21          intelligence is in your opinion?
22    A.    Does one need?  It is up to whether one does need.
23    Q.    To understand Intelligent Design, would one need an
24          understanding of what this designer is?
25    A.    Only if one desired to know.
26    Q.    Would it be okay in your opinion for what the
```

PAGE 38
00038
```
 1          intelligent designer was to be explored in the public
 2          school setting?
 3    A.    Would it be okay?
 4    Q.    Yes, in your opinion.
 5    A.    I never crossed -- I never thought of that.
 6    Q.    In your opinion, would it be okay to discuss in the
 7          public school setting what this intelligent designer
 8          was?
 9    A.    That was never considered.
10                MR. GILLEN:  Object to the form.
11                MR. LOWE:  Could you explain?
12                MR. GILLEN:  Sure.  I mean you are assuming she
13          had an opinion.
14    A.    I don't have an opinion.
15    BY MR. LOWE:
16    Q.    So you have no opinion as to whether or not the teaching
17          of what an intelligent designer is would be appropriate
18          in the public schools?
19    A.    There was never any thought given or consideration.
20    Q.    That is okay.  I am asking if you were to give
21          consideration to it at this moment.  And it is fine to
22          say what you have already said.
23    A.    I don't have one.
24    Q.    I am going to take a couple of minutes, and I am going
25          to actually step back from that topic this time, and I
```

PAGE 39
00039
```
 1
 2          am going to spend just a couple of seconds to talk about
 3          the donation of books in your School District.
 4    A.    Okay.  Do you want me to look at this anymore?
 5    Q.    Not at this time.  I doubt we will get back to this.
 6          And by this, she is referring to her own deposition, her
 7          previous deposition testimony.
 8                Who is it that made the decision to accept the
 9          donation Of Pandas and People?
10    A.    I believe the administration.
11    Q.    Did the School Board or any committee of the School
12          Board review the books before they were accepted?
13    A.    There had been discussion of the book Of Pandas prior.
14    Q.    Do you recall who was involved with these discussions?
15    A.    It was at the Board meeting.
16    Q.    Did you personally review these books before the
17          donation was accepted?
18    A.    Yes.
19    Q.    Do you recall if any other members of the Board reviewed
20          the books prior them being accepted?
21    A.    I don't know that.
22    Q.    Is it my understanding that recently, you accepted the
23          donations of a number of other textbooks that were
24          donated by a group called Debunk Creation?
25    A.    A lot of those weren't textbooks.
26    Q.    Let me rephrase my question.  Are you aware of some
```

PAGE 40
00040
```
 1
 2          books being donated by a group called Debunk Creation?
 3    A.    Yes.
 4    Q.    Was that donation handled in a different manner than the
 5          donation of the book Of Pandas and People?
 6    A.    Oh, yes.
 7    Q.    In what ways was it handled differently?
 8    A.    They just showed up at the door.
 9    Q.    When you say they just showed up at the door, could you
10          elaborate?
11    A.    I think Dr. Nilsen got an e-mail from Debunk Creation
12          saying they had a UPS slip that we got the books, if we
13          accepted them or something like that.  And he didn't
14          even know where the books were.  That is incorrect
15          English.  It hurt my ears when I said it.
16    Q.    It's okay.  Do you know who received those books?
17    A.    They had a slip saying with some secretary's name.  Then
18          they were hunted down.  Is that what you are asking?
19    Q.    Yes.  I just wanted to know if you had personal
20          knowledge whether they were sent to the School Board.  I
21          am trying to pursue who it was sent to.
22    A.    I don't know who they were addressed to, but I just know
23          one of the secretaries in the building signed the UPS
24          slip.
25    Q.    That's good enough.  Other than the fact that they
26          showed up unannounced, was there any other way in which
```

Sheila Harkins 4/12/05

SHEET 11   PAGE 41

00041
```
 1
 2    this donation was handled differently than the donation
 3    of the textbook Of Pandas and People?
 4  A.   I don't know that.  Is that what you are asking?  I am
 5    not sure what you are asking.
 6  Q.   I will break that question down.  Let's take a look at
 7    how Of Pandas and People came into the School Board --
 8    into the School District.
 9         I take it they didn't just show up like these
10    books, because you said it was different.  In what way
11    did Of Pandas and People come to the School District?
12  A.   I'm not real sure.
13  Q.   With respect to the School Board's actions regarding
14    these donated books, are you aware of any way in which
15    the donation of the books from Debunk Creation was
16    treated differently than was the donation of the book Of
17    Pandas and People?
18  A.   I knew some people on the Board wanted the Of Pandas
19    books, and no one had a clue about the Debunk Creation
20    books coming.
21  Q.   So in what way was it handled differently?  I understand
22    it sounds like this was a surprise to the School Board?
23  A.   Correct.
24  Q.   No one had any prior knowledge of these books?
25  A.   Correct.
26  Q.   Did this change the way in which you handled the
```

PAGE 42

00042
```
 1    acceptance process?
 2  A.   We wanted to know what books these were that came
 3    unannounced.
 4  Q.   And then it is your understanding that members of the
 5    Board did have prior knowledge of the textbook Of Pandas
 6    and People?
 7  A.   That's correct.
 8  Q.   And is it your understanding that some people on the
 9    School Board had done some research or at least some
10    understanding of what was included in Of Pandas and
11    People prior to the time at which they were donated?
12         Would you like me to repeat it?
13  A.   Are you saying more had a desire for the books?
14  Q.   No, I am actually asking --
15  A.   I am not sure what you are asking.
16  Q.   You had said -- I am just trying to get a picture here.
17  A.   Okay.  I am trying to understand what you want.
18  Q.   You said that the books from Debunk Creation came
19    completely unannounced?
20  A.   Yes.
21  Q.   And that you, the members of the Board, were completely
22    unaware of what these books were?
23  A.   Yes.
24  Q.   You wanted some time to explore the nature of these
25    books?
```

PAGE 43

00043
```
 1
 2  A.   Yes.
 3  Q.   You also said that some members of the Board -- and
 4    again, correct me if I am speaking incorrectly.  Some
 5    members of the Board were familiar with the textbook Of
 6    Pandas and People?
 7  A.   Correct.
 8  Q.   What I am trying to piece together is whether members of
 9    the Board were familiar with Of Pandas and People prior
10    to the time they were donated to the school?
11  A.   Yes.
12  Q.   And how is it that you are aware that people were
13    familiar?
14  A.   We looked at the book for a couple of months.
15  Q.   Do you know how books are typically handled when they
16    are donated to the School District?
17         MR. GILLEN:  Objection to the form.
18         MR. LOWE:  Can you explain?
19         MR. GILLEN:  Sure.  It's assuming there is a
20    typical way of handling donations.  I am not sure there
21    is one.
22  BY MR. LOWE:
23  Q.   Is there a typical way of handling donations?
24  A.   Yes and no.  How is that for an answer?
25  Q.   That's a great one.  Let's start with the yes part and
26    then we will move to the no, and then --
```

PAGE 44

00044
```
 1
 2  A.   We have an organization called Friends of the Library.
 3    And Friends of the Library donate books that possibly
 4    the librarians really want, a teacher wants, puts in a
 5    request that maybe the Friends of the Library will
 6    donate, or books that the Friends of the Library find
 7    and think would be good.  Those donations are handled in
 8    different ways.
 9         If someone requests it -- that they donate it,
10    that is handled one way.  Whereas if Friends of the
11    Library finds a book and says this would be a good book,
12    then someone would probably look at it and review it.
13  Q.   Is the someone your understanding of the process?
14  A.   That's just one particular donation.  There are many
15    different ones.
16  Q.   And as I understand it, actually I am not sure of this,
17    was Of Pandas and People handled in any way through this
18    Friends of the Library group?
19  A.   No, not at all.  I don't think they were ever
20    approached.  I don't know if they were or not.  I
21    shouldn't say that.  I don't know if they were.
22  Q.   And is it your understanding that Friends of the Library
23    was approached in any way with the books that were
24    donated by Debunk Creation?
25  A.   Not that I'm aware of.
26  Q.   Was the School Board involved in the acceptance of the
```

Sheila Harkins 4/12/05

SHEET 12   PAGE 45

00045
```
1    textbooks Of Pandas and People?
2 A. I don't know that we were.
3 Q. Is it your understanding --
4 A. I don't know that any Board member had a problem with
5    the donation.  Is that fair?
6 Q. That's fair.  Was it your understanding though that the
7    administration made the decision to accept the donation?
8    Earlier you said that the administration had accepted
9    the Of Pandas and People.
10      Did the administration come to the School Board to
11   ask for information with respect to the books Of Pandas
12   and People?  Again, I am asking for your understanding
13   or your recollection.
14 A. Did the administration ever come?  I am trying to think.
15   Did the administration ever come you are asking?
16 Q. Yes.  I am asking if the administration ever came to
17   you, the School Board, at any time prior to the
18   acceptance of the donated texts to discuss whether or
19   not it should be accepted?
20 A. Not to the Board as a whole, no.
21 Q. Are you aware --
22 A. Not that I'm aware of.
23 Q. Are you aware of the administration coming to any
24   committees within the Board with respect to donation of
25   Of Pandas and People?
```

PAGE 46

00046
```
1 A. I don't recall.
2 Q. Did the administration ever come to you for information
3    with respect to accepting the donation Of Pandas and
4    People?
5 A. Not that I recall.
6 Q. With respect to the books donated by Debunk Creation,
7    was the administration involved in the acceptance of
8    those books to the best of your knowledge?
9 A. I don't know that they have been accepted.  I think the
10   only thing that has happened is the Board said they had
11   no problem with the books.
12 Q. When did the Board say they had no problem with these
13   books?
14 A. About a week ago.
15 Q. Approximately how long after the books were received if
16   you recall -- approximately how long after the books
17   were received -- do you recall when the books were
18   received?
19 A. I think -- let's see -- it would be about three or four
20   weeks.  I would say a month ago.  Approximately a month
21   ago, we were made aware the books were there, and I went
22   personally and got the books.
23 Q. And has it been the practice in the past of the School
24   Board to make it known whether or not they objected or
25   accepted books that were donated to the School District?
```

PAGE 47

00047
```
1        MR. GILLEN:  Objection to the form.
2        MR. LOWE:  Can you explain?
3        MR. GILLEN:  Sure.  Has it been the practice in
4    the past assumes there is a practice.
5 A. How about they have the ability to get the books and
6    review them if they so desire?
7 BY MR. LOWE:
8 Q. And for the time that you have been on the School Board,
9    do you recall the School Board taking the time to do
10   this?
11 A. Yes.  Numerous times.
12 Q. When you say numerous --
13 A. I don't know how many different ones.  It depends on
14   their particular interest.
15 Q. Fair enough.  Could I just try -- I am going to try and
16   get with a number, but I understand if you can't even
17   fathom it.  Would it be greater than 50?
18 A. I don't have an idea.  I don't.  The School Board is
19   consistently changing.  So every individual has
20   different interests.
21 Q. Sure.  Did you personally ever review books that were
22   being donated prior to this occasion?
23 A. Yes.
24 Q. Do you recall how many times you may have?
25 A. No, not too many.
```

PAGE 48

00048
```
1 Q. Are you aware of the fact that Mr. Baksa called
2    various --
3 A. Who.
4 Q. Mr. Baksa.
5 A. Baksa.
6 Q. Baksa.
7 A. Mike Baksa.
8 Q. You know these actors a lot better than me.
9 A. We are all cohorts -- I didn't finish it.
10 Q. That he called various private Christian high schools to
11   find out --
12 A. Excuse me.  I'm sorry.  I wasn't paying attention.
13 Q. As a former teacher, I am going to have to give you a
14   detention.
15 A. Yes, I apologize.
16 Q. The time out spot is right back there.  Are you aware he
17   had called various private Christian high schools to
18   find out what biology textbook they used?
19 A. No, I was not.
20 Q. Were you aware before today's deposition that this
21   occurred?
22 A. I read it in his deposition I think it was.
23 Q. Did you at any time become aware of how the survey came
24   about?
25 A. I have no clue.
```

Sheila Harkins 4/12/05

SHEET 13   PAGE 49

00049

1  Q.  Have you discussed this survey with other members of the
2      School Board?
3  A.  No, I haven't.
4  Q.  Have you discussed this survey with any member of the
5      administration?
6  A.  No.
7  Q.  I have a newsletter that we're actually going to take a
8      few seconds to discuss.
9  A.  Okay.
10         MR. LOWE:  I am going to ask Vicki to mark this as
11     an exhibit.
12 BY MR. LOWE:
13 Q.  Let's make this easy for you.  This exhibit was
14     previously marked as P-19 in a deposition from it looks
15     like March 9th.  And if it is okay with you, Pat, we
16     will keep it the same.
17         MR. GILLEN:  Certainly.
18         MR. LOWE:  I am giving a copy of this to Sheila
19     and Pat.
20 A.  Okay.
21 BY MR. LOWE:
22 Q.  Are you familiar with this newsletter -- let me give you
23     a second to take a look at it.
24         While you are looking at it for the record, I am
25     referring to it as a newsletter.  If that is okay with

PAGE 50

00050

1      you, I will continue to do so.
2          It is actually titled the Dover Area School
3      District News, Biology Curriculum Update, and it is
4      dated February of 2005?
5  A.  Yes.
6  Q.  So from this point forward, when I refer to the
7      newsletter --
8  A.  Do you want me to read it all?
9  Q.  You do not need to read it all.  Are you familiar with
10     this newsletter?
11 A.  Yes.
12 Q.  Have you seen this before today?
13 A.  Yes.
14 Q.  Were you in any way involved in the creation of this
15     newsletter?
16 A.  I reviewed it prior to its going out.
17 Q.  Do you recall who it was that was involved in the
18     creation of this newsletter?  Let me rephrase that.  Do
19     you recall who it was that actually created this
20     newsletter, who presented it to you for review?
21 A.  How about I know it was created because we wanted to
22     inform the community better.
23 Q.  Do you remember whose idea it was to create the
24     newsletter?
25 A.  It was the Board's desire to produce something.

PAGE 51

00051

1  Q.  Do you remember who it was that actually put the
2      newsletter together?
3  A.  No, I don't know that for sure.
4  Q.  Okay.  Did the Board actually vote to approve the
5      newsletter?  Was there an actual vote?
6  A.  I don't recall that there was.
7  Q.  And you earlier said that you personally reviewed the
8      contents of this newsletter?
9  A.  Yes.
10 Q.  Do you remember -- you say that the Board wanted a
11     newsletter to be put out.  Do you recall who it was on
12     the Board that specifically spoke or brought up this
13     idea of having a newsletter put out?
14 A.  I believe it was more so community people coming before
15     the Board saying they would like more information.
16 Q.  There is a frequently asked question section which you
17     can see on the left-hand column of the first page?
18 A.  Excuse me?
19 Q.  There is a frequently asked questions --
20 A.  Okay.
21 Q.  -- section on the left hand column of the first page,
22     and it continues to the top of the second page?
23 A.  Okay.
24 Q.  Do you know who developed the questions that are --
25 A.  No, I don't.

PAGE 52

00052

1  Q.  Do you know who it was that developed the answers?
2  A.  No, I don't.
3  Q.  Was there any discussion with respect to the frequently
4      asked questions section?
5  A.  No, not at all that I'm aware of.
6  Q.  Are you familiar with anyone that may have been
7      consulted with respect to the contents to the creation
8      of the frequently asked questions section?  For
9      instance, are you aware of whether or not the teachers
10     were consulted?
11 A.  No.  I'm not sure.  I don't know who would have done the
12     consulting.
13 Q.  Okay.  Did you see any drafts of this -- did you see any
14     earlier drafts of this?
15 A.  Yes.
16 Q.  Were they significantly changed; do you recall?
17 A.  No, not at all.
18 Q.  To the best of your memory, were the earlier drafts the
19     same as the draft that was eventually published?
20 A.  Pretty much, yes.  A few words may be changed.
21 Q.  Do you have any recollection when it was?
22 A.  I know I changed something, but I don't even know what
23     it was I changed.
24 Q.  Do you recall for what reason you made the change?
25 A.  I didn't like the way it read.

Sheila Harkins 4/12/05

SHEET 14   PAGE 53

00053

1   Q.   So it was more of a grammatical or stylistic change than
2        it was a substantive change?
3   A.   Yes.
4   Q.   Do you recall anyone else making changes to the
5        newsletter prior to its publication?
6   A.   I don't know that.
7   Q.   Okay. We are on to my last section. It is my
8        understanding of the Intelligent Design or rather of the
9        curriculum policy or the curriculum update that when
10       Intelligent Design is presented in class, students are
11       not allowed to ask questions about Intelligent Design;
12       is that correct?
13            MR. GILLEN:  Objection to the form.
14            MR. LOWE:  Could you explain?
15            MR. GILLEN:  Yeah. Did you say students aren't
16       allowed to ask or teachers aren't allowed to answer?
17            MR. LOWE:  I started students aren't allowed to
18       ask. I am trying to get an understanding.
19  A.   That is really not something the Board deals with.
20  BY MR. LOWE:
21  Q.   Is it your understanding that students -- let me go to
22       the teacher's end of it. That might be easier for you.
23            It is my understanding that teachers aren't
24       allowed to respond to any questions concerning
25       Intelligent Design that may be brought up?

PAGE 54

00054

1   A.   That is my understanding.
2   Q.   Are you aware of any other subject that is covered in
3        the Dover area curriculum in which students or rather in
4        which teachers aren't allowed to answer questions?
5   A.   No, I'm not.
6   Q.   Can you explain why it is that Intelligent Design is
7        treated differently than any other subject that is
8        introduced in school?
9            MR. GILLEN:  Objection to the characterization of
10       the evidence.
11            MR. LOWE:  Can you explain?
12            MR. GILLEN:  Just she said she doesn't -- she is
13       not aware of anything else. I am not sure there are any
14       other subject matters that teachers can't address, and
15       therefore --
16            MR. LOWE:  Fair enough.
17  BY MR. LOWE:
18  Q.   Could you explain why it is -- according to your
19       understanding, there's no other subjects in which the
20       teachers aren't allowed to address questions.
21            With this in mind, could you explain why
22       Intelligent Design is treated differently?
23  A.   I think it was an administrative decision, possibly
24       because of the lawsuit. I don't know. I only would be
25       guessing then.

PAGE 55

00055

1   Q.   I don't want you to guess. Is it your belief, your
2        opinion that Intelligent Design should be allowed to be
3        more fully explored in the science classroom?
4            MR. GILLEN:  Objection to the form.
5            MR. LOWE:  Could you explain?
6            MR. GILLEN:  You are assuming she has a belief or
7        opinion on that issue.
8   BY MR. LOWE:
9   Q.   Do you have an opinion as to whether Intelligent Design
10       should be allowed to be fully explored in the science
11       classroom?
12  A.   We never got that far because the teachers made us aware
13       they weren't educated in the area and preferred not to
14       teach it. So that's where it stopped.
15  Q.   Would you personally have a problem if Intelligent
16       Design were fully explored in the science classroom --
17       more fully explored?
18  A.   I never gave it consideration.
19  Q.   If I were to ask you to give it consideration now, would
20       you have an opinion either way?
21            MR. GILLEN:  Objection. Calls for speculation.
22  BY MR. LOWE:
23  Q.   I am asking for your opinion.
24  A.   We are a standards driven district. It would have to be
25       explored more fully how it would relate to the standards

PAGE 56

00056

1        before I could form an opinion I think.
2   Q.   That's fine. In your opinion, is not allowing questions
3        with respect to a topic that is brought up or introduced
4        in schools, is that consistent with your general
5        understanding of good educational practice?
6            MR. GILLEN:  Objection to the form.
7            MR. LOWE:  Could you explain?
8            MR. GILLEN:  Sure. I think you are assuming she
9        has got an understanding of good educational practice
10       and how certain questions and certain subject matters
11       should be dealt with according to standard educational
12       practice.
13            MR. LOWE:  Fair enough. Are you instructing her
14       not to answer?
15            MR. GILLEN:  No. I am saying -- read back the
16       question, please. May I ask you to read back the
17       question?
18            (The question, "In your opinion, is not allowing
19       questions with respect to a topic that is brought up or
20       introduced in schools, is that consistent with your
21       general understanding of good educational practice," was
22       read by the reporter.)
23  BY MR. LOWE:
24  Q.   Again, I believe I was clear in both instances that's
25       your opinion in each instance.

Sheila Harkins 4/12/05

SHEET 15   PAGE 57

00057

1  A.  I have to give that some thought.  I believe questions
2      are good.  Answers aren't always necessary.
3  Q.  Taking another step back from questions aren't
4      necessarily necessary as you put it, with respect to
5      Intelligent Design, is it your opinion that answers are
6      not necessary if a student were to ask questions?
7          MR. GILLEN:  Objection to the form.  Go ahead if
8      you can answer it.
9  A.  I believe --
10  BY MR. LOWE:
11  Q.  Let me just ask a preliminary question, and maybe we can
12      forego this line of questioning.  Have you given any
13      thought really up until this time as to the fact that
14      teachers are not allowed to answer questions with
15      respect to Intelligent Design in the classroom?
16  A.  No, I haven't.
17  Q.  Has this ever been discussed between the members of the
18      Board to your knowledge?
19  A.  No, I'm not aware if it was ever discussed.  I am aware
20      that the administration made a statement of that.
21  Q.  Are you aware of anyone in the School Board that had any
22      involvement in that aspect of this change?
23  A.  No, I am not.
24  Q.  If you can give me a second, I think I may be done.
25  A.  Sure.

PAGE 58

00058

1  Q.  Let me make sure I hit everything.  Going back to the
2      passing of the resolution.
3  A.  Yes.
4  Q.  Did you try to persuade anyone on the School Board to
5      pass this resolution?
6  A.  No.
7  Q.  Did anyone on the School Board in your best recollection
8      try to persuade you to pass this resolution?
9  A.  No.
10  Q.  Are you aware of anyone on the School Board trying to
11      persuade other members of the School Board to pass this
12      resolution?
13  A.  Yes.
14  Q.  Could you explain what it is, who it is that you recall,
15      or are aware of trying to make others or trying to
16      persuade others?
17  A.  Angie told me - Angie Yingling told me that Bill tried
18      to persuade her.
19  Q.  Did she tell you in what way Bill -- and I am assuming
20      by Bill, you mean Bill Buckingham?
21  A.  Yes.
22  Q.  Did she tell you in any way how Mr. Buckingham tried to
23      persuade her?
24  A.  I am trying to recall.  Just that he would have liked --
25      he would have liked her to vote for it.

PAGE 59

00059

1  Q.  Did she discuss with you how she felt in terms of the
2      tone of this conversation, whether she felt he was
3      actively pushing or whether she felt he was just asking?
4  A.  No.  I think he was actively pushing.
5  Q.  You say you think.  What was it that gave you the
6      impression that he was actively pushing?
7  A.  Just the way she told me.
8  Q.  Do you recall any specifics about how it was that she
9      told you?
10  A.  No.
11  Q.  Do you recall whether she told you that he said --
12      questioned her in any way about her religious
13      background?
14  A.  No.  I think it just was can you give me this one?  Will
15      you vote for it for me?
16  Q.  Do you recall whether she told you how many times he had
17      this sort of discussion with her?
18  A.  No.  She didn't tell me that.
19  Q.  And do you recall how many times you and Ms. Yingling
20      had the discussion or discussions related to
21      Mr. Buckingham's conversations with her or conversation?
22  A.  I don't remember.  I don't know that.  I don't remember.
23  Q.  Okay.  Do you recall any other -- other than
24      Mr. Buckingham trying to persuade Ms. Yingling, do you
25      recall any other instances of a member of the Board

PAGE 60

00060

1      trying to persuade any other members of the Board as to
2      this resolution?
3  A.  No.
4          MR. LOWE:  I have no further questions.
5  A.  Can I expand on that, Pat?
6          MR. GILLEN:  Do you want to talk to me for a
7      second?
8          MR. LOWE:  I can step out.
9          MR. GILLEN:  We will step out.  Thanks.
10      (A recess was taken.)
11              AFTER RECESS
12          MR. GILLEN:  I have no questions either.
13      (The deposition was concluded at 11:50 a.m.)
14
15
16
17
18
19
20
21
22
23
24
25

Sheila Harkins 4/12/05

SHEET 16   PAGE 61

```
00061
 1        COMMONWEALTH OF PENNSYLVANIA       :
 2                                           :
 3        COUNTY OF CUMBERLAND               :
 4              I, Vicki L. Fox, Reporter and Notary Public in and
 5        for the Commonwealth of Pennsylvania and County of
 6        Cumberland, do hereby certify that the foregoing
 7        testimony was taken before me at the time and place
 8        hereinbefore set forth, and that it is the testimony of:
 9                      SHEILA HARKINS
10              I further certify that said witness was by me duly
11        sworn to testify the whole and complete truth in said
12        cause; that the testimony then given was reported by me
13        stenographically, and subsequently transcribed under my
14        direction and supervision; and that the foregoing is a
15        full, true and correct transcript of my original
16        shorthand notes.
17              I further certify that I am not counsel for nor
18        related to any of the parties to the foregoing cause,
19        nor employed by them or their attorneys, and am not
20        interested in the subject matter or outcome thereof.
21              Dated at Camp Hill, Pennsylvania, this 26th day of
22        April, 2005.
23                              _____
24                              Vicki L. Fox
25                              Reporter - Notary Public
```

Sheila Harkins 4/12/05

**1**

**11:50** [1] 60:13
**18** [2] 33:22,24

**2005** [2] 50:4 61:22
**26th** [1] 61:21

**3**

**3rd** [1] 34:24

**5**

**50** [1] 47:17

**7**

**74** [1] 33:16

**9**

**9th** [1] 49:15

**A**

**a.m** [1] 60:13
**ability** [1] 47:5
**absolutely** [1] 11:4
**accept** [4] 35:6,7 39:7 45:7
**acceptance** [6] 37:12,14 42:1 44: 25 45:18 46:7
**accepted** [9] 39:11,16,19,21 40:12 45:8,19 46:9,25
**accepting** [1] 46:3
**according** [3] 37:2 54:18 56:11
**accuracy** [1] 10:5
**accurate** [6] 9:21 10:3,19 11:9,12 32:11
**acquainted** [1] 12:10
**action** [7] 8:9 35:4,8,9,10,22 37:2
**actions** [1] 41:12
**actively** [1] 59:3,4,6
**actor** [1] 35:8
**actors** [1] 48:8
**actual** [1] 51:5
**actually** [10] 14:4,15 38:25 42:14 44:15 49:7 50:2,19 51:1,4
**adding** [1] 16:22
**address** [4] 10:7 20:3 54:14,20
**addressed** [2] 17:16 40:21
**administration** [25] 13:15 16:8 21: 18,21 22:1,5 25:13 26:15 27:23 28:15 29:2 31:1 34:18 39:9 45:7,8, 10,14,15,16,23 46:2,7 49:5 57:20
**administrative** [1] 54:23
**administrators** [5] 15:25 16:9 19: 7 20:10 25:7
**admitted** [1] 33:10
**advancement** [1] 30:23
**affect** [2] 6:12,16
**afterwards** [1] 17:15
**ago** [4] 3:24 46:14,20,21
**ahead** [3] 10:2 18:17 57:7
**al** [1] 1:7
**alan** [5] 13:19 16:15,17 19:14 23: 11
**allowed** [10] 53:11,16,16,17,24 54: 4,20 55:2,10 57:14
**allowing** [2] 56:2,18
**already** [3] 4:18 7:6 38:22

**alternative** [1] 18:5
**although** [1] 5:12
**american** [2] 30:22,24
**and/or** [1] 13:5
**angie** [2] 58:17,17
**animals** [3] 36:1,10,17
**another** [3] 24:3,5 57:3
**answer** [8] 5:8 33:24 43:23 53:16 54:4 56:14 57:8,14
**answers** [5] 6:4 7:12 52:1 57:2,5
**apologize** [5] 8:20,23 36:14,24 48: 15
**appear** [1] 4:9
**appearances** [1] 1:19
**approached** [2] 44:19,22
**appropriate** [1] 38:17
**approve** [1] 51:4
**approximately** [6] 8:1 15:11 18: 19 46:15,16,20
**april** [2] 13:1 61:22
**area** [5] 1:6 34:18 50:2 54:3 55:13
**areas** [1] 4:17,18 9:9
**aren't** [8] 53:15,16,17,23 54:4,20 57:2,3
**around** [2] 13:21 16:6
**articles** [2] 9:5 11:2
**aside** [1] 28:2
**aspect** [1] 57:22
**assistant** [2] 13:17 16:10
**association** [1] 30:23
**assume** [2] 7:20 10:3
**assumes** [1] 47:4
**assuming** [7] 9:24 35:14 38:12 43: 18 55:6 56:8 58:19
**attend** [1] 13:4
**attendance** [6] 13:8 15:16,19 18: 22 24:12 27:10
**attended** [1] 14:20
**attention** [1] 48:12
**attorneys** [4] 27:1,11,13 61:19
**avenue** [2] 4:21 29:9
**avenues** [1] 29:20
**aware** [36] 7:17 11:14 18:9,12 19: 19 21:16 22:23,25 23:2 25:19 26: 6,13,17 30:25 31:1,4 39:25 41:13 43:11 44:24 45:21,22,23 46:21 48: 1,16,20,23 52:5,9 54:2,13 55:12 57:19,19,21 58:10,15
**away** [1] 4:9
**awful** [1] 28:17

**B**

**back** [14] 6:14 7:11 11:6 13:24 17: 19 32:16 36:6 38:25 39:4 48:16 56:15,16 57:3 58:1
**background** [4] 4:23 32:3,9 59:13
**bad** [1] 4:25
**baksa** [6] 13:15 16:2 19:9 48:1,4,5, 6,7
**base** [1] 10:7
**based** [1] 11:7
**became** [1] 25:19
**become** [2] 10:14 48:23
**beginning** [3] 4:5 15:8 34:23
**belief** [2] 55:1,6

**believe** [29] 3:25 9:4 13:1,15,18,19 15:13,13,20,24 16:2 17:8,14 18: 13 19:3,9 23:7,11 25:16,21 26:22 27:25 36:25 37:1 39:9 51:14 56: 24 57:1,9
**bert** [5] 13:12 19:23 21:3 23:15 25: 16
**best** [5] 12:19 30:17 46:8 52:18 58: 7
**better** [3] 13:22 48:8 50:22
**between** [3] 3:2 7:23 57:17
**beyond** [2] 32:5,9
**bill** [8] 13:18 16:15 19:14 23:11 58: 17,19,20,20
**biologists** [5] 31:21,22,25 32:1,6
**biology** [11] 8:15 13:5 15:6 16:21 17:4,9 23:19 24:19 30:24 48:18 50:3
**bit** [3] 4:22 11:1 25:21
**board** [75] 11:24 12:7,18,20,25 13: 3,18 16:13,17 19:12 20:11 21:17, 21 22:2,6 25:7,12,13 26:7,10,13, 17 27:22 28:1,3,3,5,10,24 29:7 30: 5,9,12,19 34:14 39:10,11,14,18 40: 19 41:6,17,21 42:5,9,21 43:2,4,8 44:25 45:4,10,17,20,24 46:10,12, 24 47:8,9,18 49:2 51:4,10,12,15 53:19 57:18,21 58:4,7,10,11 59: 25 60:1
**board's** [2] 41:12 50:25
**bonsell** [3] 13:19 16:17 19:14
**book** [8] 23:21,22 39:12 40:4 41: 15 43:13 44:10,10
**books** [36] 39:2,11,15,19 40:1,11, 13,15 41:9,13,14,18,19,23 42:2,13, 18,22,25 43:14 44:2,5,22 45:11 46:6,8,11,13,15,16,17,21,22,25 47: 5,21
**both** [1] 9:19 13:16 16:2 29:10 56: 24
**brain** [1] 11:20
**break** [4] 11:17 15:12,12 41:5
**brief** [2] 21:9 22:20
**bring** [1] 28:4
**brought** [3] 12:18,19,24 18:2,4,7, 14 24:4,8 51:12 53:25 56:3,19
**brown** [2] 16:16,18
**buckingham** [6] 13:19 16:15 19: 14 58:20,22 59:24
**buckingham's** [1] 59:21
**building** [1] 40:22

**C**

**called** [7] 3:7 39:23 40:1 44:1 48:1, 10,17
**calls** [3] 30:13,19 55:21
**came** [6] 17:21 21:3 23:5,11 41:6 42:2,18 45:16 48:23
**camp** [1] 61:21
**case** [4] 3:18 9:6 27:12 29:19
**cases** [1] 4:23
**casey** [2] 16:16,17
**cause** [2] 61:12,18
**cell** [1] 33:20,24
**center** [1] 1:23

**certain** [3] 14:8 56:10,10
**certainly** [4] 5:4 19:2 36:25 49:17
**certification** [1] 3:3
**certify** [3] 61:6,10,17
**chance** [2] 7:5 20:6
**change** [19] 7:14 15:5,6 17:4,19 22:11,21,22 23:13,18,19 24:19 33: 10 34:7 41:25 52:24 53:1,2 57:22
**changed** [5] 34:9 52:16,20,22,23
**changes** [7] 7:16,19,20 16:22 17: 1,9,12,12,15,21 53:4
**changing** [1] 47:19
**characterization** [1] 54:9
**check** [2] 11:9 14:16
**chose** [1] 16:19
**chris** [3] 3:15,16 8:19
**christian** [2] 48:10,17
**christopher** [1] 1:21
**chronologically** [1] 14:5
**claimed** [1] 32:3
**clarify** [3] 5:15 7:14 9:23
**class** [1] 53:10
**classroom** [4] 55:3,11,16 57:15
**clear** [11] 5:13,16 6:10,19,25 15:1 24:14,16 25:20 35:15 56:24
**clients** [1] 11:19
**clue** [2] 41:18 48:25
**cohorts** [1] 48:9
**column** [2] 51:17,21
**come** [9] 16:19 22:19 27:23 31:11 41:10 45:10,14,15 46:2
**comes** [1] 7:1
**comfortable** [1] 33:11
**coming** [4] 8:4 41:19 45:23 51:14
**comment** [1] 21:2
**committee** [3] 16:16,18 39:10
**committees** [1] 45:24
**commonwealth** [2] 61:1,5
**communication** [1] 6:8
**community** [2] 50:22 51:14
**complete** [1] 61:11
**completed** [1] 6:23
**completely** [2] 42:19,21
**concerning** [1] 53:24
**concerns** [25] 17:4 19:22 20:7,8, 11,20 21:10,13,13,15,17,20,23,24 25:8,14,22,25 26:1,4,7,10,15,18, 20
**concluded** [1] 60:13
**conduct** [5] 8:17,25 9:8,25 27:19
**confident** [2] 29:16,17
**consider** [2] 18:13 35:10
**consideration** [6] 11:19 35:4 38: 19,21 55:18,19
**considered** [1] 38:9
**considering** [1] 11:11
**consistent** [2] 56:4,20
**consistently** [1] 47:19
**consulted** [2] 52:7,10
**consulting** [1] 52:12
**contents** [3] 9:15 51:8 52:7
**context** [1] 18:1
**continue** [3] 11:22 15:10 50:1
**continues** [1] 51:22
**conversation** [3] 23:6 59:2,21

Sheila Harkins 4/12/05

**conversations** [6] 8:5,8 27:5,11, 12 59:21
**copies** [1] 29:6
**copy** [1] 49:18
**correct** [14] 3:23 4:2 9:7 20:14 22: 13 26:3 28:12 41:22,24 42:7 43:3, 6 53:12 61:15
**counsel** [3] 4:13 26:22 61:17
**county** [2] 61:3,5
**couple** [6] 6:24 30:21 33:5 38:24 39:1 43:13
**course** [5] 5:24 7:21 11:16 27:7
**court** [1] 1:1
**covered** [2] 9:9 54:2
**create** [1] 50:23
**created** [2] 50:19,21
**creation** [11] 39:23 40:1,10 41:14, 18 42:18 44:23 46:6 50:14,18 52: 7
**credible** [2] 31:20,21
**criteria** [1] 10:2
**crossed** [1] 38:5
**cumberland** [2] 61:3,6
**curious** [1] 27:8
**current** [1] 33:6
**curriculum** [21] 8:15 13:5 15:6 16: 16,17,18,21 17:5,9,12,19,21 22:11, 20,22 23:19 24:19 50:3 53:9,9 54: 3

**D**

**darwin's** [3] 16:23 17:16 22:24
**date** [4] 1:13 14:6,18,25 15:1 34: 22
**dated** [2] 50:4 61:21
**dates** [3] 14:3,10,12
**day** [1] 61:21
**deals** [1] 53:19
**dealt** [1] 56:11
**debunk** [8] 39:23 40:1,10 41:14,18 42:18 44:23 46:6
**decision** [6] 10:7,17 11:8 39:7 45: 7 54:23
**deeper** [1] 11:1
**defendants** [4] 1:9,25 27:12 29: 11
**define** [3] 35:24 36:8,15
**defined** [1] 33:18
**definition** [2] 33:9,10
**depends** [1] 47:13
**deposed** [2] 3:22 7:6
**deposition** [23] 1:11 4:8,16 5:1 7: 8,11,15,21,23,23 8:3,11 11:16 33: 8,16 34:12,16,19,20,23 39:5,6 48: 20,22 49:14 60:13
**described** [1] 30:5
**design** [57] 9:1,3,13 12:1,3,6,8,11, 12,17 13:5 17:23 18:1,4,7,11 19: 15,16 20:2 21:8 22:7 23:5,9,16 25: 18,20 26:8,11 27:20,24 28:5,7,11, 16,24 30:6,10,15,20 31:3,5,8,12 33:6,9,18 34:6,9,13,17 35:1,3,7 37:2,11,22 53:8,10,11,25 54:6,22 55:2,9,16 57:5,15
**designed** [4] 33:25 34:1,1 37:15

**designer** [6] 34:2 37:13,23 38:1,7, 17
**desire** [3] 42:13 47:6 50:25
**desired** [1] 37:24
**detention** [1] 48:14
**determine** [1] 9:20
**determined** [1] 31:24
**determining** [2] 10:4,12
**developed** [2] 51:24 52:1
**difference** [1] 25:24
**different** [11] 4:21 12:14 30:21 31: 13,13 40:3 41:9 44:7,14 47:13,20
**differently** [6] 40:6 41:1,15,20 54: 7,22
**dig** [1] 11:1
**direction** [2] 5:19 61:14
**disabilities** [1] 6:11
**discuss** [13] 17:19 21:20 25:6,12 26:10,20 28:4,6 30:19 38:6 45:18 49:8 59:1
**discussed** [14] 14:1 16:20,22,24 17:14 19:16 23:22 26:14,22 27:14 49:1,4 57:17,19
**discussing** [2] 22:21 23:20
**discussion** [8] 28:3 29:25 33:14 37:9 39:12 52:3 59:17,20
**discussions** [10] 19:18 26:24,25 30:4,8 34:13,17,24 39:13 59:19
**district** [10] 1:1,6 34:18 39:2 41:7, 10 43:15 46:25 50:3 55:24
**doing** [1] 7:3
**donate** [3] 44:2,5,8
**donated** [11] 39:23 40:1 41:13 42: 11 43:9,15 44:23 45:18 46:6,25 47:22
**donation** [14] 39:2,8,16 40:3,4 41: 1,1,14,15 44:13 45:5,7,24 46:3
**donations** [4] 39:22 43:19,22 44:6
**done** [7] 6:25 28:9,11,16 42:9 52: 11 57:24
**door** [2] 40:7,8
**doubt** [1] 39:4
**dover** [5] 1:6 8:15 34:18 50:2 54:3
**down** [11] 4:21 5:17,23,25 11:20 14:7 27:2 29:9 33:25 40:17 41:5
**downloaded** [1] 11:25
**draft** [1] 52:19
**drafts** [3] 52:13,14,18
**driven** [1] 55:24
**duly** [2] 3:7 61:10
**during** [5] 6:21 11:16 22:2 25:14 28:2
**duty** [1] 11:19

**E**

**e-mail** [1] 40:10
**each** [3] 15:19 26:14 56:25
**earlier** [6] 15:15 25:21 45:8 51:7 52:14,18
**early** [1] 13:1
**ears** [1] 40:14
**earth** [6] 35:25 36:2,10,11,17,18
**easier** [1] 53:22
**easter** [2] 15:12,13
**easy** [1] 49:13

**educate** [1] 27:23
**educated** [1] 55:13
**educational** [4] 56:5,9,11,21
**either** [18] 5:14 6:7 11:3 16:9 19:4 20:10 21:20 22:1 23:11 25:6,11 26:14 27:10 30:18 55:20 60:12
**elaborate** [1] 40:9
**employed** [1] 61:19
**end** [5] 13:22 15:7,14 28:21 53:22
**english** [1] 40:14
**enough** [5] 7:4 40:24 47:15 54:16 56:13
**enriching** [1] 8:15
**entered** [1] 33:2
**entire** [1] 23:12
**entirely** [1] 15:1
**eshbach** [6] 13:12 15:16,20,23 19: 3,5
**esquire** [2] 1:21,24
**et** [1] 1:7
**evaluating** [1] 9:25
**evaluation** [1] 10:1
**even** [7] 5:11 7:17 20:24 33:12 40: 13 47:16 52:22
**evening** [1] 17:25
**eventually** [1] 52:19
**everyday** [1] 35:11
**everything** [4] 28:20 29:16,18 58: 1
**evidence** [1] 54:10
**evolution** [8] 9:8,14,14 16:23 18:5 22:24 23:3,18
**exactly** [1] 21:7 32:18
**examination** [1] 2:3
**examined** [1] 3:8
**except** [3] 3:4 19:1,3
**excuse** [6] 8:7 22:4 25:10 37:5 48: 12 51:18
**exhibit** [2] 49:11,13
**exhibits** [1] 2:9
**existed** [1] 24:10
**expand** [2] 12:2 60:5
**explain** [14] 17:7 35:5,13 38:11 43: 17 47:2 53:14 54:6,11,18,21 55:5 56:7 58:14
**explains** [1] 32:9
**explanations** [1] 7:12
**explore** [2] 14:20 42:24
**explored** [7] 4:18 38:1 55:3,10,16, 17,25
**exploring** [1] 29:20
**expressed** [1] 27:16
**extent** [1] 10:15
**extremely** [1] 10:24

**F**

**fact** [6] 31:6 32:11 37:12 40:24 48: 1 57:13
**fair** [6] 7:4 45:5,6 47:15 54:16 56: 13
**familiar** [6] 43:4,8,12 49:22 50:9 52:6
**far** [2] 25:1 55:12
**farce** [1] 11:4
**fast** [2] 5:18 11:21

**fathom** [1] 47:17
**fault** [1] 36:25
**february** [1] 50:4
**federation** [1] 30:24
**feel** [9] 4:15,19,25 5:22 7:13 11:17, 18 20:8 21:15
**feeling** [3] 20:16,18 21:6
**felt** [8] 19:19 20:14,15,17 21:3 59:1, 2,3
**few** [7] 7:16 13:25 29:20 49:8 52: 20
**filing** [1] 3:3
**find** [5] 10:24 11:2 44:5 48:11,18
**finds** [1] 44:10
**fine** [4] 14:9 29:24 38:21 56:2
**finish** [3] 6:20 8:19 48:9
**finished** [2] 8:20,23
**first** [20] 5:2,19 9:25 12:1,25 14:5, 19 15:4,22 16:1,25 20:14,17 21:1, 2 24:6 25:18 31:24 51:17,21
**following** [2] 10:20 21:12
**follows** [1] 3:8
**forego** [1] 57:12
**foregoing** [3] 61:6,14,18
**forgive** [1] 8:21
**form** [13] 3:4 9:22 17:6 35:12 37:6 38:10 43:16 47:1 53:13 55:4 56:1, 6 57:7
**former** [1] 48:13
**forth** [1] 61:8
**forward** [2] 24:11 50:6
**four** [1] 46:19
**fox** [2] 61:4,24
**free** [3] 4:15,19 5:22
**frequently** [4] 51:16,19 52:3,8
**friends** [7] 44:1,2,4,5,9,17,21
**front** [1] 1:17
**full** [1] 61:15
**fully** [6] 55:3,10,16,17,25
**further** [9] 21:3 26:18 32:19 34: 12,16 35:5 60:4 61:10,17

**G**

**gaps** [3] 16:23 22:23 23:2
**gather** [1] 11:12
**gave** [8] 7:12,13 21:5 29:6 33:8,12 55:18 59:5
**gee** [1] 36:14
**general** [3] 27:23 56:4,21
**generally** [4] 6:22 16:8 18:3 20:24
**getting** [1] 4:11
**gillen** [36] 1:24 8:19,21 9:22,24 17: 6,8 25:3 28:19 29:24 32:8 33:22 35:12,14 37:6 38:10,12 43:16,18 47:1,3 49:17 53:13,15 54:9,12 55: 4,6,21 56:6,8,15 57:7 60:6,9,12
**give** [11] 6:24 14:10 17:20 30:21 38:20 48:13 49:22 55:19 57:1,24 59:14
**given** [4] 29:4 38:19 57:12 61:12
**giving** [2] 33:11 49:18
**google** [5] 9:13 32:15,19,21 33:2
**googled** [1] 32:16
**googling** [1] 32:20
**got** [7] 28:2 32:16 40:10,11 46:22

Sheila Harkins 4/12/05

55:12 56:9
grammatical [1] 53:1
great [5] 6:19 14:7 20:21 21:24 43:24
greater [1] 47:17
group [4] 28:6 39:23 40:1 44:17
guess [1] 55:1
guessing [1] 54:25
guys [2] 28:4 29:17

**H**

h-a-r-k-i-n-s [1] 3:21
habit [1] 28:19
hamilton [2] 1:20 3:17
hand [1] 51:21
handicaps [1] 6:16
handled [9] 40:3,6 41:1,20,25 43:14 44:6,9,16
handling [2] 43:19,22
happened [1] 46:10
harkins [5] 2:3 3:7,16,21 61:9
harrisburg [1] 1:18
hear [3] 12:1,3,6
heard [6] 5:7,13 12:8,11 14:19 21:1
help [11] 10:12,16 11:8 14:7,10,25 20:23 29:1 36:2,12,19
hereby [2] 3:2 61:6
hereinbefore [1] 61:8
herself [1] 25:17
high [4] 16:6 19:10 48:10,17
hill [1] 61:21
himself [1] 32:10
hit [3] 32:21,22 58:1
hold [1] 6:22
hour [1] 8:2
hunted [1] 40:17
hurt [1] 40:14
husband [1] 8:4

**I**

idea [3] 47:18 50:23 51:13
ie [1] 32:7
immediately [1] 7:15
important [1] 5:8
imprecise [1] 6:2
impression [1] 59:6
improper [1] 25:3
include [1] 16:4
included [4] 23:16 29:6 30:13 42:10
including [1] 19:20 20:2 26:8
inconsistent [1] 25:21
incorrect [1] 40:13
incorrectly [1] 43:3
independent [1] 28:11
independently [1] 28:16
individual [1] 47:19
individuals [1] 32:6
inform [1] 50:22
information [19] 9:16,20 10:4,9,15,17,19 11:4,6,9,12,14 14:18 27:10 31:3 32:3 45:11 46:2 51:15
informed [4] 10:14,17 11:8 12:13
instance [2] 52:9 56:25
instances [3] 4:20 56:24 59:25

instructing [1] 56:13
instructions [2] 5:12,15
intelligence [3] 37:15,16,20
intelligent [7] 19:1,2,13 12:1,3,6,8,11,12,16 13:4 17:23 18:1,4,7,11 19:15,15 20:2 21:8 22:7 23:5,9,15 25:18,19 26:8,11 27:20,24 28:5,6,10,16,24 30:6,10,14,20 31:3,5,8,11 33:6,9,18 34:6,9,13,17 35:1,3,7 37:2,11,13,22 38:1,7,17 53:8,10,11,25 54:6,22 55:2,9,15 57:5,15
interest [1] 47:14
interested [1] 61:20
interests [1] 47:20
internet [6] 9:10,11 10:21 11:15,23 27:17
interrupt [1] 7:2
introduced [5] 3:12 18:8,9 54:8 56:3,20
investigate [3] 21:13 26:4,7
investigated [2] 21:16 26:18
involved [6] 12:15 39:13 44:25 46:7 50:14,17
involvement [1] 57:22
involving [3] 8:17,25 9:2
isn't [1] 32:19
issue [1] 55:7
itself [2] 4:8 28:5

**J**

january [5] 3:25 34:20,22,24,24
jen [3] 13:12 19:4,6
joel [1] 13:16
jog [2] 14:17,22
jones [1] 1:6
judge [2] 1:6 9:15
june [8] 12:7,20 13:3 24:22 25:11,16 26:4,21

**K**

keep [2] 29:7 49:16
kick [1] 25:2
kicking [1] 25:4
kind [1] 10:1
knowledge [9] 6:13,18 30:12,18 40:19 41:23 42:5 46:8 57:18
known [1] 46:24

**L**

last [14] 4:6,16,22,25 7:25 14:6 24:17,18 34:16,19,20,22 53:7
late [1] 24:20
later [2] 7:1 18:19
law [1] 1:23
lawsuit [1] 54:24
learn [1] 14:15
least [3] 13:6 16:2 42:9
leave [1] 20:18
left [2] 20:16 51:21
left-hand [1] 51:17
less [2] 6:6 8:2
level [1] 33:1
librarians [1] 44:3
library [7] 44:1,2,4,5,10,17,21
light [1] 47:22
likely [1] 6:5

line [7] 4:11,14,24 6:7 33:22,24 57:12
little [4] 4:22 6:4 11:1 25:21
living [2] 33:20,24
llp [1] 1:20
long [8] 1:46:15,16
longer [2] 19:20 21:4
look [8] 7:1 10:24,25 13:24 39:3 41:5 44:11 49:23
looked [5] 7:16 9:2,9 27:18 43:13
looking [6] 5:12 7:11 9:19 10:3 16:5 49:24
looks [2] 34:23 49:14
lot [4] 6:25 28:17 39:24 48:8
love [1] 35:2
lowe [46] 1:21 3:9,15 8:24 9:23 10:6 17:7,11 25:5 28:20,22 29:23 30:3 33:13,15,23 35:13,18 36:22 37:8,10 38:15,15 43:17,21 47:2,7 49:10,12,18,21 53:14,17,20 54:11,16,17 55:5,8,22 56:7,13,23 57:10 60:4,8

**M**

macro [1] 9:14
made [17] 7:15,20 18:9,12 19:19 21:2 22:9,23,25 25:17,24 39:7 45:7 46:21 52:24 55:12 57:20
manner [1] 40:3
many [7] 13:3 44:13 47:13,24,25 59:16,19
march [1] 49:15
mark [1] 49:10
marked [2] 2:10 49:14
market [1] 1:17
match [1] 22:14
materials [4] 11:22,24 28:23 29:1
matter [2] 3:23 61:20
matters [2] 54:14 56:10
mean [10] 16:5 32:14 33:1 35:19 36:3,12,19,20 38:12 58:20
means [1] 5:11
medication [2] 6:11,15
medications [1] 6:10
meeting [52] 13:3 15:22 16:1,14,21,25 17:3,10,13,21,24 18:15,17,20,23 19:8,11,16,22 20:4,10,14,17,18 21:2,4,10,12,22,23 23:7,13,15,16,19 23:18 24:4,7,11,13,15,16,17,18,22,23 25:9,12,16,24 26:4,21 39:14
meetings [17] 12:7,20,23 13:2,3,9,24 14:2,3,5,19 15:2,19 16:3 25:15 28:1,3
member [5] 27:22 31:1 45:4 49:4 59:25
members [31] 11:24 13:18 16:13 19:12 21:20 25:7,12,13 26:6,13,18 28:10,24 29:1 30:4,8,12,18 34:14,17,25 39:18 42:4,21 43:2,4,7 49:1 57:17 58:11 60:1
memories [1] 29:12
memory [6] 6:17 13:22 14:16,17,22 52:18
mention [1] 17:23
mentioned [5] 13:2 15:15 17:8,10,

13
message [1] 22:16
met [1] 15:4
micro [1] 9:14
might [8] 4:22 17:19 18:11 21:23 24:6 29:19 32:21 53:22
mike [4] 13:15 16:2 19:9 48:7
mild [1] 26:1
miller [4] 13:12,17 15:15 19:5
miller-levin [2] 16:24 23:20
mind [5] 5:6,17 13:20 16:6 24:24 54:21
mine [1] 13:22
minimally [3] 10:10,11,16
minutes [1] 38:24
missing [1] 19:4
moderate [1] 26:2
moment [1] 38:21
month [5] 14:8 15:11 18:21 46:20,20
months [3] 2:4 43:13
morning [3] 3:10,11 5:24
most [2] 24:11 43:25
move [2] 24:11 43:25
moving [1] 18:17
ms [11] 15:15,15 21:14 25:8,14 26:7,10,18,20 59:19,24
much [6] 7:2 9:7 18:19 25:25 29:23 52:20
myself [2] 3:12 13:18

**N**

name [4] 3:14,15,19 40:16
names [8] 18:24 32:12,13,14,17,20,23 33:3
narrow [1] 14:7
natural [4] 35:10 36:1,10,17
naturally [1] 5:25 6:1
nature [3] 19:18 28:11 42:24
necessarily [1] 57:4
necessary [4] 14:8 57:2,4,6
need [6] 7:13 11:17 37:21,21,22 50:9
needs [3] 35:7 37:2,19
negative [2] 21:1,7
never [8] 11:25 18:6 38:5,5,9,19 55:12,18
new [1] 13:16
news [1] 50:3
newsletter [15] 49:7,22,25 50:7,10,15,18,20,24 51:2,5,8,11,13 53:5
next [1] 31:23
nilsen [2] 16:3 40:10
none [1] 2:10
nor [2] 61:17,19
north [1] 1:17
notary [2] 61:4,25
notes [2] 28:18 61:16
nothing [1] 10:25
number [6] 39:22 47:16
numerous [2] 47:11,12

**O**

object [1] 38:10
objected [1] 46:24
objection [13] 9:22 10:7 17:6 35:

Sheila Harkins 4/12/05

12 37:6 43:16 47:1 53:13 54:9 55: 4,21 56:6 57:7
**objections** [1] 3:4
**obligation** [1] 5:4
**occasion** [2] 6:21 47:22
**occurred** [4] 23:17 24:19 29:13 48:21
**off-the-record** [3] 29:25 33:14 37: 9
**official** [1] 10:25
**okay** [36] 5:4 6:14 7:18 11:13 13: 14 14:13,18,21,22,24 15:22 27:6, 14,15 29:22 32:25 33:7 34:3 35: 19 37:25 38:3,6,20 39:3 40:15 42: 17 49:9,15,20,25 51:4,20,23 52:13 53:7 59:23
**once** [2] 4:8 7:4
**one** [29] 13:16,19,25 15:20 19:4,5, 5 23:7 29:9 32:12,21,22 33:12 35: 6,7 37:19,21,21,22,24 38:23 40:22 41:18,23 43:20,24 44:9,13 59:14
**ones** [2] 44:14 47:13
**only** [9] 10:14,16 11:12 12:9 23:8 37:24 46:10 54:24
**open** [2] 6:7 34:5
**opinion** [18] 34:6 37:20,25 38:4,6, 13,14,16 55:2,7,9,20,23 56:1,2,18, 25 57:5
**opposed** [1] 25:19
**order** [1] 35:6
**organism** [1] 33:25
**organization** [1] 44:1
**organizations** [4] 30:14,20,22 31: 2
**original** [1] 61:15
**other** [31] 5:25 8:5 11:24 16:13 19: 12 20:3 22:8,25 23:8,13,13 25:7 26:6,14 27:9,12,18 39:18,22 40: 24,25 49:1 54:2,7,14,19 58:11 59: 23,23,25 60:1
**others** [2] 58:15,16
**otherwise** [1] 14:12
**out** [12] 11:15,25 17:21 31:2 48:11, 16,18 50:16 51:11,13 60:8,9
**outcome** [1] 61:20
**outside** [9] 35:9,10,24,25 36:9,10, 16,17 37:1
**over** [4] 5:24 29:17,18,18
**overly** [1] 4:14
**own** [3] 11:19 28:16 39:5

**P**

**p-19** [1] 49:14
**packets** [1] 29:7
**page** [4] 33:16 51:17,21,22
**pandas** [21] 18:14 24:8,9 39:8,12 40:4 41:2,6,10,16,17 42:5,10 43:5, 8 44:16 45:1,9,11,25 46:3
**paraphrasing** [1] 34:7
**part** [1] 43:24
**participate** [2] 30:4,8
**particular** [3] 14:3 44:13 47:14
**parties** [2] 3:3 61:18
**party** [2] 8:6,9
**pass** [3] 8:16 58:5,8,11

**passed** [2] 8:14,14
**passing** [3] 12:4,9 58:2
**past** [9] 6:14,15 7:23 8:14 12:9 34: 12,22 46:23 47:4
**pat** [10] 4:12 7:25 8:1 25:2 27:3 28: 17 29:23 49:15,19 60:5
**pat's** [1] 10:7
**path** [1] 10:20
**patrick** [1] 1:24
**pause** [2] 6:21 8:25
**pauses** [1] 6:23
**paying** [1] 48:12
**pennsylvania** [4] 1:18 61:1,5,21
**people** [31] 18:14 24:8,9,12 27:25 28:2 31:21,24 36:1,10,17 39:8 40: 4 41:2,6,10,16,17 42:6,8,11 43:5,8, 11 44:16 45:1,9,12,25 46:4 51:14
**people's** [2] 12:14 33:2
**pepper** [2] 1:20 3:17
**perceive** [4] 35:25 36:9,16 37:1
**perception** [3] 6:12,16 12:14
**perhaps** [2] 15:11 28:2
**person** [1] 11:2
**personal** [1] 40:18
**personally** [7] 20:6 26:20 39:15 46:22 47:21 51:7 55:15
**persuade** [8] 58:4,8,11,16,18,23 59:24 60:1
**phone** [2] 30:13,19
**phrase** [1] 25:18
**picture** [1] 42:16
**piece** [2] 22:12 43:7
**pinpoint** [1] 14:25
**place** [5] 1:16 15:10 35:9,10 61:7
**plaintiffs** [3] 1:22 3:18 29:11
**plan** [1] 4:20
**please** [6] 3:19 7:2 8:19 22:10 36: 7 56:16
**point** [6] 12:24 24:1,8 25:25 27:16 50:6
**policy** [2] 10:8 53:9
**pose** [1] 10:22
**positive** [2] 16:5 17:22
**possibilities** [1] 16:22
**possibility** [1] 24:3
**possible** [4] 4:17 18:4 24:17 33: 20
**possibly** [4] 33:25 34:2 44:2 54:23
**posted** [1] 11:5
**potential** [4] 15:5 17:4,12,15
**practice** [7] 46:23 47:3,4 56:5,9, 12,21
**precise** [1] 6:6
**preferred** [1] 55:13
**preliminary** [1] 57:11
**prepare** [1] 7:24
**presented** [5] 23:8,14 28:23 29:1 50:20 53:10
**presenting** [1] 23:13
**president** [1] 16:17
**pretty** [3] 9:7 34:4 52:20
**previous** [4] 7:8,11 12:7 39:6
**previously** [1] 49:14
**principal** [1] 13:17
**principals** [1] 16:4,7,11 19:10

**print** [2] 11:25 28:21
**prior** [20] 9:4 12:3,6,20 13:3 24:22, 22 25:11 33:8,16 39:12,19 41:23 42:5,11 43:8 45:17 47:22 50:16 53:5
**private** [3] 24:18 48:10,17
**privileged** [1] 27:2
**probably** [4] 4:23 5:21 7:4 44:11
**problem** [5] 17:18 45:4 46:11,12 55:15
**problems** [5] 16:23 17:16 22:23 23:24 24:1
**procedural** [1] 5:19
**process** [3] 11:21 42:1 44:12
**produce** [1] 50:25
**promise** [1] 27:3
**proposed** [2] 17:1 22:16
**provide** [1] 11:23
**public** [7] 27:23 28:2 38:1,7,18 61: 4,25
**publication** [1] 53:5
**published** [3] 11:2,3 52:19
**pursue** [1] 40:20
**pushing** [3] 59:3,4,6
**put** [7] 32:8,13,14 51:1,11,13 57:4
**puts** [1] 44:3

**Q**

**question** [18] 3:5 5:2 6:6,23,24 8: 19 30:16 31:23 35:15 36:8,15 39: 25 41:5 51:16 56:16,17,18 57:11
**questioned** [1] 59:12
**questioning** [4] 4:12,14,24 57:12
**questions** [33] 4:5,9 5:9 6:2,21 8: 13 11:18 14:23 24:25 26:2,2,23 27:9 29:10,12 33:5 51:19,24 52:4, 8 53:11,24 54:4,20 56:2,10,19 57: 1,3,6,14 60:4,12
**quick** [1] 27:3
**quickly** [5] 5:20,21
**quiet** [1] 19:10

**R**

**rate** [1] 17:22
**rather** [3] 23:19 53:8 54:3
**reaching** [1] 31:2
**read** [17] 9:6 22:17 30:16 31:13,15 32:22 33:17 36:13,14,20 48:22 50: 8,9 52:25 56:15,16,22
**real** [3] 3:24 16:4 24:14 41:11
**realize** [3] 10:16 29:10 33:8
**really** [7] 12:13,14 21:23 24:2 44:3 53:19 57:13
**reason** [2] 29:9 52:24
**recall** [60] 9:5,10 12:10 13:6,8 14:4 15:7,25 16:20 18:1,16 19:7,25 20: 5,23 21:5,8,11 22:1,5,8 23:5,17 24:2,12 27:17,21 28:8,25 29:3,13, 21 31:19 32:16,23,25 33:3 39:13, 18 46:1,5,16,17 47:9,24 50:17,19 51:6,11 52:16,24 53:4 58:14,24 59:8,11,16,19,23,25
**received** [8] 9:16,21 10:9 29:16 40:15 46:15,17,18
**recently** [4] 3:22,24 8:14 39:21
**recess** [4] 30:1,2 60:10,11

**recollect** [2] 14:11 19:25
**recollection** [6] 12:19 14:2 22:14 45:13 52:21 58:7
**record** [10] 3:12,20 4:7 5:6 7:7 27: 4 29:24 33:13 37:7 49:24
**refer** [1] 50:6
**referring** [6] 16:9 26:25 31:15,16 39:5 49:25
**regarding** [1] 41:12
**reidel** [1] 13:16
**relate** [1] 55:25
**related** [2] 59:20 61:18
**relatively** [1] 20:15
**relevant** [1] 29:19
**religious** [1] 59:12
**remember** [20] 3:14 12:22,24 13: 23 14:6,9 15:10,22 19:18,21,24 20:13 29:14 32:12 34:3 50:23 51: 1,10 59:22,22
**remembered** [1] 29:19
**remembering** [1] 4:18
**repeat** [5] 6:5 36:4,6,7 42:12
**repetitive** [3] 4:6,10,15
**rephrase** [5] 6:5 17:1 36:23 39:25 50:18
**reported** [1] 61:12
**reporter** [5] 36:13,21 56:22 61:4, 25
**reporter-notary** [1] 1:15
**represent** [2] 3:17 27:1
**represented** [1] 14:13
**request** [1] 44:4
**requests** [1] 44:8
**requires** [2] 35:4 37:12
**research** [18] 8:17,25 9:8,12 12:16 21:12 27:17,19 28:9 32:5 42:9
**reserved** [1] 3:5
**resolution** [8] 8:14,16 10:13 12:4 22:9 25:20 58:2,5,8,12 60:2
**respect** [33] 9:8 13:4 15:5 16:20 17:15,15 19:12,15 22:3,6 23:18, 22 24:19 26:8,11 27:19 28:10,15, 24 30:14 34:13,25 41:12 45:11,24 46:3,6 52:3,7 56:3,19 57:4,15
**respective** [1] 13:3
**respond** [3] 20:6,11 53:24
**retrieved** [1] 33:2
**review** [8] 4:25 7:21 39:11,15 44: 11 47:6,21 50:20
**reviewed** [8] 4:16 7:8,15 11:23 24: 5 39:18 50:16 51:7
**reviewing** [1] 23:24
**road** [1] 27:2
**rob** [3] 13:12 19:3,5
**role** [1] 23:4
**run** [1] 18:22

**S**

**s-h-e-i-l-a** [1] 3:21
**same** [9] 6:3,22 15:18 18:24 19:1, 3 20:18 49:16 52:19
**sarcastically** [1] 11:3
**save** [2] 15:18 22:12
**saw** [2] 31:13,15
**saying** [7] 22:13 23:13 40:11,16

Sheila Harkins 4/12/05

42:13 51:15 56:15
**says** [2] 32:22 44:10
**school** [56] 1:6 15:14 16:6,13,14 18:19 19:10,12 21:17,21 22:5 25:13 26:6,21,27 27:22 28:1,3,5,10 30:5,9,19 34:14,18,25 38:2,7 39:2, 10,10 40:19 41:6,7,10,12,21 42:9 43:9,15 44:25 45:10,17 46:23,25 47:8,9,18 49:2 50:2 54:8 57:21 58: 4,7,10,11
**schools** [5] 38:18 48:10,17 56:4, 20
**science** [11] 15:16,18 20:20 30:23 31:6,6,12,14 55:3,10,16
**scientific** [6] 11:10 30:14,20,22 31:2,9
**sealing** [1] 3:3
**search** [2] 9:10,11
**season** [1] 14:8
**second** [13] 10:1 18:17 19:7,16 20:18 21:4 22:2 25:9 32:25 49:23 51:22 57:24 60:7
**seconds** [4] 8:24 14:1 39:1 49:8
**secretaries** [1] 40:22
**secretary's** [1] 40:16
**section** [5] 51:16,21 52:4,8 53:7
**see** [16] 4:13 7:22 11:9 14:1 22:12 32:10 35:25 36:2,9,11,16,18 46: 19 51:17 52:13,13
**seem** [4] 6:2,4 17:17 20:20
**seemed** [1] 17:17
**seems** [1] 4:14
**seen** [2] 31:16 50:12
**sent** [2] 40:19,20
**sentences** [1] 6:22
**set** [1] 61:8
**setting** [2] 38:2,7
**several** [3] 9:2 12:8 27:25
**shane** [1] 13:17
**share** [3] 16:25 17:3 21:10
**shared** [7] 22:2,6 23:1 24:1 25:8, 14 30:9
**sharing** [1] 34:5
**sheila** [8] 2:3 3:7,16,21 8:22 10:2 49:18 61:9
**short** [1] 22:20
**shorthand** [1] 61:16
**shouldn't** [1] 44:20
**show** [1] 41:8
**showed** [3] 40:7,8,25
**signed** [1] 40:22
**significantly** [1] 52:16
**since** [9] 7:13,16 29:20 34:10,12, 16,19,20,22
**sitting** [1] 13:23
**slip** [3] 40:11,16,23
**slow** [5] 5:17,22,25 11:20,22
**someone** [4] 37:4 44:8,11,12
**sometimes** [1] 29:11
**somewhat** [2] 10:14 21:1
**sorry** [9] 3:14 5:3 8:20 9:18 10:20 32:24 33:24 36:4 48:12
**sort** [1] 59:17
**sound** [3] 31:6,12,14
**sounded** [2] 31:14,21

**sounds** [2] 34:3 41:21
**spahr** [9] 13:12 15:15 19:23 20:25 21:14 23:15 25:8,14,16
**spahr's** [7] 20:7,11 26:7,10,15,18, 20
**spark** [1] 29:12
**speaking** [4] 5:20 16:8,8 43:3
**specific** [1] 30:17
**specifically** [4] 20:24 27:17 31:16 51:12
**specifics** [2] 23:1 59:8
**speculation** [1] 55:21
**speed** [1] 6:1
**spell** [1] 3:19
**spend** [1] 39:1
**spoke** [2] 19:21 51:12
**spot** [1] 48:16
**spouse** [1] 8:5
**spring** [7] 12:23 13:1,7 15:8,9,12 14:20
**staff** [2] 25:15 34:25
**stand** [1] 36:20
**standard** [1] 56:11
**standards** [2] 55:24,25
**start** [7] 4:17 6:1 8:13 12:16 13:11 27:2 43:24
**started** [1] 53:17
**starting** [1] 18:23
**stated** [3] 7:6 20:14 55:22
**statement** [3] 25:17,20 57:20
**states** [1] 1:1
**stay** [1] 4:9
**stenographically** [1] 61:13
**step** [4] 38:25 57:3 60:8,9
**still** [1] 9:6
**stipulated** [1] 3:2
**stipulation** [1] 3:1
**stop** [4] 4:23 5:21 7:3,4
**stopped** [1] 55:14
**story** [1] 14:15
**straight** [1] 4:7
**streets** [1] 1:17
**strong** [3] 20:8 21:15 26:1
**stronger** [1] 25:25
**student** [1] 57:6
**students** [11] 18:8,10,12 22:17,23 23:2 53:10,15,17,21 54:3
**stuff** [1] 29:7
**stylistic** [1] 53:1
**subject** [5] 54:2,7,14 56:10 61:20
**subjects** [1] 54:19
**subsequently** [1] 61:13
**substantive** [1] 53:2
**suffered** [1] 6:16
**suggestion** [1] 17:20
**summer** [1] 24:22
**superintendent** [2] 16:10,10
**supernatural** [12] 35:4,8,8,19,22, 24 36:3,8,13,15,19,20
**supervision** [1] 61:14
**supplemental** [1] 24:3
**support** [2] 20:16 25:17
**supportive** [9] 17:17 19:20 20:1,9, 15,19 21:4 23:12
**surprise** [1] 41:21

**survey** [3] 48:23 49:1,4
**sworn** [2] 3:8 61:11

## T

**table** [3] 13:21,23
**talked** [2] 7:25 27:25
**taught** [1] 23:3
**teach** [1] 55:14
**teacher** [2] 44:3 48:13
**teacher's** [1] 53:22
**teachers** [32] 12:23 13:2,4,10,11, 13 15:5,16,19 16:25 17:3 18:10, 23 19:19,21 20:3 22:2,6 23:1,12 24:5,18 30:24 34:25 52:9 53:16, 23 54:4,14,20 55:12 57:14
**teachers'** [1] 20:20
**teaching** [1] 38:16
**tend** [3] 5:19 6:21 7:2
**terms** [2] 9:11 59:1
**testified** [1] 3:8
**testify** [1] 61:11
**testimony** [6] 7:9 9:4 39:6 61:7,8, 12
**text** [3] 24:1,3,3
**textbook** [7] 16:24 18:14 24:5 41: 2 42:5 43:4 48:18
**textbooks** [3] 39:22,24 45:1
**texts** [1] 45:18
**thanks** [1] 60:9
**themselves** [1] 32:4
**theories** [4] 22:25 23:7,13,14
**theory** [6] 16:23 17:16 22:24 23:3, 8 31:9
**there's** [2] 5:19 54:19
**therefore** [2] 25:3 54:15
**thereof** [1] 61:20
**third** [6] 24:11,12,14,15,16,23
**thomas** [1] 1:23
**though** [2] 15:21 45:6
**three** [2] 13:6 46:19
**tiniest** [1] 33:25
**titled** [1] 50:2
**today** [5] 4:4,13 6:12 26:25 50:12
**today's** [1] 48:20
**together** [5] 22:12 28:6 32:8 43:7 51:2
**token** [1] 6:3
**tomorrow** [2] 33:10 34:7
**tone** [1] 59:2
**took** [2] 26:7 35:9
**top** [1] 51:22
**topic** [3] 38:25 56:3,19
**totally** [1] 21:4
**touched** [1] 31:23
**transcribed** [1] 61:13
**transcript** [4] 6:19 7:1 33:16 61: 15
**treated** [3] 41:15 54:7,22
**trial** [1] 3:5
**tried** [2] 58:17,22
**true** [4] 10:23 32:11 35:17 61:15
**truth** [1] 11:1 61:11
**truthful** [1] 11:10
**try** [10] 4:9 6:20 14:7,22,25 15:10 47:15,15 58:4,8

**trying** [20] 11:12 13:20,20 14:14, 15,15 19:25 22:8 40:20 42:16,17 43:7 45:14 53:18 58:10,15,15,24 59:24 60:1
**turned** [1] 29:17,18,18
**two** [8] 3:24 6:14,15 13:6 19:6 32: 12,21,22
**typical** [2] 43:19,22
**typically** [1] 43:14

## U

**unannounced** [3] 40:25 42:3,19
**unaware** [1] 42:22
**unclear** [2] 6:3,4
**uncomfortable** [1] 11:18
**under** [1] 61:13
**understand** [17] 3:22 7:5 10:21 14:14,25 26:23 29:9 35:6,19 36:3, 12,19 37:22 41:20 42:17 44:15 47: 16
**understanding** [38] 5:15 17:1 28: 9,13,14,17 30:6,10 31:5,8,11 33:6, 18 34:9 35:3,15 37:11,16,19,23 39:21 42:4,8,10 44:12,21 45:3,6, 12 53:8,18,21,23 54:1,19 56:5,9, 21
**understood** [1] 25:25
**united** [1] 1:1
**until** [4] 3:5 6:20,23 57:13
**up** [22] 6:1 12:18,19,24 18:2,4,7,14 23:11 24:4,8 28:2 37:21 40:7,8,25 41:8 51:12 53:25 56:3,19 57:13
**update** [2] 50:3 53:9
**ups** [2] 40:11,22

## V

**various** [3] 48:2,10,17
**verbally** [1] 5:9
**verify** [1] 10:18
**vice-principals** [1] 16:11
**vicki** [6] 5:21,21 7:4 49:10 61:4,24
**visualize** [1] 24:24
**visually** [1] 13:20
**voice** [1] 11:22
**vote** [6] 10:8,13 51:4,5 58:25 59: 15
**voted** [1] 8:16

## W

**wait** [1] 6:20
**waived** [1] 3:4
**wanted** [7] 23:7 40:18 41:17 42:2, 24 50:21 51:10
**wants** [1] 44:3
**way** [30] 6:7 9:15,19 10:4 11:6,8 12:10 14:22 20:11 21:12 27:1 29: 12 36:23 40:25 41:9,13,20,25 43: 19,22 44:9,16,22 50:14 52:25 55: 20 58:19,22 59:7,12
**ways** [3] 9:10 40:6 44:7
**website** [6] 10:24 11:3 32:1,5,8,9
**websites** [11] 9:2,9,16,19,21 10:9, 12,16 31:17 33:1,1
**week** [2] 13:23 46:14
**weeks** [1] 46:20
**whatever** [1] 14:8

saying - whatever

Sheila Harkins 4/12/05

**whereas** [1] 44:9
**whether** [25] 9:15,20 10:8,12 15:7,
  22 21:16 26:6,13,17 32:1,5,10 37:
  21 38:16 40:19 43:7 45:18 46:24
  52:9 55:9 59:2,3,11,16
**whole** [3] 19:11 45:20 61:11
**will** [29] 4:9,12,23 5:21,24,25 6:6,
  22,25 7:4,20 11:22 14:7,22,25 15:
  10 16:9 25:4 27:3 30:17,21 39:4
  41:5 43:25 44:4 49:16 50:1 59:14
  60:9
**winter** [1] 15:8
**within** [3] 18:21 45:24 47:16
**without** [1] 4:17
**witness** [6] 2:2 3:7 36:2,11,18 61:
  10
**wonderful** [1] 32:19
**word** [1] 23:15
**wording** [3] 17:20 22:8 23:12
**words** [3] 19:25 23:15 52:20
**work** [2] 5:17 21:3
**working** [1] 21:2
**writing** [1] 28:17
**written** [1] 31:20

## Y

**year** [2] 8:15 18:19
**years** [3] 6:14,15 12:8
**yingling** [3] 58:17 59:19,24
**yourself** [3] 16:14 19:13 30:13

Sheet 6

whereas - yourself