# APPENDIX I

# TAB S

00001

1          THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
2    . . . . . . . . . . . . . . . . . .
3    TAMMY KITZMILLER, et al., .

     Plaintiffs      . CIVIL ACTION NO. 04-CV-2688
4
     vs.             .
5
     DOVER AREA SCHOOL DISTRICT,   (JUDGE JONES)
6    et al.,          .

7

8    Defendants      .

9    . . . . . . . . . . . . . .

10   Deposition of  : ANGIE YINGLING

11   Taken by       : Plaintiffs

12   Date           : April 27, 2005, 10:00 a.m.

13   Before         : Vicki L. Fox, RMR,

14                    Reporter-Notary

15   Place          : 200 One Keystone Plaza

16                    North Front and Market Streets

17                    Harrisburg, Pennsylvania

18   APPEARANCES:

19   PEPPER HAMILTON LLP

20   BY: ERIC ROTHSCHILD, ESQUIRE

21   For - Plaintiffs

22   THOMAS MORE LAW CENTER

23   BY: PATRICK T. GILLEN, ESQUIRE

24   For - Defendants

25   ALSO PRESENT: SHEILA HARKINS

Angie Yingling 4/27/05          Page 1

---

00002

1              I N D E X

2            WITNESS

3    RICHARD NILSEN            Examination

4      By Mr. Rothschild          3

5      By Mr. Gillen              42

6

7            E X H I B I T S

8    Plaintiffs Exhibits              Page

9    52. Article Dover Area Loses and Official, Again    29
     which appeared in the Tuesday, December 7, 2004
10   Daily Record, pages P 01397 and P 01398.

11   53. December 6, 2004 Memo from Angie Yingling to    36
     The Dover Area SD Board of School Directors, page
12   P 01534.

13   54. Article Board Member Says the Worst Is Coming    37
     Which appeared in the Wednesday, December 8,
14   2004 Daily Record, pages P 01399 and P 01400.

15

16

17

18

19

20

21

22

23

24

25

Angie Yingling 4/27/05          Page 2

---

00003

1              STIPULATION

2          It is hereby stipulated by and between the

3    respective parties that sealing, certification and filing

4    are waived; and that all objections except as to the form

5    of the question are reserved until the time of trial.

6

7          ANGIE YINGLING, called as a witness, being duly

8    sworn, was examined and testified, as follows:

9

10   BY MR. ROTHSCHILD.

11   Q.  Good morning, Ms. Yingling.  I have introduced myself

12       off the record, but let me do it on the record.  My

13       name is Eric Rothschild.  I am with the law firm of

14       Pepper Hamilton, and your deposition is being taken in

15       the matter that has been captioned Kitzmiller versus the

16       Dover Area School District, do you understand that?

17   A.  Yes.

18   Q.  Have you ever participated in a deposition before?

19   A.  I think so, yes.  It has been a while.

20   Q.  More than once?

21   A.  I am trying to think of what I would have been involved

22       in.  It is usually like zoning in Dover or helping my

23       dad with zoning.

24   Q.  In that context, you have actually had your deposition

25       taken in the form that we are doing today with a court

Angie Yingling 4/27/05          Page 3

---

00004

1    reporter?

2    A.  Yes.

3    Q.  Taking down your testimony?

4    A.  Yes, correct.

5    Q.  In this process, I am going to be asking you questions,

6        and you are going to be giving me answers.  Vicki here

7        is going to be taking those questions and answers down

8        in order to create a written record of the deposition.

9    A.  Okay.

10   Q.  In order to make that easier, we both have to try and do

11       a few things.  One is not to talk too quickly, which is

12       usually my shortcoming.  Okay?

13       Another thing is that when I ask you questions, I

14       am going to ask you to wait and make sure that my

15       question is finished before you give your answer.  In

16       normal conversation, we often anticipate what each other

17       is going to say and interrupt to provide an answer.  And

18       we are almost always correct.

19       But in this process where we are trying to get a

20       clearer written record, if we do that, it may muddy the

21       record up.  So if you could just wait until my questions

22       are done, as you are doing now, I would appreciate that.

23       Okay?

24   A.  Sure.

25   Q.  Similarly, I will endeavor to do the same.  Eh as you

Angie Yingling 4/27/05          Page 4

00005
1    are giving answers, make sure that your answers are done
2    before I ask my next question.
3 A.   Okay.
4 Q.   If at any time I fail to do that, please let me know,
5    and I will let you finish your answer.  Okay?
6 A.   Okay.
7 Q.   Also I need you to answer in words as opposed to uh-hum
8    or uh-huh or sounds of that kind, which I don't even
9    know how it is being taken down right now.  Also nods of
10   the head or shaking the head can't be properly recorded
11   in the transcript, okay?
12 A.  Okay.
13 Q.  This is not an endurance test.  If at any time you would
14   like to take a break, please let me know.  And I will --
15 A.  We had coffee.  Probably that will be necessary.  We had
16   coffee.
17 Q.  And I may initiate breaks as well.  Please feel free to
18   do that.
19 A.  Okay.
20 Q.  Are you represented by counsel at this deposition?
21 A.  No.
22 Q.  Have you talked to any attorneys representing the
23   District or the School Board in this matter at any time?
24 A.  No.
25 Q.  And that includes Mr. Gillen.

00006
1 A.   No, I don't think so.
2 Q.   Mr. Thompson?
3 A.   Mr. Thompson, yes, he was at one Board meeting before I
4    quit, yeah.  He was at one Board meeting I think in the
5    back.  There was a lot of lawyers there.
6 Q.   You didn't actually speak with him?
7 A.   The only thing he said is who is the Yingling who is
8    quitting?  I said I am.  That was it.
9 Q.   Did you speak to -- Ms. Harkins in the attendance today.
10   Did you speak to her about the deposition?
11 A.  Yes.
12 Q.  When did you speak to her?
13 A.  Just now and before.  Just casual talk, nothing.
14 Q.  Did she tell you about her deposition?
15 A.  No.
16 Q.  Did the two of you talk about the events relating to the
17   change in the biology curriculum?
18 A.  Yes.
19 Q.  Can you summarize for me what you talked about?
20 A.  She just said she is sorry about everything that
21   happened.  I said I am, too; we will always be friends.
22   She has helped me with real estate, you know.
23       That it is unfortunate that we are all arguing and
24   embarrassing to everybody.
25 Q.  Sort of personal remarks?

00007
1 A.   Yes.
2 Q.   Did you talk at all about the specific events that
3    led --
4 A.   No
5 Q.   Ms. Yingling --
6 A.   Sorry.
7 Q.   You have to wait until I finish my question.  Let's
8    start that one over.  Did you speak any of the
9    events that led up to the change in the biology
10   curriculum?
11 A.  No.
12 Q.  Did you speak to anybody else about those events in
13   preparation for this deposition?
14 A.  Only Casey and Jeff Brown.
15 Q.  When did you talk to them?
16 A.  Maybe a month ago about this.
17 Q.  Where do you live?
18 A.  Dunwood Estates in Dover.
19 Q.  Are you married?
20 A.  Widow.
21 Q.  Do you have any children in the Dover school system?
22 A.  No.
23 Q.  Have you ever had children in the Dover school system?
24 A.  One child.
25 Q.  How old is that child now?

00008
1 A.   He is 27.
2 Q.   Well passed.
3 A.   Hard to believe.
4 Q.   Did he go to school in the Dover school system?
5 A.   Back then, he attended nine grades until he was eligible
6    for a sophomore year at a School of Technology for auto
7    mechanics.  Nine years of Dover.
8 Q.   Do you work?
9 A.   Yes.
10 Q.  What do you do?
11 A.  I run a small rental agency with real estate
12   development.
13 Q.  Do you own that agency?
14 A.  Yes.
15 Q.  Are you the sole owner?
16 A.  Yes, sole.
17 Q.  What was the last level of education that you completed?
18 A.  Two years of college and business school with a
19   management degree, associates.
20 Q.  When you say college and business school, are you
21   referring to the same institution?
22 A.  Entity, yes.
23 Q.  What is that?
24 A.  International Business Schools I attended and graduated
25   from.

00009
1  Q.  Where is that located?

2  A.  It was Harrisburg, Pennsylvania at that time.

3  Q.  When did you complete your degree at that school?

4  A.  Oh, my.  Well, I'm trying to think.  I believe it was

5      1984.  '84 I think.

6  Q.  Did you take any science courses at the International

7      Business School?

8  A.  Yes.

9  Q.  What science classes did you take?

10  A.  Biology and physical anatomy were required, yes.

11  Q.  Since that time, have you had any formal science

12     education?

13  A.  Not that I can really remember.  I went to York College,

14     but I don't remember anything.  Just business finance

15     courses that I remember.  I don't think so.  It has been

16     quite a while, probably like twenty some years.

17  Q.  When did you first become a member of the Dover Area

18     School Board?

19  A.  Well, let me see.  My tenure would be up now.  It is

20     2001 was when I was elected in the primary and election.

21  Q.  And when did you end your tenure on the Board?

22  A.  I resigned before my company vacation.  I believe it was

23     January.  I resigned because we left on a trip -- or

24     February.  Beginning of February because we left on a

25     trip out of the country.  So I know I resigned before

Angie Yingling 4/27/05                  Page 9

00010
1      that because I would have had to miss meetings, anyway.

2          It was either January or beginning of February I

3      handed in my resignation of November.

4  Q.  Of this year, 2005?

5  A.  No, 2004.

6  Q.  You handed in your resignation in November?

7  A.  Just verbally, yes.  Not written yet.

8  Q.  Let just's make it clear.

9  A.  That was verbal in November.

10  Q.  Then you formally resigned in January or February of

11     2005?

12  A.  Yes.  It was February, I believe the beginning of the

13     first meeting.

14  Q.  Did you have to run more than once for the Board, or did

15     you only run the once in 2001?

16  A.  I only ran once as a candidate.

17  Q.  Did you run with a slate of candidates?

18  A.  Yes, I did.

19  Q.  Who was on that slate?

20  A.  Bonsell, Brown, Harkins and Yingling.

21  Q.  That is Alan Bonsell?

22  A.  Yes.

23  Q.  And Sheila Harkins?

24  A.  Sheila Harkins and Mrs. Casey Brown.  Carol is her real

25     name, but everybody calls her Casey.

Angie Yingling 4/27/05                  Page 10

00011
1  Q.  Am I correct in understanding that Jeff Brown was not

2      part of that slate?

3  A.  No.

4  Q.  During the course of the campaign, did the candidates on

5      your slate meet to plan their campaign?

6  A.  Yes.

7  Q.  Were there discussions amongst the slate of candidates

8      about what they wanted to accomplish if they were

9      elected to the School Board?

10  A.  Yes.

11  Q.  During those discussions, did any Board members express

12     interest in bringing more religion into school?

13  A.  Well, I don't think it was said like that.

14  Q.  Was there anything that you understood to involve

15     bringing more religion into school?

16  A.  Not really like that.  I mean Alan always wants to make

17     curriculum changes.  I didn't realize it was going to go

18     this far.  Just curriculum.

19  Q.  So did Mr. Bonsell discuss curriculum changes that he

20     would like to make?

21  A.  He just said he would like to examine the curriculum

22     beyond those committees and make some changes.  It

23     wasn't anything about religion said right then.

24  Q.  Did he describe which aspects of the curriculum he was

25     interested in exploring?

Angie Yingling 4/27/05                  Page 11

00012
1  A.  Not that I remember, no.  Not in any detail.  These

2      meetings were big.  He could have, but it wasn't to me.

3      I was on the other side of the table.

4  Q.  Was there any discussion during these meetings of

5      changing the science curriculum?

6  A.  Not that I remember.  But, of course, this is five years

7      back now, too.

8  Q.  Sure.

9  A.  I just don't recall.  I don't know.

10  Q.  Any discussion about how Evolution would be taught?

11  A.  No, no, not that I remember.  Not to me.

12  Q.  During your tenure on the Board, did there come a time

13     when the purchase of a biology book and the consent of

14     the biology curriculum became an issue?

15  A.  Yes.

16  Q.  Did you attend meetings in which those topics were

17     discussed?

18  A.  Yes.

19  Q.  I am going to show you an article in the 'York Daily

20     Record' dated June 15, 2004 which is part of a

21     compilation of articles that we have marked as

22     Plaintiffs Exhibit 4.  Let me just show you.

23         That article is dated June 15, 2004?

24  A.  Yes.

25  Q.  And there is a reference to Monday evenings, Dover Area

Angie Yingling 4/27/05                  Page 12

00013
```
 1     School Board meeting?
 2  A.  Okay.
 3  Q.  Do you see that?
 4  A.  Yes.
 5  Q.  There is reference to discussions over a new biology
 6      book for the high school; do you see that?
 7  A.  Yeah.
 8  Q.  And in that article, it attributes to Mr. Buckingham the
 9      statement nowhere in the Constitution does it call for
10      separation of church and state.  Do you see that?
11  A.  Yeah.
12  Q.  Do you remember Mr. Buckingham making a statement to
13      that effect in a meeting in June discussing the biology
14      curriculum?
15  A.  Yes.
16  Q.  And then further down the page, there is a statement
17      attributed to Mr. Buckingham 2,000 years ago someone
18      died on a cross, can't someone take a stand for him; do
19      you see that?
20  A.  Yes.
21  Q.  Do you remember Mr. Buckingham making that statement?
22  A.  Oh, yes.
23  Q.  Do you remember it occurring around this June time
24      period in relation to discussion of the biology
25      curriculum?
```

00014
```
 1  A.  Yes.
 2  Q.  During these meetings in June, 2004, do you remember
 3      Mr. Buckingham making statements about his desire to
 4      have Creationism taught alongside Evolution or to
 5      purchase -- let me just ask that question.
 6  A.  Yes.
 7  Q.  And do you remember any other School Board members
 8      making statements in support of that same proposition?
 9  A.  Probably, but it's too long.  Too much time has passed.
10      I guess.  I mean it's nothing wrong I guess with
11      teaching everything.  I am sure they did.  I just can't
12      sit here and recall any of them to tell you their names
13      or anything.
14  Q.  You do remember Mr. Buckingham making statements to that
15      effect?
16  A.  Yes.  He yells a lot, yes.  That's why I remember that.
17      I asked Casey Brown when it was.  She said June.  That
18      is why I asked Casey.  I read dates here because I can't
19      remember all this stuff, but I remember it.
20  Q.  You remember Mr. Buckingham making statements about
21      teaching Creationism?
22  A.  Usually fights with Jeff.
23  Q.  Can I get a yes or no answer?
24  A.  Yes, yes.
25  Q.  Thank you.  Do you recall that there was a meeting in
```

00015
```
 1      August, 2004 in which the Board voted on whether to
 2      purchase the Miller-Levin Biology textbook?
 3  A.  Yes.
 4  Q.  And do you recall that the first vote about whether to
 5      make purchase was deadlocked four to four?
 6  A.  Yes.
 7  Q.  And in that first vote, am I correct in understanding
 8      that you voted against the purchase of the biology
 9      textbook?
10  A.  Correct.
11  Q.  And then in that same meeting, did you switch your vote?
12  A.  Yes.
13  Q.  Why did you vote against purchase in that first vote?
14  A.  Well, when you first think about it, it seems like a
15      good idea.  Then as you have more discussion and you
16      realize there's people that don't agree, you know, and
17      why they don't agree, then I changed my mind.  I thought
18      maybe we better just stick to the usual.
19  Q.  Can you explain why you thought on first consideration
20      that that voting against the purchase was a good idea?
21  A.  Well, I tried to help Bill out.  I know what he is
22      trying to do.  If it is going to upset a lot of people,
23      then you got to be responsible to everybody too, not
24      just Bill.
25  Q.  Why were you trying to help Bill out?
```

00016
```
 1  A.  Well, you know, he wants kids to understand that you
 2      might not be descended from apes, you know, something
 3      against Darwin's Theory.
 4  Q.  How would your vote against the purchase of the biology
 5      textbook help Bill out or help that objective of Bill's?
 6  A.  I was trying to just going along with Bill to get some
 7      of his things through.  It is lobbying.  But there's a
 8      limit to that, too, what you can do.
 9  Q.  Was the reason that Bill -- and we are referring to Bill
10      Buckingham I take it?
11  A.  Yes.
12  Q.  Was the reason that he wanted to vote against the
13      biology textbook because he wanted Of Pandas voted along
14      with it?
15  A.  Right, correct.
16  Q.  And that was what you were trying to help him out in
17      doing?
18  A.  Right, yeah.  He wants some different ideas.
19  Q.  Can you explain again why you switched your vote to vote
20      for the purchase of the textbook?
21  A.  Well, there was such a strong reaction from the audience
22      that I remember, yelling.  And I am on the end so you
23      hear it out of your right ear more, the complaining and
24      yelling and everything that goes on at all these
25      meetings.
```

00017
1   Back then, it was way more out of control than it
2   is now because Alan was President. Sheila got it under
3   better control. Alan never had control. They yell and
4   scream and act like nuts. That is the opposition to the
5   School Board now. They are here now. I mean running
6   against them, some of them.
7 Q.   After you switched your vote, did anyone on the Board
8   say anything to you about your switch?
9 A.   Yeah. Bill was very unhappy with me.
10 Q.   Can you remember what he said?
11 A.   Yes. He yelled at me look at what you have done. Look
12   at what you have done. How can you be so stupid? I
13   can't believe you did this. Why? Why? He was really
14   mad, really mad at me. That has happened before.
15 Q.   Did he say anything else besides -- can you remember
16   anything else he said besides those kind of statements?
17 A.   Well, the court reporter was standing right there. They
18   all know. He just was yelling at me for a while. They
19   were standing right there writing everything down, the
20   reporter. He really gave it to me.
21 Q.   When you say a reporter, I think you first said a court
22   reporter.
23 A.   Joe Maldonado from the York Daily Record. I think there
24   was another one there, the heavyset girl that had a
25   baby. I can't think of her name.

00018
1 Q.   I am not sure I am going to volunteer it.
2 A.   I don't know her name. She was there. I think she
3   left. She had another baby. She had two babies. Now
4   she left. I don't think she does it anymore. I can't
5   think of her name, blonde hair.
6 Q.   That is all right. We are going to mark this
7   confidential.
8 A.   She was pregnant. That is why she was --
9 Q.   I am going to show you an article by Mr. Maldonado dated
10   August 4th, 2004 in the York Daily Record which is also
11   part of P-4.
12      If you read through that article, do you
13   understand it to be a report on the vote regarding the
14   biology textbook that we were just talking about?
15      Let me know when you are done.
16 A.   It's coming back. This is a long time ago, but yes.
17 Q.   So this is an article about the April -- the August
18   meeting we were talking about where the purchase of the
19   biology book was approved; is that right, Ms. Yingling?
20 A.   Yeah. This is the other meeting, right, the August 4th
21   meeting, not the next one, right.
22 Q.   Am I correct in understanding, Ms. Yingling, that this
23   is an article about the Miller Levin standard biology
24   textbook was approved?
25 A.   There's more. We had conversation, me and Bill. He was

00019
1   very upset with me. He felt I set everybody back. I am
2   sure I did.
3      There was so much problem with that vote. And
4   when everybody in the room is yelling about a problem,
5   you have got to reconsider sometimes. And, of course,
6   Dr. Nilsen was visibly upset. I remember this because
7   it said Nilsen here -- Superintendent Richard Nilsen. I
8   knew I could clearly see he was distressed about it
9   because it is a big change.
10 Q.   Now in the article on the first page it says that after
11   the first vote, Mr. Buckingham said he would approve the
12   biology book if the Board would also approve a companion
13   book Of Pandas and People?
14 A.   Right.
15 Q.   Do you remember him saying that?
16 A.   Yeah, that's what he wanted really. I don't think
17   anybody wanted to change everything.
18 Q.   He is quoted as saying if we don't get our book, you
19   don't get yours; do you remember him saying that?
20 A.   Him and Jeff are fighting as usual, yes.
21 Q.   Do you remember him making that statement?
22 A.   Yes, yes, yes.
23 Q.   And on the second page, it attributes to Mr. Buckingham
24   saying to you I can't believe you did that, do you know
25   what you've done; and that is consistent with your

00020
1   memory?
2 A.   That's where I believe there was more than that. That
3   was said. He was really mad. Yes, he yelled at me. He
4   said I can't believe you did that. Do you know what you
5   done? He was yelling while the reporter was standing
6   right there. Yes.
7 Q.   Did anybody other than Mr. Buckingham say anything to
8   you after you switched your vote?
9 A.   No, I don't believe so.
10 Q.   Do you remember that there was also a meeting in October
11   in which there was a vote about whether to change the
12   biology curriculum?
13 A.   Yes.
14 Q.   I am going to show you an exhibit that we have marked
15   previously as P-8 which is a Biology Planned Course
16   Curriculum Guide that we pulled from the Dover website.
17   I want to turn your attention to the bottom of the page
18   marked P-016-46 and the language in the bottom under Unit
19   Content Concepts.
20 A.   Okay.
21 Q.   Do you see the language towards the bottom which says
22   students will be made aware of gaps/problems in Darwin's
23   Theory and of other Theories of Evolution including, but
24   not limited to, Intelligent Design?
25 A.   Right.

00021
1  Q.  Note, the origins of life is not taught.  Is that the
2       language that was added to the biology curriculum when
3       the Board voted in October of 2004?
4  A.  Yes.
5  Q.  And I am correct in understanding that you voted for
6       that resolution at that meeting?
7  A.  Yes.
8  Q.  What is your understanding of what Intelligent Design
9       means in this resolution?
10  A.  Well, it just means life is so complicated, it couldn't
11      have possibly been, you know, just done by accident.  It
12      would be an intelligent creator.  That's how I view it.
13      Just my opinion.
14  Q.  Where did you get that understanding from?
15  A.  Reading.
16  Q.  What did you read to get that understanding?
17  A.  Just various books, you know, over the years.  None of
18      them come to mind.  Just mostly the whole argument of
19      Darwinism versus this.
20  Q.  When you use the words intelligent creator, are you
21      referring -- do you have an understanding of some
22      specific kind of creator?
23  A.  I view it as God.  That is my personal take on it, you
24      know.
25  Q.  What is your understanding of the note, the origins of

Angie Yingling 4/27/05                     Page 21

00022
1       life is not taught, what is your understanding of what
2       that means in this resolution?
3  A.  Not to get into a messy argument about God with
4       atheists, you know.  In other words, you are not trying
5       to make it church.  You are trying to make it school.
6  Q.  And am I correct in understanding that you have read
7       books on this subject, but you can't identify any of
8       them by name?
9  A.  I think it is mostly articles more than just sitting
10      down and reading a whole book.  I generally don't read
11      books cover to cover unless they are really good.  And
12      bio certainly wouldn't be really good in my personal
13      library.
14      It is mostly articles more than books.  Just
15      passing through reading various pieces of a book or
16      articles on it on the whole debate.
17  Q.  Did you do any of this reading prior to this issue of
18      the biology curriculum arising in Dover?
19  A.  Not planned, no.  Just unplanned, just sitting somewhere
20      reading it and waiting usually on doctors or something
21  Q.  And I take it you can't identify any of those articles
22      by name or author?
23  A.  Well, it would be like the magazines like at Wal-Mart
24      and the grocery store.  You're reading like People,
25      something like that, on the arguments.  You are just

Angie Yingling 4/27/05                     Page 22

00023
1       going in through reading it.
2           Like there was one in National Geographic, of
3       course, I know I read.  It is science, you know,
4       articles in these books that are, you know, nonfiction.
5       You are sitting in waiting areas waiting like for my mom
6       or my dad.  He has had a lot of medical problems.
7           I just pick up and start reading because I am
8       bored.  You want to get your mind off of what it is on.
9       My dad had prostate cancer.  I now there was one in
10      Philadelphia I ready actually.  He went to a hospital
11      there for like 150 treatments of chemotherapy.
12          I was reading there.  I was sitting there reading,
13      and I know the one was National Geographic.  One was
14      People.  On going articles written by scientists or just
15      reporters about this that I just read to pass the time.
16  Q.  Did anyone give you any information -- written
17      information to assist you in your capacity as a Board
18      member to decide how to vote on the resolution?
19  A.  Not that I really remember.
20  Q.  When the issue arose in Dover, did you try and gather
21      any information yourself at that time to educate
22      yourself about it?
23  A.  No, I didn't.
24  Q.  Are you familiar with the book Of Pandas and People?
25  A.  Yes.

Angie Yingling 4/27/05                     Page 23

00024
1  Q.  Did you read the book or any part of book prior to
2       voting on the resolution?
3  A.  Yes.
4  Q.  When did you do that?
5  A.  Well, I asked Casey Brown and Jeff Brown for their
6       copies and read it.
7  Q.  And when did that occur in relation to the October 18th
8       meeting when the vote occurred?
9  A.  It was before, during and after.  I didn't read it all
10      at one sitting.  Pieces of it.
11  Q.  The question I am going to ask is not meant to be
12      condescending because it is hard for me to understand,
13      but did you understand that book when you read it?
14  A.  No.
15  Q.  Did anyone make any kind of presentation on Intelligent
16      Design to the Board as a whole before the vote?
17  A.  We just talked about it between yourselves.  I don't
18      think there was anything formal, no.
19  Q.  So nobody outside the Board came in and said here is
20      what Intelligent Design is?
21  A.  No.
22  Q.  Did anyone -- any of the Board members give -- share
23      their understanding of what Intelligent Design is in any
24      kind of conversations?
25  A.  Probably, but I don't remember it anymore.  I mean they

Angie Yingling 4/27/05                     Page 24

00025
1    would talk about it.
2  Q.   They, anybody in specific?
3  A.   Mostly Alan and Bill. Sometimes Heather would add
4       something. Mostly, the couple of them. It wasn't
5       everybody that I remember. Sometimes, Noel would make a
6       comment or to.
7            I think Jeff and Casey were mostly just mad about
8       everything. And I sort -- I have always sort of been
9       like I am now, running for Board out there with my own
10      little thing. You know, I didn't really get into it.
11  Q.  Did anybody on the Board express their understanding of
12      who the intelligent designer is?
13  A.  Yes, God.
14  Q.  Did somebody express that to you?
15  A.  Yeah
16  Q.  Who did that?
17  A.  Alan and Bill.
18  Q.  And did that happen during Board meetings or in just
19      sort of private conversations?
20  A.  All of it. Board meetings and executive session and
21      conversations, just talk. Just very informal
22      discussion.
23  Q.  They actually said the intelligent designer is God?
24  A.  Alan would just say that God has been good to him, that
25      he has a lot to be thankful for. That this is giving

00026
1       something back. And Bill just says the same thing.
2       Like he has been through a lot, you know.
3  Q.   I just want to I --
4  A    He is trying to be a good Christian.
5  Q.   I want to clarify sort of how they expressed themselves.
6       If you can let me finish the issue the question, did any
7       Board member actually say anything to the effect of my
8       understanding is that the intelligent designer is God?
9  A.   I wouldn't say in those words, no, not like that.
10  Q.  Tell me -- and I realize you may not be able to repeat
11      the conversation word for word, but tell me your
12      recollection of how Mr. Buckingham expressed his
13      understanding of Intelligent Design in a way that made
14      you think he understood it to be God. Give me your
15      summary of how he expressed himself.
16  A.  I think that it's because Bill was shot as a cop and
17      pushed off a second balcony by prisoners, that, you
18      know, I guess he's lucky to be alive. He just feels he
19      owes a lot to God. That is my take on it.
20  Q.  Did he ever express anything about Intelligent Design in
21      relationship to what he owes to God? I want to try and
22      connection, make sure if there is a connection.
23  A.  That is what I thought it was about. That is my
24      opinion, yeah.
25  Q.  But did Mr. Buckingham say anything that led you to hold

00027
1       that opinion or have that understanding that he thought
2       putting Intelligent Design in the school was a service
3       to God?
4  A.   Well, yeah. I mean you can obviously tell by did
5       someone die on the cross two thousand years ago, he is
6       not yelling at me, he is yelling at Jeff, but I just
7       take that as what it means
8            I didn't really get into any religious
9       conversations because I know that Alan and Bill are way
10      religious, and I'm not like that. I don't go out
11      telling everybody about things. I don't feel
12      comfortable doing that.
13  Q.  Other than the two thousand years ago statement, is
14      there anything else Mr. Buckingham said which led you to
15      understand that he was connecting Intelligent Design to
16      religion or God?
17  A   Probably lots of stuff, yes, but I can't really sit her
18      like a book and tell you. I don't remember anymore. It
19      just always went on. But, you know, it is just general
20      talk. It is not really like arguments or anything I had
21      with him.
22  Q.  I am asking you the same kind of question for
23      Mr. Bonsell. Was there anything he said that led you to
24      understand that he was connecting Intelligent Design to
25      religion or God?

00028
1  A.   Well, he is not like Bill. I mean he says things like
2       God has been really good to him, and they have a lot,
3       and he should be thankful. But he is not saying I
4       should be thankful. He is saying he should be thankful.
5       He doesn't push it on me.
6  Q.   Did he say that in relation to the Intelligent Design
7       vote?
8  A.   I don't know. I mean it's always talk. I just can't
9       give you a specific time or date or things. I never
10      argued with Alan ever until now about this. This is the
11      first argument Alan and I have had in five years of
12      working on these Boards.
13  Q.  Did anyone attempt to persuade you how to vote on the
14      resolution?
15  A.  Yeah, Bill.
16  Q.  And when he attempted to persuade you to vote, what did
17      he say?
18  A.  He just asked me to vote his way, lobbying, you know,
19      like you do with Board members. Can you help me out?
20      Can you just stick in with me? He sees me bail and he
21      asks me to just hang in there and try to help him out
22           I get a little bit antsy with things. He knows
23      that. Because I think there is a lot of people that
24      don't believe it, voters, constituents, people who don't
25      believe in God, people who believe in different

00029
1  religions. I feel the pressure, you know. So he could
2  see that I am pulling away. I try to help him with what
3  I could do, you know, without thinking I'm offending a
4  bunch of people.
5  Q.  I am going to mark an exhibit.
6      MR. ROTHSCHILD: Off the record, please.
7          AFTER RECESS
8      (Plaintiffs Deposition Exhibit 52 was marked.)
9  BY MR. ROTHSCHILD:
10  Q.  Ms. Yingling, I was asking about the October 18th
11  meeting, and the court reporter has handed you Exhibit
12  52 which is an article by Joseph Maldonado dated
13  December 7th, 2004 titled "Dover Area Loses An Official,
14  Again."
15      I would like you to read that, and then I will ask
16  you some followup questions about the article.
17  A.  (Witness complies.)
18  Q.  Are you through?
19  A.  Yes.
20  Q.  Have you seen this article before today?
21  A.  Yes.
22  Q.  I guess in seven paragraph down on the first page, the
23  article reports that she, referring to you, regrets
24  voting October 18th to add Intelligent Design to the
25  student curriculum, but she said she did so because many

Angie Yingling 4/27/05          Page 29

00030
1  on the Board pressured her by accusing her of being an
2  atheist and unChristian.
3      Does that paragraph accurately reflect why you
4  voted for the October 18th resolution?
5  A.  I think the reason I voted for it was I'm trying to help
6  Bill out. That is why I voted for it because he asked
7  me to.
8  Q.  Is it accurate that individuals on the Board pressured
9  you by accusing you of being an atheist and unChristian?
10  A.  I think there were comments made to me, Jeff and Casey
11  if you don't along with it, you are not a very Christian
12  person, yes.
13  Q.  Who made those comments?
14  A.  Mostly Bill.
15  Q.  The article says that many on the Board. Let me
16  withdraw that.
17  A.  It can't be many.
18  Q.  Let me withdraw that for a moment. Did Bill make those
19  kind of remarks to you before the vote?
20  A.  Yeah.
21  Q.  That is a yes?
22  A.  Yes. Mostly Bill, yes.
23  Q.  Was there anybody else on the Board who made comments to
24  you to that effect?
25  A.  It wouldn't be direct comments. It wouldn't be relevant

Angie Yingling 4/27/05          Page 30

00031
1  to this, you know, no.
2  Q.  Did anybody on the Board make similar comments to you in
3  other contexts?
4  A.  Well, I think that I probably was too sensitive with
5  some of the comments that were made, yes.
6  Q.  But you do recall that Mr. Buckingham did suggest you
7  would be unChristian if you didn't vote for the
8  resolution?
9  A.  Absolutely, yes.
10  Q.  How did you respond to that?
11  A.  I usually respond the same way. How can you ask me that
12  question when you know that my husband died so young and
13  watching him die? I don't even probably give them the
14  answer they want, you know.
15  Q.  Did any other members of the Board who voted for the
16  resolution tell you why they voted that way?
17  A.  Probably.
18  Q.  Can you remember any of those conversations?
19  A.  They were just general conversations, you know, nothing
20  that was real -- I wasn't arguing with any of them over
21  it. I mean just they did what they thought was the
22  right thing to do.
23  Q.  For example, do you remember Mrs. Geesey saying why she
24  vote for it?
25  A.  Yes, she is very religious.

Angie Yingling 4/27/05          Page 31

00032
1  Q.  Did she say she voted for it because she was religious?
2  A.  Because she is a Christian.
3  Q.  She said that?
4  A.  Yeah.
5  Q.  What about Ms. Cleaver, did she say why?
6  A.  Yes. Jane it very, very religious, very much.
7  Q.  I just want to be clear. I want to distinguish between
8  the fact that she is religious and whether she said I am
9  voting for it because I am a Christian or I am
10  religious. Did she say that?
11  A.  Janie and I had, you know, just private little
12  conversations that were just very nice all the time.
13  Janie is very is sophisticated and very well-spoken, you
14  know.
15      She believes that this is a good way to go with
16  kids who are bad and kids who do horrible things like
17  murder and, you know, rape and kill their fellow
18  classmates. I mean that it would bring some type of
19  behavior into the classroom that would be better.
20  Q.  And she said that was a reason she was voting for this?
21  A.  Yes.
22  Q.  Did she ever say I am voting for this because I am a
23  Christian?
24  A.  Not to those kind of words, no.
25  Q.  Anything else that she --

Angie Yingling 4/27/05          Page 32

00033
1  A. She would say she is a Christian, but not in this stuff.
2  Q. That is exactly what I am trying to clarify.
3  A. Yeah.
4  Q. I understand that members of the Board -- or some of
5     them are religious?
6  A. Very.
7  Q. And that you may infer that their voting a certain way
8     because they are religious, but I am really asking you
9     about the things they have said. Okay?
10    So sticking with Ms. Cleaver, you talked about how
11    she --
12 A. My personal pressure doesn't come from Janie, no.
13 Q. I am not asking about your pressure. I am asking
14    whether Ms. Cleaver ever said I am voting for the
15    resolution because and said what the because was?
16 A. Probably did, yeah.
17 Q. I think you mentioned some of what she said was it will
18    help bad kids?
19 A. Right, the really bad children who do really bad things
20    like murder.
21 Q. Did she explain why she thought the resolution about
22    Intelligent Design would help in that way?
23 A. Sure. To try to get them on the right path because they
24    are on the path to doing these dreadful things, yeah.
25 Q. Is that something she said?

Angie Yingling 4/27/05          Page 33

00034
1  A. Yeah.
2  Q. What about Ms. Geesey, can you recall anything she said
3     about why she voted for the resolution?
4  A. Just the right thing to do. I know she said that. She
5     believes she's doing the right thing, and this is the
6     way to go. Just general comments, you know. I would
7     say yeah, I see your point about it.
8  Q. Did there come a time when you changed your mind about
9     how you had voted on the biology curriculum?
10 A. Yes.
11 Q. Do you remember when that occurred? If the vote was
12    October 18th, when did you come to the conclusion you
13    might have made a mistake in that vote?
14 A. Well, just as there is also a lot of pressure on what
15    you're doing to the community and how we are going to
16    pay for all of it. People have different ideas and
17    opinions and beliefs, yes. There was pressure.
18 Q. There was pressure, but did you come to any -- why did
19    you decide it was a mistake? What was wrong about the
20    vote?
21 A. The biggest thing is what you hear out of your right
22    ear. I am on the end. So you hear them grumbling and
23    complaining and whining and just right out yelling about
24    it, you know.
25    Like I said, when Alan was President, there wasn't

Angie Yingling 4/27/05          Page 34

00035
1  a lot of civility and control. He just left them yell
2  and scream and dance around.
3     There's tables and tables always on my side on the
4  right-hand side of disgruntled teachers and former Board
5  members, and I hear them because I'm on the end. I
6  don't think they hear them being up around the circle in
7  the middle, but I hear them complaining constantly what
8  are you doing? Are you crazy? Are you nuts? You can't
9  do this kind of stuff.
10 Q. Other than what people at the Board meeting were saying,
11    was there anything else that led you to the conclusion
12    that the vote was not a good idea?
13 A. Yeah. A lot of stuff.
14 Q. What else?
15 A. My dad says the religious freaks have taken over Dover.
16    My mom says what in the name of God are you doing? I
17    mean my relatives are horrified. My aunt thinks it's a
18    bunch of idiots running the Board.
19    I mean the comments from neighbors. They stop me,
20    and they won't let me pass in the middle of the street.
21    Dr. Troxell stands in front of my vehicle and says what
22    are you doing? Have you people lost your minds?
23    I mean Dr. Troxell knows. He is an administrator.
24    You're going to be sued big. The comments come from my
25    next door neighbors, my neighbors down the street, my

Angie Yingling 4/27/05          Page 35

00036
1  neighbors in the new section, my neighbors in the old
2  sex. It is coming from everywhere. What are you doing?
3  Have you lost your mind?
4  Mostly my dad, he says, why are you doing this?
5  It doesn't belong in school. I don't want to pay for
6  it. I'm sure nobody else wants to pay for it. You
7  better get off the Board.
8  I have a lot of pressure to resign. A lot of
9  pressure from Dr. Troxell, Barbie Troxell, my neighbors,
10 my family to resign so I am not part of this lawsuit.
11    MR. ROTHSCHILD: Okay. I am going to mark this as
12 Exhibit 53.
13    (Plaintiffs Deposition Exhibit 53 was marked.)
14 BY MR. ROTHSCHILD:
15 Q. Do you recognize the document we have marked as P-53?
16 A. Yes.
17 Q. What is that?
18 A. I just wanted them to go back and, you know, let's talk
19    about it, change some things, yes.
20 Q. Is it basically a request to the Board to --
21 A. It is a memo.
22 Q. You have to let me finish.
23 A. I am sorry.
24 Q. Is the document I have given you, P-53, a request to the
25    Board to reconsider the change in the biology

Angie Yingling 4/27/05          Page 36

00037
1   curriculum?
2   A.   Yes.
3   Q.   And your request is -- your suggestion is remove the
4        language that was added to the biology curriculum and go
5        back to the language that existed before?
6   A.   Right.
7   Q.   What happened to this request for the Board to
8        reconsider?
9   A.   They won't do it.
10  Q.   There never was a vote to reconsider?
11  A.   No.  Alan, the Board President, said that sets us back.
12       MR. ROTHSCHILD:  Mark this as P-54.
13       (Plaintiffs Deposition Exhibit 54 was introduced.)
14  BY MR. ROTHSCHILD:
15  Q.   Ms. Yingling, I have handed you P-54, which is a
16       December 8th, 2004 article by Joseph Maldonado titled
17       Board Member Says the Worst Is Coming, Angie Yingling
18       Offered Her Resignation Over the Intelligent Design
19       Controversy.
20       Have you seen this article before?
21  A.   Yes, last year I believe.
22  Q.   And it says in the article that you were unable to get a
23       second on a motion to revisit an October 18th curriculum
24       change.  Do you see that in the third paragraph?
25  A.   No.  Are you on the second page?

Angie Yingling 4/27/05          Page 37

00038
1   Q.   First page, third paragraph in the paragraph that starts
2        Yingling offered.
3   A.   Right, right, right.
4   Q.   And so was that your effort to get the curriculum
5        reconsidered that we saw in the memo?
6   A.   Right, yes.
7   Q.   And further down the page, Mr. Maldonado reports that
8        the biggest reason she said she was unable to get a
9        second on her motion is because of what she said is the
10       influence Alan Bonsell, the Board President, has on
11       other Board members.  Do you see that?
12  A.   Yes.
13  Q.   Is that something you told Mr. Maldonado?
14  A.   Well, I believe it to be true.  I don't know if I told
15       him that or not.  I may have told someone else, and he
16       heard me.  I don't think I told Joe.  I think I was
17       complaining to somebody else.
18  Q.   But the statement is an accurate report of yours?
19  A.   That is what I think.  I think Bill has influence, too.
20  Q.   What did you mean by the influence Alan Bonsell has on
21       other Board members?
22  A.   Just to do the right thing.  I think Alan has a lot of
23       influence because him and his family are very wealthy.
24       He is very well-spoken.  So is his dad.  They are in
25       politics.

Angie Yingling 4/27/05          Page 38

00039
1        They tell you what they think, and that you
2        probably should do what they think.
3   Q.   Does Mr. Bonsell's influence in part derive from his
4        ability to persuade others?
5   A.   I think he is very good at persuading others, yes.
6   Q.   Other than persuading by argument or discussion, is
7        there any other way he has influence on the Board
8        members?
9   A.   Well, Alan isn't like Bill.  Bill likes to yell and
10       scream at Jeff.  Alan is very well-spoken.  And Alan
11       doesn't yell and scream to get his point across.  Alan
12       is reasonable, and his talk is intelligent, well thought
13       out.  He takes his time making every decision he makes.
14       He has the time to make decisions, unlike most of
15       us who have to rush with our whole life.  He takes his
16       time, and looks at all sides.  And he likes to hear what
17       people have to say.
18       I mean it is my opinion that Alan is very, very,
19       very -- for lack of a better word -- my dad calls him
20       whacked out religious.  That is what my dad calls both
21       of them, him and his dad, and they are.  They are real
22       adamant about everybody being a Christian and doing the
23       right thing.
24       There's nothing wrong with that, but it makes me
25       feel uncomfortable.  And I should have probably said

Angie Yingling 4/27/05          Page 39

00040
1        something long before this.
2   Q.   When you use the phrase or agree with your dad's phrase
3        whacked out religious, what do you mean by that?
4   A.   They are always pressuring other people to believe in
5        God, and be religious, and go out and tell people that
6        you are Christian and try to get them to come to your
7        church, try to get them to understand your way of
8        thinking.  It is just religious lobbying that goes on.
9   Q.   Did that religious lobbying occur in the context of the
10       Board's activities?
11  A.   I just don't agree with that.  I think that Alan makes
12       statements that have offended me, and I should have said
13       something.  I have left it go for five years.  I haven't
14       said anything.  Then it builds, and it builds, and it
15       builds until you just snap one day.  And this is my
16       fault.  This isn't Alan's fault.  This is my fault
17       because I wasn't honest with him.
18       I take offense to some things, and I have been
19       taking offense for a long time, and I don't -- I don't
20       make myself clear at all.
21  Q.   Let me go back and make sure my question is answered
22       which is:  Did he engage in any of this what you phrased
23       as religious lobbying in sessions of the Board, whether
24       public or executive?
25  A.   The only thing -- and it is embarrassing and secretly

Angie Yingling 4/27/05          Page 40

00041
1   offends me, and it is all my problem. It is not Alan.
2   He will say a lot that God has been so good to him, and
3   God has been so good to his wife, and he should be
4   thankful to God.
5       And I don't agree with that. I think his dad and
6   his mom and his grandma have given him everything that
7   he has. He hasn't worked for it. That is not a nice
8   statement. It is not nice to say these things.
9       I mean I am being not nice. I am not being a good
10  friend. And I know that he thinks I am not a good
11  friend because he told me that. I guess I just think
12  that God doesn't have anything to do with it.
13      I think that his mom and his dad and grandma gave
14  him an awful lot of stuff. I personally taking offense,
15  and it is my problem. And I look like a jealous, bitchy
16  friend. And it's not what I mean to, but I take offense
17  to it. I have been taking offense for five years, and I
18  never said anything. This is all very embarrassing to
19  me. Do you know what I mean?
20  Q. Did you ultimately make a decision to resign from the
21     School Board?
22  A. Yes.
23  Q. Why did you do that?
24  A. Because I was angry with Sheila and Alan for not going
25     back and talking about this stuff. I am pissed off at

**Angie Yingling 4/27/05**          **Page 41**

00042
1   them.
2       MR. ROTHSCHILD: I have no further questions.
3   Thank you.
4   BY MR. GILLEN:
5   Q. Angie, I am going to have some questions. Do you want
6      to take a minute or so, or are you okay?
7   A. No. Go ahead. It is all embarrassing because these are
8      my friends, you know. I am sure they are disappointed
9      in me.
10  Q. Well, I understand. I think that friends can honestly
11     differ, and I think that is in large part of what is
12     going on here.
13      MS. HARKINS: Do you want a hug quick, Angie? I
14      will give you a hug.
15      MR. ROTHSCHILD: Off the record.
16      (An off-the-record discussion was had.)
17  BY MR. GILLEN:
18  Q. Angie, my name is Pat Gillen. We have also met off the
19     record, but I want to let you know again as I begin
20     asking you a few questions that I represent the School
21     Board.
22      And Mr. Rothstein, Eric -- Rothschild, forgive me
23      -- has asked you a number of questions. I am trying to
24      get a little more detail about some of the events that
25      you recounted.

**Angie Yingling 4/27/05**          **Page 42**

00043
1       Let me ask you: Prior to the June, 2004 Board
2   meetings which we have discussed here, was there any
3   time at which the biology text or biology curriculum
4   came to your attention?
5   A. Well, there were several comments about changes and
6      things, not really into specific arguments in anything
7      like there is now. Just random.
8   Q. So if we look back at that period, which begins say
9      January of 2004 and ends at the end of May, 2004, do you
10     recall any discussion of the biology text or biology
11     curriculum during that period?
12  A. Well, yeah. Alan was in charge of curriculum, and Bill
13     was on it, too, and Heather, just reviewing things, just
14     general statements about reviewing biology. It's been
15     going on for some time.
16      I never wanted curriculum so I wasn't too much
17      involved. Mostly budget and other things. I go to
18      other schools. That is my thing, not curriculum.
19  Q. Okay. Do you recall what that discussion was about?
20  A. Just that the curriculum committee wanted to change some
21     things. They wouldn't even elaborate. Not that I
22     remember.
23  Q. Do you recall any discussion of the biology text not
24     being balanced?
25  A. Yeah.

**Angie Yingling 4/27/05**          **Page 43**

00044
1   Q. Do you recall any discussion of either Alan or Bill
2      saying we want other scientific theories to be
3      discussed?
4   A. Right, right. It wasn't Heather. It was Alan and Bill.
5      They would like to have some other ideas. But they
6      didn't go into anything. It was never anything past
7      some changes and some balancing. That would be the end
8      of the words that I remember, but I never was invited to
9      these meetings. I am not on that committee. I have
10     plenty of committees on my own.
11  Q. I do understand that. I know you weren't on the
12     curriculum committee.
13      Do you recall -- again, we are looking at this
14      period January through the end of May of 2004, any
15      discussion of Intelligent Design?
16  A. Not with me, no.
17  Q. Do you recall hearing the term during that period?
18  A. Yeah. Just hearing it, but it never was directed at me,
19     no.
20  Q. Do you recall any of the teachers appearing at any Board
21     meetings between the period January, 2004 and up until
22     the end of May, not at June yet, up until the end of May
23     to discuss the biology text?
24  A. I think it was Bert Spahr who is in charge of the whole
25     Science Department. I had her.

**Angie Yingling 4/27/05**          **Page 44**

00045
1  Q.  Do you recall anything she said during that period?
2  A.  Bert is always complaining about everything.  All she
3      ever does is complain.  I mean I had her for three
4      grades.  You know.
5          She is -- boy, I don't care for her.  I had her as
6      a student so I really dislike her.  That's all I can say
7      about her.  I remember she complains all the time.  So
8      because she is constantly complaining, I turn a deaf ear
9      to her.  I don't pay attention because I am just so used
10     to it.
11 Q.  Okay.
12 A.  She complains all the time.
13 Q.  Just give me an idea what you mean about that.
14 A.  She is always bashing all the time.  All she does is
15     bitch constantly.  So I just don't listen to her.
16 Q.  I do understand how people can turn you off.
17 A.  Yes, I don't even hear her.  I just see her mouth
18     moving, and I write or read.  I do.  I don't pay
19     attention at all.  I have the ability to turn her off.
20         I think it comes from 27 years in food and
21     beverage.  You just turn off all the tremendous noise
22     around you, and just go into your own menus and
23     everything that you need to do.  I just completely turn
24     her off.  I see her mouth moving, but I don't hear a
25     word she says.

Angie Yingling 4/27/05        Page 45

00046
1  Q.  Right.  Let's focus on the June meetings.  And, again, I
2      want to ask you.  Do you recall during these June
3      meetings Bill Buckingham discussing the text in terms of
4      balance?
5  A.  Yes.
6  Q.  And do you recall the discussion of Intelligent Design
7      from Bill Buckingham saying we need another scientific
8      theory?
9  A.  Yes.
10 Q.  And let me ask you specifically:  When he was saying
11     scientific theory, did he mention Intelligent Design in
12     connection with that?
13         MR. ROTHSCHILD:  Objection.  Lacks foundation and
14     leading.
15 A.  I can't remember.  It is almost a year ago.  I can't
16     remember any more.
17 BY MR. GILLEN:
18 Q.  When he mentioned Intelligent Design at that time, did
19     he mention the text Of Pandas?
20         MR. ROTHSCHILD:  Objection.  I would like an
21     objection to this whole line as leading.
22 A.  I can't remember.  I don't know.  I might not have been
23     paying too close of attention.
24 BY MR. GILLEN:
25 Q.  I understand.  That is fine.

Angie Yingling 4/27/05        Page 46

00047
1  A.  I am so involved in all my own committees that I just
2      can't recall anyway.
3  Q.  Okay.  I know you have said that Mr. Buckingham used the
4      term Creationism at a certain time.  And you have also
5      said that the meetings were very -- how shall I say it
6      -- there was a great deal of comment from the public
7      section, is that correct?
8  A.  Yeah.  They are always, yeah.
9  Q.  Do you recall whether Mr. Buckingham used the term
10     Creationism in response to comments from the public?
11 A.  I don't really remember.  I know it is always something
12     going on up there.  I mean it is very clear that the
13     teachers don't like the current Board.  I mean it is
14     always the same group of teachers and the same
15     disgruntled Board members who resigned sitting there
16     complaining.
17         it's again, it is just like Bert Spahr, you are
18     just used to the constant complaining all the time.
19     They find fault with everything we do.  And that's why
20     they are there.
21 Q.  Let me ask you do you recall Barrie Callahan being at
22     Board meetings in June?
23 A.  Oh, yeah.  She is always up there whining about
24     something.  Again, I turn my ear to her, too.  I turn a
25     deaf ear because she is always at the podium

Angie Yingling 4/27/05        Page 47

00048
1      complaining.
2          Nothing suits her.  She was voted out.  And, of
3      course, that's all our faults, like it wouldn't be the
4      voters faults.  So she would be whining about something
5      all the time.
6          Again, I don't listen to her and just sort of read
7      or write or do something else.
8  Q.  Do you not listen to her because you think that she is
9      politically motivated?
10 A.  Yes.
11         MR. ROTHSCHILD:  Objection, leading.
12 BY MR. GILLEN:
13 Q.  Do you recall whether Barrie Callahan made statements to
14     Bill Buckingham about Intelligent Design being
15     Creationism?
16 A.  Yes.  And they fight a lot.
17         MR. ROTHSCHILD:  Objection, leading.
18         MR. GILLEN:  I am just asking her what she
19     remembers.
20         MR. ROTHSCHILD:  You are not asking her what Ms.
21     Callahan, what she said on the subject.  You are leading
22     with giving her the content.
23 BY MR. GILLEN:
24 Q.  Do you recall whether Ms. Callahan accused Bill
25     Buckingham of wanting to teach Creationism?

Angie Yingling 4/27/05        Page 48

00049
1  A.   I think she did.
2  Q.   Now when Mrs. Callahan made that accusation, did you
3        credit it or turn a deaf ear to it?
4  A.   I never listen to her.  I just ignore her.
5  Q.   What was your understanding of what Bill wanted in the
6        biology classroom?
7  A.   I think Bill --
8            MR. ROTHSCHILD:  I am sorry.  Are we talking about
9        a specific time period?
10 BY MR. GILLEN:
11 Q.   At the June meetings.  I am sorry if I was unclear.  I
12       am talking about the June meetings.  What I am asking
13       is --
14 A.   He just wants this program of Intelligent Design brought
15       forward.
16 Q.   Do you recall Alan Bonsell discussing Intelligent Design
17       during the June Board meetings?
18 A.   I think he was trying to shut up Barrie Callahan, but
19       nothing works.  I think he was gaveling her down or
20       something, but nothing works.  She just keeps screaming.
21          The meetings were really out of control when Alan
22       was President.  Community members would complain about
23       it, and people to me.  It was true.  Callahan would
24       always be up there yelling all the time every meeting.
25 Q.   And am I accurate that one of the things she was yelling

Angie Yingling 4/27/05          Page 49

00050
1     is you are trying to teach Creationism?
2  A.   I believe she yelled that I think leaving.  They would
3        finally gavel -- Alan would keep beating the hammer,
4        gavel her down.  She would go back yelling the whole way
5        back to her usual round table seat.  She would be
6        yelling it th whole way.  She would keep on talking.
7        She wouldn't shut up and just keeps on going all the way
8        back.  She just won't shut up.
9  Q.   Let me ask you:  At any time during these June meetings
10       with this uproar, did any of the Board members tell you
11       we want Creationism taught in Dover?
12 A.   I just -- I don't really think in those words like that.
13       I mean all I remember is when the shit hit the fan.
14       That is all I remember, when Bill and Jeff are always
15       arguing.  And that is it, when Bill yells at me.
16          I don't really remember them saying it like that
17       or anything.  It's just undercurrent and talk that
18       wouldn't be like that.  They're just talking between
19       themselves.
20          Like in executive session, it's not really said
21       like that.  It's more like, you know, like with Alan and
22       Bill, they want to present different theories.  That is
23       how it goes.  It doesn't really go like that.
24          They just want to present different theories to
25       the kids.  I just sort of sit there and agree, you know.

Angie Yingling 4/27/05          Page 50

00051
1        I think you can give them too much education.  I think
2        we do throw too much at them sometimes as far as
3        pressure and too much to read.  That's how I felt.
4           But I mean it is mostly college level, and this
5        book is college level.  It's just general talk.  It
6        wasn't really anything specific that I can remember.
7           And, again, you are going back almost a year.
8           I remember Callahan always up there yelling.  And
9        Bert Spahr, she's always complaining.  People just keep
10       complaining all the time.
11          You as a Board member who don't share their views
12       sort of sit there and zone, like my assistant does, just
13       go somewhere else, you know.
14 Q.   I do understand that.
15 A.   It's all pretty boring to me because I am not a science
16       major.  I like business administration, mathematics.
17       This is not my thing at all.  This is more the other
18       Board members thing.  It is not mine.  I never really
19       liked science.
20          Again, I guess that's my opinion I had already
21       formed on Bert Spahr because of science, having her so
22       much.  I had to have it to get into college.  Your
23       counselor tells you what you have to do to get there.
24       It's just the ways and means of getting that degree that
25       you want.

Angie Yingling 4/27/05          Page 51

00052
1        So you know, I think it is kind of bad when Board
2        members are students.
3  Q.   Well, you have mentioned that during the Board meetings,
4        there was this discussion Alan and Bill wanted different
5        theories?
6  A.   Yeah.
7  Q.   And what I am trying to understand is are the theories
8        in play here on the one hand Evolution and on the other
9        hand Intelligent Design?
10 A.   I think so.
11          MR. ROTHSCHILD:  Objection, leading.  Just the
12       June time period?
13 BY MR. GILLEN:
14 Q.   It is the June time period.
15 A.   Yeah.  I think so, yeah.
16 Q.   Do you remember anyone else from the public speaking
17       during the June, 2004 Board meeting?
18 A.   It's always the usual.  Mr. Snook -- it is the Board
19       members that resigned, Lonnie Langione and the ones that
20       are mad.  They are all very upset they were voted out or
21       they quit.  When they walk off, they are pissed.  They
22       still are.
23          They are launching a big campaign against the
24       Board.  I am not even in on it; I am on my own.  But
25       with the Browns, of course.

Angie Yingling 4/27/05          Page 52

00053
1      Yes, it is always Mr. Snook. It is always Lonnie
2   Langione. It is always Barrie Callaban. It is always
3   the same exact people every meeting up at the podium
4   yelling. So that is why I tend not to listen to them.
5 Q. Okay. Any other teachers that came to the podium during
6   the June meeting?
7 A. The one with the tight pants. I can't think of her
8   name. She is young and has very tight pants. She's a
9   ninth grade teacher.
10      Jen, Jen, that's the one. Jen with tight pants,
11   yeah.
12 Q. Can you recall any of the statements that she made?
13 A. She is not happy about it either. When the teachers are
14   there, they are not happy. They don't come to the Board
15   to tell you hey, you're doing a great job. They come to
16   complain.
17      There's only one reason teachers are there, that
18   is to complain. That is the only reason they show up.
19   They all sit in their little circles and talk about is.
20   The problem is I can hear them because I am on the end.
21   So I hear them constantly bitching about us. Yeah, that
22   was the one with tight pants.
23 Q. Tell me what you can about the thrust of Jen Miller's
24   comments at the June, 2004 Board meetings.
25 A. She didn't want it. She's being jacked up by Bert

Angie Yingling 4/27/05                Page 53

00054
1   Spahr. Bert Spahr is behind all of it, of course.
2 Q. When you say she didn't want it, do you mean --
3      MR. ROTHSCHILD: Objection, leading.
4 A. She doesn't want the whole thing. Intelligent Design,
5   she doesn't want it. They all didn't want it, the
6   teachers.
7 BY MR. GILLEN:
8 Q. Have they ever told you why?
9 A. Not me, because I don't talk to them. I mean they don't
10   like me, and I don't like them. I mean it is pretty
11   obvious that they hate the Board. I don't get into it
12   with them.
13      I mean I don't think I ever had a conversation
14   with any of them. Of course, the ones that had me know
15   who I am because I use Zeigler as a middle name. They
16   remember me. I mean I always got straight A's in
17   everything, but I don't think they like us on the Board.
18   I mean they pretty much make that pretty clear.
19      The ones that are on their way out like Bert Spahr
20   make it really clear because they are just going to
21   retire. She has been there like forever. It's time for
22   some of them to really get out.
23      That is how I feel, especially the ones I had that
24   were terrible. Like I said, it is bad when the students
25   come back as Board members.

Angie Yingling 4/27/05                Page 54

00055
1 Q. Let me ask you, Angie, when you heard the teachers up
2   there at the podium in June leveling their complaints
3   against the Board --
4 A. Yeah, yeah.
5 Q. -- were you disposed to give them credit, or did you
6   think their complaints were about other things?
7 A. They bitch so much I don't give them merit for much of
8   anything. That is how I feel about them. All they ever
9   do is complain about everything.
10      I mean nothing suits them. If you gave them the
11   world, they would bitch because there isn't a fence
12   around it. That's how I feel about them as a whole.
13      That is just how I think about them. All they do
14   is complain constantly. I have never seen so much
15   complaining, never. And they are always unhappy.
16 Q. If we go to the August meeting where the textbook comes
17   up, as Eric mentioned, initially you vote with Bill?
18 A. Right.
19 Q. As I believe you said that was to tie the approval of
20   the text Of Pandas to approval of the text Biology by
21   Miller and Levin; is that correct?
22 A. Yes.
23 Q. You mentioned that you had looked at the text Of Pandas
24   sort of before, during and after --
25 A. Right.

Angie Yingling 4/27/05                Page 55

00056
1 Q. -- these votes?
2 A. Yes.
3      MR. ROTHSCHILD: Objection, lacks foundation.
4 BY MR. GILLEN:
5 Q. Is it safe to say when this vote came up in August, you
6   had at least looked at it before that time?
7 A. Yeah.
8 Q. When you looked at it, and Eric asked you, he said it's
9   difficult to read, did you have an opinion concerning
10   whether that was so some teachers said teaching
11   Creationism?
12 A. Yeah.
13 Q. What was that?
14 A. I think it's difficult to read. And it is to a point,
15   yeah, I agree.
16 Q. It is what?
17 A. Teaching Creationism.
18 Q. Why do you say that?
19 A. Well, it is the creator, like the inference is God.
20   That is how I take it, you know. It's my opinion.
21 Q. I want to get that as precisely as I can. You said that
22   is an inference?
23 A. Right. That is how I interpret it. I don't know if all
24   the kids are going to, but that is how I take it as an
25   adult way out of school.

Angie Yingling 4/27/05                Page 56

00057

1  Q.   And I understand that. Was there anything in the text
2       that led you to believe or that stated --
3  A.   Yeah.
4  Q.   What?
5  A.   You will have to give it to me. I would have to go
6       through it. It has been so long now. I will have to
7       see the book and go through it to tell you the piece.
8  Q.   Just tell me your recollection of the text. In other
9       words, I understand you have made an inference?
10 A.   Yeah. That's how I view it. I mean it is to deal with
11      some religion I think, some religious background in
12      teaching of it, which is fine if it is not offending a
13      bunch of people, but unfortunately it is. That is how I
14      look at it.
15           They are mad about it because you are pushing
16      religion down their kids throats. That is how they
17      feel. That is what they tell me at least in person
18      about the book. And, you know, I got to agree to a
19      point. Some of it is poorly written. That may be in
20      conjunction with hard to understand. It is typical
21      college level textbook, you know, and not appropriate.
22           That is what Barrie is always yelling, not
23      appropriate. But again, the ones that complain all the
24      time, you tend to turn a deaf ear to them. That is what
25      they are doing, they are always complaining

00058

1  Q.   And that is what I am trying to understand. I realize
2       initially, you voted to tie the approval of the two
3       texts together?
4  A.   Right. It is kind of blackmailing, just like Jeff said.
5       I mean that is Bill's point. In other words, if you
6       give me -- it's just politics. That's all. Give me
7       what I want, and I will give you what you want.
8           How about giving me a little bit here, or I am
9       going to tie you up so I am going to force you to give
10      me what I want. That's all.
11 Q.   And then you said you switched your vote?
12 A.   Yes.
13 Q.   And I want to understand why. It seems to me you have
14      said there was a public outcry.
15 A.   Yeah. I can hear them. Especially with my right ear,
16      you can hear them just constantly complaining. It was
17      like outrage. Like what are you doing? You can't do
18      this without talking about it.
19           Everybody thinks like -- I mean you have got to
20      understand. They just don't think that we talk about
21      things enough, that we don't have public involvement or
22      public meetings or public open communication, open
23      forums, and I do think we need more of that. I do think
24      it is a shortcoming. I am right involved with it anyway
25      because I was on the Board four years.

00059

1            You have got to go out more in the community and
2       see what they think, and take polls, and have some focus
3       groups. I can hear them yelling in my right ear. It is
4       too speedy of a decision.
5            I am thinking we didn't spend a lot of time on
6       something that is so important. Maybe we should go back
7       and look at it again. That is just what I think. But,
8       of course, it comes from public urging too and yelling
9       and complaining, and not from just these, you know -- in
10      my mind, it is four tables, big round tables of
11      complainers.
12           But then you might have ten other tables of people
13      who don't always habitually sit there and complain.
14      Those are the ones that have more influence on me than
15      the four tables of constant complainers they show up at
16      every planning session and every Board session you have
17      that up there.
18           You have the two and two, the two teachers tables,
19      and then you have the constant Board members who quit
20      and their disgruntled group. And then add in more
21      disgruntled taxpayers and groups around the disgruntled
22      Board members who all walked off. That is because of
23      the election and everything.
24 Q.   Was there any additional discussion about the book
25      itself before you decided to switch the vote, or you

00060

1       heard the outcry and you said --
2  A.   I was surprised at how loud it was and how much
3       complaining they were doing. It was really bad. Things
4       don't regularly get so bad at Dover. There's always
5       something wrong, but this was pretty good sized.
6  Q.   Are you basically --
7  A.   And some unusual people complaining that normally don't.
8       That's what influences me. When they are not always up
9       there yelling about something, I tend to listen to them
10      more.
11 Q.   So the differing source of the complaints gave them more
12      credence?
13 A.   Absolutely, yeah.
14 Q.   Can you recall was there anyone specifically who spoke
15      at the meeting?
16 A.   Just the usual complainers. They are always up there.
17 Q.   So it was more the volume?
18 A.   Yeah, and different voices. Not your usual voices that
19      you know who they are without even looking. Like I know
20      Mr. Snook, and I know Mrs. Callahan without even
21      looking. Their voices are so distinctive and loud that
22      you know who they are without even looking at them. I
23      know who is back there complaining.
24           Then, of course, the teachers, you know.
25 Q.   If we look at the period between the vote on the text an

00061
1 August of 2004 and then the curriculum change vote which
2 is October 18th, 2004 --
3 A. Right.
4 Q. -- I just want to get a sense for whether you were
5 involved. You've told me I wasn't on the curriculum
6 committee and so on.
7 Did you have discussions with Board members during
8 that period about a contemplated curriculum change?
9 A. Anything would just be like personal conversations. It
10 wasn't anything in a group meeting or anything. Just
11 like on the way out of the executive session or
12 privately, you know, just in the hallway, in a corner or
13 anywhere.
14 You see them everywhere in Dover, grocery store,
15 whatnot. You just run into them, or they are talking
16 about their own problems, and it comes up. Just their
17 car problems and stuff because I just sort of do
18 administration book work at a small repair service.
19 Just stuff like that. It wasn't anything formal.
20 Q. Can you recall any of those discussions between August
21 and October about?
22 A. Probably it would be a good idea. It usually comes from
23 Alan or Bill. Just voting their way would be good.
24 They are just lobbying but not forcefully or anything,
25 just little comments. It doesn't mean much. It is just

00062
1 ordinary talk that you might do, plus ten other things.
2 You are talking about everything at once. It is not
3 centered on that.
4 Q. I do understand. It is sort of a passing conversation?
5 A. Yes. Just fleeting moment. I knew they wanted to get
6 things changed. I just didn't know it was going to be
7 this bad.
8 Q. By this bad, this controversial?
9 A. Yeah
10 Q. How about looking at the same period of August after the
11 vote approving the teacher recommended text Biology and
12 the October 18th, 2004 meeting on the curriculum change,
13 any discussion of Of Pandas?
14 A. I think it was, yeah.
15 Q. There was?
16 A. Yes.
17 Q. Can you recall who you had those discussions with?
18 A. I think it was Bill. Just about the book. He thought
19 it was a good idea. I didn't say too much in my
20 truthful -- the way I thought. You know. The book is
21 kind of a little bit weird. I didn't say that, but I
22 thought it.
23 But I didn't want to upset him because he has
24 enough problems. I didn't want to upset him.
25 Q. Okay.

00063
1 A. He is not well. His back is not well at all. He's
2 having constant problems with his back, the cage, the
3 wire cage in his back.
4 Q. I do understand.
5 A. Yeah. I try not to fight with him like Mr. Brown does
6 because I don't think Bill is well. I don't want to
7 fight with people who are sick. You wouldn't go to a
8 rest home and fight with people there. I just try not
9 to get into it.
10 Q. And did you have any discussions about your vote switch
11 after --
12 A. Yeah.
13 Q. Let's look at that. Eric has asked you about some
14 quotes in the paper. Did you have any other discussions
15 with Bill about the vote switch?
16 A. Yeah.
17 Q. Just tell me. What did he say?
18 A. Bill was upset with me. I have disappointed him. And
19 he wants me to vote his way, just to hang in there, try
20 and see his way. Politics is just lobbying like
21 everybody does.
22 If you really want something and your gang isn't
23 seeing your way or you need five votes from the table,
24 just to see his way. Can I hang in there? Can I vote
25 like he wants?

00064
1 Q. And when you say vote like he wants, what did you
2 understand?
3 A. He wants Intelligent Design, you know, more ideas and
4 theories thrown out to the kids.
5 Q. We get to the October meeting. And as you know, there
6 were a couple of versions of curriculum changes in front
7 of you?
8 A. Yeah
9 Q. Do you recall discussion relating to those changes?
10 A. Yes.
11 Q. Tell me what you can recollect if anything, just about
12 the varying versions and so on
13 A. Well, you've got the team of Brown and Brown, you know,
14 then don't really want this. I mean you know. They're
15 upset. I mean you know Board members don't -- because
16 you are all talking about it, and it comes up they don't
17 want it.
18 Noel is extremely religious, too. And I don't
19 really remember Noel, but I know Noel was talking. I
20 don't remember everything that he said. I know Noel was
21 talking about things, too.
22 You know, just the two sides going head to head on
23 this stuff like they do. I really wasn't in that, you
24 know. None of it is my thing. The bio textbooks and
25 everything are not what I wanted to devote my time and

00065
```
 1   energy.
 2        York County High, the School of Technology, that
 3   type of thing is what I am really into, you know,
 4   budget, more money items, not this.  But I know they
 5   weren't getting along.  They argued about it all the
 6   time.
 7 Q.  You mentioned Noel Wenrich?
 8 A.  Yeah, Noel.
 9 Q.  You said he was very religious?
10 A.  Noel is deeply religious I think.
11 Q.  Did he agree with Bill Buckingham?
12 A.  That's the thing.  They fight about it, but yet Noel is
13   very religious.  But they were fighting a lot, a lot of
14   fighting, but this is mostly one to one.  Me and Heather
15   always happen to be in the way, and the seats are
16   flying.  The chairs are flying around.
17        You know, it had nothing to do with me and Heather
18   that I really remember.  We are quiet about it.  They
19   are the ones that are almost fist fighting about it.
20   They are throwing chairs.  And it was really getting
21   heated.  It was really bad.  I thought it was going to
22   go.  I really did.
23 Q.  Were they discussing the various proposed curriculum
24   changes?
25 A.  Yeah.
```
Angie Yingling 4/27/05                     Page 65

00066
```
 1 Q.  Did you play any role in shaping those proposed
 2   curriculum changes?
 3 A.  No.
 4 Q.  So when did you first see them, shortly before the
 5   meeting?
 6 A.  It was after the meeting.  It was after.  It's the
 7   executive session stuff that they are really getting
 8   into it.  But that's because Bill -- you don't
 9   understand.
10        If you don't go along with Bill, he thinks you
11   an atheist and questions your religion.  You can't do
12   that with Noel.  You can't do that.  Noel got violently
13   angry.  They almost went to blows with fists.  And the
14   chairs were flying because Bill says you are an atheist
15   if you don't go along with it.
16 Q.  Along with what?
17 A.  With him, with this Intelligent Design.  Bill thinks you
18   don't believe in God.
19 Q.  Was this in the executive session?
20 A.  Yeah.  Yeah, Heather and I thought we were going to get
21   hit, yeah, right in it.  And the chairs were flying
22   right over us.  We thought we were going to get punched.
23 Q.  I just want to get an understanding here for what went
24   on.
25 A.  It was really bad.
```
Angie Yingling 4/27/05                     Page 66

00067
```
 1 Q.  It seems from what you are saying the executive session
 2   is discussing the proposed curriculum changes?
 3 A.  Just informal.  Very informal.
 4 Q.  And this heated argument broke out between Bill and --
 5 A.  Noel
 6 Q.  What do you recall Bill actually saying?
 7 A.  Don't you believe in God?  I remember that.  Noel just
 8   went after him how dare you?  Noel went after him.  And
 9   Bill stood his ground for as sick as he is.  Bill stood
10   his ground, and much older than Noel I might add.
11 Q.  What was the reaction of the other people in that room?
12 A.  Everybody is just trying to get out the door.  Everybody
13   is just literally rushing out the door, everybody.
14        And me and Heather are caught right here with
15   them.  We were in the seats with them, which flew.  The
16   seats flew in the air.
17        MR. ROTHSCHILD:  God or human lifted?
18 A.  Both.  The force of big men getting up real quickly.
19   They are both big men.  They are tall and substance of
20   them.
21 BY MR. GILLEN:
22 Q.  Was there anything else said in that executive session
23   relating to --
24 A.  I am sure.
25 Q.  Can you recall?
```
Angie Yingling 4/27/05                     Page 67

00068
```
 1 A.  I doubt it.  I know the fight.  There's pushing and
 2   shoving, and everybody just got out quickly.
 3 Q.  Okay.
 4 A.  Because Bill kind of questions your religion when you
 5   don't go along with it.  That's why everybody takes
 6   offense.  But Noel doesn't like that.
 7 Q.  Okay.  Now you have said that you had the sense Bill was
 8   questioning your --
 9 A.  I think he does it.  I don't think he means to do it,
10   but he does it, yeah.
11 Q.  Give me a better sense, Angie.
12 A.  He just thinks that I think like with really, really
13   religious people, you are supposed to go out in the
14   world and testify, if you will, to other people that you
15   are religious, and that you believe in God, and God is
16   important and everything like that.
17        I think that people think you should do this, that
18   are like Alan and Bill and like Noel, you should.  Noel
19   has invited me to his church several times in Lancaster,
20   but it is too far to drive.  But I go to the same kind
21   of church Nazarene that Noel goes to.  And they do want
22   you to do this.
23        I don't attend every Sunday.  Noel attends every
24   Sunday no matter what.  I don't.  I believe they think
25   you are not being a good Christian if you don't do that.
```
Angie Yingling 4/27/05                     Page 68

00069
```
 1     That is how I feel.
 2  Q. That's what I want to get at, Angie. I know that you
 3     have a feeling. I understand, I think I have a sense
 4     for the context that produced that. But like Eric, what
 5     is really important here is kind of what he said.
 6     There's sort of what you feel but
 7  A. Yeah.
 8  Q. And what was said.
 9  A. You are saying that perhaps I am getting an idea when I
10     shouldn't. That could be.
11  Q. I want to be fair. That's my goal here, to find out
12     what you know.
13  A. Okay.
14  Q. But there is a big difference between people talking
15     about their religion and making you uncomfortable
16     because you think it is an important personal matter.
17  A. Right.
18  Q. And people saying I want to witness my faith.
19  A. Absolutely.
20  Q. And you feeling uncomfortable because you feel I live my
21     faith through good deeds and charitable words.
22  A. I do.
23  Q. I understand that. But what we are talking about here
24     is this sense you had that if you didn't vote the way
25     Bill --
```

00070
```
 1  A. Right.
 2  Q. -- or Alles wanted you to vote, you have the sense they
 3     would feel you were not a Christian?
 4  A. Not a Christian, plus probably betrayed for friendship,
 5     too. I have done more for Bill than Alan. So we are
 6     friends, too. I'm sure he doesn't feel like this any
 7     more. I think he feels I betrayed him by going against
 8     him -- or the Board, not in person or anything.
 9        I never did anything against him, but he feels
10     this is against you if you don't go along because he
11     thinks it is important.
12  Q. Now I don't want to belabor this point. What I want to
13     do is focus on what was said. I want to ask
14     you: Did Alan Bonsell ever say anything to you along
15     these lines if you don't vote for the curriculum change,
16     you are not a good Christian?
17  A. No, not Alan. I don't think Alan would do that
18  Q. Did Sheila Harkins ever say anything to that effect?
19  A. Never.
20  Q. Did Heather Geesey ever say anything to that effect?
21  A. No, not that I recall right now, no.
22  Q. Did Noel Wenrich ever say anything to that effect?
23  A. Noel and I had in depth conversations about, you know,
24     this, yes.
25  Q. My question was imprecise. I understand that you share
```

00071
```
 1     a religious conviction to a certain measure.
 2  A. Noel and I are definitely friends. I really enjoy his
 3     two little kids. I have been invited to his house many
 4     times with his mom cooking. His mom is quite a cook.
 5        They are more friends, more personable, on a
 6     personal level and friendship level than Bill or even
 7     Alan. Alan invites you to his house a lot, but that is
 8     always political.
 9        Where Noel is like, you know, come for dinner just
10     to hang out. Because my husband died, they invited me
11     for dinner a lot, especially when he lived down in
12     Dover, not anymore. He is way too far away now. He did
13     invite me, you know.
14  Q. Well --
15  A. Several times, like three or four to dinner that I did
16     go. A couple of times, I couldn't. They have dinner a
17     lot, like inviting people in.
18  Q. And I understand. What I am trying --
19  A. We have exactly the same religion so we are more on the
20     same railroad tracks, you know, the Nazarene railroad
21     tracks.
22  Q. Got you. And what I am trying to --
23  A. I communicate better with him.
24  Q. Sure.
25  A. But Noel can be violent too, don't get me wrong. Noel,
```

00072
```
 1     I haven't voted Noel's way a couple of times. Like the
 2     building project, this isn't religion. This is the
 3     building project that my vote caused it not to keep on
 4     going. I don't think Jeff and him were very happy. But
 5     I had a reason because I thought it was too much money.
 6  Q. Sure.
 7  A. That is why I did that.
 8  Q. You know, what I am trying to do here is focus on the
 9     curriculum change.
10  A. Okay.
11  Q. And distinguish the feeling that you had.
12  A. Noel and I did have conversations about that actually.
13     I think we feel the same, a little bit pressured.
14  Q. And, again, I want to take the feeling off it and focus
15     on what was said to you.
16  A. Okay.
17  Q. And ask you: Did Jane clever ever say to you, Angie, if
18     you don't vote for this, you are not very Christian?
19  A. No, no.
20  Q. Or any words to that effect?
21  A. Janie wouldn't. Janie is very well-spoken and
22     sophisticated. She doesn't dole out threats. Janie is
23     not like that. She is very, very just mannerly and very
24     well-spoken. She doesn't ever like accuse or maybe
25     accuse. Do you know what I mean? Saying like maybe you
```

00077
```
 1 Q.  Do you understand that those three theories --
 2      Evolution, Intelligent Design and this Alien Theory --
 3      as something distinct from Creationism?
 4 A.   Well, I think that Creationism ties in with all of them
 5      to a point.  You can read that in it such as where did
 6      it really come from, if you really start asking
 7      questions.
 8      But I don't think -- I know what they taught me in
 9      ninth grade at Dover.  Plain and simple, you are in and
10      out of it in one minute.  You take the test.  That is
11      it.  You just keep moving on.  I do remember it
12      Ninth grader's minds aren't really sitting there
13      wondering what happened a billion years ago anyway.
14      That is not what their mind is on.  I was a ninth grader
15      once.
16      MR. ROTHSCHILD:  Please let's not go down that
17      road.  Pat and I both have kids on that track.
18 A.   Mostly getting a car and car insurance was the two
19      biggest things that stood in my way.
20      MR. ROTHSCHILD:  That would be perfect.
21      MR. GILLEN:  It is certainly more elevated than
22      men.
23 BY MR. GILLEN:
24 Q.   When that meeting came up, I am looking now at the
25      public comment.
```

Angie Yingling 4/27/05                          Page 77

00078
```
 1 A.   Okay.
 2 Q.   Do you have any recollections of public comments made in
 3      connection with the contemplated curriculum change at
 4      the October 18th meeting?
 5 A.   Yes.  They weren't happy as usual, yes.
 6 Q.   When you say they --
 7 A.   The usual gang.
 8 Q.   Just give me --
 9 A.   Callahan, Snook, all of them.  They're parading up to
10      the podium.
11 Q.   That is one group of former Board members?
12 A.   Right.
13 Q.   And then were the teachers present?
14 A.   Yes.  They always are.
15 Q.   Was Bert Spahr present?
16 A.   Yes.  They always are.
17 Q.   Do you recall whether Bert Spahr addressed whether the
18      teachers were teaching origins of life?
19 A.   Yeah, yeah.
20 Q.   Do you recall?
21 A.   I am pretty sure she did.  She just wants to know what
22      is going on and if they are going to be teaching that.
23      She is not happy about it obviously, very unhappy about
24      it.
25 Q.   Do you recall whether she said the teachers don't teach
```

Angie Yingling 4/27/05                          Page 78

00079
```
 1      origins of life?
 2 A.   Yeah.  I believe she yelled that, we do not.  It is
 3      important to her not to teach it.
 4 Q.   Were there any other discussions from the public comment
 5      that come to mind?  Was Barrie Callahan there?
 6 A.   Yes, she's always there.  Always there.  Every meeting,
 7      even planning.  You have planning and the Board meeting
 8      -- the public Board meeting.  She is always at both.
 9      Very few time, she is not.
10 Q.   Do you recall what she was saying or anything she said?
11 A.   She doesn't want it.  She is always complaining about
12      it.
13 Q.   Do you recall what her reasons were for not wanting it?
14 A.   She thinks you are doing damage to the kids.  She does
15      believe you are damaging the children with it.  I know
16      that.
17      I mean some of the stuff she says I guess makes
18      sense.  She doesn't agree with it at all.  It is a bad
19      idea.  You are upsetting the teachers.  You are
20      upsetting the public.  You are upsetting the taxpayers.
21      You are upsetting her, the parents, because she has
22      kids.  I mean she is right out with it.  She doesn't
23      hold anything back.
24 Q.   Right.
25 A.   She doesn't believe you are doing a good thing, and she
```

Angie Yingling 4/27/05                          Page 79

00080
```
 1      tells you right out.  Yes, she is involved with the
 2      school with her children.  She's a parent, just a
 3      taxpayer, a constituent, maybe somebody that voted for
 4      you, maybe somebody that doesn't like you.  She makes
 5      that clear.
 6      But I mean I guess she does have merit because the
 7      parents should be there.  More parents, different
 8      parents would be nice rather than same people all the
 9      time.  That is all it ever is.
10      Even like the big debate that we just did, it is
11      always the same people.  I said that to several people
12      in the room do you see, it is always the same teachers.
13      I think Dr. Nilsen requires the administration to
14      be there at least at so many meetings.  I am pretty sure
15      they must be there.  You should be to know what is going
16      on.  It is always the same.  It would be nice to see
17      some different faces.
18      Again, that's where you become complacent and not
19      listen to them because it always the same people up
20      there complaining about the same thing.  They kind of
21      sound the same because they are always complaining.  It
22      could be a different subject, but they are always there.
23 Q.   I do understand.  When you voted for the change despite
24      the objections, I know you have referenced that Bill
25      asked you if you could stick with him?
```

Angie Yingling 4/27/05                          Page 80

00081
1  A.  Right.
2  Q.  Different theories?
3  A.  Yes.
4  Q.  Was there anything else that was a part of your decision
5     at the time?
6  A.  Well, I guess initially, I never knew it was going to
7     cause this much trouble or get this big or even go this
8     far.  Who would have ever dreamed?  I didn't think so.
9        I mean Noel told me that Bill wants to take this
10    to the Supreme Court.  I just totally dismissed Noel.  I
11    said stop it, Noel, like you're really blowing something
12    out of proportion.  That is what I meant.  I was a
13    little bit aggravated with him.  I said stop, you know.
14       I never dreamed it would even go this far.  Not
15    even as far as it went before this.  I didn't really
16    think it was going to blow up like this or cause this
17    much problems or damage, you know, as in getting
18    lawyers, everybody suing everybody.  Half thinking one
19    way, half thinking the other.
20 Q.  Okay.
21 A.  Which is like splitting everybody.  They are arguing.
22 Q.  I know that since you voted in October, on October 18th,
23    you have changed your view?
24 A.  Yes.
25 Q.  And you have referenced a comment that Mr. Buckingham

Angie Yingling 4/27/05          Page 81

00082
1     made that you felt under pressure?
2  A.  I did feel pressure, yeah.  That comes from other
3     confrontations, too, that wouldn't even be about this.
4     Do you know what I mean?
5        If they are expecting you to help them out, you're
6     expecting a friend to show up to help you move, and they
7     don't show up, and you have got four friends instead of
8     eight, boy, your back's talking to you.
9        It is the same deal.  It comes it is like, you
10    know, like a Domino Theory, boom, boom, boom.  I mean
11    Bill lets you know.  Alan and Janie aren't like that,
12    the ones that -- the other ones.
13       I mean I think that Bill and Alan and Janie and
14    Noel would be, and Heather to a degree, but Heather
15    isn't in with my grouping of Alan, Bill and Janie and
16    Noel as really being very, very deeply religious and
17    letting people know about it --
18 Q.  Sure.
19 A.  -- as a conviction and promise to their church probably.
20    I am just saying that.  I don't know that to be a fact.
21 Q.  And --
22 A.  They didn't say that, you know.  But they are doing what
23    they think they should do.
24 Q.  Let me just -- I am trying to focus on the reasons you
25    have rethought your decision.  And I know Eric has asked

Angie Yingling 4/27/05          Page 82

00083
1     you about the comment you made concerning feeling
2     pressure --
3  A.  Yeah.
4  Q.  -- because you might be considered unChristian?
5  A.  I still feel pressure.  Even though I am completely off
6     the Board, when I go in and sit down in the conference
7     room where they put you, they take you there.  You're
8     not allowed to be with the public for the debate.  Alan
9     doesn't talk to me.
10       You can feel it.  It's divided everybody.  It's a
11    big divide.  It is like the 800 pound gorilla in the
12    the newspaper calls it, and it is.  You might not talk
13    about it, but it is there.
14       And the other members glare at you.  It is not a
15    pleasant look.  It is not hey, how are you doing?
16    Sheila always talks to me.  She is not like this.
17    Holding these grudges and fighting all the time, Sheila
18    is not like that.  But some of the other ones are like
19    it is personal, it is not just political and business.
20    It's like running a 33 million dollar business.
21    That is what you are doing.  That is your job.  It is
22    like a corporation, even though it is not.  It is public
23    education.
24 Q.  Yes.  And I understand what you are saying about the
25    lobbying and the political things.

Angie Yingling 4/27/05          Page 83

00084
1  A.  It goes on all the time.  It is just politics.
2  Q.  Sure.
3  A.  It is what they do.
4  Q.  Let me ask you this:  It is just politics except I think
5     from what you have told us today, you viewed Bill
6     Buckingham's comment to you, that wasn't politics?
7  A.  He has a way of offending people.  He is getting too
8     much into it.  I guess he considers this as his
9     personal, you know, like baby that he is watching grow.
10    You know?  Like taking a plant or puppy, you have a
11    personal thing that you really like, and you are going
12    to watch it grow.  That's how I feel.
13 Q.  Well, and --
14 A.  I think Alan has always wanted to change it, but Alan
15    isn't overt like Bill is.  Alan is more reserved like
16    his mom and dad are and his grandma.  He is more
17    reserved and more quiet and, you know, low spoken.
18 Q.  Sure.
19 A.  Whereas Bill is out there swinging like with Noel.  He
20    is right up there.
21 Q.  And what I am trying to get at, Angie, is you have
22    indicated now looking back at it, you think I didn't
23    make the right decision.  I would like to change it.
24 A.  I just want to go back a little bit and let's sit down
25    again.

Angie Yingling 4/27/05          Page 84

00085
1  Q.  Sit down for what purpose?
2  A.  To rethink these things and talk about it a little bit
3      more.  That is all I wanted.  I didn't think I asked for
4      that much.
5  Q.  And among the considerations, I want to make sure I
6      understand you.  There's a couple of considerations you
7      have referenced that have prompted this rethinking of
8      your vote?
9  A.  Right.
10 Q.  We know there is a comment you said Bill made?
11 A.  Yes.
12 Q.  You said there is a divide in the community?
13 A.  Yes, it is.
14 Q.  There is disapproval --
15 A.  Yes.
16 Q.  -- on the part of some people?
17 A.  Absolutely.
18 Q.  Is there anything else that explains why you wanted to
19      revisit it?
20 A.  The cost.  The cost of trying to change everything.  I
21      mean the cost is going to be tremendous.
22 Q.  You think it is just not worth it?
23 A.  Yeah, yeah.  I think there can be some more important
24      things that we have got to be focusing on.  It takes
25      your attention away from everything else, and nothing

Angie Yingling 4/27/05          Page 85

00086
1      else gets done.  I think it is going to be awful
2      expensive.
3          I kept telling Alan that just like the paper says,
4      I mean there could be lawsuits.  It could be expensive.
5      There could be a lot of problems.
6          And everybody like Steve Russell, no, no,
7      everything is fine.  You think you should listen to your
8      School District solicitor that everything is going to be
9      fine.  But as it got bigger and bigger, the problems kept
10      like a snowball, you know.  You're thinking this may be
11      expensive.
12 Q.  Okay.  And I do understand --
13 A.  And, of course, problematic, too.  Expensive and
14      problematic.
15 Q.  By which you mean the tension in the community?
16 A.  Yes, and they are not agreeing.  And my neighbors are
17      standing in front of my car bitching about it what are
18      you doing?  And they will yell at as you go by.  It
19      caused problems, and it still is.
20          They are not over yet, that they don't agree.  I
21      guess they think well, I put you there.  I voted for
22      you, but now you are doing something that I don't agree
23      with.  So what are you doing?
24          They just question you right out.  Us, us, the
25      taxpayers are responsible for you having -- it is just a

Angie Yingling 4/27/05          Page 86

00087
1      volunteer job.  It isn't like we get paid or anything.
2          We spend a lot of time and effort and of our own
3      money helping kids like donating things.  With York
4      County High, something like that, I always gave them
5      money for books and things in there, the kids that I
6      would get involved with.
7          The taxpayers feel that you owe them an answer,
8      which I think you do.  Like what are you doing with my
9      money?  Well, you need to be accountable.  You can't
10      just pass the buck to Dr. Nilsen or Denise Russell, who
11      used to be the business manager.  You can't keep passing
12      bucks.  You are like the bottom, the end, the buck stops
13      here, you know.
14          And the voters would say that to me.  You are not
15      going to do this and that because that's going to cost
16      us money.  Stop doing that.  I think maybe we should go
17      back and talk about it and maybe get some community
18      answers.
19          These taxpayers are yelling at me should come in
20      with a group, and we all sit down and rethink it all
21      talk about it.  I mean they should talk to Alan and
22      Bill.  My neighbors who were complaining, there were
23      three of them, they should come in and talk with Bill
24      and Alan.
25          Bill and Alan aren't hearing what I am hearing.

Angie Yingling 4/27/05          Page 87

00088
1      They are very adamant about it.  They have an opinion,
2      and that has to count.
3  Q.  Yes.  So it is --
4  A.  That's what tends to lobby me in their way.
5  Q.  So it is that constituent pressure?
6  A.  Yes.
7  Q.  And these considerations?
8  A.  They put you where you are at.  They will tell you that,
9      which is a little bit embarrassing if they think you are
10      going against what their wishes are.  So why are you
11      doing that?  You know.
12          If you say well, I am just helping out my friends,
13      Bill and Alan, who probably think it's a good idea or
14      Heather or Janie, then they say look, we are paying the
15      Bill for this, stop doing it.
16 Q.  Okay.  Now am I right, Angie, that you are running for
17      School Board?  Did you mention that?
18 A.  Yes, two years, not four.
19 Q.  Did you say you are running with the Browns?
20 A.  The Browns.  Mrs. Brown wants to be written in.  She
21      didn't want the commitment and the fighting.  But
22      Mr. Brown and I came back sort of on our own little
23      ticket between Dover School Board and between Dover
24      Cares.
25          Dover Cares is a takeoff of Barrie Callahan's last

Angie Yingling 4/27/05          Page 88

00093

1    eleven. You are always in there. Back then, I had to
2    drive him both ways or hire a babysitter to do it. That
3    is when I started really getting involved. It is 22
4    years of service since he has been five up there in
5    Dover, just Dover, that's it, not other schools.
6        Just York County High and the School of Technology
7    because he went there then. I went there for classes.
8    I think it's a good program because not everybody is
9    geared to college or prepared or able for it I think or
10   financially able to go in Dover.
11       MR. ROTHSCHILD: How much longer do you think,
12   Pat?
13       MR. GILLEN: Not too much longer.
14 BY MR. GILLEN:
15 Q.  You mentioned when Eric was questioning you that you do
16   remember Bill making a comment about two thousand years
17   ago?
18 A.  Yeah. He wasn't happy. He gets too upset when people
19   don't agree with him. You can't get all whacked out
20   yelling like that on a Board because it happens.
21 Q.  That is what I wanted to ask you. Was he responding to
22   comments made by someone what he made that?
23 A.  Yes. Him and Mr. Brown are always fighting. They are
24   always going at it because Mr. Brown takes offense, too,
25   to his comments.

00094

1 Q.  To his comments --
2 A.  They are firing it across the table all the time.
3 Q.  Takes offense to Bill's comments about what?
4 A.  Religion, yeah. He takes offense because I guess the
5   Browns don't think it belongs there in public service.
6 Q.  Well, let me ask you when Bill said that, do you have a
7   recollection whether that was in June of 2004 or could
8   it have been another time?
9 A.  I asked Mrs. Brown because Mrs. Brown has documents.
10   She saves everything, and I don't. Casey said it was
11   June.
12       I said when was this? I remember it like
13   yesterday. I just sit there with Sheila and oh, boy,
14   here we go. And Casey said it was June.
15 Q.  But apart from what Casey --
16 A.  But I don't have notes.
17 Q.  -- Brown told you, do you have any specific recollection
18   of whether it occurred in June or maybe at sometime
19   before or after?
20 A.  I think it was June. I don't think it was before that
21   because Mr. Brown says it was November before that with
22   the Pledge of Allegiance. But I don't remember that.
23   You are going back two years now, November.
24 Q.  I do. And everyone who has been asked to testify --
25 A.  I asked Casey specifically. I said it was last summer;

00095

1    right? She said yes, it was June of 2004. I said okay.
2 Q.  Let me ask you that there have been some quotes here we
3   have discussed today, quotes that have been attributed
4   to Bill or attributed to you. Have you had experience
5   with inaccurate reporting in the papers?
6 A.  Yes.
7 Q.  Give me who --
8 A.  Their business is to sell papers. They are going to
9   sensationalize. That is what the paper does, they sell
10   papers, you know.
11 Q.  Have you had over the course of this dispute --
12 A.  Yes.
13 Q.  -- have you seen reporting that you knew was inaccurate?
14 A.  I think they exaggerate to sell more papers, yes.
15 Q.  Can you recall any specifics that sort of prompted that
16   thought on your part?
17 A.  It is all the time. The newspapers do exaggerate to
18   makes things look worse than they do to sell papers.
19   You will walk by and say ah, and you will pick it up and
20   buy it. That is what they want.
21       Yeah, I think they do all the time. Everyday.
22 Q.  Do you feel like that exaggeration has been part of the
23   reporting here?
24 A.  Yes, they are right on this. But this is big, you know.
25   They made it big, too, you know.

00096

1 Q.  What do you mean by that?
2 A.  But it is big. I think they have splattered it
3   everywhere. People are so sick of looking at Dover in
4   the paper, and so am I.
5       I think you will tend not to read it. I think it
6   is going to go against them. People come up to me and
7   say if I see Dover in the paper again, I am going to
8   vomit. If I see Dover in the paper again, I am so sick
9   of it. What is the matter? I know.
10      It is like we are always in the paper. So then
11   people think there is something wrong with us. So I
12   guess if you are arguing all the time, there could be
13   something wrong with you. If you are always fighting
14   with people, that is not normal either, you know. It
15   does make us look bad.
16 Q.  Let me --
17 A.  I think we look bad. I think I look bad.
18 Q.  Let me ask you about Joe Maldonado. Earlier Eric showed
19   you a quote.
20 A.  He is always there. He is like a fixture. He is always
21   at every meeting, and he is into it.
22 Q.  By into it, you mean?
23 A.  He is into all this. He listens more intently than any
24   reporter I have ever seen. I mean he does his job and
25   way over.

00097
1  Q.  When he reported you saying that many on the Board had
2      pressured you --
3  A.  Right.
4  Q.  You said today --
5  A.  I just made the statement I feel pressured. I didn't
6      say many. I said I feel pressured.
7  Q.  I believe you testified today that it was Bill who --
8  A.  I think I told him that. He's there with Bill yelling
9      at me. How can you not feel pressure when someone is
10     over there yelling at you do you know what you have
11     done? You have ruined everything.
12     So in that instance Joe Maldonado's reporting was
13     inaccurate?
14 A.  He sensationalizes es to sell papers. It is money. It
15     is all about money.
16 Q.  Do you believe that he has done that at other times --
17 A.  I am sure.
18 Q.  -- in reporting disputes?
19 A.  I just can't pick out a newspaper article and read it to
20     out of my brain. I don't have that kind of
21     recollection, but I am sure that yes, that would be
22     true. Definitely, definitely.
23 Q.  How about the other reporters who have been sort of
24     focused, Heidi Bernhard Bubb for example?
25 A.  Heidi, I forgot about that one.

00098
1  Q.  Have you had an impression as you went along that she --
2  A.  Yes.
3  Q.  -- has been inaccurate?
4  A.  Yes. I don't have any personal experience with her, but
5      yes, yeah. She more goes for Alan and whoever is Board
6      President. I saw her making a beeline. She wants the
7      top, the President or the Vice-President. She is not so
8      much into the Board members. I noticed that she goes
9      for the top, yeah. It is more -- that's her thing, but
10     it is everywhere.
11 Q.  How about Lauri Lebo, did you have a sense as you went
12     through that Lauri was always inaccurate?
13 A.  My opinion of Lauri is she is really aggressive in
14     getting her story and trying to find you and trying to
15     reach you like an aggressive reporter. Whereas other
16     two are more whatever. They will just take whoever is
17     there. They don't care.
18     Lauri more goes after you. Like she is more like
19     tracking you down. The other two, no, they don't track
20     you down. It is whatever, whoever is there.
21 Q.  Is it possible -- do you remember whether Bill
22     Buckingham could have said that comment to the effect
23     that Christ died 2,000 years ago more than once while
24     you were on the School Board?
25 A.  He could have. I know that he is into that.

00099
1  Q.  Well, in an effort to --
2  A.  The comment makes you feel bad. You know what I mean?
3      I mean some of the stuff Bill says makes me feel bad.
4      You know, like you are not grateful that somebody died
5      for you, I assume that is what he is trying to get
6      across to Mr. Brown who he is yelling at across the
7      table, that Mr. Brown is ungrateful.
8      Mr. Brown just takes it the other way.
9  Q.  Do you remember that comment being directed to
10     Mr. Brown?
11 A.  I thought it was to Mr. Brown. Like the Maulians and
12     everything, they fight. Him and Mr. Brown go at it like
13     him and Mr. Wenrich. They go at it.
14     I don't think -- people like Sheila and I, we are
15     not into that hand to hand combat, if you will. We are
16     more laid back.
17 Q.  You've mentioned that it is your sense that Intelligent
18     Design speaks to the existence of God?
19 A.  Yes.
20 Q.  Let me ask you again: Do you recall any other Board
21     members saying that?
22 A.  Well, you know, not really like that, no. Not like you
23     are saying it, no. I mean they don't stand up and say
24     this is God. Now you people vote for it.
25     They don't do that, no.

00100
1  Q.  Did you think that other Board members made that link?
2  A.  I think so.
3  Q.  Why, Angie? Just tell me.
4  A.  I think I feel the same way as Bill when you walked into
5      that science room and see that unprofessional very
6      anatomically graphic picture of the apes, it does
7      definitely offend you. It has got to offend some
8      people. Probably more than fifty percent I would say
9      would be an educated guess.
10     It is kind of a strange mural. It was kind of
11     weird. I mean it is different like just sitting in bio
12     like I did in ninth grade, my God, we are going back
13     here 33 years. I had Mr. Meyers, bio teacher, and he
14     says it in one second and goes on.
15     When you see the mural, it is bound to offend some
16     people. It can see his point.
17 Q.  The mural --
18 A.  Yes.
19 Q.  -- being offensive?
20 A.  Absolutely. It is. I mean it is like ape and you, only
21     in male.
22 Q.  You have referenced this notion that you think Bill was
23     grateful in trying to give something back?
24 A.  Yes, I do.
25 Q.  Is that based on generalized discussions about his

00101
1   religious convictions?

2 A.   I think it is his health problems.  I think that he even

3       attributes God to being alive.  By rights, he probably

4       shouldn't be being thrown off that balcony like he was,

5       taking that kind of fall from that height and a bullet.

6 Q.   I do get that, but what I am trying to say is that

7       his attitude towards life generally, or was it his

8       attitude specifically as he approached the biology

9       curriculum?

10 A.   I think towards life

11 Q.   How about Alan?  You said he has made statements to the

12       effect that God has been good to me?

13 A.   Yes.

14 Q.   God has been good to my wife?

15 A.   Yes, he is.  But Alan says it an awful lot.

16 Q.   I do understand that.  And I understand when you say I

17       am uncomfortable with that,

18 A.   It is other things, too.  It is not just that.  With all

19       of the campaigning, you go into Alan's kitchen/bathroom,

20       and there's this huge sign in front of you when you are

21       trying to go to the bathroom that says have you thanked

22       God today.  There's other things.  It is like wow.

23           Other Board members have made comments to me about

24       it, too.  I am not the only one that feels --

25 Q.   I understand, Angie.

Angie Yingling 4/27/05          Page 101

00102
1 A.   -- that they are sitting on your shoulders jamming it

2       down your throat.  That is how you feel.  You feel like

3       the religion is coming at you.  You are here, and oh,

4       boy.

5 Q.   I understand.  Let me just say did Alan ever say God has

6       been good to me, and for God's sake, I am going to make

7       this curriculum change go through?

8 A.   No.  Alan is not like that.

9 Q.   How about Heather Geesey, did she ever say God has been

10       good to me, too, and I am going to --

11 A.   She just says God has been good to her, and she is

12       grateful for everything she has.  Mostly her kids who

13       are healthy.  Not like that, no.

14 Q.   How about Jane Cleaver, same thing?

15 A.   No.

16 Q.   Did she ever make a statement along these lines?

17 A.   She thanks God a lot, but nothing like that.

18 Q.   Did Jane Cleaver ever make a statement to you to the

19       effect that God has been good to me, and therefore I am

20       going to ram this biology curriculum change through?

21 A.   No.  Just that God has been good to her, no.

22 Q.   One final thing, just an area I want to make sure I

23       understand correctly.  You have indicated that a lot of

24       what has gone on here, what you see is just politics?

25 A.   Right.

Angie Yingling 4/27/05          Page 102

00103
1 Q.   You have indicated that people have tried to persuade,

2       and I know that Bill you recall making this comment that

3       made you very uncomfortable?

4 A.   Yeah.

5 Q.   Was there anything else in this process as we go through

6       it with people trying to persuade you one way or the

7       other on these issues, the biology text, Of Pandas and

8       People, the curriculum change that you thought was

9       outside the ordinary realm of School Board politics?

10 A.   Boy!

11 Q.   Focus on the Board members.

12 A.   That is going back in your memory.  It has been going on

13       so long.  And like you know probably walking down the

14       halls with Mr. Wenrich, we talked about it, like what a

15       mess.

16       I remember walking from executive session to the

17       Board table with Mr. Wenrich, like we discussed things.

18       Like Mr. Brown and Mrs. Brown and I do, Ms. Casey Brown,

19       what a mess.

20       Like it is like predictions.  Like this could

21       really get bad.  This could really grow.  This could

22       really get into something that we probably don't want.

23       Like me an Noel, Noel, blah, blah, blah about Bill,

24       It is always like the same with Noel and I, that

25       Bill wants to take it to the Supreme Court.  I just go

Angie Yingling 4/27/05          Page 103

00104
1       oh, please, you have got to be kidding me.  I remember

2       walking down the hall with Noel and Noel going that's

3       not a good idea.  And I am thinking no, it is not, not

4       for money.

5       It's like we walk around and verbally worry about

6       it.  That is what we are doing.  We are making

7       conversations and comments that we are worried.  It was

8       mostly like Noel, me, Mr. and Mrs. Brown that we were

9       worried that this is really going to explode on the

10       scene that you don't want.  I don't want it.  They don't

11       want it.

12       With those three -- it was like four of us that

13       were worried probably a little bit ahead of time.  We

14       were worried.  And I thought at that time, we were

15       worried for nothing.  Little did I ever know it would

16       get this big or I would ever even be here on this

17       beautiful river talking about it.

18       I thought that Noel was really being excessively

19       paranoid stating the Supreme Court about anything.  That

20       I remember.

21 Q.   And my question may have been --

22 A.   And Noel would say to me do you think this is a good

23       idea?  And like the bottom line is there is nothing

24       wrong with some religion.  People think this is too much

25       religion.  Like there's nothing wrong with a little bit

Angie Yingling 4/27/05          Page 104

00105
1  of religion.
2      I think most of them would tolerate that. It is
3  crossing the line. It is raising the bar too much. It
4  is like just moderation in everything. That was the
5  comments when we were all worried in between ourselves
6  in private little walking down the hall conversations.
7      And me just thinking you are just worrying over
8  nothing. That is how I first took it. I didn't really
9  realize -- and that's when I changed, when I realized it
10  is becoming an 800 pound gorilla.
11 Q.  In terms of potential controversy?
12 A.  Yes. I think it is kind of dumb that I didn't see it
13  coming.
14 Q.  What I am trying to get at, Angie, is this. A lot of
15  what you said is it was just politicking?
16 A.  Yes.
17 Q.  Trying to get votes in line?
18 A.  Yes.
19 Q.  Trying to get you to stay with me?
20 A.  Right.
21 Q.  You've mentioned a comment by Bill which is outside of
22  the ordinary?
23 A.  Okay.
24 Q.  Vote with me, or you are unChristian?
25 A.  Right, right, right.

00106
1 Q.  Compare this -- it seems to me after talking to you that
2  that is sort of the specific thing you remember that was
3  outside the ordinary politicking?
4 A.  Bill has been upset with me. He is a little too much
5  over the edge when he doesn't get his own way. Noel can
6  be very violent, like loud and like sort of coming after
7  you for things that you probably don't deserve that
8  much.
9 Q.  But again, that is just ordinary sort of interpersonal
10  relationships?
11 A.  I think it is a man thing. That is what I think. The
12  girls don't do this on this Board. Heather and Sheila
13  and Janie and me, we don't go after people yelling and
14  bellowing and waving our fists. We are not like that.
15  It is a man thing. It is the men that are doing
16  it, not the women. They are getting more upset than
17  they probably ought to be for a volunteer job, you know.
18 Q.  There has been a great deal of Board deliberations on
19  the building project?
20 A.  Yeah.
21 Q.  Stop right there. And then we look at there has been a
22  lot of deliberation and discussion about the biology
23  curriculum change?
24 A.  Oh, yeah.
25 Q.  If you compare the activities of the Board members, the

00107
1  heated exchanges and so on, are they about the same in
2  your judgment?
3 A.  Well, there was one time that Mr. Brown and Mr. Wenrich
4  were very mad at me because I was the vote that said no
5  to go on with the building project. They were very
6  upset with me
7      The only one that was close to Bill was Noel. Not
8  Brown. Brown is more like funny. He makes things a
9  joke. You never really know what side of the fence
10  Mr. Brown is on.
11 Q.  What I am trying to get at is the pressure that you felt
12  from Board members to go their way. And what I am
13  trying to see, Angie, is this a political Board?
14 A.  Yes.
15 Q.  People hold their positions pretty intensely.
16 A.  Yes, they do.
17 Q.  Do you think that those two processes in terms of the
18  strength of the conviction of the members, the
19  activities they engaged in to try to get together a vote
20  of five were about the same?
21 A.  I think the one time with Noel is the same as Bill, yes,
22  the one time that Noel yelled at me.
23 Q.  Just the process overall.
24 A.  The building project?
25 Q.  Yes. Has that been the same?

00108
1 A.  That was a nightmare, too, trying to cut money.
2 Q.  Let me ask you one other question about the October 18th
3  meeting.
4      Do you recall speaking with Bryan Rehm at a break
5  in that meeting?
6 A.  I have only had one conversation with him. I called him
7  at his house.
8 Q.  You don't recall speaking with him at the break?
9 A.  No. I called him at his house.
10 Q.  Do you recall what you spoke about when you --
11 A.  Yes. I told him that he can't run for Board if he is
12  suing the Board. You can't sue yourself. That's what I
13  told him. It doesn't make a lot of sense here to sue
14  yourself.
15 Q.  Did you make any comments to him to the effect that the
16  Board was spending its executive session figuring out
17  how to thwart his candidacy?
18 A.  I said they were talking about him in the execution
19  session, that you can't sue yourself. That it is kind
20  of dumb to sue yourself.
21 Q.  Did you make any comments to Mr. Rehm to the effect that
22  the Board was working on a plan to ostracize him or
23  isolate him if he --
24 A.  I don't think anybody likes him. I think he comes
25  across as arrogant and condescending. That is how I

00109
```
1    feel in the presence of Bryan a lot.  I know Bryan is
2    very angry with each and every one of us.
3  Q.  Did Bryan speak at the public meetings?
4  A.  Yes, yes.
5  Q.  When you were at the Board --
6  A.  He has a very thundering voice.  He is very loud and
7    very take charge and very pissed off.  I think that
8    would be a good way to sum up Bryan in two words,
9  Q.  During your tenure on the Board, were you disposed to
10   credit his positions, or did you have the sense he was
11   complaining?
12 A   He is always complaining, like the rest of them.  He
13   complains a lot.  He is not a happy camper, and he has
14   been very unhappy with each and every one of us.  When
15   he was interviewed to be on the Board with all the
16   resignations, he was hostile.  He's not too happy.
17 Q.  Did he participate in the meet the candidates evening
18   recently?
19 A.  Yeah, yeah.
20 Q.  Did he speak to Intelligent Design?
21 A.  Yes.  He is very loud and very forceful, like his voice.
22   He is well-spoken, yet it is just this constant
23   condescending -- like he talks down to everybody.  My
24   assistant wonders why he doesn't teach at MIT and
25   Harvard, the way he acts so superior to everyone.  That
```

Angie Yingling 4/27/05                Page 109

00110
```
1    is how my assistant feels when he is bellowing to the
2    crowd.  I definitely feel that way, too.
3    I try to talk to people just like they are people,
4    just like we are having a conversation.  I try not to be
5    so rehearsed like Dover Cares is and so professional.  I
6    think that a lot of people think it's condescending, and
7    I agree.
8    It's like talking down to you like you are
9    nothing, don't you understand how brilliant I am in
10   physics and biology and everything.
11 Q.  Did you see him engaged in exchanges with other
12   candidates or Board members at the meetings?
13 A.  Yes.
14 Q.  How would you describe those?
15 A.  Combative.
16 Q.  Would they be akin, similar to the exchanges you have
17   seen among existing Board members during your tenure on
18   the Board?
19 A.  Yeah, yeah.  It is politics.
20 Q.  Have you spoken with any of the plaintiffs in this
21   litigation?
22 A.  Yeah
23 Q.  Who?
24 A.  Cynthia Sneath and Beth Eveland.
25 Q.  Can you recall what you said?
```

Angie Yingling 4/27/05                Page 110

00111
```
1  A.  Yeah.  I went up to -- I told Walczak who said that they
2    were suing the District, I went to the State House.  And
3    I asked Cindy and Beth -- I always felt I could speak
4    with them.  They seemed nice and definitely open to
5    talking.  I talked to them several times.
6      But I mean the one thing that sticks out is I
7    asked Cynthia to run.  She said she is too busy to run
8    for Board.  She runs a home based business which takes
9    seven days a week.
10     I talked to Cynthia and Beth about what was the
11   matter.  I mean why are you so upset about everything;
12   what did you want?  How would you feel better?  They
13   have always been very nice to me, and I am able to talk
14   to them.
15     The rest of them, no, I haven't spoken to any of
16   them.
17     MR. GILLEN:  I have no further questions.
18     MR. ROTHSCHILD:  I have no more questions.  Thank
19   you very much.
20     (The deposition was concluded at 12:50 p.m.)
21
22
23
24
25
```

Angie Yingling 4/27/05                Page 111

00112
```
1    COMMONWEALTH OF PENNSYLVANIA    :
2                                   :
3    COUNTY OF CUMBERLAND            :
4         I, Vicki L. Fox, Reporter and Notary Public in and
5    for the Commonwealth of Pennsylvania and County of
6    Cumberland, do hereby certify that the foregoing
7    testimony was taken before me at the time and place
8    hereinbefore set forth, and that it is the testimony of
9         ANGIE YINGLING
10        I further certify that said witness was by me duly
11   sworn to testify the whole and complete truth in said
12   cause; that the testimony then given was reported by me
13   stenographically, and subsequently transcribed under my
14   direction and supervision; and that the foregoing is a
15   full, true and correct transcript of my original
16   shorthand notes.
17        I further certify that I am not counsel for nor
18   related to any of the parties to the foregoing cause,
19   nor employed by them or their attorneys, and am not
20   interested in the subject matter or outcome thereof.
21        Dated at Camp Hill, Pennsylvania, this 6th day of
22   May, 2005.
23        _____
24             Vicki L. Fox
25             Reporter - Notary Public
```

Angie Yingling 4/27/05                Page 112

Tammy Kitzmiller, et al. v.
Dover Area School District, et al.

Angie Yingling
April 27, 2005

**1**

12:50 111:20
15 12:20, 23
150 23:11
18th 24:7; 29:10, 24; 30:4;
34:12; 37:23; 61:2; 62:12;
78:4; 81:22; 108:2
1984 9:5

**2**

2,000 13:17; 98:23
2001 9:20; 10:15
2004 10:5; 12:20, 23;
14:2; 15:1; 18:10; 21:3;
29:13; 37:16; 43:1, 9, 9;
44:14, 21; 52:17; 53:24;
61:1, 2; 62:12; 94:7; 95:1
2005 10:4, 11
22 93:3
27 8:1; 45:20

**3**

33 83:20; 100:13
360 92:10

**4**

4 12:22
4th 18:10, 20

**5**

52 29:8, 12
53 36:12, 13
54 37:13

**7**

7th 29:13

**8**

800 83:11; 105:10
84 9:5
8th 37:16

**A**

A's 54:16
ability 39:4; 45:19
able 26:10; 93:9, 10;
111:13
Absolutely 31:9; 60:13;
69:19; 85:17; 90:2; 100:20
accident 21:11
accomplish 11:8

accountable 87:9
accurate 30:8; 38:18;
49:25
accurately 30:3
accusation 49:2
accuse 72:24, 25
accused 48:24
accusing 30:1, 9
across 39:11; 94:2; 99:6,
6; 108:25
act 17:4
action 89:24
activities 40:10; 106:25;
107:19
acts 109:25
actually 3:24; 6:6; 23:10;
25:23; 26:7; 67:6; 72:12
adamant 39:22; 88:1
add 25:3; 29:24; 59:20;
67:10
added 21:2; 37:4
additional 59:24
addressed 78:17
administration 51:16;
61:18; 80:13
administrator 35:23
adult 56:25
afraid 89:10
again 16:19; 29:14;
42:19; 44:13; 46:1; 47:17,
24; 48:6; 51:7, 20; 57:23;
59:7; 72:14; 75:16; 80:18;
84:25; 89:14; 96:7, 8;
99:20; 106:9
against 15:8, 13, 20;
16:3, 4, 12; 17:6; 52:23;
55:3; 70:7, 9, 10; 88:10;
96:6
agency 8:11, 13
aggravated 81:13
aggressive 98:13, 15
ago 7:16; 13:17; 18:16;
27:5, 13; 46:15; 77:13;
93:17; 98:23
agree 15:16, 17; 40:2, 11;
41:5; 50:25; 56:15; 57:18;
65:11; 75:14; 79:18;
86:20, 22; 93:19; 110:7
agreeing 86:16
ah 95:19
ah-hah 5:8
ahead 42:7; 104:13
air 67:16
akin 110:16
Alan 10:21; 11:16; 17:2,
3; 25:3, 17, 24; 27:9;
28:10, 11; 34:25; 37:11;
38:10, 20, 22; 39:9, 10, 10,
11, 18; 40:11; 41:1, 24;
43:12; 44:1, 4; 49:16, 21;
50:3, 21; 52:4; 61:23;
68:18; 70:5, 14, 17, 17;
71:7, 7; 82:11, 13, 15;
83:8; 84:14, 14, 15; 86:3;
87:21, 24, 25; 88:13; 98:5;

101:11, 15; 102:5, 8
Alan's 40:16; 101:19
alien 76:16, 18; 77:2
aliens 76:20
alive 26:18; 92:3; 101:3
Allegiance 94:22
Allen 70:2
allowed 83:8
almost 4:18; 46:15; 51:7;
65:19; 66:13
along 16:6, 13; 30:11;
65:5; 66:10, 15, 16; 68:5;
70:10, 14; 90:19; 98:1;
102:16
alongside 14:4
always 4:18; 6:21; 11:16;
25:8; 27:19; 28:8; 35:3;
40:4; 45:2, 14; 47:8, 11,
14, 23, 25; 49:24; 50:14;
51:8, 9; 52:18; 53:1, 1, 2,
2; 54:16; 55:15; 57:22, 25;
59:13; 60:4, 8, 16; 65:15;
71:8; 78:14, 16; 79:6, 6, 8,
11; 80:11, 12, 16, 19, 21,
22; 83:16; 84:14; 87:4;
90:11, 13; 92:22, 23; 93:1,
23, 24; 96:10, 13, 20, 20;
98:12; 103:24; 109:12;
111:3, 13
among 85:5; 110:17
amongst 11:7
anatomically 100:6
anatomy 9:10
ANGIE 3:7; 37:17; 42:5,
13, 18; 55:1; 68:11; 69:2;
72:17; 73:14; 84:21;
88:16; 100:3; 101:25;
105:14; 107:13
angle 92:10
angry 41:24; 66:13; 109:2
answered 40:21
anticipate 4:16
antsy 28:22
anymore 18:4; 24:25;
27:18; 71:12
apart 94:15
ape 100:20
apes 16:2; 100:6
appearing 44:20
appreciate 4:22
approached 101:8
appropriate 57:21, 23
approval 55:19, 20; 58:2;
73:18
approve 19:11, 12
approved 18:19, 24
approving 62:11
April 18:17
Area 3:16; 9:17; 12:25;
29:13; 102:22
areas 23:5
argued 28:10; 65:5
arguing 6:23; 31:20;
50:15; 81:21; 96:12

argument 21:18; 22:3;
28:11; 39:6; 67:4
arguments 22:25; 27:20;
43:6
arising 22:18
arose 23:20
around 13:23; 35:2, 6;
45:22; 55:12; 59:21;
65:16; 91:19; 92:16; 104:5
arrogant 108:25
article 12:19, 23; 13:8;
18:9, 12, 17, 23; 19:10;
29:12, 16, 20, 23; 30:15;
37:16, 20, 22; 97:19
articles 12:21; 22:9, 14,
16, 21; 23:4, 14
aspects 11:24
assist 23:17
assistant 51:12; 109:24;
110:1
associates 8:19
assume 99:5
atheist 30:2, 9; 66:11, 14
atheists 22:4
attempt 28:13
attempted 28:16
attend 12:16; 68:23
attendance 6:9
attended 8:5, 24
attends 68:23
attention 20:17; 43:4;
45:9, 19; 46:23; 85:25
attitude 101:7, 8
attorneys 5:22
attributed 13:17; 95:3, 4
attributes 13:8; 19:23;
101:3
audience 16:21
August 15:1; 18:10, 17,
20; 55:16; 56:5; 61:1, 20;
62:10; 73:18; 74:21
aunt 35:17
author 22:22
auto 8:6
aware 20:22
away 29:2; 71:12; 85:25
awful 41:14; 86:1; 101:15

**B**

babies 18:3
baby 17:25; 18:3; 84:9
babysitter 93:2
back 6:5; 8:5; 12:7; 17:1;
18:16; 19:1; 26:1; 36:18;
37:5, 11; 40:21; 41:25;
43:8; 50:4, 5, 8; 51:7;
54:25; 59:6; 60:23; 63:1, 2,
3; 75:10, 12; 79:23; 84:22,
24; 87:17; 88:22; 92:14;
93:1; 94:23; 99:16;
100:12, 23; 103:12
back's 82:8

background 57:11
backwards 75:11
bad 32:16; 33:18, 19, 19;
52:1; 54:24; 60:3, 4; 62:7,
8; 65:21; 66:25; 79:18;
92:5; 96:15, 17, 17; 99:2,
3; 103:21
bail 28:20
bake 92:22, 23
balance 46:4
balanced 43:24
balancing 44:7
balcony 26:17; 92:4;
101:4
bar 105:3
Barbie 36:9
Barrie 47:21; 48:13;
49:18; 53:2; 57:22; 79:5;
88:25
based 100:25; 111:8
basic 76:16
basically 36:20; 60:6
bathroom 101:21
beating 50:3
beautiful 104:17
became 12:14
become 9:17; 80:18
becoming 105:10
beeline 98:6
begin 42:19
Beginning 9:24; 10:2, 12;
92:24
begins 43:8
behavior 32:19
behind 54:1
belabor 70:12
beliefs 34:17; 91:11
believes 32:15; 34:5
bellowing 106:14; 110:1
belong 36:5
belongs 94:5
Bernhard 97:24
Bert 44:24; 45:2; 47:17;
51:9, 21; 53:25; 54:1, 19;
78:15, 17
besides 17:15, 16
best 89:22
Beth 110:24; 111:3, 10
betrayed 70:4, 7
better 15:18; 17:3; 32:19;
36:7; 39:19; 68:11; 71:23;
73:16; 111:12
beverage 45:21
beyond 11:22
big 12:2; 19:9; 35:24;
52:23; 59:10; 67:18, 19;
69:14; 80:10; 81:7; 83:11;
89:9; 91:15; 95:24, 25;
96:2; 104:16
bigger 76:21; 86:9, 9
biggest 34:21; 38:8;
77:19
Bill 15:21, 24, 25; 16:5, 6,

Angie Yingling
April 27, 2005

Tammy Kitzmiller, et al.   v.
Dover Area School District, et al.

), 9; 17:9; 18:25; 25:3, 17;
26:1, 16; 27:9; 28:1, 15;
30:6, 14, 18, 22; 38:19;
39:9, 9; 43:12; 44:1, 4;
46:3, 7; 48:14, 24; 49:5, 7;
50:14, 15, 22; 52:4; 55:17;
61:23; 62:18; 63:6, 15, 18;
65:11; 66:8, 10, 14, 17;
67:4, 6, 9, 9; 68:4, 7, 18;
69:25; 70:5; 71:6; 73:5, 21;
74:4, 19; 75:4, 16; 80:24;
81:9; 82:11, 13, 15; 84:5,
15, 19; 85:10; 87:22, 23,
25; 88:13, 15; 89:9; 91:7,
20, 25; 93:16; 94:6; 95:4;
97:7, 8; 98:21; 99:3; 100:4,
22; 103:2, 23, 25; 105:21;
106:4; 107:7, 21

**Bill's** 16:5; 58:5; 74:13;
94:3
**billion** 77:13
**bio** 22:12; 64:24; 100:11,
13
**biology** 6:17; 7:9; 9:10;
12:13, 14; 13:5, 13, 24;
15:2, 8; 16:4, 13; 18:14,
19, 23; 19:12; 20:12, 15;
21:2; 22:18; 34:9; 36:25;
37:4; 43:3, 3, 10, 10, 14,
23; 44:23; 49:6; 55:20;
62:11; 76:3; 101:8;
102:20; 103:7; 106:22;
110:10
**bit** 28:22; 58:8; 62:21;
72:13; 81:13; 84:24; 85:2;
88:9; 104:13, 25
**bitch** 45:15; 55:7, 11
**bitching** 45:14; 53:21;
86:17
**bitchy** 41:15
**blackmailing** 58:4
**blah** 103:23, 23, 23
**blonde** 18:5
**blow** 81:16
**blowing** 81:11
**blows** 66:13
**Board** 5:23; 6:3, 4; 9:18,
21; 10:14; 11:9, 11; 12:12;
13:1; 14:7; 15:1; 17:5, 7;
19:12; 21:3; 23:17; 24:16,
19, 22; 25:9, 11, 18, 20;
26:7; 28:19; 30:1, 8, 15,
23; 31:2, 15; 33:4; 35:4,
10, 18; 36:7, 20, 25; 37:7,
11, 17; 38:10, 11, 21; 39:7;
40:23; 41:21; 42:21; 43:1;
44:20; 47:13, 15, 22;
49:17; 50:10; 51:11, 18;
52:1, 3, 17, 18, 24; 53:14,
24; 54:11, 17, 25; 55:3;
58:25; 59:16, 19, 22; 61:7;
64:15; 70:8; 78:11; 79:7, 8;
83:6; 88:17, 23; 89:1, 20;
92:8, 9; 93:20; 97:1; 98:5,
8, 24; 99:20; 100:1;
101:23; 103:9, 11, 17;
106:12, 18, 25; 107:12, 13;
108:11, 12, 16, 22; 109:5,
9, 15; 110:12, 17, 18;

**1 1** 1:8
**Board's** 40:10
**Boards** 28:12
**Bonsell** 10:20, 21; 11:19;
27:23; 38:10, 20; 49:16;
70:14
**Bonsell's** 39:3
**book** 12:13; 13:6; 18:19;
19:12, 13, 18; 22:10, 15;
23:24; 24:1, 1, 13; 27:18;
51:5; 57:7, 18; 59:24;
61:18; 62:18, 20
**books** 21:17; 22:7, 11,
14; 23:4; 87:5
**boom** 82:10, 10, 10
**bored** 23:8
**boring** 51:15
**Borough** 91:17
**both** 4:10; 39:20; 67:18,
19; 77:17; 79:8; 90:20;
92:15; 93:2
**bottom** 20:17, 18, 21;
87:12; 104:23
**bound** 100:15
**boy** 45:5; 82:8; 94:13;
102:4; 103:10
**brain** 97:20
**break** 5:14; 73:11; 108:4,
8
**breaks** 5:17
**brilliant** 110:9
**bring** 32:18
**bringing** 11:12, 15
**broke** 67:4
**brought** 49:14; 76:20
**Brown** 7:14; 10:20, 24;
11:1; 14:17; 24:5, 5; 63:5;
64:13, 13; 88:20, 22; 89:2,
19; 90:14, 20; 93:23, 24;
94:9, 9, 17, 21; 99:6, 7, 8,
10, 11, 12; 103:18, 18, 18;
104:8; 107:3, 8, 8, 10
**Browns** 52:25; 88:19, 20;
89:19; 90:5; 91:20, 24;
94:5
**Bryan** 108:4; 109:1, 1, 3,
8
**Bubb** 97:24
**buck** 87:10, 12
**Buckingham** 13:8, 12,
17, 21; 14:3, 14, 20; 16:10;
19:11, 23; 20:7; 26:12, 25;
27:14; 31:6; 46:3, 7; 47:3,
9; 48:14, 25; 65:11; 81:25;
98:22
**Buckingham's** 84:6
**bucks** 87:12
**budget** 43:17; 65:4
**building** 72:2, 3; 106:19;
107:5, 24
**builds** 40:14, 14, 15
**bullet** 101:5
**bunch** 29:4; 35:18; 57:13
**business** 8:18, 20, 24;
9:7, 14; 51:16; 83:19, 20;

87:11; 95:8; 111:8
**busy** 111:7
**buy** 95:20

## C

**cage** 63:2, 3
**call** 13:9
**Callahan** 47:21; 48:13,
21, 24; 49:2, 18, 23; 51:8;
53:2; 60:20; 78:9; 79:5
**Callahan's** 88:25
**called** 3:7; 108:6, 9
**calls** 10:25; 39:19, 20;
83:12
**came** 24:19; 43:4; 53:5;
56:5; 77:24; 88:22
**campaign** 11:4, 5; 52:23
**campaigning** 101:19
**camper** 109:13
**Can** 6:19; 9:13; 14:23;
15:19; 16:8, 19; 17:10, 12,
15; 26:6; 27:4; 28:19, 20;
31:11, 18; 34:2; 42:10;
45:6, 16; 51:1, 6, 53:12,
20, 23; 56:21; 58:15, 16;
59:3; 60:14; 61:20; 62:17;
63:24, 24; 64:11; 67:25;
71:25; 75:12, 17, 18, 18;
77:5; 83:10; 85:23; 95:15;
97:9; 100:16; 106:5;
110:25
**cancer** 23:9
**candidacy** 108:17
**candidate** 10:16
**candidates** 10:17; 11:4,
7; 109:17; 110:12
**capacity** 23:17
**captioned** 3:15
**car** 61:17; 77:18, 18;
86:17
**care** 45:5; 98:17
**Cares** 88:24, 25; 110:5
**Carol** 10:24
**Casey** 7:14; 10:24, 25;
14:17, 18; 24:5; 25:7;
30:10; 90:16, 20; 94:10,
14, 15, 25; 103:18
**casual** 6:13
**caught** 67:14; 89:18
**cause** 81:7, 16
**caused** 72:3; 86:19
**centered** 62:3
**cents** 89:20
**certain** 33:7; 47:4; 71:1
**certainly** 22:12; 75:13;
77:21
**certification** 3:3
**chairs** 65:16, 20; 66:14,
21
**change** 6:17; 7:9; 19:9,
17; 20:11; 36:19, 25;
37:24; 43:20; 61:1, 8;
62:12; 70:15; 72:9; 73:24;

74:1, 15; 78:3; 80:23;
84:14, 23; 85:20; 90:5;
92:7; 102:7, 20; 103:8;
106:23
**changed** 15:17; 34:8;
62:6; 81:23; 105:9
**changes** 11:17, 19, 22;
43:5; 44:7; 64:6, 9; 65:24;
66:2; 67:2
**changing** 12:5
**charge** 43:12; 44:24;
109:7
**charitable** 69:21
**chemotherapy** 23:11
**child** 7:24, 25
**children** 7:21, 23; 33:19;
79:15; 80:2
**Christ** 98:23
**Christian** 26:4; 30:11;
32:2, 9, 23; 33:1; 39:22;
40:6; 68:25; 70:3, 4, 16;
72:18; 73:2
**church** 13:10; 22:5; 40:7;
68:19, 21; 82:19; 91:5
**Cindy** 111:3
**circle** 35:6
**circles** 53:19
**civility** 35:1
**clarify** 26:5; 33:2
**class** 76:3
**classes** 9:9; 93:7
**classmates** 32:18
**classroom** 32:19; 49:6
**clear** 10:8; 32:7; 40:20;
47:12; 54:18, 20; 80:5
**clearer** 4:20
**clearly** 19:8; 75:6
**Cleaver** 32:5; 33:10, 14;
102:14, 18
**clever** 72:17
**close** 46:23; 107:7
**coffee** 5:15, 16
**college** 8:18, 20; 9:13;
51:4, 5, 22; 57:21; 93:9
**combat** 99:15
**Combative** 110:15
**comfortable** 27:12
**coming** 18:16; 36:2;
37:17; 75:16; 102:3;
105:13; 106:6
**comment** 25:6; 47:6;
77:25; 79:4; 81:25; 83:1;
84:6; 85:10; 93:16; 98:22;
99:2, 9; 103:2; 105:21
**comments** 30:10, 13, 23,
25; 31:2, 5; 34:6; 35:19,
24; 43:5; 47:10; 53:24;
61:25; 78:2; 89:14, 15;
93:22, 25; 94:1, 3; 101:23;
104:7; 105:5; 108:15, 21
**commitment** 88:21
**committee** 43:20; 44:9,
12; 61:6
**committees** 11:22;
44:10; 47:1

**communicate** 71:23
**communication** 58:22
**community** 34:15; 49:22;
59:1; 85:12; 86:15; 87:17;
91:5
**companion** 19:12
**company** 9:22
**Compare** 106:1, 25
**compilation** 12:21
**complacent** 80:18
**complain** 45:3; 49:22;
53:16, 18; 55:9, 14; 57:23;
59:13; 89:13; 92:12
**complainers** 59:11, 15;
60:16
**complaining** 16:23;
34:23; 35:7; 38:17; 45:2, 8;
47:16, 18; 48:1; 51:9, 10;
55:15; 57:25; 58:16; 59:9;
60:3, 7, 23; 79:11; 80:20,
21; 87:22; 109:11, 12
**complains** 45:7, 12;
109:13
**complaints** 55:2, 6;
60:11; 73:23; 74:7
**complete** 9:3
**completed** 8:17
**completely** 45:23; 83:5
**complicated** 21:10
**compiles** 29:17
**Concepts** 20:19
**concerning** 56:9; 83:1
**concluded** 111:20
**conclusion** 34:12; 35:11
**condescending** 24:12;
108:25; 109:23; 110:6
**conditions** 91:12
**conference** 83:6
**confidential** 18:7
**confrontations** 82:3
**conjunction** 57:20
**connecting** 27:15, 24
**connection** 26:22, 22;
46:12; 78:3
**conservative** 89:6, 23
**consideration** 15:19;
90:1
**considerations** 74:10;
85:5, 6; 88:7
**considered** 83:4
**considers** 84:8
**consistent** 19:25
**constant** 47:18; 59:15,
19; 63:2; 109:22
**constantly** 35:7; 45:8,
15; 53:21; 55:14; 58:16
**constituent** 80:3; 88:5
**constituents** 28:24
**Constitution** 13:9
**construed** 76:8
**contemplated** 61:8; 78:3
**content** 12:13; 20:19;
48:22

Tammy Kitzmiller, et al.   v.
Dover Area School District, et al.

Angie Yingling
April 27, 2005

context 3:24; 40:9; 69:4
contexts 31:3
control 17:1, 3, 3; 35:1;
49:21; 89:21; 92:14, 15
controversial 62:8
Controversy 37:19;
105:11
conversation 4:16;
18:25; 26:11; 54:13; 62:4;
108:6; 110:4
conversations 24:24;
25:19, 21; 27:9; 31:18, 19;
32:12; 61:9; 70:23; 72:12;
104:7; 105:6
conviction 71:1; 82:19;
107:18
convictions 101:1
cook 71:4
cooking 71:4
cop 26:16
copies 24:6
corner 61:12
corporation 83:22
correctly 73:4; 75:24;
89:24; 102:23
cost 85:20, 20, 21; 87:15
counsel 5:20
counselor 51:23
count 88:2
country 9:25
County 65:2; 87:4; 93:6
couple 25:4; 64:6; 71:16;
72:1; 85:6
course 11:4; 12:6; 19:5;
20:15; 23:3; 48:3; 52:25;
54:1, 14; 59:8; 60:24;
86:13; 89:16; 90:11; 95:11
courses 9:6, 15
court 3:25; 17:17, 21;
29:11; 81:10; 103:25;
104:19
cover 22:11, 11
crazy 35:8
create 4:8
Creationism 14:4, 21;
47:4, 10; 48:15, 25; 50:1,
11; 56:11, 17; 76:3; 77:3, 4
creator 21:12, 20, 22;
56:19
credence 60:12
credit 49:3; 55:5; 109:10
cross 13:18; 27:5
crossing 105:3
crowd 110:2
current 47:13
curriculum 6:17; 7:10;
11:17, 18, 19, 21, 24; 12:5,
14; 13:14, 25; 20:12, 16;
21:2; 22:18; 29:25; 34:9;
37:1, 4, 23; 38:4; 43:3, 11,
12, 16, 18, 20; 44:12; 61:1,
5, 8; 62:12; 64:6; 65:23;
66:2; 67:2; 70:15; 72:9;
73:24; 74:1, 15; 78:3; 90:5;
92:7; 101:9; 102:7, 20;

103:8; 106:23
cut 108:1
Cynthia 110:24; 111:7,
10

**D**

dad 3:23; 23:6, 9; 35:15;
36:4; 38:24; 39:19, 20, 21;
41:5, 13; 84:16; 90:11, 14
dad's 40:2
Daily 12:19; 17:23; 18:10
damage 79:14; 81:17
damaging 79:15
dance 35:2
dare 67:8
Darwin's 16:3; 20:22
Darwinism 21:19; 76:14
date 28:9
dated 12:20, 23; 18:9;
29:12
dates 14:18
day 40:15; 92:25
days 11:9
deadlocked 15:5
deaf 45:8; 47:25; 49:3;
57:24
deal 47:6; 57:10; 82:9;
92:1; 106:18
debate 22:16; 80:10; 83:8
December 29:13; 37:16
decide 23:18; 34:19;
76:22
decided 59:25; 74:14
decision 39:13; 41:20;
59:4; 81:4; 82:25; 84:23
decisions 39:14
deeds 69:21
deeply 65:10; 82:16
definitely 71:2; 97:22, 22;
100:7; 110:2; 111:4
degree 8:19; 9:3; 51:24;
82:14
degrees 92:10
deliberation 106:22
deliberations 106:18
Denise 87:10
Department 44:25
deposition 3:14, 18, 24;
4:8; 5:20; 6:10, 14; 7:13;
29:8; 36:13; 37:13; 111:20
depth 70:23
derive 39:3
descended 16:2
describe 11:24; 110:14
deserve 106:7
Design 20:24; 21:8;
24:16, 20, 23; 26:13, 20;
27:2, 15, 24; 28:6; 29:24;
33:22; 37:18; 44:15; 46:6,
11, 18; 48:14; 49:14, 16;
52:9; 54:4; 64:3; 66:17;
76:6, 15; 77:2; 89:8, 25;

90:24; 99:18; 109:20
designer 25:12, 23; 26:8
desire 14:3
despite 80:23
detail 12:1; 42:24
development 8:12
devote 64:25
die 27:5; 31:13
died 13:18; 31:12; 71:10;
98:23; 99:4
differ 42:11
difference 69:14
different 16:18; 28:25;
34:16; 50:22, 24; 52:4;
60:18; 75:25; 80:7, 17, 22;
81:2; 100:11
differing 60:11
difficult 56:9, 14; 89:17
dinner 71:9, 11, 15, 16
direct 30:25
directed 44:18; 99:9
disappointed 42:8;
63:18
disapproval 85:14
discuss 11:19; 44:23
discussed 12:17; 43:2;
44:3; 90:5; 95:3; 103:17
discussing 13:13; 46:3;
49:16; 65:23; 67:2
discussion 12:4, 10;
13:24; 15:15; 25:22; 39:6;
42:16; 43:10, 19, 23; 44:1,
15; 46:6; 52:4; 59:24;
62:13; 64:9; 73:10; 106:22
discussions 11:7, 11;
13:5; 61:7, 20; 62:17;
63:10, 14; 79:4; 100:25
disgruntled 35:4; 47:15;
59:20, 21, 21
disillusioned 90:16
dislike 45:6
dismissed 81:10
disposable 91:18
disposed 55:5; 109:9
dispute 95:11
disputes 97:18
distinct 77:3
distinctive 60:21
distinguish 32:7; 72:11
distressed 19:8
District 3:16; 5:23; 86:8;
111:2
divide 83:11; 85:12
divided 83:10
doctors 22:20
document 36:15, 24
documents 94:9
dole 72:22
dollar 83:20; 89:21, 22
dollars 89:6
Domino 82:10
donating 87:3
done 4:22; 5:1; 17:11, 12;

18:15; 19:25; 20:5; 21:11;
70:5; 86:1; 91:20; 92:19;
97:11, 16
door 35:25; 67:12, 13
doubt 68:1
Dover 3:16, 22; 7:18, 21,
23; 8:4, 7; 9:17; 12:25;
20:16; 22:18; 23:20;
29:13; 35:15; 50:11; 60:4;
61:14; 71:12; 76:3; 77:9;
88:23, 23, 25; 91:16, 17,
17; 93:5, 5, 10; 96:3, 7, 8;
110:5
down 4:3, 7; 5:9; 13:16;
17:19; 22:10; 29:22;
35:25; 38:7; 49:19; 50:4;
57:16; 71:11; 74:19; 75:4;
77:16; 83:6; 84:24; 85:1;
87:20; 98:19, 20; 102:2;
103:13; 104:2; 105:6;
109:23; 110:8
Dr 19:6; 35:21, 23; 36:9;
80:13; 87:10; 90:11, 14
dreadful 33:24
dreamed 81:8, 14
drive 68:20; 93:2
driven 89:25
duly 3:7
dumb 105:12; 108:20
Dunwood 7:18
During 11:4, 11; 12:4, 12;
14:2; 24:9; 25:18; 43:11;
44:17; 45:1; 46:2; 49:17;
50:9; 52:3, 17; 53:5; 55:24;
61:7; 109:9; 110:17

**E**

ear 16:23; 34:22; 45:8;
47:24, 25; 49:3; 57:24;
58:15; 59:3
Earlier 96:18
easier 4:10
edge 106:5
educate 23:21
educated 100:9
education 8:17; 9:12;
51:1; 83:23; 89:22
effect 13:13; 14:15; 26:7;
30:24; 70:18, 20, 22;
72:20; 98:22; 101:12;
102:19; 108:15, 21
effort 38:4; 87:2; 99:1
Eh 4:25
eight 82:8
either 10:2; 44:1; 53:13;
96:14
elaborate 43:21
elected 9:20; 11:9
election 9:20; 59:23
elevated 77:21
eleven 93:1
eligible 8:5
else 7:12; 17:15, 16;
27:14; 30:23; 32:25;

35:11, 14; 36:6; 38:15, 17;
48:7; 51:13; 52:16; 67:22;
73:7; 81:4; 85:18, 25; 86:1;
92:6; 103:5
embarrassing 6:24;
40:25; 41:18; 42:7; 88:9
end 9:21; 16:22; 34:22;
35:5; 43:9; 44:7, 14, 22,
22; 53:20; 87:12
endeavor 4:25
ends 43:9
endurance 5:13
energy 65:1
engage 40:22
engaged 107:19; 110:11
enjoy 71:2
enough 58:2; 62:24
entered 92:24
Entity 8:22
Eric 3:13; 42:22; 55:17;
56:8; 63:13; 69:4; 82:25;
93:15; 96:18
es 97:14
especially 54:23; 58:15;
71:11
estate 6:22; 8:11
Estates 7:18
Eveland 110:24
even 5:8; 31:13; 43:21;
45:17; 52:24; 60:19, 20,
22; 71:6; 75:13; 79:7;
80:10; 81:7, 14, 15; 82:3;
83:5, 22; 92:4, 21; 101:2;
104:16
evening 109:17
evenings 12:25
events 6:16; 7:2, 9, 12;
42:24
everybody 6:24; 10:25;
15:23; 19:1, 4; 25:5; 27:11;
39:22; 58:19; 63:21;
67:12, 12, 13; 68:2, 5;
81:18, 18, 21; 83:10; 86:6;
90:18; 91:4; 93:8; 109:23
everyday 92:1; 95:21
everyone 91:11; 94:24;
109:25
everywhere 36:2; 61:14;
96:3; 98:10
Evolution 12:10; 14:4;
20:23; 52:8; 77:2
exact 53:3
exactly 33:2; 71:19
exaggerate 95:14, 17
exaggeration 95:22
examine 11:21
examined 3:8
example 31:23; 97:24
except 3:4; 84:4
excessively 104:18
exchanges 107:1;
110:11, 16
execution 108:18
executive 25:20; 40:24;

Angie Yingling
April 27, 2005

Tammy Kitzmiller, et al. v.
Dover Area School District, et al.

:0:20; 61:11; 66:7, 19;
:7:1, 22; 103:16; 108:16
Exhibit 12:22; 20:14;
:9:5, 8, 11; 36:12, 13;
:7:13
existed 37:5
existence 99:18
existing 110:17
expecting 82:5, 6
expensive 86:2, 4, 11, 13
experience 95:4; 98:4
explain 15:19; 16:19;
:3:21
explains 85:18
explode 104:9
exploring 11:15
express 11:11; 25:11, 14;
:6:20
expressed 26:5, 12, 15
extremely 64:18

**F**

aces 80:17
act 32:8; 82:20
ail 5:4
air 69:11; 91:2
aith 69:18, 21
aiths 91:11
all 101:5
amiliar 23:24
amily 36:10; 38:23
an 50:13
ar 11:18; 51:2; 68:20;
'1:12; 76:4; 81:8, 14, 15
armers 91:15
ault 40:16; 16, 16; 47:19
aults 48:3, 4
February 9:24, 24; 10:2,
:0, 12
eel 5:17; 27:11; 29:1;
:9:25; 54:23; 55:8, 12;
:7:17; 69:1, 6, 20; 70:3, 6;
'2:13; 73:16; 74:19; 82:2;
:3:5, 10; 84:12; 87:7; 91:7;
:5:22; 97:5, 6, 9; 99:2, 3;
:00:4; 102:2, 2; 109:1;
:10:2; 111:12
eeling 69:3, 20; 72:11;
:4; 74:23; 83:1
eels 26:18; 70:7, 9;
'5:11, 13; 101:24; 110:1
ellow 32:17
elt 19:1; 51:3; 82:1;
:07:11; 111:3
ence 55:11; 107:9
ew 4:11; 42:20; 79:9
ifty 100:8
ight 48:16; 63:5, 7, 8;
:5:12; 68:1; 99:12
ighting 19:20; 65:13, 14,
:9; 83:17; 88:21; 93:23;
:6:13

fights 14:22
figuring 108:16
filing 3:3
final 102:22
finally 50:3; 76:22
finance 9:14
financially 93:10
find 47:19; 69:11; 98:14
fine 46:25; 57:12; 86:7, 9
finish 5:5; 7:7; 26:6;
36:22
finished 4:15
firing 94:2
firm 3:13
first 9:17; 10:13; 15:4, 7,
13, 14, 19; 17:21; 19:10,
11; 28:11; 29:22; 38:1;
66:4; 105:8
fiscal 89:25
fist 65:19
fists 66:13; 106:14
five 12:6; 28:11; 40:13,
41:17; 63:23; 92:25; 93:4,
107:20
fixture 96:20
fleeting 62:5
flew 67:15, 16
flying 65:16, 16; 66:14,
21
focus 46:1; 59:2; 70:13;
72:8, 14; 82:24; 103:11
focused 97:24
focusing 85:24
follows 3:8
followup 29:16
food 45:20
force 58:9; 67:18
forceful 109:21
forcefully 61:24
forever 54:21
forgive 42:22
forgot 97:25
form 3:4, 25
formal 9:11; 24:18; 61:19
formally 10:10
formed 51:21
former 35:4; 78:11
forms 76:20
forums 58:23
forward 49:15
foundation 46:13; 56:3
four 15:5, 5; 58:25; 59:10,
15; 71:15; 82:7; 88:18;
104:12
freaks 35:15
free 5:17
friend 41:10, 11, 16; 82:6
friends 6:21; 42:8, 10;
70:6; 71:2, 5; 82:7; 88:12;
90:13
friendship 70:4; 71:6
front 35:21; 64:6; 86:17;

92:14; 101:20
funny 107:8
further 13:16; 38:7; 42:2;
111:17

**G**

galaxies 76:21
gang 63:22; 78:7
gaps/problems 20:22
gather 23:20
gave 17:20; 41:13; 55:10;
60:11; 87:4
gavel 50:3, 4
gaveling 49:19
geared 93:9
Geesey 31:23; 34:2;
70:20; 102:9
general 27:19; 31:19;
34:6; 43:14; 51:5
generalized 100:25
generally 22:10; 101:7
Geographic 23:2, 13
gets 75:12; 86:1; 92:2;
93:18
Gillen 5:25; 42:4, 17, 18;
46:17, 24; 48:12, 18, 23;
49:10; 52:13; 54:7; 56:4;
67:21; 73:9, 13; 77:21; 23;
93:13, 14; 111:17
girl 17:24
girls 106:12
given 36:24; 41:6
giving 4:6; 5:1; 25:25;
48:22; 58:8; 74:5
glare 83:14
goal 69:11
God 21:23; 22:3; 25:13,
23, 24; 26:8, 14, 19, 21;
27:3, 16, 25; 28:2, 25;
35:16; 40:5; 41:2, 3, 4, 12;
56:19; 66:18; 67:7, 17;
68:15, 15; 89:15, 16; 92:3,
8, 11; 99:18, 24; 100:12;
101:3, 12, 14, 22; 102:5, 9,
11, 17, 19, 21
God's 102:6
goes 16:24; 40:8; 50:23;
68:21; 84:1; 98:5, 8, 18;
100:14
Good 3:11; 15:15, 20;
22:11, 12; 25:24; 26:4;
28:2; 32:15; 35:12; 39:5;
41:2, 3, 9, 10; 60:5; 61:22;
23; 62:19; 68:25; 69:21;
70:16; 73:22; 75:8; 79:25;
88:13; 93:8; 101:12, 14;
102:6, 10, 11, 19, 21;
104:3, 22; 109:8
gorilla 83:11; 105:10
grace 92:3
grade 53:9; 77:9; 100:12
grader 77:14
grader's 77:12

grades 8:5; 45:4
graduated 8:24
grandma 41:6, 13; 84:16
graphic 100:6
grateful 99:4; 100:23;
102:12
gratefulness 92:8
great 47:6; 53:15; 92:1;
106:18
grill 89:12
grocery 22:24; 61:14
ground 67:9, 10; 90:19
group 47:14; 59:20;
61:10; 78:11; 87:20; 89:1,
4
grouping 82:15
groups 59:3, 21
Grove 91:5
grow 84:9, 12; 103:21
grudges 83:17
grumbling 34:22
guarantee 75:19
guess 14:10, 10; 26:18;
29:22; 41:11; 51:20;
79:17; 80:6; 81:6; 84:8;
86:21; 92:3; 94:4; 96:12;
100:9
Guide 20:16

**H**

habitually 59:13
hair 18:5
Half 81:18, 19; 92:25
hall 104:2; 105:6
halls 103:14
hallway 61:12
Hamilton 3:14
hammer 50:3
hand 52:8, 9; 99:15, 15
handed 10:3, 6; 29:11;
37:15
hang 28:21; 63:19, 24;
71:10; 75:17; 90:18
happen 25:18; 65:15
happened 6:21; 17:14;
37:7; 77:13
happens 93:20
happy 53:13, 14; 72:4;
78:5, 23; 93:18; 109:13, 16
Hard 8:3; 24:12; 57:20;
91:25
Harkins 6:9; 10:20, 23,
24; 42:13; 70:18
Harmony 91:5
Harrisburg 9:2
Harvard 109:25
hate 54:11
head 5:10, 10; 64:22, 22;
76:10
health 101:2
healthy 102:13

hear 16:23; 34:21, 22;
35:5, 6, 7; 39:16; 45:17,
24; 53:20, 21; 58:15, 16;
59:3
heard 38:16; 55:1; 60:1
hearing 44:17, 18; 87:25,
25
heated 65:21; 67:4; 107:1
Heather 25:3; 43:13;
44:4; 65:14, 17; 66:20;
67:14; 70:20; 82:14, 14;
88:14; 102:9; 106:12
heavyset 17:24
Heidi 97:24, 25
height 101:5
help 15:21, 25; 16:5, 5,
16; 28:19, 21; 29:2; 30:5;
33:18, 22; 82:5, 6
helped 6:22
helping 5:22; 87:3; 88:12
hereby 3:2
hey 53:15; 83:15
high 13:6; 65:2; 87:4;
92:4; 93:6
himself 26:15
hire 93:2
hit 50:13; 66:21; 89:10
hold 26:25; 79:23; 107:15
Holding 83:17
home 63:8; 111:8
honest 40:17
honestly 42:10
hoping 90:18, 19
horrible 32:16; 92:1
horrified 35:17
hospital 23:10
hostile 109:16
house 71:3, 7; 90:9;
108:7, 9; 111:2
hug 42:13, 14
huge 76:21; 101:20
human 67:17
hurling 92:9
husband 31:12; 71:10

**I**

idea 15:15, 20; 35:12;
45:13; 61:22; 62:19; 69:9;
73:22; 75:8; 79:19; 88:13;
104:3, 23
ideas 16:18; 34:16; 44:5;
64:3
identify 22:7, 21
idiots 35:18
ignore 43:4
important 59:6; 68:16;
69:5, 16; 70:11; 79:3;
85:23
imprecise 70:25
impression 98:1
inaccurate 95:5, 13;
97:13; 98:3, 12

**Tammy Kitzmiller, et al.  v.**
**Dover Area School District, et al.**

includes 5:25
including 20:23
income 91:18
indicated 84:22; 102:23; 103:1
individuals 30:8
infer 33:7
inference 56:19, 22; 57:9
influence 38:10, 19, 20, 23; 39:3, 7; 59:14
influenced 74:12
influences 60:8
informal 25:21; 67:3, 3
information 23:16, 17, 21
initially 55:17; 58:2; 81:6
initiate 5:17
injuries 92:5, 5
instance 97:12
instead 82:7
institution 8:21
insurance 77:18
Intelligent 20:24; 21:8, 12, 20; 24:15, 20, 23; 25:12, 23; 26:8, 13, 20; 27:2, 15, 24; 28:6; 29:24; 33:22; 37:18; 39:12; 44:15; 46:6, 11, 18; 48:14; 49:14, 16; 52:9; 54:4; 64:3; 66:17; 76:6, 15; 77:2; 89:7, 25; 90:24; 99:17; 109:20
intensely 107:15
intently 96:23
interest 11:12
interested 11:25
International 8:24; 9:6
interpersonal 106:9
interpret 56:23
interrupt 4:17
interviewed 109:15
into 11:12, 15; 22:3; 25:10; 27:8; 32:19; 43:6; 44:6; 45:22; 51:22; 54:11; 61:15; 63:9; 65:3; 66:8; 84:8; 96:21, 22, 23; 98:8, 25; 99:15; 100:4; 101:19; 103:22
introduced 3:11; 37:13
invite 71:13
invited 44:8; 68:19; 71:3, 10; 90:9
invites 71:7
inviting 71:17
involve 11:14
involved 3:21; 43:17; 47:1; 58:24; 61:5; 80:1; 87:6; 89:1, 2, 7; 92:21, 24; 93:3
involvement 58:21
isolate 108:23
issue 12:14; 22:17; 23:20; 26:6
issues 103:7
items 65:4

## J

jacked 53:25
jamming 102:1
Jane 32:6; 72:17; 102:14, 18
Janie 32:11, 13; 33:12; 72:21, 21, 22; 82:11, 13, 15; 88:14; 106:13
January 9:23; 10:2, 10; 43:9; 44:14, 21
jealous 41:15
Jeff 7:14; 11:1; 14:22; 19:20; 24:5; 25:7; 27:6; 30:10; 39:10; 50:14; 58:4; 72:4; 90:17, 20
Jen 53:10, 10, 10, 23
job 53:15; 83:21; 87:1; 92:12; 96:24; 106:17
jobs 92:5
Joe 17:23; 38:16; 96:18; 97:12
joke 107:9
Joseph 29:12; 37:16
judgment 74:12; 107:2
June 12:20, 23; 13:13, 23; 14:2, 17; 43:1; 44:22; 46:1, 2; 47:22; 49:11, 12, 17; 50:9; 52:12, 14, 17; 53:6, 24; 55:2; 94:7, 11, 14, 18, 20; 95:1
just's 10:8

## K

keep 50:3, 6; 51:9; 72:3; 77:11; 87:11
keeps 49:20; 50:7
kept 74:7, 8; 86:3, 9
kidding 104:1
kids 16:1; 32:16, 16; 33:18; 50:25; 56:24; 57:16; 64:4; 71:3; 74:6; 76:1; 77:17; 79:14, 22; 87:3, 5; 102:12
kill 32:17
kind 5:8; 17:16; 21:22; 24:15, 24; 27:22; 30:19; 32:24; 35:9; 52:1; 58:4; 62:21; 68:4, 20; 69:5; 80:20; 97:20; 100:10, 10; 101:5; 105:12; 108:19
kindergarten 92:25
kitchen/bathroom 101:19
Kitzmiller 3:15
knew 19:8; 62:5; 81:6; 95:13
knocked 75:12
knows 28:22; 35:23

## L

lack 39:19
Lacks 46:13; 56:3
laid 99:16
Lancaster 68:19
Langione 52:19; 53:2
language 20:18, 21; 21:2; 37:4, 5
large 42:11
last 8:17; 37:21; 88:25; 94:25
launching 52:23
Lauri 98:11, 12, 13, 18
law 3:13
lawsuit 36:10
lawsuits 74:8, 13; 86:4
lawyers 6:5; 81:18
leading 46:14, 21; 48:11, 17, 21; 52:11; 54:3
least 56:6; 57:17; 80:14
leaving 50:2
Lebo 98:11
led 7:3, 9; 26:25; 27:14, 23; 35:11; 57:2
left 9:23, 24; 18:3, 4; 35:1; 40:13
lets 75:4; 82:11
letting 82:17
level 8:17; 51:4, 5; 57:21; 71:6, 6
leveling 55:2
Levin 18:23; 55:21
library 22:13
life 21:1, 10; 22:1; 39:15; 76:20; 78:18; 79:1; 91:12; 101:7, 10
lifted 67:17
liked 51:19
likes 39:9, 16; 108:24
limit 16:8
limited 20:24
line 46:21; 104:23; 105:3, 17
lines 70:15; 102:16
link 100:1
listen 45:15; 48:6, 8; 49:4; 53:4; 60:9; 80:19; 86:7
listens 96:23
literally 67:13
litigation 18:21
little 25:10; 28:22; 32:11; 42:24; 53:19; 58:8; 61:25; 62:21; 71:3; 72:13; 81:13; 84:24; 85:2; 88:9, 22; 92:22; 104:13, 15, 25; 105:6; 106:4
live 7:17; 69:20; 91:14
lived 71:11
lobby 88:4
lobbying 16:7; 28:18; 40:8, 9, 23; 61:24; 63:20;

83:25
located 9:1
long 14:9; 18:16; 40:1, 19; 57:6; 103:13
longer 93:11, 13
Lonnie 52:19; 53:1
look 17:11, 11; 41:15; 43:8; 57:14; 59:7; 60:25; 63:13; 83:15; 88:14; 95:18; 96:15, 17, 17; 106:21
looked 55:23; 56:6, 8
looking 44:13; 60:19, 21, 22; 62:10; 77:24; 84:22; 96:3
looks 39:16
Loses 29:13
lost 35:22; 36:3
lot 6:5; 14:16; 15:22; 23:6; 25:25; 26:2, 19; 28:2, 23; 34:14; 35:1, 13; 36:8, 8; 38:22; 41:2, 14; 48:16; 59:5; 65:13, 13; 71:7, 11, 17; 73:22; 86:5; 87:2; 91:15, 16, 18, 19; 101:15; 102:17, 23; 105:14; 106:22; 108:13; 109:1, 13; 110:6
lots 27:17
loud 60:2, 21; 106:6; 109:6, 21
louder 74:8
low 84:17
lucky 26:18

## M

mad 17:14, 14; 20:3; 25:7; 52:20; 57:15; 107:4
magazines 22:23
major 51:16
makes 39:13, 24; 40:11; 75:12; 79:17; 80:4; 95:18; 99:2, 3; 107:8
making 13:12, 21; 14:3, 8, 14, 20; 19:21; 39:13; 69:15; 93:16; 98:6; 103:2; 104:6
Maldonado 17:23; 18:9; 29:12; 37:16; 38:7, 13; 96:18
Maldonado's 97:12
male 100:21
man 106:11, 15
management 8:19
manager 87:11
mannerly 72:23
many 29:25; 30:15, 17; 71:3; 80:14; 97:1, 6
mark 18:6; 29:5; 36:11; 37:12
marked 12:21; 20:14, 18; 29:8; 36:13, 15
married 7:19

mathematics 51:16
matter 3:15; 5:23; 68:24; 69:16; 96:9; 111:11
may 4:20; 5:17; 26:10; 33:7; 38:15; 43:9; 44:14, 22, 22; 57:19; 73:22; 86:10; 104:21
Maybe 7:16; 15:18; 59:6; 72:24, 25; 80:3, 4; 87:16, 17; 94:18
mean 11:16; 14:10; 17:5; 24:25; 27:4; 28:1, 8; 31:21; 32:18; 35:17, 19, 23; 38:20; 39:18; 40:3; 41:9, 16, 19; 45:3, 13; 47:12, 13; 50:13; 51:4; 54:2, 9, 10, 13, 16, 18; 55:10; 57:10; 58:5, 19; 61:25; 64:14, 15; 72:25; 75:6; 79:17, 22; 80:6; 81:9; 82:4, 10, 13; 85:21; 86:4, 15; 87:21; 89:9; 91:16; 92:12, 13; 96:1, 22, 24; 99:2, 3, 23; 100:11, 20; 111:6, 11
meaning 90:24
means 21:9, 10; 22:2; 27:7; 51:24; 68:9
meant 24:11; 81:12
measure 71:1
mechanics 8:7
medical 23:6
meet 11:5; 109:17
meeting 6:3, 4; 10:13; 13:1, 13; 14:25; 15:11; 18:18, 20, 21; 20:10; 21:6; 24:8; 29:11; 35:10; 49:24; 52:17; 53:3, 6; 55:16; 60:15; 61:10; 62:12; 64:5; 66:5, 6; 73:15, 18; 77:24; 78:4; 79:6, 7, 8; 96:21; 108:3, 5
meetings 10:1; 12:2, 4, 16; 14:2; 16:25; 25:18, 20; 43:2; 44:9, 21; 46:1, 3; 47:5, 22; 49:11, 12, 17, 21; 50:9; 52:3; 53:24; 58:22; 80:14; 109:3; 110:12
member 9:17; 23:18; 26:7; 37:17; 51:11
members 11:11; 14:7; 24:22; 28:19; 31:15; 33:4; 35:5; 38:11, 21; 39:8; 47:15; 49:22; 50:10; 51:18; 52:2, 19; 54:25; 59:19, 22; 61:7; 64:15; 78:11; 83:14; 98:8; 99:21; 100:1; 101:23; 103:11; 106:25; 107:12, 18; 110:12, 17
memo 36:21; 38:5
memory 20:1; 103:12
men 67:18, 19; 77:22; 106:15
mention 46:11, 19; 88:17
mentioned 33:17; 46:18; 52:3; 55:17, 23; 65:7; 93:15; 99:17; 105:21

Angie Yingling
April 27, 2005

Tammy Kitzmiller, et al.   v.
Dover Area School District, et al.

menus 45:22
merit 55:7; 80:6
mess 103:15, 19
messy 22:3
met 42:18
Meyers 100:13
middle 35:7, 20; 54:15;
89:18; 90:19
might 16:2; 34:13; 46:22;
59:12; 62:1; 67:10; 76:6;
83:4, 12
Miller 18:23; 55:21
Miller's 53:23
Miller-Levin 15:2
million 83:20
mind 15:17; 21:18; 23:8;
34:8; 36:3; 59:10; 77:14;
79:5
minds 35:22; 77:12
mine 51:18
minute 42:6; 77:10
miserable 92:12
miss 10:1
mistake 34:13, 19
MIT 109:24
moderation 105:4
mom 23:5; 35:16; 41:6,
13; 71:4, 4; 84:16
moment 30:18; 62:5
Monday 12:25
money 65:4; 72:5; 74:13;
87:3, 5, 9, 16; 91:13, 15,
19; 97:14, 15; 104:4; 108:1
month 7:16
More 3:20; 10:14; 11:12,
15; 15:15; 16:23; 17:1;
18:25; 20:2; 22:9, 14;
42:24; 46:16; 50:21;
51:17; 58:23; 59:1, 14, 20;
60:10, 11, 17; 64:3; 65:4;
70:5, 7; 71:5, 5, 19; 77:21;
80:7; 84:15, 16, 17; 85:3,
23; 95:14; 96:23; 98:5, 9,
16, 18, 18, 23; 99:16;
100:8; 106:16; 107:8;
111:18
morning 3:11
most 39:14; 105:2
mostly 21:18; 22:9, 14;
25:3, 4, 7; 30:14, 22; 36:4;
43:17; 51:4; 65:14; 77:18;
89:5, 18, 22; 90:13;
102:12; 104:8
motion 37:23; 38:9
motivated 48:9
mouth 45:17, 24
move 82:6
moving 45:18, 24; 77:11
Mrs 10:24; 31:23; 49:2;
60:20; 88:20; 90:14; 94:9,
9; 103:18; 104:8
much 14:9; 19:3; 32:6;
43:16; 51:1, 2, 3, 22;
54:18; 55:7, 7, 14; 60:2;
61:25; 62:19; 67:10; 72:5;

76:10; 81:7, 17; 84:8; 85:4;
90:17; 93:11, 13; 98:8;
104:24; 105:3; 106:4, 8;
111:19
muddy 4:20
mural 100:10, 15, 17
murder 32:17; 33:20
Muslims 99:11
must 80:15
myself 3:11; 40:20

N

name 3:13; 10:25; 17:25;
18:2, 5; 22:8, 22; 35:16;
42:18; 53:8; 54:15; 76:23,
24, 24
names 14:12
National 23:2, 13
Nazarene 68:21; 71:20
necessary 5:15
need 5:7; 14:18; 45:23;
46:7; 58:23; 63:23; 87:9;
91:10
neighbor 90:12
neighbors 19:19, 25, 25;
36:1, 1, 9; 86:16; 87:22
new 13:5; 36:1
newspaper 83:12; 97:19
newspapers 95:17
next 5:2; 18:21; 35:25
nice 32:12; 41:7, 8, 9;
80:8, 16; 111:4, 13
night 74:14
nightmare 108:1
Nilsen 19:6, 7, 7; 80:13;
87:10
nine 8:5, 7; 92:25
ninth 53:9; 77:9, 12, 14;
100:12
nobody 24:19; 36:6; 73:7
nods 5:9
Noel 25:5; 64:18, 19, 19,
20; 65:7, 8, 10, 12; 66:12,
12; 67:5, 7, 8, 10; 68:6, 18,
18, 21, 23; 70:22, 23; 71:2,
9, 25, 25; 72:12; 81:9, 10,
11; 82:14, 16; 84:19;
103:23, 23, 24; 104:2, 2, 8,
18, 22; 106:5; 107:7, 21,
22
Noel's 72:1
noise 45:21
None 21:17; 64:24
nonfiction 23:4
normal 4:16; 96:14
normally 60:7
Note 21:1, 25
notes 94:16
noticed 98:8
notion 75:25; 100:22
November 10:3, 6, 9;
94:21, 23

nowhere 13:9
number 42:23
nuts 17:4; 35:8

O

Objection 46:13, 20, 21;
48:11, 17; 52:11; 54:3;
56:3
objections 3:4; 80:24
objective 16:5
obvious 54:11
obviously 27:4; 78:23
occur 24:7; 40:9
occurred 24:8; 34:11;
94:18
occurring 13:23
October 20:10; 21:3;
24:7; 29:10, 24; 30:4;
34:12; 37:23; 61:2, 21;
62:12; 64:5; 73:15, 24;
75:15; 78:4; 81:22, 22;
108:2
off 3:12; 23:8; 26:17; 29:6;
36:7; 41:25; 42:15, 18;
45:16, 19, 21, 24; 52:21;
59:22; 72:14; 73:9; 83:5;
101:4; 109:7
off-the-record 42:16;
73:10
offend 100:7, 7, 15
offended 40:12
offending 29:3; 57:12;
84:7
offends 41:1
offense 40:18, 19; 41:14,
16, 17; 68:6; 93:24; 94:3, 4
offensive 100:19
Offered 37:18; 38:2
office 91:3
Official 29:13; 91:10
often 4:16
old 7:25; 36:1
older 67:10
once 3:20; 10:14, 15, 16;
62:2; 77:15; 98:23
One 4:11; 6:3, 4; 7:8, 24;
17:24; 18:21; 23:2, 9, 13,
13; 24:10; 40:15; 49:25;
52:8; 53:7, 10, 17, 22;
65:14, 14; 76:9, 11; 77:10;
78:11; 81:18; 89:4; 97:25;
100:14; 101:24; 102:22;
103:6; 107:3, 7, 21, 22;
108:2, 6; 109:2, 14; 111:6
ones 52:19; 54:14, 19,
23; 57:23; 59:14; 65:19;
82:12, 12; 83:18; 90:15
only 6:7; 7:14; 10:15, 16;
40:25; 53:17, 18; 89:11;
91:5, 8, 9; 92:2; 100:20;
101:24; 107:7; 108:6
open 58:22, 22; 111:4
opinion 21:13; 26:24;
27:1; 39:18; 51:20; 56:9,

20; 88:1; 98:13
opinions 34:17
opposed 5:7
opposition 17:4
order 4:8, 10
ordinary 62:1; 103:9;
105:22; 106:3, 9
origins 21:1, 25; 78:18;
79:1
ostracize 108:22
others 39:4, 5; 89:3
ought 73:1; 106:17
ours 76:22
ourselves 105:5
out 9:25; 15:21, 25; 16:5,
16, 23; 17:1; 25:9; 27:10;
28:19, 21; 30:6; 34:21, 23;
39:13, 20; 40:3, 5; 48:2;
49:21; 52:20; 54:19, 22;
56:25; 59:1; 61:11; 64:4;
67:4, 12, 13; 68:2, 13;
69:11; 71:10; 72:22; 76:1;
77:10; 79:22; 80:1; 81:12;
82:5; 84:19; 86:24; 88:12;
91:14; 92:19; 93:19;
97:19, 20; 108:16; 111:6
outcry 58:14; 60:1
outrage 58:17
outside 24:19; 103:9;
105:21; 106:3
over 7:8; 13:5; 21:17;
31:20; 35:15; 37:18;
66:22; 86:20; 95:11;
96:25; 97:10; 105:7; 106:5
overall 107:23
overt 84:15
overview 74:6
owe 87:7
owes 26:19, 21
own 8:13; 25:9; 44:10;
45:22; 47:1; 52:24; 61:16;
87:2; 88:22; 89:3; 106:5
owner 8:15

P

P-01646 20:18
P-4 18:11
P-53 36:15, 24
P-54 37:12, 15
P-8 20:15
p.m 111:20
page 13:16; 19:10, 23;
20:17; 29:22; 37:25; 38:1,
7
paid 87:1
pain 92:1
Pandas 16:13; 19:13;
23:24; 46:19; 55:20, 23;
62:13; 74:1; 103:7
pants 53:7, 8, 10, 22
paper 63:14; 86:3; 95:9;
96:4, 7, 8, 10
papers 95:5, 8, 10, 14,

18; 97:14
parading 78:9
paragraph 29:22; 30:3;
37:24; 38:1, 1
paranoid 104:19
parent 80:2
parents 79:21; 80:7, 7, 8
part 11:2; 12:20; 18:11;
24:1; 36:10; 39:3; 42:11;
74:1; 75:1; 76:19; 81:4;
85:16; 95:16, 22
participate 109:17
participated 3:18
parties 3:3
pass 23:15; 35:20; 87:10
passed 8:2; 14:9; 76:2
passing 22:15; 62:4;
87:11
past 44:6
Pat 42:18; 77:17; 93:12
path 33:23, 24
pay 34:16; 36:5, 6; 45:9,
18; 89:9; 90:12
paying 46:23; 88:14
Pennsylvania 9:2
people 15:16, 22; 19:13;
22:24; 23:14, 24; 28:23,
24, 25; 29:4; 34:16; 35:10,
22; 39:17; 40:4, 5; 45:16;
49:23; 51:9; 53:3; 57:13;
59:12; 60:7; 63:7, 8; 67:11;
68:13, 14, 17; 69:14, 18;
71:17; 76:24; 80:8, 11, 11,
19; 82:17; 84:7; 85:16;
89:5; 91:14, 16; 92:9;
93:18; 96:3, 6, 11, 14;
99:14, 24; 100:8, 16;
103:1, 6, 8; 104:24;
106:13; 107:15; 110:3, 3, 6
Pepper 3:14
percent 100:8
perfect 77:20
perhaps 69:9
period 13:24; 43:8, 11;
44:14, 17, 21; 45:1; 49:9;
52:12, 14; 60:25; 61:8;
62:10; 91:16
person 30:12; 57:17;
70:8
personable 71:5
personal 6:25; 21:23;
22:12; 33:12; 61:9; 69:16;
71:6; 83:19; 84:9, 11; 98:4
personally 41:14
persuade 28:13, 16;
39:4; 103:1, 6
persuading 39:5, 6
Philadelphia 23:10
phrase 40:2, 2
phrased 40:22
physical 9:10; 92:1
physics 110:10
pick 23:7; 95:19; 97:19
picture 100:6

Tammy Kitzmiller, et al.   v.
Dover Area School District, et al.

Angie Yingling
April 27, 2005

**piece** 57:7
**pieces** 22:15; 24:10
**pissed** 41:25; 52:21;
109:7
**PJ** 92:24
**Plain** 77:9
**Plaintiffs** 12:22; 29:8;
36:13; 37:13; 110:20
**plan** 11:5; 108:22
**Planned** 20:15; 22:19
**planning** 59:16; 79:7, 7
**plant** 84:10
**platform** 89:4
**play** 52:8; 66:1
**pleasant** 83:15
**please** 5:4, 14, 17; 29:6;
77:16; 104:1
**Pledge** 94:22
**plenty** 44:10
**plus** 62:1; 70:4
**podium** 47:25; 53:3, 5;
55:2; 78:10
**point** 34:7; 39:11; 56:14;
57:19; 58:5; 70:12; 77:5;
100:16
**political** 71:8; 83:19, 25;
107:13
**politically** 48:9
**politicking** 105:15; 106:3
**politics** 38:25; 58:6;
63:20; 84:1, 4, 6; 102:24;
103:9; 110:19
**polls** 59:2
**poorly** 57:19
**position** 90:10
**positions** 107:15; 109:10
**possible** 88:21
**possibly** 21:11
**potential** 105:11
**pound** 83:11; 105:10
**practice** 76:25
**precisely** 56:21
**predictions** 103:20
**pregnant** 18:8
**preparation** 7:13
**prepared** 93:9
**presence** 109:1
**present** 50:22, 24; 76:11;
78:13, 15
**presentation** 24:15
**presenting** 76:10
**President** 17:2; 34:25;
37:11; 38:10; 49:22; 98:6,
7
**pressure** 29:1; 33:12, 13;
34:14, 17, 18; 36:8, 9;
51:3; 82:1, 2; 83:2, 5; 88:5;
97:9; 107:11
**pressured** 30:1, 8; 72:13;
97:2, 5, 6
**pressuring** 40:4
**pretty** 51:15; 54:10, 18,
18; 60:5; 78:21; 80:14;

107:15
**previously** 20:15
**primary** 9:20
**prior** 22:17; 24:1; 43:1
**prisoners** 26:17
**private** 25:19; 32:11;
105:6
**privately** 61:12
**Probably** 5:15; 9:16;
14:9; 24:25; 27:17; 31:4,
13, 17; 33:16; 39:2, 25;
61:22; 70:4; 82:19; 88:13;
100:8; 101:3; 103:13, 22;
104:13; 106:7, 17
**problem** 19:3, 4; 41:1,
15; 53:20; 86:9
**problematic** 86:13, 14
**problems** 23:6; 61:16,
17; 62:24; 63:2; 81:17;
86:5, 19; 101:2
**process** 4:5, 19; 103:5;
107:23
**processes** 107:17
**produced** 69:4
**professional** 110:5
**program** 49:14; 93:8
**progress** 75:12
**project** 72:2, 3; 106:19;
107:5, 24
**promise** 75:19; 82:19
**prompted** 85:7; 95:15
**properly** 5:10
**proportion** 81:12
**proposed** 65:23; 66:1;
67:2
**proposition** 14:8
**prostate** 23:9
**provide** 4:17
**PTO** 92:22
**public** 40:24; 47:6, 10;
52:16; 58:14, 21, 22, 22;
59:8; 77:25; 78:2; 79:4, 8,
20; 83:8, 22; 91:3, 10;
92:19; 94:5; 109:3
**pulled** 20:16
**pulling** 29:2
**punched** 66:22
**puppy** 84:10
**purchase** 12:13; 14:5;
15:2, 5, 8, 13, 20; 16:4, 20;
18:18
**purpose** 85:1
**push** 28:5
**pushed** 26:17
**pushing** 57:15; 68:1
**put** 83:7; 86:21; 88:8
**putting** 27:2; 75:25

**Q**

**quick** 42:13
**quicker** 90:17
**quickly** 4:11; 67:18; 68:2

**quiet** 65:18; 84:17
**quit** 6:4; 52:21; 59:19
**quite** 9:16; 71:4; 76:10
**quitting** 6:8
**quote** 96:19
**quoted** 19:18
**quotes** 63:14; 95:2, 3

**R**

**railroad** 71:20, 20
**raising** 105:3
**ram** 102:20
**ran** 10:16
**random** 43:7
**rape** 32:17
**rather** 80:8
**reach** 98:15
**reaction** 16:21; 67:11
**read** 18:12; 21:16; 22:6,
10; 23:3, 15; 24:1, 6, 9, 13;
29:15; 45:18; 48:6; 51:3;
56:9, 14; 77:5; 96:5; 97:19
**Reading** 21:15; 22:10,
15, 17, 20, 24; 23:1, 7, 12,
12
**ready** 23:10
**real** 6:22; 8:11; 10:24;
31:20; 39:21; 67:18; 90:17
**realize** 11:17; 15:16;
26:10; 58:1; 105:9
**realized** 105:9
**really** 9:13; 11:16; 17:13,
14, 20; 19:16; 20:3; 22:11,
12; 23:19; 25:10; 27:8, 17,
20; 28:2; 33:8, 19, 19;
43:6; 45:6; 47:11; 49:21;
50:12, 16, 20, 23; 51:6, 18;
54:20, 22; 60:3; 63:22;
64:14, 19, 23; 65:3, 18, 20,
21, 22; 66:7, 25; 68:12, 12;
69:5; 71:2; 77:6, 6, 12;
81:11, 15; 82:16; 84:11;
89:7, 12, 12, 17; 90:4;
93:3; 98:13; 99:22;
103:21, 21, 22; 104:9, 18;
105:8; 107:9
**realm** 103:9
**reason** 16:9, 12; 30:5;
32:20; 38:8; 53:17, 18;
72:5
**reasonable** 13:14
**reasons** 79:13; 82:24;
91:21
**recall** 12:9; 14:12, 25;
15:4; 31:6; 34:2; 43:10, 19,
23; 44:1, 13, 17, 20; 45:1;
46:2, 6; 47:2, 9, 21; 48:13,
24; 49:16; 53:12; 60:14;
61:20; 62:17; 64:9; 67:6,
25; 70:21; 78:17, 20, 25;
79:10, 13; 95:15; 99:20;
103:2; 108:4, 8, 10; 110:25
**recently** 109:18
**RECESS** 29:7; 73:12

**recognize** 36:15
**recollect** 64:11
**recollection** 26:12; 57:8;
94:7, 17; 97:21
**recollections** 78:2
**recommended** 62:11
**reconsider** 19:5; 36:25;
37:8, 10
**reconsidered** 38:5
**record** 3:12, 12; 4:8, 20,
21; 12:20; 17:23; 18:10;
29:6; 42:15, 19; 73:9
**recorded** 5:10
**recounted** 42:25
**reference** 12:25; 13:5
**referenced** 80:24; 81:25;
85:7; 100:22
**referring** 8:21; 16:9;
21:21; 29:23
**reflect** 30:3
**regarding** 18:13
**regrets** 29:23
**regularly** 60:4
**rehearsed** 110:5
**Rehm** 108:4, 21
**relating** 6:16; 64:9; 67:23
**relation** 13:24; 24:7; 28:6
**relationship** 26:21
**relationships** 106:10
**relatives** 35:17
**relevant** 30:25
**religion** 11:12, 15, 23;
27:16, 25; 57:11, 16;
66:11; 68:4; 69:15; 71:19;
72:2; 91:6, 8, 8; 94:4;
102:3; 104:24, 25; 105:1
**religions** 29:1
**religious** 27:8, 10; 31:25;
32:1, 6, 8, 10; 33:5, 8;
35:15; 39:20; 40:3, 5, 8, 9,
23; 57:11; 64:18; 65:9, 10,
13; 68:13, 15; 71:1; 82:16;
91:21; 101:1
**remarks** 6:25; 30:19
**remember** 9:13, 14, 15;
12:1, 6, 11; 13:12, 21, 23;
14:2, 7, 14, 16, 19, 19, 20;
16:22; 17:10, 15; 19:6, 15,
19, 21; 20:10; 23:19;
24:25; 25:5; 27:18; 31:18,
23; 34:11; 43:22; 44:8;
45:7; 46:15, 16, 22; 47:11;
50:13, 14, 16; 51:6, 8;
52:16; 54:16; 64:19, 20;
65:18; 67:7; 77:11; 93:16;
94:12, 22; 98:21; 99:9;
103:16; 104:1, 20; 106:2
**remembers** 48:19
**remove** 37:3
**rental** 8:11
**repair** 61:18
**repeat** 26:10
**report** 18:13; 38:18
**reported** 97:1
**reporter** 4:1; 17:17, 20,

21, 22; 20:5; 29:11; 96:24;
98:15
**reporters** 23:15; 97:23
**reporting** 95:5, 13, 23;
97:12, 18
**reports** 29:23; 38:7
**represent** 42:20; 91:4, 11
**represented** 5:20
**representing** 5:22; 91:3
**request** 36:20, 24; 37:3, 7
**required** 9:10
**requires** 80:13
**reserved** 3:5; 84:15, 17
**resign** 36:8, 10; 41:20
**resignation** 10:3, 6;
37:18
**resignations** 109:16
**resigned** 9:22, 23, 25;
10:10; 47:15; 52:19;
90:20, 22
**resolution** 21:6, 9; 22:2;
23:18; 24:2; 28:14; 30:4;
31:8, 16; 33:15, 21; 34:3;
90:19
**respective** 3:3
**respond** 31:10, 11
**responding** 93:21
**response** 47:10
**responsible** 15:23;
86:25
**rest** 63:8; 109:12; 111:15
**rethink** 85:2; 87:20
**rethinking** 85:7
**rethought** 82:25
**retire** 54:21
**reviewing** 43:13, 14
**revisit** 37:23; 85:19
**Richard** 19:7
**right** 5:9; 11:23; 16:15,
18, 23; 17:17, 19; 18:6, 19,
20, 21; 19:14; 20:6, 25;
31:22; 33:19, 23; 34:4, 5,
21, 23; 37:6; 38:3, 3, 3, 6,
22; 39:23; 44:4, 4; 46:1;
55:18, 25; 56:23; 58:4, 15,
24; 59:3; 61:3; 66:21, 22;
67:14; 69:17; 70:1, 21;
73:20, 20, 20; 74:2, 2, 11,
11, 16, 25; 75:21, 23; 76:1;
78:12; 79:22, 24; 80:1;
81:1; 84:20, 23; 85:9;
86:24; 88:16; 89:19; 91:9;
95:1, 24; 97:3; 102:25;
105:20, 25, 25, 25; 106:21
**right-hand** 35:4
**rights** 101:3
**river** 104:17
**road** 77:17; 91:25
**role** 66:1
**room** 19:4; 67:11; 80:12;
83:7; 100:5
**ROTHSCHILD** 3:10, 13;
29:6, 9; 36:11, 14; 37:12,
14; 42:2, 15, 22; 46:13, 20;
48:11, 17, 20; 49:8; 52:11;

Angie Yingling
April 27, 2005

Tammy Kitzmiller, et al.   v.
Dover Area School District, et al.

54:3; 56:3; 67:17; 77:16,
20; 93:11; 111:18
**Rothstein** 42:22
**round** 50:5; 59:10
**ruined** 97:11
**run** 8:11; 10:14, 15, 17;
61:15; 108:11; 111:7, 7
**running** 17:5; 25:9;
35:18; 83:20; 88:16, 19
**runs** 111:8
**rush** 39:15
**rushing** 67:13
**Russell** 86:6; 87:10

**S**

**safe** 56:5
**sake** 102:6
**same** 4:25; 8:21; 14:8;
15:11; 26:1; 27:22; 31:11;
47:14, 14; 53:3; 62:10;
68:20; 71:19, 20; 72:13;
80:8, 11, 12, 16, 19, 20,
21; 82:9; 100:4; 102:14;
103:24; 107:1, 20, 21, 25
**saves** 94:10
**saw** 38:5; 98:6
**saying** 15:19, 18, 19, 24;
28:3, 4; 31:23; 35:10; 44:2;
46:7, 10; 50:16; 67:1, 6;
69:9, 18; 72:25; 74:9;
79:10; 82:20; 83:24; 91:8;
97:1; 99:21, 23
**scene** 104:10
**School** 3:16; 5:23; 7:21,
23; 8:4, 4, 6, 18, 20; 9:3, 7,
18; 11:9, 12, 15; 13:1, 6;
14:7; 17:5; 22:5; 27:2;
36:5; 41:21; 42:20; 56:25;
65:2; 80:2; 86:8; 88:17, 23;
92:8, 9; 93:6; 98:24; 103:9
**Schools** 8:24; 43:18;
93:5
**science** 9:6, 9, 11; 12:5;
23:3; 44:25; 51:15, 19, 21;
100:5
**scientific** 44:2; 46:7, 11
**scientists** 23:14
**scream** 17:4; 35:2; 39:10,
11
**screaming** 49:20
**sealing** 3:3
**seat** 50:5
**seats** 65:15; 67:15, 16
**second** 19:23; 26:17;
37:23, 25; 38:9; 100:14
**secretly** 40:25
**section** 36:1; 47:7
**seeing** 63:23
**seemed** 111:4
**seems** 15:14; 58:13;
67:1; 73:4; 106:1
**sees** 28:20
**sell** 92:23; 95:8, 9, 14, 18;

97:14
**sensationalize** 95:9
**sensationalizes** 97:14
**sense** 61:4; 68:7, 11;
69:3, 24; 70:2; 74:3; 79:18;
98:11; 99:17; 108:13;
109:10
**sensitive** 31:4
**separation** 13:10
**service** 27:2; 61:18; 92:7,
8, 20; 93:4; 94:5
**session** 25:20; 50:20;
59:16, 16, 11; 61:11; 66:7, 19;
67:1, 22; 103:16; 108:16,
19
**sessions** 40:23
**set** 19:1
**sets** 37:11
**settle** 76:22
**seven** 29:22; 111:9
**several** 43:5; 68:19;
71:15; 76:9; 80:11; 111:5
**sex** 36:2
**shaking** 5:10
**shall** 47:5
**shaping** 66:1
**share** 24:22; 51:11; 70:25
**Sheila** 10:23, 24; 17:2;
41:24; 70:18; 83:16, 17;
94:13; 99:14; 106:12
**shit** 50:13; 92:9
**shortcoming** 4:12; 58:24
**shortly** 66:4
**shot** 26:16; 92:4
**shoulders** 102:1
**shoving** 68:2
**show** 12:19, 22; 18:9;
20:14; 53:18; 59:15; 82:6,
7
**showed** 96:18
**shut** 49:18; 50:7, 8
**sick** 63:7; 67:9; 96:3, 8
**side** 12:3; 35:3, 4; 107:9
**sides** 39:16; 64:22; 92:15
**sign** 101:20
**similar** 31:2; 110:16
**Similarly** 4:25
**simple** 77:9
**simplifying** 76:16
**sit** 14:12; 27:17; 50:25;
51:12; 53:19; 59:13; 83:6;
84:24; 85:1; 87:20; 94:13
**sitting** 22:9, 19; 23:5, 12;
24:10; 47:15; 77:12;
100:11; 102:1
**six** 89:20
**sized** 60:5
**slate** 10:17, 19; 11:2, 5, 7
**small** 81:1; 61:18
**snap** 40:15
**Sneath** 110:24
**Snook** 52:18; 53:1;
60:20; 78:9

**snowball** 86:10
**socioeconomic** 91:12
**sole** 8:15, 16
**solicitor** 86:8
**somebody** 25:14; 38:17;
80:3, 4; 99:4
**somehow** 76:6
**someone** 13:17, 18;
27:5; 38:15; 93:22; 97:9
**sometime** 94:18
**sometimes** 19:5; 25:3, 5;
51:2
**somewhere** 22:19; 51:13
**sone** 92:22
**soon** 92:13
**sophisticated** 32:13;
72:22
**sophomore** 8:6
**sorry** 6:20; 7:6; 36:23;
49:8, 11
**Sort** 6:25; 25:8, 8, 19;
26:5; 48:6; 50:25; 51:12;
55:24; 61:17; 62:4; 69:6;
74:23; 76:11; 88:22; 89:3;
95:15; 97:23; 106:2, 6, 9
**sound** 80:21
**sounds** 5:8
**source** 60:11
**Spahr** 44:24; 47:17; 51:9,
21; 54:1, 1, 19; 78:15, 17
**speak** 6:6, 9, 10, 12; 7:8,
12; 109:3, 20; 111:3
**speaking** 52:16; 108:4, 8
**speaks** 99:18
**specific** 7:2; 21:22; 25:2;
28:9; 43:6; 49:9; 51:6;
94:17; 106:2
**specifically** 46:10;
60:14; 94:25; 101:8
**specifics** 95:15
**speedy** 59:4
**spend** 59:5; 87:2
**spending** 108:16
**splattered** 96:2
**splitting** 81:21
**spoke** 60:14; 108:10
**spoken** 84:17; 110:20;
111:15
**squeeze** 89:21
**stand** 13:18; 99:23
**standard** 18:23
**standing** 17:17, 19; 20:5;
86:17
**stands** 35:21
**start** 7:8; 23:7; 77:6;
92:15
**started** 93:3
**starts** 38:1; 92:14
**state** 13:10; 111:2
**stated** 57:2
**statement** 13:9, 12, 16,
21; 19:21; 27:13; 38:18;
41:8; 73:5; 97:5; 102:16,

18
**statements** 14:3, 8, 14,
20; 17:16; 40:12; 43:14;
48:13; 53:12; 101:11
**stating** 104:19
**stay** 105:19
**Steve** 86:6
**stick** 15:18; 28:20; 76:10;
80:25
**sticking** 33:10
**sticks** 111:6
**still** 52:22; 83:5; 86:19
**stipulated** 3:2
**STIPULATION** 3:1
**stood** 67:9, 9; 77:19
**stop** 35:19; 81:11, 13;
87:16; 88:15; 106:21
**stops** 87:12
**store** 22:24; 61:14
**story** 98:14
**straight** 54:16
**strange** 100:10
**street** 35:20, 25
**strength** 107:18
**strong** 16:21
**student** 29:25; 45:6
**students** 20:22; 52:2;
54:24
**stuff** 14:19; 27:17; 33:1;
35:9, 13; 41:14, 25; 61:17,
19; 64:23; 66:7; 79:17;
99:3
**stupid** 17:12
**subject** 22:7; 48:21;
80:22
**substance** 67:19
**sue** 108:12, 13, 19, 20
**sued** 35:24
**suffering** 91:25
**suggest** 31:6
**suggestion** 37:3
**suing** 81:18; 108:12;
111:2
**suits** 48:2; 55:10
**sum** 109:8
**summarize** 6:19
**summary** 26:15
**summer** 94:25
**Sunday** 68:23, 24
**Superintendent** 19:7
**superior** 109:25
**support** 14:8
**supposed** 68:13
**Supreme** 81:10; 103:25;
104:19
**sure** 4:14, 24; 5:1; 12:8;
14:11; 18:1; 19:2; 26:22;
33:23; 36:6; 40:21; 42:8;
67:24; 70:6; 71:24; 72:6;
78:21; 80:14; 82:18; 84:2,
18; 85:5; 97:17, 21; 102:22
**surprised** 60:2
**swinging** 84:19

**switch** 15:11; 17:8;
59:25; 63:10, 15; 73:23
**switched** 16:19; 17:7;
20:8; 58:11
**sworn** 3:8
**system** 7:21, 23; 8:4

**T**

**table** 12:3; 50:5; 63:23;
94:2; 99:7; 103:17
**tables** 35:3, 3; 59:10, 10,
12, 15, 18
**takeoff** 88:25
**talk** 4:11; 6:13, 16; 7:2,
15; 25:1, 21; 27:20; 28:8;
36:18; 39:12; 50:17; 51:5;
53:19; 54:9; 58:20; 62:1;
73:2; 75:16; 83:9, 12; 85:2;
87:17, 21, 21, 23; 89:11;
90:15; 110:3; 111:13
**talked** 5:22; 6:19; 24:17;
33:10; 103:14; 111:5, 10
**talking** 18:14, 18; 41:25;
49:8, 12; 50:6, 18; 58:18;
61:15; 62:2; 64:16, 19, 21;
69:14, 23; 73:14; 82:8;
104:17; 106:1; 108:18;
110:8; 111:5
**talks** 83:16; 109:23
**tall** 67:19
**taught** 12:10; 14:4; 21:1;
22:1; 50:11; 77:8
**tax** 89:6
**taxpayer** 80:3
**taxpayers** 59:21; 79:20;
86:25; 87:7, 19; 89:10
**teach** 48:25; 50:1; 78:25;
79:3; 109:24
**teacher** 53:9; 62:11;
100:13
**teachers** 35:4; 44:20;
47:13, 14; 53:5, 13, 17;
54:6; 55:1; 56:10; 59:18;
60:24; 78:13, 18, 25;
79:19; 80:12
**teaching** 14:11, 21;
56:10, 17; 57:12; 76:3;
78:18, 22
**team** 64:13
**Technology** 8:6; 65:2;
93:6
**telling** 27:11; 86:3
**tells** 51:23; 80:1
**ten** 59:12; 62:1
**tend** 53:4; 57:24; 60:9;
96:5
**tends** 88:4
**tension** 86:15
**tenure** 9:19, 21; 12:12;
109:9; 110:17
**term** 44:17; 47:4, 9
**terms** 46:3; 105:11;
107:17
**terrible** 54:24

Tammy Kitzmiller, et al.   v.
Dover Area School District, et al.

Angie Yingling
April 27, 2005

test 5:13; 77:10
testified 3:8; 97:7
testify 68:14; 94:24
testimony 4:3
textbook 15:2, 9; 16:5, 13, 20; 18:14, 24; 55:16; 57:21
textbooks 64:24
texts 58:3
th 50:6
thanked 101:21
thankful 25:25; 28:3, 4, 4; 41:4; 92:17
thanks 102:17
Theories 20:23; 44:2; 50:22, 24; 52:5, 7; 64:4; 74:6; 75:25; 76:9; 77:1; 81:2
Theory 16:3; 20:23; 46:8, 11; 76:11, 15, 16, 19, 23; 77:2; 82:10
therefore 102:19
thinking 29:3; 40:8; 59:5; 81:18, 19; 86:10; 104:3; 105:7
third 37:24; 38:1
Thompson 6:2, 3
though 83:5, 22
thought 15:17, 19; 26:23; 27:1; 31:21; 33:21; 39:12; 62:18, 20, 22; 65:21; 66:20, 22; 72:5; 74:17; 95:16; 99:11; 103:8; 104:14, 18
thousand 27:5, 13; 93:16
threatening 74:13
threats 72:22; 74:8
three 45:3; 71:15; 76:11, 13; 77:1; 87:23; 104:12
throat 102:2
throats 57:16
throw 51:2; 91:18
throwing 65:20; 76:1
thrown 64:4; 92:4; 101:4
thrust 53:23
thundering 109:6
thwart 108:17
ticket 88:23
tie 55:19; 58:2, 9
tied 92:7
ties 77:4; 92:6
tight 53:7, 8, 10, 22
times 68:19; 71:4, 15, 16; 72:1; 97:16; 111:5
titled 29:13; 37:16
today 3:25; 6:9; 29:20; 84:5; 95:3; 97:4, 7; 101:22
together 58:3; 107:19
told 38:13, 14, 15, 16; 41:11; 54:8; 61:5; 81:9; 84:5; 90:22; 92:2; 94:17; 97:8; 108:11, 13; 111:1
tolerate 105:2
took 105:8

top 98:7, 9
topics 12:16
totally 81:10
towards 20:21; 101:7, 10
Township 91:14, 17, 17
track 77:17; 98:19
tracking 98:19
tracks 71:20, 21
traditional 76:14
transcript 5:11
treatments 23:11
tremendous 45:21; 85:21
trial 3:5
tried 15:21; 90:18; 103:1
trip 9:23, 25
trouble 81:7
Troxell 35:21, 23; 36:9, 9; 90:11, 14
true 38:14; 49:23; 97:22
truthful 62:20
try 4:10; 23:20; 26:21; 28:21; 29:2; 33:23; 40:6, 7; 63:5, 8, 19; 73:15; 75:17, 18, 18; 89:6, 21; 107:19; 110:3, 4
trying 3:21; 4:19; 9:4; 15:22, 25; 16:6, 16; 22:4, 5; 26:4; 30:5; 33:2; 42:23; 49:18; 50:1; 52:7; 58:1; 67:12; 71:18, 22; 72:8; 74:17; 82:24; 84:21; 85:20; 89:20; 98:14, 14; 99:5; 100:23; 101:6, 21; 103:6; 105:14, 17, 19; 107:11, 13; 108:1
turn 20:17; 45:8, 16, 19, 21, 23; 47:24, 24; 49:3; 57:24
twenty 9:16
two 6:16; 8:18; 18:3; 27:5, 13; 58:2; 59:18, 18, 18; 64:22; 71:3; 77:18; 88:18; 89:3; 93:16; 94:23; 98:16, 19; 107:17; 109:8
type 32:18; 65:3
typical 57:20

## U

uh-hum 5:7
ultimately 41:20; 75:20
unable 37:22; 38:8
unChristian 30:2, 9; 31:7; 83:4; 105:24
unclear 49:11
uncomfortable 39:25; 69:15, 20; 101:17; 103:3
under 17:2; 20:18; 82:1; 92:14, 15
undercurrent 50:17
understood 11:14; 26:14
unfortunate 6:23
unfortunately 57:13

ungrateful 99:7
unhappy 17:9; 55:15; 78:23; 109:14
Unit 20:18
universes 76:21
unless 22:11
unlike 39:14
unplanned 22:19
unprofessional 100:5
unusual 60:7
up 4:21; 7:9; 9:19; 23:7; 35:6; 44:21, 22; 47:12, 23; 49:18, 24; 50:7, 8; 51:8; 53:3, 18, 25; 55:1, 17; 56:5; 58:9; 59:15, 17; 60:8, 16; 61:16; 64:16; 67:18; 73:25; 75:16; 77:24; 78:9; 80:19; 81:16; 82:6, 7; 84:20; 93:4; 95:19; 96:6; 99:23; 109:8; 111:1
uproar 50:10; 73:21
upset 15:22; 19:1, 6; 52:20; 62:23, 24; 63:18; 64:15; 75:6; 90:17, 23; 91:7; 93:18; 106:4, 16; 107:6; 111:11
upsetting 79:19, 20, 20, 21
urging 59:8
use 21:20; 40:2; 54:15
used 45:9; 47:3, 9, 18; 87:11
usual 15:18; 19:20; 50:5; 52:18; 60:16, 18; 78:5, 7
usually 3:22; 4:12; 14:22; 22:20; 31:11; 61:22

## V

vacation 9:22
various 21:17; 22:15; 65:23
varying 64:12
vehicle 35:21
verbal 10:9
verbally 10:7; 104:5
versions 64:6, 12
versus 3:15; 21:19
Vice-President 98:7
Vicki 4:6
view 21:12, 23; 57:10; 81:23
viewed 84:5
views 51:11
violent 71:25; 106:6
violently 66:12
visibly 19:6
voice 109:6, 21
voices 60:18, 18, 21
volume 60:17
volunteer 18:1; 87:1; 106:17
vomit 96:8

vote 15:4, 7, 11, 13, 13; 16:4, 12, 19, 19; 17:7; 18:13; 19:3, 11; 20:8, 11; 23:18; 24:8, 16; 28:7, 13, 16, 18; 30:19; 31:7, 24; 34:11, 13, 20; 35:12; 37:10; 55:17; 56:5; 58:11; 59:25; 60:25; 61:1; 62:11; 63:10, 15, 19, 24; 64:1; 69:24; 70:2, 15; 72:3, 18; 73:1, 21, 23; 74:3, 24; 75:15, 18, 20; 76:2; 85:8; 99:24; 105:24; 107:4, 19
voted 15:1, 8; 16:13; 21:3, 5; 30:4, 5, 6; 31:15, 16; 32:1; 34:3, 9; 48:2; 52:20; 58:2; 72:1; 75:9; 80:3, 23; 81:22; 86:21
voters 28:24; 48:4; 87:14
votes 56:1; 63:23; 105:17
voting 15:20; 24:2; 29:24; 32:9, 20, 22; 33:7, 14; 61:23; 76:2

## W

wait 4:14, 21; 7:7
waiting 22:20; 23:5, 5
waived 3:4
Wal-Mart 22:23
Walczak 111:1
walk 52:21; 95:19; 104:5
walked 59:22; 100:4
walking 103:13, 16; 104:2; 105:6
walks 91:11
wants 11:16; 16:1, 18; 36:6; 49:14; 63:19, 25; 64:1, 3; 78:21; 81:9; 88:20; 98:6; 103:25
Washington 91:14, 17
waste 89:6
watch 84:12
watching 31:13; 84:9
waving 106:14
way 17:1; 26:13; 27:9; 28:18; 31:11, 16; 32:15; 33:7, 22; 34:6; 39:7; 40:7; 50:4, 6, 7; 54:19; 56:25; 61:11, 23, 24; 62:20; 63:19, 20, 23, 24; 65:15; 69:24; 71:12; 72:1; 73:1; 74:9; 75:18; 76:21; 77:19; 81:19; 84:7; 88:4; 89:11; 91:6, 9; 92:2, 16; 96:25; 99:8; 100:4; 103:6; 106:5; 107:12; 109:8, 25; 110:2
ways 51:24; 93:2
wealthy 38:23
website 20:16
week 111:9
weird 62:21; 100:11
well-spoken 32:13; 38:24; 39:10; 72:21, 24; 109:22

Wenrich 65:7; 70:22; 99:13; 103:14, 17; 107:3
weren't 44:11; 65:5; 78:5
whacked 39:20; 40:3; 93:19
whatnot 61:15
Whereas 84:19; 98:15
whining 34:23; 47:23; 48:4
whole 21:18; 22:10, 16; 24:16; 39:15; 44:24; 46:21; 50:4, 6; 54:4; 55:12
Widow 72:20
wife 41:3; 101:14
wire 63:3
wishes 88:10
withdraw 30:16, 18
without 29:3; 58:18; 60:19, 20, 22
witness 3:7; 29:17; 69:18
women 106:16
wondering 77:13
wonders 109:24
word 26:11, 11; 39:19; 45:25
words 5:7; 21:20; 22:4; 26:9; 32:24; 44:8; 50:12; 57:9; 58:5; 69:21; 72:20; 76:21; 109:8
work 8:8; 61:18
worked 41:7
working 28:12; 108:22
works 49:19, 20
world 55:11; 68:14
worried 91:13; 104:7, 9, 13, 14, 15; 105:5
worry 104:5
worrying 105:7
worse 74:7, 7; 95:18
Worst 37:17
worth 85:22; 90:3
wow 101:22
write 45:18; 48:7
writing 17:19
written 4:8, 20; 10:7; 23:14, 16; 57:19; 88:20
wrong 14:10; 34:19; 39:24; 60:5; 71:25; 74:5; 96:11, 13; 104:24, 25

## Y

year 8:6; 10:4; 37:21; 46:15; 51:7
years 8:7, 18; 9:16; 12:6; 13:17; 21:17; 27:5, 13; 28:11; 40:13; 41:17; 45:20; 58:25; 77:13; 88:18; 93:4, 16; 94:23; 98:23; 100:13
yell 17:3; 35:1; 39:9, 11; 86:18; 92:13
yelled 17:11; 20:3; 50:2;

Angie Yingling
April 27, 2005

Tammy Kitzmiller, et al.   v.
Dover Area School District, et al.

79:2; 107:22
yelling 16:22, 24; 17:18;
19:4; 20:5; 27:6, 6; 34:23;
19:24, 25; 50:4, 6; 51:8;
53:4; 57:22; 59:3, 8; 60:9;
37:19; 93:20; 97:8, 10;
99:6; 106:13
yells 14:16; 50:15
yesterday 94:13
YINGLING 3:7, 11; 6:7;
7:5; 10:20; 18:19, 22;
29:10; 37:15, 17; 38:2
York 9:13; 12:19; 17:23;
18:10; 65:2; 87:3; 93:6
young 31:12; 53:8

# Z

Zeigler 54:15
zone 51:12
zoning 3:22, 23