**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
**HARRISBURG, PA**

AUG 9 2005

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

TAMMY J. KITZMILLER; BRYAN REHM,
CHRISTY REHM; DEBORAH F.
FENIMORE; JOEL A. LIEB;
STEVEN STOUGH; BETH A EVELAND;
CYNTHIA SNEATH; JULIE SMITH;
ARALENE D. CALLAHAN ("BARRIE");
FREDERICK B. CALLAHAN,

       Plaintiffs,

    v.

DOVER AREA SCHOOL DISTRICT;
DOVER AREA SCHOOL DISTRICT BOARD OF
DIRECTORS,

       Defendants

CIVIL ACTION

NO. 4:04-CV-2688

## EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT

## APPENDIX II – VOLUME I

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY J. KITZMILLER; BRYAN REHM, CHRISTY REHM; DEBORAH F. FENIMORE; JOEL A. LIEB; STEVEN STOUGH; BETH A EVELAND; CYNTHIA SNEATH; JULIE SMITH; ARALENE D. CALLAHAN ("BARRIE"); FREDERICK B. CALLAHAN, : : : : : : : : : | |
| Plaintiffs, : : | CIVIL ACTION |
| v. : : | NO. 4:04-CV-2688 |
| DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, : : : : | |
| Defendants : | |

### EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT

### APPENDIX II

| EXHIBIT | TAB |
|---|---|
| Defense's Expert Report of Michael Behe with exhibits | A |
| May 19, 2005 Deposition of Michael Behe | B |
| Defense's Rebuttal Expert Report of Kenneth Miller by Michael Behe | C |
| Defense's Rebuttal Expert Report of Kevin Padian by Michael Behe | D |
| Defense's Expert Report of Dick Carpenter | E |
| May 17, 2005 Deposition of Dick Carpenter | F |
| Defense's Rebuttal Expert Report of Dick Carpenter | G |
| Defense's Expert Report of Scott Minnich | H |

| EXHIBIT | TAB |
|---|---|
| May 26, 2005 Deposition of Scott Minnich | I |
| Defense's Expert Report of Warren Nord | J |
| June 7, 2005 Deposition of Warren Nord | K |
| Defense's Expert Report of Steve Fuller | L |
| June 21, 2005 Deposition of Steve Fuller | M |

PHLEGAL: #1775262 v1 (121S%01!.DOC)