# APPENDIX II

# TAB K

Warren Nord 6/7/2005

---

**SHEET 1  PAGE 1**

00001

```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
 2                    CIVIL ACTION NO. 4:04-CV-2688
 3
     TAMMY J. KITZMILLER;                  )
 4   BRYAN REHM, CHRISTY REHM;             )
     DEBORAH F. FENIMORE;                  )
 5   JOEL A. LIEB; STEVEN STOUGH;          )
     BETH A EVELAND; CYNTHIA               )
 6   SNEATH; JULIE SMITH;                  )
     ARALENE D. CALLAHAN                   )    D E P O S I T I O N
 7   ("BARRIE"); FREDERICK B.              )
     CALLAHAN,                            )    O F
 8                                         )
                                           )    W A R R E N
 9                Plaintiffs,              )
                                           )    A.
10           vs.                           )
                                           )    N O R D,
11   DOVER AREA SCHOOL DISTRICT;           )
     DOVER AREA SCHOOL DISTRICT            )    PH.D.
12   BOARD OF DIRECTORS,                   )
                                           )
13                                         )
                                           )
14                Defendants.             )
     ------------------------------
15                A P P E A R A N C E S
16   For the Plaintiffs:     Mr. Alfred H. Wilcox
                             PEPPER HAMILTON, L.L.P.
17                           3000 Two Logan Square
                             Eighteenth and Arch Streets
18                           Philadelphia, PA  19103-2799
19
     For the Defendants:     Mr. Patrick Gillen
20                           THOMAS MORE LAW CENTER
                             P. O. Box 393
21                           Ann Arbor, MI  48106
22
23
24   In Chapel Hill, N.C.        Reported by:
     June 7, 2005               Rebecca R. LeClair, CVR
```

**PAGE 3**

00001

```
 1   Stipulations                                          -3-
 2   said case at which said deposition might be used, except
 3   that an objection as to the form of a question must be made
 4   at the time such question is asked, or objection is waived
 5   as to the form of the question.
 6          (5)  That the witness reserves the right to read
 7   and sign the deposition prior to filing.
 8          (6)  That the sealed original transcript of this
 9   deposition shall be mailed first-class postage or
10   hand-delivered to the party taking the deposition for
11   preservation and delivery to the Court, if and when
12   necessary.
13
14
15
16                            * * * * *
17
18   -----------------------------------------------------------
19   Whereupon,
20                           WARREN A. NORD, PH.D.,
21                           having been first duly sworn,
22                           was examined and testified
23                           as follows:
24   -----------------------------------------------------------
```

**PAGE 2**

00002

```
 1   Stipulations
                       S T I P U L A T I O N S                 -2-
 2          It is hereby stipulated and agreed between the
 3   parties to this action, through their respective counsel of
 4   record:
 5          (1)  That the deposition of WARREN A. NORD, PH.D.,
 6   may be taken on June 7th, 2005, beginning at 9:07 A.M., at
 7   the University of North Carolina at Chapel Hill, Program in
 8   the Humanities and Human Values, located at 1700 Airport
 9   Road, Room L-03, Chapel Hill, North Carolina, before
10   Rebecca R. LeClair, CVR, a Notary Public.
11          (2)  That the deposition shall be taken and used as
12   permitted by the applicable Federal Rules of Civil
13   Procedure, and formal opening is hereby waived.
14          (3)  That any objections of any party hereto as to
15   notice of the taking of said deposition or as to the time
16   or place thereof, or as to the competency of the person
17   before whom the same shall be taken, are deemed to have
18   been met.
19          (4)  Objections to questions and motions to strike
20   answers need not be made during the taking of this
21   deposition, but may be made for the first time during the
22   progress of the trial of this case, or at any pretrial
23   hearing held before any judge of competent jurisdiction for
24   the purpose of ruling thereon, or at any other hearing of
```

**PAGE 4**

00004

```
 1   DIRECT EXAMINATION BY MR. WILCOX:
 2   Q   Dr. Nord, have you ever had your deposition taken
 3       before?
 4   A   No.
 5   Q   Okay.  Let me just rehearse for you a little bit
 6       what the process is.  As Mr. Gillen has probably
 7       already mentioned to you, I get to ask questions.
 8       Your obligation is to answer them.  If you don't
 9       understand my question, just tell me.  This is
10       less-familiar terrain for me than it is for you, so
11       it's entirely possible that my questions will not
12       make sense to you.  And if so, don't answer it;
13       just tell me that--
14   A   Okay.
15   Q   --you can't understand that question and would I
16       please try to do better, and I will.  At any time
17       you'd like to take a break, walk around, clear your
18       head, use the facilities--this is not an endurance
19       test.  It is--
20   A   All right.
21   Q   --a search for your views as they pertain to this
22       matter.
23   A   Good.
24   Q   I would like to begin by asking you to define some
```

Warren Nord 6/7/2005

SHEET 2   PAGE 5

00005

```
 1        terms that appear in the Rule 26 disclosure
 2        statement that has been produced in this case.
 3   A    Yeah.  That's the--whatever the--yes.
 4   Q    And why don't we just mark one of these as Nord
 5        Exhibit 1 so we have a clear record of what we're
 6        talking about.
 7           (PLAINTIFF'S DEPOSITION EXHIBIT NO. 1
 8            MARKED FOR IDENTIFICATION)
 9   Q    Has the reporter now marked a copy of your report
10        as Plaintiff's Deposition Exhibit 1 for the Nord
11        deposition?
12   A    (Examines paperwritings.)  Yes.
13   Q    In the first paragraph of your report, you refer to
14        something described as 'culture wars,' or 'our
15        culture wars.'  Do you see that?  It's in about the
16        third line from the bottom.
17   A    (Examines paperwritings.)
18   Q    You say, "In both books, my aim has been to chart a
19        middle course in our culture wars."
20   A    No, I'm--
21   Q    It's in the first paragraph.
22   A    Oh, in the first paragraph.  Okay.
23   Q    Yes.
24   A    (Examines paperwritings.)  Yes.
```

PAGE 7

00007

```
 1        campaigns, we see in certainly fights over religion
 2        in schools, between--Hunter calls them progressives
 3        and the orthodox.  Most people would say between
 4        liberals and conservatives.  By and large, the
 5        religious view becomes identified as the
 6        conservative view; the liberal view is--becomes the
 7        secular view.  I think that's kind of unfortunate,
 8        because there are liberal religious folk and there
 9        are secular conservative folk, and that's why it
10        gets so incredibly complicated.
11           But the point is--I think the fundamental
12        point is that there are some fairly deep divisions
13        in our culture--that have roots in religiously how
14        we make sense of the world, morally how we make
15        sense of the world, politically how we make sense
16        of the world--that divide us, that we're constantly
17        fighting over, and that shape an awful lot of the
18        battles that go on over--over education.  I could
19        get a whole lot more specific, but--
20   Q    Okay.
21   A    --that's the general overview.
22   Q    As it pertains to the issues in this case--
23   A    Uh-huh (yes).
24   Q    --would you say we're talking about the culture
```

PAGE 6

00006

```
 1   Q    Could you explain or define for me what you mean by
 2        'our culture wars'?
 3   A    You're starting with an easy question.  Well,
 4        that's--that's a tricky question, because there--
 5        what counts as our culture wars is something that
 6        scholars and--and nonscholars disagree about.  But
 7        I suppose that--I think of James Davison Hunter's
 8        book on--on culture wars as being the most
 9        interesting and helpful discussion.
10   Q    Excuse me.  Let me try again.  I'm asking for your
11        definition.
12   A    Okay.  I'm going to say I agree with James Davison
13        Hunter.  Our culture wars are--to some extent,
14        culture wars are between religious folk and--and
15        secular folk.  But as Hunter points out--and I
16        agree--more often, they're between liberal folk and
17        conservative folk.  And these wars have to do with
18        how we define reality; how we make sense of
19        reality; how we make sense of values; what the
20        authority is for our moral judgments, our value
21        judgments, our political judgments, our religious
22        judgments.
23           And there's a kind of cleavage that runs
24        through our culture that we see in political
```

PAGE 8

00008

```
 1        wars or different perspectives on how we define
 2        reality?
 3   A    Yes.
 4   Q    Okay.  One of the--one of the outposts, if you
 5        will, on that issue, how we define reality--we're
 6        talking evolution or not?
 7   A    That's oftentimes the way it gets worked out.  That
 8        is to say, I think there's the general perception
 9        that there are fundamentalists, who believe in
10        Genesis creation, and then there's all the rest of
11        us reasonable folk.  And certainly one of the
12        things that I want to--I've wanted to do in a lot
13        of my work is break down that distinction and say
14        it's a whole lot more complicated.  So that, for
15        example, on the question of evolution, there aren't
16        just two positions; there are seventeen positions,
17        or maybe fourteen, or twenty-one.  I don't know.
18           And--and one of the interesting
19        questions is that, well, one can certainly be
20        religious and accept evolution, so one has to be
21        more specific.  And--and then the question goes to
22        neo-Darwinism and what--kind of establishment
23        science views of evolution, and whether there are
24        alternative ways of understanding evolution.
```

Warren Nord 6/7/2005

SHEET 3   PAGE 9

00009

```
 1              So that the culture wars kind of
 2    mentality oftentimes cause us--and the media
 3    certainly exacerbate this--to focus--to--to push us
 4    into two opposing camps, when a lot of the purpose
 5    of my work has been to muddy the waters and to say
 6    it's not nearly that simple.
 7  Q   Okay.  You used a phrase, "neo-Darwinism," which
 8      appears in the second paragraph of your--
 9  A   Yes.
10      --report.  And could you tell us what you mean by
11      "neo-Darwinism"?
12  A   Well, I take the neo-Darwinian synthesis to be the
13      combination of Darwin's theory of evolution, which
14      focuses on natural selection as the mechanism of
15      evolution, together with modern genetics, that
16      provide an account of what natural selection works
17      on, genes, and in this case, the random mutation
18      and recombination of genes.
19              The significance--well, I'll let you ask
20      the questions.
21  Q   And in that same paragraph, the second paragraph
22      of--
23  A   Uh-huh (yes).
24  Q   --your report, you refer to intelligent-design
```

PAGE 10

00010

```
 1      theory, or--
 2  A   Yes.
 3  Q   --IDT.
 4  A   Uh-huh (yes).
 5  Q   And if you would, what is your understanding as to
 6      what IDT is?
 7  A   I take IDT to be a theory held by a number of
 8      scientists--Michael Behe, William Dembski, Stephen
 9      Meyer.  I mean, Phillip Johnson isn't certainly--
10      although he's not a scientist, has certainly done
11      an awful lot to define the movement.  The
12      fundamental idea being that natural selection isn't
13      able to explain much--that it's not adequate for
14      explaining much of what needs to be explained in
15      biology, and that design explanations are a
16      legitimate and--provide a legitimate alternative
17      explanation, one which--which seems to have a good
18      deal to--design explanations have a good deal to
19      say for--well, let me back up.
20              In the--particularly in the absence of
21      naturalistic explanations, Darwinian explanations,
22      in certain important points in--in biology and
23      particularly in dealing with evolution, design
24      explanations seem to provide a much better account
```

PAGE 11

00011

```
 1      of what--what happened than the--the kind of
 2      gradualistic, neo-Darwinian mechanisms of--of
 3      establishment biology.
 4  Q   When you say "in the absence of a Darwinian
 5      explanation," are you referring to anything more
 6      than that Darwinian explanations currently are not
 7      able to--
 8  A   Yeah.
 9  Q   --answer--
10  A   That's a good question.  And--and of course--I
11      mean, I can see right now that I didn't answer your
12      last question very well, because in--in many cases,
13      it's not just the absence of a Darwinian
14      explanation which then opens the door for a design
15      explanation.
16              I think the kind of argument that many of
17      the ID theorists would make is that--particularly
18      because of irreducible complexity, or specified
19      complexity for Dem--in Dembski, that we--we get--
20      that--that design explanations seem to be the
21      particularly appropriate kinds of--of explanations
22      in those cases where the complexity of the
23      phenomenon to be--to be explained seems irreducible
24      in some sense.  So it's not just that there's not a
```

PAGE 12

00012

```
 1      naturalistic explanation that's forthcoming; it's
 2      that the design explanation fits the--the phenomena
 3      better, the evidence better.
 4  Q   And would you agree that in addition to there
 5      having had to have been a design, there had to have
 6      been a prototype, or two, of those designs to get
 7      things moving?  You can't just have a--a real
 8      biological observation that was designed without
 9      having had something put that design into effect.
10      Would you agree with that?
11  A   Are you--are you asking whether there's a designer?
12  Q   Well, not just--
13  A   Is that the question?
14  Q   --a designer but also a creator--
15  A   Yeah.
16  Q   --to take that design and put it into real--the
17      real world.
18  A   Well, you know, the usual ID explanation is that
19      what science, as they understand science, is
20      capable of doing is--is providing a convincing
21      design explanation, but that that leaves us well
22      short of any account of how the design got there.
23              And it seems to me that that's a
24      reasonable position to take, that--that science,
```

Warren Nord 6/7/2005

SHEET 4   PAGE 13

00013
```
 1
 2   somewhat more liberally understood than
 3   establishment science, can get us to design, but
 4   moving beyond the--the design to--to a designer or
 5   an explanation of how the design got there is a
 6   question of a different kind probably.  There,
 7   perhaps, philosophical or theological kinds of
 8   reasoning may be appropriate or may even be
 9   necessary.
10             And--and that--that position makes sense
11   to me.  I mean, I think all the time, I mean, just
12   on a kind of common-sense level, we can recognize
13   design in the world, in our world, in all kinds of
14   ways, without having any idea who put it there or
15   why it was put there.  And, I think, similarly,
16   in--in nature, one could recognize design but still
17   not have any idea of how the design got there.
18   And--and one might even want to say that, as I
19   said, that's a different kind of question.
20 Q   If I understand your view on this--and don't be
21   reluctant, and I'm sure you won't be, to tell me if
22   I'm mistaking something--you understand intelligent
23   design to be an inference based on observations
24   made in the real world.
25 A   Yes.  So far, so good.
```

PAGE 14

00014
```
 1
 2 Q   And the inference that is made specifically is that
 3   something we humans would recognize as design
 4   appears in parts of the natural world.
 5 A   Yeah.
 6 Q   So far, so good?
 7 A   So far, so good.
 8 Q   Intelligent-design theory, as you understand it,
 9   stops there and doesn't go beyond that to argue as
10   to the nature of the designer, the process by which
11   the design became manifest in the world--
12 A   Uh-huh (yes).
13 Q   --or any like question.  Is that--
14 A   Yeah.  I--I don't doubt that intelligent-design
15   theorists--many of them have various philosophical
16   and theological convictions, or accounts,
17   explanations, that they might offer, in a
18   nonscientific context, for explaining design.  But
19   my understanding is that they want to draw a fairly
20   sharp line between what they can say as scientists
21   about design and other questions about the--the--
22   how the design came to be and the nature of the
23   designer, which then become nonscientific
24   questions, philosophical or theological questions.
25 Q   As you understand the controversy surrounding
```

PAGE 15

00015
```
 1
 2   Darwin's theory of evolution, is it a controversy
 3   between intelligent-design theory on the one hand
 4   and neo-Darwinism on the other hand?
 5 A   That's the--the kind of flash point for the debate
 6   in--in our culture now.  And those are the--the--
 7 Q   Fifty years ago, it might have been--
 8 A   --creationism?
 9 Q   --it would have been young-earth creationism.  And
10   so that's--that's the--the most visible point of--
11   the--the most visible war--or battle in our culture
12   wars now.
13             But those aren't the only two positions.
14   That's true.  Theologians and philosophers take a
15   lot of--a lot of different positions.
16             Now, within science, I mean, there, the
17   question, of course--the controversy is, is it
18   science?  And--and, you know, I--I'm not a
19   philosopher of science, and I'm not a scientist, so
20   I--I confess that I cannot speak with great
21   authority here.  I would say that someone like
22   Stuart Kauffman's views of--of complexity theory
23   and self-organizing phenomena in--in nature might
24   be another alternative.  But it's--it's certainly
```

PAGE 16

00016
```
 1
 2   the major alternative insofar as the--the battle
 3   is--is conveyed to the--to the larger public
 4   through--through the media, yeah.
 5             And--and I would say, too, I suppose,
 6   within--within science itself or on the edges of
 7   science, it's a--it's a battle that--that--or an
 8   argument that's going on that's--that's widely
 9   noted--noticed, and oftentimes responded to, by
10   scientists, so--establishment scientists.
11 Q   Let me shift gears dramatically--
12 A   Okay.
13 Q   --and just touch on something that we have to
14   cover.
15 A   Uh-huh (yes).
16 Q   And basically, this is going to be a series of
17   questions by which I try to define how you prepared
18   for your opinion here, and more particularly, what
19   you might not have done--
20 A   Uh-huh (yes).
21 Q   --in preparing for your opinion here.  Did you meet
22   with any of the defendants?
23 A   No.
24 Q   Did you meet with any of the teachers--
25 A   No.
```

SHEET 5   PAGE 17

```
00017
 1
 2   1  Q    --at Dover Area Schools, or any of the
 3   2         administrators?
 4   3  A    No.  Uh-oh [no].
 5   4  Q    Did you read the biology textbook that the--
 6   5  A    No.
 7   6  Q    --Dover Area School uses?
 8   7  A    Uh-uh [no].
 9   8  Q    Did you read Of Pandas and People?
10   9  A    I read it a long time ago, I guess shortly after it
11  10         first came out, probably--what was that, late '80s,
12  11         early '90s?  Late '80s?  A long time ago.  I don't
13  12         remember when I read it.  And--and I confess I
14  13         didn't read it carefully, but, you know, I got
15  14         something of the gist of it.
16  15  Q    And did you reread it--
17  16  A    No.
18  17  Q    --for your opin--
19  18  A    No,
20  19  Q    --your opinion here?
21  20  A    No.
22  21  Q    Did you read the Dover Area School District "Board
23  22         Press Release"?
24  23  A    Yes, I did.
25  24  Q    Let me mark that Exhibit 2.
```

PAGE 18

```
00018
 1
 2   1          (PLAINTIFF'S DEPOSITION EXHIBIT NO. 2
 3   2              MARKED FOR IDENTIFICATION)
 4   3  Q    And has the reporter now marked as Exhibit 2--
 5   4  A    (Examines paperwritings.)  Yes.
 6   5  Q    --the press release that you referred to?
 7   6  A    Uh-huh [yes].
 8   7  Q    And did you read the District note on the teaching
 9   8         of evolution?
10   9  A    No.
11  10  A    (Hands paperwritings to the witness.)
12  11  A    (Examines paperwritings.)  Well, this is the same--
13  12         this is incorporated into the press release.
14  13  Q    Okay.
15  14  A    Yeah.  Yeah.  So I have read that, yes.
16  15  Q    All right.
17  16          (PLAINTIFF'S DEPOSITION EXHIBIT NO. 3
18  17              MARKED FOR IDENTIFICATION)
19  18  Q    There is a slight difference between what's in the
20  19         press release and the District note.
21  20          MR. GILLEN:  Can I see a copy, Chub?
22  21          MR. WILCOX:  Sure.  (Hands paperwritings
23  22         to Mr. Gillen.)
24  23          MR. GILLEN:  Thanks.
25  24  Q    (By Mr. Wilcox)  The District note concludes with
```

PAGE 19

```
00019
 1
 2   1         the following--no.  I'm sorry.  I take it back.
 3   2         That's just paragraphed differently.  Never mind.
 4   3  Q    Did you read any other materials
 5   4         describing the Dover School District policy or the
 6   5         implementation of that policy?  And by "policy," I
 7   6         refer to the one on teaching evolution.
 8   7  A    I read--you know, I have read in the past a few
 9   8         newspaper stories about it, I guess.
10   9  Q    Okay.
11  10  A    That's pretty fuzzy in my mind, and it's some time
12  11         ago.
13  12  Q    Did you read the complaint or the answer?
14  13  A    No.  Uh-uh [no].
15  14  Q    Were you forwarded materials by counsel in the case
16  15         for you to review in connection with the
17  16         preparation of your opinion?
18  17  A    No, not before the opinion, I don't think.
19  18         Afterwards, I read some of the--the testimony of
20  19         other witnesses, but--but, I think, nothing--I
21  20         think the only thing I received was this--
22  21         (indicating)--before I wrote my opinion.
23  22  Q    "This" referring to Nord Exhibit 1?
24  23  A    Yes.
25  24          MR. GILLEN:  Is this my copy, Chub?
```

PAGE 20

```
00020
 1
 2   1          MR. WILCOX:  Oh.
 3   2          MR. GILLEN:  Is this two?
 4   3          MR. WILCOX:  (Hands paperwritings to Mr.
 5   4         Gillen.)
 6   5          MR. GILLEN:  Thanks.
 7   6          MR. WILCOX:  Sure.
 8   7          MR. GILLEN:  Thank you.
 9   8  Q    (By Mr. Wilcox)  Can you--can you recall any other
10   9         people you talked with in connection with the
11  10         preparation of your opinion in this case?
12  11  A    Well, just Pat.  And Rob Muise.  They're the only
13  12         two.
14  13  Q    And can you recall any other papers that you
15  14         reviewed in connection with the preparation of your
16  15         opinion?
17  16  A    No.  I--we--I agreed to be--am I witness?  Is that
18  17         what I--
19  18  Q    An expert witness.
20  19  A    An expert witness.  I agreed to be an expert
21  20         witness very shortly before the testimonies were
22  21         due, and there wasn't time to do anything.  So--so,
23  22         no, I don't--I don't think that--I know there was
24  23         probably a par--well, I mean, we--we talked a--
25  24         (addressing Mr. Gillen)--you asked me to be it, and
```

Warren Nord 6/7/2005

SHEET 6   PAGE 21
```
00021
 1
 2    1         then there was a kind of lull of a few--
 3    2    Q    "You" referring to Mr. Gillen?
 4    3    A    To Mr. Gillen.
 5    4    Q    Okay.
 6    5    A    And--and then there was a lull of a few weeks,
 7    6         and--and then, as I recall, a deadline, a looming
 8    7         deadline, and I didn't have time to do any new
 9    8         research.  I've read--I teach about this a little
10    9         bit, and--and I've read a fair amount.  I didn't
11   10         feel the need to do any--any more research, but I--
12   11         I didn't take the limited opportunity I had to do
13   12         more reading.
14   13    Q    I also have to go through your qualifications--
15   14    A    Yes.
16   15    Q    --relative to rendering an opinion in this case.
17   16    A    Uh-huh (yes).
18   17    Q    Am I correct that you are not a scientist?
19   18    A    I am not a scientist.
20   19    Q    And specifically, you are not a biologist?
21   20    A    That's right.
22   21    Q    And you have not--well, I shouldn't say it that
23   22         way.  Let me ask.  What courses, college level or
24   23         higher, have you taken in biology or life sciences?
25   24    A    None.  Oh, no, not in--not in life sciences, no.  I
```

PAGE 22
```
00022
 1
 2    1         did study chemistry and--but not biology--in
 3    2         college.
 4    3    Q    Okay.  Have you ever sat on a school board?
 5    4    A    No.
 6    5    Q    Have you ever taught secondary--
 7    6    A    No.
 8    7    Q    --level students?
 9    8    A    Uh-uh (no).
10    9    Q    Have you ever served as a school administrator in
11   10         the secondary level?
12   11    A    No.
13   12    Q    Now, what you have done is thought a lot about
14   13         issues having to do with the intersection of
15   14         science and religion?
16   15    A    Yes.
17   16    Q    Especially as they intersect in education?
18   17    A    Yes.
19   18    Q    And even more particularly, as they intersect in
20   19         public education?
21   20    A    Yes.
22   21    Q    And you have read on the ways in which the courts
23   22         in the United States have commented on that
24   23         intersection?
25   24    A    Yes.
```

PAGE 23
```
00023
 1
 2    1    Q    Am I correct that, in your opinion, education needs
 3    2         to do more than it currently does to treat religion
 4    3         fairly?
 5    4    A    Yes.
 6    5    Q    And am I correct that in order to treat religion
 7    6         fairly, in your view, schools, including public
 8    7         schools, should not refrain from providing
 9    8         instruction on religious implications of the
10    9         curriculum that is otherwise taught in public
11   10         schools?
12   11              MR. GILLEN:  Objection to the form.  You
13   12         can answer.
14   13              THE WITNESS:  Oh, I can go ahead and
15   14         answer?
16   15    A    Yes.  I'm happy to give an explanation.
17   16    Q    Please do.
18   17    A    It--it does seem to me that for a variety reasons,
19   18         including the nature of liberal education, the--the
20   19         nature of constitutional neutrality, as the Supreme
21   20         Court has defined it, and kind of civic obligations
22   21         that stem from the public nature of education, that
23   22         public schools need to be sensitive to and respond
24   23         to the larger kind of cultural discussion that
25   24         we're having about various important issues, and
```

PAGE 24
```
00024
 1
 2    1         include all of the voices in that discussion.  And
 3    2         some of those voices are religious voices.
 4    3              So that it seems to me to be
 5    4         inappropriate to simply limit education to
 6    5         secular--even in public schools--to simply secular
 7    6         education and ignore religious points of view on
 8    7         those kinds of issues and topics addressed by
 9    8         traditional--the--the disciplines defined as they
10    9         are in totally secular ways.
11   10         Among the life sciences, is there an issue framing
12   11         more clearly the need for public education to treat
13   12         fairly with religious views--I've gotten myself
14   13         lost in my question, so let me back up and start
15   14         over.
16   15    A    I'll get myself lost in the answer, so that's fine,
17   16              MR. GILLEN:  I don't think there's one of
18   17         us who hasn't done that so far.
19   18    Q    In your view, is the question of evolution
20   19         freighted with religious views?
21   20    A    Yes.
22   21    Q    And would you explain why you believe that to be
23   22         so?
24   23    A    I guess there are a lot of reasons.  The reason
25   24         back in the 1920s that evolution became such a hot
```

Warren Nord 6/7/2005

```
1  00025
2   1            issue was because of the rise of fundamentalism and
3   2     the belief that--
4   3  Q   By 'fundamentalism,' you're referring to Christian
5   4     fundamentalism?
6   5  A   Protestant--more specifically, Protestant
7   6     fundamentalism, which defined itself in terms of
8   7     the inerrancy of scripture.
9   8            And once--and that was the--that was
10  9     the--fundamentalists believed in a lot of things,
11 10     but--but that was perhaps the most important
12 11     defining principle of Protestant fundamentalism,
13 12     was the inerrancy of scripture in response to the
14 13     growing liberalization of--of mainline-religion
15 14     Protestantism in America.
16 15            And once--once it was believed that
17 16     scripture was without error, in a kind of natural
18 17     literalism that goes to it, then Genesis has to be
19 18     read literally.  And then we've got a conflict with
20 19     evolution that--that really wasn't there until the
21 20     rise of fundamentalism.  My understanding is that
22 21     evangelicals and conservatives had--had pretty much
23 22     accepted evolution before the rise of
24 23     fundamentalism.
25 24            So, that's certainly--that--that's what
```

```
1  00027
2   1            theologians raise about--about evolution, too,
3   2     that--that don't become part of our culture-wars
4   3     battles.
5   4  Q   You said that neo-Darwinism is an unguided
6   5     process--
7   6  A   Yeah.
8   7  Q   --as currently explicated by Darwinian
9   8     evolutionists.
10  9  A   Uh-huh (yes).
11 10  Q   In contrast, you posit that there are religious
12 11     adherents who are uncomfortable with the
13 12     notion of a purposeless--
14 13  A   Uh-huh (yes).
15 14  Q   --biology--
16 15  A   Uh-huh (yes).
17 16  Q   --and would have greater comfort with a biology
18 17     that countenanced a purpose to life--
19 18  A   Yes.
20 19            MR. GILLEN:  Object to the form.  Go
21 20     ahead.
22 21  Q   --that purpose, as I understand it, being derived
23 22     from a god.
24 23  A   Uh-huh (yes).
25 24            MR. GILLEN:  Object to the form.
```

```
1  00026
2   1            gives rise to the controversy, and I think--and the
3   2     Scopes trial, of course.  And that still is what
4   3     frames so much of the public discussion.
5   4            But that's not the only issue.  I mean,
6   5     another issue--and one more relevant, I suppose, to
7   6     this case--is the question of neo-Darwinism in
8   7     particular, rather than evolution in general, and
9   8     the--the fact that neo-Darwinism is a purposeless
10  9     process, an unguided, purposeless process that's
11 10     built into the structure of neo-Darwinism.  So that
12 11     many more-moderate and liberal religious folk who
13 12     have no trouble with evolution might still have a
14 13     problem with--with neo-Darwinism as the--as the
15 14     mechanism that explains evolution.
16 15            So the question is a--is a problem that
17 16     many liberal religious folk have, although I think
18 17     this is oftentimes lost in the culture-wars
19 18     rhetoric, that evolution is--is evolution designed
20 19     or not; does it have a purpose or not?
21 20            So, yes, I mean, people who--religious
22 21     folk who aren't fundamentalists oftentimes have
23 22     difficulties with neo-Darwinian evolution in--in
24 23     particular.  And then there are various kinds of
25 24     philosophical problems and problems that
```

```
1  00028
2   1  Q   So, to be clear as to the culture-wars--
3   2  A   Uh-huh (yes).
4   3  Q   --on one side of a divide, wherever the divide
5   4     might be, there are secularists, who are content to
6   5     view life and its evolution as undirected--
7   6  A   Uh-huh (yes).
8   7  Q   --and there are religious--I don't want to say
9   8     'adherents,' but believers--who view life as filled
10  9     with purpose.
11 10            MR. GILLEN:  Objection to the form.
12 11  Q   Would that be correct?
13 12  A   Yes.
14 13  Q   And in your view, education, including public
15 14     education, should present both sides of--
16 15            MR. GILLEN:  Objection to the form.
17 16  Q   --those worldviews.
18 17            MR. GILLEN:  I'm sorry, Chub.  And let me
19 18     just cut this short.  One, if you would--Chub's
20 19     asking questions; it's a complicated subject
21 20     matter--let him finish his question before you
22 21     answer, so I can at least make a record about
23 22     objections--
24 23            THE WITNESS:  Okay.
25 24            MR. GILLEN:  --just to the form of the
```

Warren Nord 6/7/2005

SHEET 8   PAGE 29

00029

| | | |
|---|---|---|
| 1 | | question, 'cause it's a complicated thing.  I'm |
| 2 | 1 | sorry, Chub, for cutting you off. |
| 3 | 2 | MR. WILCOX:  Sure. |
| 4 | 3 | MR. GILLEN:  Can--can you answer his |
| 5 | 4 | question? |
| 6 | 5 | THE WITNESS:  Would you tell me the |
| 7 | 6 | question? |
| 8 | 7 | MR. GILLEN:  I'm sorry, Chub. |
| 9 | 8 | MR. WILCOX:  Sure. |
| 10 | 9 | MR. GILLEN:  Can she read it back |
| 11 | 10 | perhaps? |
| 12 | 11 | MR. WILCOX:  Can--can it be repeated for |
| 13 | 12 | us? |
| 14 | 13 | MR. GILLEN:  Yeah. |
| 15 | 14 | (DISCUSSION OFF RECORD) |
| 16 | 15 | (Whereupon, questions, answers, and objections on |
| 17 | 16 | Page 28 of this transcript, beginning at Line 1 |
| 18 | 17 | and ending at Line 16, were read back.) |
| 19 | 18 | |
| 20 | 19  A | Yes, but the "both sides" is--is a bit of a problem |
| 21 | 20 | because, as I suggested, there are various kinds of |
| 22 | 21 | concerns and problems that different kinds of |
| 23 | 22 | religious folk have with evolution, as I said, |
| 24 | 23 | between the kind of Genesis creationists and--and |
| 25 | 24 | more liberal folk who--for whom the problem is |

PAGE 30

00030

| | | |
|---|---|---|
| 1 | | purpose and design. |
| 2 | 1 | The other kind of concern I have, I |
| 3 | 2 | suppose, is--is that while the--while I--while I |
| 4 | 3 | am--while I do agree that public schools--and |
| 5 | 4 | public universities, for that matter--have some |
| 6 | 5 | obligation to include religious voices regarding |
| 7 | 6 | understandings of nature in the--in the--in the |
| 8 | 7 | curricular conversation, that that's a different |
| 9 | 8 | question, I take it, than the one this case is |
| 10 | 9 | about, which is scientific alterna--alternative |
| 11 | 10 | scientific ways of understanding nature. |
| 12 | 11 | So that I want--I would want to |
| 13 | 12 | distinguish my, kind of, culture-wars analysis and |
| 14 | 13 | my large--the larger framework I use to talk about |
| 15 | 14 | religion in education from the question of |
| 16 | 15 | intelligent design, which I do view as being |
| 17 | 16 | scientific, as being a science understood a little |
| 18 | 17 | bit more liberally than--than current science is, |
| 19 | 18 | rather than as a religious position. |
| 20 | 19 | So I--I just want to make--make clear |
| 21 | 20 | that--that there are two different kinds of |
| 22 | 21 | arguments that I would give, one for including |
| 23 | 22 | religious voices in the conversation--perhaps in |
| 24 | 23 | science classes, perhaps not--and then the case at |

PAGE 31

00031

| | | |
|---|---|---|
| 1 | | hand with regard to intelligent design, which seems |
| 2 | 1 | to me to involve a different set of issues. |
| 3 | 2  Q | In that answer, you said--and I think you said |
| 4 | 3 | something like this earlier--that IDT, or |
| 5 | 4 | intelligent design, is scientific if science is |
| 6 | 5 | understood more liberally-- |
| 7 | 6 | |
| 8 | 7  A | Yes. |
| 9 | 8  Q | --than the National Academy of Sciences, for |
| 10 | 9 | example-- |
| 11 | 10  A | Yes. |
| 12 | 11  Q | --might describe it.  And I would--I'd like to |
| 13 | 12 | explore that for a moment.  As I correct that as |
| 14 | 13 | science is viewed by, let's call them, purists-- |
| 15 | 14  A | Okay. |
| 16 | 15  Q | --science insists on natural explanations for |
| 17 | 16 | phenomena in the natural world? |
| 18 | 17 | MR. GILLEN:  Objection to the form. |
| 19 | 18  A | Yes. |
| 20 | 19  Q | And-- |
| 21 | 20  A | All right, but--yeah.  Purists, establishment |
| 22 | 21 | science, the--the dominant view of science is--is |
| 23 | 22 | natural--naturalistic, yes. |
| 24 | 23  Q | And by "naturalistic," do you mean that only |
| 25 | 24 | natural phenomena can be used as explanations? |

PAGE 32

00032

| | | |
|---|---|---|
| 1 | | Yes, although there is a kind of philosophical |
| 2 | 1  A | complexity that I would raise.  But, yes, I mean, I |
| 3 | 2 | suppose I would say-- |
| 4 | 3 | |
| 5 | 4  Q | Okay. |
| 6 | 5  A | --that's right. |
| 7 | 6  Q | And to create a divide-- |
| 8 | 7  A | Uh-huh (yes). |
| 9 | 8  Q | --supernatural explanations canno; be referred to-- |
| 10 | 9 | MR. GILLEN:  Object to the-- |
| 11 | 10  Q | --in--in science-- |
| 12 | 11 | MR. GILLEN:  Object to the form. |
| 13 | 12  Q | --is that correct? |
| 14 | 13  A | Yes, although, again, I would want to say I think |
| 15 | 14 | it's helpful to draw a distinction between |
| 16 | 15 | supernaturalism "A" and supernaturalism "B." |
| 17 | 16  Q | What's "A" and what's "B"? |
| 18 | 17  A | "A" is traditional, orthodox religion, the idea of |
| 19 | 18 | a supernatural god as a being who creates nature |
| 20 | 19 | and who may intervene in nature from the outside by |
| 21 | 20 | way of miracles or by way of implanting souls in |
| 22 | 21 | people, as the Pope holds.  That's one kind of |
| 23 | 22 | supernaturalism. |
| 24 | 23 | Supernaturalism "B" doesn't require any |
| 25 | 24 | kind of god like that, but rather is the idea that |

Warren Nord 6/7/2005

SHEET 9   PAGE 33

00033

```
 1    you cannot understand nature apart from
 2    teleological causation, apart from there being
 3    purpose in nature or design in nature.  So that--
 4    because one of the things that I believe--and
 5    there's a fairly rich philosophical and theological
 6    literature to draw on here--is that one can believe
 7    that there's design in nature or purpose in nature
 8    without believing in a--a kind of supernatural god
 9    that is the--the usual view in--in Judaism,
10    Christianity, and Islam, for example.
11          So I think it's important to distinguish
12    those two kinds of supernaturalism, but both are
13    excluded from naturalistic science.
14 Q  And "teleology" means?
15 A  Purpose, telos, the end, that there is a--that
16    nature works toward some kind of an end or goal, so
17    that there's a purp--a design to nature.
18 Q  Okay.  You referred earlier to proponents of
19    intelligent design, and you identified a Mr. Behe--
20 A  Uh-huh (yes).
21 Q  --Mr. Dembski, Phillip Johnson.
22 A  Uh-huh (yes).
23 Q  Have you made any effort to count noses--how many
24    IDT people there are and how many mainstream
```

PAGE 35

00035

```
 1    all--virtually all establishment, you know, people
 2    who work within the naturalistic tradition of
 3    science are supporters of--of neo-Darwinism.  But--
 4    but I'm--my impression, again, is that many of
 5    those folks have never taken the trouble to try and
 6    understand the issues--what is at issue with regard
 7    to intelligent design and the criticisms of
 8    neo-Darwinism.
 9          So, to say that most all scientists are
10    supporters of neo-Darwinism is a--a misleading
11    statement, that the number of scientists who have
12    actually taken the--the trouble to understand
13    what's at issue and read the literature about the
14    controversy, I suspect, is very, very small.
15          One of the things that struck me in --in
16    listening to some people who defend intelligent
17    design is--is that because of their educations, the
18    narrowness of their scientific educations, they
19    were never exposed to any kind of philosophical
20    questions about methodological naturalism or the
21    nature of science that might cause them to think
22    more critically about neo-Darwinism.  And only for
23    reasons that--that perhaps have nothing to do with
24    the science, or perhaps because they become
```

PAGE 34

00034

```
 1    biologists or--
 2 A  Yeah.
 3 Q  --evolutionary scientists there are?
 4 A  I--I haven't made any formal effort to count noses,
 5    no.  But invariably one forms impressions simply
 6    from reading the New Republic, and a couple--seeing
 7    how many folks are--are writing about this.  I
 8    don't read the--as I said, I'm not a scientist.  I
 9    don't read the scientific journals.  So it's kind
10    of the--the more popular literature about it that I
11    do read.
12          I do remember the--the big list of--of
13    critics of Darwinism and defenders of intelligent
14    design that appeared in The New Republic, and a
15    couple of other places, I think, where there were
16    three hundred, something like that, scientists who
17    identified themselves as sympathetic to the
18    movement or critical to--to neo-Darwinism.
19          So, you know, I--I have an impression
20    that it's undoubtedly a small but perhaps--but, I
21    think, significant minority of--of people in the
22    sciences who have some kind of--and the other
23    thing, you know, that--that's striking to me is
24    that--the usual view is that, of course, all--or
```

PAGE 36

00036

```
 1    disenchanted with the--with the adequacy of
 2    neo-Darwinian explanations and they start reading
 3    more widely, do they recognize that they weren't
 4    really in much of a position ever to judge the
 5    adequacy of--of neo-Darwinism as--scientifically.
 6          Thomas Kuhn says --in The Structure of
 7    Scientific Revolutions, he says that scientists
 8    receive the most dogmatic training of--of anyone
 9    except theologians.  And, of course, he's wrong.
10    Theologians are much more liberally educated than
11    scientists are.  No scientist has to take a
12    philosophy or a theology course in order to get a
13    Ph.D. in science, but anybody who studies
14    philosophy or theology has to study a good deal of
15    science.
16          So I think the narrowness of scientific
17    education in a way makes it much less likely that
18    they're going to question neo-Darwinism.  So to say
19    that all scientists are- are supporters of
20    neo-Darwinism hides a crucial--crucial problem.
21 Q  Excuse me.  By 'liberal education'--
22 A  Yes.
23 Q  --are you referring to what we would generally
24    refer to as the liberal arts?
```

Warren Nord 6/7/2005

```
00037
 1
 2   1  A   Yes, although part of what I've tried to do is
 3   2      develop a theory of liberal education that is in
 4   3      fact better than--than the prevailing views. And
 5   4      it's not that I depart all that much from people
 6   5      from whom I have in fact learned a lot. I have--
 7   6      it's not that I--I have all that unique an
 8   7      understanding.
 9   8              But--but one of things that troubles me
10   9      is--does bear on the discussion here and on what
11  10      we've just been talking about. And that is, I
12  11      think the conventional understanding of liberal
13  12      education is that one should have a little science,
14  13      a little literature, a little history, a little
15  14      art, a little economics, and so that you study--you
16  15      take different subjects.
17  16              And my problem with that way of thinking
18  17      is that we don't teach students subjects; we teach
19  18      them disciplines. We teach them the establishment
20  19      way of thinking within economics--neoclassical
21  20      economic theory--the establishment way of thinking
22  21      in history, or in art, or in--or in science, and
23  22      that a part of what makes education liberal--and
24  23      then--and then what that ends up being is a kind of
25  24      separatist education, where you--it's--it's like
```

```
00038
 1
 2   1      encountering different items on a cafeteria line.
 3   2      I call it serial socialization. That is, you learn
 4   3      what the establishment--
 5   4  Q   You don't mean C-E-R-E-A-L, right?
 6   5  A   Yeah, the cereal on the cafeteria line. Oh, that's
 7   6      good. I like that. I'm going to use that, if I
 8   7      may. Thank you.
 9   8              And--and a part of--of the purpose of
10   9      liberal education is to draw connections between
11  10      the different disciplines, to point out the
12  11      conflicts, the tensions, the overlaps, the
13  12      compatibilities.
14  13              And that's what students don't learn to
15  14      do. They don't learn to understand what the
16  15      relationship of the disciplines is. And the very
17  16      intra--I mean, this is part of what philosophy
18  17      does, is it tries to get at the--the connections
19  18      and the relationships between disciplines so that
20  19      we can think outside of each box in turn and ask
21  20      larger questions about what is reasonable to
22  21      believe, all things considered.
23  22              And that's part of what science education
24  23      should do, it seems to me, that it doesn't do, is--
25  24      is not just train scientists, but to get--to--to
```

```
00039
 1
 2   1      help students understand what--the role science has
 3   2      in a liberal education requires establishing
 4   3      connections with other disciplines and ways of
 5   4      thinking.
 6   5              So that science education should be more
 7   6      liberal than it is. It should not just narrowly
 8   7      focus students in on the establishment
 9   8      understanding of science but should broaden them
10   9      philosophically--and, in fact, I would also add,
11  10      religiously--by locating science in various kinds
12  11      of cultural disputes.
13  12              Although here, with regard to this case,
14  13      I would be happy if they would simply give students
15  14      a broader understanding of the relationship of
16  15      establishment science to other--to dissenters on
17  16      the edges of--of science to get them to see that
18  17      there are various ways of being--being scientific,
19  18      that the idea of science itself is one that's--
20  19      that's controversial.
21  20  Q   This may be touching on a new subject, but--
22  21  A   Uh-huh (yes).
23  22  Q   --I perceive of it as an extension of what--
24  23  A   Okay.
25  24  Q   --you were just saying. There are two terms that
```

```
00040
 1
 2   1      I've encountered in this case that I think bear
 3   2      differentiation and definition.
 4   3  A   Uh-huh (yes).
 5   4  Q   Methodological naturalism and philosophical
 6   5      naturalism.
 7   6  A   Uh-huh (yes).
 8   7  Q   And am I correct that--if I can call it "mainstream
 9   8      science" or "traditional science"--
10   9  A   Uh-huh (yes).
11  10  Q   --insists on methodological naturalism?
12  11  A   Yes. That's--yes.
13  12  Q   And am I correct that some scientists and other
14  13      thinkers have developed a philosophical naturalism,
15  14      which is a religious or a philosophic worldview
16  15      rather than a methodologically scientific
17  16      worldview?
18  17          MR. GILLEN: Object to the form.
19  18  A   Certainly, that distinction is oftentimes drawn.
20  19      Whether it holds up in practice is another
21  20      question.
22  21  Q   "Philosophical naturalism" means what?
23  22  A   It's the idea that all of reality can be understood
24  23      within naturalistic categories, so that in
25  24      principle, unlike methodological naturalism, it
```

Warren Nord 6/7/2005

SHEET 11 PAGE 41

PAGE 41
```
 1          concludes that naturalism is--is adequate for
 2          explaining everything.  A methodological naturalist
 3          would often--typically say that it--it may be
 4          that--that science can't explain everything but
 5          science should continue to be a method--to adhere
 6          to a methodological naturalism:  Let's see how much
 7          we can explain that way, but maybe we can't explain
 8          everything in the end.
 9               That distinction certainly can be drawn.
10          My problem, again, is that in practice the
11          distinction collapsed, given the way we do
12          education nowadays.
13    Q     Let me see if I can be more direct in trying--
14    A     Okay.
15    Q     --to go where I'm--
16    A     All right.
17    Q     --trying to go here.  Methodological naturalists
18          would say, "We insist on using our methodology to
19          understand the natural world."
20    A     Uh-huh (yes).
21    Q     And philosophical naturalists would say, "The
22          natural world is all there is;"
23    A     Uh-huh (yes).
24    Q     --"there is nothing beyond that."
```

PAGE 43
```
 1          matter.
 2    A     Okay.  If--given the religious answer, if--if
 3          "religion" means answering a question that has
 4          religious implications--like "Is there meaning?"--
 5          and if you say no, because you've given an answer
 6          to a religious kind of question, then philosophical
 7          naturalism, I suppose, could be called a kind of
 8          religion.
 9               I myself don't like to use "religion"
10          in--in that way.  For--for me, a religious view is
11          a view that holds that there is some kind of
12          purpose or meaning to existence beyond naturalism,
13          so that naturalism simply--it--it doesn't make much
14          sense to call that a religious view.  But that--
15          that's a view about--that's my effort to try and
16          avoid using the word "religion" in an unduly
17          controversial or complicated way.
18    Q     And forgive me, because my notes got in the way of
19          my understanding.  You said a religious view as you
20          would view it requires that there is a meaning or
21          purpose to life, did you say?
22    A     To reality.
23    Q     To reality?
24    A     To reality.  That's right.  There is a dimension to
```

PAGE 42
```
 1          Okay.
 2    Q     So the philosophical naturalists would say, "There
 3          is no divine purpose in life"--
 4    A     Uh-huh (yes).
 5    Q     --"and, indeed, there is no divinity."
 6    A     Uh-huh (yes).
 7    Q     The philosophical naturalist would say, "There are
 8          no absolute moral values; there are socially
 9          useful"--
10    Q     --"values."  So the philosophical naturalists would
11          take a religious approach--
12               MR. GILLEN:  Objection.  I'm sorry.
13    Q     --in terms--religion in the sense of providing
14          ultimate meaning--and say that there is no ultimate
15          meaning.
16               MR. GILLEN:  Objection--
17    Q     Fair enough?
18               MR. GILLEN:  Objection to the form.  Go
19          ahead.  Answer.
20    Q     And that was so clumsy, I'll come back and do it
21          again.
22               MR. GILLEN:  No.  You know what, Chub,
23          you and I both know it's a complicated subject
```

PAGE 44
```
 1          reality or an aspect of reality that--that
 2          transcends what we can know naturalistically.  And
 3          the different great world religions have defined
 4          that in very different senses.  And in some
 5          religious traditions, you--you have God, and in
 6          others, you have nirvana, or Brahman, or the Tao,
 7          and something that doesn't look all that familiar
 8          to our idea of God within the Western tradition,
 9          but it's still an understanding of reality that
10          transcends in some--in important ways what--what a
11          naturalistic scientific worldview allows us to--to
12          say about reality.
13               And that's crucial to religion, to my way
14          of thinking, so that naturalism doesn't become
15          religious just because it gives negative answers to
16          religious questions.
17    Q     Okay.
18    A     I'm--I'm not sure that much hangs on that, in the--
19          in the end, even constitutionally, but--but I think
20          that's the clearest use of--of the term "religion."
21    Q     And to wrap up this segment--
22    A     Okay.
23    Q     --is it your view that that religious--strike that.
24               Is it your view that that appreciation
```

Warren Nord 6/7/2005

SHEET 12   PAGE 45

00045

1  for the reality of a transcendent purpose to
2  reality needs to be brought into both science and
3  science education in public schools?
4          MR. GILLEN:  Object to the form.
5  A  Let me give you a qualified yes, because a
6  straightforward yes would invariably be
7  misunderstood.  So--and again, my understanding--
8  the--the conception of science education that I
9  argue for is locating science, in part,
10  historically and philosophically in relationship to
11  other subjects, other areas of our cultural life.
12  So that a good science education should help
13  students understand the relationship of science to
14  moral issues, political issues, religious concerns.
15      That doesn't mean that religious views
16  should be understood to be--should be understood to
17  provide some kind of legitimate alternatives to
18  science, that they can become--that--that they--for
19  example, that--that Genesis might be taught in a
20  science class--class as a contender with
21  establishment science, no.
22      Science classes should teach science.  I
23  think they should include some discussion of IDT
24  because IDT should be considered science.  At the--

PAGE 47

00047

1
2  Q  And it's the next-to-the-last paragraph.  And you
3  say, quote, "We disagree deeply in our culture
4  about how to make sense of nature," and then the
5  sentence continues.
6  A  (Examines paperwritings.)  Uh-huh (yes).
7  Q  Okay.
8  Q  In talking about this disagreement in our culture
9  about how to make sense of nature, are you talking
10  about this question whether there is or is not a
11  transcendant purpose in reality?
12          MR. GILLEN:  Objection to the form.
13  A  Yes.  But again, the--the controversy occurs on, I
14  think, two different levels.  One is the level of
15  our culture wars, where the--the issue is
16  oftentimes framed in terms of creationism versus
17  evolution.  And--and as I said, I--I think we need
18  to recognize that there are alternative positions
19  there, that the usual culture-wars rhetoric doesn't
20  work very well.
21      And then there's also disagreement
22  among--more narrowly among scholars--and, in fact,
23  I think, among scientists--about how to make sense
24  of nature, so--where IDT is--is one of the major

PAGE 46

00046

1
2  at--at the least, students should be made aware of
3  the controversy over whether IDT is science.  But
4  any science class should also locate students
5  within the larger cultural conversation we're
6  having about important things.
7      So, to that extent, religious, moral, and
8  political views that science impinges on, has
9  implications for, need to be part of the framework
10  for locating students.
11          MR. WILCOX:  Okay.  Why don't we take a
12  little break.
13          MR. GILLEN:  Sure.
14          MR. WILCOX:  We've been going for an
15  hour.
16          MR. GILLEN:  Certainly.
17          ------------------------------
18              (ELEVEN-MINUTE RECESS)
19          ------------------------------
20  Q  (By Mr. Wilcox)  If you will turn to the second
21  page of your opinion--
22  A  (Examines paperwritings.)  Uh-huh (yes).
23  --there's a paragraph under the heading "Critical
24  Thinking."
25  A  Yes.

PAGE 48

00048

1
2  issues.
3      But that--it's not--that's not the only
4  source of that kind of conflict.  It comes up with
5  regard to fine-tuning in cosmological evolution.
6  It comes up with regard to the origins of life.  It
7  comes up with regard to the nature of mind and morality.
8  There are--there are conflicts there among
9  scholars, among philosophers and scientists and
10  sometimes theologians, that the public is simply
11  unaware of.  So--so, you know, we're got to do a
12  kind of two-layer analysis, I think.
13  Q  Okay.  You continue in the sentence, "we disagree
14  about evolution."
15  A  Uh-huh (yes).
16  Q  Is this the disagreement as to whether evolution
17  has purpose or not, or is this the disagreement as
18  to whether evolution explains the origin of species
19  or not?
20          MR. GILLEN:  Object to the form.
21  A  Well, again, there are several different
22  disagreements.  As I said, there's a--there's the
23  culture-wars disagreement, where it's evolution
24  versus creationism oftentimes.  There's a more
25  sophisticated analysis which--which says it's not

Warren Nord 6/7/2005

00049

```
 1        evolution versus creationism, but it's different
 2        understandings of evolution:  Is there a design, is
 3        there a purpose to evolution?  And then there's--
 4        there's the--the conflict within and on the borders
 5        of science about whether or not there should be
 6        design explanations allowed into science.  So--so
 7        it's a multilayered disagreement, I think.
 8   Q    And--and the third sentence--the third statement in
 9        this sentence is, quote, 'we disagree about the
10        relationship of science and religion.'
11        (Examines paperwritings.)  Yeah.
12   Q    And this is something that I don't think we've
13        talked about yet this morning.  What is the
14        disagreement about the relationship of science and
15        religion that you refer to?
16   A    Well, one of the questions is, of course, whether
17        design explanations should be allowed into science
18        or whether they're inherently religious.  And my
19        view, as I say later in the paper, is that they
20        should be allowed into science, that they aren't,
21        by their nature, religious.
22             But there's--you know, there's a huge
23        literature now on the relationship of religion and
24        science.  Ian Barbour, in the kind of work that's
```

00050

```
 1        done so much to define this whole area of science-
 2        and-religion studies, suggests there are various
 3        kinds of models:  There's models of conflict;
 4        there's models of independence; there's models of
 5        integration.  I forget--he's got four different
 6        models.  Some other scholars, you know, come up
 7        with a different--different names and organize the
 8        relationships in different ways.
 9             So this is an area of lively discussion
10        over the last twenty, thirty, forty years as--as
11        scholars have not assumed, as, I think, was much
12        the case, that science and religion were two
13        entirely separate phenomena for so long, and--but
14        have--have talked about the complexity of the
15        relationships and offered various kinds of models
16        for understanding it.  So it's to acknowledge
17        that--that very lively debate among scholars.
18   Q    You say, in the next paragraph, quote, 'public
19        education actively discourages critical thinking by
20        failing to provide students any critical distance
21        on the secular ways of thinking and living that
22        they are taught to accept uncritically'--
23   A    Uh-huh (yes).
24   Q    --'in their various courses.'  I think I know what
```

00051

```
 1        you're saying, but I'm not sure.  Does this get
 2        back to the notion of the cafeteria--
 3   A    Uh-huh (yes).
 4   Q    --and students are given courses--you know, here's
 5        a vegetable, here's a meat, here's a potato, here's
 6        a piece of pie--without being given an
 7        organizational framework as to how you make a meal?
 8   A    Yeah.  They're only given food--they're only given
 9        choices from one food group, and--and so that--you
10        know, a liberal education is--is the opposite of a
11        narrow or a parochial education.  And so by not
12        including--most of my work has been concerned
13        with--with including religious voices in that
14        discussion.  That's what make--religious voices are
15        central to the--in the curricular conversation, if
16        it's to be truly a liberal conversation and--and
17        part of a liberal education.  Contemporary
18        education is illiberal by excluding religious
19        voices.
20             Education, only a decade or two or three
21        ago, used to be illiberal by excluding women's
22        voices or the voices of members of minority
23        traditions or ethnic groups.  Their voices were
24        left out.  Is that just benign neglect?  No.  We
```

00052

```
 1        now all agree that--that there's something
 2        fundamentally illiberal about an education that
 3        doesn't include women's history, women's
 4        literature, women's points of view, or black
 5        history, and so on, or non-Western cultures.
 6             So, you know, my argument is--is much
 7        like that, that--that a liberal education should
 8        include all of the major voices in--in the larger
 9        cultural conversation.  Otherwise, education is--is
10        screening out particular points of view.  It's
11        content discrimination or viewpoint discrimination.
12   Q    When you use the term "religious voices"--
13   A    Yes.
14   Q    --do you mean anything different from persons
15        having a religious viewpoint or thought
16        reflecting--
17   A    No.
18   Q    --that religious----- -------- ---
19   A    Voices coming out of religious traditions or who
20        make religious kinds of arguments.
21   Q    "Voices" is a metaphor for something.
22   A    It's a metaphor.
23   Q    And what's the something that it's a metaphor for?
24   A    Well, for--for tradition.  But the--a part of my
```

Warren Nord 6/7/2005

SHEET 14   PAGE 53
00053

```
 1   larger concern is that, too often, what limited
 2   study of religion there is in schools and
 3   universities focuses on traditions in their
 4   historical guise.  So that in history classes,
 5   there will be something about Judaism or
 6   Christianity and--and Islam in the ancient world or
 7   medieval world.  Maybe we'll even get a little bit
 8   of religion in the Reformation.  Then, after that,
 9   religion drops out of--out of the textbooks and out
10   of--out of education.
11           And so one of the points I want to make
12   is that you need to include contemporary religious
13   voices, not just religious traditions which we then
14   locate in the distant past.  It's a way of--of
15   saying the contemporary conversation is what's
16   really crucial.
17 Q   And I'm trying to get at what you mean by "voices'
18   or 'conversation,' because--
19 A   Uh-huh [yes].
20 Q   Are you--I would understand 'religious voices' to
21   mean including in the curriculum content that has a
22   religious basis.
23 A   Yes.
24 Q   Is that what you mean by--
```

PAGE 54
00054

```
 1 A   Yes.
 2 Q   --'religious voices'?
 3 A   Yeah.  Including texts.  One of the important
 4   points that I want to make is that educators much--
 5   that--that public-school education, at least in
 6   secondary schools, should be more like, ideally--
 7   there are various kinds of practical problems, but,
 8   ideally, should be more undergraduate
 9   education in using primary sources instead of
10   relying so heavily on textbooks.
11           Primary sources are written from within
12   various traditions, so everything isn't
13   screened through the--the filter of a textbook
14   writer, who puts his or her own spin or--or
15   understands everything in--in terms of some
16   prevailing paradigm within that--that discipline.
17   That students should be exposed to the primary
18   sources, to the voices of people within the
19   differing traditions.
20 Q   And 'voices'--you mean the writings?
21 A   The writings.
22 Q   Okay.
23 A   That's right.  It's--'voices'--clearly, it's a
24   metaphor, yes.
```

PAGE 55
00055

```
 1 Q   Okay.  You say that public education actively
 2   discourages critical thinking.  Are you making that
 3   as a purposeful statement or as an observational
 4   statement?
 5 A   Is it intended or not?
 6 Q   Yes.
 7 A   Some is; some isn't.  I think a lot of it is naive,
 8   philosophically naive, that because most teachers
 9   are educated in the prevailing paradigms of their
10   disciplines, they are not themselves educated to
11   understand dissenting voices and alternative ways
12   of--of addressing the subject at hand or of
13   relating the subject at hand to other disciplinary
14   approaches.  They're--they're narrowly trained.
15   It's not that they intend to provide students with
16   an illiberal education or socialize or indoctrinate
17   students into a particular--particular discipline.
18   It's that--it's just that their--their education
19   puts blinders on them, so that they have an unduly
20   narrow view of what it is that they're supposed to
21   do.
22           And religious alternatives are simply one
23   of any number of ways in which this falls out.  As
24   I said, we had blinders with regard to gender and
```

PAGE 56
00056

```
 1   race and ethnicity up until just a few decades ago.
 2   We didn't see that that was--produced an illiberal
 3   education.
 4           I make that argument with regard to
 5   religion in particular, but also oftentimes with
 6   regard to secular moral views, for example, in--in
 7   some disciplines, that there's--that there's
 8   moral--that there are moral perspectives on the--
 9   the issue at hand, like in economics, that get
10   filtered out by our effort--by the effort of--of
11   the economic establishment to insist that--as the
12   national economic standards do--that only
13   neoclassical economic theory be taught.  And
14   that's--that's just a travesty of liberal
15   education, that economics can't consider moral
16   frameworks for--for understanding justice in the
17   economic domain because we've got to teach students
18   that--that everybody is a self-interested utility
19   maximizer.
20           So the point always is to--to get the
21   disciplines to broaden themselves in a way that
22   acknowledges dissenting voices on the borders of
23   these traditions and opens students to
24   relationships between the establishment views in
```

Warren Nord 6/7/2005

SHEET 15   PAGE 57
00057

```
 1
 2   1        the--in the discipline to other ways of making
 3   2        sense of the world and of the--the particular
 4   3        subject at hand.
 5   4              Neoclassical theory is sort of like the
 6   5        methodological naturalism of--of the sciences.
 7   6        There's a--there's a real comparison there.  I
 8   7        think most people would find--and certainly when
 9   8        I've talked with groups of people and we talk
10   9        through this--that the kind of commitment to
11  10        neoclassical economic theory in economics is--most
12  11        people find appalling, other than professional
13  12        economists.  And of course, people are something
14  13        more than that.  Of course, justice questions
15  14        should be involved in--in economics.
16  15              So, that kind of--that's part of my work,
17  16        too, that the kind of battles that we're looking
18  17        at--the kind of questions we're looking at in
19  18        science also occur in other disciplines.
20  19              (DISCUSSION OFF RECORD)
21  20   Q    On Page 4, you have a paragraph that begins, 'It is
22  21        true that we can distinguish, in principle, between
23  22        a methodological naturalism'--
24  23   A    (Examines paperwritings.)  Uh-huh (yes).
25  24   Q    --'and a philosophical naturalism.'  Would you
```

PAGE 58
00058

```
 1
 2   1        agree that the methodological naturalism that you
 3   2        refer to there is what we have been referring to as
 4   3        classical science or traditional science?
 5   4              MR. GILLEN:  Object to the form.
 6   5   A    The "traditional" and the "classical" seem to me to
 7   6        be not the right words to use, because classical
 8   7        and traditional science did involve design--have
 9   8        design explanations.
10   9   Q    My--
11  10   A    It's peculiarly modern science--
12  11   Q    Modern science.
13  12   A    --that wants to dispense with--
14  13   Q    Okay.
15  14   A    --naturalistic--or design explanations.
16  15   Q    So "methodological naturalism" would be another way
17  16        of referring to modern science?
18  17   A    Yeah.
19  18   Q    And--
20  19   A    The dominant view, yes.
21  20   Q    And the philosophical naturalism, you say, denies
22  21        that there is any design or supernatural causes in
23  22        the world.
24  23   A    In reality.
25  24   Q    But I would take it further--
```

PAGE 59
00059

```
 1
 2   1   A    Uh-huh (yes).
 3   2   Q    --and imply, from philosophical naturalism, a
 4   3        negation of any reality beyond the natural world.
 5   4   A    Uh-huh (yes).
 6   5   Q    Do you agree with that?
 7   6   A    Yes, I think so.
 8   7   Q    Okay.  Then you go on and say, "The educational
 9   8        problem is that unless students are made clear
10   9        about this distinction, they will inevitably
11  10        conclude that science does tell us everything that
12  11        there is to be said about nature, and God plays no
13  12        role in nature."  What is your basis for that
14  13        statement?
15  14   A    (Examines paperwritings.)  I wouldn't write that,
16  15        first of all, the same way, if I were going to do
17  16        that again, because that simplifies what--what
18  17        my--my argument is.  And the problem is this:  We
19  18        can draw that distinction, methodological and
20  19        philosophical naturalism, in principle, easily
21  20        enough.  And that's fairly straightforward.  I
22  21        don't think--
23  22   Q    And we can explain it to students, too.
24  23   A    We can--we can explain it to students.  The problem
25  24        is that it's a--we don't explain--we don't explain
```

PAGE 60
00060

```
 1
 2   1        it to students in a--in a compelling--in a
 3   2        compelling way.  And to do it in a compelling way
 4   3        to get them to see the point of it is, I think,
 5   4        difficult to do.
 6   5              And granted, you--you can--you can make
 7   6        the distinction in--in two sentences.  Okay.  But
 8   7        then we go and teach them for a semester or an
 9   8        academic year, using science understood in terms of
10   9        methodological naturalism, and that two-sentence
11  10        explanation of the distinction gets lost because--
12  11        because of the over--overriding power of--of what
13  12        they learn afterwards through their whole study of
14  13        science.
15  14              Now, that's not to say that it isn't
16  15        important to draw that distinction.  It is
17  16        important to draw that distinction.  It's just that
18  17        that doesn't really go very far.  It doesn't go
19  18        nearly far enough to really get students to grapple
20  19        with the--with the kind of philosophical issues
21  20        that--that underlie the distinction, which is--is
22  21        part of what a liberal education should do, and--
23  22        and to show how drawing that distinction relates to
24  23        these larger questions about our cultural
25  24        disagreements over the extent to which science can
```

Warren Nord 6/7/2005

SHEET 16   PAGE 61
00061
```
 1
 2   1       explain reality.
 3   2   Q   You say unless students are made clear, quote,
 4   3       'they will inevitably conclude that science does
 5   4       tell us everything that there is to be said about
 6   5       nature, and God plays no role in nature.'
 7   6   A   Yeah.  Well--
 8   7   Q   Why do you say they will inevitably conclude that?
 9   8       What is your basis?
10   9   A   I--I should have said they will naturally conclude
11  10       that, because I--I suppose it isn't inevitable that
12  11       they will conclude it.  But that will be the--the
13  12       natural conclusion:  Well, science doesn't tell us
14  13       anything about--and--and when I said that I
15  14       wouldn't have written it the second way, I--I
16  15       wouldn't have--I wouldn't have written it the same
17  16       way if I were doing it now, because I--I see a
18  17       complication that obviously didn't occur to me when
19  18       I wrote it.  And that is, it's not just that God
20  19       plays no role in nature, but the design plays no
21  20       role in nature.  And I--and I want to be very
22  21       careful to distinguish those two questions.
23  22                And students learn--we require them to
24  23       take, if they're going to university, four years of
25  24       science in high school--
```

PAGE 62
00062
```
 1
 2   1   Q   Can--I want to focus on high school here.
 3   2   A   Yeah.  Four years of--of high--
 4   3   Q   Okay.
 5   4   A   --high-school science, and four years of science
 6   5       shaped by methodological naturalism.  And it--it
 7   6       conveys to them, unless a good deal of time and
 8   7       effort is spent, the idea that science can actually
 9   8       tell us everything that's to be said about nature.
10   9       And--and that's controversial.  And that
11  10       inevitably--naturally, at least--slides over into a
12  11       kind of philosophical naturalism.  The only way to
13  12       avoid that is to give them some kind of substantive
14  13       examples of--and which a liberal education
15  14       requires--of how science might have limitations
16  15       and--and how design might figure into our
17  16       understanding of nature, or even how nature, as
18  17       understood by modern science, might relate to God.
19  18                MR. WILCOX:  May I have that repeated,
20  19       just the last twenty words?
21  20       (Whereupon, the sentence at Lines 11 through 17
22  21             on this page was read back.)
23  22   Q   (By Mr. Wilcox)  I did not understand your
24  23       reference to design--
25  24   A   Uh-huh (yes).
```

PAGE 63
00063
```
 1
 2   1   Q   --in that last answer to necessarily be a reference
 3   2       to what we've been talking about as intelligent-
 4   3       design theory.
 5   4   A   Uh-huh (yes).
 6   5   Q   Did you understand it to refer to intelligent-
 7   6       design theory, or, more broadly, to the question of
 8   7       a transcendent god providing a purpose in life--
 9   8                MR. GILLEN:  Objection to form.
10   9   Q   --or--or in reality?
11  10   A   I'm not sure that I understand the question.
12  11   Q   Okay.  We've been talking design, I think, in two
13  12       different senses.
14  13   A   Uh-huh (yes).
15  14   Q   One is the narrow, inferential, explanatory--
16  15   A   Uh-huh (yes).
17  16   Q   --sense of intelligent-design theory--
18  17   A   Right.
19  18   Q   --and the other is--and perhaps we haven't been
20  19       talking about it; it's only me thinking fuzzily
21  20       about it--design in the sense of a purpose--
22  21   A   Uh-huh (yes).
23  22   Q   --of reality--
24  23   A   Uh-huh (yes).
25  24   Q   --that purpose being informed by a transcendent
```

PAGE 64
00064
```
 1
 2   1       god.
 3   2                MR. GILLEN:  Object to form.
 4   3   Q   Is that consistent with your understanding?
 5   4   A   So, there are three possibilities here.  One is the
 6   5       narrowest sense that--where a scientist might
 7   6       suggest a design explanation with regard to some
 8   7       fairly discrete phenomenon--how cells work, for
 9   8       example.
10   9                And then secondly, there's a larger
11  10       question about whether that provides some kind of
12  11       evidence for claims that there is a purpose in
13  12       nature that--that--or a design in nature.
14  13                And then there's a third level, which is,
15  14       how do we explain that design in nature?  Do we
16  15       appeal to a supernatural god--to a god or a
17  16       supernatural being who causes it?
18  17                My argu--my position is that--of course,
19  18       that you can make design explanations, and you can
20  19       hold the position that there's design in nature
21  20       apart from any commitment, theological commitment,
22  21       to a god or to a supernatural being, that those are
23  22       distinguishable--conceptually distinguishable kinds
24  23       of--of questions.  All the time, in--in our
25  24       ordinary everyday relationships, and indeed in the
```

Warren Nord 6/7/2005

SHEET 17   PAGE 65

```
00065
 1
 2   1    practice of science, we talk about things being
 3   2    designed with--without presupposing that--that we
 4   3    have to use religious language or theological
 5   4    language in doing that.
 6   5         So, certainly, we can talk of the idea of
 7   6    design as conceptually independent of the--of the
 8   7    idea of God.  But, of course, when we talk about
 9   8    the design inherent in cells or in fine-tuning
10   9    after the Big Bang, of course, the big question is,
11  10    how does that design get to be there?  But it's
12  11    still a conceptually discrete question.  You don't
13  12    have to use a religious--you--you can--you can
14  13    still have evidence for and a make a good argument
15  14    for design without having any kind of theological
16  15    or religious commitments, it seems to me.
17  16         So I--I want to be careful to distinguish
18  17    design questions from religious questions.  And--
19  18    and that's what allows me to say that design
20  19    questions should be allowed in a somewhat enlarged
21  20    science.  That doesn't run us the risk of making
22  21    science into a quasi-religious endeavor or a
23  22    theological endeavor.
24  23  Q  Can you identify for us one intelligent-design
25  24    theorist who claims that the source of the design
```

PAGE 66

```
00066
 1
 2   1    was some extraterrestrial alien?
 3   2  A  Now, I know that Francis Crick argued that maybe
 4   3    life arose here as a result of intelligent beings
 5   4    elsewhere in the universe sort of implanting it.
 6   5    But he, of course, wasn't an intelligent-design
 7   6    theorist.
 8   7         I guess I just don't--I don't see the
 9   8    point.  No, I mean, intelli--but intelligent-design
10   9    theorists claim that in the--claim that they can
11  10    do--that they can make design arguments apart from
12  11    theological convictions or--or commitments.  And
13  12    that makes perfectly good sense to me.
14  13         Undoubtedly, some, maybe many, maybe most
15  14    of all them, maybe many religious convictions.  But
16  15    still, you can distinguish the--the design
17  16    argument, the evidence for the design argument,
18  17    from the theological position which they may or
19  18    they may not hold.  So that intelligent design as
20  19    science doesn't imply or require any kind of
21  20    religious worldview or conviction.  It--it may well
22  21    be that the only way--or that the best way--maybe I
23  22    should say "the best way."  It may well be that the
24  23    best way of explaining the design is in terms of a
25  24    supernatural god.
```

PAGE 67

```
00067
 1
 2   1         But there certainly are a variety of
 3   2    philosophical positions and very liberal religious
 4   3    positions which hold that there's design in the
 5   4    world but that it's not there because of a
 6   5    supernatural god, the kind of god that's part of
 7   6    orthodox religious traditions:  Aristotelian views;
 8   7    process-theology, process-philosophy views; some
 9   8    feminist views of nature.
10   9         So--so--and again, I want to draw that
11  10    sharp distinction between design on the one hand
12  11    and supernaturalistic religion on the other.
13  12    Design is supernaturalistic in sense "B."  Design
14  13    isn't allowed, given the constraints of
15  14    methodological or philosophical naturalism, but you
16  15    can still have design without committing yourself
17  16    to supernaturalism "A," which is a designer--an
18  17    independent supernatural god.  Next question.
19  18  Q  Do you know of any intelligent-design theorists who
20  19    are not also practicing Christians?
21  20  A  I don't know the religious backgrounds of many of
22  21    them.  I know Behe's a Catholic.  I don't know if
23  22    he's a good Catholic or a bad Catholic.  That's his
24  23    tradition.  And I know that Phillip Johnson has
25  24    made various kinds of remarks that suggest he's
```

PAGE 68

```
00068
 1
 2   1    religious in some deep sense.  But, I mean, that's
 3   2    all--about all I know about their private religious
 4   3    views.
 5   4  Q  You pose the question, in your report, at the top
 6   5    of Page 5, "Is IDT science?"
 7   6  A  Uh-huh (yes).
 8   7  Q  And you suggest, quote, "Arguably, what should be
 9   8    taken seriously as science is in part, at least, a
10   9    matter of what good scientists take seriously."
11  10    That strikes me as fairly circular.  How do you
12  11    identify what is a good scientist if you don't have
13  12    a notion of what science is?
14  13  A  Well, it--it moves the focus from science in the
15  14    abstract to what particular individuals do.  So,
16  15    first of all, it's important to point out the "is
17  16    in part," because it's in part a matter of
18  17    something else, which is philosophical
19  18    considerations.
20  19         But one way of--of deciding what good
21  20    science is is to look at what scientists do, and
22  21    that shifts the focus:  Okay, then, what makes for
23  22    a good scientist?  And--and the answer there is,
24  23    given our ordinary understanding of science, it's
25  24    somebody who's gotten a Ph.D. from a research
```

Warren Nord 6/7/2005

**00069**

1  university, who perhaps teaches in research
2  universities, who publishes in journals, and who
3  has certain kind of credentials.  And then what
4  those folks do is--is define good science for us.
5      Some of the folks with those kinds of
6  credentials--not many, but a significant number--
7  the leading intelligent-design theorists have
8  Ph.D.s from good, reputable research universities
9  and teach in research universities, have published
10  some in--in the peer-reviewed journals, and--and
11  yet, they--and they--they know establishment
12  science inside and out, and yet they have come to
13  believe that methodological naturalism is too
14  restrictive, that it's a--a kind of--well, it's in
15  effect a kind of scientific fundamentalism that
16  doesn't allow design explanations to be taken
17  seriously.
18      And--and as one of the ways of defining
19  what good science is is to see what scientists with
20  the appropriate kind of credentials end up doing.
21  And so it's important, I think, that these aren't
22  people who went to Bible colleges or that rely for
23  their understanding of nature on--on Genesis, but
24  that they are thoroughly and totally at home in

**PAGE 71**

**00071**

1  still accept an awful lot even of evolutionary
2  science, even if you reject natural selection as an
3  adequate mechanism for explaining evolution.
4      So--so, I mean, that's another
5  consideration.  You don't have to give up all kinds
6  of things, all kinds of aspects of science, to be a
7  good intelligent-design theorist.  You can still
8  hang onto ninety-five percent of science or ninety
9  percent of biology, even if you--if you say natural
10  selection is a--is a mechanism that doesn't allow
11  us to explain everything that needs to be
12  explained.  That's important, I think.
13  Q  In answering the question "Is IDT science?"--
14  A  Uh-huh (yes).
15  Q  --you suggest several tests or aids.
16  A  Yeah.
17  Q  The first is:  "How many scientists take IDT
18  seriously?"  Were, do you have in mind absolute
19  numbers, or a percentage, or whether any--
20  A  No.
21  Q  --scientists--
22  A  I--I--there's--you know, it's sort of like "What
23  age do people become responsible human beings?"
24  You know, I mean, there's no magic number.  The--

**PAGE 70**

**00070**

1  establishment science, and yet feel the need to--to
2  reject it--in part.
3      And this is--this goes to two of the--to
4  part of the--the--one of the criteria I--I say:  To
5  what extent to the--does the theory draw on
6  accepted science?  And it's important for me that
7  intelligent-design theory doesn't require us to
8  give up carbon-14 dating, and belief in dinosaurs,
9  and--and a thirteen-billion-year-old universe, or a
10  four-and-a-half-billion-year-old earth, the way
11  old-fashioned creationism does; that--that
12  intelligent-design theorists can accept most of
13  what science tells us about the world.  They're
14  rejecting something key in biology:  natural
15  selection.
16      Ernst Mayr said that there's a--there are
17  five components to Darwinian evolution.  And I
18  can't remember them all, but it's the idea of
19  evolution itself, and it's gradualism, and it's
20  budding, and--and it's natural selection.
21      And--and a point that I think Behe makes
22  is that intelligent-design theory requires us to
23  say that natural selection is inadequate for
24  explaining everything that happens.  But you can

**PAGE 72**

**00072**

1  the question is--for me, is:  "Is there a
2  significant debate?"--
3  Q  If there's one and you believe it--
4  A  --"Is there a significant"--
5  Q  --is that significant?
6  A  Well, you know, if the one turns out to have been
7  Copernicus, you know, that's significant--or
8  Galileo, or somebody who goes against the--or--
9  Q  So by "significant," you don't mean some number;
10  you mean--
11  A  There's no magic number, no.  But on the other
12  hand, you know, if it were just the point of view
13  of one person, I don't see that textbooks and the
14  curricula would need to take it seriously.  It's
15  got--there has to be some significant number, and
16  the idea has got to be of significant importance.
17      You know, in any place in the curriculum,
18  you can't include all the ideas and all the points
19  of view, so which ones do you include?  By and
20  large, you include the most-important ones.  I
21  would say you should also include the most-
22  controversial ones, the ones that--that have the
23  greatest significance in the larger culture.
24      And so the--this debate certainly ties

Warren Nord 6/7/2005

SHEET 19   PAGE 73
00073

```
 1    into culture-wars debates.  It does that in part.
 2    But it also--and more importantly, more
 3    relevantly--ties into, I think, important
 4    discussions on the edges of science about how to
 5    define science, and to a tremendously important
 6    question of whether there's design in nature and in
 7    the world.
 8         Now, that's a perennial philosophical
 9    question.  It's not just a religious question.
10    Philosophers have debated that quite apart from
11    anything that looks like traditional organized
12    religion.  And--and so it's--I mean, certainly, the
13    design question can be understood as a secular
14    philosophical question, but insofar as it's a
15    question to which collecting evidence and
16    performing experiments is--is relevant, it can also
17    be a scientific question, I think.
18  Q   Okay.  Let me continue, because we get to some of
19    this.
20  A   Okay.
21  Q   You ask--with reference to how many scientists take
22    IDT seriously--
23  A   Uh-huh (yes).
24  Q   --"What is (or has been) their standing within
```

PAGE 74
00074

```
 1    establishment science?"
 2  A   Yeah.
 3  Q   Other than Michael Behe, can you identify for us
 4    one intelligent-design theorist who has a standing
 5    within establishment science?  I'm not talking
 6    about mathematics; I'm talking science.
 7  A   I--I guess, if the question is "Are there people
 8    who established a relationship and published in
 9    science before they became intelligent-design
10    theorists?" I--I don't know.  You know, about the
11    best that I can do in response to that question is
12    to say I'm not a scientist, and I do observe this
13    debate more through the kind of general literature
14    than through my reading of scientific journals or
15    the science--the science itself.
16  Q   You continue:  "What kinds of research have they
17    done?"  I--I assume here you're talking about IDT
18    scientists and what kinds of IDT research have they
19    done?
20  A   No, not necessarily.  Have they done--but here,
21    it's important--again, I mean, anybody who gets a
22    Ph.D. from a research university is going to
23    have--have done research in establishment science,
24    and so that's crucial.
```

PAGE 75
00075

```
 1         How familiar are they with establishment
 2    science?  What kinds of credentials do they have
 3    because of their--their educations and things that
 4    they might have published apart from--from IDT?
 5    And it's a more-or-less kind of question.  That's
 6    relevant to--to judging--and--and again, how much
 7    of establishment science do they have to reject?
 8         If you're a creation--an old-fashioned
 9    creation scientist and have to give up carbon-14
10    dating, and the age of the earth, and dinosaurs,
11    and all kinds of other things like that, you know,
12    that's an argument for saying that just can't be
13    considered science.  But I take it that most of the
14    IDT people don't do that, that they accept an awful
15    lot of science.
16  Q   Do they accept that man evolved from lower life
17    forms?
18         MR. GILLEN:  Object to the form.
19  A   I don't know.  I suppose I have to say I don't know
20    the answer to that.  I know in--in at least a few
21    cases--I mean, Behe, I know, accepts evolution;
22    he's an evolutionist.  And as a matter of fact, he
23    said--in a New York Times piece this spring, he
24    says that IDT theorists are evolutionists; it's
```

PAGE 76
00076

```
 1    just that they think the design has to enter into
 2    the question of evolution.  So, in some sense, yes,
 3    we descend from other life forms.  It's just that
 4    you can't explain that evolutionary process in
 5    neo-Darwinian terms--or you can't explain it fully
 6    in neo-Darwinian terms.
 7  Q   Do IDT theorists tend to believe that the great
 8    majority of species were--suddenly appeared--
 9         MR. GILLEN:  Objection to form.  Spec--
10    sorry.
11  Q   --with no record in the fossil record?
12  A   I--
13         MR. GILLEN:  Objection to form.
14    Speculation.
15  A   I--I don't know.
16  Q   Do you remember reading that in Pandas and People?
17  A   No.
18  Q   You pose the question "To what extent does the
19    theory draw on accepted science?"  "Draw on" is a
20    little vague.  Is it your view that intelligent
21    design draws on methodological naturalism?
22  A   It certainly draws on--I mean, it certainly draws
23    on--on other aspects of science.  And insofar as--
24    as pretty much all science is defined by
```

Warren Nord 6/7/2005

```
 1  00077
 2   1          methodological naturalism, it certainly draws on
 3   2          the conclusions of that science to--as--as part of
 4   3          its case.
 5   4                  I mean, again, to think of Behe, he
 6   5          doesn't--you know, this doesn't come all out of the
 7   6          blue, his theory.  He's--he locates his design
 8   7          arguments in the context of very deeply textured
 9   8          understandings of the cell, which is drawn from--
10   9          from establishment science.  So it's--it's not,
11  10          again, like the old-fashioned creation scientists,
12  11          who dismiss so much of establishment science and--
13  12          and make arguments that are unrelated to
14  13          traditional or--or modern establishment science.
15  14          It--again, it just seems to me to be quite a
16  15          different kind of--of thing.
17  16   Q      Let's try to get at this another way, perhaps.  Do
18  17          you understand intelligent-design theory to be a
19  18          testable and tested hypothesis?
20  19   A      Yes, although the tests certainly would be somewhat
21  20          different from those employed in methodolo--within
22  21          a methodological naturalism.  They may be
23  22          statistical tests, like Dembski--Dembski offers,
24  23          or, you know, the notion of irreducible complexity
25  24          that Behe uses.  I mean, that's certainly--that's--
```

```
 1  00079
 2   1   Q      Do you know the context in which it appeared?  Was
 3   2          it a paid ad, or an Op-Ed submission--
 4   3   A      Oh, I--
 5   4   Q      --or a--
 6   5   A      No, it was--it was a paid ad.  Sure.
 7   6   Q      Okay.  And do you know who paid for the ad?
 8   7   A      No.  I could guess, but, no, I don't know.  I
 9   8          don't--I don't remember.
10   9   Q      The Discovery Institute?
11  10   A      I--that would be my guess, but I--
12  11   Q      Okay.
13  12   A      --don't know.
14  13              MR. WILCOX:  Off the record.
15  14              (DISCUSSION OFF RECORD)
16  15              MR. WILCOX:  Okay.  Back on.
17  16   Q      (By Mr. Wilcox)  You continue in your list of aids
18  17          or tests:  "To what extent is it an ad hoc theory?"
19  18   A      Uh-huh (yes).
20  19   Q      You'd better explain what you mean by that for me.
21  20   A      (Examines paperwritings.)  Well, the next sentence
22  21          explains it.  That is, "Does it grow honestly out
23  22          of the evidence rather than out of prior
24  23          ideological or religious commitments?"  An
25  24          explanation that--that really doesn't grow out of
```

```
 1  00078
 2   1          it's a way of testing an idea, but it's not the
 3   2          the standard way of--of methodological naturalism.
 4   3                  The--the arguments for fine-tuning in--in
 5   4          cosmology, again, rely on very sophisticated kinds
 6   5          of mathematical and statistical analyses to suggest
 7   6          that the nature of our universe--the idea that it
 8   7          is by accident the kind of universe that produces
 9   8          life is--are extremely improbable.  Well, I mean,
10   9          that's a way of testing, I think, a design claim,
11  10          but it's not the way of testing that's found, I
12  11          think, in much science.  Although here I'm really
13  12          going beyond what I can talk about, because I know
14  13          various kinds of scientists use various kinds of
15  14          statistical analyses to--to support causal claims,
16  15          for example.  So I--you know, I probably should
17  16          acknowledge my limitations, though I--
18  17   Q      Okay.  You referred earlier to seeing a list of two
19  18          or three hundred names--
20  19   A      Yes.
21  20   Q      --in, did you say, The New Republic?
22  21   A      I know The New Republic, and--and I--my impression
23  22          is that that list appeared in a couple of other
24  23          places, maybe The New York Times.  [--I saw it in
25  24          The New Republic.
```

```
 1  00080
 2   1          evidence but grows out of convictions that someone
 3   2          already has would be an ad hoc theory.
 4   3   Q      Okay.  So those are two connected--
 5   4   A      Yes, that's right.
 6   5   Q      --questions?
 7   6   A      I should have said, "That is, does it grow out,"
 8   7          but--and--and let me--I--is your question does
 9   8          design--is design theory ad hoc?  No.
10   9   Q      I'm going to go to the next--
11  10   A      All right.  I'll wait for your question.
12  11   Q      --question.  To answer whether it grows honestly
13  12          out of evidence imports a notion of
14  13          trustworthiness--
15  14   A      Yeah.
16  15   Q      --that I'm not sure I can address.  Do you feel
17  16          that you have insights as to the honesty vel non of
18  17          the IDT theorists?
19  18   A      I don't have any deep insight into--
20  19   Q      Okay.
21  20   A      --into their honesty, or into the honesty, I should
22  21          say, of--of--
23  22   Q      Neo-Darwinists?
24  23   A      --some neo-Darwinists.  That's right.
25  24   Q      Okay.
```

Warren Nord 6/7/2005

---

SHEET 21   PAGE 81

00081

```
 1    1  A   'Cause you can make the same kinds of arguments
 2    2      in--in either case.  I mean, people say that--
 3    3      that--a lot of people say that design theorists--
 4    4      theory really grows out of religious convictions,
 5    5      and some people say that neo-Darwinism really grows
 6    6      out of atheistic convictions.
 7    7             Darwin--Darwin himself couldn't believe
 8    8      in a personal god after the death of his ten-year-
 9    9      old daughter.  You know, does that have something
10   10      to do with the fact that he now can ex--that--that
11   11      he wants to come up with an explanation of the
12   12      world independent of a--of a theistic god?  I don't
13   13      know.  My suspicion is that probably Darwin's
14   14      theory did grow out of a--not out of his re--his
15   15      personal rejection of a religious god.  But
16   16      certainly there are some neo-Darwinians who
17   17      probably hold their views at least in part because
18   18      they can't tolerate the idea of a god.
19   19             So how do you assess the honesty?  I
20   20      don't know.  Certainly, many neo-Darwinians, I
21   21      think, come to their views because that's their
22   22      best reading of the evidence, rather than out of
23   23      any kind of prior religious convictions.  And I--
24   24      and I suspect that at least some IDT theorists,
25
```

---

PAGE 82

00082

```
 1    1      maybe most of them, also come to their convictions
 2    2      out of an independent assessment of the evidence.
 3    3      Maybe they're open to design explanations because
 4    4      of religious convictions that they have, but--but
 5    5      that's a different question from whether those
 6    6      religious convictions actually drive or shape their
 7    7      conclusions as scientists.
 8    8  Q   Okay.  You continue that "whether or not IDT is
 9    9      good science is in part, at least, a philosophical
10   10      question."
11   11  A   Yeah.
12   12  Q   And you then state, "Modern science has prided
13   13      itself on its openness to new evidence and to the
14   14      potential falsification of its theories."  Would
15   15      you agree that modern science, however, is not open
16   16      to different methodologies; it insists on--
17   17  A   Yes.
18   18  Q   --methodological naturalism?
19   19  A   Yes.  And that then becomes the kind of
20   20      philosophical question that it's important for
21   21      science--scientists themselves and students who
22   22      study science to be educated about:  Is
23   23      methodological naturalism--should methodological
24   24      naturalism define modern science?  Because if--if
25
```

---

PAGE 83

00083

```
 1    1      that question isn't opened up for discussion,
 2    2      then--then you get what I call scientific
 3    3      fundamentalism, whereby students are expected to
 4    4      accept methodological naturalism more or less as a
 5    5      matter of faith, or, that is to say, of trust in
 6    6      the scientific establishment, rather than any kind
 7    7      of reasoned conviction about it.
 8    8             The only way to--to have a re--a reasoned
 9    9      position on methodological naturalism is if you
10   10      understand something of the alternatives or the--
11   11      the debate about the adequacy of methodological
12   12      natural--methodological naturalism going on in our
13   13      larger intellectual life.
14   14  Q   To some extent, intelligent-design theorists
15   15      reference things like Mount Rushmore.
16   16  A   Yeah.
17   17  Q   You're familiar with that--
18   18  A   Yeah.
19   19  Q   --sort of "I know it when I see it"?
20   20  A   Uh-huh (yes).
21   21  Q   That, of course, presupposes that the intelligence
22   22      underlying the design is an intelligence much like
23   23      human intelligence, doesn't it?
24   24  A   Yeah.  Well, I mean, that analogy does, yes.  Or by
25
```

---

PAGE 84

00084

```
 1    1      analogy, yes.
 2    2  Q   Which connotes that man is created in the image of
 3    3      God, does it not?
 4    4  A   Well--
 5    5             MR. GILLEN:  Object to form.
 6    6  A   --to, because, again, I want to distinguish between
 7    7      supernaturalism "A" and supernaturalism "B" simply
 8    8      because there are some folks in the history of
 9    9      thought who are supernaturalists "A," and there are
10   10      some folks who are supernaturalists "B," and--and
11   11      intelligent design is compatible with either.
12   12             It doesn't require God understood in
13   13      traditional terms of Judaism, Christianity, and
14   14      Islam.  It could be simply the presence of design
15   15      in the universe in ways in which other philosophers
16   16      have understood as--as a possibility but that
17   17      doesn't rely on--on the idea of God.  So--and
18   18      that's a crucial distinction.  I--I don't want to
19   19      lump--we don't--we don't necessarily have to have
20   20      God just because we have design.
21   21  Q   I'd like to switch gears and talk about the
22   22      educational value--
23   23  A   I'm happy to switch gears.
24   24  Q   --of the Dover Area School District--
25
```

Warren Nord 6/7/2005

```
1  00085
2   1  A    Okay.
3   2  Q    --update of the biology curriculum.  The biology
4   3        curriculum was updated to include a preliminary
5   4        statement as follows, quote:  "Students will be
6   5        made aware of gaps, slash, problems in Darwin's
7   6        Theory and of other theories of evolution,
8   7        including, but not limited to, Intelligent Design."
9   8        What are the--do you have any understanding as to
10  9        what is meant by the 'gaps, slash, problems in
11  10       Darwin's Theory'?
12  11  A   (Examines paper/writings.)  I don't know what--since
13  12       I haven't read any literature or talked with any of
14  13       the people--what the authors of that statement
15  14       mean.  I--I can speculate as to what it might be or
16  15       what I would take them to be, the--the
17  16       gaps/problems.
18  17  Q   Would it, in your mind, be a reference to gaps in
19  18       the fossil record, for example?
20  19  A   It could be.  That's certainly one of the--the
21  20       kinds of gaps that oftentimes are mentioned,
22  21       particularly in--in intelligent-design literature.
23  22  Q   And could it be also the difficulty that evolution
24  23       has in explaining the crossover from chemistry to
25  24       life?
```

```
1  00087
2   1        know what in particular the authors meant.
3   2  Q    Well, let me just test--see if I understand--strike
4   3        that.
5   4            I'd like to ask you if you have an
6   5        understanding as to the structure of this sentence.
7   6        One way to read it is that students will be made
8   7        aware of gaps/problems in Darwin's theory and that
9   8        they will be made aware of gaps/problems in other
10  9        theories of evolution.
11  10  A   Yes.
12  11  Q   Do you read it that way?
13               MR. GILLEN:  Objection.  Form.
14           Speculation.
15  14  A   (Examines paper/writings.)  I'm puzzled as to that
16  15       sentence, too.  I--that seems to be--do you want to
17  16       a suggest another reading to it?
18  17  Q   Another reading might be "Students will be made
19  18       aware of gaps/problems in Darwin's theory, and
20  19       they"--
21  20  A   And then made aware of other theories.
22  21  Q   --"and then they will also be made aware of other
23  22       theories of evolution, including intelligent
24  23       design."
25  24  A   Well, I suspect that's what it means because--
```

```
1  00086
2   1  A    That would certainly be one of the possibilities,
3   2        yes.
4   3  Q    Can you think of any other gaps, slash, problems in
5   4        Darwin's theory?
6   5  A    Well, I think another big one would be the
7   6        development of--of sexual reproduction.  My
8   7        understanding is that--this is nothing I'm an
9   8        expert on, but my understanding is that that does
10  9        create a large problem, how you get sexual
11  10       reproduction where only the--half the genes of--of
12  11       each parent become transmitted to the offspring,
13  12       that that's not what neo-Darwinism would--would
14  13       lead one to think should happen.  So how do you--
15  14       how do you get bisexual reproduction?  That might
16  15       be one.  I don't--I don't know.
17  16           I mean, certainly, there are particular
18  17       kinds of cases, the things that Behe talks about,
19  18       is--in cellular biology and biology.  There's--
20  19       there's the kind of problem that Gould tried to
21  20       address with punctuated equilibria, the rapid
22  21       transitions in evolution.  I suspect that's
23  22       probably one.  And then the absence of--of fossil--
24  23       intermediate fossils in those kinds of cases.  I
25  24       suspect those are the kinds of things, but I don't
```

```
1  00088
2   1  Q    The latter?
3   2  A    Right, probably, but--but I don't know.
4   3  Q    Okay.
5   4  A    I don't know.
6   5  Q    In your view, is intelligent design another theory
7   6        of evolution?
8   7            MR. GILLEN:  Objection.  Form.
9   8        Speculation.
10  9  A    Well, I mean, I--my impression is that at least
11  10       some, Behe says most, intelligent-design theorists
12  11       accept evolution.  The question is the mechanism of
13  12       evolution.  I don't know whether that's the case.
14  13       I--I just don't know whether most intelligent-
15  14       design theorists accept evolution in- in some form.
16  15       Well, I don't know.
17  16  Q   Okay.  So, if the school board had in mind that
18  17       intelligent design was an alternative theory of
19  18       evolution to Darwinian theory--
20  19  A   Uh-huh (yes).
21  20  Q   --you would say that that's not consistent with
22  21       your understanding of intelligent design?
23  22  A   I'm sorry.  Say that again?  If--
24  23  Q   If the school board--
25  24  A   Uh-huh (yes).
```

Warren Nord 6/7/2005

```
 1  00089
 2   1. Q      --understood that intelligent design was a theory
 3   2          of evolution--
 4   3  A      Uh-huh (yes).
 5   4  Q      --that stood in contrast to Darwinian--
 6   5  A      Uh-huh (yes).
 7   6  Q      --evolution, you would say that is not consistent
 8   7          with your understanding of intelligent design?
 9   8  A      I guess what 1 want to say is that intelligent
10   9          design is certainly compatible with evolution, or
11  10          many--many intelligent-design theorists, my
12  11          impression is, accept evolution but reject natural
13  12          selection as the--as able to explain evolution.
14  13          But--but I just--I don't know what that sentence
15  14          reads.
16  15  Q      And isn't it also true that many intelligent-design
17  16          theorists don't accept that some aspects of
18  17          biological life--
19  18  A      Uh-huh (yes).
20  19  Q      --could not be the product of evolution?
21  20  A      I mean, certainly, there are some who believe
22  21          that--
23  22  Q      Behe, for example, doesn't use--
24  23  A      Yeah.  That's right.  Not the product of
25  24          neo-Darwinian evolution.
```

```
 1  00091
 2   1          disagree.  And that may be in part a philosophical
 3   2          or a theological question.  But that's different
 4   3          from whether there actually is design in nature.
 5   4  .          So I think--I think Behe is an
 6   5          evolutionist.  And I take it that--that at least
 7   6          some other intelligent-design theorists are
 8   7          evolutionists; it's just that they reject the
 9   8          neo--neo-Darwinian explanation for evolution.
10   9  Q      Neo-Darwinian in the sense now that it's
11  10          purposeless?
12  11              MR. GILLEN:  Objection to the form.
13  12  A      Well, in--in the sense that it relies on explaining
14  13          evolution in terms of natural selection acting on
15  14          the random mutation of genes, which is a
16  15          purposeless, unguided process, yes.
17  16  Q      Okay.
18  17  A      That is, one that does not rely on design
19  18          explanation or teleological causality.  Yeah.
20  19  Q      What is your understanding as to how Behe explains
21  20          the origin of the bacterium flagellum?
22  21  A      Oh, I don't know.  I can't explain that.
23  22  Q      Or any phenomenon in life at all?
24  23  A      Well, I mean--(pause)--
25  24  Q      What I'm getting at is:  Isn't design theory--
```

```
 1  00090
 2   1  Q      Of evolution at all?
 3   2              MR. GILLEN:  Objection to form.
 4   3  A      No.  I mean, I think Behe is--is an evolutionist.
 5   4          I mean, he says that.
 6   5  Q      Doesn't his example of the bacterium flagellum--
 7   6  A      Well, the question is--
 8   7  Q      --posit that this organism is so irreducibly
 9   8          complex that it could not have evolved?
10   9  A      No.  No.  I think his position is that it can't
11  10          have evolved by neo-Darwinian mechanisms, that
12  11          there must be design, but the design doesn't have
13  12          to be a kind of miraculous intervention by a
14  13          supernatural god.  And that's the point, again, in
15  14          my supernaturalism "A" and my supernaturalism "B."
16  15          It could be that there is design implicit in
17  16          nature, there's teleological causation in nature.
18  17          That's one of the possibilities.  And Behe says
19  18          he's an evolutionist; he believes that evolution
20  19          has happened; it's just that natural selection as a
21  20          mechanism can't explain how evolution took place,
22  21          that there has to be a design in--in nature.
23  22              Now, how that design gets into nature,
24  23          again, is a complicated question, about which, I
25  24          suspect, intelligent-design theorists will
```

```
 1  00092
 2   1  A      Uh-huh (yes).
 3   2  Q      --a theory that design is manifest, without any
 4   3          explanation as to how it got there?
 5   4  A      Well, my impression is that most design theorists
 6   5          would say you can identify design and that it's
 7   6          another question how it got there.
 8   7  Q      And intelligent-design theory stops short of
 9   8          explaining how it got there, doesn't it?
10   9  A      Yes.
11  10  Q      The statement, curriculum statement, continues:
12  11          "The Origins of Life is not taught."
13  12  A      Yeah.
14  13  Q      Do you understand what that refers to?
15  14              MR. GILLEN:  Objection.  Foundation.
16  15          Speculation.
17  16  A      No, I don't.  I mean, I--again, I can speculate,
18  17          but I don't--don't know what that refers to.
19  18  Q      What do you think it refers to, or don't you even
20  19          think--have any thought on it?
21  20  A      Well, one possibility would be that simply the--
22  21          the--I mean, it could be that--my--my understanding
23  22          is that some textbooks have chapters or sections
24  23          that deal with the origins of life out of nonliving
25  24          matter, and if that's what we mean by "the origins
```

Warren Nord 6/7/2005

**SHEET 24   PAGE 93**

00093

```
 1     of life," it could be that that question simply
 2     isn't addressed in the--in the--in the curriculum.
 3     That's a gap in the curriculum.  So that--I mean,
 4     that may be the case.  I--so that if that's what we
 5     mean by "origins of life," we just don't address
 6     that here in--in our curriculum.
 7  Q  Let me pause right there.
 8  A  Okay.
 9  Q  And if you assume that that's what they mean--
10  A  Well, I don't know what they mean.  That's--
11  Q  But if you assume--
12     --speculation.
13  Q  But if you--if you speculate--
14  A  Yeah.
15  Q  --and that's a way of assuming--
16  A  Yeah.
17  Q  --that that's what they mean, would you regard that
18     as a useful--how do you pronounce it?--pedagogical
19     approach, or is that counterproductive?  For a
20     liberal education.
21  A  For a liberal education--
22        MR. GILLEN:  Nice, Chub, nice.
23  A  All right.  You make me--you make me say that
24     that's--that's counterproductive.  But the--and I
25
```

**PAGE 94**

00094

```
 1     can--I could--that's not the only possibility.  The
 2     other possibility would be that--another
 3     possibility would be that they mean "We simply
 4     don't raise religious or philosophical questions
 5     about where life came from.  We stick to science."
 6     I mean, it could mean that.  That might be a
 7     somewhat naive view, but it--it could mean that,
 8     too.
 9  Q  Okay.  The statement continues, quote, "Intelligent
10     Design is an explanation of the origin of life"--
11  A  Uh-huh (yes).
12  Q  --"that differs from Darwin's view."  What was
13     Darwin's view on the origin of life?
14  A  I wouldn't--I wouldn't--I wouldn't write the
15     sentence that way, either.  The point is--all
16     right.  If--if "the origin life" does mean how do
17     you get from nonliving matter to--to life, then
18     there's no Darwinian explanation.  And in fact, as
19     I understand it, that is a huge scientific mystery
20     still.  We--we just don't know how--how that
21     happened either on grounds of methodological
22     naturalism or maybe any other, other than religious
23     or philosophical, I suppose.  There are
24     possibilities there.
25
```

**PAGE 95**

00095

```
 1     So--so, yes, if--if the reference is to
 2     the transition from--from nonliving matter to
 3     living matter, then there wasn't a Darwinian theory
 4     about that.  Darwinism only kicks in once you've
 5     got reproduction.
 6     So, if instead we read this as referring not to
 7  Q  "origin of life" but to "origin of species"--
 8  A  Origin of species and--and how did human beings
 9     come to be and of prehominids or--or whatever, then
10     it's true that intelligent design might well have--
11     or--or would have a different account of how that
12     story goes because of its willingness to use design
13     explanations.
14  Q  If intelligent-design theorists are primarily
15     evolutionists, it's not really a different
16     explanation for the origin of life, is it?
17        MR. GILLEN:  Objection to--
18  A  Oh, sure it is.  Sure it is.
19     It's only a difference from neo-Darwinism--
20  Q  Yes.
21  A  --not from Darwin's view, correct?
22  Q  No.
23  A        MR. GILLEN:  Objection.
24  A  It would also be from Darwin's view.  And what
25
```

**PAGE 96**

00096

```
 1     Darwin didn't have was modern genetics.  But Darwin
 2     still had natural selection, and that was the
 3     mechanism that he thought worked on chance
 4     variations.  But he couldn't explain the chance
 5     variations, and--and biologists couldn't till we
 6     get modern genetics.
 7        But, still, for Darwin--Darwin says in
 8     his autobiography there's no more direction in
 9     evolution than in the way the wind is blowing--how
10     does he put it?--there's no more design in--in
11     evolution than in the way the wind blows.  And
12     Darwin was clear it was an unguided, purposeless
13     process.
14        So, if you--if you introduce design, if
15     you allow design explanations, you've at least got
16     the possibility for a--a quite different account of
17     how human beings come to be.  Now, you--
18  Q  Now, let me interrupt--
19  A  Okay.  All right.
20  Q  --if I may, because I would ask you to point me to
21     the writings of any intelligent-design theorist
22     that claims there is a purpose in evolution and
23     explains what that purpose is.
24        MR. GILLEN:  Objection to the form.
25
```

Warren Nord 6/7/2005

SHEET 25   PAGE 97
00097

```
 1  00097
 2   1  A    I--I think that neo-design--pretty soon, we'll have
 3   2       neo-design theory.
 4   3  Q    We already do.
 5   4  A    Intelligent-design theory is in its infancy, and--
 6   5       and, you know, maybe--you know, it may be it won't
 7   6       be long-lived.  I--I don't know.  But I don't think
 8   7       there's anything like a full-fledged, at this
 9   8       point, intelligent-design theory that--what, I
10   9       mean, Behe does is show that at the cellular level
11  10       there are various kinds of--of problems.
12  11              There are others--there are other gaps in
13  12       the evolutionary account that we talked about
14  13       earlier for which design explanations--for--for
15  14       which we might find or appeal to design
16  15       explanations, but--but I don't think there's
17  16       anything like a full-fledged intelligent-design
18  17       theory yet.
19  18              But still, what intelligent-design
20  19       theorists have come up with is very suggestive
21  20       and--and, I think, significant, in part because of
22  21       its implications, and particularly for its--the
23  22       questions it raises about the nature of science and
24  23       whether science needs to be defined more broadly.
25  24  Q    Can we agree that, as you understand it,
```

PAGE 98
00098

```
 1  00098
 2   1       intelligent design is not an explanation of the
 3   2       origin of life in the sense of life going from
 4   3       innate chemistry to living matter?
 5   4  A    I don't think that there's a complete theory there.
 6   5       There's--that's my impression.  Again, I mean,
 7   6       I'm--I'm a philosopher looking at this literature
 8   7       from some distance, but my impression is that
 9   8       there's not a complete theory of how design figures
10   9       in at all stages of evolution, that there are some
11  10       gaps, some problems for Darwinists, and there are
12  11       some particular places where design looks like a
13  12       pretty obvious explanation where there are no
14  13       competing Darwinian explanations.  So that there's
15  14       kind of the sketch of a--of an alternative theory
16  15       that's--that's available.  But--but, obviously, a
17  16       lot of work still needs to be done to fill in that
18  17       sketch.
19  18              One other thing that I'd say here, too,
20  19       that seems to me to be important, and--and that is
21  20       that, I mean, one of the reasons that I take design
22  21       theory seriously as a possible explanation,
23  22       competing explanation, is that it seems to me that
24  23       you can make a fairly strong case for design in
25  24       cosmological evolution, the kind of anthropic
```

PAGE 99
00099

```
 1  00099
 2   1       fine-tuning arguments that have received a lot of
 3   2       discussion among cosmologists and philosophers.
 4   3  Q    Just--
 5   4  A    At one end--
 6   5  Q    Just so we are--are communicating, "cosmology"
 7   6       meaning how the universe got to--
 8   7  A    Yes.
 9   8  Q    --be the way it is?
10   9  A    Yeah.  In the--in the wake of the Big Bang, the
11  10       very extraordinary set of coincidences that
12  11       allowed--that made this universe a universe that in
13  12       the end produces life.  The--the extent to which
14  13       cosmologists and defenders of the naturalistic
15  14       worldview have to go to re--to discredit that
16  15       idea usually requires the appeal to an infinite
17  16       number of universes, which is an extraordinary move
18  17       to make.
19  18              So--so, you--you get a kind of plausible
20  19       design argument out of fine--cosmological
21  20       fine-tuning.  And on this end, thirteen billion
22  21       years later, there's--there's a fair amount of--
23  22       secular philosophers oftentimes reject naturalistic
24  23       explanations of the mind.  One doesn't have to be
25  24       religious, by any means, to believe that naturalism
```

PAGE 100
00100

```
 1  00100
 2   1       is inadequate to explain the mind, that you need--
 3   2       that--that mind is something that requires a quite
 4   3       different kind of explanation than modern science
 5   4       and naturalism can--can provide.
 6   5              So that at both ends of our thirteen-
 7   6       billion-year history, you've got design that--that
 8   7       oftentimes is--is argued for on secular grounds
 9   8       rather than religious grounds.  So that the
10   9       intervening stages of how life came to be and--and
11  10       biological evolution--that--that there are design
12  11       explanations which are now being made available
13  12       seems to fit a larger pattern that--so, in part--
14  13       that's one of the reasons that I take it seriously,
15  14       is that it--it fits that larger pattern, and you
16  15       don't just look at the--you don't have to just look
17  16       at the kinds of arguments that Behe makes about
18  17       cells.  That's an important piece of the puzzle,
19  18       but--but the puzzle's a big puzzle.
20  19  Q    Spanning thirteen billion years?
21  20  A    Spanning thirteen billion years, yeah, that's
22  21       right.
23  22              MR. GILLEN:  Let the record reflect it is
24  23       not a young earth.
25  24              THE WITNESS:  Yeah.
```

Warren Nord 6/7/2005

SHEET 26   PAGE 101

```
00101
 1    1  Q   The statement goes on to say, quote, "The school
 2    2      leaves the discussion of the Origins of Life to
 3    3      individual students and their families."  In your
 4    4      view, that is not a good thing, is it?
 5    5              MR. GILLEN:  Objection to form.
 6    6  Q   Shouldn't a liberal education address discussion of
 7    7      origins of life?
 8    8  A   Yes.  But--but again, I don't know exactly what the
 9    9      authors meant by--
10   10  Q   Whichever they mean--
11   11  A   --teaching the origins of life.
12   12  Q   --whether they mean converting from innate
13   13      chemistry to living matter--
14   14  A   Yeah.
15   15  Q   --or whether they mean how speciation occurred--
16   16  A   Yeah.
17   17  Q   --whichever they meant, you would think schools--
18   18  A   Well--
19   19  Q   --a liberal education should address it?
20   20  A   A liberal education should, and invariably does.
21   21      It's just a question of whether it's implicit or
22   22      explicit.
23   23  Q   Then this--there's an explanation, which reads,
24   24      quote, "The foregoing statements were developed to
25
```

PAGE 103

```
00103
 1    1      that there's an alternative.  But it's not balanced
 2    2      in the sense of equal--equal time, of course.
 3    3  Q   There's a sentence in the explanation at the
 4    4      bottom:  "The Superintendent has directed that no
 5    5      teacher will teach Intelligent Design, Creationism,
 6    6      or present his or her, or the Board's, religious
 7    7      beliefs."  From that combination of references,
 8    8      would you infer that intelligent design,
 9    9      creationism, and religious beliefs, either by
10   10      teachers or the board, are all wrapped together as
11   11      of one nature?
12   12  A   No.
13   13              MR. GILLEN:  Objection.  Speculation.
14   14  A   No.  No, I--again, I don't know, but--but that's
15   15      certainly not the way I would read it.  That's a
16   16      series of possibilities, and they don't all have
17   17      to--to be religious.
18   18  Q   Okay.  And then it continues--
19   19  A   Okay.
20   20  Q   --"The Dover Area School District supports, and
21   21      does not discriminate against, students and parents
22   22      who have competing beliefs, especially in the area
23   23      of the Origin of Life debate."  That's a reference
24   24      to competing religious beliefs, is it not, the
25
```

PAGE 102

```
00102
 1    1      provide a balanced view."  Balanced among what, as
 2    2      you--as you understand it?
 3    3              MR. GILLEN:  Objection.  Form.
 4    4      Speculation.
 5    5  A   Well, I suppose there are two ways of reading it.
 6    6      One is balanced between--well, let me say the way
 7    7      that I want--I want to read it.  It's balanced
 8    8      between design--between design views and
 9    9      neo-Darwinian views.
10   10          Now, obviously, it's not balanced,
11   11      because the school teaches--the curriculum requires
12   12      and the textbooks are full of neo-Darwinian
13   13      evolution, so it's not balanced in the sense of
14   14      equal time.  But it is--it's balanced in the
15   15      sense that it acknowledges that there are
16   16      alternative ways of understanding nature that--
17   17      that--it acknowledges that there are alternative
18   18      ways of understanding nature, so that students
19   19      don't just think that the only explanation is--is
20   20      the neo-Darwinian explanation.
21   21          So, in a kind of minimal sense of
22   22      'balanced,' it--it acknowledges that there's an
23   23      alternative.  It makes students aware of the fact
24   24
25
```

PAGE 104

```
00104
 1    1      culture wars?
 2    2  A   Well, competing beliefs wouldn't have to be
 3    3      religious beliefs.  They could be naturalistic or
 4    4      secular or atheistic beliefs.
 5    5  Q   That's what I reference when I say "the culture
 6    6      wars," between--
 7    7  A   Yeah.  Yeah.
 8    8  Q   --secular versus religious.
 9    9  A   Okay.  All right.  All right.  Yeah.
10   10  Q   Isn't that how you understand this?  This is a
11   11      reference to the culture wars that we talked
12   12      about--
13   13  A   Well, yeah, but then I--
14   14  Q   --at the beginning?
15   15  A   You remember I--I also said that there's two
16   16      readings of "culture wars."  One is religious
17   17      versus secular; the other is liberal versus
18   18      conservative.  And so it gets messy.
19   19  Q   Do you understand this to be liberal versus
20   20      conservative?
21   21              MR. GILLEN:  Objection.  Foundation.
22   22  A   Well, again, I don't know.  All I can do is--is
23   23      speculate, and I suspect that it--it--yeah, it
24   24      applies.  It says that we--we're trying to be
25
```

Warren Nord 6/7/2005

SHEET 27 PAGE 105
00105

```
 1
 2   1    religiously neutral, I suspect, as the Supreme
 3   2    Court requires us to be, and that means we're not
 4   3    going to discriminate--discriminate against any
 5   4    people in terms of their religious beliefs or their
 6   5    nonreligious beliefs.
 7   6  Q Then it continues: "School districts are forums
 8   7    for inquiry and critical discussions. The above
 9   8    statement and the District's revised Biology
10   9    curriculum together provide an opportunity for open
11  10    critical discussion." You would disagree with
12  11    that, wouldn't you--
13  12  A Ha--
14  13  Q --at least not at school here?
15  14  A Not nearly as open and as critical as it should be.
16  15    The question is whether this is minimally--whether
17  16    this is acceptable, I guess. And, you know, I
18  17    think it's acceptable, but--but I would--I would go
19  18    much further.
20  19              MR. WILCOX: Okay. Time for another
21  20    break?
22  21              MR. GILLEN: Yeah.
23  22    --------------------------------
24  23         (SEVEN-MINUTE RECESS)
25  24    --------------------------------
```

PAGE 106
00106

```
 1
 2   1              MR. WILCOX: If you don't mind, would you
 3   2    mark this as Nord Exhibit 3--or 4, I guess this is.
 4   3         (PLAINTIFF'S DEPOSITION EXHIBIT NO. 4
 5   4              MARKED FOR IDENTIFICATION)
 6   5  Q (By Mr. Wilcox) Let me show you what's been marked
 7   6    as Exhibit 4 to your deposition.
 8   7              MR. GILLEN: I heard about this.
 9   8  Q And I'll ask if you have encountered that before.
10   9  A (Examines paperwritings.) No, I haven't.
11  10  Q Are you familiar with an organization called the
12  11    Center for the Renewal of Science and Culture?
13  12  A Is--I've heard--I've heard of it. That is part of
14  13    the Discovery Institute, is it?
15  14  Q Correct.
16  15  A Yeah.
17  16  Q The Center, according to this, is directed by Dr.
18  17    Stephen Meyer. Have you heard of him?
19  18  A Yes. Yes, I have.
20  19  Q Do you understand him to be one of the intelligent-
21  20    design-theory proponents?
22  21  A Yes.
23  22  Q "The Wedge Strategy" is the title of the document.
24  23    Have you heard of the wedge strategy before?
25  24  A Oh, I've certainly heard the term "the wedge" used
```

PAGE 107
00107

```
 1
 2   1    before, in connection with Phillip Johnson, but--
 3   2  Q Have you heard it used before in connection with
 4   3    intelligent-design theory?
 5   4  A Yeah. Yeah.
 6   5  Q What do you understand the wedge strategy to be so
 7   6    far as intelligent-design theory is concerned?
 8   7  A Only in the most general sense, it's, I guess,
 9   8    the--the use of design experience--design arguments
10   9    to--to underwrite a somewhat different
11  10    understanding of--a radically different
12  11    understanding of nature from that that modern
13  12    science and methodolo--methodological naturalism
14  13    allow for. That is, an understanding of nature
15  14    which is--which is designed rather than, as
16  15    neo-Darwinism would say, an unguided, purposeless--
17  16    would have it, an unguided or purposeless project--
18  17    process.
19  18  Q Okay. According to "The Wedge Strategy," the
20  19    paragraph at the next to the bottom of Page 1,
21  20    quote, "Discovery Institute's Center for the
22  21    Renewal of Science and Culture seeks nothing less
23  22    than the overthrow of materialism and its cultural
24  23    legacies. Bringing together leading scholars from
25  24    the natural sciences and those from the humanities
```

PAGE 108
00108

```
 1
 2   1    and social sciences, the Center explores how new
 3   2    developments in biology, physics, and cognitive
 4   3    science raise serious doubts about scientific
 5   4    materialism and have reopened the case for a
 6   5    broadly theistic understanding of nature." Do you
 7   6    understand that the "new developments in biology"
 8   7    referred to here is intelligent-design theory?
 9   8  A I guess. I haven't read this document, so I--
10   9  Q Okay. Let's continue. Under "Five Year Strategic
11  10    Plan Summary"--
12  11  A (Examines paperwritings.) Yes.
13  12  Q --on Page 2, it begins, quote, "The social
14  13    consequences of materialism have been devastating."
15  14    It continues, "In order to defeat materialism, we
16  15    must cut it off at its source." And it talks about
17  16    "a 'wedge' that, while relatively small, can split
18  17    the trunk when applied at its weakest points." And
19  18    then it gets closer to what we've been talking
20  19    about here--
21  20  A Uh-huh (yes).
22  21  Q --and it says, quote, "The very beginning of this
23  22    strategy, the 'thin edge of the wedge,' was Phillip
24  23    Johnson's critique of Darwinism begun in 1991 in
25  24    Darwinism on Trial, and continued in Reason in the
```

Warren Nord 6/7/2005

SHEET 28   PAGE 109

```
1  00109
2   1              balance and Defeating Darwinism by Opening Minds.
3   2         Michael Behe's highly successful Darwin's Black Box
4   3         followed Johnson's work.  We are building on this
5   4         momentum, broadening the wedge with a positive
6   5         scientific alternative to materialistic scientific
7   6         theories, which has come to be called the theory of
8   7         intelligent design."
9   8              Is it your understanding that the design
10  9         institute--I'm sorry--the Discovery Institute
11  10        purposefully has promoted intelligent-design
12  11        writings and intelligent-design theory as a way of
13  12        developing the thin edge of the wedge into a
14  13        broader wedge?
15  14              MR. GILLEN:  Objection.  Speculation.
16  15  A     You know, I--I haven't--I--I know what the
17  16        Discovery Institute is.  I know that intelligent-
18  17        design theories--theorists often, maybe usually,
19  18        have some kind of affiliation with it.  It's a kind
20  19        of think tank for intelligent-design theory.  But
21  20        I've never--I don't--no, I did once.  I went to the
22  21        Web site to track down a document, but I think that
23  22        was the only time I view--visited their Web site.
24  23        I've not read any of their materials, so I just
25  24        don't have any kind of independent understanding of
```

PAGE 110

```
1  00110
2   1         what their mission or--or goal is, other than
3   2         generally to support intelligent-design theory.
4   3  Q     Okay.  And then it continues, in this same
5   4         strategic-plan summary, quote, "Design theory
6   5         promises to reverse the stifling dominance of the
7   6         materialist worldview, and to replace it with a
8   7         science consonant with Christian and theistic
9   8         convictions."  Is this the first you've heard of
10  9         that aspect of the Discovery--
11  10  A    Well, I know that's a--
12  11  Q    --Institute's program?
13  12  A    --charge that's oftentimes made of intelligent-
14  13        design theory, that it's a kind of front for--by
15  14        its critics--for a religious worldview.
16  15  Q    Do you know that--that Exhibit 4 is not by the
17  16        critics of intelligent-design--
18  17  A    No, I--yeah.
19  18  Q    --but by the proponents of--
20  19  A    Yeah.  No, I.--
21  20  Q    --intelligent design?
22  21  A    I appreciate--
23  22              MR. GILLEN:  Objection.  Foundation.
24  23  A    No, I--I appreciate that fact.  I'm--but you asked
25  24        me if I was familiar with that idea, and I'm
```

PAGE 111

```
1  00111
2   1         saying, yes, I'm familiar, because that's--that's a
3   2         claim that's oftentimes made by--made by critics,
4   3         and--and so I'm only familiar with it in that
5   4         sense.
6   5  Q    Okay.  If you turn to the page that's numbered
7   6         zero-one-two-four-four (01244)--
8   7  A    (Examines paperwritings.)  Yes.
9   8  Q    --it refers to "The Wedge Strategy Progress
10  9         Summary," and under "Books," it says--
11  10  A    Uh-huh (yes).
12  11  Q    --"William Dembski and Paul Nelson, two Center for
13  12        the Renewal of Science and Culture Fellows, will
14  13        very soon have books published by major
15  14        publishers."
16  15  A    Uh-huh (yes).
17  16  Q    This is--the Dembski here is the same Dembski you
18  17        referred to earlier--
19  18  A    Yes.  Yes.
20  19  Q    --as one of the leading proponents of intelligent
21  20        design?
22  21  A    Uh-huh (yes).
23  22  Q    Do you know Paul Nelson to be a proponent of
24  23        intelligent-design--
25  24  A    Yes.
```

PAGE 112

```
1  00112
2   1  Q    --theory?
3   2  A    Yes.
4   3  Q    I'm sorry?
5   4  A    Yes.  Uh-huh (yes).
6   5  Q    And then it refers to Michael Behe's Darwin's Black
7   6         Box book.  Do you understand him to be a leading
8   7         proponent--
9   8  A    Yes.  Uh-huh (yes).
10  9  Q    --of intelligent design?  And then it refers to, on
11  10        the last page, the goal of getting intelligent-
12  11        design theory out into television and radio, and
13  12        newspaper and magazine articles.  That's the
14  13        popular press that you've referred to--
15  14  A    Uh-huh (yes).
16  15  Q    --where most of your reading about intelligent
17  16        design--
18  17  A    Yes.
19  18  Q    --has come from?
20  19  A    Yeah.  Well, I wouldn't say the popular press.
21  20        Most of it's come from reading scholarly work, not
22  21        the scientific--the nitty-gritty scientific stuff
23  22        but the--the more scholarly work in the kind of
24  23        philosophical questions that raise the--the
25  24        philosophical questions about design and--and
```

**SHEET 29  PAGE 113**

```
 1 00113
 2     1    naturalism.  That's where most of my impressions of
 3     2    the movement come from.
 4     3  Q  If Exhibit 4 to your deposition is in fact a
 5     4    statement by the leading proponent of intelligent-
 6     5    design theory, would you still say that it--
 7     6    intelligent-design theory passes the test that
 8     7    you've set out in your report of being honestly
 9     8    drawn from the evidence and not an ad hoc--
10     9  A  Yeah.
11    10             MR. GILLEN:  Object--
12    11  Q  --view?  This would cause that into question--call
13    12    that into question, wouldn't it?
14    13             MR. GILLEN:  Objection to form.
15    14  A  Not necessarily.  That is to say, one can still
16    15    draw--I mean, just as one can have atheistic
17    16    reasons for liking neo-Darwinism but that doesn't
18    17    call into question the adequacy of neo-Darwinism,
19    18    so one can have theological or philosophical
20    19    convictions for a design--a world of design that
21    20    doesn't necessarily call into question the adequacy
22    21    of the actual design explanations.
23    22             So Dawkins and--and Daniel Dennett and
24    23    Stephen Jay Gould don't discredit Darwinism because
25    24    they argue from Darwinism to an atheistic world.
```

**PAGE 114**

```
 1 00114
 2     1    Gould says--in one of his essays, he says he really
 3     2    likes the cold-bath theory of reality, that--that
 4     3    somehow or another, a world without God, of--of
 5     4    struggle, is a world that's--he finds, in his stoic
 6     5    temperament, rather congenial.  But that doesn't
 7     6    discredit his work in paleontology.  So you can
 8     7    draw that distinction.
 9     8             Now, you know, whether, in fact, their
10     9    theological convictions color their scientific
11    10    work, I can't say.  What I--what I would argue is
12    11    that they needn't.
13    12  Q  This, I think, might go a little beyond your report
14    13    but is drawn from some of your books.  You have
15    14    expressed the view that schools, in order to be
16    15    fair, should take religion seriously--
17    16  A  Uh-huh (yes).
18    17  Q  --and that to do that, they should address
19    18    explicitly--I'll use your metaphor--religious
20    19    voices--
21    20  A  Yes.
22    21  Q  --as they relate to the subjects in the curriculum.
23    22    And I am curious as to selecting among the various
24    23    religious voices.  Is it your view that schools
25    24    should present the religious voices that are
```

**PAGE 115**

```
 1 00115
 2     1    reflective of the community in which that school is
 3     2    located?
 4     3  A  It depends in part on what the subject is.
 5     4  Q  Well, let's talk about evolution and biology.
 6     5  A  I would say that a biology textbook should have,
 7     6    rather than the perfunctory introductory chapters
 8     7    that they now have on scientific method, which may
 9     8    not say anything other than--which offer--which
10     9    typically offer a short and--and perfunctory and
11    10    philosophically simplistic idea of scientific
12    11    method--rather than that, textbooks should
13    12    have a substantive introductory chapter, in which
14    13    they locate biology historically and
15    14    philosophically in terms of our ongoing
16    15    discussion--not just current culture wars but
17    16    intellectual discussions, for example, about the
18    17    role of design in nature, and make students aware
19    18    of--of this larger intellectual and cultural
20    19    context, so that they can appreciate that what
21    20    they're going to study is controversial in certain
22    21    regards, and--and they aren't simply taught it as
23    22    if it's the only way of understanding nature.
24    23             Now, what--what points of view, what
25    24    alternatives do you--do you bring up?  How much
```

**PAGE 116**

```
 1 00116
 2     1    space do you have?  You--you always have to, in any
 3     2    subject, balance depth with breadth.  And so how
 4     3    many alternative ways of understanding nature do
 5     4    you include is going to be shaped in part by
 6     5    judgments about how much space do you have to give
 7     6    them to make them at least minimally coherent.  Do
 8     7    you include ten alternatives, or do you include
 9     8    a paragraph each, or do you include five alternatives
10     9    and give them two or three paragraphs each?  And
11    10    it's--it's a complicated question.
12    11             In general, I think the idea should be:
13    12    Given the historical and philosophical debates
14    13    about how we make sense of nature, methodological
15    14    naturalism, questions of design, questions of God,
16    15    are there three or four or five ways of thinking
17    16    about nature that are historically and, in our
18    17    contemporary world, sufficiently important so that
19    18    students must--must be--should be made aware of
20    19    their existence if they're to be liberally
21    20    educated, if science isn't just to be a form of
22    21    socializing students into what contemporary--the
23    22    dominant way of understanding nature of
24    23    contemporary science?  So, you know, I really can't
25    24    answer that question until you let me know how many
```

Warren Nord 6/7/2005

```
00117
 1        pages I can have and--and how sophisticated the
 2        teachers are going to be.
 3               I mean, that's another question, too.
 4        Teachers aren't prepared to deal with that kind of
 5        material, and so it's a matter of--of science
 6        education for the science teachers and preparing
 7        them to have a little broader understanding of what
 8        science education is.  And the science--national
 9        science standards say students need to--science
10        should be taught in historical context.  They just
11        don't fill that out in very interesting ways
12        philosophically speaking.
13   Q    There are probably hundreds of millions of Hindus--
14   A    Uh-huh (yes).
15   Q    --who have a view of the meaning of life.
16   A    Yeah.
17   Q    Should that be taught in our public schools in
18        central Pennsylvania?
19   A    I think all students should be required to take a
20        course in--high-school students should be required
21        to take a course in religious studies that exposes
22        them to the way several major religious traditions
23        understand the world.  And I think it's good to
24        include an Eastern religion in there.
```

```
00118
 1
 2   Q    This raises another subject altogether.  To what
 3        extent, in your view, should the issues that we've
 4        been talking about today--specifically, secular
 5        versus religious ways of understanding the nature
 6        of reality--be addressed, in your opinion, in a
 7        high-school ninth-grade biology class, or would it
 8        be better if they were addressed in a well-designed
 9        comparative-religion, religious-studies class?
10   A    Yeah.  Well, my answer is--is both, in general.
11        That is to say, I argue for minimal inclusion when
12        courses deal with particularly important and
13        particularly controversial issues--religiously
14        controversial or religiously important issues.
15        There should be some minimal inclusion in an
16        economics course, a literature course, a science
17        course.  It makes students aware of the
18        controversies, and what's controversial and what
19        isn't, and for whom.
20               But recognizing that that kind of minimal
21        inclusion isn't going to produce any deep
22        understanding on the part of students, I think that
23        a liberal education requires that they also take a
24        course in religious studies that gives them a more
25        in-depth understanding of several different--
```

```
00119
 1        several major religious ways of understanding the
 2        world, both in their classical forms and with
 3        regard to how we live our lives here and now.  That
 4        isn't going to happen any time soon.
 5               And--and that's a--that's a very
 6        controversial position.  I--I think that's what the
 7        liberal education requires.  Indeed, I think if you
 8        really spell out what constitutional neutrality
 9        requires, that's the--the best way of having
10        neutral schools.
11               But it's--it's not just for religious
12        reasons.  My theory of liberal education doesn't
13        just require--I mean, I--it's a broader theory.
14        It's one which I, in my own research and work,
15        have applied to religion, but the theory also
16        requires that students learn alternative secular
17        ways of making sense of the world when there are
18        controversies.
19               And--and that's--I mean, that's the
20        reason that I think my way of thinking about
21        liberal education applies to intelligent-design
22        theory, is because--I mean, just as students need
23        to learn about Republicans and Democrats, between
24        communitarian and--and liberal and neoclassical
25
```

```
00120
 1        ways of thinking about economics, they need to
 2        understand different secular--different
 3        scientific--different ways of understanding science
 4        and the--and quite apart from any claims that I
 5        want to make about religion.
 6               Critical--the point of a liberal
 7        education is to enable students to think
 8        critically.  And you can only think critically when
 9        you understand alternatives to the--to the
10        conventional wisdom.  And--and that's what we don't
11        do very well.  As I said, education is more or less
12        social socialization rather than any kind of
13        informed critical understanding.  And--and so it
14        really doesn't have anything--the theory of liberal
15        education doesn't have roots in anything religious
16        or--it just happens that that's what I've applied
17        it to in most of my work.
18   Q    One criticism that has been made of intelligent-
19        design theory is that it is essentially an argument
20        from ignorance--
21   A    Yeah.
22   Q    --meaning that intelligent design says, 'If I see
23        something that I can't explain as a matter of
24        evolution'--
25
```

Warren Nord 6/7/2005

SHEET 31    PAGE 121

00121

| | | | |
|---|---|---|---|
| 2 | 1 | A | Uh-huh (yes). |
| 3 | 2 | Q | --"then it must be the product of design." |
| 4 | 3 | A | Uh-huh (yes). |
| 5 | 4 | Q | That's a sort of false dichotomy, is it not? |
| 6 | 5 | A | Yeah. It--I mean, one--one could imagine there |
| 7 | 6 | | being alternative--one could imagine there being |
| 8 | 7 | | alternative naturalistic explanations to those of |
| 9 | 8 | | neo-Darwinism. And--and maybe complexity theory is |
| 10 | 9 | | an alternative naturalistic explanation; I just |
| 11 | 10 | | don't know enough about it to say. In fact, |
| 12 | 11 | | neo-Darwinism and intelligent-design theory seems-- |
| 13 | 12 | | seem to be the only two significant contenders |
| 14 | 13 | | right now. |
| 15 | 14 | Q | If one were to conclude that intelligent design was |
| 16 | 15 | | not scientifically valid-- |
| 17 | 16 | A | Uh-huh (yes). |
| 18 | 17 | Q | --at least as modern science is defined and |
| 19 | 18 | | limited--is it your view that intelligent design |
| 20 | 19 | | should nonetheless be taught because of its |
| 21 | 20 | | willingness to--because of the vehicle it provides |
| 22 | 21 | | for addressing questions of the purpose of reality? |
| 23 | 22 | A | Well, I mean, right now, the crucial question is |
| 24 | 23 | | whether it's science and whether our understanding |
| 25 | 24 | | of science should be broadened enough to include |

PAGE 122

00122

| | | | |
|---|---|---|---|
| 2 | 1 | | design explanations. Now, are you saying, |
| 3 | 2 | | 'Suppose, in the long run, we decide it isn't good |
| 4 | 3 | | science; then should it still be included?' |
| 5 | 4 | Q | Yes, because of its heuristic benefit, its |
| 6 | 5 | | pedagogical benefit. |
| 7 | 6 | A | Well, you know, in a sense, I want to say my |
| 8 | 7 | | position is it should be included--considered good |
| 9 | 8 | | science, so I don't--I'm not sure I want to |
| 10 | 9 | | speculate about what happens if we decide it isn't |
| 11 | 10 | | good science. |
| 12 | 11 | | But, you know, I--I do think that |
| 13 | 12 | | students should be made aware of--just as I think |
| 14 | 13 | | they should be made--made aware of various kinds of |
| 15 | 14 | | religious ways of understanding not just nature but |
| 16 | 15 | | the economic world, or history, or human nature, |
| 17 | 16 | | that there is some value in exposing students to at |
| 18 | 17 | | least some kind of rudimentary understanding of |
| 19 | 18 | | nature as being designed, even--even if intelligent |
| 20 | 19 | | design--quite apart from intelligent-design theory. |
| 21 | 20 | | There are theological and philosophical |
| 22 | 21 | | arguments one can make for there's design |
| 23 | 22 | | in nature, some of which I--the philosophical |
| 24 | 23 | | arguments, I happen to think are quite good, and |
| 25 | 24 | | that provide a kind of alternative that give people |

PAGE 123

00123

| | | | |
|---|---|---|---|
| 2 | 1 | | critical perspective on naturalism. |
| 3 | 2 | | So--so, yeah. I mean, I want to say that |
| 4 | 3 | | students should be exposed to the--to various ways |
| 5 | 4 | | of understanding all of the subject matters that-- |
| 6 | 5 | | that they learn about in school if they're to think |
| 7 | 6 | | critically about them. But I happen to think that |
| 8 | 7 | | not--that intelligent design has a reasonably good |
| 9 | 8 | | chance of coming to be seen as--as good science, |
| 10 | 9 | | although it's deeply controversial now. But the |
| 11 | 10 | | controversy's itself a reason for educating-- |
| 12 | 11 | | making--making students aware of it. |
| 13 | 12 | Q | Well, controversies sometimes are formed by loudly |
| 14 | 13 | | proclaiming something. |
| 15 | 14 | A | Yeah. |
| 16 | 15 | Q | Just because there are some loud proclaimants-- |
| 17 | 16 | A | Uh-huh (yes). |
| 18 | 17 | Q | --of an idea doesn't mean that it should become |
| 19 | 18 | | part of the curriculum in public education, does |
| 20 | 19 | | it? |
| 21 | 20 | A | You know, I mean, one answer I want to give is, |
| 22 | 21 | | well, you know, it depends on how loud the |
| 23 | 22 | | proclaimants are, because students need to |
| 24 | 23 | | understand cultural controversies. I mean, even-- |
| 25 | 24 | | even for things that aren't at all intellectually |

PAGE 124

00124

| | | | |
|---|---|---|---|
| 2 | 1 | | reapectable, students should understand something-- |
| 3 | 2 | | something about them. If they're important in our |
| 4 | 3 | | culture, they should be given some perspective on |
| 5 | 4 | | them. |
| 6 | 5 | | But, you know, I want to say that the |
| 7 | 6 | | intelligent-design argument isn't one primarily |
| 8 | 7 | | about shouting louder. It's one that has serious |
| 9 | 8 | | intellectual merit and that is part of, as I said, |
| 10 | 9 | | a larger discussion about design that goes back to |
| 11 | 10 | | cosmological fine-tuning and goes to how we |
| 12 | 11 | | understand the mind. It fits into that larger |
| 13 | 12 | | story. And it also fits vertically into--into a |
| 14 | 13 | | history in which philosophers as well as |
| 15 | 14 | | theologians and scientists have used design |
| 16 | 15 | | explanations. So it's--it's--the idea that there |
| 17 | 16 | | might be design in biological evolution or in our |
| 18 | 17 | | understanding of biology fits into several larger |
| 19 | 18 | | patterns, the vertical pattern of--of historical |
| 20 | 19 | | understandings of nature and the contemporary |
| 21 | 20 | | pattern of--it goes to cosmology and how we |
| 22 | 21 | | understand the mind. It has a--so it has a |
| 23 | 22 | | legitimate place because of its location in--in |
| 24 | 23 | | those ongoing philosophical controversies. |
| 25 | 24 | | (Pause.) |

SHEET 32    PAGE 125
```
1  00125
2   1                     As well as in--in terms of the particular
3   2    kinds of intelligent-design arguments that are now
4   3    starting to be made by people like Dembski and--and
5   4    Behe.  But--but those arguments are--aren't out of
6   5    the blue.  They--they have cultural and
7   6    intellectual importance in part because they--they
8   7    fit in--into larger patterns that give them a kind
9   8    of credibility, I think.  Possible credibility, at
10  9    least.
11  10  Q  If a ninth-grade public-high-school biology course
12  11    were to teach the science that almost all
13  12    scientists believe is correct--
14  13  A  Uh-huh (yes).
15  14  Q  --and leaves it to churches and parents to instruct
16  15    on moral and metaphysical questions--
17  16  A  Uh-huh (yes).
18  17  Q  --what's wrong with that?
19  18  A  Well, their students won't be educated, and
20  19    they'll--they'll be at the mercy of--of parents who
21  20    may or may not understand much about these larger
22  21    intellectual issues.  Most of them won't understand
23  22    about these larger--larger intellectual and
24  23    philosophical issues, because they weren't
25  24    themselves liberally educated or well educated
```

PAGE 126
```
1  00126
2   1    about it.  So a liberal education requires that--
3   2    that schools provide students some kind of an
4   3    understanding of these larger philosophical,
5   4    sometimes religious, questions.  Otherwise, we
6   5    leave them unable to think critically about the
7   6    conclusions that we present to them.
8   7  Q  And I take it, in your view, the ninth grade is
9   8    certainly none too early to start?
10  9  A  I--no.  I--I think there's a real question about
11  10    when students became--become mature enough to deal
12  11    with controversial kinds of issues and able to
13  12    understand the alternatives.  So that I would say
14  13    there's a real difference between elementary and
15  14    secondary schools in when we start introducing them
16  15    to--to deeply controversial points of view and
17  16    arguments and discussions.
18  17                     But ninth grade is when many students
19  18    study biology, and it may be the only time that
20  19    many students study biology.  So that it's
21  20    essential that they get some introduction to the
22  21    fact that there are contending ways of
23  22    understanding nature at that time.
24  23  Q  Would it be better, in your view, for high schools
25  24    to teach biology in the twelfth grade instead of
```

PAGE 127
```
1  00127
2   1    the ninth grade?
3   2             MR. GILLEN:  Objection.  Speculation.
4   3             MR. WILCOX:  As to what his own view is?
5   4             MR. GILLEN:  Well, yeah.  What did you
6   5    ask him?  I'm sorry, Chub.  I thought you said--
7   6    should they do it?
8   7             THE WITNESS:  I'm--I only speculate about
9   8    my own views.
10  9             MR. GILLEN:  Okay.  Good.
11  10  Q  (By Mr. Wilcox)  No, I detected in your last answer
12  11    the notion that because that's where high schools
13  12    teach biology that's where it has to be addressed.
14  13    But I'm saying--
15  14  A  It's not the only place where it has to be
16  15    addressed.  I mean, I think physics courses should
17  16    deal with the question of cosmological fine-tuning
18  17    and--
19  18  Q  But I'm sticking with biology for a minute and--
20  19  A  Yeah.
21  20  Q  --and the meaning of life--
22  21  A  Yeah.
23  22  Q  --what--what--the question whether there is meaning
24  23    or purpose in biological life.
25  24  A  Right.
```

PAGE 128
```
1  00128
2   1  Q  I had the sense of your earlier answer that perhaps
3   2    it would be better if students were a little older
4   3    and more sophisticated when they were introduced to
5   4    these concepts.  But I heard you to be saying since
6   5    that's where schools teach biology--
7   6  A  Yeah.
8   7  Q  --that's where they have to address this.  And that
9   8    lead me--led me to my alternative suggestion:
10  9    Would it be better, in your view, for high schools
11  10    to defer teaching biology--and along with it,
12  11    teaching--
13  12  A  Yeah.
14  13  Q  --additional explanations as to the significance,
15  14    meaning, purpose of life--when students were a
16  15    little older and better able to grasp--
17  16  A  Well, if students took biology when they were
18  17    seniors instead of freshman, they would probably be
19  18    in a better position to understand some of the
20  19    controversies.  They would be more--they could be
21  20    more intellectually sophisticated and--and make
22  21    sense of it better.  That's true.  But--but
23  22    you're--you--you can't teach everything when
24  23    students are seniors.  I mean, you've got to teach
25  24    them some things when they're in ninth grade, some
```

Warren Nord 6/7/2005

SHEET 33   PAGE 129

00129

```
 1
 2    1    things when they're in tenth, and so on.  And--and
 3    2    you have--you have to balance that with arguments
 4    3    that science educators would make about what the
 5    4    proper sequence should be in teaching students the
 6    5    sciences.  And ninth grade isn't too early to give
 7    6    them some sense of what's at issue.  So, you know,
 8    7    there are a lot of variables that you weigh when
 9    8    you decide what--what to teach them when.
10    9         But, yes, in principle, it would be nice
11   10    if students were a little older and more mature and
12   11    better able to understand some of the issues than
13   12    they are in--in ninth grade.  But then you might
14   13    have to teach physics in ninth grade, and then you
15   14    couldn't make the--they wouldn't understand some of
16   15    the alternatives there.  So, you know, I don't know
17   16    how you sort that out.
18   17  Q  If you would, turn to the top of Page 8 of your
19   18    report.  The--you make some statements here that I
20   19    just need to have your help understanding.
21   20  A  (Examines paperwritings.)  Uh-huh (yes).  Okay.
22   21  Q  You say, quote, "Because scientific theories can be
23   22    confirmed they aren't mere speculation."  I'm not
24   23    quite sure what you mean by that.  Do you--
25   24  A  Well, I think some people who talk about evolution
```

PAGE 130

00130

```
 1
 2    1    being--or, you know, Darwinism being a theory
 3    2    mean--mean to discredit it by saying it's mere
 4    3    speculation.  So the scientific establishment has
 5    4    responded in turn that a theory isn't mere
 6    5    speculation and hypothesis, that the theories can
 7    6    be confirmed.
 8    7         And I think that's a--that's a valid
 9    8    viewpoint.  Theories can be confirmed.  They can be
10    9    confirmed more or less.  And, so, oftentimes,
11   10    neo-Darwinism--or evolution, the idea--the theory
12   11    of evolution is contrasted with heliocentric theory
13   12    or the theory of gravity, which have so much
14   13    confirmation that--that it's wildly misleading to
15   14    suggest they're mere speculation.  And I--and I
16   15    agree with that.
17   16         So the--the effort on the part of--of
18   17    some opponents of evolution to say that it's a--
19   18    it's a--it's a mere theory, I think, missed the
20   19    legitimate scientific point that theories can be
21   20    confirmed.
22   21  Q  Okay.  And then you say, "I believe it is
23   22    appropriate for science texts"--and, I assume,
24   23    science teachers--
25   24  A  Uh-huh (yes).
```

PAGE 131

00131

```
 1
 2    1  Q  --"to teach students that most scientists believe
 3    2    that neo-Darwinism is a confirmed theory."
 4    3  A  Yes.
 5    4  Q  And then you continue by saying, "Still"--which I
 6    5    interpret as kind of a "however"--"the
 7    6    distinction"--
 8    7  A  (Examines paperwritings.)  Yes, you're right.
 9    8    That's a still--that's a "however" "still."
10    9  Q  --"the distinction rightly suggests that because
11   10    neo-Darwinism is a theory, its confirmation rests
12   11    not simply on observation"--
13   12  A  As do facts.
14   13  Q  --"but on a wide range of complex considerations
15   14    which are potentially open for reinterpretation."
16   15  A  Yes.
17   16  Q  Now, you lost me there, because I thought
18   17    confirms--theories are confirmed by observation and
19   18    not by a wide range of complex considerations.
20   19  A  Oh.  Facts--facts are things that we observe
21   20    directly.  Theories hinge on all kinds of things we
22   21    can't observe directly.
23   22         So that--I mean, it's a fact that the cup
24   23    is right here.  (Indicating.)  I can observe it
25   24    directly.  But that--the fact that the cup is made
```

PAGE 132

00132

```
 1
 2    1    out of electrons and protons and neutrons and
 3    2    photons and, you know, all of those things--that's
 4    3    a theory.  That's--that has to do with atomic
 5    4    theory.  And--and I can't observe any of that stuff
 6    5    directly.  That's a--that hinges on all kinds of
 7    6    scientific laws and--and complicated theories,
 8    7    which have implications for our observations but--
 9    8    but go way beyond our observations.
10    9         So that the theor--neo--neo-Darwinism as
11   10    a theory rests on a whole set of complex
12   11    considerations and complex kinds of arguments and--
13   12    and evidence.  We can't observe evolution.  And--
14   13    and that's important, because factual judgments can
15   14    be confirmed directly by virtue of our
16   15    observations; theories can be more or less
17   16    confirmed, but they go way beyond our immediate
18   17    observations.
19   18         So, most scientists, I think, believe
20   19    that neo-Darwinism is a confirmed theory.  Now, I
21   20    would say probably--and I perhaps should have said
22   21    that--that its confirmation has a high degree of
23   22    probability for most scientists.  Most scientists
24   23    accept it as a confirmed theory.
25   24         But because--but there's still a point to
```

Warren Nord 6/7/2005

SHEET 34   PAGE 133

00133

1   the kind of objection that some people make to--to
2   evolution, because its confirmation rests on a
3   whole set of complicated considerations that are
4   perhaps open to alternative interpretation, namely
5   design interpretations.
6 Q   Okay.
7 A   But--but I think that students should be taught--
8   you know, I'm not in favor of--of balanced
9   treatment in the sense of giving equal time to
10   alternative theories.  And in my ideal biology
11   textbook, you know, you don't give equal time to
12   Biblical creationism, or--or just limiting us to
13   scientific views, to establishment science, but, of course,
14   establishment science, but, of course,
15   establishment science has got to receive most of
16   the--the time and--and--pages in the textbook and
17   hours in the--in the class.  But you can't exclude
18   legitimate alternatives.
19       And so design theory has to be taken at
20   least seriously enough so students are made aware
21   of it and given, ideally, some sense of what it is.
22   Short of that, the kind of disclaimer that Dover
23   wants to have seems to me to be a very, very modest
24   step in the right direction.

PAGE 134

00134

1 Q   Under the heading "The Present Case"--
2 A   (Examines paperwritings.)  Yes.
3 Q   --you say, "By making students aware of the
4   controversy surrounding Darwin's theory of
5   evolution, including IDT, the Dover School District
6   is promoting legitimate, secular, pedagogical goals
7   and enhancing their science education and student
8   learning."  Given some of the ambiguities,
9   inconsistencies, problems, and gaps that we've
10   noticed in the--
11 A   Yeah.
12 Q   --board's statement, and the fact that it is just
13   read and then abandoned for the rest of the--
14 A   Yes.
15 Q   --semester, do you think this might be an
16   overstatement here?
17 A   (Examines paperwritings.)  It is promoting a
18   legitimate, secular, pedalogic--pedagogical goal,
19   and it is minimally enhancing their science
20   education and student learning.
21       I mean, you're right.  It's--it's--you
22   know, I--I think Judge Cooper's decision was
23   ludicrous because he thought that that little
24   disclaimer that they pasted in the Georgia

PAGE 135

00135

1   textbooks somehow or another conveyed the idea that
2   the--that the school board was on the side of--or
3   was--was opposed to--to teaching--teaching
4   evolution, in spite of the fact that the school
5   board chose the textbooks, which, as he
6   acknowledged, had hundreds of pages on evolution.
7       So, I mean, it's ludicrous to attach that
8   much importance to the sticker--which also, of
9   course, means, you know, why are you-all so upset
10   about it?--because it--it doesn't have that kind of
11   cosmological import.
12       But--but it serves the--the goal in a--in
13   a kind of mini--minimal but important way of--of
14   making students aware of the fact that there are
15   alternatives.  And that in itself is worthwhile
16   even if it isn't nearly as--as--have the kind of
17   substantial implications that it--that it should.
18       I mean, as I said, I would have students
19   learn something much more about the philosophical
20   and historical issues relating to design and--and
21   methodological naturalism and neo-Darwinism than
22   is--than is usually done, but at least make them
23   aware of the fact that there's a controversy.
24 Q   Okay.  The controversy that you're referring to in

PAGE 136

00136

1   this statement--
2 A   Uh-huh (yes).
3 Q   --that we just quoted is as to whether there is or
4   is not purpose underlying life?
5 A   It's--it's the--it's to make them aware of the
6   controversy regarding design explanations in
7   biology, yes, that--that there is an alternative
8   theory for understanding nature that--that involves
9   design explanations, yes, and so is--you know, I
10   want it to be much more substantial than it is
11   to--to really serve the purposes of liberal
12   education.  But it--but it--it serves the minimal
13   purpose of alerting them to a controversy that's--
14   that's real and that's important.
15       And that's the context--the controversy is--
16   Is--is over whether design explanations have a role
17   in biology.
18 Q   And by "design explanations" here--
19 A   Uh-huh (yes).
20 Q   --we're using it not in the sense of design of a
21   particular bacterial flagellum but rather in the
22   broader sense of "Is there purpose to life?"  Is
23   that--
24       MR. GILLEN:  Objection to form.

Warren Nord 6/7/2005

SHEET 35   PAGE 137
```
 1  00137
 2   1  Q   Isn't that what you mean?
 3   2  A   The--the two are related, but, I mean, intelligent-
 4   3          design theory, insofar as it holds that there are
 5   4          design explanations that are--are plausible, that
 6   5          are reasonable explanations, is compatible with and
 7   6          open to the possibility, then, that there is some
 8   7          kind of larger design in nature.  It is also open to
 9   8          the possibility that there's a supernatural
10   9          explanation, but it doesn't require any of those
11  10          things.
12  11              But--but, yeah, I mean, I think that--
13  12          that the--that the controversy is over whether or
14  13          not--that--the--the underlying principle is that
15  14          when there's a controversy, students should be made
16  15          aware of different points of view.
17  16              Now, there's a controversy over
18  17          evolution.  Some of the points of view are
19  18          religious.  And I think they should be included
20  19          at--at some point in the--in the curriculum.
21  20          Where, is an important question, obviously.
22  21              But there are also--there is also a--a
23  22          scientific controversy, at least if we are willing
24  23          to have a somewhat broader definition of science
25  24          than establishment science holds.  There's a
```

PAGE 138
```
 1  00138
 2   1          controversy about that, what it means to be
 3   2          scientific.  And students should inform--be
 4   3          informed about that.
 5   4              And--and then the controversy is, do
 6   5          design ex--are design explanations legitimate?  I--
 7   6          I think, since there is a respectable case that can
 8   7          be made for that, that students need to be made
 9   8          aware of it.  "Respectable" meaning, as we talked
10   9          before, in terms of arguments and evidence cited by
11  10          people who have credentials in science and who use
12  11          other aspects of science as--as--in the process of
13  12          being scientists, who--who don't flatly reject
14  13          everything that science has to say, and that aren't
15  14          incompetent and un--uneducated in establishment
16  15          science.
17  16  Q       Let me see if you can agree with this--
18  17  A       Okay.
19  18  Q       --statement:  Throughout your opinion, you have
20  19          referred to significant disagreement and important
21  20          controversies.  Isn't it true that what makes the
22  21          controversy important is the implications as to
23  22          whether there is a meaning to life--
24  23  A       Uh huh [yes].
25  24  Q       --other than sheer random, unguided, purposeless
```

PAGE 139
```
 1  00139
 2   1          actions of atoms?
 3   2  A       Yeah.  I mean, that's what--that's what makes the
 4   3          controversy important to most people.  And--and I
 5   4          can't--I don't know what--I've not talked with and
 6   5          I've not read what the school board said about it,
 7   6          so I--you know, I can't speak to--to that.
 8   7              But, for most people, undoubtedly, that's
 9   8          why it's important.  That's not the only reason or
10   9          maybe even--I mean, that's one--one reason why
11  10          students should be educated about the controversy.
12  11              But the other reason is because there is
13  12          a debate, a controversy, among scientists about
14  13          what counts as a good and an adequate scientific
15  14          explanation.  And that controversy in and of itself
16  15          is important enough to warrant refu--reference to
17  16          intelligent design, I think, in--in the curriculum.
18  17              Now--now, many people, no doubt, would--
19  18          would say, "I could care less about this--this
20  19          debate among scientists and--and who gets to count
21  20          as scientists and who doesn't.  I believe what
22  21          Genesis tells me."  I--I mean, of course.  And
23  22          that's why this debate is so important to many
24  23          people.
25  24              But that's not the only reason it's
```

PAGE 140
```
 1  00140
 2   1          important.  And--and the warrant of references to
 3   2          intelligent design, and ideally some discussion of
 4   3          it, stem from the fact that there is--there is a
 5   4          serious intellectual controversy among scholars,
 6   5          credible scientists, and philosophers who--some of
 7   6          whom are secular, not--not religious, about the
 8   7          nature of design in--the nature of design in
 9   8          nature, the--whether--whether there's design in
10   9          nature.  And, as I said, not just in biology but
11  10          also in cosmology, and also in how we understand
12  11          the brain and the mind, and in other areas of
13  12          science.
14  13              So it's not just this case, even though
15  14          that's the one people pick up on 'cause that's--
16  15          that's the one that is personally--it's a part of
17  16          our culture wars.
18  17  Q       Do you believe ninth-grade biology students should
19  18          be taught that man and the species as we know them
20  19          today did not gradually evolve from other life
21  20          forms but appeared suddenly in the historical
22  21          record?
23  22  A       If you mean should they be taught that that is
24  23          true, the answer is no.  That--that would be, in
25  24          fact, an endorsement of a religious worldview, and
```

Warren Nord 6/7/2005

SHEET 36   PAGE 141
```
00141
 1   it would be unconstitutional and would also be--I
 2   mean, it's a deeply controversial position held by
 3   a minority of scholars.
 4        So, no, they shouldn't be taught that
 5   that's true.  But as I said earlier, it seems to me
 6   that an introductory biology text, whether in
 7   undergraduate school or in high school, should
 8   locate biology within historical and philosophical
 9   controversies, so that if students are to be
10   liberally educated, they appreciate the tensions,
11   the conflicts, the overlaps between various ways of
12   making sense of nature.
13        So, yes, I think a Biblical text--I
14   mean--Biblical--a biological text--which is a
15   biblical text to some people--a biological text
16   might well say something about creationism and
17   Genesis--not much, but a little--talk about the
18   differences between that and intelligent-design
19   theory, talk about other ways, maybe Lamarckian
20   evolution--
21 Q  Would it be okay--
22 A  --so--
23 Q  --for a text, and teachers teaching in accordance
24   with the text, to explain to students that, you
```

PAGE 143
```
00143
 1   That is to say that when we locate students in
 2   con--in--when we locate contemporary science or
 3   contemporary economics or whatever in the larger
 4   cultural conversation, students shouldn't just be
 5   presented with alternatives like our cafeteria
 6   line, again.  They should be given some sense of
 7   what the--what the majority positions are, what the
 8   minority positions are, and for whom.
 9        So, yes, I think I think students
10   should be taught in biology classes that the
11   majority--the vast majority of scientists hold to a
12   neo-Darwinian view, but that not all of them do.
13        And I would, you know, want to convey the
14   idea that--that, of course, many scientists don't
15   deal with biology and neo-Darwinism, but of those
16   who do, the vast majority hold to neo-Darwinism;
17   but it isn't the only view, and--and there are
18   people who raise questions about it who have
19   credentials as--as scientists, and so you need to
20   learn something about it.
21        You don't give equal time to the two
22   points of view.  Of course, the dominant
23   establishment view gets the most time and the most
24   pages in the textbook.  But the other point of view
```

PAGE 142
```
00142
 1   know, for a long time, Western man thought that God
 2   created the earth and everything in it just the way
 3   the Bible said--
 4 Q  --and that notion has now been scientifically
 5   discredited by everything we've come to understand
 6   through study of the fossil record and the nature
 7   of life processes?
 8 A  No.  I--I think probably it would be const--legally
 9   wise to--to qualify that last judgment and say that
10   most--many scientists--most scientists--
11 Q  Ninety-nine-point-four--
12 A  --believe something--believe something otherwise--
13 Q  Ninety-nine and forty-four--
14 A  --right--than simply say--
15 Q  --one-hundredths percent?
16 A  --than simply say the Bible is wrong.
17   But it--it would be okay, in your view, to teach
18   that ninety-nine and forty-four one-hundredths
19   percent, or whatever the number is--
20 A  Yeah.
21 Q  --think that that's--
22 A  I argue, in--in that book and elsewhere, for what I
23   call the principle of cultural location and weight.
```

PAGE 144
```
00144
 1   has to be mentioned.  It has to be acknowledged.
 2        MR. WILCOX:  Thank you very much.
 3        MR. GILLEN:  Thank you, Chub.  Thanks,
 4   Warren.
 5        (WITNESS EXCUSED)
 6   ------------------------------------------------
 7   (WHEREUPON, THE DEPOSITION WAS CONCLUDED AT 12:38 P.M.)
   ------------------------------------------------
```

Warren Nord 6/7/2005

SHEET 37   PAGE 145
00145
                                                                    -145-
    INSTRUCTIONS TO WITNESS:
    Please read carefully the following Witness Certificates
    and then sign and date the appropriate certificate.
    Do NOT sign both of them!
    -------------------------------------------------------------
    IF YOU MADE CORRECTIONS, SIGN CERTIFICATE (A):
            CERTIFICATE  OF  WITNESS  (A)
       I, _____, a witness
    in the above-entitled action, do hereby certify that I have
    reviewed the transcript of my deposition and that attached
    corrections to the same, along with the reason for each
    correction.
       Signed this _____ day of _____, 2005.

                        _____
                        (WARREN A. NORD, PH.D.)
    -------------------------------------------------------------
    IF YOU DID NOT MAKE CORRECTIONS, SIGN CERTIFICATE (B):

            CERTIFICATE  OF  WITNESS  (B)

       I, _____, a witness

    in the above-entitled action, do hereby certify that I have

    reviewed the transcript of my deposition and have made no

    corrections to the transcription.

       Signed this _____ day of _____, 2005.

                        _____
                        (WARREN A. NORD, PH.D.)

    rrl: (6-7-2005)

PAGE 146
00146
STATE OF NORTH CAROLINA                                             -146-
COUNTY OF DURHAM
            C E R T I F I C A T E
       I, Rebecca R. LeClair, CVR, a Notary Public in and
    for the State of North Carolina, duly commissioned and
    authorized to administer oaths and to take and certify
    depositions, do hereby certify that on June 7th, 2005,
    WARREN A. NORD, PH.D., being by me duly sworn to tell the
    truth, thereupon testified as above set forth as found in
    the preceding 145 pages, his examination being reported by
    me verbatim and then reduced to typewritten form under my
    direct supervision; that the foregoing is a true and
    correct transcript of said proceedings to the best of my
    ability and understanding; that I am not related to any of
    the parties to this action; that I am not interested in the
    outcome of this case; that I am not of counsel nor in the
    employ of any of the parties to this action; and that
    signature of the witness was not waived.
            IN WITNESS WHEREOF, I have hereto set my hand and
    affixed my official notarial seal, this the 28th day of
    June, 2005.

                        _____
                        Notary Public

    My Commission Expires 03/04/2006
    Rebecca R. LeClair, CVR
    PACE REPORTING SERVICE
    P. O. Box 252
    Cary, North Carolina  27512
    Telephone:  919/859-0900 (Raleigh)
                910/633-2926 (Fayetteville)
                910/790-5599 (Wilmington)

PAGE 147
00147
            IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
            CIVIL ACTION NO. 4:04-CV-2688

    TAMMY J. KITZMILLER;          )
    BRYAN REHM, CHRISTY REHM;     )
    DEBORAH F. FENIMORE;          )          A D D E N D U M
    JOEL A. LIEB; STEVEN STOUGH;  )
    BETH A EVELAND; CYNTHIA       )                  T O
    SNEATH; JULIE SMITH;          )
    ARALENE D. CALLAHAN           )          D E P O S I T I O N
    ('BARRIE'); FREDERICK B.      )
    CALLAHAN,                     )                  O F

                                  )          W A R R E N
                Plaintiffs,       )
                                  )                  A.
         vs.                      )
                                  )          N O R D,
    DOVER AREA SCHOOL DISTRICT;   )
    DOVER AREA SCHOOL DISTRICT    )          PH.D.
    BOARD OF DIRECTORS,           )
                                  )
                Defendants.       )
    --------------------------------------------------------------
    PAGE   LINE          SHOULD READ      REASON FOR CHANGE

    Signed this the _____ day of _____, 2005.

                        _____
                        (WARREN A. NORD, PH.D.)

    rrl: (6-7-2005)

PAGE 148
00148
Warren A. Nord, Ph.D.                                               -i-
        E X A M I N A T I O N   I N D E X
Examination          By Whom               Page No.
Direct               Wilcox                    4

Warren Nord 6/7/2005

SHEET 38   PAGE 149
00149

| | | | |
|---|---|---|---|
| 1 | Warren A. Nord, Ph.D. | | -ii- |
| 2 | | E X H I B I T   I N D E X | |
| 3 | Exhibit No. | Description | Page Marked |
| 4 | Plaintiff's 1 | Federal Rule of Civil | 5 |
| | | Procedure 26 Disclosure | |
| 5 | | of Expert Testimony, | |
| | | Warren A. Nord, Ph.D. | |
| 6 | | | |
| | Plaintiff's 2 | Dover Area School District | 18 |
| 7 | | Board Press Release for | |
| | | Biology Curriculum-- | |
| 8 | | 11-19-04 | |
| | | (P01307 and P01308) | |
| 9 | | | |
| | Plaintiff's 3 | District note on teaching | 18 |
| 10 | | evolution | |
| | | (000812) | |
| 11 | | | |
| | Plaintiff's 4 | "The Wedge Strategy," | 106 |
| 12 | | Center for the Renewal | |
| | | of Science & Culture | |
| 13 | | (P01240 through P01245) | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |

Warren Nord 6/7/2005

**"**

"the [1] 131:5
"voices"--clearly [1] 54:23

**{**

(pause [1] 91:23

**0**

01244 [1] 111:6
03/04/2006 [1] 146:17

**1**

1 [7] 2:5 5:5,7,10 29:17 107:19 149:
  4
11 [1] 62:20
11-19-04 [1] 149:8
12:38 [1] 144:7
145 [1] 145:1
146 [1] 146:1
16 [1] 29:18
17 [1] 62:20
1700 [1] 92:8
19103-2799 [1] 1:18
1920s [1] 24:24
1991 [1] 108:23

**2**

2 [7] 2:1,11 17:24 18:1,3 19:22 108:
  12
2005 [3] 2:6 146:4,14
252 [1] 145:20
26 [1] 5:1
27512 [1] 146:21
28 [1] 29:17
28th [1] 146:13

**3**

3 [4] 2:14 3:1 18:16 106:2
3000 [1] 4:17

**4**

4 [6] 2:19 57:20 106:2,3,6 110:15
  113:3 148:4
4:04-cv-2688 [2] 1:2 147:2
48106 [1] 1:21

**5**

5 [3] 3:6 66:5 149:4

**6**

6 [1] 3:8
6-7-2005 [2] 145:24 147:24

**7**

7th [2] 2:6 146:4

**8**

8 [1] 129:17
80s [2] 17:10,11

**9**

9:07 [1] 2:6
90s [1] 17:11
910/433-2926 [1] 146:23
910/790-5599 [1] 146:24
919/859-0000 [1] 146:22

**A**

a.m [1] 2:6
abandoned [1] 134:13
able [6] 10:13 11:7 89:12 126:11
  128:15 129:11
above [2] 105:7 146:5
above-entitled [1] 145:7
absence [4] 10:20 11:4,13 86:22
absolute [2] 42:8 71:18
abstract [1] 58:14
academic [1] 60:8
academy [1] 91:8
accept [12] 8:20 50:22 70:12 71:1
  75:14,16 83:4 88:11,14 89:11,16
  132:23
acceptable [2] 105:16,17
accepted [3] 25:22 70:6 76:19
accepts [1] 75:21
accident [1] 78:7
accordance [1] 141:23
according [3] 105:16 107:18
account [6] 9:16 10:24 12:22 95:
  11 96:16 97:12
accounts [1] 14:15
acknowledge [2] 50:16 78:16
acknowledged [2] 135:6 144:1
acknowledges [4] 56:22 102:16,
  18,23
acting [1] 91:13
action [6] 1:2 2:3 145:7 148:8,10
  147:2
actions [1] 139:1
actively [2] 50:19 55:1
actual [1] 113:21
actually [4] 35:12 62:7 82:6 91:3
ad [1] 79:2,5,6,17 80:2,8 113:8
add [1] 139:9
addition [1] 12:4
additional [1] 128:13
address [5] 1:15 85:20 93:5 101:
  6,19 114:17 128:7
addressed [6] 24:7 53:2 118:5,7
  127:12,15
addressing [2] 20:24 55:12 121:
  21
adequacy [5] 36:1,5 83:11 113:17,
  20
adequate [4] 10:13 41:1 71:3 139:
  6
adhere [1] 41:5
adherents [2] 27:11 28:8
administrator [1] 22:9
administrators [1] 17:2
affiliation [1] 109:18
affixed [1] 146:13
afterwards [2] 19:18 60:12
age [2] 71:23 75:10
ago [1] 15:6,7 17:9,11 19:11 51:21
  56:1
agree [1] 13 6:12,16 12:4,10 30:4 52:
  1 58:1 59:5 82:15 97:24 130:15
  138:16
agreed [3] 2:2 20:16,19
ahead [3] 23:13 27:20 42:20
aids [2] 71:15 79:15
aim [1] 5:18

airport [1] 2:8
al [1] 10:16
alerting [1] 136:13
alfred [1] 1:16
alien [1] 66:1
allow [4] 69:16 71:10 95:15 107:13
allowed [6] 49:5,17,20 65:19 67:
  13 99:11
allows [1] 44:11 85:18
almost [1] 126:11
already [3] 4:7 80:2 97:3
alterna [1] 30:10
alternative [24] 8:24 10:16 15:24
  16:1 30:10 47:18 55:11 88:17 98:
  14 102:17,18,24 103:1 109:5 116:
  3 119:16 121:6,7,9 122:24 128:8
  133:4,10 136:7
alternatives [12] 45:17 55:22 83:
  10 115:24 116:7,8 120:9 126:12
  129:15 133:18 135:15 143:5
although [9] 10:10 26:16 32:1,13
  37:1 39:12 77:19 78:11 123:9
altogether [1] 118:1
ambiguities [1] 134:8
america [1] 25:14
among [13] 24:10 47:22,22,23 48:
  7,8 50:17 99:2 102:1 114:22 139:
  12,19 140:4
amount [2] 21:9 99:21
analogy [2] 83:24 84:1
analyses [2] 78:5,14
analysis [3] 30:13 48:11,24
ancient [1] 53:6
and--and [3] 81:13 75:6 80:7
and--pages [1] 133:16
and-religion [1] 50:2
ann [1] 1:21
another [17] 15:24 26:5 40:19 58:
  15 71:4 77:16 86:5 87:16,17 88:5
  92:6 94:2 105:19 114:3 117:3 118:
  1 135:1
answer [24] 4:8,12 11:9,11 19:12
  23:12,14 24:15 28:21 29:4 31:3
  42:20 43:2,5 63:1 68:22 75:20 80:
  11 116:24 118:9 123:20 127:10
  128:1 140:23
answering [2] 43:3 71:13
answers [3] 2:20 29:16 44:15
anthropic [1] 98:24
anybody [2] 36:13 74:21
apart [5] 33:1,2 64:20 66:10 73:10
  75:4 120:4 122:19
appalling [1] 57:11
appeal [4] 64:15 97:14 99:15
appear [1] 5:1
appeared [5] 34:14 76:3 78:22 79:
  1 140:20
appears [2] 9:6 14:3
applicable [1] 2:12
applied [3] 108:17 119:15 120:16
applies [2] 104:24 119:21
appreciate [4] 110:21,23 115:19
  141:10
appreciation [1] 44:24
approach [2] 42:12 93:19

approaches [1] 55:14
appropriate [4] 11:21 13:7 69:20
  130:22
arbor [1] 1:21
area [10] 1:11 17:1,6,21 50:1,9 64:
  24 103:20,22 147:11
areas [2] 45:11 140:11
aren't [11] 8:15 15:13 26:21 49:20
  69:21 115:21 117:4 123:24 125:4
  129:22 138:13
argu [1] 64:17
arguably [1] 58:7
argue [7] 14:8 45:9 102:14 113:24
  114:10 118:10 142:23
argued [2] 66:2 100:7
argument [12] 11:16 16:7 52:6 56:
  4 59:17 65:13 68:16,16 75:12 99:
  19 120:19 124:6
arguments [16] 30:22 52:20 66:10
  77:7,12 78:3 81:1 99:1 100:16
  107:8 122:21,23 125:2,4 128:16
  129:2 132:11 138:9
aristotelian [1] 67:6
arose [1] 66:3
around [1] 4:17
art [2] 37:14,21
articles [1] 112:12
arts [1] 36:24
as--as [1] 77:2
as--have [1] 135:16
as--in [1] 138:11
aspect [2] 44:1 110:9
aspects [4] 71:6 76:23 89:16 138:
  11
assess [1] 81:19
assessment [1] 82:2
assume [4] 74:17 93:9,11 130:22
assumed [1] 50:11
assuming [1] 93:15
atheistic [4] 81:6 104:4 113:15,24
atomic [1] 132:3
atoms [1] 139:1
attach [1] 135:7
attached [1] 145:8
authority [2] 6:20 15:21
authors [3] 85:13 87:1 101:9
autobiography [1] 96:8
available [3] 98:15 100:11
avoid [2] 43:16 62:12
aware [21] 46:1 85:5 87:7,8,18,20,
  21 102:24 115:17 146:18 118:18-
  122:12,13 123:11 133:20 134:3
  135:14,23 135:5 137:15 138:8
awful [4] 7:17 10:11 71:1 75:14

**B**

back [11] 10:19 19:1 24:13,24 29:
  10,18 42:21 51:2 62:21 79:15 124:
  9
backgrounds [1] 67:20
bacterial [1] 136:21
bacterium [2] 90:5 91:20
bad [1] 67:22
balance [3] 109:1 118:2 129:2
balanced [10] 102:1,1,6,7,10,13,

Warren Nord 6/7/2005

15,23 103:1 133:8
bang [2] 65:9 99:9
barbour [1] 49:24
barrie [2] 1:7 147:7
based [1] 13:22
basically [1] 16:15
basis [3] 53:22 59:12 61:8
battle [3] 15:11 16:1,6
bottles [4] 7:18 27:3 57:16
bear [2] 37:9 40:1
became [4] 14:10 24:24 74:9 126:10
become [9] 14:22 27:2 35:24 44:14 45:18 71:23 86:11 123:17 126:10
becomes [3] 7:5,6 82:19
begin [4] 4:24
beginning [4] 2:6 29:17 104:14 108:21
begins [2] 57:20 105:12
begun [1] 108:23
behe [11] 10:8 33:19 70:21 74:3 75:21 77:4,24 86:17 88:10 89:22 90:3,17 91:4,19 97:9 100:16 125:4
behe's [3] 67:21 109:2 112:5
beings [4] 66:3 71:23 95:8 96:17
belief [2] 25:2 70:8
beliefs [8] 103:7,9,22,24 104:2,3,4 105:4,5
believe [19] 8:9 24:21 33:4,6 38:21 69:13 72:3 76:7 81:7 89:20 99:24 125:12 130:21 131:1 132:18 139:20 140:17 142:13,13
believed [2] 25:9,15
believers [1] 28:8
believes [1] 90:18
believing [1] 33:8
benefit [2] 122:4,5
benign [1] 51:24
best [7] 66:21,22,23 74:11 81:22 119:9 146:7
better [14] 4:16 10:24 12:3,3 37:3 79:19 118:7 126:23 128:2,9,15,18, 21 129:11
between [24] 2:2 8:14,16 7:2,3 14:19 15:2 16:18 29:23 32:14 38:9, 18 56:24 57:21 87:10 84:6 102:6, 8,8 104:6 119:23 125:13 141:11, 18
beyond [9] 13:3 14:8 41:24 43:12 59:3 78:12 114:12 132:8,16
bible [1] 59:22 142:3,17
biblical [3] 133:12 141:13,15
biblical—a [1] 141:14
big [6] 34:12 85:9,9 85:5 99:9 100:18
billion [3] 99:20 100:19,20
billion-year [1] 100:6
biological [7] 12:8 89:17 100:10 124:16 127:23 141:14,15
biologist [1] 21:19
biologists [2] 34:1 96:5
biology [40] 10:15,22 11:3 17:4 21:23 22:1 27:14,16 70:14 71:9 85:2, 2 86:18,18 105:8 108:2,6 115:4,5,

13 118:6 124:17 125:10 126:18, 19,24 127:12,18 128:5,10,16 133:10 136:7,17 140:9,17 141:6,8 143:10,15
bisexual [1] 86:14
bit [8] 4:5 21:9 29:19 30:18 53:7
black [3] 52:4 109:2 112:5
blinders [2] 55:19,24
blowing [1] 96:9
blows [1] 98:11
blue [2] 77:6 125:5
board [11] 1:12 17:21 22:3 88:16, 23 103:10 135:2,5 139:5 147:12 149:7
board's [2] 103:6 134:12
book [3] 6:8 112:6 142:23
books [4] 5:18 111:9,13 114:13
borders [2] 49:4 56:22
both [10] 5:18 28:14 29:19 33:12 42:24 45:2 100:5 118:9 119:2 145:3
bottom [5] 5:18 103:4 107:19
box [4] 38:19 109:2 112:6 146:20
brahman [1] 44:6
brain [1] 140:11
breadth [1] 116:2
break [4] 4:17 8:13 46:11 105:20
bring [1] 115:24
bringing [1] 107:23
broaden [2] 39:8 56:21
broadened [1] 121:24
broadening [1] 109:4
broader [8] 39:14 109:13 117:7 119:13 136:22 137:23
broadly [3] 63:6 97:23 108:5
brought [1] 45:2
bryan [2] 1:4 147:4
budding [1] 70:20
building [1] 109:3
built [1] 26:10

C

c-e-r-e-a-l [1] 38:4
cafeteria [4] 38:1,5 51:2 143:5
call [9] 31:13 38:2 40:7 43:14 83:2 113:11,17,20 142:24
called [3] 43:7 106:10 109:6
calls [1] 7:2
came [4] 14:21 17:10 94:5 100:9
campaigns [1] 7:1
camps [1] 9:4
cannot [5] 21:20 32:8 33:1
capable [1] 12:20
carbon—a [2] 70:8 75:9
care [1] 139:18
careful [7] 61:21 85:16
carefully [2] 17:13 145:2
carolina [5] 2:7,9 146:1,3,21
cary [1] 146:21
case [24] 2:22 3:2 5:2 7:22 9:17 19: 14 20:10 21:15 28:6 30:9,24 39: 12 40:1 50:12 77:3 81:2 88:12 93: 4 98:23 108:4 134:1 138:6 140:13 146:9
cases [5] 11:12,22 75:21 86:17,23

categories [1] 40:23
catholic [3] 67:21,22,22
causal [1] 78:14
causality [1] 91:18
causation [2] 33:2 90:16
cause [6] 9:2 29:1 35:21 81:1 113: 11 140:14
causes [2] 58:21 64:18
cell [1] 77:8
cells [3] 84:7 65:8 100:17
cellular [2] 86:18 97:9
center [7] 1:20 106:11,16 107:20 108:1 111:11 149:12
central [2] 51:15 117:18
cereal [1] 38:5
certain [3] 10:22 89:3 115:20
certainly [3] 17:1 8:11,19 9:3 10:9, 10 15:24 25:24 40:18 41:9 46:15 57:7 65:5 67:1 72:24 73:12 76:22, 22 77:1,19,24 81:16,20 85:19 86: 1,16 89:9,20 103:15 106:24 128:8
certificate [2] 145:4,5
certificates [1] 145:2
certify [2] 145:7 146:4
chance [3] 96:3,4 123:8
change [1] 147:15
chapel [4] 1:24 2:7,9
chapter [1] 115:12
chapters [2] 92:22 115:6
charge [1] 110:12
charl [1] 5:18
chemistry [4] 22:1 85:23 98:3 101:13
choices [1] 51:9
chose [1] 135:5
christian [2] 25:3 110:7
christianity [3] 33:10 53:6 84:13
christians [1] 67:19
christy [2] 1:4 147:4
chub [5] 18:20 19:24 28:17 29:2,8 42:23 93:22 127:5 144:3
chub's [1] 28:18
churches [1] 125:14
circular [1] 68:10
cited [1] 138:9
civic [1] 23:20
civil [4] 1:2 2:12 147:2 149:4
claim [4] 86:9,9 78:9 111:2
claims [6] 54:11 65:24 78:14 96:22 120:4
class [6] 45:20,20 46:3 118:6,8 133:17
classes [4] 30:24 45:22 53:4 143:10
classical [4] 58:3,5,6 119:2
clear [4] 17 5:5 28:1 30:20 59:8 61:2 96:12
clearest [1] 44:20
clearly [1] 24:11
cleavage [1] 5:23
closer [1] 109:18
clumsy [1] 42:21
cognitive [1] 108:2
coherent [1] 116:6
coincidences [1] 99:10

cold-bath [1] 114:2
collapsed [1] 41:11
collecting [1] 73:15
college [2] 21:22 22:2
colleges [1] 69:22
color [1] 114:9
combination [2] 9:13 103:7
come [19] 42:21 50:6 69:12 77:5 81:11,21 82:1 95:9 96:17 97:19 109:6 112:18,20 113:2 142:6
comes [3] 48:3,5,6
comfort [1] 27:16
coming [2] 52:19 123:8
commented [1] 22:22
commission [1] 146:17
commissioned [1] 148:3
commitment [3] 57:9 64:20,20
commitments [3] 65:15 66:11 79:23
committing [1] 67:15
common-sense [1] 113:11
communicating [1] 99:5
communitarian [1] 119:24
community [1] 115:1
comparative-religion [1] 115:8
comparison [1] 57:6
compatibilities [1] 38:12
compatible [3] 84:11 89:9 137:5
compelling [1] 60:1,2,2
competency [1] 2:15
competent [1] 2:23
competing [5] 98:13,22 103:22,24 104:2
complaint [1] 19:12
complete [2] 98:4,8
complex [5] 90:8 131:13,18 132:10,11
complexity [6] 11:18,19,22 15:22 32:2 50:14 77:23 121:8
complicated [10] 7:10 8:14 28:19 29:1 42:24 43:17 90:23 116:10 132:6 133:3
complication [1] 61:17
components [1] 70:17
con [1] 143:2
conception [1] 45:8
concepts [1] 128:4
conceptually [1] 64:22 65:6,11
concern [2] 30:2 53:1
concerned [3] 51:12 107:6
concerns [3] 29:21 45:14
conclude [6] 59:10 61:3,7,9,11 121:14
concluded [1] 144:7
concludes [2] 18:24 41:1
conclusion [1] 61:12
conclusions [3] 77:2 82:7 126:6
confess [2] 15:20 17:12
confirma [1] 131:17
confirmation [4] 130:13 131:10 132:21 133:2
confirmed [11] 129:22 130:6,8,9, 20 131:2,17 132:14,16,19,23
conflict [3] 25:16 48:3 49:4 50:3
conflicts [3] 38:11 48:7 141:11

Warren Nord 6/7/2005

congenial [1] 114:5
connected [1] 80:3
connection [5] 19:15 20:9,14 107:1,2
connections [3] 38:9,17 39:3
connotes [1] 84:2
consequences [1] 108:13
conservative [1] 5:17 7:8,9 104:18,20
conservatives [4] 7:4 25:21
consider [1] 56:15
consideration [1] 71:5
considerations [9] 68:18 131:13, 18 132:11 133:3
considered [4] 38:21 45:24 75:13 122:7
consistent [3] 64:3 86:20 89:6
consonant [1] 110:7
const [1] 142:9
constantly [1] 7:16
constitutional [2] 23:19 119:8
constitutionally [1] 44:19
constraints [1] 67:13
contemporary [8] 51:17 53:12,15 118:17,21,23 124:19 143:2,3
contender [1] 45:20
contenders [1] 121:12
contending [1] 126:21
content [3] 28:4 52:11 53:21
context [5] 14:17 77:7 79:1 115:19 117:10
continue [4] 41:5 48:12 73:18 74:15 79:16 82:8 108:9 131:4
continued [1] 108:24
continues [7] 47:4 92:10 94:9 103:18 105:6 106:14 110:3
contrast [2] 27:10 89:4
contrasted [1] 130:11
contro [1] 136:15
controversial [13] 39:19 43:17 62:9 72:22 115:20 118:12,13,17 119:6 123:9 126:11,15 141:2
controversies [8] 118:17 119:18 123:12,23 124:23 128:19 138:20 141:9
controversy [29] 14:24 15:1,17 26:1 35:14 46:2 47:13 134:4 135:23, 24 136:6,13,15 137:12,14,16,22 138:1,4,21 139:3,10,12,14 140:4
controversy's [1] 123:10
conventional [2] 37:11 120:10
conversation [8] 30:8,23 46:4 51:15,16 52:9 53:15,18 143:4
converting [1] 101:12
convey [1] 143:13
conveyed [2] 16:2 135:1
conveys [1] 62:5
conviction [2] 66:20 83:7
convictions [12] 14:15 68:11,14 80:1 81:4,6,23 82:1,4,6 110:8 113:19 114:9
convincing [1] 12:20
cooper's [1] 134:22
copernicus [1] 72:7
copy [3] 5:9 18:20 19:24

correct [12] 21:17 23:1,5 28:11 31:12 32:12 40:7,12 95:21 106:14 125:12 146:7
correction [1] 145:10
corrections [2] 145:4,9
cosmological [6] 48:4 98:24 99:19 124:10 127:16 135:11
cosmologists [1] 99:2,13
cosmology [4] 78:4 99:5 124:20 140:10
couldn't [4] 51:7 96:4,5 129:14
counsel [3] 2:3 19:14 146:9
count [3] 33:23 34:4 139:19
countenanced [1] 27:17
counterproductive [2] 93:19,24
counts [2] 8:5 139:13
couple [2] 34:15 78:22
course [28] 5:19 11:10 15:17 26:2 34:24 36:9,12 49:16 57:12,13 64:17 65:7,9 68:5 83:21 103:2 117:20,21 118:15,15,16,23 125:10 133:14 135:9 139:21 143:14,22
courses [5] 21:22 50:24 51:4 118:11 127:15
court [5] 1:1 3:11 23:20 105:2 147:1
courts [1] 22:21
cover [1] 16:13
create [2] 32:6 86:9
created [2] 84:2 142:2
creates [1] 32:18
creation [4] 8:10 75:8,9 77:10
creationism [10] 70:11 103:5,9 133:12 141:9
23:49:1 70:11 103:5,9 133:12 141:9
creationists [1] 29:23
creator [1] 72:14
credentials [6] 89:3,6,20 75:2 138:10 143:19
credibility [2] 58:8,8
credible [1] 140:5
crick [1] 66:2
criteria [1] 70:4
critical [11] 34:18 46:22 50:19,20 55:2 105:7,10,14 120:6,13 123:1
critically [1] 35:22 120:8,8 123:6 126:5
criticism [1] 120:18
criticisms [1] 36:7
critics [4] 34:3 110:14,16 111:2
critique [1] 108:23
crossover [1] 85:23
crucial [7] 36:20,20 44:13 53:16 74:24 84:18 121:22
cultural [12] 23:23 39:11 45:11 46:4 52:9 60:23 107:22 115:18 123:23 125:5 142:24 143:4
culture [29] 5:14,15,19 6:2,5,8,13, 14,24 7:13,24 9:1 15:5,11 28:1 47:2,8,15 72:23 104:1,5,11,16 105:11 167:21 111:12 115:15 124:3 140:16
culture-wars [6] 26:17 27:2 30:13 47:19 48:22 73:1
cultures [1] 52:5

cup [2] 131:22,24
curious [1] 114:22
current [2] 30:18 115:15
currently [5] 11:6 23:2 27:7
curricular [2] 30:6 51:15
curriculum [16] 23:9 53:21 72:14, 17 85:2,3 92:10 93:2,3,6 102:11 105:9 114:21 123:18 137:19 139:16
cut [4] 26:18 106:15
cutting [1] 29:2
cvr [2] 2:10 146:18

## D

daniel [1] 113:22
darwin [7] 81:7,7 96:1,1,7,7,12 10 85:4 87:7,18 94:12,13 95:21, 24 109:2 112:5 134:4
darwin's [19] 9:13 15:1 81:13 85:5, 10 85:4 87:7,18 94:12,13 95:21, 24 109:2 112:5 134:4
darwinian [11] 10:21 11:4,6,13 27:7 70:17 88:16 89:4 94:18 95:3 98:13
darwinism [8] 34:13 95:4 108:23, 24 109:1 113:23,24 130:1
darwinists [1] 98:10
dating [1] 70:8 75:10
daughter [1] 81:9
davison [2] 6:7,12
dawkins [1] 113:22
day [3] 145:11 146:13 147:20
deadline [2] 21:6,7
deal [10] 10:16,18 36:14 62:6 92:2 23 117:4 118:11 126:10 127:16 143:15
dealing [1] 10:23
death [1] 81:8
debate [10] 15:4 50:17 72:2,24 74:1 33 83:11 103:23 139:12,19,22
debated [1] 73:10
debates [2] 73:1 116:12
decade [1] 51:20
decades [1] 56:1
decide [3] 122:2,9 129:8
deciding [1] 68:19
decision [1] 134:22
deemed [1] 12:17
deep [4] 7:12 68:1 80:18 118:20
deeply [5] 47:2 77:7 123:9 126:15 141:2
defeat [1] 108:14
defeating [1] 109:1
defend [1] 135:16
defendants [1] 16:21
defenders [2] 34:13 99:13
defer [1] 128:10
define [11] 4:24 6:1,18 8:1,5 10:11 16:16 50:1 69:4 73:5 82:24
defined [7] 23:20 24:8 25:6 44:3 78:24 97:23 121:17
defining [2] 25:11 69:18
definition [3] 6:11 40:2 137:23
degree [3] 132:21
delivery [1] 3:11
dem [1] 11:19
dembski [4] 10:8 11:19 33:21 77:

22,22 111:11,16,16 125:3
democrats [1] 119:23
denies [1] 58:20
dennett [1] 113:22
depart [1] 37:4
depends [2] 115:3 123:21
deposition [19] 2:5,11,15,21 3:2,7, 9,10 4:2 5:7,10,11 18:1,16 106:3, 6 113:3 144:7 145:8
depositions [1] 146:4
depth [1] 116:2
derived [1] 27:21
descend [1] 78:3
describe [1] 31:11
described [1] 5:14
describing [1] 119:4
description [1] 149:3
design [178] 10:15,18,23 11:14,20 12:2,5,9,16,21,22 13:2,3,4,12,15, 16,22 14:2,10,17,20,21 30:1,16:31: 1,5 33:3,7,17,19 34:14 35:7,17 49: 2,6,17 58:7,8,14,21 61:19 62:15, 23 63:3,6,11,20 64:6,12,14,18,19 65:6,8,10,14,17,18,24 66:10,15,18, 18,23 67:3,10,12,12,15 69:16 73:6, 13 76:1,21 77:6 78:9 80:8,8 81:3 82:3 83:22 84:11,14,20 85:7 87: 23 88:5,14,17,21 89:1,7,9 90:11, 11,15,21,22 91:3,17,24 92:2,4,5 94:10 95:10,12 96:10,14,15 97:13, 14 98:1,8,11,20,23 99:19 100:6,10 102:8,8 103:5,8 107:8,8 109:7,8, 17 110:4,13,16,20 111:20 112:9, 11,16,24 113:5,19,19,21 115:17 116:14 120:19,22 121:2,14,18 122:1,19,21 123:7 124:9,14,16 125:5,13,19 135:20 136:6,9,16,18, 20 137:3,4,7 138:5,5 139:16 140: 2,7,7,8
design-theory [1] 106:20
designed [5] 12:8 26:18 65:2 107: 14 122:18
designer [6] 12:11,14 13:3 14:9, 22 67:16
designs [1] 12:6
detected [1] 127:10
devastating [1] 108:13
develop [1] 37:2
developed [2] 40:13 101:24
developing [1] 109:12
development [1] 86:6
developments [2] 108:2,6
dichotomy [1] 121:4
difference [3] 18:18 95:19 126:13
differences [1] 141:18
different [81] 13:5,16 15:15 29:1 21 30:8,21 31:2 37:15 38:1,10 44: 3,4 47:14 48:20 49:1 50:5,7,7,8 52:14 63:12 77:15,20 82:5,16 91: 2 95:11,15 96:16 100:3 107:9,10 118:24 120:2,2,3 137:15
differentiation [1] 40:2
differently [1] 19:2
differing [1] 54:19
differs [1] 94:12

Warren Nord 6/7/2005

difficult [1] 60:4
difficulties [1] 26:22
difficulty [1] 85:22
dimension [1] 43:24
dinosaurs [2] 70:8 75:10
direct [3] 4:1 41:13 148:4
directed [2] 103:4 106:16
direction [2] 96:8 133:24
directly [5] 131:20,21,24 132:5,14
directors [2] 1:12 147:12
disagree [6] 6:6 47:2 48:12 49:9
91:1 105:10
disagreement [8] 47:8,21 48:15,
16,22 49:7,14 138:19
disagreements [2] 48:21 60:24
disciplinary [1] 56:13
discipline [3] 54:16 55:17 57:1
disciplines [10] 24:8 37:18 38:10,
15,18 39:3 55:10 58:7,21 57:18
disclaimer [2] 133:22 134:24
disclosure [1] 5:1
discourages [2] 50:19 55:2
discovery [6] 79:9 106:13 107:20
109:9,16 110:9
discredit [4] 99:14 113:23 114:6
130:2
discredited [1] 142:6
discrete [2] 64:7 65:11
discriminate [3] 103:21 105:3,3
discrimination [2] 52:11,11
discussion [11] 6:9 23:23 24:1 26:
3 29:15 37:9 45:23 50:9 51:14 57:
19 79:14 83:1 99:2 101:2,6 105:
10 115:15 124:9 140:2
discussions [4] 73:4 105:7 115:
16 126:16
disenchanted [1] 138:1
dismiss [1] 77:11
dispense [1] 59:12
disputes [1] 39:11
dissenters [1] 39:15
dissenting [4] 55:11 56:22
distance [2] 50:20 98:7
distant [1] 53:14
distinction [18] 8:13 32:14 40:18
41:9,11 59:9,16 60:6,10,15,16,20,
22 67:10 84:18 114:7 131:6,9
distinguish [7] 36:13 33:11 57:21
81:21 65:16 66:15 84:6
distinguishable [2] 64:22,22
district [12] 1:1,1 17:21 18:7,19,
24 19:4 84:24 103:20 134:5 147:1,
11
district's [1] 105:8
districts [1] 105:6
divide [4] 17:16 28:3,3 32:6
divine [1] 42:3
divinity [1] 42:5
divisions [1] 7:12
document [3] 106:22 108:8 109:
21
doing [4] 12:20 61:16 65:4 69:20
domain [1] 56:17
dominance [1] 110:5
dominant [4] 31:21 58:19 118:22

143:22
done [11] 10:10 16:18 22:12 24:17
50:1 74:17,19,20,23 98:16 135:22
door [1] 11:14
doubt [2] 14:13 139:17
doubts [1] 108:3
dover [1] 1:11 17:1,6,21 19:4 84:
24 103:20 133:22 134:5 147:11
down [2] 8:13 109:21
dramatically [1] 16:10
draw [13] 14:18 32:14 33:6 38:9 50:
18 60:15,16 67:9 70:5 76:19,19
113:15 114:7
drawing [1] 60:22
drawn [5] 40:18 41:9 77:8 113:8
114:13
draws [4] 78:21,22,22 77:1
drive [1] 82:6
drops [1] 53:9
due [1] 20:21
duly [2] 3:21 146:3
during [2] 2:20,21

E

each [5] 38:19 47:6 86:11 116:8,9
145:9
earlier [7] 31:4 33:18 78:17 97:13
111:17 128:1 141:5
early [3] 17:11 126:8 129:5
earth [4] 70:10 75:10 100:23 142:2
easily [1] 59:19
eastern [1] 117:24
easy [1] 6:3
economic [7] 37:20 56:11,12,13,
17 57:10 122:15
economics [3] 37:14,19 56:9,15
57:10,14 116:15 120:1 143:3
economists [1] 57:12
edge [3] 108:22 109:12
edges [3] 16:5 38:16 73:4
educated [11] 38:10 55:9,10 82:22
116:20 125:18,24,24 139:10 141:
10
educating [1] 123:10
education [24] 7:18 22:16,19 23:1,
18,21 24:4,6,11 28:13,14 30:15
36:17,21 37:2,12,22,24 38:9,22
39:2,5 41:12 45:3,8,12 50:19 51:
10,11,17,18,20 52:2,7,9 53:10 54:
5,9 55:1,18,18 56:3,15 60:21 62:
13 93:20,21 101:8,19,20 117:6,8
118:22 119:7,12,21 120:7,11,15
123:18 126:1 134:7,20 136:12
educational [2] 59:7 64:22
educations [3] 35:17,18 75:3
educators [2] 54:4 129:3
effect [2] 12:9 89:15
effort [7] 33:23 34:4 43:15 56:10,
10 62:7 130:16
either [5] 81:2 84:11 94:15,21 103:
9
electrons [1] 132:1
elementary [1] 126:13
eleven-minute [1] 146:17
elsewhere [7] 66:4 142:23

employ [1] 146:10
employed [1] 77:20
enable [1] 120:7
encountered [4] 46:1 106:8
encountering [1] 38:1
end [8] 33:15,16 41:8 44:19 69:20
89:4,12,20
endeavor [2] 65:21,22
ending [1] 29:18
endorsement [1] 140:24
ends [3] 37:23 100:5
endurance [1] 4:18
enhancing [2] 134:7,19
enlarged [1] 65:19
enough [8] 42:18 59:20 60:16 121:
10,24 126:10 133:20 138:15
enter [1] 76:1
entirely [2] 4:11 50:13
equal [7] 102:14,15 103:2,2 133:9,
11 143:21
equilibria [1] 86:20
ernst [1] 70:16
error [1] 25:16
especially [2] 22:16 103:22
essays [1] 114:1
essential [1] 126:20
essentially [1] 120:19
established [1] 74:8
establishing [1] 39:2
establishment [11] 8:22 11:3 13:
2 16:9 31:20 35:1 37:18,20 38:3
39:7,15 48:21 56:11,24 69:11 70:
1 74:1,5,23 75:1,7 77:9,11,13 83:
6 130:3 133:14,15 137:24 138:14
143:23
ethnic [1] 51:23
ethnicity [1] 56:1
evangelicals [1] 125:21
even [11] 13:7,17 22:18 24:5 44:19
53:7 62:16 71:1,2,9 92:18 122:18,
18 123:23,24 135:16 139:9 140:
13
everybody [1] 56:18
everyday [1] 64:24
everything [14] 41:2,4,8 54:12,15
59:10 61:4 62:8 70:24 71:11 128:
22 139:13 142:2,6
evidence [14] 12:3 64:11 65:13 66:
16 73:15 79:22 80:1,12 81:22 82:
2,13 119:8 132:12 138:9
evolution [62] 8:6,15,20,23,24 9:
13,15 10:23 15:1 16:8 19:6 24:16,
24 25:19,22 26:7,12,14,18,18,22
27:1 28:5 29:22 47:17 48:4,13,15,
17,22 49:1,2,3 70:17,19 71:3 75:
21 76:2 85:6,22 86:21 87:9,22 88:
6,11,12,14,18 89:2,6,9,11,12,19
24 90:1,18,20 91:8,13 96:9,11,22
98:9,24 100:10 102:13 115:4 120:
24 124:16 129:24 130:10,11,17
132:12 133:2 134:5 135:4,6 137:
17 141:20 149:10
evolutionary [4] 34:3 71:1 75:4
97:12
evolutionist [4] 75:22 90:3,18 91:

5
evolutionists [4] 27:8 75:24 91:7
95:15
evolve [1] 140:19
evolved [5] 75:16 90:8,10
ex [2] 81:10 138:5
exacerbate [1] 9:3
exactly [1] 101:8
examination [2] 4:1 148:3
examined [1] 3:22
examines [20] 5:12,17,24 18:4,11
46:21 47:5 49:11 57:23 59:14 79:
20 65:11 87:14 106:9 108:11 111:
7 129:20 131:7 134:2,17
example [15] 8:15 31:9 33:10 45:
19 56:6 64:8 78:15 85:18 89:22
90:5 115:16
examples [1] 62:13
except [2] 3:2 36:9
exclude [1] 133:17
excluded [1] 133:13
excluding [2] 51:16,21
excuse [2] 6:10 36:21
excused [1] 144:5
exhibit [14] 5:5,7,10 17:24 18:1,3,
16 19:22 106:2,3,6 110:15 113:3
149:3
existence [2] 43:12 116:19
expected [1] 83:3
experience [1] 107:8
experiments [1] 73:16
expert [3] 20:18,19,19 86:6 149:5
expires [1] 146:17
explain [23] 6:1 10:13 24:21 41:4,
7,7 59:22,23,24 61:1 64:14 71:
11 76:4,5 79:19 89:12 90:20 91:
21 96:4 100:1 120:23 141:24
explained [3] 10:14 11:23 71:12
explaining [8] 10:14 14:17 41:2
66:23 70:24 71:3 85:23 91:12 92:
8
explains [5] 26:14 48:17 79:21 91:
19 96:23
explanation [32] 10:17 11:5,14,15
12:1,2,18,21 13:4 23:15 60:10 64:
6 79:24 81:11 91:8,18 92:3 94:10,
18 95:16 98:1,12,21,22 100:3 101:
23 102:20,21 103:3 121:9 137:9
139:14
explanations [29] 10:15,18,21,21,
24 11:6,20,21 14:16 31:15,24 32:
8 36:2 49:6,17 58:8,14 64:18 69:
16 82:3 95:13 96:15 97:13,15 98:
13 99:23 100:11 113:21 121:7
122:1 124:15 128:13 136:6,9,16,
18 137:4,5 138:5
explanatory [1] 63:14
explicated [1] 27:7
explicit [1] 101:22
explicitly [1] 114:18
explore [1] 31:12
explores [1] 108:1
exposed [3] 35:19 54:17 123:3
exposes [1] 117:2'
exposing [1] 122:16

difficult - exposing

Warren Nord 6/7/2005

expressed [9] 114:14
extension [1] 39:22
extent [9] 8:13 46:6 80:24 70:5 76:
18 79:17 83:14 99:12 118:2
extraordinary [2] 99:10,16
extraterrestrial [1] 86:1
extremely [1] 78:8

**F**

facilities [1] 4:18
fact [22] 28:8 37:3,5 39:9 47:22 75:
22 81:10 94:18 102:24 110:23
113:3 114:8 121:10 126:21 131:
22,24 134:12 135:4,14,23 140:3,
24
facts [3] 131:12,19,19
factual [1] 132:13
failing [1] 50:20
fair [4] 21:9 42:18 99:21 114:15
fairly [10] 7:12 14:18 23:3,6 24:12
33:5 59:20 64:7 68:10 98:23
faith [1] 83:5
falls [1] 55:23
false [1] 121:4
falsification [1] 82:14
familiar [7] 44:7 75:1 83:17 106:
10 110:24 111:1,3
families [1] 101:3
far [7] 13:24 14:5,6 24:17 80:17,18
107:6
favor [1] 133:8
fayetteville [1] 146:23
federal [2] 2:12 149:4
feel [4] 21:10 70:1 80:15
fellows [1] 111:12
feminist [1] 67:8
few [5] 19:7 21:1,5 56:1 75:20
fifty [2] 15:6,7
fighting [1] 7:17
fights [1] 7:1
figure [1] 61:20
figures [1] 98:8
filing [1] 3:7
fill [1] 98:16 117:11
filled [1] 28:8
filter [1] 54:13
filtered [1] 56:10
find [5] 57:7,11 97:14
finds [1] 114:4
fine [3] 24:15 99:19
fine-tuning [7] 48:4 65:8 78:3 99:
1,20 124:10 127:16
finish [1] 26:20
first [10] 2:21 3:21 5:13,21,22 17:
10 59:15 68:15 71:17 110:8
first-class [1] 3:9
fit [2] 100:12 125:7
fits [5] 12:2 100:14 124:11,12,17
five [4] 70:17 108:9 116:8,15
flagellum [3] 90:5 91:20 135:21
flash [1] 15:4
flatly [1] 138:12
focus [5] 9:3 39:7 62:1 68:13,21
focuses [2] 9:14 53:3
folk [12] 6:14,15,16,17 7:8,9 8:11

26:11,16,21 29:22,24
folks [4] 34:7 35:5 69:4,5 84:8,10
followed [1] 109:3
following [2] 19:1 145:2
follows [2] 3:23 85:4
food [2] 51:8,9
for--for [1] 97:13
foregoing [1] 101:24
forget [1] 50:5
forgive [1] 143:18
form [34] 3:3,5 23:11 27:19,24 28:
10,15,24 31:17 32:11 40:17 42:19
45:4 47:12 48:19 58:4 63:8 64:2
75:18 76:9,13 84:5 87:12 88:7,14
90:2 91:11 96:24 101:5 102:3 113:
13 118:20 136:24 146:6
formal [2] 2:13 34:4
formed [1] 122:12
forms [5] 34:5 75:17 76:3 119:2
140:20
forth [1] 146:5
forthcoming [1] 12:1
forty [1] 50:10
forty-four [2] 142:14,19
forums [1] 105:6
forwarded [1] 19:14
fossil [4] 76:11 85:18 86:22 142:7
fossils [1] 86:23
found [2] 78:10 146:5
foundation [3] 92:14 104:21 110:
22
four [5] 59:5 61:23 62:2,4 116:15
four-and-a-half-billion-year-ol
d [1] 70:10
fourteen [1] 8:17
framed [1] 47:16
frames [1] 29:3
framework [3] 30:14 46:8 51:7
frameworks [1] 56:16
framing [1] 24:10
francis [1] 66:2
frederick [2] 1:7 147:7
freighted [1] 24:19
freshman [1] 128:17
front [1] 110:13
full [1] 102:12
full-fledged [2] 97:7,16
fully [1] 78:5
fundamental [2] 7:11 10:12
fundamentalism [4] 25:1,3,4,6,
11,20,23 69:15 83:3
fundamentalists [5] 8:9 25:9 26:
21
fundamentally [1] 52:2
further [2] 58:24 105:18
fuzzily [1] 83:19
fuzzy [1] 19:10

**G**

galileo [1] 72:8
gap [1] 93:3
gaps [8] 85:5,9,17,20 86:3 97:11
98:10 134:9
gaps/problems [4] 85:16 87:7,8,
18

gears [3] 16:10 84:21,23
gender [1] 55:24
general [7] 7:21 8:8 26:7 74:13
107:7 116:11 118:9
generally [2] 36:23 110:2
genes [4] 9:17,18 86:10 91:14
genesis [7] 8:10 25:17 29:23 45:
19 88:23 139:21 141:17
genetics [3] 9:15 96:1,6
georgia [1] 134:24
gets [6] 7:10 8:7 60:10 74:21 90:
22 104:16 108:18 139:19 143:23
getting [2] 91:24 112:10
gillen [58] 4:6 18:20,22,23 19:24
20:2,4,5,7 21:2,3 23:11 24:16 27:
19,24 26:10,15,17,24 29:4,8,10,14
31:17 32:9,11 40:17 42:13,17,19,
23 45:4 46:12,15 47:12 48:19 58:
4 63:8 64:2 75:18 76:9,13 84:5 87:
12 88:7 90:2 91:11 92:14 93:22
95:17,23 96:24 100:22 101:5 102:
3 103:13 104:21 105:21 106:7
109:14 110:22 113:10,13 127:2,4,
9 135:24 144:3
gillen) [1] 20:24
gist [1] 17:14
give [17] 23:15 30:22 39:13 45:5
62:12 70:8 71:5 75:9 116:5,7,9
122:24 123:20 125:7 129:5 133:
11 143:21
given [14] 41:11 43:2,5 51:4,6,8,8
67:13 68:23 116:12 124:3 133:21
134:8 143:6
gives [4] 26:1 44:15 118:23
giving [1] 133:9
goal [5] 33:16 110:1 112:10 134:
18 135:12
goals [1] 134:6
god [33] 27:22 32:18,24 33:8 44:5,
8 58:11 61:5,18 62:17 63:7 64:1,
15,15,21 65:7 66:24 67:5,5,17 81:
8,12,15,16 84:3,12,17,20 90:13
114:3 116:14 142:1
got [28] 12:22 13:4,16 17:13 25:18
43:18 48:10 50:5 56:17 72:15,16
92:3,6,8 95:5 98:15 99:5 100:6
128:23 133:15
gotten [2] 24:12 68:24
gould [3] 86:19 113:23 114:1
grade [6] 126:7,17,24 127:1 128:
24 129:5,12,13
gradualism [1] 70:19
gradualistic [1] 11:2
gradually [1] 140:19
granted [1] 80:5
grapple [1] 60:18
grasp [1] 128:15
gravity [1] 130:12
great [4] 15:20 44:3 78:7
greater [1] 27:16
greatest [1] 72:23
grounds [4] 94:21 100:7,8
group [1] 51:9
groups [2] 51:23 57:8
grow [4] 79:21,24 80:6 81:14

growing [1] 25:13
grows [4] 80:1,11 81:4,5
guess [12] 17:9 19:8 24:23 56:7
74:7 79:7,10 89:8 105:16 106:2
107:7 108:8
guise [1] 53:4

**H**

half [1] 86:10
hand [10] 15:2,3 31:1 55:12,13 56:
9 57:3 67:10 72:12 146:12
hand-delivered [1] 3:10
hands [3] 18:10,21 20:3
hang [1] 71:8
hangs [1] 44:18
happen [4] 86:13 119:4 122:23
123:6
happened [2] 11:1 90:19 94:21
happens [3] 70:24 120:16 122:9
happy [3] 23:15 39:13 84:23
head [1] 14:18
heading [2] 46:22 134:1
heard [8] 106:7,12,12,17,23,24
107:2 110:8 128:4
hearing [2] 2:23,24
heavily [1] 54:10
hold [3] 2:23 10:7 141:2
heliocentric [1] 130:11
help [3] 39:1 45:12 129:19
helpful [2] 6:9 32:14
hereby [2] 2:2,13 145:7 146:4
hereto [2] 2:14 146:12
heuristic [1] 122:4
hides [1] 136:20
high [8] 61:24 62:1,2 128:23 127:
11 128:9 132:21 141:7
high-school [3] 62:4 117:20 118:
6
higher [1] 21:23
highly [1] 109:2
hill [3] 1:24 2:7,9
himself [1] 81:7
hindus [1] 117:13
hinge [1] 131:20
hinges [1] 132:5
historical [7] 53:4 116:12 117:10
124:18 135:20 140:20 141:8
historically [3] 45:10 115:13 116:
16
history [9] 37:13,21 52:3,5 53:4
84:8 100:6 122:15 124:13
hoc [4] 79:17 80:2,8 113:8
hold [6] 64:19 66:18 67:3 81:17
143:11,16
holds [5] 32:21 40:19 43:11 137:3,
24
home [1] 59:24
honestly [3] 79:21 80:11 113:7
honesty [4] 80:16,20,20 81:3
hot [1] 24:24
hour [1] 46:14
hours [1] 133:17
however [2] 82:15 131:8
however" [1] 131:5
huge [2] 49:22 94:19

human [6] 2:8 71:23 83:23 95:8
98:17 122:15
humanities [3] 2:8 107:24
humans [1] 14:2
hundred [2] 34:16 78:18
hundreds [2] 117:13 135:6
hunter [3] 6:13,15 7:2
hunter's [1] 6:7
hypothesis [2] 77:18 130:5

**I**

I--I [1] 109:15
i--is [1] 80:7
I--there's--you [1] 71:22
ian [1] 49:24
id [2] 11:17 12:18
idea [27] 10:12 13:13,16 32:17,24
39:18 40:22 44:8 62:7 65:5,7 70:
18 72:16 78:1,6 81:18 84:17 99:
15 110:24 115:10 116:11 122:21
123:17 124:15 130:10 135:1 143:
14
ideal [1] 133:10
ideally [4] 54:6,8 133:21 140:2
ideas [1] 72:18
identification [4] 5:8 18:2,17 106:
4
identified [3] 7:5 33:19 34:17
identify [4] 65:23 68:11 74:3 92:5
ideological [1] 79:23
idt [24] 10:3,6,7 31:4 33:24 45:23,
24 46:2 47:24 68:5 71:13,17 73:
22 74:17,18 75:4,14,24 76:7 80:
17 81:24 82:8 134:5
ignorance [1] 120:20
ignore [1] 24:8
Ill [1] 149:1
illiberal [3] 51:18,21 52:2 55:16 56:
2
image [1] 84:2
imagine [2] 121:5,6
immediate [1] 132:16
impinges [1] 46:7
implanting [2] 32:20 66:4
implementation [1] 19:5
implications [1] 23:6 43:4 46:8
97:21 132:7 135:17 138:21
implicit [2] 90:15 101:21
imply [2] 59:2 66:19
import [1] 135:11
importance [3] 72:16 125:6 135:8
important [34] 10:22 23:24 25:10
33:11 44:10 46:5 54:3 60:15,16
68:15 69:21 70:6 71:12 73:3,5 74:
21 82:20 98:19 100:17 116:17
118:11,13 124:2 132:13 135:13
136:14 137:20 138:19,21 139:3,8,
15,22 140:1
importantly [1] 73:2
imports [1] 80:12
impression [6] 34:19 35:4 78:21
88:9 89:11 92:4 98:5,7
impressions [2] 34:5 113:1
improbable [1] 78:8
in--when [1] 143:2

in-depth [1] 118:24
inadequate [2] 70:23 100:1
inappropriate [1] 24:4
include [16] 24:1 30:6 45:23 52:3,
8 53:12 72:18,19,20,21 55:3 116:
4,7,8 117:24 121:24
included [3] 122:3,7 137:18
Including [11] 23:6,18 28:13 39:
22 51:12,13 53:21 54:3 85:7 87:
22 134:5
inclusion [3] 118:10,14,20
incompetent [1] 138:14
inconsistencies [1] 134:9
incorporated [1] 118:12
incredibly [1] 97:10
indeed [3] 42:5 64:24 119:7
independence [1] 50:4
independent [6] 85:6 67:17 81:12
82:2 109:24
indicating [1] 131:23
indicating) [1] 19:21
individual [1] 101:3
individuals [3] 68:14
indoctrinate [1] 55:16
inerrancy [2] 25:7,12
inevitable [1] 61:10
inevitably [4] 59:3 61:3,7 62:10
infancy [1] 97:4
infer [1] 103:8
inference [2] 13:22 14:1
inferential [1] 63:14
infinite [1] 99:15
inform [1] 138:2
informed [3] 63:24 120:13 138:3
inherent [1] 66:8
inherently [1] 49:18
innate [4] 98:3 101:12
inquiry [1] 105:7
inside [1] 69:12
insight [1] 80:18
insights [1] 80:16
insist [2] 41:18 56:11
insists [3] 31:15 40:10 82:16
insofar [4] 16:1 73:14 76:23 137:3
instead [4] 54:9 95:6 126:24 126:
17
institute [5] 79:9 106:13 109:9,9,
16
institute's [2] 107:20 110:11
instruct [1] 125:14
instruction [1] 23:8
integration [1] 50:5
intellectual [9] 83:13 115:16,18
124:8 125:6,21,22 140:4
intellectually [2] 123:24 126:20
intelli [1] 66:8
intelligence [3] 83:21,22,23
intelligent [48] 13:21 30:16 31:1,5
33:19 34:13 35:7,16 63:2,5 66:3,
18 76:20 84:11 85:7 87:22 88:5,
13,17,21 89:1,7,8 94:9 95:10 98:1
103:5,8 106:19 109:7,16 110:12,
16,20 111:19 112:9,10,15 113:4
120:18,22 121:14,18 122:18 123:
7 137:2 139:16 140:2

intelligent-design [46] 9:24 14:7,
13 15:2 63:16 65:23 68:5,8 67:18
69:7 70:7,12,22 71:7 74:4,9 77:17
83:14 85:21 88:10 89:10,15 90:24
91:6 92:7 95:14 96:21 97:4,8,16,
18 107:3,6 108:7 109:10,11,19
110:2 111:23 113:8 119:21 121:
11 122:19 124:6 125:2 141:18
intend [1] 55:5
intended [1] 55:5
interested [1] 146:8
interesting [3] 6:9 9:18 117:11
intermediate [1] 88:23
interpret [1] 131:5
interpretation [1] 133:4
interpretations [1] 133:5
interrupt [1] 96:18
intersect [2] 22:16,18
intersection [2] 22:13,23
intervene [1] 92:19
intervening [1] 100:9
intervention [1] 90:12
intra [1] 38:16
introduce [1] 96:14
introduced [1] 128:3
introducing [1] 126:14
introduction [1] 126:20
introductory [2] 115:6,12 141:6
invariably [2] 34:5 45:6 101:20
involve [3] 31:2 68:7
involved [1] 57:14
involves [1] 136:8
irreducible [3] 11:18,23 77:23
irreducibly [1] 90:7
islam [3] 33:10 53:6 84:14
isn't [24] 10:12 54:12 55:7 60:14
61:10 67:13 83:1 89:15 91:24 93:
2 104:10 116:20 116:18,20 119:4
122:2,9 124:6 129:5 130:4 135:16
137:1 138:20 143:17
issue [18] 7:22 22:13 23:24 24:7
31:2 35:6 45:14,14 48:1 60:19
118:2,12,13 125:21,23 126:11
129:11 135:20
it's--it's [1] 37:24
it's--the [1] 124:15
it's--you [1] 134:21
it--it [1] 43:13
it--yeah [1] 104:23
it? [3] 93:18 96:10 135:10
items [1] 38:1
itself [6] 16:5 25:6 39:18 70:19 74:
15 82:13 123:10 135:15 139:14

**J**

James [3] 6:7,12
jay [1] 113:23
joel [3] 1:5 147:5
johnson [4] 10:9 33:21 67:23 107:
1
johnson's [2] 108:23 109:3
journals [4] 34:9 69:2,10 74:14
judaism [3] 33:9 53:5 84:13

judge [3] 2:23 36:4 134:22
judging [1] 75:6
judgment [1] 142:10
judgments [6] 8:20,21,21,22 116:
5 132:13
julie [1] 1:6 147:6
june [3] 2:6 146:4,14
jurisdiction [1] 2:23
justice [3] 56:16 57:13

**K**

kauffman's [1] 15:22
key [1] 70:14
kicks [1] 95:4
kind [81] 6:23 7:7 8:22 9:1 11:1,16
13:5,11,18 15:4 21:1 23:20,23 25:
16 29:23 30:2,13 32:1,21,24 33:8,
16 34:9,22 35:19 37:23 43:6,7,11
45:17 48:3,11 49:24 57:9,15,16,
17 60:19 62:11,12 64:10 65:14 68:
19 67:5 69:3,14,15,20 74:13 75:5
77:15 78:7 81:23 82:19 83:6 86:
19 90:12 98:14,24 99:18 100:3
102:22 109:18,18,24 110:13 112:
22 117:4 118:19 120:12 122:17,
24 125:7 126:2 131:5 132:22
135:10,13,16 137:7
kinds [39] 11:21 13:6,12 24:7 26:
23 29:20,21 30:21 33:12 39:10 50:
3,15 52:20 54:7 64:22 67:24 69:5
71:5,6 74:16,18 75:2,11 78:4,13,
13 81:1 85:20 86:17,23,24 97:10
100:16 122:13 125:2 126:11 131:
20 132:5,11
kuhn [1] 136:6

**L**

l-03 [1] 2:9
lamarckian [1] 141:19
lang [1] 84:19
language [2] 65:3,4
larger [24] 16:2 22:23 30:14 36:20
46:4 52:8 53:1 60:23 64:9 72:23
83:13 100:12,14 115:18 124:9,11,
17 125:7,20,22,22 126:3 137:7
143:3
last [7] 11:12 59:10 62:19 63:1 112:
10 127:10 142:10
late [2] 17:10,11
later [2] 49:19 99:21
latter [1] 88:1
law [1] 1:20
laws [1] 132:6
lead [2] 86:13 128:8
leading [5] 69:7 107:23 111:19
112:5 113:4
learn [6] 38:2,13,14 60:12 61:22
119:16,23 123:5 135:19 143:20
learned [1] 37:5
learning [2] 134:8,20
least [20] 28:21 46:1 54:5 62:10 68:
8 75:20 81:17,24 82:9 88:9 91:5
96:15 105:13 116,5 121:17 122:
17 125:9 133:20 135:22 137:22
leave [1] 126:5

Warren Nord 6/7/2005

**leaves** [3] 12:21 101:2 125:14
**laclair** [2] 2:10 146:18
**led** [1] 128:8
**left** [1] 151:24
**legacies** [1] 107:23
**legally** [1] 142:9
**legitimate** [9] 10:16,16 45:17 124:
22 130:19 133:18 134:6,18 138:5
**less** [7] 38:17 83:4 107:21 120:11
130:9 132:15 139:18
**less-familiar** [1] 4:10
**level** [7] 13:11 21:22 22:7,10 47:14
64:13 97:9
**levels** [1] 47:14
**liberal** [30] 6:16 7:5,8 23:18 26:11,
18 29:24 36:21,24 37:2,11,22 38:
9 39:2,6 51:10,16,17 52:7 56:14
60:21 62:13 67:2 93:20,21 101:6,
19,20 104:17,19 118:22 119:7,12,
21,24 120:6,14 126:1 136:11
**liberalization** [1] 25:13
**liberally** [7] 13:1 30:18 31:6 36:10
116:19 125:24 141:10
**liberals** [1] 7:4
**lieb** [2] 1:5 147:5
**life** [47] 21:23,24 24:10 27:17 28:5,
8 42:3 43:21 46:11 48:5 63:7 65:3
75:16 76:3 78:8 83:13 85:24 89:
17 91:22 92:11,23 93:1,5 94:5,10,
13,16,17 95:7,16 98:2,2 99:12
100:9 101:2,7,11 103:23 117:15
127:20,23 128:14 136:4,22 138:
22 140:19 142:8
**likely** [1] 36:17
**likes** [1] 114:2
**liking** [1] 113:16
**limit** [1] 24:4
**limitations** [2] 62:14 78:16
**limited** [1] 21:11 53:1 85:7 121:18
**limiting** [1] 133:12
**line** [8] 5:16 14:19 29:17,18 38:1,5
143:6 147:15
**lines** [1] 62:20
**list** [4] 34:12 78:17,22 79:16
**listening** [1] 35:16
**literalism** [1] 25:17
**literally** [1] 26:18
**literature** [12] 33:6 34:6,10 35:13
37:13 49:23 52:4 74:13 85:12,21
98:8 118:15
**little** [16] 4:5 21:8 30:17 37:12,13,
13,13,14 46:11 53:7 78:20 114:12
117:7 128:2,15 129:10 134:23
141:17
**live** [1] 119:3
**lively** [2] 50:9,17
**lives** [1] 119:3
**living** [4] 50:21 95:3 98:3 101:13
**locate** [4] 46:3 53:14 115:13 141:8
143:1,2
**located** [4] 2:8 115:2
**locates** [1] 77:6
**locating** [3] 39:10 45:9 46:9
**location** [2] 124:22 142:24
**logan** [1] 1:17

**long** [3] 17:9,11 50:13 122:2 142:1
**long-lived** [1] 97:6
**look** [4] 44:7 68:20 100:15,15
**looking** [4] 57:16,17 98:6
**looks** [2] 73:11 98:11
**looming** [1] 21:6
**lost** [5] 24:13,15 26:17 60:10 131:
16
**lot** [19] 7:17,19 8:12,14 9:4 10:11
15:15,15 22:12 24:23 25:9 37:5
55:7 71:1 75:16 81:3 98:16 99:1
128:7
**loud** [2] 123:15,21
**louder** [1] 124:7
**loudly** [1] 123:12
**lower** [1] 75:16
**ludicrous** [2] 134:23 135:7
**lull** [2] 21:1,5

## M

**made** [34] 2:20,21 3:3 13:23 14:1
33:23 34:4 46:1 59:8 61:2 87:24
85:5 87:5,8,17,20,21 99:11 100:
11 110:12 111:2,2 116:18 120:18
122:12,13,13 125:3 131:24 133:
20 137:14 138:7,7 145:4
**magazine** [1] 112:12
**magic** [2] 71:24 72:11
**mailed** [1] 3:9
**mainline-religion** [1] 25:13
**mainstream** [2] 33:24 40:7
**major** [8] 16:1 47:24 52:8 111:13
117:22 119:1
**majority** [1] 76:8 143:7,11,11,16
**man** [4] 75:16 84:2 140:18 142:1
**manifest** [1] 14:10 92:2
**many** [26] 11:12,16 14:14 26:11,16
33:23,24 34:7 35:4 66:13 67:20
69:6 71:17 73:21 81:20 89:10,10,
15 116:3,24 126:17,19 139:17,22
142:11 143:14
**mark** [3] 5:4 17:24 106:2
**marked** [6] 5:8,9 18:2,3,17 106:4,5
149:3
**material** [1] 117:5
**materialism** [4] 107:22 108:4,13,
14.
**materialist** [1] 110:6
**materialistic** [1] 109:5
**materials** [3] 19:3,14 109:23
**mathematical** [1] 78:5
**mathematics** [1] 74:6
**matter** [16] 4:22 28:20 30:5 43:1
68:9,16 75:22 83:5 92:24 94:17
95:2,3 98:3 101:13 117:5 120:23
**matters** [1] 123:4
**mature** [2] 126:10 129:10
**maximizer** [1] 56:19
**mayr** [1] 70:18
**meal** [1] 51:17
**mean** [29] 6:1 9:10 10:9 11:11 13:
10,10 15:10 20:23 26:4,20 31:23
32:2 38:4,16 45:15 52:14 53:17,
21,24 54:20 66:8 68:1 71:4,24 72:
9,10 73:12 74:21 75:21 76:22 77:

**4,24 78:6 79:19 81:2 83:24 85:14
86:16 88:9 89:20 90:3,4 91:23 92:
16,21,24 93:3,5,9,10,17 94:3,6,8,7,
16 97:9 98:5,20 101:10,12,15 113:
15 117:3 119:13,19,22 121:5,22
123:2,17,20,23 127:15 128:23
129:23 130:2,2 131:22 134:21
135:7,18 137:1,2,11 139:2,9,21
140:22 141:2,14
**meaning** [13] 42:15,16 43:4,12,20
99:6 117:15 120:22 127:20,22
128:14 138:9,22
**means** [8] 33:14 40:21 43:3 87:24
89:14 99:24 105:2 135:9 138:1
**meant** [4] 88:9 87:1 101:9,17
**meat** [1] 51:5
**mechanism** [7] 9:14 26:14 71:3,
10 88:11 90:20 96:3
**mechanisms** [2] 11:2 90:10
**media** [2] 9:2 16:3
**medieval** [1] 153:7
**meet** [2] 16:20,23
**members** [1] 51:22
**mentality** [1] 9:2
**mentioned** [3] 4:7 85:20 144:1
**mercy** [1] 125:19
**mere** [5] 129:22 130:2,4,14,18
**merit** [1] 124:8
**messy** [1] 104:18
**met** [1] 2:16
**metaphor** [4] 52:21,22,23 54:24
114:18
**metaphysical** [1] 125:15
**method** [3] 41:5 115:7,11
**methodole** [2] 77:20 107:12
**methodological** [21] 35:20 40:4,
10,24 41:2,6,17 57:5,22 58:1,15
59:18 60:9 82:5 67:14 69:13 75:
21 77:1,21 78:2 82:18,23,23 83:4,
9,11,12 94:21 107:12 116:13 135:
21
**methodologically** [1] 40:15
**methodologies** [1] 62:16
**methodology** [1] 41:18
**meyer** [2] 16:9 106:17
**mi** [1] 1:21
**michael** [4] 10:8 74:3 109:2 112:5
**middle** [1] 5:19
**might** [26] 3:2 13:17 14:16 15:6,23
16:18 26:12 28:4 31:11 35:21 62:
14,15,17 64:5 75:4 85:14 86:14
87:17 94:6 95:10 97:14 114:12
124:16 129:12 134:15 141:16
**millions** [1] 117:13
**mind** [13] 19:2,10 48:6 71:18 85:17
88:16 99:23 100:1,2 106:1 124:11,
21 140:11
**minds** [1] 109:1
**mini** [1] 135:13
**minimal** [8] 102:22 118:10,14,19
135:13 138:12
**minimally** [3] 105:15 116:6 134:19
**minority** [4] 34:21 51:22 141:3
143:8
**minute** [1] 127:18

**miracles** [1] 32:20
**miraculous** [1] 90:12
**misleading** [2] 35:10 130:13
**missed** [1] 130:18
**mission** [1] 110:1
**mistaking** [1] 13:21
**misunderstood** [1] 145:7
**models** [8] 50:3,3,4,4,6,15
**modern** [14] 9:15 58:10,11,18 62:
17 77:13 82:12,15,24 96:1,6 100:
3 107:11 121:17
**modest** [1] 133:23
**moment** [1] 31:12
**momentum** [1] 109:4
**moral** [9] 6:20 42:8 45:14 46:6 56:
6,8,8,15 125:15
**morality** [1] 48:6
**morally** [1] 7:14
**more-moderate** [1] 26:11
**more-or-less** [1] 75:5
**morning** [1] 49:13
**most** [36] 6:8 7:3 15:10,11 25:10
35:9 51:12 55:8 57:7,10 66:13 70:
12 72:21 75:13,24 82:1 88:10,13
92:4 107:7 112:15,20 113:1 120:
17 125:21 131:1 132:18,22,22
133:15 139:3,7 142:11,11 143:23,
23
**most-dogmatic** [1] 136:8
**most-important** [1] 72:20
**motions** [1] 2:19
**mount** [1] 83:15
**move** [1] 99:16
**movement** [3] 10:11 34:18 113:2
**moves** [1] 68:13
**moving** [2] 12:7 13:3
**much** [31] 10:13,14,24 25:21 26:3
36:4,10,17 37:4 41:6 43:13 44:18
50:1,11 52:6 54:4 75:8 76:24 77:
11 78:11 83:22 105:18 115:24
116:5 125:20 130:12 135:8,19
136:10 141:17 144:2
**muddy** [1] 9:5
**muise** [1] 20:11
**multilayered** [1] 49:7
**must** [6] 3:3 90:11 106:15 116:18,
18 121:2
**mutation** [2] 9:17 91:14
**my--my** [1] 92:21
**myself** [3] 24:12,15 43:9
**mystery** [1] 94:19

## N

**n.c** [1] 1:24
**naive** [2] 55:7,8 94:7
**namely** [1] 133:4
**names** [2] 50:7 78:18
**narrow** [3] 51:11 55:20 63:14
**narrowest** [1] 64:5
**narrowly** [3] 39:6 47:22 55:14
**narrowness** [3] 35:16 36:16
**nat** [1] 123:7
**national** [3] 31:8 56:12 117:8
**natural** [24] 9:14,18 10:12 14:3 25:
16 31:15,16,22,24 41:19,22 59:3

leaves - natural

Warren Nord 6/7/2005

81:12 70:14,20,23 71:2,9 83:12
89:11 90:19 91:13 96:2 107:24
naturalism [44] 35:20 40:4,5,10,
13,21,24 41:1,6 43:7,12,13 44:14
57:5,22,24 58:1,15,20 59:2,19 80:
9 62:5,11 67:14 69:13 76:21 77:1,
21 78:2 82:18,23,24 83:4,9,12 94:
22 99:24 100:4 107:12 113:1 116:
14 123:1 135:21
naturalist [2] 41:2 42:7
naturalistic [14] 10:21 12:1 31:22,
23 33:13 35:2 40:23 44:11 58:14
99:13,22 104:3 121:7,9
naturalistically [1] 44:2
naturalists [4] 41:17,21 42:2,11
naturally [2] 61:9 62:10
nature [74] 13:15 14:9,21 15:23 23:
18,19,21 30:7,11 32:18,19 33:1,3,
3,7,7,16,17 35:21 47:3,9,24 48:6
49:21 59:11,12 61:5,5,19,20 62:8,
16,16 64:12,12,14,19 67:8 69:23
73:8 78:5 90:16,16,21,22 91:3 97:
22 102:17,19 103:11 107:11,13
108:5 115:17,22 116:3,13,16,22
118:4 122:14,15,18,22 124:19
126:22 136:8 137:7 140:7,7,8,9
141:12 142:7
nearly [4] 9:6 50:18 105:14 135:16
necassarily [5] 63:1 74:20 84:19
113:14,20
necessary [2] 3:12 13:8
need [18] 2:20 21:10 23:22 24:11
46:8 47:17 53:12 54:17 70:1 72:
14 100:1 117:9 119:22 120:1 123:
22 129:19 138:7 143:19
needn't [1] 114:11
needs [6] 10:14 23:1 45:2 71:11
97:23 99:16
negation [1] 59:3
negative [1] 44:15
neglect [1] 51:24
nelson [2] 111:11,22
neo [1] 191:8
neo--neo-darwinism [1] 132:9
neo-darwinian [14] 9:12 11:2 28:
22 36:2 76:5,6 89:24 90:10 91:8,9
102:9,12,21 143:12
neo-darwinians [2] 81:16,20
neo-darwinism [32] 8:22 9:7,11
15:3 26:6,8,10,13 27:4 34:18 35:5,
8,10,22 36:5,18,20 81:5 86:12 95:
19 107:15 113:16,17 121:8,11
130:10 131:2,10 132:19 135:21
143:15,16
neo-darwinists [2] 80:22,23
neo-design [2] 97:1,2
neoclassical [5] 37:19 58:13 57:4,
10 119:24
neutral [2] 105:1 119:10
neutrality [2] 23:19 119:8
neutrons [1] 132:1
never [4] 19:2 35:5,19 109:20
new [11] 21:7 34:14 39:20 75:23
78:20,21,23,24 82:13 108:1,6
newspaper [2] 19:8 112:12

next [5] 50:18 67:17 79:20 80:9
107:19
next-to-the-last [1] 47:1
nice [3] 93:22,22 129:9
ninety [1] 71:8
ninety-five [1] 71:8
ninety-nine [2] 142:14,19
ninety-nine-point-four [1] 142:
12
ninth [7] 126:7,17 127:1 128:24
129:5,12,13
ninth-grade [3] 118:5 125:10 140:
17
nirvana [1] 44:6
nitty-gritty [1] 112:21
non [1] 180:15
non-western [1] 52:5
none [2] 21:24 126:8
nonetheless [1] 121:19
nonliving [2] 92:23 94:17 95:2
nonreligious [1] 105:5
nonscholars [1] 6:6
nonscientific [2] 14:17,22
nor [1] 146:9
nord [12] 2:5 3:20 4:2 5:4,10 19:22
106:2 145:13,22 147:23 148:1
149:1
north [5] 2:7,9 146:1,3,21
noses [2] 33:23 34:4
notarial [1] 146:13
notary [2] 2:10 146:16
nota [3] 18:7,19,24
noted [1] 16:8
notes [1] 43:18
nothing [5] 19:19 35:23 41:24 86:
7 107:21
notice [1] 2:15
noticed [3] 16:8 134:10
notion [7] 27:12 51:2 68:12 77:23
80:12 127:11 142:5
nowadays [1] 41:12
number [10] 10:7 35:11 55:23 69:
6 71:24 72:9,11,15 99:16 142:20
numbered [1] 111:5
numbers [1] 71:19

**O**

object [12] 27:19,24 32:9,11 40:17
45:4 48:19 58:4 64:2 75:18 84:5
113:10
objection [31] 3:3,4 23:11 28:10,
15 31:17 42:13,17,19 47:12 63:8
76:9,13 87:12 88:7 90:2 91:11 92:
14 95:17,23 96:24 101:5 102:3
103:13 104:21 109:14 110:22 113:
13 127:2 133:1 136:24
objections [4] 2:14,19 28:22 29:
16
obligation [2] 4:8 30:6
obligations [1] 23:20
observation [3] 12:8 13:11,17
observational [1] 55:3
observations [4] 13:22 132:7,8,
15,17
observe [8] 74:12 131:19,21,23

132:4,12
obvious [1] 98:12
obviously [4] 61:17 98:15 102:10
137:20
occur [2] 57:18 61:17
occurred [1] 101:15
occurs [1] 47:15
offer [3] 14:16 115:8,9
offered [1] 50:15
offers [1] 177:22
official [1] 146:13
offspring [1] 86:11
often [4] 6:16 41:3 53:1 109:17
oftentimes [18] 8:7 9:2 16:8 26:17,
21 40:18 47:18 48:23 55:5 85:20
99:22 100:7 110:12 111:2 130:9
okay [67] 4:5,14 5:22 6:12 7:20 8:4
9:7 15:11 18:13 19:9 21:4 22:3 28:
23 31:14 32:4 33:18 39:23 41:14
42:1,10 43:2 44:17,22 46:10 47:7
48:12 54:22 55:1 56:13 59:7 60:6
62:3 63:11 68:21 73:18,20 78:17
79:6,11,15 80:3,19,24 82:8 85:1
86:3,16 91:16 93:9 94:9 96:19
103:18,19 104:9 105:19 107:18
108:9 110:3 111:5 127:9 129:20
130:21 133:6 135:24 138:17 141:
21 142:18
old [1] 81:9
old-fashioned [3] 70:11 75:6 77:
10
once [5] 25:8,15,15 95:4 109:20
one [81] 5:4 6:4,4,11,18,19,20 10:
17 13:15,17 15:2 19:6 24:16 26:5
28:3,18 30:9,22 32:21 33:4,6 34:5
35:15 37:8,12 39:18 47:14,24 49:
16 51:9 53:11 54:3 55:22 63:14
64:4 65:23 67:10 68:19 69:18 72:
3,5,13 74:4 85:19 86:1,5,13,15,22
87:6 90:17 91:17 92:20 98:18,20
99:4,23 100:13 102:6 103:11 104:
16 106:19 111:19 113:14,15,16
114:1 119:14 120:18 121:5,5,6,14
122:21 123:20 124:6,7 139:9,9
140:14,15
one-hundredths [2] 142:16,19
ones [4] 72:19,20,22,22
ongoing [2] 115:14 124:23
only [33] 15:13 19:20 20:11 26:4
31:23 35:22 48:2 51:8,8,20 56:12
62:11 63:19 66:21 83:8 86:10 94:
1 95:4,19 102:20 107:7 109:22
111:3 115:22 120:8 121:12 126:
18 127:7,14 139:8,24 143:17
op-ed [1] 79:2
open [5] 82:3,15 105:9,14 131:14
133:4 137:6,7
opened [1] 83:1
opening [2] 2:13 109:1
openness [1] 82:13
opens [1] 11:14 55:23
opin [1] 17:17
opinion [13] 16:17,20 17:19 19:16,
17,21 20:10,15 21:15 23:1 46:20

118:5 139:18
opponents [1] 130:17
opportunity [2] 21:11 105:9
opposed [1] 135:3
opposing [1] 9:4
opposite [1] 51:10
order [4] 23:5 36:12 108:14 114:
14
ordinary [2] 64:24 66:23
organism [1] 90:7
organization [1] 105:10
organizational [1] 51:7
organize [1] 50:7
organized [1] 73:11
origin [11] 48:17 91:20 94:10,13,
16 95:7,7,8,16 98:2 103:23
original [1] 3:8
origins [9] 48:5 92:11,23,24 93:5
101:2,7,11
orthodox [3] 7:3 32:17 67:6
other [50] 2:24 14:20 15:3 19:3,19
20:6,13 30:2 34:15,22 39:3,15 40:
12 45:11,11 50:6 55:13 57:1,11,
18 63:18 67:11 72:11 74:3 75:11
76:3,23 78:22 84:15 85:6 86:3 87:
8,20,21 91:6 94:2,22,22 97:11 98:
18 104:17 110:1 115:8 138:11,24
139:11 140:11,19 141:19 143:24
others [2] 44:6 87:11
otherwise [4] 23:9 52:9 126:4 142:
13
out [30] 6:15 8:7 17:10 38:10 51:24
52:10,19 53:9,9,9,10 55:23 56:10
68:15 69:12 72:6 77:5 79:21,22,
24 80:1,6,12 81:4,6,14,14,22 82:2
92:23 95:9 99:19 112:11 113:7
117:11 119:8 125:4 129:16 132:1
outcome [1] 148:9
outposts [1] 8:4
outside [2] 32:19 38:19
over [13] 7:1,17,18,18 24:14 46:2
50:10 60:11,24 62:10 136:16 137:
12,16
overlaps [2] 38:11 141:11
overriding [1] 60:11
overstatement [1] 134:16
overthrow [1] 107:22
overview [1] 7:21
own [4] 54:14 119:14 127:3,8

**P**

p.m [1] 144:7
p01240 [1] 149:13
p01245 [1] 149:13
pa [1] 1:18
pace [1] 146:19
page [13] 29:17 46:20 57:20 52:21
68:5 107:19 108:12 111:5 112:10
129:17 147:15 148:3 149:3
pages [3] 117:1 135:6 143:24
paid [3] 79:2,5,6
paleontology [1] 114:6
pandas [2] 17:9 76:16
paper [1] 49:19
papers [1] 20:13

Warren Nord 6/7/2005

**paperwritings** [23] 5:12,17,24 18: 4,10,11,21 20:3 46:21 47:5 49:11 57:23 59:14 79:20 85:11 87:14 106:9 108:11 111:7 129:20 131:7 134:2,17

**paradigm** [1] 54:16

**paradigms** [1] 55:9

**paragraph** [12] 5:13,21,22 9:8,21, 21 46:22 47:1 50:18 57:20 107:19 116:8

**paragraphed** [1] 19:2

**paragraphs** [1] 116:9

**parent** [1] 86:11

**parents** [3] 103:21 125:14,19

**parochial** [1] 51:11

**part** [34] 27:2 37:1,22 38:8,16,22 45:9 46:8 51:17 52:24 57:15 60: 21 67:5 68:5,16,16 70:2,4 73:1 77: 2 81:17 82:9 91:1 97:20 100:12 106:12 115:3 116:4 118:21 123: 18 124:8 125:6 130:16 140:15

**particular** [13] 26:7,23 52:10 55: 17,17 56:5 57:2 68:14 86:16 87:1 94:11 125:1 136:21

**particularly** [10] 10:20,23 11:17, 21 16:17 22:18 85:21 97:21 116: 11,12

**parties** [2] 2:3 146:8,10

**parts** [2] 14:3 47:6

**party** [2] 2:14 3:10

**passes** [1] 113:6

**past** [2] 19:7 53:14

**pasted** [1] 134:24

**pat** [1] 20:11

**pattern** [4] 106:12,14 124:18,20

**patterns** [2] 124:18 125:7

**paul** [2] 111:11,22

**pause** [2] 93:7 124:24

**peculiarly** [1] 58:10

**pedagogical** [4] 93:18 122:5 134: 6,18

**pedalogic** [1] 134:18

**peer-reviewed** [1] 69:10

**pennsylvania** [1] 117:16

**people** [13] 7:3 17:8 20:9 26:20 32: 21 33:24 34:21 35:1,16 37:4 54: 18 57:7,8,11,12 68:22 71:23 74:7 75:14 76:16 81:2,3,5 85:13 105:4 122:24 125:3 129:24 133:1 138: 10 139:3,7,17,23 140:14 141:15 143:18

**per** [1] 20:23

**perceive** [1] 39:22

**percent** [4] 71:8,9 142:16,20

**percentage** [1] 71:19

**perception** [1] 8:8

**perennial** [1] 73:8

**perfectly** [1] 86:12

**performing** [1] 73:16

**perfunctory** [2] 115:6,9

**perhaps** [14] 13:6 25:10 29:11 30: 23,24 34:20 35:23,24 63:16 69:1 77:16 128:1 132:20 133:4

**permitted** [1] 2:12

**person** [2] 2:16 72:13

**personal** [2] 81:8,15

**personally** [1] 140:15

**persons** [1] 52:14

**perspective** [2] 123:1 124:3

**perspectives** [2] 8:1 56:8

**pertain** [1] 4:21

**pertains** [1] 7:22

**ph.d** [10] 2:5 3:20 38:13 68:24 74: 22 145:13,22 147:23 148:1 149:1

**ph.d.s** [1] 68:8

**phenomena** [5] 12:2 15:23 31:16, 24 50:13

**phenomenon** [4] 11:23 64:7 81: 22

**philadelphia** [1] 1:18

**phillip** [5] 10:9 33:21 87:23 107:1 108:22

**philosopher** [2] 15:19 98:8

**philosophers** [9] 15:14 48:8 73: 10 84:15 99:2,22 124:13 140:5

**philosophic** [1] 40:14

**philosophical** [42] 13:6 14:14,23 26:24 32:1 33:5 35:19 40:4,13,21 41:21 42:2,7,11 43:6 57:24 58:20 59:2,19 60:19 62:11 67:2,14 68: 17 73:8,14 82:9,20 91:1 94:4,23 112:23,24 113:18 116:12 122:20, 22 124:23 125:23 128:3 135:19 141:8

**philosophically** [6] 39:9 45:10 55: 8 115:10,14 117:12

**philosophy** [3] 38:12,14 38:16

**photons** [1] 131:20

**phrase** [1] 9:7

**physics** [3] 108:2 127:15 129:13

**pick** [1] 140:14

**ple** [1] 51:6

**piece** [3] 51:6 75:23 100:17

**place** [5] 2:16 72:17 90:20 124:22 127:14

**places** [3] 34:15 78:23 98:11

**plaintiff's** [6] 5:7,10 18:1,16 108:3 149:4

**plaintiffs** [4] 1:9,16 147:9

**plan** [1] 108:10

**plausible** [4] 99:18 137:4

**plays** [4] 59:11 61:5,19,19

**please** [3] 4:16 23:16 145:2

**point** [20] 7:11,12 15:4,10 38:10 56:20 60:3 66:8 68:15 70:21 72: 12 90:13 94:15 96:20 97:8 120:6 130:19 132:24 137:19 143:24

**points** [14] 6:15 10:22 24:6 52:4, 10 53:11 54:4 72:18 108:17 115: 23 126:15 137:15,17 143:22

**policy** [1] 19:4,5,5

**political** [6] 21,24 45:14 48:7

**politically** [1] 7:15

**pope** [1] 132:21

**popular** [3] 34:10 112:13,19

**pose** [2] 68:4 76:18

**posit** [2] 27:10 90:7

**position** [11] 12:24 13:9 30:19 36: 4 64:17,19 66:17 83:9 90:9 119:6 122:7 128:16 141:2

**positions** [9] 8:16,16 15:13,15 47: 18 67:2,3 143:7,8

**positive** [1] 7:10

**possibilities** [5] 64:4 86:1 90:17 94:24 103:15

**possibility** [6] 84:16 92:20 94:1,2, 3 96:16 137:6,8

**possible** [5] 4:11 98:21 125:8

**postage** [1] 3:9

**potato** [1] 51:5

**potential** [1] 82:14

**potentially** [1] 131:14

**power** [1] 60:11

**practical** [1] 54:7

**practice** [5] 40:19 41:10 65:1

**practicing** [1] 67:19

**prehominids** [1] 96:9

**preliminary** [1] 85:3

**preparation** [3] 19:16 20:10,14

**prepared** [2] 16:16 117:4

**preparing** [3] 18:20 117:5

**presence** [1] 84:14

**present** [5] 26:14 103:6 114:24 126:6 134:1

**presented** [1] 143:5

**preservation** [1] 3:11

**press** [7] 17:22 18:5,12,19 112:13, 19 149:7

**presupposes** [1] 83:21

**presupposing** [1] 65:2

**pretrial** [1] 2:22

**pretty** [4] 19:10 25:21 76:24 97:1 98:12

**prevailing** [3] 37:3 54:16 55:9

**prided** [1] 82:12

**primarily** [2] 95:14 124:6

**primary** [3] 54:9,11,17

**principle** [7] 25:11 40:24 57:21 59: 19 129:9 137:13 142:24

**prior** [5] 3:7 79:22 81:23

**private** [1] 66:2

**probability** [1] 132:22

**probably** [13] 4:6 13:5 17:10 20: 23 78:15 81:13,17 88:22 88:2 117: 13 128:17 132:20 142:9

**problem** [12] 26:13,15 29:19,24 36: 20 37:16 41:10 59:8,17,23 88:9, 19

**problems** [10] 26:24,24 29:21 54: 7 85:5,9 86:3 97:10 98:10 134:9

**procedure** [1] 2:13

**proceedings** [1] 148:7

**process** [10] 4:6 14:9 25:9,9 27:5 76:4 91:15 96:13 107:17 138:11

**process-philosophy** [1] 67:7

**process-theology** [1] 67:7

**processes** [1] 142:8

**proclaimants** [2] 123:15,22

**proclaiming** [1] 123:13

**produce** [1] 116:20

**produced** [6] 5:2 58:2

**produces** [2] 78:7 99:12

**product** [3] 89:19,23 121:2

**professional** [1] 57:11

**program** [2] 2:7 110:11

**progress** [2] 2:22 111:8

**progressives** [1] 7:2

**project** [1] 107:16

**promises** [1] 110:5

**promoted** [1] 109:10

**promoting** [2] 134:6,17

**pronounce** [1] 93:18

**proper** [1] 129:4

**proponent** [3] 111:22 112:7 113:4

**proponents** [4] 33:16 106:20 110: 18 111:19

**protestant** [3] 25:5,5,11

**protestantism** [1] 25:14

**protons** [1] 132:1

**prototype** [1] 12:6

**provide** [11] 9:16 10:16,24 45:17 50:20 55:15 100:4 102:1 105:9 122:24 126:2

**provides** [2] 84:10 121:20

**providing** [4] 12:20 23:7 42:14 63: 7

**public** [20] 2:10 16:2 22:19 23:8,9, 21,22 24:5,11 26:3 28:13 30:4,5 45:3 48:9 50:18 55:1 117:17 123: 18 146:16

**public-high-school** [1] 125:10

**public-school** [1] 54:5

**published** [4] 69:9 74:8 75:4 111: 13

**publishers** [1] 111:14

**publishes** [1] 69:2

**punctuated** [1] 86:20

**purists** [2] 31:13,20

**purp** [1] 33:17

**purpose** [30] 2:24 9:4 26:19 27:17, 21 28:9 30:1 33:3,7,15 38:8 42:3 43:12,21 46:1 47:11 48:16 49:3 63:7,20,24 64:11 96:22,23 121:21 127:23 128:14 136:4,13,22

**purposeful** [1] 55:3

**purposefully** [1] 109:10

**purposeless** [4] 26:8,9 27:12 91: 10,15 96:12 107:15,16 138:24

**purposes** [1] 136:11

**push** [1] 9:3

**put** [5] 12:9,16 13:13,14 96:10

**puts** [4] 54:14 55:19

**puzzle** [2] 108:17,18

**puzzle's** [1] 100:16

**puzzled** [1] 87:14**

### Q

**qualifications** [1] 21:13

**qualified** [1] 45:5

**qualify** [1] 142:10

**quasi-religious** [1] 55:21

**question** [60] 3:3,4,5 4:9,15 6:3,4 8:15,21 11:10,12 12:13 13:5,18 14:12 15:17 24:13,18 26:5,15 28: 20 29:1,5,7 30:9,15 32:2 36:18 40: 20 43:3,6 47:10 63:6,10 64:10 65: 9,11 67:17 68:4 71:13 72:1 73:6,9 9,13,14,15,17 74:7,11 75:5 76:2, 18 80:7,10,11 82:5,10,20 83:1 88: 11 90:6,23 91:2 92:8 93:1 101:21

Warren Nord 6/7/2005

105:15 113:11,12,17,20 116:10,24
117:3 121:22 126:9 127:16,22
137:20

questions [34] 2:19 4:7,11 8:19 9:
20 14:20,23,23 16:16 28:19 29:16
35:20 38:20 44:16 49:16 57:13,17
60:23 61:21 64:23 65:17,17,19 80:
5 94:4 97:22 112:23,24 116:14,14
121:21 125:15 126:4 143:18

quite [8] 73:10 77:14 96:16 100:2
120:4 122:19,23 129:23

quote [14] 47:2 49:9 50:18 61:2 68:
7 85:4 94:9 101:1,24 107:20 108:
12,21 110:4 129:21

quoted [1] 136:3

## R

race [1] 56:1
radically [1] 107:10
radio [1] 112:11
raise [5] 27:1 84:4 108:3 112:23
143:18
raises [2] 97:22 118:1
raleigh [1] 146:22
random [3] 9:17 91:14 138:24
range [2] 131:13,18
rapid [1] 86:20
rather [14] 26:7 30:19 32:24 40:15
79:22 81:22 83:6 100:8 107:14
114:5 115:6,11 120:12 138:21
re [3] 81:14 83:6 99:14
read [37] 3:6 17:4,8,9,12,13,21 18:
7,14 19:3,7,7,12,18 21:8,9 22:21
25:16 29:10,18 34:8,9,11 35:13
62:21 65:12 87:6,11 95:6 102:7
103:15 108:8 109:23 134:13 139:
5 145:2 147:15
reading [11] 21:12 34:6 36:2 74:14
78:16 81:22 87:18,17 102:5 112:
15,20
readings [1] 104:16
reads [1] 101:23
real [8] 12:7,16,17 13:23 57:6 126:
9,13 136:14
reality [23] 6:18,19 8:2,5 40:22 43:
22,23,24 44:1,1,9,12 45:1,2 47:15
58:23 59:3 61:1 63:9,22 114:2
118:5 121:21
really [15] 25:19 36:4 53:16 60:17,
18 78:11 79:24 81:4,5 95:15 114:
1 116:23 119:6 120:14 136:11
reason [10] 24:23 108:24 119:20
123:10 139:6,9,11,24 145:9 147:
15
reasonable [4] 8:11 12:24 38:20
137:5
reasonably [1] 123:7
reasoned [2] 83:7,8
reasoning [1] 13:7
reasons [7] 23:17 24:23 35:23 98:
20 100:13 136:16 119:12
rebecca [2] 2:10 146:16
recall [2] 20:8,13 21:6
receive [2] 36:8 133:15
received [2] 19:20 99:1

recess [2] 46:17 105:23
recognize [5] 13:11,15 14:2 36:3
47:18
recognizing [1] 118:19
recombination [1] 9:18
record [13] 2:4 5:5 28:21 29:15 57:
19 76:11,11 79:13,14 85:18 100:
22 140:21 142:7
reduced [1] 146:6
refer [7] 5:13 9:24 19:6 36:24 49:
15 58:2 63:5
reference [7] 62:23 63:1 73:21
83:15 85:17 98:1 103:23 104:9,11
139:15
references [2] 103:7 140:1
referred [9] 18:5 32:8 33:18 78:17
108:7 111:17 112:13 138:19
referring [6] 11:5 19:22 21:2 25:3
36:23 58:2,16 95:6 135:24
refers [4] 92:13,17,18 111:8 112:5,
9
reflect [1] 100:22
reflecting [1] 152:16
reflective [1] 115:1
reformation [1] 53:8
refrain [1] 23:7
refu [1] 139:15
regard [11] 31:1 35:6 39:12 48:4,5
56:24 56:4,6 64:6 93:17 119:3
regarding [4] 30:6 136:6
regards [1] 115:21
rehearse [1] 14:5
rehm [4] 11:4,4 147:4,4
reinterpretation [1] 131:14
reject [7] 70:2 71:2 75:7 89:11 91:
7 99:22 138:12
rejecting [1] 70:14
rejection [1] 81:15
relate [3] 62:17 114:21
related [1] 137:2
relates [1] 60:22
relating [1] 155:13 135:20
relationship [8] 38:15 39:14 45:
10,13 48:10,14,23 74:8
relationships [1] 38:16 50:8,15
56:24 64:24
relative [1] 121:15
relatively [1] 108:16
release [5] 17:22 18:5,12,19 149:7
relevant [3] 26:5 73:16 75:6
relevantly [1] 73:3
relies [1] 91:12
religion [27] 7:5 22:14 23:2,5 30:
15 32:17 42:14 43:3,8,9,16 44:13,
20 49:10,15,23 50:12 53:2,8,9 56:
5 67:11 73:12 114:15 117:24 119:
15 120:5
religions [1] 44:3
religious [66] 6:14,21 7:5,8 8:20
23:8 24:2,6,12,19 26:11,16,20 27:
10 28:7 29:22 30:6,19,23 40:14
42:12 43:2,4,6,10,14,19 44:5,15,
16,23 45:14,15 46:6 49:18,21 51:
13,14,18 52:12,15,18,19,20 53:12,
13,20,22 54:2 55:22 66:3,12,15,17

66:14,20 67:2,6,20 68:1,2 73:9 79:
23 81:4,15,23 82:4,6 94:4,22 99:
24 100:8 103:6,9,17,24 104:3,8,16
105:4 110:14 114:18,23,24 117:
21,22 118:4,23 119:1,11 120:15
122:14 126:4 137:18 140:6,24
religious-studies [1] 118:8
religiously [7] 7:13 39:10 105:1
118:12,13
reluctant [1] 13:20
rely [4] 63:22 78:4 84:17 91:17
relying [1] 54:10
remarks [1] 67:24
remember [7] 17:12 34:12 70:18
76:16 79:8 104:15
rendering [1] 21:15
renewal [4] 106:11 107:21 111:12
149:12
reopened [1] 108:4
repeated [2] 29:12 62:18
replace [1] 110:6
report [5] 9:13 9:10,24 68:4 113:
7 114:12 129:18
reported [1] 1:24
reporter [2] 5:9 18:3
reporting [1] 146:19
reproduction [4] 86:6,10,14 95:5
republic [4] 34:14 78:20,21,24
republicans [1] 119:23
reputable [1] 69:8
require [7] 32:23 61:22 66:19 70:7
84:12 119:13 137:9
required [2] 117:19,20
requires [13] 39:2 43:20 62:14 70:
22 99:15 100:2 102:11 105:2 118:
22 119:7,9,16 126:1
reread [1] 17:15
research [18] 21:8,10 68:24 69:1,8,
9 74:16,18,22,23 119:14
reserves [1] 3:6
respectable [1] 124:1 138:6,8
respective [1] 2:3
respond [1] 123:22
responded [2] 16:8 130:4
response [2] 25:12 74:11
responsible [1] 71:23
rest [2] 8:10 134:13
restrictive [1] 69:14
rests [3] 131:10 132:10 133:2
result [1] 66:3
reverse [1] 110:5
review [1] 19:15
reviewed [2] 20:14 145:8
revised [1] 105:8
revolutions [1] 36:7
rhetoric [2] 26:18 47:19
rich [1] 33:5
rightly [1] 131:9
rise [4] 25:1,20,22 26:1
risk [1] 65:20
road [1] 2:9
rob [1] 20:11
role [7] 39:1 59:12 61:5,19,20 115:
17 136:16
room [1] 2:9

roots [2] 7:13 120:15
rrl [2] 145:24 147:24
rudimentary [1] 122:17
rule [3] 5:1 149:4
rules [1] 2:12
ruling [1] 2:24
run [2] 65:20 122:2
runs [1] 6:23
rushmore [1] 83:15

## S

same [5] 2:17 9:21 16:11 59:15 61:
15 81:1 110:3 111:16 145:9
sat [1] 22:3
saw [1] 76:23
saying [10] 39:24 51:1 53:15 75:12
111:1 122:1 127:13 128:4 130:2
131:4
says [14] 36:6,7 48:24 75:24 88:10
90:4,17 96:7 104:24 108:21 111:9
114:1,1 120:22
scholarly [2] 112:20,22
scholars [5] 8:6 47:22 48:3 50:6,
11,17 107:23 140:4 141:3
school [25] 1:11 17:6,21 19:4 22:3,
9 61:24 62:1 84:24 88:16,23 101:
1 102:11 103:20 105:6,13 115:1
123:5 134:5 135:2,4 139:5 141:7,
7 147:11
schools [22] 7:2 17:1 23:6,7,10,22
24:5 30:4 45:3 53:2 54:8 101:17
114:14,23 117:17 119:10 126:2,
14,23 127:11 126:5,9
scl [1] 143:9
science [173] 8:23 12:19,19,24 13:
2 15:16,18,19 16:5,6 22:14 30:17,
18,24 31:5,13,15,21,21 32:10 33:
13 35:3,21,24 36:13,15 37:12,21
38:22 39:1,5,6,10,15,16,18,23 101:
1 102:1 103:20 105:6,13 115:1
123:5 134:5 135:2,4 139:5 141:7,
7 147:11
scientific [34] 30:10,11,17 31:5 34:
9 35:18 36:7,16 39:17 40:15 44:
11 69:15 73:17 74:14 83:2,6 94:
19 108:3 109:5,5 112:21,21 114:9
115:7,10 120:3 129:21 130:3,19
132:6 133:13 137:22 138:2 139:
13
scientifically [3] 36:5 121:15 142:

S
scientist [11] 10:10 15:19 21:17, 18 34:8 36:11 64:5 88:11,22 74: 12 75:9
scientists [42] 10:6 14:19 16:9,9 34:3,16 35:9,11 36:7,11,19 38:24 40:12 47:23 48:8 68:9,20 69:19 71:17,21 73:21 74:18 77:10 78:13 82:7,21 124:14 125:12 131:1 132: 18,22,22 138:12 139:12,19,20 140: 5 142:11,11 143:11,14,19
scopes [1] 26:2
screened [1] 54:13
screening [1] 52:10
scripture [3] 25:7,12,16
seal [1] 146:13
sealed [1] 3:8
search [1] 4:21
second [5] 9:8,21 46:19 61:14
secondary [4] 22:5,10 54:6 126: 14
secondly [1] 64:9
sections [1] 92:22
secular [20] 6:15 7:7,9 24:5,5,9 50: 21 56:6 73:13 99:22 100:7 104:4, 8,17 118:3 119:16 120:2 134:6,18 140:6
secularists [1] 28:4
see [16] 5:15 6:24 7:1 11:11 18:20 39:16 41:6,13 58:2 60:3 61:16 66: 7 69:19 72:13 83:19 87:2 120:22 138:16
seeing [2] 34:6 76:17
seeks [1] 107:21
seem [5] 10:24 11:20 23:17 58:5 121:12
seems [15] 10:17 11:23 12:23 24:3 31:1 38:23 65:15 77:14 87:15 98: 19,22 100:12 121:11 133:23 141: 5
seen [1] 123:8
segment [1] 44:21
selecting [1] 114:22
selection [12] 9:14,16 10:12 70:15, 20,23 71:2,10 89:12 90:19 91:13 96:2
self-interested [1] 56:18
self-organizing [1] 15:23
semester [2] 60:7 134:15
seniors [2] 126:17,23
sense [12] 4:12 6:18,19 7:14,15,15 11:24 13:9 42:14 43:14 47:3,9,23 57:2 63:16,20 64:5 66:12 67:12 68:1 76:2 91:9,12 98:22 102:13,16, 22 103:2 107:7 111:4 116:13 119: 17 122:6 126:1,21 129:6 133:9,21 136:20,22 141:12 143:6
senses [2] 44:4 63:12
sensitive [1] 23:22
sentence [11] 47:4 48:12 49:8,9 62:20 79:20 87:5,15 89:13 94:15 103:3
sentences [1] 60:6
separate [1] 50:13
separatist [1] 37:24

sequence [1] 129:4
serial [2] 38:2 120:12
series [2] 16:15 103:16
serious [5] 105:3 124:7 140:4
seriously [10] 58:8,9 69:17 71:18 72:14 73:22 98:21 100:13 114:15 133:20
serve [1] 136:11
served [1] 22:9
serves [2] 135:12 136:12
service [1] 146:19
set [7] 31:2 99:10 113:7 132:10 133:3 146:5,12
seven-minute [1] 105:23
seventeen [1] 8:16
several [5] 48:20 71:15 117:22 118:24 119:1 124:17
sexual [2] 86:6,9
shall [3] 2:11,17 3:9
shape [2] 7:17 82:6
shaped [2] 62:5 116:4
sharp [2] 14:19 67:10
sheer [1] 68:21
shift [1] 16:10
shifts [1] 68:21
short [5] 12:22 26:16 92:7 115:9 133:22
shortly [2] 17:9 20:20
shouldn't [5] 9:21,21 101:6 102:14 141:4 143:4
shouting [1] 124:7
show [2] 50:22 97:9 106:5
side [2] 26:3 135:2
sides [2] 28:14 29:19
sign [3] 3:7 145:3,4
signature [1] 146:11
signed [2] 145:11 147:20
significance [9] 9:19 72:23 126: 13
significant [12] 34:21 69:8 72:2,4, 5,7,9,15,16 97:20 121:12 138:19
similarly [1] 13:14
simple [1] 9:6
simplifies [1] 59:15
simplistic [1] 115:10
simply [16] 24:4,5 34:5 39:13 43: 13 48:9 55:22 84:7,14 92:20 93:1 94:3 115:21 131:11 142:15,17
since [3] 85:11 128:4 138:6
site [2] 109:21,22
sketch [2] 98:14,17
slash [3] 85:5,9 86:3
slides [1] 62:10
slight [1] 18:16
small [3] 34:20 35:14 108:16
smith [2] 1:6 147:6
sneath [2] 1:6 147:6
so—and [1] 67:9
social [1] 102:1,12
socialization [4] 38:2 120:12
socialize [1] 55:16
socializing [1] 116:21
socially [1] 42:8
somebody [2] 68:24 72:8
somehow [2] 114:3 136:1

someone [2] 15:21 60:1
sometimes [3] 48:9 123:12 126:4
somewhat [4] 13:1 65:19 77:19 94:7 107:9 137:23
soon [3] 97:1 111:13 119:4
sophisticated [5] 48:24 78:4 117: 1 128:3,20
sorry [10] 19:1 28:17 29:2,8 42:13 76:10 88:22 109:9 112:3 127:5
sort [5] 57:4 66:4 71:22 83:19 121: 4 129:16
souls [1] 132:20
source [3] 48:3 65:24 108:15
sources [3] 54:9,11,18
space [2] 116:1,5
spanning [2] 100:19,20
speaking [1] 117:12
spec [1] 76:9
speciation [1] 101:15
species [5] 48:17 76:8 95:7,8 140: 18
specific [2] 7:19 8:21
specifically [4] 14:1 21:19 25:5 118:3
specified [1] 11:16
speculate [4] 85:14 92:16 93:13 104:23 122:9 127:7
speculation [13] 76:14 87:13 88:8 92:15 93:12 102:4 103:13 109:14 127:2 129:22 130:3,5,14
spell [1] 119:8
spent [1] 62:7
spin [1] 54:14
spite [1] 135:4
split [1] 106:16
spring [1] 75:23
square [1] 1:17
stages [3] 98:9 100:9
standard [1] 78:2
standards [2] 56:12 117:9
standing [2] 73:24 74:4
start [4] 24:13 36:2 126:6,14
starting [2] 6:3 125:3
state [3] 82:12 146:1,3
statement [17] 5:2 35:11 49:8 55: 3,4 59:13 85:4,13 92:10,10 94:9 101:1 105:8 113:4 134:12 136:1 138:16
statements [2] 101:24 129:18
states [3] 1:1 22:22 147:1
statistical [3] 77:22 78:5,14
stem [2] 23:21 140:3
step [1] 133:24
stephen [3] 10:8 106:17 113:23
steven [2] 1:5 147:5
stick [1] 94:5
sticker [1] 135:8
sticking [1] 127:18
stifling [1] 110:5
still [21] 13:5 26:2,12 44:9 65:11, 13 56:15 67:15 71:1,7 94:20 96:2, 7 97:18 98:16 113:5,14 122:3 131: 6,8 132:24
still" [1] 131:4
stipulated [1] 2:2

stipulations [2] 2:1 3:1
stoic [1] 114:4
stood [1] 89:4
stops [2] 14:8 92:7
stories [1] 19:5
story [2] 95:12 124:12
stough [2] 1:5 147:5
straightforward [2] 45:6 59:20
strategic [1] 108:9
strategic-plan [1] 110:4
strategy [5] 108:22,23 107:5,18 108:22 111:8
strike [3] 2:19 44:23 87:2
strikes [3] 66:10
striking [1] 34:23
strong [1] 98:23
struck [1] 36:15
structure [3] 26:10 36:6 87:5
struggle [1] 114:4
stuart [1] 15:22
student [2] 134:7,20
students [77] 22:7 37:17 38:13 39: 1,7,13 45:13 46:1,3,9 50:20 51:4 54:17 55:15,17 56:17,23 59:8,22, 23 60:1,18 61:2,22 82:21 83:3 85: 4 87:5,17 101:3 102:19,24 103:21 115:17 116:18,21 117:9,19,20 118:16,21 119:16,22 120:7 122: 12,16 123:3,11,22 124:1 125:18 126:2,10,17,19 128:2,14,16,23 129:4,10 131:1 133:7,20 134:3 135:14,18 137:14 138:2,7 139:10 140:17 141:9,24 143:1,4,9
studies [4] 36:13 50:2 117:21 118: 23
study [10] 22:1 36:14 37:14 53:2 60:12 62:22 115:20 126:18,19 142:7
stuff [2] 112:21 132:4
subject [10] 28:19 39:20 42:24 55: 12,13 57:3 115:3 118:2 119:1 123: 4
subjects [4] 37:15,17 45:11 114: 21
submission [1] 79:2
substantial [2] 135:17 136:10
substantive [2] 62:12 115:12
successful [1] 109:2
suddenly [2] 76:8 140:20
sufficiently [1] 116:17
suggest [7] 64:6 67:24 68:7 71:15 78:5 87:16 130:14
suggested [1] 29:20
suggestion [1] 128:8
suggestive [1] 97:19
suggests [7] 50:2 131:9
summary [3] 108:10 110:4 111:9
superintendent [1] 103:4
supernatural [17] 32:8,16 33:8 58: 21 64:15,16,21 66:24 67:5,17 90: 13 137:8
supernaturalism [10] 32:15,15, 22,23 33:12 57:16 64:7,7 90:14, 14
supernaturalistic [3] 67:11,12

**supernaturalists** [2] 84:9,10
**support** [2] 78:14 110:2
**supporters** [3] 35:3,10 36:19
**supports** [1] 103:20
**suppose** [6] 6:7 16:4 26:5 30:3
32:3 43:7 61:10 75:19 94:23 102:
5 122:2
**supposed** [1] 55:20
**supreme** [2] 23:19 105:1
**surrounding** [2] 14:24 134:4
**suspect** [8] 35:14 81:24 88:21,24
87:24 90:24 104:23 105:1
**suspicion** [1] 81:13
**switch** [1] 84:21,23
**sworn** [1] 3:21
**sympathetic** [1] 34:17
**synthesis** [1] 9:12

**T**

**talked** [10] 20:9,23 49:13 50:14 57:
8 85:12 97:12 104:11 138:8 139:4
**talks** [2] 86:17 108:15
**tank** [1] 109:19
**tao** [1] 44:6
**taught** [22] 22:5 23:9 45:19 50:22
56:13 82:11 115:21 117:10,17
121:19 133:7 140:18,22 141:4
143:10
**teach** [16] 21:8 37:17,17,18 45:22
58:17 60:7 69:9 103:5 125:11 126:
24 127:12 128:5,22,23 129:8,13
131:1 142:18
**teacher** [1] 103:5
**teachers** [6] 16:23 55:8 103:10
117:2,4,6 130:23 141:23
**teaches** [2] 69:1 102:11
**teaching** [9] 18:7 19:6 101:11 128:
10,11 129:4 135:3,3 141:23
**teleological** [3] 33:2 90:16 91:18
**teleology** [1] 33:14
**telephone** [1] 146:22
**television** [1] 112:11
**telis** [2] 70:13 139:21
**telos** [1] 33:15
**temperament** [1] 114:5
**ten** [1] 116:7
**ten-year** [1] 81:8
**tend** [1] 76:7
**tensions** [2] 39:11 141:10
**tenth** [1] 128:1
**term** [4] 42:14 44:20 52:12 108:24
**terms** [15] 5:1 25:6 39:24 47:16 54:
15 60:8 66:23 76:5,6 84:13 91:12
105:4 115:14 125:1 138:9
**terrain** [1] 14:10
**test** [3] 4:19 87:2 113:5
**testable** [1] 77:18
**tested** [1] 77:18
**testified** [3] 3:22 146:5
**testimonies** [1] 20:20
**testimony** [2] 19:18 149:5
**testing** [2] 78:1,9,10
**tests** [4] 71:15 77:19,22 79:17
**text** [2] 141:6,13,14,15,16,23,24
**textbook** [6] 17:4 54:13 115:5 133:

11,16 143:24
**textbooks** [8] 53:9 54:10 72:13 92:
22 102:12 115:11 135:1,5
**texts** [1] 54:3
**texts" [1] 130:22
**textured** [1] 77:7
**thanks** [3] 18:23 20:5 144:3
**that—or** [2] 16:6 64:12
**that—that** [2] 45:18 81:10 100:10
**that—that's** [1] 25:24
**that—the—the** [1] 137:13
**the—one** [1] 70:4
**the—the** [1] 24:8
**theistic** [1] 81:12 108:5 110:7
**themselves** [5] 34:17 55:10 56:21
82:21 125:24
**theologians** [6] 15:14 27:1 36:9,
10 48:9 124:14
**theological** [14] 13:6 14:15,23 33:
5 64:20 65:3,14,22 86:11,17 91:2
113:18 114:9 122:20
**theology** [2] 36:12,14
**theor** [1] 132:9
**theories** [16] 82:14 85:6 87:9,20,
22 109:5,17 129:21 130:5,8,19
131:17,20 132:6,15 133:10
**theorist** [5] 65:24 66:6 71:7 74:4
96:21
**theorists** [23] 11:17 14:14 66:9 67:
16 69:7 70:12 74:10 75:24 78:7
80:17 81:3,24 83:14 86:10,14 89:
10,16 90:24 91:6 92:4 95:14 97:
19 109:17
**theory** [80] 9:13 10:1,7 14:7 15:1,2,
22 37:2,20 56:13 57:4,10 63:3,6,
16 70:5,7,22 76:19 77:6,17 79:17
80:2,8 81:4,14 85:6,10 86:4 87:7,
18 88:5,17,18 89:1 91:24 92:2,7
95:3 97:2,4,8,17 98:4,8,14,21 107:
3,6 108:7 109:6,11,19 110:2,4,13
112:1,11 113:5,6 114:2 119:12,13,
15,22 120:14,19 121:8,11 122:19
130:1,4,10,11,12,18 131:2,10 132:
3,4,10,19,23 133:13,19 134:4 136:
8 137:3 141:19
**there's** [64] 6:23 8:8,10 11:24 12:
11 24:16 33:5,7,17 46:22 47:21
48:21,21,23 49:3,4,22,22 50:3,4,4
52:1 56:7,7 57:6,6 64:9,13,19 67:
3 70:18 71:24 72:3,11 73:6 86:18,
19 90:16 94:18 96:8,10 97:7,15
98:4,5,6,13 99:21,21 101:23 102:
23 103:1,3 104:15 122:21 126:9,
13 132:24 135:23 137:8,14,16,24
140:8
**thereof** [1] 2:16
**thereon** [1] 2:24
**thereupon** [1] 146:5
**they'll** [2] 125:19,19
**thin** [2] 108:22 109:12
**thinkers** [1] 140:13
**thinking** [13] 37:16,19,20 39:4 44:
14 46:23 50:19,21 55:2 63:19 116:
15 119:20 120:1
**third** [4] 5:16 49:8,8 64:13

**thirteen** [1] 99:20 100:5,19,20
**thirteen-billion-year-old** [1] 70:
9
**thirty** [1] 50:10
**thomas** [2] 1:20 36:6
**thoroughly** [1] 69:24
**though** [2] 78:16 140:13
**three** [6] 34:16 51:20 64:4 78:18
116:9,15
**throughout** [1] 138:18
**ties** [2] 72:24 73:3
**till** [1] 96:5
**title** [1] 108:22
**to—to** [2] 9:3 38:24
**today** [2] 118:3 140:19
**together** [4] 9:15 103:10 105:9
107:23
**tolerate** [1] 81:18
**took** [2] 90:20 128:16
**top** [2] 68:4 129:17
**topics** [1] 24:7
**totally** [2] 34:9 69:24
**touch** [1] 116:12
**touching** [1] 39:20
**toward** [1] 33:16
**track** [1] 109:21
**tradition** [4] 35:2 44:8 52:24 67:23
**traditional** [5] 24:8 32:17 40:8 58:
3,5,7 73:11 77:13 84:13
**traditions** [10] 44:5 51:23 52:19
53:3,13 54:12,19 55:23 67:6 117:
22
**train** [1] 36:24
**trained** [1] 55:14
**training** [1] 36:8
**transcendent** [4] 45:1 47:11 63:7,
24
**transcends** [2] 44:2,10
**transcript** [4] 3:8 29:17 145:8 146:
7
**transition** [1] 95:2
**transitions** [1] 96:21
**transmitted** [1] 86:11
**travesty** [1] 56:14
**treat** [2] 23:2,5 24:11
**treatment** [1] 133:9
**tremendously** [1] 73:5
**trial** [3] 2:22 26:2 108:24
**tricky** [1] 6:4
**tried** [2] 37:1 86:19
**tries** [1] 138:17
**trouble** [2] 26:12 35:5,12
**troubles** [1] 137:8
**true** [5] 15:14 57:21 89:15 99:10
128:21 138:20 140:23 141:5
**truly** [1] 61:16
**trunk** [1] 108:17
**trust** [1] 83:5
**trustworthiness** [1] 80:13
**truth** [1] 146:5
**try** [5] 4:16 6:10 16:16 35:5 43:15
77:16
**trying** [4] 41:13,17 53:17 104:24
**turn** [5] 38:19 46:19 111:5 129:17
130:4

**turns** [1] 72:6
**twelfth** [1] 126:24
**twenty** [4] 50:10 62:19
**twenty-one** [1] 8:17
**two** [28] 1:17 8:15 9:4 12:6 15:13
20:2,12 30:21 33:12 39:24 47:14
50:12 51:20 60:6 61:21 63:11 70:
3 78:17 90:3 102:5 104:15 111:11
118:9 121:12 137:2 143:21
**two-layer** [1] 48:11
**two-sentence** [1] 60:9
**typewritten** [1] 146:6
**typically** [2] 41:3 115:9

**U**

**uh-uh** [4] 17:3,7 19:13 22:8
**ultimate** [3] 42:15,15
**un** [1] 138:14
**unable** [1] 126:5
**unaware** [1] 48:10
**uncomfortable** [1] 27:11
**unconstitutional** [1] 141:1
**uncritically** [1] 50:22
**under** [5] 46:22 108:9 111:9 134:1
146:6
**undergraduate** [2] 54:8 141:7
**underlie** [1] 60:20
**underlying** [3] 83:22 136:4 137:13
**understand** [49] 4:9,15 12:19 13:
19,21 14:7,24 27:21 33:1 35:6,12
38:14 39:1 41:19 45:13 53:20 55:
1 62:22 63:5,10 77:17 83:10 87:
2 92:13 94:19 97:24 102:2 104:10,
19 106:19 107:5 108:6 112:8 117:
23 120:2,9 123:23 124:1,11,21
125:20,21 126:12 128:18 129:11,
14 140:10 142:6
**understanding** [53] 8:24 10:5 14:
18 25:20 30:11 37:7,11 39:8,14
43:19 44:9 45:7 50:16 56:16 62:
16 84:3 68:23 69:23 85:8 86:7,8
87:5 88:21 89:7 91:19 92:21 102:
17,19 107:10,11,13 108:5 109:8,
24 115:22 116:3,22 117:7 118:4,
21,24 119:1 120:3,13 121:23 122:
14,17 123:4 124:17 126:3,22 129:
19 136:8
**understandings** [4] 30:7 49:2 77:
8 124:19
**understands** [1] 54:15
**understood** [12] 13:1 30:17 31:6
40:22 45:16,18 60:8 62:17 73:13
84:12,16 89:1
**underwrite** [1] 107:9
**undirected** [1] 28:5
**undoubtedly** [3] 34:20 66:13 139:
7
**unduly** [2] 43:16 55:19
**uneducated** [1] 138:14
**unfortunate** [1] 7:7
**unguided** [5] 26:9 27:4 91:15 96:
12 107:15,16 138:24
**unique** [1] 37:5
**united** [3] 1:1 22:22 147:1
**universe** [6] 66:4 70:9 78:6,7 84:

Warren Nord 6/7/2005

15 99:6,11,11
universes [1] 99:16
universities [5] 30:5 53:3 69:2,8, 9
university [4] 2:7 61:23 69:1 74:22
unless [3] 59:8 61:2 62:6
unlike [1] 40:24
unrelated [1] 77:12
until [3] 25:19 56:1 116:24
up [7] 10:19 24:13 37:23 40:19 44:21 48:3,5,6 50:6 56:1 69:20 70:8 71:5 73:9 81:11 83:1 97:19 115:24 140:14
update [1] 85:2
updated [1] 85:3
upset [1] 135:9
useful [2] 42:9 93:18
uses [2] 17:6 77:24
using [5] 41:18 43:16 54:9 80:8 136:20
usual [4] 12:18 33:9 34:24 47:19
utility [1] 56:18

### V

vague [1] 76:20
valid [2] 121:15 130:7
value [5] 6:20 84:22 122:16
values [4] 2:8 6:19 42:8,11
variables [1] 129:7
variations [2] 96:4,5
variety [2] 23:17 67:1
various [9] 14:14 23:24 26:23 29:20 39:10,17 50:2,15,24 54:7,12 67:24 78:13,13 97:10 114:22 122:13 123:3 141:11
vast [2] 143:11,16
vegetable [1] 51:5
vehicle [1] 121:20
vei [1] 80:16
verbatim [1] 146:6
versus [5] 47:16 48:23 49:1 104:6, 17,17,19 118:4
vertical [1] 124:18
vertically [1] 124:12
view [60] 7:5,6,6,7 13:19 23:6 24:6, 18 28:5,8,13 30:16 31:21 33:9 34:24 43:10,11,14,15,19,20 44:23,24 49:19 52:4,10 55:20 58:19 72:12, 19 76:20 88:5 94:7,12,13 95:21, 24 101:4 102:1 109:22 113:11 114:14,23 115:23 117:15 118:2 121:18 126:7,15,23 127:3 128:9 137:15,17 142:18 143:12,17,22,23, 24
viewed [1] 31:13
viewpoint [3] 52:11,15 130:8
views [20] 4:21 8:23 15:22 24:12, 19 37:3 45:15 46:7 56:6,24 57:6,7, 8 65:3 81:17,21 102:6,9 127:8 133:13
virtually [1] 35:1
virtue [1] 132:14
visible [2] 15:10,11
visited [1] 109:22

voices [23] 24:1,2,2 30:6,23 51:13, 14,19,22,22,23 52:8,12,19,21 53: 13,17,20 54:2,18 55:11 56:22 114:19,23,24
voices" [1] 54:20
vs [21:10 147:10

### W

wait [1] 80:10
waived [3] 2:13 3:4 146:11
wake [1] 99:9
walk [1] 4:17
wanted [1] 8:12
wants [3] 58:12 61:11 133:23
war [1] 15:11
warrant [2] 139:15 140:1
warren [8] 2:5 3:20 144:4 145:13, 22 147:23 148:1 149:1
wars [20] 5:14,15,19 6:2,5,8,13,14, 17 8:1 9:1 15:12 28:1 47:15 104:1, 6,11,18 115:15 140:16
waters [1] 19:5
way [54] 8:7 21:22 32:20,20 36:17 37:16,19,20 41:7,11 43:10,17,18 44:13 53:14 56:21 58:15 59:15 60: 2,2 61:14,15 62:11 66:21,21,22,23 68:19 70:10 77:16 78:1,2,9,10 83: 8 87:8,11 93:15 94:15 96:9,11 99: 8 102:6 103:15 109:11 115:22 116:22 117:22 119:9,20 132:8,16 135:13 142:2
ways [31] 8:24 13:13 22:21 24:9 30:11 39:3,17 44:10 50:8,21 55: 11,23 57:1 89:18 84:15 102:5,17, 19 115:3,15 117:11 118:4 119:1, 17 120:1,3 122:14 123:3 126:21 141:11,19
wa--i [1] 20:16
weakest [1] 106:17
web [2] 109:21,22
wedge [8] 106:22,23,24 107:5,18 109:4,12,13 111:8
wedge' [1] 108:16
wedge," [1] 108:22
weeks [1] 21:5
weigh [1] 129:7
weight [1] 142:24
well-designed [1] 116:7
western [2] 44:8 142:1
what--the [1] 127:22
whatever [4] 5:3 95:9 142:20 143: 3
whereby [1] 83:3
whereof [1] 146:12
whereupon [4] 3:19 29:16 62:20 144:7
wherever [2] 28:3
whether [34] 8:23 12:11 40:19 46: 2 47:10 48:15,17 48:5,16,18 64: 10 71:19 73:6 80:11 82:5,8 88:12, 13 91:3 97:23 101:12,15,21 105: 15,15 114:8 121:23,23 127:22 136:3,16 137:12 138:22 141:6
whether--whether [1] 140:8
whichever [2] 101:10,17

who's [1] 88:24
whole [5] 7:19 8:14 50:1 60:12 132:10 133:3
whom [7] 2:17 29:24 37:5 118:18 140:6 143:8 148:3
wide [2] 131:13,18
widely [2] 16:7 36:3
wilcox [26] 1:18 4:1 18:21,24 20:1, 3,6,8 29:3,9,12 46:10,13,19 62:18, 22 79:13,15,16 103:19 106:1,5 127:3,10 144:2 148:4
wildly [1] 130:13
will [18] 4:11,16 8:5 46:19 53:5 59: 9 81:3,7,9,11,11 85:4 87:6,8,17,21 90:24 103:5 111:12
william [3] 10:9 111:11
willing [1] 137:22
willingness [2] 95:12 121:20
wilmington [1] 148:24
wind [2] 96:9,11
wisdom [1] 120:10
wise [1] 142:10
within [18] 15:16 16:5,5 35:2 37: 19 40:23 44:8 46:4 49:4 54:1,1,16, 18 73:24 74:5 77:20 141:8
without [10] 12:8 13:13 25:16 33:8 51:6 65:2,14 87:15 92:2 114:3
witness [18] 3:6 18:10 20:16,18,19, 20 23:13 28:23 29:6 100:24 127:7 144:5 145:2,5 146:11,12
witnesses [1] 19:19
women's [4] 51:21 52:3,3,4
word [1] 43:16
words [2] 58:6 62:19
work [19] 8:13 9:5 35:2 47:20 49: 24 51:12 57:15 64:7 98:16 109:3 112:20,22 114:6,10 119:14 120: 17
worked [2] 8:7 96:3
works [2] 9:16 33:18
world [31] 7:14,15,16 12:17 13:12, 12,23 14:3,10 31:16 41:19,22 44: 3 53:6,7 57:2 58:22 59:3 67:4 70: 13 73:7 81:12 113:19,24 114:3,4 116:17 117:23 119:2,17 122:15
worldview [8] 40:14,16 44:11 56: 20 99:14 110:6,14 140:24
worldviews [2] 11:18 56:18
worthwhile [1] 135:15
wrap [1] 44:21
wrapped [1] 103:10
write [2] 59:14 94:14
writer [1] 54:14
writing [1] 34:7
writings [4] 54:20 21 96:21 109: 11
written [3] 54:11 61:14,15
wrote [2] 19:21 61:16

### Y

year [2] 60:8 108:9
years [8] 15:6,7 50:10 61:23 62:2, 4 99:21 100:19,20
york [2] 75:23 78:23
you--you [4] 65:12 128:22

you-all [1] 135:9
young [1] 100:23
young-earth [1] 15:9
yourself [1] 67:15

### Z

zero-one-two-four-four [1] 111: 6