ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
AUG 0 4 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

TAMMY J. KITZMILLER; BRYAN REHM;
CHRISTY REHM; DEBORAH F.
FENIMORE; JOEL A. LIEB;
STEVEN STOUGH; BETH A EVELAND;
CYNTHIA SNEATH; JULIE SMITH;
ARALENE D. CALLAHAN ("BARRIE");
FREDERICK B. CALLAHAN,

       Plaintiffs,

    v.

DOVER AREA SCHOOL DISTRICT;
DOVER AREA SCHOOL DISTRICT BOARD OF
DIRECTORS,

       Defendants

CIVIL ACTION

NO. 4:04-CV-2688

**EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT**

**APPENDIX III – VOLUME I**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY J. KITZMILLER; BRYAN REHM; CHRISTY REHM; DEBORAH F. FENIMORE; JOEL A. LIEB; STEVEN STOUGH; BETH A EVELAND; CYNTHIA SNEATH; JULIE SMITH; ARALENE D. CALLAHAN ("BARRIE"); FREDERICK B. CALLAHAN,<br><br>Plaintiffs,<br><br>v.<br><br>DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS,<br><br>Defendants | CIVIL ACTION<br><br>NO. 4:04-CV-2688 |

## EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT

### APPENDIX III

| EXHIBIT | TAB |
|---|---|
| Plaintiffs' Expert Report of Brian Alters | A |
| June 2, 2005 Deposition of Brian Alters | B |
| Plaintiffs' Expert Report of Barbara Forrest | C |
| June 7, 2005 Deposition of Barbara Forrest | D |
| Plaintiffs' Supplemental Expert Report of Barbara Forrest *(filed under protective seal)* | E |
| Plaintiffs' Expert Report of John Haught | F |
| June 1, 2005 Deposition of John Haught | G |
| Plaintiffs' Expert Report of Kenneth Miller | H |
| May 25, 2005 Deposition of Kenneth Miller | I |

-1-

PHLEGAL #1775269 v1 (121T101!.DOC)

| Exhibit | Tab |
|---|---|
| Plaintiffs' Expert Report of Kevin Padian | J |
| May 10, 2005 Deposition of Kevin Padian | K |
| Plaintiffs' Expert Report of Robert Pennock | L |
| June 14, 2005 Deposition of Robert Pennock | M |
| Plaintiffs' Expert Report of Jeffrey Shallit | N |
| June 28, 2005 Deposition of Jeffrey Shallit | O |