# APPENDIX III

# TAB B

Brian Alters 6/2/2005

00001

1              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
2
3
4
5
6      TAMMY KITZMILLER,
       ET AL.,
7
            Plaintiffs,
8
       v           Case No. 04-CV-2688
9
       DOVER AREA SCHOOL
10     DISTRICT and DOVER
       AREA SCHOOL DISTRICT
11     BOARD OF DIRECTORS,
12          Defendants.
13
14
15          Oral deposition of BRIAN
16     ALTERS, Ph.D., taken at the law
17     offices of Pepper Hamilton, LLP, 3000
18     Two Logan Square, 18th & Arch
19     Streets, Philadelphia, Pennsylvania,
20     on June 2, 2005, at 9:01 a.m., before
21     Jennifer L. Bermudez, a Registered
22     Professional Reporter, and Notary
23     Public, pursuant to notice.
24

00002
1    APPEARANCES:
2    PEPPER HAMILTON LLP
         ERIC J. ROTHSCHILD, ESQUIRE
3        ROTHSCHILD@PEPPERLAW.COM
         3000 Two Logan Square
4        18th & Arch Streets
         Philadelphia, Pennsylvania 19103
5        215-981-4000
                   and
6    AMERICAN CIVIL LIBERTIES UNION
         OF PENNSYLVANIA
7        WITOLD WALCZAK, ESQUIRE
         vwalczak@aclupgh.org
8        313 Atwood Street
         Pittsburgh, Pennsylvania 15213
9        412-681-7736
         Attorneys for Plaintiffs
10
     THOMAS MORE LAW CENTER
11       EDWARD L. WHITE, III, ESQUIRE
         www.thomasmore.org
12       24 Frank Lloyd Wright Drive
         P.O. Box 393
13       Ann Arbor, Michigan 48106
         734-827-2001
14       Attorney for Defendant
15            EXHIBIT INDEX
16                              MARKED
17   ALTERS
         1    EXPERT WITNESS REPORT      51
18
         2    BIOLOGY CURRICULUM PRESS   75
19            RELEASE
20       3    CURRICULUM VITAE          146
21       4    PHOTOCOPY OF PAGES OF THE 227
              BOOK "BIOLOGY"
22
         5    APPENDIX B ACADEMIC       234
23            STANDARDS FOR SCIENCE AND
              TECHNOLOGY AND
24            ENVIRONMENT AND ECOLOGY

00003
1            BRIAN ALTERS, Ph.D., having
2    been duly sworn, was examined and
3    testified as follows:
4            EXAMINATION
5    BY MR. WHITE:
6        Q.   Please state your name.
7        A.   Brian Alters.
8        Q.   My name is Ed White.  I'll
9    be taking your deposition today.
10           Can you explain your
11   familiarity with the events involved
12   in this lawsuit?
13       A.   I understand that the Dover
14   School Board instituted a policy that
15   requires -- that did require teachers
16   to read a four-paragraph statement; I
17   understand that the teachers did not
18   want to do that, wrote a letter to
19   the superintendent; the assistant
20   superintendent then went and read the
21   four-paragraph statement to the
22   students; that the policy also
23   involved a change in the curriculum,
24   specifically the evolution unit; that

00004
1    the book Pandas And People -- "Of
2    Pandas And People" was put as a
3    resource for the change in the
4    curriculum, I read a press release
5    concerning it from the school.
6            That's generally it.  I
7    probably know some more details, but
8    I can't think of them at the moment.
9        Q.   I didn't hear when you
10   said, someone wrote a letter to the
11   superintendent?
12       A.   I saw a letter to Nielsen,
13   I believe the name was, by six or
14   seven teachers, I believe they were,
15   stating their objections to the
16   policy.
17       Q.   And what was the change in
18   the curriculum?
19       A.   I don't have it memorized,
20   but essentially it was to make
21   students aware of gaps, problems,
22   intelligent design.  I don't have it
23   in front of me, so I haven't
24   memorized it.

Brian Alters 6/2/2005

SHEET 2  PAGE 5
00005
```
 1      Q.   Where was "Of Pandas And
 2  People" placed?
 3      A.   Where was it placed?
 4      Q.   Where was it placed?
 5      A.   I understand that 60 copies
 6  were donated to the Dover School
 7  District, and I don't know their
 8  final placement.
 9      Q.   Now, before your deposition
10  you had an opportunity to speak with
11  your attorney here today?
12      A.   Yes, sir.
13      Q.   And you understand what a
14  deposition is all about?
15      A.   I believe so.
16      Q.   Do you have any questions
17  you want answered right now about a
18  deposition?
19      A.   Do we get a good lunch?
20      Q.   That's up to your attorney.
21          Now, although there is no
22  judge in here today, it is a formal
23  legal proceeding.  It is the same as
24  testifying in court.
```

PAGE 7
00007
```
 1  rephrase it so you do understand it
 2  so I can get your accurate answer.
 3  Okay?
 4      A.   Okay.
 5      Q.   We'll be taking breaks
 6  periodically during the day.  If you
 7  need a break beforehand, just let me
 8  know and we will just finish the line
 9  of questioning and then we will take
10  a break.  All right?
11          Now, during the deposition
12  if you remember any information that
13  applies to an earlier answer, just
14  let me know and then you can state
15  that new information on the record.
16  Okay?
17      A.   Okay.
18      Q.   Are you on any medication
19  or drugs at this time?
20      A.   No.
21      Q.   Have you had any alcoholic
22  beverages in the past eight hours to
23  drink?
24      A.   No.
```

PAGE 6
00006
```
 1          Do you understand what an
 2  oath is?
 3      A.   Yes.
 4      Q.   Do you understand that you
 5  need to tell the truth?
 6      A.   Yes.
 7      Q.   Have you ever been deposed
 8  before?
 9      A.   No.
10      Q.   I'll be asking you
11  questions.  Your answers will be
12  recorded by the court reporter, and
13  she can only record your verbal
14  responses.  She can't record nods of
15  your head, shakes of your head,
16  huh-uh, nah-nah, anything like that,
17  so yes, no, and other audible words.
18  Okay?
19      A.   I'll try to remember that.
20      Q.   If not, I'll remind you.
21      A.   Thank you.
22      Q.   Now, if you don't
23  understand a question that I ask,
24  please let me know and I will try to
```

PAGE 8
00008
```
 1      Q.   Are you currently under a
 2  doctor's care?
 3      A.   No.
 4      Q.   Is there any reason why you
 5  won't be able to answer my questions
 6  truthfully today?
 7      A.   No.
 8      Q.   Do you have any problem
 9  with your hearing?
10      A.   No.
11      Q.   Your eyesight?
12      A.   No.
13      Q.   Have you gone by any other
14  names besides Brian Alters?
15      A.   No.
16      Q.   What is your current
17  occupation?
18      A.   University professor.
19      Q.   Where?
20      A.   McGill University.
21      Q.   Where is that?
22      A.   Montreal.
23      Q.   Canada?
24      A.   Yes.
```

Brian Alters 6/2/2005

SHEET 3   PAGE 9
00009

1   Q.   Explain what you do as
2   university professor at McGill.
3   A.   That would take a long
4   time.  I'll try to --
5   Q.   Give me a brief summary.
6   A.   I teach teachers how to
7   teach science.  I teach graduate
8   students, master's and doctoral level
9   students, science education.  I
10  perform service for the university
11  giving talks, helping museums and so
12  forth, and I do a certain amount of
13  scholarship writing.
14  Q.   When you teach teachers to
15  teach science, is there any
16  difference in how you have to teach a
17  teacher to teach science in Canada
18  than in the United States?
19  A.   I have also taught teachers
20  how to teach science in the United
21  States.
22  Q.   Okay.  But your current
23  teaching in Canada, how does that
24  differ for teachers who have to teach

PAGE 10
00010

1   in Canada compared to the United
2   States?
3   A.   In general it doesn't.
4   Q.   What level teachers are
5   these?  Are they going to be teaching
6   in grade school, high school,
7   college, what?
8   A.   I've taught elementary and
9   secondary, and some of my graduate
10  students are university people.
11  Q.   Where did you teach
12  teachers to teach in the United
13  States?
14  A.   Harvard.
15  Q.   How many classes currently
16  are you teaching where you are
17  teaching teachers how to teach
18  science?
19  A.   What do you mean by
20  "currently"?
21  Q.   This past year.  This
22  current year.
23  A.   I've had a -- been on
24  sabbatical this semester, so the

PAGE 11
00011

1   first semester I taught one course.
2   Q.   What was that course?
3   A.   It was elementary science
4   methods, approximately 200 students.
5   Q.   What was your sabbatical?
6   What did you do during your
7   sabbatical?
8   A.   Basically I collected
9   materials to author another book.
10  Q.   What is this book going to
11  be about?
12  A.   It's probably going to be
13  about how the general public comes to
14  understand creation, evolution, the
15  difference between science and
16  religion and its impact on education.
17  Q.   When you say "probably,"
18  what do you mean "probably"?
19  A.   I don't have a working
20  title yet.  I have a rough outline.
21  I'm still collecting materials that
22  may morph into something other than
23  that description I just gave.
24  Q.   Tell me more about what the

PAGE 12
00012

1   book is going to be about.  How does
2   it all fit together?  What's your
3   thesis, your arguments?
4   A.   I don't have that yet.
5   It's too premature.
6   Q.   Have you any previous
7   writings upon which you are building
8   for this book?
9   A.   "Defending Evolution In The
10  Classroom" might be relevant.
11  "Teaching Evolution In Higher
12  Education" might be relevant.
13  "Teaching Biology In Higher
14  Education" might be relevant.
15  Q.   Now, is this new book going
16  to be geared to the high school level
17  or the college level?
18  A.   Tentatively right now
19  neither.  It will probably be geared
20  towards the general public.
21  Q.   How far are you in the
22  process of writing this book?
23  A.   I don't even have a draft
24  chapter.

Brian Alters 6/2/2005

00013

1     Q.     Is it more just an idea?
2     A.     Collecting materials and
3  trying to formulate ideas, at this
4  point.
5     Q.     What are the areas of
6  expertise that you bring to this case
7  on behalf of the plaintiffs?
8     A.     Well, I have expertise in
9  science education, and I have some
10 knowledge of students' religious
11 objections to evolution.
12    Q.     Do you have expertise in
13 this latter category?
14    A.     Some expertise.
15    Q.     When you say "some
16 expertise," what does that mean?
17    A.     I don't know how to
18 quantify it.
19    Q.     Have you written on that
20 subject?
21    A.     Yes.
22    Q.     What types of articles have
23 you written?
24    A.     Probably the summation of

00014

1  the work would be the "Defending
2  Evolution In The Classroom" book.
3     Q.     What is that book about?
4  Why does evolution need to be
5  defended in the classroom, and
6  defended from what?
7            MR. WALCZAK:   That's a
8  compound question.  It can be taken
9  one at a time.
10 BY MR. WHITE:
11    Q.     Why does it need to be
12 defended?
13    A.     Evolution is under attack
14 at various levels.  It is somewhat of
15 an example that we are here today,
16 that it's under attack.  Teachers
17 feel intimidated, teachers feel
18 pressured not to teach evolution.
19 Teachers rarely feel that in science,
20 physics, chemistry and biology and
21 any other area.
22    Q.     Why do they feel this
23 pressure?
24    A.     They feel pressure that --

00015

1  some people feel that evolution, the
2  teaching evolution, counters their
3  religious beliefs.
4     Q.     So how does that pressure a
5  teacher?
6     A.     Teachers -- most teachers
7  didn't go into teaching -- at least
8  the ones I have spoken to, thousands
9  over the years -- didn't go into
10 teaching to have a fight with parents
11 or administrators.  They teach
12 evolution, a parent complains to the
13 principal, the principal then talks
14 to the teacher and says, "How can we
15 make this go away."
16           Or other students start
17 arguing with the teacher concerning
18 their religious beliefs, and teachers
19 not wanting to have battles over this
20 sometimes feel that maybe it is just
21 better to deemphasize the teaching
22 evolution, not teach it at all, or
23 just teach it anyway but feel the
24 pressure to do otherwise.

00016

1     Q.     Do you have any quantified
2  studies about this pressure that
3  teachers feel?
4     A.     The National Science
5  Teachers Association did a study
6  within this last year of their
7  membership, and approximately
8  one-third of teachers said they felt
9  pressure in some way to deemphasize
10 or not to teach evolution.
11    Q.     How many members does this
12 association have?
13    A.     Over 50,000.
14    Q.     Is it a national or an
15 international organization?
16    A.     Primarily national, but it
17 does have international members.
18    Q.     National in the United
19 States?
20    A.     Correct.
21    Q.     How many teachers are there
22 in the United States?
23    A.     I don't know.
24    Q.     More than 50,000?

Brian Alters 6/2/2005

00017

1   A.   Yes.
2   Q.   So not every teacher in the
3   United States is a member of this
4   organization?
5   A.   Correct.  It is the largest
6   science teachers association in the
7   world.
8   Q.   Now, you are defending
9   evolution from what?
10   A.   Those that would rather not
11   see it taught.
12   Q.   Who are "those"?
13   A.   Well, that's a large group,
14   and it's a very varied group, but
15   generally they come under the term
16   "creationists."
17   Q.   Now, do creationists want
18   evolution not taught in the school?
19   A.   Some do.
20   Q.   What do they want taught in
21   the school?
22   A.   Some don't say.  Some say
23   they don't want it taught.  Some say
24   we would like to see supernatural

00018

1   causes in the classroom.  Some say we
2   want to see what we call young earth
3   creationism taught.  There's a great
4   variety.
5   Q.   Now, the plaintiffs have
6   indicated that you'll be testifying
7   about the standards of good pedagogy
8   and science education, why it's
9   important to teach students about
10   evolution, and why intelligent design
11   should not be taught in biology
12   classes.  Does that sound accurate to
13   you?
14   A.   Yes, I remember reading
15   that.
16   Q.   Is that what you plan to
17   testify about?
18   A.   I believe so.
19   Q.   What is good pedagogy?
20   A.   Well, that would take a few
21   weeks to describe, but a short
22   analysis, which I'm sure is what you
23   want, would involve approximately the
24   last 10 years, for example, maybe 15

00019

1   years, good pedagogy is under the
2   terminology "constructivism."
3        Constructivism is a
4   teaching theory, a learning theory,
5   that we derive how to best teach
6   science, and basically it says that
7   students don't just learn something
8   because you present it in various
9   ways.
10        One has to encounter what
11   the student knows coming in, what
12   misconceptions, preconceptions, the
13   student has, and then facilitate
14   change in those preconceptions.
15   That's it in a very, very short
16   synopsis.
17   Q.   Is that the only definition
18   there is about pedagogy?
19   A.   It's probably the best --
20   Q.   Excuse me; good pedagogy?
21   A.   It's probably the best
22   short, well-agreed-upon basis of
23   science education in the United
24   States.

00020

1   Q.   Now, who determines what a
2   misconception is in a student?
3   A.   What type of misconception?
4   Q.   Well, what is a
5   misconception?  Who determines what
6   is a misconception?
7   A.   Are we talking a science
8   misconception?
9   Q.   Well, you said that part of
10   this is that students come into
11   science class with misconceptions and
12   it's the teacher's role to correct
13   those misconceptions.
14   A.   Okay.  Then I understand
15   this to be a science misconception.
16   Q.   Correct.
17   A.   The scientific community.
18   Q.   Who is the scientific
19   community?
20   A.   It is the community of
21   scientists and their organizations,
22   their journals, their writings.
23   Q.   Is it monolithic?
24   A.   I don't understand your

Brian Alters 6/2/2005

SHEET 6  PAGE 21

00021

```
 1  question.
 2       Q.   Is it something that has
 3  just one view, the scientific
 4  community?
 5       A.   One could look to the
 6  leading scientific organizations, the
 7  world's largest maybe, or possibly
 8  the United States' most prestigious
 9  umbrella organizations, and if they
10  all say something is a misconception,
11  then teachers would then assume --
12  and I believe correctly so -- that is
13  a scientific misconception.
14       Q.   What would be examples of
15  scientific misconceptions that a
16  student would bring into a science
17  classroom on the high school level?
18       A.   Dinosaurs and humans
19  coexisted.
20       Q.   What else?
21       A.   I can probably list a few
22  thousand.
23       Q.   Give me five of them.
24       A.   The earth is approximately
```

PAGE 22

00022

```
 1  10,000 years old.
 2       Q.   Okay.
 3       A.   That animals evolved due to
 4  need.  That a theory is somehow less
 5  scientifically important than a law.
 6       Q.   Say that again; I didn't
 7  hear you.
 8       A.   That somehow a theory, a
 9  scientific theory, is less important
10  than a scientific law.  That a
11  scientific theory, given enough
12  evidence, becomes the scientific law.
13       Are we up to five or six?
14       Q.   Uh-huh.
15       Would a misconception be
16  that there is a God?
17       A.   That's not a scientific
18  statement.
19       Q.   But would that be a
20  misconception a science teacher would
21  have to correct in a science class?
22       A.   Absolutely not.
23       Q.   What is a scientific law?
24       A.   It's a law within science.
```

PAGE 23

00023

```
 1       Q.   Give me an example.
 2       A.   The law of gravity.
 3       Q.   How does that differ from a
 4  theory, a scientific theory?
 5       A.   Laws typically describe
 6  phenomena while theories explain
 7  phenomena.
 8       Q.   How is it a misconception
 9  that a scientific theory is less
10  important than a scientific law?
11       A.   The general public, the
12  media and so forth, have a general
13  definition of theory that's used
14  outside of science, and it's that
15  it's any sort of idea we have about
16  anything; I have a theory about such
17  and such that I just had when I got
18  up this morning.
19       Scientific theories are
20  explanations that have been
21  rigorously tested, and no matter how
22  much evidence one has for a theory,
23  it doesn't become a law, the
24  explanation never becomes a
```

PAGE 24

00024

```
 1  description.
 2       But the general public
 3  generally uses the common term of
 4  theory, the nonscientific meaning of
 5  theory, to mean something that is
 6  very tentative, very unknown, very
 7  iffy; it can range from anything
 8  about a theory about why my coffee
 9  tastes bitter this morning, all the
10  way up to X Files-type theories that
11  are on television.
12       Q.   Can a scientific law be
13  disproven?
14       A.   I don't like the word
15  "proven."  Your question is one that
16  I find not to be able to answer.
17       Q.   So, in other words, the
18  scientific law of gravity cannot be
19  disproven?
20       A.   There might be evidence
21  that would disconfirm it.  Prove is
22  generally a word that at least most
23  science educators that I'm aware of,
24  in the science education literature
```

Brian Alters 6/2/2005

00025

1  that I am aware of, would not use the
2  word "proven" as if it's once and for
3  all.  We would say confirm or
4  disconfirm.  Prove is more of a
5  mathematical term, as in geometrical
6  proofs and so forth.
7     Q.   So that the scientific law
8  of gravity cannot be proven?
9     A.   Confirmed, disconfirmed.
10    Q.   It can only be confirmed or
11 disconfirmed.  Correct?
12    A.   Correct.
13    Q.   And if you could speak a
14 little louder, I'm having a hard time
15 hearing over the air vents.
16    A.   I'll try.
17    Q.   Okay?
18         Can a scientific law be
19 disconfirmed?
20    A.   Science is tentative.
21 Anything is open to change; laws,
22 theories.
23    Q.   But a scientific law -- how
24 does a scientific law, then, if you

00026

1  are going to put it on a scale, how
2  does a scientific law differ in
3  weight to a scientific theory?
4     A.   It does not.  Both are
5  valuable.
6     Q.   But both can be confirmed?
7     A.   Explanations can have
8  evidence that help confirm them.
9  Laws can have evidence that help
10 confirm them; also.
11    Q.   So if a theory is
12 confirmed, does it then become a
13 scientific law?
14    A.   No.  That is a
15 misconception.
16    Q.   How does a scientific
17 theory become a scientific law?
18    A.   An explanation does not
19 become a description.
20    Q.   Are there any theories with
21 regard to the law of gravity?
22    A.   Yes, there are some.
23    Q.   Give me a couple of them.
24    A.   That's outside of my area

00027

1  of expertise.
2     Q.   In your opinion, a school
3  district that requires the teaching
4  of evolution in high school biology
5  class, that's exhibiting good
6  pedagogy in science education?
7     A.   I don't know if it is being
8  taught well.  It's in the curriculum,
9  and I think that's prudent.
10    Q.   So that as long as it's a
11 part of the curriculum, that would be
12 good teaching pedagogy, assuming it
13 is taught correctly?
14    A.   That's a large assumption
15 of whether it is being taught
16 correctly or not.  Again, I'm not
17 quite sure I understand your
18 question.  I think it's prudent that
19 it's in the curriculum, but I don't
20 understand about then implying that
21 it's being taught well?
22    Q.   Well, for you to know
23 whether something is taught well, do
24 you have to witness the teaching?

00028

1     A.   That's a very difficult
2  question.  Part of it yes, part of it
3  no.  Part of it the teacher could
4  describe how it's being taught.
5         It's always nice to be able
6  to see teaching in person, also, just
7  to see the social interactions, the
8  social skills of the teacher, the art
9  of the teacher in the classroom; but
10 to a certain extent if the teacher
11 were to describe in writing or
12 verbally to someone how they went
13 about teaching it, that would be
14 helpful, also.
15    Q.   Well, then how do you as an
16 expert reach opinions about whether
17 something is good teaching pedagogy
18 or not?
19    A.   From my knowledge about
20 what we think that is.
21    Q.   Explain that.
22    A.   As I described earlier, for
23 example, constructivism; if a teacher
24 teaching a series of items in a class

Brian Alters 6/2/2005

SHEET 8 PAGE 29

00029

1 completely ignores or doesn't use any
2 form of constructivism within that
3 instruction, then probably
4 something's amiss.
5     Q.   When you described earlier
6 your understanding of this case, how
7 did you acquire that information?
8     A.   I was contacted by Vic.  I
9 was sent documents that I read.  I
10 think that's what you want in the
11 answer, no?
12     Q.   Well, what I was asking is,
13 how did you acquire the knowledge of
14 what this case is about?
15     A.   By reading the documents
16 concerning the case.
17     Q.   What documents did you
18 review?
19     A.   The complaint, the press
20 release, the Dover press release,
21 sections of "Of Pandas And People,"
22 sections of the Dover curriculum, a
23 small section of the Pennsylvania
24 curriculum.

PAGE 30

00030

1         MR. WALCZAK:  Would that be
2 curriculum standards?
3         THE WITNESS:  Yes.  Thank
4 you.
5         I think that's it.  But for
6 some reason I think there's one other
7 document, but if I recall it during
8 this deposition, I'll mention it.
9 BY MR. WHITE:
10    Q.   Besides speaking with your
11 attorney, did you speak to any other
12 people to acquire information about
13 this case?
14    A.   Yes.
15    Q.   Who?
16    A.   Eugenie Scott, Eric
17 Rothschild.
18         Now, I have a question.
19 When you mean "about this case," you
20 mean about the legal facts of this
21 case or something else?
22    Q.   To acquire information and
23 knowledge to help you form your
24 opinion.

PAGE 31

00031

1     A.   Graham Bell.  I think
2 that's it.
3     Q.   Who is Eugenie Scott?
4     A.   Eugenie Scott.  She is the
5 executive director of the National
6 Center for Science Education.
7     Q.   And what information did
8 she provide you about this case?
9     A.   She summarized the case in
10 probably three or four minutes to me,
11 told me a couple of things that would
12 probably occur, and took a look at
13 one of my drafts of my expert report.
14    Q.   How did she summarize the
15 case?  What did she say to you?
16    A.   That the Dover School Board
17 has decided to try to put intelligent
18 design and attacking evolution
19 language in front of the students.
20 That essentially was it.
21    Q.   You said "put intelligent
22 design"?
23    A.   I don't remember her exact
24 words.

PAGE 32

00032

1    Q.   But what did you just say?
2 Again, I'm having a hard time --
3    A.   Oh, I'm sorry.  I think I
4 said "put."
5    Q.   What does that mean, or
6 what did you interpret that to mean?
7    A.   I interpret it to mean that
8 somehow in the science classroom
9 within the realm of the science
10 curriculum at Dover, that intelligent
11 design would be brought up in some
12 fashion and attacks against evolution
13 would be brought up in some fashion.
14    Q.   When she said attacks on
15 evolution --
16    A.   I'm not saying that I
17 remember her exact words at all.
18    Q.   You also said she said a
19 couple of things would occur.  What
20 were those?
21    A.   That the defense would
22 probably put forth a teach the
23 controversy, and gaps and problems
24 with evolution language.

Brian Alters 6/2/2005

SHEET 9   PAGE 33

00033

```
 1        Q.    What do you mean by
 2   gaps-and-problems language?
 3        A.    That evolution has problems
 4   with gaps and it has problems with
 5   its theory, with its evidence.
 6        Q.    And what do you mean by
 7   "teach the controversy"?
 8        A.    This was the language she
 9   used.  I don't know exactly what she
10   meant about it.  I can guess.
11        Q.    What did you interpret it
12   to mean?
13        A.    I interpreted it to mean
14   that teaching that there's a
15   controversy within the scientific
16   community concerning evolution and
17   intelligent design.
18        Q.    Is the Dover School
19   District teaching the controversy?
20        A.    I would have to review the
21   documents to be sure, but the
22   reference book "Of Pandas And People"
23   has an area that instructs the
24   teacher that a controversy is taking
```

PAGE 34

00034

```
 1   place.  And I think, in essence, the
 2   four-paragraph statement has issues
 3   that may allude to that, but I'm not
 4   sure that would be exactly what was
 5   taken away by those who read it.
 6        Q.    You said she also reviewed
 7   drafts of your report?
 8        A.    Reviewed one draft.
 9        Q.    Did she give you any
10   comments?
11        A.    I think she said something
12   like "pretty good."  There might have
13   been another comment, but I don't
14   remember.  Nothing substantive.
15        Q.    Who is Graham Bell?
16        A.    Graham Bell is an
17   evolutionary geneticist.
18        Q.    Where is he located?
19        A.    McGill University.
20        Q.    And what did he tell you
21   about this case?
22        A.    Oh, I don't think he knew
23   anything about the case.  I asked him
24   a question concerning intelligent
```

PAGE 35

00035

```
 1   design within the journals that he's
 2   very familiar with as a scientist.
 3        Q.    What question did you ask
 4   him?
 5        A.    "Has the Journal of
 6   Evolutionary Biology or the journal
 7   Evolution ever had, to your
 8   knowledge, a paper on intelligent
 9   design?"
10        Q.    And what was his answer?
11        A.    No.
12        Q.    Why did you need to ask him
13   that question?
14        A.    These are journals I do not
15   read.
16        Q.    How did you get involved in
17   this case as an expert?
18        A.    I was contacted by Vic.
19        Q.    By who?
20        A.    Vic (indicating).
21        Q.    By Vic.
22              With regard to good
23   teaching pedagogy, is it good
24   teaching pedagogy to point out
```

PAGE 36

00036

```
 1   strengths and weaknesses in certain
 2   scientific theories?
 3        A.    It depends.  If the bad
 4   outweighs the good, then no.
 5        Q.    Why is that?
 6        A.    If students are pointed out
 7   weaknesses in some sort of
 8   mathematical theory and then leave
 9   the classroom thinking two plus two
10   equals five in elementary school,
11   then it didn't pay off, they leave
12   with a misconception.
13        Q.    Well, with two plus two
14   equals four, would that be the
15   equivalent of a scientific law?
16        A.    I'm not an expert in the
17   equivalence of mathematical laws to
18   scientific laws, so I can't answer
19   that question.
20        Q.    But two plus two equals
21   four can be confirmed.  Right?
22        A.    I think most mathematicians
23   would agree at the elementary school
24   level that's the case, yes.
```

Brian Alters 6/2/2005

SHEET 10   PAGE 37

00037

1   Q.   But in the mathematical
2   community, the consensus would be
3   that two plus two equals four?
4   A.   I would hope so.
5   Q.   So let me understand you,
6   then.   If there are more weaknesses
7   in something than strengths, students
8   should not be informed about those
9   weaknesses?
10   A.   No, I didn't say that.
11   Q.   Well, say again what you
12   said.
13   A.   What I'm trying to say is
14   that if by teaching some weaknesses
15   you engender misconceptions and the
16   goal is not to engender those
17   particular misconceptions, then it is
18   better not to teach those particular
19   weaknesses.   If students leave
20   thinking two plus two equals five,
21   this is not the goal of that
22   particular unit of education.
23   Q.   When you say "the goal,"
24   who sets the goal?

PAGE 38

00038

1   A.   That's somewhat of a
2   complicated answer, and I will try to
3   make it concise.   It's generally a
4   school district, school board,
5   working with standards and curriculum
6   from -- developed by their teachers,
7   generally, working with state
8   standards and working with national
9   standards and looking to the national
10   organizations of science both for
11   science education and science in
12   particular.
13   Q.   When all is said and done,
14   though, a school board needs to
15   comply with its state academic
16   standards.   Correct?
17   A.   I don't know the legalities
18   concerning that.
19   Q.   But when you are teaching
20   future teachers, do you teach them to
21   comply with whatever will be their
22   given state standard?
23   A.   I don't mention anything
24   concerning that.

PAGE 39

00039

1   Q.   Well, when would a teacher
2   learn about that?
3   A.   They would learn that the
4   state standards are there, but
5   whether they comply or not is not in
6   my realm of instruction.
7   Q.   Whose realm would it be in?
8   A.   I imagine compliance would
9   be some sort of state or school board
10   contractual obligation they have with
11   their school, but I'm not aware of
12   any particular answers to those
13   questions.
14   Q.   So then you have no
15   knowledge whether a school board has
16   to comply with its governing state
17   academic standards?
18   A.   I imagine it might go state
19   by state.
20   Q.   That's an assumption?
21   A.   Yes.
22   Q.   You don't know?
23   A.   No.
24   Q.   Please give me a summary of

PAGE 40

00040

1   the opinions you have in this case.
2   A.   Could you be more specific,
3   please?
4   Q.   Your coming here as an
5   expert with opinions on behalf of the
6   plaintiffs, I would like you to
7   summarize for me your opinions.
8   A.   You mean opinions
9   specifically concerning what I read
10   on the Dover Board policy?
11   Q.   The opinions that you are
12   setting forth as an expert in this
13   case on behalf of the plaintiffs.
14   A.   The Dover policy -- it's my
15   opinion that the Dover policy
16   engenders teachers to have bad
17   pedagogy, or shall I say poor
18   pedagogy.   It requires teachers to
19   ignore the leading scientific
20   organizations in the United States.
21   It requires science teachers to
22   ignore the recommendations of the
23   major science education organizations
24   in the United States.

Brian Alters 6/2/2005

SHEET 11 PAGE 41

00041

1 It poorly prepares students
2 for post secondary education,
3 primarily colleges and universities,
4 and I'm speaking specifically secular
5 colleges and universities. The
6 policy might help if they go to a
7 Christian university or college. And
8 it causes them to reject, or at least
9 ignore, some of the training they
10 have had in science education on how
11 to be teachers of science.
12 Q. When you say "engender,"
13 what do you mean by that word?
14 A. Facilitate.
15 Q. So, in other words, assist
16 in poor pedagogy?
17 A. Yes.
18 Q. Now, these opinions you
19 have just set forth, is there
20 anything else besides these four or
21 five things you just listed?
22 A. I would have to see my
23 expert report to see if my memory is
24 correct. As best I can recall at

PAGE 42

00042

1 this moment, that's essentially the
2 opinions that I put in the report.
3 Q. The opinions that you bring
4 to this case, those are just your
5 opinions. Correct?
6 A. Correct.
7 Q. Do you have any personal
8 knowledge about the facts of this
9 case?
10 A. I don't understand the
11 question.
12 Q. Have you personally gone to
13 Dover?
14 A. No.
15 Q. Have you personally spoken
16 to any of the teachers from Dover?
17 A. No.
18 Q. Have you personally spoken
19 to any of the students at the Dover
20 School District?
21 A. No.
22 Q. Or any of their parents?
23 A. No.
24 Q. Have you sat in any of the

PAGE 43

00043

1 classes?
2 A. No.
3 Q. Have you been in the
4 classroom when the four-paragraph
5 statement was read to students?
6 A. No.
7 Q. So you haven't seen any of
8 the reaction of students?
9 A. Correct.
10 Q. So the knowledge you have
11 acquired to help you form your
12 opinion, that's what has come to you
13 from your attorneys, review of
14 documents, and speaking to Eugenie
15 Scott?
16 A. Correct.
17 Q. Now, are there other
18 experts in your field of science
19 education who may disagree with your
20 opinions?
21 A. Possibly.
22 Q. Is there room for doubt in
23 an opinion?
24 A. I have no expertise on the

PAGE 44

00044

1 psychological question of whether
2 there's room for doubt in an opinion.
3 I guess maybe I don't understand your
4 question.
5 Q. Is your opinion a fact?
6 A. Could you define "fact" for
7 me?
8 Q. Is it something that is
9 certain?
10 A. It's certain to me.
11 Q. But is it certain to
12 everybody?
13 A. I haven't polled everybody.
14 Q. But you do agree that there
15 are people, experts in the field of
16 science education, who may have a
17 different opinion from you as it
18 relates to the Dover school policy?
19 A. Probably.
20 Q. Now, if the facts and
21 assumptions that you relied on to
22 form your opinion turn out to be
23 wrong, would your opinion then be
24 worthless?

Brian Alters 6/2/2005

SHEET 12   PAGE 45

00045

1     A.   If the most prestigious
2  scientific organization in the United
3  States and the largest scientific
4  association on the planet and the
5  largest science teaching organization
6  on the planet and the largest biology
7  teaching organization on the planet
8  and college biology textbooks and
9  high school biology textbooks said
10  that intelligent design and teaching
11  weaknesses in evolution that cause
12  question in the scientific community
13  as to whether evolution occurred or
14  not, then, yes, my opinion would
15  change.
16     Q.   Now, you just said that if
17  there's weakness -- weakness is
18  taught about evolution to question --
19  what did you say -- the occurrence?
20     A.   If it is taught that -- if
21  all those organizations I just
22  mentioned and all the textbooks I
23  just mentioned were to agree that
24  there is such weakness in

PAGE 46

00046

1  evolutionary theory that it is
2  causing doubt in the scientific
3  community to the occurrence of
4  evolution, then, yes, I would change
5  my opinion.
6     Q.   But if the weaknesses that
7  are being pointed out regarding
8  evolution do not cause doubt in the
9  occurrence of evolution but just
10  pointing out that evolution has some
11  weaknesses, simply, would that cause,
12  as you are saying here, the sky to
13  fall down?
14     A.   I don't understand your
15  question.  There are -- there is no
16  evidence to show that there is
17  weaknesses in the occurrence of
18  evolution.
19     Q.   But not in the occurrence
20  of evolution, just in the theory of
21  evolution.
22     A.   What do you mean by "the
23  theory of evolution"?
24     Q.   The ideas that form

PAGE 47

00047

1  evolution, the theories of evolution.
2  I'm not saying that there is no such
3  thing as evolution, but just that the
4  theories about evolution may have
5  some weaknesses.
6     A.   There are no weaknesses,
7  that I'm aware of, concerning whether
8  evolution occurred.  Concerning how
9  evolution occurred there are various
10  opinions, scientific opinions, on how
11  evolution occurred, and they are
12  being debated in the scientific
13  community.
14     Q.   But your opinion here is
15  that the Dover policy questions
16  whether evolution occurred.
17     A.   I think that statement
18  definitely would engender those
19  thoughts in 15-year-old children,
20  yes.
21     Q.   But is that what the
22  statement that's read to the students
23  says?
24     A.   I would have to see the

PAGE 48

00048

1  statement again.  I don't have it
2  memorized.
3     Q.   But from your review of all
4  the information in this case that led
5  you to write your report, is that
6  what your understanding is about the
7  statement?
8     A.   Could you repeat your
9  question again?  I'm sorry; I don't
10  understand.
11     Q.   It's your understanding, if
12  I'm correct, that the statement read
13  to the students in the Dover School
14  District says that there's weaknesses
15  in the idea of whether evolution even
16  occurred.
17     A.   I think that's what
18  15-year-old children would take away
19  from hearing that statement, yes.
20     Q.   But is that, from your
21  memory, what the statement says?
22        MR. WALCZAK:  He's already
23  said that he doesn't remember the
24  exact language.  If you want to show

Brian Alters 6/2/2005

SHEET 13   PAGE 49

00049

1  him the statement, then maybe he can
2  answer the question.
3  BY MR. WHITE:
4      Q.   From your review of
5  everything -- you have been paid, I
6  assume?
7      A.   No.
8      Q.   No?  Okay.  But you have
9  spent time looking over the
10  information?
11     A.   A little bit.
12     Q.   You have prepared an expert
13  report?
14     A.   Yes.
15     Q.   Okay.  From your
16  understanding of that, is it that the
17  statement that is being read to the
18  students that there is weakness in
19  the idea that there is even the
20  occurrence of evolution?
21          MR. WALCZAK:  I'm going to
22  object.  You have asked this question
23  now at least twice, maybe three
24  times.  He has testified to what,

PAGE 50

00050

1  from his recollections --
2          MR. WHITE:  Objections are
3  not supposed to be an argument here.
4          MR. WALCZAK:  Well --
5  BY MR. WHITE:
6      Q.   So if you can't answer my
7  question, we can get to it later.
8          MR. WALCZAK:  Are you
9  asking him about what this
10  engenders?
11          MR. WHITE:  I'm asking him
12  a question --
13          MR. WALCZAK:  Okay.  Why
14  don't you restate your question.
15  BY MR. WHITE:
16     Q.   Well, my question is, from
17  your memory that led you to draft
18  your report, is it that the statement
19  being read to students is that there
20  is weakness with the idea that
21  evolution ever occurred?
22     A.   It can be interpreted to
23  mean that.
24     Q.   But is that what the

PAGE 51

00051

1  statement, from your memory, was?
2      A.   Not word for word, no.
3          MR. WHITE:  Why don't we
4  take a break.
5          (Recess taken.)
6          (Alters Exhibit 1 was
7  marked for identification.)
8  BY MR. WHITE:
9      Q.   I want to show you what has
10  been marked as Exhibit 1.  If you can
11  tell us what that is.
12     A.   This is my expert report.
13     Q.   Is your expert report, is
14  that a true and correct and complete
15  expression of the opinions that you
16  bring to this case?
17     A.   I believe so.
18     Q.   Is that a yes?
19     A.   Are you asking me whether I
20  have other opinions relevant to this
21  case?
22     Q.   Yes.
23     A.   Probably.  I haven't
24  formulated them.

PAGE 52

00052

1      Q.   Do you plan on
2  supplementing your report with any
3  new opinions?
4      A.   Not presently, no.
5      Q.   So besides any unformulated
6  opinions, your formulated opinions
7  are what are expressed in this
8  report.  Correct?
9      A.   Yes.
10     Q.   Now, who prepared this
11  report?
12     A.   I did, with the help of
13  Vic.
14     Q.   Anyone else help you,
15  besides Eugenie Scott who looked over
16  a draft?
17     A.   No one.
18     Q.   How long did it take you to
19  prepare and write this report?
20     A.   Ten, maybe 15 hours.
21     Q.   Was this report prepared as
22  carefully as you would prepare your
23  regular professional work?
24     A.   I don't know how to compare

Brian Alters 6/2/2005

SHEET 14   PAGE 53

00053

1  the two, but I certainly took it
2  seriously and did it what I
3  considered to be carefully.
4     Q.   Are you related to anyone
5  who's involved in this litigation?
6     A.   Not that I'm aware of.
7     Q.   Do you belong to any of the
8  organizations that are involved in
9  this litigation, for example, the
10  American Civil Liberties Union?
11     A.   No.
12     Q.   The Americans United for
13  Separation of Church and State?
14     A.   No.
15     Q.   Are you a member of the
16  National Center for Science
17  Education?
18     A.   Yes.
19     Q.   How long have you been a
20  member of that group?
21     A.   I don't know exactly, but I
22  think approximately ten years.
23     Q.   As a member, what's your
24  role in the organization?

PAGE 54

00054

1     A.   I don't know if members
2  have a role.  I receive a newsletter.
3  I don't know if members have a role
4  as far as responsibility, work,
5  something like that.
6     Q.   Now, besides being a
7  member, do you have any other role in
8  the organization?
9     A.   Yes.
10     Q.   What role is that?
11     A.   I'm an associate editor of
12  their journal.
13     Q.   What's the name of the
14  journal?
15     A.   Reports of the National
16  Center for Science Education.
17     Q.   Anything else?  Any other
18  role in the organization?
19     A.   Yes.
20     Q.   What else?
21     A.   Currently as of February,
22  March, I'm a member of the board.
23     Q.   That's the governing board
24  of the organization?

PAGE 55

00055

1     A.   Correct.
2     Q.   How did you become the
3  associate editor of their
4  publication?
5     A.   I was asked to be.
6     Q.   By whom?
7     A.   Andrew Petto.
8     Q.   Who is he?
9     A.   The editor of the journal.
10     Q.   What do you do as an
11  associate editor?
12     A.   He occasionally sends me
13  articles of an education focus and
14  asks me to review them or my opinion
15  on them.
16     Q.   Is that a peer-review
17  journal?
18     A.   Yes.  I don't know if all
19  articles in it are peer reviewed, but
20  certainly many of them are.
21     Q.   And when you review a
22  potential article, what exactly do
23  you do with it?
24     A.   I read it through, see if

PAGE 56

00056

1  it's accurate, to the best of my
2  ability, see if my areas of expertise
3  can help the author improve it, make
4  comments on it for improvement, if it
5  needs comments for improvement.
6  Generally, the editor asks whether in
7  my opinion it's appropriate for the
8  journal.  There are other things,
9  too, but that's basically it.
10     Q.   How does that role differ,
11  if it does, from a reviewer for the
12  peer-review aspect of the journal?
13     A.   I am part of the peer
14  review.
15     Q.   So does every article that
16  is going to be published in that
17  publication go through you?
18     A.   No.
19     Q.   Is it just articles where
20  you would have an area of expertise
21  in them?
22     A.   Yes.
23     Q.   Now, you are a member of
24  the board since the early part of

Brian Alters 6/2/2005

00057

1    2005?
2    A.   Yes.
3    Q.   How did you become a member
4    of the board?
5    A.   I was asked to be.
6    Q.   By whom?
7    A.   If I remember correctly --
8    I can remember correctly --
9    Q.   I'm sorry; did you say can
10   or can't?
11   A.   I can remember correctly.
12   I was at NCSE, the National Center
13   for Science Education, and I was
14   asked by the president of the board
15   whether I would consider being a
16   member of the board.
17   Q.   Who's the president?
18   A.   Kevin Padian.
19   Q.   Can you spell that for her,
20   too?
21   A.   Kevin.  Padian,
22   P-A-D-I-A-N,
23   Q.   Who is Kevin Padian?
24   A.   What would you like to

00058

1    know?
2    Q.   Who is he and what does he
3    do?
4    A.   He's a paleontologist at
5    the University of California at
6    Berkeley.
7    Q.   Where is the National
8    Center for Science Education based
9    out of?
10   A.   It's a city next to
11   Berkeley.  I can't recall the name of
12   the city.
13   Q.   What do you do as a board
14   member for the National Center for
15   Science Education?
16   A.   So far I have done nothing,
17   no role as board member in the month
18   or two since I have been on the
19   board.
20   Q.   What do board members do
21   for that organization?
22   A.   I'm not quite knowledgeable
23   of the full extent, but I believe
24   they give opinions, they meet once a

00059

1    year, they help answer questions or
2    provide advice to the executive
3    director.  I believe in some
4    occasions they might help out in
5    fundraising.
6        I think that's about it.
7    There might be something else, but I
8    have not been given a list of things
9    that board members do.
10   Q.   Do board members direct the
11   path of the organization?
12   A.   I don't know that to be
13   true.
14   Q.   What is the mission of the
15   National Center for Science
16   Education, if it has one?
17   A.   Well, I don't remember the
18   exact words, but it's to defend the
19   teaching of evolution in public
20   schools and to promote science
21   education in general.
22   Q.   And defend the teaching of
23   evolution in public schools from
24   whom?

00060

1    A.   Those that would like to
2    see it diminished and/or removed.
3    Q.   Now, for evolution to be
4    diminished, what do you mean by that?
5    A.   There are probably a
6    thousand ways in which the teaching
7    of evolution could be diminished, but
8    one way may simply be that teachers
9    will spend less time teaching it.
10   Q.   Well, what's the role of a
11   teacher when it comes to deciding how
12   much time they should spend on a
13   particular subject?
14   A.   That's another complicated
15   answer and varies from teacher to
16   teacher, but generally the time
17   allocation is devoted, as it is in
18   Dover, by the curriculum.
19   Q.   So if a teacher teaches
20   something in compliance with the
21   curriculum, then the teacher is
22   meeting his or her obligations as a
23   teacher?
24   A.   The operative word in that

Brian Alters 6/2/2005

SHEET 16   PAGE 61

00061

1  question is "if."

2      Q.   So I just asked you, if.

3      A.   The teacher can discuss

4  various areas of evolution and not

5  discuss other areas of evolution

6  because the teacher feels pressured

7  discussing evolution.

8      Q.   You didn't answer my

9  question.

10      A.   Okay.   Could you repeat

11  your question?

12      Q.   I said if a teacher is in

13  compliance with the curriculum, is

14  the teacher properly teaching the

15  course?

16      A.   "Properly" in that you mean

17  the best pedagogy possible?

18      Q.   Adequate pedagogy.

19      A.   I don't know that

20  necessarily complying with the

21  curriculum then implies adequate

22  pedagogy.

23      Q.   Well, meeting the standards

24  set by that particular state.

PAGE 62

00062

1      A.   I don't know if states

2  delineate what good pedagogy or

3  adequate pedagogy are.

4      Q.   Meaning the standards of

5  the school board?

6      A.   I don't know if the school

7  board delineates what adequate

8  pedagogy is.

9      Q.   Who determines adequate

10  pedagogy?

11      A.   By and large it's the

12  individual teachers decide at the end

13  of the day if they have done a fairly

14  good job or not.

15      Q.   So a teacher who teaches in

16  compliance with the curriculum can at

17  the end of the day say "I did good

18  pedagogy today"?

19      A.   Presuming that the school

20  board has what others might consider

21  an appropriate amount, in this case,

22  of time devoted to the subject.

23      Q.   And if the school board

24  said to the teacher "Teach in

PAGE 63

00063

1  compliance with the governing state

2  academic requirements," and the

3  teacher did that, would then the

4  teacher be exhibiting good pedagogy,

5  at least in the teacher's mind?

6      A.   I have no idea of what

7  would be in the teacher's mind.

8      Q.   So good pedagogy, then,

9  lies with the teacher?

10      A.   No.   It's not simply a

11  matter of what goes on in the

12  teacher's head.

13           There is good pedagogy and

14  there is bad pedagogy; but at the end

15  of the day the teacher feels that

16  they have facilitated learning well

17  in their students, then probably that

18  teacher would feel that they have

19  done a good job of teaching that day.

20  Whether in fact or not they have is

21  another point.

22      Q.   But if a teacher -- this is

23  a general rule -- if a teacher

24  teaches pursuant to the curriculum

PAGE 64

00064

1  required by the school district and

2  pursuant to the state governing

3  standards, then the teacher

4  reasonably is adequately teaching the

5  students?

6      A.   No, I don't believe so.

7  You are conflating the difference

8  between good teaching and "covering"

9  the material.

10      Q.   You'll agree that not all

11  teachers are the same.   Right?

12      A.   Correct.

13      Q.   Now, a teacher needs to

14  cover material so that students can

15  advance to the next grade.   Correct?

16      A.   Presumably.

17      Q.   Well, isn't that a general

18  goal of a teacher?

19      A.   Well, just because the

20  teacher "covers" the material doesn't

21  mean the student learned the

22  material.

23      Q.   But if a student then goes

24  through the course and is able to

Brian Alters 6/2/2005

SHEET 17   PAGE 65

00065

1 take a standardized exam and passes
2 it --
3     A.   Provided the standardized
4 exam is a good instrument to measure
5 learning.
6     Q.   Well, it's a standardized
7 exam, and it depends on whatever that
8 state's standard is.  Correct?
9     A.   I don't know.  I would have
10 to see it.
11     Q.   Now, can a teacher be a
12 good teacher but not cover the
13 curriculum?
14     A.   Could you define "good" for
15 me?
16     Q.   Well, you have been using
17 these terms, "good, poor pedagogy."
18 Can a teacher have good pedagogy, as
19 you have been using it, but not cover
20 all of the curriculum?
21     A.   They may use good pedagogy
22 in what they are teaching, but it's
23 another question of the coverage.
24 They may do an excellent job teaching

PAGE 66

00066

1 one part, and then if they don't
2 cover other parts of the curriculum,
3 that's another question.
4     Q.   So what is the goal of a
5 teacher?
6     A.   To facilitate learning.
7     Q.   And how does a teacher
8 facilitate learning in the public
9 high school?
10     A.   Any teacher, science
11 teacher, biology teacher?
12     Q.   Well, let's stick with your
13 area, science.
14     A.   Could you focus the
15 question?
16     Q.   Teaching biology class.
17     A.   It would depend on the
18 particular concept being taught;
19 however, again, I will go back to the
20 general basis of constructivism, in
21 general, is our major learning theory
22 and methods derived from that
23 learning theory for science education
24 in the United States.

PAGE 67

00067

1     Q.   So then what is the -- then
2 explain to me for a biology teacher
3 in high school what should that
4 teacher's goal be with regard to his
5 or her students.
6     A.   To increase understanding
7 and knowledge in biology in relation
8 to the school curriculum.
9     Q.   Also, in relation to the
10 state standards?
11     A.   Well, again, that brings us
12 back to what I mentioned previously.
13 It depends on how the school derives
14 its curriculum.
15         The schools that I'm aware
16 of and the schools that I've read
17 about develop their curriculum in
18 consultation with their science
19 teachers, science specialists,
20 possibly, if the school board has
21 them, state standards, national
22 standards, recommendations from
23 scientific organizations concerning
24 education, and recommendations and

PAGE 68

00068

1 positions of national science
2 education organizations.
3     Q.   So increasing knowledge and
4 understanding biology in relation to
5 the school's curriculum -- is that
6 what you said -- that's a goal of a
7 teacher?
8     A.   Yes.
9     Q.   And the school curriculum
10 is derived through these various
11 steps you were just talking about?
12     A.   I don't know specifically
13 the Dover District does that, but my
14 understanding in general, that's how
15 a curricula is developed.
16     Q.   And school curriculum,
17 generally, is supposed to be in
18 compliance with the state governing
19 standards.  Correct?
20     A.   Again, I don't know the
21 legalities concerning that.
22     Q.   But in your area of
23 expertise of science education, you
24 have no knowledge on this matter?

Brian Alters 6/2/2005

SHEET 18   PAGE 69

00069

1   A.   I have no knowledge that
2   there aren't particular states that
3   have varying rules concerning that.
4        Q.   So when you are teaching
5   teachers to teach and they graduate
6   from McGill, are they, as a general
7   rule, staying in Canada to teach?
8        A.   I would say the majority of
9   the high school teachers are not from
10   Canada.  Of the ones I teach at
11   Harvard, almost all of them are from
12   the United States.  The elementary
13   school teachers are primarily from
14   Canada.
15        Q.   And they graduate from
16   either Harvard or McGill and they go
17   off to a high school in Nebraska,
18   let's say, okay, what have they
19   learned from you as far as how they
20   are supposed to properly teach in
21   compliance with the governing
22   standards of Nebraska?
23        A.   Very little, if anything.
24   The compliance issue changes from

PAGE 70

00070

1   school to school, school district to
2   school district.  Many of the
3   students may go to private schools in
4   which the compliance issue is
5   compliance within that particular
6   school and maybe not even a school
7   board.
8        Q.   So then who determines
9   compliance?
10        A.   Compliance, to me, is a
11   legal term; it's not in my area of
12   expertise.
13        Q.   So what do you teach
14   teachers as far as how they are
15   supposed to comply with school
16   curriculum or state standards?
17        A.   Teachers, in my experience,
18   don't need to be taught how to read
19   curriculum and understand what's to
20   be done.
21        Q.   Do you teach teachers how
22   to prepare lesson plans?
23        A.   No.
24        Q.   So what is it exactly that

PAGE 71

00071

1   you are teaching teachers to do?
2        A.   I teach the methods on how
3   to teach science.
4        Q.   And one of them is this
5   constructivism?
6        A.   All of them are based,
7   basically, upon constructivism that I
8   teach.
9        Q.   Are there other methods of
10   teaching besides constructivism,
11   teaching science?
12        A.   I have read others who base
13   some of their teaching methods on
14   other learning theories besides
15   constructivism, but, again, I go back
16   to the major, most-accepted theory of
17   education and science education is
18   constructivism.
19        Q.   What are some of these
20   other theories, teaching theories?
21        A.   Some feel that simply
22   having students do science they will
23   discover the methods and theories of
24   science and laws of science on their

PAGE 72

00072

1   own.  Some feel that you do not need
2   to diagnose misconceptions of the
3   students ahead of time, that
4   facilitating change in that regard is
5   not that prudent.  And that covers a
6   wide variety of other teaching
7   methods.
8        Q.   Now, are these other
9   teaching methods taught in
10   universities?
11        A.   Not that I am aware of.
12        Q.   So no other universities,
13   that you are aware of, teach teachers
14   how to teach these other methods in
15   high school biology classes?
16        A.   I have not polled other
17   universities' science instructors to
18   find out what they teach; but when I
19   attend national conferences and so
20   forth, I see very little, if
21   anything, of other things that aren't
22   based upon some form of
23   constructivism.
24        Q.   Do you have a business

Brian Alters 6/2/2005

SHEET 19  PAGE 73

PAGE 73

00073

1  relationship with anyone or any
2  entity involved in this case?
3    A.  I don't understand the
4  question.
5    Q.  I mean, do you have any
6  business relationship with any of the
7  book publishers in this case?
8    A.  No.
9    Q.  Or any financial interest
10  at all in this case?
11    A.  No.
12    Q.  And you say you are not
13  being paid?
14    A.  Correct.
15    Q.  Why is that?
16    A.  Part of my job at McGill
17  University, and which I am paid to
18  do, is approximately 40 percent
19  research scholarship, approximately
20  40 percent teaching, and
21  approximately 20 percent service.
22  Those figures aren't rigid, but
23  that's generally it, and I consider
24  this part of service.

PAGE 74

00074

1    Q.  How is this part of
2  service?
3    A.  Well, I help -- think I'm
4  helping science education, or at
5  least hope that I am.
6    Q.  What other service projects
7  do you do to fulfill this 20 percent?
8    A.  Speaking engagements,
9  primarily.
10    Q.  Speaking engagements where?
11    A.  Universities, conferences,
12  museums, sometimes television, radio,
13  doing interviews with the press.
14    Q.  So then McGill University
15  paid your fare down here?
16    A.  No.
17    Q.  Who paid your fare to come
18  down here?
19    A.  I did.
20    Q.  Are you going to be
21  reimbursed?
22    A.  I hope so.
23    Q.  How long have you been at
24  McGill University as a teacher?

PAGE 75

00075

1    A.  Just finishing my eighth
2  year.
3      (Alters Exhibit 2 was
4  marked for identification.)
5  BY MR. WHITE:
6    Q.  Let me show you what has
7  been marked as Exhibit 2.  Is this
8  the press release you were talking
9  about earlier?
10    A.  Yes, it is.  This is one of
11  the items I read in preparation of my
12  expert report.
13      And I did remember during
14  break another person which I spoke to
15  concerning the preparation of my
16  expert report, and that was Eric
17  Modsky -- Nick Modsky of the National
18  Center for Science Education.
19    Q.  And how did Nick help you
20  prepare your expert report?
21    A.  I believe he provided me
22  with a document.  It may have been
23  this document, this press release.
24  In fact, I'm very sure it is.

PAGE 76

00076

1    Q.  Are you talking about
2  Exhibit 2 there?
3    A.  Yes.
4    Q.  What else, if anything, did
5  Nick Modsky do to help you with your
6  report?
7    A.  I believe that was it.
8    Q.  Now, on this Exhibit 2
9  towards the bottom third of Page 1
10  and carrying over to the second page,
11  it notes the updating of the
12  curriculum.
13      Do you see that in the
14  first indented paragraph, which says:
15  "Students will be made aware of
16  gaps/problems in Darwin's theory and
17  of other theories of evolution
18  including but not limited to
19  intelligent design, the origin of
20  life is not taught"?
21    A.  Yes.
22    Q.  Now, as far as you know, is
23  that statement read to students in
24  the Dover School District?

Brian Alters 6/2/2005

SHEET 20   PAGE 77

PAGE 77

1  00077
2  1    A.   To my knowledge, no.
3  2    Q.   Two paragraphs above from
4  3  that is a paragraph that begins:
5  4  "Teachers in the science department
6  5  researched and recommended to the
7  6  administration the science textbook
8  7  'Biology' (Prentice Hall) for its
9  8  high school biology class"?
10  9    A.   Yes.
11  10   Q.   And it goes on to say that
12  11  the school district purchased many
13  12  copies of those.  Are you familiar
14  13  with that book, "Biology"?
15  14   A.   I remember reviewing a copy
16  15  of it; I believe it was the late
17  16  '90s.  I can't recall exactly, but it
18  17  was somewhere in the late '90s.
19  18   Q.   Who did you review that
20  19  for?
21  20   A.   Prentice Hall.
22  21   Q.   When you say review it,
23  22  what do you mean by that?
24  23   A.   They had me read a section
25  24  of the book and make comments.

PAGE 78

1  00078
2  1    Q.   Do you remember which
3  2  section of the book you read?
4  3    A.   Probably the evolution
5  4  section, but, no, I don't recall.
6  5  Too many years ago.
7  6    Q.   And this "Biology"
8  7  textbook, do you recall if that's the
9  8  one by Professors Miller and Levine?
10  9    A.   Yes, it is.
11  10   Q.   And that's the recommended
12  11  textbook in Dover High School?
13  12   A.   That's what I understand
14  13  from reading these documents.
15  14   Q.   The next paragraph talks
16  15  about the book "Of Pandas And
17  16  People"?
18  17   A.   Yes.
19  18   Q.   Have you ever reviewed "Of
20  19  Pandas And People"?
21  20   A.   Reviewed for a publisher?
22  21   Q.   Well, either for a
23  22  publisher -- first, for a publisher.
24  23   A.   No.
25  24   Q.   Have you ever reviewed it

PAGE 79

1  00079
2  1  for any other entity?
3  2    A.   No.
4  3    Q.   Have you reviewed it for
5  4  yourself?
6  5    A.   Yes.
7  6    Q.   The entire book?
8  7    A.   I believe I read the entire
9  8  book when it first came out, the
10  9  second -- I believe Second Edition
11  10  in -- oh, ten years ago.  I have
12  11  since read, due to this case,
13  12  sections of it.
14  13   Q.   Which sections of it have
15  14  you recently reviewed?
16  15   A.   I read Page -- a paragraph
17  16  on Page 99 and 100 solely because I
18  17  had it marked with a Post-it note
19  18  from ten years ago.  I read the
20  19  Conclusions section.  There's a
21  20  section in the back of the book
22  21  titled something like A Note To The
23  22  Teachers, something like that, I
24  23  can't recall exactly; I read that.  I
25  24  believe that was it.

PAGE 80

1  00080
2  1    Q.   And the version you have
3  2  recently read is the most recent
4  3  version of "Of Pandas And People"?
5  4    A.   To my knowledge, yes.
6  5    Q.   It's the Second Edition?
7  6    A.   I remember looking in the
8  7  front for this case and there were
9  8  two dates, and it was -- I believe
10  9  '89 comes to mind, but maybe it was
11  10  '92.  In any case, it had two dates,
12  11  so it would be the Second Edition.
13  12   Q.   Now, on this Exhibit 2 at
14  13  the bottom of Page 1 to the bottom of
15  14  Page 2, that is the statement that is
16  15  read to students at the Dover School
17  16  District?
18  17   A.   That's my understanding
19  18  from reading the complaint.
20  19   Q.   Would you do me a favor,
21  20  please, and just read that
22  21  statement.
23  22        MR. WALCZAK:  To himself or
24  23  out loud?
25  24        MR. WHITE:  Out Loud.

Brian Alters 6/2/2005

SHEET 21   PAGE 81

00081

1 Thank you, Vic.

2           THE WITNESS:  The statement

3 starting with "The Pennsylvania

4 academic standards"?

5 BY MR. WHITE:

6     Q.  Yes.

7     A.  "The Pennsylvania academic

8 standards requires students to learn

9 about Darwin's theory of evolution

10 and eventually take a standardized

11 test of which evolution is a part.

12 Because Darwin's theory is a theory,

13 it continues to be tested as new

14 evidence is discovered.  The theory

15 is not fact.  Gaps in the theory

16 exist for which there is no

17 evidence.  The theory is defined as a

18 well-tested explanation that unifies

19 a broad range of observations.

20           "Intelligent design is an

21 explanation of the origin of life

22 that differs from Darwin's view.  The

23 reference book 'Of Pandas And People'

24 is available for students who might

PAGE 82

00082

1 be interested in gaining an

2 understanding of what intelligent

3 design actually involves.  With

4 respect to any theory, students are

5 encouraged to keep an open mind.  The

6 school leaves the discussion of the

7 origin of life to individual students

8 and their families.  As a

9 standards-driven district, class

10 instruction focuses upon preparing

11 students to achieve proficiency on

12 standards-based achievements."

13     Q.  How often --

14     A.  I'm sorry; "standards-based

15 assessments."

16     Q.  That's the final words of

17 the statement?

18     A.  Yes.

19     Q.  How often is this statement

20 read to students in the Dover School

21 District?

22     A.  I believe, from the press

23 release and the complaint, it was

24 read once.

PAGE 83

00083

1     Q.  Do you know when during the

2 biology class it's read the one time?

3     A.  No.

4     Q.  Do you know whether the

5 student -- or this statement is read

6 to students who are not in attendance

7 when it's read the one time?

8     A.  I recall something in the

9 teachers' letter to the

10 superintendent about students may opt

11 out, and I don't understand from the

12 letter whether it meant they can opt

13 out of the statement or not.

14     Q.  So from what you

15 understand, then, is that a student

16 does not have to be in the classroom

17 when this about a one-minute

18 statement is read?

19     A.  I'm not sure I understand

20 from the teachers' letter whether

21 that's the case or not, but it's

22 vague enough to where I would ask if

23 that's a possibility.

24     Q.  Is this statement attached

PAGE 84

00084

1 to any of the textbooks used in the

2 Dover High School, as far as you

3 know?

4     A.  No.

5     Q.  Is this statement posted

6 anywhere in the Dover High School

7 classrooms?

8     A.  Not that I'm aware of.

9     Q.  Have you interviewed any

10 students who have heard this

11 statement to find out what their

12 views are with regard to this

13 statement?

14     A.  No.

15     Q.  Do you have any studies to

16 show that the reading of this

17 statement to students has been

18 detrimental to their education?

19     A.  No.

20     Q.  Have you spoken to any

21 students or parents who have

22 indicated that their education at

23 Dover High School has been harmed by

24 hearing this statement?

Brian Alters 6/2/2005

SHEET 22  PAGE 85

00085

1
2  1     A.   No.
3  2     Q.   According to Exhibit 2, and
4  3  from your understanding, "Of Pandas
5  4  And People" is not a required
6  5  textbook in that Dover biology
7  6  classroom.  Correct?
8  7     A.   Correct.
9  8     Q.   And the Dover School
10  9  District has the "Of Pandas And
11  10  People" book as a reference book?
12  11     A.   Correct.
13  12     Q.   Do you know whether that
14  13  book is kept in the classroom for the
15  14  students?
16  15     A.   I do not know.
17  16     Q.   Do you know whether "Of
18  17  Pandas And People" is in the main
19  18  library?
20  19     A.   I do not know.
21  20     Q.   Do you know whether there
22  21  are any books in the library at the
23  22  Dover High School that may be
24  23  critical of evolution?
25  24     A.   I know of no books within

PAGE 86

00086

1
2  1  the Dover library.
3  2     Q.   Would it be improper to
4  3  have a book in the Dover public
5  4  school library that is critical of
6  5  the theory of evolution?
7  6     A.   I believe the books that
8  7  are in a school library should be
9  8  decided upon by the local community,
10  9  and I have no problem with "Of Pandas
11  10  And People" being -- if I lived in
12  11  the area and I sent a child to the
13  12  school, I have no problems with "Of
14  13  Pandas And People" being in the
15  14  school library.
16  15     Q.   Do you have any problem
17  16  with any student reading "Of Pandas
18  17  And People"?
19  18     A.   I would like to see the
20  19  student told ahead of time that this
21  20  book does not represent the views of
22  21  the scientific community.
23  22     Q.   My question was, do you
24  23  have a problem with a student reading
25  24  "Of Pandas And People"?

PAGE 87

00087

1
2  1     A.   I probably have very little
3  2  problem with a student reading
4  3  virtually anything as long as it is
5  4  age appropriate, but we are way
6  5  outside of my field of science
7  6  education here.  So you are asking my
8  7  personal opinion on what 15-year-old
9  8  children should read?
10  9     Q.   Well, no.  I'm asking,
11  10  first off, as a person who has
12  11  expertise in science education, is it
13  12  improper for a high school student to
14  13  read "Of Pandas And People"?
15  14     MR. WALCZAK:  You are
16  15  not -- I'm going to object because
17  16  you are not giving any context to
18  17  this.  I mean, just pick up and read
19  18  it on their own?
20  19     MR. WHITE:  An objection is
21  20  not supposed to be argumentative or
22  21  not suggestive, so please keep it
23  22  within the federal rules.
24  23  BY MR. WHITE:
25  24     Q.   What I'm asking you is, in

PAGE 88

00088

1
2  1  the context of high school education,
3  2  and based on your expertise as a
4  3  science educator, is it improper for
5  4  a student to go into the library of
6  5  the Dover High School and read "Of
7  6  Pandas And People"?
8  7     A.   I think the student should
9  8  be able to choose -- when they walk
10  9  into their local high school library
11  10  to choose any book they wish to read.
12  11     Q.   So, in other words, if a
13  12  student chooses to read "Of Pandas
14  13  And People," that would be fine, as
15  14  far as you are concerned?
16  15     A.   If it is a book within the
17  16  school library, I feel any student
18  17  should have the right to read any
19  18  book within the school library.
20  19     Q.   So if "Of Pandas And
21  20  People" is in the school library,
22  21  then you have no problem with a
23  22  student reading that book.  Correct?
24  23  It's a yes or no.
25  24     A.   I don't believe it's yes or

Brian Alters 6/2/2005

SHEET 23   PAGE 89
00089

1   no.  I believe there's a gradation.
2        If you are asking my
3   personal opinion, there are books I
4   would recommend the student to read,
5   and there are books that I would not
6   recommend the student to read, but I
7   believe, no matter what my
8   recommendation, that the student has
9   the right to read any book in their
10  public library, their school library.
11       Q.   So in your expert opinion,
12  as a person with knowledge of science
13  education and pedagogy and
14  learning -- I would assume you have
15  expertise in scientific learning,
16  correct, and what's the best methods
17  of learning?  Correct?
18       A.   Correct.
19       Q.   An education isn't just a
20  lock-step method, is it, with regard
21  to you only learn one thing and one
22  thing only?  Right?
23       A.   Correct.
24       Q.   And in education people can

PAGE 90
00090

1   consider various theories and compare
2   and contrast them with other
3   theories.  Correct?
4        A.   If you are asking me in my
5   realm of science education,
6   scientific theories to compare and
7   contrast, yes.
8        Q.   In your area of expertise,
9   then, what I'm asking, is it proper
10  or is it improper for a high school
11  student to read "Of Pandas And
12  People" as part of his education in
13  science?
14            MR. WALCZAK:  Wait a
15  minute.  Now the facts here in your
16  question, the underlying facts and
17  premises, are changing.
18            MR. WHITE:  If I am asking
19  questions, object properly.  I don't
20  need a speech.
21            MR. WALCZAK:  I'm objecting
22  because I don't understand the
23  question, and if I don't understand
24  the question, I'm not going to let

PAGE 91
00091

1   him answer it.
2            MR. WHITE:  Then let her
3   repeat the question.
4            Please repeat the question.
5            (The court reporter read
6   back the following:
7            "Q.  In your area of
8   expertise, then, what I'm asking, is
9   it proper or is it improper for a
10  high school student to read "Of
11  Pandas And People" as part of his
12  education in science?")
13            MR. WALCZAK:  Because you
14  have changed it from can a student go
15  in and read whatever they want to is
16  it proper as part of their science
17  education.
18            MR. WHITE:  Then you
19  understood the question --
20            MR. WALCZAK:  Now I do.  I
21  want to make sure that we are not
22  doing bait and switch here.
23            THE WITNESS:  I hear the
24  words in the question "proper" and

PAGE 92
00092

1   "science education."  "Of Pandas" --
2   it's my opinion that the book "Of
3   Pandas And People" would be a poor
4   book for students to read to gain
5   proper science education in high
6   school.
7   BY MR. WHITE:
8        Q.   Now, what if a student read
9   "Of Pandas And People" as part of his
10  education in high school, if it's
11  just one of many science books the
12  student is looking at?
13       A.   The question is improper,
14  because I don't consider it a science
15  book.
16       Q.   Okay.  Of any book students
17  are reading that has something to do
18  with science.
19       A.   For 15-year-old children in
20  public high schools, most are not
21  going to read many books, and
22  Pandas -- "Of Pandas And People"
23  would be down near the very bottom of
24  my recommendation of books to read at

Brian Alters 6/2/2005

SHEET 24   PAGE 93

00093

1 that age for science education.
2   Q.   And that's just your
3 opinion?
4   A.   Correct.
5   Q.   Now, what do you base that
6 opinion on with regard to "Of Pandas
7 And People"?
8   A.   Sections that I have read
9 in "Of Pandas And People."
10   Q.   But you said earlier that
11 it's been, what, about ten years or
12 so since you read the book from cover
13 to cover?
14   A.   Cover to cover, yes, but
15 sections just recently.
16   Q.   And what is your problem
17 with these sections you have read?
18   A.   I don't have the book in
19 front of me to examine.
20   Q.   I will show it to you.
21        MR. WHITE:  I'm not going
22 to mark this as an exhibit, if that's
23 okay with you, Vic.
24        MR. WALCZAK:  That's fine.

PAGE 94

00094

1        MR. WHITE:  But this is the
2 second edition of "Of Pandas And
3 People" with the copyright of 1989
4 and 1993.
5        Off the record.
6        (Discussion off the
7 record.)
8        THE WITNESS:  Page 99 and
9 100, it states, "Intelligent design
10 means that various forms of life
11 began abruptly through an intelligent
12 agency with their distinctive
13 features already intact, fish with
14 fins and scales, birds with feathers,
15 beaks and wings," et cetera.
16        I don't know of that view
17 existing in science education.  I've
18 never seen it in high school biology
19 textbooks.  I've never seen it in
20 college biology textbooks.  I've
21 heard the national organizations in
22 education say that is improper, that
23 that is not science.
24        And I have read from the

PAGE 95

00095

1 national scientific associations that
2 that is not only science, they
3 consider it a discredited idea in
4 science, but yet it is being
5 presented here in this book as
6 science without any of the caveats,
7 without any of the objections below
8 that -- nowhere does it state this is
9 not science.
10 BY MR. WHITE:
11   Q.   Now, along those lines,
12 then --
13        MR. WHITE:  Well, let me
14 just -- just keep your thought.  I
15 have a question here.
16 BY MR. WHITE:
17   Q.   Along those lines, though,
18 where you are talking about Pages 99
19 and 100, about life forming abruptly,
20 if a student in the Dover High School
21 using the "Biology" book by Miller
22 and Levine being taught pursuant to
23 the state standards is taught the
24 theory of evolution, okay, what, as

PAGE 96

00096

1 far as the student's overall
2 education, is wrong with a student
3 reading about an alternative view to
4 that, which may run contrary to what
5 the student is being taught in the
6 classroom?
7   A.   One, it is not a contrary
8 scientific view, as you state.
9        Second, within science
10 education it is not a goal to teach
11 students misconceptions.  In fact, if
12 anything, we do our best not to
13 engender needless misconceptions, and
14 this is a needless misconception.
15   Q.   Based on your view?
16   A.   No.  Based on my reading of
17 the National Association of Science
18 Teachers, based on the National
19 Association of Biology Teachers,
20 based on the National Academy of
21 Sciences, based on the American
22 Association for the Advancement of
23 Science, based on biology textbooks I
24 have read, biology textbooks I'm

Brian Alters 6/2/2005

00097
```
 2    1  familiar with at the college level,
 3    2  at the high school level, scientists
 4    3  I have spoken to personally, and
 5    4  probably more, but I can't recall at
 6    5  the moment.
 7    6       Q.   So, in other words,
 8    7  students should not read about any
 9    8  alternative views whether you agree
10    9  with those views or not?
11   10       A.   I did not say that.
12   11       Q.   Is it fine for a student to
13   12  read alternative views as far as a
14   13  student's education to, if anything,
15   14  solidify what the student learned,
16   15  because now the student can contrast
17   16  it to something that's different?
18   17            MR. WALCZAK:  I'm going to
19   18  object.
20   19            THE WITNESS:  You are going
21   20  to have to break that question down
22   21  for me.
23   22            MR. WALCZAK:  Are you --
24   23            MR. WHITE:  Let me ask him
25   24  a question.
```

00098
```
 2    1  BY MR. WHITE:
 3    2       Q.   What I'm asking for is, as
 4    3  far as a student's education, overall
 5    4  education, if a student is taught
 6    5  something in the classroom, okay, and
 7    6  then the student goes into the
 8    7  library and takes a book off of a
 9    8  shelf that may have a contrary view
10    9  of what the student just learned,
11   10  doesn't that comparing and
12   11  contrasting aid a student's
13   12  education?
14   13            MR. WALCZAK:  I'm going to
15   14  object.
16   15  BY MR. WHITE:
17   16       Q.   Answer the question.
18   17       A.   The child would be
19   18  comparing and contrasting a science
20   19  view to a nonscience view.  This book
21   20  does not bring that difference up to
22   21  the child; therefore, I would put it
23   22  at the bottom of books that I would
24   23  recommend for a child to read.
25   24       Q.   But a child could still
```

00099
```
 2    1  read this book.  Correct?
 3    2            MR. WALCZAK:  You know
 4    3  what, because you keep jumping back
 5    4  and forth here trying to get him to
 6    5  say whether it's okay --
 7    6            MR. WHITE:  Object
 8    7  properly, Vic.
 9    8            MR. WALCZAK:  Okay.  No.
10    9            MR. WHITE:  Just object.
11   10  If you don't like the question --
11   11            MR. WALCZAK:  Okay.  I'm
13   12  objecting, but your question is
14   13  unclear as to whether you are talking
14   14  about a student going on their own to
15   15  the library and taking out a book --
17   16            MR. WHITE:  Well, I will
18   17  then clarify.  Just object if it's
19   18  not clear.
20   19            MR. WALCZAK:  -- or whether
21   20  a teacher should refer this book.
22   21            MR. WHITE:  It's not --
23   22            MR. WALCZAK:  Because your
24   23  questions aren't getting any clearer,
25   24  so if I don't explain it, you are not
```

00100
```
 2    1  going to know how to clarify the
 3    2  question.
 4    3            MR. WHITE:  Well, give me a
 5    4  chance, then.  Okay?
 6    5            MR. WALCZAK:  Please.
 7    6  BY MR. WHITE:
 8    7       Q.   What I'm asking is, if a
 9    8  student on his own --
10    9            MR. WHITE:  Is that fair,
11   10  Vic?
12   11            MR. WALCZAK:  Thank you.  I
13   12  appreciate the clarification.
14   13  BY MR. WHITE:
15   14       Q.   -- on his own goes into the
16   15  library after having learned about
17   16  evolution in the classroom and reads,
18   17  for example, "Of Pandas And People"?
19   18       A.   I think the child should
20   19  be -- have the right to read any book
21   20  in the public school library, and if
22   21  the child wishes to read about demons
23   22  causing disease in the public school
24   23  library, and there is a book on
25   24  demons causing disease in the public
```

Brian Alters 6/2/2005

00101

1   school library and they heard about
2   germ theory in their biology class
3   and they want to compare demon
4   possession to germ theory, then of
5   course the child should have the
6   right to read any book in that public
7   library or school library.
8       Q.   And that contributes to the
9   overall education of the child.
10  Correct?
11      A.   It might engender
12  misconceptions about science and
13  actually be very detrimental to the
14  child's education.
15      Q.   But that's a speculation on
16  your part?
17      A.   15-year-old children are
18  very susceptible to believing what's
19  in print.
20      Q.   How do you know that?
21      A.   Many studies have shown
22  that.
23      Q.   Name a few.
24      A.   I don't recall at the

00102

1   moment.
2       Q.   Well, is that your opinion,
3   then?
4       A.   No.
5       Q.   So you don't have any
6   expertise in the area of what a
7   15-year-old understands or how a
8   15-year-old can reach misconceptions?
9       A.   15-year-olds can reach
10  misconceptions through many, many
11  different ways, part of them through
12  teaching misconceptions.
13      Q.   But as far as what a
14  15-year-old -- how a 15-year-old
15  interprets something, do you have any
16  expertise on that?
17      A.   I have no expertise on how
18  students interpret most areas of
19  nonscience.
20      Q.   What about areas of
21  science?
22      A.   To a little extent, yes.
23      Q.   So do you hold yourself out
24  as an expert in that area?

00103

1       A.   To the extent at which how
2   difficult it is to extinguish
3   misconceptions with proper
4   conceptions of science, yes.
5       Q.   Okay.  But without that
6   qualification that you just made?
7       A.   And what is the question
8   again; I'm sorry?
9           MR. WHITE:  Could you
10  please repeat the question.
11          (The court reporter read
12  back the following:
13          "Q.  So do you hold
14  yourself out as an expert in that
15  area?")
16  BY MR. WHITE:
17      Q.   In the area of students
18  reaching misconceptions in science.
19          MR. WALCZAK:  Your original
20  question was do you hold yourself out
21  as an expert in misperceptions, I
22  think.
23  BY MR. WHITE:
24      Q.   Do you hold yourself out as

00104

1   an expert in misperceptions in
2   science as it goes to a 15-year-old?
3       A.   Not in all areas of
4   science, no.  I don't know anyone who
5   could be.
6       Q.   But have you done any
7   studies in that area?
8       A.   I have studied students'
9   misconceptions concerning evolution,
10  yes.
11      Q.   Have you done any studies
12  as far as how students reach
13  misconceptions?
14      A.   No.
15          MR. WHITE:  Why don't we
16  take a break.  We have been going
17  about 50 minutes.  Another five, ten
18  minutes.
19          (Recess taken.)
20  BY MR. WHITE:
21      Q.   Professor, what other
22  sections of that "Of Pandas And
23  People" book did you review?
24      A.   I reviewed a section

Brian Alters 6/2/2005

00105
1 starting on Page 153 titled A Note To
2 Teachers.
3     Q.   Okay.  And what is your
4 opinion about the note to teachers?
5     A.   It's misleading to teachers
6 and students who may read this
7 section.
8     Q.   How is it misleading?
9     A.   It states on Page 153 that:
10 "Teachers can show their students the
11 rough and tumble of genuine
12 scientific debate."  The sentence is
13 in context concerning intelligent
14 design versus evolution.  There is no
15 genuine scientific debate in the
16 scientific community concerning
17 intelligent design, so I find this
18 misleading.
19     Q.   Do scientists debate
20 intelligent design?
21     A.   Do you want to go through
22 each section separately as I bring
23 something up?  I don't mind either
24 way.

00106
1     Q.   You just made this point,
2 so I want to before we forget.  Do
3 scientists debate intelligent --
4     A.   The leadership and the
5 representative organizations of
6 science have reported that it is not
7 science, that there is no body of
8 research in the relevant scientific
9 literature on intelligent design,
10 ergo they don't.
11     Q.   So no scientists debate?
12     A.   Oh, there might be
13 individual scientists.  There are
14 individual scientists who debate that
15 humans and dinosaurs coexisted, that
16 the age of the earth is 6 or 10
17 thousand years old.
18          I have heard of some
19 scientists debating all sorts of
20 things that we consider
21 misconceptions within science; but if
22 a student were to answer that the
23 earth was 10,000 years old on a
24 standardized scientific exam, it

00107
1 would be considered wrong.
2     Q.   So when you are saying
3 there is no debate, you are talking
4 about within the scientific
5 organizations?
6     A.   I have knowledge that there
7 are individual scientists who support
8 and try to push intelligent design as
9 being science.  I am not a scientist,
10 but when I look to the leading
11 scientific organizations in this
12 country, they report that that
13 intelligent design that these
14 scientists are pushing is not
15 accepted by the scientific community,
16 that in fact it's rejected.
17     Q.   So if individual scientists
18 are debating intelligent design, is
19 that, in your view, a meaningless
20 debate, if the leading organizations,
21 as you point out, don't debate it?
22     A.   I'm not a scientist.  I
23 can't adjudicate whether it's
24 meaningless or not; but for

00108
1 15-year-olds in high school, we teach
2 mainline accepted science in the
3 scientific community, not ideas that
4 have been rejected by the scientific
5 community.
6     Q.   As far as you know, in the
7 Dover School District, the school
8 district is teaching evolution
9 pursuant to the Pennsylvania academic
10 standards.  Correct?
11     A.   This is a question
12 specifically about evolution?
13     Q.   Uh-huh.
14     A.   I did not compare the Dover
15 curriculum to the state curriculum,
16 so -- or state standards, so I'm not
17 sure.
18     Q.   So you don't know?
19     A.   I don't know.
20     Q.   But as far as you know from
21 Exhibit 4, this statement that's read
22 to the students -- did I say 4 or 2;
23 I'm sorry?
24     A.   You said 4.

Brian Alters 6/2/2005

SHEET 28   PAGE 109
00109

1   Q.   I'm sorry; 2. The
2   statement that is read to the
3   students is that Pennsylvania
4   academic standards require that
5   students learn about Darwin's theory
6   of evolution and take an exam on it.
7   That's at the bottom of the first
8   page. The first paragraph of the
9   statement read to students.
10   A.   This is what it says here,
11   yes.
12   Q.   So that's as far as you
13   know? You don't know anything
14   opposite of that, do you?
15   A.   Correct.
16   Q.   Now, if you turn the page
17   to the last paragraph of the
18   statement read to students is that:
19   "As a standards-driven district,
20   class instruction focuses upon
21   preparing students to achieve
22   proficiency on standards-based
23   assessments." Correct?
24   A.   That's what it says here.

PAGE 110
00110

1   Q.   Do you have any information
2   that would contradict that statement?
3   A.   I do not.
4   Q.   Are there any weaknesses in
5   Darwin's theory, that you are aware
6   of?
7   A.   Are we still on this page?
8   Q.   We'll come back to that.
9   We'll come back to that. I just had
10   a question about --
11   A.   Could you restate the
12   question, please?
13   Q.   Are there any weaknesses in
14   Darwin's theory that you are aware
15   of?
16   A.   There's no evidence
17   refuting any part of evolution.
18   There are no evidence refuting the
19   occurrence of evolution. There is no
20   counterevidence to the occurrence of
21   evolution. However, there is
22   discussion in the scientific
23   community concerning the role of
24   various mechanisms within evolution.

PAGE 111
00111

1   I would not necessarily
2   refer to that as a weakness, but it's
3   a point at which consensus is not
4   arrived as far as the mechanisms of
5   evolution.
6   Q.   So, in other words, there
7   is not evidence to support every
8   aspect of the theory, Darwin's
9   theory?
10   A.   There are two parts to this
11   answer. The first part is the
12   occurrence of evolution. There is
13   overwhelming evidence to support the
14   occurrence of evolution as reported
15   by the scientific community.
16   The second part is
17   concerning the mechanisms, the how of
18   evolution. This is the part where
19   the members of the scientific
20   community still have not received --
21   come to a major consensus.
22   Q.   The how of Darwin's theory,
23   isn't that also part of his theory?
24   A.   Yes.

PAGE 112
00112

1   Q.   So you said that there's
2   not evidence to support all of the
3   mechanisms or the how of evolution.
4   Correct?
5   A.   This is what the scientific
6   community reports, yes.
7   Q.   And the mechanisms of the
8   how is part of Darwin's theory.
9   Correct?
10   A.   There is the occurrence and
11   there is the how. If you wish to
12   include those, as many people do,
13   into one type of concept, then, yes,
14   there's people who do.
15   And other people state that
16   there's the evolution that's
17   considered a fact because it's been
18   accepted by the scientific community
19   with no counterevidence, and then
20   there's the theoretical portion which
21   concerns the how. So, again, I'm not
22   a scientist, but this is what the
23   scientific community reports.
24   Q.   So you have no position on

Brian Alters 6/2/2005

SHEET 29   PAGE 113

00113

```
 1   that?
 2          MR. WALCZAK:  I'm sorry;
 3   position on what?
 4          MR. WHITE:  Position on --
 5   he was saying that there is different
 6   ways of looking at the theory.
 7          THE WITNESS:  I think both
 8   positions are almost synonymous.
 9   They state that evolution occurred
10   and that there has to be explanations
11   concerning that, and there are very
12   good explanations.  The particulars
13   of how all the mechanisms come into
14   play is still being discussed.
15   BY MR. WHITE:
16      Q.   But when you combine the
17   two, the occurrence of evolution and
18   the how of evolution, that is part
19   and parcel of Darwin's theory.
20   Correct?
21      A.   One can say that
22   evolution -- the occurrence of
23   evolution was brought about before
24   Darwin's time.
```

PAGE 114

00114

```
 1      Q.   So then is Darwin's theory
 2   just the mechanism of evolution?
 3      A.   Darwin did many things, and
 4   one of the things he did was
 5   establish evidence for the occurrence
 6   of evolution, and, most importantly,
 7   one of the hows, natural selection.
 8      Q.   So are there aspects of the
 9   theory, Darwin's theory, for which
10   there is no evidence to support it?
11      A.   Every theory, every
12   scientific theory, cannot explain all
13   parts of what it's attempting to
14   explain.
15      Q.   So that would include
16   Darwin's theory?
17      A.   I'm still trying to answer
18   the question.
19      Q.   I'm sorry.
20      A.   There is no counterevidence
21   to the occurrence of evolution.  More
22   evidence can always be supplied to
23   any theory, scientific theory.
24      Q.   So then there are aspects
```

PAGE 115

00115

```
 1   of Darwin's theory that lack
 2   evidence?
 3      A.   Again, the occurrence of
 4   evolution has been supported by
 5   overwhelming evidence and there is no
 6   counterevidence that evolution has
 7   occurred.  As far as the how of
 8   evolution, there are discussions
 9   concerning how the mechanisms work to
10   run evolution.
11      Q.   I will ask the question
12   again, because you are not answering
13   it.
14      A.   I'm sorry.  I'm trying.
15      Q.   What I'm asking you is that
16   in your opinion, are there aspects of
17   Darwin's theory that lack evidence?
18          MR. WALCZAK:  Darwin had a
19   bunch of theories.  What theory are
20   you asking about?
21   BY MR. WHITE:
22      Q.   Well, let me ask you.
23   Explain --
24          MR. WALCZAK:  Well, now --
```

PAGE 116

00116

```
 1          THE WITNESS:  There's --
 2   there's --
 3          MR. WHITE:  I'm asking the
 4   professor.  He is the one that you
 5   guys are proffering as an expert in
 6   science education, so I'm trying to
 7   figure out --
 8          MR. WALCZAK:  But your
 9   questions have to be clear.
10          MR. WHITE:  Well.
11          THE WITNESS:  Darwin put
12   forth evidence that evolution
13   occurred.  To my knowledge, there is
14   no counterevidence to that.  There's
15   overwhelming evidence for it.  Any
16   theory can use more evidence.  That's
17   a hallmark of science.
18          That's a hallmark of
19   science that we accept new evidence,
20   supporting, countersupporting,
21   whatever it may be, to something and
22   take it into consideration.  So in
23   that context we will accept any
24   evidence, counterevidence, to the
```

Brian Alters 6/2/2005

SHEET 30   PAGE 117

PAGE 117
```
00117
 1  occurrence of evolution that comes
 2  in.  But reported from the scientific
 3  community, there is none.
 4        Now, to the other area of
 5  Darwin's theory, as you call it, the
 6  how of Darwin's theory, this is where
 7  because there's discussion; because
 8  there's different interpretations of
 9  evidence, that I imagine that some
10  theoretical aspects still might be
11  theoretical aspects still might be
12  wanting.
13  BY MR. WHITE:
14        Q.   When you say "I imagine,"
15  why did you phrase it that way?
16        A.   I'm not a scientist.  I'm
17  not a research biologist in
18  evolutionary biology.
19        Q.   Well, what is your
20  background with regard to evolution?
21        A.   I've taken courses in
22  evolution.  I've read books in
23  evolution.  I've studied, to a
24  certain extent, how students learn
```

PAGE 118
```
00118
 1  evolution.
 2        Q.   And what courses have you
 3  taken in regard to evolution?
 4        A.   Evolution course,
 5  population genetics, sat in on a
 6  course at Harvard, I can't recall the
 7  title of it, but it had to do with
 8  evolution.
 9        Q.   And these are what level
10  courses?
11        A.   Undergraduate.
12        MR. WALCZAK:  Can we take a
13  two-minute break?
14        MR. WHITE:  Sure.
15        (Recess taken.)
16        (The court reporter read
17  back the following:
18        "Q.  And what courses have
19  you taken in regard to evolution?
20        "A.  Evolution course,
21  population genetics, sat in on a
22  course at Harvard, I can't recall the
23  title of it, but it had to do with
24  evolution.
```

PAGE 119
```
00119
 1        "Q.   And these are what
 2  level courses?
 3        "A.   Undergraduate.")
 4  BY MR. WHITE:
 5        Q.   Now, you said to a certain
 6  extent, you studied how students
 7  learn about evolution?
 8        A.   Yes.
 9        Q.   Describe this extent that
10  you studied.
11        A.   I've done quantitative and
12  qualitative studies concerning how
13  students come to understand various
14  aspects in evolution.
15        Q.   Where have you done these
16  studies?
17        A.   Primarily at McGill.
18        Q.   How recently have you done
19  these studies?
20        A.   We have studies going on
21  currently.
22        Q.   Tell me about this
23  quantitative knowledge you have
24  acquired in this subject.
```

PAGE 120
```
00120
 1        A.   It's varied and long, and
 2  I'd have to review a lot of documents
 3  to come back to you with valid
 4  answers.  I can give you some
 5  generalities.
 6        Q.   Sure.
 7        A.   That we find that students
 8  with a religious background in
 9  various areas, particularly
10  evangelical Christians, tend to have
11  more opposition to learning evolution
12  than those who are not evangelical
13  Christians or particularly have a
14  high religiosity index, for example.
15        Q.   What about the qualitative
16  aspect of your research?
17        A.   Well, we've interviewed,
18  and my people, doctoral students and
19  post doctoral students, have
20  interviewed many, many, many teachers
21  and students concerning evolution,
22  how they feel about it, how they
23  learn about it, how they balance
24  their religious beliefs with the
```

Brian Alters 6/2/2005

SHEET 32   PAGE 125

1   00125
2    1   sentence states: "As students learn
3    2   to weigh and sort competing views and
4    3   become active participants in the
5    4   clash of ideas, you may be surprised
6    5   at the level of motivation and
7    6   achievement displayed by your
8    7   students."
9    8          My concern here is that in
10   9   a pedagogical sense I would say that
11   10  most of the motivation could be
12   11  caused by the students feeling that
13   12  their religious point of view is
14   13  being attacked, that intelligent
15   14  design is being set up as the
16   15  God-friendly point of view, or as
17   16  evolution, because it does not
18   17  mention God, as we had just
19   18  mentioned, is somehow Godless.
20   19         And here it states that by
21   20  comparing the two, that the teacher
22   21  may be surprised at the level of
23   22  motivation, implying motivation will
24   23  go up.  I agree it might go up, but I
25   24  think for the wrong reasons.

PAGE 126

1   00126
2    1       Q.   And, again, this is just
3    2   your speculations and your opinions
4    3   based upon the text of that book?
5    4       A.   It's my opinion based on
6    5   interviewing over a thousand students
7    6   concerning various types of
8    7   creationism and evolution, reading
9    8   creationists' materials, reading
10   9   other people's studies.
11   10      Q.   Anything else in that book
12   11  that you reviewed, "Of Pandas And
13   12  People"?
14   13      A.   As I stated previously, I
15   14  read the Conclusion section, also.
16   15  The last sentence states that:
17   16  "However, without exaggeration, there
18   17  is impressive and consistent evidence
19   18  from each area we have studied for
20   19  the view that living things are the
21   20  product of intelligent design."
22   21         I think this is misleading
23   22  to students because this so-called
24   23  impressive and consistent evidence
25   24  has been rejected by the scientific

PAGE 127

1   00127
2    1   community.  It directly says that
3    2   there is impressive and consistent
4    3   evidence for intelligent design.
5    4          I don't disagree that the
6    5   authors of this textbook may think
7    6   that's the case, and there may be
8    7   some scientists who think that's the
9    8   case, but the leading organizations
10   9   have said there is no scientific
11   10  evidence in support of intelligent
12   11  design, and there is no body of
13   12  literature supporting that view in
14   13  the relevant scientific journals.
15   14      Q.   If I can direct you back to
16   15  Exhibit 2, that's the press release
17   16  there.
18   17      A.   Yes.
19   18      Q.   You have it.
20   19         The statement regarding the
21   20  biology curriculum on Page 1.  It's
22   21  the --
23   22      A.   What paragraph?
24   23      Q.   It's the first indented
25   24  paragraph.

PAGE 128

1   00128
2    1          How do you read that
3    2   statement?  Read that statement and
4    3   tell me what it means to you.
5    4       A.   Okay.  I read it.  What do
6    5   you mean what it means to me?
7    6       Q.   Tell me what that statement
8    7   means to you.  What is it supposed to
9    8   accomplish?
10   9       A.   Well, I don't know the
11   10  intent of the authors, but when I
12   11  read it, I see that students are
13   12  being told to look at some gaps, but
14   13  yet they are not disclosed, and some
15   14  problems, but yet are not disclosed,
16   15  and Darwin's theory, not evolution in
17   16  particular, and that evolution is
18   17  being singled out concerning gaps and
19   18  problems in its theory, as opposed to
20   19  all theories and science, a general
21   20  statement.
22   21         Therefore, to me, it says
23   22  that somehow evolution or at least
24   23  Darwin's theory is somehow inferior
25   24  science.

Brian Alters 6/2/2005

SHEET 33   PAGE 129

00129

1   Q.   Could you also read that
2   statement where it says: "Students
3   will be made aware of gaps, problems
4   in Darwin's theory and of other
5   theories of evolution." Did that
6   also mean they will be made aware of
7   gaps and problems in these other
8   theories of evolution?
9   A.   I don't know other theories
10   of evolution.
11   Q.   But can you read it where
12   it says "be made aware of gaps,
13   problems in Darwin's theory and of
14   other theories of evolution including
15   but not limited to intelligent
16   design," that they will be made aware
17   of any gaps and problems in, for
18   example, intelligent design?
19   A.   What's the question?
20   Q.   Can you read this statement
21   that way, as well?
22   MR. WALCZAK:  Didn't you
23   just read it?
24   BY MR. WHITE:

PAGE 130

00130

1   Q.   I said read it. Sorry.
2   Can you interpret it that way,
3   construe it that way, where the gaps,
4   problems doesn't just apply to
5   Darwin's theory, but it applies to
6   any of these other theories?
7   A.   Yes.  Then, when I read
8   that, what it means to me is that it
9   is conflating a scientific theory
10   with a nonscientific idea, a
11   nonscientific idea that has been
12   rejected by all major scientific
13   organizations in the United States.
14   Q.   But that there might be
15   gaps and problems with these other
16   theories that the students would be
17   made aware of as well?
18   A.   I have very little
19   knowledge of gaps and problems in
20   nonscientific ideas that pretend to
21   be scientific theories.
22   Q.   You are working under the
23   assumption that these other theories
24   are not scientific.  Correct?

PAGE 131

00131

1   A.   The leading scientific
2   organizations and science education
3   organizations in the United States
4   have stated that intelligent design
5   is not science.
6   Q.   So that's what you are
7   basing your assumptions on and your
8   opinions?
9   A.   I'm basing my opinions on
10   all the reputable scientific
11   organizations that I'm aware of, the
12   leading ones in the United States.
13   Q.   So the answer would be yes,
14   then?
15   A.   Yes.
16   Q.   Now, as far as you know,
17   Dover School District is teaching
18   high school biology pursuant to the
19   Pennsylvania Standards for Science
20   and Technology?
21   A.   That's what I had read.
22   Q.   And the Dover School
23   District is not teaching intelligent
24   design in its high school biology

PAGE 132

00132

1   courses?
2   A.   I think they are.
3   Q.   You think they are teaching
4   intelligent design?
5   A.   Yes.
6   Q.   Based upon what?
7   A.   The statement that is read
8   to the students.
9   Q.   So reading this
10   four-paragraph statement to the
11   students is teaching intelligent
12   design?
13   A.   It's teaching about
14   intelligent design.
15   Q.   How is that?
16   A.   Paragraph 3 states,
17   quote --
18   Q.   Paragraph 3 of what?
19   A.   The statement that is read
20   to the students.
21   Q.   Okay.  Exhibit No. 2, okay.
22   A.   Sorry.  The third
23   paragraph: "Intelligent design is an
24   explanation of the origin of life

Brian Alters 6/2/2005

SHEET 34   PAGE 133

00133
1  that differs from Darwin's view."
2      Q.   Is --
3      A.   Prior to the -- prior --
4      Q.   Well, let me ask you that.
5  Is intelligent design --
6      A.   I haven't finished my --
7          MR. WALCZAK:  Yes, let him
8  finish the question.
9          THE WITNESS:  -- my answer.
10     Prior to that, students
11  maybe haven't heard the word
12  "intelligent design," and now they
13  have learned that intelligent design
14  is an explanation of the origin of
15  life that differs from Darwin's view.
16  That is a form of teaching that
17  occurs in the classroom.
18  BY MR. WHITE:
19     Q.   Is intelligent design an
20  explanation of the origin of life
21  that differs from Darwin's view, is
22  it an explanation?
23     A.   I don't know Darwin's view
24  on the origin of life.  I don't think

PAGE 134

00134
1  he ever touched upon it except for a
2  private letter to someone.
3      Q.   But is intelligent design
4  an explanation that may differ from
5  Darwin?
6      A.   You are asking me to tell
7  you what I think intelligent design
8  is?
9      Q.   No.  I'm just asking you,
10  is it an explanation?  It says here
11  it is an explanation on Exhibit 2.
12     A.   It may be a theological or
13  philosophical position that
14  masquerades as science and therefore
15  has a different explanation that is
16  nonscientific than Darwin's view.
17     Q.   So the reading of the one
18  sentence, then, "Intelligent design
19  is an explanation of the origin of
20  life that differs from Darwin's
21  view," that's teaching students
22  intelligent design, in your opinion?
23     A.   When teachers put up a
24  picture of a microscope and they say

PAGE 135

00135
1  "This is a microscope," that is
2  teaching.
3      Q.   So my question, then, is,
4  reading a statement that just says
5  "Intelligent design is an explanation
6  of the origin of life that differs
7  from Darwin's view," that's teaching
8  intelligent design in a biology
9  classroom?
10     A.   It's teaching about
11  intelligent design.  Prior to that,
12  many students in the class probably
13  had no idea of what the words
14  "intelligent design" meant or was,
15  and now they may be aware that it's
16  an explanation of the origin of life
17  that differs from Darwin's view,
18  according to this.
19     Q.   So teaching could just be
20  one statement in the classroom?
21     A.   Teaching is facilitating
22  learning.  The students learned
23  something about intelligent design
24  when they heard this sentence read.

PAGE 136

00136
1      Q.   If the teacher says "It's
2  raining outside today," is she
3  teaching them about atmospheric
4  changes?
5      A.   He or she is making the
6  students aware that precipitation is
7  coming down outside, and that is
8  facilitating some form of learning.
9  I'm not saying it's good teaching,
10  but it's teaching.
11     Q.   So teaching could be any
12  statement made by a teacher, then, in
13  a classroom?
14     A.   It comes back to the
15  definition of what teaching is.
16  There are many definitions of
17  teaching.  I like the one that
18  teaching facilitates learning.
19     So if the teacher in the
20  act of teaching, in the role of
21  teaching or within the classroom is
22  trying to facilitate the learning of
23  a student and in this example trying
24  to facilitate what intelligent design

SHEET 35   PAGE 137

**00137**

1 is, not only bringing up the name
2 intelligent design, but then
3 explaining what it is, is teaching.
4    Q.    In that statement on
5 Exhibit 2, how is intelligent design
6 explained?
7    A.    It states that intelligent
8 design is an explanation, is.  What
9 is intelligent design?  It is an
10 explanation of the origin of life
11 that differs from Darwin's view.
12         One, the students learn
13 that it's about origin of life.  Two,
14 they learn that it differs from
15 Darwin's view; whether right or
16 wrong, that's another story.
17    Q.    When you say "facilitate
18 learning," what do you mean by
19 "facilitate"?
20    A.    Some statements could be
21 made that would not facilitate a
22 student learning.  If there's not an
23 increase in understanding, then some
24 would contend teaching has not

PAGE 138

**00138**

1 occurred.  If this statement is not
2 intended to increase students'
3 understanding, then why is it being
4 read to them?
5         It is being read to them to
6 increase their understanding about
7 intelligent design; therefore, it has
8 increased the student's understanding
9 on the subject in particular.
10    Q.    In your expert report,
11 Exhibit 1, do you discuss the
12 concepts of teaching?
13    A.    I don't believe so.
14    Q.    In your expert report do
15 you give any definitions of teaching?
16    A.    No.
17    Q.    In your expert report,
18 Exhibit 1, do you give a definition
19 of what is good pedagogy?
20    A.    I state that engendering
21 needless misconceptions is something
22 that virtually all science educators
23 trained in secular institutions would
24 probably agree with and certainly the

PAGE 139

**00139**

1 leadership in science education in
2 the United States would agree with.
3    Q.    That's needless
4 misconceptions?
5    A.    Correct.
6    Q.    Can a teacher engender a
7 misconception and still be teaching
8 with good pedagogy?
9    A.    Sometimes misconceptions
10 are engendered to help the student
11 understand something, and then at the
12 next level -- we find at a more
13 sophisticated level that the previous
14 conception that was taught wasn't
15 exactly accurate.  So in that extent
16 it was a misconception that was
17 engendered for reasons of good
18 pedagogy, to learn something more
19 advanced.
20    Q.    And that is up to the
21 teacher to make that determination?
22    A.    Again, you are back to
23 legal aspects and contractual aspects
24 with teachers, but I would say in

PAGE 140

**00140**

1 general, not knowing the legalities
2 and so forth, teachers have a lot of
3 latitude concerning how they feel
4 their students learn best in their
5 community.
6    Q.    I'm not talking legally.
7 I'm talking about teaching, good
8 teaching pedagogy.  Making these
9 determinations of how to best teach a
10 student falls on the shoulder of the
11 individual teacher.  Correct?
12    A.    Most of the time, yes.
13    Q.    And does it also fall on
14 the shoulder of the school district?
15    A.    School district -- to my
16 knowledge -- and I have very little
17 knowledge of this -- school districts
18 don't usually tell teachers
19 particular aspects of how they should
20 go about teaching.  It is more the
21 curriculum is, here is what needs to
22 be taught.
23         Here is maybe the type of
24 way we would like you to teach it, a

Brian Alters 6/2/2005

00141

1   lecture or a lab, maybe the number of
2   days.  Beyond that, the teacher has a
3   lot of latitude to use their
4   expertise.
5       Q.   So the school district says
6   to the teacher "Here is the
7   curriculum," and then the teacher
8   determines how best to teach the
9   curriculum for the students?
10      A.   To my knowledge, most of
11  the time that is the way I understand
12  it occurs, yes.
13      Q.   Now, in the Dover School
14  District are students required to
15  review "Of Pandas And People"?
16      A.   From my reading of this,
17  no.
18      Q.   When you say "this," you're
19  talking about Exhibit 2?
20      A.   The -- Exhibit 2, yes.
21      Q.   And you had mentioned
22  earlier that your understanding was
23  that there was an opt-out provision
24  for students when this statement on

00142

1   Exhibit 2 is read?
2       A.   I read that in the letter
3   to the superintendent from, I
4   believe, some teachers.
5       Q.   So you are aware that there
6   is an opt-out provision?
7       A.   From my recollection.  I
8   don't have the material in front of
9   me, but I believe the letter
10  suggested that the students had an
11  opt-out proviso.
12      Q.   And so Dover students are
13  not required to learn about
14  intelligent design?
15      A.   If the students are allowed
16  to leave the classroom during that
17  time of teaching intelligent design
18  in the classroom, then obviously they
19  are not learning about intelligent
20  design; however, there may be peer
21  pressure from other students to
22  remain in the classroom during that
23  time even though individual students
24  may wish to leave for whatever

00143

1   reasons.
2       Q.   Do you know in general how
3   opt-out provisions work in public
4   schools?
5       A.   No.
6       Q.   Do you know how any opt-out
7   provision would work in the Dover
8   School District?
9       A.   No.
10      Q.   Do you have any research
11  you have conducted regarding peer
12  pressure on students as it relates to
13  opt-out provisions in public schools?
14      A.   No.
15      Q.   As far as you know, are
16  Dover students in any way rewarded or
17  punished academically by reviewing
18  "Of Pandas And People"?
19      A.   No.
20      Q.   If a student reads a
21  newspaper, any newspaper, the New
22  York Times, for example, and reads an
23  article about intelligent design,
24  okay, has the newspaper taught the

00144

1   student about intelligent design?
2       A.   The student certainly may
3   have learned from reading from the
4   newspaper, but whether the act of
5   teaching has occurred -- under most
6   definitions of teaching that I'm
7   familiar with, the act of teaching
8   requires an actor, meaning the
9   teacher, to help facilitate the
10  student to learn, so in that case,
11  no.
12      Q.   So a student reading is not
13  teaching -- reading a statement is
14  not -- he is not being taught
15  anything?
16      A.   If somebody is reading that
17  statement to him, yes.
18          It would be the same as if
19  a teacher memorized the statement and
20  came in and said it, there wouldn't
21  be a difference, but the student
22  reading it in and of themselves, the
23  student may certainly still be
24  learning, of course we hope so; but

Brian Alters 6/2/2005

00145

1 the act of teaching, under most
2 definitions that I'm familiar with, I
3 would not call that teaching.
4    Q.   So I understand, then, so
5 if a teacher reads a one-sentence
6 statement to a student, that's
7 teaching, but if a student on his own
8 reads the same statement in a
9 newspaper, that's not teaching?
10    A.   Correct.  It is also the
11 context.  One is reading a newspaper
12 and one is hearing the words from
13 their teacher in school.
14    Q.   In the Dover School
15 District a student on his own
16 initiative can go into the library
17 and look at "Of Pandas And People."
18 Correct?
19    A.   I don't know the policy at
20 Dover, but I would imagine that any
21 student can go in and look at any
22 book in Dover's library.
23    Q.   I want to show you your CV.
24 I had received this separately from

00146

1 your report, so I don't know if it
2 was originally attached to your
3 report.
4         MR. WHITE:  If you can mark
5 that, please.
6         (Alters Exhibit 3 was
7 marked for identification.)
8 BY MR. WHITE:
9    Q.   The Curriculum Vitae, is
10 that currently accurate, that you
11 have as Exhibit 3?
12    A.   I received another funding
13 source in the last month or so.
14    Q.   And what is that funding
15 source?
16    A.   The federal government in
17 Canada.
18    Q.   To do what?
19    A.   Study evolution education
20 among Islamic students.
21    Q.   Does that relate to the
22 studies you were talking about
23 previously?
24    A.   Yes.

00147

1    Q.   Is there anything else
2 that's changed?
3    A.   I believe I've been put on
4 another McGill committee membership,
5 but I can't recall what it's about,
6 but it certainly has nothing to do,
7 in my mind, with evolution education.
8    Q.   Have you ever taught -- I'm
9 sorry; go ahead.
10    A.   I think other than that, I
11 don't see any updates that have
12 occurred since this was sent.
13    Q.   Have you ever taught
14 biology in a public high school?
15    A.   No.
16    Q.   For your Ph.D. in
17 education, what courses did you take
18 to teach you how to teach high school
19 teachers how to teach science?
20    A.   I won't recall most of
21 them, but courses like teaching
22 methods, philosophy of education,
23 philosophy of science and science
24 education, a philosophy of science

00148

1 course, a couple statistics courses,
2 qualitative research course.  There
3 are a few others, but I can't recall
4 at this moment.
5    Q.   What's the Evolution
6 Education Research Center that's
7 noted on Page 1 of Exhibit 3?
8    A.   In 2001 McGill University
9 opened a center, which a center is a
10 term of art within the university,
11 meaning a recognized status of a
12 group of people deciding to do some
13 work together, and it was professors
14 from Harvard and professors from
15 McGill with various expertise that's
16 mentioned here on the CV.
17         Should I bring up things
18 that are on the CV or is that --
19    Q.   Sure.  If you can just tell
20 me who the four professors are from
21 Harvard and professors from.
22    A.   When we opened, it was the
23 late Stephen J. Gould, Israel
24 Scheffler, Howard Gardner, Philip

Brian Alters 6/2/2005

SHEET 38   PAGE 149

00149

1  Sadler.

2        Over to the McGill side?

3     Q.   That was the Harvard side?

4     A.   That was the Harvard side.

5     Q.   The McGill side, the other

6  side of the border.

7     A.   Yes.  I covered the deep

8  South first.

9        You have myself, Joyce

10  Benenson, Mario Bunge, spelled

11  B-U-N-G-E, Graham Bell, Robert

12  Caroll, Bruce Trigger.  That's it.

13     Q.   And what's the mission of

14  the Evolution Education Research

15  Center?

16     A.   Well, as it states here, to

17  advance the teaching and learning of

18  biological evolution through

19  research.

20     Q.   When you say "through

21  research," what do you mean by

22  "research"?

23     A.   Scholarly activities that

24  we hope will inform the

PAGE 150

00150

1  practitioners, teachers, of ideas

2  that we have that may help them teach

3  evolution better.

4     Q.   Now, is part of your

5  research to confirm theories about

6  teaching?

7     A.   I don't think we've done

8  any studies to confirm any particular

9  theories about teaching.  We've used

10  things such as constructivism, but I

11  don't think we did it for the purpose

12  of confirming or disconfirming

13  constructivism, for example.

14     Q.   Is part of your research to

15  come up with any new methods of

16  teaching besides constructivism?

17     A.   No.

18     Q.   So is constructivism as a

19  theory, teaching science education,

20  is that an untouchable theory?

21     A.   I don't think it's

22  untouchable.  In fact, I have read

23  some criticism in the past of it.

24  However, I still -- from what I read,

PAGE 151

00151

1  it is still fairly universally

2  accepted as the basic theory upon

3  which we derive our methods.

4     Q.   Do you recall some of this

5  criticism, who has criticized

6  constructivism?

7     A.   Not at the moment; I'm

8  sorry.  But if it comes to me in the

9  remaining time of the deposition, I

10  will bring up the names.

11     Q.   Sure.

12        Is part of the Evolution

13  Education Research Center to defend

14  the teaching of evolution in the high

15  school?

16     A.   That's a very interesting

17  question.  I think by our very

18  existence some of the things we talk

19  about, some of the things we do

20  performs that activity.  It's not the

21  mission of the center, but it

22  certainly can be thought of as a side

23  issue from what we do, yes.

24     Q.   Does the center, does it

PAGE 152

00152

1  release any -- does it have its own

2  publication?

3     A.   No.

4     Q.   So how is what you have

5  learned through your research, how is

6  that communicated to people in the

7  science-teaching community?

8     A.   Through lectures of various

9  places from myself and others.

10  Sometimes writings of others will be

11  critiqued by us maybe to make it more

12  helpful, more understandable to

13  particular students.  Occasionally we

14  review things for textbooks, for

15  example, or other books.

16  Occasionally things are sent to us to

17  review for publication in other

18  journals.

19        The people at the center

20  were helpful to me in helping in some

21  of the books concerning evolution,

22  teaching evolution, teaching biology,

23  teaching evolution in higher

24  education.

Brian Alters 6/2/2005

SHEET 40   PAGE 157

00157

1 The probability is such that it is
2 something like 7 percent of all
3 submissions submitted are actually
4 going to print.
5       Now, I don't know if that
6 makes the peer review better or not.
7 I have no way of knowing that, but --
8 so I understand some might have a
9 more rigorous peer review just on the
10 acceptance rate, but I'm not sure if
11 there is a connection between
12 acceptance rate and quality of peer
13 review.
14       Q.   In your area of expertise
15 of science education, what
16 publications do you have listed here
17 on your Curriculum Vitae have been
18 subjected to peer review, if you can
19 direct me to the page?
20       A.   My -- sorry; Page 3.
21       Q.   Page 3?  And we're on --
22 and is this now -- is that Exhibit 3?
23       A.   Okay.  Under books,
24 "Biology:  Understanding Life."

PAGE 158

00158

1       Q.   Okay.  That was subjected
2 to peer review?
3       A.   Yes.
4       Q.   What was the process with
5 that peer review?
6       A.   I believe the publisher
7 sent it out to close to maybe 200
8 reviewers.
9       Q.   200, did you say?
10       A.   Yes.
11       Q.   Because it's such a big
12 book, 800 pages, so, what, people
13 would just review different sections
14 of it?
15       A.   Sometimes I was privy to
16 the reviews, other times I was not
17 privy to the reviews.
18       Q.   And what is this book
19 about?
20       A.   It is a textbook, college
21 level biology.
22       Q.   College level biology
23 textbook?
24       A.   Correct.

PAGE 159

00159

1       Q.   How does a college level
2 biology textbook differ from, say, a
3 high school level biology textbook,
4 just in general?
5       A.   If you were to open the
6 pages randomly, you would find that
7 the text would be denser, meaning
8 that there is more material within
9 the book.  The concepts would
10 probably be explained in general at a
11 more sophisticated level.  Most
12 likely there would be more concepts
13 covered in the textbook than the high
14 school textbook.
15       The university level
16 textbook would put more
17 responsibility to the student on
18 certain concepts to figure out more
19 about it on their own rather than a
20 high school book tends to do more of
21 the explaining work than the college
22 textbook does.  The college text --
23       Q.   Excuse me; it doesn't have
24 as many pictures?

PAGE 160

00160

1       A.   College textbooks sometimes
2 may have more pictures in the form of
3 graphs and charts, possibly, than the
4 high school does.  The print may be
5 smaller.
6       Q.   Well, I understand.
7       What other peer-review
8 publications?
9       A.   Teaching --
10       Q.   And -- excuse me -- so this
11 "Biology:  Understanding Life," this
12 is a biology textbook or a textbook
13 on how to teach biology?
14       A.   A textbook on biology.
15       Q.   Who is the other Alters?
16       A.   Sandra Alters.
17       Q.   Who is that?
18       A.   My wife.
19       Q.   Now, your Ph.D. is in
20 education?
21       A.   Correct.
22       Q.   What is her background for
23 this book?
24       A.   She also has a Ph.D. in

Brian Alters 6/2/2005

00161

1  education.

2      Q.   Two Ph.D.s in education
3  writing a book on the study of
4  biology?

5      A.   Correct.

6      Q.   So this is a biology
7  textbook, not a book on how to teach?

8      A.   Correct.

9      Q.   All right.  What other
10 books do you have?

11     A.   "Teaching Biology In Higher
12 Education."

13     Q.   That's also peer reviewed?

14     A.   Yes.  Publishers -- in my
15 experience, publishers don't publish
16 my books, except for one, I believe,
17 without some form of peer review,
18 although that one may be, also.

19         The third book, "Teaching
20 Evolution In Higher Education:
21 Methodological Religious and
22 Nonreligious Issues."  The same
23 thing.

24         Here's the questionable

00162

1  one, "Project Collaboration:  One
2  Large Experiment."  I'm not sure if
3  the publisher sent this one out for
4  review or not.  I edited this; I did
5  not author this, so I can't recall
6  the exact process.

7         The next one, "Defending
8  Evolution In The Classroom."  That
9  was sent out for review and was
10 reviewed in various other places,
11 also.

12     Q.   Now, "Defending Evolution
13 In The Classroom," is that geared
14 towards which classroom?

15     A.   High school and college.

16     Q.   Now, are there any articles
17 that you've written on the teaching
18 of science education that are also
19 peer reviewed?  First, is that what
20 you mean by "refereed articles"?

21     A.   Yes.

22     Q.   So we don't need to go
23 through that.

24         But all the ones that are

00163

1  listed under there would have been
2  subjected to peer review by whichever
3  publishing company published it?

4      A.   Correct.  Correct.

5      Q.   Do you have any books or
6  publications that deal with what is
7  good pedagogy in high school biology
8  classes?

9      A.   "Defending Evolution"
10 touches on that.  It is not the point
11 of the entire book, but it does speak
12 to that issue briefly.

13     Q.   What do you mean "briefly"?
14 What do you mean by that?

15     A.   I don't have the book
16 memorized, but there are aspects
17 about teaching.  I believe it's
18 Chapter 10.

19     Q.   Anything else?

20     A.   In the books?

21     Q.   Yes.  The books or your
22 refereed articles.

23     A.   Specifically high school
24 level was the question?

00164

1      Q.   Uh-huh.  Yes.

2      A.   Well, many of them touch on
3  the issue.  I'm trying to locate ones
4  that probably the majority would be
5  about it from the article.  What is
6  creationism.  It helps teachers
7  understand various types of
8  creationism for -- that they might
9  encounter when students ask questions
10 about it.

11         Possibly students'
12 religious beliefs in conflict with
13 science teaching.  Possibly
14 "Evolution/Creationism:  Students'
15 religious beliefs in conflict with
16 science teaching."  Well, definitely
17 "Review of the creation controversy
18 and the science classroom."

19     Q.   And we're still in the
20 section of the Refereed Articles?

21     A.   Yes.  Oh, did we move on?

22     Q.   No, no, no.  No, I was just
23 making sure I'm following you.

24     A.   Probably a small amount in

Brian Alters 6/2/2005

SHEET 42   PAGE 165

PAGE 165

00165
1  concerns with teaching biological
2  evolution and theology in the United
3  States.  "Reading stealth
4  antievolutionary delivery systems:
5  Possible effects on student science
6  learning."  "Should student belief of
7  evolution be a goal?"
8         I can't recall about
9  "Hearts and minds in the science
10 classroom:  The education of a
11 confirmed evolutionist revisited."  I
12 can't recall what I wrote on that at
13 the moment.
14        Probably "Batty
15 Misconceptions," has some things
16 about learning about bats.
17 "Logarithmic paper and
18 misconceptions:  A hidden linear
19 relationship."  Maybe a little bit on
20 "Counseling physics students:  A
21 research basis."
22        A position statement, that
23 touches on teaching.  It's titled
24 "National Association of Biology

PAGE 166

00166
1  Teachers Position on Teaching
2  Evolution."  "Modeling modes of
3  evolution:  Comparing phyletic
4  gradualism and punctuated
5  equilibrium."  And "Punctuated
6  Equilibrium:  The missing link in
7  evolution education."
8         Should I continue on to
9  the --
10    Q.   No.  No.  No.  Thank you.
11 Have you written anything
12 about intelligent design or the
13 teaching of it?
14    A.   I haven't written anything
15 for the teaching of intelligent
16 design.
17    Q.   About the teaching?
18    A.   About the teaching of
19 intelligent design.  I've probably
20 touched on it in "Defending Evolution
21 In The Classroom."  In fact, I know I
22 mentioned it in the book in a few
23 places.
24    Q.   Have you done any research?

PAGE 167

00167
1              MR. WALCZAK:  Wait.  He's
2  still looking.
3              THE WITNESS:  I'm still
4  looking.
5              MR. WHITE:  I'm sorry.
6              THE WITNESS:  I may have
7  mentioned it in "Teaching Biology In
8  Higher Education" and "Teaching
9  Evolution In Higher Education."  At
10 this moment, that's all I remember.
11 BY MR. WHITE:
12    Q.   Have you published any
13 articles or any publication regarding
14 learning abilities of high school
15 students with regard to science?
16    A.   No.
17    Q.   The article you wrote --
18 excuse me -- yes, the article, on
19 Page 3 of your CV, "Should student
20 belief of evolution be a goal?," as a
21 report from the National Center of
22 Science Education.  Tell me about
23 that article.
24    A.   The article's, to my

PAGE 168

00168
1  memory, which is, I think, fairly
2  good on the article, I was arguing
3  that belief as it's used in just
4  everyday language is the same as
5  accept or have a high level of
6  confidence in.  Like, I believe we
7  will have lunch in a half an hour
8  from now.  It is not a religious
9  statement; it is just how we use the
10 language, by and large.
11        So primarily the article
12 was about students should have good
13 reason to accept, to have a high
14 level of confidence in, to believe,
15 whichever word you want to use, that
16 evolution is the most accepted, for
17 good reasons, scientific explanation
18 of the diversity of life.
19    Q.   So then the question you
20 pose there, "should student belief of
21 evolution be a goal," the answer
22 would be yes?
23    A.   Yes.
24    Q.   The next article on Page 4

Brian Alters 6/2/2005

SHEET 43   PAGE 169
00169

1  of Exhibit 3, "Hearts and minds in
2  the science classroom:  The education
3  of a confirmed evolutionist
4  revisited"?
5      A.   Yes.
6      Q.   Well, first off, who is the
7  confirmed evolutionist?
8      A.   That was a review of an
9  article where I was writing about
10 somebody else's work, and I don't
11 recall it.  If you have it with you,
12 I would be happy to look at it or
13 something.  I don't recall enough to
14 comment.
15     Q.   Do you recall anything
16 about the article?
17     A.   It was probably written
18 nine years ago.  Not at the moment.
19     Q.   Okay.  If you could turn to
20 Page 6 of your Exhibit 3 there.
21 About two-thirds of the way down, you
22 gave a presentation, and this is -- I
23 will count -- one, two, three, four,
24 five up from the bottom.  Sorry; from

PAGE 170
00170

1  the bottom.
2      A.   Yes.
3      Q.   "Evolution, Catholicism,
4  and Protestantism," Riverside
5  Catholic Centre, Opus Dei, Montreal.
6      A.   Yes.  Yes.
7      Q.   What is Opus Dei?
8      A.   From my recollection, I was
9  invited to give a talk on evolution
10 and Catholicism, what the Catholic
11 position -- the Pope's position, the
12 Vatican's position, is on evolution.
13     Q.   Who is Opus Dei, O-P-U-S,
14 D-E-I?  Is that the group that
15 invited you?
16     A.   Yes.
17     Q.   What is the Catholic
18 position with regard to evolution?
19     A.   Well, I'm not pretending to
20 be a Catholic scholar here.  I'm not
21 sure it is the Catholic position
22 universal, but the Pope wrote an
23 encyclical that I read for this
24 presentation, and had read before

PAGE 171
00171

1  being invited to this presentation,
2  on faith and reason.
3          And the gist of the
4  article, if I may be so bold as to
5  paraphrase the Pope, was that
6  evolution has a lot of evidence and
7  that the Catholic church is not
8  taking a stand against it.
9          MR. WHITE:  Want to break
10 for lunch now?
11         MR. WALCZAK:  It's your
12 deposition.
13         MR. WHITE:  Why don't we do
14 that.
15         MR. WALCZAK:  That's fine.
16         (Thereupon, at 12:11 p.m. a
17 luncheon recess was taken until
18 1:10 p.m., at which time the
19 following proceedings were had:)
20 BY MR. WHITE:
21     Q.   From your understanding,
22 are all evolutionary processes fully
23 understood?
24     A.   No.

PAGE 172
00172

1      Q.   When it comes to education,
2  science education, what is critical
3  thinking?
4      A.   I've seen many different
5  definitions of critical thinking, but
6  from my perspective, it's being able
7  to take a proposition, a concept, an
8  idea, and being able to look at it
9  from different points of view that
10 would be appropriate within that
11 particular domain that that concept
12 lies.
13     Q.   Does it include a process
14 of logic?
15     A.   Yes.
16     Q.   Does it include inferences?
17     A.   Yes.
18     Q.   Analysis?
19     A.   Yes.
20     Q.   Observation?
21     A.   Yes.
22     Q.   Problem solving?
23     A.   Yes.
24     Q.   Does it often lead to

Brian Alters 6/2/2005

00173

1  recognition of new ideas?
2      A.   Are we talking about new
3  ideas being realized within the
4  science classroom in a high school?
5  I need the context.
6      Q.   Okay.  First off,
7  generally, critical thinking, does it
8  lead to recognition of new ideas?
9      A.   Well, this would be outside
10  of my area of expertise if we are
11  just talking in general life, but I
12  suppose so.
13      Q.   Okay.  What about in a
14  science classroom?
15      A.   I'm sure students come up
16  with a lot of ideas, many of which
17  may be misconceptions, yes.
18      Q.   Sometimes they are not
19  misconceptions, though.  Correct?
20      A.   I haven't heard of
21  personally a student coming up with a
22  new form of scientific insight that
23  then a scientist takes and publishes
24  significantly in scientific journals.

00174

1      Q.   But can it happen?
2      A.   In principle, I imagine the
3  student would come up with the idea
4  and then go to the relevant
5  scientist, tell them about his or her
6  idea.
7          Then I imagine they would
8  go through their process, whatever it
9  may be in their particular
10  subdiscipline, and then I would
11  imagine they would put it forward to
12  the scientific community in the form
13  of journals and conferences and so
14  forth, and then I guess it would --
15  if it was appropriate for them, to
16  gain general agreement.
17      Q.   But besides going through
18  all of those steps, can a student
19  through critical thinking just come
20  up with a recognition of a new
21  concept or a new idea?
22      A.   I suppose so.
23      Q.   Does critical thinking also
24  lead to recognition of new problems

00175

1  in the science classroom?
2      A.   Possibly.
3      Q.   Is a part of critical
4  thinking to question fundamental
5  theories?
6      A.   I think critical thinking
7  can be applied to all areas of
8  science.
9      Q.   Does that include
10  questioning fundamental theories in
11  science?
12      A.   Yes.
13      Q.   As a person with expertise
14  in the area of science education,
15  what is the purpose of science
16  education in a high school?
17      A.   I think you'd get different
18  answers depending on who you ask,
19  but, in general, my --
20      Q.   I'm asking you.
21      A.   In general, my opinion
22  would be to increase knowledge and
23  understanding of the process of
24  science.  I think that's sufficient.

00176

1      Q.   And what is the process of
2  science?
3      A.   How various areas of
4  science go about doing their work.  I
5  think most immediately of something
6  we refer to as methodological
7  naturalism.
8      Q.   What is that?
9      A.   It means that a scientist
10  looks for natural causes of natural
11  phenomena in his or her work.
12      Q.   And that's the purpose of
13  science education in a high school?
14      A.   No.  That's one of the
15  processes of science, if you will, or
16  one of the characteristics of science
17  that would be appropriate to teach in
18  high school.
19      Q.   Are there any goals in the
20  teaching of science in high school
21  that differ from the purpose of
22  teaching science in high school?
23      A.   I'm sorry; I don't
24  understand.

Brian Alters 6/2/2005

00177

1    Q.    Well, you said the purpose
2    of teaching science in high school --
3         MR. WALCZAK:  You asked the
4    purpose, so he was answering the
5    purpose.
6         MR. WHITE:  Right.  No, no.
7    He had just said that it was
8    increased knowledge and understanding
9    in science.  Correct?
10        MR. WALCZAK:  And I'm
11   saying --
12   BY MR. WHITE:
13   Q.    Now, what I'm asking you,
14   is there anything that would be a
15   goal in science education in high
16   school that might be different from a
17   purpose in science education?
18   A.    Well, I think in all areas
19   of education, high school education,
20   including science, there are various
21   goals to improve students' logic,
22   critical thinking, ability to
23   discuss, write about.  I think there
24   would be a long list.

00178

1    Q.    Is one of the purposes,
2    from the perspective of a teacher and
3    the perspective of a school district
4    that wants to educate students in
5    high school, purpose in science
6    education to make the science class
7    more interesting for the students?
8    A.    I would hope so.
9    Q.    More compelling for
10   students?
11   A.    I would hope so.
12   Q.    Is it a place in the
13   science classroom to discuss current
14   ideas as it relates to science?
15   A.    I would hope so, as long as
16   they're appropriate.
17   Q.    You were going to continue?
18   Okay.
19        Should education in the
20   science classroom in a public high
21   school encourage critical thinking?
22   A.    Yes.
23   Q.    Is the providing of
24   information in a classroom, in a high

00179

1    school science classroom, is the
2    providing of information the same as
3    teaching?
4    A.    It is a part of teaching.
5    Q.    Explain that, please.
6    A.    The microscope itself isn't
7    teaching, but handing it to the
8    students is a part of being able to
9    teach how to use a microscope and
10   what to see through the microscope.
11   Part of teaching is referring
12   students to the proper pages,
13   chapter, et cetera, that may help
14   them in learning when the teacher is
15   doing the action of teaching.
16   Q.    So when you say handing
17   them a microscope, so a teacher hands
18   a microscope to a student, just hands
19   it to him, is that teaching?
20   A.    It's a part of teaching.
21   It would be tough to continue the
22   teaching to say "Look at this slide"
23   without first having provided the
24   microscope and how to use the

00180

1    microscope to the student.
2    Q.    So besides handing the
3    microscope to the student, the
4    teacher would have to explain how to
5    use the microscope for it to be
6    teaching?
7    A.    It would be difficult for
8    the teacher to explain how to use the
9    microscope as well without handing
10   the microscope to the student first.
11   Q.    But the teacher would have
12   to explain how to use the microscope
13   to the student.  Correct?
14   A.    Yes.  Generally, the
15   teacher might say "Rotate this knob
16   down to the lowest part.  Don't go
17   through the slide.  Notice that the
18   lens could possibly go through the
19   slide; don't allow that.  Now move it
20   back the other way until it becomes
21   in focus with the glass level," et
22   cetera.
23   Q.    So to do that, the teacher
24   has to do more than just hand the

Brian Alters 6/2/2005

SHEET 46   PAGE 181

00181

1 microscope to the student. Correct?
2      A.   What's "that"?
3      Q.   To explain all these
4 functions of the microscope and how
5 to use it, it requires more action by
6 the teacher than just simply handing
7 the microscope to the student.
8      A.   It's a part of teaching.
9 Without handing the microscope to the
10 students, they couldn't continue with
11 that next portion.
12      Q.   But my point being is that
13 to fully teach the student, the
14 teacher has to explain how to use the
15 microscope?
16          MR. WALCZAK:  You just
17 changed definitions.  You started to
18 ask whether it's teach and now you
19 are saying "fully teach."
20 BY MR. WHITE:
21      Q.   Answer the question.
22      A.   Can you repeat it one more
23 time?
24      Q.   To teach the student, the

PAGE 182

00182

1 teacher has to hand the microscope to
2 the student and also explain how to
3 use the microscope.  Correct?
4      A.   If one hands a microscope
5 to a student, that, in part, is a
6 part of teaching.  The student now
7 realizes how heavy the microscope is,
8 how it feels.  It's a kinesthetic
9 type of teaching experience at that
10 moment.
11      Q.   Well, my question was, to
12 teach the student so the student
13 understands how to use the
14 microscope, you would have to hand
15 the microscope to the student and
16 then explain to the student how to
17 use the microscope.  Correct?
18      A.   Yes.  The simple act of
19 handing the microscope to the student
20 is not instruction on how to use the
21 microscope, correct.
22      Q.   Well, how is teaching
23 different from instruction?
24      A.   I don't generally separate

PAGE 183

00183

1 the two.
2      Q.   Do other people with your
3 expertise in science education
4 separate the two?
5      A.   Many do.
6      Q.   And why would they separate
7 the two?
8      A.   Some claim that instruction
9 is simply saying what they should do
10 next, such as put so many milliliters
11 of this chemical into that beaker,
12 whereas I think there are still
13 things to be learned, even when one
14 is being instructed in that setting,
15 from it, but I still consider that to
16 be teaching, but others disagree with
17 me on that.
18      Q.   So that's why you combined
19 the two, teaching and instruction?
20      A.   I think that action of
21 so-called instruction is still
22 facilitating learning.  It is part of
23 what's facilitating learning during
24 that class session.

PAGE 184

00184

1      Q.   Now, would you say your
2 view on teaching, is that the
3 predominant view of teaching in the
4 academic community of science
5 educators?
6      A.   Which view is that?
7      Q.   Your view that it is just a
8 simple facilitation of knowledge.
9      A.   A facilitation of learning.
10 I would think there is a far and wide
11 amount of definitions for teaching.
12      Q.   So, in other words, yours
13 is or is not the predominant view?
14      A.   I don't know whether it is
15 or isn't, but my educated guess would
16 be that facilitating learning would
17 be part of virtually everyone's
18 definition.
19      Q.   And besides an educated
20 guess, would that be your opinion?
21      A.   To the best of my
22 knowledge, yes.
23      Q.   So if I understand, then,
24 so for someone to teach, they just

Brian Alters 6/2/2005

SHEET 47   PAGE 185

00185

1 have to facilitate learning?
2    A.    I don't know if it would
3 apply to all areas.  I haven't tried
4 that.  I'm not an expert in that
5 area.  But within the realm of a high
6 school science classroom, when a
7 teacher facilitates learning, that's
8 generally considered teaching, in my
9 book.
10    Q.    So, in other words, in a
11 science high school classroom,
12 anything that a teacher does to
13 facilitate learning is teaching?
14    A.    Yes.
15    Q.    In a science high school
16 classroom, how are students taught to
17 think critically?
18    A.    I imagine there are
19 thousands of ways.
20    Q.    Well, which ones do you
21 recommend as the best ways?
22    A.    I'm not an expert on
23 critical thinking; however, what I
24 have read from people who do research

PAGE 187

00187

1 his or her students how to think
2 critically?
3    A.    Yes.
4    Q.    Is the purpose of science
5 education in a high school to train
6 future scientists?
7    A.    Not specifically, no.
8    Q.    What is a fact in science,
9 if you know?
10    A.    According to the National
11 Academy of Science, a fact is an
12 observation, and something can also
13 be factual in its overwhelming
14 acceptance within the scientific
15 community.
16    Q.    Is that your definition of
17 a fact in science?
18    A.    I don't have my own
19 definition.
20    Q.    What is a hypothesis in
21 science?
22    A.    Hypothesis is generally
23 considered some form of testable idea
24 in science.

PAGE 186

00186

1 in critical thinking is to compare
2 equivalent ideas, scientific ideas,
3 compare them with the evidence,
4 compare misconceptions sometimes with
5 the evidence.
6    Q.    But if you are an expert in
7 the area of science education,
8 wouldn't you also need to have
9 expertise in critical thinking, how
10 to teach critical thinking?
11    A.    To a certain extent I have
12 some expertise in how to teach
13 critical thinking.
14    Q.    Isn't one of the hallmarks
15 of a good scientist the ability to
16 think critically?
17    A.    I'm not an expert on what a
18 hallmark of a leading scientist or a
19 good scientist would be, but I do
20 understand that is an attribute which
21 scientists report as being good.
22    Q.    Okay.  Is it the good
23 hallmark of a teacher in a science
24 classroom in a high school to teach

PAGE 188

00188

1    Q.    Can you give me an example
2 in science of a hypothesis?
3    A.    Dinosaurs and humans
4 coexisted.
5    Q.    And what would be a
6 scientific fact, as an example?
7    A.    Two spheres, same size,
8 different weight, fall at the same
9 rate on earth.
10    Q.    Would a scientific fact be
11 the same as what you were talking
12 about earlier today, a scientific
13 law?
14    A.    No.  There can be factual
15 theories and there can be factual
16 laws.
17    Q.    An example of a scientific
18 law would be gravity?
19    A.    Okay.
20    Q.    Is that correct?  That's
21 what you said earlier.
22    A.    Gravity is a theory and a
23 law.  There is the law part of
24 gravity that is the description of

Brian Alters 6/2/2005

00189

1  how gravity works, and then there is
2  the theoretical part, which is how
3  does that work.
4      Q.   Now, in science, what is a
5  theory?
6      A.   A theory is an explanation
7  of a natural phenomenon.
8      Q.   Would a scientific theory
9  be a scientific explanation of
10 well-established observations?
11     A.   Could you repeat that,
12 please?
13     Q.   Would a theory be a
14 scientific explanation of
15 well-established observations?
16     A.   It could be, yes.
17     Q.   Could a theory also be
18 defined as a well-tested explanation
19 that unifies a broad range of
20 observations?
21     A.   I hate to ask, but could
22 you repeat it?
23     Q.   Sure.  A well-tested
24 explanation that unifies a broad

00190

1  range of observations?
2      A.   I don't see a problem with
3  that.
4      Q.   So that could be a
5  definition of it, of theory?
6      A.   I think it could be part of
7  a definition.  I wouldn't accept that
8  to be the entire definition of
9  theory.
10     Q.   What more would be needed
11 for the definition to satisfy you?
12     A.   Natural phenomena.
13     Q.   In science, can a theory be
14 modified?
15     A.   Sure.
16     Q.   Can it be expanded?
17     A.   Yes.
18     Q.   Generalized?
19     A.   I think so.
20     Q.   Can it be discarded?
21     A.   Yes.
22     Q.   Disaffirmed?
23     A.   I don't know with that
24 language.  I haven't heard it -- that

00191

1  language used concerning theories.
2  Maybe.
3      Q.   Can it be incorporated into
4  a broader theory?
5      A.   I believe so.
6      Q.   In learning about theories,
7  should students in high school keep
8  an open mind, in science classes?
9      A.   Students should always keep
10 an open mind in high school science
11 classes, and I'm not quite sure what
12 the term means, "open mind," but I
13 can guess.
14     Q.   Well, what do you think the
15 word or term "open mind" means?
16     A.   I wouldn't use the term
17 "open mind"; but if I had to take a
18 guess on what you mean by it, I would
19 think that if they heard something at
20 home or in other areas, came into the
21 classroom, and then they hear
22 something different, that they would
23 look at the evidence and keep an open
24 mind to what they previously thought

00192

1  was accurate compared to what they
2  are learning now, and examine what
3  they are learning now compared to
4  other experiences.
5      Q.   But when a student is
6  studying a theory in science class,
7  should the student accept that
8  theory?
9      A.   I think the action is on
10 the teacher to show the evidence for
11 the theory so that the student will
12 understand why that particular theory
13 is accepted in the scientific
14 community.
15     Q.   Is it the responsibility of
16 a teacher in a public high school
17 science class to teach a student to
18 accept a theory in science?
19     A.   I think if a student at the
20 end of a course thinks that when you
21 drop a sphere of metal it goes up
22 into the air and doesn't follow the
23 law of gravity, that there is more
24 work for the teacher to do.

Brian Alters 6/2/2005

SHEET 49   PAGE 193

00193

1          The teacher will probably
2  modify their teaching such that the
3  student will begin to understand how
4  the law of gravity works for the
5  objects and expunge the
6  misconception.
7      Q.   But in teaching theories in
8  a public high school science
9  classroom, should a teacher encourage
10  a student or students to view a
11  scientific theory critically?
12      A.   I think all things in
13  science should be looked at
14  critically.
15      Q.   Now, when a student is
16  taught a theory in science, how far
17  does the teacher or should a teacher
18  go in helping that student understand
19  the theory and to then later
20  criticize the theory?
21      A.   It's probably, in reality,
22  a function of the amount of time the
23  teacher has, the level of the
24  students in that particular class at

PAGE 194

00194

1  that particular time, whether the
2  teacher wants all students in the
3  class to understand at what
4  particular level versus just maybe
5  the quicker students in regard to
6  this particular subject that happened
7  to be learning quicker, while others
8  may just, for whatever reasons, in
9  this particular subject in this
10  particular time be learning less
11  quickly.
12          So it's a judgment call on
13  the individual instructor.
14      Q.   In teaching science, in
15  learning about science in a public
16  high school science room, should
17  ideas be taught or scientific
18  theories be taught in a manner in
19  which a student learns all sides of
20  the theory?
21      A.   I don't understand what
22  "all sides of the theory" means.
23      Q.   Well, competing ideas with
24  regard to a theory in science.

PAGE 195

00195

1      A.   It's my opinion that given
2  the amount of time in a high school
3  classroom, that certain scientific
4  theories should be presented; for
5  example, punctuated equilibrium
6  versus phyletic gradualism -- with a
7  P -- are two scientific theories that
8  often compete with one another.
9          Both are generally
10  presented to the students.  Some
11  teachers find that they don't have
12  time to go into that detail for those
13  particular competing theories.  Other
14  teachers find that they do have the
15  time to go into those competing
16  scientific theories.
17          Whether one would use a
18  nonscientific theory to compete with
19  a scientific theory in the classroom
20  would be inappropriate.
21      Q.   If a student or if a
22  teacher, since earlier you said it's
23  the teacher who decides about
24  misconceptions or conceptions as a

PAGE 196

00196

1  teaching tool, what would be wrong
2  with a teacher comparing a, as you
3  say, nonscientific theory with a
4  scientific theory as a teaching tool?
5      A.   It's a science classroom
6  and it has the high probability of
7  engendering the misconception that
8  the nonscientific theory is science.
9  We don't use as a foil demon
10  possession when we teach germ theory.
11      Q.   In science are new ideas
12  generally -- new ideas that challenge
13  the status quo generally met with
14  acceptance?
15      A.   I'm not in the scientific
16  community, but from what I read,
17  generally not.  Generally new ideas
18  have a rough road to go in the world
19  of science.
20      Q.   Because you had mentioned
21  the germ theory of disease.  When
22  that theory was first raised by
23  Robert Koch, K-O-C-H, how was that
24  accepted by the mainline science

Brian Alters 6/2/2005

SHEET 50  PAGE 197

00197

1  community?

2    A.   It was not accepted
3  immediately with open arms, no.

4    Q.   When the germ theory of
5  disease came out, would you say that
6  it ran contrary to the mainline
7  science community?

8    A.   I don't Know that to be the
9  case.  I just don't know.

10    Q.   In the teaching, as a
11  person who has expertise in teaching
12  science, would the introduction,
13  going back, you know, many years when
14  the germ theory disease came out,
15  would the introduction of that theory
16  in a science classroom be good or bad
17  pedagogy?

18         MR. WALCZAK:  At what time
19  are we talking about?

20         MR. WHITE:  Back when the
21  idea first arose.  He understood.

22         THE WITNESS:  If the
23  teachers had the capability back then
24  in the 1800s to examine the

PAGE 198

00198

1  scientific establishment and see that
2  it was being debated in the
3  scientific journals, and the leading
4  scientific organization said, yes,
5  this has some validity, it is still
6  being argued, of course, in the
7  scientific community, and if the
8  teachers had the time and they felt
9  it was pedagogically advantageous,
10  then yes.

11 BY MR. WHITE:

12    Q.   Going back in time, a
13  school board required a teacher to
14  read at the beginning of class that
15  there is this theory called germ
16  theory disease which is contrary to
17  the established theory, if you want
18  to go in the library, go look at a
19  book, would that be good or bad
20  pedagogy?

21    A.   If the leading academies of
22  science at the time and the large
23  academies of science at the time, and
24  the journals, scientific journals of

PAGE 199

00199

1  the time, and the scientific
2  conferences of the time felt that it
3  was science and it was credible and
4  it was important, then I don't see a
5  negative for it to be done, as you
6  said for it to be done, provided the
7  teacher has enough time to fit it in
8  with all the other mainline science
9  that they are expected to teach.

10    Q.   I'm just saying, reading
11  the one sentence, that there is this
12  alternative called a germ theory
13  disease, and if you want, go look at
14  Robert Koch's book in the library.

15    A.   Provided all of my "if"
16  concerning the national academies,
17  the national science organizations,
18  the journals, the conferences said it
19  is science, it's appropriate, we are
20  still arguing it, then I see no harm
21  in doing what you suggest.

22    Q.   So before a teacher can
23  mention anything in a science
24  classroom, it has to be approved by

PAGE 200

00200

1  all these science conventions and
2  associations?

3    A.   Science teachers are not
4  scientists.  They don't have research
5  labs, they don't have doctoral
6  degrees in science, most of them,
7  anyway, they don't publish in
8  scientific research journals, they
9  don't go to scientific conferences,
10  they aren't funded by state and
11  federal organizations to promote
12  their scientific research.

13         So if they do find
14  something in the newspaper or a
15  popular magazine that mentions
16  something about science, I think a
17  responsible science teacher would
18  check either their educational
19  science associations or the
20  scientific associations to see if
21  it's credible before they introduce
22  possible misconceptions into the
23  classroom.

24    Q.   So, in other words, a

Brian Alters 6/2/2005

00201

1 science teacher can't think for
2 themselves?
3     A.    Oh, that's very much
4 thinking for themselves.  They are
5 thinking that I'm not sure this
6 reporter in this popular magazine is
7 reporting this accurately, maybe I
8 will go to the original source, maybe
9 I will check with the scientific
10 community and see if this is proper.
11 It is very much thinking for
12 themselves.
13         In fact, they are thinking
14 critically about what they are
15 reading before they pass on this
16 information to their students.
17     Q.    Is there any difference in
18 science between just a general theory
19 and a scientific theory?
20     A.    I don't understand.
21     Q.    I mean, is there a
22 difference between a scientific
23 theory and then a theory?
24     A.    The general public, through

PAGE 202

00202

1 no expertise in my background but
2 just hearing the word used through
3 many decades, theory in the media,
4 theory in movies, theory in
5 literature, theory on the streets is
6 just some idea, anything from I had a
7 theory of why my coffee tastes bad
8 this morning to theories used and
9 bounced around on X Files series and
10 so forth, whereas a scientific theory
11 is something generally that has been
12 extensively tested and is an
13 explanation of a natural phenomenon.
14         I think there is much
15 confusion among students between the
16 lay public's understanding of the
17 word "theory" that we just used when
18 we are speaking generally versus when
19 we use it in particular in science.
20     Q.    As it relates to biology,
21 what is evolution?
22     A.    Evolution is generally
23 considered descent with modification.
24     Q.    Is evolution a theory in

PAGE 203

00203

1 science?
2     A.    Evolution is a theory and
3 fact.
4     Q.    How is it a theory?
5     A.    It's a theory because it
6 explains the diversity of life on the
7 planet.
8     Q.    Any other way it's a
9 theory?
10     A.    Well, it has theoretical
11 parts.  There are the mechanisms that
12 we referred to earlier that
13 scientists are still arguing, and
14 those are explanations and -- but
15 they are various explanations
16 concerning various parts of
17 evolution.  There are many theories
18 or subtheories concerning evolution
19 that I'm not familiar with but that I
20 know are present.
21     Q.    Well, the theory as you
22 describe it as evolution explains the
23 diversity of life on the planet,
24 that's the main reason it's a theory?

PAGE 204

00204

1     A.    It's an explanation, and it
2 explains something that we see, yes.
3     Q.    Now, as it relates to the
4 explanation of diversity of life on
5 the planet, is there evidence to
6 support all the explanations of that
7 theory?
8     A.    Could you phrase that
9 another way?  I don't understand it
10 that way.
11     Q.    You say that fear of
12 evolution explains diversity of life
13 on the planet.  Is there evidence to
14 support all of the explanations of
15 why there is diversity of life on the
16 planet?
17     A.    I've never heard of any
18 counterevidence.  In fact, I've read
19 that there is no counterevidence to
20 evolution, the occurrence of
21 evolution, and that occurrence of
22 evolution is the explanation for the
23 diversity of life on the planet.
24     Q.    Now, the mechanisms, that's

Brian Alters 6/2/2005

SHEET 52   PAGE 205

00205

1    what we talked about before where
2    they are not -- I believe you had
3    said -- let me get it exactly -- you
4    had said that not all of the
5    evolutionary processes are fully
6    understood.  So the processes are the
7    mechanisms that you are talking
8    about?
9        A.   Yes.  That comment was
10   particularly towards the mechanisms
11   and not towards the occurrence of
12   evolution.
13       Q.   Now, what's the fact of
14   evolution?
15       A.   The fact of evolution is
16   that it occurred and is occurring.
17   It's observable in the field, it's
18   observable in the laboratory, it's
19   observable in the fossil record, and
20   there are inferential ways in which
21   it is observed.
22            So the factual nature of it
23   has come about not simply as an
24   observable fact in and of itself, it

PAGE 206

00206

1    is that it has become so accepted in
2    the scientific community that the
3    theory is still considered a theory,
4    an explanation, but is considered
5    factual.
6            No one, to my knowledge and
7    my reading of the leading societies,
8    is any longer testing, seriously
9    testing, whether evolution has
10   occurred.
11       Q.   But they are testing the
12   mechanisms for evolution?
13       A.   That's my understanding.
14       Q.   Now, define Darwinism for
15   me.
16       A.   I've seen so many
17   definitions, and I don't know if I
18   could recall any at this moment.
19   I've seen Darwinism used as meaning
20   Darwin's ideas about evolution.
21       Q.   Well, Darwin's theory,
22   then, what is that?
23       A.   Darwin's theory basically
24   was that evolution occurred, that

PAGE 207

00207

1    there has been a change in life over
2    the 3 million plus years of life on
3    the -- 3 billion -- excuse me --
4    years of life on the planet, that
5    there's common ancestry, and that the
6    forces that are observable to us
7    today are enough to explain that
8    change.
9        Q.   Does Darwin's theory differ
10   from neoDarwinism?
11       A.   I don't recognize one
12   definition of neoDarwinism.  I've
13   seen various definitions, none that I
14   can recall accurately at the moment.
15            Generally -- and this is
16   very vaguely -- I see it referred to
17   often as neoDarwinism, that Darwin in
18   his time knew very little about
19   genetics, and so as modern biology
20   and genetics came in, there was a
21   synthesis of evidence pointing
22   towards Darwin's ideas, and some
23   people referred to that as
24   neoDarwinism.

PAGE 208

00208

1        Q.   NeoDarwinism would just be
2    a modification of Darwinism?
3        A.   That's my understanding.
4    I'm not an expert in this area, and
5    I've seen various definitions on
6    that.
7        Q.   On this whole area of
8    evolutionists, Darwinism,
9    neoDarwinism, where would you fall in
10   this?  Do you have any view on this?
11       A.   Within the scientific?
12       Q.   Yes.  I mean, are you an
13   evolutionist?  Are you a Darwinist?
14       A.   I accept that evolution is
15   the theory, the accepted scientific
16   theory, of the diversity of life I
17   see around us, yes.
18       Q.   Then that and then in light
19   of your expertise in science
20   education, if a school, public
21   school, is teaching evolution, then
22   they would be properly instructing
23   students in the area of biology?  I
24   mean, if evolution is fully taught in

Brian Alters 6/2/2005

00209
1  a public high school, that is
2  something you would have no problem
3  with.  Correct?
4     A.    Evolution being taught in a
5  public high school?
6     Q.    Uh-huh.
7     A.    I think that's wonderful.
8     Q.    Do you know what the
9  evolutionary tree of life is?
10    A.    Vaguely.
11    Q.    Have you ever heard of the
12  Cambrian Explosion?
13    A.    Yes.
14    Q.    What is that?
15    A.    The -- this is not my area
16  of expertise, so you are going to get
17  a nonexpert answer, and I have not
18  taught evolution at the university
19  level, so here we go.
20        The Cambrian Explosion is a
21  point in time in which vertebrates
22  appear.  We have hard-shell animals
23  appearing.  It's the first time we
24  have notocord, a backbone, in

00210
1  organisms -- it's in the fossil
2  record -- and this is the first
3  appearance of them.  That's generally
4  what's known as the Cambrian
5  Explosion.
6     Q.    Would that mean that these
7  vertebrates just abruptly appeared?
8     A.    I'm not a paleontologist; I
9  don't have expertise in this area.
10  My understanding is that abruptly, in
11  a geological sense, not necessarily
12  that one minute in one day they
13  abruptly appeared, but in a
14  geological sense, there was an
15  occurrence in which these organisms
16  came into existence.
17    Q.    What are the strengths in
18  the theory of evolution that should
19  be taught to students in a science
20  classroom in high school?
21    A.    Fossil record is always
22  good.  Geographic distribution that
23  organisms -- various places around
24  the planet that have selective

00211
1  pressures on them result in
2  structures that are often similar to
3  other places with similar selective
4  pressures.  There's so many things.
5  This is often up to the teacher, but
6  I will give you some more standard
7  ones.
8        Common ancestry.  Sometimes
9  used as a foil is Lamarckianism
10  versus Darwin's ideas.  A structural
11  similarity in embryology.  If you
12  look at a rat, a turtle, and a
13  chicken, they have similar
14  structures, they look almost
15  identical in their embryonic state,
16  but yet they grow up to be completely
17  different-looking organisms.
18        There's embryonic homology
19  in which organisms look somewhat the
20  same in the embryonic state, but when
21  the tissue develops, it develops into
22  different type of forms in various
23  animals; for example, you have a
24  bunch of vertebrates, and the hand in

00212
1  one organism would look similar to
2  the lobe-fin in another, and it would
3  look somewhat similar if you go to a
4  different type -- to an arm in
5  another type of organism, maybe a
6  bird or something like that, but they
7  all came from the same tissue, but
8  yet developed into somewhat similar
9  but different functions and forms in
10  the organisms.
11        I would teach students
12  about, as I mentioned previously,
13  punctuated equilibrium and phyletic
14  gradualism.  I think that helps them
15  understand the tempo and mode of
16  evolution.  I would teach students
17  many more things about evolution, but
18  it is always a constraint of time.
19        High school biology
20  teachers have generally thick books,
21  and it doesn't necessarily mean that
22  drives the curriculum -- hopefully it
23  doesn't, but between what the
24  curriculum says and the amount of

Brian Alters 6/2/2005

SHEET 54   PAGE 213

00213

1 material in a textbook, often what
2 comes into play for teachers is how
3 much time do they have.
4        Often teachers devote
5 explicitly time to evolution, and
6 other times they will just use it
7 here and there throughout their
8 course.  Again, it comes back to the
9 individual instructor.
10        Q.   What weaknesses in the
11 theory of evolution should a high
12 school science class learn about?
13        A.   I think one of the good
14 weaknesses probably to teach would
15 be, as should be taught in all
16 scientific theories, not every
17 scientific theory the scientists tell
18 us has it weaknesses, in evolution it
19 would be some of the hows, again, we
20 were talking about, some of the
21 mechanisms.
22        Most evolutionary
23 biologists that I read have strong
24 opinions concerning natural selection

PAGE 214

00214

1 thinking it is a very strong
2 mechanism within evolution, but then
3 they debate how strong that is and
4 what other mechanisms come into play,
5 as we have discussed repeatedly
6 throughout this time together.
7        So a weakness would be that
8 we don't have confirmed ideas yet
9 that are absolute within the
10 scientific community.  We don't have
11 overwhelming consensus yet on the
12 mechanisms for evolution and how they
13 interplay together and so forth.
14        Q.   So in teaching weaknesses
15 of a theory in a science high school
16 classroom, is that indicating that
17 there are problems in the theory?
18        A.   If it's taught properly, I
19 don't think it would create that.  It
20 is stating, just like any other
21 scientific theory, there are some
22 unanswered questions concerning it,
23 we don't quite understand all the
24 mechanisms of evolution, and that's

PAGE 215

00215

1 part of science, that's part of
2 saying it doesn't explain everything.
3        Q.   So, in other words, the
4 theory, then, should not be accepted
5 as a truth?
6        A.   I don't like the word
7 "truth" used anywhere in science
8 except maybe on true or false exams.
9        Q.   Okay.  As an absolute?
10        A.   I don't know if the word
11 "absolute" is ever used in science,
12 so I don't quite know how to answer
13 that.
14        Q.   Okay.  Then used that it's
15 a fact?
16        A.   As I explained before,
17 evolution is a theory and fact, but
18 the students have to understand what
19 it means to be factual in science.
20 Stating something is a fact in
21 science does not mean that it will be
22 always that way.
23        Science is always open to
24 new evidence.  All of our theories,

PAGE 216

00216

1 all of our facts, all of our
2 observations are tentative.  And that
3 means that as new information comes
4 in, in principle, we should accept
5 that new information and, if
6 necessary, modify our theories' laws.
7        Q.   So, in other words, keeping
8 an open mind about the theory?
9        A.   That's your words, not
10 mine, but if that's what you want to
11 think of as an open mind, then that's
12 fine with me.
13        Q.   What is creationism?
14        A.   Creationism.  There's so
15 many different types of creationisms
16 it would be difficult to answer, but
17 I will do my best.  Briefly, it's a
18 supernatural power that created.
19        Q.   Is creationism, under that
20 definition, then, a theory?
21        A.   It's not a scientific
22 theory.
23        Q.   Why wouldn't it be a
24 scientific theory?

Brian Alters 6/2/2005

SHEET 55   PAGE 217

00217

1      A.   Science operates -- what --
2   one of the areas of science operates
3   or ground rules of science, as it's
4   often called, is methodological
5   naturalism, and methodological
6   naturalism is basically that we do
7   research on -- by trying to find
8   natural causes for natural phenomena.
9      Q.   And what's creation
10  science?
11     A.   Creation science, in my
12  view, is an oxymoron and was created,
13  as far as my understanding of the
14  history of it, by young earth
15  creationists, a particular type of
16  creationists, who tried to -- and
17  apparently still are trying -- to say
18  that creationism can be a form of
19  science.
20     Q.   Explain that more for me.
21     A.   I think maybe a specific
22  example might be good.  The Institute
23  for Creation Research in El Cajon,
24  California.

PAGE 218

00218

1      Q.   Excuse me; what did you
2   say?
3      A.   In El Cajon, California, is
4   probably, I believe, the largest
5   research creationist institute on the
6   planet.  And they believe that they
7   are using scientific methodology to
8   show that evolution doesn't work,
9   that evolution is wrong, and that
10  people should recognize supernatural
11  causes within science.
12     Q.   Would creation science
13  depend on a Biblical view when it
14  comes to evolution?
15     A.   In this -- this particular
16  institute parses out two types of
17  scientific creationism.
18          They say there is
19  scientific creationism that is
20  Biblical, that is truly a theological
21  point of view, a religious point of
22  view, and then they also say -- and
23  this is the more important point,
24  probably -- is that there is a

PAGE 219

00219

1   scientific creationism that they
2   believe it's -- it could be examined
3   regardless of one's religious points
4   of view and that it has scientific
5   merit.
6      Q.   And what's intelligent
7   design as it is related to biology
8   and science?
9      A.   To me, intelligent design
10  is a theological and philosophical
11  idea attempting to masquerade as
12  science in schools.
13     Q.   How is it a theological
14  idea?
15     A.   Well, it has the word --
16  every time I've read about
17  intelligent design somewhere from
18  intelligent design authors or in "Of
19  Pandas And People," the word
20  "supernatural" is there somewhere;
21  but when I open science textbooks and
22  I open science journals and I go to
23  science conferences, I don't hear
24  supernatural as a possible cause in

PAGE 220

00220

1   the scientific world.
2      Q.   How is it a philosophical
3   idea?
4      A.   When I read intelligent
5   design materials, I often recognize
6   things that I consider to be sort of
7   the basis of science, they are more
8   the philosophical arguments of
9   demarcation between science and
10  nonscience, which scientists
11  typically don't appear to argue, but
12  philosophers of science apparently
13  have discussed over the decades this
14  matter.
15     Q.   What intelligent design
16  materials have you read?
17     A.   I will never recall them
18  all here at this moment, but --
19     Q.   Just give me the main
20  ones.
21     A.   Okay.  "Darwin's Black
22  Box," Behe.  "Darwin On Trial,"
23  Phillip Johnson.  "Defeating
24  Darwinism," Johnson.  I read

Brian Alters 6/2/2005

00221

1   something by Meyer.  I read something
2   by Demski.  Of course "Of Pandas And
3   People."  There are others, but at
4   the moment I can't recall.
5      Q.   Now, on some of these books
6   you have listed here, "Of Pandas And
7   People," am I correct you say that
8   that's not a scientific book?
9      A.   It is not scientific
10   because -- well, there may be
11   multiple reasons, but one of the
12   fundamental reasons, since we are
13   talking about it right now, is the
14   ground rule of methodological
15   naturalism, and when I open up "Of
16   Pandas And People," I see a possible
17   supernatural cause.
18      Q.   Because of the air blower I
19   didn't hear the last part of your
20   sentence.
21         MR. WHITE:  Can you please
22   repeat that?  I'm sorry.
23         (The court reporter read
24   back the following:

00222

1         "A.  It is not scientific
2   because -- well, there may be
3   multiple reasons, but one of the
4   fundamental reasons, since we are
5   talking about it right now, is the
6   ground rule of methodological
7   naturalism, and when I open up "Of
8   Pandas And People," I see a possible
9   supernatural cause.")
10   BY MR. WHITE:
11      Q.   What about the book -- you
12   mentioned "Darwin's Black Box."  Is
13   that a scientific book?
14      A.   I don't consider it a
15   scientific book.
16      Q.   Why is that?
17      A.   Again, in the book it
18   brings up the possibility of
19   supernatural causation.
20      Q.   Now, can intelligent design
21   be considered that biological
22   organisms owe their origin to a
23   preexisting intelligence, not a
24   supernatural intelligence, just a

00223

1   preexisting intelligence?
2      A.   From what I read is there
3   is no explanation that exists in the
4   natural world that it is appealing to
5   something that we do not understand
6   to be natural, something that is so
7   far afield to the natural world that
8   in essence it is supernatural.
9      Q.   And that's just your
10   interpretation of the reading?
11      A.   That particular reading,
12   and the National Academy of Sciences,
13   and the AAAS, both contend that
14   intelligent design is not science.
15      Q.   Is intelligent design
16   dependent on the Bible to reach its
17   conclusions?
18      A.   I don't believe so.
19      Q.   Is it dependent on any
20   sacred scripture?
21      A.   I don't believe so.
22      Q.   Does the theory of
23   intelligent design depend on any
24   religious faith?

00224

1      A.   I don't think so.
2      Q.   Does intelligent design say
3   who the designer was?
4      A.   From what I have read, no.
5      Q.   Does intelligent design
6   depend on any religious experience or
7   tradition?
8      A.   Only the tradition of
9   accepting nonnaturalistic causes for
10   natural phenomena.
11      Q.   Does the theory of
12   intelligent design lead one to
13   believe that the designer is a God?
14      A.   I have no idea about the
15   general public; however, I would
16   contend that if 15-year-old children
17   in 9th grade were to juxtapose
18   evolution that doesn't mention a
19   supernatural possibility to
20   intelligent design that explicitly
21   mentions a supernatural possibility,
22   that the students will associate
23   intelligent design to meaning God or
24   God-friendly, at least, or

Brian Alters 6/2/2005

00225

1   religion-friendly and evolution to be
2   not religious-friendly.
3       Q.   In the book "Of Pandas And
4   People," does it make a reference
5   that the designer is a supernatural
6   being, from your review of the
7   sections that you said you had
8   reviewed prior to --
9       A.   May I look at my sections
10   that I had looked at earlier?
11       Q.   Sure.
12       A.   On Page 100, the last
13   sentence in the first paragraph
14   states: "This alternative suggests
15   that a reasonable natural cause
16   explanation for origins may never be
17   found and that intelligent design
18   best fits the data."
19       Q.   But that is not saying that
20   it's a supernatural being, is it?
21       A.   It is stating that it is
22   nonnatural, and the only nonnatural
23   I'm aware of is the supernatural.
24       Q.   Read that sentence one more

00226

1   time for me, please.
2       A.   "This alternative suggests
3   that a reasonable natural cause
4   explanation for origins may never be
5   found and that intelligent design
6   best fits the data."
7       Q.   Let me see that book,
8   please.
9            In a science classroom, is
10   a science classroom in a public
11   school a forum for inquiry?
12       A.   Yes.
13       Q.   Is a science classroom in a
14   public high school a forum for
15   critical discussions?
16       A.   Appropriate critical
17   discussions, yes.
18       Q.   And in a science classroom
19   should there be an opportunity for
20   open critical discussions to take
21   place?
22       A.   I don't know what you mean
23   by "open."
24       Q.   Well, where people can

00227

1   freely debate and discuss matters in
2   a critical fashion.
3       A.   I think it would be
4   completely inappropriate in a high
5   school -- public high school science
6   classroom to debate whether evolution
7   disproves the existence of God or
8   not, for example.
9       Q.   But other than that?
10       A.   I think it would be
11   completely inappropriate to bring up
12   a causal activity to natural
13   phenomena and explain that causation
14   to be supernatural.
15           (Alters Exhibit 4 was
16   marked for identification.)
17   BY MR. WHITE:
18       Q.   I would like to show you --
19   I don't know if this is Exhibit 4.
20           THE COURT REPORTER:  Yes.
21   BY MR. WHITE:
22       Q.   This is just -- I can give
23   you the actual photocopy of Miller,
24   Levine.

00228

1            MR. WALCZAK:  Do you know
2   which edition this is?
3            MR. WHITE:  Yes.  Exhibit 4
4   is the 2004 edition of Miller and
5   Levine; "Biology," with the dragonfly
6   on the front.
7            MR. WALCZAK:  It's known as
8   the dragonfly edition.  Yes.  Thank
9   you.
10   BY MR. WHITE:
11       Q.   Now, you said you were
12   familiar with this "Biology"
13   textbook, but you had reviewed it --
14   a much earlier version of it about
15   ten years ago, I believe you said?
16       A.   I don't remember which
17   edition, but it was late '80s, so
18   probably five, six, seven, eight
19   years ago, and --
20           MR. WALCZAK:  Late '80s or
21   '90s?
22           THE WITNESS:  Late '90s.
23   Did I say '80s?
24           MR. WALCZAK:  You said

Brian Alters 6/2/2005

00229

1    '80s.
2         THE WITNESS:  Sorry.
3    Late '90s.  Six, seven,
4    eight years ago, probably, and, no,
5    I'm not that familiar from that long
6    ago.  I don't even recall which
7    section I reviewed.
     BY MR. WHITE:
8    Q.    If you can turn to the
9    third page of that photocopy, which
10   is Page 386 of Chapter 15 of the
11   textbook.
12   A.    Yes.
13   Q.    In the bottom text section
14   or the section of the text Strengths
15   and Weaknesses of Evolutionary
16   Theory?
17   A.    Yes.
18   Q.    If you can read that out
19   loud for the record, please.
20   A.    "Scientific advances in
21   many fields of biology, along with
22   geology and physics, have confirmed
23   and expanded most of Darwin's

00230

1    hypotheses.  Today evolutionary
2    theory offers vital insights to all
3    biological and biomedical sciences
4    from infectious disease research to
5    ecology.  In fact, evolution is often
6    called the 'grand unifying theory of
7    the life sciences.'"
8         Do you want me to continue?
9    Q.    Please.
10   A.    "Like any scientific
11   theory, evolutionary theory continues
12   to change as new data are gathered
13   and new ways of thinking arise.  As
14   you will see shortly, researchers
15   still debate such important questions
16   as precisely how new species arise
17   and why species become extinct.
18   These are also -- there is also
19   uncertainty about how life began."
20   Q.    Now, the part of this
21   textbook where it says "researchers
22   still debate such important questions
23   as precisely how new species arise
24   and why species become extinct," is

00231

1    that the mechanism of the theory you
2    were talking about before?
3    A.    Yes.
4    Q.    And then regarding the
5    uncertainty about how life begins, is
6    that also the mechanism of the
7    theory?
8    A.    Yes.  We have great
9    discussions still continuing on how
10   life originated.
11   Q.    Now, this current debate
12   that's laid out in this paragraph we
13   are looking at, how is that not a gap
14   in the theory of evolution?
15   A.    It's not a gap concerning
16   whether evolution occurred; it's an
17   area in which discussion is still
18   going on, as it does in almost all
19   areas of science, concerning the
20   mechanism of evolution.  I don't
21   particularly like the word "gap."
22        It sounds like something is
23   missing that naturally should be
24   there.  Science is appropriately

00232

1    discussing and refining the hows of
2    evolution.
3    Q.    When you are saying whether
4    evolution occurred, I thought that
5    was a fact, whether evolution
6    occurred?
7    A.    It's a fact and theory.
8    It's an explanation of -- to explain
9    the diversity of life we see on the
10   planet, and it's a fact because it's
11   universally accepted among the
12   scientific community that they no
13   longer even test whether it occurred
14   or not.  It's considered factual.
15   Q.    How is the debate and
16   uncertainty about how life began, how
17   was that not a problem in the theory
18   of evolution?
19   A.    I don't understand what you
20   mean by "a problem."
21   Q.    Well, what do you
22   interpret -- when someone says
23   there's a problem with the theory of
24   evolution, what does that mean to

Brian Alters 6/2/2005

SHEET 59   PAGE 233

00233

1  you?

2    A.   I generally don't hear
3  that.  I hear that the science is
4  alive and well and they are debating
5  various areas and investigating and
6  studying and doing what science does,
7  trying to find an explanation of the
8  origin of life.  They have been
9  trying this for a long time now.
10    Q.   And when someone says
11  there's a gap in the theory of
12  evolution, does that mean anything to
13  you?
14    A.   I generally ask -- it
15  doesn't happen often, but I generally
16  ask what they mean by "gap."
17    Q.   Well, what do you think the
18  word "gap" means?
19    A.   They generally bring up
20  gaps in the fossil record, that there
21  is a gap in knowledge concerning the
22  occurrence of evolution, that
23  scientists have such missing aspects
24  of the occurrence of evolution that

PAGE 234

00234

1  they are seriously questioning
2  whether evolution occurred.  That's
3  generally the response I get from
4  people.
5    Q.   Now, the school district
6  who uses this Miller and Levine
7  "Biology" textbook in its science
8  classes, are students being presented
9  with a good source to learn biology
10  and evolution?
11    A.   I haven't reviewed this
12  edition of the book, and even the
13  last edition I haven't, but I have
14  skimmed this page very quickly and it
15  looks good to me.
16         MR. WHITE:  Want to take a
17  break?
18         (Recess taken.)
19         (Alters Exhibit 5 was
20  marked for identification.)
21  BY MR. WHITE:
22    Q.   I will show you Exhibit 5,
23  Appendix B of the Academic Standards
24  for Science and Technology from the

PAGE 235

00235

1  Commonwealth of Pennsylvania, the
2  January 5th, 2002 edition.
3         Prior to your involvement
4  in this case, did you have any
5  familiarity with the Academic
6  Standards for Science and Technology
7  in Pennsylvania?
8    A.   No.
9    Q.   How did you acquire your
10  familiarity with those standards?
11    A.   I believe I went online to
12  take a look at them.
13    Q.   What's the purpose of
14  academic standards from a state?
15    A.   Well, my understanding --
16  all states are not exactly the same,
17  but that it is suggestions, that it
18  is a standard that schools might want
19  to consider for various parts.  They
20  can adhere to some parts and maybe
21  not adhere as closely to other parts.
22    Q.   Do you know what the rule
23  is in Pennsylvania?
24    A.   No.

PAGE 236

00236

1    Q.   Do you know what a school
2  board's obligation is regarding
3  standards in Pennsylvania?
4    A.   No.
5    Q.   Do you know in Pennsylvania
6  how the school board would comply
7  with the standards as set forth by
8  the State of Pennsylvania?
9    A.   No.
10    Q.   What's the role of a
11  teacher with regard to the
12  application of teaching standards in
13  Pennsylvania?
14    A.   Their legal role, their
15  contractual role?
16    Q.   Just their role as a
17  teacher.
18    A.   I would hope that they were
19  admonished in their university
20  classes to take a look at their state
21  standards.
22    Q.   Now if you could turn,
23  please, to Page 10 of Exhibit 5.  The
24  page numbers are marked on the bottom

Brian Alters 6/2/2005

00237

1  right-hand corner.
2      A.   Yes.
3      Q.   The third column over from
4  the left which says 3.2.10, Grade 10.
5      A.   Yes.
6      Q.   It's your understanding
7  that in Pennsylvania by the grade 10,
8  students should be able to acquire
9  the knowledge and the skills needed
10  to fulfill the items that are set
11  forth in that column?
12      A.   If that's what you are
13  telling me.
14      Q.   Well, what does it say at
15  the top of the page there,
16  "Pennsylvania's public schools shall
17  teach" --
18      A.   "Pennsylvania's public
19  schools shall teach, challenge and
20  support every student to realize his
21  or her maximum potential and to
22  acquire the knowledge and skills
23  needed to."   And then A under 3.2.10
24      Q.

00238

1  says what --
2      A.   Yep.
3      Q.   -- "Apply knowledge" --
4      A.   Yes.
5      Q.   -- "and understanding about
6  the nature of scientific and
7  technological knowledge"?
8      A.   Yes.
9      Q.   "Compare and contrast
10  scientific theories and beliefs"?
11      A.   Yes.
12      Q.   Then "Integrate new
13  information into existing theories
14  and explain implied results"?
15      A.   Yes.
16      Q.   How is the four-paragraph
17  statement that is read to students --
18  Exhibit 2, I believe -- how is that
19  not integrating new information into
20  existing theories and explaining
21  implied results?
22      A.   I think the assumption here
23  is integrating scientific
24  information.   The information in the

00239

1  statement is concerning something
2  that is not scientific.
3      Q.   Now, if you look to the
4  fourth column on Page 10 of Exhibit
5  5, it says, "By Grade 12 to evaluate
6  the nature of scientific and
7  technological knowledge," and then
8  the second paragraph down says,
9  "Critically evaluate the status of
10  existing theories; for example, germ
11  theory of disease, wave theory of
12  light, classification of subatomic
13  particles, theory of evolution, and
14  epidemiology of aids."
15          Now, "critically evaluate
16  the status of existing theories,"
17  theory of evolution."   So you don't
18  have any problem with the theory of
19  evolution being critically evaluated
20  in the classroom of a public high
21  school, do you?
22      A.   I have a problem with it
23  being singled out as a theory to be
24  evaluated.   The sentence states "for

00240

1  example."   It does not state this is
2  the total list.   So germ theory of
3  diseases, wave theory of light,
4  classification of subatomic
5  particles, theory of evolution,
6  epidemiology of aids is just some
7  examples of the many things that
8  students may be encouraged to
9  critically evaluate.
10      Q.   But a school could choose
11  just to critically evaluate the germ
12  theory of disease?
13      A.   I imagine the school could
14  choose just to do one thing in these
15  entire standards.   I'm not saying
16  that would be good.
17      Q.   But if there's a listing
18  there "for example," that doesn't
19  mean that the entire listing has to
20  be critically evaluated, does it?
21      A.   I don't know what the
22  criteria for the State of
23  Pennsylvania is, but, again, having a
24  list and critically evaluating

Brian Alters 6/2/2005

SHEET 61   PAGE 241

00241

1 existing theories is fine, and
2 evolution is one of these as
3 examples, and we can probably list
4 many, many more.
5      Q.   If you can turn to Pages 13
6 and 14. Excuse me; it starts on Page
7 12. So this academic standards is
8 for biological sciences. Correct?
9      A.   Yes.
10      Q.   Then on Page 13, the third
11 column, Section D.
12      A.   Yes.
13      Q.   These are the areas in
14 which students need to acquire
15 knowledge and skills by the 10th
16 grade. Correct?
17      A.   Correct.
18      Q.   And as far as you know, the
19 students in Dover are being taught in
20 these areas in their science
21 classrooms by 9th grade?
22      A.   I saw a lot of similarities
23 between their curriculum and these
24 standards, but I did not go word for

PAGE 242

00242

1 word.
2      Q.   Now, does the reading of
3 the four-paragraph statement the one
4 time at the start of the biology
5 course prevent students from
6 acquiring the knowledge and skills
7 needed to accomplish what's set forth
8 in Subparagraph D, as in dog?
9      A.   Yes.
10      Q.   How?
11      A.   It states here in the
12 four-paragraph statement that's read
13 to the students that intelligent
14 design is an explanation. That could
15 very possibly lead students to think
16 that supernatural causation is a
17 possible factor in explaining the
18 mechanisms of the theory of
19 evolution.
20           The fourth bullet down says
21 "Describe the factors." I would not
22 be surprised at all if a student said
23 intelligent design.
24      Q.   Now, aren't there some

PAGE 243

00243

1 scientists out there -- I believe it
2 was Krick who said that you
3 constantly have to remind yourself
4 that these were not designed, the
5 things that you are looking at in
6 nature are not designed? Are you
7 familiar with that?
8      A.   I'm familiar with the
9 statement. I don't believe it was
10 attributed to Krick, but I'm familiar
11 with the statement, yes.
12      Q.   Well, how do you make the
13 leap from the one four-paragraph
14 statement to these conclusions that
15 students are going to have a lesser
16 view of the theory of evolution to
17 cause these great misconceptions?
18      A.   The students have an
19 unusual occurrence happen during
20 their class day. Somebody different
21 walks into their classroom,
22 apparently there is some opting out
23 allowed because this is so special.
24           Somebody they probably

PAGE 244

00244

1 don't recognize, the assistant
2 superintendent, reads a special
3 four-paragraph statement concerning
4 intelligent design. This will
5 probably get more attention from the
6 students than if the teacher had read
7 it, by far.
8           Not only that, it's
9 something that is in addition to what
10 the textbook probably says is the
11 major unifying theory of all of
12 biology.
13           It's very probable, in my
14 opinion, that students will remember
15 this. And it -- for many of them, it
16 allows the interjection of
17 supernatural causes into their
18 classroom biology activities. It's a
19 way that has informed them this is
20 okay. This is part of science.
21           This is a major
22 misconception. It is something that
23 good science teachers will probably
24 have to undo.

Brian Alters 6/2/2005

SHEET 62   PAGE 245
00245

2  1          Q.   How does a student come to
3  2   this conclusion about supernatural
4  3   causes just by the reading of this
5  4   statement in Exhibit 2?
6  5          A.   "Intelligent design" --
7  6   it's the third paragraph of the Dover
8  7   statement -- "Intelligent design is
9  8   an explanation of the origin of life
10 9   that differs from Darwin's view.  The
11 10  reference book 'Of Pandas And People'
12 11  is available for students who might
13 12  be interested in gaining an
14 13  understanding of what intelligent
15 14  design actually involves.'
16 15          So now we have brought up
17 16  intelligent design, we have told them
18 17  that it differs from the view that
19 18  they are learning in the classroom,
20 19  we told them it concerns the -- an
21 20  explanation about the origin of life,
22 21  and then we have directly spelled out
23 22  the book that they can go and get
24 23  further information from.
25 24          "Of Pandas And People," as

PAGE 246
00246

2  1   we discussed just previously, brings
3  2   up nonnatural causes that intelligent
4  3   design is about.
5  4          Q.   But how did you just from
6  5   reading -- being read that statement,
7  6   to students, and not going to get the
8  7   "Of Pandas And People," how do they
9  8   come to the conclusion that there's
10 9   supernatural consequences involved
11 10  here?
12 11         A.   Two ways.  One, they may
13 12  have heard of intelligent design.  In
14 13  the thousands of students I've
15 14  interviewed, approximately 10 to 11
16 15  percent of them have heard about
17 16  intelligent design by name.  They
18 17  generally learned about it in their
19 18  churches or church-related
20 19  activities.  They associate it very
21 20  closely to God and their religion.
22 21         Second, students talk to
23 22  other students.  A student can lean
24 23  over and say "What's this intelligent
25 24  design stuff?"

PAGE 247
00247

2  1          Another student can say "It
3  2   means God did it."
4  3          "Oh."
5  4          So there are two ways.  I
6  5   understand that you are saying -- or
7  6   questioning whether this statement
8  7   says directly "supernatural causes."
9  8   No, it doesn't.  But in a reasonable
10 9   classroom it is not unreasonable to
11 10  believe that many students will
12 11  associate it with supernatural
13 12  causes.
14 13         Q.   But those many students you
15 14  are talking about who have learned
16 15  about intelligent design maybe
17 16  through their churches or through the
18 17  popular media, wouldn't they already
19 18  know about intelligent design before
20 19  they hear this statement read to
21 20  them?
22 21         A.   They may recognize that
23 22  it's a point of view that's connected
24 23  with their particular religion.
25 24  There may be a whole continuum from

PAGE 248
00248

2  1   people who barely recognize they have
3  2   heard the term before all the way
4  3   over to students who possibly know a
5  4   lot about intelligent design, maybe
6  5   had Bible classes in church about
7  6   intelligent design, maybe have had
8  7   intelligent design authors come and
9  8   speak at their church possibly
10 9   concerning intelligent design.
11 10         So I would assume that
12 11  there would be a continuum of
13 12  students from knowing very little
14 13  about intelligent design all the way
15 14  over to knowing a lot about
16 15  intelligent design.
17 16         Q.   But this concern you have
18 17  that maybe students would lean over
19 18  and start talking to each other about
20 19  intelligent design, that can happen
21 20  whether or not they hear this
22 21  statement.  Correct?
23 22         A.   Absolutely true.  However,
24 23  this is being read by a guest to the
25 24  biology classroom, somebody that is

Brian Alters 6/2/2005

SHEET 63   PAGE 249

00249

1  unusual, an event that, to my
2  knowledge, doesn't occur in other
3  biology class -- public school
4  biology classrooms across the nation.
5       A subject comes up, a
6  stranger walks in and reads four
7  paragraphs about other idea or ideas
8  besides what you are learning in this
9  class, tells you about a book located
10 somewhere, I assume, at the school,
11 and then walks out of the classroom.
12 This is a big event for the day for
13 students compared to the -- just the
14 teacher going on as usual.
15       Q.  But it is the teachers who
16 chose not to read this statement;
17 that's why this guest is coming in,
18 correct, from your understanding?
19       A.  My understanding is that
20 the science teachers decided not to
21 read this unscientific statement in
22 their science classrooms, yes.
23       Q.  And then for a student to
24 come to this supernatural causes

PAGE 250

00250

1  conclusion, it would be from looking
2  at "Of Pandas And People," that one
3  sentence on Page 100 you referred to
4  earlier?
5       A.  There may be many other
6  places in the text, but that is the
7  one I referred to earlier.
8       Q.  And for you to reach the
9  conclusion that Page 100 of "Of
10 Pandas And People" is stating that
11 it's a supernatural cause, that was
12 your extrapolation from the text
13 here.  Correct?
14       A.  I don't know anything
15 that's not natural; by default I
16 think that's probably what most
17 think that's probably what most
18 15-year-old children would think.
19 And I think an average child would
20 probably ask, intelligent design, is
21 that -- who is doing the intelligent
22 designing?
23       Q.  Wouldn't a student who is
24 just learning the theory of evolution

PAGE 251

00251

1  in a public school, the average
2  15-year-old, ask that same question
3  when learning about evolution, where
4  did we come from?
5       A.  It's very possible.  In
6  fact, I have heard many times that
7  exact thing reported, and generally
8  good science teachers say that's a
9  question that can't be answered by
10 science, the -- whether evolution is
11 directed by a supreme being or not or
12 some unnatural forces is not a
13 question that we can entertain in
14 science because we have this ground
15 rule of just looking for natural
16 causes.
17       Q.  Your opinion is that
18 intelligent design is saying that you
19 have to have a supernatural designer?
20       A.  No, I didn't say that.  I
21 have seen in intelligent design
22 writings where they often say a
23 possibly supernatural or
24 extraterrestrial agency.  They don't

PAGE 252

00252

1  explain exactly what the
2  extraterrestrial could be.
3       I think most 15-year-olds
4  might chalk it up to maybe UFOs
5  coming down, some nonnatural
6  explanation that we have, that have
7  some super powers that we don't have.
8  That's part of -- not our natural way
9  we go about explaining things in
10 science.
11       When we don't understand
12 something or don't know anything, we
13 don't say, oh, there's this UFO that
14 probably came down and zapped it into
15 its existence.
16       Now, the supernatural
17 causes may be true and may certainly
18 be real, but we just don't entertain
19 them as ground rules within science,
20 and since they don't in science, we
21 also don't entertain them within the
22 science classrooms.
23       Q.  Is the Dover School
24 District teaching religion in its

Brian Alters 6/2/2005

SHEET 64   PAGE 253

00253

```
 1  high school biology classes?
 2      A.   I'm not an expert on
 3  religion, and I don't know if I could
 4  even define religion for you.
 5      Q.   So, in other words, you
 6  don't know?
 7      A.   I don't know.
 8      Q.   So by reading that
 9  four-paragraph statement you don't
10  have an opinion whether Dover High
11  School is teaching religion?
12      A.   I can't formulate an
13  opinion from this.
14      Q.   By reading that
15  four-paragraph statement on Exhibit
16  2 -- is that correct, 2?
17      A.   Yes.
18      Q.   -- is Dover High School
19  presenting religious beliefs in its
20  high school biology classes?
21      A.   Again, not being an expert
22  on defining what religion is, I can't
23  tell, and from my personal opinion of
24  these four paragraphs, I can't make a
```

PAGE 254

00254

```
 1  conclusive opinion.
 2      Q.   From reading those four
 3  paragraphs stating -- or -- excuse
 4  me -- by reading that four-paragraph
 5  statement to the students is Dover
 6  School District teaching creationism
 7  in its high school biology classes?
 8      A.   Indirectly, yes.
 9      Q.   How is that?
10      A.   Again, we go back to the
11  third paragraph, first sentence:
12  "Intelligent design is an explanation
13  of the origin of life that differs
14  from Darwin's view."
15           Now, I'm not saying that
16  sentence is accurate concerning
17  Darwin's view or not or whether it
18  should say evolution, but the point
19  is is when I read this, I see that
20  intelligent design is an explanation
21  of something that differs from the
22  scientific point of view.
23           And that something that's
24  different, when the child follows on
```

PAGE 255

00255

```
 1  to the resource, finds out it is
 2  something that I would categorize as
 3  creationism.
 4      Q.   There's a lot of
 5  assumptions, though, you have to make
 6  to get to your conclusion.  Correct?
 7      A.   It states in the sentence
 8  that something differs from Darwin's
 9  view, and this something has been
10  discredited by the scientific
11  community, by the science education
12  community, and it is in this
13  paragraph, "The science community and
14  the science education community
15  leading organizations have said that
16  intelligent design is a form of
17  creationism."
18           So it states that
19  intelligent design, creationism, is
20  an explanation of the origin of life
21  that differs from the scientific
22  view.
23      Q.   So, in your opinion, then,
24  a 15-year-old student hearing the
```

PAGE 256

00256

```
 1  one-sentence "Intelligent design is
 2  an explanation of the origin of life
 3  that differs from Darwin's view,"
 4  which is the statement read to them,
 5  would hear intelligent design,
 6  creationism?
 7      A.   Some yes, some no.  Some
 8  who are familiar with intelligent
 9  design or have heard the word, yes.
10  Some who have never heard the words
11  "intelligent design," possibly not.
12  But it begs the question of who is
13  the intelligent designer?
14      Q.   And, in your view,
15  intelligent design is just a
16  masquerade of creationism?
17      A.   I don't know if I would use
18  the derogatory word "masquerading,"
19  but I believe it's a form of
20  creationism.  As I stated previously,
21  I think intelligent design and
22  creationism are somewhat synonymous
23  and intelligent design is a form of
24  creationism.
```

Brian Alters 6/2/2005

SHEET 65    PAGE 257

00257

1    Q.    You had said that you
2    thought intelligent design was
3    masking itself as science.  Correct?
4    A.    Attempting to masquerade as
5    science in the public schools.
6    Q.    And your view of
7    intelligent design is creationism?
8         MR. WALCZAK:  You just
9    asked him and he just answered.
10         MR. WHITE:  Well, I want to
11    hear the answer again.
12         THE WITNESS:  I consider
13    intelligent design to be a form of
14    creationism.
15    BY MR. WHITE:
16    Q.    So then in your view, then,
17    the reading of this four-paragraph
18    statement to students in the Dover
19    High School is teaching creationism
20    in that high school classroom?
21    A.    It's a form of teaching
22    creationism.  It may not be the best
23    way to teach something, but it is a
24    form of teaching, yes.

PAGE 258

00258

1    Q.    But a form of teaching
2    creationism?
3    A.    Yes.
4    Q.    Does the professional
5    association for teachers and like
6    groups, are they the ones who decide
7    what's taught in a public high school
8    science classroom?
9    A.    No.
10    Q.    It's the school board that
11    decides what's taught, as far as the
12    curriculum goes.  Correct?
13    A.    My understanding is in most
14    states local school boards make the
15    decision of what is taught in their
16    schools.
17    Q.    And the Dover School
18    District is required, as far as you
19    know, to follow the Pennsylvania
20    standards that we were looking at
21    previously?
22    A.    I do not know that they are
23    required to follow the state
24    standards.

PAGE 259

00259

1    Q.    Do you know whether they
2    are following the state standards?
3    A.    When I did a quick
4    examination of the state standards
5    concerning evolution and the Dover
6    curriculum concerning evolution, I
7    can see some similarity between the
8    two.
9    Q.    Do you see anything that
10    would differ between the two?
11    A.    I did.  I can't recall at
12    the moment, but nothing
13    extraordinarily devastating.
14    Q.    So from your review,
15    though, the Dover School District
16    curriculum seems to be in compliance
17    with the state academic standards as
18    far as evolution goes.  Correct?
19    A.    Roughly, yes.
20    Q.    Have you made any public
21    statements about this lawsuit?  Not
22    to your wife.  I'm talking about have
23    you given any speeches or any
24    presentations?

PAGE 260

00260

1    A.    No.
2    Q.    What religion are you, if
3    you have a religion?
4    A.    Wow.  I'm not an atheist.
5    Q.    Are you anything?
6    A.    Is that relevant to this
7    case?
8    Q.    Uh-huh.
9         MR. WALCZAK:  It's fair.
10         THE WITNESS:  I'm an
11    agnostic.
12    BY MR. WHITE:
13    Q.    What does that mean?
14    A.    That when I die and there
15    is a God, I will be very happy, I
16    hope.  If there isn't a God, I guess
17    I won't know if there's not an
18    afterlife.  And -- so I hope there
19    is, but I don't know at this point.
20    But I'm open for evidence.  I'm
21    keeping an open mind, as you would
22    say.
23    Q.    Apparently you just said
24    it, too.

Brian Alters 6/2/2005

SHEET 67   PAGE 265

00265

1  coexist, that nothing even remotely
2  close to a human didn't come on the
3  scene until about 65 million years
4  after dinosaurs, that's the science,
5  and the child says, "I understand the
6  science and I accept that it's the
7  best scientific explanation, I
8  understand the logic, I understand
9  the ground rules, and given those
10  constraints, I would conclude the
11  same thing."
12         But then the child says,
13  maybe outside the classroom, "I still
14  don't believe it.  I believe for
15  religious reasons that they did
16  coexist."  Then I -- and I would hope
17  that every public school biology
18  teacher would say "I respect that."
19    Q.   Now, do you have any
20  metaphysical concerns -- you are
21  saying you are an agnostic -- that
22  say God is the designer of life?
23  Does that cause you any problem as
24  far as if you believe that, that you

PAGE 266

00266

1  just don't want to deal with it as a
2  possibility since you have now been
3  working this area of evolution for so
4  long?
5    A.   To the contrary.  I hope
6  that there is a God behind evolution
7  and the world we see.  I want my life
8  to go on past this.  I would like to
9  see my mother and father again.
10    Q.   Have you ever been an
11  expert in any other cases?
12    A.   No.
13    Q.   How do your views as far as
14  being an agnostic affect your
15  opinions about how the theory of
16  evolution should be taught in a
17  science classroom in a public school?
18    A.   I've spent a large part of
19  my professional career promoting
20  sensitivity to teachers with students
21  who -- this may be the most strongly
22  held religious point that they will
23  encounter in their, at least, science
24  career, whether it's just a class in

PAGE 267

00267

1  high school or whether they continue
2  on science, this may be the first
3  moment where they hear about
4  evolution.
5         Many of the students have
6  heard in church that evolution is
7  bad, it promotes all sorts of
8  terrible things, it's a lie.
9         And now in the public
10  school classroom the teachers, I
11  believe, need to be sensitive towards
12  students that find that it's not like
13  just teaching phylogenetic
14  organization or just teaching about
15  frogs.  All of a sudden when they
16  bring up this subject, it hits a lot
17  of nerves that the other subjects
18  don't hit.
19         The physics realm hits very
20  few.  People don't get too exercised
21  about learning trajectory.  In
22  chemistry people don't get too
23  exercised about balancing equations.
24  Here we are over Dover concerning

PAGE 268

00268

1  evolution.  It's a lightning bolt for
2  many, for parents, for principals,
3  for teachers, for -- most
4  importantly, for the children that
5  are in the classes.
6         So I think the subject
7  needs to be dealt with with the most
8  sensitivity out of any science in
9  high school.
10    Q.   Were you given any
11  instructions on how to prepare your
12  expert report?
13    A.   Vic gave me some
14  instructions on how to prepare, yes.
15    Q.   Was that just the format of
16  it?
17    A.   Yes, we went through some
18  drafts and he gave me some
19  suggestions about the form.
20    Q.   Were you told about any
21  certain opinion that you should come
22  up with?
23    A.   No.
24    Q.   If you can go to your

Brian Alters 6/2/2005

SHEET 68    PAGE 269

00269

1  expert report, which is Exhibit 1, at
2  the bottom of the first page that
3  carries over to the second page, you
4  talk about the United States National
5  Science Foundation Program Project.
6      A.  Yes.  Yep.
7      Q.  And it says -- and you were
8  supervising practice teaching?  You
9  say you are a contract evaluator for
10  various significantly-funded national
11  science education, supervised
12  practice teaching.  What is an
13  evaluator?
14      A.  Some national science
15  education grants go to university
16  science educators to run some sort of
17  possible activities for science
18  teachers.  Often they run in the
19  millions of dollars.
20      And the NSF requires or at
21  least would like -- I'm not sure if
22  it's an absolute requirement, but I
23  believe it is -- that some recognized
24  expert in the area come in to write

PAGE 270

00270

1  up an evaluation of how the project
2  went, or formative evaluations also
3  along the way, evaluations of the
4  project in general.
5      I've done -- I don't
6  remember the exact number -- probably
7  four, five, six large ones.
8      Q.  The Society for the Study
9  of Evolution, as a member of the
10  education committee for that group,
11  what do you do?
12      A.  Many things.  One of the
13  things we do is every year we put on
14  an education symposium -- generally
15  it's all day long.
16      Not always, but
17  generally -- in which we try to help
18  the people at the conference -- maybe
19  we will get a couple hundred into our
20  session, they are typically
21  university biology professors -- and
22  they want to learn some aspects about
23  teaching evolution better, and so we
24  will arrange that, we will bring in

PAGE 271

00271

1  experts from various areas and so
2  forth.
3      Another thing we do in
4  addition to that every year, some
5  version of that every year, we bring
6  in or arrange for high school
7  teachers, wherever the conference
8  happens to be located -- it is
9  different each year -- and local
10  teachers from the surrounding school
11  districts will come in and learn
12  about teaching evolution and learn
13  some evolution from the scientists
14  themselves in that area.
15      We do some other things,
16  too, but I think that's primarily
17  what I have been involved in.
18      Q.  Now, the opinions stated on
19  Page 2 in the section Opinion of your
20  report here, can your opinion in this
21  case be tested objectively?
22      And your opinion here as
23  it's written is that it is -- I'm
24  quoting -- "It is my professional

PAGE 272

00272

1  opinion that the Dover Area School
2  District's policy on biology
3  instruction, as passed in October
4  2004 and implemented in January of
5  2005 is detrimental to student
6  scientific literacy."  So how can
7  that opinion be tested objectively?
8      A.  Who's doing the testing?
9      Q.  How can anyone test your
10  opinion?
11      A.  I think if you were to ask
12  science educators whether engendering
13  misconceptions in students is good
14  pedagogy, they would probably
15  disagree.  If you ask them about
16  disregarding the findings of the
17  scientific community, I think they
18  would think that was bad.
19      If you ask them about
20  teachers disregarding the
21  recommendations of their national
22  professional teachers associations, I
23  would think they would think that was
24  unwise.  If you asked them about

Brian Alters 6/2/2005

SHEET 69   PAGE 273

00273

1  contradicting their teachers'
2  professional preparation or
3  professional development, I would
4  think they would think that was
5  unwise.
6        And I would think that by
7  teaching students about
8  misconceptions, a la intelligent
9  design, would be improper preparation
10 for post secondary education.
11       So given these
11 sub-categories, I think objectively,
12 as possible, the evaluators would
13 determine that this is detrimental to
14 student scientific literacy.
15       Q.  So we are clear, then, in
16 your report and what you have been
17 talking about today, when you are
18 talking about the Dover --
19       MR. WHITE:  Excuse me; can
20 we go off the record.
21       (Discussion off the
22 record.)
23 BY MR. WHITE:

PAGE 274

00274

1        Q.  So if I understand
2  correctly, then, when you are talking
3  about the policy of the Dover School
4  District in your report and during
5  your deposition today, that is the
6  reading of the four-paragraph
7  statement to the class?
8        A.  It's more than that.  I
9  refer to the policy as being what I
10 read in the press release explaining
11 the policy and what I read in the
12 Dover curriculum and including the
13 pointing of students to "Of Pandas
14 And People" as a reference in a
15 science class.
16       Q.  So I'm clear, what, then,
17 is the Dover policy, as far as you're
18 concerned, that you are basing all of
19 your opinions on in your report and
20 in your deposition today?
21       A.  The text that's in the
22 curriculum.
23       Q.  Now, if you can -- is that
24 on Page 1 of Exhibit 2, that

PAGE 275

00275

1  two-sentence indent that starts
2  "students will be made aware of"?
3        A.  Well, if I could see the
4  Dover curriculum, then I would know
5  for sure.  I haven't memorized the
6  Dover curriculum, so I'm not sure
7  this couple sentences is the same
8  that is in the curriculum.  I mean, it
9  says here it is, but I'm not sure
10 that it is.
11       Q.  Well, working under the
12 assumption that this statement that
13 the biology curriculum is updated to
14 include the following preliminary
15 statement and the statement being
16 students would be made aware of gaps,
17 problems in Darwin's theory, et
18 cetera, and the origins of life would
19 not be taught, is that the curriculum
20 you are talking about?
21       A.  Yes.  I consider this, yes,
22 to be part of the policy.  I
23 consider -- under the curriculum
24 where the resource is "Of Pandas And

PAGE 276

00276

1  People," I consider part of the
2  policy the word "lecture" in the
3  curriculum, I consider part of the
4  policy the four-paragraph statement
5  and what I read in the press release
6  and what I've read in "Of Pandas And
7  People."
8        Q.  So all of those factors you
9  just laid out, that's, in your view,
10 the policy of the school district, as
11 far as you forming an opinion in this
12 case?
13       A.  Yes.  And the reason for
14 that is because I don't think, to my
15 knowledge, any of this existed before
16 the policy came -- or the decision to
17 do this came into effect.
18       Q.  What is it about the press
19 release that's a part of the policy
20 that you find detrimental to the
21 scientific literacy of students?  And
22 that being Exhibit 2.
23       A.  Well, it tells me that the
24 statement will be read to all

Brian Alters 6/2/2005

00277

1  students. I don't care for the part
2  that the school board has noted that
3  there are opinions other than
4  Darwin's on the origin of life.
5  Again, I find that to be confusing
6  because Darwin did not postulate
7  virtually anything on the origin of
8  life other than a letter.
9      Q.  And where is that on paper?
10     A.  I'm sorry; it's the last
11  paragraph, a couple sentences up from
12  the bottom.
13     Q.  On Page 2?
14     A.  Yes.
15     Q.  Okay.
16     A.  I think that's it for this
17  document. However, also is the
18  communication that Vic gave me that's
19  in my report concerning that I
20  believe it was the superintendent had
21  instructed teachers not to answer
22  questions.
23      I state in my report that
24  "The Dover teachers are instructed by

00278

1  school administration not to answer
2  student queries about intelligent
3  design."
4      Q.  What are the teachers
5  supposed to do if students have
6  questions?
7      A.  Are you asking what they
8  are supposed to do in Dover?
9      Q.  Uh-huh. As far as you
10  know.
11     A.  Well, if the students can't
12  get answers from the teachers,
13  because apparently according to --
14  from what's been communicated to me,
15  they can't, then I don't know what
16  the school is directing them to get
17  those answers to.
18     Q.  This statement, Exhibit 2,
19  also says that teachers are not -- on
20  paragraph -- the last paragraph that
21  you had pointed to on Page 2 of
22  Exhibit 2 also says that "No teacher
23  will teach intelligent design,
24  creationism, or present his or her or

00279

1  the board's religious beliefs."
2      So how does that factor in
3  with your understanding of how this
4  policy is detrimental to the
5  scientific literacy of students?
6      A.  I'm glad to see that
7  there's no further teaching of
8  intelligent design going on.
9      Q.  Further, besides the
10  reading of the one sentence,
11  "Intelligent design is an explanation
12  of the origin of life that differs
13  from Darwin's view" at the top of
14  Page 2 on Exhibit 2?
15     A.  If you are referring to the
16  one sentence that brings up
17  intelligent design, a nonscientific
18  discredited theory, in a science
19  classroom and says that it differs
20  from the scientific view and that if
21  students want to know more about this
22  nonscientific view that they're
23  learning about in the science
24  classroom, they should go and seek

00280

1  out a nonscientific textbook about
2  it, then yes.
3      Q.  But those are all these
4  assumptions, all this nonscientific
5  stuff you've been listing out here?
6  Those are your --
7      A.  Intelligent design has
8  been --
9      Q.  Those are your assumptions
10  that you are bringing to this
11  two-sentence statement at the top of
12  Page 2 on Exhibit 2. Correct?
13     A.  I don't believe it is an
14  unreasonable assumption whatsoever to
15  think that some students will have
16  never heard the words "intelligent
17  design" before they hear this. They
18  will not know that it's an
19  explanation of the origin of life.
20  They will not know that it is an
21  explanation of the origin of life
22  that differs from Darwin's point of
23  view.
24      They learn this after they

Brian Alters 6/2/2005

SHEET 71  PAGE 281

00281

1 hear this sentence.  I don't think
2 that's unreasonable at all, and I
3 would be willing to think that the
4 majority of students, that would be
5 news to them.
6     Q.   But as far as all this
7 unscientific gloss you are putting on
8 it, those are the assumptions you, as
9 a Ph.D. and an expert in science
10 education, bring to the reading of
11 the two-sentence statement at the top
12 of Page 2 of Exhibit 2.  Correct?
13    A.   Not at all.  Intelligent
14 design has been discredited by the
15 major scientific organizations and
16 the major science education
17 organizations.  It is not simply me
18 who thinks that intelligent design is
19 a form of creationism.
20    Q.   But the reading, what I'm
21 asking is -- and I'm talking just to
22 you.  I'm not talking to all these
23 other scientists running around out
24 there.  Okay?

PAGE 282

00282

1          When you just read this
2 statement to me on the top of Page 2,
3 Exhibit 2, and you put in all of this
4 unscientific gloss, okay, that's
5 coming from you and your knowledge,
6 correct, that someone who doesn't
7 have your knowledge may not be able
8 to insert into this two-sentance
9 statement.  Am I correct on that?
10    A.   Correct.  I think the
11 average 15-year-old in high school
12 would say "I have never heard of
13 intelligent design, but apparently
14 it's an explanation for the origin of
15 life and that differs from Darwin's
16 view."
17    Q.   I like your Darwin tie.
18    A.   Thank you.  I wore it in
19 honor of the day.  I'm not sure it is
20 Darwin, though, but it might be
21 evolution.
22    Q.   Or evolution tie; sorry.
23          Now, the reading of the
24 four-paragraph statement as part of

PAGE 283

00283

1 the policy, okay, how is just the
2 simple reading of the four-paragraph
3 statement detrimental to the
4 scientific literacy of a student in
5 the Dover High School?
6     A.   The first paragraph -- if
7 you will allow me to go paragraph by
8 paragraph.
9     Q.   Sure.
10    A.   The first paragraph being
11 read to the student, "The
12 Pennsylvania academic standards
13 require students to learn about
14 Darwin's theory of evolution and
15 eventually to take a standardized
16 test on which evolution is a part."
17          I don't understand the
18 pedagogical advantage to taking time
19 out of a class to say it's in the
20 Pennsylvania academic standards.  I
21 would imagine many things are in the
22 Pennsylvania academic standards
23 throughout that biology class.
24          Do they read the sentence

PAGE 284

00284

1 concerning areas of physics in the
2 physics courses, about areas of
3 chemistry in the chemistry course,
4 other areas of biology in this
5 biology course?  But there it's
6 stated some sort of -- that you are
7 being required, we are teaching this
8 because we are required by the
9 Pennsylvania academic standards.
10         I don't understand the
11 pedagogical advantage of reading this
12 statement to students and singling
13 out evolution as the one in which
14 they are requiring students to learn.
15         And, in addition, there's a
16 big misconception there, they are
17 learning more than just about
18 Darwin's theory of evolution, they
19 are learning about evolution in
20 general.  A lot of science has come
21 into play since Darwin was around
22 concerning evolution.
23    Q.   So that the reading of that
24 statement is detrimental to their

Brian Alters 6/2/2005

SHEET 72   PAGE 285

00285

1   scientific literacy of these
2   students?
3       A.   I think it signals that
4   something is up about evolution that
5   they have to read this.  A person
6   comes into the classroom, they have
7   to read this special document that
8   says something is special about
9   evolution and we require students to
10   learn about Darwin's theory of
11   evolution.  There's the misconception
12   that it's just Darwin's theory.
13          I'm done with Paragraph 1.
14   Q.   Continue.
15       A.   Paragraph 2, "because
16   Darwin's theory is a theory --" well,
17   there's some confusion right there.
18   Darwin's theory is also a fact and
19   it's not brought into play.
20   Because -- the word "because" is
21   attributing something to something
22   else.  Because it's a theory is
23   almost implying because it's only a
24   theory "it continues to be tested as

PAGE 286

00286

1   new evidence is discovered."
2          Well, that's the case for
3   all theories.  That's not singling
4   out evolution again, and particularly
5   singling out just Darwin's theory,
6   just Darwin's theory.  In fact, any
7   sort of mechanism of evolution since
8   Darwin apparently, according to this,
9   doesn't seem to be tested as new
10   evidence is discovered, or at least
11   it is not mentioned here.
12          It is Darwin's theory that
13   is singled out as the only theory
14   that is -- that continues to be
15   tested as new evidence is discovered.
16          It goes on to say that
17   theory is not a fact.  That's
18   incorrect.  The National Academy of
19   Sciences and the American Association
20   for the Advancement of Science have
21   both come out in print and say
22   Darwin's theory is a theory and fact,
23   evolution is a theory and fact.  So
24   that's just dead wrong.

PAGE 287

00287

1          Continuing, "Gaps in the
2   theory exist for which there is no
3   evidence."  Well, again, it's
4   confusing, the difference between the
5   occurrence of evolution and the
6   mechanism of evolution.
7          The last sentence, "A
8   theory is defined as a well-tested
9   explanation that unifies a broad
10   range of observations."  I'm not too
11   worried about that.  I might question
12   why it's brought up only in relation
13   to evolution.
14          Is this statement read to
15   physics students before physics
16   classes or chemistry students before
17   chemistry classes?  That statement
18   could be anywhere, but it is read
19   only in relation to evolution.
20          I consider that entire
21   paragraph to be a form of attempt --
22   theory is mentioned, one, two, three,
23   four, five times in four sentences.
24   I think what they are doing by

PAGE 288

00288

1   reading this is confusing for the
2   child, probably the child's normal
3   assumption of what a theory is versus
4   a scientific definition of what the
5   word "theory" is.
6          But, again, the major
7   concern I have towards the last
8   sentence is why isn't this said about
9   all areas of science?
10          Paragraph 3, "Intelligent
11   design is an explanation of the
12   origin of life that differs from
13   Darwin's view."  Again, as I have
14   stated previously, Darwin really
15   didn't have a publicized view on the
16   origin of life, that's another
17   misconception.
18          This paragraph doesn't say
19   anything about -- "Intelligent
20   design, a nonscientific view rejected
21   by the scientific and education
22   communities, is an explanation of the
23   origin of life."  It does not say
24   that.

Brian Alters 6/2/2005

SHEET 73   PAGE 289

00289

1        Being that it is read in a
2   science class -- being that it is
3   read in a science class, it's not a
4   great assumption to think that the
5   15-year-olds might think it's
6   actually part of the science class,
7   meaning science.
8        If it's not part of the
9   science class, then it should be
10  stated as such.  And if it is part of
11  the science class, then a disclaimer
12  should come in here that it's not
13  science, it has been rejected as
14  science.
15       The next sentence, "The
16  reference book 'Of Pandas And People'
17  is available for students who might
18  be interested in gaining an
19  understanding of what intelligent
20  design actually involves."  Again, a
21  reiteration of my same complaint from
22  the sentence previously.
23       Why are we directing kids
24  to a book that contains so-called

PAGE 290

00290

1   science that's been rejected by the
2   scientific communities?  It is being
3   read in a science class to science
4   students during science time, but yet
5   it's been rejected.  I think that
6   creates great misconceptions.
7        The last paragraph, "With
8   respect to any theory, students are
9   encouraged to keep an open mind."
10  There's the famous "open mind."
11  Again, why is evolution singled out?
12       Why are students only
13  encouraged to keep an open mind when
14  it comes to the theory of evolution?
15  Why isn't this read for all other
16  theories?  Why isn't this read in the
17  physics class and the chemistry
18  class?
19       The next sentence, "The
20  school leaves the discussion of the
21  origin of life to individual students
22  and their families."  So, let me get
23  this straight.
24       We bring up something in a

PAGE 291

00291

1   science class to science students who
2   will only cover the subject of
3   evolution for 19 days, according to
4   the Dover curriculum, and then we
5   tell you can go look at this
6   secret science in this book, we
7   apparently instruct our teachers not
8   to answer questions about it, and
9   then we tell them if you want to
10  discuss this science, don't discuss
11  it with your teachers, go discuss it
12  with individual students and their
13  families.
14       That, to me, is almost
15  unbelievable that that occurs.
16     Q.   You are talking about the
17  discussion of the origins of life.
18  Right?
19     A.   Yes.
20     Q.   Not the theory of
21  intelligent design?
22     A.   No.  But I think it
23  conflates the two, because the
24  sentence in the paragraph right above

PAGE 292

00292

1   says "Intelligent design is an
2   explanation of the origin of life
3   that differs from Darwin's view,"
4   implying that Darwin has a view about
5   the origin of life.  I don't think
6   there's a leap there.
7        The next sentence, "The
8   school leaves the discussion of the
9   origins of life to the individual
10  students and their families."  I read
11  that.
12       The last sentence states,
13  "As a standards-driven district,
14  class instruction focuses upon
15  preparing students to achieve
16  proficiency on standards-based
17  assessments."
18       Again, I just don't
19  understand why this sentence is
20  singled out to be applied only to
21  evolution and nothing else.  Does
22  that mean in the physics and
23  chemistry class that they are not a
24  standards-driven district?  Class

Brian Alters 6/2/2005

SHEET 74   PAGE 293

00293

1 instruction does not focus upon
2 preparing students to achieve
3 proficiency on standards-based
4 assessments?
5       You mean the only place
6 that's relevant to bring this up is
7 concerning the theory of evolution?
8       Those are some of my
9 problems with those four paragraphs.
10    Q.   Now, you said the
11 curriculum in Dover is 19 days long?
12    A.   The unit for evolution,
13 according to the day count, is 19
14 days, where they explicitly mention
15 evolution.
16    Q.   So that's 19 days -- how
17 long is a class generally in high
18 school?
19    A.   Generally, they probably
20 cover biology for five hours a week.
21       If you do a quick sloppy
22 calculation, take out about three
23 months out of the year for vacations,
24 summer vacations and so forth, give

PAGE 294

00294

1 them eight hours of sleep a night,
2 they will spend less than 5 percent
3 of their time in the biology class as
4 a whole, and as far as evolution, a
5 microscopic amount, 19 days over a
6 four-year period for those students
7 who don't go on in biology.
8    Q.   Compared to a 60-second
9 statement read at the start of class?
10    A.   The statement is so unusual
11 that I think it will carry a lot of
12 impact.  And it is strange to
13 introduce nonscience directly into a
14 science classroom and in a way that
15 is so unusual and so disruptive to
16 the normal activities of a teacher in
17 a biology classroom.
18    Q.   What is science?  Define it
19 for me.
20    A.   It's a way of knowing.
21 It's a way of knowing that uses
22 natural explanations to explain
23 natural phenomena.
24    Q.   Is it accurate to say that

PAGE 295

00295

1 it's a search for understanding the
2 natural world using inquiry and
3 experimentation?
4    A.   I think that's part of it,
5 yes.
6    Q.   How is intelligent design
7 not science?
8    A.   I'm not a philosopher of
9 science.  The demarcation issue is
10 primarily philosophy of science;
11 however, from a science education
12 point of view, I can say that one of
13 the things we try to teach students
14 is about the nature of science and
15 one of the ground rules, as I stated
16 previously, is methodological
17 naturalism.
18       Sometimes it is not taught
19 by those words to 15-year-old
20 children, but the idea is that the
21 only explanations that are allowed in
22 the game of science are natural
23 explanations about the natural world
24 and that there may be supernatural

PAGE 296

00296

1 causes and they certainly may exist,
2 but within the game of science, we
3 don't entertain those possibilities.
4       By the very nature
5 supernatural means above super, above
6 nature, and biology only looks and
7 science in general only looks to the
8 natural causes of natural phenomena.
9    Q.   And you said you haven't
10 spoken to any of the students who
11 have gone through the biology class
12 at Dover.  Correct?
13    A.   No, I have not.
14    Q.   Do you know how any of the
15 students have done on any
16 standardized exams in Dover with
17 regard to biology?
18    A.   No.
19       (Recess taken.)
20 BY MR. WHITE:
21    Q.   On Page 3 of your report,
22 Exhibit 1, the second paragraph, you
23 say:  "All leading science education
24 associations and scientific

Brian Alters 6/2/2005

SHEET 75   PAGE 297

00297

1 associations do agree that learning
2 about evolution is one of the most
3 important concepts, if not the most
4 important concept, in a biology
5 course and that students cannot
6 obtain a well-rounded background in
7 science without learning about
8 evolution."
9     From your review of the
10 curriculum at Dover, students are
11 being taught about evolution?
12     A.   Yes.
13     Q.   You had mentioned one of
14 the parts of the policy is also the
15 curriculum of the school?
16     A.   Yes.
17     Q.   What aspect of the
18 curriculum is detrimental to the
19 scientific literacy of students?
20     MR. WALCZAK:  Can you -- if
21 you don't have a copy of the
22 curriculum, can you represent to us
23 that what's listed in this press
24 release in Exhibit 2 is in fact

PAGE 298

00298

1 what's in the curriculum; do you know
2 that?
3     MR. WHITE:  That is my
4 understanding, it is.
5     MR. WALCZAK:  Okay.  So
6 we're going on the assumption --
7     MR. WHITE:  What is in the
8 quote there that says on Exhibit 2,
9 Page 1, that the curriculum was
10 updated with that following
11 statement, that's my understanding of
12 what is in the curriculum.
13     MR. WALCZAK:  So he will
14 answer on the assumption that this is
15 an accurate reflection of what is in
16 the curriculum since we don't have
17 the actual curriculum.
18     MR. WHITE:  That's fine.
19     THE WITNESS:  After all
20 that, I forgot what the question was;
21 I'm sorry.
22 BY MR. WHITE:
23     Q.   What I had asked was, you
24 had said that the curriculum is one

PAGE 299

00299

1 of the parts of the policy as you
2 view it when you're forming your
3 opinion, and what part -- what is it
4 about the curriculum that is
5 detrimental to the scientific
6 literacy of students at the Dover
7 High School?
8     A.   Well, it instructs
9 teachers here -- the curriculum is
10 read by teachers.  Teachers are --
11     Q.   When you say "read," you
12 mean read to the students?
13     A.   No.  No.  Generally the
14 students don't see the curriculum.
15 Generally it's the teachers that see
16 the curriculum.  And it says:
17 "Students will be made aware of gaps,
18 problems in Darwin's theory and other
19 theories of evolution, including but
20 not limited to intelligent design."
21     So we come back to all the
22 rationales I brought up previously
23 is, students are going to be made
24 aware of a nonscientific theory in a

PAGE 300

00300

1 science class.  That's my primary
2 problem with this sentence.
3     Secondary problem with this
4 sentence is why are students not
5 being made aware of gaps -- so-called
6 gaps or problems in all theories,
7 laws, all areas of science?  Why
8 again is evolution being singled out
9 here for the gap-problem issue?
10 Those are two major concerns.
11     Q.   Now, do you have any
12 knowledge of teachers in the Dover
13 High School making students aware of
14 gaps and problems in Darwin's theory
15 besides whatever is stated in the
16 Miller and Levine "Biology" textbook?
17     A.   No.
18     Q.   Do you have any knowledge
19 of teachers in the Dover School
20 District making students aware of any
21 other theories of evolution?
22     A.   No.
23     Q.   And is it your knowledge
24 that the students are being made

Brian Alters 6/2/2005

00301

1 aware of intelligent design is
2 through the four-paragraph statement
3 that was read at the start of the
4 biology course?
5    A.   Explicitly, and implicitly
6 through directing them to an
7 intelligent design book.
8    Q.   When you say "directing
9 them," is that the reference on Page
10 2 of Exhibit 2 that the reference
11 book "Of Pandas And People" is
12 available for students who might be
13 interested in gaining an
14 understanding of what intelligent
15 design actually involves?
16    A.   Yes, the one that says
17 "gaining an understanding" read to
18 them in a biology classroom.  One
19 would assume it's gaining an
20 understanding of science, and they
21 direct them to a nonscience book.
22    Q.   And that's your opinion of
23 "Of Pandas And People," that it is
24 not a science book?

00302

1    A.   I have seen a scientific
2 organization, one of the larger
3 ones -- I can't recall at the
4 moment -- contend that the book is
5 not scientifically accurate.  I have
6 heard some individual scientists
7 contend that it is not scientifically
8 accurate.
9       But what's most important,
10 at least to me, is that again it
11 brings up nonnatural causation in the
12 book, which is a ground rule of
13 science.
14    Q.   You had also said that part
15 of the policy of Dover School
16 District is just that the "Of Pandas
17 And People" is being made available?
18    A.   It's not so much that it's
19 being made available.  That's an
20 issue to be taken up, I imagine, with
21 the local school and what they want
22 to carry in their library.  The issue
23 is directing students to a nonscience
24 discredited idea that is presented as

00303

1 a science within that book in the
2 middle of, at the beginning of, or at
3 the end of a science class.
4    Q.   And then you said another
5 part of the policy of the school
6 district, as you understand it, is
7 the inclusion of a lecture?  You said
8 something to that effect.
9    A.   We don't have the
10 curriculum, the Dover curriculum, in
11 front of us, but I recall that the
12 method of instruction under the
13 method of instruction column in the
14 Dover curriculum for this is the word
15 "lecture."
16    Q.   And lecture students about
17 what?
18    A.   I don't know.  It doesn't
19 state.  Over on the far left column
20 is this statement, "Students will be
21 made aware of gaps, problems in
22 Darwin's theory and other theories of
23 evolution, including but not limited
24 to intelligent design.  The origins

00304

1 of life is not taught," and then over
2 to the right it says "lecture."
3    Q.   Do you know whether any
4 faculty members at Dover have
5 lectured students about intelligent
6 design in their biology classes?
7    A.   No.
8    Q.   Now, when you reach your
9 opinions about that this policy is
10 detrimental to scientific literacy,
11 is that it definitely is detrimental
12 or it may be detrimental?
13    A.   I can see it is possible
14 for a student to be directly taught
15 in a biology class that demons cause
16 colds, that the earth -- that the sun
17 goes around the earth, that plate
18 tectonics doesn't move, that whales
19 live in the desert, that shaking
20 hands causes liver disease, that
21 dinosaurs and humans coexisted, that
22 the earth is 10,000 years old.
23       And it may be possible for
24 a child to come out of that

Brian Alters 6/2/2005

SHEET 77   PAGE 305
00305

1  instruction not having been
2  detrimentally affected in their
3  science career, but I think that
4  would be a rarity.
5      Q.   Now, all these things you
6  just listed, would just the mere
7  mention of some of these things you
8  just listed would be detrimental to
9  the student?
10      A.   I'll put one into the
11  phrase of the -- what is read to the
12  students in Dover.  Dinosaur and
13  human coexistence is an explanation
14  of the life of dinosaurs and humans
15  that differs from Darwin's view.
16  Well, it's wrong concerning Darwin's
17  view, but we will overlook that for
18  the moment.
19           It's telling the students
20  in a science class about something
21  that isn't science.  But we didn't
22  tell the students, by the way, this
23  is wrong.  This is not science.  For
24  scientific reasons, dinosaurs and

PAGE 306
00306

1  humans did not coexist, but we read
2  it to them as if it's accurate.
3  That's not good.
4      Q.   But wouldn't a student come
5  to that conclusion just by the fact
6  that the other 19 days of the biology
7  curriculum on evolution never
8  discusses this alternative, that it's
9  not an equal alternative?
10      A.   I have no way of telling
11  what the students would necessarily
12  come away with in that reference.
13           They can't, according to
14  what I've learned, ask their teachers
15  any questions concerning -- for a
16  clarification, or at least they can
17  ask the teacher for clarification,
18  but the teachers have been instructed
19  not to clarify.
20           So I don't know what
21  happens to the, as you say,
22  open-minded student who asked
23  questions about intelligent design
24  since it was brought up in the

PAGE 307
00307

1  science class and then the teacher
2  can't respond.
3      Q.   But you said you don't know
4  what the teacher is supposed to do
5  when the student asked a question?
6      A.   Correct.  All I know is
7  what I put in my expert report
8  concerning that I have been informed
9  that the teachers have been
10  instructed not to answer questions on
11  intelligent design.  And then I read
12  somewhere else in the press release
13  that intelligent design will not be
14  taught.
15      Q.   Where in the Dover policy
16  does it bring into question the
17  scientific consensus of evolution's
18  occurrence?
19      A.   I hate to ask, but can you
20  repeat that?
21      Q.   Sure.
22      A.   I think I heard what you
23  said, but I'm confused.
24      Q.   Where in the policy of the

PAGE 308
00308

1  Dover School District does it bring
2  into question the scientific
3  consensus that you have stated of
4  evolution's occurrence?
5      A.   Paragraph 2, the second
6  sentence, "The theory is not a fact."
7      Q.   And this is on Exhibit 2?
8      A.   Exhibit 2.
9           MR. WALCZAK:  That's
10  Paragraph 2 of the four-paragraph
11  statement.
12  BY MR. WHITE:
13      Q.   So Page 1, Exhibit 2, where
14  it says, you said, "The theory is not
15  a fact?"
16      A.   Yes.
17      Q.   So that brings into
18  question the scientific consensus of
19  evolution's occurrence?
20      A.   Yes.
21      Q.   I thought you said earlier,
22  though, that the theory is both --
23  has a factual element to it and then
24  a theoretical element?

Brian Alters 6/2/2005

SHEET 78    PAGE 309

00309

1     A.    Right, and this does not
2  say that.  This says that theory is
3  not a fact.
4     Q.    In common terms when people
5  speak about evolution, it's known as
6  an evolutionary theory.  Right?
7     A.    Among people in science
8  they may say plate tectonics, others
9  say plate tectonic theory.
10    Q.    Now, have you reviewed the
11 "Biology" textbook by Professor
12 Miller and Levine --
13    A.    Only --
14    Q.    -- except from a few years
15 ago?
16    A.    No.
17    Q.    Do you know whether in
18 there they refer to evolution as a
19 fact?
20    A.    I haven't read it and I
21 don't recall from ten years ago and
22 I'm sure the text remains the same
23 anyway.
24    Q.    When you reviewed

PAGE 310

00310

1  earlier -- I showed you the one page
2  on -- what exhibit number is that?
3     A.    4.
4     Q.    4.  On Page 386 of Chapter
5  15.
6     A.    Yes.
7     Q.    On that page it's referred
8  to as a theory.
9     A.    Yes, that is true.  I hope
10 elsewhere in the book he also refers
11 to it in its factual nature, also.
12    Q.    Also on that Page 386 of
13 the textbook is a summary of Darwin's
14 theory at the top?
15    A.    Yes.
16    Q.    Now, just clarify for me,
17 earlier you had said that Darwin
18 didn't have a theory -- was it
19 there's no theory on the origins of
20 life through Darwin?
21    A.    The origin of life itself,
22 first life, Darwin had no publicized
23 theory concerning that.  He wrote a
24 letter concerning it.

PAGE 311

00311

1     Q.    So Exhibit 2, Page 2 where
2  it talks about intelligent design is
3  an explanation of the origin of life,
4  that differs from Darwin's view;
5  Darwin had no view on the origin of
6  life other than this letter you
7  referenced?
8     A.    He certainly may have had a
9  private view, he certainly had a view
10 within a letter, but he didn't posit
11 a scientific theory concerning the
12 origin of life.
13    Q.    What did he say in this
14 letter, do you recall?
15    A.    I don't know.  I'm not a
16 historian of science.
17       I remember it was something
18 about a warm little pond scenario,
19 but that's about all I remember.
20    Q.    Now, is questioning
21 evolutionary theory in a science
22 classroom in public school bad
23 pedagogy?
24    A.    I think questioning of any

PAGE 312

00312

1  part of science in high school is
2  good.
3     Q.    Now, does this Dover
4  policy, as you understand it to be,
5  cause a belief that there was no such
6  thing as evolution?
7     A.    Exhibit 2, the second
8  paragraph, again, I'm concerned about
9  the sentence that says, "Because
10 Darwin's theory is a theory, it
11 continues to be tested as new
12 evidence is discovered.  The theory
13 is not a fact."
14       It appears that we need to
15 make these points in this paragraph
16 that continue to say evolution is
17 only, it's only, it's only a theory,
18 there are gaps, there are problems,
19 but evolution is singled out again,
20 it's not for all other areas of
21 science.
22    Q.    Now, if you can refer to
23 Exhibit 4, again at Page 386 of
24 Miller and Levine's textbook.

Brian Alters 6/2/2005

SHEET 79   PAGE 313

00313

1   A.   Yes.

2   Q.   The last paragraph on that
3   page states: "Like any scientific
4   theory, evolutionary theory continues
5   to change as new data are gathered
6   and new ways of thinking arise." How
7   does that differ from the statement
8   on Exhibit 2 that Darwin's theory is
9   a theory and is not a fact?

10   A.   Because Miller and Levine
11   state, like any scientific theory,
12   the statement in the policy only
13   singles out evolution.

14   Q.   But a student would also be
15   reading Page 386 of Miller and
16   Levine.   Correct?

17   A.   Hopefully.

18   Q.   Now, on Page 3 of your
19   expert report, Exhibit 1, you state
20   in the middle of the second full
21   paragraph, about halfway through it
22   says: "Due to the misinformation
23   students learn as a result of the
24   Dover policy, the students may

PAGE 314

00314

1   incorrectly think that the scientific
2   community and the science education
3   community have conflicting views on
4   the matter."

5   And "on the matter" refers
6   back to the learning of evolution in
7   science classrooms.   Is that correct?

8   A.   Yes.

9   Q.   Now, the misinformation the
10   students will learn as a result of
11   the policy, is that your position
12   that intelligent design is not
13   science and reference to "Of Pandas
14   And People" is reference to a
15   nonscientific book?

16   A.   That's part of it.

17   Q.   What's the other part?

18   A.   The other part's when I
19   went through paragraph by paragraph
20   of the four-sentence statement still
21   hold.   My criticisms of them are the
22   same.

23   Q.   But now on this statement
24   of your opinion here on Page 3 of

PAGE 315

00315

1   your expert report, you are just
2   saying that students may incorrectly
3   think, so, again, it's not a definite
4   that these concerns you have of the
5   policy may cause them to reach the
6   wrong conclusions?

7   A.   As science teachers across
8   the nation will tell you, we're
9   constantly shocked at what students
10   don't learn in their classes.

11   Q.   So why is that; is it
12   because students don't necessarily
13   pay attention?

14   A.   No.   I think changing one's
15   conceptions is difficult and one has
16   to -- research in the area tells us
17   what helps best is having some form
18   of disconfirming information,
19   realization that the data doesn't fit
20   and that their predictions don't
21   work, and that this has to be done
22   multiple times over a period of time
23   for a long change -- a long-term
24   change.

PAGE 316

00316

1   Most teachers teach it for
2   the short term because as in Dover,
3   19 days, many students revert back to
4   their misconceptions.

5   They do well on the exam,
6   they remember things and understand
7   to a certain extent short term, and
8   then as the months go by and possibly
9   a year or two go by, students,
10   ourselves, myself often revert back
11   to our prior conceptions that we
12   have.

13   Q.   These, what you would call,
14   misconceptions that a student may
15   bring into a science classroom?

16   A.   Correct.

17   Q.   Now, is there a debate --
18   when you said there was a --
19   scientists debate the mechanisms of
20   the theory of evolution?

21   A.   To my understanding, there
22   is still no consensus in the
23   scientific community as to how all
24   the mechanisms come into play

Brian Alters 6/2/2005

SHEET 80    PAGE 317

00317

1 concerning the how of evolution.
2        Q.    Now, you have mentioned a
3 few times today that in your opinion
4 the theory of evolution is being
5 singled out among the various
6 theories in biology.  Now, you've
7 said before that you thought that
8 evolution is the main or major
9 unifying concept in science.  Okay?
10       A.    In biology.
11       Q.    In biology; sorry.  Why
12 wouldn't the main concept be the one
13 that's singled out for critical
14 analysis of all the concepts?
15       A.    Why would it deserve --
16 well, you ask questions, not me.
17             There is no reason to
18 single out the major theory to have
19 any more attention paid to it as far
20 as criticism from any other theory.
21 There are many mainline theories that
22 students may critically examine.
23       Q.    So is it that by
24 questioning the theory of evolution,

PAGE 318

00318

1 that students are being harmed with
2 their scientific development?
3        A.    It's that somehow evolution
4 is being presented as an inferior
5 science.  We question evolution, but
6 we don't question these other
7 theories.
8             We tell the students, "Make
9 sure you question evolution," but
10 when we get to other theories, we
11 don't have a special statement with
12 somebody walking into a classroom, we
13 don't have a curriculum line on there
14 that students being made aware of
15 alternate so-called scientific
16 theories, and then say, "By the way,
17 we need to criticize the gaps and
18 problems with this theory, also."
19       Q.    Now, do you know for a fact
20 that Dover School District is not
21 singling out any other theories in
22 its curriculum for its students?
23       A.    I saw in the Dover
24 curriculum the overall that theories

PAGE 319

00319

1 should be critically looked at and
2 then there was the for-example
3 parenthetical in which evolution was
4 one of a short laundry list of
5 theories --
6             MR. WALCZAK:  I'm sorry;
7 are you talking about Dover or the PA
8 standards?
9             THE WITNESS:  The
10 Pennsylvania standards.
11            MR. WALCZAK:  And your
12 question was about Dover.  I'm sorry;
13 it's getting late in the day.
14            THE WITNESS:  No.  You're
15 right.  You're right.
16            I do not know whether
17 somebody goes around and reads a
18 statement concerning other areas of
19 science at Dover.  I suspect that's
20 not the case by the reaction -- by
21 the letter from some of the teachers
22 to the superintendent that that is
23 not the case.
24 BY MR. WHITE:

PAGE 320

00320

1        Q.    So my understanding, then,
2 your position is and your opinion is
3 the reading of the four-paragraph
4 statement to the students, the fact
5 that "Of Pandas And People" is
6 available as a reference tool if a
7 student wants to look at it, this
8 statement on Exhibit 2 that the
9 curriculum was modified to say that
10 people will be -- students will be
11 made aware of this thing, so these
12 factors put together puts in the mind
13 of a student that evolution is an
14 inferior theory?
15       A.    It puts into the mind --
16 put is a bad word.  I don't think
17 children's minds are vessels in which
18 we just simply pour knowledge.
19            I think it facilitates a
20 misconception that there is something
21 special about evolution, it's a
22 special science, it needs special
23 considerations, we must handle it
24 with care, we must be extra critical

Brian Alters 6/2/2005

SHEET 81   PAGE 321

00321

1   with evolution because it has some
2   problems, it has gaps. We don't
3   mention that with the other sciences.
4   We mention it with evolution.
5       I think students will
6   notice that. I think students will
7   notice that special treatment in a
8   stranger coming into the class will
9   read it. I think students will
10  notice that there's a special book
11  somewhere on the campus that they are
12  encouraged to go see if they want
13  greater understanding about this
14  alternative view to the cornerstone
15  of modern biology.
16      I think students will find
17  it extraordinarily strange that their
18  teachers can't talk about this that
19  was just read to them in a science
20  classroom.
21      Yes, I think this will be a
22  monumental event in the student's day
23  or week in the biology class.
24      I don't think it happens in

PAGE 322

00322

1   the physics class. I don't think it
2   happens in the biology class. I
3   don't think it happens in the rest of
4   the biology curriculum.
5       Q.  So in your opinion this
6   one-minute statement, and all these
7   other factors that are in the policy,
8   is going to have that much of a
9   detrimental impact on the education
10  of students in the Dover High School
11  classroom?
12      A.  I think it could. I think
13  it's greatly unique. I have no idea
14  why we're pretending that this is
15  science to students, and I have no
16  idea why we would present something
17  as science to students and then
18  instruct our teachers not to talk
19  about it.
20      I think students will see
21  this unusualness of the normal
22  procedures that are going on with the
23  class. They may even be perceptive
24  enough to see that the teachers

PAGE 323

00323

1   themselves don't like this activity
2   that's going on.
3       Q.  Now, the work that you
4   mentioned before of Professor Behe,
5   Dembski with regard to intelligent
6   design, do you view that as
7   scientific work?
8       A.  I don't have the expertise
9   to adjudicate whether all of their
10  work is scientific or not. My
11  understanding of the ground rules of
12  science is that we have
13  methodological naturalism. I read in
14  their books that they do not believe
15  this is the only ground rule and that
16  in certain cases this ground rule
17  isn't necessarily applicable.
18      Everywhere else in science
19  I see that it is always applicable,
20  in my limited experience in science,
21  having looked at college science
22  textbooks, high school textbooks,
23  read the positions of the scientific
24  associations and the scientific

PAGE 324

00324

1   education organizations.
2       So in combination with
3   reading what comes from the
4   scientific association saying it is
5   not science, hearing statements that
6   there is no body of literature
7   concerning intelligent design in the
8   relevant scientific literature tells
9   me -- gives me every indication that
10  this should not be taught.
11      And, in fact, sometimes the
12  major organizations, again the AAAS
13  and the NAS, come out directly and
14  state "It is not science." This is
15  enough of an indication to me that
16  it's not science.
17      Q.  On Page 5 and 6 of Exhibit
18  1, your report, which dovetails what
19  you were just saying now as far as
20  the scientific community, towards the
21  latter part of Page 5 you give a
22  couple examples, one being the
23  American Association for the
24  Advancement of Science, that the

Brian Alters 6/2/2005

00325

1   intelligent design theory lacks
2   scientific warrant?
3       A.   Yes.
4       Q.   Okay.  And makes it
5   improper to include as part of a
6   science education.  And your position
7   is that the fact that this
8   four-paragraph statement is made to
9   students and that "Of Pandas And
10  People" is available if anyone wants
11  to look at it, that's including
12  intelligent design as part of science
13  education in Dover?
14      A.   Yes.
15      Q.   Now, the next page, Page 6,
16  you then go on with another example
17  of the NAS.  And what is the NAS?
18      A.   National Academy of
19  Sciences.
20      Q.   And this is a statement of
21  the current academy president.  Who
22  is that, the current academy
23  president you are talking about here?
24      A.   Bruce Alperts.

00326

1       Q.   And in this statement on
2   Pages 5 and 6 of your report say
3   that -- quoting Mr. Alperts --
4   "Opponents of evolution assert that
5   the scientific justification for
6   evolution is lacking when in fact the
7   occurrence of evolution is supported
8   by overwhelming evidence.
9   Legislators and school boards insert
10  wording into laws, lesson plans and
11  textbooks mandating that evolution be
12  taught as a controversial explanation
13  of life's history, though no such
14  characterization is scientifically
15  warranted."
16           How does the Dover policy
17  characterize evolution as a
18  controversial explanation of life's
19  history?
20      A.   It -- the book "Of Pandas
21  And People" present it as such.
22      Q.   Just that "Of Pandas And
23  People" is a reference book?
24      A.   It's a reference book that

00327

1   students are being directed to go
2   look at.
3       Q.   Do you know from your
4   experience and the teaching of
5   science education how many times
6   students will take such suggestions
7   from their teachers and go and look
8   at the "Of Pandas And People" book or
9   any other book that a 9th grade
10  teacher tells them to look at if it's
11  not required?
12      A.   Very few; however, given
13  the extraordinary handling of this
14  particular event, I would think maybe
15  it would be the thing to do.  The
16  teacher won't answer questions.  The
17  assistant superintendent comes in the
18  room.
19           We find out it's a theory
20  concerning something about an
21  intelligence in the universe and --
22  that made all this stuff, and there's
23  a book.  And it's pandas, it sounds
24  really nice, too, pandas, and people,

00328

1   and it's there for us to go look at.
2   I think you might have more students
3   than ever.
4            If you were referring them
5   to some typical biology book, biology
6   reference book, I think you'd have
7   less students going to that than you
8   will have go to the "Of Pandas And
9   People" book because of the unusual
10  nature of the suggestion.
11      Q.   The "Of Pandas And People"
12  book is about 165 or so pages long.
13  Do you think students will actually
14  go to a reference library and read
15  the book?
16      A.   No.
17      Q.   Now, when you talk on your
18  expert report about faculty members,
19  teachers, it's my reading of it that
20  they are being forced to disregard
21  the recommendations of their
22  professional associations through
23  this policy.  Is that an accurate
24  interpretation of your opinion?

Brian Alters 6/2/2005

SHEET 83   PAGE 329
00329

```
 1     A.   What paragraph are you on?
 2     Q.   I'm on Page 6, Paragraph
 3  No. 3 that you have.
 4     A.   Yes.
 5     Q.   You are talking about the
 6  policy requires students or -- excuse
 7  me -- the policy requires science
 8  teachers to disregard recommendations
 9  of their professional associations,
10  teacher associations?
11     A.   Yes.
12     Q.   So your view, then, is this
13  policy is compelling faculty to
14  disregard the recommendations of
15  their teacher associations?
16     A.   The policy in the
17  curriculum states students will be
18  made aware of intelligent design.
19          The four paragraphs bring
20  up intelligent design, and here in
21  the NABT, which stands for the
22  National Association of Biology
23  Teachers, official statement on
24  evolution states that "Explanation's
```

PAGE 330
00330

```
 1  are ways of knowing that invoke
 2  nonnaturalistic or supernatural
 3  events or beings, whether creation
 4  science, scientific creationism,
 5  intelligent design theory, inert
 6  theory or similar designations are
 7  outside the realm of science and not
 8  part of a valid science curriculum."
 9     Q.   How many teachers at the
10  Dover High School are members of the
11  National Association of Biology
12  Teachers?
13     A.   I don't know.
14     Q.   Teachers are required to
15  comply with the views of professional
16  science teacher associations?
17     A.   Did you say compelled?
18     Q.   Are they required to follow
19  any recommendations of professional
20  teacher associations?
21     A.   No.
22     Q.   Are teachers required to
23  follow policies of school boards?
24     A.   There are so many school
```

PAGE 331
00331

```
 1  boards, I couldn't answer that
 2  question.
 3     Q.   What about here in Dover;
 4  do you know if teachers have to
 5  follow Dover policy?
 6     A.   I do not.  I do not.
 7     Q.   And your view, then, by
 8  pointing to this statement from the
 9  National Association of Biology
10  Teachers, is that intelligent design
11  is lumped together with creation
12  science, scientific creationism,
13  young earth theory, they're all
14  basically the same?
15     A.   I believe intelligent
16  design is a type of creationism, yes.
17     Q.   Do you have any
18  publications that you have done with
19  regard to intelligent design?
20     A.   The entire publication?
21     Q.   Yes.
22     A.   No.
23     Q.   Do you have parts of your
24  publication besides that defending
```

PAGE 332
00332

```
 1  evolution that deals with intelligent
 2  design?
 3     A.   I may have; I can't recall,
 4  but it would be minor.
 5          MR. WALCZAK:  I think if
 6  you look earlier in the transcript,
 7  you will get some answers there.  I
 8  think he listed two or three others.
 9  BY MR. WHITE:
10     Q.   Later on in this paragraph,
11  again on Page 6 of your report, it's
12  now a quote from the National Science
13  Teachers Association.  That's the
14  NSTA?
15     A.   Yes.
16     Q.   Just as a side, are you a
17  member of these groups, the National
18  Association of Biology Teachers and
19  the National Science Teachers
20  Association?
21     A.   I have been members of
22  virtually everything or possibly all
23  of them mentioned in my report at one
24  time or another.  I'm not exactly
```

Brian Alters 6/2/2005

SHEET 84  PAGE 333

00333

1 sure when my membership runs out and
2 when I reup, so there may be some
3 gaps in my membership.
4       Q.   Besides that group you had
5 mentioned out of Berkeley where you
6 are on the board as of this February,
7 March of this year, are you a member
8 of a board of any of these
9 associations that you have listed in
10 your report?
11             MR. WALCZAK:  Are you
12 asking now or ever?
13             MR. WHITE:  Now and then
14 ever.
15             THE WITNESS:  Not
16 currently.  I've been members of
17 various committees within these
18 organizations.
19 BY MR. WHITE:
20       Q.   Are you currently a member
21 of any committee of these
22 organizations?
23       A.   The Society for the Study
24 of Evolution that we mentioned

PAGE 334

00334

1 earlier.
2             I don't believe so, but I
3 may be wrong.  To the best of my
4 recollection at this moment, there's
5 not another committee, but I could be
6 wrong.
7       Q.   Well, later on -- and again
8 the same paragraph we're talking
9 about, Page 6 from the National
10 Science Teachers Association -- it
11 says that "Administrators also should
12 support teachers against pressure to
13 promote nonscientific views or to
14 diminish or eliminate the study of
15 evolution."
16             Now, in the Dover School
17 District has the study of evolution
18 been eliminated?
19       A.   No.
20       Q.   In the Dover School
21 District has the study of evolution
22 been diminished?
23       A.   In a way.
24       Q.   And is it just because of

PAGE 335

00335

1 this statement that is read to the
2 students, the four-paragraph
3 statement, and the reference to "Of
4 Pandas And People" in the library?
5       A.   I think what I have defined
6 as the policy or you and I have
7 defined as the policy in total
8 diminishes the study of evolution in
9 Dover.
10       Q.   And, in your opinion, the
11 mentioning of intelligent design as
12 part of the policy and having the
13 book in the library "Of Pandas And
14 People," which students can or cannot
15 look at, is promoting nonscientific
16 views?
17       A.   The policy promotes
18 nonscientific views in a science
19 classroom.
20       Q.   So the answer is yes?
21       A.   Yes.
22       Q.   Are you aware of any new
23 scientific idea that when it comes
24 out is not met with controversy?

PAGE 336

00336

1       A.   It will be a nonexpert
2 answer since I'm not a scientist.
3       Q.   Well, let's keep it in your
4 expertise.  In the teaching of
5 science education.
6             MR. WALCZAK:  I'm sorry;
7 what's the question?
8             MR. WHITE:  The question
9 is, in his area of expertise, are
10 there any new scientific ideas that
11 are not met with controversy?
12             THE WITNESS:  To my
13 recollection, most are met with
14 controversy.
15 BY MR. WHITE:
16       Q.   From your expertise or just
17 from your reading as a person in the
18 area of evolution, et cetera, when
19 Darwin came out with his theory, how
20 was that received by the governing
21 scientific community?
22       A.   It was received rather well
23 in the scientific community.  It was
24 the community at large had much

Brian Alters 6/2/2005

00337

1 bigger problems.

2 Q. When you say "community" --

3 A. The nonscientific

4 community, the lay public.

5 Q. Was his theory, though, in

6 competition with any other existing

7 scientific theory at the time?

8 A. I don't know if it was the

9 major theory of the time, but Lamarck

10 had postulated that life on earth had

11 evolved over time, and Darwin came

12 along and documented that more and

13 then came up with a possible

14 mechanism of natural selection.

15 Q. It's also your opinion,

16 from what I understand, is that the

17 policy as you've described it to me

18 of the Dover School District is going

19 to cause an improper preparation for

20 post secondary science education for

21 students?

22 A. Yes.

23 Q. Okay. Explain your

24 reasoning on this. You have students

00338

1 who are in, you know, 9th grade, they

2 hear the one-minute statement read to

3 them, if they are in the class, they

4 can or cannot, if they want to, go

5 look at a book, that this is going to

6 be detrimental to them as they move

7 on in their academic career?

8 A. They learned in high

9 school, or at least the Dover policy

10 apparently wants them to learn in

11 their high school biology class, that

12 there's an alternative theory to

13 evolution, and that's intelligent

14 design. Then they are encouraged to

15 take a look at a book that is located

16 somewhere at the school. Whether or

17 not they go see it is another

18 argument.

19 Let's assume on the first

20 case that they don't go see it.

21 There is this competing view that is

22 very secretive that the teachers

23 apparently can't respond, and the

24 teacher doesn't teach it in the

00339

1 science class.

2 Now they go on to college.

3 Let's say they are not majoring in

4 science at all, but they take a

5 required science course for some

6 other major. A student starts

7 talking to other students or raises

8 their hand in the class, "What about

9 this alternative theory, you know,

10 this intelligent design?"

11 Everyone in the class says,

12 "What alternative theory? What's

13 this intelligent design? I never

14 heard of it."

15 "Well, it's supposed to be

16 an alternative theory. You are

17 supposed to keep, as you say, an open

18 mind about this alternative theory,"

19 and so forth.

20 The professor in the class,

21 if he or she is a biologist, would

22 ask, "But that's not science. They

23 were really teaching that in a

24 science class at your school; you

00340

1 heard about this in a science class

2 in your school; they directed you to

3 a nonscience textbook about this in

4 your science class in high school?"

5 I think that badly prepares

6 a student when they arrive at college

7 to be stating that something is

8 science when virtually everyone at

9 the college or university, unless

10 it's a nonsecular college or

11 university, will be saying that's not

12 science. I'm assuming we are going

13 to a secular university.

14 If we go to a Christian

15 college or university, then it

16 depends. Some Christian colleges and

17 university accept intelligent design,

18 other ones do not.

19 But if it is a secular

20 college or university, they have been

21 ill prepared, and they have also, and

22 most importantly, been given the idea

23 that science entertains possible

24 supernatural causation.

Brian Alters 6/2/2005

00341

1            So even if they don't take
2   a biology class, they go into a
3   physics course, a chemistry course,
4   physics for nonmajors, chemistry for
5   nonmajors, and they start saying,
6   "Well, what about supernatural causes
7   here?  What about nonnaturalistic
8   causes?"  Maybe it is not even
9   related to evolution, just science in
10   general.
11          The instructors there will
12   have to say "You have a
13   misconception.  You have a
14   misconception that you need to get
15   over because that's not accurate
16   science, that's not the ground rules
17   for science."
18          And now we've got
19   university professors and teaching
20   assistants who go, "Well, we have a
21   student here who has a very
22   significant misconception that needs
23   to be expunged."
24      Q.   And all of that will happen

00342

1   just from the policy in Dover, in
2   your opinion?
3      A.   The policy in Dover
4   apparently is there for a reason, and
5   from the best I can tell is it is to
6   change the definition of science to
7   the students and introduce a
8   nonscientific way of knowing into a
9   science class, and it's done in a
10   very dramatic, unusual fashion.
11          I think a lot of students
12   will remember the topic the teachers
13   can't talk about.  I think
14   15-year-olds care more about what
15   they find out the teacher can't talk
16   about than what the teacher can talk
17   about.
18      Q.   Do you have any children?
19      A.   I've been around a lot.
20      Q.   Is that a yes?
21      A.   That's a no.
22      Q.   A no.  So you don't have
23   any --
24      A.   Not yet.

00343

1      Q.   You don't have any
2   15-year-olds to deal with at home?
3      A.   Not yet.  I talk to a lot
4   of parents who do.
5      Q.   Now, what is your opinion,
6   then, on Exhibit 2 on Page 2 where
7   after the four-paragraph statement is
8   listed, it states here: "The
9   foregoing statements are developed to
10   provide a balanced view and not to
11   teach or present religious beliefs"?
12          And then if I can then
13   refer you also to Page 1 of Exhibit 2
14   and the paragraph that mentions the
15   donation of the 60 books "Of Pandas
16   And People" --
17      A.   Yes.
18      Q.   -- it just says that the
19   book is not required text, but in an
20   effort to present a balanced
21   curriculum, the book is made
22   available to all students who wish to
23   review it and the ideas that are
24   presented in the text.

00344

1          How does this attempt to
2   provide a balanced view and to
3   present a balanced curriculum play
4   into your opinion regarding the
5   detriment to the scientific education
6   of the students?
7      A.   The balance, the so-called
8   balance, of this policy is a balance
9   between science and religion.  It's
10   between a balance between science and
11   nonscience, it's a balance between
12   recognized mainstream science and
13   rejected, discredited science.
14   That's the balance.  It would be like
15   balancing, again, germ theory with
16   the demon possession.
17          I wouldn't want referenced
18   as a balanced approach the King James
19   Bible with the biology textbook,
20   either, to have balanced approaches.
21   If you take a literal reading of
22   Genesis -- if, big if -- the world
23   was basically, and most things we
24   see, created in six days.

Brian Alters 6/2/2005

SHEET 87   PAGE 345

00345

1          That might be a balanced
2   view to teaching evolution, but it's
3   teaching a religious point of view in
4   balance with a scientific point of
5   view and that should not be done
6   within a science classroom.  It can
7   certainly be done elsewhere at the
8   school.
9          Q.   And that goes back to your
10  view that intelligent design is
11  teaching religion?
12         A.   I think most 15-year-olds
13  will assume that an intelligent
14  designer -- and you have things
15  abruptly appearing according to
16  Pandas Page 99 and 100 -- is some
17  form of deity, or possibly a UFO
18  supreme being somewhere moving
19  around.
20         MR. WHITE:  Why don't we
21  take a short break, and then we will
22  be wrapping it up.
23         MR. WALCZAK:  Okay.
24         (Recess taken.)

PAGE 346

00346

1   BY MR. WHITE:
2          Q.   Just to wrap up here, so a
3   lot of the assumptions you make to
4   support your opinion is that
5   intelligent design is not science.
6   Correct?
7          A.   Correct.
8          Q.   And that intelligent design
9   is the equivalent of creation
10  science?
11         A.   I think it's a type of
12  creation science.
13         Q.   Or a type of creation
14  science.
15             Now, if those assumptions
16  are shown to be incorrect, then your
17  opinion is incorrect?
18         A.   Is that a question?
19         Q.   Yes.
20         A.   If the leading scientific
21  communities and the leading science
22  education communities and there's a
23  body of literature, they report that
24  intelligent design is a science

PAGE 347

00347

1   that's being truly debated seriously
2   within the scientific community, we
3   recommend that you teach this, become
4   a part of mainline science, there's a
5   healthy consensus around it in the
6   scientific community and they start
7   teaching at the universities and
8   colleges and say to the high schools,
9   "By the way, you should start
10  preparing these students ahead of
11  time.  Let them know about this
12  intelligent design so that when they
13  get here, you know, they know
14  something," and people who graduate
15  and don't go to college or university
16  will know something about this
17  competing scientific theory, then
18  yes.
19         Q.   So only at that point,
20  though, should intelligent design
21  even be mentioned in a public school?
22         A.   Let me answer it this way:
23  Even if intelligent design were
24  accepted as a science but all the

PAGE 348

00348

1   other parameters about it that exist
2   right now were still in play; for
3   example, no body of literature to
4   speak of in the relevant literature,
5   it is not being taught at the
6   universities and colleges, secular,
7   you don't hear about it when you go
8   to the scientific conferences,
9   there's not federal, state and other
10  sorts of secular funding sources for
11  the research, on and on, then it
12  still shouldn't be taught, because
13  it's such an obscure science.
14             High schools primarily
15  teach mainline science because
16  there's very limited amount of time,
17  a lot of material to cover, and we
18  are talking about 15-year-old
19  children.
20         Q.   Is it your understanding
21  that intelligent design is being
22  taught in religious high schools?
23         A.   I hear many Christian high
24  schools that talk about various forms

Brian Alters 6/2/2005

1   of creationism, and depending on the
2   type of Christian school it is, some
3   would teach young earth creationism
4   only and say that intelligent design
5   is too liberal of a definition of
6   creationism. Others would teach an
7   old earth, et cetera.
8       Q.   Now, those students, when
9   they graduate from their prospective
10  religious high school and move on to
11  colleges, has their scientific
12  education been harmed?
13      A.   Some.  Many college
14  professors report that they have
15  students who contend that evolution
16  is bad and contend that, for example,
17  dinosaurs and humans coexisted, that
18  the earth is 10,000 years old; hasn't
19  the professor heard about intelligent
20  design, don't you know about this
21  form of science, and I don't -- I
22  can't say that a student has been
23  deficient directly because of
24  learning an intelligent design.

1           The only way I would be
2   able to structure a research -- an
3   acceptable research in that sort of
4   area would be to randomly assign, say
5   if we had ten high school students,
6   five of them -- well, I would want
7   large numbers, a couple hundred.
8           I would randomly assign a
9   hundred of them to learn about
10  intelligent design, the other half do
11  not learn about intelligent design,
12  send them off to college, the same
13  college, of course, the same
14  instructors and all that, and see if
15  there's a difference, statistically
16  significant difference.
17          But all of that is
18  incapable of doing due to ethical
19  considerations.
20      Q.   But those students who go
21  through the religious schools learn
22  intelligent design, creationism, et
23  cetera, is that education detrimental
24  to their scientific literacy?

1       A.   I would assume, and the
2   ones I have spoken with do feel that
3   science should, and in many cases
4   they believe does, entertain
5   supernatural causes and then they
6   find out when they are in the secular
7   university that that is wrong, it
8   does not, except for possibly a
9   fringe group of people who call
10  themselves intelligent design
11  scientists.
12      Q.   And then what happens with
13  those students once they realize
14  these matters are just raised?
15      A.   I imagine they have to go
16  through some cognitive shift.  They
17  probably have some disequilibrium
18  about thinking that this was
19  accurate, I thought this was accurate
20  for many years, teachers taught me
21  about this, and now all of a sudden I
22  don't even hear it at the university,
23  in fact, I hear many things counter
24  to that at the university.

1           And now we are having --
2   now they would have the problem of
3   having to reverse what they thought
4   was scientifically accurate to a
5   different view.
6           If that's what we wanted to
7   do, we should teach -- with all due
8   respect to those who agree with
9   intelligent design, we should teach
10  all sorts of fiction in high school
11  because it really wouldn't matter,
12  they can go on to university or
13  college and be re-trained anyway.
14          And I'm not stating that
15  intelligent design is fiction, it is
16  just not science.
17      Q.   Now, the students that you
18  are talking about here that go to the
19  religious schools, you are working
20  the assumption that they are not also
21  being taught evolution.  Correct?
22      A.   There are many
23  possibilities here.  One possibility
24  is they are being taught evolution

Brian Alters 6/2/2005

SHEET 89   PAGE 353

00353

1  and intelligent design and the
2  student decides which one is most
3  accurate, which is very strange
4  because one is a scientific view and
5  one is not a scientific view, but in
6  any case, that's one possibility.
7          The other possibility is
8  they are being taught both and being
9  shown that evolution is bad and
10  intelligent design is good, that's
11  another possibility.  There are other
12  permutations concerning this also,
13  but those are the two most popular.
14      Q.   Now, do you know whether
15  people that believe in the theory of
16  intelligent design also believe in a
17  lot of the concepts of evolution?
18      A.   From what I read, a lot of
19  them do, yes.
20      Q.   So what is the big
21  difference then, in your view,
22  between the theory of intelligent
23  design and the theory of evolution?
24      A.   Nonnaturalistic

PAGE 354

00354

1  explanations.
2      Q.   Just that there is a
3  designer and that designer could be
4  God?
5      A.   In science, if we don't
6  know the answer to something, we keep
7  looking for a naturalistic
8  explanation.  It may take 20 years,
9  it may take hundreds of years.
10  Intelligent design posits, from what
11  I can read, that evolution has some
12  problems, ergo we claim
13  nonnaturalistic causation to solve
14  any form of problem, concern, things
15  we don't like about evolution.
16      Q.   And what if intelligent
17  design was simply that these
18  biological organisms are so complex
19  they had to have been designed, it
20  could not have just resulted from
21  random mutation, et cetera?
22      A.   I disagree with how you are
23  setting up the question.  You are
24  deciding that they cannot be.  I

PAGE 355

00355

1  don't know -- maybe in your
2  laboratory and your research and so
3  forth, but other scientists may
4  disagree with you.  And even if they
5  agreed with you, they would say we
6  will keep looking, we will keep
7  working on it because that's how the
8  game of science is played.
9      Q.   But wouldn't just the
10  explanation that these organisms are
11  so complexly designed that there has
12  to be -- we don't know who it is, but
13  there has to be some designer of it,
14  how is that wrong for the
15  scientific --
16      A.   Well, that's not how --
17      Q.   -- for the scientific
18  literacy of students?
19      A.   Because that's not how
20  science operates.  You can't open up
21  the scientific journals or go to
22  scientific conferences and hear that
23  explanation.
24          And there's a more personal

PAGE 356

00356

1  side to all of this that's often
2  forgot.  It's the student who says
3  "Yes, that is the case, there is this
4  gap in evolution, this one fossil, or
5  they have found man tracks and
6  dinosaur tracks side by side in the
7  Biloxi River in Texas," and then one
8  day they find out that that's not
9  really the case, that the scientists
10  have said, "Oh, we were wrong on
11  that, they really weren't."
12          And then all of a sudden
13  they attributed a certain amount of
14  their faith in the supreme being to
15  that particular piece of evidence,
16  and now that particular piece of
17  evidence has been taken away from
18  them.
19      Q.   Did you always work under
20  the assumptions that the designer has
21  to be a supreme being?
22      A.   Well, not many people,
23  necessarily, have such an emotional
24  tie to extraterrestrials.

Brian Alters 6/2/2005

SHEET 90   PAGE 357

00357

1    Q.   But the designer could be
2 really anything, so we don't know who
3 the designer was.  Right?
4    A.   Could be, but most students
5 I talked to when I talked to them
6 about intelligent design learned
7 about it at church or church-related
8 activities.
9    Q.   Have you ever been
10 convicted of a crime?
11    A.   No.
12    Q.   Have you understood all of
13 my questions I have asked you today?
14    A.   I hope so.
15    Q.   Is there anything that you
16 remember now that you want to add to
17 what you stated previously during the
18 day?
19    A.   There was something.  Now I
20 think it was minor.  I will say no.
21 I will retract my "There was
22 something."
23    Q.   Is there anything else
24 about your opinion that you have to

PAGE 358

00358

1 bring in this case on behalf of the
2 plaintiffs that you have not told me
3 about today?
4         MR. WALCZAK:  What, that's
5 not in his report?
6 BY MR. WHITE:
7    Q.   That's not in your report
8 or that you plan on testifying about.
9    A.   No.
10         MR. WALCZAK:  I have no
11 questions.
12         MR. WHITE:  We're done.
13         MR. WALCZAK:  We will not
14 waive signature.
15         (Thereupon, at 4:39 p.m.
16 the deposition concluded.)
17
18
19
20
21
22
23
24

PAGE 359

00359

1                 WITNESS CERTIFICATION
2
3         I hereby certify that I
4 have read the foregoing transcript of
5 my deposition testimony, and that my
6 answers to the questions propounded,
7 with the attached corrections or
8 changes, if any, are true and
9 correct.
10
11
12 _____    _____
   DATE           BRIAN ALTERS, Ph.D.
13
14
15
16
17
18
19             _____
               PRINTED NAME
20
21
22
23
24

Brian Alters 6/2/2005

**1**

1 [17] 51:6,10 75:9 80:13 127:20
138:11,18 148:7 269:1 274:24
285:13 296:22 298:9 308:13 313:
19 324:18 343:13
1,000 [1] 121:3
1:10 [1] 171:18
10 [8] 18:24 106:16 163:16 236:23
237:4,7 239:4 246:14
10,000 [4] 22:1 196:23 304:22 349:
16
100 [7] 79:16 94:9 95:19 225:12
250:3,9 345:16
10th [1] 241:15
11 [1] 248:14
12 [2] 239:5 241:7
12:11 [1] 171:16
13 [2] 241:5,10
14 [1] 241:8
146 [1] 2:20
15 [6] 18:24 52:20 229:11 310:5
15-year-old [17] 47:19 48:18 87:7
92:19 101:17 102:7,8,14,14 104:2
224:18 250:18 251:2 255:24 282:
11 295:19 348:18
15-year-olds [7] 102:9 108:1 252:
3 289:5 342:14 343:2 345:12
153 [3] 105:1,9 124:13
154 [1] 124:23
165 [1] 328:12
1800s [1] 197:24
18th [2] 1:18 2:4
19 [7] 291:3 293:11,13,16 294:5
306:6 316:3
1989 [1] 94:3
1993 [1] 94:4

**2**

2 [59] 1:20 75:3,7 76:2,8 80:12,14
85:2 108:22 109:1 127:15 132:21
134:11 137:5 141:19,20 142:1
238:18 245:4 253:16,16 281:11
271:19 274:24 276:22 277:13 278:
18,21,22 279:14,14 280:12,12 281:
12,12 282:2,3 285:15 297:24 298:
8 301:10,10 308:5,7,8,10,13 311:1,
1 312:7 313:8 320:6 343:6,6,13
20 [4] 73:21 74:7 154:11 354:8
200 [3] 11:4 158:7,9
2001 [1] 148:8
2002 [1] 235:2
2004 [2] 228:4 272:4
2005 [3] 1:20 57:1 272:5
20s [1] 261:18
21 [1] 261:12
215-981-4000 [1] 2:5
227 [1] 2:21
234 [1] 2:5
24 [1] 2:12

**3**

3 [13] 2:20 132:16,18 146:6,11 148:
7 157:20,21,22 167:19 169:1,20
207:2,3 288:10 296:21 313:18
314:24 329:3

**3.2.10** [2] 237:4,24
30 [2] 261:12,13
3000 [1] 1:17
313 [1] 2:8
386 [5] 229:11 310:4,12 312:23
313:15

**4**

4 [11] 2:21,108:21,22,24 168:24
227:15,19 228:3 310:3,4 312:23
4:39 [1] 358:15
40 [2] 73:18,20
412-661-7736 [1] 2:9
48106 [1] 2:13

**5**

5 [6] 234:19,22 236:23 239:5 294:2
324:17,21 326:2
50 [1] 104:17
50,000 [2] 16:13,24
51 [1] 2:1
5th [1] 235:2

**6**

6 [8] 106:16 169:20 324:17 325:15
326:2 329:2 332:11 334:9
60 [2] 5:5 343:15
60-second [1] 294:8
65 [1] 265:3

**7**

7 [1] 157:2
75 [1] 2:2

**8**

800 [1] 158:12
80s [4] 228:17,20,23 229:1
89 [1] 80:9

**9**

9:01 [1] 1:20
90s [3] 77:16,17 228:21,22 229:3
92 [1] 80:10
99 [4] 79:16 94:8 95:16 345:16
9th [3] 224:17 241:21 284:22 327:9
338:1

**A**

a.m [1] 1:20
aaas [2] 223:13 324:12
abilities [1] 167:14
ability [6] 58:2 177:22 186:15
able [12] 6:5 24:16 28:5 64:24 88:8
172:6,8 179:8 237:8 263:24 282:7
350:2
above [4] 77:2 291:24 296:5,5
abruptly [6] 84:11 95:19 210:7,10,
13 345:15
absolute [4] 214:9 215:9,11 269:
22
absolutely [7] 22:22 248:22
academic [20] 2:5 38:15 39:17 63:
2 81:4,7 108:9 109:4 153:9 184:4
234:23 235:5,14 241:7 259:17
263:1,22,20,22 284:9 338:7
academically [1] 143:17
academies [3] 198:21,23 199:16

academy [7] 196:20 187:11 223:12
286:18 325:18,21,22
accept [11] 116:19,23 168:5,13
190:7 192:7,18 208:14 216:4 265:
6 340:17
acceptable [1] 350:3
acceptance [4] 157:10,12 187:14
196:14
accepted [3] 107:15 108:2 112:
18 151:2 168:16 192:13 196:24
197:2 206:1 208:15 215:4 232:11
347:24
accepting [2] 224:9 263:19
accomplish [1] 128:8 242:7
according [9] 85:2 135:18 187:10
278:13 286:8 291:3 293:13 306:
13 345:15
accurate [19] 7:2 18:12 56:1 139:
15 146:10 192:1 254:16 294:24
298:15 302:5,8 308:2 328:23 341:
15 351:19,19 352:4 353:3
accurately [2] 201:7 207:14
achieve [4] 82:11 109:21 292:15
293:2
achievement [1] 125:6
achievements [1] 82:12
acquire [4] 29:7,13 30:12,22 235:9
237:8,22 241:14
acquired [2] 43:11 119:24
acquiring [1] 242:6
across [6] 249:4 315:7
act [4] 136:20 144:4,7 145:1 182:
18
action [4] 179:15 181:5 183:20
192:9
active [1] 125:3
activities [1] 149:23 154:15 244:
16 246:19 269:17 294:16 357:8
activity [3] 151:20 227:12 323:1
actor [1] 144:5
actual [2] 227:23 298:17
actually [6] 82:3 101:13 157:3 245:
14 289:8,20 301:15 328:13
add [2] 123:4 357:16
addition [3] 244:9 271:4 284:15
adequate [5] 61:18,21 62:3,7,9
adequately [1] 64:4
adhere [1] 235:20,21
adjudicate [2] 107:23 323:9
administration [3] 77:6 123:22
278:1
administrators [3] 15:11 334:11
admonished [1] 236:19
advance [2] 64:15 149:17
advanced [1] 139:19
advancement [4] 96:22 154:23
286:20 324:24
advances [1] 229:21
advantage [3] 283:18 284:11
advantageous [3] 198:9
advice [1] 59:2
advocates [1] 264:7
affect [7] 262:17 263:6 266:14
affected [1] 305:2
afield [1] 223:7

afterlife [2] 260:18 282:9
age [3] 87:4 93:1 106:16
agency [2] 94:12 251:24
agnostic [9] 260:11 261:2,8,20
262:16 263:5,21 265:21 266:14
agnosticism [1] 263:9
ago [4] 78:5 79:10,18 154:4 169:
18 228:15,19 229:4,6 309:15,21
agree [10] 36:23 44:14 45:23 64:
10 97:6 125:23 138:24 139:2 297:
1 352:8
agreed [1] 355:5
agreement [1] 174:16
ahead [5] 72:3 86:19 123:3 147:9
347:10
aid [1] 98:11
aids [2] 239:14 240:6
air [1] 25:15 192:22 221:18
alcoholic [1] 7:21
alive [1] 233:4
allocation [1] 60:17
allow [2] 180:19 283:7
allowed [3] 142:15 243:23 295:21
allows [1] 244:16
allude [1] 34:3
almost [9] 69:11 113:8 211:14 231:
18 285:23 291:14
alperts [2] 325:24 326:3
already [3] 48:22 94:13 247:17
alternate [1] 318:15
alternative [14] 196:3 97:8,12 199:
12 225:14 226:2 306:8,9 321:14
338:12 339:9,12,16,18
alters [12] 1:16 2:17 3:1,7 8:14 51:
6 75:3 146:6 160:16,16 227:15
234:19
although [2] 5:21 161:18
american [5] 2:6 53:10 96:21 286:
19 324:23
americans [1] 53:12
amiss [1] 29:4
among [5] 146:20 262:15 232:11
309:7 317:5
amount [18] 9:12 52:21 164:24
184:11 193:22 195:2 212:24 294:
5 348:16 356:13
analysis [2] 18:22 172:18 317:14
ancestry [2] 207:5 211:8
and/or [1] 60:2
andrew [1] 55:7
animals [4] 22:3 209:22 211:23
ann [1] 2:13
another [25] 11:9 34:13 60:14 63:
21 65:23 66:3 75:14 104:17 124:
22 137:16 146:12 147:4 195:6
204:9 212:2,5 247:1 271:3 288:16
303:4 325:16 332:24 334:5 338:
17 353:11
answer [35] 7:2,13 8:5 24:16 29:
11 35:10 36:18 38:2 49:2 50:6 59:
1 80:15 61:8 91:1 98:16 108:22
111:11 114:17 131:13 133:9 168:
21 181:21 209:17 215:12 216:16
257:11 261:16 277:21 278:1 291:
8 298:14 307:10 327:16 331:1

Brian Alters 6/2/2005

235:20 336:2 347:22 354:6
answered [3] 5:17 251:9 257:9
answering [2] 115:12 177:4
answers [9] 6:11 39:12 120:4 155:
4 175:18 278:12,17 332:7 359:6
antievolution [1] 153:14
antievolutionary [1] 165:4
anyway [4] 15:23 200:7 309:23
352:13
apparently [11] 217:17 220:12
243:22 260:23 278:13 282:13 286:
8 291:7 338:10,23 342:4
appealing [1] 223:4
appear [2] 209:22 220:11
appearance [1] 210:3
appearances [1] 2:1
appeared [2] 210:7,13
appearing [2] 209:23 345:15
appears [1] 312:14
appendix [2] 2:5 234:23
applicable [2] 323:17,19
application [1] 236:12
applied [2] 175:7 292:20
applies [2] 7:13 130:5
apply [3] 130:4 185:3 238:3
appreciate [1] 100:12
approach [1] 344:18
approaches [1] 344:20
appropriate [9] 56:7 52:21 87:4
172:10 174:15 176:17 178:16 199:
19 226:16
appropriately [1] 231:24
approved [1] 199:24
approximately [9] 11:4 16:7 18:
23 21:24 53:22 73:19,19,21 248:
14
arbor [1] 2:13
arch [2] 1:18 2:4
area [38] 14:21 26:24 33:23 56:20
66:13 68:22 70:11 86:11 90:8 91:
7 102:6,24 103:15,17 104:7 117:4
123:11 126:18 156:6 157:14 173:
10 175:14 185:5 186:7 208:4,7,23
209:15 210:9 231:17 286:3 269:
24 271:14 272:1 315:16 336:9,18
350:4
areas [26] 13:5 56:2 61:4,5 102:18,
20 104:3 120:9 175:7 176:3 177:
18 185:3 191:20 217:2 231:19
233:5 241:13,20 271:1 284:1,2,4
286:9 300:7 312:20 319:18
aren't [7] 69:2 72:21 73:22 99:23
200:10 242:24 264:11
argue [1] 220:11
argued [1] 198:6
arguing [4] 15:17 168:2 199:20
203:13
argument [2] 50:3 338:16
argumentative [1] 87:20
arguments [2] 12:3 220:8
ariso [4] 230:13,16,23 313:6
arm [1] 212:4
arms [1] 197:3
arose [1] 197:21
around [11] 153:24 202:9 208:17

210:23 281:23 284:21 304:17 319:
17 342:19 345:19 347:5
arrange [2] 270:24 271:6
arrive [1] 340:6
arrived [1] 111:4
art [2] 28:8 148:10
article [13] 55:22 56:15 143:23
164:5 167:17,18,23 168:2,11,24
169:9,16 171:4
article's [1] 167:24
articles [9] 13:22 55:13,19 56:19
162:16,20 163:22 164:20 167:13
asks [3] 55:14 56:6
aspect [4] 56:12 111:8 120:16 297:
17
aspects [11] 114:8,24 115:16 117:
11 119:14 139:23,23 140:19 153:
16 233:23 270:22
assert [1] 326:4
assessments [4] 82:15 109:23
292:17 293:4
assign [2] 350:4,8
assist [1] 41:15
assistant [3] 3:19 244:1 327:17
assistants [1] 341:20
associate [5] 54:11 55:3,11 224:
22 248:19 247:11
association [15] 18:5,12 17:6 45:
4 96:17 19,22 165:24 258:5 286:
19 324:4,23 329:22 330:11 331:9
332:13,18,20 334:10
associations [3] 95:1 200:2,19,
20 272:22 296:24 297:1 323:24
328:22 328:9,10,15 330:16,20
333:9
assume [9] 21:11 49:6 89:14 248:
10 249:10 301:19 338:19 345:13
351:1
assuming [2] 27:12 340:12
assumption [11] 27:14 39:20 130:
23 238:22 275:12 280:14 286:3
289:4 298:6,14 352:20
assumptions [4] 44:21 131:7 255:
5 280:4,9 281:8 346:3,15 356:20
atheist [1] 260:4
atmospheric [1] 136:3
attached [3] 83:24 146:2 359:7
attack [3] 14:13,16
attacked [1] 125:13
attacking [1] 31:18
attacks [2] 32:12,14
attempt [2] 287:21 344:1
attempted [1] 283:3
attempting [3] 114:13 219:11 257:
4
attend [1] 172:19
attendance [1] 83:6
attention [3] 244:5 315:13 317:19
attorney [4] 2:14 5:11,20 30:11
attorneys [1] 43:13
attribute [1] 186:20
attributed [2] 243:10 356:13
attributing [1] 285:21
atwood [1] 2:8
audible [1] 6:17

author [4] 11:9 56:3 156:24 162:5
authors [4] 127:5 128:10 219:18
248:7
available [8] 81:24 245:11 289:17
301:12 302:17,19 320:5 325:10
343:22
average [5] 250:19 251:1 282:11
aware [38] 4:21 24:23 25:1 39:11
47:7 53:6 67:15 72:11,13 76:15
84:8 110:5,14 129:3,6,12,16 130:
17 131:11 135:15 136:8 142:5
225:23 275:2,16 299:17,24 300:5,
13,20 301:1 303:21 318:14 320:
11 329:16 335:22
away [5] 15:15 34:5 48:16 306:12
356:17

## B

b-u-n-g-a [1] 149:11
back [29] 66:19 67:12 71:15 79:20
91:8 99:3 103:12 116:8,9 118:17
120:3 124:10 127:14 136:14 139:
22 156:10 180:20 197:13,20,23
196:12 213:8 221:24 254:10 299:
21 314:6 316:3,10 345:9
backbone [1] 209:24
background [5] 117:20 120:8 160:
22 202:1 297:6
bad [10] 36:3 40:16 63:14 197:16
198:19 202:7 264:11 267:7 272:
16 311:22 320:16 349:16 353:9
badly [1] 340:5
bait [1] 91:22
balance [4] 120:23 344:7,8,8,10,
11,14 345:4
balanced [7] 343:10,20 344:2,3,18,
20 345:1
balancing [2] 267:23 344:15
barely [1] 248:1
base [2] 71:12 93:5
based [13] 58:8 71:6 72:22 88:2
96:15,16,18,20,21,23 126:3,4 132:
6
basic [1] 151:2
basically [8] 11:8 19:6 56:9 71:7
206:23 217:6 331:14 344:23
basing [3] 131:7,9 274:18
basis [4] 19:22 86:20 165:21 220:
7
bats [1] 165:16
battles [1] 15:19
batty [1] 165:14
beaker [1] 183:11
beaks [1] 94:15
become [13] 23:23 28:12,17,19 55:
2 57:3 125:3 206:1 230:17,24 261:
7,19 347:3
becomes [3] 22:12 23:24 180:20
beforehand [1] 7:7
began [5] 94:11 230:19 232:16
begin [1] 193:3
beginning [3] 194:14 303:2
begins [2] 77:3 231:5
begs [1] 256:12
behalf [4] 13:7 40:5,13 358:1

behe [4] 220:22 323:4
behind [1] 266:6
beings [1] 330:3
belief [5] 165:6 167:20 168:3,20
312:5
beliefs [10] 15:3,18 120:24 121:20
164:12,15 238:10 253:19 279:1
343:11
believe [6] 4:13,14 5:15 18:18 21:
12 51:17 58:23 59:3 64:6 75:21
76:7 77:15 79:7,9,24 80:8 82:22
86:5 88:24 89:1,7 124:12 135:13
142:4,9 147:3 163:23 154:5 158:6
161:19 163:17 188:6,14 191:5
205:2 218:4,6 219:2 223:18,21
224:13 228:15 235:11 238:18 243:
1,9 247:10 256:19 265:14,14,24
267:11 269:23 277:20 280:13 323:
14 331:15 334:2 351:4 353:15,16
believed [2] 262:3,23
believing [1] 101:18
belt [4] 31:1 34:15,16 149:11
belong [1] 53:7
below [1] 95:7
benenson [1] 149:10
berkeley [3] 58:6,11 333:5
bermudez [1] 1:21
besides [1] 98:14 30:10 41:20 52:
5,15 54:6 71:10,14 150:16 153:19
174:17 180:2 184:19 249:8 279:9
300:15 331:24 333:4
best [2] 19:5,19,21 41:24 56:1 61:
17 89:16 96:12 140:4,9 141:5 184:
21 185:21 216:17 225:18 226:5
257:22 265:7 315:17 334:3 342:5
batter [8] 15:21 37:18 121:15 150:
3 154:17 156:18 157:6 270:23
between [17] 11:15 84:8 157:11
201:16,22 202:15 212:23 220:9
241:23 259:7,10 287:4 344:9,10,
10,11 353:22
baverages [1] 17:22
beyond [1] 141:2
bible [4] 223:16 248:5 263:20 344:
19
biblical [2] 218:13,20
big [5] 15B:11 249:12 284:16 344:
22 353:20
bigger [1] 337:1
billion [1] 207:3
biloxi [1] 356:7
biological [6] 149:18 165:1 222:
21 230:3 241:8 354:18
biologist [2] 117:17 339:21
biologists [1] 213:23
biology [109] 2:2 12:13 14:20 18:
11 27:4 35:5 45:5,8,9 66:11,16 67:
2,7 68:4 72:15 77:8,13 78:6 83:2
85:5 94:18,20 95:21 96:19,23,24
101:2 117:18 122:8 123:13 127:
20 131:18,24 135:8 147:14 152:
22 157:24 158:21,22 159:2,3 160:
11,12,13,14 161:4,6,11 163:7 165:
24 167:7 202:20 207:19 208:23
212:19 218:7 228:5,12 229:22

answer - biology

Brian Alters 6/2/2005

234:7,9 242:4 244:12,18 248:24
249:3,4 253:1,20 254:7 264:23
265:17 270:21 272:2 275:13 283:
23 284:4,5 293:20 294:3,7,17 296:
6,11,17 297:4 300:16 301:4,18
304:8,15 308:6 309:11 317:6,10,
11 321:15,23 322:2,4 326:5,5 329:
22 330:11 331:9 332:18 338:11
341:2 344:19
**biology** [1] 77:7
**biomedical** [1] 230:3
**bird** [1] 212:6
**birds** [1] 94:14
**bit** [2] 49:11 165:19
**bitter** [1] 24:9
**black** [2] 220:21 222:12
**blower** [1] 221:18
**board** [32] 1:11 3:14 31:16 38:4,14
39:9,15 40:10 54:22,23 56:24 57:
4,14,16 58:13,17,19,20 59:9,10 62:
5,7,20,23 67:20 70:7 198:13 236:
6 258:10 277:2 333:6,8
**board's** [2] 236:2 279:1
**boards** [4] 258:14 326:9 330:23
331:1
**body** [5] 106:7 127:11 324:6 346:
23 348:3
**bold** [1] 171:4
**bolt** [1] 258:1
**book** [108] 4:1 11:9,10 12:1,8,15,
22 14:2,3 33:22 73:7 77:13,24 78:
2,15 79:6,8,20 81:23 85:10,10,13
88:3,20 88:10,15,18,22 89:9 92:2,
4,15,16 93:12,16 95:5,21 98:7,19
99:1,15,20 100:19,23 101:6 104:
23 122:23,24 124:11 126:3,10
145:22 158:12,18 159:9,20 160:
23 161:3,7,19 163:11,15 166:22
185:9 198:19 199:14 221:8 222:
11,13,15,17 225:3 226:7 234:12
245:10,22 249:9 289:16,24 291:6
301:7,11,21,24 302:4,12 303:1
310:10 314:15 321:10 326:20,23,
24 327:8,9,23 328:5,6,9,12,15 335:
13 338:5,15 343:19,21
**books** [22] 85:21,24 86:6 89:3,5
92:11,21,24 98:22 117:22 152:15,
21 157:23 161:10,16 163:5,20,21
212:20 221:5 323:14 343:15
**border** [1] 149:6
**both** [10] 26:4,6 38:10 113:7 195:9
223:13 263:20 286:21 308:22 353:
8
**bottom** [12] 76:9 80:13,13 92:23
98:22 109:7 169:24 170:1 229:14
236:24 269:2 277:12
**bounced** [1] 202:9
**box** [2] 220:22 222:12
**break** [10] 7:7,10 51:4 75:14 97:20
104:18 118:13 171:9 234:17 345:
21
**breaks** [1] 7:5
**brian** [4] 1:15 3:1,7 8:14
**brief** [1] 9:5
**briefly** [3] 163:12,13 216:17

**bring** [3] 13:6 21:16 42:3 51:16
98:20 105:22 122:12 148:17 151:
10 227:11 233:19 263:6 267:16
270:24 271:5 281:10 290:24 293:
6 307:16 308:1 316:15 329:19
358:1
**bringing** [2] 137:1 280:10
**brings** [5] 67:11 222:18 248:1 279:
16 302:11 308:17
**broad** [4] 81:19 189:19,24 287:9
**broader** [1] 191:4
**brought** [8] 32:11,13 113:23 245:
15 286:19 287:12 299:22 306:24
**bruce** [2] 149:12 325:24
**building** [1] 12:7
**bullet** [1] 242:20
**bunch** [2] 115:19 211:24
**bunge** [1] 149:10
**business** [2] 72:24 73:6

## C

**cajon** [2] 217:23 218:3
**calculation** [1] 299:22
**california** [3] 58:5 217:24 218:3
**call** [7] 18:2 117:5 145:3 153:2 194:
12 318:13 351:9
**called** [4] 198:15 198:12 217:4
230:6
**calling** [1] 264:1
**cambrian** [3] 209:12,20 210:4
**came** [14] 79:8 144:20 191:20 197:
5,14 207:20 210:16 212:7 252:14
276:16,17 336:19 337:11,13
**campus** [1] 321:11
**canada** [8] 8:23 9:17,23 10:1 59:7,
10,14 146:17
**cannot** [7] 24:18 25:8 114:12 297:
5 335:14 338:4 354:24
**capability** [1] 197:23
**care** [5] 8:2 123:11 277:1 320:24
342:14
**career** [4] 266:19,24 305:3 338:7
**carefully** [2] 52:22 53:3
**caroll** [1] 149:12
**carries** [1] 269:3
**carry** [4] 294:11 302:22
**carrying** [1] 176:10
**case** [48] 13:6 29:8,14,16 30:13,19,
21 31:8,9,15 34:21,23 35:17 36:
24 40:1,13 42:4,9 49:4 51:16,21
62:21 73:2,7,10 79:11 80:7,10 83:
21 127:6,8 144:10 197:9 235:4
260:7 263:7 271:21 275:12 286:2
319:20,23 338:20 353:6 356:3,9
358:1
**cases** [3] 266:11 323:16 351:3
**categorize** [1] 255:2
**category** [1] 13:13
**catholic** [5] 170:5,10,17,20,21 171:
7
**catholicism** [2] 170:3,10
**causal** [1] 227:12
**causation** [6] 222:19 227:13 242:
16 302:11 340:24 354:13
**cause** [15] 45:11 46:8,11 219:24

**caused** [4] 124:1 125:11 261:19
262:13
**causes** [21] 18:1 41:8 176:10 217:
8 218:11 224:9 244:17 245:3 246:
2 247:7,12 249:24 251:16 252:17
263:14 296:1,8 304:20 341:6,8
351:5
**causing** [6] 46:2 100:22,24
**caveats** [1] 95:6
**center** [26] 31:6 53:16 54:16 57:12
58:8,14 59:16 75:18 146:6,9,9
149:15 151:13,21,24 152:19 153:
2,7,7,8,14,16,18 154:4,13 187:21
**centers** [3] 153:23 154:21
**centre** [1] 170:5
**certain** [14] 9:12 28:10 36:1 44:9,
10,11 117:10,24 119:5 123:14
154:12 156:18 186:11 195:3 268:
21 316:7 323:16 356:13
**certainly** [14] 53:1 55:20 138:24
144:2,23 147:6 151:22 154:14
155:1 252:17 295:1 311:8,9 345:7
**certification** [1] 359:1
**certify** [1] 359:3
**cetera** [9] 94:15 156:13 179:13
180:22 275:18 338:18 349:7 350:
23 354:21
**chalk** [1] 252:4
**challenge** [3] 196:12 237:19
**chance** [1] 100:24
**change** [19] 3:23 4:3,17 19:14 25:
21 45:15 46:4 72:4 207:1,8 230:
12 313:5 315:23,24 342:6
**changes** [4] 69:24 136:4 156:7
359:8
**changing** [2] 90:17 315:14
**chapter** [5] 12:24 163:18 179:13
229:11 310:4
**characteristics** [1] 176:16
**characterization** [1] 326:14
**characterize** [1] 326:17
**charts** [1] 160:3
**check** [2] 200:15 201:9
**chemical** [1] 183:11
**chemistry** [4] 14:20 267:22 284:3,
3 287:16,17 290:17 292:23 341:3,
4
**chicken** [1] 211:13
**child** [16] 86:11 98:17,21,23,24
100:18,21 101:5,9 250:19 254:24
264:22 265:5,12 288:2 304:24
**child's** [2] 101:14 288:2
**children** [11] 47:19 48:18 87:8 92:
19 101:17 224:16 250:16 268:4
295:20 342:15 348:19
**children's** [1] 320:17
**choose** [4] 88:8,10 240:10,14
**chooses** [1] 88:12
**chose** [1] 249:16
**christian** [10] 41:7 123:12 261:5,
21 263:15 264:18 340:14,16 348:

**23** 349:2
**christianity** [2] 123:5,6
**christians** [3] 120:10,13 253:17,
18 264:8
**church** [7] 53:13 171:7 248:5,8
261:5 267:6 357:7
**church-related** [2] 246:18 357:7
**churches** [3] 246:18 247:16
**city** [2] 58:10,12
**civil** [1] 2:6 53:10
**claim** [2] 183:8 354:12
**clarification** [3] 100:12 305:16,17
**clarify** [4] 99:17 100:1 306:19 310:
16
**clash** [1] 125:4
**class** [65] 20:11 22:21 27:5 28:24
66:16 77:8 82:9 83:2 101:2 109:
20 135:12 178:6 183:24 192:6,17
193:24 194:3 198:14 213:12 243:
20 249:3,9 263:12 266:24 274:7,
15 283:19,23 289:2,3,6,9,11 290:3,
17,18 291:1 292:14,23,24 293:17
294:3,9 296:11 300:1 303:3 304:
15 305:20 307:1 321:8,23 322:1,2,
23 338:3,11 339:1,8,11,20,24 340:
1,4 341:2 342:9
**classes** [19] 10:15 18:12 43:1 72:
15 163:8 191:8,11 234:8 236:20
248:5 253:1,20 254:7 264:9 268:5
287:16,17 304:6 315:10
**classification** [2] 239:12 240:4
**classroom** [113] 12:10 14:2,5 18:1
21:17 28:9 32:8 36:9 43:4 83:16
85:6,13 96:6 98:5 100:16 123:14
133:17 135:9,20 136:13,21 142:
16,18,22 162:8,13,14 164:18 165:
10 166:21 169:2 173:4,14 175:1
178:13,20,24 179:1 185:6,11,16
186:24 191:21 193:9 195:3,19
196:5 197:16 199:24 200:23 210:
20 214:16 226:9,10,13,18 227:6
239:20 243:21 244:18 245:18 247:
9 248:24 249:11 257:20 258:8
264:23 265:13 266:17 267:10 279:
19,24 285:6 294:14,17 301:16
311:22 316:15 318:12 321:20 322:
11 335:19 345:6
**classrooms** [7] 84:7 121:2 241:
21 249:4,22 252:22 314:7
**clear** [4] 99:18 116:9 273:16 274:
16
**clearer** [1] 99:23
**close** [2] 158:7 255:2
**closely** [3] 235:21 248:20
**coexist** [3] 265:1,16 308:1
**coexisted** [5] 21:19 106:15 188:4
304:21 349:17
**coexistence** [1] 305:13
**coffee** [2] 24:8 202:7
**cognitive** [1] 351:16
**colds** [1] 304:16
**collaboration** [1] 162:1
**collected** [1] 11:8
**collecting** [2] 11:21 13:2
**college** [25] 10:7 12:17 41:7 45:8

Brian Alters 6/2/2005

94:20 97:1 158:20,22 159:1,21,22
160:1 162:15 323:21 339:2 340:6,
9,10,15,20 347:15 349:13 350:12,
13 352:13
colleges [5] 41:3,5 340:16 347:8
348:6 349:11
column [4] 237:3,11 239:4 241:11
303:13,19
combination [1] 324:2
combine [1] 113:16
combined [1] 183:18
come [35] 17:15 20:10 43:12 74:17
110:8,9 111:21 113:13 119:13
120:3 150:15 155:10 173:15 174:
3,19 205:23 214:4 245:1 246:8
248:7 249:24 251:4 265:2 268:21
269:24 271:11 284:20 286:21 289:
12 299:21 304:24 306:4,12 316:
24 324:13
comes [19] 11:13 60:11 80:9 117:
1 121:19 123:12 136:14 151:8
172:1 213:2,8 216:3 218:14 249:5
265:6 290:14 324:3 327:17 335:
23
coming [8] 19:11 40:4 136:7 173:
21 249:17 252:5 282:5 321:8
comment [3] 34:13 169:14 205:9
comments [6] 34:10 56:4,5 77:24
156:8,9
committee [4] 147:4 270:10 333:
21 334:5
committees [1] 333:17
common [4] 24:3 207:5 211:8 309:
4
commonwealth [1] 235:1
communicated [2] 152:6 278:14
communication [1] 277:18
communities [4] 288:22 290:2
345:21,22
community [57] 20:17,19,20 21:4
33:16 37:2 45:12 46:3 47:13 86:8,
21 105:16 107:15 108:3,5 110:23
111:15,20 112:6,16,23 117:3 127:
1 140:5 152:7 153:9 154:20 156:
22 174:12 184:4 187:15 192:14
196:16 197:1,7 198:7 201:10 206:
2 214:10 232:12 255:11,12,13,14
264:18 272:17 314:2,3 316:23
324:20 336:21,23,24 337:2,4 347:
2,8
company [1] 153:3
compare [5] 52:24 90:1,6 101:3
108:14 186:1,3,4 238:9
compared [6] 10:1 192:1,3 249:13
294:6
comparing [3] 98:10,18 125:20
166:3 198:2
compelled [1] 338:17
compelling [2] 178:9 329:13
compete [2] 195:8,18
competing [7] 125:2 153:6 194:23
195:13,15 338:21 347:17
competition [2] 154:18 337:6
competitors [1] 153:10
complains [1] 15:12

complaint [4] 29:19 80:18 82:23
289:21
complete [1] 51:14
completely [5] 29:1 154:2 211:16
227:4,11
complex [1] 354:18
complexity [1] 355:11
compliance [13] 39:5 60:20 61:13
62:16 63:1 68:18 69:21,24 70:4,5,
9,10 259:16
complicated [2] 38:2 60:14
comply [7] 38:15,21 39:5,16 70:15
238:8 330:15
complying [1] 61:20
compound [1] 14:8
concept [6] 86:18 112:13 172:7,
11 174:21 297:4 317:9,12
conception [1] 139:14
conceptions [6] 103:4 195:24
315:15 316:11
concepts [8] 123:14 138:12 159:9,
12,18 297:3 317:14 353:17
concern [4] 125:8 248:16 288:7
354:14
concerned [3] 88:14 274:18 312:6
concerning [6] 4:5 15:17 29:16
33:18 34:24 38:18,24 40:9 47:7,8
67:23 68:21 69:3 75:15 104:9 105:
13,16 110:23 111:17 113:11 115:
9 117:10 119:12 120:21 121:4
123:8 126:6 128:17 140:3 152:21
154:4 191:1 199:16 203:16,18
213:24 214:22 231:15,19 233:21
239:1 244:3 248:9 254:16 259:5,6
267:24 277:19 284:1,22 293:7
305:16 306:15 307:9 310:23,24
311:11 317:1 319:18 324:7 327:
20 353:12
concerns [9] 112:21 122:17 123:8
155:1 245:19 265:20 360:10 315:
4
concise [1] 38:3
conclude [1] 265:10
concluded [1] 358:16
conclusion [7] 126:14 245:2 246:
8 250:1,9 255:6 306:5
conclusions [4] 79:19 223:17
243:14 315:6
conclusive [1] 254:1
conducted [1] 143:11
conference [2] 270:18 271:7
conferences [9] 72:19 74:11 174:
13 199:2,18 200:9 219:23 348:8
355:22
confidence [4] 168:6,14 262:10,
14
confirm [5] 25:3 26:8,10 150:5,8
confirmed [10] 25:9,10 26:6,12 36:
21 165:11 169:3,7 214:8 229:23
confirming [1] 150:12
conflate [1] 123:17
conflates [1] 291:23
conflating [2] 64:7 130:9
conflict [3] 121:19 164:12,15
conflicting [1] 314:3

confused [2] 121:17 307:23
confusing [3] 277:5 287:4 288:1
confusion [2] 202:15 285:17
connected [1] 247:22
connection [1] 157:11
consensus [9] 37:2 111:3,21 214:
11 307:17 308:3,18 316:22 347:5
consequences [1] 246:9
consider [17] 57:15 62:20 73:23
90:1 92:14 96:3 106:20 163:15
220:6 222:14 235:19 257:12 275:
21,23 276:1,3 287:20
consideration [1] 116:22
considerations [2] 320:23 350:
19
considered [11] 53:3 107:1 112:
17 165:8 167:23 202:23 206:3,4
222:21 232:14 264:17
consistent [8] 126:17,23 127:2
constantly [2] 243:3 315:9
constraint [1] 212:18
constraints [1] 265:10
constructive [1] 156:8
constructivism [16] 19:2,3 28:23
29:2 66:20 71:5,7,10,15,18 72:23
150:10,13,16,18 151:6
construe [1] 130:3
consultation [1] 67:18
contacted [3] 29:8 35:18 154:3
contains [1] 289:24
contend [7] 137:24 223:13 224:16
302:4,7 349:15,16
context [8] 87:16 88:1 105:13 116:
23 145:11 173:5
continue [9] 166:8 178:17 179:21
181:10 230:8 267:1 285:14 312:
16
continues [9] 81:13 230:11 285:
24 286:14 312:11 313:4
continuing [2] 231:9 287:1
continuum [7] 247:24 248:11
contract [1] 289:9
contractual [3] 39:10 139:23 236:
15
contradict [1] 110:2
contradicting [1] 273:1
contrary [9] 96:4,7 98:5 197:6 198:
16 266:5
contrast [4] 90:2,7 97:15 238:9
contrasting [2] 98:11,18
contributes [1] 101:8
controversial [2] 326:12,18
controversy [9] 32:23 33:7,15,19,
24 164:17 335:24 336:11,14
conventions [1] 200:1
conversation [1] 154:10
convicted [1] 357:10
convictions [2] 264:14
copies [4] 5:5 77:12
copy [2] 77:14 297:21
copyright [1] 94:3
corner [1] 237:1
cornerstone [1] 321:14
correct [27] 16:20 17:5 20:12,16
22:21 25:11,12 38:16 41:24 42:5,

6 43:9,16 48:12 51:14 52:8 55:1
64:12,15 65:8 68:19 73:14 85:6,7,
11 88:22 89:16,17,18,23 90:3 93:
4 98:1 101:10 108:10 109:15,23
112:4,9 113:20 121:12 130:24
139:5 140:11 145:10,18 158:24
150:21 161:5,8 163:4,4 173:19
177:9 180:13 181:1 182:3,17,21
188:20 209:3 221:7 241:6,16,17
248:21 249:18 250:13 253:16 255:
6 257:3 258:12 259:18 280:12
281:12 282:6,9,10 296:12 307:6
313:16 314:7 316:16 346:6,7 352:
21 359:9
corrected [1] 264:19
corrections [1] 359:7
correctly [6] 21:12 27:13,16 57:7,
8,11 153:13 274:2
couldn't [2] 181:10 331:1
counseling [1] 165:20
count [2] 169:23 293:13
counter [1] 351:23
counterevidence [6] 110:20 112:
19 114:20 115:6 118:14,24 204:
18,19
counters [1] 15:2
countersupporting [1] 116:20
country [1] 197:12
couple [11] 26:23 31:11 32:19 148:
1 155:21 261:24 270:19 275:7
277:11 324:22 350:7
course [25] 11:1,2 61:15 64:24
101:5 118:4,6,20,22 144:24 148:1,
2 156:17 192:20 198:6 213:8 221:
2 242:5 284:3,5 297:5 301:4 339:
5 341:3,3 350:13
courses [10] 117:21 118:2,10,18
119:2 132:1 147:17,21 148:1 284:
2
court [8] 1:1 5:24 6:12 91:5 103:
11 118:16 221:23 227:20
cover [11] 64:14 65:12,19 66:2 93:
12,13,14,14 291:2 293:20 348:17
coverage [1] 65:23
covered [3] 149:7 159:13
covering [1] 64:8
covers [2] 64:20 72:5
create [1] 214:19
created [3] 216:18 217:12 344:24
creates [2] 123:20 290:6
creation [12] 11:14 155:3 164:17
217:9,11,23 218:12 330:3 331:11
346:9,12,13
creationism [34] 18:3 126:7 164:6,
8 216:13,14,19 217:16 218:17,19
219:1 254:6 255:3,17,19 256:8,16,
20,22,24 257:7,14,19,22 258:2
278:24 281:19 330:4 331:12,16
349:1,3,6 350:22
creationisms [1] 218:15
creationist [4] 218:5
creationists [5] 17:16,17 217:15,
16 264:10
creationists' [2] 122:10 126:8
credible [2] 199:3 200:21

college · credible

Brian Alters 6/2/2005

crime [1] 357:10

criteria [1] 240:22

critical [22] 85:23 86:4 172:2,5 173:7 174:19,23 175:3,8 177:22 178:21 185:23 186:1,9,10,13 226: 15,16,20 227:2 317:13 320:24

critically [15] 185:17 186:16 187:2 193:1,14 201:14 239:9,15,19 240:9,11,20,24 317:22 319:1

criticism [3] 150:23 151:5 317:20

criticisms [1] 314:21

criticize [2] 193:20 318:17

criticized [1] 151:5

critiqued [1] 152:11

current [7] 8:16 9:22 10:22 178:13 231:11 325:21,22

currently [4] 8:1 10:15,20 54:21 119:21 146:10 333:16,20

curricula [1] 69:15

curriculum [67] 2:2,20 3:23 4:4,18 27:8,11,19 29:22,24 30:2 32:10 38:5 50:18,21 61:13,21 62:16 63: 24 65:13,20 68:2 67:8,14,17 68:5, 9,16 70:16,19 76:12 108:15,15 127:20 140:21 141:7,9 145:9 155: 12,15,18,19 157:17 212:22,24 241: 23 256:12 259:6,16 274:12,22 275:4,6,8,13,19,23 276:3 291:4 293:11 297:10,15,18,22 298:1,9, 12,16,17,24 299:4,9,14,16 303:10, 10,14 306:7 318:13,22,24 320:9 322:4 329:17 330:8 343:21 344:3

cv [4] 146:23 148:16,18 167:19

**D**

d-e-i [1] 170:14

darwin [10] 114:3 115:16 116:11 134:5 207:17 220:22 277:6 282: 17,20 284:21 286:8 288:14 292:4 310:17,20,22 311:5 336:19 337: 11

darwin's [74] 76:16 81:9,12,22 109:5 110:5,14 111:8,22 112:8 113:19,24 114:1,9,18 115:1,17 117:5,6 128:15,23 129:4,13 130:5 133:1,15,21,23 134:16,20 135:7, 17 137:11,15 206:20,21,23 207:9, 22 211:10 220:21 222:12 229:24 245:9 254:14,17 255:8 256:3 275: 17 277:4 279:13 280:22 282:15 283:14 284:18 285:10,12,18,18 286:5,6,12,22 288:13 292:3 298: 18 300:14 303:22 305:15,16 310: 13 311:4 312:10 313:8

darwinism [5] 206:14,19 208:2,8 220:24

darwinist [1] 208:13

data [5] 225:18 228:6 230:12 313: 5 315:19

dates [2] 80:8,10

day [16] 7:6 62:13,17 83:15,19 210: 12 243:20 249:12 261:10 270:15 282:19 293:13 319:13 321:22 356: 8 357:18

days [9] 141:2 291:3 293:11,14,16

294:5 306:6 316:3 344:24

dead [1] 286:24

deal [3] 163:5 266:1 343:2

deals [1] 332:1

dealt [1] 288:7

debate [19] 105:12,15,19 106:3,11, 14 107:3,20,21 214:3 227:1,6 230: 15,22 231:11 232:15 316:17,19

debated [3] 47:12 198:2 347:1

debating [3] 106:19 107:18 233:4

decades [2] 202:3 220:13

decide [3] 62:12 158:7 258:6

decided [3] 31:17 86:6 249:20

decides [3] 195:23 258:11 353:2

deciding [3] 60:11 148:12 354:24

decision [3] 156:11 258:15 276:16

deemphasize [2] 15:21 16:9

deep [1] 149:7

default [1] 250:15

defeating [1] 220:23

defend [3] 59:18,22 151:13

defendant [1] 2:14

defendants [1] 1:12

defended [3] 14:5,6,12

defending [6] 12:9 14:1 17:8 122: 23 162:7,12 163:8 166:20 331:24

defense [1] 32:21

deficient [1] 349:23

define [5] 44:6 65:14 206:14 253:4 294:18

defined [5] 81:17 189:18 287:8 335:5,7

defining [1] 253:22

definite [1] 315:3

definitely [3] 47:18 164:16 304:11

definition [10] 19:17 23:13 138:15 138:18 184:16 187:16,19 190:5,7, 8,11 207:12 216:20 288:4 342:6 349:5

definitions [10] 136:16 138:15 144:6 145:2 172:5 181:17 184:11 208:17 207:13 208:5

degrees [1] 200:6

del [3] 170:5,7,13

deity [1] 345:17

delineate [1] 62:7

delineates [1] 62:7

delivery [1] 165:4

demarcation [2] 220:9 295:9

demon [3] 101:3 196:9 304:18

demons [3] 100:21,24 304:15

demski [2] 221:2 323:5

denser [1] 159:7

department [1] 77:4

depend [4] 66:17 216:13 223:23 224:6

dependent [2] 223:16,19

depending [3] 175:18 349:1

depends [4] 36:3 65:7 67:13 340: 16

deposed [1] 6:7

deposition [13] 1:15 3:9 5:9,14,18 7:11 30:8 151:9 171:12 274:5,20 358:16 359:5

derive [2] 19:5 151:3

derived [2] 65:22 69:10

derives [1] 67:13

derogatory [1] 256:18

descent [1] 202:23

describe [7] 18:21 23:5 28:4,11 119:9 203:22 242:21

described [6] 28:22 29:5 337:17 168:24

description [4] 11:23 24:1 26:19 188:24

desert [1] 304:19

deserve [1] 317:15

design [18] 4:22 18:10 31:18,22 32:11 33:17 35:1,9 45:10 76:19 81:20 82:3 94:9 105:14,17,20 106: 9 107:8,13,18 125:14 126:20 127: 3,11 129:16,18 131:4,24 132:4,12, 14,23 133:5,12,13,19 134:3,7,18, 22 135:5,8,11,14,23 136:24 137:2, 5,8,9 138:7 142:14,17,20 143:23 144:1 166:12,16,19 217:9,17,18 220:5,15 222:20 223:14,15,23 224:2,5,12,20,23 225:17 226:5 242:14,23 244:4 245:5,7,14,16 245:3,12,16,24 247:15,18 248:4,6, 7,9,13,16,19 250:20 251:18,21 254:12,20 255:16,10 256:1,5,9,11, 15,21,23 257:2,7,13 273:9 278:3, 23 279:8,11,17 280:7,17 281:14, 18 282:13 288:1,16,21 289:20 291: 21 292:1 295:6 299:20 301:1,7,15 303:24 304:6 306:23 307:11,13 311:2 314:12 323:6 324:7 325:1, 12 329:16,20 330:5 331:10,16,19 332:2 335:11 336:14 339:10,13 340:17 345:10 346:5,8 24 347:12, 20,23 348:21 349:4,20,24 350:10, 11,22 351:10 352:9,15 353:1,10, 16,23 354:10,17 357:6

designations [1] 330:6

designed [4] 243:4,6 354:19 355: 11

designer [13] 224:3,13 225:5 251: 19 256:13 265:22 345:14 354:3,3 355:13 356:20 357:1,3

designing [1] 250:22

detail [1] 195:12

details [1] 4:7

determination [1] 139:21

determinations [1] 140:9

determine [1] 273:14

determines [3] 20:1,5 62:9 70:8 141:8

detriment [1] 344:5

detrimental [17] 84:18 101:13 272: 5 273:14 276:20 279:4 283:3 284: 24 297:18 299:5 304:10,11,12 305:8 322:9 338:5 350:23

detrimentally [1] 305:2

devastating [1] 259:13

develop [1] 87:17

developed [4] 38:6 68:15 212:8 343:9

development [2] 273:3 318:2

develops [2] 211:21,21

devote [1] 213:4

devoted [2] 60:17 62:22

diagnose [1] 72:2

die [1] 260:14

differ [10] 9:24 23:3 26:2 56:10 134:4 159:2 176:21 207:9 259:10 313:7

difference [11] 9:16 11:15 64:7 98: 20 144:21 201:17,22 287:4 350: 15,16 353:21

different [27] 44:17 97:16 102:11 113:5 117:8 134:15 158:13 172:4, 9 175:17 177:16 182:23 188:8 191:22 211:22 212:4,9 216:15 243:20 254:24 271:9 352:5

different-looking [1] 211:17

differently [1] 262:20

differs [24] 81:22 133:1,15,21 134: 20 135:6,17 137:11,14 245:9,17 254:13,21 255:6,21 256:3 279:12, 19 280:22 282:15 288:12 292:3 305:15 311:4

difficult [6] 28:1 103:2 156:24 180: 7 218:16 315:15

diminish [1] 334:14

diminished [4] 60:2,4,7 334:22

diminishes [1] 335:8

dinosaur [2] 305:12 356:6

dinosaurs [9] 21:18 106:15 188:3 264:24 265:4 304:21 305:14,24 349:17

direct [4] 59:10 127:14 157:19 301: 21

directed [5] 251:11 327:1 340:2

directing [5] 276:16 289:23 301:6, 8 302:23

directly [9] 127:1 153:2 245:21 247:7 294:13 304:14 324:13 349: 23

director [2] 31:5 59:3

directors [1] 11:11

disaffirmed [1] 198:22

disagree [7] 43:19 127:4 183:16 264:12 272:16 354:22 355:4

discarded [1] 190:20

disclaimer [1] 269:11

disclosed [2] 128:13,14

disconfirm [2] 24:21 25:4

disconfirmed [3] 25:9,11,19

disconfirming [2] 150:12 315:18

discover [1] 71:23

discovered [5] 81:14 266:1,10,15 312:12

discredited [6] 95:3 255:10 279: 18 281:14 302:24 344:13

discuss [9] 61:3,5 136:11 177:23 178:13 227:1 291:10,10,11

discussed [4] 113:14 214:5 220: 13 246:1

discusses [1] 306:8

discussing [2] 61:7 232:1

discussion [9] 82:5 94:6 110:22 117:7 231:17 273:22 290:20 291: 17 292:8

discussions [5] 115:8 226:15,17, 20 231:9

Brian Alters 6/2/2005

disease [11] 100:22,24 196:21 197: 5,14 198:16 199:13 230:4 239:11 240:12 304:20
diseases [1] 240:3
disequilibrium [1] 351:17
displayed [1] 125:6
disproven [2] 24:13,19
disproves [1] 227:7
disregard [3] 328:20 329:8,14
disregarding [2] 272:16,20
disruptive [1] 294:15
distinctive [1] 94:12
distribution [1] 210:22
district [47] 1:1,10 5:7 27:3 33:19 35:4 42:20 48:14 64:1 68:13 70:1, 2 76:24 77:11 80:16 82:9,21 85:9 108:7,8 109:19 131:17,23 140:14, 15 141:5,14 143:8 145:15 178:3 234:5 252:24 254:6 258:18 259: 15 274:4 276:10 292:13,24 300: 20 302:16 303:6 308:1 318:20 334:17,21 337:18
district's [1] 272:2
districts [2] 140:17 271:11
diversity [8] 155:18 203:6,23 204: 4,12,15,23 206:16 232:9
doctor's [1] 8:2
doctoral [4] 9:8 120:18,19 200:5
document [5] 30:7 75:22,23 277: 17 285:7
documented [1] 337:12
documents [7] 29:9,15,17 33:21 43:14 78:13 120:2
dog [4] 242:8
doing [11] 74:13 91:22 121:11 176: 4 179:15 199:21 233:6 250:21 272:8 287:24 350:18
dollars [1] 269:19
domain [1] 172:11
donated [1] 5:6
donation [1] 343:15
done [12] 38:13 58:16 62:13 63:19 70:20 104:6,11 119:11,15,18 150: 7 166:24 199:5,6 270:5 285:13 296:15 315:21 331:18 342:9 345: 5,7 358:12
doubt [4] 43:22 44:2 46:2,8
dover [10] 1:10 3:13 5:6 29:20,22 31:16 32:10 33:18 40:10,14,15 42: 13,16,19 44:18 47:15 48:13 60:18 68:13 76:24 78:11 80:15 82:20 84: 2,6,23 85:5,8,22 86:1,3 88:5 95: 20 108:7,14 131:17,22 141:13 142:12 143:7,16 145:14,20 241: 19 245:6 252:23 253:10,18 254:5 257:18 258:17 259:5,15 264:23 267:24 272:1 273:19 274:3,12,17 275:4,6 277:24 278:8 283:5 291:4 293:11 296:12,16 297:10 299:6 300:12,19 302:15 303:10,14 304: 4 305:12 307:15 308:1 312:3 313: 24 316:2 318:20,23 319:7,12,19 322:10 325:13 326:16 330:10 331: 3,5 334:16,20 335:9 337:18 338:9 342:1,3

dover's [1] 145:22
dovetails [1] 324:18
down [12] 46:13 74:15,18 92:23 97: 20 136:7 189:21 180:15 239:8 242:20 252:5,14
draft [4] 12:23 34:6 50:17 52:16
drafts [3] 31:13 34:7 268:18
dragonfly [2] 228:5,8
dramatic [1] 342:10
drink [1] 7:23
drive [1] 2:12
drives [1] 212:22
drop [1] 192:21
drugs [1] 7:19
due [6] 22:3 79:11 121:17 313:22 350:18 352:7
duly [1] 3:2
during [13] 7:6,11 11:6 30:7 75:13 83:1 142:16,22 183:23 243:19 274:4 290:4 357:17

E

each [4] 105:22 126:18 248:18 271: 21
earlier [20] 7:13 28:22 29:5 75:9 93:10 123:1 141:22 168:12,21 195:22 203:12 225:10 228:14 250: 4,7 308:21 310:1,17 332:6 334:1
early [2] 56:24 261:18
earth [14] 18:2 21:24 106:18,23 185:9 217:14 304:16,17,22 331: 13 337:10 349:3,7,18
ecology [2] 2:24 230:5
ed [1] 3:8
edited [1] 162:4
adition [11] 79:9 80:5,11 84:2 228: 2,4,8,17 234:10,11,13 235:2
editor [8] 54:11 55:3,9,11 56:6 156: 11
educate [1] 178:4
educated [2] 184:15,19
education [12B] 9:9 11:16 12:12, 14 13:9 18:8 19:23 24:24 27:6 31: 6 37:22 38:11 40:23 41:2,10 43: 19 44:16 53:17 54:16 56:13 57:13 58:8,15 59:16,21 66:23 67:24 68: 2,23 71:17,17 74:4 75:18 84:18, 22 87:6,11 88:1 89:13,19,24 90:5, 12 91:12,17 92:1,5,10 93:1 94:17, 22 96:2,10 97:13 98:3,4,12 101:9, 14 116:6 131:2 139:1 146:19 147: 7,17,22,24 148:6 149:14 150:19 151:13 152:24 153:8 154:13,20 157:15 160:20 161:1,2,12,20 162: 18 165:10 166:7 167:8,9,22 168:2 172:1,2 175:14,16 176:13 177:15, 17,19,19 178:6,19 183:3 186:7 187:5 208:20 255:11,14 263:10 269:11,15 270:10,14 273:10 281: 10,16 286:21 295:11 296:23 314: 2 322:9 324:1 325:6,13 327:5 336: 5,337:20 344:5 346:22 349:12 350:23
educational [1] 200:18
educator [1] 86:3

educators [5] 24:23 138:22 184:5 269:16 272:12
adward [1] 2:11
effect [2] 276:17 303:8
affects [1] 165:5
affort [4] 343:20
eight [4] 7:22 154:3 228:18 229:4 294:1
eighth [1] 75:1
either [5] 69:16 78:21 105:23 200: 18 344:20
el [4] 217:23 218:3
element [2] 308:23,24
elementary [7] 10:8 11:3 36:10,23 69:12
eliminate [1] 334:14
eliminated [1] 334:18
else's [1] 169:10
elsewhere [2] 310:10 345:7
embryology [1] 211:11
embryonic [3] 211:15,18,20
emotional [1] 356:23
encounter [3] 19:10 164:9 266:23
encourage [2] 178:21 193:9
encouraged [5] 62:5 240:8 290:9, 13 321:12 338:14
encyclical [1] 170:23
end [4] 62:12,17 63:14 192:20 303: 12
engagements [2] 74:8,10
engender [7] 37:15,16 41:12 47: 18 96:13 101:11 139:6
engendered [2] 138:10,17
engendering [3] 138:20 196:7 272:12
engenders [2] 40:16 50:10
enough [7] 22:11 83:22 169:13 199:7 207:7 322:24 324:15
entertain [5] 251:13 252:18,21 263:12 296:3 351:4
entertains [1] 340:23
entire [6] 79:6,7 163:11 190:8 240: 15,19 287:20 331:20
entity [2] 73:2 79:1
environment [1] 2:24
epidemiology [2] 239:14 240:6
equal [1] 306:9
equals [5] 36:10,14,20 37:3,20
equations [1] 267:23
equilibrium [4] 156:5,6 195:5 212: 13
equivalence [1] 36:17
equivalent [3] 36:15 185:2 346:9
ergo [2] 106:10 354:12
eric [3] 30:16 75:16
esquire [2] 2:7,11
essance [3] 34:1 223:8
essentially [4] 4:20 31:20 42:1
establish [1] 114:5
established [3] 198:17
establishment [1] 198:1
et [9] 94:15 156:13 179:13 180:21 275:17 336:18 349:7 350:22 354: 21
ethical [1] 350:18

eugenie [4] 30:16 31:3,4 43:14 52: 15
evaluate [5] 239:5,9,15 240:9,11
evaluated [3] 239:19,24 240:20
evaluating [1] 240:24
evaluation [1] 270:1
evaluations [2] 276:2,3
evaluator [2] 269:9,13
evaluators [1] 273:13
evangelical [8] 120:10,12 123:6, 12 261:6,21 264:1,3
evangelicals [1] 263:2
even [18] 12:23 48:15 49:19 70:6 142:23 163:13 229:6 232:13 234: 12 253:4 265:1 322:23 341:1,8 347:21,23 351:22 355:4
event [4] 249:1,12 321:22 327:14
events [2] 3:11 330:3
eventually [2] 81:10 283:15
everybody [2] 44:12,13
everyday [1] 158:4
everyone [2] 339:11 340:8
everyone's [1] 184:17
everything [4] 9:5 215:2 262:22, 24 332:22
everywhere [1] 323:18
evidence [40] 22:12 23:22 24:20 26:8,9 33:5 46:16 81:14,17 110: 16,16 111:7,13 112:2 114:5,10,22 115:2,5,17 116:12,15,16 119:24 117:9,10 126:17,23 127:3,10 171: 6 186:3,5 191:23 192:10 204:5,13 207:21 215:24 260:20 286:1,10, 15 287:3 312:12 326:8 356:15,17
evolution [318] 3:24 11:14 12:9,11 13:11 14:2,4,13,18 15:1,2,12,22 16:10 17:9,18 18:10 27:4 31:18 32:12,15,24 33:3,16 35:7 45:11, 13,18 46:4,8,9,10,18,20,21,23 47: 1,1,3,4,8,9,11,16 48:15 49:20 50: 21 59:19,23 60:3,7 61:4,5,7 76:17 78:3 81:9,11 85:23 86:5 95:24 100:16 104:9 105:14 108:8,12 109:6 110:17,19,21,24 111:5,12, 14,16 112:3,16 113:9,17,18,22,23 114:2,6,21 115:4,6,8,10 116:12 117:1,20,22,23 118:1,3,4,8,19,20, 24 119:7,14 120:11,21 121:1,5,6,8, 15 122:14,23 123:9,15 124:2,4,7 125:16 126:7 128:15,16,22 129:5, 8,10,14 146:19 147:7 149:5 149: 4,18 150:3 151:12,14 152:21,22, 23 153:7,21 154:16,24 161:20 162:8,12 163:9 185:2,7 166:2,3,7, 20 167:9,20 168:16,21 170:3,9,12, 18 171:8 202:21,22,24 203:2,17, 18,22 204:12,20,22 205:12,14, 15 206:9,12,20,24 208:14,21,24 209:4,18 210:18 212:16,17 213:5, 11,18 214:2,12,24 215:17 216:8,9, 14 224:18 225:1 227:5 230:5 231: 14,16,20 232:2,4,5,18,24 233:12, 22,24 234:2,10 239:13,17,19 240: 5 241:2 242:19 243:16 250:24 251:3,10 254:18 259:5,6,18 283:

Brian Alters 6/2/2005

19 264:7 266:3,6,16 267:4,6 268:
1 270:9,23 271:12,13 282:21,22
283:14,16 284:13,18,19,22 285:4,
9,11 286:4,7,23 287:5,6,13,19 290:
11,14 291:3 292:21 293:7,12,15
294:4 297:2,8,11 299:19 300:8,21
303:23 306:7 309:5,18 312:6,16,
19 313:13 314:6 316:20 317:1,4,8,
24 318:3,5,9 319:3 320:13,21 321:
1,4 326:4,6,7,11,17 329:24 332:1
333:24 334:15,17,21 335:8 336:
18 338:13 341:9 345:2 349:15
352:21,24 353:9,17,23 354:11,15
356:4
evolution's [3] 307:17 308:4,19
evolution/creationism [1] 164:
14
evolutionary [14] 34:17 35:6 46:1
117:18 171:22 205:5 209:9 213:
22 229:16 230:1,11 309:6 311:21
313:4
evolutionist [4] 165:11 169:3,7
208:13
evolutionists [1] 208:6
evolved [2] 22:3 337:11
exact [7] 31:23 32:17 48:24 59:18
162:6 251:7 270:6
exactly [12] 33:9 34:4 53:21 55:22
70:24 77:16 79:23 139:15 205:3
235:15 252:1 332:24
exaggeration [1] 126:16
exam [5] 85:1,4,7 106:24 109:6
316:5
examination [2] 3:4 259:1
examine [4] 93:19 192:2 197:24
317:22
examined [2] 3:2 219:2
example [28] 14:15 18:24 23:1 28:
23 53:9 100:17 120:14 123:23
129:18 136:23 143:22 150:13 152:
15 188:1,6,17 195:5 211:23 217:
22 227:8 239:10 240:1,18 325:16
348:3 349:16
examples [4] 21:14 240:7 241:3
324:22
exams [2] 215:8 296:16
excellent [1] 65:24
except [4] 134:1 161:16 215:8 309:
14 351:8
excuse [10] 19:20 159:23 160:10
167:18 207:3 218:1 241:6 254:3
273:20 329:6
executive [2] 31:5 59:2
exercised [2] 267:20,23
exhibit [62] 2:15 51:6,10 75:3,7 76:
2,8 80:12 85:2 93:22 108:21 127:
15 132:21 134:11 137:5 138:11,
18 141:19,20 142:1 146:6,11 148:
7 157:22 169:1,20 227:15,19 228:
3 234:19,22 236:23 238:18 239:4
245:4 253:15 269:1 274:24 276:
22 278:18,22 279:14 280:12 281:
12 262:3 296:22 297:24 298:8
301:10 308:7,8,13 310:2 311:1
312:7,23 313:8,19 320:8 324:17

343:6,13
exhibiting [2] 27:5 63:4
exist [3] 81:16 124:3 287:2 296:1
348:1
existed [1] 276:15
existence [5] 124:8 151:16 210:16
227:7 252:15
existing [7] 94:17 238:13,20 239:
10,16 241:1 337:6
exists [1] 223:3
expanded [2] 190:16 228:24
expected [1] 198:9
experience [9] 70:17 155:14,23
161:15 182:9 224:6 323:20 327:4
experiences [1] 192:4
experiment [1] 162:2
experimentation [1] 295:3
expert [30] 2:1 28:16 31:13 35:17
36:16 40:5,12 41:23 49:12 51:12,
13 75:12,16,20 89:11 102:24 103:
14,21 104:1 116:5 138:10,14,17
185:4,22 188:6,17 206:4 253:2,21
266:11 268:12 269:1,24 281:9
307:7 313:19 315:1 326:18
expertise [37] 13:6,8,12,14,16 27:
1 43:24 56:2,20 68:23 70:12 87:
11 88:2 89:15 90:8 91:6 102:6,15,
17 141:4 148:15 157:14 173:10
175:13 183:3 186:9,12 197:11
202:1 208:19 209:16 210:9 263:6
323:8 336:4,9,16
experts [8] 43:18 44:15 271:1
explain [27] 3:10 9:1 23:6 28:21
67:2 99:24 114:12,14 115:23 179:
5 180:4,8,12 181:3,14 182:2,16
207:7 215:2 217:20 227:13 232:8
238:14 252:1 253:17 294:22 337:
23
explained [3] 137:6 159:10 215:
16
explaining [6] 137:3 159:21 238:
20 242:17 252:9 274:10
explains [4] 203:6,22 204:2,12
explanation [57] 23:24 26:18 81:
18,21 132:24 133:14,20,22 134:4,
10,11,15,19 135:5,16 137:8,10
168:7 189:6,9,14,18,24 202:13
226:4 232:8 233:7 242:14 245:8,
20 252:6 254:12,20 255:20 256:2
265:7 279:11 280:19,21 282:14
287:9 288:11,22 292:2 305:13
311:3 326:12,18 354:8 355:10,23
explanation's [1] 329:24
explanations [12] 23:20 26:7 113:
10,12 203:14,15 204:6,14 294:22
295:21,23 354:1
explicitly [4] 213:5 224:20 293:14
301:5
explosion [3] 209:12,20 210:5
expressed [1] 52:7
expression [1] 61:15
expunge [1] 193:5
expunged [1] 341:23
extensively [1] 202:12

extent [11] 28:10 58:23 102:22
103:1 117:24 119:8,9 139:15 154:
12 186:11 316:7
extinct [2] 230:17,24
extinguish [1] 103:2
extra [1] 320:24
extraordinarily [2] 259:13 321:17
extraordinary [1] 327:13
extrapolation [1] 250:12
extraterrestrial [7] 251:24 252:2
extraterrestrials [1] 356:24
eyesight [1] 8:11

## F

facilitate [12] 19:13 41:14 66:6,8
136:22,24 137:17,19,21 144:9
185:1,13
facilitated [1] 63:16
facilitates [3] 138:18 185:7 320:
19
facilitating [6] 72:4 135:21 136:8
183:22,23 184:16
facilitation [2] 184:6,9
fact [44] 44:5,6 83:20 75:24 81:15
98:11 107:16 112:17 150:22 166:
21 167:8,11,17 188:6,10 201:13
203:3 204:18 205:13,15,24 215:
15,17,20 230:5 232:5,7,10 251:8
285:16 286:6,17,22,23 297:24
306:5 308:6,15 309:3,19 312:13
313:9 318:19 320:4 324:11 325:7
326:6 351:23
factor [2] 242:17 279:2
factors [5] 242:21 261:23 276:8
320:12 322:7
facts [6] 30:20 42:8 44:20 90:15,
16 216:1
factual [9] 187:13 188:14,15 205:
22 206:5 215:19 232:14 308:23
310:11
faculty [3] 304:4 328:18 329:13
fair [2] 100:9 260:9
fairly [3] 62:13 151:1 168:1
fall [4] 46:13 140:13 188:8 208:9
falls [1] 140:10
false [1] 215:8
familiar [12] 35:2 77:12 97:1 144:7
145:2 203:19 228:12 229:5 243:7,
8,10 256:8
familiarity [3] 3:11 235:5,10
families [4] 82:8 290:22 291:13
292:10
famous [1] 290:10
far [49] 12:21 54:4 58:16 69:19 70:
14 76:22 84:2 88:14 96:1 97:12
98:3 102:13 104:12 108:6,20 109:
12 111:4 115:7 131:16 143:15
164:10 193:16 217:13 223:7 241:
16 244:7 258:14,18 259:18 261:4
265:24 266:13 274:17 276:11 278:
9 281:6 284:4 303:19 317:19 324:
19
fare [2] 74:15,17

fashion [4] 32:12,13 227:2 342:10
father [1] 266:9
favor [1] 80:19
fear [1] 204:11
fearful [1] 121:17
fears [2] 122:16 153:19
feathers [1] 194:14
features [1] 94:13
february [3] 54:21 333:6
federal [4] 87:22 146:15 200:11
348:9
feel [17] 14:17,17,19,22,24 15:1,20,
23 16:3 63:18 71:21 72:1 88:16
120:22 140:3 263:16 351:2
feeling [3] 121:18 125:11 263:22
feelings [1] 121:4
feels [3] 61:6 63:15 182:8
fellow [1] 264:6
felt [3] 16:8 195:8 199:2
few [10] 18:20 21:21 101:23 148:3
166:22 261:15 267:20 309:14 317:
3 327:12
fiction [2] 352:10,15
field [4] 43:18 44:15 87:5 205:17
fields [1] 228:22
fight [1] 15:10
figure [2] 116:7 159:18
figures [1] 73:22
files [1] 202:9
files-type [1] 24:10
final [4] 5:8 82:16 124:23
financial [1] 73:9
find [20] 24:16 72:18 84:11 105:17
120:7 139:12 159:6 195:11,14
200:13 217:7 233:7 267:12 276:
20 277:5 321:16 327:19 342:15
351:6 356:8
findings [1] 272:16
finds [1] 255:1
fine [7] 88:13 93:24 97:11 171:15
216:12 241:1 298:18
finish [2] 7:6 133:8
finished [1] 133:6
finishing [1] 75:1
fins [1] 194:14
first [27] 1:1 76:14 78:22 79:8 87:
10 109:7,8 111:11 127:23 149:8
162:19 169:6 173:6 179:23 180:
10 198:22 197:21 209:23 210:2
225:13 254:11 267:2 269:2 263:6,
10 310:22 338:19 .
fish [1] 194:13
fit [3] 12:2 199:7 315:19
fits [2] 225:18 226:6
five [12] 21:23 22:13 36:10 37:20
41:21 104:17 169:24 228:18 270:
7 287:23 293:20 350:6
focus [4] 55:13 66:14 186:21 293:
1
focuses [3] 82:10 109:20 292:14
foil [2] 198:9 211:9
follow [6] 192:22 258:19,23 330:
18,23 331:5
following [6] 91:6 193:12 118:17
164:23 171:19 221:24 259:2 275:

Brian Alters 6/2/2005

14 298:10
follows [2] 3:3 254:24
for-example [1] 319:2
forced [1] 328:20
forces [2] 207:6 251:12
foregoing [2] 343:9 359:4
forget [1] 106:2
forgot [2] 296:20 356:2
form [28] 29:2 30:23 43:11 44:22
46:24 72:22 133:16 136:8 156:11
160:2 161:17 173:22 174:12 187:
23 217:18 255:16 256:19,23 257:
13,21,24 258:1 288:19 281:19
287:21 315:17 345:17 349:21 354:
14
format [1] 5:22
format [1] 268:15
formative [1] 270:2
forming [1] 95:19 276:11 299:2
forms [4] 94:10 211:22 212:9 348:
24
formulate [2] 13:3 253:12
formulated [2] 51:24 52:6
forth [21] 9:12 23:12 25:6 32:22 40:
12 41:19 72:20 99:4 116:12 140:2
154:9 174:14 202:10 214:13 236:
7 237:11 242:7 271:2 293:24 339:
19 355:3
forum [2] 226:11,14
forward [1] 174:11
fossil [5] 205:19 210:1,21 233:20
356:4
found [3] 225:17 226:5 356:5
foundation [1] 269:5
four [15] 31:10 36:14,21 37:3 41:
20 148:20 169:23 249:6 253:24
254:2 270:7 287:22,23 293:9 329:
19
four-paragraph [24] 3:16,21 34:2
43:4 132:10 238:16 242:3,12 243:
13 244:3 253:9,15 254:4 257:17
274:6 276:4 282:24 283:2 301:2
308:10 320:3 325:8 335:2 343:7
four-sentence [1] 314:20
four-year [1] 294:6
fourth [2] 239:4 242:20
frank [1] 2:12
freely [1] 227:1
fringe [1] 351:9
frogs [1] 267:15
front [7] 4:23 31:19 80:7 93:19
142:8 228:6 303:11
fulfill [2] 74:7 237:10
full [2] 58:23 313:20
fully [5] 171:22 181:13,19 205:5
208:24
function [1] 193:22
functions [2] 181:4 212:9
fundamental [4] 175:4,10 221:12
222:4
funded [1] 200:10
funding [3] 146:12,14 348:10
fundraising [1] 59:5
further [3] 245:23 279:7,9
future [2] 38:20 187:5

## G

gein [2] 92:4 174:16
gaining [6] 62:1 245:12 289:18
301:13,17,19
game [3] 296:22 298:2 355:8
gap [4] 231:13,15,21 233:11,16,18,
21 356:4
gap-problem [1] 300:9
gaps [25] 4:21 32:23 33:4 81:15
128:12,17 129:3,7,12 130:3,15,
19 233:20 275:15 287:1 299:17
300:5,6,14 303:21 312:18 318:17
321:2 333:3
gaps-and-problems [1] 33:2
gaps/problems [1] 76:16
gardner [1] 148:24
gathered [2] 230:12 313:5
gave [3] 11:23 169:22 289:13,18
277:18
geared [1] 162:16,19 162:13
general [30] 10:3 11:13 12:20 23:
11,12 24:2 59:1 63:2 64:17 66:
20,21 68:14 69:6 122:13 128:19
140:1 143:2 159:4,10 173:11 174:
16 175:19,21 201:18,24 224:15
270:4 284:20 296:7 341:10
generalities [1] 120:5
generalized [1] 130:16
generally [7] 14:6 17:15 24:3,22
38:3,7 56:6 60:16 68:17 73:23
123:16 156:10 173:7 180:14 182:
24 185:8 187:22 195:9 196:12,13,
17,17 202:11,18,22 207:15 210:3
212:20 233:2,14,15,19 234:3 248:
17 251:7 270:14,17 293:17,19
299:13,15
genesis [2] 155:4 344:22
geneticist [1] 34:17
genetics [3] 118:5,21 207:19,20
genuine [2] 105:11,15
geographic [1] 210:22
geological [2] 210:11,14
geology [1] 229:23
geometrical [1] 225:5
germ [12] 101:2,4 196:10,21 197:4,
14 198:15 199:12 239:10 240:2,
11 344:15
getting [3] 99:23 319:13
gist [1] 171:3
give [39] 9:5 21:23 23:1 26:23 34:9
39:24 58:24 100:3 120:4 138:15,
18 170:9 188:1 211:6 220:19 227:
22 261:24 293:24 324:21
given [10] 22:11 38:22 59:8 195:1
259:23 265:9 268:10 273:11 327:
12 340:22
gives [1] 324:9
giving [6] 9:11 87:16
glad [1] 279:6
glass [1] 180:21
gloss [2] 281:7 282:4
goal [19] 37:16,21,23,24 64:18 66:
4 67:4 68:6 96:10 165:7 167:20
168:21 177:15

goals [2] 176:19 177:21
god [16] 22:18 124:3,8 125:17 224:
13,23 227:7 246:20 247:2 260:15,
16 262:5,8 265:22 266:8 354:4
god's [1] 262:23
god-friendly [2] 125:15 224:24
godless [1] 125:18
got [2] 23:17 341:18
gould [1] 148:23
governing [7] 39:16 54:23 63:1
64:2 68:18 69:21 336:20
government [1] 148:16
gradation [1] 89:1
grade [11] 10:6 64:15 224:17 237:
4,7 239:5 241:16,21 264:22 327:9
338:1
gradualism [3] 166:4 195:6 212:
14
graduate [6] 9:7 10:9 69:5,15 347:
14 349:9
graham [4] 31:1 34:15,16 149:11
grand [1] 230:6
grants [1] 289:15
graphs [1] 160:3
gravity [6] 23:2 24:18 25:6 26:21
158:18,22,24 169:1 192:23 193:4
great [5] 18:3 231:6 243:17 289:4
290:6
greater [1] 321:13
greatly [1] 322:13
ground [12] 217:3 221:14 222:6
251:14 252:19 265:9 295:15 302:
12 323:11,15,16 341:16
group [8] 17:13,14 53:20 148:12
170:14 270:10 333:4 351:9
groups [3] 154:22 258:6 332:17
grow [1] 211:16
guess [8] 33:10 44:3 174:14 184:
15,20 191:13,18 260:16
guest [2] 248:23 249:17
guys [1] 116:5

## H

half [2] 158:7 350:10
halfway [1] 313:21
hall [2] 77:7,20
hallmark [4] 116:17,18 186:19,23
hallmarks [1] 186:14
hamilton [2] 1:17 2:2
hand [5] 180:24 182:1,14 211:24
339:8
handling [7] 179:7,16 180:2,9 181:
8,9 182:19
handle [1] 320:23
handling [1] 327:13
hands [4] 179:17,18 182:4 304:20
happen [5] 174:1 233:15 243:19
248:19 341:24
happened [1] 194:6
happens [7] 123:17 271:8 306:21
321:24 322:2,3 351:12
happy [2] 169:12 260:15
hard [2] 25:14 32:2
hard-shell [1] 209:22
harm [1] 199:20

harmed [3] 84:23 318:1 349:12
harvard [9] 10:16 69:11,16 118:6,
22 148:14,21 149:3,4
hate [2] 189:21 307:19
head [3] 6:15,15 63:12
healthy [1] 347:5
hear [24] 4:9 22:7 91:23 156:22,23
191:21 219:23 221:19 233:2,3
247:19 248:20 258:5 257:11 267:
3 280:17 281:1 338:2 348:7,23
351:22,23 355:22
heard [26] 84:10 94:21 101:1 106:
18 133:11 135:24 153:24 173:20
190:24 191:19 204:17 208:11 246:
12,15 246:2 251:6 256:9,10 267:6
280:16 282:12 302:6 307:22 339:
14 340:1 349:19
hearing [8] 8:9 25:15 48:19 84:24
145:12 202:2 255:24 324:5
hearts [2] 165:9 169:1
heavy [1] 182:7
held [1] 266:22
help [21] 26:8,9 30:23 41:6 43:11
52:12,14 56:3 59:1,4 74:3 75:19
76:5 121:8 122:7 139:10 144:9
150:2 154:15 179:13 270:17
helpful [6] 28:14 122:14,17 152:12,
20 153:4
helping [4] 9:11 74:4 152:20 193:
18
helps [2] 164:6 212:14 315:17
hereby [1] 359:3
hidden [1] 165:18
high [7] 10:16 12:16 21:17 27:4
45:9 66:9 67:3 89:9,17 72:15 77:8
78:11 84:2,6,23 85:22 87:12 86:1,
5,9 90:10 91:10 92:5,10,20 94:18
95:20 97:2 108:1 120:14 122:7
131:18,24 147:14,18 151:14 155:
14 159:3,13,20 160:4 162:15 163:
7,23 167:14 168:5,13 173:4 175:
16 176:13,18,20,22 177:2,15,19
178:5,20,24 185:5,11,15 186:24
187:5 191:7,10 192:16 193:8 194:
16 195:2 196:6 209:1,5 210:20
212:19 213:11 214:15 226:14 227:
4,5 239:20 253:1,10,18,20 254:7
257:19,20 258:7 262:9,14 267:1
268:9 271:6 282:11 283:5 293:17
299:7 300:13 312:1 322:10 323:
22 330:10 338:8,11 340:4 347:8
348:14,22,23 349:10 350:5 352:
10
higher [7] 12:11,13 152:23 161:11,
20 167:8,9
himself [1] 80:22
historian [1] 311:16
history [3] 217:14 326:13,19
hit [1] 267:18
hits [2] 267:16,19
hold [5] 102:23 103:19,20,24 314:
21
home [3] 191:20 343:2
homology [1] 211:18
honor [1] 282:19

Brian Alters 6/2/2005

hope [17] 37:4 74:5,22 144:24 149:24 178:8,11,15 238:18 260:16,18 262:8,8 265:16 265:5 310:9 357:14

hopefully [3] 154:17 212:22 313:17

hour [1] 169:7

hours [4] 7:22 52:20 293:20 294:1

howard [1] 148:24

however [11] 68:19 110:21 126:16 142:20 150:24 185:23 224:15 248:22 277:17 295:11 327:12

hows [3] 114:7 213:19 232:1

huh-uh [1] 6:16

human [2] 265:2 305:13

humans [5] 21:18 106:15 168:3 264:24 304:21 305:14 306:1 349:17

hundred [3] 270:19 350:7,9

hundreds [4] 261:22 354:9

hypotheses [1] 230:1

hypothesis [3] 187:20,22 188:2

I

idea [28] 13:1 23:15 48:15 49:19 50:20 63:6 95:3 130:10,11 135:13 172:8 174:3,6,21 187:23 197:21 202:6 219:11,14 220:3 224:14 249:7 295:20 302:24 322:13,16 335:23 340:22

ideas [27] 13:3 46:24 108:3 121:5 125:4 130:20 150:1 173:1,3,8,16 178:14 185:2,2 194:17,23 196:11,12,17 206:20 207:22 211:10 214:8 249:7 264:12 335:10 343:23

identical [1] 211:15

identification [5] 51:7 75:4 146:7 227:16 234:20

iffy [1] 24:7

ignore [3] 40:19,22 41:9

ignores [1] 29:1

ill [1] 2:11

ill [1] 340:21

imagine [13] 39:8,18 117:9,14 145:20 174:2,7,11 185:18 240:13 283:21 302:20 351:15

immediately [2] 176:5 197:3

impact [2] 11:16 294:12 322:9

implemented [1] 272:4

implicitly [1] 391:5

implied [2] 238:14,21

implies [1] 61:21

implying [4] 27:20 125:22 285:23 292:4

important [11] 18:9 22:5,9 23:10 199:4 218:23 230:15,22 297:3,4 302:9

importantly [3] 114:6 268:4 340:22

impressive [3] 126:17,23 127:2

improper [10] 86:2 87:12 88:3 90:10 91:9 92:13 94:22 273:9 325:5 337:19

improve [2] 56:3 177:21

improvement [2] 56:4,5

inappropriate [3] 195:20 227:4, 11

incapable [1] 350:18

include [7] 112:12 114:15 172:13, 16 175:9 275:14 325:5

including [6] 176:18 129:14 177:20 274:12 299:19 303:23 325:11

inclusion [1] 303:7

incorporated [1] 191:3

incorrect [4] 286:18 346:16,17

incorrectly [3] 314:1 315:2

increase [5] 67:6 137:23 138:2,6 175:22

increased [2] 136:8 177:8

increasing [1] 168:3

indent [1] 275:1

indented [2] 76:14 127:23

index [2] 2:15 120:14

indicated [2] 18:6 84:22

indicating [2] 35:20 214:16

indication [2] 324:9,15

indirectly [1] 254:6

individual [14] 62:12 82:7 106:13, 14 107:7,17 140:11 142:23 194:13 213:19 290:21 291:12 292:9 302:6

inert [1] 330:5

infectious [1] 230:4

inferences [1] 172:16

inferential [1] 206:20

inferior [3] 188:23 318:4 320:14

inform [1] 149:24

information [20] 7:12,15 29:7 30:12,22 31:7 48:4 49:10 110:1 178:24 179:2 201:16 216:3,5 238:13, 19,24,24 245:23 315:16

informed [3] 37:8 244:19 307:8

initiative [1] 145:15

inquiry [2] 226:11 295:2

insert [2] 282:6 326:9

insight [1] 173:22

insights [1] 230:2

institute [4] 155:3 217:22 218:5, 16

instituted [1] 13:14

institutions [1] 136:23

instruct [2] 291:7 322:18

instructed [5] 183:14 277:21,24 306:18 307:10

instructing [1] 208:22

instruction [15] 29:3 39:6 82:10 109:20 162:20,23 163:8,19,21 272:3 292:14 293:1 303:12,13 305:1

instructions [2] 268:11,14

instructor [2] 194:13 213:9

instructors [3] 72:17 341:11 350:14

instructs [4] 33:23 299:8

instrument [1] 65:4

intact [1] 94:13

integrate [1] 238:12

integrating [2] 238:19,23

intelligence [4] 222:23,24 223:1 327:21

intelligent [100] 4:22 18:10 31:17, 21 32:10 33:17 34:24 35:8 45:10 76:19 81:20 82:2 94:9,11 105:13, 17,20 106:3,9 107:8,13,18 125:13 128:20 127:3,10 129:15,18 131:4, 23 132:4,11,14,23 133:5,12,13,19 134:3,7,18,22 135:5,8,11,14,23 136:24 137:2,5,7,9 138:7 142:14, 17,19 143:23 144:1 166:12,15,19 219:6,9,17,18 220:4,15 222:20 223:14,15,23 224:2,5,12,20,23 245:5,7,13,16 246:2,12,16,23 247: 15,18 248:4,6,7,9,13,15,19 250:20, 21 251:18,21 254:1,2,20 255:16,19 256:1,5,8,11,13,15,21,23 257:2,7, 13 273:8 278:2,23 279:8,11,17 280:7,16 281:13,18 282:13 288: 10,19 289:19 291:21 292:1 295:6 299:20 301:1,7,14 303:24 304:5 306:23 307:11,13 311:2 314:12 323:5 324:7 325:1,12 329:16,20 330:5 331:10,15,19 332:1 335:11 338:13 339:10,13 340:17 345:10, 13 346:5,8,24 347:12,20,23 348: 21 349:4,19,24 350:10,11,22 351: 10 352:9,15 353:1,10,16,22 354: 10,16 357:6

intended [1] 138:2

intent [1] 128:10

interactions [1] 28:7

interest [1] 173:9

interested [4] 82:1 245:12 289:18 301:13

interesting [2] 151:16 176:7

interjection [1] 244:16

international [1] 16:15,17

interplay [1] 214:13

interpret [6] 32:6,7 33:11 102:18 130:2 232:22

interpretation [2] 223:10 328:24

interpretations [1] 117:8

interpreted [3] 33:13 50:22

interprets [1] 102:15

interviewed [4] 84:9 120:17,20 121:3 246:14

interviewing [1] 126:5

interviews [1] 74:13

intimidated [1] 14:17

introduce [3] 200:21 294:13 342:7

introduction [2] 197:12,15

investigating [1] 293:5

invited [3] 170:9,15 171:1

invoke [1] 330:1

involve [1] 118:23

involved [6] 3:11,23 35:16 53:5,8 73:2 246:9 271:17

involvement [1] 235:3

involves [4] 82:3 245:14 289:20 301:15

islam [1] 123:7

islamic [1] 146:20

isn't [12] 64:17 89:19 111:23 179:6 184:15 186:14 260:16 286:9 290: 15,16 305:21 323:17

israel [1] 148:23

issua [2] 69:24 70:4 151:23 163: 12 164:3 295:9 300:9 302:20,22

issues [2] 34:2 161:22

items [3] 28:24 75:11 237:10,

itself [5] 179:6 205:24 257:3 264: 20 310:21

J

james [1] 344:18

jenuary [2] 235:2 272:4

jennifer [1] 1:21

job [4] 62:14 63:19 65:24 73:16

johnson [2] 220:23,24

journal [6] 35:5,6 54:12,14 55:9, 17 56:8,12

journals [16] 20:22 35:1,14 127:13 152:16 156:21,23 173:24 174:13 198:3,24,24 199:18 200:8 219:22 355:21

joyce [1] 149:9

judge [3] 5:22 156:21 262:24

judgment [1] 194:12

jumping [1] 99:3

june [1] 1:20

justification [1] 326:5

juxtapose [1] 224:17

K

k-o-c-h [1] 196:23

keep [14] 62:5 87:21 95:14 99:3 191:7,9,23 290:9,13 336:3 339:17 354:6 355:6,6

keeping [1] 216:7 260:21 263:10

kept [1] 55:13

kevin [5] 57:18,21,23

kids [1] 289:23

kinesthetic [1] 182:6

king [1] 344:18

kitzmiller [1] 1:6

knob [1] 180:15

knowing [10] 123:16,19 140:1 157: 7 248:12,14 294:20,21 330:1 342: 8

knowledge [44] 13:10 28:19 29: 13 30:23 35:8 39:15 42:5 43:10 67:7 68:3,24 69:1 77:1 80:4 89:12 107:6 116:13 119:23 130:19 140: 16,17 141:10 156:15 175:22 177: 8 184:8,22 206:6 233:21 237:9,22 238:3,7 239:7 241:15 242:6 249:2 276:15 282:5,7 300:12,18,23 320: 18

knowledgeable [1] 56:22

known [3] 216:4 228:7 309:5

knows [1] 19:11

koch [1] 196:23

koch's [1] 199:14

krick [2] 243:2,10

L

la [1] 273:8

lab [1] 141:1

laboratory [2] 205:18 355:2

labs [1] 200:5

lack [2] 115:1,17

hope - lack

lacking [1] 326:6
lacks [1] 325:1
laid [2] 231:12 276:9
lamarck [1] 337:9
lamarckianism [1] 211:9
language [9] 31:19 32:24 33:2,8 48:24 168:4,10 190:24 191:1
large [11] 17:13 27:14 62:11 162:2 168:10 198:22 283:4 266:18 270:7 336:24 350:7
larger [1] 302:2
largest [5] 17:5 21:7 45:3,5,6 218:4
last [17] 16:6 18:24 109:17 124:11 126:15 146:13 155:20 221:19 225:12 234:13 277:10 278:20 287:7 286:7 290:7 292:12 313:2
late [9] 77:15,17 148:23 228:17,20, 22 229:3 319:13
later [8] 50:7 193:19 332:10 334:7
latitude [2] 140:3 141:3
latter [2] 13:13 324:21
laundry [1] 319:4
law [26] 1:16 22:5,10,12,23,24 23:2, 10,23 24:12,18 25:7,18,23,24 262:2, 13,17,21 36:15 188:13,16,23,23 192:23 193:4
laws [10] 23:5 25:21 26:9 36:17,18 71:24 188:16 216:6 300:7 326:10
lawsuit [2] 3:12 259:21
lay [2] 202:16 337:4
lead [5] 172:24 173:8 174:24 224:12 242:15
leadership [2] 105:4 139:1
leading [15] 21:6 40:19 107:10,20 127:8 131:1,12 186:18 198:3,21 208:7 255:15 298:23 346:20,21
lean [2] 246:22 248:17
leap [2] 243:13 292:6
learn [33] 19:7 39:2,3 81:8 89:21 109:5 117:24 119:7 120:23 122: 19 125:1 137:12,14 139:18 140:4 142:13 144:10 213:12 234:9 270: 22 271:11,12 280:24 283:13 284: 14 285:10 313:23 314:10 315:10 338:10 350:9,11,21
learned [15] 64:21 69:19 97:14 98: 9 100:15 133:13 135:22 144:3 152:5 183:13 246:17 247:14 306: 14 338:8 357:6
learning [51] 19:4 63:16 65:5 66:6, 8,21,23 71:14 89:14,15,17 120:11 135:22 136:8,19,22 137:18,22 142:19 144:24 149:17 154:24 155: 6,16 167:14 179:14 183:22,23 184:9,16 185:1,7,13 191:6 192:2, 3 194:7,10,15 245:18 249:8 250: 24 251:3 267:21 279:23 284:17, 19 297:1,7 314:6 349:24
learns [2] 194:19 264:23
least [14] 15:7 24:22 41:8 49:23 63: 5 74:5 128:22 224:24 266:23 299: 21 286:10 302:10 306:16 338:9
leave [5] 36:8,11 37:19 142:16,24
leaves [5] 82:6 290:20 292:8

lecture [6] 141:1 276:2 303:7,15, 16 304:2
lectured [1] 304:5
lectures [1] 152:8
led [2] 48:4 50:17
left [2] 237:4 303:19
legal [5] 5:23 30:20 70:11 139:23 236:14
legalities [3] 38:17 68:21 140:1
legally [1] 140:6
legislators [1] 326:9
lens [2] 160:18 262:22
less [6] 22:4,9 23:9 50:9 194:10 253:22,24 294:2 328:7
lesser [1] 243:15
lesson [2] 70:22 326:10
letter [16] 3:18 4:10,12 83:9,12,20 134:2 142:2,9 277:8 310:24 311:6, 10,14 319:21
level [30] 9:8 10:4 12:16,17 21:17 36:24 97:1,2 118:9 119:2 125:5, 21 139:12,13 156:15 158:21,22 159:1,3,11,15 163:24 168:5,14 180:21 193:23 194:4 209:19 262: 10,14
levels [1] 14:14
levine [9] 78:9 95:22 227:24 228:5 234:5 300:16 309:12 313:10,16
levine's [1] 312:24
liberal [1] 349:5
liberties [2] 2:6 53:10
library [29] 85:18,21 86:1,4,7,14 88:4,9,16,18,20 89:10,10 98:7 99: 15 100:15,20,23 101:1,7,7 145:16, 22 188:18 199:14 302:22 328:14 335:4,13
lie [1] 267:8
lies [4] 63:9 172:12
life [68] 76:20 81:21 82:7 94:10 95: 19 132:24 133:15,20,24 134:20 135:6,16 137:10,13 157:24 160: 11 168:18 173:11 203:6,23 204:4, 12,15,23 207:1,2,4 208:16 209:9 230:7,19 231:5,10 232:9,16 233:8 245:8,20 254:13 255:20 256:2 253:4 265:22 286:7 275:18 277:4, 8 279:12 290:19,21 282:15 288: 12,16,23 290:21 291:17 292:2,5,9 304:11 305:14 310:20,21,22 311:3, 6,12 337:10
life's [2] 326:13,18
light [3] 208:18 239:12 240:3
lightning [1] 268:1
likely [1] 159:12
limited [6] 76:18 129:15 299:20 303:23 323:20 348:16
line [8] 7:8 155:18 318:13
linear [1] 165:18
lines [2] 95:11,17
link [1] 166:6
list [1] 21:21 59:8 177:24 240:2,24 241:3 319:4
listed [19] 41:21 157:16 163:1 221: 6 297:23 305:6,8 332:8 333:9 343: 8

listing [3] 240:17,19 280:5
literacy [11] 272:6 273:15 276:21 279:5 283:4 285:1 297:19 299:6 304:10 350:24 355:18
literal [1] 344:21
literature [9] 24:24 106:9 127:12 202:5 324:6,8 346:23 348:3,4
litigation [2] 53:5,9
little [12] 25:14 49:11 69:25 72:20 87:1 102:22 130:18 140:16 165: 19 207:18 248:12 311:16
live [2] 263:3 304:19
lived [1] 86:10
liver [1] 304:20
living [1] 126:19
lloyd [1] 2:12
llp [2] 1:17 2:2
loba-fin [1] 212:2
local [5] 86:8 88:9 258:14 271:9 302:21
locate [1] 164:3
located [4] 34:18 249:9 271:8 338: 15
lock-step [1] 89:20
logen [1] 1:18
logarithmic [1] 165:17
logic [5] 172:14 177:21 265:8
long [17] 9:3 27:10 52:18 53:19 74: 23 87:3 120:1 177:24 178:15 229: 5 233:9 264:4 270:15 293:11,17 315:23 328:12
long-term [1] 315:23
longer [4] 206:8 232:13 262:3,13
look [35] 21:5 31:12 107:10 128:12 145:17,21 169:12 172:8 179:22 191:23 198:18 198:13 211:12,14, 19 212:1,3 225:9 235:12 238:20 239:3 261:12 262:19,21 291:5 320:7 325:11 327:2,7,10 328:1 332:6 335:15 338:5,15
looked [5] 52:15 193:13 225:10 319:1 323:21
looking [14] 38:9 49:9 80:6 92:12 113:6 167:2,4 231:13 243:5 250:1 251:15 258:20 354:7 355:6
looks [10] 176:10 234:15 296:6,7
lot [21] 120:2 140:2 141:3 171:5 173:16 241:22 248:4,14 258:4 264:6,13 267:16 264:20 294:11 342:11,19 343:3 346:3 348:17 353:17,18
loud [5] 80:23,24 229:20
louder [1] 26:14
lowest [2] 180:16
lumped [1] 331:11
lunch [4] 5:19 168:7 171:10
luncheon [1] 171:17

## M

made [27] 76:15 103:6 106:1 129:3, 6,12,16 130:17 136:12 137:21 156:8 259:20 275:2,16 299:17,23 300:5,24 302:17,19 303:21 318: 14 320:11 325:8 327:22 329:18 343:21

magazine [2] 200:15 201:6
main [5] 85:17 203:24 220:19 317: 8,12
mainline [7] 108:2 196:24 197:6 199:8 317:21 347:4 348:15
mainstream [1] 344:12
major [18] 40:23 66:21 71:16 111: 21 130:12 155:9 244:11,21 262: 12 281:15,16 288:6 300:10 317:8, 18 324:12 337:9 339:6
majoring [1] 339:3
majority [5] 69:8 164:4 281:4
maligned [1] 264:14
man [1] 356:5
mandating [1] 326:11
manner [1] 194:18
many [53] 10:15 16:11,21 55:20 70: 2 77:11 78:5 92:11,21 101:21 102: 10,10 112:12 114:3 120:20,20,20 123:19 135:12 136:16 159:24 164: 2 172:4 173:16 183:5,10 197:13 202:3 203:17 208:16 211:4 212: 17 216:15 229:22 240:7 241:4,4 244:15 247:10,13 250:5 251:6 262:2 263:17,18 264:11 267:5 268:2 270:12 283:21 316:3 317: 21 327:5 330:9,24 348:23 349:13 351:3,20,23 352:22 356:22
march [2] 54:22 333:7
mario [1] 149:10
mark [2] 93:22 146:4
marked [10] 2:16 51:7,10 75:4,7 79:17 146:7 227:16 234:20 236: 24
masking [1] 257:3
masquerade [3] 219:11 256:16 257:4
masquerades [1] 134:14
masquerading [1] 256:18
master's [1] 9:8
material [8] 64:9,14,20,22 142:8 159:8 213:1 348:17
materials [6] 11:9,21 13:2 126:8 220:5,16
mathematical [4] 125:5 36:8,17 37: 1
mathematicians [1] 36:22
matter [6] 23:21 63:11 66:24 89:7 220:14 314:4,5 352:11
matters [2] 227:1 351:14
maximum [1] 237:21
mcgill [15] 8:20 9:2 34:19 69:6,16 73:16 74:14,24 119:17 147:4 148: 8,15,21 149:2,5
mean [50] 10:19 11:18 13:16 24:5 30:19,20 32:5,6,7 33:1,8,12,13 40: 8 41:13 46:22 50:23 60:4 61:16 64:21 73:5 77:22 87:17 128:5 129: 6 137:18 149:21 153:8 156:4 162: 20 163:13,14 191:18 201:21 208: 12,24 210:6 212:21 215:21 226: 22 232:20,24 233:12,16 240:13 260:13 275:8 292:22 293:5 299: 12
meaning [8] 24:4 62:4 144:8 148:

11 159:7 206:19 224:23 289:7
meaningless [1] 107:19,24
means [14] 94:10 128:3,5,7 130:8 178:9 191:12,15 194:22 215:19 216:3 233:18 247:2 296:5
meant [3] 33:10 83:12 135:14
measure [1] 65:4
mechanism [6] 114:2 214:2 231:1, 6,20 286:7 287:6 337:14
mechanisms [19] 110:24 111:4, 17 112:3,7 113:13 115:9 203:11 204:24 205:7,10 206:12 213:21 214:4,12,24 242:18 316:19,24
media [3] 23:12 202:3 247:17
medication [1] 7:18
meat [1] 58:24
meeting [2] 60:22 61:23
member [16] 17:3 53:15,20,23 54: 7,22 58:23 57:3,16 58:14,17 270: 9 332:17 333:7,20
members [13] 18:11,17 54:1,3 58: 20 59:9,10 111:19 304:4 328:18 330:10 332:21 333:16
membership [4] 16:7 147:4 333:1, 3
memorized [4] 4:19,24 48:2 144: 19 163:16 275:5
memory [5] 41:23 48:21 50:17 51: 1 168:1
mention [9] 30:8 35:23 125:17 199:23 224:18 293:14 305:7 321: 3,4
mentioned [20] 45:22,23 67:12 125:18 141:21 148:16 166:22 167: 7 196:20 212:12 222:12 286:11 287:22 297:13 317:2 323:4 332: 23 333:5,24 347:21
mentioning [1] 335:11
mentions [3] 200:15 224:21 343: 14
mere [1] 305:6
merit [1] 219:5
met [4] 196:13 335:24 336:11,13
metal [1] 192:21
metaphysical [1] 269:20
method [1] 89:20 303:12,13
methodological [8] 161:21 175:6 217:4,5 221:14 222:6 295:16 323: 13
methodology [1] 218:7
methods [13] 11:4 66:22 71:2,9,13, 23 72:7,9,14 89:16 147:22 150:15 151:3
mayar [1] 221:1
michigan [2] 2:13 154:7
microscope [28] 134:24 135:1 179:6,9,10,17,18,24 180:1,3,5,9, 10,12 181:1,4,7,9,15 182:1,3,4,7, 14,15,17,19,21
microscopic [1] 294:5
middle [3] 303:2 313:20
might [32] 12:10,12,14 24:20 34: 12 39:18 41:6 59:4,7 62:20 81:24 101:11 106:12 117:11 125:23 130: 14 153:4 157:8 164:8 177:16 180:

15 217:22 235:18 245:11 252:4 282:20 287:11 289:5,17 301:12 328:2 345:1
miller [10] 75:8 95:21 227:23 228: 4 234:6 300:16 309:12 312:24 313:10,15
milliliters [1] 183:10
million [2] 207:2 265:3
millions [1] 269:19
mind [20] 63:5,7 80:9 82:5 105:23 123:15 147:7 155:10 191:8,10,12, 15,17,24 216:8,11 260:21 290:9, 10,13 320:12,15 339:18
minds [1] 165:9 169:1 320:17
mine [1] 216:10
minor [2] 332:4 357:20
minute [2] 90:15 210:12
minutes [5] 31:10 104:17,18 154: 11 251:16
misconception [2] 20:2,3,5,6,8, 15 21:10,13 22:15,20 23:8 26:15 36:12 96:14 139:7,16 193:6 196:7 244:22 264:21 284:16 285:11 288: 17 320:20 341:13,14,22
misconceptions [36] 19:12 20:11, 13 21:15 37:15,17 72:2 96:11,13 101:12 102:8,18 103:3,18 104: 9,13 106:21 122:12 138:21 139:4, 9 165:15,18 173:17,19 156:4 195: 24 200:22 243:17 264:18 272:13 273:8 290:6 316:4,14
misinformation [2] 313:22 314:9
misleading [4] 105:5,8,16 126:21
misperceptions [2] 103:21 104:1
missing [4] 166:6 231:23 233:23
mission [4] 59:14 149:13 151:21
mode [1] 212:15
modeling [1] 166:2
modern [2] 207:19 321:15
modas [1] 166:2
modification [3] 202:23 208:2
modified [2] 190:14 320:9
modify [2] 193:2 216:5
modsky [3] 75:17,17 76:5
moment [20] 4:8 42:1 97:5 102:1 145:4 151:7 155:11 165:13 167: 10 169:18 182:10 206:18 207:14 220:18 221:4 259:12 267:3 302:4 305:18 334:4
monolithic [1] 20:23
month [2] 58:17 146:13
months [3] 154:4 293:23 316:8
montreal [1] 8:22 170:5
monumental [1] 321:22
morning [3] 23:18 24:9 202:8
morph [1] 11:22
most [38] 15:6 21:8 24:22 36:22 45:1 80:2 92:20 102:18 114:6 125: 10 140:12 141:10 144:5 145:1 147:20 159:11 168:16 176:5 200: 6 213:22 229:24 250:17 252:3 258:13 268:21 268:3,7 297:2,3 302:9 346:1 348:15 351:24 344: 23 345:12 353:2,13 357:4
most-accepted [1] 171:15

mother [1] 266:9
motivation [4] 125:5,10,22,22
move [5] 164:21 180:19 304:18 338:6 349:10
movies [1] 202:4
moving [1] 345:18
much [12] 23:22 60:12 154:8 201: 3,11 202:14 212:3 228:14 262:4 302:18 322:8 336:24
multiple [3] 221:11 222:3 315:22
museums [2] 8:11 74:12
muslim [1] 123:11
muslims [1] 123:8
must [2] 320:23,24
mutation [1] 354:21
mutual [1] 154:19
myself [1] 149:9 152:9 316:10

## N

nabt [1] 329:21
nah-nah [1] 6:16
name [8] 3:6,8 4:13 54:13 58:11 101:23 137:1 246:16
names [2] 8:14 151:10
nas [3] 324:13 325:17,17
nation [2] 249:4 315:8
national [44] 16:4,14,16,18 31:5 38:8,9 53:16 54:15 57:12 58:7,14 59:15 67:21 68:1 72:19 75:17 94: 21 95:1 96:17,18,20 154:13 165: 24 167:21 187:10 199:16,17 223: 12 269:4,10,14 272:21 286:18 325:18 329:22 330:11 331:9 332: 12,17,19 334:9
natural [27] 114:7 176:10,10 189:7 190:12 202:13 213:24 217:8,8 223:4,6,7 224:10 225:15 226:3 227:12 250:15 251:15 252:8 264: 22,23 295:2,22,23 296:8,8 337:14
naturalism [7] 176:7 217:5,6 221: 15 222:7 295:17 323:13
naturalistic [1] 354:7
naturally [1] 231:23
nature [4] 205:22 238:6 239:6 243: 6 295:14 296:4,6 310:11 328:10
ncse [1] 57:12
near [1] 92:23
nebraska [3] 89:17,22
necessarily [4] 81:20 111:1 210: 11 212:21 306:11 315:12 323:17 356:23
necessary [1] 216:6
need [23] 6:5 7:7 14:4,11 22:4 35: 12 70:18 72:1 90:20 153:18 156:7 162:22 173:5 186:5 241:14 261: 17 263:16,22 264:19 267:11 312: 14 318:17 341:14
needed [4] 190:10 237:9,23 242:7
needless [4] 96:13,14 138:21 139: 3
needs [7] 38:14 56:5 64:13 140:21 268:7 320:22 341:22
negative [2] 156:10 199:5
neither [1] 12:19
neodarwinism [8] 207:10,12,17,

24 208:1,9
nerves [1] 267:17
never [12] 23:24 94:16,19 204:17 220:17 225:16 226:4 256:10 280: 16 282:12 306:7 339:13
new [8] 7:15 12:15 52:3 81:13 118:19 124:24 143:21 150:15 173: 1,2,8,22 174:20,21,24 196:11,12, 17 215:24 216:3,5 230:12,13,16, 23 238:12,19 286:1,9,15 312:11 313:5,6 335:22 336:10
news [1] 281:5
newsletter [1] 54:2
newspaper [7] 143:21,21,24 144: 4 145:9,11 200:14
next [12] 58:10 64:15 78:14 139:12 162:7 168:24 181:11 183:10 289: 15 290:19 292:7 325:15
nice [2] 28:5 327:24
nick [3] 75:17,19 76:5
nielsen [1] 4:12
night [1] 294:1
nine [2] 154:4 169:18
nods [1] 6:14
none [4] 117:3 156:2 207:13
nonexpert [2] 209:17 336:1
nonmajors [2] 341:4,5
nonnatural [5] 225:22,22 246:2 252:5 302:11
nonnaturalistic [5] 224:9 330:2 341:7 353:24 354:13
nonreligious [1] 161:22
nonscience [9] 98:19 102:19 220: 10 294:13 301:21 302:23 340:3 344:11
nonscientific [29] 24:4 123:18 130:10,11,20 134:16 195:18 196: 3,8 279:17,22 280:1,4 288:20 299: 24 314:15 334:13 335:15,18 337: 3 342:8
nonsecular [1] 340:10
normal [3] 288:2 294:16 322:21
notary [1] 1:22
note [6] 79:17,21 105:1,4 124:13, 15,16,21
noted [2] 148:7 277:2
notes [1] 176:11
nothing [7] 34:14 58:18 124:9 147: 6 259:12 265:1 292:21
notice [5] 1:23 180:17 321:6,7,10
notocord [1] 209:24
nowhere [1] 95:8
nsf [1] 269:20
nsta [1] 332:14
number [3] 141:1 270:6 310:2
numbers [2] 236:24 350:7

## O

o-p-u-s [1] 170:13
oath [1] 6:2
object [6] 49:22 87:15 90:19 97:18 98:14 99:6,9,17
objecting [2] 90:21 99:12
objection [1] 87:19
objections [4] 4:15 13:11 50:2 95:

Brian Alters 6/2/2005

**7**

objectively [3] 271:21 272:7 273:12

objects [1] 193:5

obligation [2] 39:10 236:2

obligations [1] 60:22

obscure [1] 348:13

observable [5] 205:17,18,19,24 207:6

observation [7] 172:20 187:12

observations [7] 81:19 189:10,16,20 190:1 216:22 287:10

observed [1] 205:21

obtain [1] 297:6

obviously [1] 142:18

occasionally [4] 55:12 152:13,16 153:1

occasions [1] 59:4

occupation [1] 8:17

occur [2] 31:12 32:19 249:2

occurred [21] 45:13 47:8,9,11,16 48:16 50:21 113:9 115:7 116:13 138:1 144:5 147:12 205:16 206:10,24 231:16 232:4,6,13 234:2

occurrence [29] 45:19 46:3,9,17, 19 49:20 110:19,20 111:12,14 112:10 113:17,22 114:5,21 115:3 117:1 204:20,21 205:11 210:15 233:22,24 243:19 287:5 307:18 308:4,19 326:7

occurring [1] 205:16

occurs [3] 133:17 141:12 291:15

october [1] 272:3

offers [1] 230:2

offices [1] 1:17

official [1] 329:23

often [17] 82:13,19 172:24 195:8 207:17 211:2,5 213:1,4 217:4 220:5 230:5 233:15 251:22 269:18 316:10 356:1

okay [54] 6:18 7:3,4,16,17 9:22 20:14 22:2 25:17 49:8,15 50:13 61:10 69:18 92:16 93:23 95:24 98:5 99:5,8,11 100:4 103:5 105:3 128:4 132:21,21 143:24 153:16,22 157:23 158:1 169:19 173:6,13 178:18 186:22 198:19 215:9,14 220:21 244:20 277:15 281:24 282:4 283:1 298:5 317:9 325:4 337:23 345:23

old [7] 22:1 106:17,23 261:12 304:22 349:7,18

once [5] 25:2 53:24 82:24 282:10 351:13

one [101] 11:1 14:9 19:10 21:3,5 23:22 24:15 30:6 31:13 34:6 52:17 59:16 60:8 86:1 71:4 75:10 78:8 83:2,7 89:21,21 96:7 112:13 113:21 114:4,7 116:4 122:21 134:17 135:20 136:17 137:12 145:11,12 161:16,18 162:1,1,3,7 169:23 176:14,16 178:1 181:22 182:4 183:13 186:14 195:8,17 199:11 206:6 207:11 210:12,12 212:1 213:13 217:2 221:11 222:3 224:

12 225:24 240:14 241:2 242:3 243:13 246:11 250:2,7 261:14 262:3,6,15 270:12 279:10,16 284:13 287:22 295:12,15 297:2,13 298:24 301:16,18 302:2 305:10 310:1 316:15 317:12 319:4 324:22 332:23 352:23 353:2,4,5,6 356:4,7

one's [2] 219:3 315:14

one-minute [3] 83:17 322:6 338:2

one-sentence [2] 145:5 256:1

one-third [1] 16:8

ones [19] 15:8 69:10 131:12 155:9, 10 162:24 164:3 185:20 211:7 220:20 258:6 270:7 302:3 340:18 351:2

online [1] 235:11

only [30] 6:13 19:17 25:10 89:21, 22 95:2 137:1 224:8 225:22 244:8 285:23 286:13 287:12,19 290:12 291:2 292:20 293:5 295:21 296:6, 7 309:13 312:17,17,17 313:12 323:15 347:19 349:4 350:1

open [26] 25:21 82:5 159:5 191:8, 10,12,15,17,23 197:3 215:23 216:8,11 219:21,22 221:15 222:7 226:20,23 260:20,21 290:9,10,13 339:17 365:20

open-minded [4] 306:22

opened [2] 148:9,22

operates [3] 217:1,2 355:20

operative [1] 50:24

opinion [50] 27:2 30:24 40:15 43:12,23 44:2,5,17,22,23 45:14 46:5 47:14 55:14 56:7 87:7 89:3,11 92:2 93:3,6 102:2 105:4 115:16 126:4 134:22 175:21 184:20 195:1 244:14 251:17 253:10,13,23 254:1 255:23 268:21 271:19,20,22 272:1,7,10 276:11 299:3 301:22 314:24 317:3 320:2 322:5 328:24 335:10 337:15 342:2 343:5 344:4 346:4,17 357:24

opinions [28] 28:16 40:1,5,7,6,11 41:15 42:2,3,5 43:20 47:10,10 51:15,20 52:3,6,6 58:24 126:2 131:8,9 213:24 268:15 271:18 274:19 272:5 304:9

opponents [1] 326:4

opportunity [2] 5:10 226:19

opposed [2] 128:18 154:22

opposite [1] 109:14

opposition [1] 120:11

opt [2] 83:10,12

opt-out [6] 141:23 142:6,11 143:3, 6,13

opting [1] 243:22

opus [3] 170:5,7,13

oral [1] 1:15

organism [2] 212:1,5

organisms [9] 210:1,15,23 211:17, 19 212:10 222:22 354:18 355:10

organization [19] 16:15 17:4 45:2, 5,7 53:24 54:8,18,24 58:21 59:11 156:5 198:4 267:14 302:2

organizations [29] 20:21 21:8,9 38:10 40:20,23 45:21 53:8 67:23 68:2 94:21 106:5 107:5,11,20 127:8 130:13 131:2,3,11 199:17 200:11 255:15 281:15,17 324:1,12 333:18,22

origin [56] 76:19 81:21 82:7 132:24 133:14,20,24 134:19 135:6,16 137:10,13 222:22 233:8 246:8,20 254:13 255:20 256:2 277:4,7 279:12 280:19,21 262:14 288:12,16,23 290:21 292:2,5 310:21 311:3,5,12 333:18,22

original [2] 103:19 201:8

originally [1] 146:2

originated [1] 231:10

origins [7] 225:16 226:4 275:18 291:17 292:9 303:24 310:19

other [114] 6:17 8:13 11:22 14:21 15:16 24:17 30:6,11 41:15 43:17 51:20 54:7,17 56:8 61:5 66:2 71:9, 14,20 72:6,8,12,14,16,21 74:6 76: 17 79:1 88:11 90:2 97:6 104:21 111:6 112:15 117:4 124:18 125:9 129:4,7,9,14 130:6,15,23 142:21 147:10 149:5 152:15,17 156:5,18 158:16 160:7,15 161:9 162:10 180:20 183:2 184:12 185:10 191:20 192:4 195:13 199:8 200:24 203:8 211:3 213:6 214:4,20 215:3 216:7 227:9 235:21 246:22 248: 18 249:2,7 250:5 253:5 266:11 267:17 271:15 277:3,8 281:23 284:4 290:15 299:18 300:21 303: 22 306:6 311:6 312:20 314:17,18 317:20 318:6,10,12 319:18 321:3 322:7 327:9 337:6 339:6,7 340:18 348:1,9 350:10 353:7,11 355:3

others [13] 62:20 71:12 148:3 152: 9,10 155:6,8 163:16 194:7 221:3 308:8 332:6 349:6

otherwise [1] 15:24

ourselves [1] 316:10

out [70] 35:24 36:6 44:22 46:7,10 58:9 59:4 72:18 79:8 80:23,24 83: 11,13 84:11 99:15 102:23 103:14, 20,24 107:21 116:7 128:17 154:6 158:7 159:18 162:3,9 197:5,14 215:16 229:19 231:12 239:23 243: 1,22 245:21 249:11 255:1 268:8 276:9 280:1,5 281:23 283:19 284: 13 286:4,5,11 290:7 291:24 296:22 293:22,23 300:8 304:24 312:19 313:13 317:5,13,18 318:21 324: 13 327:19 333:1,5 335:24 336:19 342:15 351:6 356:8

outline [1] 146:2

outside [6] 23:14 26:24 57:5 136: 2,7 173:9 265:13 330:7

outweighs [1] 36:4

over [28] 15:9,19 16:13 25:15 46:9 52:15 76:10 121:3 122:5 126:5 149:2 155:19 207:1 220:13 237:3 246:23 248:3,14,17 261:13 267: 24 269:3 294:5 303:19 304:1 315: 22 337:11 341:15

overall [4] 96:1 98:3 101:9 318:24

overlap [1] 154:8

overlook [1] 305:17

overwhelming [6] 111:13 115:5 116:15 197:13 214:11 328:8

owe [1] 222:22

own [10] 72:1 87:18 99:14 100:8,14 145:7,15 152:1 159:19 187:18

oxymoron [1] 217:12

**P**

p-a-d-i-a-n [1] 57:22

p.m [3] 171:16,18 358:15

pa [1] 319:7

padian [3] 57:16,21,23

page [59] 76:9,10 79:15,16 80:13, 14 94:8 105:1,9 109:8,16 110:7 124:13,22,23 127:20 146:7 157:19,20,21 167:19 168:24 169:20 225:12 228:10,11 234:14 236:23,24 237:15 239:4 241:6,10 250:3,9 269:2,3 271:19 274:24 277:13 278:21 279:14 280:12 281:12 282: 2 296:21 298:9 301:9 308:13 310: 314:24 324:17,21 325:15,15 329: 2 332:11 334:9 343:6,13 345:16

pages [8] 2:21 95:18 158:12 159:6 179:12 241:5 326:2 328:12

paid [4] 49:5 73:13,17 74:15,17 317:19

paleontologist [2] 58:4 216:8

pandas [66] 4:1,2 5:1 29:21 33:22 78:15,19 80:3 81:23 85:3,9,17 86: 9,13,16,24 87:13 88:6,12,19 90:11 91:11 92:1,3,9,22,22 93:6,9 94:2 100:17 104:22 124:11 126:11 141: 15 143:18 145:17 219:19 221:2,6, 16 222:8 225:3 245:10,24 246:7 250:2,10 274:13 275:24 276:6 289:16 301:11,23 302:16 314:13 320:5 325:9 326:20,22 327:8,23, 24 328:8,11 335:4,13 343:15 345: 16

paper [3] 35:8 165:17 277:9

paragraph [45] 76:14 77:3 78:14 79:15 109:8,17 127:22,24 132:16, 18,23 225:13 231:12 239:8 245:6 254:11 255:13 277:11 278:20,20 286:10,18 290:7 291:24 296:22, 308:5,10 312:8,15 313:2,21 314: 19,19 329:1,2 332:10 334:8 343: 14

paragraphs [6] 77:2 249:7 253:24 254:3 293:9 329:19

parameters [1] 348:1

paraphrase [1] 171:5

parcel [1] 113:19

parent [1] 15:12

parenthetical [1] 319:3

parents [5] 15:10 42:22 84:21 123: 21 268:2 343:4

parses [1] 218:16

part [7] 20:9 27:11 28:2,2,3 56:13,

objections - part