24 66:1 73:16,24 74:1 81:11 90:
12 91:11,16 92:9 101:16 102:11
110:17 111:11,16,18,23 112:8
113:18 150:4,14 151:12 175:3
179:4,8,11,20 180:16 181:8 182:5,
6 183:22 184:17 188:23 189:2
190:6 215:1,1 221:19 230:20 244:
20 252:8 263:4 266:18 275:22
276:1,3,19 277:1 282:24 283:16
289:6,8,10 295:4 299:3 302:14
303:5 312:1 314:16,17 324:21
325:5,12 330:8 335:12 347:4
part's [1] 314:18
participants [1] 125:3
particles [2] 239:13 240:5
particular [38] 37:17,18,22 38:12
39:12 60:13 61:24 86:18 69:2 70:
5 122:14 124:16 126:18 138:9
140:19 150:8 152:13 153:5,18
172:11 174:9 192:12 193:24 194:
1,4,6,9,10 195:13 202:19 217:15
218:15 223:11 247:23 261:10 327:
14 358:15,16
particularly [5] 120:9,13 205:10
231:21 286:4
particulars [1] 113:12
parts [11] 66:2 111:10 114:13 203:
11,16 235:19,20,21 297:14 299:1
331:23
pass [1] 201:15
passed [1] 272:3
passes [1] 65:1
past [4] 7:22 10:21 150:23 266:8
path [1] 59:11
pay [2] 36:11 315:13
pedagogical [3] 125:9 283:18
284:11
pedagogically [1] 198:9
pedagogy [38] 18:7,19 19:1,18,20
27:6,12 28:17 35:23,24 40:17,18
41:16 61:17,18,22 62:2,3,8,10,18
63:4,8,13,14 65:17,18,21 89:13
138:19 139:8,18 140:8 163:7 197:
17 198:20 272:14 311:23
peer [18] 55:19 56:13 142:20 143:
11 156:3,14,18,19 157:6,9,12,18
158:2,5 161:13,17 162:19 163:2
peer-review [3] 55:16 56:12 160:
7
pennsylvania [23] 1:19 29:23 81:
3,7 108:9 109:3 131:19 155:24
235:1,7,23 236:3,5,8,13 237:7
240:23 258:19 283:12,20,22 284:
9 319:10
pennsylvania's [2] 237:16,18
people [95] 4:1,2 5:2 10:10 15:1
29:21 30:12 33:22 44:15 78:16,19
80:3 85:4,10,17 86:10,13,17,24
87:13 88:6,13,20 89:24 90:12 91:
11 92:3,9,22 93:7,9 94:3 100:17
104:23 112:12,14,15 120:18 124:
11 126:12 141:15 143:18 145:17
149:12 152:6,19 156:5 158:12
163:2 185:24 207:23 218:10 219:
19 221:3,7,18 222:9 225:4 226:24

234:4 245:24 246:7 248:1 250:2,
10 264:9,11 267:20,22 270:18
274:14 276:1,7 301:11,23 302:17
309:4,7 314:14 320:5,10 325:10
326:21,23 327:8,24 328:9,11 335:
4,14 343:16 347:14 351:9 353:15
356:22
people' [3] 81:23 245:10 289:16
people's [1] 126:9
pepper [2] 1:17 2:2
perceived [1] 263:1
percent [7] 73:18,20,21 74:7 157:
2 246:15 294:2
perceptive [1] 322:23
perform [1] 9:10
performs [1] 151:20
period [2] 294:6 315:22
periodically [1] 7:6
permutations [1] 353:12
person [8] 28:6 75:14 87:10 89:12
175:13 197:11 285:5 338:17
personal [5] 42:7 87:7 89:3 253:
23 355:24
personally [9] 42:12,15,18 97:3
173:21
perspective [3] 172:6 178:2,3
petto [1] 55:7
ph.d [8] 1:16 3:1 147:16 160:19,24
281:9
ph.d.s [1] 161:2
phenomena [9] 23:6,7 176:11
190:12 217:8 224:10 227:13 294:
23 296:8
phenomenon [2] 189:7 202:13
philadelphia [1] 1:19
philip [1] 148:24
phillip [1] 220:23
philosopher [1] 295:8
philosophers [1] 220:12
philosophical [4] 134:13 219:10
220:2,8
philosophy [4] 147:22,23,24 295:
10
photocopy [3] 2:21 227:23 229:10
phrase [3] 117:15 204:8 305:11
phyletic [3] 166:3 195:6 212:13
phylogenetic [1] 267:13
physics [13] 14:20 165:20 229:23
267:19 284:1,2 287:15,15 290:17
292:22 322:1 341:3,4
pick [1] 87:17
picture [1] 134:24
pictures [2] 159:24 160:2
piece [2] 356:15,16
place [4] 34:1 178:12 228:21 293:
5
placed [3] 5:2,3,4
placement [1] 5:8
places [6] 152:9 162:10 166:23
210:23 211:3 258:6
plaintiffs [5] 13:7 18:5 40:6,13
358:2
plan [3] 18:16 52:1 358:8
planet [13] 45:4,6,7 203:7,23 204:5,
13,16,23 207:4 210:24 218:6 232:

10
plans [2] 70:22 328:10
plate [3] 304:17 306:8,9
play [9] 113:14 213:2 214:4 264:21
265:19 316:24 344:3 348:2
played [1] 355:8
please [19] 3:6 6:24 39:24 40:3 80:
20 87:21 91:4 100:5 103:10 110:
12 146:5 179:5 189:12 221:21
226:1,8 229:20 230:9 236:23
plus [6] 36:9,13,20 37:3,20 207:2
point [26] 13:4 35:24 63:21 106:1
107:21 111:3 122:11 125:12,15
153:3 163:10 181:12 209:21 218:
21,21,23 247:22 254:18,22 260:19
266:22 280:22 295:12 345:3,4
347:19
pointed [3] 36:6 46:7 278:21
pointing [4] 46:10 207:21 274:13
331:8
points [3] 172:8 219:3 312:15
policies [1] 330:23
policy [52] 3:14,22 4:16 40:10,14,
15 41:6 44:18 47:15 145:19 272:2
274:3,9,11,17 275:22 276:2,4,10,
16,19 279:4 283:1 297:14 299:1
302:15 303:5 304:9 307:15,24
312:4 313:12,24 314:11 315:5
322:7 326:16 328:23 329:6,7,13,
16 331:5 335:6,7,12,17 337:17
338:9 342:1,3 344:8
polled [2] 44:13 72:16
pond [1] 311:16
poor [4] 40:17 41:16 85:17 92:3
poorly [1] 41:4
pope [2] 170:22 171:5
pope's [1] 170:11
popular [4] 200:15 201:6 247:17
353:13
population [2] 118:5,21
portion [2] 112:20 181:11
pose [1] 188:20
posit [2] 124:4 311:10
position [14] 112:24 113:3,4 134:
13 165:22 166:1 170:11,11,12,18,
21 314:11 320:2 325:5
positions [3] 68:1 113:8 323:23
posits [2] 124:2 354:10
possession [3] 101:4 196:10 344:
16
possibilities [2] 296:3 352:23
possibility [10] 83:23 222:18 224:
19,21 263:13 266:2 352:23 353:6,
7,11
possible [14] 61:17 165:5 200:22
219:24 221:16 222:8 242:17 251:
5 269:17 273:13 304:13,23 337:
13 340:23
possibly [17] 21:7 43:21 67:20
160:3 164:11,13 175:2 180:18
242:15 248:3,6 251:23 256:11
316:8 332:22 345:17 351:8
post [4] 41:2 120:19 273:10 337:
20
post-it [1] 79:17

posted [1] 84:5
postulate [1] 277:6
postulated [1] 337:10
potential [2] 55:22 237:21
pour [1] 320:18
power [1] 216:18
powers [1] 252:7
practice [2] 269:8,12
practitioners [1] 150:1
precipitation [1] 136:6
precisely [2] 230:16,23
preconceptions [2] 19:12,14
predictions [1] 315:20
predominant [2] 184:3,13
preexisting [2] 222:23 223:1
preliminary [1] 275:14
premature [1] 12:5
premises [1] 90:17
prentice [2] 77:7,20
preparation [5] 75:11,15 155:14
273:2,9 337:19
prepare [8] 52:19,22 70:22 75:20
268:11,14
prepared [4] 49:12 52:10,21 340:
21
prepares [2] 41:1 340:5
preparing [5] 82:10 109:21 292:
15 293:2 347:19
present [6] 19:8 203:20 278:24
322:16 326:21 343:11,20 344:3
presentation [3] 169:22 170:24
171:1
presentations [1] 269:24
presented [7] 95:5 195:4,10 234:6
302:24 318:4 343:24
presenting [1] 253:19
presently [1] 52:4
president [4] 57:14,17 325:21,23
press [14] 2:2 4:4 29:19,20 74:13
75:8,23 82:22 127:15 274:10 276:
5,18 297:23 307:12
pressure [9] 14:23,24 15:4,24 16:
2,9 142:21 143:12 334:12
pressured [2] 14:18 61:6
pressures [2] 211:1,4
prestigious [2] 21:8 46:1
presumably [1] 64:15
presuming [1] 62:19
pretend [1] 130:20
pretending [2] 170:19 322:14
pretty [1] 34:12
prevent [1] 242:5
previous [2] 12:6 139:13
previously [13] 67:12 126:13 146:
23 191:24 212:12 246:1 256:20
258:21 286:14 289:22 295:16 299:
22 357:17
primarily [9] 16:16 41:3 69:13 74:
9 119:17 168:11 271:16 295:10
348:14
primary [1] 300:1
principal [2] 15:13,13
principals [1] 268:2
principle [2] 174:2 216:4
print [4] 101:19 157:4 160:4 286:

21

prior [7] 133:3,3,10 135:11 225:8 235:3 316:11
private [3] 70:3 134:2 311:9
privy [2] 156:15,17
probability [2] 157:1 196:6
probable [1] 244:13
probably [52] 4:7 11:12,17,18 12:19 13:24 19:19,21 21:21 29:3 31:10,12 32:22 44:19 51:23 60:5 63:17 78:3 87:1 97:4 122:21 135:12 138:24 155:20 159:10 164:4,24 165:14 166:19 169:17 193:1,21 213:14 218:4,24 228:18 229:4 241:3 243:24 244:5,10,23 250:17,20 252:14 261:22 263:16 270:6 272:14 288:2 293:19 351:17
problem [21] 8:8 86:9,15,23 87:2 88:21 93:18 172:22 190:2 209:2 232:17,20,23 239:18,22 263:19 265:23 300:2,3 352:2 354:14
problems [30] 4:21 32:23 33:3,4 86:12 121:8 123:20,24 126:14,18 129:3,7,13,17 130:4,15,19 174:24 214:17 275:17 293:9 299:18 300:6,14 303:21 312:18 318:18 321:2 337:1 354:12
procedures [1] 322:22
proceeding [1] 5:23
proceedings [2] 171:19
process [7] 12:22 158:4 162:6 172:13 174:8 175:23 176:1
processes [4] 171:22 176:15 205:5,6
produces [1] 154:14
product [1] 126:20
professional [12] 1:22 52:23 258:4 266:19 271:24 272:22 273:2,3 328:22 329:9 330:15,19
professor [8] 8:18 9:2 104:21 116:4 309:11 323:4 339:20 349:19
professors [7] 78:8 148:13,14,20 270:21 341:19 349:14
proffering [1] 116:5
proficiency [4] 82:11 109:22 292:16 293:3
program [1] 269:5
project [4] 162:1 268:5 270:1,4
projects [1] 74:6
promote [3] 59:20 200:11 334:13
promotes [2] 267:7 335:17
promoting [2] 266:19 335:15
proofs [1] 25:6
proper [5] 90:9 91:9,16,24 92:5 183:3 179:12 201:10
properly [7] 61:14,16 69:20 90:19 99:7 208:22 214:18
proposition [1] 172:7
propounded [1] 359:6
prospective [1] 349:9
protestantism [1] 170:4
prove [2] 24:21 25:4
proven [3] 24:15 25:2,8
provide [6] 31:8 59:2 343:10 344:2

provided [5] 65:3 75:21 179:23 199:6,15
providing [2] 178:23 179:2
provision [3] 141:23 142:6 143:7
provisions [2] 143:3,13
proviso [1] 142:11
prudent [3] 27:9,18 72:5
psychological [1] 44:1
public [48] 1:23 11:13 12:20 23:11 24:2 59:19,23 66:8 86:3 89:10 92:20 100:20,22,24 101:6 123:13 143:3,13 147:14 178:20 192:16 193:8 194:15 201:24 208:20 209:1,5 224:15 226:10,14 227:5 237:16,18 239:20 249:3 251:1 257:5 258:7 259:20 263:11 265:17 266:17 267:9 311:22 337:4 347:21
public's [1] 202:16
publication [7] 55:4 56:17 152:2,17 167:13 331:20,24
publications [4] 157:16 160:8 163:6 331:18
publicized [2] 288:15 310:22
publish [4] 156:12,12 161:15 200:7
published [5] 58:16 121:21 122:2 163:3 167:12
publisher [5] 78:20,22,22 158:6 162:3
publishers [3] 73:7 161:14,15
publishes [1] 173:23
publishing [1] 163:3
punctuated [4] 166:4,5 195:5 212:13
punished [1] 143:17
purchased [1] 77:11
purpose [13] 121:12,14 150:11 175:15 176:12,21 177:1,4,5,17 178:5 187:4 235:13
purposes [1] 178:1
pursuant [6] 1:23 63:24 64:2 95:22 108:9 131:18
push [1] 107:8
pushing [1] 107:14
put [20] 4:2 26:1 31:17,21 32:4,22 42:2 98:21 116:11 134:23 147:3 159:16 174:11 183:10 270:13 282:3 305:10 307:7 320:12,16
puts [2] 320:12,15
putting [1] 281:7

Q

qualification [1] 103:8
qualitative [3] 119:12 120:15 148:2
quality [1] 157:12
quantified [1] 16:1
quantify [1] 13:18
quantitative [2] 119:11,23
queries [1] 278:2
question [96] 6:23 14:8 21:1 24:15 27:18 28:2 30:18 34:24 35:3,13 36:19 42:11 44:1,4 45:12,18 46:15 48:9 49:2,22 50:7,12,14,16 61:1,9,11 65:23 66:3,15 73:4 86:1

22 90:16,23,24 91:3,4,19,24 92:13 95:15 97:20,24 98:16 99:10,12 100:2 103:7,10,20 108:11 110:10,12 114:18 115:11 121:10 129:19 133:8 135:3 151:17 153:5 183:24 168:19 175:4 181:21 182:11 251:2,9,13 256:12 263:8 287:11 298:20 307:5,16 308:2,18 318:5,6,9 319:12 331:2 336:7,8 346:18 354:23
questionable [1] 161:24
questioning [7] 7:9 175:10 234:1 247:6 311:20,24 317:24
questions [25] 5:16 6:11 8:5 39:13 47:15 59:1 90:19 99:23 116:9 153:3 164:9 214:22 230:15,22 277:22 278:6 291:8 306:15,23 307:10 317:16 327:18 357:13 358:11 359:6
quick [2] 259:3 293:21
quicker [2] 194:5,7
quickly [2] 194:11 234:14
quite [5] 27:17 58:22 191:11 214:23 215:12
quo [1] 196:13
quote [3] 132:17 298:8 332:12
quoting [2] 271:24 328:3

R

radio [1] 74:12
raining [1] 136:2
raised [5] 196:22 261:1,4,20 351:14
raises [1] 339:7
ran [1] 197:6
random [1] 354:21
randomly [3] 159:6 350:4,8
range [5] 24:7 81:19 189:19 190:1 287:10
rarely [1] 14:19
rarity [1] 305:4
rat [1] 211:12
rate [3] 157:10,12 188:9
rather [3] 17:10 159:19 336:22
rationales [1] 299:22
re-trained [1] 352:13
reach [8] 28:16 102:8,9 104:12 223:16 250:8 304:8 315:5
reaching [1] 103:18
reaction [2] 43:8 319:20
read [159] 3:16,20 4:4 29:9 34:5 35:15 40:9 43:5 47:22 48:12 49:17 50:19 55:24 67:16 70:18 71:12 75:11 76:23 77:23 78:2 79:7,11,15,16,23 80:2,15,20 82:20,24 83:2,5,7,18 87:8,13,17 88:5,10,12,17 89:4,6,9 90:11 91:5,10,15 92:4,8,21,24 93:8,12,17 94:24 96:24 97:7,12 98:23 99:1 100:19,21 101:6 103:11 105:6 108:21 109:2,9,18 117:22 118:16 126:14 128:1,2,4,11 129:1,11,20,23 130:1,7 131:21 132:7,19 135:24 138:4,5 142:1,2 150:22,24 156:6 170:23,24 185:24 196:16 198:14 204:18 213:23

219:16 220:4,16,24 221:1,23 223:2 224:4 225:24 229:19 238:17 242:12 244:6 246:5 247:19 248:23 249:16,21 254:19 255:4 274:10,11 276:5,6,24 282:1 283:11,24 285:5,7 287:14,18 289:1,3 290:3,15,16 292:10 294:9 299:10,11,12 301:3,17 305:11 306:1 307:11 308:20 321:9,19 323:13,23 328:14 335:1 338:2 353:18 354:11 359:4
reading [53] 18:14 29:15 78:13 80:18 84:16 86:16,23 87:2 88:22 92:17 96:3,16 126:7,8 132:9 134:17 135:4 141:16 144:3,12,13,16,22 145:11 165:3 199:10 201:15 206:7 223:10,11 242:2 245:3 248:5 253:8,14 254:2,4 257:17 274:6 279:10 281:10,20 282:23 283:2 284:11,23 288:1 313:15 320:3 324:3 328:19 336:17 344:21
reads [8] 100:16 143:20,22 145:5,8 244:2 249:6 319:17
real [1] 252:18
reality [1] 193:21
realization [2] 262:2 315:19
realize [3] 237:20 263:24 351:13
realized [1] 173:3
realizes [1] 182:7
really [7] 288:14 327:24 339:23 352:11 356:9,11 357:2
realm [7] 32:9 39:6,7 90:5 185:5 267:19 330:7
reason [8] 8:4 30:6 168:13 171:2 263:24 276:13 317:17 342:4
reasonable [3] 225:15 226:3 247:8
reasonably [1] 64:4
reasoning [1] 337:24
reasons [11] 125:24 139:17 143:1 168:17 194:8 221:11,12 222:3,4 265:15 305:24
rebellion [1] 264:3
recall [34] 30:7 41:24 58:11 77:16 78:4,7 79:23 83:8 97:4 101:24 118:6,22 147:5,20 148:3 151:4 154:9 162:5 165:8,12 169:11,13,15 206:18 207:14 220:17 221:4 229:6 259:11 302:3 303:11 309:21 311:14 332:3
receive [1] 54:2
received [5] 111:20 145:24 146:12 336:20,22
recent [1] 80:2
recently [4] 79:14 80:2 93:15 119:18
recess [7] 51:5 104:19 118:15 171:17 234:18 296:19 345:24
recognition [4] 173:1,8 174:20,24
recognize [5] 207:11 218:10 220:5 244:1 247:21 248:1
recognized [3] 148:11 269:23 344:12
recollection [4] 142:7 170:8 334:4 336:13

Brian Alters 6/2/2005

recollections [1] 50:1
recommend [5] 89:4,6 98:23 122:22 185:21 347:3
recommendation [2] 89:8 92:24
recommendations [8] 40:22 67:22,24 272:21 328:21 329:8,14 330:19
recommended [2] 77:5 78:10
record [12] 6:13,14 7:15 94:5,7 205:19 210:2,21 229:20 233:20 273:21,23
recorded [1] 6:12
refer [7] 99:20 111:2 175:6 274:9 309:18 312:22 343:13
refereed [3] 162:20 163:22 164:20
reference [18] 33:22 81:23 85:10 225:4 245:10 274:14 289:18 301:9,10 306:12 314:13,14 320:6 328:23,24 328:6,14 335:3
referenced [2] 311:7 344:17
references [1] 153:3
referred [7] 122:24 203:12 207:16,23 250:3,7 310:7
referring [3] 179:11 279:15 328:4
refers [2] 310:10 314:5
refining [1] 232:1
reflection [1] 298:15
refuting [2] 110:17,18
regard [22] 26:21 35:22 57:4 72:4 84:12 89:20 93:6 117:20 118:3,19 122:3 123:15 153:20 155:24 167:15 170:18 194:5,24 236:11 296:17 323:5 331:19
regarding [7] 46:7 127:19 143:11 167:13 231:4 236:2 344:4
regardless [1] 219:3
registered [1] 1:21
regular [1] 52:23
reimbursed [1] 74:21
reiteration [1] 289:21
reject [1] 41:8
rejected [5] 107:16 108:4 126:24 130:12 288:20 289:13 290:1,5 344:13
relate [1] 146:21
related [3] 53:4 219:7 341:9
relates [5] 44:18 143:12 178:14 202:20 204:3
relation [5] 67:7,9 68:4 287:12,19
relationship [3] 73:1,6 165:19
release [14] 2:19 4:4 29:20,20 75:8,23 82:23 127:15 152:1 274:10 276:5,19 297:24 307:12
relevant [11] 12:10,12,14 51:20 106:8 127:13 174:4 260:6 293:6 324:8 348:4
relied [1] 44:21
religion [12] 11:18 246:20 247:23 252:24 253:3,4,11,22 260:2,3 344:9 345:11
religion-friendly [1] 225:1
religiosity [1] 120:14
religious [25] 13:10 15:3,16 120:8,24 121:20 125:12 161:21 164:12,15 168:8 218:21 219:3 223:24

224:6 253:19 265:15 266:22 279:1 343:11 345:3 348:22 349:10 350:21 352:19
religious-friendly [1] 225:2
remain [1] 142:22
remaining [1] 151:9
remains [1] 309:22
remember [24] 6:19 7:12 18:14 31:23 32:17 34:14 48:23 57:7,8,11 59:17 75:13 77:14 78:1 80:6 167:10 228:16 244:14 270:6 311:17,19 316:6 342:12 357:16
remind [2] 6:20 243:3
remotely [1] 265:1
removed [1] 60:2
repeat [10] 48:8 61:10 91:3,4 103:10 181:22 189:11,22 221:22 307:20
repeatedly [1] 214:5
rephrase [1] 7:1
report [48] 2:1 31:13 34:7 41:23 42:2 48:5 49:13 50:18 51:12,13 52:2,8,11,19,21 75:12,15,20 76:6 107:12 138:10,14,17 146:1,3 167:21 186:21 268:12 269:1 271:20 273:17 274:4,19 277:19,23 296:21 307:7 313:19 315:1 324:18 326:2 328:18 332:11,23 333:10 346:23 349:14 358:5,7
reported [4] 106:6 111:14 117:2 251:7
reporter [8] 1:22 6:12 91:5 103:11 118:16 201:6 221:23 227:20
reporting [1] 201:7
reports [3] 54:15 112:5,23
represent [2] 86:20 297:22
representative [1] 106:5
reputable [1] 131:10
require [4] 3:15 109:4 283:13 285:9
required [15] 64:1 85:4 141:14 142:13 198:13 258:18,23 284:7,8 327:11 330:14,18,22 339:5 343:19
requirement [1] 269:22
requirements [1] 63:2
requires [10] 3:15 27:3 40:18,21 81:8 144:8 181:5 269:20 329:6,7
requiring [1] 284:14
research [38] 73:19 106:8 117:17 120:16 121:7,12,22 122:3,6,20 143:10 148:2,6 149:14,19,21,22 150:5,14 151:13 152:5 153:8 155:4 165:21 166:24 185:24 200:4,6,12 217:7,23 218:5 230:4 315:16 348:11 350:2,3 355:2
researched [1] 77:5
researcher [1] 123:10
researchers [2] 230:14,21
resource [3] 4:3 255:1 275:24
respect [4] 62:4 265:18 290:8 352:8
respond [2] 307:2 338:23
responding [1] 153:18
response [1] 234:3

responses [1] 6:14
responsibility [3] 54:4 159:17 192:15
responsible [1] 200:17
rest [1] 322:3
restate [2] 50:14 110:11
result [3] 211:1 313:23 314:10
resulted [1] 354:20
results [2] 238:14,21
retract [1] 357:21
reup [1] 333:2
reverse [1] 352:3
revert [2] 316:3,10
review [37] 29:18 33:20 43:13 48:3 49:4 55:14,21 56:14 77:18,21 104:23 120:2 141:15 152:14,17 155:19 158:3,14,18,19 157:6,9,13,18 158:2,5,13 161:17 162:4,9 163:2 164:17 169:8 225:6 259:14 297:9 343:23
reviewed [20] 34:6,8 55:19 78:18,20,24 79:3,14 104:24 124:19 126:11 161:13 162:10,19 225:8 226:13 229:7 234:11 309:10,24
reviewer [1] 56:11
reviewers [1] 158:8
reviewing [3] 77:14 124:20 143:17
reviews [2] 158:16,17
revision [1] 156:13
revisited [2] 165:11 169:4
rewarded [1] 143:16
right-hand [1] 237:1
rigid [1] 73:22
rigorous [1] 157:9
rigorously [1] 23:21
river [1] 356:7
riverside [1] 170:4
road [1] 198:18
robert [3] 149:11 196:23 199:14
role [16] 20:12 53:24 54:2,3,7,10,18 56:10 58:17 60:10 110:23 136:20 236:10,14,15,16
room [4] 43:22 44:2 194:16 327:18
rotate [1] 180:15
rothschild [1] 30:17
rothschilde@pepperlaw.com [1] 2:3
rough [3] 11:20 105:11 196:18
roughly [1] 259:19
rule [9] 63:23 69:7 221:14 222:8 235:22 251:15 302:12 323:15,16
rules [8] 69:3 87:22 217:3 252:19 265:9 295:15 323:11 341:16
run [3] 96:4 115:10 269:16,18
running [1] 261:23
runs [2] 333:1

S

sabbatical [3] 10:24 11:5,7
sacred [1] 223:20
sadler [1] 149:1
same [26] 5:23 64:11 144:18 145:8 156:15,15 161:22 168:4 179:2 188:7,8,11 211:20 212:7 235:16

251:2 265:11 275:7 289:21 309:22 314:22 331:14 334:8 350:12,13
sandra [1] 160:16
sat [3] 42:24 118:5,21
satisfy [1] 190:11
saw [4] 4:12 241:22 262:24 316:23
saying [24] 32:16 46:12 47:2 107:2 113:5 136:9 153:15 177:11 181:19 183:9 189:10 215:2 225:19 232:3 240:15 247:5 251:18 254:15 265:21 315:2 324:4,19 340:11 341:5
says [48] 15:14 19:6 47:23 48:14,21 76:14 109:10,24 127:1 128:21 129:2,12 134:10 135:4 136:1 141:5 212:24 230:21 232:22 233:10 237:4 238:1 239:5,8 242:20 244:10 247:7 265:5,12 269:7 275:9 278:19,22 279:19 285:8 292:1 298:8 299:15 301:15 304:2 308:14 309:2 312:9 313:22 334:11 339:11 343:16 355:2
scale [1] 126:1
scales [1] 94:14
scenario [1] 311:18
scene [1] 265:3
scheffler [1] 148:24
scholar [1] 170:20
scholarly [1] 149:23
scholarship [2] 9:13 73:19
school [221] 3:14 4:5 5:6 10:6,6 12:16 17:18,21 21:17 27:2,4 31:18 33:18 36:10,23 38:4,4,14 39:9,11,15 42:20 44:18 45:9 48:13 62:5,6,19,23 64:1 66:9 67:3,8,13,20 68:9,16 69:9,13,17 70:1,1,1,2,6,6,15 72:15 76:24 77:8,11 78:11 80:15 82:6,20 84:2,6,23 85:8,22 88:4,7,12,14 87:12 88:1,5,9,16,18,20 89:10 90:10 91:10 92:6,10 94:18 95:20 97:2 100:20,22 101:1,7 108:1,7,7 123:13 131:17,18,22,24 140:14,15,17 141:5,13 143:8 145:13,14 147:14,18 151:15 155:15 159:3,14,20 160:4 162:15 163:7,23 167:14 173:4 175:16 176:13,18,20,22 177:2,16,19 178:3,5,21 179:1 185:6,11,16 186:24 187:5 191:7,10 192:18 193:8 194:18 195:2 198:13 208:20,21 209:1,5 210:20 212:19 213:12 214:15 226:11,14 227:5,5 234:5 236:1,6 239:21 240:10,13 249:3,10 251:1 252:23 253:1,11,18,20 254:6,7 257:19,20 258:7,10,14,17 259:15 265:17 266:17 267:1,10 268:9 271:6,10 272:1 274:3 276:10 277:2 278:1,16 282:11 283:5 290:20 292:8 293:18 297:15 299:7 300:13,19 302:15,21 303:5 308:1 311:22 312:1 318:20 322:10 323:22 326:9 330:10,23,24 334:16,20 337:18 338:9,11,16 339:24 340:2,4 345:8 347:21 349:2,10 350:5 352:10

Sheet 15                                                                                                                recollections - school

Brian Alters 6/2/2005

school's [1] 68:5
schools [22] 59:20,23 67:15,16 70:
3 92:20 122:8 143:4,13 219:12
235:18 237:16,19 257:5 258:16
263:11 347:8 348:14,22,24 350:
21 352:19
science [408] 2:23 9:7,9,15,17,20
10:18 11:3,15 13:9 14:19 16:4 17:
6 18:8 19:6,23 20:7,11,15 21:16
22:20,21,24 23:14 24:23,24 25:20
27:8 31:6 32:8,9 38:10,11,11 40:
21,23 41:10,11 43:18 44:16 45:5
53:16 54:16 57:13 58:8,15 59:15,
20 66:10,13,23 67:18,19 68:1,23
71:3,11,17,22,24 72:17 74:4
75:18 77:4,6 87:5,11 88:3 89:12
90:5,13 91:12,16 92:1,5,11,14,18
93:1 94:17,23 95:2,4,8,9 96:9,17,
23 98:18 101:12 102:21 103:4,18
104:2,4 106:6,7,21 107:9 108:2
116:6,17,19 121:1 122:7,13 126:
19,24 131:2,5,19 134:14 138:22
139:1 147:19,23,23,24 150:19
154:13 155:15 156:1 157:15 162:
18 164:13,16,18 165:5,9 167:15,
22 169:2 172:2 173:4,14 175:1,8,
11,14,15,24 176:2,4,13,15,16,20,
22 177:2,9,15,17,20 178:5,6,13,14,
20 179:1 183:3 184:4 185:6,11,15
186:7,23 187:4,8,11,17,21,24 188:
2 189:4 190:13 191:8,10 192:6,17,
18 193:8,13,15 194:14,15,16,24
196:5,8,11,19,24 197:7,12,16 198:
22,23 199:3,8,17,19,23 200:1,3,6,
16,17,19 201:1,18 202:19 203:1
208:19 210:19 213:12 214:15 215:
1,7,11,19,21,23 217:1,2,3,10,11,
19 218:11,12 219:8,12,21,22,23
220:7,9,12 223:14 226:9,10,13,18
227:5 231:19,24 233:3,6 234:7,24
235:6 241:20 244:20,23 249:20,
22 251:8,19,14 252:10,19,20,22
255:11,13,14 257:3,5 258:8 263:
10 264:18 265:4,8 266:17,23 267:
2 268:8 269:5,11,14,16,17 272:12
274:15 279:18,23 281:9,16 284:
20 286:20 288:9 289:2,3,6,7,9,11,
13,14 290:1,3,3,4 291:1,1,6,10
294:14,18 295:7,9,10,11,14,22
296:2,7,23 297:7 300:1,7 301:20,
24 302:13 303:1,3 305:3,20,21,23
307:1 309:7 311:16,21 312:1,21
314:2,7,13 315:7 316:15 317:9
318:5 319:19 320:22 321:19 322:
15,17 323:12,18,20,21 324:5,14,
16,24 325:8,12 327:5 329:7 330:4,
7,8,16 331:12 332:12,19 334:10
335:18 336:5 337:20 339:1,4,5,22,
24 340:1,4,8,12,23 341:9,16,17
342:6,9 344:9,10,12,13 345:6 346:
5,10,12,14,21,24 347:4,24 348:13,
15 349:21 351:3 352:18 354:5
355:8,20
science-teaching [1] 152:7
sciences [7] 86:21 223:12 230:3
241:8 286:19 321:3 325:19
sciences.' [1] 230:7
scientific [201] 20:17,18 21:3,5,13,
15 22:9,10,11,12,17,23 23:4,9,10,
19 24:12,18 25:7,18,23,24 26:2,3,
13,16,17 33:15 36:2,15,18 40:19
45:2,3,12 46:2 47:10,12 67:23 85:
21 89:15 90:6 95:1 96:8 105:12,
15,18 106:8,24 107:4,11,15 108:3,
4 110:22 111:15,19 112:5,18,23
114:12,23 117:2 123:17 126:24
127:9,13 130:9,12,21,24 131:1,10
156:22 168:17 173:22,24 174:12
186:2 187:14 188:6,10,12,17 189:
8,9,14 192:13 193:11 194:17 195:
3,7,16,19 196:4,15 198:1,3,4,7,24
199:1 200:8,9,12,20 201:9,19,22
202:10 206:2 208:11,15 213:16,
17 214:10,21 215:21,24 216:7,17,
19 219:1,4 220:1 221:8,9 222:1,
13,15 229:21 230:10 232:12 238:
5,10,23 239:2,6 254:22 255:10,21
265:7 272:8,17 273:15 276:21
279:5,20 281:15 283:4 285:1 288:
4,21 290:2 296:24 297:19 299:5
302:1 304:10 305:24 307:17 308:
2,18 311:11 313:3,11 314:1 316:
23 318:2,15 323:7,10,23,24 324:4,
8,20 325:2 326:5 330:4 331:12
335:23 336:10,21,23 337:7 344:5
345:4 346:20 347:2,6,17 348:8
349:11 350:24 353:4,5 355:15,17,
21,22
scientifically [5] 22:5 302:5,7 326:
14 352:4
scientist [12] 35:2 107:9,22 112:
22 117:16 173:23 174:5 176:9
186:15,18,19 336:2
scientists [28] 20:21 97:2 105:19
106:3,11,13,14,19 107:7,14,17
127:7 186:21 187:6 200:4 203:13
213:17 220:10 233:23 243:1 263:
18 271:13 281:23 302:6 316:19
351:11 355:3 356:9
scott [5] 30:16 31:3,4 43:15 52:15
scripture [1] 223:20
scrutiny [1] 156:15
search [1] 295:1
second [15] 76:10 79:9,9 80:5,11
94:2 98:9 111:16 239:8 246:21
269:3 296:22 308:5 312:7 313:20
secondary [5] 10:9 41:2 273:10
300:3 337:20
secret [1] 291:6
secretive [1] 338:22
section [18] 29:23 77:23 78:2,4 79:
19,20 104:24 105:7,22 124:21,24
126:14 164:20 229:7,14,15 241:
11 271:19
sections [12] 29:21,22 79:12,13
93:8,15,17 104:22 124:19 158:13
225:7,9
secular [7] 41:4 138:23 340:13,19
348:6,10 351:6
see [50] 17:11,24 18:2 28:6,7 41:
22,23 47:24 55:24 56:2 60:2 65:
10 72:20 76:13 86:18 126:11 147:
11 179:10 190:2 198:1 199:4,20
200:20 201:10 204:2 207:16 208:
17 221:16 222:6 226:7 230:14
232:9 254:19 259:7,9 266:7,9 275:
3 279:6 299:14,15 304:13 321:12
322:20,24 323:19 338:17,20 344:
24 350:14
seek [1] 279:24
seem [1] 286:9
seems [1] 259:16
seen [10] 43:7 94:18,19 172:4 206:
16,19 207:13 208:5 251:21 302:1
selection [3] 114:7 213:24 337:14
selective [2] 210:24 211:3
semester [2] 10:24 11:1
send [1] 350:12
sends [1] 55:12
sense [3] 125:9 210:11,14
sensitive [1] 267:11
sensitivity [2] 266:20 268:8
sent [8] 29:9 86:11 147:12 152:16
158:10 159:7 162:3,9
sentence [24] 105:12 124:24 125:
1 126:15 134:18 135:24 199:11
221:20 225:13,24 239:24 250:3
254:11,18 255:7 279:10,16 281:1
283:24 287:7 288:8 289:15,22
290:19 291:24 292:7,12,19 300:2,
4 308:6 312:9
sentences [3] 275:7 277:11 287:
23
separate [3] 182:24 183:4,6
separately [2] 105:22 145:24
separation [1] 153:13
series [2] 28:24 202:9
seriously [4] 53:2 206:8 234:1
347:1
service [5] 9:10 73:21,24 74:2,6
session [2] 183:24 270:20
set [5] 41:19 61:24 125:14 236:7
237:10 242:7
sets [1] 37:24
setting [3] 40:12 183:14 354:23
seven [3] 4:14 228:18 229:3
shakes [1] 6:15
shaking [1] 304:19
shall [3] 40:17 237:16,19
shelf [1] 98:8
shift [1] 351:16
shocked [1] 315:9
short [9] 18:21 19:15,22 154:10
316:2,7 319:4 345:21
shortly [1] 230:14
shoulder [2] 140:10,14
shouldn't [1] 348:12
show [12] 46:16 48:24 51:9 75:6
84:16 93:20 105:10 145:23 192:
10 218:8 227:18 234:22
showed [1] 310:1
shown [3] 101:21 346:18 353:9
side [11] 149:2,3,4,5,6 151:22 264:
10 332:18 356:1,6,6
sides [2] 194:19,22
signals [1] 285:3
signature [1] 358:14
significant [2] 341:22 350:16
significantly [1] 173:24
significantly-funded [1] 269:10
similar [7] 211:2,3,19 212:1,3,8
330:6
similarities [1] 241:22
similarity [2] 211:11 259:7
simple [3] 182:18 184:8 283:2
simply [10] 46:11 60:8 63:10 71:21
181:6 183:9 205:23 281:17 320:
18 354:17
since [15] 56:24 58:18 79:11 93:12
147:12 195:22 221:12 222:4 252:
20 266:2 284:21 286:7 298:16
306:24 336:2
sincerity [3] 264:8,9,16
single [1] 317:16
singled [9] 128:17 239:23 286:13
290:11 292:20 300:8 312:19 317:
5,13
singles [1] 313:13
singling [4] 284:12 286:3,5 318:
21
sir [1] 5:12
six [7] 4:13 22:13 154:3 228:18
229:3 270:7 344:24
size [1] 186:7
skills [5] 28:8 237:9,22 241:15 242:
6
skimmed [1] 234:14
sky [1] 46:12
sleep [1] 294:1
slide [3] 179:22 180:17,19
sloppy [1] 293:21
slow [1] 262:1
small [3] 29:23 153:23 164:24
smaller [2] 155:9 160:5
so-called [6] 126:22 183:21 289:
24 300:5 318:15 344:7
social [2] 28:7,8
societies [1] 206:7
society [2] 270:8 333:23
solely [1] 79:16
solidify [1] 97:14
solve [1] 354:13
solving [1] 172:22
somebody [7] 144:16 169:10 243:
20,24 248:24 318:12 319:17
somehow [8] 22:4,8 32:8 121:19
125:18 128:22,23 318:3
someone [7] 4:10 28:12 134:2
184:24 232:22 233:10 282:6
something's [1] 29:4
sometimes [7] 15:20 74:12 123:
21 139:9 152:10 156:9 158:15
160:1 173:18 186:4 211:8 295:18
324:11
somewhat [5] 14:14 38:1 211:19
212:3,8 256:22
somewhere [9] 77:17 155:17 219:
17,20 249:10 307:12 321:11 338:
16 345:18
sophisticated [2] 139:13 159:11

Brian Alters 6/2/2005

sorry [29] 32:3 48:9 57:9 82:14 103:8 108:23 109:1 113:2 114:19 115:14 121:10 122:1 130:1 132: 22 147:9 151:8 157:20 167:5 169: 24 176:23 221:22 229:2 277:10 282:22 298:21 317:11 319:6,12 336:6
sort [10] 23:15 36:7 39:9 125:2 153:13 220:6 269:16 284:6 286:7 350:3
sorts [4] 106:19 267:7 348:10 352: 10
sound [1] 18:12
sounds [2] 231:22 327:23
source [6] 122:22 146:13,15 201:8 234:9
sources [2] 153:4 348:10
south [1] 149:8
speaking [6] 30:10 41:4 43:14 74: 8,10 202:18
special [10] 243:23 244:2 285:7,8 318:11 320:21,22,22 321:7,10
specialists [1] 67:19
species [4] 230:16,17,23,24
specific [3] 40:2 155:22 217:21
specifically [7] 3:24 40:9 41:4 68: 12 108:12 163:23 187:7
speculation [1] 101:15
speculations [1] 126:2
speech [1] 90:20
speeches [1] 259:23
spell [1] 57:19
spelled [2] 149:10 245:21
spend [4] 50:9,12 264:5 294:2
spent [2] 49:9 266:18
sphere [1] 192:21
spheres [1] 188:7
spoke [1] 75:14
spoken [7] 15:8 42:15,18 84:20 97: 3 296:10 351:2
square [1] 1:18
stand [1] 171:8
standard [5] 38:22 65:8 211:6 235: 18 263:3
standardized [7] 65:1,3,6 81:10 106:24 283:15 298:16
standards [48] 2:23 18:7 30:2 38: 5,8,9,16 39:4,17 61:23 62:4 64:3 67:10,21,22 68:19 69:22 70:18 81: 4,8 95:23 108:10,16 109:4 131:19 156:1 234:23 235:6,10,14 236:3,7, 12,21 240:15 241:7,24 258:20,24 259:2,4,17 283:12,20,22 284:9 319:8,10
standards-based [5] 82:12,14 109:22 292:16 293:3
standards-driven [4] 82:9 109: 19 292:13,24
stands [1] 329:21
start [9] 15:16 242:4 248:16 294:9 301:3 341:5 347:6,9
started [3] 154:2,6 161:17
starting [3] 81:3 105:1 154:1
starts [3] 241:6 275:1 339:8
state [45] 3:6 7:14 36:7,15,22 39:4, 9,16,18,19 53:13 61:24 63:1 64:2 67:10,21 68:18 70:16 95:8,23 96: 8 108:15,16 112:15 113:9 138:20 200:10 211:15,20 235:14 236:8, 20 240:1,22 258:23 259:2,4,17 262:7 277:23 303:19 313:11,19 324:14 348:9
state's [1] 65:8
stated [11] 126:13 131:4 256:20 271:18 284:6 288:14 289:10 295: 15 300:15 308:3 357:17
statement [12] 3:16,21 22:18 34: 2 43:5 47:17,22 48:1,7,12,19,21 49:1,17 50:18 51:1 76:23 80:14, 21 81:2 82:17,19 83:5,13,18,24 84:5,11,13,17,24 108:21 109:2,9, 18 110:2 127:19 128:2,2,6,20 129: 2,20 132:7,10,19 135:4,20 136:12 137:4 138:1 141:24 144:13,17,19 145:6,8 165:22 168:9 238:17 239: 1 242:3,12 243:9,11,14 244:3 245: 4,7 246:5 247:6,19 248:21 249:16, 21 253:9,15 254:5 256:4 257:18 274:7 275:12,15,15 276:4,24 278: 18 280:11 281:11 282:2,9,24 283: 3 284:12,24 287:14,17 294:9,10 298:11 301:2 303:20 308:11 313: 7,12 314:20,23 318:11 319:18 320:4,8 322:6 325:8,20 326:1 329: 23 331:8 336:1,3 338:2 343:7
statements [4] 137:20 259:21 324: 5 343:9
states [42] 1:1 9:18,21 10:2,13 16: 19,22 17:3 19:24 40:20,24 45:3 62:1 66:24 69:2,12 94:9 105:8 125:1,19 126:15 130:13 131:3,12 132:16 137:7 139:2 149:16 165:3 225:14 235:16 239:24 242:11 255: 7,18 258:14 269:4 292:12 313:3 329:17,24 343:8
states' [1] 21:8
stating [8] 4:15 214:20 215:20 225: 21 250:10 254:3 340:7 352:14
statistically [1] 350:15
statistics [1] 148:1
status [4] 148:11 196:13 239:9,16
staying [1] 69:7
stealth [1] 165:3
stephen [1] 146:23
steps [2] 68:11 174:18
stick [1] 66:12
still [33] 11:21 96:24 110:7 111:20 113:14 114:17 117:11 124:20 139: 7 144:23 150:24 151:1 164:19 167:2,3 183:12,15,21 198:5 199: 20 203:13 208:3 217:17 230:15, 22 231:9,17 263:15 265:13 314: 20 316:22 348:2,12
story [1] 137:16
straight [1] 290:23
strange [3] 294:12 321:17 353:3
stranger [2] 249:6 321:8
street [1] 2:8
streets [3] 1:19 2:4 202:5
strengths [2] 36:1 37:7 210:17

229:15
strong [3] 213:23 214:1,3
strongly [1] 266:21
structural [1] 211:10
structure [1] 350:2
structures [2] 211:2,14
student [117] 19:11,13 20:2 21:16 64:21,23 83:5,15 86:16,19,23 87: 2,12 88:4,7,12,16,22 89:4,6,8 90: 11 91:10,14 92:8,12 95:20 96:2,5 97:11,14,15 98:4,6,9 99:14 100:8 106:22 136:23 137:22 139:10 140: 10 143:20 144:1,2,10,12,21,23 145:6,7,15,21 159:17 165:5,6 167: 19 168:20 173:21 174:3,18 179: 18 180:1,3,10,13 181:1,7,13,24 182:2,5,6,12,12,15,18,19 192:5,7, 11,17,19 193:3,10,15,18 194:19 195:21 237:20 242:22 245:1 246: 22 247:1 249:23 250:23 255:24 272:5 273:15 278:2 283:4,11 304: 14 305:9 306:4,22 307:5 313:14 316:14 320:7,13 339:6 340:6 341: 21 349:22 353:2 356:2
student's [6] 96:1 97:13 98:3,11 138:8 321:22
students [26] 3:22 4:21 9:8,9 10: 10 11:4 15:16 18:9 19:7 20:10 31: 19 36:6 37:7,19 41:1 42:19 43:5,8 47:22 48:13 49:18 50:19 63:17 84: 5,14 67:5 70:3 71:22 72:3 76:15, 23 80:15 81:8,24 82:4,7,11,20 83: 6,10 84:10,17,21 85:14 92:4,16 96:11 97:7 102:18 103:17 104:12 105:6,10 108:22 109:3,5,9,18,21 117:24 119:6,13 120:7,18,19,21 121:4,16 122:12 123:20 125:1,7, 11 126:5,22 128:11 129:2 130:16 132:8,11,20 133:10 134:21 135: 12,22 136:6 137:12 140:4 141:9, 14,24 142:10,12,15,21,23 143:12, 18 146:20 152:13 164:9 165:20 167:15 168:12 173:15 178:4,7,10 179:8,12 181:10 185:16 187:1 191:7,9 193:10,24 194:2,5 195:10 201:16 202:15 208:23 210:19 212: 11,16 215:18 224:22 234:8 237:8 238:17 240:8 241:14,19 242:5,13, 15 243:15,18 244:8,14 245:11 246:6,13,21,22 247:10,13 248:3, 12,17 249:13 254:5 257:18 263: 12,23 266:20 267:5,12 272:13 273:7 274:13 275:2,16 276:21 277:1 278:5,11 279:5,21 280:15 281:4 283:13 284:12,14 285:2,9 287:15,16 289:17 290:4,8,12,21 291:1,12 292:10,15 293:2 294:6 295:13 296:10,15 297:5,10,19 299:6,12,14,17,23 300:4,13,20,24 301:12 302:23 303:16,20 304:5 305:12,19,22 306:11 313:23,24 314:10 315:2,9,12 316:3,9 317:22 318:1,8,14,22 320:4,10 321:5,8,9, 16 322:10,15,17,20 325:9 327:1,6 328:2,7,13 329:6,17 335:2,14 337:

21,24 339:7 342:7,11 343:22 344: 6 347:10 349:8,15 350:5,20 351: 13 352:17 355:18 357:4
students' [10] 13:10 104:8 122:16, 17 123:21,22 138:2 164:11,14 177:21
studied [5] 104:8 117:23 119:6,10 123:7 126:18
studies [13] 16:2 84:15 101:21 104:7,11 119:12,16,19,20 126:9 146:22 150:8 155:18
study [10] 16:5 121:8 146:19 161:3 270:8 333:23 334:14,17,21 335:8
studying [3] 123:7 192:6 233:8
stuff [3] 246:24 260:5 327:22
sub-categories [1] 273:12
subatomic [2] 239:12 240:4
subdiscipline [1] 174:10
subject [11] 13:20 60:13 62:22 119:24 138:9 194:6,9 249:5 267: 16 268:6 291:2
subjected [3] 157:18 158:1 163:2
subjects [1] 267:17
submissions [1] 157:3
submitted [1] 157:3
subparagraph [1] 242:8
substantive [1] 34:14
subtheories [1] 203:18
sudden [3] 267:15 351:21 356:12
sufficient [1] 175:24
suggest [1] 199:21
suggested [1] 142:10
suggestion [1] 328:10
suggestions [3] 235:17 268:19 327:6
suggestive [1] 87:21
suggests [2] 225:14 226:2
summarize [2] 31:14 40:7
summarized [1] 31:9
summary [3] 9:5 39:24 310:13
summation [1] 13:24
summer [1] 293:24
sun [1] 304:16
super [2] 252:7 296:5
superintendent [8] 3:19,20 4:11 83:10 142:3 244:2 277:20 319:22 327:17
supernatural [35] 17:24 218:16 218:10 219:20,24 221:17 222:9, 19,24 223:8 224:19,21 225:5,20, 23 227:14 242:16 244:17 245:2 246:9 247:7,11 249:24 250:11,16 251:19,23 252:16 263:13 295:24 296:5 330:2 340:24 341:6 351:5
supervised [1] 269:11
supervising [1] 269:8
supplementing [1] 52:2
supplied [1] 114:22
support [12] 107:7 111:7,13 112:2 114:10 127:10 154:19 204:6,14 237:20 334:12 346:4
supported [2] 115:4 326:7
supporting [2] 116:20 127:12
suppose [2] 173:12 174:22
supposed [11] 50:3 68:17 69:20

Brian Alters 6/2/2005

| | | | |
|---|---|---|---|
| 70:15 87:20 128:7 278:5,8 307:4 339:15,17<br>**supreme** [4] 251:11 345:18 356:14,21<br>**surprised** [3] 125:4,21 242:22<br>**surrounding** [1] 271:10<br>**susceptible** [1] 101:18<br>**suspect** [1] 319:19<br>**switch** [1] 91:22<br>**sworn** [1] 3:2<br>**symposium** [1] 270:14<br>**synonymous** [2] 113:8 256:22<br>**synopsis** [1] 19:16<br>**synthesis** [1] 207:21<br>**systems** [1] 165:4<br>────── T ──────<br>**talked** [4] 124:12 205:1 357:5,5<br>**talks** [4] 9:11 15:13 78:14 311:2<br>**tammy** [1] 1:6<br>**tanks** [1] 153:11<br>**tastes** [3] 24:9 202:7<br>**taught** [54] 9:19 10:8 11:1 17:11, 18,20,23 18:3,11 27:8,13,15,21,23 28:4 45:18,20 66:18 70:18 72:9 76:20 95:22,23 96:5 98:4 139:14 140:22 143:24 144:14 147:6,13 185:16 193:16 194:17,18 208:24 209:4,18 210:19 213:15 214:18 241:19 258:7,11,15 266:16 275:19 295:18 297:11 304:1,14 307:14 324:10 326:12 348:5,12,22 351:20 352:21,24 353:8<br>**teach** [81] 9:6,7,7,14,15,16,17,20, 24 10:11,12,17 14:18 15:11,22,23 16:10 18:9 19:5 32:22 33:7 37:18 38:20 62:24 69:5,7,10,20 70:13, 21 71:2,3,8 72:13,14,18 96:10 108:1 121:15 122:8 140:9,24 141: 8 147:18,18,19 150:2 154:16 160: 13 161:7 176:17 179:9 181:13,18, 19,24 182:12 184:24 185:10,12,24 192:17 196:10 199:9 212:11,16 213:14 237:17,19 257:23 278:23 295:13 316:1 338:24 343:11 347: 3 348:15 349:3,6 352:7,9<br>**teacher** [113] 9:17 15:5,14,17 17:2 22:20 28:3,8,9,10,23 33:24 39:1 60:11,15,16,19,21,23 61:3,6,12,14 62:15,24 63:3,4,9,15,18,22,23 64: 3,13,18,20 65:11,12,18 66:5,7,10, 11,11 67:2 68:7 74:24 99:20 125: 20 136:1,12,19 139:6,21 140:11 141:2,6,7 144:9,19 145:5,13 178: 2 179:14,17 180:4,8,11,15,23 181: 6,14 182:1 185:7,12 186:23 192: 10,16,24 193:1,9,17,17,23 194:2 195:22,23 196:2 198:13 199:7,22 200:17 201:1 211:5 236:11,17 244:6 249:14 255:18 278:22 294: 16 306:17 307:1,4 327:10,16 329: 10,15 330:16,20 338:24 342:15,16<br>**teacher's** [5] 20:12 63:5,7,12 67:4<br>**teachers** [130] 3:15,17 4:14 9:6,14, 19,24 10:4,12,17 14:16,17,19 15:6, | 6,18 16:3,5,8,21 17:8 21:11 38:6, 20 40:16,18,21 41:11 42:16 60:8 62:12 64:11 67:19 69:5,9,13 70: 14,17,21 71:1 72:13 77:4 79:22 96:18,19 105:2,4,5,10 120:20 122: 7,9,15,18,19,22 124:13,21 134:23 138:24 140:2,18 142:4 147:19 150:1 153:1 154:15 164:8 166:1 195:11,14 197:23 198:8 200:3 212:20 213:2,4 244:23 249:15,20 251:8 256:5 266:20 267:10 268:3 269:18 271:7,10 272:20,22 277: 21,24 278:4,12,19 291:7,11 299:9, 10,10,15 300:12,19 306:14,18 307: 9 315:7 316:1 319:21 321:18 322: 18,24 327:7 328:19 329:8,23 330: 9,12,14,22 331:4,10 332:13,18,19 334:10,12 338:22 342:12 351:20<br>**teachers'** [3] 83:9,20 273:1<br>**teaches** [3] 60:19 62:15 63:24<br>**teaching** [176] 9:23 10:5,16,17 12: 11,13 15:2,7,10,21 19:4 27:3,12, 24 28:6,13,17,24 33:14,19 35:23, 24 37:14 38:19 45:5,7,10 59:19, 22 60:6,9 61:14 63:19 64:4,8 65: 22,24 66:16 69:4 71:1,10,11,13,20 72:6,9 73:20 102:12 108:6 121:1, 17,18 131:17,23 132:3,11,13 133: 16 134:21 135:2,7,10,19,21 136:3, 9,10,11,15,17,18,20,21 137:3,24 138:12,15 139:7 140:7,8,20 142: 17 144:5,6,7,13 145:1,3,7,9 147: 21 149:17 150:6,9,16,19 151:14 152:22,22,23 153:20 154:23 156: 1 160:9 161:11,19 162:17 163:17 164:13,16 165:1,23 166:1,13,15, 17,18 167:7,8 175:20,22 177:2 179:3,4,7,11,15,19,20,22 180:6 181:8 182:6,9,22 183:16,19 184:2, 3,11 185:8,13 193:2,7 194:14 196: 1,4 197:10,11 208:21 214:14 236: 12 252:24 253:11 254:6 257:19, 21,24 258:1 267:13,14 269:8,12 270:23 271:12 273:7 279:7 284:7 327:4 336:4 339:23 341:19 345:2, 3,11 347:7<br>**technological** [2] 238:7 239:7<br>**technology** [3] 131:20 234:24 235: 6<br>**tectonic** [1] 309:9<br>**tectonics** [2] 304:18 309:8<br>**television** [2] 24:11 74:12<br>**tells** [5] 249:9 276:23 315:18 324:8 327:10<br>**tempo** [1] 212:15<br>**ten** [9] 52:20 53:22 79:10,18 93:11 104:17 228:15 309:21 350:5<br>**tend** [1] 120:10<br>**tends** [1] 159:20<br>**tentative** [3] 24:6 25:20 216:2<br>**tentatively** [1] 12:18<br>**term** [11] 17:15 24:3 25:5 70:11 148:10 191:12,15,16 248:2 316:2, 7<br>**terminology** [1] 19:2 | **terms** [2] 65:17 309:4<br>**terrible** [1] 267:8<br>**test** [4] 81:11 232:13 272:9 283:18<br>**testable** [1] 187:23<br>**tested** [9] 23:21 81:13 202:12 271: 21 272:7 285:24 286:9,15 312:11<br>**testified** [2] 3:3 49:24<br>**testify** [1] 18:17<br>**testifying** [3] 5:24 18:6 358:8<br>**testimony** [1] 359:5<br>**testing** [4] 206:8,9,11 272:8<br>**texas** [1] 358:7<br>**text** [11] 126:3 159:7,22 229:14,15 250:6,12 274:21 309:22 343:19, 24<br>**textbook** [30] 77:6 78:7,11 85:5 127:5 158:20,23 159:2,3,13,14,16, 22 160:12,12,14 161:7 213:1 228: 13 229:12 230:21 234:7 244:10 280:1 300:16 309:11 310:13 312: 24 340:3 344:19<br>**textbooks** [14] 45:8,9,22 84:1 94: 19,20 96:23,24 152:14 160:1 219: 21 323:22,22 326:11<br>**themselves** [7] 144:22 201:2,4,12 271:14 323:1 351:10<br>**theological** [4] 134:12 218:20 219: 10,13<br>**theology** [1] 165:2<br>**theoretical** [5] 112:20 117:11 189: 2 203:10 308:24<br>**theories** [83] 23:6,19 24:10 25:22 26:20 36:2 47:1,4 71:14,20,20,23 75:17 90:1,3,6 115:19 128:19 129: 5,8,9,14 130:6,16,21,23 150:5,9 175:5,10 188:15 191:1,6 193:7 194:18 195:4,7,13,16 202:8 203: 17 213:16 215:24 238:10,13,20 239:10,16 241:1 286:3 290:16 299:19 300:6,21 303:22 317:6,21 318:7,10,16,21,24 319:5<br>**theories'** [1] 216:6<br>**theory** [256] 19:4,4 22:4,8,9,11 23: 4,4,9,13,16,22 24:4,5,8 26:3,11,17 33:5 35:8 46:1,20,23 66:21,23 71: 16 76:16 81:9,12,12,14,15,17 82:4 86:5 95:24 101:2,4 109:5 110:5, 14 111:8,9,22,23 112:8 113:6,19 114:1,9,9,11,12,16,23,23 115:1,17, 19 116:16 117:5,6 128:15,18,23 129:4,13 130:5,9 150:19,20 151:2 158:22 159:5,6,8,13,17 190:5,9,13 191:4 192:6,8,11,12,18 193:11,16, 19,20 194:20,22,24 195:18,19 196: 3,4,8,10,21,22 197:4,14,15 198:15, 16,17 199:12 201:18,19,23,23 202: 3,4,4,5,7,10,17,24 203:2,4,5,9,21, 24 204:7 205:3,3,21,23 207:9 208: 15,16 210:18 213:11,17 214:15,17, 21 215:4,17 216:8,20,22,24 223: 22 224:11 229:17 230:2,6,11,11 231:1,7,14 232:7,17,23 233:11 239:11,11,13,17,18,23 240:2,3,5, 12 242:18 243:16 244:11 250:24 266:15 275:17 279:18 283:14 284: | 18 285:10,12,16,16,18,22,24 286: 5,6,12,13,17,22,22,23 287:2,8,22 288:3,5 290:8,14 291:20 293:7 299:18,24 300:14 303:22 308:6, 14,22 309:2,6,9 310:8,14,18,19,23 311:11,21 312:10,10,12,17 313:4, 4,8,9,11 316:20 317:4,18,20,24 318:19 320:14 325:1 327:19 330: 5,6 331:13 336:19 337:5,7,9 338: 12 339:9,12,16,18 344:15 347:17 353:15,22,23<br>**there's** [50] 18:3 30:6 33:14 44:2 45:17 48:14 79:19 89:1 110:16 112:1,14,16,20 116:1,2,14 117:7,8 137:22 153:23 207:5 211:4,18 216:14 232:23 233:11 240:17 248: 8 252:13 255:4 260:17 262:6,8 279:7 284:15 285:11,17 290:10 292:6 310:19 321:10 327:22 334: 4 338:12 346:22 347:4 348:9,16 350:15 355:24<br>**therefore** [4] 98:21 128:21 134:14 138:7<br>**thereupon** [2] 171:16 358:15<br>**thesis** [1] 12:3<br>**thick** [1] 212:20<br>**thinking** [24] 36:9 37:20 172:3,5 173:7 174:19,23 175:4,6 177:22 178:21 185:23 186:1,9,10,13 201: 4,5,11,13 214:1 230:13 313:6 351: 18<br>**thinks** [2] 192:20 281:18<br>**third** [8] 76:9 132:22 161:19 229: 10 237:3 241:10 245:6 254:11<br>**though** [12] 38:14 95:17 142:23 173:19 255:5 259:15 264:17 282: 20 308:22 326:13 337:5 347:20<br>**thoughts** [1] 47:19<br>**thousand** [4] 21:22 60:5 106:17 126:5<br>**thousands** [2] 15:8 185:19 246:13<br>**three** [5] 31:10 49:23 168:23 287: 22 293:22 332:8<br>**throughout** [3] 213:7 214:6 283: 23<br>**tie** [3] 282:17,22 356:24<br>**tissue** [2] 211:21 212:7<br>**title** [3] 11:20 118:7,23<br>**titled** [3] 79:21 105:1 165:23<br>**today** [17] 3:9 5:11,22 8:6 14:15 62:18 123:1 136:2 188:12 207:7 230:1 273:18 274:5,20 317:3 357: 13 358:3<br>**together** [6] 12:2 146:13 214:6,13 320:12 331:11<br>**took** [3] 31:12 53:1 155:17<br>**tool** [2] 196:1,4 320:6<br>**top** [6] 237:15 279:13 280:11 281: 11 282:2 310:14<br>**topic** [1] 342:12<br>**total** [2] 240:2 335:7<br>**touch** [1] 164:2<br>**touched** [2] 134:1 166:20<br>**touches** [2] 163:10 165:23<br>**tough** [2] 179:21 261:14 |

Brian Alters 6/2/2005

towards [9] 12:20 76:9 162:14 205:10,11 207:22 267:11 288:7 324:20
tracks [2] 356:5,6
tradition [3] 224:7,8 261:5
train [1] 187:5
trained [1] 138:23
training [3] 41:9 155:13,22
trajectory [1] 267:21
transcript [2] 332:6 359:4
treatment [1] 321:7
tree [1] 209:9
trial [1] 220:22
tried [2] 185:3 217:16
trigger [1] 149:12
true [7] 51:14 59:13 215:8 248:22 252:17 310:9 359:8
truly [2] 218:20 347:1
truth [3] 6:5 215:5,7
truthfully [1] 8:6
try [9] 8:19,24 9:4 25:16 31:17 38:2 107:8 270:17 295:13
trying [13] 13:3 37:13 99:4 114:17 115:14 116:6 136:22,23 164:3 217:7,17 233:7,9
tumble [1] 105:11
turn [5] 44:22 109:16 169:19 229:9 236:22 241:5
turtle [1] 211:12
twice [1] 49:23
two [40] 1:18 36:9,9,13,13,20,20 37:3,3,20,20 53:1 58:18 77:2 80:8, 10 111:10 113:17 125:20 137:13 155:9 161:2 169:23 183:1,4,7,19 188:7 195:7 218:16 246:11 247:4 259:8,10 267:22 291:23 300:10 316:9 332:8 353:13
two-minute [1] 118:13
two-sentence [4] 275:1 280:11 281:11 282:8
two-thirds [1] 189:21
type [13] 20:3 112:13 140:23 182:9 211:22 212:4,5 217:15 263:15 331:16 346:11,13 349:2
types [4] 13:22 126:6 164:7 216: 15 218:16
typical [1] 328:5
typically [3] 23:5 220:11 270:20

## U

ufo [2] 252:13 345:17
ufos [1] 252:4
umbrella [1] 21:9
unanswered [1] 214:22
unbelievable [1] 291:15
uncertainty [3] 230:19 231:5 232: 16
unclear [1] 99:13
under [16] 8:1 14:13,16 17:15 19:1 130:22 144:5 145:1 157:23 163:1 216:19 237:24 275:11,23 303:12 356:19
undergraduate [2] 118:11 119:3
underlying [1] 90:15
understand [37] 3:13,17 5:5,13 6: 1,4,23 7:1 11:14 20:14,24 27:17, 20 37:5 42:10 44:3 46:14 48:10 70:19 73:3 78:12 83:11,15,19 90: 22,23 119:13 121:9 122:10,11 139:11 141:11 145:4 153:12,22 154:18 157:8 160:6 164:7 176:24 184:23 186:20 192:12 193:3,18 194:3,21 201:20 204:9 212:15 214:23 215:18 223:5 232:19 247: 5 252:11 265:5,8,8 274:1 283:17 284:10 292:19 303:6 312:4 316:6 337:16
understandable [1] 152:12
understanding [47] 29:6 48:6,11 49:16 67:6 68:4,14 80:17 82:2 85: 3 122:15,16 137:23 138:3,6,8 141: 22 157:24 160:11 171:21 175:23 177:8 202:16 206:13 208:3 210: 10 217:13 235:15 237:6 238:5 245:13 249:18,19 256:13 279:3 289:19 295:1 298:4,11 301:14,17, 20 318:21 320:1 321:13 323:11 348:20
understands [2] 102:7 182:13
understood [5] 81:19 171:23 197: 21 205:6 357:12
undo [1] 244:24
unformulated [1] 52:5
unifies [4] 81:18 189:19,24 267:9
unifying [3] 230:6 244:11 317:9
union [2] 2:6 53:10
unique [1] 322:13
unit [3] 3:24 37:22 283:12
united [22] 1:1 9:16,20 10:1,12 16: 18,22 17:3 19:23 21:8 40:20,24 45:2 53:12 65:24 69:12 130:13 131:3,12 139:2 165:2 269:4
universal [1] 170:22
universally [2] 151:1 232:11
universe [1] 327:21
universities [7] 41:3,5 72:10,12 74:11 347:7 348:6
universities' [1] 72:17
university [31] 8:18,20 9:2,10 10: 10 34:19 41:7 58:5 73:17 74:14, 24 148:8,10 154:6 159:15 209:18 236:19 269:15 270:21 340:9,11, 13,15,17,20 341:19 347:15 351:7, 22,24 352:12
unknown [1] 24:6
unless [3] 340:9
unnatural [1] 251:12
unreasonable [3] 247:9 280:14 281:2
unscientific [3] 249:21 281:7 282: 4
until [5] 171:17 180:20 265:3
untouchable [2] 150:20,22
unusual [6] 243:19 249:1 294:10, 15 328:9 342:10
unusualness [1] 322:21
unwise [2] 272:24 273:5
up [58] 5:20 22:13 23:18 24:10 32: 11,13 87:17 98:20 105:23 125:14, 23,23 134:23 137:1 139:20 148: 17 150:15 151:10 154:1,2 169:24 173:15,21 174:3,20 192:21 211:5, 16 221:15 222:7,18 227:11 233: 19 245:15 246:2 249:5 252:4 267: 18 268:22 270:1 277:11 279:16 285:4 287:12 290:24 293:6 299: 22 302:11,20 306:24 329:20 337: 13 345:22 346:2 354:23 355:20
upbringing [1] 264:4
updated [2] 275:13 298:10
updates [1] 147:11
updating [1] 76:11
uses [3] 24:3 234:6 294:21
using [3] 65:16,19 95:21 218:7 295:2
usual [1] 249:14

## V

vacations [2] 293:23,24
vague [1] 83:22
vaguely [2] 207:15 209:10
valid [2] 120:3 330:8
validity [1] 198:5
valuable [1] 26:5
varied [2] 17:14 120:1
varies [1] 60:15
variety [2] 18:4 72:6
various [32] 14:14 19:8 47:9 61:4 68:10 90:1 94:10 110:24 119:13 120:9 122:10 126:6 148:15 152:8 153:10 162:10 164:7 176:3 177: 20 203:15,18 207:13 208:5 210: 23 211:22 233:5 235:19 269:10 271:1 317:5 333:17 348:24
varying [1] 69:3
vatican's [1] 170:12
vents [1] 25:15
verbal [1] 6:13
verbally [1] 26:12
version [4] 80:1,3 228:14 271:5
versus [6] 105:14 194:4 195:6 202: 18 211:10 288:3
vertebrates [3] 209:21 210:7 211: 24
vessels [1] 320:17
vic [11] 29:8 35:18,20,21 52:13 81: 1 93:23 99:7 100:10 268:13 277: 18
view [87] 21:3 81:22 94:16 96:3,8, 15 98:6,19,19 107:19 122:11 125: 12,15 126:19 127:12 133:1,15,21, 23 134:16,21 135:7,17 137:11,15 172:9 184:2,3,6,7,13 193:10 208: 10 217:12 218:13,21,22 219:4 243:16 245:9,17 247:22 254:14, 17,22 255:9,22 256:3,14 257:6,16 262:17 263:2 276:9 279:13,20,22 280:23 282:16 288:13,15,20 292: 3,4 295:12 299:2 305:15,17 311:4, 5,9,9 321:14 323:6 329:12 331:7 336:21 343:10 344:2 345:2,3,5,10 352:5 353:4,5,21
views [13] 84:12 86:20 97:8,9,12 125:2 264:16 266:13 314:3 330: 15 334:13 335:16,18
virtually [7] 87:3 138:22 184:17 262:24 277:7 332:22 340:8
vitae [5] 2:20 122:4 146:9 155:12, 16 157:17
vital [1] 230:2

## W

wait [2] 90:14 167:1
waive [1] 358:14
walczak [59] 2:7 14:7 30:1 48:22 49:21 50:4,8,13 80:22 87:14 90: 14,21 91:13,20 93:24 97:17,22 98: 13 99:2,8,11,19,22 100:5,11 103: 19 113:2 115:18,24 116:8 118:12 129:22 133:7 167:1 171:11,15 177:3,10 181:15 197:18 228:1,7, 20,24 257:8 260:9 297:20 298:5, 13 308:9 319:6,11 332:5 333:11 336:6 345:23 358:4,10,13
walk [1] 88:6
walking [1] 318:12
walks [3] 243:21 249:6,11
wanted [3] 123:4 154:7 352:6
wanting [2] 15:19 117:12
wants [5] 178:4 194:2 320:7 325: 10 338:10
warm [1] 311:18
warrant [1] 325:2
warranted [1] 326:15
wave [2] 239:11 240:3
way [37] 16:9 24:10 60:8 87:4 105: 24 117:15 129:21 130:2,3 140:24 141:11 143:16 157:7 169:21 180: 20 203:8 204:9,10 215:22 244:19 246:2,13 252:8 257:23 263:9 270: 3 294:14,20,21 305:22 306:10 318:16 334:23 342:8 347:9,22 350:1
ways [14] 19:9 60:6 102:11 113:6 123:18,19 185:19,21 205:20 230: 13 246:11 247:4 313:6 330:1
weakness [7] 45:17,17,24 49:18 50:20 111:2 214:7
weaknesses [20] 36:1,7 37:6,9,14, 19 45:11 46:6,11,17 47:5,6 48:14 110:4,13 213:10,14,18 214:14 229:16
week [2] 293:20 321:23
weeks [1] 18:21
weigh [1] 125:2
weight [2] 26:3 188:8
well-agreed-upon [1] 19:22
well-established [2] 189:10,15
well-rounded [1] 297:5
well-tested [4] 81:18 189:18,23 287:8
whales [1] 304:18
whatever [8] 38:21 65:7 91:15 116:21 142:24 174:8 194:8 300: 15
whatsoever [1] 280:14
whereas [3] 183:12 202:10 263:14
wherever [1] 271:7
whether [55] 27:15,23 28:16 39:5, 15 44:1 45:13 47:7,16 48:15 51:

Brian Alters 6/2/2005

19 56:6 57:15 63:20 83:4,12,20 85:12,16,20 97:8 99:5,13,19 107:23 137:15 144:4 156:7,12 181:18 184:14 194:1 195:17 206:9 227:6 231:16 232:3,5,13 234:2 247:6 248:20 251:10 253:10 254:17 259:1 266:24 267:1 272:12 304:3 309:17 319:16 323:9 330:3 338:16 353:14
**whichever** [2] 163:2 168:15
**white** [94] 2:11 3:5,8 14:10 30:9 49:3 50:2,5,11,15 51:3,8 75:5 80:24 81:5 87:19,23 90:18 91:2,18 92:7 93:21 94:1 95:10,13,16 97:23 98:1,15 99:6,9,16,21 100:3,6,9,13 103:9,16,23 104:15,20 113:4,15 115:21 116:3,10 117:13 118:14 119:4 129:24 133:18 146:4,8 167:5,11 171:9,13,20 177:6,12 181:20 197:20 198:11 221:21 222:10 227:17,21 228:3,10 229:8 234:16,21 257:10,15 260:12 273:20,24 296:20 298:3,7,18,22 308:12 319:24 332:9 333:13,19 336:8,15 345:20 346:1 358:6,12
**who's** [3] 53:5 57:17 272:8
**whole** [3] 208:7 247:24 294:4
**whom** [3] 55:6 57:8 59:24
**wide** [2] 72:6 184:10
**wife** [2] 160:18 259:22
**will** [97] 6:11,24 7:8,9 12:19 38:2,21 60:9 68:19 71:22 76:15 93:20 99:16 115:11 118:23 122:5,19 125:22 129:3,6,16 149:24 151:10 152:10 153:1 156:5,6 168:7 169:23 176:15 192:11 193:1,3 201:8,9 211:6 213:6 215:21 216:17 220:17 224:22 230:14 234:22 244:4,14,23 247:10 260:15 266:22 270:19,24,24 271:11 275:2 276:24 278:23 280:15,18,20 283:7 291:2 294:2,11 296:13 299:17 303:20 305:17 307:13 314:10 315:8 320:10,10 321:5,8,8,9,16,21 322:20 327:6 328:8,13 329:17 332:7 338:1 340:11 341:11,24 342:12 345:13,21 347:16 355:6,6 357:20,21 358:13
**willing** [1] 281:3
**wings** [1] 94:15
**wish** [4] 88:10 112:11 142:24 343:22
**wishes** [1] 100:21
**within** [35] 16:6 22:24 29:2 32:9 33:15 35:1 70:5 85:24 87:22 88:15,18 96:9 106:21 107:4 110:24 136:21 148:10 155:16 159:8 172:10 173:3 185:5 187:14 208:11 214:2,9 218:11 252:19,21 296:2 303:1 311:10 333:17 345:6 347:2
**without** [9] 95:6,7 103:5 126:16 161:17 179:23 180:9 181:9 297:7
**witness** [24] 2:1 27:24 30:3 81:2 91:23 94:8 97:19 113:7 116:1,11 133:9 167:3,8 197:22 228:22 229:

2 257:12 260:10 298:19 319:9,14 333:15 336:12 359:1
**witold** [1] 2:7
**wonderful** [1] 209:7
**word** [28] 24:14,22 25:2 41:13 51:2,2 60:24 133:11 168:15 191:15 202:2,17 215:6,10 219:15,19 231:21 239:18 241:24 242:1 258:9,18 262:23 276:2 285:20 288:5 303:14 320:16
**wording** [1] 326:10
**words** [23] 6:17 24:17 31:24 32:17 41:15 59:18 82:16 88:11 91:24 97:6 111:6 135:13 145:12 184:12 185:10 200:24 215:3 216:7,9 253:5 256:10 280:16 295:19
**wore** [1] 282:18
**work** [20] 14:1 52:23 54:4 115:9 143:3,7 148:13 158:6 159:21 169:10 176:4,11 189:3 192:24 218:8 315:21 323:3,7,10 356:19
**working** [9] 11:19 38:5,7,8 130:22 266:3 275:11 352:19 355:7
**works** [2] 189:1 193:4
**world** [11] 17:7 196:18 220:1 223:4,7 262:17 263:2 266:7 295:2,23 344:22
**world's** [1] 21:7
**worried** [1] 287:11
**worthless** [1] 44:24
**wow** [1] 260:4
**wrap** [1] 346:2
**wrapping** [1] 345:22
**wright** [1] 2:12
**write** [4] 46:5 52:19 177:23 269:24
**writing** [5] 9:13 12:22 28:11 161:3 169:9
**writings** [4] 12:7 20:22 152:10 251:22
**written** [7] 13:19,23 162:17 166:11,14 169:17 271:23
**wrote** [6] 3:16 4:10 165:12 167:17 170:22 310:23

___
**Y**

**year** [12] 10:21,22 16:6 59:1 75:2 270:13 271:4,5,9 293:23 316:9 333:7
**years** [29] 15:9 16:24 19:1 22:1 53:22 76:5 79:10,18 93:11 106:17,23 155:20,21 169:18 197:13 207:2,4 228:15,19 229:4 261:12 265:3 304:22 309:14,21 349:18 351:20 354:8,9
**yep** [2] 238:2 269:6
**york** [1] 143:22
**young** [4] 16:2 217:14 331:13 349:3
**younger** [1] 262:11
**yourself** [6] 79:4 102:23 103:14,20,24 243:3

___
**Z**

**zapped** [1] 252:14

Sheet 20                                   whether - zapped