# APPENDIX III

# TAB E

*Document Filed Under Protective Seal*