# APPENDIX III

# TAB G

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

1 (Pages 1 to 4)

**Page 1**

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
3    - - - - - - - - - - - - - - - - - -X
4    TAMMY KITZMILLER, et al.,        :
5         Plaintiffs,    : Case No.:
6    vs.              : 04-CV-2688
7    DOVER AREA SCHOOL DISTRICT AND   :
8    DOVER AREA SCHOOL DISTRICT   : (Hon. Judge Jones)
9    BOARD OF DIRECTORS,          :
10        Defendants.    :
11   - - - - - - - - - - - - - - - - - -X
12
13        Deposition of JOHN F. HAUGHT, PH.D.,
14             Washington, D.C.
15             Wednesday, June 1, 2005
16                9:05 A.M.
17
18
19   Job No.: 1-55231
20   Pages:  1 - 297
21   Reported by: Dana R. Craddock, RPR
22

**Page 2**

1         Deposition of JOHN F. HAUGHT, PH.D., held
2    at the offices of:
3
4         Pepper Hamilton, LLP
5         600 14th Street, Northwest
6         Hamilton Square
7         Washington, D.C. 20005
8         (202) 220-1200
9
10        Pursuant to agreement, before Dana R.
11   Craddock, RPR, Court Reporter and Notary Public in and
12   for the District of Columbia.
13
14
15
16
17
18
19
20
21
22

**Page 3**

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:
    ALFRED H. WILCOX, Esquire
    Pepper Hamilton, LLP
    3000 Two Logan Square
    Eighteenth and Arch Streets
    Philadelphia, Pennsylvania 19103-2799
    Telephone: (215) 981-4000


ON BEHALF OF THE DEFENDANTS:
    RICHARD THOMPSON, Esquire
    Thomas More Law Center
    24 Frank Lloyd Wright Drive
    P.O. Box 393
    Ann Arbor, Michigan 48106
    Telephone: (734) 827-2001

**Page 4**

CONTENTS

EXAMINATION OF JOHN F. HAUGHT, PH.D.:        PAGE:
    By Mr. Thompson              5


EXHIBITS

DEFENDANTS DEPOSITION EXHIBIT             PAGE
No. 1    Curriculum Vitae           9
No. 2    Report Of John F. Haught, Ph.D.    24
No. 3    Dover Area Board Of Directors,     32
         Biology Curriculum Press Release

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005.

2 (Pages 5 to 8)

**Page 5**

1　　　　PROCEEDINGS

2　　　　JOHN F. HAUGHT, PH.D.,

3　　having been sworn, testified as follows:

4　　　EXAMINATION BY COUNSEL FOR THE DEFENDANTS

5　BY MR. THOMPSON:

6　　Q　Good morning, Professor Haught. As you

7　know, my name is Richard Thompson, and we've met

8　previously, and I would like to ask if you've ever

9　been deposed before in a court case.

10　　A　No, this is my first time.

11　　Q　Okay. And you've just been sworn to tell

12　the truth, the whole truth and nothing but the truth?

13　　A　Yes.

14　　Q　You understand the meaning of that oath?

15　　A　Yes.

16　　Q　It's the same as if you were in a

17　courtroom --

18　　A　Yes.

19　　Q　-- in front of a judge. Because of the

20　importance of telling the truth, the whole truth and

21　nothing but the truth, I would like you to just follow

22　a few rules I think that are basically common to all

**Page 7**

1　sure we will take periodic breaks anyway, but if you

2　need to take a break, please first finish the

3　question -- answering the question, and then we can

4　take the break then.

5　　Q　Are you taking any kind of medication or

6　drugs that would in any way detract from your ability

7　to understand the questions?

8　　A　No.

9　　Q　Okay. Is there any reason that you can

10　think of that you will not be able to truthfully

11　answer the questions?

12　　A　No.

13　　Q　Okay. So if you answer a question that I

14　ask, then I will assume that you've heard the question

15　and understood it; is that correct?

16　　A　Yes.

17　　　　MR. WILCOX: Objection. He might not

18　have understood it the way you understood it.

19　　　　MR. THOMPSON: Right.

20　BY MR. THOMPSON:

21　　Q　During the deposition your counsel will

22　object, and that is for the Record, and normally you

**Page 6**

1　depositions. And that is, you have to speak orally;

2　you can't shrug or nod your head because the court

3　reporter cannot take down a shrug or a nod of the

4　head; that if you don't understand a question that I

5　ask you or don't hear it, please ask me to repeat the

6　question or rephrase it and I will try my best to do

7　that. Do you understand that?

8　　A　Yes.

9　　Q　You understand that the deposition is a way

10　of the defendants finding out the basis of your expert

11　opinion?

12　　A　Yes.

13　　Q　And that the answers that you give me will

14　be answers that we may use in court?

15　　A　Yes.

16　　Q　The rules take a -- regarding depositions

17　are a little more lenient than the rules in actual

18　court testimony, and, so, the basis is that you answer

19　the questions I ask you unless your lawyer directs you

20　not to answer it. At that time you follow the

21　direction of your lawyer. If you need to take a break

22　at any time, please say you need to take a break. I'm

**Page 8**

1　will continue to answer the question unless your

2　counsel directs you not to.

3　　　　The reason why you're here this morning is

4　because you have prepared an expert report in support

5　of the plaintiffs' case; do you understand that?

6　　A　Yes.

7　　Q　And the plaintiffs are several parents who

8　have filed a lawsuit against the Dover School

9　District; do you understand that?

10　　A　Yes.

11　　Q　And the Dover School District is considered

12　the defendant in this case; do you understand that?

13　　A　Yes.

14　　Q　Have you talked to anyone in preparation for

15　your deposition this morning?

16　　A　No.

17　　　　MR. WILCOX: Excuse me. You talked

18　with me.

19　　　　THE WITNESS: I thought you meant this

20　morning did I talk --

21　BY MR. THOMPSON:

22　　Q　Well --

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

3 (Pages 9 to 12)

**9**

1      A      -- did I talk to anyone --
2      Q      -- "this morning" --
3      A      -- this morning.
4      Q      In preparation for your deposition this
5   morning --
6      A      Oh, okay.
7      Q      -- have you talked to anyone? It could have
8   been yesterday or the day before.
9      A      Yes, I talked to Mr. Wilcox.
10            MR. THOMPSON: I would like to have
11   marked as Defendants Exhibit 1 a document entitled,
12   John F. Haught Curriculum Vitae, and I've made copies
13   for you and you.
14            (Defendants Deposition Exhibit Number 1 was
15   marked for identification and attached to the
16   transcript.)
17   BY MR. THOMPSON:
18      Q      I want to show you Defendants Exhibit 1 and
19   ask if you could identify that?
20      A      Yes.
21      Q      And what is it?
22      A      It's my curriculum vitae.

**10**

1      Q      And you prepared that?
2      A      I prepared this, yes.
3      Q      Okay. Would you please review it, and I'm
4   going to ask you whether that is an accurate depiction
5   of your history -- of your career and the books that
6   you've written?
7      A      As far as I know, yes.
8      Q      Okay. You were born on November 12th, 1942?
9      A      Yes.
10      Q      Okay. And you're married?
11      A      I'm married.
12      Q      And what was the date of that marriage, if
13   you recall?
14      A      September 4th, 1967.
15      Q      Okay. And you have two children?
16      A      Two children.
17      Q      And what are their ages?
18      A      Thirty -- one was born in 1970 and the other
19   1973, so 34 and 32.
20      Q      Okay. Do you recall whether they went
21   through a public high school or whether they went to a
22   private school?

**11**

1      A      They both went to private high schools,
2   public grade schools.
3      Q      Okay. Private high schools, do you remember
4   the name of the high schools?
5      A      The older son went to Gonzaga High School in
6   Washington and the other son went to Bishop O'Connell
7   in Arlington, Virginia.
8      Q      Are those both Roman Catholic?
9      A      Both of those are Roman Catholic schools.
10      Q      Have you ever been a party to a lawsuit
11   before?
12      A      No.
13      Q      Okay. Have you testified -- have you ever
14   testified in a trial --
15      A      No --
16      Q      -- before?
17      A      -- I haven't.
18            MR. WILCOX: Just off the Record for a
19   second.
20            (Discussion off the Record.)
21   BY MR. THOMPSON:
22      Q      What is your current occupation?

**12**

1      A      I am a writer and speaker -- lecturer. I
2   have just retired from teaching at Georgetown.
3      Q      And what was the date of that retirement?
4      A      It will be -- well, the official date was
5   May -- no, I'm sorry, August of 2000 and -- what's
6   the -- 2004.
7      Q      2004?
8      A      Uh-huh.
9      Q      Prior to your retirement from Georgetown,
10   what was your position there?
11      A      I was the Healey Professor of Theology,
12   Thomas Healey Professor of Theology.
13      Q      And how long had you held that position?
14      A      That particular chair only one year.
15      Q      And before then?
16      A      Before that I was the Landegger
17   Distinguished Professor from 1996 to 2002.
18      Q      And that was also as a professor of
19   theology?
20      A      Yes.
21      Q      Okay. When were you contacted by the
22   plaintiffs to be an expert in this case?

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

4 (Pages 13 to 16)

13

1    A   I believe it was in February of 2005.
2    Q   And who —
3    A   Possibly earlier.  I don't remember.
4    Q   Who contacted you?
5    A   Steve Harvey.
6    Q   And do you know who he is?
7    A   He's a lawyer for Pepper Hamilton.
8    Q   Had you had any prior relationship with
9  Mr. Harvey?
10    A   None whatsoever.
11    Q   Okay.  What were you asked to do by
12  Mr. Harvey?
13    A   To be a witness for this particular case.
14    Q   Did he ask you to be a witness in any
15  particular area of the case or just be a witness in
16  this case?
17    A   Well, to — to be a witness against — in
18  the Civil Liberties or ACLU case against the Dover
19  School Board.
20    Q   And did he tell you how you could help in
21  that case?
22    A   I'm not sure that he ever said so

14

1  explicitly; I can't recall.  But my assumption was he
2  thought that I could be a — a witness in making a
3  case against the Dover School Board's advice that
4  students be exposed to intelligent design theory as an
5  alternative to evolutionary biology as usually taught
6  in the schools.
7    Q   Well, why did you agree to do that?
8    A   I did it out of principle that — a deep
9  principle that I have that the school board was
10  implicitly confusing issues in science and religion
11  that should be carefully distinguished and that, in
12  effect, the school board was proposing that science
13  classrooms in Pennsylvania and presumably elsewhere
14  should, in the interest of what they referred to as
15  balanced treatment, give the students exposure to what
16  they consider to be alternatives to evolutionary
17  biology but which I consider to be not alternatives to
18  biology but alternatives to a specific ideology.
19    Q   Did you come to that conclusion prior to
20  agreeing to be an expert?
21    A   Yes, I had written about intelligent design
22  and its relationship to the science and religion issue

15

1  for a number of years, particularly starting in 1995,
2  but more recently in my books God After Darwin and
3  Deeper Than Darwin as well as in many lectures and
4  other articles and book chapters that I've
5  contributed.
6    Q   Is it an accurate statement, then, that you
7  became involved in a substantial degree with the issue
8  of intelligent design theory in 1995?
9    A   I started probably before that, but
10  especially since 1995, yes.
11    Q   How long before that had you become familiar
12  or involved in studying the issue of intelligent
13  design theory?
14    A   Well, since I've taught science and religion
15  for 35 years, I have been implicitly and less
16  intensely, but, nonetheless, substantively involved in
17  discussions of intelligent design for many years.
18    Q   How many years?
19    A   I would say probably 20 — 15 to 20.
20    Q   At the earliest part of your interest in
21  intelligent design theory 15 to 20 years ago, who were
22  the proponents of intelligent design at that time?

16

1    A   Well, the term intelligent design theory was
2  not in vogue at that time, but substantively there
3  have always been what we would call proponents of
4  natural theology going back a number of centuries, in
5  fact, but I can't recall specifically what the names
6  of the people were because it was just one general
7  alternative in a wide spectrum of approaches in
8  science and religion.
9    Q   When is the first article or book you
10  published that touched upon intelligent design theory
11  in any way?
12        MR. WILCOX:  Objection, vague.  Could
13  you use a more specific phrase than "touched upon"?
14  Do you mean mentioned intelligent design?
15        MR. THOMPSON:  Thank you.
16  BY MR. THOMPSON:
17    Q   Mentioning intelligent design.
18    A   I believe the first explicit mention of that
19  formal term was in my book God After Darwin; although,
20  it's possible — I don't recall that I mentioned it in
21  an article published in a book by the Vatican Press or
22  the — a book published jointly by the Center for

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

6 (Pages 21 to 24)

21

1   in 1995 --
2   Q   Okay.
3   A   -- God After Darwin in 1999 and Deeper Than
4   Darwin in 2003.
5   Q   Are you --
6   A   And --
7   Q   Well, go ahead. I'm sorry.
8   A   And presently I'm working on a book which is
9   going to be called Is Nature Enough, which is a
10  critique of scientific naturalism.
11  Q   How far along are you in that book?
12  A   I'm pretty far along. I should be finished
13  by the end of the summer.
14  Q   Does it deal with intelligent design?
15  A   Yes, it does in passing, but my book Deeper
16  Than Darwin has a whole chapter on intelligent design,
17  but this book deals with it in passing. I mention it
18  quite often in the book as an inadequate response to
19  the threat of secular -- of naturalism, rather, in
20  intellectual life today.
21  Q   Does the book discuss Darwin's Theory of
22  Evolution?

22

1   A   Yes.
2       MR. THOMPSON: I would like a copy of
3   the manuscript under the same justification that the
4   plaintiffs have asked for a copy of the manuscript of
5   Bill Dembski's new book, Revising of Pandas and
6   People.
7       MR. WILCOX: Is there a reference in
8   the report to it?
9       MR. THOMPSON: No.
10      MR. WILCOX: I don't think the analogy
11  is quite apt, but I will take it under advisement and
12  discuss it with the witness.
13      THE WITNESS: It's still in the process
14  of being written, so it's not my final thoughts on
15  these issues.
16  BY MR. THOMPSON:
17  Q   Have your thoughts been evolving -- I hate
18  to use that word -- through time?
19  A   Of course. Of course.
20  Q   Looking back on the three books that you
21  have published so far, would you change any of the
22  conclusions that you've written?

23

1   A   I would change some emphases; for example, I
2   have a chapter on information in God After Darwin
3   which has been somewhat coopted, I think erroneously,
4   by Michael Behe and also more recently by William
5   Dembski to be somehow supportive of their position. I
6   would be more careful to phrase my position
7   differently -- a little bit differently today than I
8   did in that book because it -- the way I have it there
9   it could possibly lead to misunderstandings of my
10  basic position.
11  Q   Any other changes that you would make in any
12  of the books that you have written, the three books
13  that you've mentioned?
14  A   No substantive changes that I can think of
15  at the moment.
16  Q   When did you first become interested in the
17  theory of evolution?
18  A   Back when I was about 23 years old when I
19  first read Teilhard de Chardin whose view was that
20  nothing in biology can be understood apart from
21  evolution, a view which had also been expressed by
22  Theodosius Dhobzhansky, a Russian Orthodox scientist.

24

1       MR. THOMPSON: I would like to have
2   this marked Defendants Exhibit 2.
3       (Defendants Deposition Exhibit Number 2 was
4   marked for identification and attached to the
5   transcript.)
6   BY MR. THOMPSON:
7   Q   Professor Haught, would you look at
8   Defendants Exhibit 2 and see if you can identify that?
9   A   This is the report that I submitted in the
10  proceedings in the United States District Court for
11  the Middle District of Pennsylvania, Tammy Kitzmiller,
12  et al. versus Dover Area School District and Dover
13  Area School District Board of Directors.
14  Q   Is this what we would call your expert
15  report?
16  A   It's an abstract of what would be much more
17  detailed.
18  Q   And this was the report you prepared in
19  response to the request of attorney Steve Harvey?
20  A   Yes.
21  Q   Okay. And you are aware that this report
22  could be used by a judge to make a decision in this

25
1    case?
2            MR. WILCOX: Objection.
3            THE WITNESS: Yes, I am.
4            MR. WILCOX: Objection.
5    BY MR. THOMPSON:
6        Q   First a couple of general questions. Does
7    this report contain a complete statement of all the
8    expert opinions you intend to give in the court case?
9        A   Probably not. As I said, this is just a
10   sketch of my -- of what would be a more substantive
11   and more detailed testimony.
12       Q   So this is not a complete --
13       A   This is not -- not --
14       Q   -- opinion that you would --
15       A   Of course not.
16       Q   -- venture?
17       A   No.
18       Q   Have you written any supplemental reports?
19       A   In relation to this case?
20       Q   Yes.
21       A   No.
22       Q   Have you written any rebuttal reports to any

26
1    of the experts that the defendants have provided?
2        A   I have not written any, no.
3        Q   Okay. Have you seen any of the reports that
4    the expert -- experts for the defendants have written?
5        A   Yes, and I read through most of them; some
6    of them more hurriedly than others.
7        Q   When did you do that?
8        A   I started doing that about two weeks ago.
9        Q   Okay. So your expert report, Exhibit 2, was
10   written prior to the time you saw any of the other
11   expert reports?
12       A   Yes, I had seen no others at the time.
13       Q   Okay. What about the experts on your side,
14   the expert opinions that the plaintiffs had; have you
15   seen any of their reports?
16       A   I've read hurriedly Pennock's. I'm already
17   familiar with Kenneth Miller's approach. For many
18   years I've studied his work. Who else is there?
19       Q   Barbara Forrest?
20       A   I read through hers, also, yes.
21       Q   Okay. Any others? Shallit, Professor
22   Shallit?

27
1        A   No, I did not read Shallit's.
2        Q   His is a rebuttal report.
3        A   I can't remember.
4        Q   Okay. At the time that you prepared this
5    report, were you aware of the other expert reports,
6    both plaintiffs' and defendants'?
7        A   No, I knew vaguely that some people had been
8    solicited to write other expert reports, but I did not
9    know who they were or what they were going to say.
10       Q   Did you contact any of the other experts
11   prior to writing this report?
12       A   I did not.
13       Q   Okay. So you cannot say today or you said
14   to the contrary that this report does not contain all
15   of your opinions that you would venture in this case?
16       A   No, I've written a number of pieces; more
17   recently a book called Debating Design. I have a more
18   thorough discussion of intelligent design there than I
19   do here. In my book Deeper Than Darwin I discuss
20   intelligent design in much more depth than I do here.
21   This is only a kind of, as I said, very sketchy
22   representation of what I would say if I had time to

28
1    develop this in book-length form.
2        Q   Okay. Whether in book-length form or not,
3    I'm interested in what you would be testifying as an
4    expert in court regarding this issue. You're saying
5    that your opinions would be much broader than the
6    opinions that you give in this report?
7            MR. WILCOX: Objection. What he will
8    testify to will be in response to those questions that
9    are put to him, naturally, and those questions will be
10   posed by counsel. To the extent that defense counsel
11   wishes to bring out even further material by
12   cross-examining, defense counsel can do that. But for
13   the witness to sit here today and predict what he will
14   be asked and what he might be asked on
15   cross-examination, I think, is asking too much of the
16   witness.
17   BY MR. THOMPSON:
18       Q   Well, you've indicated your opinion would be
19   much broader than what you've prepared in your report;
20   is that correct?
21       A   The opinions that I have about intelligent
22   design have been developed -- developing for a number

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

8 (Pages 29 to 32)

29

1  of years.
2     Q  I'm talking about your expert report.
3     A  My expert report I would say is accurate but
4  not adequate as far as my own understanding of and
5  criticism of intelligent design is concerned.
6     Q  What about as it relates to the particular
7  case that we're involved with?
8        MR. WILCOX:  Objection, vague.
9  BY MR. THOMPSON:
10     Q  Do you think it's -- do you think this -- do
11  you think your report is adequate for the particular
12  case that we are involved with today?
13        MR. WILCOX:  Objection.  That calls for
14  a legal conclusion as to what's required under Rule
15  26.  This expert is not here as a legal expert.
16        MR. THOMPSON:  I didn't ask a legal
17  conclusion.
18  BY MR. THOMPSON:
19     Q  I asked your own opinion as an expert in
20  this area.
21     A  Is it adequate?
22     Q  Yes.

30

1        MR. WILCOX:  Objection.
2        THE WITNESS:  As I've been saying --
3  well . . .
4  BY MR. THOMPSON:
5     Q  Go ahead and answer it unless your --
6     A  As I've been saying, it's an accurate but
7  not an adequate representation of the full view of the
8  opinions that I have about the topic.
9     Q  Okay.  What about the bases; have you
10  provided all the bases that you base for your opinion
11  that you've written in this expert report?
12     A  No, because I did it in such a way as to
13  make it readable and presentable to people who are not
14  experts in theology, so I've left out a considerable
15  amount of theological background out of which I am
16  issuing this report.
17     Q  And you say you left out a considerable
18  amount?
19     A  I left out most of my theology of evolution
20  in this report.
21     Q  How long did it take for you to write this
22  report?

31

1     A  About a week.  I was not working at it
2  steadily, but I had it pretty well worked out within a
3  week.
4     Q  Did you refer to any other documents as you
5  prepared this report?
6     A  Did I consult any --
7     Q  Yes, or consult or refer.
8     A  -- consult any other documents?
9        Well, I had -- I consulted some sections Of
10  Pandas and People that had been brought to my
11  attention.
12     Q  By whom?
13     A  By Steve Harvey whose --
14     Q  Did you read the entire book?
15     A  I did not read the entire book.  I can tell
16  you that I have the book, but I started to read it and
17  immediately considered it to be a waste of my time.
18     Q  Why is that?
19     A  Because there are much more sophisticated
20  presentations of the intelligent design position that
21  I was already familiar with.
22     Q  In preparing for the report did you look at

32

1  any other documents that were provided for you by
2  Mr. Harvey or the law firm representing --
3     A  Not that I recall --
4     Q  -- the plaintiffs?
5     A  Not that I recall at the moment.
6     Q  Okay.  Did you look at the complaint that
7  was filed in the lawsuit?
8     A  I did read the complaint.
9     Q  Okay.  Did you look at the answer?
10     A  And the answer as well.
11     Q  Did you look at the policy itself?
12     A  Was that -- if that was included in the
13  document that I was given, I -- I'm assuming that I
14  did.  I read the whole document that -- that was -- I
15  don't know whether the policy -- whether --
16     Q  Did you look at a particular document that
17  was -- that was a two-paged document that was
18  entitled -- in fact, let's just mark it.
19        MR. THOMPSON:  Would you mark this?
20     (Defendants Deposition Exhibit Number 3 was
21  marked for identification and attached to the
22  transcript.)

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

9 (Pages 33 to 36)

33

1 THE WITNESS: I read everything that
2 Steve gave me.
3 BY MR. THOMPSON:
4 Q Okay. I want you to look at that. It's
5 Defendants Exhibit 3. It's entitled Board Press
6 Release for Biology Curriculum, 11-19-04, Re-posted
7 12-14-04.
8 A (Witness reviews document.) I can't recall
9 right now whether I actually read this or not.
10 Q Okay.
11 A But if it was included in the packet of
12 material that Steve Harvey made available to me, then
13 I did read it because I read everything in that
14 packet.
15 Q When were you given that packet?
16 A I think it was in February, some time in
17 February or — yes, February or March. I can't
18 remember exactly.
19 Q Can you describe the packet in any greater
20 detail?
21 A I just read the — what I recall in the
22 packet was the complaint and the — the answer.

34

1 Q Okay. You don't recall this Defendants
2 Exhibit Number 3?
3 A No.
4 Q Okay. You indicated it took you about a
5 week to write the report but not every hour of the
6 week. How many hours would you say you spent on it?
7 A Maybe 15.
8 Q Okay. Did you receive any compensation for
9 your expert opinion?
10 A No compensation.
11 Q Did you ask for any?
12 A I did not ask for any.
13 Q Why not?
14 A I didn't ask for it because I felt that it
15 was my duty as someone who is a — considered to be an
16 expert in this area to educate the parties involved as
17 well as — as well as the public who will read about
18 this case in what I consider to be important
19 distinctions in the field of science and religion,
20 evolution and theology, that are being left out, that
21 are not being made by various parties involved in the
22 case.

35

1 Q In preparation for your report, did you
2 speak to any school board members of the Dover Area
3 School District?
4 A I did not.
5 Q Did you speak to any of the parents --
6 A I did not.
7 Q — who are the plaintiffs in the case?
8 A I did not.
9 Q Did you speak to any of the teachers?
10 A I did not.
11 Q Did you talk to any of the students?
12 A I did not.
13 Q Did you read the biology textbook that was
14 being used by the ninth grade biology course?
15 A I did not.
16 Q Did you read any court opinions dealing with
17 the teaching of evolution or intelligent design?
18 A I did not read them in preparation for this
19 particular statement, but I had read over court
20 statements that had been made in the past, in the
21 Arkansas creation trial, for example, and I'm familiar
22 with the ideas of Michael Ruse and Langdon Gilkey, a

36

1 theologian who was involved in the case, in the
2 Arkansas case, and who was at that time a professor of
3 theology at the University of Chicago but who later
4 came to Georgetown University at my invitation when I
5 was chair of the department.
6 Q Did you read the case of Aguillard versus --
7 MR. WILCOX: Edwards v. Aguillard.
8 BY MR. THOMPSON:
9 Q -- Edwards versus Aguillard?
10 A I did not read -- I don't recall whether I
11 read it or not.
12 Q That's a United States Supreme Court case
13 that was decided in 1987; do you remember reading that
14 at all?
15 A Not with reference to this case. I probably
16 read it in the past because I've been interested in
17 the issue.
18 Q Okay. But you would not consider yourself a
19 constitutional law expert, would you?
20 A No.
21 Q Did anyone assist you in writing this expert
22 report?

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

10 (Pages 37 to 40)

---

37

1    A   No one – no, no one.
2    Q   Okay.  In preparation for your expert
3  opinion did you read any of the Pennsylvania Academic
4  Science Standards?
5    A   No.
6    Q   Since this report has been written you
7  indicated you read some of the other expert opinion
8  reports from your side.
9    A   Yes, I read them very quickly.
10    Q   Okay.  Do you recall if you disagreed with
11  any of the conclusions?
12    A   I did not disagree substantively with any of
13  them.  I do have some differences in terms of
14  vocabulary, for example.  I do not refer to
15  intelligent design as creationism whereas others do,
16  and I would have emphasized perhaps more clearly than
17  Pennock and Forrest the distinctions between
18  intelligent design and creationism.
19    Q   Were there any other disagreements that you
20  could remember?
21    A   No.
22    Q   Now, do you know any of these people

---

38

1  personally, Pennock or Forrest?
2    A   I've never met Pennock.  I did meet Barbara
3  Forrest when I made a speaking trip to Louisiana just
4  this past month of April after both of us had
5  submitted our reports.
6    Q   Where was that?  Where did you have that
7  speech?
8    A   I gave a talk at Southeastern Louisiana
9  University where she's a professor.
10    Q   And what was the title of your speech?
11    A   God After Darwin.
12    Q   Okay.  Now, in your classes at Georgetown,
13  what year students did you have?
14    A   All four years.
15    Q   Okay.  And did you teach more than one
16  class -- one subject matter in those courses?  I'm not
17  sure I'm asking that question correctly.  Was there
18  more than one course you taught?
19    A   Each semester during most of my career at
20  Georgetown we were required to teach three courses, so
21  I taught a course called The Problem of God.  I taught
22  a number of other courses which are listed in my

---

39

1  resume.
2    Q   Okay.
3    A   But my main focus throughout my career at
4  Georgetown, and increasingly so as my career went
5  along, was to deal with issues in science and
6  religion.
7    Q   Well, do you consider yourself an expert in
8  the field of biology?
9    A   No, I'm not an expert in any particular
10  science.  I'm not a scientist.  I'm a theologian.
11    Q   Okay.  So I want to go down a list so I make
12  sure.  You don't consider yourself an expert in
13  microbiology?
14    A   No.
15    Q   Chemistry?
16    A   No, not – by "expert" could you clarify
17  what you mean?
18    Q   An expert that can -- that either deals with
19  it as a subject matter they teach; that is someone
20  that is involved in the actual field, such as
21  chemistry labs; a man like Behe being involved with
22  studying under a microscope.

---

40

1    A   I have no formal postgraduate training in
2  any of the natural sciences.  My knowledge of these
3  comes from my own reading of presentations by
4  scientists of their field.
5    Q   Okay.  Would you consider yourself an expert
6  in mathematics?
7    A   No.
8    Q   Probabilities?
9    A   No.
10    Q   Would you consider yourself an expert in the
11  philosophy of science?
12    A   I'm more familiar with that and more expert
13  in that than I am with science.
14    Q   Are you a member of any organizations of
15  scholars who are philosophers of science?
16    A   I'm a member of the International Society
17  for Science and Religion, which includes some of our
18  best philosophers of science.
19    Q   But that's not necessarily --
20    A   I'm a member --
21    Q   Okay.  Excuse me.
22    A   -- the American Academy of Religion, of the

---

41

1 Catholic Theological Society of America. I'm a member
2 of The Center for Process Studies, which includes a
3 lot of philosophies of science.
4     Q   Those are organizations that philosophers of
5 science may belong to but those are not organizations
6 primarily for philosophers of science; is that
7 correct?
8         MR. WILCOX:  Objection.
9         THE WITNESS:  That's correct.
10 BY MR. THOMPSON:
11     Q   Okay. What about philosophy of education;
12 do you consider yourself an expert in the philosophy
13 of education?
14     A   I'm not an expert, but because of my reading
15 of Alfred North Whitehead, I have definite opinions on
16 what would constitute good education.
17     Q   And those opinions are primarily based on
18 your reading of that one book?
19     A   The one book of Whitehead's? No, I've read
20 many books of Whitehead.
21     Q   Okay. But those — the books of
22 Whitehead —

42

1     A   Yes.
2     Q   — are the basis for your expertise in
3 education?
4     A   I didn't use the term expertise. I said my
5 knowledge, my understanding of what would constitute
6 good education.
7     Q   Okay. Do you consider yourself an expert on
8 genetics?
9     A   No.
10     Q   Okay. Would you consider Michael Behe a
11 scientist?
12     A   Yes, I do.
13     Q   Would you consider Bill Dembski a scientist?
14     A   I think he would be a mathematician more
15 than a scientist.
16     Q   What is your definition of a scientist, I
17 guess I should ask?
18     A   A scientist is someone who is trained in
19 scientific method and who applies it in teaching,
20 writing and experimentation.
21     Q   Do you know Bill Dembski?
22     A   I have met him and had amiable conversations

43

1 with Bill Dembski.
2     Q   You've been jointly interviewed, as I
3 recall?
4     A   Yes. We were together at Oxford University
5 several summers ago, and we had a joint presentation
6 in which we presented our own positions and then
7 afterwards we conducted an interview for theology and
8 science.
9     Q   Based upon your contacts with Mr. Dembski,
10 do you consider him a credible mathematician?
11     A   Yes.
12     Q   Based on your contacts with Michael Behe, do
13 you consider him a credible biologist?
14     A   When he's doing his biology, I consider him
15 credible. When he's doing philosophy of science, I do
16 not.
17     Q   Okay. He has written a book review on one
18 of your books. I'm not sure which one it was now.
19     A   It was God After Darwin.
20     Q   God After Darwin. And as I recall, he
21 basically — one of the conclusions he had was that
22 you're a — you're an intelligent design theorist.

44

1     A   Well, as I said earlier, he focused in on
2 that chapter which I would — if I had a chance to do
3 it over, I would probably change some of the wording
4 so that he would not see myself as an advocate of
5 intelligent design.
6     Q   What was the basis for his opinion?
7     A   The basis for his opinion was that I had
8 presented the informational aspect of nature as
9 distinct from the material and energetic components of
10 nature, and since "information" is a term that can
11 easily be conflated, I think quite wrongly, with what
12 intelligent design means by design, he considered my
13 approach to be not far from his camp. And I did
14 respond to that article, that review that he wrote,
15 and in my response I referred to my Whiteheadian
16 approach as one that would introduce the notion of
17 novelty along with the notion of order as
18 indispensable to understanding the natural world.
19     Q   That was back in 1999 as I recall; is that
20 correct?
21     A   1999 or 2000. I can't remember exactly the
22 date.

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

12 (Pages 45 to 48)

45

1    Q   In fact, that exchange between you and Behe
2    was quite civil as I recall reading?
3    A   I try to be civil in all my exchanges.
4    (Recess -- 9:54 a.m.)
5    (After recess -- 9:58 a.m.)
6    BY MR. THOMPSON:
7    Q   Are you familiar with the book written by
8    Michael Behe entitled Darwin's Black Box?
9    A   Yes, I've read that book.
10   Q   And, in fact, isn't that a book that you
11   recommend to your students?
12   A   I don't have them read the book, but I have
13   them read essays that reflect the content of that
14   book.
15   Q   Okay.  Could you describe what the book
16   really is about?
17   A   Very briefly it's an attempt to show the
18   Darwinian theory is incapable of adequately explaining
19   certain biochemical phenomena, subcellular phenomena
20   that possess what Behe refers to as irreducible
21   complexity.
22   Q   And you are familiar with that phrase

46

1    irreducible complexity?
2    A   Yes.
3    Q   And what does it mean to you?
4    A   Irreducible complexity is the characteristic
5    of any system made up of multiple components in which
6    if any particular component were absent the particular
7    system could not function in such a way as to be able
8    to be selected by natural selection.  The idea of the
9    book -- the argument of the book is one that appeals
10   to a statement by Charles Darwin himself; that if it
11   could be shown that evolution occurs in any other way
12   than by minute, incremental, gradual steps, that his
13   theory would fall apart.  And Behe's point is that
14   subcellular mechanisms which exhibit irreducible
15   complexity could not possibly have been put together
16   by small, gradual, incremental, minute stages of
17   development, and, therefore, some other explanation
18   than Darwinian explanation is needed to explain the
19   irreducible complexity.
20   Q   One of the biological matters that he talks
21   about is the bacterial flagellum; is that correct?
22   A   Yes.

47

1    Q   And he talks about the bacterial flagellum
2    as a biologist; is that correct?
3    A   As a biochemist.
4    Q   Biochemist, right.  And do you recall what
5    he says about that?
6    A   Well, he sees it as analogous to an outboard
7    motor; that the parts are coordinated in such a way
8    that the only conclusion he can draw as far as
9    explaining it is that some form of what he calls
10   intelligent design was operative in its manufacture.
11   Q   And he also discusses other biological --
12   A   Phenomena.
13   Q   -- phenomena; is that correct?
14   A   Yes.
15   Q   In this book, in this book.
16   A   Yes.
17   Q   Do you remember the others?
18   A   The eye blood-clotting mechanism in
19   particular.
20   Q   And he discusses those in scientific terms;
21   is that correct?
22   A   He does discuss them in scientific terms up

48

1    to a point, but he explains them in nonscientific
2    terms ultimately.
3    Q   And the explanation in nonscientific terms
4    is what?
5    A   Is the use of the word intelligence in
6    intelligent design, which is not considered to be by
7    conventional science an explanatory category at least
8    as far as the self-limiting discipline of natural
9    science is concerned.
10   Q   Now, as I recall, in response to his review
11   of your book, God After Darwin, you responded back and
12   indicated that you enjoyed reading Darwin's Black Box;
13   is that accurate?
14   A   Yes, I enjoy reading Friedrich Nietzsche and
15   atheistic tracts, as well.
16   Q   However, you also said, and I quote, I make
17   sure that my students become familiar with its
18   argument and I suspect that discussion of it has
19   enriched many science and religion courses in the last
20   few years --
21   A   Yes.
22   Q   -- end of quote?

49

1    A   Yes.
2    Q   Is that a statement that you made?
3    A   Yes.  Can I explain that statement?
4    Q   Yes, please do.
5    A   In the same sense -- enriched in the same
6    sense as my students in The Problem of God course are
7    enriched by reading the writings of atheists like
8    Sigmund Freud, Albert Camus and Jean-Paul Sartre,
9    because it invokes a critical sense in the students
10   that enriches their lives.  So the enrichment refers
11   not to the possibility that they're enriched by the
12   specific content, that they appropriate that content
13   as their own thinking, but that it places them in
14   conversation with other positions that allows them to
15   develop a critical sense and develop their own
16   positions.
17   Q   That's the purpose of education, is it not?
18   A   That's one of the purposes of education.
19   Q   Yes.  It encourages critical thinking?
20   A   Yeah.  You have to remember I'm doing this
21   in a theology class and not a science class.  In
22   science classes I would not consider it appropriate to

50

1    bring in intelligent design as an alternative -- as a
2    scientific alternative or allegedly scientific
3    alternative to evolutionary biology.
4    Q   Wouldn't it provide the same kind of
5    critical thinking mechanism?
6    A   It would if it were done in a course on
7    critical thinking, but it could be very confusing to
8    students if it were presented as an alternative to
9    scientific ideas.
10   Q   Well, is critical thinking only a matter of
11   concern for educators in courses on critical thinking?
12   A   No, but there are different kinds of
13   critical thinking following different methods.  One
14   example of critical thinking is learning to
15   distinguish between scientific method and
16   philosophical and ideological and theological
17   assumptions of beliefs.
18   Q   Well, we'll get to that in a moment, but
19   didn't Darwin himself in The Origin of Species discuss
20   intelligent design?
21   A   Implicitly, yes.
22   Q   And he was comparing and contrasting

51

1    intelligent design with his own theory of evolution,
2    was he not?
3    A   He considered the biological record to be
4    one that placed in question a certain type of natural
5    theology represented by William Paley and earlier by
6    other philosophers and theologians.  He did not deny
7    the existence of design; adaptive design was something
8    that he was able to detect as a science -- scientist.
9    But in explaining adaptive design, he no longer
10   considered it essential to refer to directly
11   theological divine intervention as its immediate
12   explanation.
13   Q   Well, Paley talked about the blind -- talked
14   about the watchmaker; is that correct?
15   A   Yes.
16   Q   Okay.  And on the basis of the watchmaker
17   analogy, he came to the conclusion there was a design.
18   On the other hand, Darwin looked at that and said, it
19   is not design; it's natural selection; correct?
20   A   What Darwin was able to discover was that
21   the immediate proximate explanations of the adaptive
22   design included many, many years, first of all, deep

52

1    time -- lots of time had to be involved.  There had to
2    be persistent law, which he referred to as natural
3    selection, and there had to be variations which
4    provided the raw material for natural selection, and
5    these variations as far as he could tell are random in
6    the sense that they are not directed by any
7    intelligent design.
8    Q   And, again, going back to the question that
9    started all of this, is Darwin actually in his book to
10   prove natural selection many times made reference to
11   design?
12   A   Uh-huh.  Yes.
13   Q   Okay.  And you see something wrong with that
14   in classes today --
15        MR. WILCOX:  Objection.
16   BY MR. THOMPSON:
17   Q   -- this analytical thinking that would go
18   on?
19        MR. WILCOX:  Objection.  You should
20   answer.
21        THE WITNESS:  Okay.  The Origin of
22   Species, like many discursive scientific texts, often

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

14 (Pages 53 to 56)

53

1 includes philosophical asides which are not strictly
2 part of scientific experimentation but which are
3 interpretations, and I have no doubt that what —
4 Darwin himself, because he was — his — he cut his
5 theological teeth on William Paley and natural
6 theology, was mixing in philosophical and sometimes
7 theological statements with the empirical information
8 that had led him to his evolutionary theory. And at
9 times he is stepping out of his shoes as a strict
10 scientist and he is presenting his ideas in the
11 context — in a larger intellectual context, that of
12 the discussion that was going on at the time between
13 advocates of William Paley on the one hand and
14 advocates of a more — more or less agnostic or
15 naturalistic understanding of evolution on the other.
16 BY MR. THOMPSON:
17   Q   Assuming that that's what he was doing, did
18 that in any way affect the validity of his theory?
19   A   You can distinguish — if you can read the
20 book carefully, you can distinguish the scientific
21 aspects from the philosophical interpretations that
22 sometimes he gets in — philosophical discussions that

54

1 he sometimes becomes involved in.
2   Q   He, in fact, mentioned the creator, did he
3 not, in his last paragraph of the book?
4   A   Yes, he did, and that's a good example of
5 what I mean of his stepping out of the shoes of a
6 strict scientist in making such a statement. That is
7 not a scientific statement. That's a reflection by a
8 deep and sensitive man on the implications, the wider
9 implications of what he had discovered.
10   Q   Well, because he makes that one statement at
11 the end of the book, would you then indicate that that
12 book does not belong in a science class?
13   A   Darwin himself regretted making that
14 statement later on.
15   Q   Okay. But I am asking you the question.
16   A   Yes. I do not think that a science class or
17 scientific method should ever bring in the notion of
18 God. That's not to say that a wider education
19 shouldn't bring it in, but science and science classes
20 themselves should not bring in theological ideas
21 including intelligent design.
22   Q   Well, that gets me to what your definition

55

1 of science is. What is it?
2   A   Science is a self-limiting method which
3 seeks to understand natural phenomena at a certain
4 level of observation and understanding, and it's a
5 method which self-consciously leaves out any — any
6 invoking of notions of value, meaning, purpose, God or
7 intelligence and attempts to understand events in
8 terms of their efficient and material causes resorting
9 to hypotheses and theories to make sense of the data
10 that is experienced in any particular field,
11 subjecting these hypotheses and theories to ongoing
12 inquiry and criticism as new data come in from those
13 who are working in the field.
14   Q   That has not always been the definition of
15 science, has it?
16   A   People are free to define terms the way they
17 want to. There are people who talk about, for
18 example, a sacred science. Theology was sometimes
19 referred to as a science from the Latin word scientia,
20 which means knowledge, but increasingly in modern
21 times, since the 17th century, what we refer to as
22 natural science, I think, is pretty close to the

56

1 definition that I just gave.
2   Q   Some philosophers of science say that those
3 kinds of definitions are arbitrary demarcations. Do
4 you know of any of those philosophers of science?
5   A   There are some philosophers of science who
6 are experts in what they call the field of sociology
7 of knowledge which emphasize the historical and
8 cultural and specifically conditioned — culturally
9 conditioned, historically conditioned character of all
10 human knowledge. What these philosophers are saying
11 applies not to science but to any kind of knowledge;
12 that we want to understand the knowing process today,
13 we have to take into account the historical, social,
14 cultural context of knowledge, and that includes the
15 natural sciences.
16   Q   So the way you would distinguish science
17 from not science is the methodological activities?
18   A   We —
19      MR. WILCOX:   May I have it understood
20 that when you are now using the word science you're
21 referring to natural science; you're not referring to
22 social science, economic science?

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

15 (Pages 57 to 60)

57

BY MR. THOMPSON:

2     Q   I'm not sure. I guess that's a part of the
3  point of what is science.
4     A   I'm referring to the natural sciences
5  because that's the issue involved in this particular
6  case. I'm not talking about social sciences.
7     Q   Well, let's go -- let's talk about natural
8  science. What about Larry Laudan; are you familiar
9  with him?
10    A   No.
11    Q   Okay. Science is a search for truth; is
12 that too general?
13    A   That's entirely too general. So is theology
14 a search for truth, so is philosophy a search for
15 truth, so is poetry.
16    Q   Do you agree or disagree with the statement
17 that science is argumentation?
18    A   All of our disciplines flow from what I
19 would call the desire to know, but after we have said
20 that, we have to recognize that the desire to know
21 reality flows down different channels, and one method
22 will leave out things that others bring in.

58

1     One of the characteristics of natural
2  scientific method is that it self-consciously leaves
3  out certain kinds of questions that people ask, such
4  as what is the meaning of my life; why is there
5  anything at all rather than nothing; is there purpose
6  in the universe?
7     Science -- natural science -- and by
8  "science," I mean natural science -- science
9  deliberately and self-consciously, since the 17th
10 century in the case of a vast majority of people who
11 call themselves scientists, has deliberately and
12 self-consciously and methodologically left out certain
13 types of questions which would confuse and interfere
14 with what is specifically scientific method. And one
15 of the things that they leave out is the notion of
16 intelligence as an explanatory category.
17    This is not to deny that intelligence at
18 some level could be brought in in a different kind of
19 search for understanding; for example, I, myself,
20 believe that at a certain level of understanding and
21 inquiry we can and I believe we should appeal to some
22 notion of divine intelligence -- I would prefer to say

59

1  divine wisdom in making the universe the kind of
2  universe that it is, but it is definitely not the
3  business of science itself -- natural science itself
4  to enter into that discussion.
5     Q   But there's some people, let's say, as Bill
6  Dembski and Michael Behe who disagree with that
7  definition of science; is that true?
8     A   Yes, that's because they are seeking to
9  redefine science in what I consider to be a
10 prescientific way. They're conflating science with
11 simple search for truth, and while science is one way
12 of searching for truth, it's not the only way. They
13 are ending up conflating -- by that by which I mean
14 confusing -- a broader quest for truth, which is
15 legitimate, which is something I myself am involved
16 in, with the kind of self-limiting search for truth
17 that's characteristic of scientific method.
18    Q   Can you use a scientific method to prove a
19 scientific method?
20    A   Certainly not. Scientism, which is the
21 belief that science is the only road to truth, is an
22 ideology. It's a belief. It's a belief, moreover,

60

1  which often leads to materialism, which is also a
2  belief, a belief that matter is all there is. Those
3  are ideologies which are not part of science which
4  should not be part of a scientific classroom either.
5     Q   Would it be a fair statement to say, then,
6  the scientific method that you have proposed is also a
7  hypothesis?
8        MR. WILCOX:  Objection. That's so
9  vague. When you say the scientific method that he has
10 proposed, I have no idea what you're --
11       THE WITNESS:  Scientific -- yeah,
12 that's a confusing way to put it.
13 BY MR. THOMPSON:
14    Q   Well, you defined science in a couple of
15 long paragraphs.
16    A   Science is a method which resorts to
17 hypotheses, but you don't identify the method with the
18 hypothesis.
19    Q   Well, again, because there is no scientific
20 way to prove what science is -- what natural science
21 is; is that correct?
22       MR. WILCOX:  Objection.

61

BY MR. THOMPSON:

Q   It's a self-limiting – it's what scientists themselves have decided to limit their inquiry in?

A   The method – the establishment about the rules for science is not itself the product of science, but it's the foundation of science.

Q   Who devised this rule in the first place?

A   The – the rules themselves came from the fruitfulness that resulted from the application of this method starting with people like Galileo who said, let's not use scripture; let's not resort to church authority; let's not resort to aristotelian ideas; let's resort to experiment and see what we can find out about the natural world.

He found out lots of things about the natural world which philosophical, theological and other kinds of religious assumptions had not allowed us to see as clearly, and he set science, therefore, methodologically on a different sort of cognitional foundation from religions and philosophies.

And what we're trying to do and what natural scientists are trying to do to this day is to preserve

62

the purity of that empirical, experiential mode of inquiry that began with Galileo, especially, and earlier on Francis Bacon and others.

Q   Is this the same as methodological materialism?

A   You could say, I think, without objection that science is not only methodologically – I would say physicalist, not materialist, because materialism is a term that is too crude to represent what scientists themselves are finding about the natural world. You could say it's methodologically reductive. You could say it's methodologically, even, atheistic in the sense that it does not allow for the introduction of theological terms, theological explanations in the self-limiting process of looking at the natural world in the manner of scientific method.

Q   Well, I guess the question, then, comes out, if a scientists like Michael Behe finds that this method cannot explain things like the bacterial flagellum, doesn't he have the right to say, well, the hypotheses now has to be something else and develop a

63

theory that will explain some of the complexities of the cellular structure that he examines; doesn't he have a right to do that?

MR. WILCOX:  Objection.

THE WITNESS:  He has the right as a person to widen the field of searching for the intelligibility of the world that he lives in.  He does not have the endorsement of scientific – the scientific community to bring in what most scientists consider to be a theological explanation to questions that still can be addressed and still have a whole future ahead of them in terms of further scientific specification.  To do that as a scientist is objectionable.  To do that as a person I do not consider that objectionable at all.  In fact, I do that myself.

BY MR. THOMPSON:

Q   Well, my question was what he was doing as a scientist.  And I'm saying that he, as a scientist, decided that the theories that science uses, the materialism – natural materialism cannot fully explain the things that he is seeing under the

64

microscope, so he is developing a new definition of science.  As a scientist can he not challenge the hypotheses that the science community has propounded since the 17th century?

A   Everyone is free to define science the way they want to, but the way in which 99 percent, I would say, of the scientific community understands science is violated by his proposal that science itself can resort to the hypothesis of intelligent design. That's not the business of science itself to do that.

As a person, as someone interested in truth, as someone interested in wider explanation, I personally believe that he's certainly justified in doing that, but he's not -- he should not present this as scientific inquiry but as a philosophical and theological inquiry.

Q   What he is looking at, the bacterial flagellum, the cilium and some other -- the eye and saying that this is evidence of design, is he not?

A   Yes.

Q   And because it's evidence of design, there had to be an intelligent designer.  That's his theory.

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

65

1    A    That's his theory.
2    Q    I'm not saying you agree with that.
3    A    It's not a scientific theory, but it's his
4    belief.
5    Q    Now, evolutionists on the other hand will
6    look at it and say, yes, it does have the appearance
7    of design, do they not?
8    A    Evolutionists, many of them, at least, would
9    say that many of the phenomena in life give the
10   appearance of design.
11   Q    But they will say that that design is not
12   by -- not caused by an intelligent designer, but
13   caused by natural selection, will they not?
14   A    Let me make some distinctions here.
15   Q    Okay.
16   A    When they -- when they claim that
17   intelligence or wisdom was not a factor at all,
18   absolutely absent in the bringing about of natural
19   phenomena, that's a philosophical, a quasi-theological
20   statement.  They, too, scientists themselves, in the
21   same way that intelligent design advocates, sometimes
22   slip into philosophical and metaphysical statements.

66

1    There is no basis in science itself for
2    either including or excluding the notion of
3    intelligent design as the ultimate explanation of
4    phenomena.  That's my own opinion.
5    Q    But there are several prominent Darwinists
6    who do say that the total explanation of this item
7    looking like design is natural selection?
8    A    In my book Deeper Than Darwin I take to task
9    not only intelligent design advocates but many of the
10   scientific community who themselves slip into such
11   metaphysical and empirically unsupportable statements
12   as to say that Darwinian mechanisms alone are
13   sufficient to explain totally and exhaustively natural
14   phenomena.  When they say that, my emphasis is that is
15   not a scientific statement but a philosophical or a
16   metaphysical assumption.
17   However, the answer for that is not to
18   propose another ideology, which is what intelligent
19   design does.  When intelligent design -- people talk
20   about balance treatment in the classroom.  What
21   they're trying to balance is one ideology with another
22   that evades the whole discussion of scientific

67

1    explanation, which is the appropriate thing to bring
2    out in scientific classrooms.
3    Q    Why don't you name some of the evolutionists
4    or Darwinists who subscribe to the idea that natural
5    selection explains all?
6    A    Yes, there are many, but the most -- the
7    most well known is Richard Dawkins.  He has quite a
8    few followers in the scientific community; E.O.
9    Wilson, Michael Ruse, Michael Rose.  I think I would
10   say probably, although I can't be sure of this because
11   I haven't read his books, that Nigel Franks might be
12   inclined to that direction.  But, again, I object just
13   as much to the absolutism and metaphysical assumptions
14   of these people because they, too, are leaving science
15   behind when they make these statements.  They're
16   speaking as philosophers.
17   Whenever somebody says that science is the
18   only road to truth, for example, that's a metaphysical
19   statement or it's a belief, not something that's
20   scientifically provable.  Whenever anybody says that
21   Darwinian mechanisms are the sole, final and deepest
22   ultimate explanation of living phenomena, that's not a

68

1    scientific statement.  That's a metaphysical,
2    quasi-religious statement.  That does not belong in
3    the classroom either.
4    Q    If someone says -- or if a book, a biology
5    textbook says that living things develop randomly and
6    by chance, is that a metaphysical statement?
7    A    No.  It could be.  It could be either a
8    metaphysical statement or a scientific statement.
9    When they say this scientifically, what they mean is
10   that there's no observable direction or source of
11   direction of certain phenomena that happen in nature.
12   They are stochastic -- that's S-T-O-C-H-A-S-T-I-C --
13   phenomena or phenomena that occur without any
14   specifiable directionality, intelligent or otherwise.
15   Q    What about if they use the word undirected?
16   A    Undirected is what they mean when they say
17   random, especially in evolutionary theory.
18   Q    Isn't that a statement that there is no God?
19   A    No, not necessarily at all.  It's -- in
20   fact, in my own theology the whole idea of a loving
21   God requires a universe in which accidents are
22   plentiful, and even St. Thomas Aquinas back in the

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

18 (Pages 69 to 72)

69

1 13th century said that from a theological point of
2 view a world without accidents is inconceivable
3 because try to imagine a world without accidents. It
4 would be so frozen, so stiff, so deterministic
5 everything would have been settled from the very
6 beginning. Such a universe would be a puppet in the
7 hands of God rather than a universe distinct from God.
8     So in many ways what we call accidents,
9 random events or philosophically contingent events,
10 these events are completely consistent with the notion
11 of a God who wants the universe to develop into
12 something that can dialogue with God rather than be
13 simply a passive, putty in the hands of the creator.
14     Q   So God would not know what is going to
15 happen?
16     A   It's quite possible that the creator is
17 waiting to be surprised and takes delight in what
18 happens in the universe. This is a theological
19 position that not everybody would accept, but it is
20 one that has been accepted by a number of different
21 theologians.
22     Q   So God can be surprised? Is it -- I mean,

71

1 well, God does control everything, and God's
2 foreknowledge has predestined everything to be what it
3 is.
4     In many ways the encounter with evolutionary
5 thought in the last century and a half has caused a
6 kind of re-thinking on the part of many theologians of
7 what God is, and this is one of the things that I
8 develop in my book God After Darwin.
9     Q   Could you describe the discipline of
10 theology?
11     A   Theology is systematic reflection usually
12 employing philosophical conceptualities to articulate
13 the meaning of religious faith.
14     Q   And when you say systematic theology, is
15 that a subdiscipline in theology or is that just a
16 description in general of theology?
17     A   There is systematic theology. There's
18 practical theology or ethics, and there's historical
19 theology, and there are subdisciplines in those as
20 well. But what ties them all together is they are
21 attempts to understand religion and the object of
22 religious devotion, God, in a way that moves beyond

70

1 it's your theory or your opinion God can be surprised?
2     A   It's not just my opinion. It's a position
3 which has been developed by a number of contemporary
4 theologians including some evangelicals.
5     Q   So the concept or a characteristic of a God
6 as all-knowing is not an adequate explanation, then?
7     A   I haven't denied the existence of an
8 all-knowing God. God knows whatever can be known.
9     Q   But he doesn't know accidents?
10     A   I don't know how deeply you want me to get
11 into theology here, but since you asked me, a God who
12 knows everything, as the medieval theologians would
13 say -- and there was a big discussion of this in the
14 Middle Ages which was never resolved between the
15 Banezians and the Molinists, and finally a pope
16 stepped in and said the Jesuits and Dominicans should
17 stop fighting about this issue.
18     But it was never resolved, and today the
19 discussion that's happening between those that think
20 God knows all, and, therefore, controls everything is
21 inconsistent with the God of love; there are those who
22 say this. And then there are others who say that,

72

1 spontaneous or what we call naive, symbolic or mythic
2 religious understanding.
3     Q   So the issues that get into God, touch upon
4 God, then you would say would be the area that
5 theologians should discuss or should be involved with?
6     A   Not -- not necessarily just theologians.
7 Everyone has the opportunity and the right to reflect
8 on the meaning of the idea of God.
9     Q   I'm talking about the various academic
10 disciplines, though. It seems to me as you discuss
11 what science is and then you discuss what theology is
12 you're trying to make a demarcation --
13     A   No, I --
14     Q   -- that you move from science and you go up
15 so far and then you have to now get into theology.
16     A   One of the things that systematic theology
17 does is lay out or -- good -- what I would consider to
18 be good systematic theology lays out distinctly the
19 way in which theology is different from, say, the
20 natural sciences and philosophy. And the difference
21 consists theologically of the fact that the systematic
22 thought that's involved here goes beyond what can be

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

19 (Pages 73 to 76)

73

1    known by science, and science methodologically
2    speaking does not talk about God. Systematic theology
3    talks about God in a formal sense, and because of that
4    distinction -- it's because of that distinction that I
5    am very sensitive to texts, books, articles by alleged
6    scientists who suddenly slip into a theological mode
7    of discourse that belongs to another discipline.
8        Q  If we had a powerful enough microscope and
9    we looked at the smallest infinitesimal matter and we
10   saw "Made by God" on that matter --
11       A  Uh-huh. Yes.
12       Q  -- would you say scientists have no right to
13   look at that and make a conclusion that this was made
14   by God?
15       A  Your assumption there is, I think, erroneous
16   that by looking at the minutia of nature that we
17   sometimes get down to the fundamental levels; of
18   nature. Some scientists make that same -- have that
19   same assumption, which I think is an erroneous one.
20       You're talking about a kind of physics which
21   isolates the most basic or the most minute aspects of
22   nature, but science is really -- that kind of approach

74

1    actually abstracts from, leaves out all the rest of
2    reality. So it's not even conceivable that that kind
3    of approach would ever find at that level that you're
4    talking about anything that says, "Made by God."
5        Now, it's possible that as you step out of
6    the shoes of strict science as a human being
7    interested in the deeper truths of reality that you
8    will arrive at that conclusion, and I think quite
9    legitimately, but you don't bring in "Made by God"
10   while you're doing science.
11       Q  Well, but that's the question I -- the
12   reason I asked that question is to see how far this
13   demarcation would go, what is science and what is not.
14   When you say it's not conceivable, we don't know what
15   science is going to find out in the next ten years, do
16   we?
17       A  We know this; that science is not wired,
18   let's put it that way, as a detection system. Science
19   is not wired to pick up any signals of transcendence
20   of God. Now, if you want to rewire science to pick
21   that up, what you have done is slipped into theology,
22   and this, I think, is what the intelligent design

75

1    people are doing.
2        Q  So what is the big deal about what is
3    science and what is not? If you're all seeking --
4        A  The big --
5        Q  -- the truth --
6        A  -- deal --
7        Q  If you're all seeking the truth, why do we
8    have to say, well, this is science and this is
9    theology, this is philosophy, this is chemistry?
10       A  The big deal is that science quite rightly
11   seeks to have a future, to have indefinite horizons of
12   exploration ahead of it. This is what excites
13   scientists. This is what gets them up in the morning.
14       To bring in an ultimate explanation, a
15   theological explanation here and now at this moment in
16   the history of scientific inquiry is implicitly to
17   tell the scientists your work is done; we have finally
18   figured out what is the ultimate and final explanation
19   for your study of natural phenomena.
20       And what theology -- what good theology
21   should do is open up and support the scientific search
22   for endless horizons of understanding; for example,

76

1    simply to say that irreducible complexity is caused by
2    an intelligent design has the effect of being what's
3    called a science-stopper. It seems to make irrelevant
4    any further scientific, physical understanding or
5    evolutionary understanding of how these phenomena
6    could have come about.
7        Q  Well, Michael Behe believes in intelligent
8    design yet he continues to do his lab work; isn't that
9    correct? Isn't that right?
10       A  You see, I don't know whether he's doing
11   that or not. I have -- I have the sense that what
12   Behe is doing is implicitly theological when he
13   resorts to the notion of intelligent design, and
14   perhaps that belief, which I think is perhaps
15   ultimately correct that somehow intelligence lies
16   behind the phenomenon, can have the effect of
17   energizing science. So theology, a theological sense
18   that there is some ultimate rationality that
19   undergirds the whole of the natural world, can have,
20   and I think has had, the effect of, in a sense,
21   legitimating the whole scientific enterprise by
22   telling scientist, go for it, there's rationality out

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

20 (Pages 77 to 80)

77

1  there. If a scientist said deep in his gut, there's
2  no rationality out there, then there would be no
3  incentive to seek further clarification of this
4  rationality.
5       My point is not that it's wrong to appeal to
6  the notion of intelligent design or intelligence,
7  rather. I would not say intelligent design. I don't
8  like the term design. It's not wrong, and it's even
9  energizing, I think, to the scientific enterprise to
10  appeal to the notion of intelligence as the ultimate
11  foundation of reality. Again, I would say wisdom
12  rather than intelligence because that opens up the
13  possibility -- the prospect that we can keep on going
14  deeper and deeper into this intelligibility.
15       The problem is that the intelligent design
16  people want to bring that intelligence into science
17  itself rather than making that intelligence the
18  ultimate foundation of reality.
19   Q   Well --
20   A   And that's -- that's why I think it's so
21  important to distinguish between scientific method and
22  systematic theology or theology of any stripe.

78

1    ∴ Q   Intelligent design theorists can conclude
2  there is intelligent design without going into the
3  characteristics of the designer; is that correct?
4       MR. WILCOX: Other than that there's an
5  assumed intelligence?
6       THE WITNESS: Yes. In fact, this is
7  why I think their thought is so theological; they're
8  appealing to something that they can't get their minds
9  around. That's why I call it religious.
10       I define religious in my report in
11  three different ways, and the appeal to intelligence,
12  as your question suggested, is the appeal to something
13  that is indefinable; whereas what science itself tries
14  to do is define causes as much as it possibly can.
15  BY MR. THOMPSON:
16   Q   Well, if a scientist says something is
17  designed -- intelligently designed and that scientist
18  then goes out and figures out what the design is, as
19  Bill Dembski says, then they can do some reverse
20  engineering; is that correct?
21   A   Yes.
22   Q   And then correct whatever flaw they perceive

79

1  in that particular biological structure.
2   A   Well, evolutionists themselves do reverse --.
3       MR. WILCOX: Excuse me. There was no
4  question.
5  BY MR. THOMPSON:
6   Q   Isn't that true?
7       MR. THOMPSON: Thank you.
8       MR. WILCOX: Isn't which true?
9       THE WITNESS: Yes, it's true. They can
10  do reverse engineering, but so also do evolutionary
11  biologists. That's not really controversial in
12  itself.
13       What is controversial is they're taking
14  an assumption which can be the intellectual and
15  cultural context for scientific inquiry -- they're
16  taking their assumption that intelligence or
17  rationality underlies the totality of nature. They're
18  taking that assumption and they're making that part of
19  science rather than foundational to the science.
20  BY MR. THOMPSON:
21   Q   As I recall in your book, I think Deeper
22  Than -- Deeper Than -- Deeper Than Darwin --

80

1   A   Uh-huh.
2   Q   -- you discuss the analogy of reading a --
3  reading Moby Dick?
4   A   Yes.
5   Q   Okay. And you have a monkey try to do it
6  and you have a two-year-old child, a 14-year-old and a
7  mature adult.
8   A   Right.
9   Q   Everyone is reading the same book --
10   A   Right.
11   Q   -- and they're getting different meanings
12  from it --
13   A   Right.
14   Q   -- correct?
15   A   They're reading at different methodological
16  levels.
17   Q   At a different level?
18   A   Uh-huh.
19   Q   And from that I got that, you know, the
20  scientists read the book at a certain level --
21   A   The book of nature.
22   Q   The book of nature at a certain level, and

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

21 (Pages 81 to 84)

**81**

1  . then that's as far as they can go –
2      A  As scientists.
3      Q  – as scientists, and then you go to the
4  next level, which I assume is theology or
5  metaphysical -- metaphysical level?
6      A  Let me just explain that.  In order to move
7  from one level of adequacy -- one reading level to the
8  other, I believe as a theologian that you need to
9  undergo a personal transformation and not just a
10  sharpening of your wits in order to be sensitive to
11  the deepest levels -- what I consider to be the
12  deepest levels of reality, including divine
13  creativity.  But that -- that personal transformation
14  is something that moves you from one level to the
15  other; it's not something that should be brought in as
16  a characteristic at a particular reading level like
17  that of science.
18      Q  And, as I understand, your criticism is that
19  intelligent design theorists bring in the concept of
20  intelligent design too early in the game?
21      A  Yes.  And, in effect, they are saying to
22  their fellow scientists, you should go through the

**82**

1  same kind of personal transformation that led me to
2  the idea, to the belief, that there is some ultimate
3  rationality that underlies this process.  That's not
4  fair to scientists.  Science as science is not in the
5  business of religious conversion.
6      Q  But Michael Behe is looking at the bacterial
7  flagellum and coming to the conclusion that this is a
8  machine that has an intelligent design?
9      A  Yes, he is doing that but --
10      Q  Okay.  So it is not a --.
11      A  But he's doing it -- that is exactly what I
12  mean by a shift from one level of reading to another.
13  Whereas at the level of reading that's appropriate to
14  science, the level of reading of nature, making sense
15  of nature, the kind of personal transformation as a
16  Roman Catholic that allowed Michael Behe so easily to
17  say, and perhaps quite rightly to say, that there's
18  some ultimate rationality that underlies this process,
19  that statement, that process, is not part of science
20  itself.  That's something that's extrascientific.
21      Q  But he is looking at the empirical data.  He
22  is looking at the bacterial flagellum saying that

**83**

1  there are 40 different moving parts and this concept
2  of irreducible complexity could not have been achieved
3  by natural selection.  There would have been no
4  improvement in the bacterial flagellum and its purpose
5  until the whole thing came together at one time.
6  There was not an adaptive process that could have
7  created this.  Isn't that his theory?
8      A  He is making an improper either/or.  He's
9  saying that this phenomenon, this irreducible
10  complexity, came about by intelligent design rather
11  than by natural processes.
12      Q  But that's the point.  He is -- that is his
13  conclusion after looking at the empirical data.  It is
14  not looking at the Bible.
15      A  Right.
16      Q  It is not looking at the magisterium of the
17  church.  It is looking at the bacterial flagellum
18  under a powerful microscope.  Isn't that true?
19      A  He's starting --
20          MR. WILCOX:  Objection.  Isn't which
21  true?
22          MR. THOMPSON:  All of the above.

**84**

1          MR. WILCOX:  Then I object as compound.
2          MR. THOMPSON:  Okay.
3  BY MR. THOMPSON:
4      Q  Isn't it true that he comes to that
5  conclusion by looking at the bacterial flagellum under
6  the microscope?
7      A  Every good theologian, and I'm not saying --
8      Q  Answer the question yes or no.
9          MR. THOMPSON:  Objection.
10          THE WITNESS:  Well, he's starting --
11  yes, he's starting out by observing, but so does
12  theology.
13  BY MR. THOMPSON:
14      Q  Okay.
15      A  Theology starts out by observing empirically
16  certain phenomena, and then it reasons -- in the terms
17  of looking for an ultimate explanation of those
18  phenomena it ultimately concludes that there has to be
19  something extranatural, supernatural, but deeper than
20  nature, to give it full explanation, and that's what
21  Behe is doing.  He's doing theology.
22      Q  He's looking at -- theologians, I don't

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

22 (Pages 85 to 88)

85

1  think, look at the bacterial flagellum, do they?
2      A   Of course we do.
3      Q   You do?
4      A   Natural theology has always looked along
5  with science.  Science can be very helpful to theology
6  in detailing and reading the natural world.
7   .   Q   So when you look at the bacterial
8  flagellum --
9      A   Uh-huh.
10     Q   -- you can come to the conclusion based on
11  the empirical data that this machine could not have
12  been -- could not have been caused by natural
13  selection.
14          MR. WILCOX:  Objection.  There's no
15  question.
16  BY MR. THOMPSON:
17     Q   Is that true?
18     A   Behe has drawn this conclusion.  I would not
19  because I do not make the distinction -- I do not see
20  theology as in competition with science, with natural
21  causes.  In fact, as a theologian I want scientists to
22  push natural explanations as far as they possibly can

86

1  because they don't compete with one another.
2      Q   On the other hand, there are other
3  scientists, other people in the biology field that
4  will say, no, you see this design in this bacterial
5  flagellum, but it's not -- it's merely elusory that
6  this was done by or caused by natural selection; isn't
7  that true?
8          MR. THOMPSON:  I'm sorry.  Could you
9  read that back?  This may not be the question you
10  meant to ask.
11      (The Record was read as requested.)
12          MR. THOMPSON:  Right.
13          THE WITNESS:  That's a very confusing
14  way of putting the question, I think.
15  BY MR. THOMPSON:
16     Q   Simplify it.
17     A   Okay.  As scientists following scientific
18  method they are not permitted methodologically to
19  bring in the notion of divine intelligence or
20  intelligent design as an explanation, as a
21  self-limiting way of looking at natural phenomena.
22  What they are committed to is making sure that we have

87

1  exhausted every possible physical, historical, natural
2  explanation of that phenomena -- for that phenomenon.
3          If they say that scientific method gets us
4  to the ultimate explanation of this phenomenon, then
5  they are making a quasi-theological statement.  They
6  are jumping out of scientific method themselves, as
7  sometimes they do.  That does not give the intelligent
8  design people an excuse to bring in a quasi-religious
9  answer to the question of how to explain that
10  particular phenomenon like the flagellum too soon.  To
11  do so is to cut off that process of indefinitely
12  expanding our natural understanding of phenomena.
13     Q   But the Darwinists say, we have a definition
14  for it; it's natural selection.
15     A   Let me -- let me --
16     Q   Isn't that true?  That's what they say; it's
17  caused --
18     A   Yes.
19     Q   -- by natural selection?
20     A   Yes, and rightly so.  Let me --
21     Q   Let me ask the question and you can answer
22  the next question.  But there's a disagreement between

88

1  Behe and the evolutionists; isn't that true?
2      A   There's a difference between Behe and the
3  evolutionists because Behe is not playing the game of
4  science.  He's slipping into another game.  Let me
5  explain.
6      Q   Well, I want to -- I have a follow-up
7  question.  So you think science is a game?
8      A   I'm using that as a metaphor.  The game is
9  something that has certain rules that one has to
10  follow.
11     Q   Okay.  Where were those rules developed?
12     A   Those rules --
13          MR. WILCOX:  Objection.
14          THE WITNESS:  -- were developed by a
15  historical process of sifting and filtering out ways
16  of learning and ways of discovery that are not
17  fruitful in terms of opening up the universe to deeper
18  and deeper exploration.
19  BY MR. THOMPSON:
20     Q   But there are no -- there's not like the Ten
21  Commandments handed down by some holy scripture that
22  these are the rules that you have to play by, is

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

23 (Pages 89 to 92)

89

1   there?
2   A   No, but there are occasionally philosophers
3   of science who are skilled in science who discuss
4   these rules and who come to a certain sense of what
5   constitutes good science.
6        One philosopher does not always agree with
7   the other, but what most philosophers of science do
8   have in common is that science is not theology and
9   that science has to have an empirical dimension, that
10  is, experiential dimension rooted in our senses and in
11  instruments that refine our sensible awareness; that
12  have to try as far as possible to quantify things
13  mathematically, and good scientists do this and good
14  evolutionists do this, even good social scientists
15  try --
16  Q   Let me stop you right there.  Bill Dembski
17  has attempted to do this with his probabilities.
18  A   Well, you have to have the right balance of
19  empirical observation and mathematical organization.
20  In my opinion you can be a great mathematician without
21  having submitted yourself to the empirical imperative,
22  and I think this is certainly true of all of the

90

1   intelligent design people.
2   Q   What is the empirical imperative?
3   A   To open your senses as much as possible to
4   the data; for example, in evolution.  Evolution is a
5   theory that's made up of a number of observational
6   disciplines such as paleontology; a comparative of
7   that would be biogeographical explorations, genetics,
8   radiometric dating.  All of these are ideas that are
9   found by opening our senses to the full range of the
10  natural world.  And without that empirical element,
11  there would be no basis for evolution, so mathematics
12  is not enough.  But I think Dembski is very good at
13  mathematics, at least my impression is, but like other
14  intelligent design people, he's completely ignored the
15  empirical data that is the basis for evolutionary
16  theory in the scientific community.
17  Q   There are a lot of gaps and problems in
18  Darwin's theory, is there not?
19  A   Every scientific theory, if it's a good
20  scientific theory, leaves itself open to modification
21  and to improvement, and that would certainly be true
22  of Darwinian theory.

91

1   Q   So your answer is, yes, there are gaps and
2   problems in Darwin's Theory of Evolution?
3   A   What do you mean by "gap"?
4   Q   Things that he cannot explain.
5   A   Such as?
6   Q   How life began.
7   A   Can I give an example of --
8   Q   Well, answer my question.
9   A   -- with reference -- there are always things
10  that science has not yet explained.
11  Q   And Darwin's Theory of Evolution has not
12  explained?
13  A   There is much left in the living phenomena
14  of life that needs further explanation beyond what
15  Darwin has taught us.
16  Q   Well, you mentioned paleontology.  Isn't
17  there some problems there between the Cambrian
18  explosion where all at once you see life figures and
19  then disappearance; isn't that a problem for Darwin's
20  theory?
21  A   There are always problems with collecting
22  fossils because only one in, what, 5 billion bones

92

1   ever gets fossilized.  And there are apparently what
2   people call gaps in the fossil record in the sense
3   that one would expect perhaps more transitional forms,
4   but we're filling these in especially --
5   Q   So--
6   A   -- with reference to --
7   Q   So there are gaps --
8        MR. WILCOX: Excuse me.  You're
9   interrupting his answer.
10       MR. THOMPSON: Okay.  I'm sorry.
11  BY MR. THOMPSON:
12  Q   So there are gaps --
13       MR. WILCOX: Would you finish your
14  answer?
15       THE WITNESS: With reference to human
16  phenomena, the gaps have been filled in fairly well.
17  The evolution of humans has been detailed quite well
18  by paleontologists.  Whales, for example, during the
19  Eocene, we're increasingly finding transitional forms
20  there.
21       The problem is that transitional
22  forms -- whenever there is an experimentation with a

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

24 (Pages 93 to 96)

93

1 new kind of phenomenon, such as, for example, a new
2 automobile in human technology, there are only a few,
3 comparatively, attempts at -- at viable, adaptable
4 types of existence, and because of the falsity of data
5 at certain junctures in the fossil record, some
6 people, like the intelligent design people and
7 creationists, draw the conclusion that the Doctrine of
8 Special Creation by God is an alternative to the
9 evolutionary view of things.
10      But you have to remember the Cambrian
11 explosion took place over a period of several million
12 years.
13 BY MR. THOMPSON:
14    Q   Still a short span when you look at the
15 earth as 4 billion years old; is that correct?
16    A   Yes, and the theory of punctuated
17 equilibrium might be one approach to explaining how
18 that works.
19    Q   Well, the theory of punctuated equilibrium
20 is something that really is contrary to what Darwin
21 thought; is that correct?
22    A   Darwin did not, as far as I know, have a

94

1 definitive position on that.  He was aware that the
2 fossil record is spotty, but it was enough -- there
3 was enough directionality there as you move from the
4 lowest levels of fossil record to higher complexity
5 increases.
6    Q   But he thought everything would be very slow
7 and gradual; isn't that correct?
8    A   Right, as all evolutionists do.
9    Q   Right.  But punctuated equilibrium is
10 contrary to that slow and gradual process?
11    A   It's slow -- it's faster, but it's still
12 very slow.  2 million years is a long time.
13    Q   Not when there's 4 billion years; is that
14 correct?
15    A   The development of the human brain from our
16 hominid ancestors took place over a very small period
17 of time, comparatively just several million years.  So
18 there can be kind of runaway processes that do occur
19 at times, but they don't in any way violate the laws
20 of natural selection.
21    Q   Which animal did the humans come from?
22    A   We have a common ancestor.  We did not come

95

1 from any known species, but the primates, chimpanzees,
2 baboons, monkeys and so forth and we have a common
3 ancestor, and the record of that is found in the human
4 genome itself.
5    Q   Who is the common ancestor?
6    A   Who --
7    Q   Yeah, or what.
8    A   -- or what?
9    Q   Yeah.
10    A   Yeah, we haven't found that yet.
11    Q   So that's a weakness in Darwin's theory?
12      MR. WILCOX:  Objection.
13      THE WITNESS:  No, it's not a weakness.
14 BY MR. THOMPSON:
15    Q   So you don't have to explain that?
16    A   We still don't have the answer to the
17 question of how to unify the electromagnetic with
18 weak, strong and gravitational forces either.  That's
19 a weakness you might say in physics, but it's one that
20 opens up the possibility of further specification;
21 likewise, with evolution, evolution is a good science
22 because it's open to further progress in

96

1 understanding.
2    Q   Well, would you say -- if you don't want to
3 use the word weakness, would you say there's a gap in
4 Darwin's theory, then?
5    A   It's -- it's -- I would say -- I wouldn't
6 use the term gap.  I would say it's the knowable
7 unknown that still remains in Darwin's theory.
8    Q   Well, I'm quoting from the biology textbook
9 that the high school students are using in Dover, and
10 it says, Research still debates such important
11 questions as precisely how new species arise and why
12 species become extinct.  There's also uncertainty
13 about how life began.
14      Do you agree with that?
15    A   Yes, oh, of course.
16    Q   Okay.  Does Darwin's theory explain how life
17 came out of matter?
18    A   Darwinian theory doesn't do that, but you
19 can explain biochemically, but you can also explain it
20 at different levels.  I would want to leave room for a
21 theological explanation of life, but, you see, a
22 theological explanation of life does not compete with

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

26 (Pages 101 to 104)

101

1    MR. WILCOX: Objection.
2    THE WITNESS: I don't think so
3  personally, no.
4  BY MR. THOMPSON:
5    Q  Well, isn't it true that the fossil evidence
6  suggests that many of the phyla first appeared without
7  evident precursors over the five to ten million years
8  that we're talking about in the Cambrian rocks?
9    A  Without precursors being detected so far,
10  possibly so.
11    Q  Okay. So that —
12    A  By the way, when you say — could I ask for
13  a clarification?
14    Q  Sure.
15    A  When you say weakness in Darwinian theory,
16  that's a bit vague, too, because what today is known
17  as Darwinian theory is not exactly the same thing as
18  Darwin himself held. There have been a lot of
19  developments in evolutionary theory supported
20  especially by genetics. So when people refer to
21  Darwinian evolution today, they're referring to a much
22  richer understanding of life than Darwin himself had.

102

1    Q  And we'll get into, you know, the full
2  explanation of Darwin's theory, but there is this
3  weakness that we can't find the precursors to the
4  animal phyla that first appeared in the Cambrian
5  rocks; is that correct?
6    A  Again, I would not call that a weakness. I
7  would say that's a territory to be explored.
8    Q  Okay. Is it a gap?
9    A  Every science — every science has a
10  weakness in the sense that no science has ever wrapped
11  up fully and bottled and capped its field of inquiry;
12  it's an ongoing process of specification and detail.
13  And Darwinian theory, like any other scientific
14  theory, has a long way to go in terms of its future
15  discoveries.
16    Q  Well, would you indicate that that's —
17  there's a lack of evidence in that that supports
18  Darwin's theory?
19    A  I would not say evidence. I would say
20  there's room for increasing data. Data is not exactly
21  formally the same thing as evidence.
22    Q  Well, if we're scientists, we have to look

103

1  at the data.
2    A  Right.
3    Q  And the data is missing right now.
4    A  That's — the empirical imperative directs
5  us to look for as much data as we possibly can.
6    Q  And we haven't found the data as it relates
7  to the Cambrian explosion; is that correct?
8    A  We found lots of data that relate to the
9  Cambrian explosion.
10    Q  No. I mean that relate to the precursors to
11  the phyla that were found in the Cambrian explosion.
12    A  Again, I'm — I'm not as much of an expert
13  in this as biologists — formal biologists are, but my
14  own understanding is that there are precursors to the
15  kind of explosion that took place in the Cambrian
16  explosion; although, they were not as explosive, let's
17  say, as you find in the Cambrian explosion. There has
18  been a general directional transformation of living
19  stuff into more and more complex forms of living stuff
20  over the process of 3.8 billion years.
21    Q  And what were the precursors to the Cambrian
22  fauna, then. You say there were. What were they?

104

1    A  I don't recall, but I recall reading
2  recently in some scientific publication that the
3  Cambrian explosion is not an absolute beginning of
4  biological complexity.
5    Q  Do you regard the Cambrian explosion as a
6  challenge to common descent?
7    A  Oh, not at all.
8    Q  When you see so many different phyla all at
9  once appear?
10    A  We might be descendents of one of those
11  phyla without being the descendents of others. But
12  those phyla themselves, you see, were descendents of,
13  ultimately, probably one unicellular form of life that
14  originated as much as 4 billion years ago.
15    Q  Have we found that unicellular form of life?
16    A  You're never going to find it directly
17  because it's gone, but you can reason to it on the
18  basis of our understanding of genetics and metabolism
19  and other kinds of physical processes that have formed
20  the building blocks of living stuff ever since.
21    Q  So you can utilize reason to take the place
22  of actual data?

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

27 (Pages 105 to 108)

105

1    A   In science reason doesn't take the place of
2 data; reason organizes the data into intelligible
3 structures.
4    Q   Okay. So what is wrong with reason
5 organizing the bacterial flagellum into intelligent
6 design?
7    A   Nothing's wrong with that provided you don't
8 call that science. It's more of a theological and
9 philosophical reasoning. There are different levels,
10 as I was explaining to you while ago, of formally
11 structuring data, and the way in which theology and
12 philosophy structure their data in such a way as to
13 constitute material for that kind of discourse is such
14 as to bring in, for example, to use an aristotelian
15 term, notions of formal and final causality that are
16 left out in scientific inquiry.
17    Q   Do you have any idea at all what phyla the
18 octopus belongs to?
19    A   No, I don't.
20    Q   What about the starfish?
21    A   No, I don't know that. I don't have that
22 detailed knowledge of biology.

106

1    Q   Isn't it true that Darwin himself remarked
2 that if it could be demonstrated that some complex
3 structure could not possibly have come about by
4 numerous, successive, slight modifications that his
5 theory would absolutely break down?
6    A   Darwin himself did say that.
7    Q   Yes. And would Michael Behe's description
8 and conclusions relating to the bacterial flagellum
9 then be responsible for the breakdown of Darwin's
10 theory?
11    A   Well, as I said a while ago, Darwinian
12 theory today is not the same thing as Darwin himself
13 thought evolution to be, so let's say evolutionary
14 biology — I would say the flagellum does not cause
15 the breakdown of evolutionary biology.
16    Q   Has there been any explanation in
17 evolutionary biology for the complex — the
18 irreducibly complex bacterial flagellum?
19    MR. WILCOX: Objection.
20    THE WITNESS: A number of biologists
21 have responded to Behe by proposing ways in which
22 these allegedly irreducible phenomena could have

107

1 evolved more gradually, and in most cases, I believe,
2 they performed — the precursors of these allegedly
3 irreducible — irreducibly complex phenomena performed
4 functions that are quite different from and perhaps
5 unrelated to the particular function that the
6 flagellum and its rotary motor perform now.
7 BY MR. THOMPSON:
8    Q   Do you accept those explanations?
9    A   I'm not a scientist, but I want — what I
10 want to accept is the openness of scientific inquiry
11 to push those gradualistic explanations as far as they
12 possibly can go.
13    Now, it should be said that there are other
14 sciences that are supportive of biology that allow for
15 the self-organization of material processes in ways
16 that Darwin and even perhaps some contemporary
17 Darwinian biologists are not fully apprised of.
18 Stuart Kauffman, for example, has written a lot about
19 the self-organizing character of material processes
20 that could perhaps have a subordinate or at least a
21 complementary explanatory role in explaining what Behe
22 refers to as irreducible complexity. But, you see,

108

1 these are scientific ideas, not theological ideas.
2    Q   And they're really just guesses at this
3 point, are they not?
4    A   In studying any historical phenomenon,
5 whether it's human history or natural history, a lot
6 of our present understanding has to be hypothetical.
7    Q   As that also applies to Darwin's Theory of
8 Evolution?
9    A   It applies to every theory including
10 Darwin's Theory of Evolution.
11    Q   I'm trying to find the exact quote, but at
12 some point in your book Deeper Than Darwin you
13 basically criticize the evolutionists — some group of
14 evolutionists who came up with a lot of stories,
15 metaphoric descriptions about particular events which
16 was not truly science. Do you remember that part in
17 the book?
18    A   I don't think I criticized the so-called
19 "just so" stories. I criticized other aspects of
20 evolutionary thought in the wider sense. Evolutionary
21 materialism is really what I criticize, which is not
22 really science but another form of belief system.

109

1  Q  Right. I'll try to find that because it
2  might be in a different article that you wrote.
3      What factors would you consider have to be
4  present for something to be a science?
5  A  There has to be observation -- an
6  observational method which obeys what I called earlier
7  the empirical imperative; to open our minds as far as
8  possible and our senses as far as possible to the
9  world around us, there has to be that. That's not
10  enough by itself. There have to be frameworks for
11  organizing that data into hypotheses and eventually
12  theories. These are conceptual and usually
13  mathematical. And, thirdly, there has to be an
14  obedience to the imperative to be critical; there has
15  to be a willingness to persistently examine whether
16  your hypotheses and theories correspond to the data.
17  So those three ingredients.
18  Q  Okay. Are there any others?
19  A  There are -- there are factors that are
20  present in what I would call a subscientific way that
21  I mentioned earlier. There have to be -- for example,
22  there has to be a belief on the part of the scientist

110

1  that truth is worth seeking. That, again, is not part
2  of science, but it is foundational to science. There
3  has to be, also, a belief that the human mind is of
4  sufficient stature to grasp the truth when it comes
5  across it.
6      These are tacit elements that are present in
7  the actual work of science, underlying the work of
8  science, of which perhaps many scientists themselves
9  are even unaware that they're necessary for the whole
10  process of science to get off the ground.
11  Q  Any other factors?
12  A  For natural science, of course, there has to
13  be the data of the natural world itself, but those are
14  the main ones that I would emphasize.
15  Q  Okay. Is there any concept that you're
16  aware of that requires a majority vote by scientists
17  of what is a scientific theory and what is not?
18  A  I don't think it's -- it has to be a formal
19  vote, but over the years a certain conventional
20  approach develops in such a way that those who become
21  apprenticed to what's called scientific method have to
22  learn. They have to learn -- it's a skill. It's a

111

1  skill that requires a certain asceticism on the part
2  of the human mind that it will refrain from doing
3  certain things or having certain preoccupations while
4  you're doing science.
5      Symbolized by the white coat, we purify our
6  minds of desires for our experiments to conform to
7  what's necessary to get tenure or whatever in the
8  university. We have to learn that skill, and it's --
9  as I say, it's a kind of asceticism, a discipline,
10  that doesn't come automatically but requires a
11  training process within a community which has a
12  certain authority structure to it, not unlike
13  religious communities. In the wide sense there are
14  certain rules that one has to learn and apply, and if
15  one disobeys those rules, then one is not considered
16  part of this community.
17      And one of the rules of this community which
18  we call science is that we should not resort to
19  aristotelian final causes in order to explain things.
20  And it seems that intelligent design people violate
21  those norms, and that's perhaps why they are rightly
22  disciplined, for not conforming to this community's

112

1  skills.
2  Q  When you say "disciplined," what do you mean
3  by that?
4  A  Yeah. Well, you have to purify your mind of
5  tendencies to explain things, for example, in terms of
6  purpose. It's hard to do that, but that's what's
7  required. That's what -- since the beginning of
8  the -- since the middle of the 17th century --
9  Q  I misunderstood, then. I thought they were
10  disciplined in some way by the science community
11  itself?
12  A  By "discipline" I mean a set of standards
13  that don't necessarily come spontaneously to us. I
14  mean, our common sense way of looking at the world is
15  always looking at it for purposes, but science says,
16  let's -- let's -- it's kind of like a game of soccer,
17  you know. You decide when you play soccer, I'm not
18  going to use my hands and I'm going to see what I can
19  accomplish athletically by just using my feet. So
20  science says, now, let's see what we can accomplish
21  here cognitionally by leaving out discussions of
22  purpose, God, intelligence, see what we can find by

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

29 (Pages 113 to 116)

113

1  looking at the natural world in this way.
2     Q   But tomorrow the science community or over a
3  period of time can change those rules; is that
4  correct?
5     A   That would be completely different.  If that
6  happens, it would not be science anymore.  It would be
7  something else.
8     Q   Well, if they say it's science, it's going
9  to be science; right?
10    A   Well, I'm using the term science as I just
11  described it a while ago, and as I've been describing
12  it all morning, as having to conform to what's
13  empirically available.
14    Q   Right.  But these are rules that are
15  man-made; correct?
16    A   To say that they're man-made does not
17  adequately represent these rules.  These rules are —
18  are things that come about as a result of a complexity
19  of the human mind and the structures of the natural
20  world.  So it's not just arbitrary.  It's not just a
21  wild guess.  To say it's just a theory, for example,
22  is to miss the whole point of a scientific theory.

114

1     Q   Well, it's a – well, it is scientific and
2  it is not testable by scientific methods, though?
3         MR. WILCOX:  What's the antecedent of
4  "it"?
5         THE WITNESS:  When you say "it," you
6  mean scientific method is not provable by scientific
7  method?
8  BY MR. THOMPSON:
9     Q   Right.
10    A   Right.  No, it's not.
11    Q   Again, you used the soccer analogy.  If
12  tomorrow you wanted to change the rules of soccer, you
13  can change the rules of soccer; isn't that correct?
14    A   Sure.
15    Q   And you can do the same thing with the rules
16  of science; isn't that correct?
17    A   It would not be called soccer anymore.  It
18  would be called some other sport.
19    Q   Well, it still could be called soccer.
20  You've just changed the rules.
21        MR. WILCOX:  You could —
22  BY MR. THOMPSON:

115

1     Q   Could it not?
2         MR. WILCOX:  You could call it
3  football.
4  BY MR. THOMPSON:
5     Q   Could you not?
6     A   You can change the rules, but since rules
7  specify the identity of a particular game or a
8  particular kind of intellectual inquiry, then if you
9  change the rules of science, for example, to include
10  appeal to the hypothesis of intelligent design, then
11  you've changed the whole definition of science into
12  something that most scientists since the beginning –
13  since the middle of the 17th century would not
14  recognize as science.
15    Q   Okay.  But up to the 17th century scientists
16  thought it was science?
17    A   In the Middle Ages the word scientia was
18  used by people like Thomas Aquinas to refer to the
19  gathering in of understanding about the world in many,
20  many different ways, including theological and
21  philosophical.  But the way the word science has been
22  defined in modern scientific — so-called scientific

116

1  disciplines is such as to leave out things that before
2  the 17th century were considered to be science.  For
3  example, aristotelianism was rampant at the time of
4  Galileo, and Aristotle was interested in learning
5  about the purpose of things.
6         Galileo and Bacon before him had said, okay,
7  it's all right to talk about the purpose of things,
8  but we're going to get this new approach to
9  understanding the world in which we leave out
10  questions about purpose.  For example, Aristotle
11  understood gravity as the desire on the part of the
12  center of the earth for objects.  Desire.  Desire
13  cannot be quantified mathematically, so one of the
14  important things that modern science did was to
15  explain gravity, for example, in terms of a
16  mathematical formula, and that mathematical formula is
17  essential to the discipline of natural science.
18    Q   One of the criteria of science, though, is
19  that it is always tentative; is that correct?
20    A   Yeah, that should be the criterion of
21  religion, theology and all human knowledge.
22    Q   So that conceivably ten years from now the

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

30 (Pages 117 to 120)

**117**

1  idea of science could be totally different; is that a
2  possibility?
3      A   It's possible that people can develop
4  methods of understanding things. For example, in the
5  20th century development an empirical method was
6  developed in philosophy known as phenomenology, and,
7  so, there can be — there's plenty of room for the
8  development of different kinds of method. For
9  example, I, myself, in the book that I'm writing now
10  and in other contexts, have referred to a wider
11  empiricism that goes beyond what science deals with.
12      For example, we all know that we are
13  subjects. Each one of us has an insideness that we
14  experience palpably and immediately. That's part of
15  the natural world, too. But science has deliberately
16  decided that we're not going to talk about
17  subjectivity.
18      Well, they're not going to talk about
19  subjectivity, so let's — what I'm proposing is that
20  there be a wider or more radical kind of empiricism
21  that takes into account data that science
22  methodologically leaves out. But I don't call it

**118**

1  science.
2      Q   Well, I was —
3      A   I call it wider empiricism.
4      Q   Well, it could —
5      A   Out of my respect —
6      Q   Excuse me. Go ahead.
7      A   Out of my respect for the community and
8  tradition of involving several centuries of refining a
9  particular method and referring to it as science, I
10  want to let science be science, but that doesn't mean
11  that science is — is the only way of empirically
12  coming into contact with the natural world.
13      Q   Let me suggest to you that what you said,
14  however, may be the beginning of a new understanding
15  of science; isn't that possible?
16      A   Well, I'm not the vetter of this. I'm
17  following several major philosophers; Teilhard de
18  Chardin, Bernard Lonergan, Henri Bergson, Alfred North
19  Whitehead, all of who are — William James, all of
20  whom have developed a wide empiricism —
21      Q   But that empiricism —
22      A   — but they don't call it science.

**119**

1      Q   Right. But that empiricism will affect the
2  way or could affect the way scientists view science;
3  isn't it true?
4      A   I don't know. I — if it does — if it does
5  lead to something else, I'm not sure that I would call
6  it science, and I'm almost certain that most of the
7  present scientific community would not call it science
8  either.
9      Q   Well, see, at one point, you know, when
10  Darwin came up with his theory, the attack on him was
11  that it was not science; isn't that true?
12      A   Well, some would say that and some still say
13  it.
14      Q   Well, I mean, but at the time his
15  contemporaries attacked him as not being science;
16  isn't that true?
17      A   Some of them did. In fact, his fellow
18  scientists were more critical even than the clergy
19  were toward him.
20      Q   Right. But I — but that proves —
21      A   Some of his fellow scientists, not all of
22  them.

**120**

1      Q   But, see, attack — but history has a way of
2  repeating itself, and it seems that the attack on
3  Darwin as not being science -- Darwin's Theory of
4  Evolution as not being science could be compared to
5  the attack on the intelligent design theorists today
6  who are attacked as not being scientists.
7          MR. WILCOX:  Objection, argumentative.
8          THE WITNESS:  I don't think that's a
9  valid comparison, because as I've been saying all
10  morning, intelligent design people are bringing in
11  kind of explanatory or resorting to a kind of
12  explanatory level or reading level that is
13  inappropriate to what we refer to as natural
14  scientific method. It might be a valid -- it might be
15  a valid approach to appeal to the notion of
16  intelligence at some level in your understanding of
17  phenomena, but that doesn't mean that science itself
18  is going to resort to such a notion because to do so
19  while you're doing science is to close off the road to
20  further naturalistic inquiry.
21  BY MR. THOMPSON:
22      Q   You would agree that on occasion theories

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

31 (Pages 121 to 124)

121

1   which were ridiculed by the contemporary scientists --
2      A   Yes.
3      Q   -- have then developed to be the workable or
4   the explanatory theory later on?
5      A   Yes.
6      Q   Okay.
7      A   Yes.
8      Q   And, so, that just because a particular
9   theory is held by a few or a minority of scientists
10  does not in any way affect the validity of the theory
11  itself --
12     A   That's correct.
13     Q   -- is that true?
14     A   That's correct.  The relativity theory would
15  be a good example.
16     Q   And because of that, do you have any concern
17  that the community of scientists themselves who have
18  vested a lot of their career on the theory of
19  intelligent design may be attacking -- a career on
20  evolution, excuse me, may be attacking the theory of
21  intelligent design for other than pure scientific
22  motives?

122

1      A   A particular scientist as a person can, and,
2   I think, inevitably this has occurred, has attacked
3   intelligent design because of kind of a temperamental
4   opposition to anything that smacks of religion.
5         Richard Dawkins is a good example.  He's
6   constantly attacking certain ideas, not for scientific
7   reasons, but because they don't fit into his world
8   view.  We're all capable of doing that.  But that is,
9   in a sense, to commit the genetic fallacy; that is, to
10  understand things in terms of how they originate
11  rather than in terms of their ostensible, logical
12  veracity.  And, so, the theory of evolution has to be
13  weighted in terms of its intrinsic cognitional
14  explanatory power rather than in terms of why it might
15  appeal to this person or that.  And the same thing
16  would be true of many scientific ideas.  We have to
17  distinguish.
18     Q   And does that also lead to a fair statement
19  that you should not look at the motivation of the
20  scientist but actually the scientific theory that he
21  is or she is espousing?
22     A   Yes, when you're talking about a scientific

123

1   theory, motivation should be bracketed.  When you're
2   talking about theological theories, that's something
3   else.
4      Q   Well, putting it another way, the validity
5   of a scientific theory --
6      A   Right.
7      Q   -- should not be determined by the
8   motivation of a scientist who is proposing that
9   theory; is that correct?
10     A   In the field of science, I would say that
11  that's correct.
12     Q   And, so, some of the anti-intelligent design
13  advocates out there attack the theory of intelligent
14  design based upon the motivation of its proponents
15  rather than the theory itself; do you agree with that?
16     A   I suspect that that's true at times, yes.
17     Q   Well, isn't Barbara Forrest one of them?
18     A   I don't know.  I can't say.
19     Q   Okay.  But in the scientific world or in the
20  academic world, you would want to look at the validity
21  or the invalidity of the theory and not so much as to
22  the person who was advancing the theory.

124

1      A   That's -- I would say that's the -- that's
2   true in the case of science but not necessarily in the
3   case of philosophy and theology.
4      Q   Why do you make that distinction, science
5   versus philosophy and theology?
6      A   Because when you're talking about a world
7   view as distinct from a scientific fact, you're
8   talking about something in which the personal
9   coefficient of that particular world view is
10  inseparable from the world view itself.
11     Q   But I assume even yourself as a theologian
12  attempt to eliminate whatever personal bias or
13  prejudices you may have as you attempt to solve
14  whatever problem you're looking at.
15     A   What you try to eliminate is any theory or
16  any set of ideas which flows from any other desire
17  than the desire to know the truth.
18        We all have desires; desire for pleasure,
19  desire for meaning, desire for power and so forth.  We
20  need to be suspicious of any idea that flows from
21  those particular desires.  But the desire to know is a
22  deeply personal desire, desire to know the truth, and

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

32 (Pages 125 to 128)

125

1  I can't disassociate my -- my own theological view of
2  the world from -- from what is deeply personal to me.
3  Whereas in science, you want to -- as far as possible
4  you want to keep subjectivity and personality out of
5  the method, which is one of the reasons why
6  intelligent design is so problematic, because it's --
7  when you're talking about intelligent design, you're
8  talking about something that is much more deeply
9  personal than, say, the theory of natural selection.
10  Q   Deeply -- well, other than people like
11  Richard Dawkins, would you agree, who --
12  A   Right.
13  Q   -- who has a --
14  A   Well, when Dawkins is doing biology, I have
15  no problem.  When he gets into his polemic against
16  religion, then his personality, his own temperament,
17  his own biography, his own personal bad experiences
18  with religion and so forth, all that all comes to the
19  surface; whereas when he's doing science, he leaves
20  that behind or at least he should leave it behind.
21  Q   There are very few -- strike that.
22      Is there -- can -- can the truth of theology

126

1  contradict the truth of science?
2  A   No, no, just as the water is boiling because
3  I want tea does not contradict the water is boiling
4  because of molecular motion.
5  Q   According to Gould, the philosophical
6  message of Darwinism cannot be disengaged from
7  Darwin's science.  Do you agree with that statement?
8  A   I think I wrote that statement.
9  Q   Yeah.
10  A   Yes.  I do agree with it, yes.
11  Q   Okay.  And, so, even though you want to --
12  A   That's what Gould says.  That's not what I
13  believe.
14  Q   Right.  Yeah.  But even though you believe
15  that the science should be separated from the
16  philosophy --
17  A   Correct.
18  Q   -- many Darwinists don't do that --
19  A   Exactly.
20  Q   -- because they believe it shouldn't be;
21  isn't that correct?
22  A   Some of them do, correct.

127

1  Q   Okay.  Ah, I found the statement I was
2  looking for, and I want to ask you what you mean by
3  this.  Okay.  It's not a verbatim; it's a paraphrase,
4  but -- this is in your book Deeper Than Darwin:  The
5  evolutionary explanation employs a metaphoric and
6  narrative mode of expression not found in physics or
7  biochemistry.  The inevitable fuzziness of their
8  narrative, historical accounts of life can be a source
9  of embarrassment.  At times they apologize for telling
10  evolutionary stories promising us that as their
11  science progresses it will be able to dispense with
12  narrative and embed the information in mathematics.
13  A   That's the --
14  Q   Do you remember that statement?
15  A   Yes, that's the ideal of the evolutionary
16  biologist, but there is a narrative character to it
17  that you don't find in every science.
18  Q   And I think that was the statement that I
19  was -- had in mind when I asked you about
20  evolutionists filling in the gaps with these stories
21  and these narratives promising later on they're going
22  to find the facts.

128

1  A   Well, that they're going to be more precise,
2  yes.
3  Q   Okay.
4  A   Narrativeness is one way of conceptualizing
5  or bringing into coherence a set of data.
6  Q   I looked at that statement and I viewed it
7  as somewhat very critical of these kinds of
8  evolutionists.  Am I wrong in taking it that way?
9  A   No, I'm not critical of that at all.  That's
10  the way evolutionary explanations have always worked,
11  by placing -- by storing it -- by putting it in the
12  narrative context, because evolution, unlike other
13  scientists -- unlike other sciences, is much more
14  concerned with long periods of time in which
15  transformations take place, many others -- some other
16  sciences, like cosmology is, too, but evolution
17  requires deep, deep time, and whenever you're talking
18  about the transition from one stage to another in a
19  temporal process, the mode of discourse that you would
20  resort to has to be somewhat narrative in nature.
21  Q   You use the words "can be a source of
22  embarrassment."  I look at that as sort of a negative

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

33 (Pages 129 to 132)

129

1  connotation.
2      A  Well, there are certain kinds of scientific
3  purists, perhaps, who would find that narrative is --
4  is not enough and that we need to embed the data in
5  mathematical formula. And, indeed, biologists are
6  doing that today, especially in terms of the
7  transition of populations of genes from one generation
8  to the next which can be statistically quantified in
9  certain ways.
10     Q  And the other -- and the other phraseology
11  that again leads me to believe that this was a
12  criticism of evolutionary explanation was the
13  "inevitable fuzziness of their narrative."
14     A  Well, if you place that in the context of
15  Deeper Than Darwin, fuzziness is not necessarily
16  unexplanatory. Fuzziness is the way of admitting at
17  the moment that we need to sharpen our way of thinking
18  but that we can make at least approximate statements
19  about the nature of things, and this approximation --
20  approximation is always part of every science. No
21  science is completely without fuzziness.
22     Q  Okay. Would you consider that a weakness in

130

1  Darwin's theory?
2      A  No, just the opposite. I would say it shows
3  that Darwinian theory has a future, and which if it's
4  not interfered with by such interpositions as
5  intelligent design, will allow further refinement,
6  further specification of what's going on in the
7  future.
8      Q  Would you consider it a gap that still has
9  to be filled?
10     A  Again, I would not use the term gap. I
11  would say it's the unknown knowable or the knowable
12  unknown.
13         MR. WILCOX:  That we just don't know
14  yet.
15  BY MR. THOMPSON:
16     Q  You mean gap?
17     A  Well, I'm using -- I'm using the expression
18  that goes back to the philosophical discourse where
19  people distinguish between learned ignorance and
20  unlearned ignorance. Learned ignorance, the Socratic
21  term, is ignorance that's aware of how much yet there
22  is to be known.

131

1      Q  That's what kind of ignorance?
2      A  Learned ignorance, as it's called.
3      Q  Learned. So you would characterize
4  evolutionary theory as learned ignorance?
5      A  I would say that every good science -- every
6  good scientist has to have a sense of learned
7  ignorance, and it's actually the skill in science
8  itself that shows a particular person who's doing
9  science that there is so much yet that remains to be
10  discovered and known, and Darwin -- Darwinism is no
11  exception to but an exemplification of a general
12  scientific principle that we should approach nature
13  with learned ignorance.
14         MR. WILCOX:  I think the Secretary of
15  Defense could explain this to you pretty well. There
16  are things that we know we don't know.
17         MR. THOMPSON:  Right. You want to take
18  a lunch break?
19         MR. WILCOX:  Sure.
20     (Lunch recess -- 12:03 p.m.)
21     (After lunch recess -- 12:58 p.m.)
22  BY MR. THOMPSON:

132

1      Q  Professor Haught, earlier you had indicated
2  there is a difference between the theory of
3  intelligent design and creationism; is that correct?
4      A  I think so, yes.
5      Q  And what is that difference?
6      A  Well, as I understand it, almost everybody
7  without exception that I've read who calls himself or
8  herself a creationist today in the sense that word is
9  used in the evolution discussion is someone who would
10  interpret the creation stories in the Bible quite
11  literally; whereas not every advocate of intelligent
12  design is a biblical literalist. That's the main
13  distinction that I would point out.
14     Q  So would you give me, please, a definition
15  of creationism in your view, then?
16     A  Well, creationism, as I see it, is an
17  interpretation of nature which takes the biblical
18  sequence of biblical narrative of creation and the
19  sequence of days involved in the creation story as
20  corresponding literally and factually to the way in
21  which the biological record was implemented.
22     Q  In that case is it true that creationists

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

34 (Pages 133 to 136)

133

1  believe that the earth is about 10,000 years old?
2      A   There are young earth creationists and old
3  earth creationists.  The young ones believe 6 to
4  10,000 years as the age of the earth.
5      Q   What do the old earth creationists believe?
6      A   The old earth creationists as far as I know
7  are willing at times to go along with the modern
8  geological estimation of the earth as four and a half
9  billion years old.  What they have in common is the
10 special creation of each species by divine
11 intervention.  The old earth creationists would allow
12 for the special creation as taking place sequentially
13 across time whereas the young earth creationists see
14 the special creation of all species as taking place in
15 the beginning.
16     I recognize that there are many different
17 stripes within the creationist camp.
18     Q   Would another criteria for a creationist be
19 the fact that they believe the earth was created in
20 six days -- six, 24-hour days?
21     A   Some of them would probably believe that,
22 but, again, I think there are probably many different

134

1  varieties of creationists.
2      Q   Is it a criteria of creationists that they
3  refer to the Book of Genesis as the basis of their
4  scientific theories?
5      A   I know of no exceptions to that.
6      Q   So --
7      A   Yes.
8      Q   -- yes?
9      As I understand it, creationists then start
10 with the Book of Genesis and then build their
11 scientific theory upon that sacred scripture?
12     MR. WILCOX:  Objection.
13     THE WITNESS:  There are creationists
14 and there are creation scientists or scientific
15 creationists.  The latter use the Book of Genesis as
16 the criterion by which to judge the validity of any
17 science, so they interpret by superimposing upon the
18 biblical text scientific expectations.  They interpret
19 the biblical text, especially Genesis, as
20 scientifically accurate.
21 BY MR. THOMPSON:
22     Q   And in contrast with intelligent design,

135

1  theorists, they do not build their theory upon holy
2  scripture; is that correct?
3      A   The creationists do build their theory upon
4  scripture.
5      Q   The intelligent design theorists do not?
6      A   The intelligent design theorists, at least
7  some of them -- there are many different types of
8  intelligent design theorists, including creationists,
9  but there are advocates of intelligent design who do
10 not start with scriptural text as the framework for
11 their ideas.
12     Q   In fact, there are atheists who are
13 advocates or who believe in intelligent design?
14     A   I don't know of any.  David Berlinski might
15 be somebody who is taken in by the intelligent design
16 people, but I don't think that he has ever
17 affirmatively declared intelligent design --
18 intelligent design as the foundation of life.
19     Q   What about the philosopher Anthony Flew;
20 wasn't he an atheist?
21     A   Yes, he was an atheist.
22     Q   And then he --

136

1      A   He has recently wondered how biological
2  phenomena could be explained without the complicity of
3  a creator.
4      Q   And he has publicly at least accepted
5  intelligent design theory, has he not?
6      A   I don't think so.  I think he has been more
7  cautious than that.  I think it's more that the
8  intelligent design people have taken him in than he
9  has taken in the intelligent design community.
10     Q   Well, to what degree, then, do you think he
11 has accepted intelligent design theory then?
12     A   I don't know that he's even that familiar
13 with so-called intelligent design theory.  He has
14 spoken just very vaguely about how the complexity in
15 living phenomena seem to him to require some
16 explanation that science, including Darwinian science,
17 has not been able to give.
18     Q   Has he said that that complexity points him
19 to an intelligent design?
20     A   I think the most he would say is that -- as
21 far as I understand the news media and reports about
22 it, I think the most that he has said is that it

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

35 (Pages 137 to 140)

137

1  suggests that something more than just chance and
2  blind, natural processes would have had to bring about
3  the complex living phenomena.
4      Q   And that kind of conclusion is contrary to
5  Darwinian theory, is it not?
6      A   No, I personally do not think so.  I think
7  what he's doing is drawing a philosophical conclusion,
8  and, in fact, he's very close to Darwin in the fact
9  that he appeals to a deistic god, that is, a god who
10 is very remote and who explains the general laws and
11 is somewhat -- something that we have to appeal to to
12 give an ultimate explanation, but it's not the God of
13 Christianity, it's not the God of the Bible that
14 Anthony Flew is referring to here.  It's something
15 very close to what Darwin meant when he referred to
16 the creator.
17         Darwin himself probably never completely
18 gave up a deistic notion of God, that is, a god who
19 creates the universe, creates its fundamental laws but
20 pretty much lets it run on its own.  That's the same
21 kind of god that Anthony Flew is talking about, so
22 it's much closer to Darwin's understanding.

138

1      Q   Would that still be a religious concept?
2      A   Yes, I think it's a religious concept, sure,
3  uh-huh, yes.  And that's why it does not belong in
4  science.
5      Q   Well, maybe I'm interpreting what you said,
6  but basically a deistic concept would mean maybe there
7  was a god that started it all --
8      A   Right.
9      Q   -- sort of a first cause and then let it
10 happen?
11     A   Yes.
12     Q   Isn't that somewhat of the same kind of
13 first cause that Aristotle talked about?
14         MR. WILCOX:  Objection, vague, "isn't
15 that somewhat of the same kind."  Are there any
16 similarities?
17         THE WITNESS:  Well, there are vague
18 similarities.
19 BY MR. THOMPSON:
20     Q   Okay.  Didn't Aristotle talk about the first
21 cause?
22     A   The first cause and the unmoved mover --

139

1      Q   Yes.
2      A   -- who was interested more in contemplating
3  his own glorious, divine essence than actually being
4  involved in the world.
5      Q   Well, isn't that somewhat of the concept
6  that you have of God, that you've explained in your
7  book Deeper Than Darwin?
8      A   No, absolutely not.  The God that I believe
9  in is deeply involved and is cosufferer with life and
10 its struggle throughout the evolutionary process.
11     Q   Does he intervene in the world?
12     A   To use the word intervention is a very, very
13 vague term.  To say that there is divine action and
14 divine influence in the world, I believe so.  But to
15 say that this is of the same kind of causality that
16 science deals with or that intelligent design appeals
17 to, no, that's not what I mean.
18     Q   Well, does your definition of God mean that
19 God is outside of nature?
20     A   I don't say -- use the word "outside."  I
21 would say distinct from nature but intimately involved
22 with nature.  God transcends the world and God is not

140

1  identical with nature, but the God of the Bible, the
2  God that I believe in as a Christian and as a Catholic
3  is deeply involved in nature, and we know this God not
4  as above nature but in and through nature.
5      Q   Does God change the laws of nature?
6      A   When you talk about nature, nature can
7  include many universes other than this one.  That's
8  the natural world, too.  That's become a reasonable
9  hypothesis in contemporary quantum theories of
10 creation.
11         The laws that pertain to those worlds would
12 probably be different from the laws that pertain to
13 ours, so -- and over the course of many, many millions
14 and billions of years, nature itself could possibly
15 alter its habits.  We don't know.  As scientists we
16 deal with such a small cross-section of cosmic
17 history, but we do believe as scientists that the
18 universe -- the present universe adheres to laws or
19 habits, I like to call them, that have been inherent
20 in nature from the beginning.
21     Q   I want to direct your attention to the
22 concept of a scientific theory.  What would be your

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

36 (Pages 141 to 144)

141

1  definition of a scientific theory?
2      A   Scientific theory is a set of concepts that
3  organizes the data of scientific discovery into an
4  intelligible, conceptual framework that can be tested
5  empirically.
6      Q   Would you agree with the statement, and I'm
7  quoting from the policy, a theory is defined as a
8  well-tested explanation that unifies a broad range of
9  observations, end of quote?
10     A   Yes, in general I think I can accept that.
11     Q   Okay.
12     A   But I would only add that it unifies them in
13  such a way as to allow them to be continually tested
14  against empirical data and new data that keeps coming
15  in.
16     Q   Then you would accept the next statement I'm
17  going to read:  Because Darwin's theory is a theory,
18  it continues to be tested as new evidence is
19  discovered.  Do you agree with that statement?
20     A   Yes.
21     Q   Okay.  "A theory is not a fact."  What about
22  that statement?

142

1      A   A theory is a set of insights.  A fact —
2  let me define a fact.  A fact is a product not of
3  seeing but of judging.  The way the mind works is to
4  start with empirically evident data.  Secondly, the
5  way the mind works, including the scientific mind, is
6  to form hypotheses and theories to try to make sense
7  of that data so that we can get insight into that
8  data.
9          But that's not enough for science.  Science
10  has to go and keep testing the theory against the
11  data, and if it finds that the theory corresponds
12  adequately to the data, then science makes the
13  judgment that the theory corresponds to the data and
14  that's a fact.  That's where fact comes in as a
15  product of judgment, not of understanding.
16     Q   Right.  And did you read Behe's report —
17  expert witness report dealing —
18     A   Not.
19     Q   — with —
20     A   — this —
21     Q   — theory?
22     A   Not this — not this particular one unless

143

1  it's a duplication of other things that I've read by
2  him in the past.  (Witness reviews document.)  No, I
3  did not read this particular one.  If this is a new
4  piece, I didn't read it.
5      Q   In his report he indicates that a theory is
6  a singular word applied to a body of multiple,
7  distinct claims — that's the headline.  And then he
8  says, It is critical to realize that in science the
9  word theory in the singular may be applied to a body
10  of multiple, logically separable claims, some of which
11  may turn out to be true and others false.
12         Do you agree or disagree with that
13  statement?
14     A   Yeah.  The only thing I would — yes, the
15  only thing I would add is that he's left out the word
16  empirical and talked about logical.  Science is more
17  than logic.  It's also observation.
18     Q   Okay.  So adding the word observation — the
19  concept of observation, I guess, you would agree with
20  his theory; is that correct?
21     A   Read that again.
22     Q   Okay.  It is critical to realize that in

144

1  science the word theory in the singular may be applied
2  to a body of multiple, logically separable claims,
3  some of which may turn out to be true and others
4  false — and then I'll continue — which can vary
5  widely in the strength of the evidence supporting them
6  and the ease with which they can be tested.
7      A   I'm not comfortable with that.  I'm not
8  comfortable with that, especially with the idea that
9  the elements of a theory are logically — potentially
10  logically inconsistent.
11     Q   You would agree that Darwin's theory has
12  changed over time; is that correct?
13     A   No, I would agree —
14     Q   The concept of Darwin's theory has changed
15  over time?
16     A   Darwin's theory has not changed.  Theories
17  of biological evolution have evolved.  What we refer
18  to today as Darwinian evolution is not exactly the
19  same as Darwin's Theory of Evolution; although, it's
20  in many ways — in many ways it is similar but other
21  things have been added.
22     Q   Right.  He had no concept of genetics at

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

37 (Pages 145 to 148)

145

1   that time?

2     A  He had no concept of how inheritance takes

3   place.

4     Q  Correct.

5     A  He had his ideas about it, but the ideas

6   have turned out to be wrong.

7     Q  So at one point, going back to Darwin's

8   time, although he had this theory, part of it proved

9   to be wrong?

10     A  The part that has -- the theory has an

11   element of how descent inheritance takes place, and it

12   has an element of what the mechanisms of change over

13   time are. The mechanisms of change over time have not

14   been altered. They've been enhanced, actually, by new

15   discoveries. But the actual -- his ideas on how

16   descent takes place and his notion of inheritance has

17   evolved.

18     Q  You have eluded to various aspects of what

19   we call Darwin's Theory of Evolution, and according to

20   Meyer's report, he cites that Ernst Mayr --

21         MR. WILCOX: I'm sorry. You're

22   referring to whose report?

146

1   BY MR. THOMPSON:

2     Q  Behe's report, expert report. But he cites

3   Ernst Mayr --

4     A  It's Mayr.

5     Q  -- M-A-Y-R -- Mayr?

6     A  Ernst Mayr.

7     Q  Okay. He claims -- who was an evolutionist

8   who claimed that what is commonly called Darwin's

9   theory actually contains at least five distinct

10   claims. Are you familiar with his --

11     A  I've read that, but I can't -- I can't list

12   the five elements at this moment.

13     Q  Okay. Let me read them for you and see if

14   you agree or disagree with them.

15     A  Okay.

16     Q  The five separate claims as -- one,

17   Evolution as such: This is a theory that the world is

18   not constant nor recently created nor perpetually

19   cycling but rather is steadily changing and the

20   organisms are transformed in time.

21     A  Yes, I agree with that.

22     Q  You agree with that?

147

1     A  Yeah.

2     Q  The second separate claim of so-called

3   Darwin's theory is common descent. This is the theory

4   that every group of organisms descended from a common

5   ancestor and that all groups of organisms, including

6   animals, plants and microorganisms, ultimately go back

7   to a single origin of life on earth.

8         Do you accept that as another claim?

9     A  I accept that. Although I'm not absolutely

10   certain about that, I can accept that.

11     Q  Okay. This is what Ernst Mayr was saying --

12     A  Right, right, right.

13     Q  -- as to what the five different claims are

14   under Darwin's theory.

15         And then the third one is, Multiplication of

16   species: This theory explains the origin of the

17   enormous organic diversity. It postulates that

18   species multiply either by splitting into daughter

19   species or by budding, that is, by the establishment

20   of geographically isolated founder populations that

21   evolve into new species; is that --

22     A  I agree with that with the proviso that

148

1   there may be other mechanisms involved in

2   diversification that he's not mentioned here.

3     Q  Okay. And the fourth claim -- separate

4   claim under Darwin's theory is gradualism. According

5   to this theory, evolutionary change takes place

6   through the gradual change of populations and not by

7   the sudden -- I can't -- salta --

8     A  Saltation.

9     Q  -- saltational production of new individuals

10   that represent a new type.

11         Do you agree with that claim?

12     A  Yes, in general. Gradualism simply means

13   change over time, and saltationism refers to almost

14   magical or miraculous transformations that don't

15   require long periods of time. There's an old saying

16   that nature does not like leaps, natura non fecit

17   saltum.

18     Q  Your Catholic upbringing is coming out.

19     A  My Italian pronunciation of Latin, natura no

20   fecit saltum.

21     Q  And the fifth claim is the claim of natural

22   selection. According to this theory evolutionary

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

38 (Pages 149 to 152)

149

1 change comes about through the abundant production of
2 genetic variation in every generation. The relatively
3 few individuals who survive, owing to a particularly
4 well-adapted combination of inheritable characters,
5 give rise to the next generation.
6     A   Yes.
7     Q   Do you agree --
8     A   Yes.
9     Q   -- that is a claim --
10    A   Yes.
11    Q   -- under Darwin's --
12    A   Yes.
13    Q   -- Theory of Evolution?
14    A   Yes.
15    Q   And do you also understand that advocates of
16 intelligent design, like Michael Behe, only focus
17 their attention on the fifth claim, and that is the
18 claim of natural selection.
19    A   That's not accurate. There are intelligent
20 design advocates such as Jonathan Wells who deny
21 common descent, also.
22    Q   Correct. That's why I mention Michael Behe.

150

1 Are you familiar with the idea that Michael Behe does
2 not have any problem with common descent --
3     A   Right.
4     Q   -- but he --
5     A   Or so he says.
6     Q   Right. And he says his theory of
7 intelligent design only is critical of the natural
8 selection aspect of Darwin's theory. Is that a
9 correct statement?
10    A   I believe so. That certainly sounds --
11 sounds characteristic of Behe's approach.
12    Q   And I think you raise a good point when you
13 say there is some that don't believe in that, and I
14 guess one of the issues for us lawyers is how do we
15 define these various camps, because within the camp,
16 there are many variations --
17    A   That's right.
18    Q   -- on the issues that are at stake here.
19    A   Yes.
20    Q   Is there a way that you would define these
21 camps that would be more intelligible for us?
22    A   Well, the -- the thing that's important for

151

1 this case to keep in mind -- and this is something
2 that they all agree with -- is that, scientifically
3 speaking, natural selection and any other Darwinian
4 factors involved in life are not adequate to explain
5 the design in living things, and I think that's really
6 the important point to focus on.
7         And my point has been that, scientifically
8 speaking, natural selection Darwinian explanations are
9 quite enough, but that theologically speaking there's
10 room to look at deeper levels of explanation than any
11 science is able to explore.
12    Q   What is the distinction between Darwinism
13 and neo-Darwinism?
14    A   As I understand it, Darwinism is a view that
15 natural selection of undirected variations is the
16 mechanism of -- is the explanation of living
17 phenomena, but there are differences in the Darwinian
18 camp as to how deeply explanatory natural selection
19 is.
20         For example, Stephen J. Gould argues that
21 there are random or contingent events that occur in
22 natural history such as the meteorite impact that

152

1 wiped out the dinosaurs 65 million years ago opening
2 up niches for mammalian development that are also
3 necessary to talk about when we try to explain the
4 diversity of life that we have today so that natural
5 selection even for Gould is not enough. And he refers
6 to people like Richard Dawkins as hyper-Darwinists
7 because they want to explain all characteristics of
8 living beings in terms of their adaptive function that
9 they performed at one time or another.
10         So your -- your -- I haven't finished
11 answering your -- your question --
12    Q   Go ahead.
13    A   -- again was?
14    Q   How can we -- the distinction between
15 Darwinism --
16    A   Oh, and --
17    Q   -- neo --
18    A   -- neo-Darwinism.
19    Q   -- Darwinism. Yeah.
20    A   Okay. The distinction is that neo-Darwinism
21 is a term used to refer to what's called the modern
22 synthesis; the Darwinian recipe for evolution and our

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

39 (Pages 153 to 156)

153

1  modern understanding of the gene as the unit of
2  inheritance. It's called neo-Darwinism because Darwin
3  himself knew nothing about genes as the unit of
4  inheritance. That was the idea that Gregor Mendel and
5  then subsequently the history of the science and
6  genetics brought to the surface.
7        And as a result of that, Darwinism, which
8  sort of went into a kind of eclipse at the beginning
9  of the 20th century, came back stronger than ever
10 because we found the mechanism of change, the gene and
11 the mutations of genes as the raw material, if you
12 will, for evolutionary diversity.
13       Q   When you say Darwinism went into an eclipse,
14 what do you mean by that?
15       A   There -- because it didn't have a good
16 explanation of heredity at the beginning of the 20th
17 century, scientists were looking for other ways of
18 explaining diversification of life across time. Some
19 were experimenting with Lamarckianism, and vitalism,
20 too, was something that crept into some scientific
21 ideas. Vitalism is the view that some special
22 extranatural or supernatural force has to enter into

154

1  the universe to elevate inanimate matter to the level
2  of living stuff.
3        So that was kind of, I think, an
4  illegitimate appeal to philosophy and science itself.
5        Q   Which brings back the question, science has
6  never figured out how life came out of nonlife; is
7  that correct?
8        A   The details of how that occurred have yet to
9  be worked out. In fact, there's much more -- we know
10 more about the origin of the universe than we do about
11 the specifics of the origin of life, but my point is
12 that we should leave plenty of room for purely
13 naturalistic explanations of that event as well,
14 because in my view of layered explanation, if we find
15 that life can be explained chemically or
16 thermodynamically or astrophysically, that does not
17 compete with, that does not interfere with a
18 theological affirmation that life came about because
19 of the creativity of God.
20       Q   I think at one point you indicated that
21 Darwin or Darwin's Theory of Evolution changed
22 people's concept of God.

155

1        A   Any science can change people's concept of
2  God. Copernicus changed our concept of God.
3        Q   What about you personally?
4        A   Yes, I'm -- I'm not a flat earther.
5  Copernicus has changed my understanding of God. But
6  personally my immersion in evolutionary theory has had
7  the effect of allowing me to think of God in what I
8  would say is a much more biblical way than I did
9  before I encountered Darwinism or before I studied it
10 in depth.
11       Q   There are some creationists, in quotes, that
12 will say that there can be no compatibility with
13 Darwin's theory in any concept of God. Did you
14 understand that?
15       A   Yes.
16       Q   And there are some Darwinists who say the
17 same thing, that there can't be any compatibility
18 between Darwin's Theory of Evolution and God?
19       A   But they're saying that not as Darwinian
20 scientists; they're saying this as Darwinian
21 materialists or Darwinian naturalists, that is,
22 philosophically. They jump from science to

156

1  philosophy.
2        Q   But it's the logical conclusion of their
3  scientific beliefs?
4        A   It's not, no. It's not at all because I
5  have the same scientific beliefs as they do -- or I
6  shouldn't say beliefs -- the same scientific
7  understanding of the natural process as they do. It's
8  just that my layered understanding of explanation,
9  which they don't have, allows me to affirm the science
10 fully and at the same time allows me to believe in
11 every item of the Nicene Creed the way other
12 Christians do.
13       Q   But in some logical process, even though you
14 say it's no longer science but theology or metaphysics
15 or religion, they come to the conclusion that Darwin's
16 Theory of Evolution or neo-Darwinism excludes God?
17       A   They do, but that -- you have to explore
18 what they mean by God, and what they mean by God is at
19 least this idea of some sort of designing engineer,
20 which I don't think is the biblical understanding of
21 God.
22       And, so, it's because they can't reconcile

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

40 (Pages 157 to 160)

157

1  Darwinism or evolutionary biology with a specific
2  notion of God as intelligent engineering -- and they
3  use terms like engineering and design -- that they
4  reject the evolutionary view of things, just as there
5  are some -- in fact, many evolutionists who reject the
6  idea of God because they have exactly the same concept
7  of God as their intelligent design and creationist
8  opponents do.  In fact, many, many evolutionary
9  biologists are still creationists at heart in their
10  understanding of ultimate reality.
11     Q   But have you heard the accusation against --
12  I think it's Ken Miller, the biology textbook writer,
13  that he is a creationist at heart?
14     A   Creationist can mean a lot of things.
15  Anybody who believes in a creator god could be called
16  in a broad sense a creationist, and sometimes that
17  label is thrown at people in such a fashion, but
18  creationist in the sense that it is used in this
19  controversy over Darwin means something quite
20  different.
21     Creationists in this sense do share the
22  belief of all theists that there is a divine creator,

158

1  but then after that they go on to take the story of
2  creation in the Bible as literally true, and Ken
3  Miller would never do anything like that.
4     Q   Right.  Is there a difference between
5  Darwin's Theory of Evolution and evolution?
6     A   Sure.
7     Q   What is the difference?
8     A   That Darwin's Theory of Evolution is a way
9  of organizing the information that leads us to
10  recognize that there is change -- cumulative change
11  over time.
12     Q   Would you agree that even most intelligent
13  design theorists would agree with evolution if we're
14  only talking about change over time?
15     MR. WILCOX: Objection.
16     THE WITNESS: I'm not sure that even
17  all of them would, but many of them do, yes.
18  BY MR. THOMPSON:
19     Q   According to Behe and Dembski, the issue
20  that they're addressing is not the issue of change
21  over time --
22     A   Right.

159

1     Q   -- is that correct?
2     A   In the case of those two, that's true.
3     Q   Yeah.  Okay.  And that gets back to how
4  difficult it is trying to focus on what is intelligent
5  design and the big tent that it has and also the big
6  tent that Darwin's Theory of Evolution has.
7     MR. WILCOX:  To the extent that that
8  might be construed as a question, I object to it.
9     MR. THOMPSON:  We're just having a
10  pleasant conversation here.
11  BY MR. THOMPSON
12     Q   I'm going to return to your expert opinion
13  report.  In your expert opinion report, Exhibit 2, you
14  define religion.  Do you see that?
15     A   Yes.
16     Q   Actually you have a few definitions of
17  religion there, and I'm not sure --
18     A   Three.
19     Q   Three definitions of religion.  Which
20  definition of religion do you base your opinion on?
21     A   Well, the third definition of religion
22  includes the first two, but the first two do not

160

1  necessarily include the third.  That's why I make
2  these distinctions.  So that the first, Surrender
3  one's mind and heart to whatever is considered to be
4  of ultimate importance, yes, I accept that, but I
5  would specify it by numbers two and three, that
6  ultimate reality is also a great mystery which enfolds
7  us and grasps hold of us more than we grasp hold of
8  it.  And, thirdly, I would attribute to that mystery
9  the characteristics that are represented by the
10  biblical tradition as God who makes promises and who
11  is personal and intelligent.  That's where the word
12  intelligent comes in.  Intelligence is a
13  characteristic of persons.  That's where we first
14  experience it.
15     Q   Have any other theologians accepted your
16  definitions of religion?
17     A   It's not so much that they've accepted mine
18  but I have summarized theirs.
19     Q   Okay.  So when you talk about intelligent
20  design as being religious, it is falling into one of
21  these --
22     A   All three --

161

1   Q   -- definitions?
2   A   All three definitions. It's religions in
3   all three senses of the term.
4   Q   And your three definitions of religion is
5   the basis for you to conclude that intelligent design
6   is religious; is that correct?
7   A   It's -- it's a -- an abstract sketch of my
8   reasons for concluding that intelligent design is
9   religious, yes.
10  Q   I'm not sure I understand. What does
11  "abstract sketch" mean?
12  A   Well, by that I mean it's a quick and dirty
13  summary of much -- what I can -- what I would hope
14  would be a much deeper understanding of religion than
15  I'm able to present in one paragraph.
16  Q   Well, does intelligent design in any way
17  discuss the characteristics of God?
18  A   The intelligent design --
19  Q   Theory.
20  A   -- as used by Behe and Dembski?
21  Q   Yeah.
22  A   It refrains from talking about specific

162

1   characteristics of God other than the notion of an
2   ultimate intelligence that underlies the process of
3   life.
4   Q   You know, it's interesting. They talk about
5   intelligent cause or intelligent agency in many of
6   their descriptions.
7   A   Uh-huh.
8   Q   Have you read that?
9   A   Yeah.
10  Q   Could it be that this intelligent cause or
11  intelligent agency is nothing but some matter that we
12  haven't yet discovered?
13  A   It could not be for them because they have
14  rejected materialism which is what you've just
15  defined. Materialism is the view that matter is all
16  there is; that matter is the mother of all things.
17  The word matter -- matter comes from mater, which
18  means mother. They reject materialism, so they would
19  themselves reject that idea.
20  Q   But in looking at the same kind of growth of
21  Darwin's theory to present day, they may not have
22  discovered that particular intelligent matter that

163

1   organizes these things; isn't that true?
2   A   No. Intelligent design -- the word --
3   intelligence itself is a concept that requires
4   explanation. So to appeal to something as an
5   explanation without giving an explanation of it itself
6   scientifically is circuitous. It begs the question
7   from a scientific point of view.
8   Q   See, the reason I raise that is because I
9   think you talk about genes having this -- almost
10  mind-like characteristics of surviving.
11  A   Yes.
12  Q   Of making sure --
13  A   I don't talk about genes that way.
14  Darwinians talk about genes in that way, and I take
15  the Darwinians to task for projecting subjectivity
16  into what should function as purely objective,
17  subjectless entities as far as science is concerned.
18  So they themselves are violating principle of science
19  when they do that.
20  Q   Keeping in mind that their -- you know,
21  their great dislike for the theory of intelligent
22  design, yet they are postulating some matter that

164

1   basically has a mind of its own.
2   A   Not only that, they are projecting
3   purposiveness into the natural world when science
4   itself, methodologically, tells us to leave out
5   purposiveness.
6   Q   What does that mean, purposiveness?
7   A   Having a goal in mind; teleology it's
8   called. Matt Ridley, for example, says, yes, we're
9   using teleological language. My view is that they are
10  just as much in violation of scientific method as are
11  the intelligent design people.
12      Now, the Darwinians specify that they're
13  talking only figuratively and allegorically or
14  metaphorically but that they don't literally mean that
15  there's intelligence involved here. But they often,
16  nonetheless, give the impression that there is
17  something intelligent at work. But that's something
18  they, themselves, are often embarrassed at, and
19  they -- the purists among them would not speak in
20  language like that, so I'm just talking about some
21  Darwinians.
22  Q   But the point is they're describing a

165

1   particular action in terms of intelligence.
2       A   Yes, they're using the -- our own experience
3   of intelligent purposiveness as a kind of verbal and
4   metaphorical framework or idea, rather, to try to get
5   across a particular point. And the particular point
6   is this: The particular point is that the unit of
7   selection in evolution is not the organism or the
8   group but it's pools of genes.
9       When Dawkins, for example, in the selfish
10  gene and Matt Ridley and others talking about genes
11  striving to get into the next generation, if they were
12  here, they would say we don't literally mean that;
13  that there's anything intelligent going on here. It's
14  a purely blind process, and it's just a figurative and
15  imprecise way of speaking. But I take them to task
16  for their imprecision just as I take -- I try to be
17  consistent here -- I take to task the intelligent
18  design people for injecting something subjective
19  into --
20      Q   Because there's a commonality there, isn't
21  there, between intelligent design theorists and those
22  kind of --

166

1       A   There's a --
2       Q   -- Darwinian --
3       A   There's a loose kind of --
4       Q   -- people --
5       A   -- acknowledge --
6       (The Reporter asks for clarification.)
7   BY MR. THOMPSON:
8       Q   There's a commonality between the thinking
9   of the intelligent design theorist and the Darwinist
10  who use those kinds of words like "striving" when
11  they're describing genes in that they're using human
12  terms that we can understand to describe something
13  that's going on.
14      MR. WILCOX:   Objection.
15      THE WITNESS:   Science cannot avoid
16  using terms -- even the term energy, mass, motion,
17  force -- force, for example, gravity, these are all
18  terms that come from human experience; gravitas is the
19  Latin for experience of heaviness. That human
20  experience was used by physics to refer to a specific
21  characteristic of nature and the tendency of bodies to
22  attract one another.

167

1       But that's not the important thing in
2   science. Science as a language always has terms that
3   come from human experience. The important thing for
4   science is to be able to quantify and measure
5   processes as much as possible. The imprecise language
6   that Dawkins and others use is a way of -- it's a
7   pedagogical device used to get us to think about
8   nature in a particular way.
9       But if you press them on this -- here's
10  the difference. If you press them on the issue of do
11  you really mean -- do you really believe that there
12  are subjects there that are striving actually to get
13  into a natural world, they would back off. If you
14  press the intelligent design people, do you really
15  believe there's something intelligent going on here,
16  that there's some sort of intelligent design going on
17  here, they would not back off.
18  BY MR. THOMPSON:
19      Q   And that might be true, but -- but what
20  you're -- what you're seeing as far as intelligent --
21  molecular structures that look intelligently designed
22  is some machine-like quality, are you not?

168

1       A   Yes, and even the Darwinians will admit that
2   there's a machine-like characteristic.
3       Q   Right. And, so, the intelligent designers
4   are using terms that we would normally associate with
5   putting a machine together; correct?
6       A   Yes, but --
7       Q   In fact -- in fact, Francis Crick
8   continually said, quote, Biologists must constantly
9   keep in mind that what they see was not designed but
10  rather evolved, end quote. Why was he saying that?
11      MR. WILCOX:   Objection. You said he
12  continuously was saying that. I'm not sure what you
13  mean by that.
14  BY MR. THOMPSON:
15      Q   We know he said it once.
16      A   Well, what he's doing is what every good
17  scientist would do at that point, and that's to allow
18  as much as possible for naturalistic explanations and
19  not resort to miraculous interventions when there's
20  still plenty of room for natural explanation.
21      Q   Michael Behe would claim that he kept on
22  saying that because they had to remind biologists that

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

43 (Pages 169 to 172)

169

1  what looked designed was not, in fact, designed; is
2  that correct?
3      A   That was not designed purposively by an
4  intelligent agent.
5      Q   Yes.  In fact, have you heard this or seen
6  this statement by Bill Gates that talks about the DNA
7  molecule being more sophisticated than any kind of
8  program that his people have ever been able to design?
9      A   Yes, by which he means high information
10 content in a DNA molecule.
11     Q   Right.  And isn't that one of the basis for
12 Bill Dembski's whole structure of the inference of
13 design, the high information content?  He goes through
14 a -- a screening process which I don't understand.
15 You probably do better than I do.
16     A   Yeah, it's the filter as he calls it --
17     Q   Right.
18     A   -- the -- the filter of inference; if
19 something can't be explained by chance, then it has to
20 be by law.
21     Q   Right.  And he places that in his book
22 called Design by Inference.  I don't know if you've

170

1  read that.  Have you read that book?
2      A   Not -- I'm not sure whether I've read that
3  one.  I've read parts of Mere Creation and other
4  things that he's written, but I have read essays --
5  for example, he has an essay in a book that I have an
6  essay in called Debating Design, and I believe he
7  talks about the explanatory filter there, but he talks
8  about it in a number of places as well.
9      Q   And this explanatory filter is something
10 that he's replicated that other mathematicians can
11 check --
12     A   Right.
13     Q   -- is that correct?
14     A   Yes.  And the point of it is to emphasize
15 the informational character of life, but even the most
16 hard-core Darwinians agree there is an informational
17 aspect to life.  The question is how to go back
18 explaining it, and my impression is that biology --
19 most biologists -- in fact, almost all of them would
20 say, let's see if we can't get a purely natural
21 explanation for information before we jump to the idea
22 of intelligent design.

171

1      And the natural explanation seems to many of
2  them to be quite obvious; that the informational
3  sequence of letters and the code, the A, T, C and G,
4  the components that make up the nucleotides, that that
5  specific sequence is itself the result of a filtering
6  process that took place naturally over the course of
7  many, many millions of years in which unviable
8  sequences -- informational sequences were not selected
9  for survival and reproduction.  And my own view is
10 that let's take -- let's allow -- as a theologian,
11 let's allow naturalistic explanations to be carried as
12 far as they possibly can and bring in theology at some
13 completely different level of explanation.
14     Q   But don't you believe that Dembski's
15 mathematical test of probabilities where he takes for
16 granted the earth being 4 billion years old and
17 through some mathematical formula comes to the
18 conclusion that the probabilities are so astronomical
19 that these various molecular machines would have been
20 formed by chance that it's virtually impossible?  Now,
21 that's a scientific -- would you consider that a
22 scientific concern?

172

1      A   No, that's a philosophical conclusion.  All
2  science can do is detail the material and efficient
3  causes that produce a particular outcome to make the
4  leap to -- to say, for example, that this
5  improbability requires some explanation that
6  scientists don't ordinarily deal with could be quite
7  legitimate as a claim, but not as a scientific claim.
8      Q   But it -- he doesn't have to make a
9  theological claim when he concludes that it is
10 improbable that a particular molecular structure
11 occurred by natural selection.  That's a scientific
12 claim, is it not?
13     A   I wouldn't classify that particular
14 inference as a scientific one.
15     Q   Is it a theo --
16     A   It's --
17     Q   Excuse me.  Go ahead.
18     A   It's metaphysical or implicitly
19 metaphysical.  It's a view of reality.  It's a world
20 view that's implied in that statement, and that world
21 view is one that says ultimately we need an
22 intelligent explanation for phenomena.

173

1    Now, there's a sense in which my own world
2 view -- theological world view would say that
3 ultimately we do need an explanation for certain
4 constraints within which natural processes work, but I
5 don't want anyone to misconstrue my statement that
6 there is as a scientific statement. I want that to be
7 understood to be a theological and/or philosophical
8 inference rather than a scientific one that goes
9 outside the bound of scientific method.
10    Q   We were talking about intelligent design
11 being religious and falling within your three
12 definitions of religion in your expert report.
13    A   Yes.
14    Q   I think we discussed the fact that
15 intelligent design theorists do not necessarily
16 ascribe to any particular characteristic of the
17 intelligent designer; is that correct?
18    A   Of God you mean?
19    Q   Well --
20    A   That's what you said earlier.
21    Q   It may be God. Okay. Let's change it to
22 the intelligent designer.

174

1    A   The word itself -- the term itself
2 inevitably logically entails certain characteristics;
3 intelligence and the capacity to design purposively.
4 So, yes, it does entail specific characteristics that
5 we normally have associated with the deity.
6    Q   Well, didn't Crick talk about some
7 extraterrestrial salting the earth?
8    A   But they're purely natural. The panspermia
9 theory is not in any way a theological theory. It's
10 an attempt to explain approximately how life could
11 have taken place on earth and still leaves open the
12 question, well, how did the first living cells become
13 seeded the earth become part of the natural world.
14 And a good scientist would try as hard as possible to
15 explain such an event if it is conceivable in chemical
16 terms or thermodynamical terms or astrophysical terms,
17 but not in theological terms.
18    Q   Yeah, but Crick wasn't developing it in
19 theological terms.
20    A   No. Right.
21    Q   You were just saying that some
22 extraplanetary --

175

1    A   Yeah, he was trying to trace --
2    Q   -- individual --
3    A   -- possible cause and effect relationships
4 back to a wider context than origin of life studies
5 that he usually deals with.
6    Q   The other -- so that the intelligent
7 designer could be God, a concept of God, or it could
8 be some other extraterrestrial being?
9    A   Well, it wouldn't be a concept of God. A
10 concept of God is not an agent. It could be an
11 intelligent design suggests -- the term itself
12 suggests what God has always meant in western
13 philosophy and theology. That's why I say it's
14 irremediably religious and theological.
15    Q   That was -- one definition was the western
16 concept of God, but your other definitions were a
17 little more vague than that.
18    A   Yes, there can be -- even belief that matter
19 is all there is -- fits my first definition of
20 religion, and that's why, as I've been saying all day,
21 I'm opposed to any science or -- scientist or science
22 teacher making statements to the effect that matter is

176

1 all there is or even saying that Darwinian
2 explanations are the ultimate explanation of design.
3 I object to that because those two are statements that
4 refer implicitly to some ultimate level of reality.
5 Science doesn't deal with ultimate realities. It
6 deals with proximate causes.
7    Q   Going further along this line of thought
8 about what is religion and referring it to intelligent
9 design, you would agree with me, will you not, that
10 intelligent design does not have moral code; is that
11 correct?
12    A   Not directly, but indirectly, yes.
13 Indirectly it's telling us that, in effect, the good
14 life would consist of conformity to intelligent
15 design; that we would make our lives ordinary and
16 purposive, so implicitly any statement about ultimate
17 reality there are implicit -- there's an implicit
18 basis for ethics or kind of ethics.
19    Q   But not one of the intelligent design
20 theorists has actually come out with a written moral
21 code saying this is what we believe; is that correct?
22    A   As far as I know, they have not explicitly

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

45 (Pages 177 to 180)

177

1   drawn out the implications of their appeal to
2   intelligent design, and I'm not saying that they have.
3   All I'm saying is that there are implicitly ethical
4   implications in any world view.
5       Q   Well, that's the same -- that holds true
6   also for the theory of evolution; isn't that correct?
7       A   No, because I don't consider the theory of
8   evolution a statement about the ultimate character of
9   reality. The theory of evolution is a scientific
10  theory, and science abstracts from, leaves out,
11  considerations of ultimate explanations and of
12  purpose.
13      If you find an evolutionary biologist saying
14  that evolution is the ultimate context for our
15  self-understanding and our existence, yes, there are
16  ethical implications there, radical ethical
17  implications. But that is not science; that's
18  philosophy; that's a religion almost.
19      Q   Well, if you accept it as some Darwinists
20  believe that we are here as a result of natural
21  selection, okay, and that entails the survival of the
22  fittest, isn't there the same kind of implicit moral

178

1   code being advanced by that concept?
2       A   Not at all. In fact, Stephen J. Gould
3   himself says that Darwin has liberated us from ever
4   having to search for our basis for morality in the
5   natural world. I don't happen to agree with that, but
6   to answer your question, it's not at all inevitable.
7       It's correct, I think, to say that we are
8   the outcome of natural selection just as it's correct
9   to say that the water is boiling because of molecular
10  motion of H2O. You could add to that to explain our
11  existence other deep things are going on in reality
12  that science cannot even touch upon and science should
13  leave out. So when Darwinians make Darwinism into
14  their ultimate world view -- and, in fact, many of
15  them do -- there are ethical implications which
16  deserve our -- our deepest suspicion.
17      Q   You use the word ethical. What about
18  religious implications?
19      A   Well, religion in the first sense of the
20  term is what they're giving us. They are -- it's
21  characteristic of the human person, of human life, to
22  look for some ultimate context in which to situate our

179

1   thought and our lives. Some Darwinians have done that
2   by making Darwinian explanations the ultimate context
3   of their lives, and, so, yes, there are ethical
4   implications that flow from that. But I think that --
5   that that's -- again, it's a confusion of religion
6   with science.
7       Q   Is there a sacred scripture that intelligent
8   design theorists refer to?
9       A   Not directly as far as I know; at least I
10  hope they don't.
11      Q   Do they have a particular liturgy?
12      A   Do they have a particular liturgy? I've
13  been at some of their meetings where things go on that
14  don't go on anywhere else where there's an appeal to
15  certain authority figures that -- that they consider
16  to be almost saints in their collection of heroic
17  figures.
18      Q   Who would they be?
19      A   I would -- I would think Michael Polanyi for
20  Dembski, for example, has been appealed to; although,
21  as someone who's imitated Polanyi, I think Polanyi
22  would turn over in his grave that -- being appealed to

180

1   as an authority in this area. But implicitly --
2   implicitly they're appealing to a whole tradition of
3   natural theology as the framework of their whole
4   movement, and that would include people like William
5   Paley and Thomas Aquinas. Aristotle, Thomas Aquinas,
6   these are names that come up often in their discourse.
7       Q   But they wouldn't hold the same status,
8   would they, as, say, a priest in the Catholic church?
9       A   Oh, I think so, yes. More so. I don't know
10  of too many Catholic intelligent design experts. Behe
11  is the only one I really know of.
12      Q   What about -- ............
13          MR. WILCOX:  Any question that begins
14  "what about" I'm probably going to object to.
15          MR. THOMPSON:  Okay. It's just a
16  conversation.
17  BY MR. THOMPSON:
18      Q   Do the intelligent design theorists have a
19  text that is similar to the Bible?
20      A   Possibly, but I couldn't specify it. Maybe
21  if I had more time to think about it there might be
22  one that keeps coming up.

181

1    Q   Do they have holidays -- do intelligent
2  design theorists have holidays?
3    A   No.
4    Q   If you --
5    A   Incidentally, I don't characterize -- I
6  never have characterized the intelligent design
7  movement as a religion. All I've said is that the
8  appeal to the notion of intelligent design is
9  nonscientific and religious in nature.
10   Q   If you had such concerns about the validity
11 of the theories that Behe expounds in Darwin's Black
12 Box, why would you make your students familiar with
13 it?
14   A   It's part of the task of an educator to
15 expose students to the fullest range of positions on
16 issues as possible. In my teaching I never directly
17 come out in defense of any position. I leave that to
18 the students to decide which is the most appropriate
19 position. I do include my own as one, but only one of
20 many possible positions the students could have. And
21 when I grade their exams, I grade them not on the
22 position that they hold but on how fair they are in

182

1  their exposition of the full spectrum.
2    Q   Now, I had asked you earlier if you had read
3  the total policy of the Dover School District as it is
4  stated in the biology curriculum press release, and
5  you indicated you had not.
6    A   I don't think that I have.
7    Q   Okay.
8    A   I might have, but I don't know that I have.
9    Q   Okay. And then I think you were reading it
10 during one of the breaks. That's Exhibit Number 3.
11   A   I read part of it during a break.
12   Q   Right. What I would like you to do right
13 now, Professor, is go through the statement that was
14 to be read to the students just before the -- the
15 ninth grade biology students just before they were to
16 take up the section on evolution, and then I'm going
17 to ask you some questions about that statement.
18   A   Where is it?
19   Q   It starts right at the bottom of this
20 (indicating) page starting with, "The Pennsylvania
21 academic standards require," and then it goes on to
22 the next page.

183

1    A   (Witness reviews document.) Okay.
2    Q   Okay. Keeping in mind that this statement
3  is read to ninth grade biology students just before
4  they begin their section in the biology textbook on
5  evolution, I'm going to ask you sentence by sentence
6  whether you believe that those statements are true or
7  false or objectionable in any way. The first
8  statement is, The Pennsylvania academic standards
9  require students to learn about Darwin's Theory of
10 Evolution and eventually to take a standardized test
11 of which evolution is a part.
12       Do you have any problem with that statement?
13   A   No.
14   Q   Okay. The next paragraph, Because Darwin's
15 theory is a theory, it continues to be tested as new
16 evidence is discovered.
17       Do you have any problems with that
18 statement?
19   A   Yes. The implication is that it's just a
20 theory, and that's not stated explicitly, but that, in
21 light of the whole testimony of the whole document, is
22 objectionable because we should never say just a

184

1  theory. We should understand a theory as an honest
2  attempt to organize information.
3    Q   Well, there is no word "just" in that
4  sentence.
5    A   I understand that, but --
6    Q   You've added "just."
7    A   I think that's implied there in the context
8  of the whole discussion.
9    Q   Well, I'm talking about just this paragraph
10 now. The students are not going to be conversant with
11 our discussion.
12   A   All right. If it's meant literally, yes, I
13 can accept that.
14   Q   Okay. Then the next sentence says, The
15 theory is not a fact.
16       Do you have any problem with that statement?
17   A   I do because, once again, the statement
18 itself shows a kind of misunderstanding of what the
19 nature of theory is and what a fact is.
20   Q   Let me go further and see if that clarifies
21 that issue. "Gaps in the theory exist for which there
22 is no evidence." Is that an appropriate statement?

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

47 (Pages 185 to 188)

**185**

1    A    That's an entirely inappropriate statement.
2    It's fuzzy. It's logically problematic. Gap is not
3    defined. Gap as the statement goes on turns out to be
4    not a gap in science but a gap between two levels of
5    understanding.
6        Q    So you do not believe there are any gaps in
7    the theory for which there is no evidence?
8        A    That's what we've been saying all morning.
9    I don't like to use the term gap. There's a whole --
10   there's a whole lot more that we need to know about
11   nature than what we actually know.
12       Q    A theory -- the next sentence, A theory is
13   defined as a well-tested explanation that unifies a
14   broad range of observations.
15       Do you have any problem with that?
16       A    I can go along with that.
17       Q    Okay. Well, does that sentence itself,
18   then, remove the concerns that you have over the use
19   of the word "theory" in the first two sentences?
20       A    Not entirely because of this, what follows,
21   and we have to put these sentences in context. We
22   can't just take them as atoms isolated from their

**186**

1    environment.
2        The statement goes on to present intelligent
3    design as a theory on the same intellectual or logical
4    plain as an alternative to Darwinian theory. And what
5    I've been saying all day is that they're not on the
6    same playing field; they're not playing the same game
7    by the same rules.
8        Intelligent design is a concept that belongs
9    at the level of metaphysics, religion or philosophy,
10   but not at the level of science. And the implication
11   of the whole paragraph is students should be exposed
12   to alternatives to Darwinian theory. Alternatives --
13   what kind of alternatives? Do they mean alternatives
14   in the area of religion and philosophy or general
15   world view? Are they implying the students should be
16   exposed to a world view other than that that's
17   maintained by materialist Darwinians? See, it's very,
18   very vague and very tendentious. If they understand
19   the intelligent design as an alternative to Darwinian
20   science, then I deeply object to that.
21       Q    The next statement on the second page,
22   Intelligent design is an explanation of the origin of

**187**

1    life that differs from Darwin's view.
2        Is that acceptable?
3        A    Yeah, it differs in the same way that -- to
4    use my example explaining the pot boiling as the
5    consequence of my wanting tea differs from explaining
6    it in terms of molecular motion.
7        Now, what the statement is implying is that
8    we should collapse those explanatory levels down to
9    one playing field, as it were, so that intelligent
10   design can be presented as an alternative to
11   scientific theory. It's an alternative level of
12   explanation. It's not an alternative -- a legitimate
13   alternative to scientific theory.
14       Q    The next -- the next sentence is, The
15   reference book, Of Pandas and People, is available for
16   students who might be interested in gaining an
17   understanding of what intelligent design actually
18   involves.
19       Do you have any problems with that sentence?
20       A    If it were not given in the context of a
21   scientific classroom, I would say that it is important
22   for the education of all of us, including students, to

**188**

1    explore the different levels of understanding that are
2    available to the human mind. I do object to the
3    implication that it should be presented to the
4    students as an alternative to evolutionary biology.
5        Q    And then it goes on in the next paragraph,
6    With respect to any theory, students are encouraged to
7    keep an open mind.
8        Do you have any problems with that
9    statement?
10       A    No.
11       Q    Next sentence, The school leaves the
12   discussion of origins of life to individual students
13   and their families.
14       Do you have any objection to that?
15       A    Yes, most families are not qualified, don't
16   have members of families who are qualified to discuss
17   questions relating to the scientific, chemical,
18   physical, astrophysical, thermodynamic understandings
19   of how physical processes take place, so I do object
20   to that.
21       Q    Okay. As a standards-driven district --
22   next sentence, As a standards-driven district, class

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

48 (Pages 189 to 192)

189

1 instruction focuses on preparing students to achieve
2 proficiency on a standards-based assessment.
3     Do you have any problems with that?
4     A  No.
5     Q  Okay.  Understanding that that -- what we've
6 just gone through is the sentence -- is the
7 paragraph -- the four paragraphs that are read to
8 students, do have you any opinion regarding the
9 appropriateness of that paragraph being read to ninth
10 grade biology students at the beginning of the
11 evolution class?
12     A  Yes, I object to that because of the reasons
13 that I've just detailed in your previous trail of
14 questions.
15     Q  Okay.  Then the part of the policy which
16 goes on -- it's not a part of what is read to the
17 students -- is as follows:  The foregoing statements
18 were developed to provide a balanced view and not to
19 teach or present religious beliefs.
20     A  Problematic for this reason:  When people
21 write the -- use the expression "balanced view," they
22 are often confusing different levels of explanation

190

1 being balanced against each other rather than two
2 different scientific theories at the level of
3 scientific explanation being balanced against each
4 other.
5     If there is a legitimate alternative in --
6 within the field of science alone to the Darwinian
7 explanations of life -- and there are post-Darwinian
8 evolutionary accounts that somehow want to modify the
9 Darwinian theory -- I have no objection to balanced
10 treatment at that level.  But what the intelligent
11 design community usually means by balanced treatment
12 is to balance the implicit secularism and naturalism
13 that they see in biological expressions with an
14 alternative to that.  And the alternative to one
15 metaphysical world view is another metaphysical world
16 view; that's the logical alternative.
17     What they're doing is trying to say that
18 intelligent design fits into the category of science;
19 therefore, we can balance it with the Darwinian view.
20 But if intelligent design, as I've been maintaining,
21 is something that pertains more to world view,
22 theology and religion, then to use the term "balance"

191

1 is illogical as I've stated in my reasons for
2 objecting to the intelligent design approach.
3     Q  Then the statement goes on, which is part of
4 the policy, The superintendent, Dr. Richard Nilsen,
5 has directed that no teacher will teach intelligent
6 design, creationism or present his or her or the
7 board's religious beliefs.
8     Do you have any problem with that, that
9 statement?
10     A  Not as such.
11     Q  Much of your criticism of the policy
12 statement, the statement that was read to the
13 students, deals with your criticism of intelligent
14 design as not being scientific in nature; is that
15 correct?
16     A  Right.
17     Q  Okay.  But you'll agree that there are
18 people who say -- such as Behe and Dembski and Stephen
19 Meyer who will say that it is scientific?
20     A  Yes, I know that.
21     Q  Okay.  Now, the question -- and if that is
22 the case, why would you expect school districts to

192

1 have to take sides on this controversial issue?
2     MR. WILCOX:  Objection.
3     THE WITNESS:  I don't know that I do
4 expect school boards even to get involved in this.
5 What school boards should be doing is making sure that
6 in science classes students are limiting -- teachers
7 are limiting themselves to what is scientifically
8 knowable and that they are making sure the students do
9 not confuse scientific questions with ultimate
10 questions.
11 BY MR. THOMPSON:
12     Q  First of all, you agree that this is a
13 controversy, do you not?
14     A  The controversy over intelligent design,
15 yes, it's a controversy.
16     Q  Yes, it's a controversy between intelligent
17 design and Darwinian evolutionists, is it not?
18     A  It's -- logically speaking that's comparing
19 apples to oranges in my view.  What is the controversy
20 consists of the fact that the intelligent design
21 people are trying to wedge -- to use their own term --
22 to wedge what is a -- what I consider to be a

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

49 (Pages 193 to 196)

193

1  theological world view into the same explanatory slot
2  that is occupied by, and legitimately occupied by,
3  people practicing scientific method, so that's where
4  the controversy lies.
5      Q   Well, I've been attending a lot of debates,
6  and there are scientists debating with scientists over
7  intelligent design and evolution.
8          MR. WILCOX: Objection.
9          THE WITNESS: Well --
10         MR. WILCOX: There's no question. He
11  hasn't asked a question.
12  BY MR. THOMPSON:
13      Q   Do you agree with that?
14         MR. WILCOX: That you attended those
15  debates. Why don't you start over and why not use the
16  way lawyers and witnesses usually interact, by asking
17  questions and he provides answers.
18         MR. THOMPSON: Well, I apologize. I
19  believe we're having a conversation, but --
20         MR. WILCOX: Well, we're --
21         MR. THOMPSON: -- for the --
22         MR. WILCOX: -- not having --

194

1          MR. THOMPSON: -- Record --
2          MR. WILCOX: -- a conversation.
3          MR. THOMPSON: For the Record --
4          MR. WILCOX: We have a court reporter
5  here. This is a -- you have subpoenaed the witness to
6  be here. This is not just a conversation and don't
7  pretend it is.
8  BY MR. THOMPSON:
9      Q   Is it true --
10         MR. WILCOX: That would be disingenuous
11  of you.
12         MR. THOMPSON: Well, now you're looking
13  at my motivation.
14  BY MR. THOMPSON:
15      Q   Is it true that this dispute involves the
16  scientific community, "this dispute" being intelligent
17  design versus Darwin's Theory of Evolution?
18      A   Yes, scientists do not want intelligent
19  design presented as scientific idea.
20      Q   And some scientists support the theory of
21  intelligent design; is that true?
22      A   They do so, but they do so as persons who

195

1  are inclined to conflate world view with scientific
2  method.
3      Q   Michael Behe in his book does not talk about
4  theology; is that correct?
5      A   I think toward the end he does make some
6  quasi-theological statements.
7      Q   Isn't it true that he talks about the
8  bacterial flagellum, the cilium, the blood clotting?
9      A   Yes.
10     Q   All in scientific terms; is that correct?
11     A   Up to a point, but there is a point where he
12  becomes nonscientific, and that's in his appeal to
13  intelligent design.
14     Q   And that's your opinion; is that correct?
15     A   Of course it's my opinion.
16     Q   Okay.
17         MR. WILCOX: That's why he's here.
18  BY MR. THOMPSON:
19     Q   And your opinion may not carry the kind of
20  weight that you would hope the school board would give
21  it; is that correct?
22     A   Quite possibly so.

196

1      Q   Have you ever dealt with a local school
2  district?
3      A   Not at the -- not at the level of the school
4  board, no.
5      Q   Okay. Have you ever helped a school board
6  devise a policy dealing with curriculum?
7      A   No.
8      Q   Do you have any problem with school board
9  members determining the curriculum of a school -- of a
10  public high school?
11     A   You mean as a general practice in this
12  country?
13     Q   Yes.
14     A   Not as such, no.
15     Q   Okay. Do you --
16     A   Not necessarily, I should say.
17     Q   Okay. Do you believe that school board
18  members have to have some high degree of scientific
19  sophistication to determine what the policy should be
20  on, let's say, the biology curriculum in the high
21  school?
22     A   I believe that there should be at least some

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

50 (Pages 197 to 200)

197

1 members of school boards who know -- who have
2 expertise in -- in what scientific method is. That
3 would be my ideal. I wouldn't demand it of everybody,
4 but I think at least one or two members should be
5 scientifically sophisticated.
6    Q   Do you know what kind of requirements there
7 are to become a member of the Dover High School -- the
8 Dover School District School Board?
9    A   No, not specifically. No.
10   Q   Do you know if any of those requirements
11 involve some kind of sophistication in scientific
12 theory?
13   A   No, I do not know.
14   Q   And you're aware that the textbook that the
15 school -- ninth grade school students study was Ken
16 Miller's textbook in biology?
17   A   I wasn't completely aware of that; although,
18 earlier when you were talking about textbooks, it
19 occurred to me that maybe that was Ken Miller's.
20   Q   Okay. And Ken Miller is a respected
21 biologist; is that correct?
22   A   Yes.

198

1    Q   And, therefore, the section on evolution
2 that involves several chapters is in some way tainted
3 by this one-minute statement; is that your opinion?
4    A   By which one-minute statement?
5    Q   The statement that was read to the students
6 contained in Exhibit 3.
7    A   That his biology textbook is tainted? I
8 don't understand.
9    Q   The students reading three chapters --
10 there's at least three chapters in the textbook that
11 relate to Darwin's Theory of Evolution.
12   A   Right.
13   Q   The students study those three chapters.
14   A   Right.
15   Q   Is it your opinion that by reading this
16 four-paragraph statement contained in Exhibit 3 that
17 the students' knowledge of evolution would be tainted?
18   A   Would be tainted if what?
19   Q   If these four paragraphs were read.
20   A   Were read to them?
21   Q   Yes, at the beginning of the biology course.
22       MR. WILCOX: You keep going back and

199

1 forth. Before you were saying at the beginning of the
2 unit of evolution, and now you're saying --
3       MR. THOMPSON: Yes, yes, on the unit on
4 evolution.
5       THE WITNESS: It's possible that a very
6 sharp student -- although I'm not sure how many at
7 that level would be that sharp -- would be able to
8 read between the lines the way I have and would give
9 less stature to evolutionary biology than if the text
10 were not read to them. It's possible, yes.
11 BY MR. THOMPSON:
12   Q   From the comments that you've made
13 throughout the deposition, it seems that Darwin's
14 Theory of Evolution is the only theory dealing with
15 the origin of species that must be accepted by the
16 public school system?
17   A   Forever?
18   Q   Right now.
19       MR. WILCOX: Objection. Go ahead.
20       THE WITNESS: I would say that the --
21 that right now because of the wide scientific
22 consensus that accepts the basic Darwinian

200

1 interpretation of evolution that it would be a great
2 deprivation of students' education if that fact were
3 not pointed out to them. At the same time, if they
4 are properly instructed in scientific method, which
5 they should be, they should realize that every
6 scientific theory is open to modification in the light
7 of new data; that they should keep an open mind about
8 that possibility, but that open-mindedness in the
9 scientific classroom should not be extended toward the
10 controversy over different world views.
11 BY MR. THOMPSON:
12   Q   So you believe that this controversy between
13 intelligent design and evolutionists is really not a
14 scientific controversy at all but a controversy
15 between belief systems?
16   A   It's essentially that, yes, and my writing
17 God After Darwin and Deeper Than Darwin have pointed
18 that out time and again, that the controversy has to
19 do with clashes in basically religions in the first
20 sense of the term as I defined it.
21   Q   And that because prominent Darwinists today
22 are basically atheist and tie the theory of Darwinism

201

1  to their world view philosophy, that students in the
2  ninth grade should be subjected to that world view
3  without the counter-viewpoint?
4      MR. WILCOX:  Objection.
5  BY MR. THOMPSON:
6      Q  Is that the question -- I mean, is that the
7  answer?
8      A  Everything that I've said today would say
9  no; that what students in the ninth grade should be
10  exposed to is not world views at all. If, in fact,
11  there are science teachers who are implicitly
12  embedding scientific information in a materialist or
13  atheistic world view, that is just as objectionable,
14  I've been saying all along, as embedding scientific
15  information in the theory of intelligent design.
16      Now, if these students were in a parochial
17  school where their parents are sending them to be
18  educated into a particular view of the world, then
19  these things could be pointed out, but even there not
20  in the science class but in some other educational
21  setting ideally.
22      Q  So you would have no objection if

202

1  intelligent design was taught in a comparative
2  religion class?
3      A  Well, in private schools --
4      Q  No, in public schools.
5      A  In private schools, even though I disagree
6  with creationism, as an American citizen I think
7  private Christian schools have every right to teach
8  creationism even though I think it's wrong. And I
9  suspect most scientists would agree with that, also.
10      But in public schools where we have to make
11  sure that we don't cross the separation of state and
12  religion, in order to ensure we don't cross those
13  lines, we have to be especially careful not to present
14  science packaged in any religious blanket, whether
15  that be materialism, as you pointed out before, or
16  intelligent design.
17      Q  In the beginning of your expert report --
18  I'm going to the expert report now. In the beginning
19  of your expert report you say, My general opinion
20  regarding the case mentioned above is that the
21  plaintiffs are entirely justified in stating the
22  effect of the intelligent design policy adopted by the

203

1  Dover School Board's October 18 resolution will be to
2  compel public school teachers to present to their
3  students --
4      MR. WILCOX:  You left out the word
5  science.  Did you mean to?
6      MR. THOMPSON:  Public school science
7  teachers.  Did I miss the word science?
8  BY MR. THOMPSON:
9      Q  -- teachers to present their students in
10  biology class information that is inherently
11  religious, not scientific in nature.
12      A  Right.
13      Q  Did you get that?
14      A  Yes.
15      Q  Okay.  When you say "the plaintiffs are
16  entirely justified," upon what basis are you using the
17  word justified?
18      A  Justified by law as well as by good critical
19  thinking.
20      Q  Well, what law are you referring to?
21      A  I'm referring to the -- the laws or the
22  Constitution that sets up our country in such a way as

204

1  to not allow religion and religious ideas to -- to
2  underlie public policy.
3      Q  So that your understanding of the law is
4  that religious ideas cannot underlie public policy?
5      A  That they -- that the law should not be used
6  as an instrument for a particular religious group.
7      Q  That's a little different from what you just
8  said a minute ago; is that right?
9      A  Permit me the clarification.
10      Q  Yes, sure.  So it is -- you indicated it's
11  justified by law, and what was the other thing?
12      A  By critical thinking which recognizes the
13  distinction between different approaches to truth.
14      Q  Well, critical thinking was one of the
15  reasons why you had your students become familiar with
16  Darwin's Black Box; isn't that correct?
17      A  Yes, but I did that in the theology class,
18  not in the science class, not in a public school
19  science class.
20      Q  But the idea of critical thinking --
21      A  Oh, of course.  Of course.  Yes, there
22  should be settings in which people are allowed to

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

52 (Pages 205 to 208)

205

1   learn the difference between different approaches.
2       Q   And, in fact, isn't it true that if the
3   students were presented with a controversy between
4   Darwin's Theory of Evolution and the theory of
5   intelligent design, it would make them more interested
6   in the whole subject matter?
7           MR. WILCOX:  Objection.
8   BY MR. THOMPSON:
9       Q   Do you believe that?
10          MR. WILCOX:  Objection.
11          THE WITNESS:  Provided that, again,
12  you're forgetting the distinctions that I made already
13  today that logically speaking the controversy cannot
14  be between intelligent design and Darwinian theory.
15  It can be between intelligent design and a world view
16  that takes Darwinian theory to the ultimate
17  explanation.
18  BY MR. THOMPSON:
19      Q   But what if the teacher basically said,
20  there's Darwin's Theory of Evolution, and you explain
21  that theory of evolution.  There's this other group of
22  scientists today that think there is an alternative

206

1   theory called intelligent design, and it may be a
2   scientific theory or it may be a religious theory, and
3   I want you to give me your viewpoint and the basis for
4   that viewpoint.
5           Isn't that what education is all about?
6       A   That might be a good question for my
7   students in my class on science and religion, but it's
8   an inappropriate question to pose to students in a
9   science class in a high school.  It's just going to
10  confuse things.
11      Q   You don't think that they are mature enough
12  to make distinctions?
13      A   If there were a separate kind of educational
14  situation or structure that could allow students to
15  see the difference between different levels of
16  explanation, that would be ideal and there would be
17  room for that in public school education, too.  I
18  think teaching the controversy is something that might
19  be appropriate in a high school context, but not in a
20  science class as such.
21      Q   Just the idea of presenting the controversy,
22  regardless of how you feel about it, wouldn't that

207

1   make for a more interesting science class?
2           MR. WILCOX:  Objection.
3           THE WITNESS:  No, not science class.
4   It would make a good question for civics class,
5   perhaps, or social science class; that would be a
6   reasonably good discussion perhaps to have at that
7   level.
8           But any time you -- you deal with that,
9   especially with ninth grade students, at that level by
10  letting them even suspect that intelligent design is a
11  logical alternative to Darwinian theories of life,
12  that's just going to cause unnecessary confusion, and
13  it's going to end up having those who are inclined
14  toward intelligent design -- it's going to close their
15  minds to developing a good scientific understanding of
16  life.
17  BY MR. THOMPSON:
18      Q   Well, would you agree that a ninth grade
19  biology class is not to teach students to become
20  scientists?
21      A   Well, I'm not sure that that's an accurate
22  way of putting things.  A lot of scientists have been

208

1   launched into their career of science because of what
2   they encountered in ninth grade science classes.
3           In general, what a good science class should
4   do is to educate students into scientific method and
5   what a particular scientific method discovers in a
6   particular field of inquiry.
7       Q   When you say in your next paragraph of your
8   opinion, The main issue is whether the idea of
9   intelligent design, (henceforth abbreviated as ID) is
10  inherently scientific rather than religious, the main
11  issue is whether it is inherently scientific rather
12  than religious?   ...
13      A   Yes.
14      Q   You go on to say, It is my considered
15  opinion that it is not a scientific but instead an
16  essentially religious idea.  You do not give any kind
17  of credence to Michael Behe's work, then; is that
18  correct?
19      A   Well, any -- any theology or religion can
20  have components in it which are very scientific, and I
21  don't deny that there are many scientifically accurate
22  statements that Michael Behe and William Dembski make

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

53 (Pages 209 to 212)

209

1 in their works, but what I'm rejecting is the idea
2 that the framework of this so-called scientific study
3 should be intelligent design rather than something
4 that's accepted by the scientific community. And --
5 and they've clearly made intelligent design the
6 framework, the end-all and be-all of their arguments
7 is to make a case for intelligent design.
8    Q    Well, isn't it true, though, that they do
9 not consider their theory of intelligent design as
10 totally opposed to some claims made by Darwinians;
11 isn't that true?
12    A    Such as?
13    Q    Common descent.
14    A    Some of them.  We've been over this before.
15    Q    Right.  So, I mean, it is not -- it is not
16 intelligent design or Darwinism to many of the
17 advocates of intelligent design; is that correct?
18    A    I don't know of any exception.  Every --
19 every main proponent of intelligent design is, as I've
20 understood it, anti-Darwinian in their explanation of
21 how biological diversity comes about.
22    Q    That's one part of Darwinians' theory;

210

1 correct?
2    A    That's the major part.  It's the
3 definitional part of Darwinian theory.  Common descent
4 is held by lots of people other than Darwinians.
5 Lamarck, for example, had a theory of common descent
6 as well.  It's the mechanism of change that is
7 problematic to the intelligent design people.
8    Q    I don't want to go over this that we've gone
9 over before, but I think we agreed that Behe's real
10 dispute was with the mechanism, and that was natural
11 selection; isn't that correct?
12    A    His dispute was with the adequacy -- the
13 scientific adequacy -- and I'm emphasizing here the
14 word scientific adequacy -- of natural selection,
15 which he thought needed to be supplemented by another
16 concept which he calls intelligent design.
17       Now, there are other evolutionists who also
18 agree, and as a theologian I also agree, that natural
19 selection is not enough adequately to explain what
20 goes on in life.  But from a scientific point of view,
21 it's adequate, at least at this time in the history of
22 science.

211

1    Q    A lot of your opinion deals with the
2 religious motivations of the advocates of intelligent
3 design.
4    A    That's one component of my analysis.
5    Q    Well, you -- you indicate on page 4, top of
6 the page, that sentence starting with, Whether they
7 are right or wrong in their assessment of the
8 godliness of --
9    A    Godlessness.
10    Q    -- godlessness of contemporary culture, the
11 ID initiative cannot be understood apart from a deep
12 desire to defend the integrity of religion against the
13 invasion of secularism whose spearhead seems, at least
14 to ID proponents, to be Darwinian evolution.
15    A    Right.
16    Q    So you are viewing the validity of this
17 theory of intelligent design in part based upon the
18 motivation of the proponents, are you not?
19    A    I'm -- I'm saying that because, as I
20 mentioned earlier, they're dealing here with a world
21 view, that it's certainly legitimate to understand
22 what are the personal motivations that underlie their

212

1 preoccupations; that we can't really understand what
2 they're doing culturally, socially, religiously and
3 theologically unless we recognize, as they themselves
4 almost invariably admit, that they see Darwinism as
5 fundamentally identical with atheism.  And that,
6 therefore, in order to combat atheism, we need to
7 combat Darwinism.
8    Q    However, did we not agree before that the
9 motivations of a particular advocate --
10    A    If you'll recall --
11    Q    -- do not really affect the validity of the
12 particular theory they're advocating; isn't that
13 correct?
14    A    If you recall, I made a distinction that in
15 scientific theories the personal coefficient should
16 not be brought in as a factor in assessing the
17 validity of a particular idea, but that in
18 understanding the genesis of a world view, as many
19 philosophers would agree, we cannot disassociate those
20 ideas from the motivational factors that gave rise to
21 those ideas.
22    Q    So you --

213

1     A   That's a very complex analysis if you were
2 going to do it in a more scholarly way, but ideology
3 as we've known for the last -- especially since the
4 19th century is not independent of certain economic,
5 social, psychological, educational and religious
6 factors.
7     Q   Isn't that really basically an argument ad
8 hominem?
9     A   No, I don't think --
10       MR. WILCOX: Objection.
11       THE WITNESS: -- it's ad hominem. It's
12 an attempt to understand the genesis of an idea in the
13 same way that a scientist wants to understand the
14 genesis of life. You want to understand all the
15 factors that are involved.
16 BY MR. THOMPSON:
17     Q   But I guess the question is what does that
18 have to do with whether intelligent design is a valid
19 scientific theory?
20     A   It has to do with the fact that what is
21 really a religious idea is presented as a scientific
22 theory. In other words, knowing the motivation behind

214

1 intelligent design, it's not the only factor in
2 assessing the validity of it, I would agree, but it's
3 a relevant factor because of the fact that the
4 intelligent design people themselves say that we need
5 to do something to get people away from secularist
6 ideology. Let's start -- let's wedge -- read --
7 Phillip Johnson, William Dembski, more so than Michael
8 Behe, would argue that we need to start with the
9 classroom so the students get -- don't get Darwinian
10 thought into their head because that becomes a holding
11 place for materialist ideology.
12     Q   Well, I won't push the point, but, again it
13 seems that the validity of their argument is being
14 based upon what their motivations are rather than the
15 actual scientific doctrine that it is based on.
16       MR. WILCOX: That is a conclusion you
17 might draw. That's not a question.
18 BY MR. THOMPSON:
19     Q   Isn't that true?
20       MR. WILCOX: Objection. That you think
21 that? It may be true that you think that.
22       THE WITNESS: Again, I want to

215

1 distinguish between scientific ideas and world views.
2 And world views are incapable of being understood
3 except in the context of the particular concerns, the
4 particular preoccupations of those who are -- are
5 trying to educate us into their world view, and their
6 particular preoccupation is that atheist materialism
7 is taking over our culture. I mean, this is so
8 prominent in their statements that it cannot be
9 ignored if we're trying to be objective about what
10 intelligent design -- the intelligent design movement
11 is after.
12 BY MR. THOMPSON:
13     Q   Well, I can't think of a specific scientific
14 theory, but it would seem to me like evaluating some
15 rocket propulsion theory and attacking it because some
16 Nazis promoted it.
17     A   Well, you know, science is very complex,
18 too, and we haven't really gotten in depth into it,
19 but what scientists find interesting to explore is
20 itself, also, as Michael Polanyi has pointed out, not
21 always the consequence of objective thinking but of
22 personal and social preoccupation. So there is a

216

1 social dimension to science, too, and it's quite
2 legitimate in order to understand, for example, why a
3 particular theory arises at a particular time in
4 history for the sociologists' knowledge to try to
5 explore what are the factors -- the extrascientific
6 factors that are involved in the kind of
7 preoccupations that lead the scientific community this
8 way or that way.
9       So even in -- in a less intense way what I
10 said about the understanding the motivations of -- of
11 the intelligent design community could also be applied
12 even to certain things that go on in the scientific
13 world, not necessarily a particular mathematical
14 equation, but the particular bias toward a particular
15 scientific theory. That's a possibility.
16     Q   Going down in B, Section B of your report,
17 it says -- page 4 -- Historically it is impossible to
18 separate ID from the religious and theological
19 tradition in which it was born and nurtured over the
20 course of centuries.
21       Again it seems that you're basing your
22 opinion on the religious aspects or the religious

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

55 (Pages 217 to 220)

217

1 motivations of the proponents; is that true?
2    A   Of which proponents?  Proponents —
3    Q   Of intelligent —
4    A   — of natural —
5    Q   — design.
6    A   — theology or intelligent design.
7    Q   Intelligent design.
8    A   Well, I'm talking here, especially in this
9 paragraph if you read on, about natural theology.  And
10 the preoccupation of natural theology has always been
11 to see if we can find in nature support for our
12 religious ideas.  And this is what I'm saying is
13 characteristic of the intelligent design community and
14 movement, also; that they're looking — implicitly
15 they're practicing natural theology by trying to say
16 that the book of nature is as sure a way to God
17 perhaps as the book of scripture.
18    Q   Well, what do you mean, then, by your
19 sentence in the middle of that paragraph, The
20 contemporary notion of intelligent design is
21 historically unintelligible apart from the religious
22 agenda?

218

1    A   That's what I just —
2    Q   Paley and — and you're again tying it to a
3 religious agenda or motivation, is it not?
4    A   Natural theology has a religious agenda
5 underlying it, and that religious agenda, as I've just
6 articulated, is to show that there are reasons in
7 science and nature, or reasons in nature, broadly
8 speaking, for the beliefs that we hold on the basis of
9 revelation.  So natural theology, from the beginning,
10 has been an attempt to uphold the ideas of revelation.
11 There has never been, as far as I know, a natural
12 theology that has functioned independently of some
13 overarching revelatory system or religious system.
14    Q   Then going on to the next paragraph,
15 Historically the notion of intelligent design has
16 persistently been taken to mean the Creator God of
17 theistic faith, end of quote.
18        Again bringing in the religious aspects of
19 this theory, and that is the — I guess the religious
20 foundations of the theory and using that as a basis
21 for your opinion; is that correct?
22    A   Well, I'm — I'm appealing directly to what

219

1 Thomas Aquinas said when he finished his argument from
2 design and concluded to an intelligent designer, which
3 incidentally he was doing as a philosopher and
4 theologian, natural theologian; that when he appeals
5 to the notion of intelligent design, he says, this is
6 what all men understand to be God.  So he took it as
7 self-evident that anybody — anybody in his time who
8 would conclude to an intelligent designer would
9 immediately see that that correlates with the Creator
10 God of biblical religion.  That's why it seems to me
11 to be terribly artificial and even capricious for the
12 intelligent design people to expect that everybody
13 today would make a different conclusion from what
14 people in Thomas Aquinas' day did.
15        Then everybody — everybody understands this
16 to be God in the 13th century.  Why would people in
17 the 20th century and the 21st century conclude that
18 they're talking about something different from what
19 all these centuries have identified with intelligent
20 design?
21    Q   Well, one of the reasons maybe is because
22 the proponents themselves say it isn't; isn't that

220

1 true?
2    A   They do so — they do say that, yes.
3    Q   In fact, you have it in your report?
4    A   Yes, they do say this, but they do so, and I
5 think, entirely ingenuously, and in doing so they are
6 forcing language to function in ways that it simply
7 cannot function for most people.
8    Q   And, again, that comment goes to what their
9 motivations are; is that correct?
10    A   I — yes, I think that's connected.
11 Everything is connected to their motivations.
12    Q   You come to the conclusion — not the
13 conclusion, but down further on page 5, quoting,
14 Moreover, no good scientist would ever claim that
15 scientific experiment detects intelligent causes, as
16 Dembski claims.
17        So you are not — so by that am I to
18 conclude that you do not believe Michael Behe is a
19 good scientist?
20    A   No, I didn't say that at all.  That doesn't
21 follow at all from what I've said here.  When he's
22 doing biochemistry, he's a good scientist.  When he

221

1  appeals to intelligent design, he's not a good
2  scientist.
3      Q  Well, let's -- I'm reading the entire
4  sentence, and you don't make that kind of distinction
5  in that sentence.
6      A  Well, what's implicit in this sentence is
7  what I've been saying all day; that science can only
8  deal with what it can observe in the area of efficient
9  and material causes. When you bring in the notion of
10  intelligent cause, that's similar to bringing in
11  Aristotle's notions of formal and final cause which
12  are causes which science deliberately said and has
13  persistently said science cannot deal with and should
14  not deal with. So these -- these are terms --
15  intelligent cause and intelligent design are terms
16  that Aristotle and Aquinas would have liked, but
17  they're doing philosophy; they're not doing science.
18      Q  In the middle of page 6 you say -- or write,
19  I should say, Throughout the modern period --
20          MR. WILCOX:  Where are you?
21          MR. THOMPSON:  In the middle of the
22  third paragraph down in the middle of page 6.

222

1          MR. WILCOX:  Thank you.
2  BY MR. THOMPSON:
3      Q  Throughout the -- I lost my place.
4      A  Third line from the top.
5      Q  Throughout the modern period scientific
6  method has refused to use categories such as purpose,
7  God, intelligence, value, meaning, importance, et
8  cetera, and has attempted to understand all phenomena
9  in a very limited, impersonal and, indeed, physical
10  way.
11      A  Yes.
12      Q  Now, you haven't read -- I don't think
13  you've read Ken Miller's biology textbook; is that
14  correct?
15      A  No, I've read his book Finding Darwin's God.
16      Q  Right.  I'm talking about a biology textbook
17  that the students read.
18      A  No.
19      Q  If that biology textbook talks about the
20  need to protect extinct animals, is that a value or
21  political statement?
22      A  It's a value statement.

223

1      Q  That should not be in the textbook on
2  science; is that correct?
3      A  I don't know whether I would say that.  It's
4  okay, and even as I mentioned earlier, no scientific
5  discourse is ever going to be pure.  As you mentioned
6  before, Darwin's own origin of species has lots of
7  asides that are philosophical, so I would not hold
8  anybody to -- who's writing a high school textbook
9  to -- to such rigorous discipline as leaving out any
10  statement that has to do with values.  That's --
11  that's not humanly possible.
12          But the point is that it's not a scientific
13  statement; that's a value statement.
14      Q  In fact, science and human values are very
15  closely connected; isn't that true?
16      A  They're connected but they're distinct.
17      Q  When you talk about the current issue over
18  stem cell research --
19      A  Right.
20      Q  -- that is both a scientific issue and an
21  issue of values, is it not?
22      A  Certainly.

224

1          MR. WILCOX:  Objection.
2  BY MR. THOMPSON:
3      Q  When you talk about the need to protect the
4  environment, that is a value statement, is it not?
5      A  Yes.
6      Q  The need to -- when you talk about the need
7  to control population growth, that's a value
8  statement, is it not?
9      A  Yes.
10      Q  Would it surprise you that all these issues
11  are raised in Ken Miller's biology textbook?
12      A  No, because he's trying to show -- what he's
13  doing and what any good educator would do is to show
14  the relevance of studying the scientific aspects of
15  population and environment.  As I mentioned before,
16  in -- in science, generally speaking, the question of
17  why a particular study is interesting at all is not
18  itself a scientific question.  It's a question of
19  motivation.  So what he's doing there is implicitly
20  giving the students a good reason from their concrete
21  actual life as to why they should make themselves
22  educated on the scientific aspects of environmentalism

---

225

1   and so forth.
2       Q   And that goes back to what the purpose of a
3   ninth grade biology class is about; isn't that true?
4       A   Well, any — any class. Even the collegiate
5   level when you teach science, it's helpful for the
6   teacher to show why it's relevant to know the science.
7   As long as you distinguish between values and the
8   science, that's fine.
9       Q   You're familiar with the concept of the Big
10  Bang?
11      A   Yes.
12      Q   Is that a scientific theory?
13      A   Big Bang Theory, it certainly is.
14      Q   Does that also have religious implications?
15      A   Every scientific idea has religious
16  implications. That's what I've been saying all day.
17      Q   Okay. Because it does have scientific
18  implications, would you keep it out of the science
19  books in high school?
20          MR. WILCOX:  You mean --
21          THE WITNESS:  You mean because it has
22  religious implications?

---

226

1   BY MR. THOMPSON:
2       Q   Yes.
3       A   No, I don't understand your question.
4       Q   Well, the Big Bang Theory is what? What is
5   the Big Bang Theory?
6       A   You'll have to specify what you mean by
7   "what."
8       Q   What does the Big Bang Theory consist of?
9       A   I'm not sure if you can —
10      Q   What's the concept behind the Big Bang
11  Theory?
12      A   The scientific concept —
13      Q   Yes.
14      A   — the philosophical, theological, what.
15      Q   The scientific concept behind the Big Bang
16  Theory.
17      A   It's not one scientific concept. The Big
18  Bang Theory is a product of a convergence of a number
19  of questions that have been asked for many, many years
20  like Olber's paradox, and why the universe would be
21  expanding, and why the universe has to — has kind of
22  an unstructured, cottage cheese-like characteristic

---

227

1   rather than smooth. Why is the sky dark at night when
2   we go out? There's many, many questions that the Big
3   Bang Theory suddenly was able to answer in a simple
4   and eloquent movement of the human mind, just like
5   Darwin's theory in just a very simple theory was able
6   to answer a whole lot of questions that people had
7   been raising about the fossil record, about why
8   there's sharks' teeth up in mountains and so forth and
9   so on.
10          That's the nature of a good scientific
11  theory, to suddenly and swiftly and eloquently tie
12  together and bring closure in a way to many kinds of
13  questions that have been simmering for a long, long
14  period of time.
15      Q   Well, isn't it true that part of the Big
16  Bang Theory is that the universe had a beginning?
17      A   That's not a necessary part of the theory.
18  If you read carefully certain physicists like Stephen
19  Hawking, for example, and Andre Linde and other
20  physicists today, Big Bang cosmology is like
21  evolution; something that has almost an endless future
22  of possible exploration. But the idea that the

---

228

1   universe had a crisp beginning is one that many
2   scientists have drawn from — from their study of the
3   data, yes.
4       Q   Isn't it correct that up to the beginning of
5   the 20th century most scientists believed the universe
6   was perpetual; that it had no beginning --
7       A   Many --
8       Q   — that it was unchanging?
9       A   Many philosophers from Aristotle, from Plato
10  and the Stoics and more recently many materialist
11  philosophers, including Einstein himself, believed
12  that the universe was eternal and everlasting.
13      Q   And then it was all at once where — I
14  forgot — the spectrum of light --
15      A   The red-shift phenomena.
16      Q   The red-shift phenomena led some scientists
17  to believe that this was a phenomenon you see with an
18  explosion and then developed this whole —
19      A   Well, if you trace —
20      Q   — concept of --
21      A   — the universe —
22      Q   — (inaudible)?

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

58 (Pages 229 to 232)

229

1   A   — back along the lines of expansion to an
2   earlier time, at one point it would be a little bit
3   more compact, further back it would be more compact,
4   and ultimately it would have been an almost infinitely
5   hot and dense particle or atom of matter that
6   exploded, if you want to use that term, as the Big
7   Bang.
8      Q   And isn't it true that some scientists
9   refuse to accept that because it had connections with
10  religion?
11     A   There were a few scientists who thought that
12  because the author of the Big Bang idea was a Belgian
13  priest, George Lemaitre, who suggested it to Einstein,
14  and Einstein thought he was a buffoon, and other
15  scientists thought — one scientist, for example, I
16  forget who it was, said it's not for nothing that this
17  idea came from a Roman Catholic priest.
18     Q   And it's consistent with the concept that
19  God created the heavens and the earth; is that true?
20     A   Yes, but even an eternally existing
21  universe, as Thomas Aquinas himself said, would be
22  consistent with the notion of a divine creator.  So if

230

1   we find out tomorrow that the Big Bang never happened,
2   it would not in any sense of the word at all affect
3   the Doctrine of Creation.
4      Q   Which goes back to the idea that science is
5   always — is always tentative —
6         MR. WILCOX:  Objection.
7   BY MR. THOMPSON:
8      Q   — that we're always learning; is that
9   correct?
10        MR. WILCOX:  Objection.
11        THE WITNESS:  Well, if it's scientific,
12  it is — as they say, it's underdetermined by the
13  data; that is to say, as new data coming in, they have
14  to be taken into account.  And the same is already
15  happening with respect to the Big Bang Theory.
16  BY MR. THOMPSON:
17     Q   That it's changing?
18     A   Well, that it's undergoing — actually, in
19  fact, since 1992 it has been firmed up more thoroughly
20  than ever before by the COBE Satellite, which is a
21  good example of how observation is so necessary in
22  science.  The COBE satellite was sent up to measure

231

1   the differentiations in temperature in the microwave
2   background radiation that was the afterglow of the Big
3   Bang itself, and by measuring the differentiations in
4   temperature was able to explain why we live in what I
5   call the cottage cheese-type universe rather than a
6   smooth one.
7         And I still remember sitting in my office in
8   Georgetown in April of 1992 and media were calling me,
9   and Stephen Hawking was saying this is the most
10  important discovery ever in the history of science,
11  and Robert Smoot, the director of the COBE project,
12  was saying, there are theological consequences here
13  and so forth.  It's tempting sometimes for scientists
14  to jump to theological conclusions like that.
15        But, anyway, my point is that it's because
16  of further observation that the Big Bang Theory is now
17  more firmly established than ever, and that's why from
18  the point of view of evolution, a good evolutionist is
19  not afraid to go out and look at the data because the
20  data should either confirm or falsify the hypothesis.
21  Science is open to falsification.
22     Q   And your story about the Big Bang Theory

232

1   being discovered by a Belgian priest —
2      A   Not discovered, but he was a mathematician.
3   That's a good example of how mathematics and
4   observation come together.
5      Q   How would you say he developed the theory —
6      A   He developed the theory that the universe
7   began in what he called a primeval atom.  He didn't
8   call it the Big Bang.
9      Q   And this theory — his theory was ridiculed
10  as a theory of a buffoon; is that correct?
11     A   Oh, at first Albert Einstein, because of his
12  own bias towards an everlasting universe, was
13  suspicious of it, but Einstein himself didn't suspect
14  it was because of Lemaitre's religion.  It was some
15  other physicist.  I can't remember who it was who said
16  it.
17     Q   But the point is that this theory that is
18  now widely accepted and is being corroborated more and
19  more, at the time it started was made fun of by some
20  of the greatest scientists in the world in the history
21  of the world; is that correct?
22     A   Yes, Fred Hoyle to his very dying day

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

59 (Pages 233 to 236)

233

1  rejected it, but that's true of every scientific idea.
2  I said scientific idea, not religious idea.
3      Q   But would you agree -- this is sort of like
4  a Darwinian conclusion. Would you agree that your
5  entire argument against this particular policy --
6      A   Intelligent design policy you're talking
7  about?
8      Q   Yes. Well, you call it the intelligent
9  design policy. I call it the biology curriculum, but
10  the policy we're talking about.
11          MR. WILCOX: And you're referring to
12  the Dover Area School Board --
13          MR. THOMPSON: The school policy.
14          MR. WILCOX: -- Policy, Exhibit 3?
15          MR. THOMPSON: Right, Exhibit 3.
16  BY MR. THOMPSON:
17      Q   Your entire argument against that particular
18  policy would fall apart if the theory of intelligent
19  design were deemed to be scientific?
20          MR. WILCOX: Objection.
21          THE WITNESS: I wouldn't put it that
22  way at all because anybody can deem it to be

234

1  scientific. The intelligent design people deem it to
2  be scientific. That doesn't make it scientific.
3  BY MR. THOMPSON:
4      Q   Well, held as scientific by a court?
5          MR. WILCOX: Objection.
6          THE WITNESS: A court does not decide
7  what is scientifically acceptable.
8  BY MR. THOMPSON:
9      Q   Held scientifically by the Academy of
10  Sciences?
11      A   You're getting warmer, but even so, what
12  makes it scientific or not is a whole history of
13  testing the hypothesis against the data.
14      Q   Well, the question -- well, I assume you
15  would agree that we can only look at what the
16  scientific community consensus is at a particular
17  given time, would you not?
18          MR. WILCOX: You mean we can't predict
19  the future?
20          MR. THOMPSON: Right.
21          THE WITNESS: Certainly what passes as
22  science is -- is determined by the cooperative work of

235

1  an enormous scientific community.
2  BY MR. THOMPSON:
3      Q   And if the consensus -- and we had discussed
4  this before. And if the consensus of the scientific
5  community becomes intelligent design is a scientific
6  theory, then your entire argument against Dover's
7  policy would fall apart; isn't that true?
8          MR. WILCOX: Objection.
9          THE WITNESS: It's such a preposterous
10  proposal. It's like, you know, saying, you know, it
11  suddenly the scientific community decided that the
12  moon is made of green cheese, that we would have to
13  accept the fact that the moon was made of green
14  cheese. We have to keep in mind the idea of what can
15  pass muster in principal as scientifically acceptable
16  discourse, and in principle, not just in fact, but in
17  principle, intelligent design will never -- I am
18  absolutely sure of this -- will never pass muster as a
19  scientific idea.
20  BY MR. THOMPSON:
21      Q   As probably as sure as Einstein was that
22  there was no Big Bang?

236

1      A   Well, all of us can be wrong. I'm a
2  fallible human being, but when I say that, I'm saying
3  that as certainly as I believe anything.
4      Q   I mean, it's all -- everything is relative,
5  is it not, as far as what we know or what we think we
6  know based on the fact that our brains are still
7  evolving; is that true?
8      A   Let me put it this way: It's honest and
9  humble of us to admit that our ideas of anything are
10  relative to our situation, our degree of learning, our
11  methods and so forth. So there is -- yes, there's a
12  certain relativity in all knowledge, including
13  religious knowledge, but that's not the same thing to
14  say that all things are relative. All it's saying is
15  that our knowledge of truth is relative, not the truth
16  is --
17      Q   That's what I meant to say, yes.
18      A   -- not the truth is not real.
19      Q   I think in your book you make mention of the
20  fact that 90 percent of the scientists in the Academy
21  of Science are either --
22      A   The National Academy of Sciences.

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

60 (Pages 237 to 240)

237

1   Q   – are either agnostic or atheists?
2   A   I think that's close to the figure that I
3   saw in one of the recent reports, and it's also
4   interesting to note that among scientists biologists
5   are more inclined to be atheistic than physicists and
6   chemists.
7   Q   Do you have any theory as to why that is?
8   A   I have a very strong theory as to why it is.
9   I think there are many scientists, as I've been saying
10  all along today, who think that Darwinism is
11  implicitly atheistic.  That Darwinian explanations --
12  if you can come to the belief that natural selection
13  is the ultimate explanation of living diversity, then
14  that itself is already a religious belief.  So it
15  follows, then, that if natural selection is the
16  ultimate explanation of life, there's no room for what
17  theists refer to as God as ultimate explanation.
18      And there's no question today that Darwinism
19  does appeal to an atheistic mentality.  That does not
20  make evolution atheistic.  It makes a certain
21  interpretation of evolution atheistic.
22  Q   Well, it seems to be -- it seems to have a

238

1   great impact on the biologists, does it not, though –
2   A   What, the –
3   Q   -- the (inaudible) --
4   A   -- study --
5   Q   -- as to their religion?
6   A   Yes, but it's not the biology that's
7   impacting; it's the implicit ideology that Stephen
8   Gould, for example, you mentioned earlier, says that
9   Darwinism has a philosophical message which is in
10  Gould's mind inseparable from the science itself, and
11  that philosophical message includes the idea that
12  matter is all there is; that there's no purpose in the
13  universe and so forth.
14      But Stephen Gould is wrong on that point.
15  Stephen Gould is not being a scientist when he says
16  that.  He's being a philosopher.
17  Q   Well, the biologist E.O. Wilson also
18  puts Darwin's science in direct competition with --
19  A   E.O. Wilson is another one.  E.O. Wilson is
20  a creationist at heart, and he is -- he is woefully
21  and appallingly uneducated in religion and theology.
22  He, himself, grew up as a fundamentalist.  He's never

239

1   outgrown his fundamentalism religiously.  He's still
2   placing his fundamentalism into competition with his
3   Darwinian understanding.  So in doing that, he is just
4   as illogical, just as thoroughly mistaken as the
5   intelligent design people in confusing ideology with
6   science.
7   (Recess – 3:20 p.m.)
8   (After recess – 3:34 p.m.)
9   BY MR. THOMPSON:
10  Q   What is your definition of cheating -- uh,
11  cheating -- teaching?
12  A   Well, from the word education to lead out
13  and bring to the surface what I would call the desire
14  to know, desire that's latent in all of us, but which
15  can be easily suppressed by all sorts of other factors
16  in life.  And after getting students to become aware
17  of their own desire to know, to have them realize how
18  many different avenues this desire can travel down as
19  it reaches out toward the real, toward the truth, and
20  that means differentiating carefully between methods
21  of inquiry, such as science, philosophy, mathematics,
22  theology, poetry, art and so forth.

240

1   Q   If you said, I'm going to teach a course on
2   science and theology, what would you mean by the term
3   "I'm going to teach"?  I'm looking for the definition
4   of teach.
5   A   That I'm going to try to be a guide as
6   students approach the various ways in which the
7   natural world can be understood -- when I talk about
8   science, I mean the natural sciences -- and how the
9   outcomes of natural science themselves might raise
10  questions that require deeper levels of inquiry than
11  science itself can illuminate.  And among these
12  theology would be one.
13  Q   Now, when you say you're going to teach a
14  course, what factors would you view as necessary for
15  the concept of teaching?
16  A   Factors of the -- the students.  First of
17  all, you need a body of students who have innately a
18  desire for understanding and truth; and, secondly, you
19  need a teacher who has been apprenticed to other
20  teachers and who has read widely in particular
21  disciplines and can function both as a scout and as a
22  scout master in terms of opening up the world to

241

1  students.
2      Q   As you probably know that not every high
3  school student wants to learn, but yet teachers have
4  to teach; is that correct?
5      A   Sure.
6      Q   And eliminating for the moment the student
7  equation in this definition, what do teachers have to
8  do to teach?
9      A   They have to themselves, first of all, be
10  able to make distinctions.  They must themselves have
11  a desire to be excited by learning and knowledge and
12  the ability to communicate that almost by contagion to
13  their students.  Students have to -- this has been my
14  experience.  What -- what has been most effective to
15  many students that I've had over the years is that
16  they see how excited I am personally about a specific
17  topic, and that leads them to think, well, maybe I
18  should get involved in this.  I should read; I should
19  do my work, my assignments, and see where it leads.
20      I suspect that even a secondary level school
21  teacher has to do something like that as well.  Not
22  having taught secondary school, I can only speculate.

242

1      Q   In a high school class on biology, for a
2  teacher to teach biology, what would you expect that
3  teacher to be doing?
4      A   Defining life as much as possible;
5  delineating the life world from the physical world and
6  from the social world, not separating them, but
7  distinguishing them carefully; examining living beings
8  at the level of both contemporary cross-section
9  biochemically through molecular biology, but also --
10  and this is something I strongly believe -- placing
11  science in a narrative context.
12      Telling stories is especially important at
13  the level of high school education because humans are
14  natively interested in good stories.  So if you can
15  present life as a story with a chapter by chapter sort
16  of understanding, I think that would be very helpful.
17  And that means, for me, evolution, which is a
18  narrative way of organizing data, is indispensable to
19  good biological teaching.
20      Q   By merely mentioning a particular topic such
21  as in the -- in the policy that is read to the -- the
22  policy statement read to the students where

243

1  intelligent design has been mentioned, would you say
2  that that is teaching students intelligent design?
3      A   Just to mention the word "intelligent
4  design"?
5      Q   Uh-huh.
6      A   No.
7      Q   I guess that's what I'm getting at.  If you
8  were going to teach intelligent design, what things --
9  now, for a moment keeping out whether it should be in
10  a science class or someplace else.  If you were going
11  to teach intelligent design, what things would you as
12  a teacher do?
13      A   Well, in fact, I do -- I don't teach
14  intelligent design.  I teach about intelligent design
15  in my science classrooms at the collegiate level.  I
16  suppose I would do the same thing at -- and I think
17  some students are ready for it even at the high school
18  level -- is to examine the things I outlined in this
19  presentation:  What would motivate some people to be
20  so energized and so enthusiastic about this idea of
21  intelligent design in the first place?  And I would
22  bring in the -- the possible ways in which they have

244

1  misread evolutionary biology to mean, perhaps,
2  materialist atheism, and how the intelligent design
3  people are not really reacting against a science but
4  against a particular world view.
5      Q   So you would in teaching intelligent design
6  talk about Dawkins and E.O. Wilson and others who
7  have --
8      A   Oh, certainly.
9      Q   -- brought in a philosophical --
10      A   In fact that's what I do when I teach
11  science and religion, yes.  I make the students -- I
12  want the students to be sensitive to the ideological
13  components that tend to encumber and sometimes get
14  conflated with scientific ideas, and I want that -- I
15  want them to see it on both sides, both out of the
16  intelligent design people and the scientific
17  evolutionary materialist.
18      Q   Do you tell the students ahead of time that
19  this is what you're going to -- this is what I'm going
20  to be teaching you and this is what I'm going to
21  expect you to learn?
22      A   No.

245

1  Q  How do you --
2  A  I have them --
3  Q  -- point to that?
4  A  Without commentary I have them read certain
5  texts by Richard Dawkins and then texts by Michael
6  Behe and William Dembs -- William Dembski I haven't
7  used in class, but Michael Behe and Phillip Johnson
8  I've used.  I have them read those texts without
9  commentary and without preparation.  And then in class
10 we start discussing it, and hopefully the discussion
11 itself will elicit a variety of interpretations.  And
12 occasionally you'll have -- we have very bright
13 students at Georgetown -- you'll have students able to
14 see immediately that the issue is not about science;
15 it's about different belief systems.
16 Q  But when you -- when you are, you know,
17 teaching intelligent design in this classroom --
18 A  Teaching about it.
19 Q  -- about it, are you expecting the student
20 to take the same viewpoint that you hold?
21 A  No.  In fact, I almost hope just for the
22 sake of an interesting discussion that some of the

246

1  students will be convinced by Behe's approach or
2  Johnson's approach, but that then a kind of dialogue
3  will take place within the classroom which will allow
4  students eventually to see what's really going on
5  here.  But I don't -- I try not to lead them.
6      At the end of the particular section I'm
7  dealing with, I do summarize the various positions.  I
8  have them use as a text my book on science and
9  religion.  If you've seen that text, you'll notice
10 each chapter has four different spokespersons for four
11 different positions on science and religion; the
12 scientific materialists, those who see science and
13 religion as separate worlds, those who see them as
14 distinct but nonetheless capable of being related, and
15 those who see religion as having a very subtle and
16 passive role to play in the shaping of the kind of
17 mind that would do science in the first place.
18 Q  After you get done with your dialogue with
19 the class and there's a student that still does not
20 accept the idea that intelligent design is not
21 scientific, do you flunk that student?
22 A  Of course I -- as I said earlier, I grade

247

1  them on their degree of acquaintance with the full
2  spectrum of positions, and some students come out as
3  materialists and some come out -- very few -- I can't
4  even remember one who came out -- well, maybe
5  occasionally there's one or two who accepted
6  intelligent design, but by far the majority of
7  students I teach are able to make a distinction
8  between science, the science of evolution, and the
9  different philosophical interpretations of it.
10 Q  Is your course graded on the basis of a
11 paper, or are the students graded by tests that they
12 take?
13 A  Both.  I give them blue book examinations,
14 and then they have to do papers as well.  The
15 classroom discussion is graded, not on what they say
16 but on their degree of participation.
17 Q  If you're teaching them about intelligent
18 design, what kind of questions do you ask them in the
19 tests?
20 A  "What is it that Michael Behe finds
21 objectionable about Darwinian theory?"; that sort of
22 question.

248

1  Q  Do you find your class popular among the
2  students?
3  A  Well, I've taught it for -- I'm retired now,
4  but until last year I taught it almost every semester
5  for over 30 years, and it was always filled.
6  Q  The students that filled your classroom,
7  were they students that were getting a degree in
8  science of some kind or were they liberal arts
9  students?
10 A  About 20 percent would be science students,
11 25 percent maybe, and the others would be from all
12 different disciplines.
13 Q  Have you ever read Douglas Futuymas's quote?
14 A  Evolution.
15 Q  Pardon me?  Do you know the name Futuymas?
16 A  Futuymas, yeah.
17 Q  Yeah, F-U-T-U-Y-M-A-S.  Quote, By coupling
18 undirected purposeless variation to the blind,
19 uncaring process of natural selection, Darwin made
20 theological or spiritual explanations of the life
21 processes superfluous, end of quote.
22 A  Yes, I've read that and many other similar

249

1  quotes by other biologists. Those are not scientific
2  statements. Those are purely biased philosophical
3  statements which should not be part of any science.
4      Q  Who made this statement: Darwin made it
5  possible to become an intellectually fulfilled
6  atheist?
7      A  Richard Dawkins with The Blind Watchmaker is
8  a perfect example of what I'm talking about.
9      Q  Others of the prominent Darwinists include
10  Carl Sagan; is that correct?
11      A  He was not technically a biologist, but he
12  would fit into the evolutionary materialist point of
13  view.
14      Q  Going back to your -- your expert report.
15  Let me see if I can find it. Page 4, paragraph 2 —
16          MR. WILCOX: The parenthetical?
17          MR. THOMPSON: Yeah, the parenthetical,
18  but starting in the middle of that paragraph.
19  BY MR. THOMPSON:
20      Q  Nor is it appropriate in the context of
21  public education that the ID proponents be permitted
22  to push their own implicitly theological agenda as the

250

1  only -- and you've got "only" italicized -- plausible
2  religious alternative, especially since other theists
3  find their theological assumptions to be deeply
4  flawed.
5      A  Yes.
6      Q  Where do you see in the policy that the
7  Dover School District pushes the ID as the only
8  plausible religious alternative?
9          MR. WILCOX: Objection.
10          THE WITNESS: What I'm saying there is
11  that, first of all, it's inappropriate to bring
12  implicitly theological agendas into the classroom in
13  the first place. But, secondly, that even the
14  specific kind of implicit theological agenda
15  represented by intelligent design assumes certain
16  characteristics of God that not every Christian
17  theologian or Islamic or Jewish theologian, but in my
18  cases especially Christian theologian, would associate
19  with ultimate reality.
20  BY MR. THOMPSON:
21      Q  My question was, where in the policy do you
22  see that Dover is pushing an implicitly theological

251

1  agenda as the only plausible religious alternative?
2  Do you see that written anywhere in the policy?
3      A  It's not written formally, but it's implicit
4  when they recommend to students that they be exposed
5  to intelligent design as an alternative Darwinian
6  theory. What that, in effect, amounts to is their
7  exposure to a specific theological idea which I find
8  to be very narrow and which many other theologians
9  would find to be very narrow as well.
10      Q  But it is not the -- nowhere do they say it
11  is the only plausible theory; would you agree with
12  that statement?
13      A  Well, what I'm saying, in effect, is that
14  why aren't they talking about some Hindu conception of
15  deity; why this particular -- why intelligent design?
16  Why did they focus it on that? Why not recommend the
17  students read the Buddhist, Taoist, native American
18  texts? Why this particular specifically Christian
19  idea, an idea encumbered by a whole history of
20  Christian reflection? If it's from a point of view
21  of -- of broadening students' minds, they should not
22  talk just about intelligent design if they're going to

252

1  talk about other alternatives to — to Darwinian
2  theory.
3      Q  Let me make my question a little more
4  specific, then. Is there anywhere in the policy that
5  the Dover School District says that intelligent design
6  is the only plausible religious alternative?
7      A  It's not said explicitly, no.
8      Q  Okay.
9          MR. WILCOX: That's why he probably
10  said it's implicit.
11          THE WITNESS: It is.
12          MR. THOMPSON: Pardon me?
13          MR. WILCOX: Maybe that's why he used
14  the word implicit instead of explicit.
15          THE WITNESS: I used, it's an
16  implicitly theological agenda.
17  BY MR. THOMPSON:
18      Q  And implicit is your own conclusion; is that
19  correct? When you say it's an implicit --
20      A  Well —
21      Q  — theologic --
22      A  — it's my —

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

64 (Pages 253 to 256)

253

1  Q  -- implicitly --
2  A  -- conclusion --
3  Q  -- theological agenda, it's a conclusion
4  that you arrived at?
5  A  It's a conclusion that I have arrived at
6  along with many other people.
7  Q  But reasonable people can differ about that
8  conclusion, can they not?
9      MR. WILCOX:  Objection.
10     THE WITNESS:  I don't think reason, if
11  reason was properly followed here, would allow that
12  kind of wide open approach to this because my -- my
13  whole approach is not just theological, but logical.
14     Logically speaking, intelligent design
15  discourse does not fall within the same framework of
16  discussion that science and evolutionary biology
17  participate in. It belongs to a separate realm; that
18  of ideology rather than science. So it's unreasonable
19  in my view.
20  BY MR. THOMPSON:
21  Q  So no reasonable person can accept any other
22  explanation of the policy that the Dover School

254

1  District pushed ID as the only plausible religious
2  alternative?
3      MR. WILCOX:  Objection.
4      THE WITNESS:  Could you rephrase the
5  question?
6  BY MR. THOMPSON:
7  Q  Rephrase it?
8  A  Uh-huh, more directly.
9  Q  I'm trying to respond to the comments that
10  you made that it's not reasonable to make any other
11  conclusion than that this is the only plausible
12  religious alternative.
13  A  I didn't say that. What I was saying is
14  that it's unreasonable to propose that a book that
15  deals with intelligent design like Of Pandas and
16  People can function as an alternative way of looking
17  at life to the Darwinian approach because that's
18  mixing apples and oranges. It's taking an approach
19  which, as I've said all along, is implicitly
20  theological and trying to juxtapose that as an
21  alternative to a scientific mode of inquiry. That's
22  the unreasonableness of it.

255

1  Q  First of all, you'll agree that no student
2  was required to read Of Pandas and People; is that
3  correct?
4  A  No, it was not required, but it was
5  recommended.
6  Q  Do you see the word "recommended" anywhere
7  in the policy?
8  A  In the statements that I read it seemed -- I
9  don't know the exact words.
10  Q  Well, we have it right here in Exhibit 3.
11  It says, The reference book Of Pandas and People is
12  available for students who might be interested in
13  gaining an understanding of what intelligent design
14  actually involves. It doesn't -- that's the
15  statement. Does that say recommend?
16  A  Yes, since it's the only text among many,
17  many other books that students could be pointed to to
18  expand their understanding of life. This is the one
19  that this report mentions, so I take that to be an
20  implicit recommendation.
21  Q  Another use of the word implicit?
22  A  Yes.

256

1  Q  And that's, again, your conclusion with
2  which other people could differ; is that correct?
3  A  Other people --
4      MR. WILCOX:  Objection. This is so
5  beyond the pale of discovery. All you're doing is
6  arguing over different interpretations. It's obvious
7  that they didn't say, there are lots of book in the
8  library; go read some. They said, there is a book in
9  the library, Of Pandas and People, that's available if
10  you want to learn more about this subject. Now, if
11  that's not a recommendation, I don't know what it is.
12  So why don't you just move on to something else
13  because we've only got an hour left.
14     MR. THOMPSON:  Okay. It's important
15  because it deals with the policy, and, secondly, I'm
16  questioning him on what he thinks is implicitly
17  involved in the policy. He's using the words, and I'm
18  trying to discover what he means by the words. I'm
19  not trying to be --
20     MR. WILCOX:  His use of the word
21  implicit was with reference to ID proponents. It
22  wasn't in reference to the Dover Area School District.

257

1   He's not saying everybody on the school board is an ID
2   proponent, I don't think.  If he means that, you can
3   ask him.  Ask him what he means by that.
4       THE WITNESS:  No, I don't mean that.
5   BY MR. THOMPSON:
6       Q   We're talking about the policy.  We're
7   talking about the policy.  On page 6 again, at the
8   bottom of the second paragraph you say, For that
9   reason most scientists who believe in God reject the
10  proposition that ID is a scientific idea.
11      What is the basis for that statement?  What
12  is your basis for that statement?
13      A   I don't have a statistical basis.  I'm only
14  speaking from my own contact in my work in science and
15  religion.  Internationally I come into contact with
16  many, many scientists — many scientists who believe
17  in God who are involved in science and religion
18  discussions, and almost to — man or woman, they
19  reject the proposed — the proposition that ID is a
20  scientific idea.  I have encountered very, very few
21  people in the scientific community who are interested
22  in theology and who understand religion and are

258

1   interested in religion who are advocates of this.
2       There are a small proportion of intelligent
3   design scientists that I come across occasionally, but
4   they're very, very much in the minority.
5       Q   Well, how many scientists do you think there
6   are in the world?
7       A   I have no idea.
8       Q   Several hundred thousand?
9       A   Well, more than that.  There must be
10  millions.
11      Q   Well, how many scientists have you come
12  across?
13      A   I've come across a sampling that I think is
14  representative of many different scientists;
15  scientists from many different areas of the world,
16  many different areas of expertise.  And I can say that
17  in the western world especially that almost all of
18  them would reject the idea that intelligent design is
19  a scientific idea.
20      Q   Well, you say "a sampling."  Can you give me
21  a number?
22      A   Hundreds.

259

1       Q   Hundreds?
2       A   And I've addressed thousands, and in
3   question and answer sessions afterwards, that's when I
4   do a lot of my contact with these scientists.  So they
5   hear me out, and if they thought that I was saying
6   something they didn't agree with, they would — they
7   would tell me so.  And my — my sense is that
8   90 percent or more tend to like my approach to
9   evolution.
10      Q   There are a lot of questions on that
11  statement that you made.  How do you know all these
12  people believe in God unless you specifically ask
13  them?
14      A   These — these are people that are involved
15  in many, what are called, local society initiatives
16  that are sponsored by the John Templeton Foundation.
17  These are organizations all over the world which bring
18  together local science — scientists to discuss issues
19  in religion, and I've addressed many of these groups.
20      I'm a member of the board of the Metanexus
21  Foundation, which is the foundation that disburses
22  funds to these local society initiatives all over the

260

1   world.  So among people in the humanities, I've had
2   much more contact with a wide spectrum of scientists
3   than most people in my field especially.
4       Q   Are you also a member of the — on the board
5   of the Templeton —
6       A   Yes, Templeton Foundation as well.  I am at
7   the moment.
8       Q   On page 6, the bottom of the page, last
9   paragraph — let's see here.  Yeah, the last
10  paragraph, it's paragraph four, it starts — the
11  second sentence, quote, From the point of view of the
12  most prominent theologians, therefore, not only is ID
13  poor science, it is also appalling — appallingly —
14  it is —
15      A   Appalling —
16      Q   — also —
17      A   — theology.
18      Q   — it is also appalling theology, period,
19  end quote.
20      Do you believe that?
21      A   Yes.  I didn't document — this is not a
22  scholarly paper.  I could have put a footnote after

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

66 (Pages 261 to 264)

261

1  every sentence in here. But if you want a list of
2  some of the most prominent theologians, I can name
3  people like Karl Barth, Paul Tillich, for example.
4      Paul Tillich has had an enormous influence
5  in the shaping of contemporary theology. He objects
6  to intelligent design because it brings in ultimate
7  reality as one cause among others in a whole series of
8  causes which is an implicit demotion of God.
9      The theologians that I'm referring to here,
10  Catholic and Protestant and Jewish, all consider
11  intelligent design, or in some cases natural theology
12  as a whole, to be an implicit trivialization of God
13  because it makes ultimate reality one cause, among
14  others, in a series of natural causes.
15      And this is how intelligent design argument
16  is implicitly — again I say "implicitly" because
17  explicitly they deny that they're doing this. But
18  they're bringing in an ultimate level of explanation
19  at the level of — in an explanatory slot where we
20  normally deal with physical causes. So God then
21  becomes one physical cause among others implicitly,
22  and that's a denial of divine transcendence, so that's

262

1  why I say it's theologically — theologically it's
2  not — it's appalling theology because it is an
3  attempt, in a sense, to bring the divine down to a
4  level of ordinary, mundane scientific inquiry.
5      Q  But you'll agree with me that the ID
6  theorists don't view the theory of ID as theology?
7      A  Formally speaking they deny that it is, but
8  once again, as we've said many, many times, it
9  functions religiously and theologically in the three
10  senses of the term religion that I mentioned earlier.
11      Q  As do many Darwinian theorists; is that
12  correct?
13      A  The Darwinian theorists function as
14  religious in the first sense of the term not in the
15  second and third.
16      Q  But you didn't distinguish —
17      A  Many Darwinians, not all by any means — for
18  example, Ken Miller is an exception. But many
19  Darwinians I have agreed do tend to implicitly make
20  Darwin — Darwinian explanation ultimate explanation,
21  and that's wrong. That's religiously inappropriate,
22  scientifically inappropriate.

263

1      Q  Well, why would you introduce the theory of
2  intelligent design to your class if it's appalling
3  theology?
4      A  I do this in all my — in all my courses.
5  As I mentioned earlier — we went over there several
6  times before — I used to teach a course called The
7  Problem of God, and I introduced my students to
8  atheistic thought because I want them to be able to
9  deal with it, to critically examine it. If they never
10  come across these ideas within a context where they
11  can critically examine it, they will end up, as many
12  kids do, going out to graduate school or whatever
13  without sufficient preparation in terms of critical
14  awareness. So I want students — I introduce them not
15  only to intelligent design, but I introduce them to
16  Dawkins to E.O. Wilson to Stephen J. Gould and others
17  who conflate ideology with science so they will be
18  able to critically distinguish science from ideology.
19      Q  And the fact that it is appalling theology
20  is not relevant to the purpose for which you use
21  intelligent design; is that correct?
22      A  In the classroom?

264

1      Q  Right.
2      A  No, it's not relevant at all, but it is one
3  prominent, publicly known position which is the duty
4  of educators to allow their students to — to come
5  into contact with so that they can be critically —
6  able to examine it critically.
7      Q  You will agree that the teachers — the
8  biology teachers in Dover do not, in fact, teach
9  intelligent design?
10      A  I don't — I don't know that that's
11  universally the case.
12      Q  If all that is being read is that statement
13  and nothing further, that is not teaching intelligent
14  design, is it?
15      A  In itself, correct.
16      Q  Okay.  Can you answer that yes or no?
17      A  Yes.
18      Q  It is not teaching intelligent design; is
19  that correct?
20      MR. WILCOX:  Objection, that's a double
21  negative question.  It's bound to be confusing.
22      MR. THOMPSON:  Okay.

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

67 (Pages 265 to 268)

265

1       THE WITNESS: Yeah, it's confusing.
2   BY MR. THOMPSON:
3       Q   I don't want to confuse you. I don't want
4   to confuse myself either. The fact that intelligent
5   design is merely mentioned in this four-paragraph
6   statement that is read does not amount to teaching
7   intelligent design, does it?
8       A   Not directly, but indirectly it could
9   lead -- it's tendentious, let's say; it could lead
10  toward a teacher -- I could see how a teacher who is
11  personally predisposed toward intelligent design would
12  take this statement as legitimation of teaching
13  intelligent design in the classroom. I could see that
14  happen quite easily.
15      Q   Does that fall within your definition of
16  teaching you gave me a while back?
17      MR. WILCOX: Which is "that"?
18      MR. THOMPSON: It was a long discussion
19  of what teaching is --
20      THE WITNESS: Yes.
21      MR. THOMPSON: -- and I don't want to
22  go through it, but we can if you want.

266

1       THE WITNESS: My definition of teaching
2   applies in different ways to different fields of
3   study. In all fields of study the objective is to get
4   the student to come into contact with the human desire
5   to know, but as I also mentioned earlier, the desire
6   to know requires different methods in different
7   fields, and I would not want to confuse a science
8   class that's dealing with evolution by proposing that
9   they should look at -- or that they -- I would not
10  even mention Of Pandas and People in a science class
11  because it would give students the impression that
12  maybe this is an alternative to what they're learning
13  in biology.
14  BY MR. THOMPSON:
15      Q   Well, my question is, merely mentioning the
16  phrase intelligent design, do you consider that
17  teaching intelligent design?
18      A   Strictly speaking, no.
19      Q   I must say I was very interested in your
20  definition of God in your book, Deeper Than Darwin,
21  but I don't understand it. I want to ask you some
22  questions about that. You define God as depth, I

267

1   believe?
2       A   Depth is one metaphor that we use among many
3   other metaphors available in reference to ultimate
4   reality.
5       Q   Is there a -- can you give me a description
6   of what you mean by God is depth?
7       A   I start with -- basing my thought here on
8   theologian Paul Tillich, and he points out that in our
9   experience of reality, there are four different areas
10  that we all encounter. We encounter other people; we
11  encounter ourselves; we encounter nature; and we
12  encounter history and society.
13      And to take the first, in our relationship
14  to another person we think we get -- we know that
15  person, but then this person will do something or say
16  something that surprises us or disappoints us, so if
17  we're to continue with our relationship with that
18  person, we have to dig to a deeper level. And we
19  think we know that person at that level, but once
20  again experience will show us that we do not.
21      To make a long story short, the reason that
22  we never reach rock bottom in our understanding of the

268

1   other person is that that person has an inexhaustible
2   dimension, depth. The same is true of nature. The
3   same is true of history. The same is true of our own
4   selves. That, in other words, there's an
5   incomprehensible mystery. Depth is just another word
6   for mystery.
7       If you correlate it with the definitions I
8   gave -- three definitions, it would fit in the second
9   definition. So an awareness of the infinite and
10  inexhaustible depth of nature is one of the ways in
11  which I would try to give a person some sense of what
12  I mean by God. It fulfills the definition of God as
13  transcendent. It's not identical with nature,
14  history, us; it transcends us. Just instead of
15  thinking of God as up there as classical thought is
16  done -- as prescientific thought is done, after depth
17  psychology came along, a new horizon opened up to us,
18  that of the dimension of depth.
19      And that is just one of many ways in which
20  we can begin to find something in our experience off
21  of which we can bounce the word God so as to make some
22  sense of it. It's by no means an exhaustive

269

1  understanding.
2      Q   Your definition of God also, in a sense,
3  removes him from direct causation of life on earth; is
4  that correct?
5      A   To make God a direct cause of anything is to
6  demote God. God is the ground of all causes, not --
7  not so much a specific physical cause but the ground
8  or the foundation of all causation.
9      Q   So you would answer my question yes?
10     A   Yes.
11     Q   Okay. So even though the creed says, maker
12  of heaven and earth --
13     A   Uh-huh.
14     Q   -- you do not consider him maker of heaven
15  and earth as we would understand that?
16         MR. WILCOX:  Objection.
17         THE WITNESS:  The expression heaven and
18  earth refers to what is visible and invisible, and
19  what it means is that wherever there is being --
20  wherever there are beings, there's a ground of being,
21  and that's what we mean by creator.
22  BY MR. THOMPSON:

270

1      Q   This ground of being, I guess that's
2  another --
3      A   That's a theological expression of Paul
4  Tillich.
5      Q   But the creed talks about maker of heaven
6  and earth, and then the second line is of all
7  visible -- things visible and invisible.
8      A   Yeah.
9      Q   Are those different categories?
10     A   No, I think they're two ways of saying that
11  whatever exists -- they're just two different ways of
12  saying that whatever exists has a foundation; that is
13  not part of the created world but which is the
14  foundation of the created world.
15     Q   Did God make Adam?
16     A   Who is Adam? What do you mean by "Adam"?
17     Q   In the Book of Genesis.
18     A   What do you mean by "make"?
19     Q   Did God create Adam, the first man?
20     A   What do you mean by "create"?
21     Q   Whatever that definition normally means --
22         MR. WILCOX:  Objection.

271

1  BY MR. THOMPSON:
2      Q   -- in common terminology.
3      A   Well, it's a term that in theology we have
4  to be very careful with. What it means theologically
5  is that whatever exists has an ultimate cause or an
6  ultimate explanation.
7      Q   Well, was there a man on earth referred to
8  in Genesis as Adam? Do you believe that?
9      A   If you want me to give a full answer to this
10  question, I have to give you a little bit of
11  introduction to biblical literature. And the answer
12  to it is that Adam in the theological community today
13  is understood as a -- not an actual organic individual
14  but as the term itself means in Hebrew. It means
15  mankind. It has a kind of generic quality to it.
16         So I believe that God creates everything,
17  not just Adam, but everything. But God creates not in
18  the same way that scientific causes operate, but in a
19  much deeper way.
20     Q   Well, am I correct in understanding, then,
21  that even though the Bible says -- refers to Adam as a
22  single man, you refer to him as mankind?

272

1      A   What the Bible is trying to do in that -- in
2  asking that question that you just asked, you -- you
3  assume that I'm following a literalist interpretation
4  of the Book of Genesis, which I do not as I've been
5  saying all day.
6         The Book of Genesis has a deep meaning, but
7  the deep meaning is not to be arrived at by taking the
8  individual characters in the story as representative
9  of factual, actual human beings. The story is trying
10  to get across the importance of hope for people, and
11  what it's trying to say is that in spite of evil and
12  in spite of the mess we get ourselves in, there is a
13  reality which is sufficiently resourceful, God; that
14  by being able to bring a whole universe into existence
15  can also bring our own lives to fulfillment as well in
16  spite of all evil.
17     Q   Well, maybe to make it more specific without
18  referring to the Bible since you are Roman Catholic,
19  let's talk about the magisterium of the church, what
20  the Roman Catholic church believes. The Roman
21  Catholic church believes that Adam is a word for -- a
22  generic word for humankind, or does the church believe

273

1   that there was a man -- the first man created by God?
2      A   Here, again, you have to be careful to
3   define what you mean by "church." In the teaching of
4   the Second Vatican Council, the "church" means the
5   whole people of God, not just the magisterium. And
6   the magisterium is not just ecclesia docens, ecclesia
7   teaching, works of the church teaching, but it's also
8   the church learning as well. This is a theology that
9   has emerged most explicitly in the Second Vatican
10  Council.
11          And when the magisterium -- if you identify
12  the Pope as magisterial -- speaks, the Pope, like
13  everybody else, learns. And what the past pope, Pope
14  John Paul II, learned over the course of his lifetime
15  was that evolution is a fairly probable hypothesis,
16  and that's why he wrote a statement showing that the
17  Catholic church is not opposed to evolutionary
18  thinking. The only thing that it's opposed to is the
19  identification of evolution as materialism, and that's
20  what I've been bringing out today.
21          So the church has no formal statement ever
22  that I know of that Adam was a factual historical

274

1   being.
2      Q   Well, I mentioned the magisterium and you
3   responded by the magisterium. What about the
4   catechism of the Catholic church?
5      A   The Catholic catechism is misinformed and
6   it's out of touch with what's going on in science when
7   it speaks of Adam almost as a historical person.
8   There's been a lot of discussion in the theological
9   community about the thorough and complete inadequacy
10  of the Catholic catechism, of the people who wrote the
11  Catholic catechism were not informed about science and
12  evolution, and that's one of the things that happens
13  when people do not become informed about science.
14     Q   Would you then agree that at least the
15  catechism refers to Adam as a man created by God?
16     A   Yes, and I thoroughly disagree with that
17  approach. And one can be a good Catholic and dissent
18  from specific formulations like that, and even the
19  papal statements themselves, I think, implicitly rebut
20  that particular formulation. This is not an
21  infallible document.
22     Q   What about Eve; do you believe that there

275

1   was a woman named Eve?
2      A   The Eve that I accept is our ancestor in
3   Africa that the scientists talk about. But, no,
4   that's all part of a way of trying to get across a
5   deep religious truth which we miss altogether if we
6   interpret it literally.
7      Q   Well, do you believe in the original sin?
8      A   I believe that the Doctrine of Original Sin
9   can make sense -- very good theological sense if we
10  don't interpret it as something that's inherited
11  genetically from one generation to the next, but
12  instead understand it as applying to the fact that the
13  world into which each one of us is born has been
14  messed up in some ways by the accumulation of bad
15  human decisions.
16          All of us are contaminated by evil social
17  structures, for example, unjust social structures.
18  Look at the poverty in Africa and elsewhere that's due
19  to the maldistribution of the world's wealth. The sin
20  of injustice is something that has an effect on
21  everybody born into this world.
22          That's original sin, and it's much more

276

1   serious and much more in need of redemption than
2   something that's inherited biologically.
3      Q   Do you believe in the Catholic Doctrine of
4   Original Sin as a result of decisions made by Adam and
5   Eve?
6      A   Again, you're asking this question in the
7   form of a biblical literalist.
8      Q   I'm talking about, again, the catechism of
9   the church, the magisterium or the catechism of the
10  church.
11          MR. WILCOX: Objection, compound.
12          THE WITNESS: You're trying to force me
13  to play a literalist creationist sort of game which I
14  have all day been distancing myself from, and I've
15  been doing that because of theological convictions and
16  religious convictions that we trivialize biblical text
17  if we ask questions the way that you just did.
18  BY MR. THOMPSON:
19     Q   Did you answer my question?
20     A   It's not a meaningful question.
21     Q   So you refuse to answer it?
22     A   If I said yes or no to a question like that,

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

70 (Pages 277 to 280)

277

1    it would — it would implicitly be making me a part of
2    a kind of literalist way of looking at religious text.
3    So I could say in a figurative way, and in preaching,
4    for example -- I'm not a preacher, but if I were a
5    preacher, I could use terms like the fact we are all
6    descendents of Adam, for example, to figuratively
7    represent the fact that we're all in need of
8    redemption.  That's the whole point of the story.
9           The point of the story is not to make people
10   literalists but to make people aware of their need for
11   redemption.
12       Q   Isn't it true, however, that the magisterium
13   and the catechism of the church hold that Adam was, in
14   fact, a unique individual created by God and that Eve
15   was, in fact, a unique individual created by God;
16   doesn't the church hold that as a part of its
17   magisterium and catechism?
18       A   It depends on what you mean by "magisterium"
19   here.  If you mean the teaching of the deepest truths
20   that have been bequeathed to us by scripture and
21   tradition, the magisterium would not require that I
22   say literally that Adam and Eve existed, and I don't

278

1    know of any competent theologian who would go along
2    with that.
3        Q   What about the same question relating to the
4    catechism of the church?
5        A   Catechism of the church is a conditioned —
6    a historically conditioned document which changes.
7    There have been many catechisms over the course of
8    times.  Some catechisms, like the Baltimore catechism,
9    express things one way.  The reason that we come up
10   with new catechisms is people recognize the inadequacy
11   of earlier ones.  That's the only reason why the new
12   catechisms are brought about.
13          Already there are a lot of people such as
14   myself who say we can do a lot better in presenting
15   Christian doctrine than this carelessly constructed
16   catechism.  Not all parts are carelessly constructed,
17   but some of them are.
18       Q   Do you believe in the virgin birth of
19   Christ?
20       A   I believe it in this sense; that what the
21   virgin birth literature is trying to get across is not
22   a biological fact but it's trying to bring out — the

279

1    whole story of the virgin birth, if you read
2    contemporary biblical scholarship, is trying to make a
3    theological point that this is a special person.
4           The Christians were not the first to talk
5    about virgin birth.  You find in interreligious
6    literature parallel types of stories in which
7    prominent individuals were brought about in a very
8    exceptional manner.  And the purpose of this kind of
9    language, if you look at it historically in the
10   context in which it arose, was to give people a sense
11   of the specialness of Christ.
12       Q   Trying to interpret what you just said,
13   then, what you are saying is that the virgin birth was
14   not, in fact, a historical fact?
15       A   It's not a verifiable — even in principle
16   it's not a verifiable biological fact.
17          I could say the same thing of the
18   resurrection.  The resurrection is not a
19   scientifically knowable reality.
20       Q   Well, see, I'm not talking about scientific
21   now.  I'm talking about your -- you're a Catholic
22   theologian, and I'm talking about what you as a

280

1    theologian believe.
2        A   All right.  If you'll concede that, that
3    we're not talking about scientifically factual here,
4    then the interpretation that I gave is in conformity
5    with that requirement that you just laid down.  I'm
6    giving you an interpretation and understanding of the
7    virgin birth which does not require that we trivialize
8    it by making it some sort of scientific curiosity but
9    that we look for the religious intention of the
10   authors who were talking about this event, and that
11   religious intention was to uphold -- to find one of
12   many, many different ways in which the New Testament
13   tries to bring out the preeminence of Christ.
14       Q   Again, keeping in mind, now, we're talking
15   about what you believe as a theologian, I'm going to
16   ask you the question again.  Do you believe in the
17   virgin birth as an actual fact of history?
18       A   That's an irrelevant thing.  That's an
19   irrelevant question.  Do I believe in -- you don't --
20   you don't believe in facts.  Facts are things which
21   are -- which are — things that are publicly knowable.
22          The whole of the New Testament is in a genre

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

71 (Pages 281 to 284)

281

1   of literature in which one has to undergo what I
2   earlier referred to as a personal transformation in
3   order to understand what's going on in the text. So
4   that to ask the question do I believe in the virgin
5   birth as a fact is, in a sense, to miss the whole
6   point of the doctrine of -- or the biblical idea of a
7   virgin birth. And that point is to draw attention not
8   to this woman and not to some biological curiosity,
9   but to the preeminence of this man.
10      Q   Well, the only reason I ask that question is
11  because the catechism of the church speaks about it.
12      A   You have to understand here that --
13          MR. WILCOX: That's not a question.
14          THE WITNESS: Okay.
15          MR. WILCOX: If he wants to ask a
16  question, I assume he's getting to one.
17          MR. THOMPSON: Yeah. Thank you.
18  BY MR. THOMPSON:
19      Q   So I'm asking you specifically, is that a
20  historical fact? Regardless of whether it's trivial
21  or irrelevant in your mind, is that a historical fact?
22      A   What do you mean by "historical"?

282

1       Q   That it occurred in history, in time.
2       A   That it occurred in what sense? Physically?
3       Q   Yes.
4       A   In a way that could be in principle verified
5   by biological testing?
6       Q   I would say so.
7       A   No. And for me to say yes to a question
8   like that is, in a sense, to place me in the camp of
9   literalist religiosity which all day I have been
10  distancing myself from.
11      Q   Do you believe that Christ was the son of
12  God?
13      A   Yes, provided you understand what "son of
14  God" means.
15      Q   I'm using that term as a Catholic would use
16  that term.
17          MR. WILCOX: Objection.
18          THE WITNESS: The term son of God, if
19  you know the biblical literature, is one that's
20  employed in other ways than -- and applied to other
21  individuals in biblical history in the Old Testament.
22  So what you're asking is do I believe in the Doctrine

283

1   of Hypostatic Union, perhaps, the union of the God,
2   the nature of the God and the nature of human in
3   Christ, yes.
4   BY MR. THOMPSON:
5       Q   Well, do you believe that Christ is God --
6       A   As I said --
7       Q   -- incarnate?
8       A   As I said earlier, I can recite the Nicene
9   Creed with complete genuineness and honesty, but you
10  have to remember that as a theologian I have been
11  trained to see things in this creed that perhaps a
12  literalist mentality would not. So the questions that
13  you're asking me right now are questions that really
14  are not able to elicit, even in principle, what I
15  really believe because you're trying to force me into
16  a kind of literalist response -- yes or no response to
17  the type of questions that you're asking.
18      Q   Well, those are the, you know, same kind of
19  responses (sic) that priests ask children as they go
20  through confirmation.
21      A   But in that context -- that's a religious
22  context. It's not an intellectual context. When I go

284

1   to church, and I go to mass faithfully every Sunday,
2   and recite the creed, what I'm thinking when I recite
3   this creed is not the same thing that a seventh grader
4   or third grader is thinking.
5       Q   What about the Catholic catechism; is it the
6   same as the Catholic catechism is depicting and
7   describing?
8       A   Again, there are different levels of
9   adequacy with which one even reads the catechism. The
10  catechism is not the best way to introduce people to
11  religion. But if you're talking about catechisms,
12  they have -- the different formulas in the catechism
13  can be read at many different levels of theological
14  development.
15      Q   Do you think truth changes for the church?
16          MR. WILCOX: Objection.
17          THE WITNESS: Again, you're using
18  "truth" in a way that I wouldn't use it. Truth as
19  the -- truth is the objective of the human desire to
20  know, and it's not something that could ever be
21  sequestered and confined by the human mind. It's a
22  goal that we're on our way toward our whole lives. Do

285

1  I believe that there is something there that is
2  calling me to be honest, to be truthful? Yes.
3  BY MR. THOMPSON:
4      Q  Do you believe that God came into this world
5  through Christ?
6      A  Yes. I also believe that God has been
7  coming into this world in other ways as well.
8      Q  Do you believe that God came into this world
9  as Christ for a specific purpose, that being the
10  salvation of men's souls?
11      A  That's one way of putting it, but eastern
12  Christianity would not put it that way so much as to
13  say that God comes into the world to divinize the
14  world.
15      Q  To what?
16      A  Divinize it, to make the world -- to
17  transform the universe.
18      Q  So that God is not someone who stays outside
19  of nature?
20      A  Right. God, as I've been saying all along,
21  is deeply involved in nature but not in the same way
22  that the scientific cause is involved, more deeply

286

1  than that.
2      Q  Well, he -- he actually came down and lived
3  on earth; correct?
4      A  I believe in the Incarnation, but to put it
5  in the formula that you just did is only the -- a very
6  pre-philosophical, pre-theological way of getting at
7  the truth of the Doctrine of the Incarnation.
8      Q  Do you believe in miracles?
9      A  I believe that there are things that happen
10  in nature which do not violate scientific laws, laws
11  of physics and chemistry, but which can be interpreted
12  by the religious mind as evidence of the presence of
13  the divine.
14      Q  Do you believe the biblical account of the
15  parting of the Red Sea?
16      A  That's a stylized legendary way of getting
17  across the truth that God is ultimately a liberating
18  reality that seeks to set us free, including free from
19  religious prejudices.
20      Q  What does "stylized" mean? What do you mean
21  by "stylized"?
22      A  It's the specific style of getting across to

287

1  a pre-scientific people fundamental religious truth
2  that there is something deeply liberating at the
3  ultimate levels of reality.
4      Q  Am I to then conclude by that statement that
5  there was no such thing as the parting of the Red Sea
6  as it was described in the Bible?
7      A  As you see it in Cecil B. DeMille's Ten
8  Commandments, no. There was not -- if you were there
9  with the eyes of a naturalist, all you would see is
10  people struggling through what was called the Yom Suf,
11  it wasn't even the Red Sea. It was the Sea of Reeds.
12  Most scholars now deny that it had anything to do with
13  the Red Sea at all. And you would not have seen walls
14  of water like that. You would have seen -- if you
15  were there with the eyes of a scientist or with a
16  camera, that's what you would have seen.
17      What religion does is look for the deeper
18  meanings of such events, and the Hebrews concluded
19  that on the basis of that experience that we can posit
20  the existence of an ultimate reality, which is not
21  only liberating of the world, but eventually they
22  developed a Doctrine of Creation out of that; that

288

1  this liberator is also a creator.
2      So Genesis, in fact -- the stories in
3  Genesis are much later than the Exodus stories in
4  their theological reflections that unfold as the
5  religious thinkers think about things that unfold, the
6  deeper meanings. This is why the notion of death is
7  very important to me.
8      Q  Do you believe that Christ was crucified,
9  died and was buried as a historical fact?
10      A  Yes, but I would like to know what all of
11  this has to do with this particular case?
12      Q  Because it's -- I'm testing your credibility
13  as a Catholic theologian.
14      A  But I would like to know what -- what gives
15  you the authority to be able to decide what is or what
16  is not a Catholic theologian --
17      Q  I'm not making that -- I'm not making that
18  assumption.
19      A  Well, to be able to think you can raise the
20  relevant questions that can decide that issue.
21      Q  Because you're here as a theologian and
22  you've been discussing all of intelligent design as a

289

1    religious doctrine --
2        A    I'm here --
3        Q    -- and you've defined religion for me, and
4    you've written a book, which we've been discussing,
5    Deeper Than Darwin, where you actually had been making
6    those kinds of comments.
7        A    Well, if you read the books, you will see
8    that the kinds of questions that you've been asking me
9    are not appropriate to the kind of theology that I do.
10       Q    Nevertheless, we'll continue on here.  Do
11   you believe that Christ was crucified, died and was
12   buried as a historical fact?
13       A    Of course.
14       Q    Okay.  Do you believe that he was
15   resurrected from the dead as a historical fact?
16       A    What do you mean by "historical fact"?
17       Q    That it happened.
18       A    Well, if you put things in that way, yes,
19   Jesus is alive.  Resurrection, you know, is only one
20   of the ways in which the New Testament tries to
21   represent -- the fundamental fact for the Christian is
22   that Jesus lives.  The way in which that was expressed

290

1    in the New Testament is through resurrection stories,
2    but it was also expressed through the stories about
3    the coming of the spirit of Christ upon the Disciples
4    who were galvanized by their common experience of this
5    man during his lifetime to the belief that this man's
6    substantiality was so solid that death could not
7    defeat it, and that, therefore, he lives.  And
8    resurrection is one way of representing that.
9        But, again, if there was a camera and
10   scientific experts in the upper room, that the
11   evangelists talk about, when Jesus appeared, they
12   would not have seen him.
13       Avery Dulles, for example, who is a rather
14   conservative theologian and now a Cardinal of the
15   Roman Catholic church -- you might want to read his
16   book Apologetics of the Biblical Christ.  He said this
17   in this books many, many years ago, that without
18   faith, nobody would have seen the risen Christ,
19   including the early Disciples.
20       Q    So what you're saying, if I gather
21   correctly, is that if we had a camera going in the
22   upper room --

291

1        A    Right.
2        Q    -- after Jesus was resurrected --
3        A    Yes.
4        Q    -- taking photos of that room
5    continuously --
6        A    Right.
7        Q    -- there would not have been a Christ?
8        A    That's my opinion, and it's an opinion that
9    I share with some other theologians as well.
10       Q    Do you believe that the Bible is the
11   inspired word of God?
12       A    Yes.
13       Q    Okay.  Do you believe in the Holy Trinity?
14       A    Of course.
15       Q    Okay.  So you believe in the existence of
16   God the Father, the Son and the Holy Spirit?
17       A    As I said all along I can recite the Nicene
18   Creed, the Apostle's Creed with complete honesty and
19   fullness in faith.
20       Q    There was a question I wanted to ask you,
21   and then I forgot, the -- Christ came to this world
22   for the specific purpose of dying for our sins; isn't

292

1    that true?
2        A    That's one interpretation.
3        Q    Well, isn't that the interpretation that the
4    Catholic church gives?
5        A    Yes, and I can accept that, but that does
6    not exhaust the meaning of Christ.  That's what I'm
7    saying.  Christ also came to bring this universe to
8    fulfillment, this evolving universe.
9        Q    True.  But the fact is that he came here for
10   the purpose of --
11       A    That's part of the creed.  I can accept
12   that.
13       Q    Okay.  We've had a long, long, long day, and
14   I appreciate your patience.
15            MR. THOMPSON:  And the patience of you,
16   Counselor.
17   BY MR. THOMPSON:
18       Q    Is there anything now that you think back --
19   is there anything that you want to add or subtract --
20       A    No.
21       Q    -- from your testimony?
22       A    No.

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

74 (Pages 293 to 296)

293

1       MR. THOMPSON: Okay. That will be it.
2   Thank you.
3       THE WITNESS: Thank you.
4
5
6       (Signature not having been waived, the
7   deposition of JOHN F. HAUGHT, PH.D., was concluded
8   at 4:45 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22

294

1           ACKNOWLEDGMENT OF DEPONENT
2
3       I, JOHN F. HAUGHT, PH.D., do hereby
4   acknowledge that I have read and examined the
5   foregoing pages of testimony, and the same is a true,
6   correct and complete transcription of the testimony
7   given by me, and any corrections appear on the
8   attached Errata sheet signed by me.
9
10
11   (DATE)          (SIGNATURE)
12
13
14
15
16
17
18
19
20
21
22

295

1       CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2       I, Dana R. Craddock, Registered
3   Professional Reporter, the officer before whom the
4   foregoing deposition was taken, do hereby certify that
5   the foregoing transcript is a true and correct record
6   of the testimony given; that said testimony was taken
7   by me stenographically and thereafter reduced to
8   typewriting under my direction and that I am neither
9   counsel for, related to, nor employed by any of the
10   parties to this case and have no interest, financial
11   or otherwise, in its outcome.
12       IN WITNESS WHEREOF, I have hereunto set my
13   hand and affixed my notarial seal this 13th day of
14   June, 2005.
15   My Commission Expires:
16   June 30, 2005
17
18
19   _____
20   NOTARY PUBLIC IN AND FOR .
21   THE DISTRICT OF COLUMBIA
22

296

1           E R R A T A   S H E E T
2   IN RE:  TAMMY KITZMILLER, et al. vs. DOVER AREA
3   SCHOOL DISTRICT AND DOVER AREA SCHOOL DISTRICT BOARD
4   OF DIRECTORS
5   RETURN BY: _____
6
7   PAGE   LINE      CORRECTION AND REASON
8   _____
9   ___  ___  _____
10   ___  ___  _____
11   ___  ___  _____
12   ___  ___  _____
13   ___  ___  _____
14   ___  ___  _____
15   ___  ___  _____
16   ___  ___  _____
17   ___  ___  _____
18   ___  ___  _____
19   ___  ___  _____
20   ___  ___  _____
21   ___  ___  _____
22   (DATE)        (SIGNATURE)

297

1        ERRATA SHEET

2    IN RE:  TAMMY KITZMILLER, et al. vs. DOVER AREA

3    SCHOOL DISTRICT AND DOVER AREA SCHOOL DISTRICT BOARD

4    OF DIRECTORS

5    RETURN BY: _____

6    ════════════════════════════════════════════

7    PAGE  LINE      CORRECTION AND REASON

8    ════════════════════════════════════════════

9    ___  ___  _____

10   ___  ___  _____

11   ___  ___  _____

12   ___  ___  _____

13   ___  ___  _____

14   ___  ___  _____

15   ___  ___  _____

16   ___  ___  _____

17   ___  ___  _____

18   ___  ___  _____

19   ___  ___  _____

20   ___  ___  _____

21   ___  ___  _____

22   (DATE)         (SIGNATURE)

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

298

**A**

abbreviated
208:9
ability 7:6
241:12
able 7:10 46:7
51:8,20 127:11
136:17 151:11
161:15 167:4
169:8 199:7
227:3,5 231:4
241:10 245:13
247:7 263:8,18
264:6 272:14
283:14 288:15
288:19
about 14:21
17:14 19:6,7
23:18 26:8,13
28:21 29:2,6
30:8,9 31:1
34:4,17 41:11
45:16 46:21
47:1,5 51:13
51:14 55:17
57:6,7,8 61:4
61:14,15 62:10
65:18 66:20
68:15 70:17
72:9 73:2,3,20
74:4 75:2 76:6
83:10 96:13
97:16,22 98:6
99:14 101:8
105:20 106:3
107:18 108:15
113:18 115:19
116:5,7,10
117:16,18
122:22 123:2
124:6,8 125:7
125:8 127:19
128:18 129:19
133:1 135:19
136:14,21

137:2,21
138:13,20
140:6 141:21
143:16 145:5
147:10 149:1
152:3 153:3
154:10,10,18
155:3 158:14
160:19 161:22
162:4 163:9,13
163:14 164:20
165:10 167:7
169:6 170:7,8
173:10 174:6
176:8,16 177:8
178:17 180:12
180:14,21
181:10 182:17
183:9 184:9
185:10 195:3,7
197:18 200:7
206:5,22
209:21 215:9
216:10 217:9
219:18 222:16
222:19 223:17
224:3,6 225:3
227:7,7 231:22
233:7,10 240:7
241:16 243:14
243:20 244:6
245:14,15,18
245:19 247:17
247:21 248:10
249:8 251:14
251:22 252:1
253:7 256:10
257:6,7 266:22
270:5 272:19
274:3,9,11,13
274:22 275:3
276:8 278:3,12
279:5,7,20,21
279:22 280:3
280:10,15

281:11 284:5
284:11 288:5
290:2,11
above 83:22
140:4 202:20
absent 46:6
65:18
absolute 104:3
absolutely 65:18
106:5 139:8
147:9 235:18
absolutism
67:13
abstract 24:16
161:7,11
abstracts 74:1
177:10
abundant 149:1
academic 37:3
72:9 123:20
182:21 183:8
Academy 40:22
234:9 236:20
236:22
accept 69:19
107:8,10
141:10,16
147:8,9,10
160:4 177:19
184:13 229:9
235:13 246:20
253:21 275:2
292:5,11
acceptable
187:2 234:7
235:15
accepted 69:20
136:4,11
160:15,17
199:15 209:4
232:18 247:5
accepts 199:22
accidents 68:21
69:2,3,8 70:9
accomplish

112:19,20
according 126:5
145:19 148:4
148:22 158:19
account 56:13
117:21 230:14
286:14
accounts 127:8
190:8
accumulation
275:14
accurate 10:4
15:6 29:3 30:6
48:13 99:18
134:20 149:19
207:21 208:21
accusation
157:11
achieve 189:1
achieved 83:2
acknowledge
166:5 294:4
ACKNOWLE...
294:1
ACLU 13:18
acquaintance
247:1
across 110:5
133:13 153:18
165:5 258:3,12
258:13 263:10
272:10 275:4
278:21 286:17
286:22
action 139:13
165:1
activities 56:17
actual 6:17
39:20 104:22
110:7 145:15
214:15 224:21
271:13 272:9
280:17
actually 17:13
19:16 33:9

52:9 74:1
122:20 131:7
139:3 145:14
146:9 159:16
167:12 176:20
185:11 187:17
230:18 255:14
286:2 289:5
ad 213:7,11
Adam 270:15,16
270:16,19
271:8,12,17,21
272:21 273:22
274:7,15 276:4
277:6,13,22
adaptable 93:3
adaptive 51:7,9
51:21 83:6
152:8
add 141:12
143:15 178:10
292:19
added 144:21
184:6
adding 143:18
addressed 63:11
259:2,19
addressing
158:20
adequacy 81:7
210:12,13,14
284:9
adequate 29:4
29:11,21 30:7
70:6 151:4
210:21
adequately
45:18 113:17
142:12 210:19
adheres 140:18
admit 168:1
212:4 236:9
admitting
129:16
adopted 202:22

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

299

**adult** 80:7
**advanced** 178:1
**advancing**
  123:22
**advice** 14:3
**advisement**
  22:11
**advocate** 44:4
  132:11 212:9
**advocates** 53:13
  53:14 65:21
  66:9 123:13
  135:9,13
  149:15,20
  209:17 211:2
  258:1
**advocating**
  212:12
**affect** 53:18
  119:1,2 121:10
  212:11 230:2
**affirm** 156:9
**affirmation**
  154:18
**affirmatively**
  135:17
**affixed** 295:13
**afraid** 231:19
**Africa** 275:3,18
**after** 15:2 16:19
  17:4,6,7 21:3
  23:2 38:4,11
  43:19,20 45:5
  48:11 57:19
  71:8 83:13
  100:18 131:21
  158:1 200:17
  215:11 239:8
  239:16 246:18
  260:22 268:16
  291:2
**afterglow** 231:2
**afterwards** 43:7
  259:3
**again** 52:8 60:19

67:12 77:11
102:6 103:12
110:1 114:11
129:11 130:10
133:22 143:21
152:13 179:5
184:17 200:18
205:11 214:12
214:22 216:21
218:2,18 220:8
256:1 257:7
261:16 262:8
267:20 273:2
276:6,8 280:14
280:16 284:8
284:17 290:9
**against** 8:8
  13:17,18 14:3
  19:11 125:15
  141:14 142:10
  157:11 190:1,3
  211:12 233:5
  233:17 234:13
  235:6 244:3,4
**age** 133:4
**agency** 162:5,11
**agenda** 217:22
  218:3,4,5
  249:22 250:14
  251:1 252:16
  253:3
**agendas** 250:12
**agent** 169:4
  175:10
**ages** 10:17 70:14
  115:17
**agnostic** 53:14
  237:1
**ago** 15:21 26:8
  43:5 104:14
  105:10 106:11
  113:11 152:1
  204:8 290:17
**agree** 14:7 57:16
  65:2 89:6

96:14 120:22
123:15 125:11
126:7,10 141:6
141:19 143:12
143:19 144:11
144:13 146:14
146:21,22
147:22 148:11
149:7 151:2
158:12,13
170:16 176:9
178:5 191:17
192:12 193:13
202:9 207:18
210:18,18
212:8,19 214:2
233:3,4 234:15
251:11 255:1
259:6 262:5
264:7 274:14
**agreed** 210:9
  262:19
**agreeing** 14:20
**agreement** 2:10
**Aguillard** 36:6,7
  36:9
**Ah** 127:1
**ahead** 21:7 30:5
  63:12 75:12
  118:6 152:12
  172:17 199:19
  244:18
**al** 1:4 24:12
  296:2 297:2
**Albert** 49:8
  232:11
**Alfred** 3:4 18:18
  41:15 118:18
  278:13
**alive** 289:19
**alleged** 73:5
**allegedly** 50:2
  106:22 107:2
**allegorically**
  164:13
**allow** 62:13

107:14 130:5
133:11 141:13
168:17 171:10
171:11 204:1
206:14 246:3
253:11 264:4
**allowed** 20:13
  61:17 82:16
  204:22
**allowing** 155:7
**allows** 49:14
  156:9,10
**all-knowing**
  70:6,8
**almost** 17:19
  119:6 132:6
  148:13 163:9
  170:19 177:18
  179:16 212:4
  227:21 229:4
  241:12 245:21
  248:4 257:18
  258:17 274:7
**alone** 66:12
  190:6
**along** 21:11,12
  39:5 44:17
  85:4 133:7
  176:7 185:16
  201:14 229:1
  237:10 253:6
  254:19 268:17
  278:1 285:20
  291:17
**already** 26:16
  31:21 205:12
  230:14 237:14
  278:13
**alter** 140:15
**altered** 145:14
**alternative** 14:5
  16:7 50:1,2,3,8
  93:8 186:4,19
  187:10,11,12
  187:13 188:4

190:5,14,14,16
205:22 207:11
250:2,8 251:1
251:5 252:6
254:2,12,16,21
266:12
**alternatives**
  14:16,17,18
  186:12,12,13
  186:13 252:1
**although** 16:19
  67:10 103:16
  144:19 145:8
  147:9 179:20
  197:17 199:6
**altogether** 275:5
**always** 16:3
  55:14 85:4
  89:6 91:9,21
  112:15 116:19
  128:10 129:20
  167:2 175:12
  215:21 217:10
  230:5,5,8
  248:5
**America** 41:1
**American** 40:22
  202:6 251:17
**amiable** 42:22
**among** 164:19
  237:4 240:11
  248:1 255:16
  260:1 261:7,13
  261:21 267:2
**amount** 30:15
  30:18 265:6
**amounts** 251:6
**analogous** 47:6
**analogy** 22:10
  51:17 80:2
  114:11
**analysis** 211:4
  213:1
**analytical** 52:17
**ancestor** 94:22

300

95:3,5 147:5
275:2
**ancestors** 94:16
**Andre** 227:19
**and/or** 173:7
**animal** 94:21
102:4
**animals** 147:6
222:20
**Ann** 3:17
**another** 19:13
19:16 66:18,21
73:7 82:12
86:1 88:4
108:22 123:4
128:18 133:18
147:8 152:9
166:22 190:15
210:15 238:19
255:21 267:14
268:5 270:2
**answer** 6:18,20
7:11,13 8:1
30:5 32:9,10
33:22 52:20
66:17 84:8
87:9,21 91:1,8
92:9,14 95:16
97:5 178:6
201:7 227:3,6
259:3 264:16
269:9 271:9,11
276:19,21
**answering** 7:3
152:11
**answers** 6:13,14
193:17
**antecedent**
114:3
**Anthony** 135:19
137:14,21
**anti-Darwinian**
209:20
**anti-intelligent**
123:12

**anybody** 67:20
157:15 219:7,7
223:8 233:22
**anymore** 113:6
114:17
**anyone** 8:14 9:1
9:7 36:21
173:5
**anything** 58:5
74:4 122:4
158:3 165:13
236:3,9 269:5
287:12 292:18
292:19
**anyway** 7:1
231:15
**anywhere**
179:14 251:2
252:4 255:6
**apart** 23:20
46:13 211:11
217:21 233:18
235:7
**Apologetics**
290:16
**apologize** 127:9
193:18
**Apostle's** 291:18
**appalling**
260:13,15,18
262:2 263:2,19
**appallingly**
238:21 260:13
**apparently** 92:1
100:21
**appeal** 58:21
77:5,10 78:11
78:12 115:10
120:15 122:15
137:11 154:4
163:4 177:1
179:14 181:8
195:12 237:19
**appealed** 179:20
179:22

**appealing** 78:8
98:3 180:2
218:22
**appeals** 46:9
137:9 139:16
219:4 221:1
**appear** 104:9
294:7
**appearance**
65:6,10
**appeared** 101:6
102:4 290:11
**apples** 192:19
254:18
**application** 61:9
**applied** 143:6,9
144:1 216:11
282:20
**applies** 42:19
56:11 108:7,9
266:2
**apply** 111:14
**applying** 275:12
**appreciate**
292:14
**apprenticed**
110:21 240:19
**apprised** 107:17
**approach** 17:15
18:5,21 19:21
20:1 26:17
44:13,16 73:22
74:3 93:17
110:20 116:8
120:15 131:12
150:11 191:2
240:6 246:1,2
253:12,13
254:17,18
259:8 274:17
**approaches** 16:7
17:16 204:13
205:1
**appropriate**
49:12,22 67:1

82:13 100:10
181:18 184:22
206:19 249:20
289:9
**appropriaten...**
189:9
**approximate**
129:18
**approximately**
174:10
**approximation**
129:19,20
**April** 38:4 231:8
**apt** 22:11
**Aquinas** 68:22
115:18 180:5,5
219:1,14
221:16 229:21
**arbitrary** 56:3
113:20
**Arbor** 3:17
**Arch** 3:7
**area** 1:7,8 4:11
13:15 24:12,13
29:20 34:16
35:2 72:4
180:1 186:14
221:8 233:12
256:22 296:2,3
297:2,3
**areas** 258:15,16
267:9
**argue** 214:8
**argues** 151:20
**arguing** 256:6
**argument** 46:9
48:18 213:7
214:13 219:1
233:5,17 235:6
261:15
**argumentation**
57:17
**argumentative**
120:7
**arguments**

209:6
**arise** 96:11
**arises** 216:3
**aristotelian**
61:12 105:14
111:19
**aristotelianism**
116:3
**Aristotle** 99:12
99:13,18 100:6
116:4,10
138:13,20
180:5 221:16
228:9
**Aristotle's**
221:11
**Arkansas** 35:21
36:2
**Arlington** 11:7
**arose** 279:10
**around** 78:9
97:7,8 109:9
**arrive** 74:8
**arrived** 253:4,5
272:7
**art** 239:22
**article** 16:9,21
44:14 109:2
**articles** 15:4
73:5
**articulate** 71:12
**articulated**
218:6
**artificial** 219:11
**arts** 248:8
**asceticism** 111:1
111:9
**ascribe** 173:16
**Asian** 20:17
**asides** 53:1
223:7
**asked** 13:11
22:4 28:14,14
29:19 70:11
74:12 127:19

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

301

182:2 193:11
226:19 272:2
asking 28:15
38:17 54:15
193:16 272:2
276:6 281:19
282:22 283:13
283:17 289:8
asks 166:6
aspect 44:8
150:8 170:17
aspects 53:21
73:21 108:19
145:18 216:22
218:18 224:14
224:22
assessing 212:16
214:2
assessment
189:2 211:7
assignments
241:19
assist 36:21
associate 168:4
250:18
associated 174:5
assume 7:14
81:4 124:11
234:14 272:3
281:16
assumed 78:5
assumes 250:15
assuming 32:13
53:17
assumption 14:1
66:16 73:15,19
79:14,16,18
288:18
assumptions
50:17 61:17
67:13 250:3
astronomical
171:18
astrophysical
174:16 188:18

astrophysically
154:16
astrophysics
97:21
atheism 212:5,6
244:2
atheist 135:20
135:21 200:22
215:6 249:6
atheistic 48:15
62:12 201:13
237:5,11,19,20
237:21 263:8
atheists 49:7
135:12 237:1
athletically
112:19
atom 229:5
232:7
atoms 185:22
attached 9:15
24:4 32:21
294:8
attack 119:10
120:1,2,5
123:13
attacked 119:15
120:6 122:2
attacking
121:19,20
122:6 215:15
attempt 45:17
124:12,13
174:10 184:2
213:12 218:10
262:3
attempted 89:17
222:8
attempts 55:7
71:21 93:3
attended 193:14
attending 193:5
attention 31:11
140:21 149:17
281:7

attorney 24:19
attract 166:22
attribute 160:8
August 12:5
author 20:20
229:12
authored 17:7
19:17
authority 61:12
111:12 179:15
180:1 288:15
authors 19:10
280:10
automatically
111:10
automobile 93:2
available 33:12
113:13 187:15
188:2 255:12
256:9 267:3
avenues 239:18
Avery 290:13
avoid 166:15
aware 19:3,4
24:21 27:5
94:1 110:16
130:21 197:14
197:17 239:16
277:10
awareness 89:11
263:14 268:9
away 214:5
a.m 1:16 45:4,5
100:17,18
——————
B
B 4:7 216:16,16
287:7
baboons 95:2
back 16:4 18:2,6
18:13,17 22:20
23:18 44:19
48:11 52:8
68:22 86:9
100:20 130:18

145:7 147:6
153:9 154:5
159:3 167:13
167:17 170:17
175:4 198:22
225:2 229:1,3
230:4 249:14
265:16 292:18
background
30:15 231:2
Bacon 62:3
116:6
bacterial 46:21
47:1 62:20
64:17 82:6,22
83:4,17 84:5
85:1,7 86:4
105:5 106:8,18
195:8
bad 125:17
275:14
balance 66:20
66:21 89:18
190:12,19,22
balanced 14:15
189:18,21
190:1,3,9,11
Baltimore 278:8
Banezians 70:15
Bang 225:10,13
226:4,5,8,10
226:15,18
227:3,16,20
229:7,12 230:1
230:15 231:3
231:16,22
232:8 235:22
Barbara 26:19
38:2 123:17
Barbour 18:8
Barth 261:3
base 159:20
based 41:17
43:9,12 85:10
123:14 211:17

214:14,15
236:6
bases 30:9,10
basic 23:10
73:21 199:22
basically 5:22
43:21 108:13
138:6 164:1
200:19,22
205:19 213:7
basing 216:21
267:7
basis 6:10,18
42:2 44:6,7
51:16 66:1
90:11,15
104:18 134:3
161:5 169:11
176:18 178:4
203:16 206:3
218:8,20
247:10 257:11
257:12,13
287:19
became 15:7
19:3,4
become 15:11
23:16 48:17
96:12 110:20
140:8 174:13
197:7 204:15
207:19 239:16
249:5 274:13
becomes 54:1
195:12 214:10
235:5 261:21
before 2:10 5:9
9:8 11:11,16
12:15,16 15:9
15:11 17:3,9
17:22 116:1,6
155:9,9 170:21
182:14,15
183:3 199:1
202:15 209:14

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

302

210:9 212:8
223:6 224:15
230:20 235:4
263:6 295:3
**began** 62:2 91:6
96:13 232:7
**begin** 183:4
268:20
**beginning** 69:6
104:3 112:7
115:12 118:14
133:15 140:20
153:8,16
189:10 198:21
199:1 202:17
202:18 218:9
227:16 228:1,4
228:6
**begins** 180:13
**begs** 163:6
**BEHALF** 3:3,12
**Behe** 23:4 39:21
42:10 43:12
45:1,8,20 59:6
62:19 76:7,12
82:6,16 84:21
85:18 88:1,2,3
106:21 107:21
149:16,22
150:1 158:19
161:20 168:21
180:10 181:11
191:18 195:3
208:22 214:8
220:18 245:6,7
247:20
**Behe's** 46:13
106:7 142:16
146:2 150:11
208:17 210:9
246:1
**behind** 67:15
76:16 125:20
125:20 213:22
226:10,15

**being** 22:14
34:20,21 35:14
39:21 74:6
76:2 101:9
104:11 119:15
120:3,4,6
139:3 160:20
169:7 171:16
173:11 175:8
178:1 179:22
189:9 190:1,3
191:14 194:16
214:13 215:2
232:1,18 236:2
238:15,16
246:14 264:12
269:19,20
270:1 272:14
274:1 285:9
**beings** 152:8
242:7 269:20
272:9
**Belgian** 229:12
232:1
**belief** 59:21,22
59:22 60:2,2
65:4 67:19
76:14 82:2
108:22 109:22
110:3 157:22
175:18 200:15
237:12,14
245:15 290:5
**beliefs** 50:17
156:3,5,6
189:19 191:7
218:8
**believe** 13:1
16:18 18:12
58:20,21 64:13
81:8 107:1
126:13,14,20
129:11 133:1,3
133:5,19,21
135:13 139:8

139:14 140:2
140:17 150:10
150:13 156:10
167:11,15
170:6 171:14
176:21 177:20
183:6 185:6
193:19 196:17
196:22 200:12
205:9 220:18
228:17 236:3
242:10 257:9
257:16 259:12
260:20 267:1
271:8,16
272:22 274:22
275:7,8 276:3
278:18,20
280:1,15,16,19
280:20 281:4
282:11,22
283:5,15 285:1
285:4,6,8
286:4,8,9,14
288:8 289:11
289:14 291:10
291:13,15
**believed** 228:5
228:11
**believes** 76:7
157:15 272:20
272:21
**belong** 41:5
54:12 68:2
138:3
**belongs** 73:7
105:18 186:8
253:17
**bequeathed**
277:20
**Bergson** 118:18
**Berlinski**
135:14
**Bernard** 118:18
**best** 6:6 40:18

284:10
**better** 169:15
278:14
**between** 37:17
45:1 50:15
53:12 70:14,19
77:21 87:22
88:2 91:17
130:19 132:2
151:12 152:14
155:18 158:4
165:21 166:8
185:4 192:16
199:8 200:12
200:15 204:13
205:1,3,14,15
206:15 215:1
225:7 239:20
247:8
**beyond** 71:22
72:22 91:14
117:11 256:5
**be-all** 209:6
**bias** 124:12
216:14 232:12
**biased** 249:2
**Bible** 83:14
132:10 137:13
140:1 158:2
180:19 271:21
272:1,18 287:6
291:10
**biblical** 132:12
132:17,18
134:18,19
155:8 156:20
160:10 219:10
271:11 276:7
276:16 279:2
281:6 282:19
282:21 286:14
290:16
**big** 70:13 75:2,4
75:10 159:5,5
225:9,13 226:4

226:5,8,10,15
226:17 227:2
227:15,20
229:6,12 230:1
230:15 231:2
231:16,22
232:8 235:22
**Bill** 22:5 42:13
42:21 43:1
59:5 78:19
89:16 169:6,12
**billion** 91:22
93:15 94:13
103:20 104:14
133:9 171:16
**billions** 140:14
**biochemical**
45:19 97:17
**biochemically**
96:19 242:9
**biochemist** 47:3
47:4
**biochemistry**
97:18 127:7
220:22
**biogeographical**
90:7
**biography**
125:17
**biological** 46:20
47:11 51:3
79:1 104:4
132:21 136:1
144:17 190:13
209:21 242:19
278:22 279:16
281:8 282:5
**biologically**
276:2
**biologist** 43:13
47:2 127:16
177:13 197:21
238:17 249:11
**biologists** 79:11
99:6 103:13,13

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

303

| | | | | |
|---|---|---|---|---|
| 106:20 107:17 | blue 247:13 | 139:7 169:21 | 106:9,15 | building 104:20 |
| 129:5 157:9 | board 1:9 4:11 | 170:1,5 187:15 | breaks 7:1 | buried 288:9 |
| 168:8,22 | 13:19 14:9,12 | 195:3 217:16 | 182:10 | 289:12 |
| 170:19 237:4 | 24:13 33:5 | 217:17 222:15 | briefly 45:17 | business 59:3 |
| 238:1 249:1 | 35:2 195:20 | 236:19 246:8 | bright 245:12 | 64:10 82:5 |
| biology 4:12 | 196:4,5,8,17 | 247:13 254:14 | bring 28:11 50:1 | B-A-R-B-O-U... |
| 14:5,17,18 | 197:8 233:12 | 255:11 256:7,8 | 54:17,19,20 | 18:9 |
| 23:20 33:6 | 257:1 259:20 | 266:20 270:17 | 57:22 63:9 | |
| 35:13,14 39:8 | 260:4 296:3 | 272:4,6 289:4 | 67:1 74:9 | **C** |
| 43:14 50:3 | 297:3 | 290:16 | 75:14 77:16 | C 3:1 4:1 5:1 |
| 68:4 86:3 96:8 | boards 192:4,5 | books 10:5 15:2 | 81:19 86:19 | 171:3 |
| 105:22 106:14 | 197:1 | 18:1 19:14,16 | 87:8 105:14 | call 16:3 24:14 |
| 106:15,17 | board's 14:3 | 22:20 23:12,12 | 137:2 171:12 | 56:6 57:19 |
| 107:14 125:14 | 191:7 203:1 | 41:20,21 43:18 | 221:9 227:12 | 58:11 69:8 |
| 157:1,12 | bodies 166:21 | 67:11 73:5 | 239:13 243:22 | 72:1 78:9 92:2 |
| 170:18 182:4 | body 143:6,9 | 225:19 255:17 | 250:11 259:17 | 102:6 105:8 |
| 182:15 183:3,4 | 144:2 240:17 | 289:7 290:17 | 262:3 272:14 | 109:20 111:18 |
| 188:4 189:10 | boiling 97:3,4,6 | book-length | 272:15 278:22 | 115:2 117:22 |
| 196:20 197:16 | 97:10,11 98:13 | 280:13,2 | 280:13 292:7 | 118:3,22 119:5 |
| 198:7,21 199:9 | 126:2,3 178:9 | born 10:8,18 | bringing 65:18 | 119:7 140:19 |
| 203:10 207:19 | 187:4 | 216:19 275:13 | 98:17,19 | 145:19 231:5 |
| 222:13,16,19 | bones 91:22 | 275:21 | 120:10 128:5 | 232:8 233:8,9 |
| 224:11 225:3 | book 15:4 16:9 | both 11:1,8,9 | 218:18 221:10 | 239:13 |
| 233:9 238:6 | 16:19,21,22 | 19:7 27:6 38:4 | 261:18 273:20 | called 18:2,2,9 |
| 242:1,2,9 | 17:4,5,22 18:2 | 223:20 240:21 | brings 154:5 | 18:19 21:9 |
| 244:1 253:16 | 18:7,8,14,18 | 242:8 244:15 | 261:6 | 27:17 38:21 |
| 264:8 266:13 | 19:1,5,13,16 | 244:15 247:13 | broad 141:8 | 76:3 109:6 |
| birth 278:18,21 | 20:20,22 21:8 | bottled 102:11 | 157:16 185:14 | 110:21 114:17 |
| 279:1,5,13 | 21:11,15,17,18 | bottom 182:19 | broadening | 114:18,19 |
| 280:7,17 281:5 | 21:21 22:5 | 257:8 260:8 | 251:21 | 131:2 146:8 |
| 281:7 | 23:8 27:17,19 | 267:22 | broader 28:5,19 | 152:21 153:2 |
| Bishop 11:6 | 31:14,15,16 | bounce 268:21 | 59:14 | 157:15 164:8 |
| bit 23:7 101:16 | 41:18,19 43:17 | bound 173:9 | broadly 218:7 | 169:22 170:6 |
| 229:2 271:10 | 45:7,9,10,12 | 264:21 | brought 31:10 | 206:1 232:7 |
| Black 45:8 | 45:14,15 46:9 | Box 3:16 45:8 | 58:18 81:15 | 259:15 263:6 |
| 48:12 181:11 | 46:9 47:15,15 | 48:12 181:12 | 153:6 212:16 | 287:10 |
| 204:16 | 48:11 52:9 | 204:16 | 244:9 278:12 | calling 18:6 |
| blanket 202:14 | 53:20 54:3,11 | bracketed 123:1 | 279:7 | 231:8 285:2 |
| blind 51:13 | 54:12 66:8 | brain 94:15 | Buddhist | calls 29:13 47:9 |
| 137:2 165:14 | 68:4 71:8 | brains 236:6 | 251:17 | 132:7 169:16 |
| 248:18 249:7 | 79:21 80:9,20 | break 6:21,22 | budding 147:19 | 210:16 |
| blocks 104:20 | 80:21,22 | 7:2,4 100:16 | buffoon 229:14 | Cambrian 91:17 |
| blood 195:8 | 108:12,17 | 106:5 131:18 | 232:10 | 93:10 100:20 |
| blood-clotting | 117:9 127:4 | 182:11 | build 134:10 | 101:8 102:4 |
| 47:18 | 134:3,10,15 | breakdown | 135:1,3 | 103:7,9,11,15 |

304

103:17,21
104:3,5
came 17:4 36:4
51:17 61:8
83:5,10 96:17
97:16,22 98:6
108:14 119:10
153:9 154:6,18
229:17 247:4
268:17 285:4,8
286:2 291:21
292:7,9
camera 287:16
290:9,21
camp 44:13
133:17 150:15
151:18 282:8
camps 150:15
150:21
Camus 49:8
capable 122:8
246:14
capacity 174:3
capped 102:11
capricious
219:11
Cardinal 290:14
career 10:5
38:19 39:3,4
121:18,19
208:1
careful 23:6
202:13 271:4
273:2
carefully 14:11
53:20 227:18
239:20 242:7
carelessly
278:15,16
Carl 249:10
carried 171:11
carry 97:7
195:19
case 1:5 5:9 8:5
8:12 12:22

13:13,15,16,18
13:21 14:3
25:1,8,19
27:15 29:7,12
34:18,22 35:7
36:1,2,6,12,15
57:6 58:10
124:2,3 132:22
151:1 159:2
191:22 202:20
209:7 264:11
288:11 295:10
cases 107:1
250:18 261:11
casts 100:21
catalyst 19:6
catechism 274:4
274:5,10,11,15
276:8,9 277:13
277:17 278:4,5
278:8,16
281:11 284:5,6
284:9,10,12
catechisms
278:7,8,10,12
284:11
categories 222:6
270:9
category 48:7
58:16 190:18
Catholic 11:8,9
19:17,22 41:1
82:16 140:2
148:18 180:8
180:10 229:17
261:10 272:18
272:20,21
273:17 274:4,5
274:10,11,17
276:3 279:21
282:15 284:5,6
288:13,16
290:15 292:4
causality 105:15
139:15

causation 99:8
269:3,8
cause 100:7,7,9
100:10 106:14
138:9,13,21,22
162:5,10 175:3
207:12 221:10
221:11,15
261:7,13,21
269:5,7 271:5
285:22
caused 65:12,13
71:5 76:1
85:12 86:6
87:17
causes 55:8
78:14 85:21
99:14,17,19
100:9 111:19
172:3 176:6
220:15 221:9
221:12 261:8
261:14,20
269:6 271:18
cautious 136:7
Cecil 287:7
cell 223:18
cells 174:12
cellular 63:2
center 3:14
16:22 41:2
116:12
centuries 16:4
118:8 216:20
219:19
century 55:21
58:10 64:4
69:1 71:5
112:8 115:13
115:15 116:2
117:5 153:9,17
213:4 219:16
219:17,17
228:5
certain 45:19

51:4 55:3 58:3
58:12,20 68:11
80:20,22 84:16
88:9 89:4 93:5
110:19 111:1,3
111:3,12,14
119:6 122:6
129:2,9 147:10
173:3 174:2
179:15 213:4
216:12 227:18
236:12 237:20
245:4 250:15
certainly 59:20
64:13 89:22
90:21 150:10
211:21 223:22
225:13 234:21
236:3 244:8
CERTIFICA...
295:1
certify 295:4
cetera 222:8
chair 12:14 36:5
challenge 64:2
104:6
chance 18:3
44:2 68:6
137:1 169:19
171:20
change 22:21
23:1 44:3
113:3 114:12
114:13 115:6,9
140:5 145:12
145:13 148:5,6
148:13 149:1
153:10 155:1
158:10,10,14
158:20 173:21
210:6
changed 114:20
115:11 144:12
144:14,16
154:21 155:2,5

changes 23:11
23:14 278:6
284:15
changing
146:19 230:17
channels 57:21
chapter 17:5
21:16 23:2
44:2 242:15,15
246:10
chapters 15:4
198:2,9,10,13
character 56:9
107:19 127:16
170:15 177:8
characteristic
46:4 59:17
70:5 81:16
150:11 160:13
166:21 168:2
173:16 178:21
217:13 226:22
characteristics
58:1 78:3
152:7 160:9
161:17 162:1
163:10 174:2,4
250:16
characterize
131:3 181:5
characterized
181:6
characters
149:4 272:8
Chardin 19:18
19:19 20:2,6,7
23:19 118:18
Charles 46:10
cheating 239:10
239:11
check 170:11
cheese 235:12
235:14
cheese-like
226:22

cheese-type
  231:5
chemical 174:15
  188:17
chemically
  154:15
chemistry 39:15
  39:21 75:9
  286:11
chemists 237:6
Chicago 36:3
child 80:6
children 10:15
  10:16 283:19
chimpanzees
  95:1
Christ 278:19
  279:11 280:13
  282:11 283:3,5
  285:5,9 288:8
  289:11 290:3
  290:16,18
  291:7,21 292:6
  292:7
Christian 140:2
  202:7 250:16
  250:18 251:18
  251:20 278:15
  289:21
Christianity
  137:13 285:12
Christians
  156:12 279:4
church 20:12
  61:12 83:17
  180:8 272:19
  272:20,21,22
  273:3,4,7,8,17
  273:21 274:4
  276:9,10
  277:13,16
  278:4,5 281:11
  284:1,15
  290:15 292:4
cilium 64:18

195:8
circuitous 163:6
cites 145:20
  146:2
citizen 202:6
civics 207:4
civil 13:18 45:2
  45:3
claim 65:16
  147:2,8 148:3
  148:4,11,21,21
  149:9,17,18
  168:21 172:7,7
  172:9,12
  220:14
claimed 146:8
claims 143:7,10
  144:2 146:7,10
  146:16 147:13
  209:10 220:16
clarification
  77:3 101:13
  166:6 204:9
clarifies 184:20
clarify 39:16
clashes 200:19
class 38:16
  49:21,21 54:12
  54:16 188:22
  189:11 201:20
  202:2 203:10
  204:17,18,19
  206:7,9,20
  207:1,3,4,5,19
  208:3 225:3,4
  242:1 243:10
  245:7,9 246:19
  248:1 263:2
  266:8,10
classes 17:14,17
  38:12 49:22
  52:14 54:19
  192:6 208:2
classical 268:15
classify 172:13

classroom 60:4
  66:20 68:3
  187:21 200:9
  214:9 245:17
  246:3 247:15
  248:6 250:12
  263:22 265:13
classrooms
  14:13 67:2
  243:15
clearly 37:16
  61:18 209:5
clergy 119:18
close 55:22
  120:19 137:8
  137:15 207:14
  237:2
closely 223:15
closer 137:22
closure 227:12
clotting 195:8
coat 111:5
COBE 230:20
  230:22 231:11
code 171:3
  176:10,21
  178:1
coefficient 124:9
  212:15
cognitional
  61:19 122:13
cognitionally
  112:21
coherence 128:5
collapse 187:8
collecting 91:21
collection 17:3
  179:16
collegiate 225:4
  243:15
Columbia 2:12
  295:21
combat 212:6,7
combination
  149:4

come 14:19
  55:12 76:6
  85:10 89:4
  94:21,22 106:3
  111:10 112:13
  113:18 156:15
  166:18 167:3
  176:20 180:6
  181:17 220:12
  232:4 237:12
  247:2,3 257:15
  258:3,11,13
  263:10 264:4
  266:4 278:9
comes 40:3
  62:18 84:4
  97:3 110:4
  125:18 142:14
  149:1 160:12
  162:17 171:17
  209:21 285:13
comfortable
  144:7,8
coming 82:7
  118:12 141:14
  148:18 180:22
  230:13 285:7
  290:3
Commandme....
  88:21 287:8
comment 220:8
commentary
  245:4,9
comments
  199:12 254:9
  289:6
Commission
  295:15
commit 122:9
committed
  86:22
common 5:22
  89:8 94:22
  95:2,5 104:6
  112:14 133:9

147:3,4 149:21
  150:2 209:13
  210:3,5 271:2
  290:4
commonality
  165:20 166:8
commonly
  146:8
communicate
  241:12
communities
  111:13
community 63:9
  64:3,7 66:10
  67:8 90:16
  111:11,16,17
  112:10 113:2
  118:7 119:7
  121:17 136:9
  190:11 194:16
  209:4 216:7,11
  217:13 234:16
  235:1,5,11
  257:21 271:12
  274:9
community's
  111:22
compact 229:3,3
comparable
  99:3
comparative
  90:6 202:1
comparatively
  93:3 94:17
compared 120:4
comparing
  50:22 192:18
comparison
  120:9
compatibility
  155:12,17
compel 203:2
compensation
  34:8,10
compete 86:1

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

306

| | | | | |
|---|---|---|---|---|
| 96:22 97:14 | conceivably | 47:8 51:17 | 189:22 239:5 | 226:8 |
| 154:17 | 116:22 | 73:13 74:8 | 264:21 265:1 | consistent 69:10 |
| competent | concept 17:10 | 82:7 83:13 | confusion 179:5 | 165:17 229:18 |
| 278:1 | 70:5 81:19 | 84:5 85:10,18 | 207:12 | 229:22 |
| competition | 83:1 110:15 | 93:7 137:4,7 | connected | consists 72:21 |
| 85:20 238:16 | 138:1,2,6 | 156:2,15 | 220:10,11 | 192:20 |
| 239:2 | 139:5 140:22 | 171:18 172:1 | 223:15,16 | constant 146:18 |
| complaint 32:6 | 143:19 144:14 | 214:16 219:13 | connections | constantly 122:6 |
| 32:8 33:22 | 144:22 145:2 | 220:12,13 | 229:9 | 168:8 |
| complementary | 154:22 155:1,2 | 233:4 252:18 | connotation | constants 98:1 |
| 107:21 | 155:13 157:6 | 253:2,3,5,8 | 129:1 | constitute 41:16 |
| complete 25:7 | 163:3 175:7,9 | 254:11 256:1 | consensus | 42:5 105:13 |
| 25:12 274:9 | 175:10,16 | conclusions | 199:22 234:16 | constitutes 89:5 |
| 283:9 291:18 | 178:1 186:8 | 22:22 37:11 | 235:3,4 | Constitution |
| 294:6 | 210:16 225:9 | 43:21 106:8 | consequence | 203:22 |
| completely | 226:10,12,15 | 231:14 | 187:5 215:21 | constitutional |
| 69:10 90:14 | 226:17 228:20 | concrete 224:20 | consequences | 36:19 |
| 113:5 129:21 | 229:18 240:15 | conditioned | 231:12 | constraints |
| 137:17 171:13 | conception | 56:8,9,9 278:5 | conservative | 173:4 |
| 197:17 | 251:14 | 278:6 | 290:14 | constructed |
| complex 103:19 | concepts 141:2 | conditions | consider 14:16 | 278:15,16 |
| 106:2,17,18 | conceptual | 97:22 | 14:17 34:18 | construed 159:8 |
| 107:3 137:3 | 109:12 141:4 | conducted 43:7 | 36:18 39:7,12 | consult 31:6,7,8 |
| 213:1 215:17 | conceptualities | confined 284:21 | 40:5,10 41:12 | consulted 31:9 |
| complexities | 71:12 | confirm 231:20 | 42:7,10,13 | contact 27:10 |
| 63:1 | conceptualizing | confirmation | 43:10,13,14 | 118:12 257:14 |
| complexity | 128:4 | 283:20 | 49:22 59:9 | 257:15 259:4 |
| 45:21 46:1,4 | concern 50:11 | conflate 195:1 | 63:10,15 72:17 | 260:2 264:5 |
| 46:15,19 76:1 | 121:16 171:22 | 263:17 | 81:11 109:3 | 266:4 |
| 83:2,10 94:4 | concerned 29:5 | conflated 44:11 | 129:22 130:8 | contacted 12:21 |
| 104:4 107:22 | 48:9 128:14 | 244:14 | 171:21 177:7 | 13:4 |
| 136:14,18 | 163:17 | conflating 59:10 | 179:15 192:22 | contacts 43:9,12 |
| complicity | concerns 181:10 | 59:13 | 209:9 261:10 | contagion |
| 113:18 136:2 | 185:18 215:3 | conform 111:6 | 266:16 269:14 | 241:12 |
| component 46:6 | conclude 78:1 | 113:12 | considerable | contain 25:7 |
| 211:4 | 161:5 219:8,17 | conforming | 30:14,17 | 27:14 |
| components | 220:18 287:4 | 111:22 | considerations | contained 198:6 |
| 44:9 46:5 | concluded 219:2 | conformity | 177:11 | 198:16 |
| 171:4 208:20 | 287:18 293:7 | 176:14 280:4 | considered 8:11 | contains 146:9 |
| 244:13 | concludes 84:18 | confuse 58:13 | 31:17 34:15 | contaminated |
| compound 84:1 | 172:9 | 192:9 206:10 | 44:12 48:6 | 275:16 |
| 276:11 | concluding | 265:3,4 266:7 | 51:3,10 111:15 | contemplating |
| concede 280:2 | 161:8 | confusing 14:10 | 116:2 160:3 | 139:2 |
| conceivable | conclusion | 50:7 59:14 | 208:14 | contemporaries |
| 74:2,14 174:15 | 14:19 29:14,17 | 60:12 86:13 | consist 176:14 | 119:15 |

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

307

contemporary
70:3 107:16
121:1 140:9
211:10 217:20
242:8 261:5
279:2
content 45:13
49:12,12
169:10,13
context 53:11,11
56:14 79:15
128:12 129:14
175:4 177:14
178:22 179:2
184:7 185:21
187:20 206:19
215:3 242:11
249:20 263:10
279:10 283:21
283:22,22
contexts 117:10
continent 20:17
contingent 69:9
151:21
continually
141:13 168:8
continue 8:1
144:4 267:17
289:10
continues 76:8
141:18 183:15
continuously
168:12 291:5
contradict 100:6
126:1,3
contradictory
98:9
contrary 27:14
93:20 94:10
137:4
contrast 134:22
contrasting
50:22
contributed
15:5

control 71:1
224:7
controls 70:20
controversial
20:16 79:11,13
192:1
controversy
157:19 192:13
192:14,15,16
192:19 193:4
200:10,12,14
200:14,18
205:3,13
206:18,21
conventional
48:7 110:19
convergence
226:18
conversant
184:10
conversation
49:14 159:10
180:16 193:19
194:2,6
conversations
42:22
conversion 82:5
convictions
276:15,16
convinced 246:1
cooperative
234:22
coopted 23:3
coordinated
47:7
Copernicus
155:2,5
copies 9:12
copy 22:2,4
20:8 28:20
41:7,9 44:20
46:21 47:2,13
47:21 51:14,19
60:21 76:9,15

78:3,20,22
80:14 93:15,21
94:7,14 99:10
100:22 102:5
103:7 113:4,15
114:13,16
116:19 121:12
121:14 123:9
123:11 126:17
126:21,22
132:3 135:2
143:20 144:12
145:4 149:22
150:9 154:7
159:1 161:6
168:5 169:2
170:13 173:17
176:11,21
177:6 178:7,8
191:15 195:4
195:10,14,21
197:21 204:16
208:18 209:17
210:1,11
212:13 218:21
220:9 222:14
223:2 228:4
230:9 232:10
232:21 241:4
249:10 252:19
255:3 256:2
262:12 263:21
264:15,19
269:4 271:20
286:3 294:6
295:5
CORRECTI...
296:7 297:7
corrections
294:7
correctly 38:17
290:21
correlate 268:7
correlates 219:9
correspond

109:16
corresponding
132:20
corresponds
142:11,13
corroborated
232:18
cosmic 140:16
cosmology
128:16 227:20
cosufferer 139:9
cottage 226:22
231:5
Council 273:4
273:10
counsel 5:4 7:21
8:2 28:10,10
28:12 295:9
Counselor
292:16
counter-view...
201:3
country 196:12
203:22
couple 25:6
60:14
coupling 248:17
course 17:18,19
22:19,19 25:15
35:14 38:18,21
49:6 50:6 85:2
96:15 97:20
110:12 140:13
171:6 195:15
198:21 204:21
204:21 216:20
240:1,14
246:22 247:10
263:6 273:14
278:7 289:13
291:14
courses 38:16
38:20,22 48:19
50:11 263:4
court 1:1 2:11

5:9 6:2,14,18
24:10 25:8
28:4 35:16,19
36:12 194:4
234:4,6
courtroom 5:17
Craddock 1:21
2:11 295:2
create 270:19,20
created 83:7
133:19 146:18
229:19 270:13
270:14 273:1
274:15 277:14
277:15
creates 137:19
137:19 271:16
271:17
creation 35:21
93:8 132:10,18
132:19 133:10
133:12,14
134:14 140:10
158:2 170:3
230:3 287:22
creationism
37:15,18 132:3
132:15,16
191:6 202:6,8
creationist
132:8 133:17
133:18 157:7
157:13,14,16
157:18 238:20
276:13
creationists 93:7
132:22 133:2,3
133:5,6,11,13
134:1,2,9,13
134:15 135:3,8
155:11 157:9
157:21
creativity 81:13
154:19
creator 54:2

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

308

69:13,16 136:3
137:16 157:15
157:22 218:16
219:9 229:22
269:21 288:1
**credence** 208:17
**credibility**
288:12
**credible** 43:10
43:13,15
**creed** 156:11
269:11 270:5
283:9,11 284:2
284:3 291:18
291:18 292:11
**crept** 153:20
**Crick** 168:7
174:6,18
**crisp** 228:1
**criteria** 116:18
133:18 134:2
**criterion** 116:20
134:16
**critical** 49:9,15
49:19 50:5,7
50:10,11,13,14
109:14 119:18
128:7,9 143:8
143:22 150:7
203:18 204:12
204:14,20
263:13
**critically** 263:9
263:11,18
264:5,6
**criticism** 29:5
55:12 81:18
129:12 191:11
191:13
**criticize** 108:13
108:21
**criticized**
108:18,19
**criticizing** 18:5
**critique** 21:10

**cross** 202:11,12
**cross-examina...**
28:15
**cross-examini...**
28:12
**cross-section**
140:16 242:8
**crucified** 288:8
289:11
**crude** 62:9
**cultural** 56:8,14
79:15
**culturally** 56:8
212:2
**culture** 211:10
215:7
**cumulative**
158:10
**curiosity** 280:8
281:8
**current** 11:22
223:17
**curriculum** 4:9
4:12 9:12,22
33:6 182:4
196:6,9,20
233:9
**cut** 53:4 87:11
**cycling** 146:19
**C-H-A-R-D-I-N**
19:19

**D**

**D** 5:1
**Dana** 1:21 2:10
295:2
**dark** 227:1
**Darwin** 15:2,3
16:19 17:4,6,7
21:3,4,16 23:2
27:19 38:11
43:19,20 46:10
48:11 50:19
51:18,20 52:9
53:4 54:13

66:8 71:8
79:22 91:15
93:20,22
101:18,22
106:1,6,12
107:16 108:12
119:10 120:3
127:4 129:15
131:10 137:8
137:15,17
139:7 153:2
154:21 157:19
178:3 200:17
200:17 248:19
249:4 262:20
266:20 289:5
**Darwinian**
45:18 46:18
66:12 67:21
90:22 96:18
101:15,17,21
102:13 106:11
107:17 130:3
136:16 137:5
144:18 151:3,8
151:17 152:22
155:19,20,21
166:2 176:1
179:2 186:4,12
186:19 190:6,9
190:19 192:17
199:22 205:14
205:16 207:11
210:3 211:14
214:9 233:4
237:11 239:3
247:21 251:5
252:1 254:17
262:11,13,20
**Darwinians**
163:14,15
164:12,21
168:1 170:16
178:13 179:1
186:17 209:10

209:22 210:4
262:17,19
**Darwinism**
126:6 131:10
151:12,14
152:15,19
153:7,13 155:9
157:1 178:13
200:22 209:16
212:4,7 237:10
237:18 238:9
**Darwinist** 166:9
**Darwinists** 66:5
67:4 87:13
126:18 155:16
177:19 200:21
249:9
**Darwin's** 21:21
45:8 48:12
90:18 91:2,11
91:19 95:11
96:4,7,16
100:22 102:2
102:18 106:9
108:7,10 120:3
126:7 130:1
137:22 141:17
144:11,14,16
144:19 145:7
145:19 146:8
147:3,14 148:4
149:11 150:8
154:21 155:13
155:18 156:15
158:5,8 159:6
162:21 181:11
183:9,14 187:1
194:17 198:11
199:13 204:16
205:4,20
222:15 223:6
227:5 238:18
**data** 55:9,12
82:21 83:13
85:11 90:4,15

93:4 102:20,20
103:1,3,5,6,8
104:22 105:2,2
105:11,12
109:11,16
110:13 117:21
128:5 129:4
141:3,14,14
142:4,7,8,11
142:12,13
200:7 228:3
230:13,13
231:19,20
234:13 242:18
**date** 10:12 12:3
12:4 44:22
294:11 296:22
297:22
**dating** 90:8
**daughter** 147:18
**David** 135:14
**Dawkins** 67:7
122:5 125:11
125:14 152:6
165:9 167:6
244:6 245:5
249:7 263:16
**day** 9:8 61:22
162:21 175:20
186:5 219:14
221:7 225:16
232:22 272:5
276:14 282:9
292:13 295:13
**days** 132:19
133:20,20
**de** 19:18 20:6,7
23:19 118:17
**dead** 289:15
**deal** 21:14 39:5
75:2,6,10
99:19 140:16
172:6 176:5
207:8 221:8,13
221:14 261:20

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

309

263:9
dealing 35:16
  142:17 196:6
  199:14 211:20
  246:7 266:8
deals 21:17
  39:18 117:11
  139:16 175:5
  176:6 191:13
  211:1 254:15
  256:15
dealt 196:1
death 288:6
  290:6
debates 96:10
  193:5,15
debating 27:17
  170:6 193:6
decide 112:17
  181:18 234:6
  288:15,20
decided 36:13
  61:3 63:20
  117:16 235:11
decision 24:22
decisions 275:15
  276:4
declared 135:17
deem 233:22
  234:1
deemed 233:19
deep 14:8 51:22
  54:8 77:1
  128:17,17
  178:11 211:11
  272:6,7 275:5
deeper 15:3
  21:3,15 27:19
  66:8 74:7
  77:14,14 79:21
  79:22,22 84:19
  88:17,18
  108:12 127:4
  129:15 139:7
  151:10 161:14

200:17 240:10
266:20 267:18
271:19 287:17
288:6 289:5
deepest 67:21
  81:11,12
  178:16 277:19
deeply 19:20
  70:10 124:22
  125:2,8,10
  139:9 140:3
  151:18 186:20
  250:3 285:21
  285:22 287:2
defeat 290:7
defend 211:12
defendant 8:12
defendants 1:10
  3:12 4:8 5:4
  6:10 9:11,14
  9:18 24:2,3,8
  26:1,4 27:6
  32:20 33:5
  34:1
defense 28:10
  28:12 131:15
  181:17
define 55:16
  64:5 78:10,14
  142:2 150:15
  150:20 159:14
  266:22 273:3
defined 60:14
  115:22 141:7
  162:15 185:3
  185:13 200:20
  289:3
Defining 242:4
definite 41:15
definitely 59:2
definition 42:16
  54:22 55:14
  56:1 59:7 64:1
  87:13 115:11
  132:14 139:18

141:1 159:20
159:21 175:15
175:19 239:10
240:3 241:7
265:15 266:1
266:20 268:9
268:12 269:2
270:21
definitional
  210:3
definitions 56:3
  159:16,19
  160:16 161:1,2
  161:4 173:12
  175:16 268:7,8
definitive 94:1
degree 15:7
  136:10 196:18
  236:10 247:1
  247:16 248:7
deistic 137:9,18
  138:6
deity 174:5
  251:15
deliberately
  58:9,11 117:15
  221:12
delight 69:17
delineating
  242:5
demand 197:3
demarcation
  72:12 74:13
demarcations
  56:3
Dembs 245:6
Dembski 23:5
  42:13,21 43:1
  43:9 59:6
  78:19 89:16
  90:12 158:19
  161:20 179:20
  191:18 208:22
  214:7 220:16
  245:6

Dembski's 22:5
  169:12 171:14
DeMille's 287:7
demonstrated
  106:2
demonstrations
  99:20
demote 269:6
demotion 261:8
denial 261:22
denied 70:7
dense 229:5
deny 51:6 58:17
  149:20 208:21
  261:17 262:7
  287:12
department
  36:5
depends 277:18
depicting 284:6
depiction 10:4
DEPONENT
  294:1
deposed 5:9
deposition 1:13
  2:1 4:8 6:9
  7:21 8:15 9:4
  9:14 24:3
  32:20 199:13
  293:7 295:4
depositions 6:1
  6:16
deprivation
  200:2
depth 27:20
  155:10 215:18
  266:22 267:2,6
  268:2,5,10,16
  268:18
descended 147:4
descendents
  104:10,11,12
  277:6
descent 104:6
  145:11,16

147:3 149:21
150:2 209:13
210:3,5
describe 33:19
  45:15 71:9
  166:12
described
  113:11 287:6
describing
  113:11 164:22
  166:11 284:7
description
  71:16 106:7
  267:5
descriptions
  108:15 162:6
deserve 178:16
design 14:4,21
  15:8,13,17,21
  15:22 16:1,10
  16:14,17 17:11
  17:12 18:5,22
  19:6,9,11 20:1
  21:14,16 27:17
  27:18,20 28:22
  29:5 31:20
  35:17 37:15,18
  43:22 44:5,12
  44:12 47:10
  48:6 50:1,20
  51:1,7,7,9,17
  51:19,22 52:7
  52:11 54:21
  64:9,19,21
  65:7,10,11,21
  66:3,7,9,19,19
  74:22 76:2,8
  76:13 77:6,7,8
  77:15 78:1,2
  78:18 81:19,20
  82:8 83:10
  86:4,20 87:8
  90:1,14 93:6
  98:16,16,19
  105:6 111:20

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

310

| | | | | |
|---|---|---|---|---|
| 115:10 120:5 | 210:7,16 211:3 | 266:4,5 284:19 | devised 61:7 | differentiating |
| 120:10 121:19 | 211:17 213:18 | desires 111:6 | devotion 71:22 | 239:20 |
| 121:21 122:3 | 214:1,4 215:10 | 124:18,21 | Dhobzhansky | differentiations |
| 123:12,14 | 215:10 216:11 | detail 33:20 | 23:22 | 231:1,3 |
| 125:6,7 130:5 | 217:5,6,7,13 | 102:12 172:2 | dialogue 69:12 | differently 23:7 |
| 132:3,12 | 217:20 218:15 | detailed 24:17 | 246:2,18 | 23:7 |
| 134:22 135:5,6 | 219:2,5,12,20 | 25:11 92:17 | Dick 80:3 | differs 187:1,3,5 |
| 135:8,9,13,15 | 221:1,15 233:6 | 105:22 189:13 | died 288:9 | difficult 159:4 |
| 135:17,18 | 233:9,19 234:1 | detailing 85:6 | 289:11 | dig 267:18 |
| 136:5,8,9,11 | 235:5,17 239:5 | details 154:8 | differ 253:7 | dimension 89:9 |
| 136:13,19 | 243:1,2,4,8,11 | detect 51:8 | 256:2 | 89:10 216:1 |
| 139:16 149:16 | 243:14,14,21 | detected 101:9 | difference 72:20 | 268:2,18 |
| 149:20 150:7 | 244:2,5,16 | detection 74:18 | 88:2 132:2,5 | dinosaurs 152:1 |
| 151:5 157:3,7 | 245:17 246:20 | detects 220:15 | 158:4,7 167:10 | direct 140:21 |
| 158:13 159:5 | 247:6,18 | determine | 205:1 206:15 | 238:18 269:3,5 |
| 160:20 161:5,8 | 250:15 251:5 | 196:19 | differences | directed 52:6 |
| 161:16,18 | 251:15,22 | determined | 37:13 151:17 | 191:5 |
| 163:2,22 | 252:5 253:14 | 123:7 234:22 | different 18:1 | direction 6:21 |
| 164:11 165:18 | 254:15 255:13 | determining | 50:12,13 57:21 | 67:12 68:10,11 |
| 165:21 166:9 | 258:3,18 261:6 | 196:9 | 58:18 61:19 | 295:8 |
| 167:14,16 | 261:11,15 | deterministic | 69:20 72:19 | directional |
| 169:8,13,22 | 263:2,15,21 | 69:4 | 78:11 80:11,15 | 103:18 |
| 170:6,22 | 264:9,14,18 | detract 7:6 | 80:17 83:1 | directionality |
| 173:10,15 | 265:5,7,11,13 | develop 28:1 | 96:20 98:4 | 68:14 94:3 |
| 174:3 175:11 | 266:16,17 | 49:15,15 62:22 | 100:2,2 104:8 | directly 51:10 |
| 176:2,9,10,15 | 288:22 | 68:5 69:11 | 105:9 107:4 | 104:16 176:12 |
| 176:19 177:2 | designed 78:17 | 71:8 117:3 | 109:2 113:5 | 179:9 181:16 |
| 179:8 180:10 | 78:17 167:21 | developed 28:22 | 115:20 117:1,8 | 218:22 254:8 |
| 180:18 181:2,6 | 168:9 169:1,1 | 70:3 88:11,14 | 133:16,22 | 265:8 |
| 181:8 186:3,8 | 169:3 | 117:6 118:20 | 135:7 140:12 | director 231:11 |
| 186:19,22 | designer 64:22 | 121:3 189:18 | 147:13 157:20 | Directors 1:9 |
| 187:10,17 | 65:12 78:3 | 228:18 232:5,6 | 171:13 188:1 | 4:11 24:13 |
| 190:11,18,20 | 173:17,22 | 287:22 | 189:22 190:2 | 296:4 297:4 |
| 191:2,6,14 | 175:7 219:2,8 | developing | 200:10 204:7 | directs 6:19 8:2 |
| 192:14,17,20 | designers 168:3 | 28:22 64:1 | 204:13 205:1 | 103:4 |
| 193:7 194:17 | designing | 174:18 207:15 | 206:15 219:13 | dirty 161:12 |
| 194:19,21 | 156:19 | development | 219:18 239:18 | disagree 37:12 |
| 195:13 200:13 | desire 57:19,20 | 46:17 94:15 | 245:15 246:10 | 57:16 59:6 |
| 201:15 202:1 | 116:11,12,12 | 117:5,8 152:2 | 246:11 247:9 | 143:12 146:14 |
| 202:16,22 | 124:16,17,18 | 284:14 | 248:12 256:6 | 202:5 274:16 |
| 205:5,14,15 | 124:19,19,21 | developments | 258:14,15,16 | disagreed 37:10 |
| 206:1 207:10 | 124:22,22 | 101:19 | 266:2,2,6,6 | disagreement |
| 207:14 208:9 | 211:12 239:13 | develops 110:20 | 267:9 270:9,11 | 87:22 |
| 209:3,5,7,9,16 | 239:14,17,18 | device 167:7 | 280:12 284:8 | disagreements |
| 209:17,19 | 240:18 241:11 | devise 196:6 | 284:12,13 | 37:19 |

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

311

**disappearance** 91:19

**disappoints** 267:16

**disassociate** 125:1 212:19

**disburses** 259:21

**Disciples** 290:3 290:19

**discipline** 48:8 71:9 73:7 111:9 112:12 116:17 223:9

**disciplined** 111:21 112:2 112:10

**disciplines** 57:18 72:10 90:6 116:1 240:21 248:12

**discourse** 73:7 105:13 128:19 130:18 180:6 223:5 235:16 253:15

**discover** 51:20 256:18

**discovered** 54:9 131:10 141:19 162:12,22 183:16 232:1,2

**discoveries** 102:15 145:15

**discovers** 208:5

**discovery** 88:16 141:3 231:10 256:5

**discursive** 52:22

**discuss** 21:21 22:12 27:19 47:22 50:19 72:5,10,11 80:2 89:3 161:17 188:16

**discussed** 17:10 17:14 173:14 235:3

**discusses** 47:11 47:20

**discussing** 245:10 288:22 289:4

**discussion** 11:20 27:18 48:18 53:12 59:4 66:22 70:13,19 100:7 132:9 184:8,11 188:12 207:6 245:10,22 247:15 253:16 265:18 274:8

**discussions** 15:17 53:22 112:21 257:18

**disengaged** 126:6

**disingenuous** 194:10

**dislike** 163:21

**disobeys** 111:15

**dispense** 127:11

**dispute** 194:15 194:16 210:10 210:12

**dissent** 274:17

**distancing** 276:14 282:10

**distinct** 44:9 69:7 124:7 139:21 143:7 146:9 223:16 246:14

**distinction** 73:4 73:4 85:19 124:4 132:13 151:12 152:14 152:20 204:13

**docens** 273:6

**doctrine** 93:7 214:15 230:3 275:8 276:3 278:15 281:6 282:22 286:7 287:22 289:1

**document** 9:11 32:13,14,16,17 33:8 143:2 183:1,21 260:21 274:21 278:6

**documents** 31:4 31:8 32:1

**doing** 26:8 43:14,15 49:20 53:17 63:18 64:14 74:10 75:1 76:10,12 82:9,11 84:21 84:21 97:18 98:13,16 111:2 111:4 120:19 122:8 125:14 125:19 129:6 131:8 137:7 168:16 190:17 192:5 212:2 219:3 220:5,22 221:17,17 224:13,19 239:3 242:3 256:5 261:17 276:15

**Dominicans** 70:16

**done** 50:6 74:21 75:17 86:6 179:1 246:18 268:16,16

**double** 264:20

**doubt** 53:3

**Douglas** 248:13

**Dover** 1:7,8 4:11

**docens** (cont.) 8:8,11 13:18 14:3 24:12,12 35:2 96:9 182:3 197:7,8 203:1 233:12 250:7,22 252:5 253:22 256:22 264:8 296:2,3 297:2,3

**Dover's** 235:6

**down** 6:3 39:11 57:21 73:17 88:21 106:5 187:8 216:16 220:13 221:22 239:18 262:3 280:5 286:2

**Dr** 191:4

**draw** 47:8 93:7 214:17 281:7

**drawing** 137:7

**drawn** 85:18 177:1 228:2

**Drive** 3:15

**drugs** 7:6

**due** 275:18

**Dulles** 290:13

**duplication** 143:1

**during** 7:21 20:18 38:19 92:18 182:10 182:11 290:5

**duty** 34:15 264:3

**dying** 232:22 291:22

**D-E** 19:19

**D.C** 1:14 2:7

**E**

**E** 3:1,1 4:1,7 5:1 5:1 296:1,1,1 297:1,1,1

**each** 38:19

**212:14 221:4** 247:7

**distinctions** 34:19 37:17 65:14 160:2 205:12 206:12 241:10

**distinctly** 72:18

**distinguish** 50:15 53:19,20 56:16 77:21 122:17 130:19 215:1 225:7 262:16 263:18

**distinguished** 12:17 14:11

**distinguishing** 242:7

**district** 1:1,2,7,8 2:12 8:9,11 24:10,11,12,13 35:3 182:3 188:21,22 196:2 197:8 250:7 252:5 254:1 256:22 295:21 296:3,3 297:3,3

**districts** 191:22

**diversification** 148:2 153:18 221:17,17 224:13,19

**diversity** 147:17 152:4 153:12 209:21 237:13

**divine** 51:11 58:22 59:1 81:12 86:19 98:8 133:10 139:3,13,14 157:22 229:22 261:22 262:3 286:13

**divinize** 285:13 285:16

**DNA** 169:6,10

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

312

97:13,14 98:10
117:13 133:10
190:1,3 246:10
275:13
**earlier** 13:3
17:12 44:1
51:5 62:3
109:6,21 132:1
173:20 182:2
197:18 211:20
223:4 229:2
238:8 246:22
262:10 263:5
266:5 278:11
281:2 283:8
**earliest** 15:20
**early** 18:6 19:4
81:20 290:19
**earth** 93:15
116:12 133:1,2
133:3,4,5,6,8
133:11,13,19
147:7 171:16
174:7,11,13
229:19 269:3
269:12,15,18
270:6 271:7
286:3
**earther** 155:4
**ease** 144:6
**easily** 44:11
82:16 239:15
265:14
**eastern** 285:11
**ecclesia** 273:6,6
**eclipse** 153:8,13
**economic** 56:22
213:4
**educate** 34:16
208:4 215:5
**educated** 201:18
224:22
**education** 41:11
41:13,16 42:3
42:6 49:17,18

54:18 187:22
200:2 206:5,17
239:12 242:13
249:21
**educational**
201:20 206:13
213:5
**educator** 181:14
224:13
**educators** 50:11
264:4
**Edwards** 36:7,9
**effect** 14:12 76:2
76:16,20 81:21
155:7 175:3,22
176:13 202:22
251:6,13
275:20
**effective** 241:14
**efficient** 55:8
100:9 172:2
221:8
**Eighteenth** 3:7
**Einstein** 228:11
229:13,14
232:11,13
235:21
**either** 39:18
60:4 66:2 68:3
68:7 95:18
119:8 147:18
231:20 236:21
237:1 265:4
**either/or** 83:8
**electromagnetic**
95:17
**element** 90:10
145:11,12
**elements** 110:6
144:9 146:12
**elevate** 154:1
**elicit** 245:11
283:14
**eliminate**
124:12,15

**eliminating**
241:6
**eloquent** 227:4
**eloquently**
227:11
**elsewhere** 14:13
275:18
**eluded** 145:18
**elusory** 86:5
**embarrassed**
164:18
**embarrassment**
127:9 128:22
**embed** 127:12
129:4
**embedding**
201:12,14
**emerged** 273:9
**emergence** 98:3
98:4
**emphases** 23:1
**emphasis** 66:14
**emphasize** 56:7
110:14 170:14
**emphasized**
37:16
**emphasizing**
210:13
**empirical** 53:7
62:1 82:21
83:13 85:11
89:9,19,21
90:2,10,15
103:4 109:7
117:5 141:14
143:16
**empirically**
66:11 84:15
113:13 118:11
141:5 142:4
**empiricism**
117:11,20
118:3,20,21
119:1
**employed**

282:20 295:9
**employing**
71:12
**employs** 127:5
**encounter** 71:4
267:10,10,11
267:11,12
**encountered**
155:9 208:2
257:20
**encouraged**
188:6
**encourages**
49:19
**encumber**
244:13
**encumbered**
251:19
**end** 21:13 48:22
54:11 141:9
168:10 195:5
207:13 218:17
246:6 248:21
260:19 263:11
**ending** 59:13
**endless** 75:22
227:21
**endorsement**
63:8
**end-all** 209:6
**energetic** 44:9
**energized**
243:20
**energizing**
76:17 77:9
**energy** 166:16
**enfolds** 160:6
**engineer** 156:19
**engineering**
78:20 79:10
157:2,3
**enhanced**
145:14
**enjoy** 48:14
**enjoyed** 48:12

**enormous**
147:17 235:1
261:4
**enough** 21:9
73:8 90:12
94:2,3 109:10
129:4 142:9
151:9 152:5
206:11 210:19
**enriched** 48:19
49:5,7,11
**enriches** 49:10
**enrichment**
49:10
**ensure** 202:12
**entail** 174:4
**entails** 174:2
177:21
**enter** 59:4
153:22
**enterprise** 76:21
77:9
**enthusiastic**
243:20
**entire** 31:14,15
221:3 233:5,17
235:6
**entirely** 57:13
185:1,20
202:21 203:16
220:5
**entities** 163:17
**entitled** 9:11
32:18 33:5
45:8
**environment**
186:1 224:4,15
**environmenta...**
224:22
**Eocene** 92:19
**equation** 216:14
241:7
**equilibrium**
93:17,19 94:9
**Ernst** 145:20

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

313

146:3,6 147:11
Errata 294:8
erroneous 73:15
  73:19
erroneously
  23:3
especially 15:10
  17:20 62:2
  68:17 92:4
  101:20 129:6
  134:19 144:8
  202:13 207:9
  213:3 217:8
  242:12 250:2
  250:18 258:17
  260:3
espousing
  122:21
Esquire 3:4,13
essay 17:5 170:5
  170:6
essays 20:15,15
  45:13 170:4
essence 139:3
essential 51:10
  116:17
essentially
  200:16 208:16
established
  231:17
establishment
  61:4 147:19
estimation
  133:8
et 1:4 24:12
  222:7 296:2
  297:2
eternal 228:12
eternally 229:20
ethical 177:3,16
  177:16 178:15
  178:17 179:3
ethics 71:18
  176:18,18
evades 66:22

evaluating
  215:14
evangelicals
  70:4
evangelists
  290:11
Eve 274:22
  275:1,2 276:5
  277:14,22
even 28:11
  62:12 68:22
  74:2 77:8
  89:14 100:14
  107:16 110:9
  119:18 124:11
  126:11,14
  136:12 152:5
  156:13 158:12
  158:16 166:16
  168:1 170:15
  175:18 176:1
  178:12 192:4
  201:19 202:5,8
  207:10 216:9
  216:12 219:11
  223:4 225:4
  229:20 234:11
  241:20 243:17
  247:4 250:13
  266:10 269:11
  271:21 274:18
  279:15 283:14
  284:9 287:11
event 154:13
  174:15 280:10
events 55:7 69:9
  69:9,10 100:21
  108:15 151:21
  287:18
eventually 18:21
  98:2 109:11
  183:10 246:4
  287:21
ever 5:8 11:10
  11:13 13:22

54:17 74:3
  92:1 102:10
  104:20 135:16
  153:9 169:8
  178:3 196:1,5
  220:14 223:5
  230:20 231:10
  231:17 248:13
  273:21 284:20
everlasting
  228:12 232:12
every 34:5 84:7
  87:1 90:19
  102:9,9 108:9
  127:17 129:20
  131:5,5 132:11
  147:4 149:2
  156:11 168:16
  200:5 202:7
  209:18,19
  225:15 233:1
  241:2 248:4
  250:16 261:1
  284:1
everybody
  69:19 132:6
  197:3 219:12
  219:15,15
  257:1 273:13
  275:21
Everyone 64:5
  72:7 80:9
everything 33:1
  33:13 69:5
  70:12,20 71:1
  71:2 94:6
  201:8 220:11
  236:4 271:16
  271:17
evidence 64:19
  64:21 101:5
  102:17,19,21
  141:18 144:5
  183:16 184:22
  185:7 286:12

evident 101:7
  142:4
evil 272:11,16
  275:16
evolution 17:16
  18:4 21:22
  23:17,21 30:19
  34:20 35:17
  46:11 51:1
  53:15 90:4,4
  90:11 91:2,11
  92:17 95:21,21
  101:21 106:13
  108:8,10 120:4
  121:20 122:12
  128:12,16
  132:9 144:17
  144:18,19
  145:19 146:17
  149:13 152:22
  154:21 155:18
  156:16 158:5,5
  158:8,13 159:6
  165:7 177:6,8
  177:9,14
  182:16 183:5
  183:10,11
  189:11 193:7
  194:17 198:1
  198:11,17
  199:2,4,14
  200:1 205:4,20
  205:21 211:14
  227:21 231:18
  237:20,21
  242:17 247:8
  248:14 259:9
  266:8 273:15
  273:19 274:12
evolutionary
  14:5,16 50:3
  53:8 68:17
  71:4 76:5
  79:10 90:15
  93:9 99:5

101:19 106:13
  106:15,17
  108:20,20
  127:5,10,15
  128:10 129:12
  131:4 139:15
  148:5,22
  153:12 155:6
  157:1,4,8
  177:13 188:4
  190:8 199:9
  244:1,17
  249:12 253:16
  273:17
evolutionist
  146:7 231:18
evolutionists
  65:5,8 67:3
  79:2 88:1,3
  89:14 94:8
  108:13,14
  127:20 128:8
  157:5 192:17
  200:13 210:17
evolve 147:21
evolved 107:1
  144:17 145:17
  168:10
evolving 22:17
  236:7 292:8
exact 108:11
  255:9
exactly 33:18
  44:21 82:11
  98:15 101:17
  102:20 126:19
  144:18 157:6
EXAMINATI...
  4:2 5:4
examinations
  247:13
examine 109:15
  243:18 263:9
  263:11 264:6
examined 294:4

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

314

examines 63:2
examining
  242:7
example 23:1
  35:21 37:14
  50:14 54:4
  55:18 58:19
  67:18 75:22
  90:4 91:7
  92:18 93:1
  97:2 98:12
  105:14 107:18
  109:21 112:5
  113:21 115:9
  116:3,10,15
  117:4,9,12
  121:15 122:5
  151:20 164:8
  165:9 166:11
  170:5 172:4
  179:20 187:4
  210:5 216:2
  227:19 229:15
  230:21 232:3
  238:8 249:8
  261:3 262:18
  275:17 277:4,6
  290:13
exams 181:21
except 215:3
exception
  131:11 132:7
  209:18 262:18
exceptional
  279:8
exceptions
  134:5
exchange 45:1
exchanges 45:3
excited 241:11
  241:16
excitedly 97:7
excites 75:12
excludes 156:16
excluding 66:2

excuse 8:17
  40:21 79:3
  87:8 92:8
  118:6 121:20
  172:17
exemplification
  131:11
exhaust 292:6
exhausted 87:1
exhaustive
  100:13 268:22
exhaustively
  66:13
exhibit 4:8 9:11
  9:14,18 24:2,3
  24:8 26:9
  32:20 33:5
  34:2 46:14
  159:13 182:10
  198:6,16
  233:14,15
  255:10
exist 184:21
existed 277:22
existence 51:7
  70:7 93:4
  177:15 178:11
  272:14 287:20
  291:15
existing 229:20
exists 270:11,12
  271:5
Exodus 288:3
expand 255:18
expanding
  87:12 226:21
expansion 229:1
expect 92:3
  191:22 192:4
  219:12 242:2
  244:21
expectations
  134:18
expecting
  245:19

experience
  117:14 160:14
  165:2 166:18
  166:19,20
  167:3 241:14
  267:9,20
  268:20 287:19
  290:4
experienced
  55:10
experiences
  125:17
experiential
  62:1 89:10
experiment
  61:13 220:15
experimentati...
  42:20 53:2
  92:22
experimenting
  153:19
experiments
  111:6
exist 184:21
expert 6:10 8:4
  12:22 14:20
  24:14 25:8
  26:4,9,11,14
  27:5,8 28:4
  29:2,3,15,15
  29:19 30:11
  34:9,16 36:19
  36:21 37:2,7
  39:7,9,12,16
  39:18 40:5,10
  40:12 41:12,14
  42:7 103:12
  142:17 146:2
  159:12,13
  173:12 202:17
  202:18,19
  249:14
expertise 42:2,4
  197:2 258:16
experts 26:1,4
  26:13 27:10

  30:14 56:6
  180:10 290:10
Expires 295:15
explain 46:18
  49:3 62:20
  63:1,22 66:13
  81:6 87:9 88:5
  91:4 95:15
  96:16,19,19
  97:4,9,11,18
  97:20 98:2
  111:19 112:5
  116:15 131:15
  151:4 152:3,7
  174:10,15
  178:10 205:20
  210:19 231:4
explained 91:10
  91:12 136:2
  139:6 154:15
  169:19
explaining
  45:18 47:9
  51:9 93:17
  105:10 107:21
  153:18 170:18
  187:4,5
explains 48:1
  67:5 137:10
  147:16
explanation
  46:17,18 48:3
  51:12 63:10
  64:12 66:3,6
  67:1,22 70:6
  75:14,15,18
  84:17,20 86:20
  87:2,4 91:14
  96:21,22 97:1
  97:8,9,19
  98:11,13,14,18
  99:2,4 102:2
  106:16 127:5
  129:12 136:16
  137:12 141:8

  151:10,16
  153:16 154:14
  156:8 163:4,5
  163:5 168:20
  170:21 171:1
  171:13 172:5
  172:22 173:3
  176:2 185:13
  186:22 187:12
  189:22 190:3
  205:17 206:16
  209:20 237:13
  237:16,17
  253:22 261:18
  262:20,20
  271:6
explanations
  51:21 62:15
  85:22 97:12
  98:5 107:8,11
  128:10 151:8
  154:13 168:18
  171:11 176:2
  177:11 179:2
  190:7 237:11
  248:20
explanatory
  48:7 58:16
  107:21 120:11
  120:12 121:4
  122:14 151:18
  170:7,9 187:8
  193:1 261:19
explicit 16:18
  252:14
explicitly 14:1
  176:22 183:20
  252:7 261:17
  273:9
exploded 229:6
exploration
  75:12 88:18
  100:10 227:22
explorations
  90:7

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

315

| | | | | |
|---|---|---|---|---|
| explore 151:11 | 244:6 263:16 | 239:15 240:14 | 89:12 93:22 | figured 75:18 |
| 156:17 188:1 | | 240:16 | 97:8 101:9 | 154:6 |
| 215:19 216:5 | **F** | facts 127:22 | 107:11 109:7,8 | figures 78:18 |
| explored 102:7 | F 1:13 2:1 4:2 | 280:20,20 | 125:3 133:6 | 91:18 179:15 |
| explosion 91:18 | 4:10 5:2 9:12 | factual 272:9 | 136:21 163:17 | 179:17 |
| 93:11 100:20 | 293:7 294:3 | 273:22 280:3 | 167:20 171:12 | filed 8:8 32:7 |
| 103:7,9,11,15 | fact 16:5 32:18 | factually 132:20 | 176:22 179:9 | filled 92:16 |
| 103:16,17 | 45:1,10 54:2 | failed 19:13 | 218:11 236:5 | 130:9 248:5,6 |
| 104:3,5 228:18 | 63:15 68:20 | fair 60:5 82:4 | 247:6 | filling 92:4 |
| explosive 103:16 | 72:21 78:6 | 122:18 181:22 | fashion 157:17 | 127:20 |
| expose 181:15 | 85:21 119:17 | fairly 92:16 | faster 94:11 | filter 169:16,18 |
| exposed 14:4 | 124:7 133:19 | 273:15 | Father 291:16 | 170:7,9 |
| 186:11,16 | 135:12 137:8,8 | faith 71:13 | fauna 103:22 | filtering 88:15 |
| 201:10 251:4 | 141:21 142:1,2 | 218:17 290:18 | February 13:1 | 171:5 |
| exposition 182:1 | 142:2,14,14 | 291:19 | 33:16,17,17 | final 22:14 |
| exposure 14:15 | 154:9 157:5,8 | faithfully 284:1 | fecit 148:16,20 | 67:21 75:18 |
| 251:7 | 168:7,7 169:1 | fall 46:13 | feel 206:22 | 100:7 105:15 |
| expounds | 169:5 170:19 | 233:18 235:7 | feelings 19:6,7 | 111:19 221:11 |
| 181:11 | 173:14 178:2 | 253:15 265:15 | feet 112:19 | finally 70:15 |
| express 278:9 | 178:14 184:15 | fallacy 122:9 | fellow 81:22 | 75:17 |
| expressed 23:21 | 184:19 192:20 | fallible 236:2 | 119:17,21 | financial 295:10 |
| 289:22 290:2 | 200:2 201:10 | falling 160:20 | felt 34:14 | find 61:14 74:3 |
| expression | 205:2 213:20 | 173:11 | few 5:22 48:20 | 74:15 102:3 |
| 127:6 130:17 | 214:3 220:3 | false 143:11 | 67:8 93:2 | 103:17 104:16 |
| 189:21 269:17 | 223:14 230:19 | 144:4 183:7 | 121:9 125:21 | 108:11 109:1 |
| 270:3 | 235:13,16 | falsification | 149:3 159:16 | 112:22 127:17 |
| expressions | 236:6,20 | 231:21 | 229:11 247:3 | 127:22 129:3 |
| 190:13 | 243:13 244:10 | falsify 231:20 | 257:20 | 154:14 177:13 |
| extended 200:9 | 245:21 263:19 | falsity 93:4 | field 34:19 39:8 | 215:19 217:11 |
| extent 28:10 | 264:8 265:4 | familiar 15:11 | 39:20 40:4 | 230:1 248:1 |
| 159:7 | 275:12 277:5,7 | 26:17 31:21 | 55:10,13 56:6 | 249:15 250:3 |
| extinct 96:12 | 277:14,15 | 35:21 40:12 | 63:6 86:3 | 251:7,9 268:20 |
| 222:20 | 278:22 279:14 | 45:7,22 48:17 | 102:11 123:10 | 279:5 280:11 |
| extranatural | 279:14,16 | 57:8 136:12 | 186:6 187:9 | finding 6:10 |
| 84:19 153:22 | 280:17 281:5 | 146:10 150:1 | 190:6 208:6 | 62:10 92:19 |
| extraplanetary | 281:20,21 | 181:12 204:15 | 260:3 | 222:15 |
| 174:22 | 288:2,9 289:12 | 225:9 | fields 266:2,3,7 | finds 62:19 |
| extrascientific | 289:15,16,21 | families 188:13 | fifth 148:21 | 142:11 247:20 |
| 82:20 216:5 | 292:9 | 188:15,16 | 149:17 | fine 225:8 |
| extraterrestrial | factor 65:17 | far 10:7 21:11 | fighting 70:17 | finish 7:2 19:14 |
| 174:7 175:8 | 212:16 214:1,3 | 21:12 22:21 | figurative | 92:13 |
| eye 47:18 64:18 | factors 109:3,19 | 29:4 44:13 | 165:14 277:3 | finished 21:12 |
| eyes 287:9,15 | 110:11 151:4 | 47:8 48:8 52:5 | figuratively | 152:10 219:1 |
| E.O 67:8 238:17 | 212:20 213:6 | 72:15 74:12 | 164:13 277:6 | firm 32:2 |
| 238:19,19 | 213:15 216:5,6 | 81:1 85:22 | figure 237:2 | firmed 230:19 |

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

316

firmly 231:17
first 5:10 7:2
  16:9,18 19:2
  23:16,19 25:6
  51:22 61:7
  101:6 102:4
  138:9,13,20,22
  159:22,22
  160:2,13
  174:12 175:19
  178:19 183:7
  185:19 192:12
  200:19 232:11
  240:16 241:9
  243:21 246:17
  250:11,13
  255:1 262:14
  267:13 270:19
  273:1 279:4
fit 122:7 249:12
  268:8
fits 175:19
  190:18
fittest 177:22
five 18:1 101:7
  146:9,12,16
  147:13
flagellum 46:21
  47:1 62:21
  64:18 82:7,22
  83:4,17 84:5
  85:1,8 86:5
  87:10 100:15
  105:5 106:8,14
  106:18 107:6
  195:8
flat 155:4
flaw 78:22
flawed 250:4
Flew 135:19
  137:14,21
flow 57:18 179:4
flows 57:21
  124:16,20
flunk 246:21

focus 39:3 100:8
  149:16 151:6
  159:4 251:16
focused 44:1
focuses 189:1
follow 5:21 6:20
  88:10 220:21
followed 253:11
followers 67:8
following 50:13
  86:17 118:17
  272:3
follows 5:3
  185:20 189:17
  237:15
follow-up 88:6
football 115:3
footnote 260:22
force 153:22
  166:17,17
  276:12 283:15
forces 95:18
forcing 220:6
foregoing
  189:17 294:5
  295:4,5
foreknowledge
  71:2
Forever 199:17
forget 229:16
forgetting
  205:12
forgot 228:14
  291:21
form 28:1,2 47:9
  104:13,15
  108:22 142:6
  276:7
formal 16:19
  40:1 73:3
  100:7 103:13
  105:15 110:18
  221:11 273:21
formally 102:21
  105:10 251:3

262:7
formative 19:20
formed 104:19
  171:20
forms 92:3,19
  92:22 103:19
formula 116:16
  116:16 129:5
  171:17 286:5
formulas 284:12
formulation
  274:20
formulations
  274:18
Forrest 26:19
  37:17 38:1,3
  123:17
forth 95:2
  124:19 125:18
  199:1 225:1
  227:8 231:13
  236:11 238:13
  239:22
fossil 92:2 93:5
  94:2,4 101:5
  227:7
fossilized 92:1
fossils 91:22
found 61:15
  90:9 95:3,10
  103:6,8,11
  104:15 127:1,6
  153:10
foundation 61:6
  61:20 77:11,18
  135:18 259:16
  259:21,21
  260:6 269:8
  270:12,14
foundational
  79:19 110:2
foundations
  218:20
founder 147:20
four 38:14 99:17

133:8 189:7
  198:19 246:10
  246:10 260:10
  267:9
fourth 148:3
four-paragraph
  198:16 265:5
framework
  135:10 141:4
  165:4 180:3
  209:2,6 253:15
frameworks
  109:10
Francis 62:3
  168:7
Frank 3:15
Franks 67:11
Fred 232:22
free 55:16 64:5
  286:18,18
Freud 49:8
Friedrich 48:14
from 7:6 12:2,9
  12:17 23:20
  37:8 40:3 44:9
  44:13 53:21
  55:12,19 56:17
  57:18 61:8,9
  61:20 69:1,5,7
  72:14,19 74:1
  80:12,19 81:7
  81:14 82:12
  94:3,15,21
  95:1 96:8
  100:3 107:4
  111:2 116:22
  124:7,10,16,20
  125:2,2 126:6
  126:15 128:18
  129:7 139:21
  140:12,20
  141:7 147:4
  155:22 161:22
  162:17 163:7
  166:18 167:3

177:10 178:3
  179:4 185:22
  187:1,5 199:12
  204:7 210:20
  211:11 212:20
  214:5 216:18
  217:21 218:9
  219:1,13,18
  220:21 222:4
  224:20 228:2,2
  228:9,9 229:17
  231:17 238:10
  239:12 242:5,6
  248:11 251:20
  257:14 258:15
  260:11 263:18
  269:3 274:18
  275:11 276:14
  282:10 286:18
  289:15 292:21
front 5:19
frozen 69:4
fruitful 88:17
fruitfulness
  61:9
fulfilled 249:5
fulfillment
  272:15 292:8
fulfills 268:12
full 30:7 84:20
  90:9 102:1
  182:1 247:1
  271:9
fullest 181:15
fullness 291:19
fully 63:21
  102:11 107:17
  156:10
fun 232:19
function 46:7
  107:5 152:8
  163:16 220:6,7
  240:21 254:16
  262:13
functioned

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

himself 46:10
50:19 53:4
54:13 101:18
101:22 106:1,6
106:12 132:7
137:17 153:3
178:3 228:11
229:21 232:13
238:22
Hindu 251:14
historical 56:7
56:13 71:18
87:1 88:15
108:4 127:8
273:22 274:7
279:14 281:20
281:21,22
288:9 289:12
289:15,16
historically 56:9
216:17 217:21
218:15 278:6
279:9
history 10:5
75:16 108:5,5
120:1 140:17
151:22 153:5
210:21 216:4
231:10 232:20
234:12 251:19
267:12 268:3
268:14 280:17
282:1,21
hold 160:7,7
180:7 181:22
218:8 223:7
245:20 277:13
277:16
holding 214:10
holds 177:5
holidays 181:1,2
holy 88:21 135:1
291:13,16
hominem 213:8
213:11

hominid 94:16
Hon 1:8
honest 184:1
236:8 285:2
honesty 283:9
291:18
hope 161:13
179:10 195:20
245:21 272:10
hopefully
245:10
horizon 268:17
horizons 75:11
75:22
hot 229:5
hour 34:5
256:13
hours 34:6
Hoyle 232:22
human 56:10
74:6 92:15
93:2 94:15
95:3 98:19
108:5 110:3
111:2 113:19
116:21 166:11
166:18,19
167:3 178:21
178:21 188:2
223:14 227:4
236:2 266:4
272:9 275:15
283:2 284:19
284:21
humanities
260:1
humankind
272:22
humanly 223:11
humans 92:17
94:21 242:13
humble 236:9
hundred 258:8
Hundreds
258:22 259:1

hurriedly 26:6
26:16
Huxley 18:14
hyper-Darwin...
152:6
Hypostatic
283:1
hypotheses 55:9
55:11 60:17
62:22 64:3
109:11,16
142:6
hypothesis 60:7
60:18 64:9
115:10 140:9
231:20 234:13
273:15
hypothetical
108:6
H2O 97:6
178:10
—————— I ——————
Ian 18:8
ID 208:9 211:11
211:14 216:18
249:21 250:7
254:1 256:21
257:1,10,19
260:12 262:5,6
idea 46:8 60:10
67:4 68:20
72:8 82:2
105:17 117:1
124:20 144:8
150:1 153:4
156:19 157:6
162:19 165:4
170:21 194:19
204:20 206:21
208:8,16 209:1
212:17 213:12
213:21 225:15
227:22 229:12
229:17 230:4

233:1,2,2
235:14,19
238:11 243:20
246:20 251:7
251:19,19
257:10,20
258:7,18,19
281:6
ideal 127:15
197:3 206:16
ideally 201:21
ideas 35:22 50:9
53:10 54:20
61:13 90:8
108:1,1 122:6
122:16 124:16
135:11 145:5,5
145:15 153:21
204:1,4 212:20
212:21 215:1
217:12 218:10
236:9 244:14
263:10
identical 140:1
212:5 268:13
identification
9:15 24:4
32:21 273:19
identified
219:19
identify 9:19
24:8 60:17
99:21 273:11
identity 115:7
ideological
50:16 244:12
ideologies 60:3
ideology 14:18
59:22 66:18,21
213:2 214:6,11
238:7 239:5
253:18 263:17
263:18
ignorance
130:19,20,20

130:21 131:1,2
131:4,7,13
ignored 90:14
215:9
II 273:14
illegitimate
154:4
illogical 191:1
239:4
illuminate
240:11
imagine 69:3
imitated 179:21
immediate
51:11,21
immediately
31:17 117:14
219:9 245:14
immersion
155:6
impact 151:22
238:1
impacting 238:7
imperative
89:21 90:2
103:4 109:7,14
impersonal
222:9
implemented
132:21
implication
183:19 186:10
188:3
implications
54:8,9 177:1,4
177:16,17
178:15,18
179:4 225:14
225:16,18,22
implicit 176:17
176:17 177:22
190:12 221:6
238:7 250:14
251:3 252:10
252:14,18,19

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

320

| | | | | |
|---|---|---|---|---|
| 255:20,21 | improvement | inconceivable | inevitable 127:7 | 276:2 |
| 256:21 261:8 | 83:4 90:21 | 69:2 | 129:13 178:6 | initial 97:22 |
| 261:12 | inadequacy | inconsistent | inevitably 122:2 | initiative 211:11 |
| implicitly 14:10 | 19:7 274:9 | 70:21 144:10 | 174:2 | initiatives |
| 15:15 18:5 | 278:10 | increases 94:5 | inexhaustible | 259:15,22 |
| 50:21 75:16 | inadequate | increasing | 268:1,10 | injecting 165:18 |
| 76:12 172:18 | 21:18 | 102:20 | infallible 274:21 | injustice 275:20 |
| 176:4,16 177:3 | inanimate 154:1 | increasingly | inference | innately 240:17 |
| 180:1,2 201:11 | inappropriate | 39:4 55:20 | 169:12,18,22 | inquiry 55:12 |
| 217:14 224:19 | 120:13 185:1 | 92:19 | 172:14 173:8 | 58:21 61:3 |
| 237:11 249:22 | 206:8 250:11 | incremental | infinite 268:9 | 62:2 64:15,16 |
| 250:12,22 | 262:21,22 | 46:12,16 | infinitely 229:4 | 75:16 79:15 |
| 252:16 253:1 | inaudible | indeed 129:5 | infinitesimal | 98:20 102:11 |
| 254:19 256:16 | 228:22 238:3 | 222:9 | 73:9 | 105:16 107:10 |
| 261:16,16,21 | incapable 45:18 | indefinable | influence | 115:8 120:20 |
| 262:19 274:19 | 215:2 | 78:13 | 139:14 261:4 | 208:6 239:21 |
| 277:1 | incarnate 283:7 | indefinite 75:11 | information | 240:10 254:21 |
| implied 172:20 | incarnation | indefinitely | 23:2 44:10 | 262:4 |
| 184:7 | 286:4,7 | 87:11 | 53:7 127:12 | inseparable |
| implying 186:15 | incentive 77:3 | independent | 158:9 169:9,13 | 124:10 238:10 |
| 187:7 | incidentally | 213:4 | 170:21 184:2 | insideness |
| importance 5:20 | 181:5 219:3 | independently | 201:12,15 | 117:13 |
| 160:4 222:7 | inclined 67:12 | 218:12 | 203:10 | insight 142:7 |
| 272:10 | 195:1 207:13 | indicate 54:11 | informational | insights 142:1 |
| important 18:18 | 237:5 | 102:16 211:5 | 44:8 170:15,16 | inspired 291:11 |
| 34:18 77:21 | include 115:9 | indicated 19:5 | 171:2,8 | instead 208:15 |
| 96:10 116:14 | 140:7 160:1 | 28:18 34:4 | informative | 252:14 268:14 |
| 150:22 151:6 | 180:4 181:19 | 37:7 48:12 | 19:20 | 275:12 |
| 167:1,3 187:21 | 249:9 | 132:1 154:20 | informed | instructed 200:4 |
| 231:10 242:12 | included 32:12 | 182:5 204:10 | 274:11,13 | instruction |
| 256:14 288:7 | 33:11 51:22 | indicates 143:5 | ingenuously | 189:1 |
| impossible | includes 40:17 | indicating | 220:5 | instrument |
| 171:20 216:17 | 41:2 53:1 | 182:20 | ingredients | 204:6 |
| imprecise | 56:14 159:22 | indirectly | 109:17 | instruments |
| 165:15 167:5 | 238:11 | 176:12,13 | inhere 99:21 | 89:11 |
| imprecision | including 54:21 | 265:8 | inherent 140:19 | integrity 211:12 |
| 165:16 | 66:2 70:4 | indispensable | inherently | intellectual |
| impression | 81:12 108:9 | 44:18 242:18 | 203:10 208:10 | 21:20 53:11 |
| 90:13 164:16 | 115:20 135:8 | individual 175:2 | 208:11 | 79:14 115:8 |
| 170:18 266:11 | 136:16 142:5 | 188:12 271:13 | inheritable | 186:3 283:22 |
| improbability | 147:5 187:22 | 272:8 277:14 | 149:4 | intellectually |
| 172:5 | 228:11 236:12 | 277:15 | inheritance | 249:5 |
| improbable | 286:18 290:19 | individuals | 145:2,11,16 | intelligence 48:5 |
| 172:10 | incomprehens.... | 148:1 149:3 | 153:2,4 | 55:7 58:16,17 |
| improper 83:8 | 268:5 | 279:7 282:21 | inherited 275:10 | 58:22 65:17 |

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

280:19 281:21
**irremediably** 175:14
**Islamic** 250:17
**isolated** 147:20 185:22
**isolates** 73:21
**issue** 14:22 15:7 15:12 28:4 36:17 57:5 70:17 99:7 158:19,20 167:10 184:21 192:1 208:8,11 223:17,20,21 245:14 288:20
**issues** 14:10 18:9 22:15 39:5 72:3 150:14,18 181:16 224:10 259:18
**issuing** 30:16
**Italian** 148:19
**italicized** 250:1
**item** 66:6 156:11
**I-A-N** 18:8

**J**
**J** 151:20 178:2 263:16
**Jacques** 18:3
**James** 118:19
**Jean-Paul** 49:8
**Jesuit** 20:7,9
**Jesuits** 70:16
**Jesus** 289:19,22 290:11 291:2
**Jewish** 250:17 261:10
**Job** 1:19
**John** 1:13 2:1 4:2,10 5:2 9:12 259:16 273:14

293:7 294:3
**Johnson** 214:7 245:7
**Johnson's** 246:2
**joint** 43:5
**jointly** 16:22 43:2
**Jonathan** 149:20
**Jones** 1:8
**judge** 1:8 5:19 24:22 134:16
**judging** 142:3
**judgment** 142:13,15
**Julian** 18:14
**jump** 155:22 170:21 231:14
**jumping** 87:6
**junctures** 93:5
**June** 1:15 295:14,16
**just** 5:11,21 11:18 12:2 13:15 16:6 25:9 32:18 33:21 38:3 56:1 67:12 70:2 71:15 72:6 81:6,9 94:17 100:2 108:2,19 112:19 113:10 113:20,20,21 114:20 121:8 126:2 130:2,13 136:14 137:1 156:8 157:4 159:9 162:14 164:10,20 165:14,16 174:21 178:8 180:15 182:14 182:15 183:3 183:19,22

184:3,6,9
185:22 189:6
189:13 194:6
201:13 204:7
206:9,21
207:12 218:1,5
227:4,5 235:16
239:3,4 243:3
245:21 251:22
253:13 256:12
268:5,14,19
270:11 271:17
272:2 273:5,6
276:17 279:12
280:5 286:5
**justification** 22:3
**justified** 64:13 202:21 203:16 203:17,18 204:11
**juxtapose** 254:20

**K**
**Karl** 261:3
**Kauffman** 107:18
**keep** 77:13 125:4 142:10 151:1 168:9 188:7 198:22 200:7 225:18 235:14
**keeping** 163:20 183:2 243:9 280:14
**keeps** 141:14 180:22
**Ken** 157:12 158:2 197:15 197:19,20 222:13 224:11 262:18
**Kenneth** 26:17

**kept** 168:21
**kids** 263:12
**kind** 7:5 27:21 50:4 56:11 58:18 59:1,16 71:6 73:20,22 74:2 82:1,15 93:1 94:18 99:5 103:15 105:13 111:9 112:16 115:8 117:20 120:11 120:11 122:3 131:1 137:4,21 138:12,15 139:15 153:8 154:3 162:20 165:3,22 166:3 169:7 176:18 177:22 184:18 186:13 195:19 197:6,11 206:13 208:16 216:6 221:4 226:21 246:2 246:16 247:18 248:8 250:14 253:12 271:15 277:2 279:8 283:16,18 289:9
**kinds** 17:17 50:12 56:3 58:3 61:17 104:19 117:8 128:7 129:2 166:10 227:12 289:6,8
**Kitzmiller** 1:4 24:11 296:2 297:2
**knew** 27:7 153:3
**know** 5:7 10:7 13:6 18:16 27:9 32:15

37:22 42:21
56:4 57:19,20
69:14 70:9,10
74:14,17 76:10
80:19 93:22
102:1 105:21
112:17 117:12
119:4,9 123:18
124:17,21,22
130:13 131:16
131:16 133:6
134:5 135:14
136:12 140:3
140:15 154:9
162:4 163:20
168:15 169:22
176:22 179:9
180:9,11 182:8
185:10,11
191:20 192:3
197:1,6,10,13
209:18 215:17
218:11 223:3
225:6 235:10
235:10 236:5,6
239:14,17
241:2 245:16
248:15 255:9
256:11 259:11
264:10 266:5,6
267:14,19
273:22 278:1
282:19 283:18
284:20 288:10
288:14 289:19
**knowable** 96:6
130:11,11
192:8 279:19
280:21
**knowing** 56:12
213:22
**knowledge** 40:2
42:5 55:20
56:7,10,11,14
105:22 116:21

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

323

198:17 216:4
236:12,13,15
241:11
**known** 67:7
70:8 73:1 95:1
101:16 117:6
130:22 131:10
213:3 264:3
**knows** 70:8,12
70:20

—————
**L**
—————
**lab** 76:8
**label** 157:17
**labs** 39:21
**lack** 102:17
**laid** 280:5
**Lamarck** 210:5
**Lamarckianism**
153:19
**Landegger**
12:16
**Langdon** 35:22
**language** 164:9
164:20 167:2,5
220:6 279:9
**larger** 53:11
**Larry** 57:8
**last** 48:19 54:3
71:5 213:3
248:4 260:8,9
**late** 18:6,13
**latent** 239:14
**later** 36:3 54:14
121:4 127:21
288:3
**Latin** 55:19
148:19 166:19
**latter** 134:15
**Laudan** 57:8
**launched** 208:1
**law** 3:14 32:2
36:19 52:2
169:20 203:18
203:20 204:3,5

204:11
**laws** 94:19
137:10,19
140:5,11,12,18
203:21 286:10
286:10
**lawsuit** 8:8
11:10 32:7
**lawyer** 6:19,21
13:7
**lawyers** 150:14
193:16
**lay** 72:17
**layered** 154:14
156:8
**lays** 72:18
**lead** 23:9 119:5
122:18 216:7
239:12 246:5
265:9,9
**leads** 60:1
129:11 158:9
241:17,19
**leap** 172:4
**leaps** 148:16
**learn** 110:22,22
111:8,14 183:9
205:1 241:3
244:21 256:10
**learned** 130:19
130:20 131:2,3
131:4,6,13
273:14
**learning** 50:14
88:16 116:4
230:8 236:10
241:11 266:12
273:8
**learns** 273:13
**least** 48:7 65:8
90:13 107:20
125:20 129:18
135:6 136:4
146:9 156:19
179:9 196:22

197:4 198:10
210:21 211:13
274:14
**leave** 57:22
58:15 96:20
100:6 116:1,9
125:20 154:12
164:4 178:13
181:17
**leaves** 55:5 58:2
74:1 90:20
117:22 125:19
174:11 177:10
188:11
**leaving** 67:14
112:21 223:9
**lecturer** 12:1
**lectures** 15:3
**led** 18:21 53:8
82:1 228:16
**left** 30:14,17,19
34:20 58:12
91:13 105:16
143:15 203:4
256:13
**legal** 29:14,15
29:16
**legendary**
286:16
**legitimate** 59:15
172:7 187:12
190:5 211:21
216:2
**legitimately**
74:9 193:2
**legitimating**
76:21
**legitimation**
265:12
**Lemaitre**
229:13
**Lemaitre's**
232:14
**lenient** 6:17
**less** 15:15 53:14

199:9 216:9
**let** 65:14 81:6
87:15,15,20,21
88:4 89:16
97:2 118:10,13
138:9 142:2
146:13 184:20
236:8 249:15
252:3
**lets** 137:20
**letters** 171:3
**letting** 207:10
**let's** 32:18 57:7
57:7 59:5
61:11,11,12,13
74:18 103:16
106:13 112:16
112:16,20
117:19 170:20
171:10,10,11
173:21 196:20
214:6,6 221:3
260:9 265:9
272:19
**level** 55:4 58:18
58:20 74:3
80:17,20,22
81:4,5,7,7,14
81:16 82:12,13
82:14 97:19,21
98:17 99:2,5
120:12,12,16
154:1 171:13
176:4 186:9,10
187:11 190:2
190:10 196:3
199:7 207:7,9
225:5 241:20
242:8,13
243:15,18
261:18,19
262:4 267:18
267:19
**levels** 73:17
80:16 81:11,12

94:4 96:20
99:8,15 105:9
151:10 185:4
187:8 188:1
189:22 206:15
240:10 284:8
284:13 287:3
**liberal** 284:8
**liberated** 178:3
**liberating**
286:17 287:2
287:21
**liberator** 288:1
**Liberties** 13:18
**library** 256:8,9
**lies** 76:15 193:4
**life** 20:18 21:20
58:4 65:9 91:6
91:14,18 96:13
96:16,21,22
97:1,15,16,21
98:2,3,6
101:22 104:13
104:15 127:8
135:18 139:9
147:7 151:4
152:4 153:18
154:6,11,15,18
162:3 170:15
170:17 174:10
175:4 176:14
178:21 187:1
188:12 190:7
207:11,16
210:20 213:14
224:21 237:16
239:16 242:4,5
242:15 248:20
254:17 255:18
269:3
**lifetime** 20:14
273:14 290:5
**light** 183:21
200:6 228:14
**like** 5:8,21 9:10

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

324

| | | | | |
|---|---|---|---|---|
| 22:2 24:1 | 277:10 | 253:14 | 108:5,14 | 274:2,3 276:9 |
| 39:21 49:7 | literally 132:11 | Lonergan | 121:18 157:14 | 277:12,17,18 |
| 52:22 61:10 | 132:20 158:2 | 118:18 | 185:10 193:5 | 277:21 |
| 62:19,20 66:7 | 164:14 165:12 | long 12:13 15:11 | 207:22 211:1 | main 39:3 |
| 77:8 81:16 | 184:12 275:6 | 30:21 60:15 | 227:6 259:4,10 | 110:14 132:12 |
| 87:10 88:20 | 277:22 | 94:12 102:14 | 274:8 278:13 | 208:8,10 |
| 90:13 93:6 | literature | 128:14 148:15 | 278:14 | 209:19 |
| 102:13 112:16 | 271:11 278:21 | 225:7 227:13 | lots 52:1 61:15 | mainstream |
| 115:18 125:10 | 279:6 281:1 | 227:13 265:18 | 103:8 210:4 | 20:11 |
| 128:16 140:19 | 282:19 | 267:21 292:13 | 223:6 256:7 | maintained |
| 148:16 149:16 | little 6:17 23:7 | 292:13,13 | Louisiana 38:3 | 186:17 |
| 152:6 157:3 | 175:17 204:7 | longer 51:9 | 38:8 | maintaining |
| 158:3 164:20 | 229:2 252:3 | 156:14 | love 70:21 98:8 | 190:20 |
| 166:10 180:4 | 271:10 | look 24:7 31:22 | 99:1 | major 19:16 |
| 182:12 185:9 | liturgy 179:11 | 32:6,9,11,16 | loving 68:20 | 118:17 210:2 |
| 215:14 226:20 | 179:12 | 33:4 65:6 | lowest 94:4 | majority 58:10 |
| 227:4,18,20 | live 231:4 | 73:13 85:1,7 | lunch 131:18,20 | 110:16 247:6 |
| 231:14 233:3 | lived 286:2 | 93:14 102:22 | 131:21 | make 23:11 |
| 235:10 241:21 | lives 49:10 63:7 | 103:5 122:19 | | 24:22 30:13 |
| 254:15 259:8 | 176:15 179:1,3 | 123:20 128:22 | _____ | 39:11 48:16 |
| 261:3 273:12 | 272:15 284:22 | 151:10 167:21 | M | 55:9 65:14 |
| 274:18 276:22 | 289:22 290:7 | 178:22 231:19 | machine 82:8 | 67:15 72:12 |
| 277:5 278:8 | living 67:22 | 234:15 266:9 | 85:11 168:5 | 73:13,18 76:3 |
| 282:8 287:14 | 68:5 91:13 | 275:18 279:9 | machines | 85:19 124:4 |
| 288:10,14 | 103:18,19 | 280:9 287:17 | 171:19 | 129:18 142:6 |
| liked 221:16 | 104:20 136:15 | looked 51:18 | machine-like | 160:1 171:4 |
| likewise 95:21 | 137:3 151:5,16 | 73:9 85:4 | 167:22 168:2 | 172:3,8 176:15 |
| 97:15 | 152:8 154:2 | 128:6 169:1 | made 9:12 17:5 | 178:13 181:12 |
| limit 61:3 | 174:12 237:13 | looking 22:20 | 33:12 34:21 | 195:5 202:10 |
| limited 222:9 | 242:7 | 62:15 64:17 | 35:20 38:3 | 205:5 206:12 |
| limiting 192:6,7 | Lloyd 3:15 | 66:7 73:16 | 46:5 49:2 | 207:1,4 208:22 |
| Linde 227:19 | LLP 2:4 3:5 | 82:6,21,22 | 52:10 73:10,13 | 209:7 219:13 |
| line 176:7 222:4 | local 196:1 | 83:13,14,16,17 | 74:4,9 90:5 | 221:4 224:21 |
| 270:6 296:7 | 259:15,18,22 | 84:5,17,22 | 199:12 205:12 | 234:2 236:19 |
| 297:7 | Logan 3:6 | 86:21 112:14 | 209:5,10 | 237:20 241:10 |
| lines 199:8 | logic 143:17 | 112:15 113:1 | 212:14 232:19 | 244:11 247:7 |
| 202:13 229:1 | logical 99:20 | 124:14 127:2 | 235:12,13 | 252:3 254:10 |
| list 19:14 39:11 | 122:11 143:16 | 153:17 162:20 | 248:19 249:4,4 | 262:19 267:21 |
| 146:11 261:1 | 156:2,13 186:3 | 194:12 217:14 | 254:10 259:11 | 268:21 269:5 |
| listed 38:22 | 190:16 207:11 | 240:3 254:16 | 276:4 | 270:15,18 |
| literalist 132:12 | 253:13 | 277:2 | magical 148:14 | 272:17 275:9 |
| 272:3 276:7,13 | logically 143:10 | loose 166:3 | magisterial | 277:9,10 279:2 |
| 277:2 282:9 | 144:2,9,10 | lost 222:3 | 273:12 | 285:16 |
| 283:12,16 | 174:2 185:2 | lot 41:3 90:17 | magisterium | maker 269:11 |
| literalists | 192:18 205:13 | 101:18 107:18 | 83:16 272:19 | 269:14 270:5 |
| | | | 273:5,6,11 | |

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

325

| | | | | |
|---|---|---|---|---|
| **makes** 54:10 | 150:16 157:5,8 | 153:11 172:2 | **mature** 80:7 | 257:4 267:6 |
| 142:12 160:10 | 157:8 158:17 | 221:9 | 206:11 | 268:12 269:21 |
| 234:12 237:20 | 162:5 171:1,7 | **materialism** | **may** 6:14 12:5 | 270:16,18,20 |
| 261:13 | 171:7 178:14 | 60:1 62:5,8 | 41:5 56:19 | 273:3 277:18 |
| **making** 14:2 | 180:10 181:20 | 63:21,21 | 86:9 118:14 | 277:19 281:22 |
| 54:6,13 59:1 | 199:6 208:21 | 108:21 162:14 | 121:19,20 | 286:20,20 |
| 77:17 79:18 | 209:16 212:18 | 162:15,18 | 124:13 143:9 | 289:16 |
| 82:14 83:8 | 226:19,19 | 202:15 215:6 | 143:11 144:1,3 | **meaning** 5:14 |
| 86:22 87:5 | 227:2,2,12 | 273:19 | 148:1 162:21 | 55:6 58:4 |
| 163:12 175:22 | 228:1,7,9,10 | **materialist** 18:4 | 173:21 195:19 | 71:13 72:8 |
| 179:2 192:5,8 | 237:9 239:18 | 62:8 186:17 | 206:1,2 214:21 | 124:19 222:7 |
| 277:1 280:8 | 241:15 248:22 | 201:12 214:11 | **maybe** 34:7 | 272:6,7 292:6 |
| 288:17,17 | 251:8 253:6 | 228:10 244:2 | 138:5,6 180:20 | **meaningful** |
| 289:5 | 255:16,17 | 244:17 249:12 | 197:19 219:21 | 276:20 |
| **maldistribution** | 257:16,16,16 | **materialists** | 241:17 247:4 | **meanings** 80:11 |
| 275:19 | 258:5,11,14,15 | 155:21 246:12 | 248:11 252:13 | 287:18 288:6 |
| **mammalian** | 258:16 259:15 | 247:3 | 266:12 272:17 | **means** 44:12 |
| 152:2 | 259:19 262:8,8 | **mathematical** | **Mayr** 145:20 | 55:20 148:12 |
| **man** 39:21 54:8 | 262:11,17,18 | 89:19 109:13 | 146:3,4,5,6 | 157:19 162:18 |
| 257:18 270:19 | 263:11 267:2 | 116:16,16 | 147:11 | 169:9 190:11 |
| 271:7,22 273:1 | 268:19 278:7 | 129:5 171:15 | **mean** 16:14 | 239:20 242:17 |
| 273:1 274:15 | 280:12,12 | 171:17 216:13 | 39:17 46:3 | 256:18 257:2,3 |
| 281:9 290:5 | 284:13 290:17 | **mathematically** | 54:5 58:8 | 262:17 268:22 |
| **mankind** 271:15 | 290:17 | 89:13 116:13 | 59:13 68:9,16 | 269:19 270:21 |
| 271:22 | **man's** 290:5 | **mathematician** | 69:22 82:12 | 271:4,14,14 |
| **manner** 62:16 | **man-made** | 42:14 43:10 | 91:3 103:10 | 273:4 282:14 |
| 279:8 | 113:15,16 | 89:20 232:2 | 112:2,12,14 | **meant** 8:19 |
| **manufacture** | **mapped** 97:13 | **mathematicians** | 114:6 118:10 | 86:10 137:15 |
| 47:10 | 98:10 | 170:10 | 119:14 120:17 | 175:12 184:12 |
| **manuscript** 22:3 | **March** 33:17 | **mathematics** | 127:2 130:16 | 236:17 |
| 22:4 | **mark** 32:18,19 | 40:6 90:11,13 | 138:6 139:17 | **measure** 167:4 |
| **many** 15:3,17,18 | **marked** 9:11,15 | 127:12 232:3 | 139:18 153:14 | 230:22 |
| 26:17 34:6 | 24:2,4 32:21 | 239:21 | 156:18,18 | **measuring** |
| 41:20 48:19 | **marriage** 10:12 | **Matt** 164:8 | 157:14 161:11 | 231:3 |
| 51:22,22 52:10 | **married** 10:10 | 165:10 | 161:12 164:6 | **mechanism** |
| 52:22 65:8,9 | 10:11 | **matter** 38:16 | 164:14 165:12 | 47:18 50:5 |
| 66:9 67:6 69:8 | **mass** 166:16 | 39:19 50:10 | 167:11 168:13 | 151:16 153:10 |
| 71:4,6 101:6 | 284:1 | 60:2 73:9,10 | 173:18 186:13 | 210:6,10 |
| 104:8 110:8 | **master** 240:22 | 96:17 154:1 | 196:11 201:6 | **mechanisms** |
| 115:19,20 | **mater** 162:17 | 162:11,15,16 | 203:5 209:15 | 46:14 66:12 |
| 122:16 126:18 | **material** 28:11 | 162:17,17,22 | 215:7 217:18 | 67:21 145:12 |
| 128:15 133:16 | 33:12 44:9 | 163:22 175:18 | 218:16 225:20 | 145:13 148:1 |
| 133:22 135:7 | 52:4 55:8 | 175:22 205:6 | 225:21 226:6 | **media** 136:21 |
| 140:7,13,13 | 100:9 105:13 | 229:5 238:12 | 234:18 236:4 | 231:8 |
| 144:20,20 | 107:15,19 | **matters** 46:20 | 240:2,8 244:1 | **medication** 7:5 |

DEPOSITION OF JOHN F. HAUGHT, PH.D.
CONDUCTED ON WEDNESDAY, JUNE 1, 2005

326

| | | | | |
|---|---|---|---|---|
| medieval 70:12 | metabolism | methodologic... | 120:14,14 | misconstrue |
| meet 38:2 | 104:18 | 58:12 61:19 | 122:14 135:14 | 173:5 |
| meetings 179:13 | Metanexus | 62:7,11,12 | 159:8 167:19 | misinformed |
| member 40:14 | 259:20 | 73:1 86:18 | 180:21 182:8 | 274:5 |
| 40:16,20 41:1 | metaphor 88:8 | 117:22 164:4 | 187:16 206:6 | misread 244:1 |
| 197:7 259:20 | 267:2 | methods 50:13 | 206:18 214:17 | miss 113:22 |
| 260:4 | metaphoric | 114:2 117:4 | 240:9 255:12 | 203:7 275:5 |
| members 35:2 | 108:15 127:5 | 236:11 239:20 | 290:15 | 281:5 |
| 188:16 196:9 | metaphorical | 266:6 | Miller 157:12 | missing 103:3 |
| 196:18 197:1,4 | 165:4 | Meyer 191:19 | 158:3 197:20 | mistaken 239:4 |
| memory 18:14 | metaphorically | Meyer's 145:20 | 262:18 | misunderstan... |
| men 219:6 | 164:14 | Michael 23:4 | Miller's 26:17 | 184:18 |
| Mendel 153:4 | metaphors | 35:22 42:10 | 197:16,19 | misunderstan... |
| mentality | 267:3 | 43:12 45:8 | 222:13 224:11 | 23:9 |
| 237:19 283:12 | metaphysical | 59:6 62:19 | million 93:11 | misunderstood |
| mention 16:18 | 65:22 66:11,16 | 67:9,9 76:7 | 94:12,17 101:7 | 112:9 |
| 21:17 149:22 | 67:13,18 68:1 | 82:6,16 106:7 | 152:1 | mixing 53:6 |
| 236:19 243:3 | 68:6,8 81:5,5 | 149:16,22 | millions 140:13 | 254:18 |
| 266:10 | 172:18,19 | 150:1 168:21 | 171:7 258:10 | Moby 80:3 |
| mentioned | 190:15,15 | 179:19 195:3 | mind 110:3 | mode 62:1 73:6 |
| 16:14,20 17:9 | metaphysics | 208:17,22 | 111:2 112:4 | 127:6 128:19 |
| 19:11 23:13 | 156:14 186:9 | 214:7 215:20 | 113:19 127:19 | 254:21 |
| 54:2 91:16 | meteorite | 220:18 245:5,7 | 142:3,5,5 | modern 18:19 |
| 109:21 148:2 | 151:22 | 247:20 | 151:1 160:3 | 55:20 115:22 |
| 202:20 211:20 | method 42:19 | Michigan 3:17 | 163:20 164:1,7 | 116:14 133:7 |
| 223:4,5 224:15 | 50:15 54:17 | microbiology | 168:9 183:2 | 152:21 153:1 |
| 238:8 243:1 | 55:2,5 57:21 | 39:13 | 188:2,7 200:7 | 221:19 222:5 |
| 262:10 263:5 | 58:2,14 59:17 | microorganis... | 227:4 235:14 | modification |
| 265:5 266:5 | 59:18,19 60:6 | 147:6 | 238:10 246:17 | 90:20 200:6 |
| 274:2 | 60:9,16,17 | microscope | 280:14 281:21 | modifications |
| mentioning | 61:4,10 62:17 | 39:22 64:1 | 284:21 286:12 | 106:4 |
| 16:17 242:20 | 62:20 77:21 | 73:8 83:18 | minds 78:8 | modify 190:8 |
| 266:15 | 86:18 87:3,6 | 84:6 | 109:7 111:6 | molecular 98:13 |
| mentions 255:19 | 100:12,13 | microwave | 207:15 251:21 | 98:18 126:4 |
| men's 285:10 | 109:6 110:21 | 231:1 | mind-like | 167:21 171:19 |
| Mere 170:3 | 114:6,7 117:5 | middle 1:2 | 163:10 | 172:10 178:9 |
| merely 86:5 | 117:8 118:9 | 24:11 70:14 | mine 160:17 | 187:6 242:9 |
| 242:20 265:5 | 120:14 125:5 | 112:8 115:13 | minority 121:9 | molecule 169:7 |
| 266:15 | 164:10 173:9 | 115:17 217:19 | 258:4 | 169:10 |
| mess 272:12 | 193:3 195:2 | 221:18,21,22 | minute 46:12,16 | molecules 97:6 |
| message 126:6 | 197:2 200:4 | 249:18 | 73:21 204:8 | 97:6 |
| 238:9,11 | 208:4,5 222:6 | might 7:17 | minutia 73:16 | Molinists 70:15 |
| messed 275:14 | methodological | 28:14 67:11 | miracles 286:8 | moment 23:15 |
| met 5:7 38:2 | 56:17 62:4 | 93:17 95:19 | miraculous | 32:5 50:18 |
| 42:22 | 80:15 | 104:10 109:2 | 148:14 168:19 | 75:15 129:17 |