# APPENDIX III

# TAB I

Page 6

1 a trial in Georgia?

2   A.   Yes, I testified at one trial in my life,
3 and that's the one.

4   Q.   Have you ever been a party in a lawsuit?

5   A.   Yes.

6   Q.   Just briefly tell me the nature.

7   A.   Sure, I in my life filed two pro se
8 lawsuits. The first one was when we bought a house
9 in Seekonk, Massachusetts in 1980, and at the time
10 of closing, there were a certain number of things,
11 putting screens on the house, finishing some
12 interior work, which were not completed. I agreed
13 with the attorney for the bank and with the builder
14 from whom we were buying the house to put $2,000
15 into escrow until those items were completed. Three
16 months after the closing he still had not completed
17 them. I called up the attorney saying I will get
18 these items done, and then I will bill the escrow
19 account, and he called the builder, his client, the
20 seller, and said my client doesn't agree to that.
21 You'll have to get a court order against us, at
22 which point I filed a lawsuit pro se in the district
23 court in Taunton, Massachusetts, one a default
24 judgment and got the work done.

Page 7

1   Q.   If I may -- excuse me for interrupting,
2 but obviously, that wasn't dealing with the issue of
3 intelligent design?

4   A.   No.

5   Q.   And the second one?

6   A.   No, the second one dealt with a zoning
7 matter when we were attempting to purchase a house.

8   Q.   Okay. I just want to sort of cover a few
9 ground rules, which will hopefully make this
10 deposition go a little bit easier for all of us
11 here. First of all, it's going to be important for
12 the two of us to speak up and speak clearly because
13 our court reporter here is going to try and
14 diligently take down everything that is said during
15 the course of the deposition. Do you understand
16 that?

17   A.   I certainly understand that.

18   Q.   And certainly this case involves some
19 scientific matters and scientific issues that may
20 require some definitions and words and things that
21 the court reporter may not be familiar with. So we
22 want to make sure we go slow and at times I may ask
23 you to stop and spell the words.

24   A.   Of course. That would be fine.

Page 8

1   Q.   It's going to be important also that you
2 answer the questions in words rather than gestures
3 and using terms like uh-huh and uh-uh because
4 obviously, she has to make a written record of this.
5 Do you understand that?

6   A.   I understand that, too.

7   Q.   And perhaps one the most important rules,
8 which are on the border of violating already, is
9 that we've got to make sure you don't start
10 answering a question until I'm done asking it, and I
11 will likewise not ask a subsequent question until
12 you're done answering. In normal conversation you
13 tend to anticipate the question and you want to
14 start answering it, but the two of us can't be
15 speaking at the same time because it makes it very
16 difficult for our court reporter. Okay?

17   A.   Okay.

18   Q.   And if we're violating that rule as we go
19 along, I'll probably make some gentle reminders of
20 that.

21   A.   Much appreciated.

22   Q.   And so you understand that the deposition
23 is being recorded by our court reporter and
24 everything stated during the course of the

Page 9

1 deposition will be recorded by her?

2   A.   Yes, I do understand that.

3   Q.   And you understand that your testimony
4 this morning is being given under oath as if given
5 in a court of law?

6   A.   I understand that, as well.

7   Q.   Sir, there was a lawsuit filed against the
8 Dover Area School District and the Board of
9 Directors regarding changes that they made to the
10 ninth grade biology curriculum. Do you understand
11 that?

12   A.   Yes, that's what I understand.

13   Q.   And there was a complaint that was filed
14 in this case, which is a legal document that
15 commences the lawsuit. Have you read that
16 complaint?

17   A.   Yes, I have.

18   Q.   If you could, tell me what your
19 understanding is of the nature of the controversy of
20 this particular lawsuit?

21   A.   The -- my understanding of the nature of
22 the controversy stems from when I was first
23 contacted -- and I can't remember the name of the
24 person -- when I was first contacted by a

3 (Pages 6 to 9)

**Page 10**

1 representative of the company that publishes my high
2 school textbook, the Prentice Hall Company, and the
3 representative told me that the Dover High School
4 had selected our textbook as one they wanted in
5 their biology classes but that the approval of that
6 textbook by the board of education or board of
7 directors, whatever they're called, was being held
8 up because of the comments of some members of the
9 board of education that the book was laced with
10 Darwinism and didn't give a fair treatment of
11 creationism or creation science. I can't remember
12 exactly what the representative told me. She then
13 advised me that I could probably learn what was
14 going on at some of the board of education meetings
15 by reading the York Daily Record over the internet,
16 which I then did. And since that time, I have
17 followed as best I can by reading the internet the
18 accounts of board of education meetings, the
19 comments of various members of the board of
20 education, the comments of school teachers at a
21 Dover Area High School, and my understanding is that
22 the board of education after much debate went ahead
23 and approved the purchase and use of the textbooks.
24 My further understanding is that the board of

**Page 11**

1 education accepted I think it was a donation of 40
2 to 50 copies of the book "Of Pandas and People,"
3 which I believe were then placed in a library or
4 media center, so that they would be freely available
5 to student.
6        And also, that the board of education
7 began to consider how best to alert students to the
8 presence of these alternate books, Pandas and
9 People, in the library or media center, and also to
10 try to find a curricula formula by which teachers
11 could introduce alternative explanations for
12 biological origins such as intelligent design.
13       So that's how I first became aware of the
14 controversy, and needless to say, although my own
15 reading of the York Daily Record tells me that many
16 people in the community were indeed in favor of what
17 the board of education had started to do there were
18 also many people who were opposed to what the board
19 of education had started to do, and I would imagine
20 that the development of a lawsuit basically came
21 from those people opposed to the board's action.
22    Q.   Sir, you stated that you had some
23 conversation with a representative from your
24 publisher of your textbook?

**Page 12**

1    A.   That's correct.
2    Q.   Did you have any conversations with any
3 direct -- either through e-mail or correspondence
4 with any Dover area school district teachers or
5 administrators?
6    A.   When the controversy -- when I first
7 became aware of the controversy, I went online. I
8 found the Dover area school systems web page. I
9 found the web page for Dover High School, and I
10 e-mailed the science supervisor and at least one of
11 the biology teachers, and I indicated to them that
12 if they or people in the community had any questions
13 about the textbook, I would be happy to answer them,
14 that I would be happy to come to Dover in person and
15 answer those questions to reassure members of the
16 community that our book was a book of science, that
17 it was not antireligion and certainly not
18 antiChristianity, and I basically told those folks
19 that I was at their disposal.
20       I believe I got a response from one of the
21 teachers that basically said thank you very much for
22 your support. We don't have anything we would ask
23 you to do right now. And that was really the extent
24 of my contact with the Dover Board, about three or

**Page 13**

1 four e-mails exchanged that way.
2    Q.   Were you ever asked to follow up and
3 provide any information that you offered?
4    A.   No.
5        MR. MUISE: Let me mark this as the first
6        exhibit, please.
7        (Defendant's Exhibit No. 1 was marked.)
8 BY MR. MUISE:
9    Q.   Sir, if you can take a look at what has
10 been marked as Exhibit 1, and it purports to be an
11 e-mail from you to Drs. Peterman and Spahr?
12    A.   Correct.
13    Q.   Do you know if Spahr is a doctor?
14    A.   Actually, I do not, but I follow the
15 advice of many people and my mentors in the
16 scientific community that it's much better to give
17 someone a title reflective of education and then
18 have them correct you than to address them as Mr.
19 or Ms. and then suddenly have to be told that, in
20 fact, they deserve the title of doctor. So I simply
21 made that assumption.
22    Q.   In the initial e-mail that you're just
23 testifying to, is this the e-mail that you're
24 referring to?

4 (Pages 10 to 13)

Page 14

1   A.   Yes, it is.

2   Q.   Is this the one that you received a

3 relatively short reply, thank you for your support?

4   A.   To be perfectly honest, I'm not positive

5 if I received a reply by e-mail or if I received no

6 reply and then made a telephone call to one of these

7 people and they then told me verbally thank you very

8 much, we don't have anything for you to do right

9 now, but one way or another I got that message.

10   Q.   If you look at the second full paragraph

11 of this e-mail, Exhibit 1, you reference the fact

12 that you and Joe -- and I'm assuming that's Joe

13 Levine, the coauthor of the biology textbook?

14   A.   That's correct.

15   Q.   You said, "I have gone to great lengths to

16 assure teachers, parents, and students that

17 evolutionary biology does not present a challenge to

18 religion, certainly not in the way that some members

19 of your community seem to fear." Did I state that

20 correctly?

21   A.   Yes, you read that correctly.

22   Q.   Could you explain to me what the basis of

23 that statement is?  You said you went to great

24 lengths. Could you explain that a little bit?

Page 15

1   A.   Yes, I'd be very happy to. Evolution is a

2 controversial issue in many areas of the country,

3 and when Dr. Levine and I first began to write

4 biology textbooks which were available for use

5 around the country, we very quickly received

6 requests from teachers, from parents and sometimes

7 from the sales representatives of our publisher to

8 explain how evolution, which I believe is covered

9 very thoroughly in our textbook, could be understood

10 in a way that didn't present a direct challenge to

11 religious beliefs.

12        Dr. Levine and I then drafted a statement,

13 which is probably four or five pages long explaining

14 how and why we covered evolutionary biology in our

15 textbook, and also that it was the view of

16 mainstream scientists, scientific institutions and

17 some of the most eminent scientific authorities in

18 the United States, including the National Academy of

19 Sciences, that evolution is in no way antithetical

20 to religion in general or to Christianity in

21 particular.  And one of the things that I -- and in

22 terms of going to great lengths, in addition to

23 preparing that document, Dr. Levine and I in various

24 school districts around the country have often been

Page 16

1 called upon to speak directly usually by telephone

2 to board of education members to reassure them of

3 exactly that fact.

4        The other point that I made, which is

5 later in the e-mail in a passage that you have not

6 referred to, at least not yet, is I pointed out that

7 several years ago I wrote a trade book widely

8 available from book stores and from online services

9 called "Finding Darwin's God," and the subtitle of

10 that book is "A Scientist's Search for Common Ground

11 Between God and Evolution."  So in the passage that

12 you referred to when I said great lengths, one of

13 those great lengths was writing a whole book on the

14 issue.

15   Q.   Now, your biology textbook obviously

16 covers other theories than evolution, correct?

17   A.   Yes, it does, and science or the whole

18 scientific process is built around theories, and the

19 theories that are covered in that book would include

20 things like atomic theory of matter, which is

21 implicit in the chemistry section of the book, the

22 germ theory of disease and the cell theory.

23   Q.   Do you get a typical response -- as you

24 just described the response you received regarding

Page 17

1 the theory of evolution, do you get any similar

2 response to those other theories that are addressed

3 in your biology textbook?

4   A.   I am tempted to say no, but I do have to

5 tell you that when -- there are certain aspects, for

6 example, of the germ theory of disease, which in my

7 history as a textbook author, which now goes back

8 about 15 years, have indeed been regarded as

9 controversial.  One of the things that Joe and I

10 have -- Dr. Levine and I have always written about

11 very clearly and very explicitly, because we think

12 it's an important message for young people to

13 understand, is the relationship between the HIV

14 virus and AIDS and try to emphasize to students, to

15 young people that this is a tremendous risk factor

16 in terms of sexual behavior, and certainly is

17 something that they want to think about and they

18 want to think about carefully.

19        Over the years -- and this goes back to

20 the early 1990s -- I have received correspondence

21 and e-mail -- and I don't have copies of any of it

22 but I certainly remember it -- arguing that HIV is

23 not the cause of AIDS and that there are other

24 lifestyle conditions or drug use or other things

5 (Pages 14 to 17)

Page 18

1 that actually cause HIV. So you could say,
2 therefore, that that aspect of the germ theory of
3 disease is regarded by some people as being
4 controversial.
5 Q. With regard to I guess the quality or
6 quantity of the controversy, evolution compared to
7 those other theories, do they compare?
8 A. No, they don't compare. By far the
9 most -- the largest amount of comment with respect
10 to controversy deals with evolution.
11 Q. And was that part of the reason that
12 precipitated your writing "Finding Darwin's God?"
13 A. I suppose so, yes. I think I would say
14 yes because, you know, there is -- the subjects that
15 are controversial, of course, make for good reading,
16 but the real reason that precipitated the writing of
17 that book was throughout the 1990s, I found it to be
18 an increasingly common assumption that evolutionary
19 biology is antithetical to Christian belief, and
20 since I have never believed that and I do not
21 believe that now and most mainstream Christian
22 religions don't think so either, I thought it was
23 important to write a book from the point of view of
24 a biologist and a believer laying out that fact in

Page 19

1 as much detail as I could for the popular reading
2 audience.
3 Q. And that book also makes reference to
4 scientific theories, does it not?
5 A. Yes, it does.
6 Q. I'll have some more questions about that
7 afterwards, as you can probably imagine. I want to
8 kind of back up and cover a couple of points that
9 you addressed in one of your other answers. You
10 mentioned that your textbook thoroughly covers the
11 theory of evolution; is that correct?
12 A. Yes, I believe it does.
13 Q. I believe I've read somewhere that you do
14 competitive analysis of other high school biology
15 textbooks, do you not?
16 A. Yes, from time to time the sales
17 representatives of my company have asked me to
18 compare and contrast the strengths and weaknesses of
19 our book with other books, and I certainly have done
20 that.
21 Q. In your review of other science textbooks,
22 how does your textbook compare with regard to the
23 coverage of evolution?
24 A. My own analysis of it suggests that we're

Page 20

1 comparable, that we're about the same as other
2 textbooks. I will very often when I do a
3 competitive analysis try to find an area where I
4 think another textbook is weak or lacking or
5 inadequate in a scientific concept that might be
6 important to teachers and, of course, our sales
7 representatives would like to know, much the same
8 way that any salesperson would like to know the
9 strength of their own product, to the extent you
10 call a book a product. But I do have to say that
11 evolutionary biology and the coverage of evolution
12 is not one of those areas that I have faulted the
13 textbooks produced by other major publishers. I
14 actually think they're all pretty good in that
15 respect.
16 Q. How many chapters of your textbook cover
17 evolution?
18 A. Well, the straightforward answer --
19 there's a short answer and a long answer. The short
20 answer I think is four. Unit five of the textbook
21 is specifically called evolution, but evolution is
22 really the central organizing principle of biology,
23 and in many respects it's impossible to write --
24 it's impossible to do what we call phylogenetic

Page 21

1 survey, which is a survey of animals and plants of
2 various types, and it's impossible to look at the
3 systems of the body, the physiological systems,
4 without bringing in evolution as a way to explain
5 why certain systems are the way they are or why
6 certain organisms are structured or have life cycles
7 the way that they do.
8 So evolution is found really in a great
9 deal of the book, and that's true not just of our
10 textbook but of the other competing textbooks, as
11 well.
12 Q. Now, the textbook that you wrote that
13 we've been referring to, it's your understanding
14 that the school board did, in fact, adopt that as
15 their textbook for the Dover High School?
16 A. That is my understanding.
17 Q. And that's, I believe, the 2004 edition?
18 A. That is also my understanding.
19 Q. I believe it's referred to as the
20 dragonfly book?
21 A. Yes, it is.
22 Q. I'm assuming you don't have any objections
23 with the school board making that decision?
24 A. No, I was quite pleased. I consider it to

6 (Pages 18 to 21)

Page 22

1 be a ringing endorsement of our book.

2   Q.   Now, you mentioned previously that you're
3 aware that the school had donated to them a number
4 of copies of the book "Of Pandas and People,"
5 correct?

6   A.   Correct.

7   Q.   And it's your understanding that that book
8 was placed in the library?

9   A.   That's my understanding from reading the
10 York Daily Record.

11   Q.   Do you have any objections to that book
12 being in the library?

13   A.   To be perfectly honest, my feeling is that
14 the books that are placed in the library of the
15 Dover area public schools are -- what books are
16 placed in the library of the Dover area public
17 schools is a decision for the school administrators,
18 the board of education, and the people of Dover.  So
19 I generally do not pass judgment, positive or
20 negative, on the books that communities and school
21 districts choose for their library.

22   Q.   Do you have objection to that book being
23 referenced in the ninth grade biology class?

24   A.   I will give you the same answer that I

Page 23

1 just did, which is that the educational decisions
2 that are made by local communities around the
3 country are their business, and my feeling is it is
4 not my place as a resident of the State of
5 Massachusetts and a professor at Brown University to
6 either approve or object to decisions regarding
7 science curricula in a community in which I do not
8 live.

9   Q.   Sir, I want to review again some more of
10 sort of the -- some of the factual things and see
11 what your understanding may or may not be of these.
12 One is it's my understanding, and see if you share
13 the same understanding, that the school district is
14 teaching the theory of evolution in the ninth grade
15 biology class per the Pennsylvania State Standards;
16 is that your understanding?

17   A.   My understanding is that the Board of
18 Education has made it very clear -- and again, I
19 have followed this by reading the York Daily Record,
20 so I'm tempted to paraphrase Will Rogers and say the
21 only thing I know is what I read in the papers.  My
22 understanding is that the board of education has
23 made it clear that teachers will follow all aspects
24 of the state curriculum of Pennsylvania, including

Page 24

1 evolution.

2   Q.   And do you have any objection to that?

3   A.   I'll reiterate my earlier answer, which is
4 I do not feel that it is my place to either approve
5 or object to curricula decisions that are made by
6 the State of Pennsylvania or the Dover area school
7 board.

8   Q.   Now, my understanding is when you're
9 drafting your textbook -- for example, the one
10 that's used in Dover -- you will consider or review
11 the national and the state standards to ensure that
12 your book comports with those; is that correct?

13   A.   That is correct.

14   Q.   Is it your understanding that the 2004
15 version of the dragonfly book comports with the
16 Pennsylvania State Standards for teaching evolution?

17   A.   That is also my understanding, yes.

18       (Defendant's Exhibit No. 2 was marked.)

19 BY MR. MUISE:

20   Q.   Sir, I'm handing you what's been marked as
21 Exhibit 2, which I'll represent to you is a page
22 from the "Academic Standards For Science and
23 Technology," and that's from the Pennsylvania
24 Department of Education, and the date on this is

Page 25

1 January 5, 2002.  And if you look at the right-hand
2 column and the way my understanding is of how you
3 read these is this the state standards and by grade
4 12 it says under A, "Evaluate the nature of
5 scientific and technological knowledge," and then if
6 you continue down to the second bullet point, it
7 says, "Critically evaluate the status of existing
8 theories," and they have in the parenthesis, they
9 list five different theories, one of them being the
10 theory of evolution.  Do you see that?

11   A.   Yes, I do.

12   Q.   Again, do you have any objection to that
13 state standard?

14   A.   No, I have no objection at all.

15   Q.   Now, of those five theories that are
16 listed in the parenthesis, how many of those are
17 covered in your biology textbook?

18   A.   Well, let's see.  The germ theory of
19 disease is certainly covered.  We mention light, but
20 I do not think that the wave theory of light is
21 covered in enough detail to count it as being
22 covered in our books.  The classification of
23 subatomic particles, we mention three elementary
24 subatomic particles in our book, but I certainly

7 (Pages 22 to 25)

Page 26

1 think it's not fair to say that we really present
2 that as a theory. The theory of evolution, yes, we
3 do; and the epidemiology of aids, yes, we do that,
4 as well.
5   Q.   So you don't have any problem with the
6 state identifying specific theories for critical
7 analysis?
8   A.   Once again, I have absolutely no problem,
9 although I do note that the listing follows the
10 abbreviation e.g., which usually means for example.
11 So those five theories are not listed as the only
12 ones to be critically analyzed. They were simply
13 listed as examples, and obviously, that bullet point
14 means that existing theories and here are some
15 examples, but all existing theories should be
16 subject to critical analysis -- critical evaluation,
17 excuse me.
18   Q.   Now, you've drafted or created the biology
19 book with critical thinking being one of the goals
20 of the book; is that correct?
21   A.   Yes, that is correct.
22   Q.   And critical thinking I'm assuming you
23 would agree is a legitimate pedagogical goal of a
24 school?

Page 27

1   A.   Not only is critical thinking a legitimate
2 pedagogical goal, I think it's an important
3 component of teaching science.
4   Q.   Now, I mentioned to you that they -- my
5 understanding and I believe you said you understood,
6 as well, that they were going to be teaching
7 pursuant to the Pennsylvania State Standards
8 teaching the theory of evolution; is that correct?
9   A.   That's my understanding.
10   Q.   Is it also your understanding that the
11 students will only be tested on these state
12 standards regarding the theory of evolution?
13   A.   I'm sorry. Maybe I'm listening too
14 carefully to your question, but I believe you said
15 the students will only be tested on state standards
16 regarding the theory of evolution. I think they'll
17 be tested on many topics besides the theory of
18 evolution.
19   Q.   My question wasn't clear, and I apologize.
20 My understanding is Dover is a state standards'
21 driven school, as most public schools are; is that
22 your understanding?
23   A.   Yes, it's my understanding, as well.
24   Q.   And so what will appear on the tests for

Page 28

1 the students in biology regarding the theory of
2 evolution will be the state standards, meaning
3 they'll be tested to the state standards on the
4 theory of evolution in their biology testing; is
5 that your understanding?
6   A.   That's certainly my impression. I don't
7 have any detailed knowledge of exactly how Dover
8 students will be tested, of course.
9   Q.   Do you believe that they're going to be
10 tested on intelligent design in the ninth grade
11 biology class?
12   A.   As I just said, I really don't have any
13 actual understanding of what they will be tested on.
14 Because Pennsylvania law, as I understand it,
15 requires students to be tested on elements of the
16 curriculum, I would suppose that that will also take
17 place in Dover, but what I do not know is whether or
18 not the Dover district or Dover teachers, since my
19 understanding is that they have made reference to or
20 introduced the concept of intelligent design, I
21 don't know if students will be tested on that or
22 not. I have no way to find out.
23   Q.   Does that make a difference to you with
24 regard to your opinions that you offer in this case,

Page 29

1 whether or not the students will be tested on
2 intelligent design?
3   A.   You said does it make a difference with
4 respect to the opinions I would offer in this case.
5 I don't think so. I think I would -- if you were to
6 tell me -- to try to be as clear as I possibly can,
7 if you were to tell me that the students will be
8 tested on it or if you were to tell me that the
9 student will not be tested on it, I nonetheless
10 believe the opinions that I will offer in this case
11 would be pretty much the same.
12   Q.   Sir, is it your understanding with regard
13 to the changes that have been made to the biology
14 curriculum in the ninth grade at Dover High School,
15 that pursuant to those changes the superintendent
16 who's responsible for executing the curriculum and
17 the policy has directed that intelligent design is
18 not going to be taught in ninth grade biology class?
19 Do you understand that?
20   A.   I have to say that I'm not entirely clear
21 about that, and again, this comes because I have no
22 direct knowledge of what went on in any classroom in
23 Dover, and I can only rely on reports in the
24 newspaper as to what happened, but my understanding

8 (Pages 26 to 29)

Page 30

1 is that school administrators went into each of the
2 biology classes in Dover and read a prepared
3 statement that was -- and which I cannot quote
4 verbatim but was designed to make students aware of
5 what were known as alternative theories of origins.
6 I believe that intelligent design was mentioned by
7 name as one of those alternative theories, and
8 students were made aware of the existence of
9 material on intelligent design in the school library
10 or media center.
11     Now, I don't know if I want to parse the
12 word teach too closely, but it certainly seems to me
13 that if you mention a theory as an alternative and
14 you say there is material about that in the library
15 and you encourage students to study that material, I
16 think in certain respects that involves teaching.
17   Q.   And it's my understanding that you have
18 objection to making intelligent design -- making
19 students aware of intelligent design in biology
20 class by way of reference; is that correct?
21   A.   As I've said repeatedly, I don't think
22 it's my place to approve or object to what a
23 particular school district does or does not do.  If
24 I were asked for advice on this matter, I would say

Page 31

1 that what is best presented in the science classroom
2 is science, and since intelligent design in the
3 opinions of the most authoritative scientific bodies
4 in the United States, including, for example, the
5 National Academy of Sciences has not met the
6 standard suggested of a scientific theory, it's my
7 opinion that it doesn't belong in a science
8 classroom.
9   Q.   So is it your opinion then nonscientific
10 materials have no place in a science classroom?
11   A.   Not necessarily and the reason for that is
12 one of the ways in which science is taught is by
13 referring to what you might call nonscientific
14 materials, and those might include making analogies
15 about the way in which living things work.
16 Analogies are colorful and useful to understanding,
17 but they're certainly not scientific ones, and I can
18 imagine that other material that is taken from
19 outside of science.  The plots of movies or books
20 could be used to illustrate concepts.  For example,
21 I'm aware of a number of physics teachers who try to
22 illustrate principles physics, such as Einstein's
23 theories of special relativity by using examples
24 from the movie Star Trek -- the movie and TV series

Page 32

1 based on Star Trek and that Star Trek is certainly
2 not a scientific series, but the use of science
3 fiction can sometimes have a place in the science
4 classroom.
5     So I would certainly agree that sometimes
6 in the classroom you can bring material from outside
7 of science to illustrate and liven examples in the
8 classroom.
9   Q.   Would that also hold for the theory of
10 evolution; for example, bring in nonscientific
11 materials to further buttress or support the
12 particular theory?
13   A.   The way you phrased the question the
14 answer would be no because I don't think you bring
15 the nonscientific materials to support the theory,
16 as you phrased it.  I think you might use them to
17 illustrate the operation of a theory.
18   Q.   For example, the dialectical opposite use
19 it for -- to demonstrate the argument of the theory
20 of evolution?
21   A.   Sorry.  I don't understand the question.
22 I know what Hegel's dialectic is, but I don't
23 understand the dialectical opposite as you used it.
24   Q.   Well, Professor Campbell has provided an

Page 33

1 expert report in this case.  Have you read any of
2 the other expert reports?
3   A.   I have not read Professor Campbell's.  I
4 have read Professor Padian's, and I've read
5 Professor Behe's, and I've read Professor Dembski's.
6 I'm trying to think if I read any others.  That's a
7 list of the ones I have read.
8   Q.   Well, Professor Campbell describes science
9 as argument.  That's a philosophical view he takes
10 towards science.  Do you agree with that
11 proposition?
12   A.   No, I don't.  I think argument by which I
13 would mean the clash of different ideas and
14 explanations is certainly part of science, but I
15 would not define science as argument.
16   Q.   How would you define science?
17   A.   I would define science as the systematic
18 search for natural explanations of natural
19 phenomenon.
20   Q.   Would you subsume the argument theory that
21 Professor Campbell presented in your definition of
22 science?
23   A.   Now, remember I haven't read Campbell's
24 statement.  So I don't know if you're making

9 (Pages 30 to 33)

Page 34

1 reference to that, but what I heard you say was that
2 Campbell defines science as argument, and would I
3 include that definition, and the answer to that is
4 no. I would not -- I would never include just
5 argument as a definition of science.
6       When I said -- I'll try to remember my
7 words -- science is the systematic search for
8 natural explanations. Part of that search for
9 explanations is the weighing of one explanation
10 against another with respect to how well they fit
11 the facts of experiment and observation. When you
12 try to do that, different individuals may, in fact,
13 argue with each other as to which explanation is the
14 better part, and that's why I said that argument is
15 a part of science or perhaps it's more accurately
16 put that argument is a part of a scientific process,
17 but I think it's a mistake to say that science
18 itself is argument.
19    Q.   And I guess to be more clear on my
20 question I think you answered is that argument is
21 subsumed in your definition of science. It's a
22 component of science?
23       MR. WALCZAK: I'm going to object because
24       you asked the identical question, and he

Page 35

1       just gave what I thought was a pretty
2       comprehensive answer, and if you want to
3       ask him to answer that again one more time,
4       that's okay, but that was the exact same
5       question you just asked.
6 BY MR. MUISE:
7    Q.   Let me ask this, sir. You obviously
8 reference in your biology book "The Origin of the
9 Species" by Charles Darwin, correct?
10    A.   Yes, we do.
11    Q.   Would that be an appropriate reference
12 book for biology students?
13    A.   Would it be an appropriate reference book
14 for biology students? The literal answer to that
15 question is no, and the reason for that is the book
16 was written in -- first edition was written in 1859.
17 At this point in time, Darwin's book on "The Origin
18 of Species" is important as a document in the
19 history of science. So I would certainly urge
20 students to read on "The Origin of Species" to
21 understand the history of the development of the
22 theory of evolution, but I would not regard it as a
23 reference book for the very simple reason that
24 science has moved and progressed so much in the

Page 36

1 nearly century and a half since Darwin's book was
2 published.
3       So, no, I would not recommend "The Origin
4 of Species" as a reference book. In fact, I would
5 not recommend any book from the 19th century or even
6 the 20th century up until about oh, 10 or 15 years
7 ago as a reference book strictly speaking for a
8 science classroom.
9    Q.   Would it be an appropriate nonscientific
10 material -- strike that. I asked you the question
11 about whether it be a reference book, and perhaps
12 you had a specific meaning to the term of a
13 reference book. In the general sense, if it was
14 referenced in a biology class and placed in the
15 library for the students to review to see what
16 Darwin said about his theory of evolution, would you
17 have any objection to that?
18    A.   I'll answer the question on several
19 levels. Once again, I am not in the business of
20 approving or objecting to the placement of books in
21 libraries and school systems in districts in which I
22 do not live. If I was asked for my advice as to
23 whether or not "The Origin of Species" is an
24 appropriate book to have in the library, the answer

Page 37

1 to that is yes and for the reasons that I stated in
2 my answer to your earlier question. It's a very,
3 very important book to show the history of the
4 development of a very important scientific idea,
5 which is evolution.
6    Q.   Now, in "The Origin of Species" did not
7 Darwin set up his argument against a design
8 hypothesis or design theory to help best explain his
9 theory?
10    A.   It is fair to say that Darwin himself
11 referred in his correspondence "The Origin of
12 Species" as "one long argument," and this relates to
13 my earlier statement that argument is a part of the
14 process of science. In writing The Origin Darwin
15 compared and contrasted his explanation of descent
16 with modification as guided by natural selection
17 with other alternate explanations, and one of those,
18 of course, was the notion that living things and all
19 of their characteristics had been designed by some
20 sort of an outside force or power, and the weight of
21 the argument, as subsequent years of scientific
22 investigation have made very clear, is that Darwin's
23 explanation because it unified all of life into a
24 single whole and it fit the facts extremely well has

10 (Pages 34 to 37)

Page 38

1 been the one that has prevailed in the scientific
2 process.
3    Q.   Obviously, his theory when it came out in
4 1859 wasn't well accepted by the scientific
5 community; is that an accurate statement?
6    A.   I'm not a historian of science, and I'm
7 not being asked as an expert to comment on the
8 history of science. But when you say that it was
9 not well accepted by the scientific community, my
10 own understanding from reading books about Darwin's
11 life and his discovery is that that statement is not
12 true, that his ideas were enormously provocative,
13 that they were found to be very persuasive by a
14 large segment of the scientific community and that
15 major objections against his theory were actually
16 settled rather quickly and in his favor.
17    Q.   Sir, what do you see as the purpose of the
18 ninth grade biology class?
19    A.   I think the purpose of a ninth grade
20 biology class is to expose students to the science
21 of biology, give them an understanding of the living
22 world of which they are a part, including the
23 organisms that surround them and, in fact, their own
24 bodies and their own lives, and also to help them

Page 39

1 appreciate and understand the importance of
2 scientific research and scientific thought in their
3 lives.
4    Q.   Let me ask you if you would agree with
5 this statement. The purpose of high school science
6 courses should not be to train scientists but to
7 contribute to the liberal education of students by
8 initiating them into our ongoing cultural
9 conversation about how to make sense of the world?
10    A.   May I ask where that statement comes from?
11    Q.   Certainly, I'll represent to you it comes
12 from the expert report presented by Professor Warren
13 A. Nord. If you'd like, it's the highlighted
14 portion, and I don't intend to mark that as an
15 exhibit, unless Vic, you have an objection.
16       MR. WALCZAK:  No objection.
17       THE WITNESS:  I'll tell you what I agree
18    with in the statement. The purpose of high
19    school science courses should not be to
20    train scientists, I agree. But to
21    contribute to the liberal education of
22    students, and I agree with that, as well.
23    The part I object to is the last part, and
24    that is by initiating them into our ongoing

Page 40

1    cultural conversation about how to make
2    sense of the world. What this statement
3    does, I think, is to conflict science and
4    scientific investigation with culture, and
5    I think that's a terrible mistake.
6       Science, in fact, has prospered
7    around the world and over the last several
8    centuries precisely because the scientific
9    method and scientific investigation
10    transcend culture, and a statement like
11    this it seems to me would make science
12    culturally relative. In other words, it
13    would reduce science to a relativistic
14    discipline in which people of different
15    culture would have different standards of
16    scientific analysis, different scientific
17    theories all culturally relative, and I
18    completely disagree with that concluding
19    part of the statement.
20 BY MR. MUISE:
21    Q.   Is not the question of what is science a
22 philosophical question?
23    A.   That's an interesting and provocative
24 question. It is certainly true that there are

Page 41

1 philosophical issues that are associated with
2 science, the nature of truth, the nature of the
3 world around us, and you could I think well say that
4 the question what is science broadly construed is
5 certainly a question that philosophy would have
6 something to say about, but I won't agree completely
7 with that assertion for the following reason, and
8 again, it relates to some of the things that I just
9 said in the answer to your previous question. What
10 has made western science powerful and all
11 encompassing and universal in the sense that the
12 science that is done in China and in Japan and in
13 Africa and in Brazil and in the United States is
14 science that transcends different cultures and
15 different philosophies.
16       So the notion that science is, as I
17 mentioned before, the systematic search for natural
18 explanations for natural phenomena I think is a
19 definition that transcends different philosophical
20 schools and certainly transcends different cultures,
21 and that's one of the reasons why science and the
22 scientific method has been so powerful and so all
23 encompassing.
24    Q.   Now the definition of science that you've

11 (Pages 38 to 41)

Page 42

1 been using, would you -- and this may go back to
2 whether or not -- your expertise on the history of
3 science, but in terms of your understanding was that
4 a definition that would have been applied prior to
5 Darwin's writing "The Origin of Species?"
6    A.   Again, as I said before, I do not think
7 that I am qualified as a historian of science, but
8 based on my own understanding and my own reading of
9 scientific history, the answer to that is yes, it
10 would have been applied prior to Darwin.
11   Q.   So you don't see Darwin's writing as
12 having changed sort of the philosophy of science?
13   A.   Oh, now, hold on for a second because
14 that's an entirely different proposition than
15 follows for my answer to the previous question.  I
16 think Darwin's writing and Darwin's work certainly
17 changed the biological sciences forever and
18 instituted a scientific evolution.  I don't think,
19 however, it initiated a philosophical change in
20 science because the process of seeking natural
21 explanations for natural phenomena is exactly what
22 was followed by Kapernekus, by Kepler, by Galileo
23 and by Dalton and the other pioneers of the physical
24 sciences before Darwin in essence applied the same

Page 43

1 technique, the same approach to the biological
2 sciences.
3    Q.   What was the scientific revolution then
4 that he created?
5    A.   What Darwin -- again, I want to say that I
6 make no claims to be a historian of science or a
7 Charles Darwin scholar, but my own reading of
8 scientific history is that Darwin for the first time
9 made it possible to look at all living things as
10 intrinsically related and to provide an explanation
11 for how living things were distributed in terms of
12 what we call biogeography and the way in which
13 living organisms were structured that spoke to their
14 origins by the process of what Darwin called descent
15 with modification from a common ancestor, and that
16 was indeed a revolutionary concept in 1859.
17   Q.   We finally get to this question. So you
18 were obviously retained by the plaintiffs to provide
19 expert testimony in this case; is that correct?
20   A.   That is correct.
21   Q.   And what are the areas of expertise in
22 which you intend to be offering your opinions?
23   A.   I am a cell biologist. I have 31 years
24 experience since my Ph.D. as a research scientist,

Page 44

1 and I am also an educator, and I have taught at the
2 university level for the same 31 years, and in the
3 last 15 years I have written a series of high school
4 and college textbooks.  I have also been involved
5 for almost -- I've been involved for 24 years in
6 ongoing discussions of the scientific integrity and
7 scientific validity of evolution; and therefore, my
8 expertise, I believe, would encompass the direct
9 field of my research, and cell biology involves
10 biochemistry, molecular biology, genetics and cell
11 biology itself, the conflicts of the last quarter
12 century with respect to the teaching of evolution
13 and the current scientific support for evolution and
14 also the field of science education based on my own
15 teaching as a university professor and my own
16 involvement in writing and textbooks that have been
17 written for college and for high school students.
18   Q.   In your field of science education -- and
19 this may be related to your prior answers regarding
20 school district policies and curriculum -- do you
21 have any expertise in drafting curriculum related to
22 science or school policies related to science?
23   A.   I have over the years served as an
24 informal advisor to the Providence public schools

Page 45

1 trying to help them from time to time to craft a
2 curriculum that they could implement in the
3 Providence public schools that matched or that
4 complimented -- that would be a better word --
5 complimented the National Science Education
6 Standards and the Rhode Island State Standards.
7 Aside from that informal advising, which
8 incidentally I have not actively done in the last
9 five years, that's the extent of my experience in
10 drafting science standards.
11        I have been asked for my opinion about
12 science standards in the State of Texas and the
13 State of Kansas, and I have offered my opinion in
14 both cases, but I played no role in helping to draft
15 any of the standards.
16   Q.   You don't have any advanced degrees in
17 education or educational leadership or in that
18 particular area, do you?
19   A.   No, sir, I do not.
20   Q.   How does a cell biologist differ from a
21 microbiologist?
22   A.   It's an interesting question, and in many
23 cases the lines are blurred between the various
24 disciplines. The traditional definition of a

12 (Pages 42 to 45)

1 microbiologist is someone who works with bacteria
2 and other procaryotic organisms. The traditional
3 definition of a cell biologist is someone who works
4 with organisms in general at the cellular level.
5     Now, most of my research work has been on
6 the structure and function and organization of
7 biological membranes and membrane proteins in
8 eukaryotic organisms. These are organisms that have
9 a cell nucleus. Having said that, if, for example,
10 you were to attend the annual meeting of the
11 American Society for Cell Biology, you would find
12 dozens, perhaps a hundred or so papers presented at
13 that meeting that could conceivably fall under the
14 classification of microbiology because they concern
15 bacteria or procaryotic organisms.
16     There has been certainly in the last
17 quarter century in the life sciences a tendency to
18 blur the distinctions between specific fields, and
19 one aspect of that blurring has certainly occurred
20 between microbiology and cell biology.
21   Q.   And a similar question with regard to cell
22 biologists and biochemists?
23   A.   Right, and same answer, actually, which is
24 to say I am a member of the American Society for

1 Cell Biology. I chaired the education committee of
2 the American Society for Cell Biology. I have
3 served on the governing counsel of that society, and
4 once I was the scientific chairman of the meeting.
5 We call it the program committee, which means that I
6 actually set the scientific program.
7     If you went to the meetings of the
8 American Society for Cell Biology and you also were
9 later in the year to attend the meetings of the
10 American Society for Biochemistry and Molecular
11 Biology, which is the major biochemical society, you
12 would probably find that 50 to 60 percent of the
13 scientific presentations at those meetings could, in
14 fact, be at either meeting. So increasingly cell
15 biology has moved as science has advanced into
16 biochemical explanations for cellular phenomena and
17 increasingly biochemists have been interested in the
18 cellular implications of their work at the level of
19 biochemistry. So a cell biologist today, the work
20 in cell biology must of necessity involve molecular
21 biology, biochemistry and to some extent
22 microbiology and very often these days genetics, as
23 well.
24   Q.   And you obviously consider yourself a

1 scientist?
2   A.   Yes, I do consider myself a scientist.
3   Q.   And that would be the same, a
4 microbiologist would be considered a scientist?
5   A.   A microbiologist is also a scientist.
6   Q.   And a biochemist is a scientist?
7   A.   Yes, indeed.
8   Q.   I know you made reference previously to
9 Professor Michael Behe. Do you know him?
10   A.   Yes, I do know Michael Behe.
11   Q.   He's a biochemist at Lehigh University?
12   A.   That is correct.
13   Q.   Do you know Professor Scott Minnich?
14   A.   Yes, I've met Scott Minnich, and he, I
15 believe, is at the University of Idaho.
16   Q.   And he's a microbiologist?
17   A.   That is correct.
18   Q.   And just to be clear, the expert testimony
19 you're providing is within your field as a scientist
20 and expert in cell biology, as well as, I believe,
21 you said science education. Is that an accurate
22 summary?
23   A.   Yes, that is an accurate summary.
24   Q.   And again, just to be clear, you're not

1 providing expert testimony in philosophy and as a
2 philosopher?
3   A.   Oh, no, absolutely not. I am not
4 providing expert testimony as a philosopher, even
5 though you have asked some questions about
6 philosophy.
7   Q.   Right. And just by way of background, so
8 you're not an expert on the philosophy of science?
9   A.   No, I am not.
10   Q.   And you're not an expert in theology?
11   A.   I am not an expert in theology. I have
12 read some theology. I wrote a popular book on what
13 might be called the theological implications of
14 science; and therefore, theology is a subject that
15 interests me, but I would certainly not qualify
16 myself as an expert in theology.
17   Q.   Similarly, you're not an expert in
18 mathematics?
19   A.   No, I am not. I have studied mathematics
20 through calculus and through the level of linear
21 algebra. I'm familiar with set theory. Like anyone
22 who does research in science I understand
23 probability and statistics because I use these tools
24 every day in my research, but I would certainly not

13 (Pages 46 to 49)

Page 50

1 say that I was an expert in mathematics.

2    Q.   How about with regard to the field of
3 paleontology?

4    A.   Same answer as I gave for theology and I
5 gave to some extent for mathematics.  I am not
6 trained in paleontology, but being interested as I
7 am scientifically and educationally in evolution,
8 I've read a great deal about paleontology.  When we
9 have paleontological seminars here at the
10 university, I attend nearly all of them because I
11 find it to be a subject that's very interesting.  It
12 has implications for my textbook writing and my
13 teaching.  So I try to follow it very closely, and I
14 also think that I am conversant with the arguments
15 made from paleontology against evolution, but once
16 again, I would not qualify myself as an expert in
17 paleontology.

18        MR. MUISE: I just want to mark these.  I
19        think we're up to Exhibit 3.

20    (Defendant's Exhibit No. 3 was marked.)

21 BY MR. MUISE:

22    Q.   If you'd like take a look at that, sir.
23 That was a copy of your CV provided to us by
24 plaintiffs' counsel.  Does that appear to be what it

Page 51

1 is?

2    A.   Yes, this looks like the CV that I
3 prepared for the plaintiffs.

4    Q.   Does this include all of the formal
5 education that you have received?

6    A.   Yes, it does.

7    Q.   Is it a complete listing of the scientific
8 papers that you've presented?

9    A.   Yes, with one exception of note, and that
10 is the article -- the last article I list on page
11 six under essays and reviews I believe since I
12 handed in this CV this last article which I listed
13 as in press has been published, and I believe -- I'd
14 have to check this, but I believe it's been
15 published with a slightly different title, and the
16 title of the article is "The Flagellum Unspun," but
17 that is the title of the volume, that is the
18 publication and those are the editors of the volume.
19 So it needs to be updated since I submitted it, but
20 it is otherwise accurate and complete.

21    Q.   The item that you're referring to, which
22 according to the CV is going to be appearing in --
23 is the title of the book an essay from Design and
24 its Critics?

Page 52

1    A.   No, I actually have -- I just received the
2 book, and I have it upstairs, and I can check the
3 exact title, but the -- and I'm sloppy in my
4 italics.  I should have said in press an essay from
5 the book called "Design and Its Critics," but I can
6 go upstairs and check.

7    Q.   And the editors of that book are --

8    A.   Wil -- I'm sorry.  I'm doing what you told
9 me not to do.  Go ahead.

10    Q.   The editors are William Dembski and
11 Michael Ruse?

12    A.   That is correct.  Should I make reference
13 to this?

14        MR. MUISE:  Do you have this?

15        MR. WALCZAK:  I do.

16        MR. MUISE:  And what he was referring to

17        is an article "The Flagellum Unspun.  The

18        Collapse of Irreducible Complexity" by

19        Professor Miller.

20 BY MR. MUISE:

21    Q.   And that's -- the article that we just
22 referred to is what's going to be appearing in this
23 book publication?

24    A.   It is what has appeared in the book.  It

Page 53

1 has now been published.

2    Q.   And this book was published by Cambridge
3 University Press?

4    A.   I believe that is correct.

5    Q.   Tell me what the nature of that book is.

6    A.   I believe the nature of that book is that
7 in the follow-up to a conference at Concordia
8 College in Wisconsin, which I believe was held in
9 2002 -- I could be a year off but I think it was
10 2002 -- that brought together a number of people
11 promoting the idea known as intelligent design and a
12 number of people, including myself, who were
13 critical of that idea.  William Dembski and Michael
14 Ruse decided to solicit a number of essays from the
15 people involved in that discussion and publish them
16 as a book.  So I believe that's the development of
17 the idea is to have essays pro and con on the idea
18 of intelligent design.

19    Q.   Now, this conference you said was at
20 Concordia?

21    A.   I think so, yes.

22    Q.   Was it one of those conferences where you
23 just submit papers or was it actually an active
24 conference with students and others participating?

14 (Pages 50 to 53)

Page 54

1  A.   There were no papers submitted to the
2  conference. The conference rather was a series of
3  platform presentations about 30 minutes in length
4  each and some discussion following contrasting
5  papers.
6  Q.   Was it a well-attended conference?
7  A.   It depends on what you mean by well
8  attended. There were probably 30 participants in
9  the conference, and I would say 70 or 80 people who
10 were not participating but simply attended the
11 conference to hear what people had to say.
12 Q.   I'm assuming that a purpose of that
13 conference was educational, since a university or
14 college was putting it on?
15 A.   You would have to -- the Concordia College
16 hosted it. I'm not exactly sure who organized it or
17 who put it on, as you say. I believe the conference
18 also -- and I'm not positive about this -- but I
19 believe the conference took place during a vacation
20 break for the college. So I doubt very much that
21 the purpose was educational in that sense.
22 Q.   You list on your CV on the last page, page
23 seven, a couple of -- you categorized under general
24 audience books, the first one being "Finding

Page 55

1  Darwin's God," which we've referenced already in
2  this deposition. A the seconded one it's listed
3  "Only a Theory: Evolution and the Battle for
4  America's Soul," and you have in parenthesis
5  "manuscript in preparation." Do you actually have a
6  written manuscript of that second book?
7  A.   No.
8  Q.   It's a concept at this point?
9  A.   It's a little farther along than a
10 concept. I developed the idea for this book over
11 the last several months and have presented it to
12 several publishers -- quite a few of them are
13 interested -- and according to my literary agent in
14 New York, I now have an agreement in principle with
15 Viking Books to sign a contract as soon as the
16 contract is drawn up for this book and to write the
17 book over the next 12 months.
18 Q.   What's the general concept of the book?
19 A.   The general concept of the book is the
20 criticism that has been leveled against evolution in
21 a variety of places around the country, the tendency
22 to refer to evolution as only a theory, and that's
23 the tentative title of the book. As you know, book
24 titles may change, and that title may change, as

Page 56

1  well. But the subtitle, I think, is more
2  significant, and that is "Evolution and the Battle
3  for America's Soul," and what I mean in this sense,
4  as I will attempt to write in this manuscript, is
5  not the soul in the spiritual sense but the soul in
6  sort of a metaphorical sense, and that is I quite
7  honestly think that America is the greatest
8  scientific country in the world, that we have been
9  uniquely hospitable to science. American society,
10 if you will, has a scientific soul. It has science
11 at its heart, and I think that comes from the
12 practical and pragmatic character of the American
13 people, the frontier experience, the idea of
14 rebellion, which goes hand in hand with the founding
15 of this country and the shaping of its institutions.
16      I am worried, as many scientists are, that
17 the current battles over the teaching of evolution
18 in schools may have far-reaching implications, and
19 one of those far-reaching implications may be to
20 drive a wedge between American people and young
21 people in particular and science. In other words,
22 that this is a battle that could cost this country
23 what you might call metaphorically its scientific
24 soul, and that is the point I will wish to make in

Page 57

1  this book and the argument that I will raise.
2  Q.   Do you have any solutions?
3  A.   Well, you're asking me about a book that I
4  have yet to write. I think the solution to the
5  problems as I see them are many. They include more
6  effective scientific education and much more
7  effective scientific communication to the general
8  public from leaders in the scientific community.
9  Q.   In the years that you've been addressing
10 this issue, the controversy of teaching evolution,
11 do you have any sense of whether the controversy is
12 diminishing, increasing or just something that you
13 couldn't even make a judgment about?
14 A.   I think the controversy reached a high
15 point in the early 1980s with the passage of
16 creation science laws in two of the American states.
17 I think at that point in time the scientific
18 community very effectively communicated its message
19 to the general public, and you know, both of
20 those laws were struck down by federal court
21 decisions, one by a supreme court decision. And
22 through the late 1980s and early 1990s, I think it's
23 fair to say that opposition to evolution and the
24 teaching of evolution ebbed, that it diminished.

15 (Pages 54 to 57)

Page 1

1          THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

2

3

    ------------------------------x

4

    TAMMY KITZMILLER, et al.,

5

           Plaintiffs,

6

      v.                        CASE NO.:  04-2688

7                               (Hon. Judge Jones)

    DOVER AREA SCHOOL DISTRICT

8   and DOVER AREA SCHOOL DISTRICT

    BOARD OF DIRECTORS,

9

           Defendants.

10

    ------------------------------x

11

12

13  Job No. 1658                    Pages 1 - 358

14

15

16      DEPOSITION OF KENNETH R. MILLER, a witness

17  called by counsel for the Defendants, taken pursuant

18  to the Federal Rules of Civil Procedure before Dena

19  M. O'Brien, CSR, and Notary Public in and for the

20  State of Rhode Island, at Brown University, 171

21  Meeting Street, Room 212, Providence, Rhode Island,

22

23  on May 25, 2005, commencing at 9:00 a.m.

24

Page 2

```
 1  APPEARANCES:
 2
 3
     ACLU
 4   By Witold Walczak, Esquire
     313 Atwood Street
 5   Pittsburgh, PA  15213
     (412) 681-7736
 6
       For the Plaintiffs
 7
 8   THOMAS MORE LAW CENTER
     By Robert J. Muise, Esquire
 9   24 Frank Lloyd Wright Drive
     Ann Arbor, MI  48106
10   (734) 827-2001
11       For the Defendants
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1       EXHIBITS (continued)
     NO.   DESCRIPTION          PAGE
 2
     11 Kenneth Miller's Testimony given in
 3     Georgia regarding the Cobb County case.... 278
 4  12 New section in 2004 Biology book entitled,
       "Strength and Weaknesses of the
 5     Evolutionary Theory."...................... 285
 6  13 Biology Curriculum Press Release.......... 337
 7  14 Pages 94 and 95 from "Of Pandas and
       People,"................................... 340
 8
     15 Front and back cover of paperback of
 9     "Finding Darwin's God".................... 354
10  16 Excerpt of Chapter 9 "Finding Darwin's
       God"..........
11
     17 Chapter 5 "God the Mechanic".............. 354
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1        INDEX
 2  WITNESS:
                     PAGE
 3
    Examination by Mr. Muise............. 05
 4
    Certificate of Oath.............. 356
 5
    Signature Page/Errata Sheet................ 358
 6
 7
 8
 9
10        EXHIBITS
    NO.   DESCRIPTION          PAGE
11
 1  E-mail from Kenneth Miller to
12    Drs. Peterman and Spahr dated 6/16/04....  13
13  2  Academic Standards for Science and
       Technology......................   24
14
 3  Kenneth Miller's CV................   50
15
 4  Kenneth Miller's expert statement.......  61
16
 5  Kenneth Miller's Personal web page
17    on the Brown University website .......  65
18  6  Web page maintained by Kenneth Miller on
       evolution linked from my main web page....  66
19
 7  Biology 20 Syllabus 2005..............  68
20
 8  Printouts of web pages that accompany
21    two weeks of Biology 20 course.. ......  75
22  9  Excerpt from an article written by
       Barry Palevitz................... 127
23
10  Two pages of Chapter 3O from 1995 edition
24    of Biology................ .......... 178
```

2 (Pages 2 to 5)

Page 5

```
 1        PROCEEDINGS
 2        ROBERT J. MUISE,
 3  a witness called for examination by counsel for the
 4  Defendants, being first duly sworn, was examined and
 5  testified as follows:
 6           EXAMINATION
 7  BY MR. MUISE:
 8   Q.  Good morning, sir.  Could you just please
 9  state your full name and spell your last name for
10  us.
11   A.  Sure, my name is Kenneth Raymond Miller,
12  and the last name is M-i-l-l-e-r.
13   Q.  Good morning, sir.  My name is Robert
14  Muise, and I'm an attorney that represents the
15  defendants in this case, the Dover Area School
16  District and the Board of Supervisors, and we just
17  met moments ago.  I'm going to be asking you
18  questions during the course of this deposition
19  regarding that case, in particular your involvement
20  as an expert witness.  Do you understand that?
21   A.  I understand.
22   Q.  Sir, have you ever been deposed before?
23   A.  No.
24   Q.  My understanding is you have testified at
```

Page 58

```
 1        In the mid 1990s -- and this is my
 2  unexpert historical analysis of recent American
 3  history -- the anti-evolution forces regrouped under
 4  a new banner, and that new banner was intelligent
 5  design, and in recent years, intelligent design
 6  advocates have done a very effective case of
 7  presenting their ideas to the public and winning
 8  some acceptance for them, and as a result, I think
 9  right now opposition to evolution is at a somewhat
10  higher level than it has been in the past ten years.
11  So it's been rising recently after falling before
12  that.
13    Q.   Now, you teach a basic biology course at
14  Brown University, correct?
15    A.   That's correct.
16    Q.   It's Biology 20?
17    A.   Yes, that is also correct.
18    Q.   And I believe I've read somewhere that
19  it's perhaps the most attended class at the
20  university; is that correct?
21    A.   In many semesters, it's the highest
22  enrollment class at the university. Some years it's
23  Econ 11, a basic economics course, but I think this
24  past semester we had a higher role than Econ 11.
```

Page 59

```
 1    Q.   Do you find that when you're teaching
 2  students about evolution that they have an interest
 3  in this controversy that you were just describing?
 4    A.   Quite of few do. Many students --
 5        MR. WALCZAK: I'm sorry. What's the
 6    controversy?
 7        MR. MUISE: If there's something I say
 8    that you don't understand, then certainly
 9    we need to clarify. The controversy over
10    teaching the theory of evolution, I mean
11    certainly I could make it more narrow, if
12    need be, but that is how I will present the
13    controversy. The controversy regarding the
14    teaching of the theory of evolution, which
15    I believe is the preface to a question that
16    you had answered.
17        MR. WALCZAK: The controversy is what?
18    The controversy between evolution and
19    intelligent design or the controversy about
20    whether evolution has scientific support?
21    I mean I'm not sure what the controversy is
22    here.
23        MR. MUISE: Well, we could break it up
24    into those components. First being the
```

Page 60

```
 1    controversy of teaching intelligent design.
 2        MR. WALCZAK: I'm sorry. Can you reask
 3    your question then with that definition of
 4    controversy?
 5  BY MR. MUISE:
 6    Q.   As you've already testified to, you teach
 7  a basic biology class, Biology 20, at Brown
 8  University, correct?
 9    A.   I do.
10    Q.   And the controversy over the teaching of
11  evolution -- and I'll start with the controversy
12  that's presented by intelligent design -- do your
13  students have interest in that controversy? Have
14  you experienced that?
15    A.   I'm going to give you a complicated answer
16  because I think you've conflated -- you put together
17  several things in your question. My students
18  certainly understand that within science, evolution
19  is not a controversial idea. So to be perfectly
20  honest, no student has ever come to me -- and this
21  is in 25 years of teaching -- and asked me why I
22  teach evolution and isn't evolution controversial
23  and so forth.
24        Quite a few students have come to me,
```

Page 61

```
 1  especially since on campus I am sometimes identified
 2  with the Roman Catholic chaplaincy, and ask me how I
 3  understand evolution on the basis of my religious
 4  beliefs. And again, that's not controversy. They
 5  just want to know how as a Catholic do you
 6  understand evolution.
 7        Over the last couple of years a number of
 8  students have come to me -- not about controversy,
 9  but they've asked me what did I think of this idea
10  called intelligent design, and those students I
11  either answer their question directly or refer them
12  to some of the articles or the book that I have
13  written and say take a look at that and come back
14  and we'll talk about it.
15        MR. MUISE: Mark this.
16        (Defendant's Exhibit No. 4 was marked.)
17  BY MR. MUISE:
18    Q.   Sir, if you look at what I've presented in
19  front of you that's marked as Exhibit 4, which
20  should be a copy of your expert report that you
21  provide in this case; is that correct?
22    A.   Yes, that is correct.
23    Q.   As you stated, you're providing expert --
24  your expertise in the field of cell biology, as well
```

16 (Pages 58 to 61)

Page 62

1 as science education. With regard to the expertise
2 that you're providing, what was your specific
3 assignment for this case?
4    A.   I'm not sure that I understand.
5    Q.   What is it this that you were asked to do
6 with regard to providing your expert opinion?
7    A.   Well, I was asked to talk a little bit
8 about the way in which my textbook, the dragonfly
9 book as you referred to it earlier, treats
10 evolution. I was also asked to critique the
11 statement prepared by the Dover Board of Education.
12 I was asked to take a look at the book "Of Pandas
13 and People," and I was also asked to write about the
14 general scientific status of the theory of evolution
15 and the concept of intelligent design.
16    Q.   Anything else?
17    A.   I don't think so.
18    Q.   Does that report, which has been marked as
19 Exhibit 4, does it contain a complete statement of
20 the opinions that you intend to express and the
21 basis for those opinions?
22    A.   To the best of my ability at the time
23 writing in a limited number of pages, yes, this is a
24 fair exposition of my thoughts and views and

Page 63

1 analysis of the topics that we just outlined.
2    Q.   Did anyone tell you that there was a page
3 limit on these reports?
4    A.   No.
5    Q.   I don't understand your reference then to
6 the limited number of pages?
7    A.   Oh, well, the reference is probably more
8 to limited time, limited energy and other duties.
9 This is a lot to say about each of these topics, and
10 given unlimited time and unlimited energy, yes, I
11 could have gone on. So I'm not sure if you're
12 asking me if I am called to testify at a trial I
13 might have something else to say in addition to
14 what's in here? The answer to that is yes, that's
15 possible. But given, as I said, the time
16 constraints of having these done by a date certain,
17 this is fair exposition of my views and opinions on
18 all of these issues.
19    Q.   Have you or do you intend to prepare a
20 supplemental report to this report?
21    A.   I have not done so, and at least at this
22 moment today, I have no plans to do so.
23    Q.   And my understanding is you haven't
24 submitted a rebuttal report; is that correct?

Page 64

1    A.   That is correct.
2    Q.   So that's the one document with regard to
3 your opinions and the basis for them; is that
4 correct?
5    A.   That is correct.
6    Q.   In the basic science course that you teach
7 here at Brown University, do you ever mention
8 intelligent design as part of your curriculum, your
9 standard course?
10    A.   A part of the curriculum or the standard
11 course, the answer is no.
12    Q.   Does it come up as a topic during the
13 teaching of your class?
14    A.   It does not come up as a topic during the
15 teaching of the class, except as follows: And that
16 is that I lecture three times a week, 50 minutes a
17 shot, and lectures at a university course like this
18 are -- there is no other way to describe it -- jam
19 packed with information and material for students to
20 cover.
21         I also provide students routinely in
22 almost every lecture with supplementary material,
23 including reading assignments in textbooks, things
24 that are not assigned but they may be interested in

Page 65

1 if they wish to follow a particular subject further.
2 And when I do give a couple of lectures on
3 evolution, I do provide links to my students so they
4 can look, for example, at some of the video clips
5 from the PBS evolution series a couple of years ago
6 which I appear, and in several of those I give my
7 opinions on the scientific status of evolution, on
8 the compatibility of evolution and science in
9 general with religion, and I honestly can't remember
10 if any of them deal with intelligent design or not,
11 but they do deal with some of the challenges to
12 evolution, but those are not part of the curriculum,
13 not really discussed in lecture and not an
14 assignment for any student in the class.
15         MR. MUISE: Mark that one.
16         (Defendant's Exhibit No. 5 was marked.)
17 BY MR. MUISE:
18    Q.   Sir, you've been handed Exhibit 5. Could
19 you just take a look at that and tell me if you
20 recognize what that is?
21    A.   Yes, this is a printout of my personal web
22 page on the Brown University website.
23    Q.   And it has various columns listed, which I
24 believe provides links to further information. For

17 (Pages 62 to 65)

Page 66

1 example, Biology 20, that's the basic intro course
2 that you teach, correct?
3   A.   That is correct.
4   Q.   And you have listed here as one of the
5 primary topics, evolution; is that correct?
6   A.   No, not the way you just said it.
7   Q.   Okay.
8   A.   You said listed as one of the primary
9 topics in Bio 20 is evolution. No, listed as one of
10 the web pages that I have composed, I do have a web
11 page on evolution, but it's not specifically part of
12 Bio 20.
13   Q.   My question wasn't that accurate. I
14 wasn't intending that to be part of Biology 20, but
15 as one of the main topics of your web page, to be
16 accurate?
17   A.   That is correct.
18         MR. MUISE: Mark this Exhibit 6.
19     (Defendant's Exhibit No. 6 was marked.)
20 BY MR. MUISE:
21   Q.   If you look at Exhibit 6, sir, do you
22 recognize that?
23   A.   Yes, I do.
24   Q.   Are those the articles that would be

Page 67

1 referenced if you went from the link on Exhibit 5?
2         MR. WALCZAK: Which link?
3         MR. MUISE: Regarding evolution.
4         THE WITNESS: Yes, this is the web page
5     that I maintain on evolution, and it's
6     linked from my main web page.
7 BY MR. MUISE:
8   Q.   Are these web pages considered to be
9 resources for students or helpful for students or
10 what's the purpose for doing these web pages and the
11 links?
12   A.   No, they are not primarily resources for
13 students because although I provide links to my
14 evolution web page as part of the supplementary
15 material that I mentioned before in my course, because
16 they're not part of the curriculum per se. Because
17 I have been publically involved in controversies
18 over evolution, including debates on television,
19 books, articles and opinion pieces and many people
20 request copies of what I have written and even links
21 of videos to my debates and so forth, I put all of
22 this together into a single page that I can refer
23 people to. So if they're interested in what I have
24 said or what I have written on evolution, they can

Page 68

1 find those links on this one page.
2   Q.   Do you at times refer students to those
3 links?
4   A.   When a student comes to me and asks
5 question about evolution, I often say I maintain a
6 web page, and there is it is, and if you wish to
7 look it up, you certainly may.
8         MR. MUISE: Mark this.
9     (Defendant's Exhibit No. 7 was marked.)
10 BY MR. MUISE:
11   Q.   I handed you Exhibit 7. Do you recognize
12 what that is, sir?
13   A.   Yes, I do recognize.
14   Q.   And what is that?
15   A.   This exhibit is a few -- not all -- a few
16 selected pages from the syllabus for Biology 20, a
17 course that I taught this spring, 2005.
18   Q.   Page two appears to be sort of a
19 description of what the Biology 20 course is about.
20 Is that what that is?
21   A.   Page two is a description of the course.
22   Q.   In the second full paragraph, the last
23 sentence, it says, "The intention of this course is
24 to establish the links between biology and other

Page 69

1 disciplines and to briefly explore some of the ways
2 in which science is related to popular culture."
3 Did I state that correctly?
4   A.   Yes, you did read that correctly.
5   Q.   Is that one of the goals of the course?
6   A.   It is certainly one of the intentions of
7 the course, and I should mention the fact that at
8 many schools introductory biology courses are
9 segregated. They are divided into courses for
10 science concentrators and courses for nonscience
11 concentrators. At Brown we don't do that. We try
12 to keep our science and our nonscience concentrators
13 together, and one of the effective ways that I have
14 found in terms of tying in or heightening the
15 interest of nonscience concentrators at the
16 university level is to try to show ways in which the
17 popular culture, as I said there, is affected by
18 science.
19   Q.   Since this is a basic course, you said you
20 have nonscience specific with science specific
21 students. Is that the term you used?
22   A.   Well, the term that I used was
23 concentrators. Now, our students don't have to
24 declare their concentration, which at many schools

18 (Pages 66 to 69)

Page 70

1 we call them major. They don't have to declare
2 their concentration until the end of their sophomore
3 year, but students applying to the university
4 usually indicate a preference as to whether they
5 intend to go into the social sciences, the
6 humanities or the natural science, and, if so, where
7 do they go.
8       So I would say a large proportion of our
9 students -- more than half -- by the time they take
10 this course already would tell you quite freely
11 whether they're going into science or whether
12 they're not going into science. So they've already
13 made up their minds.
14    Q.   Well, the approach that you're taking in
15 this basic biology class at the university level is
16 that not similar to an approach that a school would
17 take for a basic biology class in high school?
18    A.   No, I think it's quite different, and it's
19 different in a number of ways. The first way it's
20 different is that at a university level one does not
21 have a standardized state curriculum that has to be
22 met, a set of state standards or state examinations
23 that have to be prepared for. So that's difference
24 number one.

Page 71

1       Difference number two -- and this is
2 unique to Brown -- is that Brown does not have what
3 other universities call general education
4 requirements or core requirements or distribution
5 requirements. To use an example from Pennsylvania,
6 all students I am sure at Pennsylvania State
7 University are required, for example, to take a life
8 science course.
9       Well, no student at Brown is required to
10 take any course in any area outside of their major
11 field. We have what we sometimes call an open
12 curriculum in that respect. If this were a required
13 course and a ninth grade course in biology in high
14 school is a required course for graduation in most
15 states it would have to meet different standards.
16 Because this is not a required course in that sense,
17 the instructor has a great deal more latitude in
18 trying to find ways to make biology interesting and
19 relevant to students.
20    Q.   Well, you wouldn't disagree, though, that
21 the approach that you're taking Biology 20 satisfies
22 a legitimate educational goal?
23    A.   I would certainly agree that the approach
24 that I take does satisfy a legitimate educational

Page 72

1 goal at the university level.
2    Q.   And you don't believe, though, that that
3 goal could transfer, as well, to a ninth grade
4 biology class?
5    A.   I think teaching at the secondary level
6 and teaching at the university level is entirely
7 different. In part because Brown is not a public
8 school. It's a private institution of higher
9 education, and in part because the maturity and the
10 expectations of students and their educational
11 background are really quite different.
12    Q.   Do these distinctions that you've just
13 described change the nature of the educational value
14 of the goal that you're trying to seek in this
15 Biology 20?
16    A.   Change the goal from what?
17    Q.   Well, you were describing how you believe
18 education at the university level for this basic
19 biology class and education at the ninth grade high
20 school level is different. You referred to the
21 maturity of the students as an example, private
22 university as opposed to a public university as an
23 example. With regard to specifically the
24 educational goal that is addressed in that sentence

Page 73

1 that we read from the exhibit of the intention of
2 the course, does that change the nature of that goal
3 as to whether or not it's a legitimate educational
4 goal or not a legitimate educational goal?
5       MR. WALCZAK: I'm lost on the goal.
6       THE WITNESS: Me, too. When you say
7       change the goal, change it from what?
8 BY MR. MUISE:
9    Q.   Well, we focused -- and let's just back up
10 looking at your Biology 20, and you described the
11 intention of the course to establish links between
12 biology and other disciplines and to briefly explore
13 some of the ways in which science is related to
14 popular culture. Did I state that correctly?
15    A.   Yes, you did state that correctly.
16    Q.   And I had asked you if you believe that
17 was a legitimate educational goal, and I believe you
18 stated yes, it was?
19    A.   Yes, I do believe it's a legitimate
20 educational goal for this course at this university
21 at the university level.
22    Q.   And that goal -- are you saying then that
23 goal applied to the ninth grade biology class is not
24 a legitimate educational goal if a biology course

19 (Pages 70 to 73)

Page 74

1 was going to have that as an educational goal?
2    A.   I think the situation teaching at the
3 secondary level, specifically the ninth grade level,
4 is really quite different, and I think that the
5 goals – and I know this from experience from my own
6 interactions with high school teachers -- that the
7 goals that they set for their courses because of
8 state requirements and examinations and also the
9 fact that those courses are required of all students
10 and the maturity level of a 14-year-old is not the
11 same as the maturity level of an 18-year-old, that
12 different sets of goals have to be put together, and
13 as a result rather than say it's not a legitimate
14 goal, which is the question that you asked me about,
15 I would say that the goals of courses at the ninth
16 grade level have to be quite different because of
17 the individual circumstances, and I have never
18 taught myself a ninth grade biology class.
19        I've written a book that provides resource
20 material to a teacher, but teachers use textbooks
21 not as curricula but as resource material from which
22 to derive their curricula, and having never taught
23 at that level I'm going to have to beg off the
24 question because I do know that the situation is

Page 75

1 different, but I am not an expert in the day-to-day
2 classroom and laboratory teaching of ninth grade
3 students.
4        MR. MUISE: Let's mark these together as
5        one exhibit, if you could do that.
6        (Defendant's Exhibit No. 8 was marked.)
7        MR. WALCZAK: Is that marked as one
8        exhibit?
9        MR. MUISE: Yes, it's marked as Exhibit 8.
10 BY MR. MUISE:
11    Q.   And what I understand Exhibit 8 to be is
12 it's week two and week three of your basic Biology
13 20 course, the curriculum for those two weeks; is
14 that correct?
15    A.   These are printouts of the web pages that
16 accompany those two weeks of the course; that is
17 correct.
18    Q.   During that basic biology course, how much
19 of that course is dedicated to teaching the theory
20 of evolution?
21    A.   Well, let's see. I gave a lecture on
22 Friday, February 4th -- or actually, I remember I
23 was away that day, and Dr. David Rand gave a guest
24 lecture introducing the topic of evolution. Then on

Page 76

1 Monday, February 7th, I was back in town, and I gave
2 a second lecture on evolution, and then on
3 Wednesday, February 9th, I gave a lecture entitled,
4 "The Selfish Gene," which is a title of a book by
5 Richard Dawkins that deals with the evolution of
6 genes that promotes social behavior. So adding
7 those three up I would say three lectures that deal
8 with evolution in one sense or another.
9    Q.   How many lecture days are covered in this
10 course?
11    A.   It varies from year to year, and I'd
12 actually have to look at the syllabus and count them
13 up, but I think just under 40, like 37, 38, 39,
14 thereabouts.
15    Q.   So approximately three lectures out of
16 approximately 38 to 40 lectures are covering
17 evolution specifically?
18    A.   That is correct.
19    Q.   And I believe from your prior testimony --
20 and I think it's referenced on Exhibit 8 -- that you
21 make references on those curriculum pages to outside
22 materials addressing the evolution controversy; is
23 that correct?
24    A.   Outside materials addressing the

Page 77

1 evolutionary controversy? Well, I will say yes to
2 only one of the outside materials that I can see,
3 and that is I provided on Friday, February 4th --
4 that was Dr. Rand's lecture -- links to three video
5 clips that were part of the PBS series on evolution.
6 One of them is called "Who was Darwin?" Another one
7 was called "How Do We Know That Evolution Happens?"
8 The third one is "Why is Evolution Controversial?"
9        Now, that's not the same as your question.
10 You said the controversy over evolution but rather,
11 why is evolution controversial, and I think those
12 two different ways of phrasing it have slightly but
13 important differences in meaning.
14    Q.   What was the title of the lecture that was
15 given, those items that you just referred to, made
16 reference to or were provided as supplemental
17 references?
18    A.   The title of the lecture was Evolution
19 Lecture One.
20    Q.   What was the purpose of providing those --
21 I believe you said there were three videos; is that
22 correct?
23    A.   That is correct.
24    Q.   What was the purpose of providing those

20 (Pages 74 to 77)

Page 78

1 three videos?
2    A.    The purpose of providing those three
3 videos was to allow students to explore supplemental
4 information relating to the lecture topic, and as
5 I'm sure you can see from looking at the other
6 lectures topics in the printout, I do this sort of
7 thing frequently with lectures.
8    Q.    What educational goal is promoted by
9 showing a video "Why is Evolution Controversial?"
10   A.    I don't quite understand the question
11 because I didn't show the video. You said what
12 educational goals were promoted by showing the
13 video? I didn't show the video.
14   Q.    Well, how about what educational goal is
15 promoted by providing students access to the video
16 "Why is Evolution Controversial?"
17   A.    To give students an opportunity to explore
18 other aspects of evolution and evolutionary theory.
19   Q.    What other aspects?
20   A.    The way in which evolution is regarded in
21 the larger society, for example.
22   Q.    What goal does that promote?
23   A.    I think I've already answered the
24 question, which is to give students an opportunity

Page 79

1 to explore the implications of some of the material
2 that we cover in lecture and, you know, the
3 generalization that I would apply to any education
4 is the goal is not to define a set of material to be
5 mastered but to open a door, and this is one way to
6 open the door and say if you want to walk through
7 this door and take a look, there it is.
8          THE WITNESS: Time to take a break?
9          MR. MUISE: It is. Why don't we take a
10          ten-minute break?
11          (Recess.)
12 BY MR. MUISE:
13   Q.    Dr. Miller, you've debated the status of
14 intelligent design and the evolution -- the
15 controversy over teaching the evolution with people
16 such as Professor Behe and Professor Dembski; is
17 that correct?
18   A.    That is correct.
19   Q.    If you could and as best as you can recall
20 the -- run through a list of where these debates
21 took place, and then I'll do some follow-ups from
22 there.
23   A.    How far back do you want me to go?
24   Q.    How far back does it go?

Page 80

1    A.    My first debate on this subject took place
2 in April of 1981 here on the campus of Brown
3 University, and it was against Henry Morris, the
4 president and director of the Institute for Creation
5 Research. The next year I also debated Henry Morris
6 at a high school auditorium in Tampa, Florida.
7 That's probably 1982.
8    Q.    Let me -- and I apologize for
9 interrupting. With regard to -- let's just, I
10 guess, focus on intelligent design. You mentioned
11 Henry Morris --
12   A.    Well, the interesting thing, however, is
13 that many of the arguments that were raised by Henry
14 Morris and were raised later on by Dwayne Gish, also
15 from the Institute of Creation Research, spoke quite
16 specifically to the argument that living things and
17 the systems within living things had been
18 intelligently designed.
19          So even though they did not refer to their
20 ideas as the intelligent design movement or the
21 intelligent design hypothesis, a central contention
22 of these folks who would characterize themselves as
23 creation scientists was that life and the components
24 of living things were, in fact, intelligently

Page 81

1 designed. So that's why I immediately went back to
2 the debate with Morris.
3          I can make this turn for you, if you like.
4 Between 1981 and 1983, I debated Henry Morris and
5 Dwayne Gish in various locations I think a total of
6 five times.
7    Q.    Were any of those at universities?
8    A.    The first one was at Brown University, the
9 second one I mentioned was at Tampa, the third one
10 was also at Tampa, Florida. These were at public
11 school auditoriums, and there was -- it might have
12 been my final debate -- at the University of
13 Arizona, and in that debate I and a fellow from
14 Evergreen State College in Washington named David
15 Milne, M-i-l-n-e, debates Henry Morris and David
16 Gish in tandem. I think there was a fifth one, but
17 I can't quite remember.
18   Q.    The ones that you just described were they
19 debates where students were invited to attend?
20   A.    Oh, yes.
21   Q.    Were the debates hosted by the
22 universities or the public schools in question where
23 they took place?
24   A.    Yes.

21 (Pages 78 to 81)

Page 82

1  Q.   Was there a next series of debates that
2 you were involved in?
3  A.   Now, pardon my hesitancy. I haven't been
4 asked for a specific listing of these before, and
5 therefore, I'm trying to put this together.
6  Q.   I understand.
7  A.   I think the next debate-like encounter
8 that I was involved in was in 1996 when the Nova
9 series on PBS produced a series of programs called
10 "The Odyssey of Life," and they were assembling a
11 website to supplement the program and asked if I
12 would engage in a series of written debates that
13 would take the form of an exchange of letters with
14 Phillip Johnson, and I agreed to do that, and
15 Phillip Johnson and I posted four letters each I
16 think limited to 500 words on the Nova website for
17 the Odyssey of Life, and those letters are still
18 there. The website still exists.
19       The first live debate since that little
20 flurry in the early 1980s that I participated in,
21 after that point was in December of 1997, and I was
22 invited to come on the television program Firing
23 Line hosted by William F. Buckley. Firing Line, as
24 you know, was a 30-minute or so discussion program

Page 83

1 usually in which Mr. Buckley would interview or
2 occasionally cross-examine someone from arts,
3 politics, culture and so forth.
4       But every now and then Firing Line would
5 have a very formal debate program that would last in
6 the neighborhood of 90 minutes for which there was a
7 formal moderator and a formal proposition, and I was
8 invited to be one of four people who spoke on behalf
9 of evolution. We were opposed by four people who
10 spoke against evolution, and the proposition for the
11 debate -- and Mr. Buckley, of course, was always
12 very formal about these things -- was resolved:
13 "The Evolutionists Should Acknowledge Creation."
14 You look at me saying what exactly does that mean?
15 Well, yes, that's right, and I think that was
16 Mr. Buckley's style was to be deliberately ambiguous
17 and provocative in setting up debates.
18  Q.   Who were some of the people on the other
19 side of the --
20  A.   The debate was moderated by Michael
21 Kinsley, who's the writer for Slate. I think he's a
22 newspaper columnist. The people on the side of
23 Acknowledge Creation were Phillip Johnson, Michael
24 Behe, David Berlinski and William F. Buckley.

Page 84

1  Q.   And what was the next debate, if there was
2 another one?
3  A.   I'm going to have difficulty getting this
4 chronologically right. I can go back and pull out
5 my old calendar books and get this right, but I'll
6 try to give you a few in more or less order.
7 Michael Behe and I have debated the issue of
8 intelligent design -- oh, excuse me, I left one very
9 important one out. Sorry, not intentional. Again,
10 I haven't been asked for this before.
11       In the summer of 1995, I was asked by an
12 organization called the American Scientific
13 Affiliation to come to their summer meeting in North
14 Carolina and debate the adequacy of a textbook
15 called "Of Pandas and People" for use in the public
16 schools, and I was told that the debate would be
17 moderated by someone I had never heard of -- his
18 name is Paul Nelson -- and that taking the
19 affirmative that Pandas was a good book to use in
20 public schools would be a Lehigh University
21 biochemist named Michael Behe.
22       That was the first time I heard of
23 Dr. Behe, and at that meeting we debated the issue
24 of "Pandas and People," and much to my surprise the

Page 85

1 moderator, Paul Nelson, did not turn out to be a
2 moderator. He turned out to be someone who
3 valiantly said I can't moderate this. I have to
4 take Dr. Behe's side. So it was a one-on-two
5 debate.
6  Q.   Where did this take place?
7  A.   It was in North Carolina. I'm tempted to
8 say Asheville, but I don't think it was Asheville.
9  Q.   Was it at a university or a school
10 setting?
11  A.   It was at a small liberal arts university,
12 and I apologize again. Not having been asked for
13 this information in advance, I can't remember the
14 name of the place. So that was the first time I
15 debated to Dr. Behe. Since then he and I have
16 debated on public radio. These are brief debates,
17 of course, five or ten minutes, on a program called
18 Science Friday and once or twice on public affairs
19 programs, local public affairs programs run by
20 public radio stations in several places around the
21 country. I think one is in Kansas, and more
22 recently this past year once on a Philadelphia radio
23 station, as well.
24       In addition, Dr. Behe and I at a

22 (Pages 82 to 85)

Page 86

1 conference at Haverford College in I would say 2002
2 gave debate style 30-minute presentations. I
3 believe it was first Dr. Behe and then myself.
4 Those presentations were videotaped and actually are
5 available now on the worldwide web in screaming
6 video. I also debated Dr. Behe and Dr. Minnich,
7 Scott Minnich, at our presentations at the
8 conference that I mentioned before at Concordia
9 College in Wisconsin.
10      In the summer, I believe, of 2003, I
11 debated William Dembski and Paul Nelson at the
12 annual meeting of the American Sceptics Society in
13 Los Angeles. In either 2002 or 2003, Robert Penick
14 and I debated William Dembski and Robert Behe at the
15 American Museum of Natural History in New York.
16 And, you know, I might have missed one or two in
17 there, but those are the ones that I remember well.
18   Q.   And obviously, we looked at your CV
19 previously, and there was the book that was edited
20 by Michael Ruse and William Dembski in which you
21 provided an article disputing the scientific
22 validity of irreducible complexity; would that be an
23 accurate --
24   A.   That is an accurate description.

Page 87

1   Q.   In that book I believe Professor Behe
2 would have presented a paper describing the
3 scientific validity of the concept of irreducible
4 complexity with which you were responding to?
5   A.   No, that's not quite right. We were all
6 asked to submit essays. So I certainly did not see
7 his essay in advance. So I have nothing to respond
8 to, and I don't know if he saw my essay in advance
9 or not.
10   Q.   Okay. So it wasn't set up as a you write
11 on this topic and then somebody is going to respond.
12 It was just asking for contributions to this book?
13   A.   That is correct.
14   Q.   Any other books in which you contributed
15 writings to debate the scientific validity of
16 intelligent design?
17   A.   Yes, and they're on my CV, and I'd be glad
18 to point them out to you.
19   Q.   If you could, please. Thank you.
20   A.   You might note that in 2003, I published
21 an article in a similar book edited by Neil Manson
22 called "God and Design," and the title of the
23 article -- and I think this title is correct -- this
24 is Miller K.R.(2003) under essays and review was

Page 88

1 "Answering the Biochemical Argument from Design."
2      The year prior to that I wrote a one-page
3 article for Natural History Magazine called "The
4 Flaw in the Mousetrap," and this issue of natural
5 history was a debate format in the sense that
6 Michael Behe was invited to contribute a one-page
7 essay, which I did read and then responded to in a
8 one-page essay.
9      In 1994 when the term intelligent design
10 was just beginning to be used by those who were
11 critical of the teaching of evolution, I wrote an
12 article called "Life's Grand Design" that was
13 published by MIT and Technology Review Magazine.
14 And that also dealt with some aspects of the
15 intelligent design argument. Although you'll note
16 the date 1994. That is prior to the appearance of
17 Dr. Behe's book and prior to what I might call the
18 current intelligent design movement that's
19 spearheaded by the Discovery Institute in Seattle.
20   Q.   Natural history where "The Flaw in the
21 Mousetrap" appeared, is natural history considered a
22 science publication?
23   A.   That depends. Natural history at the time
24 was the official publication of the American Museum

Page 89

1 of Natural History, and even though articles that go
2 into Natural History Magazine are peer reviewed in
3 the sense that they're sent out for scientific
4 review, they're really intended more for a general
5 audience than for a scientific audience.
6      So if you were, for example, to walk into
7 our university library, you would probably find
8 natural history in the section of the library
9 reserved for scientific journals, but you could
10 certainly make a quite reasonable case saying that
11 it really is a magazine publication for members of
12 the general public who have an interest in science.
13   Q.   How about any of the other places where
14 these articles were published? You just described
15 natural history. Any of those articles that you
16 just reviewed for me, any of those appear in what
17 you would consider to be science publications?
18      MR. WALCZAK: How do you define science
19      publications?
20 BY MR. MUISE:
21   Q.   Are certain things considered science
22 publications and some things not? Is that a term
23 you would use?
24   A.   I think the term that I would use would

23 (Pages 86 to 89)

1 be scientific journal rather than science
2 publication.
3    Q.   Okay.
4    A.   And the answer to this, unless I'm missing
5 something, is no, which Technology Review is, once
6 again, it's a magazine for alumni and other people
7 associated with MIT. It's a magazine intended for
8 the scientifically literate individual, but it's not
9 really a scientific journal.
10       The same would be true with natural
11 history. The same would probably -- you could make
12 the same statement, for example, about Scientific
13 American. There's no question that Scientific
14 American is a scientific publication in the sense
15 that it is about science, but it's not considered a
16 scientific journal in the sense that you don't
17 publish original scientific observations in it.
18       I should add as with all things where one
19 looks for hard and fast definitions here, it's quite
20 easy to blur the line between what is a scientific
21 journal and what is a journalistic publication about
22 science.
23    Q.   Now, I believe you also wrote a book
24 review of Michael Behe's book, "Darwin's Black Box";

1 is that correct?
2    A.   Yes.
3    Q.   And where does that appear on your CV?
4    A.   Gee, I don't know if it does. I don't see
5 it right away, and I would assume that if you had
6 analyzed my CV, you'd point out to me where it was.
7 So perhaps I did not include it.
8    Q.   You, in fact, did that, though?
9    A.   Oh, in fact, I did. That's right. And
10 that review -- when I published it, I placed it in
11 two places. One is I placed it on the web. So it
12 is up and available on the internet. You can find
13 it through the web page, the very one that you
14 referenced in Exhibit 6, and also, it was published
15 in a small journal called -- I think called
16 "Creation and Evolution" or something along those
17 lines that has a very, very small circulation and is
18 not really considered a scientific journal.
19    Q.   In these publications and debates refuting
20 this concept of irreducible complexity, in doing so
21 are you making reference to the scientific
22 literature?
23    A.   Yes.
24    Q.   Now, I take it from what you've written

1 and obviously in your report that you do not
2 consider intelligent design theory to be science; is
3 that correct?
4    A.   As I understand it and as I have read
5 explanations of the idea of intelligent design, I
6 don't think it meets the standards required of a
7 scientific theory.
8    Q.   Tell me what your -- the definition of
9 intelligent design that you're using for purposes of
10 your report and your opinion?
11    A.   Intelligent design is a term that can be
12 applied on several levels, and one of the things
13 that I have tried to make clear is that in the most
14 general since the term intelligent design might be
15 construed to mean that there is an intelligence to
16 the universe, that we live in a universe where
17 things make sense, that there seems to be a sense of
18 purpose and meaning to the universe, and in that
19 respect, any person who is a theist, any person who
20 believes in God you might say, believes that there
21 is an intelligent design to nature and to life.
22       But in the context in which intelligent
23 design is being used in the Dover case, the context
24 to which it is being referred to in the statement by

1 the Dover Board and the context in which intelligent
2 design is used by the Discovery Institute and in the
3 book "Of Pandas and People," intelligent design is
4 the proposition that the basic mechanism of
5 evolution does not work and that the complexity of
6 life, the changes that appear in living things in
7 natural history and the organization of living
8 things are all best explained by the actions of an
9 intelligent creative force acting outside and you
10 might say above -- acting outside of the natural
11 world, and that by definition that creative force
12 lies outside of scientific explanation.
13       That's my understanding of what the term
14 intelligent design actually means in the context of
15 this case.
16    Q.   I'm going to have some follow-up questions
17 on that, but let me ask you this question: Could
18 you define for me -- we hear the term creationism
19 used quite often. Define for me what creationism
20 means?
21    A.   That's a very important question, and I'm
22 going to have to answer it very carefully. In the
23 ordinary meaning of the word, a creationist would
24 simply be any person who believes in an act of

24 (Pages 90 to 93)

Page 94

1 creation, and as I mentioned earlier, I'm a Roman
2 Catholic. Therefore, I believe that the universe
3 was created by God, and in a sense that would make
4 me a creationist since I like I think any Christian
5 or for that matter any person who follows any of the
6 Abrahamic religions, Islam, Judaism and Christianity
7 is a creationist in that they believe that there's a
8 single God who brought the universe into existence.
9       In the current context, however of debate
10 and discussion in the United States, creationist
11 could have a number -- I'm sorry. I shouldn't say
12 that. The word creationist does have a number of
13 other quite different meanings apart from the very
14 broad and general one that I just gave you, and in
15 common everyday usage, the word creationist is
16 sometimes used to refer quite specifically to a
17 young earth creationist.
18       Now, a more precise term for that might be
19 creation science, and I say that because, of course,
20 the tenants of creation science were defined in the
21 creation science laws that were passed by two
22 American states in the early 1980s, and those
23 tenants include the notion that the earth is young,
24 only 6,000 to 10,000 years old, that all living

Page 95

1 things extinct or alive today were created during a
2 single six-day creation period, that the entire
3 geological pattern of this planet reflects not the
4 geological ages but rather deposition in a single
5 40-day, 40-night worldwide flood, that the mechanism
6 of evolution simply does not work, and finally, that
7 human beings and apes have separate ancestry. To
8 the best of my recollection, those were the basic
9 principles that were articulated in the creation
10 science laws that were passed in Arkansas and
11 Louisiana in the early 1980s.
12       So one meaning of the word creationist
13 would include that specific set of beliefs and
14 principles that I just outlined. There is, however,
15 another way in which the word creationist can be
16 understood, and that other way, a more general
17 way -- it would be sort of in between the two
18 extremes that I've just given you -- is a person who
19 believes that specific creative acts at various
20 times in the history of this planet took place and
21 are, in fact, required to explain the complexity of
22 life and the appearance of new species on this
23 planet.
24       Now, as you know, the intelligent design

Page 96

1 movement avoids the use of the word creation, and
2 they prefer to say that they see evidence of design,
3 but the interesting thing about the use of the term
4 design is that if the bacterial flagellum had only
5 been designed, it wouldn't exist. In order to come
6 into existence, it had to be created. If the
7 animals that appeared during the Cambrian period had
8 only been designed, they also would not exist. They
9 must have also have been created.
10       So my understanding of the idea of
11 intelligent design is that in proposing that living
12 organisms, species, biochemical structures and major
13 innovations in life history are the work of a
14 designer. What the intelligent design movement is
15 actually proposing is a series of creation events
16 scattered over the history of life on earth that
17 amounts to what could most accurately and properly
18 be called progressive creationism. So in that
19 respect, I think the word creationist can be fairly
20 and appropriately applied to the idea of intelligent
21 design.
22   Q.   You said there proposing a series of
23 creation events scattered over life. What are the
24 particular series?

Page 97

1   A.   Well, I think to -- I think to list the
2 series of events what one needs to do is to go to
3 the literature of intelligent design. So I'll give
4 you an example. Professor Behe proposes that the
5 bacterial flagellum was intelligently designed.
6 Professor Behe proposes that the bacterial flagellum
7 was intelligently designed. Well, bacteria
8 possessing flagellum, as far as the fossil record
9 indicates, first appeared a little more than a
10 billion years ago. So that would mean that the
11 intelligent designer must have engineered a creative
12 act to bring those bacteria with those flagella into
13 existence at that time.
14       Professor Behe also proposes that the
15 eukaryotic cilium -- that's c-i-l-i-u-m -- was
16 intelligently designed, and the fossil record
17 indicates that eukaryotic cells with cilia didn't
18 appear until more recently than a billion years ago.
19 So to me that would mean that he proposes a creative
20 act by the intelligent designer to create the
21 eukaryotic cilium at that time.
22       Dr. Behe -- I'm sorry. I shouldn't
23 attribute this to Dr. Behe, but other members of the
24 intelligent design movement, notably Stephen

25 (Pages 94 to 97)

Page 98

1 Meyer -- Stephen Meyer and Dr. Jonathan Wells have
2 proposed that the animals that appear in the
3 so-called Cambrian explosion were, in fact, examples
4 of intelligent design, and what that must mean quite
5 logically is that every single one of those
6 organisms that appeared during the Cambrian period
7 must have been the result of separate and distinct
8 creative acts on the part of the intelligent
9 designer.
10      Dr. Behe has also proposed that the
11 vertebrate blood clotting system is an example of
12 intelligent design since the vertebrate blood
13 clotting system, as far as we know, first appeared
14 450 million years ago, that must also mean that at
15 that point the intelligent designer produced a
16 series of creative acts at the level of biochemistry
17 to create the blood clotting system, all of its
18 regulatory factor and all of the genes which code
19 for the various components of its system. So when I
20 say a series of separate and distinct creative acts,
21 the creative acts I'm citing are the very ones that
22 are proposed to have taken place at various times by
23 members of the intelligent design movement.
24    Q.   And the purpose for my asking the

Page 99

1 question, the separate created acts, you're
2 obviously not referring to the six days as
3 referenced in the Book of Genesis, correct?
4    A.   No, I'm not; that's correct.
5    Q.   I'm going to go back to the definition you
6 provided for creation science, and I know you said
7 it's important to be accurate about the definitions
8 that we're using with regard to creationism; is that
9 fair?
10   A.   I think it is fair to say that it is
11 important to be accurate about the definitions, and
12 I also -- I hope I said this properly. I also said
13 that creation science can also be referred to as
14 young earth creationism to sort of distinguish that
15 from the kind of progressive creationism which I
16 just described as being part of the intelligent
17 design movement.
18   Q.   Now, with regard to those tenants that you
19 outlined for creation science, and I have listed
20 here five various tenants. The first one you said
21 the earth is 6,000 to 10,000 years old; is that
22 correct?
23   A.   That's what I said, yes.
24   Q.   And intelligent design doesn't adhere to

Page 100

1 that tenant; is that correct?
2    A.   Well, my own reading of the intelligent
3 design literature is that intelligent design as it
4 is -- the idea of intelligent design as it is
5 expounded by members of the movement is silent on
6 the issue of the age of the earth, and, in fact,
7 during the debate at the American Museum of Natural
8 History that I told you about before, in which
9 Robert Penick and I were debating Robert Behe and
10 Michael Dembski, we tried -- and the debate
11 transcript which is freely available on the web will
12 show this. We tried really, really hard to get
13 William Dembski to say anything about what he thinks
14 the age of the earth is, and rather than say, as he
15 might have, that the earth is probably four and a
16 half billion years old that geologists say it is, he
17 stubbornly refused -- I shouldn't say stubbornly.
18 He simply refused to answer the question and said it
19 was not relevant to the idea of intelligent design.
20      So my own reading of intelligent design
21 advocates is that they neither -- that they very
22 carefully refuse to take a position on the age of
23 the earth for the most part.
24    Q.   In the literature defending the position

Page 101

1 of intelligent design, they often refer to the
2 Cambrian explosion; is that correct?
3    A.   Yes, they do.
4    Q.   When did the Cambrian explosion occur?
5    A.   I'm not an expert in paleontology, as I
6 made clear, but my own reading of the
7 paleontological literature is the Cambrian period
8 and the events, the evolutionary events referred to
9 as the Cambrian explosion, took place over 15 to 25
10 million years during a period of time approximately
11 530 to 550 million years ago.
12    Q.   You would not suspect then that a person
13 who adheres to the young earth creationist tenant
14 that you referred to would not reference an event in
15 history which at least demonstrates that the Earth
16 is over 500 million years old?
17    A.   No, I would not expect that, and I can say
18 that from experience, and that is that in my debates
19 with young earth creationists in the early 1980s, I
20 found them eager and quite willing to take on the
21 issue of the Cambrian explosion, and, in fact, the
22 current literature written by intelligent design
23 advocates in terms of the arguments it makes about
24 the Cambrian explosion is remarkably similar to the

26 (Pages 98 to 101)

**Page 102**

1 literature written by young earth creationists, and
2 the strategy that young earth creationists often use
3 is to say well, we don't accept the system of
4 geological ages, which places the Cambrian at 540
5 million years ago. However, just to show that
6 evolution is wrong, we will accept those dates, we
7 will accept those fossils, and now we will attack
8 them on your terms, meaning on the terms of an
9 evolutionist.
10      So young earth creationists often make use
11 of the Cambrian explosion. They criticize it quite
12 frequently and the criticisms by intelligent design
13 folks are really quite similar to the ones made my
14 young earth creationists.
15    Q.   Is it your view then that intelligent
16 design theorists don't accept the period of time
17 that the Cambrian explosion occurred, the 530
18 million year period of time?
19    A.   You asked me to generalize about
20 intelligent design theorists. From personal
21 experience I can name one of the senior fellows at
22 the Discovery Institute who is an intelligent design
23 advocate, who does indeed, as he himself described,
24 takes a young earth view, and that is Paul Nelson.

**Page 103**

1      In the debate at the Sceptic Society under
2 repeated questioning by myself and Wesley Elsberry,
3 who was the other evolutionist debating in front of
4 it Paul Nelson got up and said yes, it is no secret
5 that I take a young earth view. So some advocates
6 of intelligent design do indeed accept the idea that
7 the earth is young, 6,000 to 10,000 years old.
8 Others -- Michael Behe would be a good example --
9 say that they have no reason to dispute the
10 information they get from geology that the earth is
11 very old.
12      The official, if you want to call it that,
13 position of intelligent design advocates -- and when
14 I say official, I'm usually referring to the
15 Discovery Institute -- is to maintain a kind of
16 indifference to the age of the earth that says
17 intelligent design -- and this is the position that
18 William Dembski took in the natural history debate.
19 Intelligent design makes no statement and no claim
20 about the age of the earth because it's not part of
21 intelligent design theory.
22    Q.   Using Michael Behe then as an example,
23 it's not required then for an advocate of
24 intelligent design to adhere to a young earth view?

**Page 104**

1    A.   It is certainly possible for a progressive
2 creationist to say that these individual acts of
3 design, these individual acts of special creation
4 took place over many billions of years, and my own
5 understanding of Professor Behe's views on this is
6 that that is exactly what he maintains.
7    Q.   With that being said, is it accurate to
8 say that the age of the earth is not a required
9 tenant of intelligent design?
10    A.   The way in which I would phrase it is
11 advocates of intelligent design tend to sidestep the
12 issue of the age of the earth in favor of simply
13 arguing for the existence and the creative activity
14 of the designer.
15    Q.   Comparing the creation science definition
16 that you gave and the intelligent design definition
17 that you likewise gave, does the age of the earth
18 play a similar role in both of those definitions?
19    A.   Can you restate that a little bit? I
20 didn't quite follow it.
21    Q.   Well, I mean you've listed that as one of
22 the particular tenants of creation science.
23    A.   Yes.
24    Q.   My understanding from your testimony is

**Page 105**

1 you're saying that to be an advocate of intelligent
2 design, you're sidestepping that tenant?
3    A.   That is exactly what I said.
4    Q.   But is it necessary for you to hold to
5 that tenant to be an ID advocate?
6    A.   What I said was that it is entirely
7 possible to argue for progressive creation spread
8 over great expanses of time, as indeed most
9 intelligent design advocates do.
10    Q.   So for those intelligent design advocates,
11 they don't adhere to the young earth tenant?
12    A.   I think what you're saying is that
13 intelligent design advocates who think the earth is
14 old, think the earth is old, and I agree. The only
15 individual example I can think of who has made clear
16 of his acceptance of the great age of the earth is,
17 in fact, Dr. Behe, and as I mentioned, the
18 intelligent design advocate Paul Nelson has made it
19 clear that he thinks the earth is young, and in my
20 one experience in person in debate with William
21 Dembski, William Dembski refused to say whether he
22 thought the earth was old or young and said it was
23 an irrelevant question for the issue of design.
24    Q.   And those that you put in the category of

27 (Pages 102 to 105)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

Page 106

1 creation science, would it be accurate to say that
2 they would be unequivocal in terms of their view on
3 the age of the earth?
4    A.   Individuals who are young earth
5 creationists -- the particular point of view that I
6 identified is creation science. Yes, they are
7 completely unequivocal that the earth has to be
8 between 6,000 and 10,000 years old.
9    Q.   Now, the second tenant of creation science
10 that you identified was that all living things were
11 created during a single six-day creation period?
12   A.   That is correct.
13   Q.   And I believe that's most often the
14 reference to the Book of Genesis?
15   A.   That's my understanding, too.
16   Q.   Is it your understanding that creation
17 science looks at the Book of Genesis, interprets
18 that literally and then attempts to provide evidence
19 to support what's in the Book of Genesis?
20   A.   Not exactly. The personal contact that I
21 have had with advocates of what I have defined today
22 as creation science does indeed argue as an element
23 of religious faith that Genesis is just as you said,
24 literally true. However, the people who call

Page 107

1 themselves creation scientists also argue that that
2 view that the earth is indeed young can be arrived
3 at independently through scientific evidence and
4 scientific investigation.
5        So they argue that there is independent
6 scientific evidence that confirms the young age for
7 the earth and the simultaneous creation of all
8 living things or near simultaneous creation of all
9 living things.
10   Q.   Do advocates of intelligent design hold to
11 that tenant?
12   A.   My own understanding is that not all
13 advocates of intelligent design hold to that tenant
14 and many -- and Dr. Behe is a good example, and I
15 keep bringing his name up simply because I've had a
16 lot of personal contact with Dr. Behe and I think I
17 know his views on this. I believe that Dr. Behe
18 would argue that living things by-in-large,
19 especially new examples of organisms, founding
20 members of the animal phyla, for example, and so
21 forth were indeed created in separate acts of
22 creation by the intelligent designer but that those
23 acts were spread over geologic time, which is to say
24 over hundreds of millions or billions of years.

Page 108

1    Q.   Would it be fair to characterize or to
2 summarize what you just stated that he does not
3 adhere to the literal Genesis six-day creation in
4 terms of his description of what's created on what
5 days?
6    A.   Speaking specifically about Dr. Behe, the
7 answer is yes.
8    Q.   So, again, in summary then an ID advocate
9 need not necessarily hold to that second tenant of
10 creation science that you identified?
11   A.   Yes, that is correct, and as I mentioned,
12 a progressive creationist, which is what I think
13 most intelligent design advocates are, could argue
14 that these creational design events were spread over
15 hundreds of millions of years.
16   Q.   The third tenant of creation science that
17 you referred to regarding the entire geological
18 patent flood geology -- I'm not sure if there's a
19 specific term for that tenant. If there's a way you
20 could describe that third tenant. Is there a
21 particular name for it, flood geology? Is that the
22 term that they use?
23   A.   The answer is yes, and flood geology is a
24 term that I believe was first coined by Henry Morris

Page 109

1 of the Institute for Creation Research to describe
2 the notion that the geological ages which students,
3 for example, study in earth science classes are
4 actually an illusion and that all of the strata of
5 the geological ages were indeed deposited in a
6 single worldwide flood, and that is sometimes called
7 flood geology.
8    Q.   To be an advocate of intelligent design,
9 is it your understanding that they have to adhere to
10 that tenant?
11   A.   With respect to individual intelligent
12 design advocates, Paul Nelson of the Discovery
13 Institute who makes clear that he is a young earth
14 creationist may very well hold to that particular
15 point of view. Dr. Behe, the counterexample I keep
16 bringing up, has made it clear that he does not hold
17 to that point of view.
18        So the answer is yes, it is possible to
19 argue as intelligent design advocates for a series
20 of progressive creation or design events spread over
21 time and still accept the geological record as
22 valid.
23   Q.   Now, the fourth tenant you described as
24 the mechanism of evolution does not work. Did I

28 (Pages 106 to 109)

Page 110

1  state that correctly?
2     A.   I'm sure that's how I said it.
3     Q.   And the mechanism you're referring to, is
4  that natural selection?
5     A.   It is the mechanism of genetic change that
6  includes mutation, recombination and natural
7  selection.
8        MR. MUISE:  Could you read back all three
9        to me, if you could?
10       (The question was read by the reporter.)
11 BY MR. MUISE:
12    Q.   Is this a tenant that ID advocates -- and
13 when I refer to ID, you understand I mean
14 intelligent design advocates?
15    A.   Of course.
16    Q.   Is that a tenant that ID advocates adhere
17 to?
18    A.   Yes.
19    Q.   Are there scientists who you would not
20 consider to be ID advocates who would refute that
21 the mechanism of evolution as you describe mutation,
22 recombination and natural selection does the work
23 that it claims to do?
24    A.   I'm going to answer that question in a

Page 111

1  complicated way because what I ended up doing when I
2  answered your question about that point was suddenly
3  listing a series of things that go into the
4  mechanism of evolution, and I want to make it clear
5  that when I made that list that was not an
6  exhaustive list.
7        There are many elements, many mechanisms
8  that go into what we understand today as the
9  evolutionary mechanism.  Now, you just asked me are
10 there any scientists, any people who I would
11 consider scientifically reputable who don't think
12 that the mechanism as I just described is the whole
13 story, and my answer to that is yes, and one of
14 those people was Charles Darwin, and Darwin, in
15 fact, wrote -- and I can produce some of the
16 correspondence -- that he had always insisted that
17 natural selection was not the sole driving force
18 behind evolution, that there were likely many other
19 mechanisms at work, but people have misread his
20 work, and he hopes that they will read his work more
21 carefully when he emphasizes that natural selection
22 in his view is the main but not the sole driving
23 force behind evolution,
24       So I'm sorry the answer is long, but the

Page 112

1  question is important, and the question is complex.
2  There are many mechanisms, especially at the
3  molecular and biochemical level, that can be
4  responsible for evolution and for evolutionary
5  change, and as we learn more about the machinery of
6  gene expression, we discover more of these
7  mechanisms all the time.
8        Now, it's entirely possible to answer your
9  question and give a misleading impression.  What I
10 mean by that is to say yes, there are many
11 scientists who think that Darwin's original
12 formulation of the mechanism of evolution was either
13 incorrect or incomplete on the basis of much better
14 current information on how genetics, molecular
15 biology and what we call adaptation actually works.
16       So, yes, there are lots of people who
17 would dispute that that is the sole mechanism.  The
18 nature of those disputes still fall I would argue
19 within the framework of what we consider to be
20 evolutionary change today.
21    Q.   And I appreciate the complexity of the
22 answer.  Let me try to bring it back, and if this
23 doesn't fit, then obviously, I'll expect you to
24 correct me on this.  The tenant you described as

Page 113

1  mechanism of evolution does not work, and you
2  explained in further detail the nature of the
3  mechanism -- the nature of -- the variation of the
4  mechanisms operating in evolution.
5        But the general statement that you gave,
6  mechanism of evolution does not work, would it be
7  fair to say that that is a tenant that is held not
8  only by creation science advocates, intelligent
9  design advocates but others as you would describe as
10 reputable scientists?
11    A.   Not exactly.  I think the best way to
12 describe the disputes over evolutionary mechanisms
13 is to examine what common principles are shared by
14 creation science advocates and intelligent design
15 advocates, and the common principles that are indeed
16 shared is that the natural, observable, testable
17 mechanisms of genetic change over time are not
18 sufficient to produce the changes that evolution
19 requires, and I think that's the point on which
20 these two are united.
21       Now, in discussion of this issue, it is
22 possible to bring in the opinions of many scientists
23 who say that Darwin's ideas about evolutionary
24 change were inadequate on the basis of current

29 (Pages 110 to 113)

Page 114

1 discoveries relating to genetic recombination,
2 transposable genetic elements, regulatory genes and
3 developmental patterns.
4        Therefore, Darwin's ideas need to be
5 updated in view of current discoveries, but these
6 scientific criticisms of evolution would in general
7 not dispute the idea that the mechanisms of
8 evolutionary change once fully understood at the
9 natural level are still sufficient to bring about
10 the change that the evolutionary process requires.
11   Q.   This last tenant, humans and apes have
12 separate ancestry, is that a tenant that ID
13 advocates adhere to?
14   A.   In general, yes, it is. I can't produce
15 the reference immediately, although I can find it,
16 but I know that William Dembski wrote a piece that
17 circulated and appeared on his internet website
18 arguing that intelligent design, the intervention of
19 the outside creative force was required to explain
20 how and why humans are different from the great
21 apes, and in that respect if creative intervention
22 is required, to me that means separate ancestry.
23        So, in general, I think that is true.
24 Now, there are some individual exceptions, and we

Page 115

1 have already in our discussions here explored some
2 of the individual difference among various members
3 of the intelligent design movement, and during our
4 debate in North Carolina in 1995, for example,
5 Professor Behe said he had no problem acknowledging
6 that our species shares a common ancestry with the
7 other great apes.
8        So, once again, Dr. Behe is very clear on
9 that point, but I think it's fair to say that most
10 intelligent design advocates -- and I would include
11 among these Paul Nelson, William Dembski, Phillip
12 Johnson and Jonathan Wells are critical of the
13 evolutionary story of human ancestry.
14   Q.   What's Paul Nelson's background? Is he a
15 scientist?
16   A.   Well, he is a senior fellow at the
17 Discovery Institute. I don't have Paul Nelson's CV
18 in front of me. My understanding is that he has a
19 degree in philosophy from the University of Chicago.
20 I don't know what his scientific training or
21 background is, but he certainly has been prominent
22 and outspoken as an advocate of intelligent design.
23   Q.   Then again, using your Professor Behe
24 example, it's not necessary for an ID advocate to

Page 116

1 hold to that fifth tenant; is that accurate?
2   A.   It is possible for an intelligent design,
3 a progressive intelligent design advocate, a
4 progressive creationist to accept the notion that
5 human beings and apes have common ancestry, but my
6 own personal observation is that most advocates of
7 intelligent design do hold to the tenant that humans
8 and apes have separate ancestors.
9   Q.   When you were listing these five tenants
10 of creation science in your definition of creation
11 science, were they principles that were uniformly
12 adhered to by those who consider themselves to be
13 creation scientists or creation science advocates of
14 that particular theory?
15   A.   My own personal understanding and
16 observation is for the most part, yes. Members,
17 for example -- to become a member of the Institute
18 For Creation Research my understanding is that you
19 have to sign a pledge that adheres to all of those
20 points.
21   Q.   And then that is not the case, though, for
22 intelligent design advocates based on your prior
23 testimony?
24   A.   My own understanding is that one does not

Page 117

1 have to sign a pledge to become a member -- to
2 become known as an intelligent design advocate. But
3 as I mentioned, intelligent design advocates hold
4 several of those points in common with young earth
5 creationists, and in particular all intelligent
6 design advocates that I'm aware of because it's part
7 of the theory of intelligent -- or the hypothesis of
8 intelligent design hold to the view that progressive
9 creationists or design events have occurred
10 throughout the history of life on this planet.
11   Q.   Now, you answered my question with regard
12 to the pledge stating that you're not aware that
13 they have to sign a pledge?
14   A.   I am not aware of that; that's right.
15   Q.   Are you aware if they have to adhere to
16 these five tenants in their explanation or
17 acceptance of intelligence design theory?
18   A.   I am unaware of the process for membership
19 among the fellows of the Discovery Institute. So I
20 have no understanding and no opinion.
21   Q.   And with regard to the explanation of ID
22 theory -- use Michael Behe as an example. He
23 appears to be one that you typically debated or
24 encountered in writings -- in his explanations of

30 (Pages 114 to 117)

Page 118

1 intelligent design as a theory, does he adhere to
2 those five tenants?
3    A.   Dr. Behe does not adhere to those five
4 tenants.  Other members of the intelligent design
5 community by-in-large seem to.
6    Q.   Would it be fair to say then since
7 Dr. Behe doesn't adhere to those that those aren't
8 necessarily required tenants of ID?
9    A.   Well, let me answer that by qualifying my
10 previous answer.  Dr. Behe does not adhere to all
11 five.  He certainly does adhere to number four,
12 which I think in our list is the insufficiency of
13 the evolutionary mechanism, and he certainly is a
14 creationist from the point of view that he requires
15 that intelligent design, which is the creative act
16 of an intelligent designer was necessary to fashion
17 the bacterial flagellum, the eukaryotic cilium and
18 the blood clotting system.
19    Q.   Could that also be stated another way?
20 For example, the mechanism of evolution, natural
21 selection is insufficient to adequately explain the
22 creation of the bacterial flagellum?
23    A.   I think it is a fair statement to say that
24 one of the central arguments of intelligent design

Page 119

1 is that evolutionary mechanisms are not sufficient
2 to explain the origin of complex biological
3 structures like the flagellum; yes, I think that is
4 a fair statement.
5    Q.   And that's a statement that you refuted by
6 reference to the scientific literature?
7    A.   That also -- no, not exactly, and I have
8 to qualify this in a certain way.  The claim that
9 evolutionary mechanisms could not produce the
10 bacterial flagellum is supported by Dr. Minnich and
11 Dr. Behe and others by the claim that the bacterial
12 flagellum has a property called irreducible
13 complexity, and irreducible complexity means that
14 all of the parts of the flagellum, the cilium, the
15 blood clotting cascade have to be present for the
16 system to have any function that could be favored by
17 natural selection.
18       So the way in which I answered that
19 argument was by analyzing those systems and showing
20 that, in fact, that claim was not correct and that
21 various parts of those systems do indeed have
22 functions on their own apart from the other
23 components of the system which can be favored by
24 natural selection.

Page 120

1       So the nature of my refutation of the
2 intelligent design argument was to deal with the one
3 part of intelligent design that truly is testable,
4 and that is the argument that these structures show
5 this property called irreducible complexity.  There
6 is a part, of course, of intelligent design -- and
7 it's the main part which is not testable -- and that
8 is an outside intelligence acting outside the laws
9 of nature produce these structures by some sort of a
10 nonnatural creative act.  That idea is simply not
11 testable, and it's one of the principal reasons why
12 intelligent design is not science.
13    Q.   In your explanation of your refutation of
14 the concept of irreducible complexity, I believe you
15 defined it so that if a component was removed
16 whether or not that component itself could have an
17 independent function; is that correct?
18    A.   I believe that is correct.  I believe
19 that's how I described it.
20    Q.   Now, does not Professor Behe describe it
21 differently, in that -- in that it's not a question
22 if you remove a component that might have an
23 independent function, but then when you remove the
24 component from the system, the system no longer

Page 121

1 functions?
2    A.   I believe your characterization is not
3 correct, and my characterization is based precisely
4 on Dr. Behe's writings, which I quoted in my expert
5 report, and to read from that on page 13 of my
6 expert report -- and this is a quotation from Dr.
7 Behe himself -- Dr. Behe says, "An irreducibly
8 complex system cannot be produced by numerous,
9 successive, slight modifications of a precursor
10 system because any precursor to an irreducibly
11 complex system that is missing a part is by
12 definition nonfunctional."
13       Now, that doesn't say the original
14 function has changed.  It has said it is by
15 definition nonfunctional, and he further explains
16 why that's important for his argument.  "Since
17 natural selection can only choose systems that are
18 already working.  If a biological system cannot be
19 produced gradually, it would have to arise as an
20 integrated unit in one fell swoop for natural
21 selection to have anything to act upon."
22       So the essence of Dr. Behe's argument is
23 that the parts of an irreducibly complex system have
24 no function, and therefore, they cannot be favored

31 (Pages 118 to 121)

Page 122

1 by natural selection. So the way I addressed that
2 argument was by taking the very structures that he
3 says are irreducibly complex and showing that parts
4 do have function, and therefore, this argument is
5 not correct.
6    Q.   Have you read Professor Behe's rebuttal
7 report to your report?
8    A.   I have read parts of it.
9    Q.   Does he not address this question of the
10 definition of irreducible complexity in his rebuttal
11 report?
12    A.   Yes, he does address the question, but he
13 addresses it in a way that changes and fundamentally
14 weakens and invalidates his entire argument, and the
15 nature of the way in which he addresses it is by
16 saying that yes, it is possible for parts of the
17 irreducibly complex to have function, but he still
18 considers the system to be irreducibly complex if
19 those parts have a different function.
20       Now, I suppose that that kind of very
21 careful redefinition can save the idea of
22 irreducible complexity, but it also completely
23 destroys irreducible complexity as an argument
24 against evolution because Dr. Behe seems to admit in

Page 124

1 produced by a Darwinian step-by-step pathway.
2       But the essence of my criticism of the
3 argument for irreducible complexity is simply this:
4 And that is that it is entirely true that we do not
5 know enough about all of the structures in the cell
6 to either describe how they all work or to describe
7 how evolution could have produced each of them by
8 step-by-step Darwinian mechanisms. And on the day on
9 which it is possible to describe the step-by-step
10 Darwinian evolution of every single structure in the
11 living cell, it will be time to close every
12 department of evolutionary biology in the world
13 because all questions in that field will have been
14 answered, and I certainly don't expect to see that
15 happen.
16       What is certainly true is that Dr. Behe's
17 original contention, which is that irreducible
18 complexity proves that the structures he indicated
19 could not have evolved, that contention I would
20 argue is certainly false and has certainly been
21 disproven by careful analysis of the argument.
22    Q.   If irreducible complexity could be proven,
23 would the inference to design be a rational
24 inference?

Page 123

1 his expert report, is that I am indeed right, that
2 you can look at parts of an irreducibly complex
3 system and you can see that individual parts might
4 have selectable functions and that those parts could
5 in principle provide a pathway by which the
6 irreducibly complex structure could evolve, and to
7 me that is giving away the store.
8       That's saying — that's admitting that
9 this is really not an argument against evolution,
10 and what he seems to do in the expert report is to
11 retreat to the notion that irreducible complexity is
12 a valid notion unless you can demonstrate a
13 step-by-step Darwinian evolutionary pathway leading
14 to the irreducibly complex structure.
15    Q.   Can you do that?
16    A.   In the case of the flagellum, I cannot.
17 Nicholas Matzke has actually published a paper
18 suggesting how this is done. In the case of other
19 irreducibly complex systems, like the blood clotting
20 cascade, I would argue that descriptions of its
21 Darwinian evolution have been in the literature for
22 quite a long time, mostly out of the laboratory of
23 Russell Doolittle, and I and a number of people have
24 suggested how the eukaryotic cilium could have been

Page 125

1    A.   Let's analyze your question carefully. If
2 irreducible complexity could be proven, if we take
3 the original definition of irreducible complexity,
4 which an irreducibly complex structure is a part,
5 which as Dr. Behe said, in which the removal of a
6 single part renders the system completely
7 nonfunctional with nothing that can be favored by
8 natural selection, would that present an argument
9 for design or more properly put, an argument against
10 evolution? I think the answer to that is yes, it
11 would.
12       What Dr. Behe himself now admits is that
13 there are no such structures, and I say that because
14 in his expert report he says yes, there could be
15 systems within one of these structures which perform
16 a different function which could be favored by
17 natural selection. As I understand that kind of
18 admission, that would mean the structure is no
19 longer irreducibly complex.
20    MR. MUISE:  It's almost noon. Let's go
21       off the record for a minute.
22       (Lunch Recess.)
23 BY MR. MUISE:
24    Q.   Dr. Miller, before we broke, we were

32 (Pages 122 to 125)

Page 126

1  running through some definitions, in particular, the
2  definition of creation science, and I believe you
3  stated that it was important that we carefully
4  define the terms, such as creation science; is that
5  accurate?
6     A.   Yes, I did think it was important.
7     Q.   Now, based on that definition that you
8  provided — and there was five various tenants that
9  we have gone through previously -- would it be fair
10 to say that intelligent design does not accurately
11 fit that definition of creation science?
12    A.   It would be accurate so long as I remember
13 that when I say creation science, I was referring to
14 young earth creationists.  Intelligent design
15 theorists, as I've indicated, are creationists of a
16 different sort.  They are progressive creationists.
17 They still — intelligent design still requires the
18 outside intervention of an intelligent agent, a
19 creative force, to bring molecules, genes and whole
20 organisms into existence.  So it still is
21 creationist in that sense.
22    Q.   Now, my understanding is there have been
23 those who have accused you of being a creationist;
24 is that correct?

Page 127

1     A.   That's possible.  I can't think of any
2  specific references.  Perhaps you can.
3        (Defendant's Exhibit No. 9 was marked.)
4  BY MR. MUISE:
5     Q.   I'd ask you to take a look at Exhibit 9,
6  and by the smile on your face, I'm assuming that
7  you've at least seen the passage that's referenced
8  in that exhibit before?
9     A.   Yes, I have.  I believe you've handed me
10 an excerpt from an article written by Barry
11 Palevitz, who I believe is at the University of
12 Georgia, who wrote an article in Bioscience that
13 made reference to my book "Finding Darwin's God."
14    Q.   And would it be accurate to say that he,
15 in essence, accuses you or describes you or defines
16 you us being a creationist?
17    A.   No, it's not clear to me.  Can you
18 explain exactly where he accuses me of being a
19 creationist?
20    Q.   If you look at the last sentence, he
21 states, "To make matters worse, Miller flirts with
22 the idea of purpose in the hard anthropic principle,
23 another of neocreationism's pet rocks.  God created
24 the universe, just as it is, with us (or a species

Page 128

1  like us) in mind."
2     A.   Do you have a question?
3     Q.   You do not see that statement as putting
4  you in the category of a neocreationist, as he
5  describes it?
6     A.   No, I don't, and remember that somewhat
7  earlier I said that any theist, any person who
8  believes in a supreme being is in some sense a
9  creationist, and I already plead guilty to that
10 particular definition of creationism.  What Palevitz
11 does here is basically to say that one of the ideas
12 that I entertained in my book, which is the notion
13 that the universe may have purpose in it, is also an
14 idea that is embraced by what he calls
15 neocreationism.  He calls it a pet rock.  Saying
16 that two schools of thought embrace a single idea
17 does not mean that those two schools of thought are
18 exactly the same thing.
19        You might say, for example, that social
20 justice is an idea that is embraced by liberal
21 democracies and social justice is also embraced by
22 people who advocate communism and that doesn't mean
23 that a social democracy and communism are the same
24 thing.

Page 129

1        In this particular case, you showed me an
2  excerpt from Palevitz's article instead of the
3  entire article, and I think what Palevitz clearly
4  applies to his own writing in the entire article is
5  the notion -- is an idea quite different from what I
6  hold, and that is that I -- and I think most
7  philosophers of science would agree — I hold the
8  idea that a consideration of meaning and purpose in
9  the universe is an important question that stands
10 outside of science.  It's an important question but
11 not one that science can address.
12        Palevitz takes a much more restricted
13 view, and basically I think holds the view that any
14 question that science cannot address is meaningless,
15 and I completely disagree with Palevitz on that
16 point.
17    Q.   Is that point — would you consider that
18 to be a philosophical question regarding the nature
19 of science?
20    A.   I would not say it's a philosophical --
21 well, I wouldn't say it's a philosophical question
22 regarding the nature of science.  I think it's a
23 failure on Dr. Palevitz's part to appreciate the
24 limitations of science.  Science, as I've indicated

33 (Pages 126 to 129)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

Page 130

1 before, is a method that tells us or helps us learn
2 about the natural world. It's not a method to
3 answer questions of moral – it's not a method to
4 answer moral questions, ethical questions or
5 questions of meaning and purpose. These are all
6 important questions, but they're not ones that can
7 be decided by science.
8    Q.   Using that example of two different
9 entities or school of thought to embrace a single
10 idea doesn't necessarily make the two the same,
11 can't that argument still be made between
12 intelligent design and creation science?
13    A.   Oh, I think I made very clear that young
14 earth creationism and the current incarnation of the
15 intelligent design movement are, in fact, different
16 ideas, and we've explored with many of your
17 questions the specific differences between them in
18 great detail, but it's also fair to point out what
19 they hold in common, and what they both hold in
20 common is the requirement for supernatural
21 intervention outside of nature by the creator or by
22 an intelligent designer, and that is a point in
23 common between the two.
24    Q.   And the fact they have a point in common,

Page 131

1 though, is it not a misrepresentation to call
2 intelligent design creation science?
3    A.   Again, terms and words are extremely
4 important here. As we have defined creation science
5 in this deposition and in your questions and my
6 answers, we have defined creation science as young
7 earth creationism. Intelligent design, as it is
8 advanced by its current advocates, is a variation of
9 creationism, which I have defined as progressive
10 creationism. It's equally super natural, it's
11 equally dependent upon the suspension of laws of
12 nature, and it differs only in detail, and those
13 details being the validity of the geological record,
14 the age of the earth and whether or not these
15 creative events were essentially simultaneous or
16 whether or not they occurred separated by millions
17 of years over geological time.
18    Q.   Did the young earth creationists adhere to
19 or present a principle, irreducible complexity
20 principle that we've discussed briefly?
21    A.   You know, they didn't call it irreducible
22 complexity, but they did present the same principle,
23 and the reason for that is the idea that a multipart
24 system was useless or nonfunctional unless all of

Page 132

1 its parts were present doesn't originate with the
2 current intelligent design movement, and it didn't
3 originate with Michael Behe. It actually originates
4 to my reading of science with Reverend William Paley
5 in his book "Natural Theology" that he published in
6 1802.
7       Now, Paley, of course, didn't know
8 anything about biochemistry, but he did understand
9 that organs in the body such as, for example, the
10 eye, which are composed of multiple parts, would not
11 function in his view if one or more of those parts
12 were missing. Now, he didn't use the term
13 irreducible complexity, but he did ask his readers
14 what good is half an eye? What good would a retina
15 be without a lens? What good would a lens be
16 without a retina? The organ only functions when all
17 of its parts are present.
18       So, in that respect, that argument -- the
19 argument of completeness of multipart systems as
20 used by intelligent design folks, was used by
21 creation science folks and was used as far back as
22 1802 by Reverend William Paley.
23    Q.   Well, cannot ideas resurrect or change
24 over time as the scientific evidence might point

Page 133

1 more clearly towards it as an explanation?
2    A.   Ideas certainly can appear and reappear
3 over time. You said as the scientific evidence
4 points towards it as an explanation. It's not clear
5 to me that the scientific evidence does point
6 towards it as an explanation, but, of course, ideas
7 can have a persistence of their own.
8    Q.   Would you not agree, though, that the ID
9 advocates, for example, Professor Behe, looks at the
10 scientific evidence and he reaches the conclusion
11 that the evidence shows this concept of irreducible
12 complexity?
13    A.   There is no question that Dr. Behe has
14 made an argument that is based on observations from
15 a scientific method to support the conclusion of
16 irreducible complexity. As I've explained earlier,
17 I think that conclusion is an error. I think it's a
18 misinterpretation of that data, and my analysis of
19 that is actually shared by the rest of the
20 scientific community or by most of the scientific
21 community.
22    Q.   Not all of the scientific community.
23    A.   Since Dr. Behe himself is a member of the
24 scientific community, I think it's fair to say that

34 (Pages 130 to 133)

Page 134

1 he doesn't share my analysis of his ideas.
2    Q.   I'm glad that you acknowledge that he's a
3 member of your scientific community.
4    A.   I've never claimed otherwise.
5    Q.   And I may have misapprehended something
6 you said previously, but did not Darwin himself -- I
7 think you referenced the question of irreducible
8 complexity -- he offered that as a counterhypothesis
9 to his theory?
10    A.   Are you asking if Charles Darwin offered
11 irreducible complexity as a counter argument to his
12 theory?
13    Q.   There was a component of his agreement
14 dealing with irreducible complexity. I believe you
15 may have quoted in -- I can find it probably in a
16 moment -- "Finding Darwin's God" that if irreducible
17 complexity was, in fact, found, then Darwin's theory
18 is doomed, I believe are the words you used in your
19 book.
20    A.   Charles Darwin did not use the term
21 irreducible complexity.  In "The Origin of Species"
22 he did write that -- this is a paraphrase, but it's
23 close to what he said, and we can look up the exact
24 words if you care to -- is if I could find any

Page 135

1 structure or organ which could not have been formed
2 by numerous, successive, slight modifications of a
3 precursor structure, then my theory would absolutely
4 break down.
5       Now, Darwin said that or words to that
6 effect in the origin.  The sentence that follows
7 that, however, is also important.  In the sentence
8 that follows that, Darwin wrote "But I can find no
9 such case," and I would argue that that is still
10 true today.  There is no such case.
11    Q.   How do you test that, numerous,
12 successive, slight modifications?  Is that testable?
13    A.   Yes, I think it is testable, and I think
14 it's testable in a number of ways.  Darwin in that
15 made a very clear prediction, and that clear
16 prediction is that when we look at complex systems
17 or structures, we should be able to see a series of
18 steps.  When we complete -- when we completely
19 analyze the system, we should be able to see a
20 series of steps by which that organ or compound or
21 biochemical machine could have been produced from a
22 precursor structure by a series of modifications,
23 each of which should have been favored by natural
24 selection at every step of the way, and that is

Page 136

1 still the test that is applied to complex systems by
2 scientists today.
3    Q.   I handed you that one excerpt from that
4 article regarding you as a creationist or at least
5 the article by Palevitz.
6    A.   It's Barry Palevitz, right.
7    Q.   Do you know who Niall Shanks?  N-e-i-a-l-l
8 (sic), I believe, is how you pronounce the first
9 name.
10    A.   The only thing I know about Niall Shanks
11 is that I believe he wrote a book called "Darwin's
12 God."
13    Q.   I believe the book was "God, the Devil,
14 and Darwin."
15    A.   Well, then maybe I don't know who he is.
16    Q.   Has anyone ever told you or do you know if
17 he described you as a cosmological creationist?
18    A.   I'm unaware of that.
19    Q.   Do you know who Frederick Crews is?
20    A.   Yes.
21    Q.   And he's at the University of California?
22    A.   That's my understanding.
23    Q.   Do you know what he teaches there?
24    A.   Not exactly but I suspect he is in

Page 137

1 psychology.  Does that sound right?
2    Q.   Could very well be.
3    A.   I'm not positive, but I believe he's
4 either in the English department or the Psychology
5 department.
6    Q.   Are you aware that he described you as a
7 God of the gaps creationist?
8    A.   Not in so many words.  I am aware that he
9 wrote two reviews of books about intelligent design
10 and evolution and religion that appeared in
11 successive issues in the New York Review of Books,
12 and in the first review, he reviewed a number of
13 books about intelligent design, including books by
14 Behe and Dembski and -- at least by those folks and
15 maybe a few other people.  Then he also reviewed two
16 books that countered intelligent design, and those
17 were Robert Penick's book, the "Tower of Babel" and
18 my book, "Finding Darwin's God."  And then in the
19 second review, he reviewed a number of books that
20 dealt with evolution and religion, among them
21 Stephen Jay Gould's book, "Rocks of Ages," and a
22 book by Michael Ruse called "Can a Darwinian be a
23 Christian?"  And he then reviewed my book again in
24 the second review.  So my book had the -- I'm not

35 (Pages 134 to 137)

**Page 138**

1  sure if it's an honor or not, but it had the
2  distinction of being reviewed twice in the New York
3  Review of Books by Professor Crews.
4      Q.   And in any of those reviews, do you recall
5  if he described you as a creationist or God of the
6  gaps creationist or words to that effect?
7      A.   I haven't memorized the reviews, and I
8  don't recall.  I do recall that the first review
9  liked my book very much and described its first half
10 as being brilliant.  When a reviewer -- I hope you
11 will forgive my selective memory.  When a reviewer
12 in a prominent publication applies the word
13 brilliant to one's own work, one tends not to forget
14 it.  But I also remember that Crews said something
15 to the effect of in his book's brilliant first half,
16 Miller did the following.  And when you see that,
17 you realized that next week he's going to have a
18 different opinion about the second half.
19           Really in the last third of my book I
20 tried to make the case for the compatibility of
21 evolution and religion, and Crews' position -- and I
22 don't remember the specific words.  So he may well
23 have used the words that you described, but I don't
24 remember.

**Page 139**

1       In the second review, Crews analyzed my
2  book, Gould's book, Ruse's book and perhaps a couple
3  of others.  He might have analyzed one of John
4  Haught's books, and all of those books that he
5  reviewed took the position that evolution and
6  religion, western religion are reconcilable, are
7  compatible.  Crews clearly does not believe that,
8  and he was uncompromising in his criticism of any
9  book that took the view that evolution and religion
10 or even a book that took the position that science
11 and religion are compatible.  I think Crews is
12 profoundly mistaken on that point, but I know it's a
13 view that he holds.
14     Q.   Well, how do you see then science and
15 religion being compatible?
16     A.   Well, there is a short answer, and there
17 is a long answer, and the short answer is that I'm a
18 Roman Catholic.  The acceptance of scientific
19 rationality is very much in the Catholic tradition,
20 and I routinely point my scientific friends to I
21 believe it was an encyclical written by the late
22 Pope John Paul, II called the "Fides et Ratio,"
23 which in English would mean faith and reason.  And
24 in the encyclical John Paul, II argued that faith

**Page 140**

1  and reason are both gifts from God.  Religion is the
2  product of faith and science is the product of
3  reason.  And therefore, if we understand -- if we
4  apply faith and reason correctly as objective and
5  reliable tools to the nature of the world around us,
6  ultimately the conclusions of both should be
7  compatible.
8       So that's the short answer, which is I
9  adhere to a church that has a long tradition of
10 teaching that science and religion are compatible.
11      With respect to the long answer, evolution
12 is a scientific analysis of the origins of our
13 species, and what evolution tells us with quite an
14 overwhelming amount of evidence is that our species
15 has a history on this planet, that we find our
16 history in the process of evolution that produced
17 everything else on this planet, and that unites us
18 with the fabric of life on the surface of the earth.
19      When I read Genesis, which I take to be a
20 spiritually correct account of the origins of our
21 species and others, I find repeatedly verses that
22 say that God commanded the waters of the earth and
23 the soil of the earth to bring forth life, and from
24 an evolutionary point of view, that's exactly what

**Page 141**

1  happened.
2       So that's how I see the compatibility of
3  the two.  I did write a whole book on the
4  compatibility of evolution and religion, and I think
5  you'd probably like my answer to be somewhat shorter
6  than that.  So that's as far as I'll go right now.
7      Q.   And that book being "Finding Darwin's
8  God?"
9      A.   That is correct, sir.
10     Q.   Now, as you said, you pled guilty to being
11 accused as being a creationist.  Is a creationist
12 somebody who adheres to creationism or is that
13 again, you know, we've got to be careful about our
14 terms?
15     A.   Yes, let's be very careful about our terms
16 because when, as you said, I plead guilty to being a
17 creationist, what I actually plead guilty to was
18 being a theist, being a person who believes in God;
19 and therefore, yes, I believe at some point there
20 was a creation event in which God brought the
21 universe into existence.
22      Now, in the common usage of the term
23 creationist in Dover, in this lawsuit and in the
24 discussion that we're having about intelligent

36 (Pages 138 to 141)

Page 142

1 design, the word creation is actually taken to mean
2 something else, something other than that minimal
3 belief that a God exists but whether a belief that
4 evolution is not an adequate explanation for the
5 origin and diversity of species and that, in fact,
6 species were directly created and shaped by a super
7 natural force. In that respect, no, I am not a
8 creationist.
9    Q.   So how does God then operate with regard
10 to evolution in your view of the science?
11   A.   You are asking me, of course, for a
12 theological issue, which is how does God operate,
13 and I'm tempted to retreat behind Einstein's
14 statement that "subtle is the Lord."
15        We look at events, whether they are events
16 in our personal lives or historical events or
17 political events and events in natural history. We
18 identify God's actions and God's motivation in those
19 events only at great peril, and by that I mean great
20 theological peril. So you will not, I think, get
21 from me or from anyone else a completely
22 satisfactory answer that will exhaustively explain
23 how the Lord God works his will.
24        The general answer, I think, is actually

Page 143

1 pretty simple, and that is if God exists, he is the
2 author of everything in the universe. If God
3 exists, he created the universe, he coined the laws
4 of physics and chemistry, he created the material
5 upon which life is based. It is certainly not too
6 much to think that a supreme being capable of that
7 kind of overall architecture of the universe could
8 not have organized the universe in a way that the
9 events, the playing out of the laws of his own
10 making could not have accomplished his purpose. And
11 when we look at evolution and when we see this
12 incredible process that brings so much diversity and
13 so much adaptability to life on this planet, it's
14 entirely reasonable to say that if part of your
15 divine plan is to have a universe where life is
16 possible, then evolution itself could be a playing
17 out of the plan of God.
18    Q.   And that view distinguished from ID
19 advocates would be what?
20   A.   The big distinction between that and
21 intelligent design advocates -- and I don't mean to
22 be flippant in my answer -- but it's to say that
23 intelligent design advocates think much less of God
24 than I do, which is to say the whole idea of

Page 144

1 intelligent design is that God was clever enough to
2 create a universe where the basic laws of chemistry
3 and physics could sustain life but not clever enough
4 to create a universe where the basic laws of
5 chemistry and physics could evolve life.
6        So that in their view if they identify the
7 designer as God, in their view the designer not only
8 set up the laws of the universe but had to intervene
9 repeatedly and persistently violating his own laws
10 to design organisms, to design biochemical machines
11 and to design organ systems in order to meet his
12 purposes, and that's the essential departure between
13 my view and the view of intelligent design
14 advocates, which is that I find natural processes
15 quite sufficient to account for living organisms.
16 They find natural processes even though they say the
17 processes themselves were the product of a designer,
18 they find those natural processes insufficient. So
19 they have to postulate constant creative creationist
20 design events in order to bring these things into
21 existence.
22    Q.   Now, in that answer you said if they
23 identified the designer as God?
24   A.   Yes.

Page 145

1    Q.   Is it not accurate to say that an ID
2 advocate does not necessarily have to identify the
3 designer as God?
4    A.   Well, when you say does not have to, there
5 is no, as far as I know, membership criteria to call
6 one's self an ID advocate. Most members of the
7 intelligent design community are quite open about
8 saying, yes, when they say the designer, the force
9 that they have in mind is, in fact, the God of
10 Abraham. William Dembski has said that quite
11 openly, Phillip Johnson has said that and
12 occasionally Michael Behe has said that, as well.
13        The other point that's worth noting is
14 that where intelligent design advocates are careful
15 not to use the word God and instead to say that the
16 designer could be anybody, the other ideas that they
17 put forward for the possible identity of a designer
18 are really not credible even by their own standards,
19 and the ideas that I have heard are space aliens,
20 time-traveling cell biologists or beings from
21 another dimension, and it's not clear to me that
22 intelligent design advocates actually seriously hold
23 the view that the designer could have been any of
24 those folks.

37 (Pages 142 to 145)

Page 154

```
1         I claim no personal credit for any of the
2  work that provided the data. I simply say that I
3  have pointed out a contradiction between their
4  claims and their prediction of the experimental
5  work, and it's on the basis of such contradiction by
6  experimental fact that scientific hypotheses are
7  found wanton and generally abandoned, and in my view
8  that's exactly what should happen to the idea of
9  irreducible complexity.
10    Q.   You would agree, though, that it's a
11 scientific hypothesis?
12    A.   Help me out with what it is.
13    Q.   The concept of irreducible complexity.
14    A.   Okay. As I understand the concept of
15 irreducible complexity, it is a claim, and it is a
16 claim that certain specific structures or
17 biochemical pathways, flagellum, cilium, blood
18 clotting cascade are composed of systems of
19 well-matched interlocking parts wherein the removal
20 of one part causes the system to stop functioning.
21 That is a claim that's made on the basis of
22 scientific evidence.
23        What I have said and what I have written
24 is when that claim is carefully examined, also on
```

Page 155

```
1  the basis of scientific evidence, it turns out to be
2  incorrect.
3     Q.   The claim itself, though, is a scientific
4  claim, would you not agree?
5     A.   If the claim is that the bacterial
6  flagellum is an irreducibly complex structure and
7  irreducible complexity is defined as so and so, then
8  I would agree that claim is a scientific claim, but
9  it's very important to appreciate the fact that the
10 claim that a structure is irreducibly complex is not
11 the claim that it was intelligently designed.
12 That's different. The argument that the bacterial
13 flagellum was intelligently designed is an argument
14 that follows only on the basis of I guess a couple
15 of points being true. One is that the flagellum is
16 indeed irreducibly complex; two is the inference
17 that that means that evolution could not have
18 produced it; and three is there are no other
19 mechanisms that could have produced it. Now, all of
20 those are entirely negative questions. None of them
21 produces any positive evidence for design.
22    Q.   If you can prove that flagellum is
23 irreducibly complex --
24    A.   Which, of course, it is not.
```

Page 156

```
1     Q.   And I'm asking you a hypothetical in this
2  context. Flagellum is irreducibly complex, that the
3  mechanisms of evolution, natural selection could not
4  produce it, and I think the third you said there was
5  no other mechanism that could account for the
6  flagella. Are those the three you just described?
7     A.   I believe those are the three that I
8  mentioned.
9     Q.   Would it be reasonable to infer that it
10 was designed, if you could prove those three
11 elements?
12    A.   The answer -- I'm just scribbling here
13 because --
14    Q.   Yes, but that's an exhibit, though. Let
15 me give you a piece of scrap paper.
16    A.   Oh, I'm sorry.
17        MR. MUISE: No corporal punishment. Just
18        so I can make it clear on the record, he
19        just handwrote inadvertently on Exhibit 9
20        prove IC and then EVOL not produced,
21        period, in handwriting, which is not part
22        of the exhibit.
23        THE WITNESS: My apologies. I think like
24        many questions your questions has a
```

Page 157

```
1         built-in assertion that's important to
2         separate from the question itself, and the
3         built-in assertion is that it's possible
4         even in principle to prove things. Science
5         doesn't prove things. It's impossible, for
6         example, for me to prove that the
7         properties of water are entirely due to the
8         combinations of hydrogen and oxygen and the
9         water molecule.
10        I can rule out several other alternate
11        explanations for the properties of water,
12        and that's the one that seems most likely.
13        But in science we don't prove things.
14        Really we disprove things. And in this
15        particular case, you asked me if I could
16        prove that the flagellum was irreducibly
17        complex? Again, we don't prove things in
18        science. So I'm not going to accept a
19        hypothetical that it could be proven that
20        it was irreducibly complex. I would
21        maintain that science has already -- as I
22        say, science disproves things, and I think
23        science has disproven the notion that it's
24        irreducibly complex.
```

40 (Pages 154 to 157)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

Page 158

1  The second thing you asked was whether or
2  not evol -- if I could prove that evolution
3  could not produce it. The only way that
4  you could possibly do that is basically by
5  saying that you have knowledge of every
6  single evolutionary pathway that could lead
7  to this particular result, and you can on
8  the basis of scientific evidence rule out
9  each and every one of them and that you
10  have imagined all possible pathways and
11  that no one else in the world will ever or
12  can ever imagine another pathway. That's
13  another reason why science doesn't prove
14  things. What I -- and I forget the third
15  portion of the question.
16 BY MR. MUISE:
17  Q.  You said no other mechanism.
18  A.  Oh, then you would also have to rule out
19 any other mechanism other than evolution to do this,
20 and I think your hypothetical question was if you
21 could do all of these things, which I then suggested
22 you really can't, would this amount to evidence for
23 decision? The answer actually is still no.
24     In terms of evidence for design, we're

Page 159

1 looking for some direct physical evidence of some
2 sort or another that would be admittable by the
3 usual standards of science that would, in effect,
4 give us a pathway to the designer, a fingerprint, a
5 footprint. You know, if someone broke into this
6 room when we were all out for lunch and things were
7 moved around, we might look for a drop of blood if
8 they broke through the windows to enter, we might
9 look for a fingerprint. We might look for some
10 evidence of outside intervention.
11     I -- in the three cases that you just
12 suggested to me, I don't see anything that would
13 give me evidence of outside intervention. Instead
14 what you argued is if we could show that this
15 process or that process or the other process could
16 not have produced it, is that evidence for outside
17 intervention? The answer is no, it's not direct
18 evidence, not unless you can establish a way to say
19 that you've ruled out every single possible natural
20 possibility.
21  Q.  Now, regarding Dembski's claim,
22 complex-specified information?
23  A.  That's right.
24  Q.  Is that claim a claim that can be tested

Page 160

1 based on scientific evidence?
2  A.  It's an interesting question. Dembski, as
3 I understand his arguments, has claimed that living
4 organisms contain what he calls complex-specified
5 information and that natural processes cannot
6 produce complex-specified information and that only
7 an outside intelligence, therefore, could produce
8 complex-specified information. Not being a
9 mathematician and not claiming to be one, there are
10 certain elements of Dembski's arguments that when I
11 try to apply them to biology simply fail, and one of
12 these, for example, was something that I brought up
13 in the debate at the American Museum of Natural
14 History and being an experimental scientist rather
15 than an information scientist, a theoretical
16 scientist, I pointed out to Dr. Dempsey a paper that
17 had been published in proceedings of the National
18 Academy of Sciences -- I don't have the reference
19 with me, but I know I could get it easily -- in 2002
20 in which bacteria were placed in a laboratory
21 experiment and subjected to various kinds of stress.
22 Over about 2000 generations a number of bacteria
23 evolved adaptations to the stress, which enabled
24 them to survive much more successfully and to

Page 161

1 reproduce much more quickly than their fellow
2 bacteria, and they quickly came to dominate the
3 culture.
4     One of those adaptations was the
5 duplication of a certain genetic region of the
6 bacterial chromosome. In other words, they
7 increased the amount of genetic information in their
8 own DNA, and I asked Dr. Dembski if that didn't
9 amount to a direct contradiction of his ideas about
10 complex-specified information. Here is a natural
11 system with no outside intervention under
12 controlled laboratory experimentation in which the
13 amount of genetic information had been increased by
14 natural evolutionary processes and that increase in
15 information had had a positive impact in natural
16 selection, and to my reading he had no satisfactory
17 answer to that particular criticism.
18     I think biologists in general have not
19 been impressed by Dembski's arguments of
20 complex-specified information on the basis of
21 exactly the kind of practical experimental result
22 that I just mentioned.
23  Q.  These experiments that you're referring
24 to, they weren't the Lenski -- any of the Lenski's

41 (Pages 158 to 161)

Page 162

1 experiments?

2   A.   Lenski's experiments, I think, bear to the
3 same point, but the specific experiment that I
4 brought up, I believe, was not done in Lenski's lab.
5 In particular, you might be referring to a computer
6 simulation program that Lenski and Penick have
7 published about in Nature of 2003; and no, that's
8 computer simulation experiments.  I spoke of --
9 we're dealing with real bacteria, living organisms.

10   Q.   With regard to those computer simulations
11 of Lenski experiments, are you familiar with those
12 experiments?

13   A.   Not in an expert sense, but I have read
14 the paper, and I am familiar with the experiments.

15   Q.   My understanding is Lenski has for a
16 significant period of time tried to create
17 laboratory experiments, I think, growing bacteria
18 and getting the same results that he got through the
19 simulated virtual experiments but hasn't been able
20 to show it in the experiments but has only been able
21 to show it through the computer of the virtual
22 models.

23   A.   I heard a statement, but I haven't heard a
24 question yet.

Page 163

1   Q.   Okay.  Is that true, though?

2   A.   That's not my understanding.  Lenski has
3 done a number of long-term multigenerational
4 experiments with bacteria, and in these experiments
5 the ones that I know of he's found significant
6 genetic changes, increases in the size of the
7 organism, dramatic increases in genetic information,
8 duplications of genes and a whole range of genetic
9 changes that have had adaptational value very much
10 in line with what you might call the Darwinian idea
11 of natural selection and evolution.

12        My own reading of the computer
13 experiments, which he published in associating with
14 Robert Penick and a couple of other authors is that
15 in this he tried to design a self-replicating
16 computer program that would have some of the
17 characteristics of living organism, and he was able
18 to know that when you try to set up a
19 self-replicated computer program, even a very simple
20 one, it very quickly and quite spontaneously
21 increases in its complexity, and that increase in
22 complexity has adaptive value.

23        I saw those experiments as complimentary
24 rather than going beyond.  I saw them as

Page 164

1 complimentary to the experiments that Lenski has
2 done with live bacteria in laboratory situations.

3   Q.   Does the evolution process -- and this may
4 be too general, but I'll ask it anyway.  Does it
5 lend itself to the evolution from simple to the
6 complex?  Meaning is that how we should see in
7 science, if we're understanding how the mechanism of
8 evolution operates, that we should see at the
9 earliest stages life forms that are simple and as
10 time continues and as organisms evolve, then we see
11 complexity as opposed to the other way around or
12 does it make a difference?

13   A.   It does make a difference, and I'm not
14 going to agree to either of your hypotheticals here.
15 There is a very old and largely discredited view of
16 evolution not really attributed to Darwin but that
17 cropped up towards the end of the 19th century that
18 said that evolution would tend toward complexity and
19 ultimately would tend towards perfection.

20        I think for the last hundred years or so
21 we've had a much more realistic and much more
22 sophisticated view of evolution, and that is that
23 evolution has no inherent trend either towards
24 complexity or towards simplicity.  And what

Page 165

1 evolution does is over time to explore adaptive
2 space.  Now, the term adaptive space was coined by a
3 scientist named Wright, and the idea is basically
4 simply stated that there are when you get right down
5 to it many ways to make a living.

6        Simplicity, which is to say being a
7 singled-celled bacterial organism with a very small
8 genome and a limited number of metabolic processes,
9 simplicity is a terrifically successful lifestyle.
10 In terms of biomass, about 90 percent of all of the
11 living things on this planet are single-cell
12 bacteria.  So obviously they've done extremely well
13 and they've been favored by evolution.

14        Another area of adaptive space is the
15 photosynthetic organism, the plant, and as you look
16 around, you'll see the plants dominate the landscape
17 around us.

18        Complexity is only one direction in which
19 living things can evolve, and I think it's fair to
20 say that living things evolved -- have evolved
21 towards complexity and towards simplicity repeatedly
22 in the history of life.  Life is more like an
23 explosion that goes off in every direction than
24 something that moves inexorably from the simple to

42 (Pages 162 to 165)

Page 166

1 the complex.
2   Q.   I want to go -- we've been going down
3 different pathways.  I want to go back to our
4 definitions that we were talking before about
5 creationism and creation science, and again, I'm
6 understanding your distinction of a creationist when
7 you said I plead guilty to being a creationist, but
8 if you could explain how your view which has you
9 tagged as a creationist towards the influences of
10 God and the natural world is different from the view
11 that you claim makes ID creationists?
12   A.   Okay.  Now, please remember you said the
13 view that had me tagged as a creationist.  Now, you
14 presented me with a quote but it didn't tag me as a
15 creationist.  It simply said that I felt one
16 viewpoint that was one of neocreationism's pet
17 rocks.  Now, that's to me not the same as calling me
18 a creationist.  So I'm not aware that I've been
19 tagged as a creationist.
20   Q.   Or God of the gaps creationist.
21 Assuming -- and I know --
22   A.   That's a quote that you didn't present to
23 me and I don't have in front of me.  So I'm not sure
24 if that's the exact wording or not.

Page 167

1       MR. WALCZAK:  Well, I guess regardless of
2   what other people call him, I mean what's
3   the relevance of that?  I mean he is what
4   he is, he can explain it, and because
5   somebody else labels anybody as something,
6   I mean how is that relevant to anything
7   we're talking about?
8       MR. MUISE:  That's right; I think labeling
9   ID as creationist is a misrepresentation,
10   and so it is appropriate to see how
11   labeling all works its way out in the
12   course of this litigation.  I'm trying to
13   get at the substance of the label.  That's
14   why I think the label creationist people
15   paint that with a broad brush to get a
16   particular result they want, and I think
17   you've been -- well, you stated you were a
18   creationist, and I found it particularly in
19   that one article, and I've been giving you
20   other references -- unfortunately, I don't
21   have the quotes from them -- but I've been
22   told that you've been labeled as a
23   creationist, and you said I'm a
24   creationist, but you obviously qualified

Page 168

1   that.
2 BY MR. MUISE:
3   Q.   I'm just trying to get at the distinction
4 between you as a creationist and use the definition
5 that you used that you identify yourself as a
6 creationist, how is that, you as a creationist,
7 different from ID advocates as creationists?
8       MR. WALCZAK:  I'm just going to note an
9   objection that you've asked this.  I think
10   he answered it very clearly, and I'm happy
11   to have him answer that again.  But if we
12   start running out of time, then I'm going
13   to say all right, you know, we wasted some
14   time here, but go ahead and answer that.
15       THE WITNESS:  I appreciate having Vic here
16   to help me, but I was about to say I think
17   you have asked that question and I think
18   answered it, and I'll answer it again.  And
19   that is that any person who calls
20   themselves a theist who is a believer in
21   God, in a supreme being, is by a certain
22   sense of the definition a creationist
23   because they believe in creation.  So, yes,
24   I accept that certainly.

Page 169

1       The difference between, as you wanted
2   to hear, between me and intelligent design
3   creationists is actually very simple and
4   very straightforward.  And that is even if
5   I think the ultimate origin of existence
6   itself is in God, I believe that that
7   creator created an orderly universe that we
8   can investigate through the methods of
9   science, and in those investigations
10   through the methods of science, it's clear
11   to me and it certainly is the scientific
12   census that we have discovered the outlines
13   and many of the details of the processes
14   that produced living species on this
15   planet, and that process is known as
16   evolution.
17       The intelligent design creationists
18   or progressive creationists as I call them
19   say no, that process is not adequate.  We
20   have to explain the origin of complex
21   structures, the origin of the animals in
22   the Cambrian explosion, the origin of human
23   beings, the origin of the bacterial
24   flagellum, of the clotting process, of the

43 (Pages 166 to 169)

Page 170

1  vesicle targeting system and cells.
2      We have to explain all of these
3  things by proposing the direct supernatural
4  intervention of a intelligent designer
5  acting outside of nature by means and
6  mechanisms which are undetectable by the
7  methods of science producing each of the
8  structures or organs or organisms by unique
9  and distinctive creative acts.
10     In short they have to postulate the
11  existence of a designer who has to violate
12  his own morals in order to achieve his
13  ends. That's the difference.
14 BY MR. MUISE:
15  Q.  Now, I had asked you before the last break
16 whether you consider ID to be science, and you
17 stated that it's not. What do you consider
18 intelligent design to be?
19  A.  I think intelligent design is
20 fundamentally a theological and a philosophical idea
21 that seeks to invalidate evolution for religious
22 reasons because it fears what it regards as the
23 antitheological character or antitheistic character
24 of evolution.

Page 171

1  Q.  Now, you would agree, would you not, that
2 Darwin's theory of evolution has metaphysical
3 implications?
4  A.  I would agree only in the sense that
5 everything in science has metaphysical implications
6 in the sense that I think it has metaphysical
7 implications when you realize that we are made up of
8 the same matter as the nonliving world. I think it
9 has metaphysical implications if you realize that
10 life on earth has changed over time, which is what
11 the geological record tells us, and I think it has
12 metaphysical implications when you look through the
13 Hubble space telescope and you see hundreds of
14 millions of galaxies each of which has hundreds of
15 millions of stars scattered across the universe.
16     All of these things have metaphysical
17 implications because they're all profound elements
18 of science, and yes, Darwin's theory of evolution
19 fits right into that fabric. Because it tells us
20 something about the nature of the world, it has
21 implications.
22  Q.  So it would be accurate to say you can't
23 just disqualify a theory merely because it might
24 have metaphysical implications?

Page 172

1  A.  I think it's true that all science -- now,
2 perhaps I'm not understanding what you mean by the
3 word metaphysical, and perhaps it would be useful to
4 me for you to define that. But remember that I
5 agreed — I said yes to your question only in the
6 sense that I regard all of science as having what
7 you called metaphysical implications, and evolution
8 is certainly part of science, but perhaps you should
9 design what you mean by metaphysical in the context
10 of your question.
11  Q.  Well, in the context of evolution,
12 obviously -- and I think we've covered some of this
13 previously -- the implications on God, the existence
14 of God, of the supernatural, those implications
15 arise from Darwin's theory and, in fact, is probably
16 what fuels much of the controversy over the theory.
17 Would you agree with that or is that too broad of a
18 statement?
19  A.  I have to say that was not what I
20 understood by the word metaphysical. I would have
21 called those -- when you're talking about God and
22 the supernatural, I would have called those
23 theological implications, and I would have given you
24 a slightly different answer. It is certainly true

Page 173

1 that in the view of many people, there are
2 theological implications to Darwin's ideas.
3      I certainly think that evolution as an
4 idea, like all of science, is theologically neutral,
5 and what I mean by that is that evolution is a
6 non -- properly understood evolution is a
7 nontheistic idea, meaning it doesn't make reference
8 to a creator, it doesn't prove the existence of a
9 creator, it doesn't disprove the existence of a
10 creator, and that's true of all of science.
11  Q.  I'm sure you're aware of Richard
12 Dawkins' -- I don't know if it's famous -- infamous
13 statement, "Darwin made it possible to become an
14 intellectually fulfilled atheist"?
15  A.  I'm aware of that statement.
16  Q.  Do you agree with that statement?
17  A.  Probably not because I think one — it
18 depends on what one means by intellectually
19 fulfilled, and I think perhaps Dawkins meant that
20 before Darwin, it was not possible for an atheist to
21 have a convincing explanation of the diversity of
22 life. After Darwin, it was possible for an atheist
23 to have a good explanation for the diversity of
24 life. In that respect, yes, I suppose that

44 (Pages 170 to 173)

Page 174

1 statement was correct.
2        So in that narrow sense, I certainly would
3 agree with what Dawkins said in that particular
4 respect. As a theist, as a person of faith, I'm not
5 sure atheism is a complete answer to what we see in
6 the world around us, and therefore, even though
7 Richard Dawkins who is an acquaintance of mine
8 regards himself as an intellectually fulfilled
9 atheist, I'm not sure he really is.
10   Q.   Let me add another quote to that, and then
11 I'm going to follow up with another question.
12 Stephen J. Gould, a paleontologist at Harvard -- I'm
13 sure you're familiar with him. I believe he's
14 passed on; is that --
15   A.   I'm afraid so, and Steve was a personal
16 friend of mine. So I know him very well -- knew him
17 very well.
18   Q.   I have here as a quote -- and obviously I
19 did quote this directly -- "Before Darwin we thought
20 that a benevolent God had created us." Are you
21 familiar with that --
22   A.   No, I'm not. Do you know where that quote
23 comes from?
24   Q.   I don't know if it was quoted from out of

Page 175

1 the "Blind Watchmaker." I may have that incorrect.
2 Are you aware that he's made any statement similar
3 to that?
4   A.   I'm perfectly willing to believe that
5 Gould might have said that. I don't know the
6 context, of course.
7   Q.   George Gaylord Simpson, is that a person
8 that you recognize?
9   A.   The late George Gaylord Simpson was a
10 great evolutionary biologist and paleontologist.
11   Q.   And I have a quote from him from the
12 "Meaning of Evolution: Man is the result of a
13 purposeless and materialistic process that did not
14 have him in mind. He was not planned." Do you
15 recall if he made a statement similar to that?
16   A.   Again, I don't know it specifically; but
17 yes, that is certainly something that GG Simpson
18 could have said.
19   Q.   Well, given those three individuals that I
20 identified to you, does that not counter your claim
21 that evolution is basically neutral?
22   A.   No, it doesn't counter that claim at all,
23 and the reason for that is when you analyze every
24 single one of those statements, you can ask a very

Page 176

1 straightforward question. When George Gaylord
2 Simpson, for example, says man is the outside of a
3 process that had no purpose, that did not have him
4 in mind, is that a scientific statement? Is that a
5 statement that is testable by the mechanisms and
6 tools and experimental procedures of science? The
7 answer is of course not. Considerations of meaning
8 and value and purpose lay outside of science.
9        So what George Gaylord Simpson was doing
10 when he wrote those words was making a personal
11 statement on the meaning or lack of meaning that he
12 sees in life based on his informed understanding of
13 evolution. That's not a scientific statement.
14 That's not an inherent part of solution as a
15 scientific principle or evolutionary theory. That's
16 simply what George Gaylord Simpson thinks evolution
17 means.
18        If, for example, you were to quote John
19 Hort from Georgetown University, who I believe will
20 be an expert witness at the trial, you would come
21 across statements that basically would say that
22 evolution shows us that the universe is brimming
23 with beautiful possibilities for potential life but
24 it's brimming with fruitful outcomes for the process

Page 177

1 of evolution and evolution of new living organisms.
2        Hort would then say that in his view, the
3 purpose of evolution is to produce a universe that
4 is fruitful in terms of the life it brings forward
5 and is pleasing in the sight of God. Is that a
6 scientific statement? No, of course not. And the
7 point that I'm trying to make is that it is possible
8 for different people with different theological and
9 philosophical persuasions to look at evolution,
10 which really is a religiously neutral document --
11 excuse me, a religiously neutral doctrine, and apply
12 their own philosophical or theological
13 interpretations to it.
14        In the case of John Hort, who is a
15 Christian and a believer, he sees this as a proof of
16 God's providence, as he calls it, his providing for
17 the world. In the case of Richard Dawkins, he looks
18 at the universe and he sees a universe that is bleak
19 and demanding and uncompromising in its brutality.
20 And what I would suggest to you is those statements
21 say a lot more about the personality of the person
22 making the statement than they say about the science
23 of evolution.
24   Q.   I'm assuming you would hold those same

45 (Pages 174 to 177)

Page 178

1 standards to those who advance intelligent design,
2 for example, the fact that they may have
3 philosophical and theological views it shouldn't
4 disqualify them as scientists?
5    A.   Having a philosophical or theological view
6 — and I've got those, too — doesn't disqualify
7 anyone as scientists. The only disqualification is
8 if you try to pass off what are philosophical and
9 theological views as science itself, and in my view,
10 that is often the problem with intelligent design.
11    MR. MUISE: Mark this.
12    (Defendant's Exhibit No. 10 was marked.)
13 BY MR. MUISE:
14    Q.   I'm handing you what's been marked as
15 Exhibit 10, which I believe is a chapter from your
16 1995 edition of Biology?
17    A.   Well, it's two pages, not the chapter.
18    Q.   I'm sorry, two pages.
19    A.   And one of the pages is 652, and the other
20 page is not numbered. It's the beginning of section
21 30-2. So these are two pages from chapter 30 of our
22 textbook entitled, "Comparing Invertebrates."
23    Q.   On the second page of that under the 30-2
24 subheading, it has in bold "Evolution is random and

Page 179

1 undirected." Do you see that?
2    A.   Yes, I do.
3    Q.   Is that a scientific statement or
4 philosophical statement?
5    A.   I took an oath to tell the truth, the
6 whole truth and nothing but the truth, and I will
7 tell you the truth, which is I think that's a
8 philosophical statement, and I don't think it
9 belongs in the book.
10    Q.   Have you subsequently removed that
11 statement from your book?
12    A.   Is this copied from the 2004 edition?
13    Q.   My understanding is it's been copied from
14 the 1995 edition?
15    A.   Oh, excuse me, I didn't quite understand
16 when you introduced this exhibit which book this was
17 from. So the dragonfly book, which is the book that
18 is under consideration in Dover, is an entirely
19 different book from this one. This book is
20 generally known as the elephant book, and the animal
21 on the cover is not a trivial matter. This is a
22 book that was written in the early 1990s. This
23 is -- as I said, this is a statement with which I do
24 not agree, and when you say have I removed the

Page 180

1 statement from the book, the dragonfly book is
2 written on metaphorically speaking a blank sheet of
3 paper. So it's not as though we took this old book
4 and edited it to produce the new one. We wrote it
5 from scratch.
6        I would be very much surprised if you
7 could produce any statements from our current book,
8 either the 2002, 2004 or the 2006 copyrights that
9 say anything like this. Can you?
10    Q.   Well, the way this works is I get to ask
11 the questions and not you, but I appreciate what
12 your concerns are. Let me ask you about with regard
13 to that statement that's in the 1995 edition —
14    A.   Now, again, let me qualify that. It is
15 the previous book. It's a different book. It's not
16 just a different edition. Okay.
17    Q.   Did that comment receive any criticism
18 that you're aware of?
19    A.   Yes, it received criticism from me as soon
20 as it was published.
21    Q.   So you didn't have a part in putting that
22 sentence in there?
23    A.   This particular chapter was written by my
24 coauthor, Joe Levine. Joe and I write the book

Page 181

1 together. We edit each other's chapters, and I have
2 to say that in the pressure of getting the book
3 ready for press I don't always read what my coauthor
4 has written as carefully and as thoroughly as I
5 should. But as soon as a number of people pointed
6 out the existence of these statements, I told my
7 coauthor under no uncertain terms I was not happy
8 with philosophical statements of this sort being in
9 our textbook, and I know that no such statements
10 appears in any of the books that we've published for
11 the past four or five years, and I can't remember
12 exactly when we managed -- which printing we managed
13 to get this removed from this book, but I know it's
14 no longer in the latest version of this particular
15 book. And again, this is a different book from the
16 one that is being used in Dover.
17    Q.   Did your coauthor ever give you a reason
18 as to why he put that in there?
19    A.   Yes, he did, and he said that he put that
20 in there because he had been strongly influenced by
21 a number of very, very well-written essays by
22 Stephen Jay Gould arguing that evolution does not
23 have an inherent direction towards complexity or
24 purpose or towards producing human beings with a

46 (Pages 178 to 181)

Page 182

1 goal in mind. And I told him I thought that was a
2 fair reading of Stephen Jay Gould's statements. But
3 when you say that evolution is undirected, whether
4 or not the natural process is directed or not,
5 whether or not it has a purpose or not is really a
6 consideration or it's a question I should say that
7 science simply cannot answer. So to assert that it
8 is undirected is every bit as nonscientific as it
9 might be if I were to assert that it is direct
10 because any such direction would exist outside of
11 nature.
12    Q.   Now, we've been talking about ID as
13 science, and my question to you is do you believe
14 you're qualified to assess whether something is or
15 is not science? Obviously, since you've offered
16 that opinion, do you believe you have the
17 qualifications to make that determination?
18    A.   I think any person who is trained as a
19 scientist should have an understanding of what
20 qualifies as science and how the scientific method
21 works. So in that respect, yes, I think I
22 certainly am qualified to have an opinion on that
23 matter.
24    Q.   And that's based on the fact that you're a

Page 183

1 scientist?
2    A.   That's based on scientific training,
3 that's based on 31 years as a working experimental
4 scientist. That's based as being an officer in the
5 major scientific society of the United States, and
6 it's based on three decades of scientific teaching
7 and writing.
8    Q.   Would you qualify intelligent design at
9 all as a pseudoscience?
10    A.   I'm not quite sure what the word
11 pseudoscience means. I hear it used all the time.
12 It's not a term that I'm unfamiliar with, but I
13 don't understand what it means. And my
14 characterization of intelligent design would simply
15 be a theological idea that in my view pretends to be
16 science and, in fact, is not.
17    Q.   Now, is it not the true that idea – and I
18 know you've qualified some of your prior answers
19 with your limited knowledge of the history of
20 science – not necessarily limited knowledge but not
21 expertise per se, but isn't it true that some ideas
22 have started out as not considered scientific but
23 over time have been considered scientific, and I use
24 the example of alchemy becoming chemistry? Is that

Page 184

1 not a part of the history of science?
2    A.   I was going to ask you for an example of
3 an idea that started out being not regarded as
4 science and came to be regarded as science, and
5 unfortunately for the question you provided me with
6 what I think is a very bad example. Alchemy
7 certainly did not become chemistry. Alchemy was the
8 attempt to turn base metals into gold. When you say
9 that becomes science, well then perhaps there are
10 people out there who are now chemists who are
11 turning base metals into gold, and if there are --
12 if there are any of those people, I'd like their
13 phone numbers and I'd like to be able to work with
14 them.
15        I think it's fair for say that alchemy was
16 not science and it never became science, but rather
17 many of the techniques that alchemists tried to use
18 were subsequently picked up by people who managed to
19 use them to found and to build the science of
20 chemistry. So I think it is certainly not true that
21 alchemy ever became science, and I was hoping you
22 would give me another example of an idea that was
23 first regarded as pseudoscience that became science
24 because I can't frankly – I frankly can't think of

Page 185

1 any.
2    Q.   When you refer to the techniques of
3 alchemy, is it possible that some of the concepts of
4 intelligent design which over time may eventually be
5 accepted by the scientific community, for example,
6 the complex-specified information?
7    A.   I don't think so and for a very direct
8 reason, and that is it is absolutely correct that
9 living systems contain a great deal of information
10 of the specifics of the DNA sequence, our genomes,
11 for example, have information content. There's
12 absolutely no question about that. But the central
13 contention that, as I understand it, is raised in
14 Bill Dembski's arguments is that an intelligent
15 agent is necessary for the generation of the
16 complex-specified information that is found in
17 living systems.
18        I find it very unlikely that that idea
19 will ever become part of mainstream science because
20 of the fact the demonstrations of the production of
21 biological information by the laboratory
22 experiments, for example, that I mentioned before
23 are so common. In other words, it seems very
24 obvious to molecular biologists and geneticists that

47 (Pages 182 to 185)

Page 186

1 genetic information can arise by gene duplication
2 and by natural selection in a way that clearly
3 violates the central ideas of Dembski's thesis; and
4 therefore, it's very hard for me to see how that
5 will ever become a part -- an accepted part of
6 mainstream science.
7    Q.   Who was -- and the name just escaped me --
8 the one attributed to the funding of the DNA?
9    A.   Oh, you mean James Watson and Francis
10 Crick?
11    Q.   Correct.
12    A.   Now, Watson and Crick did not discover
13 DNA. DNA was actually discovered in Germany in 1880
14 by Friedrich Miescher, but Watson and Crick used the
15 x-ray traction patterns of Roslyn Franklin to
16 develop what we call the double helix model of DNA
17 structure. I'm sorry. I can't help you, sir.
18 Being a biology professor, I can't help that sort of
19 thing. My apologies.
20    Q.   You don't have to apologize. I'm doing it
21 myself. Did not Crick, though, have a theory
22 because of the complexity of DNA that it had to have
23 come from outside the confines of this earth?
24    A.   I don't think that's a fair statement.

Page 188

1 that are hitchhiking on a meteorite. He imagined
2 bacteria; and therefore, even if Crick were right or
3 if the panspermia had been directed -- meaning
4 directed to our planet from another source by some
5 sort of intelligent, according to the basic
6 arguments raised by the intelligent design people,
7 intelligent intervention would still be required to
8 bring about the world that we see today.
9    Q.   Is this idea of panspermia advanced by
10 Crick, is that a scientific theory?
11    A.   It is certainly a scientific hypothesis in
12 the sense that it's a scientific statement. To some
13 degree, one could argue that it might be testable by
14 the method of science if, for example, in the future
15 we are able to travel widely and freely throughout
16 our own solar system and neighboring stars --
17 neighboring planetary systems in search for what
18 might be the source of that panspermia, and if we
19 find such a source and we're able to demonstrate
20 scientifically that it was somehow involved in the
21 migration of life to earth, that indeed would be a
22 scientific test. So it's a scientific statement,
23 but it's one that's going to be really hard to
24 test.

Page 187

1 Francis Crick over the years has suggested that life
2 on our planet may be the result of a process called
3 panspermia, p-a-n-s-p-e-r-m-i-a, in which life was
4 scattered here either intentionally or
5 unintentionally by other planets. So, yes, Crick
6 certainly had that idea, and several other people
7 have had that idea, as well.
8    Q.   Couldn't that not be a designer of the
9 intelligent design theory?
10    A.   As intelligent design is currently
11 formulated, no; and the reason for that is the
12 directed panspermia that Crick would have imagined
13 would have involved very simple organisms, such as
14 bacteria or bacterial viruses, and many of the
15 events, the organs, the structures and the
16 biochemical machines that intelligent design says
17 must have required the actions of the intelligent
18 designer exist in far more complicated organisms and
19 in multicellular organisms, as well. For example,
20 intelligent design advocates like to point to the
21 animals that appeared during the Cambrian as
22 evidence of intelligent design.
23        When Francis Crick was talking about
24 panspermia, he did not imagine Cambrian era animals

Page 189

1    Q.   Could not that concept of the panspermia
2 also be the concept behind intelligent design,
3 meaning not the simple life forms apparently that
4 Crick had in mind but certainly something more
5 complex that would be compatible with the design
6 hypothesis?
7    A.   I honestly don't think so, and the reason
8 I don't think so comes from simply listening to
9 intelligent design advocates, and what they say is
10 that new organs, new structures, new chemical
11 pathways and new organisms were produced by the
12 actions of an intelligent designer acting outside
13 the laws of nature, and any actions that exist
14 outside the laws of nature are by definition not
15 testable by the methods of science.
16    Q.   If it didn't require the supernatural but
17 could rely on the panspermia, could intelligent
18 design be considered a scientific hypothesis?
19    A.   Again, I don't understand your question
20 because you say if intelligent design didn't require
21 the designer acting outside the laws of nature,
22 which, of course, it does, and intelligent design
23 relied on panspermia, but panspermia is an entirely
24 different idea from intelligent design.

48 (Pages 186 to 189)

Page 190

1     Panspermia is the idea that the simple
2 organisms that first appear on this planet about
3 three billion years ago might have come from outer
4 space. That's the idea of panspermia. Those simple
5 organisms didn't have bacterial flagellum, they
6 weren't eukaryotic, they didn't have eukaryotic
7 cilium, they didn't have a blood clotting cascade.
8 They didn't have eyes. They didn't have the
9 complexity of the human genome.
10     If intelligent design is required, as its
11 advocates say it is, to have produced each of those
12 things from the simple organism that first appeared
13 on this planet three billion years ago, then
14 panspermia, which only accounts for the first
15 appearance of the simple organism, would be
16 completely inadequate to explain the structures,
17 organs and systems which intelligent design propose.
18 So I don't see the relationship between the two.
19   Q.  Now, Crick invoked the panspermia because
20 of the complexity of DNA; is that correct?
21   A.  I actually don't know why Francis Crick
22 became a fan of panspermia. I can suggest that
23 Francis Crick, just like myself, regards the origin
24 of life as an unsolved scientific problem, and I do

Page 191

1 know that Francis Crick was aware that a number of
2 meteorites that have fallen to earth. The Murchison
3 meteorite in Australia is a good example.
4     Many meteorites when they fall to earth
5 turn out to have substantial traces of organic
6 compounds in them. So it's very clear that the
7 ability to form organic compounds exists throughout
8 our solar system at the very least and not just on
9 planet earth. And perhaps Crick thought well, the
10 origin of life is an unsolved problem, organic
11 compounds are abundant elsewhere in the solar
12 system. Perhaps life originated elsewhere under
13 different conditions from those we have on earth and
14 then spread to this planet by comets or meteorite,
15 and I think, as I understand it, that's the essence
16 of Crick's idea.
17   Q.  Now, would the material that came that
18 sort of was the origin of the life would it have
19 necessarily contained DNA?
20   A.  All living things that we know contain
21 DNA, and I'm pretty sure that Crick would have
22 imagined that that compound would have had DNA, as
23 well — that those organisms would have had DNA, as
24 well.

Page 192

1   Q.  Does not DNA contain all of the necessary
2 coded information for the development of the
3 organism?
4   A.  No.
5   Q.  What's missing?
6   A.  DNA itself is incapable of its own
7 replication, is incapable of expressing genetic
8 information, is incapable of establishing a
9 metabolic system. So DNA requires a whole set of
10 enzymes, RNA, cell membranes and various other
11 structures to enclose it in sort of a metabolic web
12 that makes the persistence of life possible.
13   Q.  Did those other components then arrive
14 through this panspermia along with the DNA?
15   A.  Are you asking me what I think or are you
16 asking me what Dr. Crick thought?
17   Q.  Well, what you think and if it's different
18 than what Dr. Crick thought.
19   A.  What I think is that panspermia is an
20 unnecessary idea. It's certainly a possibility, but
21 I see absolutely no reason given what we know about
22 the history of life on earth to assume that life
23 originated anywhere other than this planet. So
24 that's not an idea that I hold to. I'm not an

Page 193

1 expert on what Crick thought or why he thought it,
2 but my understanding is that when Crick talked
3 panspermia, he was talking about living cells being
4 scattered to the earth on comets or meteorites. So
5 he thought the whole package was a complete living
6 organism.
7   Q.  Now, again, going back to your claim that
8 intelligent design is not science, you mentioned
9 testability, but I want to ask you about the
10 specific criteria that you rely on to determine
11 whether something is or is not science, and I
12 believe testability is perhaps one of those that I
13 gathered from your report or at least the one that
14 sort of jumped out at me. Is that accurate; is
15 testability one of the criteria used to determine
16 whether something is scientific or not?
17   A.  Yes, it certainly is. I think most
18 scientists would probably — I don't know if I'd
19 used the word testability in my expert statement or
20 not, but one of the ways in which most scientists
21 would put it is falsifiability, which is to say any
22 scientific — any truly scientific hypothesis must
23 be falsifiable. There must be a way to test it.
24   Q.  Is testability different from

49 (Pages 190 to 193)

1 falsifiability?

2   A.   Probably not. I don't see like to split
3 too closely on the meanings of words.

4   Q.   I'll just refer you to page 11 of your
5 report, which is marked as Exhibit 4, I believe.
6 The third full paragraph about midway through it
7 says, "Since the design explanation is not testable,
8 it falls outside the realm of science and places it
9 in the realm of theology, where non-natural
10 explanations are an accepted part of the explanatory
11 landscape." So in your report you use the word
12 testable.

13   A.   Yes, but I didn't use the word
14 testability. I'm sorry. I warned you I tend to be
15 very literal.

16   Q.   Fine. So you used testable as a criteria.
17 Are there any other criteria that you used to
18 determine whether something is scientific or not?

19   A.   Other criteria that one might use to
20 determine if something is scientific or not?

21   Q.   And my question directly is you.

22   A.   Of course. I understand. No, I'm just
23 flipping through here for inspiration, as much as
24 for anything else. First and foremost a scientific

1   Q.   Yes.

2   A.   I actually haven't heard of the first one,
3 but methodological naturalism, yes, I have heard of
4 that.

5   Q.   Is that a term that regulates whether
6 something is science or not science?

7   A.   Well, I suppose so. Again, as I said, I
8 am not an expert in the philosophy of science, and I
9 will tell you what I understand the term to mean and
10 how it applies to that definition. Methodological
11 naturalism means that the methods of investigation
12 that we use to investigate the natural world
13 themselves involve natural mechanisms. So, in other
14 words, we try to understand why the sun appears to
15 rise or set, why a flower unfolds or how a
16 fingernail grows by looking at the natural world,
17 the material of which the universe, the flower or my
18 thumb are composed in seeking explanations by using
19 the method of natural explanations for natural
20 phenomena. So that's how I understand
21 methodological naturalism, and that's an important
22 part of science.

23   Q.   Is that different from your first two
24 criteria, which seem to be interrelated, meaning be

1 statement has to be about nature to be scientific,
2 and it has to refer to a portion of the natural
3 world that is observable or potentially observable,
4 and it has to be proposed in a way that is testable
5 or falsifiable. I use those two words to mean the
6 same thing. So I think that's a fair statement as
7 to how you decide if a statement is a scientific
8 statement or not.

9   Q.   So, in essence, you -- in essence have
10 three of them must be about nature to be scientific?

11   A.   Yes, and the reason I say about nature or
12 about the natural world is the predictions that you
13 and I might make about the outcome of a football
14 game or whether or not we will like a movie that we
15 will go to see tonight. These are not statements
16 really about the natural world, so they're not
17 scientific statements. Science by definition, I
18 think, is our attempt -- our organized attempt to
19 understand the workings of nature.

20   Q.   Are you familiar with the term
21 methodological materialism or methodological
22 naturalism?

23   A.   Are you asking me have I heard of the
24 term?

1 about nature to be scientific, refer to a portion of
2 the natural world that's observable?

3   A.   I think it's sort of implied in those
4 first couple. I think they sort of run into each
5 over.

6   Q.   Are there any differences?

7   A.   There might be, but none that come to my
8 mind right now.

9       MR. WALCZAK: Take a break?

10      MR. MUISE: Sure.

11          (Recess.)

12 BY MR. MUISE:

13   Q.   Before we broke, we were talking about --
14 is it methodological naturalism that you're familiar
15 with that term?

16   A.   Yes, I am familiar with that term.

17   Q.   And I believe you said it was consistent
18 with the two criteria that you describe with regard
19 to the reference to nature?

20   A.   Yes, I did. Let me put it another way.
21 Earlier today I defined science as the systematic
22 search for natural explanations for natural
23 phenomenon, and the whole idea that you search for
24 natural explanations for natural phenomena, that is,

Page 198

1 in fact, methodological naturalism, and so it fits
2 very much in with the working definition of
3 science.
4    Q.   Is that separate from the criteria of
5 testability and falsifiability or --
6    A.   Well, it's actually hard to say.  I would
7 put testability and falsifiability under that first
8 part, which is the systematic search.  What do you
9 mean by a systematic search?  Well, one could come
10 up with a natural explanation for this or that or
11 the other thing but unless those natural
12 explanations were also testable -- and that's what I
13 mean by systematic search -- they wouldn't be of
14 much use.
15    Q.   Is the concept of methodological
16 naturalism is that itself testable?
17 . A.   The term methodological naturalism means
18 that in seeking explanations for natural phenomena,
19 we seek them in the natural world because that's
20 where the phenomena come about to begin with.  What
21 enables us to prefer one explanation over another --
22 in other words, the way in which we rule out one
23 natural explanation or another natural explanation
24 for a specific natural phenomena, that's where

Page 199

1 testability or falsifiability comes in.
2    Q.   Are there any -- and I use this term
3 higher order phenomena.  Are there any higher order
4 phenomena that can't be accounted for in any of
5 these sort of terms of a reductive materialism with
6 reference to the material in the natural world?
7    A.   Wow.  I'm sorry.  I don't understand what
8 you just asked.
9    Q.   Okay.  Well, intelligence -- is
10 intelligence -- is that a higher order process that
11 is detectable in nature?
12    A.   I'm not a psychologist or a cognitive
13 psychologist, but my understanding is it's very hard
14 to define exactly what intelligence means.  So
15 perhaps you could be more specific.  Do you mean
16 they'll do mathematics to compose a symphony, to hit
17 a 30-foot jump shot?  What do you mean by
18 intelligence?
19    Q.   How about the ability to design?
20    A.   Design what?
21    Q.   Design the basic features of living
22 organisms?
23    A.   Oh, well, that's the kind of intelligence
24 that I don't know anything about because I don't

Page 200

1 know anyone who is able to define the basic features
2 of living organisms.
3    Q.   But is that the sort of phenomenon that
4 you believe is detectable in nature or not?
5    A.   I have to say again I don't quite
6 understand what you're asking me.  Earlier on you
7 asked me whether or not design by an outside agent,
8 intelligent agent, would be detectable in nature,
9 and we went through a detailed analysis of this in
10 which I essentially said no, I don't think so
11 because in order to attribute the existence of a
12 certain kind of order to design, one would have to
13 rule out all possible natural possibilities, and I
14 don't understand how you do that.
15    Q.   So you see the two as not being -- as
16 being mutually exclusive?
17    A.   I have to say I don't understand what
18 you're getting at.
19    Q.   Okay.  Do you know what the scientific
20 status of methodological naturalism presently is?
21    A.   I would say that methodological
22 naturalism, in fact, describes science, that the
23 technique we use to conduct scientific
24 explanations -- scientific investigation and to

Page 201

1 build scientific explanation, that technique is
2 called methodological naturalism.
3    Q.   Is that a philosophical proposition?
4    A.   The -- only in the broadest and most
5 general sense there is a school of thought called
6 philosophical naturalism, which I am indeed familiar
7 with, as well, which is quite distinct from
8 methodological naturalism as it's applied to
9 science.  Now, perhaps what you're getting at when
10 you say is that a philosophical school of thought is
11 indeed that.  And philosophical naturalism, as I
12 understand it, is essentially the proposition that
13 the material world of nature is all there is.  That
14 everything that we are, everything in the universe
15 can be explained in terms of matter and energy, and
16 that's what I understand as philosophical
17 naturalism.  I think any person who believes in a
18 supreme being or thinks there is a spiritual reality
19 as I do is a person who does not ascribe to
20 philosophical naturalism.
21       On the other hand, as a scientist I
22 certainly do ascribe to methodological naturalism,
23 and to sort of couch all of this, if you will, in a
24 larger theological perspective, my compass for

51 (Pages 198 to 201)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

Page 146

1   Q.   But is it not true that you could detect
2 design in nature and infer intelligence from that
3 without having to refer to God as being that
4 intelligent source?
5   A.   Could you help me to understand your
6 question by saying what do you mean by detect design
7 in nature? I'll give an example of why I ask that
8 question.  If you were to make a snowflake and put
9 it under the microscope, you would discover this
10 absolute intricate pattern, and you would say wow,
11 some great artist must have sat here and tooled this
12 out with a laser cutter or something like that.  But
13 as you and I know, a snowflake grows absolutely
14 naturally by the phase transition of water vapor
15 into the solid phase of water into ice and that the
16 little angles and cuttings and so forth on the edges
17 of a snowflake are actually determined by the way in
18 which water molecules line up together when they go
19 into a solid state.
20      So you might look at a snowflake and say I
21 detect design, but, of course, you'd be wrong.
22 You'd actually be looking at the playing of laws of
23 chemistry and physics and not a specific design.  So
24 you have to help me in terms of what you mean by

Page 147

1 detecting design in nature.
2   Q.   Well, if I'm not mistaken, didn't Richard
3 Dawkins -- he refers to the design in nature as
4 apparent design; is that accurate?
5   A.   Which of Dawkins' books are you referring
6 to?
7   Q.   I believe it's in "Blind Watchmaker." I
8 may be incorrect.
9   A.   Okay. I haven't read "Blind Watchmaker"
10 for a few years, but I think your characterization
11 of what he wrote is accurate, which is to say that
12 Dawkins at the early pages of that book says that
13 yes, when you look at the -- structure and function.
14 When you look at the anatomy of living organisms,
15 one impression that you can get is that living
16 organisms appear to have been designed or engineered
17 for specific purposes.
18   Q.   Well, isn't one of the -- part of the
19 nature of the controversy is whether this design is
20 an apparent design or real design?
21   A.   Yes, I think it is fair to say that is
22 part of the nature of the controversy.
23   Q.   So then going to my question is it
24 possible then to detect design in nature?

Page 148

1   A.   Is it possible to detect design in nature?
2 Well, first of all, based on what Dawkins said, it
3 certainly is possible to detect apparent design.
4 But if you read the "Blind Watchmaker," which I'm
5 sure you have, you know that what Dawkins shows
6 quite eloquently in "Blind Watchmaker" is that even
7 very intricate physiological systems which have the
8 appearance of design, when you actually examine
9 them, you discover that that apparent design has
10 been produced by the process of evolution.  So it
11 turns out not to have been design at all.
12      So to, as you put it, detect design in
13 nature, one would basically have to rule out any
14 possibility that the apparent design could have been
15 produced by a natural process like evolution.  How
16 you rule out any possibility of the natural
17 generation of that design by evolutionary processes
18 is really at the heart of the problem faced by
19 intelligent design advocates, which is they have
20 never really shown any direct way to show that any
21 characteristic in any living organism is the product
22 of design.
23   Q.   Is that not the sort of the foundation of
24 the concept of irreducible complexity is to

Page 149

1 demonstrate that through scientific
2 experimentation?
3   A.   I agreed with you right up to
4 experimentation.  I am unaware of any experiment
5 that Dr. Behe, Dr. Minnich or anyone else has done
6 that has supported irreducible complexity.  So
7 chopping off that part of your question and saying
8 isn't that the point of the argument for irreducible
9 complexity, the answer is yes, that is the point of
10 the argument is to say that an organ system or
11 structure that is irreducibly complex could not have
12 been produced by an evolutionary process.
13      But as I explained to you in an answer to
14 an earlier question, once the definition of
15 irreducible complexity is modified, as Dr. Behe has
16 modified it, to say that well, an irreducibly
17 complex system can contain functioning subsystems,
18 you've then blown the entire argument because you
19 then provide a step-by-step pathway or you make it
20 possible for a step-by-step pathway to account for
21 the evolution of those structures.
22      So, you know, as I pointed out in my
23 essays on this topic, I think the idea of
24 irreducible complexity has either failed outright or

38 (Pages 146 to 149)

**Page 150**

1 has saved itself only by redefining what that term
2 means so radically that it no longer stands in
3 contradiction to evolution. That's the intent of
4 the irreducible complexity argument, but it's an
5 argument that fails.
6    Q.   But it's one -- it's an argument that
7 you've tested through scientific evidence and have
8 demonstrated that it fails?
9    A.   I believe I have and not by experiments
10 that I have done myself but simply by looking at the
11 scientific literature, and a perfectly good example
12 of that is, in fact, the bacterial flagellum itself.
13 When it was originally raised by Michael Behe in his
14 book, "Darwin's Black Box" as an example of
15 irreducible complexity, he basically claimed that
16 all of the proteins in the bacterial flagellum had a
17 single function, and that function was the movement
18 of the flagellum, that none of these proteins would
19 function if so much as one of them were taken away.
20 Therefore, they all must have been designed together
21 as a single package.
22       About a year or two after the publication
23 of this book, scientists became aware -- this is not
24 work I did, but it certainly is work I have read.

**Page 151**

1 Scientists became aware that about ten of the
2 proteins in the bacterial flagellum were very
3 strongly homologous to a biochemical apparatus known
4 as the type III secretory system. Once that was
5 discovered, it was immediately clear that the
6 bacterial flagellum, in fact, was not irreducibly
7 complex by Behe's own terms because a subset of its
8 parts has another different but perfectly valuable
9 function within the context of a living cell.
10    Q.   One of the things that seemed to have
11 occurred to me as I've been looking at the what the
12 experts have written that many of you will be
13 pointing to the same or similar scientific
14 literature and then drawing various conclusions or
15 different conclusions from that. Is that too broad
16 of a statement or is it a fair statement?
17    A.   I'd have to know specifically what
18 literature you're pointing at to say yes or no to
19 that.
20    Q.   Let me get right to another question then.
21 You took issue when I ended one of the sentences
22 with scientific experimentation. You said that
23 you're not aware of any experimentation to
24 demonstrate irreducible complexity; is that --

**Page 152**

1    A.   That is correct. I'm not aware of any
2 experiments that demonstrate irreducible complexity
3 performed by Dr. Minnich, Dr. Behe or anyone else.
4    Q.   Now, your arguments against irreducible
5 complexity aren't based on any experiments that
6 you've done, but you looked at the scientific
7 literature to support your arguments against it; is
8 that correct?
9    A.   That is also correct.
10    Q.   Is that not the same thing that Michael
11 Behe and others have done, is that they point to
12 scientific evidence and then draw conclusions from
13 that scientific evidence to support their conclusion
14 of irreducible complexity?
15    A.   Well I think what you're focussing on with
16 your question is process. I think it's perfectly
17 fine for Dr. Behe, Dr. Minnich, Dr. Wells or any of
18 the advocates of intelligent design to point to the
19 scientific literature, to point to observations and
20 experiments that have been done by other people in
21 other laboratories, have been peer reviewed and have
22 been published and to cite that evidence, cite those
23 data, those experiments in their own arguments; and
24 furthermore, it's perfectly okay for me to do

**Page 153**

1 exactly the same thing.
2       The question at issue is not whether or
3 not I have done experiments in my own laboratory
4 that have produced that evidence or Dr. Minnich or
5 Dr. Behe have done experiments in their own
6 laboratory that have done it, the question is
7 whether or not the inferences that they draw in
8 their analysis are correct or not, whether or not
9 they're supported by the evidence.
10       And in the case of irreducible complexity,
11 it's important to keep in mind that the formulation
12 of irreducible complexity in Dr. Behe's own words
13 made a specific prediction, and that prediction
14 which I read to you earlier and put in the expert
15 statement is that any irreducibly complex system
16 that is missing a part is by definition
17 nonfunctional, his terms, his claim, his words.
18       When I was able to look in the literature
19 and discover that the type III secretory system
20 which is missing 20 to 25 parts, not just one, but
21 20 to 25 parts from the flagellum, is not
22 nonfunctional, to use a double negative, but is
23 perfectly functional, the central claim of
24 irreducible complexity was disproven.

39 (Pages 150 to 153)

Page 234

1 and telling students repeatedly that evolution is
2 antithetical to the Christian faith; therefore, is
3 not to be believed; and therefore, science is
4 something that is dangerous to believe.
5    Q.   And as you pointed out, it's your
6 understanding that Dover High School, they obviously
7 are teaching out of your textbook pursuant to the
8 Pennsylvania state standards, correct?
9    A.   That's my understanding.
10   Q.   Now, is testability a symmetrical
11 proposition, meaning can you test the negation of a
12 proposition?
13   A.   Hang on for a second. It's getting late
14 in the day so -- can you test the negation of a
15 proposition? In other words, can you test to see if
16 a proposition can be contradicted; is that what you
17 mean?
18   Q.   I can give you some examples.
19   A.   Oh, please do.
20   Q.   The proposition that humans and other
21 primates share a common ancestor; is that a
22 scientific proposition?
23   A.   Yes, it is, and it is testable.
24   Q.   Is the negation of that proposition

Page 235

1 testable?
2    A.   And the negation would be that humans and
3 primates do not share a common ancestor.
4    Q.   And I believe in logic they say is it not
5 the case that human primates share a common
6 ancestor?
7    A.   Sorry to interrupt you. Very often in
8 mathematical proofs you assume the negative and see
9 where it leads, and if it leads to a contradiction,
10 that's a way in mathematics of proving the positive.
11 The notion -- I'll try to answer the question in the
12 most straightforward way I can. The notion that
13 humans and primates share common ancestry leads to a
14 number of testable predictions, and one of those
15 testable predictions is that we should be able to
16 trace our genetic material back to a common
17 ancestor. Now, what are the implications of that?
18        Well, one of the implications, which is
19 very clear from genetics, is that molecular errors,
20 mistakes in DNA, which build up from time to time,
21 if those mistakes occurred in the DNA of a common
22 ancestor, those mistakes ought to appear in our DNA,
23 and they also ought to appear in the DNA of our
24 primate relatives.

Page 236

1        Now, I emphasize mistakes because mistakes
2 by definition are random, accidental and of no
3 functional significance. It turns out, as you may
4 know -- and I'd be glad to elaborate if you'd like a
5 specific example -- that our genomes contain a
6 number of what are know as mobile genetic elements,
7 which are basically the scars of viral infections,
8 viruses that have inserted themselves into our DNA.
9        And in many cases in the human genome,
10 when our genome is compared to that of the
11 chimpanzee and the gorilla, we find these molecular
12 scars in exactly the same places between exactly the
13 same genes. If -- and this is proving the
14 negative -- if we do not share a common ancestry
15 with these organisms, there is absolutely no way to
16 explain these shared common mistakes. If we do
17 share a common ancestry with them, they are easily
18 explained, which is to say that the viral
19 infections, the genetic mistakes, the errors
20 occurred in that common ancestor, and the reason we
21 have them in the same spot is because we've shared
22 common ancestors.
23        In a way this argument is not unlike the
24 way I caught a couple of students testing -- a

Page 237

1 couple of students cheating on a final exam a few
2 years ago. I could see two students obviously
3 copying from each other's papers, I knew who they
4 were, I waited until the exam was over, and when the
5 exams were collected, I looked at their names and I
6 look at their papers and it was obvious that they
7 had copied from each other. So I called the
8 students in, and I asked them if they had indeed
9 copied from each over and cheated on the exam. And
10 at first they just protested, and they said well,
11 prove it. You have no evidence that we copied. I
12 said look at this essay question on your two papers.
13 It's almost identical. They said of course it's
14 identical, we studied together. So we have the same
15 understanding of material. I said that's not what
16 I'm talking about. You misspelled the same five
17 words in the same five ways on these two papers.
18 Common errors indicates common ancestry, and at that
19 point they threw their hands up and threw themselves
20 on the mercy of the court.
21        We share common molecular errors with our
22 primate relatives, and the only explanation for that
23 is common ancestry. To take the exact question you
24 asked, the hypothesis of separate ancestry

60 (Pages 234 to 237)

Page 238

1 confronted by shared molecular errors in the same
2 positions is disproven.
3    Q.    The explanation you gave about the genetic
4 scars, is that similar to the controversy with
5 regard to the molecular clock and I believe that has
6 to do with sequencing proteins. Are they the same
7 thing or two different things? Are we talking
8 apples and oranges?
9    A.    It's not similar. They're two different
10 things.
11    Q.    At the end of that very long and
12 interesting explanation, the negation of the
13 proposition is a scientific hypothesis?
14    A.    Yes, I believe it is.
15    Q.    And I think you probably answered this in
16 the subsequent part, the latter part of your
17 explanation, but the same proposition, all organisms
18 on earth share a common ancestor, the negation of
19 that proposition would be similarly a testable
20 hypothesis based on your prior answer?
21    A.    Well, let's take the negation of that.
22 The negation of that proposition would be -- I'm not
23 sure what the negation would be. Would it be that
24 all organisms have unique ancestries?

Page 239

1    Q.    Or it would be it's not the case that all
2 organisms on earth share a common ancestor?
3    A.    Okay. Well, that proposition would be
4 difficult to falsify if only because that would be
5 correct if 99.99 percent of organisms had a common
6 ancestry and there was 1,000th of 1 percent that
7 didn't. So it would be -- those two hypotheses are
8 so close in terms of their predictions. They would
9 be difficult to distinguish.
10       But if, for example, we were to set this
11 up in a more useful way, which is to say is it
12 possible -- let's take, for example, the major
13 groups of living organisms. Let's take, for
14 example, the three great domains of life,
15 eubacteria, e-u-b-a-c-t-e-r-i-a, archea,
16 a-r-c-h-e-a, and eukaryea, e-u-k-a-r-y-e-a -- no,
17 it's spelled e-u-k-a-r-y-a, eukarya. If we present
18 it as the alternative hypothesis that these three
19 domains of life have separate and common ancestries,
20 that is indeed a testable hypothesis.
21       MR. WALCZAK:   It's separate and common?
22       THE WITNESS:   Excuse me, it's separate
23       ancestries as opposed to common ancestries,
24       that is indeed a testable hypothesis. Now,

Page 240

1       I'm by no means an expert on what's known
2       as studies of the tree of life, but my own
3       understanding is that there is abundant
4       molecular evidence that the DNA of
5       eukaryotic organisms is very, very closely
6       related to the archea; and therefore, the
7       hypothesis that ancestry is separate
8       between these three domains can be tested,
9       has been tested and has been falsified.
10       Now, in terms of other possibilities for
11       separate ancestry, there is an infinite
12       number of possibilities. So one would have
13       to be specific about what the alternative
14       hypothesis is.
15 BY MR. MUISE:
16    Q.    Well, the fact that you might have an
17 infinite number of possibilities doesn't negate the
18 fact that it is a scientific hypothesis?
19    A.    Yes, that's correct.
20    Q.    How about this proposition? Is this a
21 scientific proposition that life on earth arose by
22 material causes?
23    A.    Yes, I think it is.
24    Q.    Is the negation of that proposition a

Page 241

1 scientific hypothesis?
2    A.    There are several negations of it, and
3 some are scientific and some are not. The ones that
4 are scientific are the panspermia arguments, which
5 is that life on earth arose from material causes at
6 another place in the solar system or the universe
7 and spread to earth. That's a scientific
8 proposition. It would be very difficult to test,
9 but it would be possible, as we discussed earlier,
10 to test it in principal.
11       The alternate, which is I think the
12 alternate you wish to ask me, which is that life
13 arose on earth but was the result of nonmaterial
14 causes acting outside of nature. That's not a
15 scientific proposition. That's because by definition if the
16 causes were not material, they exist outside the
17 methodology of science, and therefore, they cannot
18 be tested.
19    Q.    The original proposition that we began
20 with, life on earth arose by material causes, and
21 you said is a scientific proposition?
22    A.    Uh-huh.
23    Q.    How would you go about proving that?
24    A.    I'll reiterate something I've said

61 (Pages 238 to 241)

Page 242

1 repeatedly throughout the morning and afternoon,
2 which is science doesn't prove things. The way I
3 would go about testing that idea is basically the
4 way the origin of life researchers have worked at it
5 for the last several decades, which is to try to
6 investigate whether the basic building blocks of
7 living molecules can be generated or could be
8 generated spontaneously by conditions that resemble
9 those on the primitive earth. By-in-large that
10 question has been answered in the affirmative.
11      The next step would be to try to
12 understand how and whether or not those building
13 blocks could themselves spontaneously assemble into
14 small, catalytic, self-replicating molecules. That
15 step of the analysis by-in-large has not been
16 completed. We don't have good explanations how that
17 could have happened. We do know that small RNA
18 molecules are catalytic and can be self-replicating,
19 but we don't know where they first came from.
20      So I think the way in which you test that
21 is by simply trying to investigate every stage of
22 what one thinks is a reasonable natural set of
23 hypothesis for how this might have come about and
24 investigating them. And as you know, if you've read

Page 243

1 our textbook, our textbook very clearly presents the
2 origin of life as an unsolved scientific problem.
3      I believe it mentions that the step from a
4 collection of nonliving molecules to a living cell
5 is the greatest gap in our understanding of life's
6 early history and that this is a question that
7 science cannot yet answer, and I think that's by far
8 the best way to represent it to students.
9   Q.   And I believe in your report you set out
10 three primary or main propositions of the theory of
11 evolution. Let me see if I can summarize those.
12 The first being change over time, the second being
13 common descent -- and I'm not sure if I have them in
14 correct order — and the third being the mechanism
15 of evolution, principally natural selection?
16   A.   I actually stated — the first two I think
17 you summarized just fine. The third one I stated a
18 little more broadly than you just did. The third
19 element of the theory of evolution is the
20 proposition that biological change over time is
21 driven by forces observable in the world today.
22   Q.   Is that mechanism the mechanism of natural
23 selection?
24   A.   I'll read from my statement because I

Page 244

1 think this says it well. "Evolutionary biologists
2 have confirmed the process of natural selection
3 through direct observation but have discovered that
4 other processes are also important in evolutionary
5 change. These include genetic drift, the so-called
6 founder effect, genetic recomposition -- sorry,
7 genetic recombination, transposition and horizontal
8 gene transfer between species." I've been reading
9 from page three of my expert statement.
10   Q.   Are all of those that you just described
11 mechanisms of evolution?
12   A.   All of those are contributing processes
13 that drive evolution. I think that answer,
14 therefore, is yes.
15   Q.   Are they separate and distinct from the
16 mechanism of natural selection or are they part and
17 parcel of the mechanism of natural selection?
18   A.   That's an interesting question. Let me
19 think about that just for a second. Genetic drift
20 is -- genetic drift and the founder effect are
21 certainly distinct from natural selection in that
22 they drive genetic change in a way that it is not
23 selective. Genetic recombination, transposition and
24 horizontal gene transfer are responsible for a large

Page 245

1 part of the variability within a species that
2 natural selection acts upon. So none of the effects
3 that I've just mentioned are natural selection per
4 se. They all exist in a mechanism of which they and
5 natural selection are a part of.
6   Q.   When you say all, the genetic drift and
7 the founder effect you distinguished out as being
8 separate from natural selection?
9   A.   Yes, I did.
10   Q.   And the all that you just referred to in
11 your answer, is that the all, meaning the subsequent
12 ones that you identified on the list?
13   A.   Yes, that's correct. The subsequent ones
14 that I identified, which for the sake of the
15 stenographer I will not repeat, produce variability
16 in a species, which natural selection can act upon.
17   Q.   Now, with genetic drift and the founder
18 effect is not natural selection operating within
19 those concepts, as well?
20   A.   Well, it's important to understand exactly
21 what they mean. The founder effect essentially
22 describes the fact that the founding population in a
23 new habitat, a new island, a volcanic island in the
24 middle of the ocean, a mountain peak that has been

62 (Pages 242 to 245)

Page 246

1 ravished by fire and now is repopulated by a
2 species, the founding members of the new colonizing
3 population if their genetic characteristics are
4 dramatically different from those of the population.
5 as a whole can influence the characteristics of the
6 new population in a way that is not acted upon by
7 natural selection.
8        To give you an example, red hair is a
9 comparatively rare trait in our species.  If a new
10 island popped up in the middle of the ocean and was
11 populated by a shipwreck of human beings of whom all
12 four or five turned out to have red hair, suddenly a
13 new population might well grow up of red-haired
14 people over many generations not because there was
15 any selective force favoring red hair but simply
16 because of the characteristics of that founding
17 population.
18        So the founder effect and genetic drift,
19 which is sort of subsumed within that, is a force
20 that can change the overall characteristics of a
21 species due to effects that have nothing to do with
22 natural selection.
23   Q.   But isn't natural selection still
24 operating on that island, except it's having less to

Page 247

1 select from?
2   A.   Natural selection is a force that operates
3 in nature everywhere all the time.  So it certainly
4 is going to act on that island, but the reason the
5 island wound up with nothing but red-haired people
6 has nothing to do with that natural selection and
7 has everything to do with the founding members of
8 the population.
9   Q.   Now, looking at those three propositions
10 that you outlined, the first one evolution being
11 change over time.  Now, that's a proposition would
12 you agree that ID advocates don't dispute?
13   A.   Some do.  Paul Nelson from the Discovery
14 Institute is a good example of someone who disputes
15 it, but it is also true that many other ID advocates
16 do not dispute it.
17   Q.   I've often read or seen where people are
18 comparing evolution to whether it's a theory or
19 effect, and I think Michael Behe pointed to some
20 article by Michael Ruse where he said evolution is a
21 fact.  Is evolution a fact?
22   A.   It depends on exactly what you mean by
23 evolution.  I often think that in English where we
24 tend to use terms for several things that we use

Page 248

1 evolution in two entirely different ways, and it
2 would be very good if we could come up with
3 different words so we wouldn't confuse the two
4 meanings.
5        So, it is a fact that life on this planet
6 has changed over time.  It is also a fact that the
7 pattern of life which we observe in the fossil
8 record follows a pattern that we call descent with
9 modification.  In other words, when we look in the
10 fossil record, we see everywhere a series of
11 ancestor descendent relationships.  When new living
12 organisms appear, in almost all cases they clearly
13 are modified versions of the forms that have
14 preceded them in the fossil record, and that is what
15 is meant by descent with modification.
16        Now, if you apply evolution to that, it is
17 a fact, and I think you've just suggested that ID
18 people think it's a fact, too, that life has changed
19 over time, and it is a fact that the life of the
20 past has changed into the life of the present.  So
21 in that sense, evolution is as much of a fact as
22 anything else we know in any science or anything we
23 know in natural history.
24        If, however, by evolution you mean the

Page 249

1 process in a biological and material sense that
2 produced the change over time, that's where
3 evolution is a therapy, and evolutionary theory is a
4 set of explanations that are based in genetics in
5 this century, molecular biology, physiology and
6 developmental biology that seeks to explain how that
7 change took place.
8        And since evolution is a set of
9 explanations that explains an entire range of
10 observations and natural phenomena, that's the sense
11 in which evolution is a theory.
12   Q.   Now, with regard to the propositions that
13 you stated, the first one change over time, is that
14 the first sort of historical acknowledgment one that
15 some would claim is a fact?  Is that the evolution
16 that you're referring to?
17   A.   Yes, that is the first sense in which I
18 referred to evolution, and one of the points I made
19 in the expert report is that the fact of change over
20 time was recognized long before Charles Darwin wrote
21 the "Origin of Species."
22   Q.   I take it there's not much dispute in the
23 scientific community over evolution being change
24 over time?

63 (Pages 246 to 249)

Page 250

1 A. I don't think there's much dispute at all
2 in the scientific community over evolution, period,
3 and certainly not over evolution being change over
4 time.
5 Q. Do you know if Michael Behe disputes the
6 notion of evolution, as you stated in your first
7 proposition, change over time?
8 A. I would be more comfortable if you asked
9 Dr. Behe that question. I don't think he does, but
10 I don't want to answer for him.
11 Q. When you said you don't think he does, why
12 is it that you don't think --
13 A. Because I have debated Dr. Behe six or
14 seven times, and he's never disputed that point.
15 He's never -- he's never brought the point up for
16 discussion. So I don't know if that's his opinion
17 or not, but he certainly has never argued about it.
18 Q. Did you read his expert report?
19 A. Yes, I did skim through it. I have to
20 confess that I didn't read every page carefully, but
21 I read most of it.
22 Q. Did you read the part where he was
23 explaining where intelligent design advocates have
24 their greatest controversy with those who advance

Page 251

1 the theory of evolution?
2 A. I don't recall it.
3 Q. If Michael Behe -- and this is obviously a
4 hypothetical because you don't know -- I can
5 represent to you in his report he stated that he
6 does not have a problem with the idea that evolution
7 has changed over time. His dispute is principally
8 with the mechanism of how the change actually takes
9 place.
10 I've seen in the literature and in the
11 expert reports that have been presented that they
12 cast ID advocates as antievolutionists, and what
13 appears to be, as we've stated, it's important to
14 have a proper definition. Would it be improper if
15 Michael Behe agreed that evolution has changed over
16 time, is it proper to cast him as an
17 antievolutionist?
18 A. Yes, it is, and remember that I said we
19 often in English use the word evolution to refer to
20 two different things, and one was what I called the
21 fact of evolution -- and let's just call that
22 descent with modification to distinguish it from
23 evolution -- and that's the part with which Michael
24 Behe has never said, even by the words you just

Page 252

1 quoted, he's never said he agrees. He just said he
2 has no problem with. That to me doesn't sound like
3 a ringing endorsement.
4 But the second part, which is how that
5 change takes place, that's evolutionary theory. If
6 I remember from "Darwin's Black Box," I believe Dr.
7 Behe wrote something along these lines -- and this
8 is probably not an exact quote, but it's as exact as
9 I can get from my recollection. He wrote, "For the
10 Darwinian theory of evolution to be true, it must
11 explain the biochemical complexity of the living
12 cell. It is the purpose of this book to argue that
13 it does not." And on that basis, I think it is fair
14 to characterize Michael Behe as antievolutionist
15 because, as his own words said, he wrote a book to
16 argue that the Darwinian theory of evolution is not
17 true, and to me that would make anyone an
18 antievolutionist.
19 Q. Is it your understanding that he was
20 seeking to disprove proposition number one referring
21 to your report?
22 A. The language that I just quoted from Dr.
23 Behe, my understanding is that he was not trying to
24 disprove what you are calling proposition number

Page 253

1 one, but rather he was trying to disprove
2 proposition number three. Since all three
3 propositions are part of evolution, that would make
4 him an antievolutionist.
5 Q. Are all three of those propositions that
6 you describe in your report, do they have a similar
7 consensus amongst the scientific community?
8 A. Yes.
9 Q. So, for example, the mechanism of
10 evolution -- I'll call that proposition number
11 three, if, I have the number correctly?
12 A. Yes.
13 Q. The consensus in the scientific community
14 for the mechanisms of evolution, you're saying is
15 the same as the consensus of the scientific
16 community for proposition number one, that evolution
17 has changed over time?
18 A. Yes, it is, if you actually read my
19 proposition number three, because proposition number
20 three -- I'll quote it again -- "The third element
21 of the theory of evolution is the proposition that
22 biological change over time is driven by forces
23 observable in the world today." Is there a
24 consensus in the scientific community on that point?

64 (Pages 250 to 253)

Page 254

1 I think the answer is overwhelmingly yes.
2      There may be disagreement as to what those
3 forces are, but I know of no disagreement in the
4 scientific community that the forces that drove it
5 are observable in the world today.
6   Q.   So disagreement over what those forces
7 presently are?
8   A.   Yes, and let me give you -- let me
9 volunteer an example of that.  Evolutionary
10 biologists will look at various forms of natural
11 selection.  They may look at sexual selection,
12 physiological selection, natural selection as it
13 relates to predator prey or reproductive success,
14 and some may argue that physiological selection is
15 more important than sexual, and others may say no,
16 sexual selection is more important than anything
17 else, and they may have different investigations or
18 observations to back up their claim.
19      The common point upon which there is
20 enormously broad consensus is that the mechanisms
21 that drove evolutionary change, proposition number
22 one, are observable in the world today, and that's
23 proposition three, and do not require the
24 supernatural creative intervention of an intelligent

Page 255

1 designer, and I think it is very fair to say that
2 that is indeed the scientific consensus.
3   Q.   Is it fair to say that there is dispute
4 within the scientific community as to what those
5 mechanisms are, though?
6   A.   I'll say it again.  There is absolutely no
7 dispute within the scientific community that
8 biological change over time is driven by the forces
9 we can observe in the world today.  There is within
10 the community of evolutionary biologists
11 disagreement as to the exact balance of which forces
12 shaping natural selection are the most important,
13 and I will volunteer another example.  The
14 well-understood changes in color of the peppered
15 moth biston, b-i-s-t-o-n, betularia,
16 b-e-t-u-l-a-r-i-a associated with industrial
17 melanism were once thought to have been driven by
18 what evolutionary biologists called predation
19 selection, and predation selection in this case
20 means the visibility of the moths on various
21 backgrounds to birds of prey.
22      A reexamination of this basic work has
23 made it clear that the people who did it didn't rule
24 out the possibility that besides visibility to birds

Page 256

1 of prey, other factors such as migration, sexual
2 selection or physiological selection might also have
3 been at work, but there's no disagreement among
4 people who have studied the change and color of the
5 moth that the forces that caused it were indeed
6 natural forces observable in the world acting today
7 amenable to testing and experiment and therefore
8 amenable to scientific investigation.
9   Q.   Are all of those considered Darwin's
10 theory of evolution or are you just making a general
11 statement of these mechanisms are --
12   A.   It depends on exactly what you mean by
13 Darwin's theory, and both biologists today take an
14 expansive view of what is meant by Darwin's theory.
15 Darwin, for example, understood physiological
16 selection, he understood sexual selection -- in
17 fact, he was the first person to point it out -- and
18 he certainly understood predation selection and
19 migration.  All of those forces clearly are at work
20 in the change in the color of the peppered moth that
21 has been observed over time.  So are all of those
22 part of Darwin's theory?  Yes, I think they are.
23      MR. MUISE:  Can we mark this, please?
24          (Recess.)

Page 257

1 BY MR. MUISE:
2   Q.   Let's go back on the record.  I want to
3 talk about the second proposition, and that would be
4 common descent, according to your report.
5   A.   Yes.
6   Q.   Does common descent have the same
7 consensus in the scientific community as the other
8 two propositions of change over time and the
9 mechanism of evolution?
10   A.   Yes, it does with one provision, and that
11 is it's very clear from genetic studies of
12 microorganisms that a process that was not suspected
13 until about 20 years ago played a very, very
14 important role in the early history of microbial
15 life, and probably still plays an important role,
16 and that process, which I've already referred to
17 today is called horizontal gene transfer, and that
18 is bits and pieces of DNA move quite easily from one
19 microorganism to another, and that has made it
20 difficult at the level of microorganisms to trace
21 common descent through bacteria and through
22 single-celled organisms.
23      The general view that is held by a
24 consensus of biologists is that common ancestry

65 (Pages 254 to 257)

Page 202

1 guiding the relationships between these is pretty
2 well exemplified in that document written by John
3 Paul II that I mentioned earlier called Fides et
4 Ratio, which is to say that the rational world of
5 science can be included in the faith world of
6 religion, and the two are entirely compatible.
7 That's what makes me a methodological naturalist
8 insofar as I practice science, and that is also what
9 does not make me a philosophical naturalist in terms
10 of saying that mere matter is all there is.
11     Q.    Let me ask you a question. I'm going to
12 read to you a statement that was -- and I'll
13 represent to you is from John Angus Campbell, Ph.D.,
14 his expert report submitted in this particular case.
15 I'm just going to -- I'll read you this statement,
16 and then I'm going to ask you -- actually, I think
17 it's a couple of sentences -- but ask you if you
18 agree or disagree with --
19     A.    After you read it and before I answer, may
20 I take a brief look at the statement, so I can see
21 the context?
22     Q.    Certainly.
23     A.    Okay.
24     Q.    And the statement is "A present reader,

Page 203

1 however, may conclude that ID is not science because
2 it draws an inference to an unobservable nonmaterial
3 cause. Yet that reader has no greater certainty to
4 be consistently comparative about it in the most
5 ardent ID advocate that such a conclusion will be
6 acceptable to scientists or philosophers of science
7 in 100 years or for that matter, in 25 years, 10
8 years or next week." It's the first highlighted.
9     A.    Okay. It was very helpful to look at the
10 paragraph, the context in which you read this,
11 because the first part when you said a present
12 reader, I had no idea what that meant, and of
13 course, it means a present reader in contrast to
14 someone reading Darwin's "Origin of Species" in
15 1859. And what the statement points out was that
16 there is a claim here that Darwin learned scientific
17 method and logic from John Herschel's Preliminary
18 Discourse, and that this book, which I'm not
19 familiar with, legitimated the design inference as
20 one of the highest motives for discussing science.
21     That statement is very much in mind with
22 what I know of the Natural Theology School of the
23 late 18th and early 19th century, which is that one
24 of the motivations for studying nature and

Page 204

1 understanding nature was to confirm for the greater
2 glory of God the wonder of his works in nature, and
3 it certainly is easy for me to believe that this
4 book, which I have not read, made exactly this point
5 to Charles Darwin. The quote you asked me to
6 comment on, "A present reader, however, may conclude
7 that" --
8     THE COURT REPORTER: Can you slow down?
9     THE WITNESS: Of course. It was very
10 discourteous of me to forget about you.
11     A.    The quote that you asked me to comment
12 I'll read it in part and then make comments on it.
13 "A present reader, however, may conclude that ID is
14 not science because it draws an inference to an
15 unobservable nonmaterial cause," and I would take
16 issue with that statement because it's not just that
17 ID draws an inference to an unobservable material
18 cause, but ID basically puts its whole case on an
19 unobservable material cause.
20     Remember that ID stands for intelligent
21 designer, and the intelligent designer in this case
22 is the author of all things not attributed to
23 evolution. So it doesn't just infer it, it
24 basically builds its entire hypothesis about this

Page 205

1 unobserved nonmaterial cause.
2     Then the statement says, "Yet that reader
3 has no greater certainty than the most ardent ID
4 advocate that such a conclusion will be acceptable
5 to scientists or philosophers of science in 100
6 years or for that matter, in 25 years, 10 years or
7 next week." Now, the point that that sentence seems
8 to make to me is that since the time before Darwin,
9 science apparently has changed its mind about
10 whether a reference to supernatural design is
11 acceptable as part of science, and I think that
12 certainly is true.
13     It is true, for example, that in the
14 middle ages, in the 1200s and 1300s, supernatural
15 causes were accepted as explanations for disease, as
16 explanations for the phases of the moon, for the
17 movements of tides, for earthquakes, for floods and
18 all manner of phenomena. These inferences I would
19 argue are relics from the prescientific age prior to
20 the scientific enlightenment. And I would also
21 argue that insofar as this is a fair summary of John
22 Herschel's book on Preliminary Discourse that the
23 design inference he draws in here is also a relic of
24 a pre-enlightenment, prescientific age view of

52 (Pages 202 to 205)

Page 206

1 science in which supernatural explanations were
2 sought for natural phenomena.
3        So the second sentence, which you quoted,
4 meaning that science has changed its view about
5 supernatural causes in the past and it may well
6 change it in the future is one about which I would
7 be very doubtful. So, in other words, this is not a
8 statement that I would endorse, and it's one that I
9 would take issue with.
10   Q.   And let me ask you about a second sentence
11 in this same report, and it's quote, "The present
12 regime of methodological rules cannot prevent
13 controversy for the simple reason that those rules
14 may themselves be one of the subjects of scientific
15 controversy." Do you agree with that statement?
16   A.   No.
17   Q.   Why not?
18   A.   I don't agree with that statement because
19 I am unaware of any controversy at all within
20 science itself over the application of
21 methodological naturalism, which we also sometimes
22 simply call the scientific method.
23   Q.   What about controversy over demarcation
24 theories?

Page 207

1   A.   You'll have to help me out here. Tell me
2 what demarcation theories are.
3   Q.   Well, demarcation criteria for determining
4 whether something is science or not science, such as
5 the famous test that was -- that presented
6 apparently through the writings of Michael Ruse?
7   A.   Sorry. You're going to have to help me.
8   Q.   You're not familiar with that --
9   A.   I'm familiar with Michael Ruse. I'm being
10 completely honest. I don't know the test you're
11 talking about.
12   Q.   Are you familiar at all with any
13 controversy amongst -- and apparently this is
14 probably in the philosophy of science more so than
15 necessarily in your area of expertise, but I'm not
16 sure how much of a bleed over there is. I can
17 imagine there's probably some.
18   A.   Well, in advance of your explanation, I
19 will say, yes, I'm sure there are probably some, but
20 you would be astonished at how little attention
21 experimental scientists pay to philosophers of
22 science.
23   Q.   I've heard that once before.
24   A.   Probably as much attention as you guys pay

Page 208

1 to philosophers of law.
2   Q.   Now, in your last answer you equated
3 methodological naturalism with a scientific method?
4   A.   I did.
5   Q.   Are the definitions one in the same or
6 does scientific method denote something in addition
7 to methodological naturalism?
8   A.   The scientific method is -- it has been
9 described in many ways, and most often it is
10 described as proposing a hypothesis about nature,
11 devising an experiment or an observation to test
12 that hypothesis and then confirming or refuting the
13 hypothesis on the basis of experiment or
14 observation. That, in essence, is the scientific
15 method.
16        The term methodological naturalism
17 basically defines the terms of how the hypothesis is
18 formulated and how the test is carried out, and the
19 method is a method based in nature. So when we
20 formulate a hypothesis, it deals with nature, it
21 proposes a natural explanation for natural
22 phenomena, when we test it via observation or
23 experiment, we use natural methods to do the
24 testing, and that's the way in which methodological

Page 209

1 naturalism ties in with the various steps of the
2 scientific method.
3   Q.   Now, these natural methods to do the
4 testing may not necessarily be an experiment to
5 prove or disprove the hypothesis; is that correct?
6   A.   That is correct, and remember, as I said
7 earlier, in general we don't prove things in
8 science. We tend to prove things out. And a
9 hypothesis that is remarkably resistant to disproof
10 often becomes an accepted hypothesis. Never a
11 proven one but often an accepted one.
12   Q.   Would common descent be an example of a
13 hypothesis that would be based on empirical
14 observations as opposed to doing an experiment that
15 would prove it or disprove it?
16   A.   The idea of common descent is based both
17 on observation and experiment. It's, for example,
18 based on observations of the fossil record of
19 anatomy and physiology, and to some extent it is
20 also based on experimentation if you include, as I
21 would, if you would include as experimentation the
22 formulation of hypotheses about relationships
23 between molecules, proteins and gene sequences which
24 are then confirmed by experiments in which those

53 (Pages 206 to 209)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

Page 210

1 similarities are investigated and studied and
2 analyzed.
3    Q.   Are there not natural phenomena in which
4 we can account for presently in terms of
5 materialistic explanations and an example would be
6 the origins of life?
7    A.   Are there natural phenomena that cannot be
8 fully explained by materialistic observations?  The
9 answer is yes.  You chose the origin of life.  I
10 would choose gravity, I would choose dark matter in
11 the universe, and I would choose the way in which
12 the vertebrate body is constructed during the
13 development of an embryo because all of these are
14 questions which cannot be completely answered by
15 science, and to paraphrase an answer I gave earlier,
16 on the day when we have complete natural
17 explanations for all natural phenomena, people like
18 me will be out of business because science will be
19 finished.  We will have explained everything.
20    Q.   Yes, those are still scientific
21 hypotheses?
22    A.   Those are still scientific questions,
23 correct.
24    Q.   And just to clarify, there has not been,

Page 211

1 at least -- and I'll put it in terms of your
2 satisfaction -- a successful materialistic
3 explanation for the origin of life?
4    A.   I would expand on that a little bit, if
5 you'll allow me to, and the answer -- I'm sorry.
6 The answer to that is yes.  I regard the origin of
7 life, as I think most scientists do, as an unsolved
8 biological problem.  Now, to say that the problem is
9 unsolved is not to say that it's a problem about
10 which we know nothing.  In fact, we know a great
11 deal, and we know, for example, that conditions
12 similar to those that might have existed on the
13 primitive earth allow the formation of -- the
14 undirected formation of very, very simple building
15 blocks of compounds such as proteins and nucleic
16 acids.
17      We also know that small molecules produced
18 from these compounds, such as small sequences of
19 RNA, have catalytic properties, which means they can
20 carry out chemical reactions, and some of them can
21 even self-replicate and copy themselves.  Therefore,
22 there is the very strong inference which I draw and
23 most sciences draw that there is no fundamental
24 barrier that I or most other scientists see that

Page 212

1 would have prevented the origin of life on this
2 planet by spontaneous means given conditions that
3 prevailed on the primitive earth.
4    Q.   Now, you used the term undirected again in
5 your explanation.  Was that --
6    A.   No, the use of the term undirected was not
7 an assertion.  That was simply an observation that I
8 don't see any particular reason to invoke an outside
9 force to organize those first living systems.  In
10 the broader and more philosophical way of whether or
11 not there is purpose and direction, I would argue
12 that on that question science basically has to be
13 agnostic.  It has to admit it does not know and
14 cannot know because considerations of meaning and
15 purpose and direction are really outside of
16 science.
17    Q.   Now, you testified about your Catholic
18 beliefs in terms -- very briefly in the terms of
19 creationism and that discussion that we had
20 previously, and my understanding is that you believe
21 you hold to the orthodox Catholic view of divine
22 creation; is that accurate?
23    A.   I think that is accurate, yes.
24    Q.   And do you also believe that God acted

Page 213

1 miraculously in salvation history, for example,
2 the virgin birth?  Is that something that you
3 believe?
4    A.   I accept the central teachings of my faith
5 on issues such as immaculate conception, the birth
6 of Jesus, the death and resurrection of the cross.
7    Q.   The transubstantiation that occurs in the
8 Eucharist?
9    A.   Yes.  Oh, absolutely.  I believe in
10 transubstantiation as a matter of faith.
11    Q.   Is there anything that prevents God then
12 from acting miraculously and discernibly in natural
13 history as opposed to salvation history?
14    A.   Well, let's analyze what you just said.
15 Is there anything that prevents God from acting
16 miraculously -- and what was the second word?
17    Q.   And discernibly.
18    A.   Indiscernibly in natural history.
19    Q.   And.
20    A.   Oh, and discernibly.  That's not how I
21 heard it the first time.  Okay.  There is nothing I
22 would think as a person of faith that prevents God
23 from acting in any way he chooses.
24      MR. WALCZAK:  Or she.

54 (Pages 210 to 213)

Page 214

1      THE WITNESS:  That's not my answer but
2 that may be yours.
3    A.   So if there is a supreme being and he is
4 the author of the universe, then I see nothing that
5 would prevent that supreme being from acting in any
6 way that they chose.  So the answer to that question
7 is no.
8    Q.   Does this then cause you to have to
9 bracket you've got God acting miraculously and
10 discernibly in something as simple as -- not as
11 simple but as the transubstantiation of the
12 Eucharist which occurs every day all around the
13 world and whether or not God can act miraculously
14 and discernibly in the physical world looking at
15 your explanation of methodological naturalism?
16    A.   Sure.  Now, let's analyze your question
17 very carefully.  You talk first about
18 transubstantiation.  Transubstantiation is a belief
19 that catholics but not all Christians hold that
20 during the mass -- during the sacrifice of the mass
21 the bread and wine are transformed into the body and
22 blood of Jesus Christ.
23      An atheist friend of mind, a professor
24 under whom I had studied, once volunteered to come

Page 216

1 world that follows what we come to regard as the
2 principles and laws of science, chemistry and
3 physics and then you brought into this some of the
4 central miracles of Christian belief, including, for
5 example, the virgin birth and the resurrection and
6 so forth.
7      Those miracles are exceptional precisely
8 because they are exceptional, and they have been
9 testified to by the authors of scripture and by
10 church tradition which many people may think
11 reliable and many people may think unreliable, but I
12 think most people in my faith regard as reliable in
13 the sense that they testify to this miraculous
14 events as a matter of faith.
15      Now, this doesn't cause a
16 compartmentalization to anyone who does science, and
17 I know a great many people of my faith who are very,
18 very active in science and hold exactly the same
19 view that I do, which is that these miracles that
20 are mentioned in scripture are God's ways of
21 communicating with us to point out the exceptional
22 character of Jesus or to get specific messages
23 across to his people, and the very fact that these
24 are recognized as miracles points out their

Page 215

1 to mass, take a sample of the wine after
2 transubstantiation and prove to me that there were
3 no red blood cells in it, no platelets, no white
4 blood cells, that it was wine and not blood and
5 surely he argued that would disprove the idea of
6 transubstantiation, and I explained to him with a
7 laugh that no Catholic would be convinced by that at
8 all because what we believe, of course, is not that
9 the gluten protein in the bread is transformed into
10 the collagen protein that would be in the human body
11 but rather the transformation is of a spiritual sort
12 so that the bread and wine become spiritually the
13 body and blood of Jesus Christ and that persons who
14 believe in God by definition believe in a spiritual
15 reality that transcends the material.  So that is
16 certainly my understanding, and I think the standard
17 Catholic understanding of transubstantiation.
18      Now, you then ask a question that
19 basically says what would prevent an all powerful,
20 all knowing present God from acting in the world?
21 The answer is in a theological sense, absolutely
22 nothing, but what I look for as a sceptic and a
23 scientist is evidence of such action, and what I see
24 in the world around me is an orderly world and a

Page 217

1 exceptionalism.
2      If you believe in an all powerful and all
3 capable God, any event in history no matter how
4 small or how large could in principle be attributed
5 to God, and I think I mentioned earlier in the
6 question that we speculate what God may have done in
7 human history, personal history or natural history
8 only at great peril.  But again, what science has
9 given us in the last four centuries is the
10 investigation by natural means of the natural world.
11 That investigation has been enormously productive in
12 terms of helping us to understand how the world
13 acts.  Those investigations, I think, have not ruled
14 out the existence of God but part of those
15 investigations has been to show us that we have a
16 biological origin in the process of evolution just
17 like every other living organism on this planet.
18    Q.   Do you believe it's possible to hold to ID
19 and not be a Christian?
20    A.   I suppose I should answer that question by
21 saying yes because there is at least one person who
22 is among the fellows of the Discovery Institute who
23 has argued off and on for intelligent design and
24 that is David Berlinski who professes not to be a

55 (Pages 214 to 217)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

Page 218

1 Christian. I should also point out that there are a
2 large number of writers in the Islamic world,
3 including the Turkish writer who writes under the
4 pen name of Harun, H-a-r-u-n, Yaha, Y-a-h-a, who
5 have written articles critical of evolution and
6 promoting intelligent design from an Islamic
7 perspective.
8     So the direct answer to your question is
9 yes, it is possible to advocate intelligent design
10 and not be a Christian per se.
11   Q.   You mentioned a Muslim. Do you believe
12 it's possible to be an advocate of ID and not be a
13 Muslim?
14   A.   Well, since Michael Behe is an advocate of
15 intelligent design and he is not a Muslim, I think
16 that yes, it is possible.
17   Q.   Well, isn't it true that ID does not
18 adhere to any particular convention or dogma of -- I
19 should put it this way: Doesn't adhere to any
20 convention or dogma of a particular religion?
21   A.   It is correct that intelligent design in
22 and of itself is not sectarian in the sense that it
23 is not the sole province of Muslims or Baptists or
24 Methodists or Presbyterians, but I think it is also

Page 219

1 fair to state that the advocates of intelligent
2 design throughout the United States overwhelmingly
3 with exceptions so few as to be insignificant are
4 motivated far more by religious beliefs and
5 religious concerns about evolution than they are
6 about any scientific evidence that might be produced
7 in favor of intelligent design.
8     Q.   I'm assuming you wouldn't disparage
9 somebody as a scientist just because he's motivated
10 by religion?
11   A.   Quite frankly, I think as a scientist to
12 some extent I am motivated by religion, and that is
13 that I look around me and I see a world that exalts
14 in life. I see all of that in one sense or another
15 as the product of the work of the creator, and I
16 enjoy playing a very small role in exploring life.
17 So you might say I've got a theological motivation
18 for that.
19     The critical distinction is not whether
20 one's work is motivated by theological or
21 philosophical considerations. I regard the critical
22 distinction as whether one tries to pass off
23 theological and philosophical doctrines as science,
24 and that I would argue would be a terrible mistake.

Page 220

1     Q.   I'm going to read to you again another
2 paragraph on Professor Campbell's report, and then
3 I'll show it to you. It's actually dropped as a
4 footnote. He says, "For myself as a rhetorician and
5 as a humanist educator, I cannot imagine anything
6 more educationally salutary than a bold
7 rhetorically-based plan for harnessing the abundant
8 metaphysical energy of the American people for the
9 study of science. Precise knowledge required to
10 distinguish real from apparent design, the knowledge
11 of biology required to discuss intelligently whether
12 or not Darwinism stories were more plausible than
13 intelligent design stories would unleash a
14 tremendous and perhaps even distinctly American
15 motivator to the study of science."
16   A.   I wanted to see where the footnote was
17 dropped from.
18   Q.   Certainly.
19   A.   Well, I will react to this in a number of
20 ways, and you have already read the quotation, of
21 course, and I confessed earlier that I always have
22 some difficulty with what people mean by
23 metaphysical, and you basically define metaphysical
24 as dealing with God and the supernatural, and if

Page 221

1 that's right, I will assume that that's the
2 definition I should read here. When this talks
3 about "harnessing the abundant metaphysical energies
4 of the American people for the study of science" --
5 and this goes on and says the precise knowledge to
6 distinguish real from apparent design, the knowledge
7 of biology required to discuss intelligently whether
8 or not Darwinism stories were more plausible than
9 intelligent design stories would unleash a
10 tremendous motivator to the study of science.
11     I find the way in which this sentence
12 regards Darwinism as a set of stories whose
13 plausibility is to be compared to intelligent design
14 stories to be naive at best and misleading at worst.
15 Darwinism is not a set of stories. Darwinism is a
16 set of testable scientific explanations which are
17 repeatedly tested and have survived the experimental
18 and observational testing for almost a century and a
19 half.
20     The sentence goes on to say, "comparing
21 them to intelligent design stories." Well, the
22 interesting thing about intelligent design stories
23 is there aren't any. Intelligent design stories
24 amount to the designer did it, the designer did it,

56 (Pages 218 to 221)

Page 222

1 the designer did it. Because intelligent design or
2 the stories that are mentioned here have no detailed
3 system methods because they make no testable
4 predictions, they are stories of an entirely
5 different type than the Darwinian explanations,
6 which are tested constantly by theory and by
7 experiment.
8        What I would argue is that introducing
9 into the educational system what this author calls
10 the effort to distinguish real from apparent design
11 would actually amount to an effort to completely
12 confuse students of science as to how science works,
13 what the scientific method is and how science rules
14 in or rules out testable hypotheses. And the
15 biggest problem is that intelligent design stories
16 aren't stories, aren't testable and aren't science.
17    Q.   And we discussed this a little bit
18 previously and in his report Professor Campbell
19 points to I think he counted 105 references to the
20 design hypothesis in Darwin's work itself -- in
21 Darwin's "Origin of Species." And I think I
22 mentioned before and I think Professor Campbell
23 describes it as the dialectical opposite design
24 hypothesis to the hypothesis that was set forth in

Page 223

1 Darwin's theory.
2        Is that not to compare the two whether you
3 even refute -- you use it to refute intelligent
4 design like you've been doing in the writings and
5 the debates and so forth, do you not see that as an
6 educational goal, one that would motivate students
7 to learn perhaps Darwin's theory even better?
8    A.   I think the critical analysis is always a
9 good idea, but I also think when we, for example,
10 teach medicine or we teach health, we don't hold up
11 witchcraft and evil spirits as alternative
12 hypotheses with equal scientific stature to modern
13 scientific method or the modern principles of
14 health, and there is a reason for that, and the
15 reason for that is in the current state of science
16 we have gone beyond that. We have ruled these ideas
17 out.
18        Now, Darwin wrote in 1859, and to conduct
19 education as though the scientific questions that
20 are out there today are identical to the questions
21 that existed 146 years ago is terribly misleading
22 and would not serve education well. The other thing
23 that bothers me about this idea is that it involves
24 essentially taking an idea that has achieved no

Page 224

1 standing at all in the scientific community, has
2 produced no testable hypothesis and has been
3 rejected by mainstream science for decades and would
4 place it in the classroom as the coequal of a theory
5 that has indeed stood the test of time, observation
6 and experiment, and I think we owe our young people
7 better in terms of presenting them with a more
8 realistic view not just of science but of the
9 scientific method.
10    Q.   Now, the stated that there's no testable
11 hypotheses. Have you not tested the hypothesis of
12 irreducible complexity based on scientific
13 evidence?
14    A.   The claim of irreducible complexity is not
15 the same as the hypothesis of intelligent design
16 because remember -- and I tried very hard to make
17 this distinction clear, and perhaps in my early
18 answers I didn't make it clear enough. The concept
19 of irreducible complexity is the notion that there
20 exists within the living system complex machines
21 that are made up of multiple whereas the removal of
22 any single part prevents it from functioning
23 properly. Therefore, such systems would have had to
24 have been assembled all at once, and that's the

Page 225

1 hypothesis of irreducible complexity.
2        The way that I have refuted that is simply
3 by pointing to the scientific literature which shows
4 there are indeed subsets of various parts that do
5 have a function, and therefore, the whole idea of
6 irreducible complexity falls apart. Now, the
7 important thing to understand is that intelligent
8 design is not the same as irreducible complexity.
9        Irreducible complexity is simply an
10 analytical argument for why a particular structure
11 could not have been produced by evolution. By
12 breaking down that argument, I've effectively opened
13 the door and said yes, this thing could have been
14 produced by evolution.
15        Now, what does any of this have to do with
16 intelligent design, which, as I said, was not
17 testable. The argument which Professor Behe and
18 Professor Minnich and others argue is that
19 irreducible complexity shows that there is no
20 evolutionary pathway to a structure. I've shown
21 that I think that argument is wrong. They then say
22 if there is no evolutionary pathway, what else could
23 have produced it? Since no one to their reading is
24 stepping forward, they say okay, maybe it was

57 (Pages 222 to 225)

Page 226

1  designed.

2      That hypothesis that the bacterial
3  flagellum or the Red Sox comeback after being down
4  three games to none to the New York Yankees last
5  year was the product of intelligent design or of
6  divine intervention is not a testable hypothesis in
7  either case, and that's why intelligent design
8  itself is not testable. Many of the arguments used
9  to support intelligent design are testable and can
10 be testable, but the idea of intelligent design
11 itself is fundamentally untestable, and that's why
12 it's not science.

13  Q.  You're saying then, for example, if you —
14 let me strike that. If there is no evolutionary
15 pathway that would lead to the bacterial flagellum,
16 for example, is it not a reasonable inference to say
17 that you cannot rule out design, and I have a couple
18 of negatives in there?

19  A.  You do, and I'll forgive you the
20 negatives. I'll be very upfront about this. One
21 can never rule out causality of a supernatural
22 nature that extends outside of nature for any event
23 of any sort in human history, political history or
24 natural history. So when you ask can we rule out

Page 227

1  design, the answer is no. But remember the reason
2  you cannot rule it out is because design is not a
3  scientific idea. It's a supernatural hypothesis.
4      To be a scientific idea, it has to be
5  testable. You have to be able to rule it out, and
6  when you make the point that you cannot rule out
7  design as the origin of flagellum, I would say yes.
8  You also cannot rule out supernatural divine
9  intervention as the reason for the fall of the Roman
10 Empire, the founding of the American Republic, the
11 assassination of Abraham Lincoln or the Red Sox
12 victory in the world series.

13     All of those are possible because if there
14 is a God, he set up the rules, and he can do
15 anything he wants, but testing any of those ideas in
16 terms of divine causality or intelligent design is
17 beyond the boundaries of science, and that's the
18 point.

19  Q.  Well, can't you prove that by showing that
20 there is an evolutionary pathway that it wasn't
21 created by intelligent design?

22  A.  No, what's showing there that as an
23 evolutionary pathway shows is that there's an
24 evolutionary pathway. That's all. The arguments of

Page 228

1  intelligent design advocates basically are that
2  there are no such evolutionary pathways and then
3  some other process must have produced, but that's
4  entirely negative evidence. In other words, they
5  are advocating supernatural progressive creation as
6  the default explanation for anything that cannot
7  currently be explained by science, and I'll give you
8  an example because I think this is an important
9  point to make.

10     If we were having a discussion in 1880 and
11 we were talking about what is the force that powers
12 the sun, where does sunlight, heat, warmth and so
13 forth from the sun come from? We can take the
14 science of the time and we could rule out the notion
15 that the sun was a big ball of flame made up of
16 burning oil or burning wood or burning wax or any
17 known chemical reaction in 1880, and we could do
18 that because we could calculate the amount of energy
19 that the sun puts out, we could calculate over many
20 years the fact that the sun's diameter if it's
21 decreasing, it's decreasing only very slightly, and
22 if the sun was made of any fuel that powered a known
23 chemical reaction, its diameter should be increasing
24 much more quickly. Therefore, in 1880 could we rule

Page 229

1  out the possibility that the sun's actions were due
2  to some sort of divine intervention, the answer is
3  absolutely no, we could not rule that out.

4      As you know, 25 years later there was a
5  scientific explanation put forward for the power of
6  the sun, and that turns out to be thermonuclear
7  fusion, a force unsuspected by nature. So if at the
8  time in 1880 science had simply thrown up its hands
9  and said the explanation lies outside of nature,
10 science would have stopped and we never would have
11 done the investigatory work that was necessary to
12 understand where the sun's power actually came from.

13     That's the danger of attributing natural
14 phenomena to supernatural causes or for that matter,
15 to design, which is essentially a call to say let's
16 stop seeking natural explanations.

17  Q.  It's your claim that science would stop if
18 we refer to those supernatural explanations? Do you
19 think it would stop someone such as Richard Dawkins
20 from trying to disprove that hypothesis?

21  A.  I don't think anything would ever stop
22 Richard Dawkins. He is a force of nature. But if
23 it became the generally accepted idea in the
24 scientific community that an intelligent designer

58 (Pages 226 to 229)

1 acting outside the forces of nature were responsible
2 for the essential features of living organisms, then
3 people who actually believed that, people who were
4 educated that way, people who were held to that view
5 would indeed stop seeking to find those natural
6 causes because in many respects they would regard
7 any effort to find a natural cause for the bacterial
8 flagellum, the eukaryotic cilium, the blood clotted
9 cascade, they would regard any effort to find a
10 natural cause for those as somehow undermining their
11 faith in its intelligent designer.
12        My greatest concern about science in the
13 United States is that the intelligent design
14 movement will succeed in placing a faith-based wedge
15 between young people who are religious and the
16 theory, practice and interpretation of science.
17 That the intelligent design movement will succeed in
18 convincing young people that science is somehow
19 antifaith, and therefore, is something neither to be
20 believed nor to participate in.
21    Q.   Now, you would have to agree there is
22 certainly a sect of the American population -- and
23 perhaps your counsel could probably point to them
24 more clearly than I could -- that would desperately

1 try to refute any of those claims using science?
2    A.   Yes, I believe that's true.  Depending --
3 my own reading of public opinion polls is that
4 depending upon how you ask the question -- wording
5 is important.  Depending upon how you ask the
6 question, about 45 to 50 percent of the American
7 pubic says that they reject Darwin's theory of
8 evolution.  I think also about 25 percent of the
9 American public thinks that we never went to the
10 moon, a large proportion thinks that we found
11 weapons of mass destruction in Iraq and a large
12 portion reads astrology columns widely printed in
13 newspapers every day.
14    Q.   So you don't see any sort of religious
15 motivations at all fueling students to inquire
16 further into the scientific areas?
17    A.   Help me out with what you mean by these
18 religious motivations.
19    Q.   Well, you basically claim that science
20 would stop -- I believe those are the words you
21 used -- if there's a reference to a supernatural
22 explanation, as you believe intelligent design
23 advocates.  Did I state that correctly?
24    A.   I don't think so.  I think what I said is

1 that if a majority of young people became convinced
2 of the validity of intelligent design, what it might
3 succeed in doing is driving a faith-based wedge
4 between them and the theory and practice and
5 interpretation of science and that that would be
6 disastrous for this country.
7    Q.   Has it not been your experience that
8 students find a faith-based wedge being placed
9 between them and science based on the theory of
10 evolution, and I would point to you again the
11 comment or statement by Richard Dawkins?
12    A.   Well, I don't think so, and the reason I
13 don't think so is because if you look at the
14 curricula material, for example, that's being
15 provided to students in Dover, Pennsylvania, you
16 won't find that quotation from Dawkins and you won't
17 find that quotation from Simpson and you won't find
18 that statement from Stephen Jay Gould.  What you
19 will find -- and I would invite you to read through
20 our textbook carefully -- I would invite you to read
21 through the Pennsylvania science curriculum is
22 instead the absolute and I think very careful
23 explanation that science in general and evolution in
24 particular deals with the biological origins of

1 various species on this planet, including ours, and
2 says nothing about meaning, purpose, direction and
3 so forth.
4        You, for example, without telling me the
5 copyright date of it, held up a photocopy of the
6 chapter in an edition of our textbook that was
7 actually written about 12 years ago.
8    Q.   And during a break I believe if you would,
9 I said the 1995 edition.
10       MR. WALCZAK:  You did.  I heard that, yes.
11    A.   Then I apologize because I certainly
12 didn't hear you.  But that particular -- you
13 highlighted a statement in there, and I immediately
14 said I object to that, I think it's philosophical in
15 nature and, in fact, such statements have indeed
16 been removed from our book.  So the wedge that
17 you're speaking of I don't think is being driven by
18 our textbook.  I don't think it's being driven by
19 the Pennsylvania State curriculum and I doubt very
20 much it's being driven by teachers in Dover,
21 Pennsylvania.  The wedge I would argue is being
22 driven by people behind the intelligent design
23 movement and various religious leaders around the
24 country and probably some in Dover who are arguing

59 (Pages 230 to 233)

Page 258

1 nonetheless prevails even in microorganisms,
2 although horizontal gene transfer makes it extremely
3 difficult to trace.
4       If one were to back up just a little bit
5 and say, well, let's just talk about animals, and
6 let's talk about multicellular complex animals. Do
7 they show common ancestry? The consensus that they
8 do is absolutely overwhelming, and that consensus
9 has been strengthened in the last 20 years by
10 studies in molecular and developmental biology that
11 show that all complicated multicellular animals
12 share what you might call a common tool kit of genes
13 that helps to build the multicellular body that is
14 characteristic of animals.
15    Q.   Do ID advocates refute that proposition,
16 common descent?
17    A.   Some do.
18    Q.   And based on that answer, some don't?
19    A.   The only — and I mean the only
20 intelligent design advocate I have ever heard say
21 that he has no problem with common descent is
22 Michael Behe. As I mentioned earlier, William
23 Dembski as written recently about separate descent
24 of humans and our great ape relatives, and one of

Page 259

1 the principle contentions of the intelligent design
2 movement, which is that the organisms that appeared
3 in the Cambrian period were designed, that argument
4 in and of itself argues for separate descent as
5 opposed to common descent. Because if all of these
6 different types of organisms were indeed each
7 designed, then they also show different descent as
8 opposed to common descent.
9     Q.   Now, are you familiar with some of
10 writings or works of Carl Woese and Ford Doolittle
11 with regard to the question of common descent?
12    A.   Yes, I am.
13    Q.   And my understanding is that they had a
14 view that the origins of life was not — it wasn't
15 from a single origin but from multiple origins. Is
16 that correct?
17    A.   Yes, that is. It might be true for Woese.
18 I'm not sure about Doolittle, but both Woese and
19 Doolittle have confined their scientific work to the
20 study of genomes of microorganisms, the organisms
21 that we call prokaryotes, and these are precisely
22 the organisms in which horizontal gene transfer is
23 an issue.
24       Now, I don't know specifically what they

Page 260

1 said about multiple organs, and they may very well
2 have written that the process of horizontal gene
3 transfer makes it impossible to rule multiple
4 origins out.
5     Q.   Would their study in their work, I guess,
6 create a scientific challenge to common descent?
7     A.   No, because as I mentioned in my previous
8 answer, common descent is broadly held by the
9 scientific community with — and I mentioned it
10 before — the complication of horizontal gene
11 transfer, which is precisely the issue that Woese
12 and Doolittle have addressed.
13    Q.   In your 2004 edition of Biology, do you
14 mention the horizontal gene transfer in relation to
15 common descent?
16    A.   To be perfectly honest, I can't remember
17 if we do or if we don't. I do know that my
18 coauthor, Joe Levine, when he speaks to students and
19 teachers about this shows slides indicating
20 horizontal gene transfer. It is something that if
21 it is not in the 2004 edition, we definitely plan to
22 include in the next edition.
23    Q.   Would it be presented in the sense that it
24 causes a challenge at all to the notion of common

Page 261

1 descent?
2     A.   Since it doesn't actually cause a
3 challenge, we certainly will not present it that
4 way. What horizontal gene transfer does is it makes
5 it difficult to trace common descent through
6 microorganisms, and that's a very important point.
7 As I mentioned, once one gets to more complicated
8 organisms — and I specifically mentioned the
9 animals, but this would also apply to the plant
10 kingdom — once one gets to more complicated
11 organisms, there is no serious challenge to the
12 notion of common descent in terms of following the
13 experimental evidence.
14    Q.   But if Woese, for example, concludes that
15 there is multiple origins of life, that doesn't
16 cause a challenge to your common descent?
17    A.   Can you show me papers, quotations,
18 references, so I can comment on that paraphrasing
19 context?
20    Q.   I don't have that with me at this time,
21 unfortunately. The work from Woese that you were
22 referring to, again, with the horizontal gene
23 transfer, in that work did he mention at all about
24 multiple origins or again, you're not certain if —

66 (Pages 258 to 261)

Page 262

```
1    A.   I'm not certain about it, that's right.
2    Q.   And I'm going to have to ask a
3  hypothetical because unfortunately, I don't believe
4  I have that particular study here with me. If he
5  concludes that his evidence shows that there are
6  multiple origins of life, would that cause a
7  challenge to the proposition of common descent?
8    A.   Again, you ask a hypothetical.
9    Q.   Yes.
10   A.   I'm not sure that Woese has ever concluded
11 that. I think what he may have written is that the
12 phenomenon of horizontal gene transfer makes it
13 impossible to determine if there was a single origin
14 for life or if there were multiple origins. Now,
15 that's not the same thing as concluding that life
16 originated multiple times.
17        Would it cause a problem for the notion of
18 common descent? The answer is, to be perfectly
19 honest, no, because as I said, we belong to a group
20 of organisms — well, let's see. I'm going to use a
21 technical term. We belong to a group of
22 multicellular organisms known as the Deuterostomata,
23 d-e-u-t-e-r-o-s-t-o-m-a-t-a, and all of the animals
24 that we see on the land and most swimming animals
```

Page 263

```
1  and so forth, the animals that we're concerned about
2  in the living kingdom all belong to that category,
3  and there is absolutely no question that all animals
4  in that category share a common origin.
5    Q.   And we spoke briefly about the Cambrian
6  explosion. I want to revisit that. Are there
7  multicellular precursors to the Cambrian fauna?
8    A.   Yes.
9    Q.   Such as? Can you give me an example?
10   A.   Yes, there is a large and very
11 well-developed fauna in the Vendian period,
12 v-e-n-d-i-a-n, that predates the Cambrian by between
13 100 and 150 million years, and these are found in
14 fossil formations in Australia and I believe on some
15 other continents, and they include large
16 multicellular animals and plants.
17   Q.   These -- and I'm not sure if I'm
18 pronouncing it right — the ediacara fauna?
19   A.   That is correct. You are pronouncing it
20 right: In addition, in recent years a large number
21 of multicellular animal embryos that look like they
22 belong to that same category of animals that we
23 belong to have been discovered in Precambrian rocks.
24 And about a year and a half or two years ago, there
```

Page 264

```
1  was a stunning report in science of microscopic
2  bilateran, b-i-l-a-t-e-r-a-n, animals fossilized in
3  Precambrian rocks.
4        So there are many examples of
5  multicellular organisms and even animals that are
6  bilateral, that showed two-sided symmetry, just as
7  we do, in Precambrian fossils.
8    Q.   With regard to the ediacara fauna, have
9  not Steven Jay Gould and Simon Conway Morris written
10 about their doubts of that fauna actually being
11 Precambrian fauna?
12   A.   I'm unaware of any doubts that either
13 Gould or Conway Morris have had about those being
14 Precambrian. I think that's clear that they are.
15 The doubts that they might have expressed is to
16 whether or not the ediacara fauna are ancestral to
17 the Cambrian animals, and it's quite likely that
18 they are not ancestral to the Cambrian animals.
19   Q.   If they're not ancestral, does that not
20 break the line of common descent?
21   A.   It doesn't break the line of common
22 descent in that, as we often say in science, the
23 absence of evidence is not evidence of absence, and
24 the fact that you haven't discovered an organism yet
```

Page 265

```
1  doesn't mean it could not have existed.
2        The most striking thing about the animals
3  that appear in the Cambrian is that many of them
4  left modern descendents. We can see, for example,
5  in the Cambrian the ancestors of the chordates,
6  which are the group of animals to which we belong,
7  ancestors to the arthropods, the animals to which
8  insects and crustaceans belong, ancestors of worms.
9        When we analyze the genomes of all of
10 these organisms today, which has only been possible
11 in the last decade, the astonishing discovery is
12 that they all share a common molecular tool kit
13 built into their genes which builds the body. So
14 what this suggests on the basis of this experimental
15 evidence is that what really happened in the years
16 preceding the Cambrian was the development of a
17 common toolkit for the construction of the animal
18 body, and that common toolkit made possible through
19 rapid diversification of different body plans that
20 we see in the Cambrian.
21        So far from presenting a challenge to
22 evolution, the Cambrian explosion in the view of
23 most scientists represents an astonishing
24 opportunity for evolution and developmental biology
```

67 (Pages 262 to 265)

Page 266

1 to get together to explain exactly what happened.
2    Q.   That Precambrian fauna, was it not extinct
3 prior to the Cambrian period?
4    A.   That is -- well, once again, absence of
5 evidence is not evidence of absence, but most of the
6 animals that show up in the ediacara fauna vanish a
7 few million years before the Cambrian, but remember
8 the two other discoveries that I mentioned, which is
9 now from fossil sites in China which are continuing
10 to yield great finds in the years immediately
11 proceeding the Precambrian.  We do find
12 multicellular embryos that could very well have been
13 the ancestors of some of the animals in the
14 Cambrian, and the most recent fossil discovery,
15 which has been published in science but still needs
16 verification, is the discovery of small, bilateral,
17 sort of worm-like animals that clearly could have
18 been ancestral to several of the Cambrian forms.
19    Q.   If you consider an octopus -- for example,
20 let me give you an octopus, a starfish, an insect
21 and a fish, what phyla do these belong?  And I'll
22 read those to you again, an octopus, a starfish, an
23 insect and a fish.
24    A.   Can you tell me what kind of fish?  I

Page 267

1 don't mean to be specific.  Is it a bony fish or
2 cartilaginous fish?  Is it a shark or a minnow?
3    Q.   We'll pick a minnow.
4    A.   Okay, cool.  Well, you're testing my
5 knowledge of biological classification.  The octopus
6 belongs to the phylum mollusca, m-o-l-l-u-s-c-a; the
7 starfish belongs to the phylum Echinodermata,
8 e-c-h-i-n-o-d-e-r-m-a-t-a; the insect belongs to the
9 phylum Arthropoda, a-r-t-h-r-o-p-o-d-a; and the fish
10 belongs to the phylum Chordata, c-h-o-r-d-a-t-a.
11 You asked.
12    Q.   That was beautiful.  Is there fossil
13 evidence that show that they each share a common
14 ancestor?
15    A.   The question you asked is is there fossil
16 evidence that shows that these share a common
17 ancestor?  The answer to that is no, we don't have
18 evidence yet of a common ancestor for these four
19 different phylum.  We do, however, have molecular
20 evidence from organisms living today, as I mentioned
21 several times, that all of these organisms share a
22 common molecular toolkit, which is strong evidence
23 on a molecular evidence, and many people would argue
24 that molecular evidence is more important than

Page 268

1 fossil evidence, that they do share a common
2 ancestor in molecular terms.
3    Q.   I want to return to the bacterial
4 flagellum, if we could.
5    A.   What a surprise.
6        MR. WALCZAK:  This case could be known as
7        the bacterial flagellum case of intelligent
8        design.
9 BY MR. MUISE:
10    Q.   Well, I have learned a little bit about
11 the -- and I'll just refer to it as the TTSS?
12    A.   The type III secretory system, TTSS,
13 agreed.
14    Q.   And I believe you testified previously
15 that it's simpler than the flagellum in that it is
16 composed of less protein?
17    A.   Yes, the type III secretory system is
18 composed of ten proteins, all of which are strongly
19 homologous to ten proteins which are found in the
20 base of the typical bacterial flagellum.  It's very
21 important to appreciate that there are many
22 different kinds of bacteria, and there is no one the
23 bacterial flagella.  There are many types of
24 bacterial flagella.  They share common similarities

Page 269

1 but they do differ from each other in some respects.
2    Q.   And my understanding of the, I guess,
3 atypical bacterial flagellum is composed of
4 approximately 40 proteins?
5    A.   I think that's about right.  If I remember
6 from a review article from David Derosier at
7 Brandeis University that there are about 40 proteins
8 in the flagellum, but there also are about ten other
9 proteins which are not part of the flagellum but are
10 required for the assembly of the proteins into the
11 flagellum.  So you really need about 50 protein
12 products or about 50 genes to make the bacterial
13 flagellum.
14    Q.   Is it your point that the TTSS is a
15 precursor to the bacterial flagellum?
16    A.   No, it is not.  Do you want to know what
17 my point is?
18    Q.   Sure.
19    A.   Okay.  My point is that if the claim is
20 made, as we've discussed many times today, that the
21 bacterial flagellum is irreducibly complex, then by
22 Behe's own definition any precursor to it that is
23 missing a part should be in his words by definition
24 nonfunctional.  The TTSS is missing 40 of those 50

68 (Pages 266 to 269)

**ESQUIRE DEPOSITION SERVICES**
**1-866-619-3925**

Page 270

1 components and it is perfectly functional.
2 Therefore, the existence — the very existence of
3 the TTSS shows by the terms of the intelligent
4 design people themselves that the flagellum is not
5 irreducibly complex.
6    Q.   In that explanation do you have to assume
7 that the TTSS is a precursor to the flagellum?
8    A.   No, you do not. I should point out,
9 however, that in the last three years two scientific
10 papers have appeared based on direct work on the
11 bacterial flagellum that have argued that the TTSS
12 is indeed ancestral to the flagellum or at least
13 evolved in parallel. One was written by a scientist
14 named Aizawa, A-i-z-a-w-a, and I believe it was
15 published in 2001, and there is a more recent paper
16 published in 2003. I don't recall the name of the
17 author, but I have it on my desk upstairs -- and it
18 would be very easy to get it -- in which by a
19 genetic analysis of the proteins at the base of the
20 flagellum and the proteins in the TTSS, he argued
21 that the TTSS and the flagellum share a common
22 ancestor. In other words, that there was a
23 TTSS-like system which actually was the ancestor of
24 the bacterial flagellum.

Page 271

1    Now, it's fair to say that currently for
2 lack of good data opinion in the scientific
3 community is divided as to whether the flagellum was
4 the ancestor of the TTSS or something like the TTSS
5 was the ancestor of the flagellum. What is beyond
6 dispute is that the TTSS forms a component part of
7 the bacterial flagellum that is functional in its
8 own right; and therefore, the bacterial flagellum is
9 not irreducibly complex.
10    Q.   Is one of the works -- and I reference to
11 Milton Saier, S-a-i-e-r. Are you familiar with him?
12    A.   It sounds familiar, but I can't quite
13 place it.
14    Q.   It's my understanding that his work
15 suggest that the TTSS evolved from the flagellum
16 rather than into it?
17    A.   It may well suggest that, and remember
18 that I just said it's my understanding that opinion
19 in the research community is divided. So the two
20 papers I referred to would suggest TTSS as being
21 ancestral, and apparently the paper that you're
22 citing would suggest the flagellum as being
23 ancestral, and that's the mark of divided opinion.
24    Q.   I take it from a prior answer that you had

Page 272

1 given on another question that it's not necessary
2 the challenge of evolution to explain how you get
3 complex systems from simpler ones. I think you
4 explained that simpler ones may derive from complex
5 ones and that's consistent with evolution. Did I
6 say that correctly?
7    A.   No, I don't think you did. I think my
8 prior ancestors deal with whether or not in
9 analyzing the arguments that are advanced for
10 intelligent design, it's necessary, specifically
11 irreducible complexity argument, whether it's
12 necessary to provide a step-by-step Darwinian
13 pathway for the evolution of structure, and since
14 irreducible complexity makes other claims that are
15 testable, I think the claim of irreducible
16 complexity can be refuted and is refuted without
17 providing that step-by-step Darwinian pathway for
18 evolution.
19    What you just asked me, however, is
20 whether or not it's necessary for evolution to do
21 that? I think one of the goals of research in
22 biology in general and evolutionary biology in
23 particular is indeed to understand the evolution of
24 complex structures, and just to volunteer an

Page 273

1 example, in recent years the explosion of
2 information on comparative genome sequences of
3 vertebrates has made it possible for the first time
4 to test a number of hypotheses about the evolution
5 of the blood clotting system and the evolution of
6 the immune system, and evolutionary biologists are
7 working very hard to understand the detailed
8 Darwinian step-by-step evolution of these systems.
9 So, yes, I think that is something that evolutionary
10 biology tries to do.
11    Q.   Well, is it a challenge to evolutionary
12 biology to — a challenge to the basic propositions
13 of evolutionary biology to go from a complex to a
14 simple?
15    A.   No, I don't think that's a challenge at
16 all. I think one can easily understand how a
17 complex system might shed some of its part to
18 achieve function as a simpler system with fewer
19 parts. Now, if irreducible complexity was right,
20 that would be impossible because lose a part by
21 definition you become nonfunctional. But in
22 evolutionary terms, it's I think quite easy to see
23 how a complex system could shed a few of its parts
24 and have another function as a simpler system.

69 (Pages 270 to 273)

Page 274

1 Q. Are you familiar with the work of James
2 Shapiro, who is apparently on the faculty at the
3 University of Chicago, and Franklin Herald, who
4 apparently is an emeritus status at Colorado State
5 University, one is a molecular biologist and Herald
6 a cell biologist. Are you familiar with those two?
7 A. As a graduate student, I worked in the
8 laboratory briefly of Frank Herald, and he was not
9 at Colorado State and would probably take offense.
10 He was at the University of Colorado Medical Center
11 and the National Jewish Hospital. I believe Shapiro
12 is also professor emeritus. He's retired, but I'm
13 familiar with Frank Herald's work and I know him as
14 a mentor and a friend. Shapiro I've read bits and
15 pieces of his articles.
16 Q. I'll ask you is it accurate that they
17 claim that there's no detailed accounts for the
18 evolution of systems like the flagellum?
19 A. It is accurate that -- let's take Herald.
20 It is accurate that Frank Herald has pointed that
21 out in print, and I have also corresponded with
22 Frank Herald, and he has read parts of my book and
23 has basically said, gee, I was unaware of the
24 accounts in the literature that I cited in my book,

Page 275

1 "Finding Darwin's God," of the evolution of the CREB
2 cycle and of the evolution of certain electron
3 transport pathways; and therefore, basically
4 Dr. Herald has told me that he was unaware of these
5 accounts even though he wrote otherwise in print.
6      Shapiro, as you point out, has indeed
7 written that, but these statements basically
8 appeared before a number of scientists, myself
9 included, did point out the existence of detailed
10 accounts of the evolution of complex biological
11 systems.
12 Q. Which are the complex biological systems
13 that you're referring to?
14 A. Well, the specific one that I pointed out
15 in my book was the evolutionary CREB cycle. I would
16 go further and also say that Russell Doolittle --
17 Russell Doolittle's work on the evolution of the
18 blood clotting system is also a perfectly good
19 example of the evolution of a complex biochemical
20 system by molecular means. Dr. Behe, of course, in
21 his book, "Darwin's Black Box" wrote otherwise, but
22 I think he was mistaken.
23 Q. The Doolittle experiment — and I'm not
24 sure if it's the same individual — or Doolittle

Page 276

1 paper, is that the one referenced to the mice and
2 their blood clotting system?
3 A. No, it was not. The reference to the mice
4 and the blood clotting system were experiments that
5 I believe were done in the laboratory of Dr. Joan
6 Brugge, B-r-u-g-g-e, and not Doolittle.
7 Q. Well, following on this line of these
8 complex systems, are you aware of any experimental
9 papers or research that's shown natural selection
10 has produced the ribosome?
11 A. No, the ribosome is the basic protein
12 synthetic apparatus that as far as we know has been
13 inside every cell that has ever existed on this
14 planet, and therefore, probably has a history that's
15 almost three billion years old. So the answer is
16 no, we do not have a detailed evolutionary
17 explanation for the ribosome.
18      I'll note one thing, however, and that is
19 the current work on the function of the ribosome has
20 shown very clearly that the catalytic activity of
21 the ribosome -- the ribosome's main job is to
22 catalyze the formation of peptide bonds. The
23 catalytic activity of the ribosome is concentrated
24 in a very small portion of the RNA molecule, which

Page 277

1 is in the middle of the ribosome. So that even
2 though the ribosome is composed of dozens of
3 proteins -- almost 100 in the case of a eukaryotic
4 ribosome -- the important portion, the functional
5 portion of the ribosome actually resides in a very
6 short stretch of RNA, thereby providing a plausible
7 way to understand how the ribosome evolved.
8 Q. Same question regarding the natural
9 selection producing the proteosome?
10 A. I'm unaware of any evolutionary analysis
11 of the evolution of the proteosome, but I'd also
12 point out regarding the absence of an evolutionary
13 explanation that the proteosome was only discovered
14 about 15 years ago, and we are still in the process
15 of figuring out exactly how the proteosome works,
16 and one can hardly put together an explanation of
17 the origin of a biochemical machine until one has a
18 complete understanding of its function, and we don't
19 have that understanding for the proteosome yet.
20 Q. Same question with regard to the cilium?
21 A. The cilium I think is a more interesting
22 case, and the reason for that is -- there are three
23 principal components, proteins found in the
24 eukaryotic cilium, and those are the protein known

70 (Pages 274 to 277)

Page 278

1 as tubulin — it's actually two proteins but we
2 regard it as one — a protein known as dynein, and a
3 linking protein, which is sometimes called nexin.
4        All three of these proteins have other
5 functions in the cell which are distinct from their
6 combined function in the cilium; and therefore, the
7 principal claim that Michael Behe has made that the
8 cilium is irreducibly complex is actually easily
9 falsified because there are functional parts.
10 Tubulin does one thing in a cell. Dynein is
11 responsible for the movement of vesicles throughout
12 the cell. Nexins are linking proteins which are
13 related to other proteins in the cytoskeleton.
14        So I'm not aware of the detailed
15 step-by-step analysis of the evolution of the
16 eukaryotic cilium, but I also don't think it
17 represents a problem in terms of the argument from
18 irreducible complexity.
19    Q.    Did we mark the testimony?
20    A.    Yes, we did.
21        (Defendant's Exhibit No. 11 was marked.)
22 BY MR. MUISE:
23    Q.    Could you take a look at Exhibit 11. If
24 you want to thumb through that, I'll represent to

Page 279

1 you that I received that from plaintiffs attorney,
2 and it's supposed to have included all of your
3 testimony given in Georgia regarding the Cobb County
4 case.
5    A.    Is there a question?
6    Q.    Does that appear to be your testimony?
7    A.    Yes, it does.
8    Q.    Have you had a chance to review your
9 testimony in written form?
10    A.    I haven't read it in detail, but counsel
11 for the plaintiff did provide me with this a couple
12 of nights ago, and I skimmed through it briefly, and
13 I assume it to be accurate.
14    Q.    Was there anything that you recall reading
15 through there that struck you as perhaps you
16 misstated an answer to one of the questions?
17    A.    I suppose it's possible, but as I skimmed
18 through it, there's nothing that caught my eye.
19    Q.    And who asked you to testify in that case?
20    A.    Say it again, please.
21    Q.    Who was it that asked you to testify in
22 that case?
23    A.    Let me think about this for a moment. Oh,
24 I was asked — I visited Atlanta in April 2004, and

Page 280

1 I gave a talk at Georgia State University, and when
2 I was there, the lead plaintiff in the case, a
3 person named Jeffrey Selman identified himself to me
4 at the seminar, mentioned the fact that his lawsuit
5 was possibly coming to trial and asked me if I would
6 be willing to come to Atlanta and testify and I said
7 yes.
8    Q.    Now, my understanding is you testified as
9 a fact witness and not an expert witness; is that —
10    A.    That's my understanding, too.
11    Q.    And you did not give a deposition in that
12 case?
13    A.    I did not give a deposition.
14    Q.    Do you know why you were testifying as a
15 fact witness and not an expert witness in that case?
16    A.    Not exactly.
17    Q.    If you look on page 143, there was a
18 question asked beginning on line 16, "When you were
19 writing your material on evolution, did you add
20 information about the scientific evidence against
21 evolution?" And you said, "The short answer to that
22 is no."
23        Was the book that was at issue in Georgia,
24 is that — was that the 2004 version of the

Page 281

1 dragonfly book?
2    A.    No, it was the 2002 version. I will for
3 your benefit stipulate that most of what is included
4 in the 2002 version with respect to evolution is
5 quite similar to the 2004 version. There are about
6 four chapters in the 2004 version that we completely
7 rewrote, but those chapters were on molecular
8 biology and on physiology. They were not on
9 evolution.
10    Q.    Does your answer to this question — let
11 me just ask you with regard to 2004 a similar
12 question. Did you add information about the
13 scientific evidence against evolution in your 2004
14 version of the book?
15    A.    In some respects the answer to that is
16 yes, and here's how I'll explain it: I will refer
17 to my testimony on page 145, line 11, and I'll just
18 read that into the record, and this is a statement I
19 certainly stand by. "With respect to evolution and
20 biology, is there evidence, good scientific, solid
21 evidence, that directly contradicts the theory?"
22 And, of course, I meant the theory of evolution. "I
23 would say, no, I haven't found any, and most
24 scientists would give the same answer."

71 (Pages 278 to 281)

Page 282

1     That statement that I am unaware of any
2 evidence against evolution, which is to say that
3 contradicts evolution, that is still the answer I
4 would give today. I'm unaware of any piece of
5 evidence that contradicts the theory of evolution.
6 Now, having said that, one of the things that we
7 specifically did in the 2004 edition was to include
8 a heading, and I can find the exact page -- but, of
9 course, you have a copy of the book here, so we can
10 refer to it -- was to include a heading called
11 strengths and weaknesses of evolutionary theory, and
12 under that heading we did our best to point out some
13 of the unexplained problems that confront
14 evolutionary theory, and some areas in which there
15 is no evolutionary explanation. That is the
16 difference between the Cobb County book and the book
17 that is at issue in Dover, Pennsylvania.
18   Q.  I want to follow up with that, but before
19 we do, since you're looking at your testimony, that
20 same page on page 145 starting at line 22, you
21 state, "In the evolution section of our textbook, we
22 point out that scientists, for example, disagree
23 about the relative importance of natural selection,"
24 and then you list some other factors.

Page 283

1     Is that statement accurate there that
2 scientists do disagree about the relative importance
3 of natural selection?
4   A.  Not the way you just quoted it. I'll read
5 it again. They disagree about the relative
6 importance of natural selection, sexual selection,
7 chance, species hybridization and a whole host of
8 other factors, all of which influence evolution."
9 The answer is, yes, I stand by that, and it's very
10 similar to an answer that I gave earlier with
11 respect to my expert testimony in which I indicated
12 that there's no disagreement about whether the
13 mechanism of evolution can be explained by factors
14 observable in the world today, but a number of
15 factors that influence evolution, there is some
16 disagreement about, and that's also what the
17 testimony here says.
18   Q.  If you would continue on to page 156 of
19 your testimony and particularly line 16 through 23,
20 would that be I guess similar in conscience with the
21 answer that you just gave about disagreements over
22 certain aspects of evolutionary theory?
23   A.  Yes, I think it would be, and what you see
24 on page 156 of the testimony is an answer that is

Page 284

1 identical to an answer I gave you earlier on the two
2 meanings of evolution. Lines 4 through 15 on that
3 page, for example, refer to evolution in the sense
4 of what happened in the past, and lines 16 through
5 23 refer to a different meaning of evolution as the
6 explanation for how those changes took place.
7   Q.  In looking at this testimony, the lines
8 you just pointed to, on lines five and six with
9 regard to the first definition of evolution that
10 changes occurred over time, you state "the
11 scientific community really is of one mind that
12 evolution took place, that we are descended with
13 modifications from earlier organisms and so is
14 everything else on this planet."
15     That aspect of evolution as you state,
16 "the scientific community is of one mind," there's
17 virtually no disagreement over that, correct?
18   A.  I believe that that statement fairly
19 presents the overwhelming scientific consensus,
20 yes.
21   Q.  And then beginning on line 16, you
22 contrast that with how evolution took place,
23 correct?
24   A.  I do contrast it with how evolution took

Page 285

1 place because I say that's a different meaning of
2 the word evolution.
3   Q.  And how evolution took place, there is
4 considerable disagreement, and you list some of the
5 components of that are -- that there is
6 scientific disagreement over; is that accurate?
7   A.  It is accurate, and these are the same
8 sorts of components that were listed in my expert
9 statement and elicited by you in an earlier question
10 today.
11   (Defendant's Exhibit No. 12 was marked.)
12 BY MR. MUISE:
13   Q.  So you have in front of you what's been
14 marked as Exhibit 12, and you're referencing in your
15 prior testimony the inclusion of a new section -- I
16 guess it's for the first time appeared in the 2004
17 version of your biology book entitled, "Strength and
18 Weaknesses of the Evolutionary Theory." Is that
19 correct?
20   A.  That is correct.
21   Q.  And that section has not appeared in prior
22 versions of your biology text?
23   A.  That is also correct.
24   Q.  What was the purpose for putting that in

72 (Pages 282 to 285)

1 the 2004 version?

2   A.  The purpose for putting that in the 2004
3 version was that the state requirements of the State
4 of Texas specifically required students to analyze
5 and critique the strength of scientific theories and
6 hypotheses. Now, that standard, which is known as
7 TEKS 3A in Texas applied to scientific theories in
8 general, but as we submitted our textbook to the
9 State of Texas, it was clear that there was only one
10 scientific theory or hypothesis that any member of
11 the state board of education was interested in
12 seeing strengths and weaknesses for, and that one
13 theory was the theory of evolution.

14   So we tried to make it very clear that we
15 were able to discuss and present the strengths and
16 weaknesses of the theory of evolution by placing a
17 heading and by talking about what we regarded as
18 strengths and weaknesses of that scientific theory
19 and hypothesis.

20   Q.  Do you have any further explanation than
21 these short two paragraphs that are listed under
22 that heading?

23   A.  Yes.

24   Q.  Can you identify where those sections are

1 in the book?

2   A.  I'd be happy to if you'd hand me the
3 book.

4   Q.  I certainly will. I don't want to make
5 this an exhibit to the record, but if we can just
6 acknowledge --

7   MR. WALCZAK: I'm sure Ken would be happy
8   to sell you another copy.

9 BY MR. MUISE:

10   Q.  Referring to the 2004 version of his
11 biology textbook -- what I'd like to do -- why don't
12 we take it under the -- it appears you have three
13 separate categories where there are questions under
14 the strengths and weaknesses. The first one is
15 "Precisely how new species arise."

16   A.  Well, excuse me, you asked me a previous
17 question relating to my book, and now you're asking
18 me a different question. So let me answer the first
19 one first. You said where else in your book do you
20 deal with strengths and weaknesses, and that's what
21 I was about to answer by delving into the book.

22   Q.  And let's just clarify. Strengths and
23 weaknesses with regard to Darwin's theory or the
24 strengths and weaknesses with regard to any theory?

1   A.  Well, with regard to any theory. I was
2 about to read a passage from chapter 1, page 15 on
3 the status of scientific theories, including
4 evolution. I take it you're not interested in
5 that?

6   Q.  Well, obviously since this case is about
7 evolution, I want to focus on -- and that's where I
8 want to direct your specific attention. Let's go
9 back to Exhibit 12, and maybe we can organize this
10 question a little bit more clearly.

11   MR. WALCZAK: Wait, but if your question
12   is if there is any criticisms of evolution
13   and to the extent there's criticism about
14   all theories that would encompass
15   evolution.

16   MR. MUISE: Indeed.

17   MR. WALCZAK: It's unfair to just focus on
18   evolution if you've got a criticism that's
19   broader than that.

20   MR. MUISE: Well, that may be fine for
21   what you believe, but I want to get to what
22   my question was, and we were looking at
23   Exhibit 12, those two paragraphs, and I was
24   asking if he has any information beyond

1 what's in those two paragraphs and as
2 related to evolution.

3 BY MR. MUISE:

4   Q.  Is this the extent of what you describe as
5 the strengths and weaknesses of evolution in these
6 two paragraphs?

7   A.  No.

8   Q.  Thank you. Now, to try to organize the
9 following response, I wanted to look at -- there
10 appears to be three areas that you identified in the
11 subcategory where you say that there are questions,
12 and I want to go to those three areas, and see if we
13 can identify sections that address those three
14 areas. Are you following me or --

15   A.  I am.

16   Q.  Okay. And then the first one that you
17 have is "Researchers still debate such important
18 questions as precisely how new species arise." That
19 appears to be the first one.

20   A.  Okay.

21   Q.  Do you have specific sections that you can
22 just refer us to, and I prefer just to refer to the
23 section. We don't have to read anything.

24   A.  Sure, but I've got to find them first.

73 (Pages 286 to 289)

Page 290

1 Okay. The first one was the notion of change over
2 time.
3    Q.    The first one was how new species arise.
4    A.    Oh, okay, how new species arise. In
5 chapter 16 on page 410, we have a heading on
6 "Studying Evolution Since Darwin," and we have two
7 what we call sea level headings, which are headings
8 in the text, one called "Limitations of Research,"
9 and one called "Unanswered Questions." I'll read
10 from Limitations of Research. "The Grants' research
11 clearly shows the effects of directional selection
12 in nature. The Grants' data also show how
13 competition and climate change affect natural
14 selection. The work does have limitations. For
15 example, while the Grants observe changes in the
16 size of the finches' beaks, they did not observe the
17 formation of a new species."
18       I will skip a little bit farther down.
19 "Evolution" -- oh, sorry. Same page, "Remember that
20 a scientific theory is defined as a well-tested
21 explanation that accounts for a broad range of
22 observations. Evolutionary theory fits this
23 definition. To be sure, many new discoveries have
24 led to new hypotheses that refine and expand

Page 291

1 Darwin's original ideas. No scientist suggests,
2 however, that all evolutionary processes are fully
3 understood. Many unanswered questions remain."
4       So that passage refers specifically to the
5 issue of speciation. Now, which is the next issue
6 that you wanted me to address?
7    Q.    Why species become extinct.
8    A.    Now, I'm going to read a few lines from
9 page 435 relating to extinction, and the passage
10 indicates the use of hypothesis and the uncertainty
11 with respect to extinction. "During these events,
12 some biologists propose many species became extinct
13 because their environment was collapsing around them
14 rather than because they were unable to compete.
15 Under these environmental pressures, extinction is
16 not necessarily related to ordinary natural
17 selection. Until recently, most researchers looked
18 for a single major cause for each mass extinction."
19 Now, I'm going to skip a paragraph and read another
20 sentence. "Many paleontologists, however, think
21 that most extinctions were caused by several
22 factors,"
23       And the cumulative effect of the passages
24 I've just read is to say biologists propose, some

Page 292

1 biologists have thought single cause for major
2 extinction, other biologists propose multiple causes
3 for extinctions, and I think this illustrates the
4 idea of uncertainty as to the cause of mass
5 extinctions, as highlighted by that passage.
6    Q.    And mass extinction, is that separate from
7 just -- when you're talking about extinction, does
8 mass extinction mean something different?
9    A.    Yes, it does because very careful studies,
10 the diversity of life on earth, that were carried
11 out by Jack Sepkoski have indicated that at five or
12 six times in earth's natural history there was a
13 dramatic reduction in the diversity of life, as
14 Sepkoski put it, a mass dying. And these mass
15 dyings, the one with which most lay people are
16 familiar, is the last major extinction known as the
17 Cretaceous extinction in which the last dinosaurs
18 disappeared. But the greatest of all of these
19 extinctions is called the Permian extinction, and I
20 think -- I'd have to read Jack's papers again, but
21 between three quarters and two-thirds of all living
22 genera, of all categories of species, perished in
23 the Permian extinction. So it was indeed a great
24 die-out.

Page 293

1       These mass extinctions are so well defined
2 and so profound that it's been widely assumed that
3 some great catastrophe must have happened to this
4 planet to cause them, and that's what these passages
5 have been about.
6    Q.    Is it accurate to say, though, that the
7 question of extinction is still an open question in
8 the scientific community?
9    A.    The question of exactly what caused
10 routine extinctions or these great mass extinctions
11 is indeed an open question in the scientific
12 community.
13    Q.    And that would be the same with the
14 question about how new species arise? It's still
15 an open question in the scientific community?
16    A.    The exact forces that produce new species,
17 how important, for example, ecological isolation
18 might be and geographic isolation might be in terms
19 of the formation of new species is indeed an
20 unsolved question in biology.
21    Q.    Is it just those two factors that's an
22 unsolved question or --
23    A.    No, there are always other factors and
24 what are known as reproductive isolating mechanisms,

74 (Pages 290 to 293)

Page 294

1 the way in which one group in a population is
2 separated from another by reproductive isolation is
3 widely regarded as being essential to the formation
4 of a new species, and people disagree as to which
5 reproductive isolating mechanism is most important
6 in most cases.
7   Q.  And the third category is how life began?
8   A.  Right. This is one that Joe and I paid a
9 great deal of attention to.
10   Q.  Why is that?
11   A.  We paid a great deal of attention to it
12 because it's an area in which there is little direct
13 fossil evidence and a great deal of experimentation,
14 some of which has been controversial. So, for
15 example, we talk on page 424 of our textbook about
16 experiments done by Stanley Miller and Harold Urey,
17 and these experiments have been widely criticized by
18 people in the intelligent design community and young
19 earth creationists and just about everybody who's
20 opposed to evolution.
21   So Joe and I sat down and we read all of
22 the original papers written by Stanley Miller — no
23 relation I should point out — on these experiments
24 to make sure that we give a fair and accurate

Page 295

1 summary of them, and what we did is to summarize the
2 Miller/Urey experiments that were done with
3 primitive earth atmospheres in the 1950s this way,
4 and the results of the experiments were spectacular.
5 Over a few days several amino acids, the building
6 blocks of proteins began to accumulate.
7   Now, a boldfaced sentence, which for our
8 book means a way of telling students this is a key
9 idea, "Miller and Urey's experiments suggested how
10 mixtures of the organic compounds necessary for life
11 could have arisen from simpler compounds present on
12 a primitive earth." Then we qualified it in a very
13 important way. I'll continue to read. "Scientists
14 now know that Miller and Urey's original simulation
15 of earth's early atmosphere were not accurate.
16 However, similar experiments based on more current
17 knowledge of earth's early atmosphere have also
18 produced organic compounds. In fact, one of
19 Miller's experiments in 1995 produced cytosine,
20 c-y-t-o-s-i-n-e, and uracil, u-r-a-c-i-l, two of the
21 bases found in RNA."
22   So that's what I mean by paying attention
23 to it because we were afraid that an uncritical
24 mention of the Miller/Urey experiments would have

Page 296

1 led to the charge that we are presenting discredited
2 experiments. In fact, Stanley Miller's recent work
3 has addressed some of these issues, and he still is
4 able to produce these compounds.
5   On the next page, 425, I think is one of
6 the pages that it is very important to point out in
7 terms of how we talked about the uncertainty of the
8 origin of life. The heading on this page is called
9 "The Puzzle of Life's Origins," and the first
10 sentence reads, "A stew of organic molecules is a
11 long way from a living cell, and the leap from
12 nonlife to life is the greatest gap in scientific
13 hypotheses of earth's early history," and I think
14 that's a fair statement.
15   We then describe a number of hypotheses
16 about how first cells might have come together, and
17 midway down the page we write, "Another unanswered
18 question in the evolution of cells is the origin of
19 DNA and RNA." I'll skip a sentence, and then I'll
20 read. "How could this complex biochemical machinery
21 have evolved?" Next sentence begins, "Science
22 cannot yet solve this puzzle." Finally, in a
23 figure, figure 17-10 on the bottom of the page, we
24 summarize what most origin of life theorists and

Page 297

1 experimenters would think are the essential steps of
2 going from a nonliving stew to simple organic
3 molecules to RNA nucleotides to self-replicating RNA
4 to modern genetic machinery, and as you'll see, the
5 essential steps of this are peppered with question
6 marks to indicate uncertainty. So I think we do a
7 good job of illustrating uncertainty about how life
8 first originated.
9   Q.  Now, you described the strengths and
10 weaknesses. Could you not also describe a weakness
11 as a gap?
12   A.  Well, you'll have to help me with exactly
13 what you mean by a gap. If by a gap you mean an
14 unanswered question, then science -- all of science,
15 not just biology, is filled with gaps because
16 science is filed with unanswered questions.
17   Q.  Is it possible of those three categories
18 that we just discussed, how new species arise, shy
19 species become extinct and how life began, is it
20 impossible to categorize any one of those as being
21 more controversial than the others within the
22 scientific community?
23   A.  No, I don't think so. I think they're all
24 controversial but not perhaps in the sense that you

75 (Pages 294 to 297)

Page 298

1 imply. They're controversial in the sense that many
2 competing hypotheses are offered to explain each of
3 them. I'm unaware of any controversy with the
4 scientific community that says new species arise
5 through supernatural creationism or progressive
6 creationism or something along that line, for
7 example.
8    Q.   You're going to have to excuse me for
9 jumping around a little bit here because I'm going
10 to try to cover a lot of material in a short amount
11 of time. Are transitional forms of fossils, are
12 they considered a rare fossil find?
13    A.   Their rarity depends upon about how one
14 defines transitional forms. The National Academy of
15 Sciences in a report several years ago pointed out
16 that nearly all fossils in one sense or another can
17 be regarded as transitional forms because nearly all
18 fossils can be placed in a sequence where they are
19 transitional between the forms that preceded them
20 and the forms that followed them.
21    Q.   Isn't the method of doing that, though --
22 and I know you said you're not a paleontologist, but
23 my understanding is they take fossils and they
24 categorize the fossils by-in-large by similarities

Page 299

1 in body parts and then line them up and draw
2 inferences from what they can see from the fossils
3 lining up?
4    A.   Well, I think you're oversimplifying. I
5 think the inferences are drawn not just by, as you
6 put it, lining them up but also considering the
7 detailed internal structure of the organism that
8 produced the fossil, the geological age in which the
9 fossil is found, the context in which the fossil is
10 found, is it terrestrial, is it marine, is it
11 aquatic, and the environment, the ecology in which
12 the fossil is found.
13        It is possible to look at fossils and
14 rocks and determine if they came from a wet area, a
15 dry area, a jungle, a plain, a lake bed, and I think
16 all of those considerations go into placing fossils
17 in an evolutionary or an ancestor-descendent
18 relationship.
19    Q.   Would that be an example of historical
20 science where you look at the observations, the
21 evidence and then you draw inferences from it?
22    A.   Well, I think looking at the evidence and
23 drawing inferences from it is a characteristic of
24 all science, not just historical science.

Page 300

1    Q.   But in this case -- and I believe you were
2 addressing a little bit of this in your testimony in
3 Georgia -- people were questioning you well, how do
4 you test or how do you know one fossil led to
5 another fossil? How do you experiment on something
6 that occurred in the past?
7    A.   Well, the simple answer is one can
8 experiment on events that happened in the past
9 because the past left material evidence behind.
10 When we look at a fossil, we're not making
11 hypotheses about what happened in the past. We're
12 looking at what existed in the past because we have
13 the actual physical record in the same way that
14 forensic investigators investigating the scene of a
15 crime that took place yesterday or last week or last
16 year depends upon physical evidence left behind at
17 the scene of a crime. A paleontologist works on
18 physical evidence left behind from previous life
19 forms. So I don't think, therefore, it's quite as
20 hypothetical as you make out.
21    Q.   Well, from the evidence they look at, they
22 draw inferences from that to satisfy or try to
23 disprove a hypothesis that they may be approaching,
24 whether or not something is a transitional form, for

Page 301

1 example?
2    A.   All of science consists of looking at the
3 evidence and drawing inferences from it, and in that
4 respect, paleontology is not exceptional.
5    Q.   Is there a way in which paleontologists
6 conduct an experiment in the lab to disprove the
7 hypothesis that they may have?
8    A.   Yes, paleontologists very frequently
9 conduct experiments in laboratories in which they
10 analyze the isotope composition of organisms, for
11 example, to try to determine what their diet may
12 have been or where they have lived or how active
13 they were. To give another example, one major area
14 of interest among paleontologists is whether or not
15 dinosaurs were, in fact, warm blooded, and the
16 nature of the experiments that they conduct involve
17 taking soft tissue when they can find it and
18 analyzing the composition of isotopes in that tissue
19 to determine how active the animals were
20 metabolically. If they were very active in terms of
21 exchanging material with the environment, there's a
22 strong inference that they may have been warm
23 blooded.
24        Other types of investigations include

76 (Pages 298 to 301)

Page 302

1 investigating fossils experimentally using CAT
2 scanners and magnetic resonance imaging to look at
3 the concealed internal structure of bones and in
4 some cases of soft tissue to determine circulatory
5 patterns and other physiological parameters that
6 might be consistent with a hypothesis about what the
7 animal was actually like.
8    Q.   Are there alternative scientific theories
9 to the theory of evolution?
10   A.   There are certainly alternate ideas to the
11 theory of evolution, but because none of these ideas
12 that I am familiar with has scientific support or
13 scientific credence, I am unaware of an alternate
14 scientific theory to evolution.
15   Q.   Does chaos theory offer any alternate
16 alternatives to the theory of evolution?
17   A.   No.  Chaos theory as I understand it is a
18 mathematical based analysis of what you might call
19 contingent change in which there's a certain
20 unpredictability that can be built into any system
21 of interacting parts, and that unpredictability in
22 chaos theory could apply to a complicated machine,
23 like a jet engine in an airplane, it could apply to
24 a complex human institution, like a corporation, or

Page 303

1 it could apply to a complex chemical or biochemical
2 system.
3          Now, since evolution is based on chemical
4 and biochemical systems, there are applications of
5 what I understand to be chaos theory to evolution,
6 but I certainly don't see chaos theory as an
7 alternate or competing hypothesis to evolution.
8    Q.   I believe when you initially were
9 explaining some of your expertise as a cell
10 biologist, you stated that you engage in laboratory
11 experiments; is that correct?
12   A.   That's correct.
13   Q.   Do you apply natural selection in terms of
14 your experimental work when you go to the bench?
15   A.   Not in the work that I do.
16   Q.   Do scientists apply natural selection when
17 they go to the bench and do their work in
18 experimental --
19   A.   It depends on the scientist and it depends
20 on the experiment but very frequently they do.
21   Q.   Do they also use design criteria when they
22 go to the bench to perform experiments?
23   A.   Scientists use the word, especially in
24 biochemistry, they use the word design quite often,

Page 304

1 and they use the word design as a shorthand for the
2 correlation of structure and function.  So I have
3 heard many seminars, for example, here where protein
4 crystallographers will talk about how the active
5 site of an enzyme was designed, and what they mean
6 by that is -- they certainly don't mean intelligent
7 design as its understood in the context of the Dover
8 case, but when they talk about the design of part of
9 the structure and the protein, its active site,
10 they're talking about the way in which the function
11 of the protein can be explained in terms of its
12 structure.
13   Q.   Now, Bruce Alberts, he is the head of --
14 do you know who Bruce Alberts is?
15   A.   Yes, I do.  He's a personal friend of
16 mine.  He is the current president of the National
17 Academy of Sciences, the most prestigious scientific
18 body in the United States.
19   Q.   Doesn't he advocate, you know, for future
20 biologists to have training as engineers?
21   A.   He wrote an essay, which I believe
22 appeared either in the journal Cell or Molecular
23 Biology of the Cell -- you might know which one --
24 entitled, "The Cell is a Collection of Protein

Page 305

1 Machines."  The subtitle is, "Educating the Next
2 Generation of Cell Biologists," and I sometimes
3 assign that article as assigned reading in the
4 beginning of the upper level cell biology course
5 that I teach here in the fall semester.
6          What Bruce pointed out in that article is
7 that our understanding of the way in which the cell
8 functions at the level of a molecule is advancing to
9 the point that cell biologists can no longer be
10 trained just in microscopy and tissue staining
11 techniques and cinema techniques to photograph cells
12 moving, they also have to understand the basic
13 elements of protein structure and engineering, as he
14 put it.  In other words, the principles that
15 determine how proteins fold, how they interact with
16 each other and how protein enzymes catalyze chemical
17 reactions.
18   Q.   And don't they operate similar to, as the
19 title would suggest, as molecular machines?
20   A.   Well, we often talk about individual
21 proteins or collections of proteins as being part of
22 the DNA replication machinery, the protein synthesis
23 machinery or the ion transport machinery.  So the
24 answer to that is yes.  And we use, of course, the

77 (Pages 302 to 305)

Page 306

1 word machine as a metaphor where we regard the
2 protein as a collection of interacting parts in a
3 way that is similar to the machines that we're
4 familiar with here in the human world.
5    Q.   Well, with regard to its use as a
6 metaphor, does it not also have practical use in the
7 sense that when scientists go to the bench to do
8 work, they will use reverse engineering techniques
9 to help them solve a problem? For example, break a
10 component of the machine, see how the machine
11 functions; remove a component of the machine, see
12 how the machine functions. Is that not a design
13 approach to experimentation?
14    A.   I don't know if it's a design approach or
15 not. I do know that it is indeed a very common
16 approach. One of the techniques that is widely used
17 by molecular biologists is known as the knockout
18 technique. And in order to understand the function
19 of a particular gene, there's a well-defined
20 technique in which we will take that gene and knock
21 it out, destroy it if, for example, a mouse
22 embryonic stem cell, and then we will grow a mouse
23 that lacks the gene and basically see what happens.
24      So I'm not sure why or how I would apply

Page 307

1 the word design to that, but one classic way to
2 understand the importance of a particular component
3 of a system is to take that component away and see
4 how the system works.
5    Q.   One of the examples that -- and I believe
6 you may have had it in your report but I see time
7 and again is pointing to developing drugs -- and
8 actually, I believe in your report you said design
9 new drugs are used, something along those terms, in
10 antibiotic resistance. I believe it's on page
11 three, and you state, "Evolutionary theory is used
12 to design new drugs based on the process of natural
13 selection," and then the sentence continues.
14      How is it that the process of natural
15 selection helps us to design new drugs? Can you
16 explain how that occurs?
17    A.   Sure, I'd be very happy to, and I'd be
18 happy to cite a number of papers that talk about the
19 use of directed selection, which is a process in the
20 laboratory which uses Darwinian principles to
21 basically allow a system to evolve to fit a receptor
22 or to catalyze a chemical reaction or to inhibit a
23 chemical reaction, and the papers that I'd be happy
24 to cite basically describe setting up under

Page 308

1 laboratory conditions a Darwinian process that
2 allows natural selection guided to some extent by
3 the investigator to come up with the best molecule
4 to bind to a receptor, catalyze a reaction or
5 inhibit a reaction, and the statement is often made
6 in these research papers that the final solution
7 that natural selection arrives at is actually much
8 better than anything that the scientific
9 investigator could have designed by rational design
10 on their own ahead of time, and that's why the use
11 or the exploitation of the Darwinian evolutionary
12 method is useful in terms of designing drugs and
13 other compounds.
14    Q.   You said Darwinian principles. What are
15 the principles that you're specifically referring
16 to?
17    A.   The Darwinian principles I'm talking about
18 involve variation, natural selection and what we
19 sometimes call differential reproductive success.
20 In other words, allowing a system to vary widely,
21 setting up a process that mimics natural selection
22 or to pick out which of many variance fits the
23 target the best in the case of drug design and then
24 allowing that selected system to reproduce and vary

Page 309

1 some more and keep going through rounds of variation
2 mutation, if you will, in natural selection to find
3 the best possible fit, the best possible inhibition
4 or the best possible catalyst.
5    Q.   Does that not then point to the limits of
6 evolution or limits of natural selection --
7    A.   You have to help me with what you mean by
8 pointing to the limits.
9    Q.   Well, for example, an antibiotic
10 resistance if you're trying to find the antibiotic
11 that the bacteria cannot adjust to be able to knock
12 it out, is that not then demonstrating the limits of
13 natural selection?
14    A.   Well, first of all, I'm unaware of any
15 antibiotic that bacteria cannot evolve resistance
16 to, and if you found one, then we have the solution
17 to all bacterial infections that afflict mankind,
18 and it would be nice to know about that. I'm not
19 sure if you're pointing to a paper that was
20 published last year by Barry Hall, a researcher at
21 the University of Rochester, and it has been cited
22 by Professor Michael Behe. Are you? I'm just
23 curious. This citation appears in Dr. Behe's expert
24 report, and then you referred to the limits of

78 (Pages 306 to 309)

Page 310

1 evolution. Is that the reference that you're
2 making?
3    Q.   Well, let's take this in pieces. Tell me
4 about the Barry Hall study that you referenced.
5    A.   The paper by Dr. Hall, which I think was
6 published in 2004, and I have the paper in my
7 office, and I'm going to apologize for being
8 unspecific about some of the details, but it
9 concerns a particular antibiotic, and the
10 antibiotic, I believe, is in the penicillin class of
11 antibiotics. It's not penicillin, but it's in that
12 group of antibiotics, and Hall had noted that in
13 some bacteria there is a particular enzyme that is
14 associated with resistance to this antibiotic, and I
15 believe that enzyme -- and I apologize if I have
16 this wrong -- but I believe that enzyme falls into a
17 class of enzymes known as beta -- that's the Greek
18 letter beta -- lactamases, l-a-c-t-a-m-a-s-e-s.
19       Hall addressed the question as to whether
20 one particular beta lactamases could be changed by
21 natural selection, by evolution, to produce
22 resistance to this one antibiotic? The results of
23 his analysis was that it was very unlikely that this
24 one particular enzyme could ever become more

Page 311

1 efficient than it currently is in promoting
2 resistance to this antibiotic.
3       Now, I don't have Dr. Behe's expert report
4 in front of me, but I do believe -- and I apologize
5 if I have some elements of this wrong. I could get
6 them right by referring to Dr. Behe's expert report
7 if you have a copy. But in his expert report,
8 Dr. Behe gives a fair summary of these experiments,
9 but then, quite frankly, he makes a misstatement,
10 and the misstatement might have been inadvertent,
11 and I can certainly excuse Dr. Behe that.
12       The misstatement in Dr. Behe's expert
13 report is the claim that Dr. Hall concludes that
14 bacteria cannot evolve resistance to this
15 antibiotic. That's not true. What Dr. Hall
16 actually concluded was that evolutionary
17 modification of this one enzyme in this bacteria --
18 the bacteria can make thousands of enzymes, but
19 modification of this one enzyme will never produce
20 any stronger resistance to the antibiotic than
21 exists now. And saying that beta lactamases is
22 never going to get any better in chopping up this
23 antibiotic is not the same as saying that the whole
24 organism cannot evolve resistance to it, and I

Page 312

1 believe that's a misstatement that Dr. Behe made in
2 his expert report.
3       I know I don't get to ask the questions,
4 but are you looking at Dr. Behe's expert report?
5    Q.   I'm looking at Dr. Behe's rebuttal report,
6 and there's a reference to Barry Hall, and I'm going
7 to ask you this question because he has this in bold
8 and see if you agree or disagree with this point.
9    A.   Sure.
10   Q.   Dr. Behe states it is critical to the
11 development of better antibiotics, pesticides and
12 drugs to determine the limits of Darwinian
13 evolution?
14   A.   So you want to know if I agree or disagree
15 with that statement?
16   Q.   Yes.
17   A.   I would rephrase it, and then I'd have
18 something that I would agree with completely. And
19 that is that it is very important to the development
20 of better antibiotics and better drugs to model the
21 development of those drugs on what evolution is
22 capable of. So, for example, one of the items that
23 Dr. Behe, I believe, brought up in either his expert
24 report or his rebuttal report is the modern

Page 313

1 three-drug regimen that is used to treat AIDS
2 patients, and that three-drug regimen was developed
3 precisely with a profound understanding of the way
4 in which the HIV virus evolved resistance to
5 individual drugs, and it was designed with a
6 knowledge and understanding of the process of
7 evolution by using multiple drugs that understanding
8 could be exploited to make it very unlikely that HIV
9 would eventually evolve resistance to all three
10 drugs at the same time.
11       So what Dr. Behe talks about is
12 understanding the limits of evolution or even simply
13 saying understanding the capabilities of evolution
14 and trying to design drugs and therapies which will
15 understand those capabilities and in advance will
16 plan against them because evolution is real,
17 evolution will take place and no person, no
18 physician can treat infectious disease effectively
19 without understanding evolution and taking it into
20 account when they devise a therapeutic strategy.
21   Q.   When scientists are trying to determine a
22 bacteria's resistance to certain antibiotics -- and
23 this may not be a proper analogy or metaphor -- I
24 guess more like a metaphor -- is it more like carpet

79 (Pages 310 to 313)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

Page 314

1 bombing in terms of throwing a great deal of
2 antibiotics at the bacteria to see what it's
3 resistance might be to various ones as opposed to
4 the contrary one being a surgical strike if you knew
5 exactly the design of the bacteria?
6    A.   Well, the question that you asked me was
7 when they are trying to determine the resistance.
8 What you do under those circumstances is carry out a
9 series of experiments to determine the effective
10 dose of the antibiotic and its effect on growth.  So
11 you would usually set up 10 or 15 parallel cultures
12 in which you use different concentrations of an
13 antibiotic against a common population of bacteria
14 and see basically as you added more and more
15 antibiotic, what was the critical concentration that
16 was necessary either to inhibit growth or to kill
17 all of the bacteria.  So you say when you evaluate
18 resistance, that's how you evaluate resistance.
19        In terms of trying, I think as you put it,
20 to design an antibiotic that would be effective
21 against bacteria, most antibiotics that I am aware
22 of have not been designed from scratch but are
23 rather products of other bacteria or fungi or other
24 organisms in nature.  Penicillin, as I'm sure you

Page 315

1 know, is the product of the penicillia molds, and it
2 is a compound that closely resembles a cell wall
3 carbohydrate that the bacteria normally puts into
4 its own cell wall, and the reason penicillin is
5 effective is because this compound produced by a
6 fungus mimics a carbohydrate in the bacterial cell
7 wall except the bacterium is unable to cross link it
8 into the wall.
9        So, to use the analogy of a brick wall,
10 what the bacteria does is when it's building its
11 brick wall and cementing it all together, every now
12 and then it produces a brick that can't be cemented
13 in place.  So the first time there's any stress in
14 that wall, that brick flies out, there's a hole in
15 the cell wall, and the bacteria is destroyed by a
16 process called osmosis.  So that's basically how
17 penicillin works.
18        Most antibiotics work on that principle or
19 they inhibit bacterial protein synthesis or they
20 inhibit some other aspect.  The major antibiotic
21 families have all been found in nature and then
22 tinkered with in the laboratory of pharmaceutical
23 scientists designed to make them more effective
24 against their targets.

Page 316

1    Dr. Behe, for example, writes about the
2 limitations of evolution.  It's unfortunate that
3 evolution is, to be perfectly honest, not that
4 limited with respect to the evolution of antibiotic
5 resistance, and we have yet to find any bacter --
6 excuse me, we have yet to find any antibiotic to
7 which bacteria are incapable of evolving resistance,
8 and that's one of the reasons why new antibiotics
9 over time lose their effectiveness.
10        (Recess.)
11 BY MR. MUISE:
12    Q.   Dr. Miller, I'd like to refer you to your
13 report, which I believe we marked as Exhibit 4, and
14 in particular page eight where you analyze in some
15 respects the language of the Dover statement as you
16 caption that section.  Do you see that section, sir?
17    A.   Yes, I do.
18    Q.   The statement that you have retyped in
19 your report, is it your understanding that that's
20 the complete statement that's read to the students?
21    A.   I believe it was.  I've never been
22 provided with a copy of the complete statement.  So
23 I don't know if that's the complete statement or
24 not, but that's all of the statement that I am aware

Page 317

1 of.
2    Q.   Well, if I represent to you that at the
3 beginning of the statement it has a sentence which
4 is set up as a separate paragraph, and then there's
5 a final sentence, both of which you left out of your
6 statement and your report.
7    A.   Okay.  I now realize when I look at my
8 expert statement that I said which said in part, and
9 I believe that I relied on reports of the statement
10 as published in the York Daily Record for these
11 excerpts.  So yes, you're right; I realized at the
12 time I wrote this that this was not the complete
13 statement, but right now I cannot remember what
14 parts might have been left out of the statement as I
15 produced it in the report or anything else.
16    Q.   Well, let me just represent to you -- and
17 this is an exhibit that was attached to the answer
18 in the complaint, which lays out what the statement
19 was.  The first sentence, which is set off as a
20 separate paragraph, is, "The Pennsylvania Academic
21 Standards requires students to learn about Darwin's
22 theory of evolution and eventually take a
23 standardized test of which evolution is a part."  So
24 that statement would be made before the beginning of

80 (Pages 314 to 317)

Page 318

1 the first paragraph in your statement.
2      Then the last sentence is, "As a
3 standards-driven district, class instruction focuses
4 upon preparing students to achieve proficiency on
5 standards-based assessments." Were you aware that
6 this statement began and ended in those paragraphs I
7 just read to you?
8   A.   To be perfectly honest, I can't remember
9 if I had seen a copy of the entire statement that
10 had those sentences or not, but I may have, and it
11 certainly is understandable that it would be couched
12 that way by the Dover Board of Education.
13   Q.   And why do you say that?
14   A.   Because much of the language -- again, I
15 only know what I read in the papers -- that I've
16 read in the York Daily Record has emphasized the
17 discussion, the public discussion in front of the
18 Board of Education, has taken place in the context
19 of reminders pointed out by school administrators,
20 by board members and occasionally by teachers that
21 whatever Dover decides to teach it has to do so in
22 the context of the Pennsylvania State Standards and
23 the standardized tests that their students have to
24 take and pass.

Page 319

1   Q.   And you don't disagree with that I'm
2 assuming?
3   A.   I certainly don't disagree with that.
4   Q.   Is there a reason why you left it off or
5 out of your report?
6   A.   Not that I can think of. I think when I
7 took parts of the statement, I wanted to highlight
8 those parts of which I was critical. I certainly
9 did not represent this in my report as being the
10 complete statement. There would have been no point
11 in doing that since you had already provided that as
12 the answer to the complaint, and I clearly wrote in
13 the statement it said in part, indicating that I had
14 not reproduced the whole statement here.
15   Q.   Does the inclusion of those additional
16 parts that I read to you change any of your opinions
17 regarding this statement?
18   A.   No, it does not.
19   Q.   Let's look at the statement as you
20 represented it on page eight. The first line says,
21 "Because Darwin's theory is a theory, it continues
22 to be tested as new evidence is discovered." Is
23 that statement true?
24   A.   That statement is true, but it also

Page 320

1 applies to all scientific theories.
2   Q.   The second sentence, "The theory is not a
3 fact;" is that true?
4   A.   That is a true statement. However, it's a
5 statement that seems to me to be designed to
6 mislead, and what I mean by design to mislead is no
7 scientific theory is a fact or ever becomes a fact.
8 So by singling out evolution and saying that theory
9 is not a fact, it leaves the implication that
10 perhaps there are other scientific theories that
11 are facts or are factually based, and if that was
12 the intent, that would certainly be a
13 misrepresentation.
14   Q.   Would it not also be a misrepresentation
15 to confuse the term evolution with the theory of
16 evolution in claiming that evolution is a fact, and
17 what I'm saying is we've gone through and you were
18 pointing out how it's important to be precise about
19 our definitions, and there is evolution and there is
20 the theory of evolution; is that correct?
21   A.   In light of our previous discussion about
22 the two meanings of the use of the word evolution,
23 that is correct.
24   Q.   And evolution in the first meaning, sort

Page 321

1 of the historical sense, is more akin to a fact,
2 correct?
3   A.   I certainly think that, yes.
4   Q.   Whereas the theory of evolution is not a
5 fact?
6   A.   No scientific theory is a fact, and the
7 Dover statement is very clear, that it uses the
8 theory of evolution in the second sense because the
9 statement says Darwin's theory is a theory, and when
10 you talk about Darwin's theory, you are specifically
11 talking about descent with modification and natural
12 selection.
13   Q.   In Cobb County, I believe, did that
14 sticker say evolution is not a fact? It didn't
15 identify it as the theory of evolution is not a
16 fact?
17   A.   The Cobb County sticker said, "This
18 textbook contains material on evolution. Evolution
19 is a theory, not a fact, regarding the origin of
20 living things," and the third sentence I jumble
21 around a little bit, students are urged to --
22 students are urged to critically examine this
23 material, to study it carefully, and to consider it
24 with an open mind. That's almost the exact wording

81 (Pages 318 to 321)

1 of the Cobb County statement.
2    Q.   But in here the Dover statement again
3 identifies that the theory is not a fact, and you
4 don't dispute that?
5    A.   I don't dispute it, but again, pointing
6 out that one scientific theory among all scientific
7 theories is not a fact is a bit unusual, unless it's
8 designed to called that particular theory into
9 question.
10    Q.   When we looked at previously the
11 Pennsylvania state standards when they have it as a
12 standard to critically analyze scientific theories,
13 I'm assuming your view would be to critically
14 analyze all scientific theories, correct?
15    A.   My view would be that an important part of
16 science education is the critical analysis of all
17 scientific theory, not singling any of them out, as
18 this statement unfortunately does, for special
19 attention.
20    Q.   And on the Pennsylvania state standards
21 they explicitly list five particular theories?
22    A.   No, they give five theories as examples of
23 the kinds of scientific theories might be critically
24 evaluated, but the context of the Pennsylvania

1 statement is very clear that those are not the only
2 five theories that should be critically examined,
3 but these are examples of theories that should be
4 critically examined.
5        It's also worth noting -- and I hadn't
6 noticed it until now -- that the portion of the
7 Pennsylvania state standards that you're referring
8 to doesn't apply to students in 9th or 10th grade.
9 It's applies to students in 12th grade.
10    Q.   Well, I think actually the correct way to
11 read that is it has to be accomplished by the 12th
12 grade. So it can be 9th through 12th.
13    A.   Absolutely, understand.
14    Q.   The third sentence, "Gaps in the theory
15 exist for which there is no evidence;" is that a
16 true statement?
17    A.   It's a statement that I have trouble
18 understanding. I'm unaware of any gaps in
19 evolutionary theory. I certainly am aware of gaps
20 in the fossil record, of gaps in our understanding
21 of the origin of life on earth, but evolutionary
22 theory is a system of explanations designed to
23 explain facts, and I'm unaware of any gaps in theory
24 in the sense of scientific observations made in

1 nature that evolutionary biology is incapable of
2 explaining or accommodating.
3    Q.   Well, are there gaps -- for example, using
4 the fossil record, are there gaps in the sense that
5 we are missing certain transitional fossils?
6    A.   The fossil record is necessarily
7 incomplete, and we do not have a complete record of
8 all life on earth, and when you say are we missing
9 certain transitional fossils? When you're missing
10 something, almost by definition you don't know what
11 you're missing because it's not there. So there
12 certainly are periods of time, and there are
13 geographic locations in which the fossil record is
14 incomplete. That's a fair statement.
15    Q.   We were referring to before the strengths
16 and weaknesses that you identify in your textbook.
17 Are not those the weaknesses that you're referring
18 to are in reference to the theory?
19    A.   Let me turn to that page.
20    Q.   The caption is "Strengths and Weaknesses
21 of Evolutionary Theory."
22    A.   And what we wrote, of course, is like any
23 scientific theory, evolutionary theory continues to
24 change. Researchers still debate such important

1 questions as precisely how new species arise and why
2 species became extinct. There is also uncertainty
3 about how life began, and I think all of that
4 reflects not a gap in the theory, but it reflects
5 phenomena that we observe in nature that we cannot
6 as yet fully explain.
7    Q.   Well, is there not a weakness in the
8 theory as your title would suggest?
9    A.   I certainly think that one of the
10 weaknesses of evolutionary theory, as it would be a
11 weakness of all scientific theories, is it cannot
12 provide a complete explanation of everything you see
13 in nature, and I would also point out that atomic
14 theory does not provide a complete explanation of
15 everything, every behavior that we see in matter or
16 in chemistry.
17    Q.   So if we replace the word gaps with
18 weaknesses, would that not comport with what you
19 wrote in your biology textbook?
20    A.   Yes, I think very well it might, and as
21 you know, on page nine of my expert report that one
22 of the problems I have with that particular part of
23 the statement is -- and I'm reading from the report
24 now -- "Students and teachers in Dover must be left

Page 326

1 to speculate as to what the board might mean when it
2 tells them that gaps in the theory of evolution
3 exist for which there is no evidence."
4        And skipping a little bit farther down
5 also on the same page I wrote, "Because the gaps are
6 unnamed because the board -- unlike our textbook,
7 the board did not say what those gaps might be.
8 They cannot possibly be addressed in a factual
9 manner even by teachers well versed in the
10 scientific evidence for evolution."
11   Q.   Why can't the teacher point to your book?
12   A.   The teacher can certainly point to
13 strengths and weaknesses in the book, but as to what
14 the board might mean by evolutionary theory of gaps
15 in theory because the board was not specific about
16 what those gaps might be, there is no way for a
17 teacher to say here is what the board meant and here
18 is what the gaps are. The board never said.
19   Q.   So, in your view then, it would be -- it
20 would be satisfactory if they identified what those
21 particular gaps were?
22   A.   Rather than saying it would be
23 satisfactory, what I would say is it would serve a
24 useful educational purpose because teachers would

Page 327

1 then be able to say to students here is what your
2 board of education thinks the specific problems or
3 weaknesses are with evolutionary theory, and that
4 might enable the teacher to look into the evidence
5 or lack of evidence for those particulars areas.
6   Q.   Well, the fact is that the teacher is
7 going to be teaching evolution pursuant to the
8 Pennsylvania state standards, correct?
9   A.   That's my understanding.
10   Q.   And pursuant to what your book presents to
11 the student, correct?
12   A.   If that's the decision of the teacher
13 using my book, yes.
14   Q.   So you would consider it unreasonable for
15 a teacher to point to where you identify weaknesses
16 of the evolutionary theory to explain where there
17 are gaps in the theory?
18   A.   I wouldn't consider it unreasonable, but I
19 would consider it an extrapolation of the
20 unspecified meaning of the statement by the board.
21 In other words, if the teacher said here's what the
22 board meant when they said gaps and then pointed to
23 the page in our textbook that you referred to, that
24 teacher would basically be pretending to know the

Page 328

1 meaning of the board, and I'm not sure they do, and
2 I'm not sure the board ever made explicit what it
3 regards the gaps as being.
4   Q.   Now, the second sentence, "A theory is
5 defined as a well-tested explanation that unifies a
6 broad range of observations;" is that true?
7   A.   Yes, I think that's fairly good, and I
8 wrote in the expert statement that I thought that
9 was a correct and proper description of the theory.
10   Q.   Does that properly define the theory of
11 evolution?
12   A.   Yes, I think it does.
13   Q.   Third paragraph, "Intelligent design is an
14 explanation of the origin of life that differs from
15 Darwin's view," and I know from your report one of
16 the points you take issue is the fact that it's an
17 explanation of the origin of life; is that correct?
18   A.   Yes, my understanding of intelligent
19 design, as I got from reading the literature from
20 the intelligent design movement, is that intelligent
21 design includes the origin of life answer, it was
22 designed, but it also includes a great deal more,
23 and the specific reference to the Dover statement
24 that I objected to was the clause that says that

Page 329

1 that explanation differs from Darwin's view, and as
2 I pointed out, Charles Darwin never published any
3 detailed theory for the explanation of the origin of
4 life beyond speculation in letters to a few other
5 scientists that life might have originated in what
6 Darwin called a warm, little pond, but a statement
7 like that hardly amounts to a theory for the origin
8 of life.
9   Q.   In that statement it says, "An explanation
10 of the diversification and origin of life that
11 differs from Darwin's view." Would that be an
12 accurate statement?
13   A.   I think that would be a more accurate
14 statement, yes, it would.
15   Q.   The next sentence, "The reference book 'Of
16 Pandas and People' is available for students who
17 might be interested in gaining an understanding of
18 what intelligent design actually involves." Do you
19 have any problem with that statement?
20   A.   No, I think the fact that the board has
21 provided that book, made it available to students,
22 and that they have characterized it as a book on
23 intelligent design, that's all a fair statement. So
24 I think that particular statement is something that

83 (Pages 326 to 329)

Page 330

1 effectively communicates the reality of the
2 situation to students, which is we got this book,
3 it's available for you, and this book describes
4 intelligent design.
5    Q.   And I believe from one of your earlier
6 statements, you would defer to the judgement of the
7 board as to such matters of what books go in the
8 library and so forth?
9    A.   Yes, I certainly think as a matter of
10 principle that individual school districts should be
11 quite free to put any books in their libraries that
12 they want. Now, if I was asked instead for my own
13 scientific judgment as to how variable an education
14 resource "Of Pandas and People" would be, my
15 judgment would be very critical, and part of my
16 expert report, in fact, points out a number of
17 serious scientific errors and misrepresentations in
18 "Of Pandas and People."
19        So I would specifically if asked for
20 advice say, I don't think this is a very good book,
21 but the decision of what books to put in a library
22 and make available is of a different matter -- of a
23 different order.
24    Q.   And then finally, "With respect to any

Page 331

1 theory, students are encouraged to keep an open
2 mind." I'm assuming you don't have a problem with
3 that?
4    A.   I don't have a problem at all, but again,
5 that statement in the context of the Dover statement
6 is in a way self-contradictory because the statement
7 says with respect to any theory keep an open mind,
8 that's good advice, but what the Dover board has
9 done is to call only one theory in for doubt and
10 criticism, and that's the theory of evolution.
11        So rather than asking students to keep an
12 open mind on all theories, the board it seems to me
13 has adopted a statement that is specifically
14 designed to undermine the creditability of the
15 theory of evolution.
16    Q.   Have you spoken to anybody in the Dover
17 School District that told you their purpose is to
18 undermine the theory of evolution?
19    A.   No, I have not.
20    Q.   And as we identified previously, the only
21 theory that's being taught in the class is evolution
22 and using your textbook as the primary textbook for
23 that, correct?
24    A.   No, that's not correct. The only theory

Page 332

1 that's being taught is not evolution. I would
2 assume atomic theory is being taught, germ theory of
3 disease, the cell theory, the pressure flow
4 hypothesis of flow and transport is covering the
5 plant section of the book. I assume they covered
6 all of those things. So there are many theories
7 that are being thought. The only theory, as far as
8 I can tell, that's being called into question that
9 students are urged to keep an open mind about is the
10 theory of evolution.
11        So there's no question that this statement
12 is intended simply by a simple reading of it to call
13 the theory of evolution into question.
14    Q.   Why can't you read that statement as
15 calling into question the theory of intelligent
16 design?
17    A.   Because the theory of intelligent design
18 is, as far as I could tell, not mentioned and
19 certainly not cited as a theory in which -- sorry.
20 Obviously I retract that because I'm wrong about
21 that because it does mention intelligent design.
22 The -- it says with respect to any theory. The only
23 theory specifically cited is Charles Darwin's theory
24 of evolution.

Page 333

1        Intelligent design, as I understand it,
2 unless the excerpts that I've made here have left
3 something out, intelligent design is not mentioned
4 as a theory. Intelligent design, I believe, is
5 mentioned "as an explanation of the origin of life
6 that differs from Darwin's view."
7    Q.   And so it's your view then that that's not
8 referring to intelligent design as a theory?
9    A.   As far as I can tell from reading the
10 statement, I don't see any reference to intelligent
11 design as a theory. So I don't see students being
12 urged to keep an open mind with respect to
13 intelligent design. Now, perhaps I'm misreading it,
14 but that's certainly the wording that I see.
15    Q.   And if you are, in fact, misreading it,
16 does that change your view?
17    A.   If I am misreading, misunderstanding,
18 misconstruing anything, it would change my view, but
19 I don't think I'm misreading it.
20    Q.   If the board intended intelligent design
21 to be a theory but, in fact, just didn't say
22 intelligent designer theory but just described it as
23 intelligent design, could the statement not be read
24 for students to keep an open mind about intelligent

84 (Pages 330 to 333)

Page 334

1 design?

2    A.    If the board had said that, I would
3 certainly read it that way, but as far as I can
4 tell, they didn't say that.

5    Q.    And the last sentence, "The school leaves
6 discussion of the origin of life to individual
7 students and their families," and you state in your
8 report you have some difficulty with that?

9    A.    Well, the difficulty I have with that is
10 I'm confused by it because the school specifically
11 says that intelligent design is an explanation of
12 the origin of life, and it mentions that there's a
13 book in the library, but then it says it leaves the
14 discussion of the origin of life to individual
15 students and their families.

16    So I'm not sure if students are told visit
17 the library to learn about the origin of life, talk
18 about it with your families or it's going to be
19 covered in your biology class as a part of the state
20 mandated coverage of evolution.  So it's not that I
21 object to that, but I am confused by it.

22    Q.    Well, I think as I represented to you
23 previously, the superintendent has issued an
24 official statement as to the implementation of the

Page 335

1 particular policy, and one of the things that was
2 made clear is that intelligent design is not going
3 to be taught in the classroom.  Does that help
4 clarify this for you?

5    A.    I haven't seen that statement, but if I
6 had seen it, I'm sure it would help clarify.

7    Q.    Well, if I can represent to you that that
8 statement was, in fact, made, does that help clarify
9 your confusion about that last point, and I don't
10 mean your confusion but your claim that it's
11 confusing?

12    A.    Well, no, it is my confusion because we
13 are told that this is a standards-driven school
14 district, that the standards require discussion of
15 Charles Darwin's theory of evolution, and we are
16 also told up here intelligent design is an ..
17 explanation of the origin of life that differs from
18 Darwin's view, and that implies that the origin of
19 life is taught in the classroom, but then the
20 concluding sentence implies that the origin of life
21 is left to individual students and their families.

22    So just trying to piece all of the
23 statements together, I am left in a state of some
24 confusion as to whether origin of life is to be

Page 336

1 taught in the classroom, is to be considered by
2 students reading "Of Panda and People" in the
3 library or is to be left to students and their
4 families to talk about at home.  Now, that's not an
5 objection.  That's just saying when I read this, I
6 don't understand what the intent of the board is.

7       MR. MUISE:  Did you have an objection you
8    want to state?

9       MR. WALCZAK:  Well, I guess the objection
10    is that let's give full context in that,
11    first of all, the instruction may be that
12    it's not -- that intelligent design is not
13    to be taught but, in fact, this statement
14    is read, and people may differ as to
15    whether or not reading this statement to
16    students counts as teaching them this or
17    not.

18       The second part of what my
19    understanding is about how this is
20    implemented is that the superintendent has
21    said that teachers are not allowed to
22    answer any questions about intelligent
23    design.  So after reading this statement if
24    some student asks well, who's the designer,

Page 337

1       the teachers are not allowed to answer
2       that.

3       MR. MUISE:  And just so that I can be
4    clear, I'm objecting insofar as the
5    attorney is testifying in this deposition.

6       MR. WALCZAK:  Well, I mean if we're going
7    to posit what the context is to the extent
8    it's not in here, let's make it complete.

9       MR. MUISE:  Why don't you mark this as the
10    next exhibit.

11    (Defendant's Exhibit No. 13 was marked.)

12 BY MR. MUISE:

13    Q.    I'm handing you Exhibit 13, which is a
14 press release, which I'll represent to you according
15 to the complaint is considered part of the policy
16 that is being challenged in this particular case,
17 and I'll direct your attention for purposes of the
18 time issues we have here, if you look at the very
19 last paragraph -- actually, it's the second to last
20 paragraph on the second page.

21    A.    Okay.  What would you like me to do?

22    Q.    That last paragraph represents and
23 according to the complaint how this statement and
24 the curriculum change is going to be implemented.

85 (Pages 334 to 337)

1  Do you see that?

2    A.   Yes, I do see the paragraph.

3    Q.   Does it state in there about how teachers
4  should address or handle any questions if students
5  ask?

6    A.   What I see is that no teacher will teach
7  intelligent design, creationism, or present his or
8  her or the board's religious beliefs.  Intelligent
9  design creationism seems to be lumped in with
10 religious beliefs.  We're not going to discriminate
11 against students who disagree.  The board knows that
12 there are opinions other than Darwin's on the origin
13 of life.  Again, a statement I found confusing
14 because Darwin didn't have a strong opinion on the
15 origin of life, and some generalizations about
16 critical discussion.  I don't see anything here
17 about answering questions.

18   Q.   Would you agree with the statement that
19 school districts are forums for inquiry and critical
20 discussions?

21   A.   I think school districts can be forums for
22 inquiry and critical discussion, but I think they're
23 also institutions built around the transmission of
24 knowledge, and properly passing on what we

1  understand about mathematics, about history, about
2  the arts and about the sciences is also a function
3  the school districts.

4        Critical analysis of all scientific ideas
5  is a part of scientific training, and to the extent
6  that all scientific ideas are critically analyzed, I
7  would agree with a statement like this.

8    Q.   In that last sentence of the same
9  paragraph, "Providing" — I'll change provide to
10 providing — "Providing an opportunity for open
11 critical discussion," would you consider that to be
12 a legitimate educational goal?

13   A.   Oh, I certainly would agree that as this
14 statement reads, "Providing an opportunity for open
15 critical discussion" is, as the statement says, the
16 real heart of scientific practice, but I would also
17 point out that that open critical discussion should
18 be about everything in science and not about one
19 particular scientific theory.

20   Q.   In our remaining few minutes, I want to
21 ask you some questions about your criticism of the
22 Pandas book.

23   A.   Okay.

24   Q.   And you in your report list several

1  criticisms of the Pandas book as a science text,
2  correct?

3    A.   I do.

4    Q.   Are those your major criticisms of the
5  text?

6    A.   Yes, I think that's fair to say.  I'm
7  sure I could come up with others if you give me
8  time.

9    Q.   Well, we have your report, and that's
10 what's in the report, correct?

11   A.   We do indeed.

12        MR. MUISE:  Can you mark this as Exhibit
13 14, please.

14   (Defendant's Exhibit No. 14 was marked.)

15 BY MR. MUISE:

16   Q.   Now, you state on page 19 of your report
17 that "Not a word can be found anywhere in Pandas
18 regarding the age of the earth."  Is that a
19 misstatement?

20   A.   I assume you're going to point out to me
21 that it is a misstatement.  Let's see.

22   Q.   On page 94 --

23   A.   Certainly that statement was incorrect
24 when I wrote that not a word can be found.  I think

1  that reference to the geological ages that appears
2  in Pandas — and you can see it here -- is actually
3  predicated in a very tentative way that makes it
4  clear that Pandas does not take a position on the
5  age of the earth, and you can see that in a couple
6  of places, I think.  A parenthetical statement in
7  the bottom of the left-hand column on page 94 says,
8  "If one takes the standard dating scheme of the
9  earth's strata, 30 million years is almost
10 momentary."  So it says basically if you accept this
11 great answer for the earth, then this is a very
12 short period of time.

13        So I think what Pandas does at this
14 point -- and I have to retract what I said that it
15 doesn't have a word because it's got several words.
16 I think what Pandas does is basically say well, if
17 we take what evolutionists tell us the age of the
18 earth is and we play by the evolution of scheme,
19 there are still problems with that scheme, and
20 that's what Pandas seeks to point out.

21   Q.   Now, that parenthetical that you referred
22 to, "If one takes the standard dating scheme of the
23 earth's strata," could that not also be read
24 according to the standard dating scheme of the

86 (Pages 338 to 341)

1 earth's strata?
2   A.   It certainly could be read that way, but
3 when you say if one takes, that tells students we
4 don't have to take that.  We can reject if we want,
5 and we can hold to, for example, a young earth view.
6   Q.   You would agree, though, according to the
7 standard dating scheme, 30 million years is a
8 momentary period of time?
9   A.   Thirty million years is I would not say a
10 momentary time.  I wouldn't characterize that at
11 all.  I think 30 million years is a very, very long
12 time, especially since we have examples of new
13 species arising under human observation in periods
14 of time as short as 300 or 400 years.  So, no, I
15 don't agree that 30 million years is momentary.
16 Thirty million years — many of the geological
17 periods stretch for in the neighborhood of 20 to 30
18 to 40 million years.  So it's a pretty long period
19 of time, and a lot can happen in 30 million years.
20   Q.   Well, isn't that 30 million years in terms
21 momentary just in reference to the age of the earth,
22 which is what, four to five billion years old; isn't
23 that correct?
24   A.   Thirty million years — this passage that

1 you're pointing out to me does not make reference to
2 4.5 billion years to the age of the earth, and I'm
3 not sure if Pandas does.  Perhaps there's another
4 passage you can point out to me where it points out
5 4.5 billion years.  I haven't noticed it.  So the 30
6 million years here is not presented in comparison to
7 the age of the earth itself, but it's presented sort
8 of as an absolute value that's a geological instant
9 or momentary period of time.
10       Once again, you know, I just don't agree
11 that 30 million years is, momentary, and just to
12 sort of drive home that point, if we were to take
13 the present age and we were to go back 30 million
14 years, there are no humans, there no hominids, there
15 are no modern horses, there are no modern elephants.
16 The shape of the fauna and flora of this planet 30
17 million years back from the present time was
18 dramatically different from what it is today.  So I
19 think 30 million years is a significant period of
20 time.
21   Q.   But 30 million years in terms of the age
22 of the earth would be contrary to those, at least
23 one of the criteria of the creation science that we
24 discussed earlier today?

1   A.   Yes, but remember the parenthetical
2 statement says if you take the standard dating
3 scheme holding open the possibility that one might
4 not take the standard dating scheme, and that would
5 be consistent with young earth creationists.
6   Q.   And the second paragraph towards the
7 bottom again refers to the Cambrian 500 million
8 years or more of geological time.  Again, another
9 reference to the age of the earth, correct?
10   A.   That is a reference to the age of the
11 earth, and as I've already indicated, I obviously
12 was mistaken when I said that Pandas contains not a
13 word about this.
14   Q.   The last point because I'm running out of
15 time here.  You said Pandas ignored the issue of
16 extinction, and you go on to criticize it about
17 that; is that correct?
18   A.   I did say that.
19   Q.   However, one of the strengths and
20 weaknesses of evolutionary theory under that caption
21 you quite plainly state there is debate
22 regarding the issue why species become extinct?
23   A.   I do state that.
24   Q.   But yet in your report on page 21, you

1 say, "Evolution, of course, can explain extinction
2 quite easily."
3   A.   Uh-huh, and it goes on to say that, in
4 fact, extinction is a major evolutionary mechanism.
5 Now, saying that extinction is a major evolutionary
6 mechanism is not the same thing as saying we know
7 the exact causes of every extinction.
8   Q.   You say here evolution can explain
9 extinction quite easily?
10   A.   That's exactly right, and the reason for
11 that is because evolution points out that there is a
12 struggle for existence between organisms here.  It
13 has limited resources, organisms are in competition
14 with each other.  Organisms were not perfectly
15 designed to fill their environmental niches, and
16 therefore, occasionally they fail in the struggle
17 for existence.  That's the respect in which
18 evolution can explain extinction, that organisms
19 fail in the struggle for existence.
20       The problem with intelligent designer
21 theory and it's a problem so far as I am able to
22 tell that is unaddressed, that is not addressed at
23 all in Pandas is if the organisms that appear over
24 time were indeed as Pandas claims they are

87 (Pages 342 to 345)

Page 346

1 intelligent designed, if they were intelligently
2 designed, why did they fail in that struggle for
3 existence? Why did they become extinct? Because
4 it's perfectly clear that if you have an intelligent
5 agent that is designing organisms that are perfectly
6 suited to their environment, the notion that those
7 organisms should disappear, that they should fail in
8 the struggle for existence is inconsistent with the
9 idea that the designer is intelligent. Suddenly it
10 makes the designer looks rather unintelligent or at
11 least unable to anticipate future events.
12    Q.   I've got two more real quick questions.
13 I'm going to ask you whether or not you agree or
14 disagree with this statement, and it's been
15 attributed to a Richard Halverson writing for
16 Harvard Crimson.
17    A.   I would point out as a matter of record
18 that the Harvard Crimson is the student newspaper at
19 Harvard.
20    Q.   That's fine. "We must refuse to bow to
21 our culture's false idols. Science will not benefit
22 from canonizing Darwin or making evolution an
23 article of secular faith. We must reject
24 intellectual excommunication as a valid form of

Page 347

1 dealing with criticism. The most important question
2 for any society to ask is the one that is
3 forbidden."
4    A.   I think that's sounds perfectly
5 reasonable. I completely agree with it. I wouldn't
6 want to see evolution canonized, I wouldn't want to
7 see Darwin canonized, and I wouldn't want to see
8 opposition to evolution — I think that the word was
9 excommunicated. And, in fact, it has been a source
10 of continuing surprise to me why the advocates of
11 intelligent design seem to excommunicate themselves
12 from the scientific community.
13       I am always surprised that advocates of
14 intelligent design do not show up at scientific
15 meetings, do not present scientific papers and do
16 not debate their ideas openly in the context of the
17 scientific process.
18    Q.   They've debated openly with you?
19    A.   Yes, absolutely, and that's fair enough.
20 But those debates have without exception been in
21 public forums designed to deal with the general
22 public, but I'll give you a very specific example.
23 My colleague, Michael Behe, is a member of the
24 American Society for Biochemistry and Molecular

Page 348

1 Biology. Every member of that society every year at
2 the annual meeting is allowed to present a paper to
3 the society. Insofar as I know -- and I could be
4 wrong, but insofar as I know, Dr. Behe has never
5 gone to the scientific meetings of his own society
6 and presented his ideas on irreducible complexity to
7 the scientifically informed or the audience refined
8 to those meetings, and that behavior is
9 characteristic of most of the advocates of
10 intelligent design, which is one of the reasons why
11 I said they seem to excommunicate themselves from
12 the scientific community.
13    Q.   Are you being compensated at all for your
14 testimony in this case?
15    A.   No, sir, I am not.
16    Q.   Are you having travel expenses covered?
17    A.   I haven't had any travel expenses yet
18 because it's a short commute, and I actually don't
19 think I've had a conversation about that. I would
20 be perfectly willing to pay for my own travel
21 expenses to any trial, but I will tell you that if
22 the plaintiffs offer to compensate me for my travel
23 expenses, I will accept that compensation.
24       MR. MUISE:   And that's all of the

Page 349

1       questions I have. I have a couple of
2       documents I never got to that I wouldn't
3       mind just marking and having them identify
4       what they are.
5       MR. WALCZAK:   What's the point if they
6       haven't been discussed?
7       MR. MUISE:   Well, they have indirectly.
8       They're excerpts from his book, "Finding
9       Darwin's God."
10       MR. WALCZAK:   Yes, I mean if you haven't
11       discussed -- I mean if there's no testimony
12       about that, how would you —
13       MR. MUISE:   Well, it's just authentication
14       of the documents.
15       MR. WALCZAK:   Well, I mean show me where
16       in that document or what in that document
17       you have specifically examined him about.
18       You haven't showed him the document. I
19       mean he may have made reference to the
20       book.
21       MR. MUISE:   I'm just going to ask him to
22       look at these and acknowledge just for
23       authentication purposes because I don't
24       have time to get into further detail. We

88 (Pages 346 to 349)

Page 350

1   did discuss -- when we did discuss your
2   book early on, there were some components
3   in this that were discussed, but we just
4   don't have the time to flush them out.
5   THE WITNESS: It's my recollection,
6   however, that I never drew any quotations
7   from my book, I never opened any pages, and
8   you never confronted me with specific
9   writings on any particular pages in the
10  book.
11  MR. MUISE: With that said, I'm going to
12  mark these three -- we'll mark these as --
13  we should mark them as three separate
14  exhibits.
15  THE WITNESS: So 15, 16 and 17?
16  MR. WALCZAK: I'm going to object to the
17  introduction of those, and we're certainly
18  not stipulating or agreeing to any
19  authentication of those documents, but you
20  can certainly make them part of the
21  deposition. Note my objection.
22  BY MR. MUISE:
23  Q.   You can't authenticate whether these are
24  sections from your book?

Page 351

1   A.   If you show it to me, I will --
2   Q.   Show you the book?
3   A.   No, no, no, if you hand that to me and ask
4   me to say if that's the cover of my book, my answer
5   would be yes, this is the cover of my book.
6   Q.   Front and back cover?
7   A.   And this is the book cover, and I would
8   note that this is the paperback edition rather than
9   the hard cover edition.
10  Q.   And that is 15. And then 16 is a few
11  pages from chapter 9, if you'll identify the pages.
12  A.   The pages are all over the map. I would
13  assume because I don't have a copy of the book to
14  compare it to, that these are authentic copies of
15  pages 260 and 261.
16  Q.   If you want to compare it to the actual
17  original book.
18  A.   Without reading every word, that's
19  correct. Yes, this is page 290 and 291, and this is
20  the conclusion of the book on page 292, and yes, it
21  looks like an authentic copy.
22  Q.   And then this will be Exhibit 17.
23  A.   No. 17, oh, my goodness.
24  Q.   And that should be the complete chapter,

Page 352

1   if you want to --
2   A.   In the interest of time and being
3   reasonable, I will stipulate that on first glance,
4   which is all I have time for, this does look like an
5   authentic copy of chapter 5.
6   MR. WALCZAK: I'm not sure what the
7   purpose of introducing these as part of the
8   deposition since I mean you haven't pointed
9   to any responses that he gave or questions
10  that you asked specifically about that
11  chapter.
12  MR. MUISE: I think the point being that
13  he's authenticated this as the book that he
14  had written, and there were questions that
15  weren't specifically directed to this that
16  were related to this that I can point out
17  to in these --
18  MR. WALCZAK: Well, you can do that at
19  trial. I don't see the purpose of
20  attaching it here. I mean what's the
21  purpose of that?
22  MR. MUISE: Because we'll have an
23  authentic record of the portions from his
24  book that he's --

Page 353

1   MR. WALCZAK: No, he referred to the
2   Prentice-Hall dragonfly book, and you're
3   not attaching a copy of that.
4   MR. MUISE: Sections of it we are.
5   MR. WALCZAK: But sections were not the
6   sections that he specifically read from.
7   MR. MUISE: Rather than continuing on with
8   this argument, do you have objections to
9   the authentication of this? Now, whether
10  or not -- how you're going to use it or how
11  it's going to be applied is a separate
12  question. What is your objection to these
13  being marked as Exhibits 15, 16 and 17 to
14  this deposition?
15  MR. WALCZAK: That they have not been
16  specifically discussed here during this
17  deposition.
18  MR. MUISE: They've been authenticated by
19  your witness; is that correct?
20  MR. WALCZAK: Yes, he has authenticated
21  them. Those are portions of his book. I
22  don't see the purpose of including them
23  other than to increase the cost of these
24  transcripts. My objection is noted.

89 (Pages 350 to 353)

Page 354

1  MR. MUISE: Your objection is noted.
2  (Defendant's Exhibit Nos. 15, 16 and 17 were
3     marked.)
4  MR. MUISE: I don't know whether you want
5  to state whether you care to read your
6  deposition so that I can —
7  MR. WALCZAK: We're not going to waive
8  signature.
9  MR. MUISE: And the last point, just to
10  make it on the record, there was several
11  references to names throughout this
12  deposition that are going to require
13  spellings, and my understanding is from
14  discussions with counsel is that we will
15  agree if the court reporter sends a list of
16  words that she needs clarification about to
17  the witness with CC to myself and to the
18  plaintiffs' counsel, that that would be
19  satisfactory for all the parties; is that
20  correct?
21  MR. WALCZAK: I agree.
22  THE WITNESS: I'd be very happy to do
23  that.
24  MR. MUISE: And sending it by e-mail I

Page 355

1  think would be probably the most expedited
2  way of doing it.
3  THE WITNESS: That's also okay with me.
4  MR. MUISE: Thank you. That concludes
5  this deposition.
6  THE WITNESS: Thank you.
7  (Deposition concluded at 6:30 p.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 356

1           CERTIFICATE OF OATH
2
3  STATE OF RHODE ISLAND )
4
5
6
7     I, DENA M. O'BRIEN, Certified Shorthand Reporter
8  and Notary Public in and for the State of Rhode, do
9  hereby certify that on May 25, 2005, KENNETH MILLER,
10  the witness whose deposition is hereinbefore set
11  forth, was duly sworn by me and that such deposition
12  is a true record of the testimony given by the
13  witness.
14     I further certify that I am neither related to
15  or employed by any of the parties in or counsel to
16  this action, nor am I financially interested in the
17  action.
18     In witness whereof, I have hereunto set my hand
19  and seal this 31st day of May, 2005.
20
21
22
       _____
       DENA M. O'BRIEN
23     CERTIFIED COURT REPORTER/NOTARY PUBLIC
       Commission ID#: 53043
24     My commission expires: 03/23/08

Page 357

1  1. ERRATA SHEET DISTRIBUTION INFORMATION
   2. DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS
2
   I. ERRATA SHEET DISTRIBUTION INFORMATION:
3     The original of the Errata Sheet has been
   delivered to Witold Walczak, Esquire.
4     When the Errata Sheet has been completed by the
   deponent and signed, a copy thereof should be
5  delivered to each party of record and the ORIGINAL
   forwarded to Robert J. Muise, Esquire, to whom the
6  original deposition transcript was delivered.
7  2. INSTRUCTIONS TO DEPONENT:
      After reading this volume of your deposition,
8  please indicate any corrections or changes to your
   testimony and the reasons therefor on the Errata
9  Sheet supplied to you and sign it. DO NOT make
   marks or notations on the transcript volume itself.
10 Add additional sheets if necessary. Please refer to
   the above instructions for Errata Sheet distribution
11 information.
12
13
14
15
16
17
18
19
20
21
22
23
24

90 (Pages 354 to 357)

Page 358
1  PLEASE ATTACH TO THE DEPOSITION OF: KENNETH MILLER
   DATE TAKEN: MAY 25, 2005
2  CASE: KITZMILLER, ET AL. vs. DOVER AREA SCHOOL
   DISTRICT, ET AL.
3
          ERRATA SHEET
4  PAGE LINE   CHANGE   REASON
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
      I have read the foregoing transcript of my
21 deposition and except for any corrections or changes
   noted above, I hereby subscribe to the transcript as
22 an accurate record of the statements made by me.
      Executed this   day of     , 2005.
23
24       Kenneth Miller

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

| A | | | | |
|---|---|---|---|---|
| **abandoned** 154:7 | **account** 6:19 | 301:12,19,20 | 12:5 22:17 30:1 | 242:10 |
| **abbreviation** 26:10 | 140:20 144:15 | 304:4,9 | 318:19 | **afflict** 309:17 |
| **ability** 62:22 191:7 | 149:20 156:5 | **actively** 45:8 | **admission** 125:18 | **afraid** 174:15 |
| 199:19 | 210:4 313:20 | **activity** 104:13 | **admit** 122:24 | 295:23 |
| **able** 135:17,19 | **accounted** 199:4 | 276:20,23 | 212:13 | **Africa** 41:13 |
| 153:18 162:19,20 | **accounts** 10:18 | **acts** 95:19 98:8,16 | **admits** 125:12 | **afternoon** 242:1 |
| 163:17 184:13 | 190:14 274:17,24 | 98:20,21 99:1 | **admittable** 159:2 | **age** 100:6,14,22 |
| 188:15,19 200:1 | 275:5,10 290:21 | 104:2,3 107:21,23 | **admitting** 123:8 | 103:16,20 104:8 |
| 227:5 235:15 | **accumulate** 295:6 | 170:9 217:13 | **adopt** 21:14 | 104:12,17 105:16 |
| 286:15 296:4 | **accurate** 38:5 48:21 | 245:2 | **adopted** 331:13 | 106:3 107:6 |
| 309:11 327:1 | 48:23 51:20 | **actual** 28:13 300:13 | **advance** 85:13 87:7 | 131:14 205:19,24 |
| 345:21 | 66:13,16 86:23,24 | 351:16 | 87:8 178:1 | 299:8 340:18 |
| **Abraham** 145:10 | 99:7,11 104:7 | **adaptability** 143:13 | 207:18 250:24 | 341:5,17 342:21 |
| 227:11 | 106:1 116:1 | **adaptation** 112:15 | 313:15 | 343:2,7,13,21 |
| **Abrahamic** 94:6 | 126:5,12 127:14 | **adaptational** 163:9 | **advanced** 45:16 | 344:9,10 |
| **absence** 264:23,23 | 145:1 147:4,11 | **adaptations** 160:23 | 47:15 131:8 | **agent** 55:13 126:18 |
| 266:4,5 277:12 | 171:22 193:14 | 161:4 | 188:9 272:9 | 185:15 200:7,8 |
| **absolute** 146:10 | 212:22,23 274:16 | **adaptive** 163:22 | **advancing** 305:8 | 346:5 |
| 232:22 343:8 | 274:19,20 279:13 | 165:1,2,14 | **advice** 13:15 30:24 | **ages** 95:4 102:4 |
| **absolutely** 26:8 | 283:1 285:6,7 | **add** 90:18 174:10 | 36:22 330:20 | 109:2,5 137:21 |
| 49:3 135:3 | 293:6 294:24 | 280:19 281:12 | 331:8 | 205:14 341:1 |
| 146:13 185:8,12 | 295:15 329:12,13 | 357:10 | **advised** 10:13 | **agnostic** 212:13 |
| 192:21 213:9 | 358:22 | **added** 314:14 | **advising** 45:7 | **ago** 5:17 16:7 36:7 |
| 215:21 229:3 | **accurately** 34:15 , | **adding** 76:6 | **advisor** 44:24 | 65:5 97:10,18 |
| 236:15 255:6 | 96:17 126:10 | **addition** 15:22 | **advocate** 102:23 | 98:14 101:11 |
| 258:8 263:3 | **accused** 126:23 | 63:13 85:24 | 103:23 105:1,5,18 | 102:5 190:3,13 |
| 323:13 347:19 | 141:11 | 208:6 263:20 | 108:8 109:8 | 223:21 233:7 |
| **abundant** 191:11 | **accuses** 127:15,18 | **additional** 319:15 | 115:22,24 116:3 | 237:2 257:13 |
| 220:7 221:3 | **achieve** 170:12 | 357:10 | 117:2 128:22 | 263:24 277:14 |
| 240:3 | 273:18 318:4 | **address** 13:18 | 145:2,6 203:5 | 279:12 298:15 |
| **Academic** 3:13 | **achieved** 223:24 | 122:9,12 129:11 | 205:4 218:9,12,14 | **agree** 6:20 26:23 |
| 24:22 317:20 | **acids** 211:16 295:5 | 129:14 289:13 | 258:20 304:19 | 32:5 33:10 39:4 |
| **Academy** 15:18 | **acknowledge** 83:13 | 291:6 338:4 | **advocates** 58:6 | 39:17,20,22 41:6 |
| 31:5 160:18 | 83:23 134:2 | **addressed** 17:2 | 100:21 101:23 | 71:23 105:14 |
| 298:14 304:17 | 287:6 349:22 | 19:9 72:24 122:1 | 103:5,13 104:11 | 129:7 133:8 |
| **accept** 102:3,6,7,16 | **acknowledging** | 260:12 296:3 | 105:9,10,13 | 154:10 155:4,8 |
| 103:6 109:21 | 115:5 | 310:19 326:8 | 106:21 107:10,13 | 164:14 171:1,4 |
| 116:4 157:18 | **acknowledgment** | 345:22 | 108:13 109:12,19 | 172:17 173:16 |
| 168:24 213:4 | 249:14 | **addresses** 122:13 | 110:12,14,16,20 | 174:3 179:24 |
| 341:10 348:23 | **ACLU** 2:3 | 122:15 | 113:8,9,14,15 | 202:18 206:15,18 |
| **acceptable** 203:6 | **acquaintance** 174:7 | **addressing** 57:9 | 114:13 115:10 | 230:21 247:12 |
| 205:4,11 | **act** 93:24 97:12,20 | 76:22,24 300:2 | 116:6,13,22 117:3 | 312:8,14,18 |
| **acceptance** 58:8 | 118:15 120:10 | **adequacy** 84:14 | 117:6 131:8 | 338:18 339:7,13 |
| 105:16 117:17 | 121:21 214:13 | **adequate** 142:4 | 133:9 143:19,21 | 342:6,15 343:10 |
| 139:18 | 245:16 247:4 | 169:19 | 143:23 144:14 | 346:13 347:5 |
| **accepted** 11:1 38:4 | **acted** 212:24 246:6 | **adequately** 118:21 | 145:14,22 148:19 | 354:15,21 |
| 38:9 185:5 186:5 | **acting** 93:9,10 | **adhere** 99:24 | 152:18 168:7 | **agreed** 6:12 82:14 |
| 194:10 205:15 | 120:8 170:5 | 103:24 105:11 | 187:20 189:9 | 149:3 172:5 |
| 209:10,11 229:23 | 189:12,21 213:12 | 108:3 109:9 | 190:11 219:1 | 251:15 268:13 |
| **access** 78:15 | 213:15,23 214:5,9 | 110:16 114:13 | 228:1 231:23 | **agreeing** 350:18 |
| **accidental** 236:2 | 215:20 230:1 | 117:15 118:1,3,7 | 247:12,15 250:23 | **agreement** 55:14 |
| **accommodating** | 241:14 256:6 | 118:10,11 131:18 | 251:12 258:15 | 134:13 |
| 324:2 | **action** 11:21 215:23 | 140:9 218:18,19 | 347:10,13 348:9 | **agrees** 252:1 |
| **accompany** 3:20 | 356:16,17 | **adhered** 116:12 | **advocating** 228:5 | **ahead** 10:22 52:9 |
| 75:16 | **actions** 93:8 142:18 | **adheres** 103:11 | **affairs** 85:18,19 | 168:14 308:10 |
| **accomplished** | 187:17 189:12,13 | 116:19 141:12 | **affect** 290:13 | **aids** 17:14,23 26:3 |
| 143:10 323:11 | 229:1 | **adjust** 309:11 | **Affiliation** 84:13 | 313:1 |
| | **active** 53:23 216:18 | **administrators** | **affirmative** 84:19 | **airplane** 302:23 |

Page 2

Aizawa 270:14
akin 321:1
al 1:4 358:2,2
Alberts 304:13,14
alchemists 184:17
alchemy 183:24
  184:6,7,15,21
  185:3
alert 11:7
algebra 49:21
aliens 145:19
alive 95:1
allow 78:3 211:5,13
  307:21
allowed 336:21
  337:1 348:2
allowing 308:20,24
allows 308:2
alternate 11:8
  37:17 157:10
  241:11,12 302:10
  302:13,15 303:7
alternative 11:11
  30:5,7,13 223:11
  239:18 240:13
  302:8
alternatives 302:16
alumni 90:6
ambiguous 83:16
amenable 256:7,8
America 56:7
American 46:11,24
  47:2,8,10 56:9,12
  56:20 57:16 58:2
  84:12 86:12,15
  88:24 90:13,14
  94:22 100:7
  160:13 220:8,14
  221:4 227:10
  230:22 231:6,9
  347:24
America's 55:4
  56:3
amino 295:5
amount 18:9
  140:14 158:22
  161:7,9,13 221:24
  222:11 228:18
  298:10
amounts 96:17
  329:7
analogies 31:14,16
analogy 313:23
  315:9
analysis 19:14,24
  20:3 26:7,16
  40:16 58:2 63:1
  124:21 133:18

134:1 140:12
153:8 200:9
223:8 242:15
270:19 277:10
278:15 302:18
310:23 322:16
339:4
analytical 225:10
analyze 125:1
  135:19 175:23
  213:14 214:16
  265:9 286:4
  301:10 316:14
  322:12,14
analyzed 26:12
  91:6 139:1,3
  210:2 339:6
analyzing 119:19
  272:9 301:18
anatomy 147:14
  209:19
ancestor 43:15
  234:21 235:3,6,17
  235:22 236:20
  238:18 239:2
  248:11 267:14,17
  267:18 268:2
  270:22,23 271:4,5
ancestors 116:8
  236:22 265:5,7,8
  266:13 272:8
ancestor-descend...
  299:17
ancestral 264:16,18
  264:19 266:18
  270:12 271:21,23
ancestries 238:24
  239:19,23,23
ancestry 95:7
  114:12,22 115:6
  115:13 116:5
  235:13 236:14,17
  237:18,23,24
  239:6 240:7,11
  257:24 258:7
Angeles 86:13
angles 146:16
Angus 202:13
animal 107:20
  179:20 263:21
  265:17 302:7
animals 21:1 96:7
  98:2 169:21
  187:21,24 258:5,6
  258:11,14 261:9
  262:23,24 263:1,3
  263:16,22 264:2,5
  264:17,18 265:2,6

265:7 266:6,13,17
301:19
Ann 2:9
annual 46:10 86:12
  348:2
answer 8:2 12:13
  12:15 20:18,19,19
  20:20 22:24 24:3
  32:14 34:3 35:2,3
  35:14 36:18,24
  37:2 41:9 42:9,15
  46:23 50:4 60:15
  61:11 63:14
  64:11 90:4 93:22
  100:18 108:7,23
  109:18 110:24
  111:13,24 112:8
  112:22 118:9,10
  125:10 130:3,4
  139:16,17,17
  140:8,11 141:5
  142:22,24 143:22
  144:22 149:9,13
  156:12 158:23
  159:17 161:17
  168:11,14,18
  172:24 174:5
  176:7 182:7
  202:19 208:2
  210:9,15 211:5,6
  214:1,6 215:21
  217:20 218:8
  227:1 229:2
  235:11 238:20
  243:7 244:13
  245:11 250:10
  254:1 258:18
  260:8 262:18
  267:17 271:24
  276:15 279:16
  280:21 281:10,15
  281:24 282:3
  283:9,10,21,24
  284:1 287:18,21
  300:7 305:24
  317:17 319:12
  328:21 336:22
  337:1 341:11
  351:4
answered 34:20
  59:16 78:23
  111:2 117:11
  119:18 124:14
  168:10,18 210:14
  238:15 242:10
answering 8:10,12
  8:14 88:1 338:17
answers 19:9 44:19

131:6 183:18
  224:18
anthropic 127:22
antibiotic 307:10
  309:9,10,15 310:9
  310:10,14,22
  311:2,15,20,23
  314:10,13,15,20
  315:20 316:4,6
antibiotics 310:11
  310:12 312:11,20
  313:22 314:2,21
  315:18 316:8
antiChristianity
  12:18
anticipate 8:13
  346:11
antievolutionist
  251:17 252:14,18
  253:4
antievolutionists
  251:12
antifaith 230:19
antireligion 12:17
antitheistic 170:23
antitheological
  170:23
antithetical 15:19
  18:19 234:2
anti-evolution 58:3
anybody 145:16
  167:5 331:16
anyway 164:4
apart 94:13 119:22
  225:6
ape 258:24
apes 95:7 114:11,21
  115:7 116:5,8
apologies 156:23
  186:19
apologize 27:19
  80:8 85:12
  186:20 233:11
  310:7,15 311:4
apparatus 151:3
  276:12
apparent 147:4,20
  148:3,9,14 220:10
  221:6 222:10
apparently 189:3
  205:9 207:6,13
  271:21 274:2,4
appear 27:24 50:24
  65:6 89:16 91:3
  93:6 97:18 98:2
  133:2 147:16
  190:2 235:22,23
  248:12 265:3

279:6 345:23
appearance 88:16
  95:22 148:8
  190:15
APPEARANCES
  2:1
appeared 52:24
  88:21 96:7 97:9
  98:6,13 114:17
  137:10 187:21
  190:12 259:2
  270:10 275:8
  285:16,21 304:22
appearing 51:22
  52:22
appears 68:18
  117:23 181:10
  196:14 251:13
  287:12 289:10,19
  309:23 341:1
apples 238:8
application 206:20
applications 303:4
applied 42:4,10,24
  73:23 92:12
  96:20 136:1
  201:8 286:7
  353:11
applies 129:4
  138:12 196:10
  320:1 323:9
apply 79:3 140:4
  160:11 177:11
  248:16 261:9
  302:22,23 303:1
  303:13,16 306:24
  323:8
applying 70:3
appreciate 39:1
  112:21 129:23
  155:9 168:15
  180:11 268:21
appreciated 8:21
approach 43:1
  70:14,16 71:21,23
  306:13,14,16
approaching
  300:23
appropriate 35:11
  35:13 36:9,24
  167:10
appropriately
  96:20
approval 10:5
approve 23:6 24:4
  30:22
approved 10:23
approving 36:20

**approximately**
76:15,16 101:10
269:4
**April** 80:2 279:24
**aquatic** 299:11
**Arbor** 2:9
**archea** 239:15
240:6
**architecture** 143:7
**ardent** 203:5 205:3
**area** 1:7,8 5:15 9:8
10:21 12:4,8 20:3
22:15,16 24:6
45:18 71:10
165:14 207:15
294:12 299:14,15
301:13 358:2
**areas** 15:2 20:12
43:21 231:16
282:14 289:10,12
289:14 327:5
**argue** 34:13 105:7
106:22 107:1,5,18
108:13 109:19
112:18 123:20
124:20 135:9
188:13 205:19,21
212:11 219:24
222:8 225:18
233:21 252:12,16
254:14 267:23
**argued** 139:24
159:14 215:5
217:23 250:17
270:11,20
**argues** 259:4
**arguing** 17:22
104:13 114:18
181:22 233:24
**argument** 32:19
33:9,12,15,20
34:2,5,14,16,18
34:20 37:7,12,13
37:21 57:1 80:16
88:1,15 119:19
120:2,4 121:16,22
122:2,4,14,23
123:9 124:3,21
125:8,9 130:11
132:18,19 133:14
134:11 149:8,10
149:18 150:4,5,6
155:12,13 225:10
225:12,17,21
236:23 259:3
272:11 278:17
353:8
**arguments** 50:14

80:13 101:23
118:24 152:4,7,23
160:3,10 161:19
185:14 188:6
226:8 227:24
241:4 272:9
**arisen** 295:11
**arises** 308:7
**arising** 342:13
**Arizona** 81:13
**Arkansas** 95:10
**arose** 240:21 241:5
241:13,20
**arrive** 192:13
**arrived** 107:2
**Arthropoda** 267:9
**arthropods** 265:7
**article** 3:22 51:10
51:10,12,16 52:17
52:21 86:21
87:21,23 88:3,12
127:10,12 129:2,3
129:4 136:4,5
167:19 247:20
269:6 305:3,6
346:23
**articles** 61:12 66:24
67:19 89:1,14,15
218:5 274:15
**articulated** 95:9
**artist** 146:11
**arts** 83:2 85:11
339:2
**ascribe** 201:19,22
**Asheville** 85:8,8
**Aside** 45:7
**asked** 13:2 19:17
30:24 34:24 35:5
36:10,22 38:7
45:11 49:5 60:21
61:9 62:5,7,10,12
62:13 73:16
74:14 82:4,11
84:10,11 85:12
87:6 102:19
111:9 157:15
158:1 161:8
168:9,17 170:15
199:8 200:7
204:5,11 237:8,24
250:8 267:11,15
272:19 279:19,21
279:24 280:5,18
287:16 314:6
330:12,19 352:10
**asking** 5:17 8:10
57:3 63:12 87:12
98:24 134:10

142:11 156:1
192:15,16 195:23
200:6 287:17
288:24 331:11
**asks** 68:4 336:24
**aspect** 18:2 46:19
284:15 315:20
**aspects** 17:5 23:23
78:18,19 88:14
283:22
**assassination**
227:11
**assemble** 242:13
**assembled** 224:24
**assembling** 82:10
**assembly** 269:10
**assert** 182:7,9
**assertion** 41:7
157:1,3 212:7
**assess** 182:14
**assessments** 318:5
**assign** 305:3
**assigned** 64:24
305:3
**assignment** 62:3
65:14
**assignments** 64:23
**associated** 41:1
90:7 255:16
310:14
**associating** 163:13
**assume** 91:5 192:22
221:1 235:8
270:6 279:13
332:2,5 340:20
351:13
**assumed** 293:2
**assuming** 14:12
21:22 26:22
54:12 127:6
166:21 177:24
219:8 319:2
322:13 331:2
**assumption** 13:21
18:18
**assure** 14:16
**astonished** 207:20
**astonishing** 265:11
265:23
**astrology** 231:12
**atheism** 174:5
**atheist** 173:14,20
173:22 174:9
214:23
**Atlanta** 279:24
280:6
**atmosphere** 295:15
295:17

**atmospheres** 295:3
**atomic** 16:20
325:13 332:2
**ATTACH** 358:1
**attached** 317:17
**attaching** 352:20
353:3
**attack** 102:7
**attempt** 56:4 184:8
195:18,18
**attempting** 7:7
**attempts** 106:18
**attend** 46:10 47:9
50:10 81:19
**attended** 54:8,10
58:19
**attention** 207:20,24
288:8 294:9,11
295:22 322:19
337:17
**attorney** 5:14 6:13
6:17 279:1 337:5
**attribute** 97:23
200:11
**attributed** 164:16
186:8 204:22
217:4 346:15
**attributing** 229:13
**Atwood** 2:4
**atypical** 269:3
**audience** 19:2
54:24 89:5,5
348:7
**auditorium** 80:6
**auditoriums** 81:11
**Australia** 191:3
263:14
**authentic** 351:14,21
352:5,23
**authenticate**
350:23
**authenticated**
352:13 353:18,20
**authentication**
349:13,23 350:19
353:9
**author** 17:7 143:2
204:22 214:4
222:9 270:17
**authoritative** 31:3
**authorities** 15:17
**authors** 163:14
216:9
**available** 11:4 15:4
16:8 86:5 91:12
100:11 329:16,21
330:3,22
**avoids** 96:1

**aware** 11:13 12:7
22:3 30:4,8,19
31:21 117:6,12,14
117:15 137:6,8
150:23 151:1,23
152:1 166:18
173:11,15 175:2
180:18 191:1
276:8 278:14
314:21 316:24
318:5 323:19
**A-i-z-a-w-a** 270:14
**a-r-c-h-e-a** 239:16
**a-r-t-h-r-o-p-o-d-a**
267:9
**a.m** 1:23

_____ B _____

**Babel** 137:17
**back** 4:8 17:7,19
19:8 42:1 61:13
73:9 76:1 79:23
79:24 81:1 84:4
99:5 110:8
112:22 132:21
166:3 193:7
235:16 254:18
257:2 258:4
288:9 343:13,17
351:6
**background** 49:7
72:11 115:14,21
**backgrounds**
255:21
**bacter** 316:5
**bacteria** 46:1,15
97:7,12 160:20,22
161:2 162:9,17
163:4 164:2
165:12 187:14
188:2 257:21
268:22 309:11,15
310:13 311:14,17
311:18 314:2,5,13
314:17,21,23
315:3,10,15 316:7
**bacterial** 96:4 97:5
97:6 118:17,22
119:10,11 150:12
150:16 151:2,6
155:5,12 161:6
165:7 169:23
187:14 190:5
226:2,15 230:7
268:3,7,20,23,24
269:3,12,15,21
270:11,24 271:7,8
309:17 315:6,19

bacteria's 313:22
bacterium 315:7
bad 184:6
balance 255:11
ball 228:15
bank 6:13
banner 58:4,4
Baptists 218:23
barrier 211:24
Barry 3:22 127:10
  136:6 309:20
  310:4 312:6
base 184:8,11
  268:20 270:19
based 32:1 42:8
  44:14 116:22
  121:3 126:7
  133:14 143:5
  148:2 152:5
  160:1 176:12
  182:24 183:2,3,4
  183:6 208:19
  209:13,16,18,20
  224:12 232:9
  238:20 249:4
  258:18 270:10
  295:16 302:18
  303:3 307:12
  320:11
bases 295:21
basic 58:13,23 60:7
  64:6 66:1 69:19
  70:15,17 72:18
  75:12,18 93:4
  95:8 144:2,4
  188:5 199:21
  200:1 242:6
  255:22 273:12
  276:11 305:12
basically 11:20
  12:18,21 128:11
  129:13 148:13
  150:15 158:4
  165:3 175:21
  176:21 204:18,24
  208:17 212:12
  215:19 220:23
  228:1 231:19
  236:7 242:3
  274:23 275:3,7
  306:23 307:21,24
  314:14 315:16
  327:24 341:10,16
basis 14:22 61:3
  62:21 64:3
  112:13 113:24
  154:5,21 155:1,14
  158:8 161:20

208:13 252:13
  265:14
battle 55:3 56:2,22
battles 56:17
beaks 290:16
bear 162:2
beautiful 176:23
  267:12
becoming 183:24
bed 299:15
beg 74:23
began 11:7 15:3
  241:19 294:7
  295:6 297:19
  318:6 325:3
beginning 88:10
  178:20 280:18
  284:21 305:4
  317:3,24
begins 296:21
behalf 83:8
behavior 17:16
  76:6 325:15
  348:8
Behe 48:9,10 79:16
  83:24 84:7,21,23
  85:15,24 86:3,6
  86:14 87:1 88:6
  97:4,6,14,22,23
  98:10 100:9
  103:8,22 105:17
  107:14,16,17
  108:6 109:15.
  115:5,8,23 117:22
  118:3,7,10 119:11
  120:20 121:7,7
  122:24 125:5,12
  132:3 133:9,13,23
  137:14 145:12
  149:5,15 150:13
  152:3,11,17 153:5
  218:14 225:17
  247:19 250:5,9,13
  251:3,15,24 252:7
  252:14,23 258:22
  275:20 278:7
  309:22 311:8,11
  312:1,10,23
  313:11 316:1
  347:23 348:4
Behe's 33:5 85:4
  88:17 90:24
  104:5 121:4,22
  122:6 124:16
  151:7 153:12
  269:22 309:23
  311:3,6,12 312:4
  312:5

beings 95:7 116:5
  145:20 169:23
  181:24 246:11
belief 18:19 142:3,3
  214:18 216:4
beliefs 15:11 61:4
  95:13 212:18
  219:4 338:8,10
believe 11:3 12:20
  15:8 18:21 19:12
  19:13 21:17,19
  27:5,14 28:9
  29:10 30:6 44:8
  48:15,20 51:11,13
  51:14 53:4,6,8,16
  54:17,19 58:18
  59:15 65:24 72:2
  72:17 73:16,17,19
  76:19 77:21 86:3
  86:10 87:1 90:23
  94:2,7 106:13
  107:17 108:24
  120:14,18,18
  121:2 126:2
  127:9,11 134:14
  134:18 136:8,11
  136:13 137:3
  139:7,21 141:19
  147:7 150:9
  156:7 162:4
  168:23 169:6
  174:13 175:4
  176:19 178:15
  182:13,16 193:12
  194:5 197:17
  200:4 204:3
  212:20,24 213:3,9
  215:8,14,14 217:2
  217:18 218:11
  231:2,20,22 233:8
  234:4 235:4
  238:5,14 243:3,9
  252:6 262:5
  263:14 268:14
  270:14 271:11
  276:5 284:18
  288:21 300:1
  303:8 304:21
  307:5,8,10 310:10
  310:15,16 311:4
  312:1,23 316:13
  316:21 317:9
  321:13 330:5
  333:4
believed 18:20
  230:3,20 234:3
believer 18:24
  168:20 177:15

believes 92:20,20
  93:24 95:19
  128:8 141:18
  201:17
belong 31:7 262:19
  262:21 263:2,22
  263:23 265:6,8
  266:21
belongs 179:9 267:6
  267:7,8,10
bench 303:14,17,22
  306:7
benefit 281:3
  346:21
benevolent 174:20
Berlinski 83:24
  217:24
best 10:17 11:7
  31:1 37:8 62:22
  79:19 93:8 95:8
  113:11 221:14
  243:8 282:12
  308:3,23 309:3,3
  309:4
beta 310:17,18,20
  311:21
better 13:16 34:14
  45:4 112:13
  223:7 224:7
  308:8 311:22
  312:11,20,20
betularia 255:15
beyond 163:24
  223:16 227:17
  271:5 288:24
  329:4
big 143:20 228:15
biggest 222:15
bilateral 264:6
  266:16
bilateran 264:2
bill 6:18 185:14
billion 97:10,18
  100:16 190:3,13
  276:15 342:22
  343:2,5
billions 104:4
  107:24
bind 308:4
Bio 66:9,12
biochemical 47:11
  47:16 88:1 96:12
  112:3 135:21
  144:10 151:3
  154:17 187:16
  252:11 275:19
  277:17 296:20
  303:1,4

biochemist 48:6,11
  84:21
biochemistry 44:10
  47:10,19,21 98:16
  132:8 303:24
  347:24
biochemists 46:22
  47:17
biogeography
  43:12
biological 11:12
  42:17 43:1 46:7
  119:2 121:18
  185:21 211:8
  217:16 232:24
  243:20 249:1
  253:22 255:8
  267:5 275:10,12
biologist 18:24
  43:23 45:20 46:3
  47:19 175:10
  274:5,6 303:10
biologists 46:22
  145:20 161:18
  185:24 244:1
  254:10 255:10,18
  256:13 257:24
  273:6 291:12,24
  292:1,2 304:20
  305:2,9 306:17
biology 3:19,21,24
  4:4,6 9:10 10:5
  12:11 14:13,17
  15:4,14 16:15
  17:3 18:19 19:14
  20:11,22 22:23
  23:15 25:17
  26:18 28:1,4,11
  29:13,18 30:2,19
  35:8,12,14 36:14
  38:18,20,21 44:9
  44:10,11 46:11,20
  47:1,2,8,11,15,20
  47:21 48:20
  58:13,16 60:7,7
  61:24 66:1,14
  68:16,19,24 69:8
  70:15,17 71:13,18
  71:21 72:4,15,19
  73:10,12,23,24
  74:18 75:12,18
  112:15 124:12
  160:11 178:16
  186:18 220:11
  221:7 249:5,6
  258:10 260:13
  265:24 272:22,22
  273:10,12,13

281:8,20 285:17
285:22 287:11
293:20 297:15
304:23 305:4
324:1 325:19
334:19 348:1
biomass 165:10
Bioscience 127:12
birds 255:21,24
birth 213:2,5 216:5
biston 255:15
bit 7:10 14:24 62:7
104:19 182:8
211:4 222:17
258:4 268:10
288:10 290:18
298:9 300:2
321:21 322:7
326:4
bits 257:18 274:14
Black 90:24 150:14
252:6 275:21
blank 180:2
bleak 177:18
bleed 207:16
Blind 147:7,9 148:4
148:6 175:1
blocks 211:15 242:6
242:13 295:6
blood 98:11,12,17
118:18 119:15
123:19 154:17
159:7 190:7
214:22 215:3,4,4
215:13 230:8
273:5 275:18
276:2,4
blooded 301:15,23
blown 149:18
blur 46:18 90:20
blurred 45:23
blurring 46:19
board 1:8 5:16 9:8
10:6,6,9,14,18,19
10:22,24 11:6,17
11:18 12:24 16:2
21:14,23 22:11,8
23:17,22 24:7
62:11 93:1
286:11 318:12,18
318:20 326:1,6,7
326:14,15,17,18
327:2,20,22 328:1
328:2 329:20
330:7 331:8,12
333:20 334:2
336:6 338:11
board's 11:21 338:8

bodies 31:3 38:24
body 21:3 132:9
210:12 214:21
215:10,13 258:13
265:13,18,19
299:1 304:18
bold 178:24 220:6
312:7
boldfaced 295:7
bombing 314:1
bonds 276:22
bones 302:3
bony 267:1
book 4:4 10:9 11:2
12:16,16 16:7,8
16:10,13,19,21
18:17,23 19:3,19
20:10 21:9,20
22:1,4,7,11,22
24:12,15 25:24
26:19,20 35:8,12
35:13,15,17,23
36:1,4,5,7,11,13
36:24 37:3 49:12
51:23 52:2,5,7,23
52:24 53:2,5,6,16
55:6,10,16,17,18
55:19,23,23 57:1
57:3 61:12 62:9
62:12 74:19 76:4
84:19 86:19 87:1
87:12,21 88:17
90:23,24 93:3
99:3 106:14,17,19
127:13 128:12
132:5 134:19
136:11,13 137:17
137:18,21,22,23
137:24 138:9,19
139:2,2,2,9,10
141:3,7 147:12
150:14,23 179:9
179:11,16,17,17
179:19,19,20,22
180:1,1,3,7,15,15
180:24 181:2,13
181:15,15 203:18
204:4 205:22
233:16 252:12,15
274:22,24 275:15
275:21 280:23
281:1,14 282:9,16
282:16 285:17
287:1,3,17,19,21
295:8 326:11,13
327:10,13 329:15
329:21,22 330:2,3
330:20 332:5

334:13 339:22
340:1 349:8,20
350:2,7,11,24
351:2,4,5,7,13,17
351:20 352:13,24
353:2,21
books 11:8 19:19
22:14,15,20 25:22
31:19 36:20
38:10 54:24
55:15 67:19 84:5
87:14 137:9,11,13
137:13,16,19
138:3 139:4,4
147:5 181:10
330:7,11,21
book's 138:15
border 8:8
bothers 223:23
bottom 296:23
341:7 344:7
bought 6:8
boundaries 227:17
bow 346:20
Box 90:24 150:14
252:6 275:21
bracket 214:9
Brandies 269:7
Brazil 41:13
bread 214:21 215:9
215:12
break 54:20 59:23
79:8,10 135:4
170:15 197:9
233:8 264:20,21
306:9
breaking 225:12
brick 315:9,11,12
315:14
brief 85:16 202:20
briefly 6:6 69:1
73:12 131:20
212:18 263:5
274:8 279:12
brilliant 138:10,13
138:15
brimming 176:22
176:24
bring 32:6,10,14
97:12 112:22
113:22 114:9
126:19 140:23
144:20 188:8
bringing 21:4
107:15 109:16
brings 143:12 177:4
broad 94:14 151:15
167:15 172:17

254:20 290:21
328:6
broader 212:10
288:19
broadest 201:4
broadly 41:4
243:18 260:8
broke 125:24 159:5
159:8 197:13
brought 53:10 94:8
141:20 160:12
162:4 216:3
250:15 312:23
Brown 1:20 3:17
23:5 58:14 60:7
64:7 65:22 69:11
71:2,2,9 72:7
80:2 81:8
Bruce 304:13,14
305:6
Brugge 276:6
brush 167:15
brutality 177:19
Buckley 82:23 83:1
83:11,24
Buckley's 83:16
build 184:19 201:1
235:20 258:13
builder 6:13,19
building 211:14
242:6,12 295:5
315:10
builds 204:24
265:13
built 16:18 265:13
302:20 338:23
built-in 157:1,3
bullet 25:6 26:13
burning 228:16,16
228:16
business 23:3 36:19
210:18
buttress 32:11
buying 6:14
by-in-large 107:18
118:5 242:9,15
298:24
b-e-t-u-l-a-r-i-a
255:16
b-i-l-a-t-e-r-a-n
264:2
b-i-s-t-o-n 255:15
B-r-u-g-g-e 276:6

C

C 5:1
calculate 228:18,19
calculus 49:20

calendar 84:5
California 136:21
call 14:6 20:10,24
31:13 43:12 47:5
56:23 70:1 71:5
71:11 88:17
103:12 106:24
112:15 131:1,21
145:5 163:10
167:2 169:18
186:16 206:22
229:15 248:8
251:21 253:10
258:12 259:21
290:7 302:18
308:19 331:9
332:12
called 1:17 5:3 6:17
6:19 10:7 16:1,9
20:21 43:14
49:13 52:5 61:10
63:12 77:6,7 82:9
84:12,15 85:17
87:22 88:3,12
91:15,15 96:18
109:6 119:12
123:16 136:11
137:22 139:22
172:7,21,22 187:22
201:2,5 202:3
237:7 251:20
255:18 257:17
278:3 282:10
290:8,9 292:19
296:8 315:16
322:8 329:6
332:8
calling 166:17
252:24 332:15
calls 128:14,15
160:4 168:19
177:16 222:9
Cambrian 96:7
98:3,6 101:2,4,7,9
101:21,24 102:4
102:11,17 169:22
187:21,24 259:3
263:5,7,12 264:17
264:18 265:3,5,16
265:20,22 266:3,7
266:14,18 344:7
Cambridge 53:2
Campbell 32:24
33:8,21 34:2
202:13 222:18,22
Campbell's 33:3,23
220:2
campus 61:1 80:2

Page 6

canonized 347:6,7
canonizing 346:22
capabilities 313:13
  313:15
capable 143:6
  217:3 312:22
caption 316:16
  324:20 344:20
carbohydrate
  315:3,6
care 134:24 354:5
careful 122:21
  124:21 141:13,15
  145:14 232:22
  292:9
carefully 17:18
  27:14 93:22
  100:22 111:21
  125:1 126:3
  154:24 181:4
  214:17 232:20
  250:20 321:23
Cart 259:10
Carolina 84:14
  85:7 115:4
carpet 313:24
carried 208:18
  292:10
carry 211:20 314:8
cartilaginous 267:2
cascade 119:15
  123:20 154:18
  190:7 230:9
case 1:6 4:3 5:15,19
  7:18 9:14 28:24
  29:4,10 33:1
  43:19 58:6 61:21
  62:3 89:10 92:23
  93:15 116:21
  123:16,18 129:1
  135:9,10 138:20
  153:10 157:15
  177:14,17 202:14
  204:18,21 226:7
  235:5 239:1
  255:19 268:6,7
  277:3,22 279:4,19
  279:22 280:2,12
  280:15 288:6
  300:1 304:8
  308:23 337:16
  348:14 358:2
cases 45:14,23
  159:11 236:9
  248:12 294:6
  302:4
cast 251:12,16
CAT 302:1

catalyst 309:4
catalytic 211:19
  242:14,18 276:20
  276:23
catalyze 276:22
  305:16 307:22
  308:4
catastrophe 293:3
categories 287:13
  292:22 297:17
categorize 297:20
  298:24
categorized 54:23
category 105:24
  128:4 263:2,4,22
  294:7
Catholic 61:2,5
  94:2 139:18,19
  212:17,21 215:7
  215:17
catholics 214:19
caught 236:24
  279:18
causality 226:21
  227:16
cause 17:23 18:1
  203:3 204:15,18
  204:19 205:1
  214:8 216:15
  230:7,10 261:2,16
  262:6,17 291:18
  292:1,4 293:4
caused 256:5
  291:21 293:9
causes 154:20
  205:15 206:5
  229:14 230:6
  240:22 241:5,14
  241:16,20 260:24
  292:2 345:7
CC 354:17
cell 16:22 43:23
  44:9,10 45:20
  46:3,9,11,20,21
  47:1,2,8,14,19,20
  48:20 61:24
  124:5,11 145:20
  151:9 192:10
  243:4 252:12
  274:6 276:13
  278:5,10,12
  296:11 303:9
  304:22,23,24
  305:2,4,7,9
  306:22 315:2,4,6
  315:15 332:3
cells 97:17 170:1
  193:3 215:3,4

296:16,18 305:11
cellular 46:4 47:16
  47:18
cemented 315:12
cementing 315:11
census 169:12
center 2:8 11:4,9
  30:10 274:10
central 20:22 80:21
  118:24 153:23
  185:12 186:3
  213:4 216:4
centuries 40:8
  217:9
century 36:1,5,6
  44:12 46:17
  164:17 203:23
  221:18 249:5
certain 6:10 17:5
  21:5,6 39:16
  63:16 89:21
  119:8 154:16
  160:10 161:5
  168:21 200:12
  261:24 262:1
  275:2 283:22
  302:19 313:22
  324:5,9
certainly 7:17,18
  12:17 14:18
  17:16,22 19:19
  25:19,24 28:6
  30:12 31:17 32:1
  32:5 33:14 35:19
  39:11 40:24 41:5
  41:20 42:16
  46:16,19 49:15,24
  59:8,11 60:18
  68:7 69:6 71:23
  87:6 89:10 104:1
  115:21 118:11,13
  124:14,16,20,20
  133:2 143:5
  148:3 150:24
  168:24 169:11
  172:8,24 173:3
  174:2 175:17
  182:22 184:7,20
  187:6 188:11
  189:4 192:20
  193:17 201:22
  202:22 204:3
  205:12 215:16
  220:18 230:22
  233:11 244:21
  247:3 250:3,17
  256:18 261:3
  281:19 287:4

302:10 303:6
  304:6 311:11
  318:11 319:3,8
  320:12 321:3
  323:19 324:12
  325:9 326:12
  330:9 332:19
  333:14 334:3
  339:13 340:23
  342:2 350:17,20
certainty 203:3
  205:3
Certificate 3:4
  356:1
Certified 356:7,23
certify 356:9,14
chaired 47:1
chairman 47:4
challenge 14:17
  15:10 260:6,24
  261:3,11,16 262:7
  265:21 272:2
  273:11,12,15
challenged 337:16
challenges 65:11
chance 279:8 283:7
change 42:19 55:24
  55:24 72:13,16
  73:2,7,7 110:5
  112:5,20 113:17
  113:24 114:8,10
  132:23 206:6
  243:12,20 244:5
  244:22 246:20
  247:11 249:2,7,13
  249:19,23 250:3,7
  251:8 252:5
  253:22 254:21
  255:8 256:4,20
  257:8 290:1,13
  302:19 319:16
  324:24 333:16,18
  337:24 339:9
  358:4
changed 42:12,17
  121:14 171:10
  205:9 206:4
  248:6,18,20 251:7
  251:15 253:17
  310:20
changes 9:9 29:13
  29:15 93:6
  113:18 122:13
  163:6,9 255:14
  284:6,10 290:15
  357:8 358:21
chaos 302:15,17,22
  303:5,6

chaplaincy 61:2
chapter 3:23 4:10
  4:11 178:15,17,21
  180:23 233:6
  288:2 290:5
  351:11,24 352:5
  352:11
chapters 20:16
  181:1 281:6,7
character 56:12
  170:23,23 216:22
characteristic
  148:21 258:14
  299:23 348:9
characteristics
  37:19 163:17
  246:3,5,16,20
characterization
  121:2,3 147:10
  183:14
characterize 80:22
  108:1 252:14
  342:10
characterized
  329:22
charge 296:1
Charles 35:9 43:7
  111:14 134:10,20
  204:5 249:20
  329:2 332:23
  335:15
cheated 237:9
cheating 237:1
check 51:14 52:2,6
chemical 189:10
  211:20 228:17,23
  303:1,3 305:16
  307:22,23
chemistry 16:21
  143:4 144:2,5
  146:23 183:24
  184:7,20 216:2
  325:16
chemists 184:10
Chicago 115:19
  274:3
chimpanzee 236:11
China 41:12 266:9
choose 22:21
  121:17 210:10,10
  210:11
chouses 213:23
chopping 149:7
  311:22
Chordata 267:10
chordutes 265:5
chose 210:9 214:6
Christ 214:22

215:13
Christian 18:19,21
  94:4 137:23
  177:15 216:4
  217:19 218:1,10
  234:2
Christianity.15:20
  94:6
Christians 214:19
chromosome 161:6
chronologically
  84:4
church 140:9
  216:10
cilia 97:17
cilium 97:15,21
  118:17 119:14
  123:24 154:17
  190:7 230:8
  277:20,21,24
  278:6,8,16
cinema 305:11
circulated 114:17
circulation 91:17
circulatory 302:4
circumstances
  74:17 314:8
citation 309:23
  332:19,23
citing 98:21 271:22
Civil 1:18
claim 103:19 119:8
  119:11,20 153:17
  153:23 154:1,15
  154:16,21,24
  155:3,4,5,8,8,10
  155:11 159:21,24
  159:24 166:11
  175:20,22 193:7
  203:16 224:14,
  229:17 231:19
  249:15 254:18
  269:19 272:15
  274:17 278:7
  311:13 335:10
claimed 134:4
  150:15 160:3
claiming 160:9
  320:16
claims 43:6 110:23
  154:4 231:1
  272:14 345:24
clarification 354:18
clarify 59:9 210:24
  287:22 335:4,5,8

clash 33:13
class 22:23 23:15
  28:11 29:18
  30:20 36:14
  38:18,20 58:19,22
  60:7 64:13,15
  65:14 70:15,17
  72:4,19 73:23
  74:18 310:10,17
  318:3 331:21
  334:19
classes 10:5 30:2
  109:3
classic 307:1
classification 25:22
  46:14 267:5
classroom 29:22
  31:1,8,10 32:4,6,8
  36:8 75:2 224:4
  335:3,19 336:1
clause 328:24
clear 23:18,23
  27:19 29:6,20
  34:19 37:22
  48:18,24 92:13
  101:6 105:15,19
  109:13,16 111:4
  115:8 127:17
  130:13 133:4
  135:15,15 145:21
  151:5 156:18
  169:10 191:6
  224:17,18 235:19
  255:23 257:11
  264:14 286:9,14
  321:7 323:1
  335:2 337:4
  341:4 346:4
clearly 7:12 17:11
  129:3 133:1
  139:7 168:10
  186:2 230:24
  243:1 248:12
  256:19 266:17
  276:20 288:10
  290:11 319:12
clever 144:1,3
client 6:19,20
climate 290:13
clips 65:4 77:5
clock 238:5
close 124:11 134:23
  239:8
closely 30:12 50:13
  194:3 240:5
  315:2
closing 6:10,16
clotted 230:8

clotting 98:11,13,17
  118:18 119:15
  123:19 154:18
  169:24 190:7
  273:5 275:18
  276:2,4
coauthor 14:13
  180:24 181:3,7,17
  260:18
Cobb 4:3 279:3
  282:16 321:13,17
  322:1
code 98:18
coded 192:2
coequal 224:4
cognitive 199:12
coined 108:24
  143:3 165:2
collagen 215:10
Collapse 52:18
collapsing 291:13
colleague 347:23
collected 237:5
collection 243:4
  304:24 306:2
collections 305:21
college 44:4,17 53:8
  54:14,15,20 81:14
  86:1,9
colonizing 246:2
color 255:14 256:4
  256:20
Colorado 274:4,9
  274:10
colorful 31:16
column 25:2 341:7
columnist 83:22
columns 65:23
  231:12
combinations 157:8
combined 278:6
come 12:14 60:20
  60:24 61:8,13
  64:12,14 82:22
  84:13 96:5
  176:20 186:23
  190:3 197:7
  198:9,20 214:24
  216:1 228:13
  242:23 248:2
  280:6 296:16
  308:3 340:7
comeback 226:3
comes 29:21 39:10
  39:11 56:11 68:4
  174:23 189:8
  199:1
comets 191:14

193:4
comfortable 250:8
coming 280:5
commanded 140:22
commences 9:15
commencing 1:23
comment 18:9 38:7
  180:17 204:6,11
  232:11 261:18
comments 10:8,19
  10:20 204:12
commission 356:23
  356:24
committee 47:1,5
common 16:10
  18:18 43:15
  94:15 113:13,15
  115:6 116:5
  117:4 130:19,20
  130:23,24 141:22
  185:23 209:12,16
  234:21 235:3,5,13
  235:16,21 236:14
  236:16,17,20,22
  237:18,18,21,23
  238:18 239:2,5,19
  239:21,23 243:13
  254:19 257:4,6,21
  257:24 258:7,12
  258:16,21 259:5,8
  259:11 260:6,8,15
  260:24 261:5,13
  261:16 262:7,18
  263:4 264:20,21
  265:12,17,18
  267:13,16,18,22
  268:1,24 270:21
  306:15 314:13
communicated
  57:18
communicates
  330:1
communicating
  216:21
communication
  57:7
communism 128:22
  128:23
communities 22:20
  23:2
community 11:16
  12:12,16 13:16
  14:19 23:7 38:5,9
  38:14 57:8,18
  118:5 133:20,21
  133:22,24 134:3
  145:7 185:5
  224:1 229:24

249:23 250:2
  253:7,13,16,24
  254:4 255:4,7,10
  257:7 260:9
  271:3,19 284:11
  284:16 293:8,12
  293:15 294:18
  297:22 298:4
  347:12 348:12
commute 348:18
company 10:1,2
  19:17
comparable 20:1
comparative 203:4
  273:2
comparatively
  246:9
compare 18:7,8
  19:18,22 223:2
  351:14,16
compared 18:6
  37:15 221:13
  236:10
comparing 104:15
  178:22 221:20
  247:18
comparison 343:6
compartmentaliz...
  216:16
compass 201:24
compatibility 65:8
  138:20 141:2,4
compatible 139:7
  139:11,15 140:7
  140:10 189:5
  202:6
compensate 348:22
compensated
  348:13
compensation
  348:23
compete 291:14
competing 21:10
  298:2 303:7
competition 290:13
  345:13
competitive 19:14
  20:3
complaint 9:13,16
  317:18 319:12
  337:15,23
complete 51:7,20
  62:19 135:18
  174:5 193:5
  210:16 277:18
  316:20,22,23
  317:12 319:10
  324:7 325:12,14