# APPENDIX III

# TAB K

Kevin Padian

```
00001
   1            IN THE UNITED STATES DISTRICT COURT
   2           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
   3   TAMMY KITZMILLER, et al.,    )
   4                                )
   5              Plaintiffs,       )
   6                                )
   7          vs.                   )  No. CV 04-2688
   8                                )
   9   DOVER AREA SCHOOL DISTRICT;  |
  10   DOVER AREA SCHOOL DISTRICT   |
  11   BOARD OF DIRECTORS,          |
  12                                |
  13              Defendants.       |
  14   _____|
  15           DEPOSITION OF KEVIN PADIAN
  16              Oakland, California
  17             Tuesday, May 10, 2005
  18   Reported by:
  19   ANA VIDA REID
  20   CSR No. 11926
  21   JCR No. 62669
  22
  23
  24
  25
```

```
00003
   1                  APPEARANCES:
   2
   3
       For Plaintiff:
   4
               PEPPER HAMILTON
   5           BY:   ERIC ROTHSCHILD
               Attorney at Law
   6           3000 Two Logan Square Eighteenth & Arch Streets
               Philadelphia, PA 19103
   7           (215) 981-4000
   8   For Defendants:
   9           THOMAS MORE LAW CENTER
               BY:   PATRICK GILLEN
  10           Attorney at Law
               24 Frank Lloyd Wright Dr.
  11           P.O. Box 393
               Ann Arbor, MI 48106
  12           (734) 827-2001
  13
  14
  15
  16
  17
  18
  19
  20
  21
  22
  23
  24
  25
```

```
00002
   1            IN THE UNITED STATES DISTRICT COURT
   2           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
   3
   4   TAMMY KITZMILLER, et al.,    )
                                    )
   5              Plaintiffs,       )
                                    )
   6          vs.                   )  No. CV 04-2688
                                    )
   7   DOVER AREA SCHOOL DISTRICT;  )
       DOVER AREA SCHOOL DISTRICT   )
   8   BOARD OF DIRECTORS,          )
                                    )
   9              Defendants.       )
       _____)
  10
  11
  12
  13
  14
  15            Deposition of KEVIN PADIAN taken on
  16   behalf of Defendants at 1999 Harrison
  17   Street, Oakland, California. beginning at
  18   9:28 a.m. and ending at 5:52 p.m. on
  19   Tuesday, May 10, 2005, before ANA VIDA REID,
  20   Certified Shorthand Reporter No. 11926
  21
  22
  23
  24
  25
```

```
00004
   1                      INDEX
   2   WITNESS:                          EXAMINATION
       KEVIN PADIAN
   3
   4
                EY MR. GILLEN                    5
   5
   6
   7
   8
   9                    EXHIBITS
  10
  11   DEFENDANT'S                               PAGE
  12   1    Report by Kevin Padian               20
  13   2    Document regarding Dover School District  108
            curriculum
  14
  15
  16
  17
  18
  19
  20
  21
  22
  23
  24
  25
```

Kevin Padian

SHEET 2   PAGE 5

00005

```
 1              Oakland, California, Tuesday, May 10, 2005
 2                     9:28 a.m. - 3:52 p.m.
 3
 4                     KEVIN PADIAN,
 5    having been first duly sworn, was examined and testified
 6    as follows:
 7
 8                     EXAMINATION
 9
10    BY MR. GILLEN:
11        Q    Good morning, Dr. Padian.  My name is Patrick
12    Gillen.  We met off the record, but let me introduce
13    myself again for the purposes of the record.  I'm an
14    attorney for the defendants in this case, Dover Area
15    School District and the school board, and I'm here
16    today, as you know, to take your deposition in this
17    manner.  As I see it, to learn the basis for the expert
18    opinion, which you provided in this case.
19             There are few features of this process that are
20    somewhat unusual.  The first is that the questions and
21    answers, they're verbal, but we have to make sure that
22    we wait until -- that all responses are verbal, first of
23    all.  And second, that we wait until each other is done
24    speaking before we talk so that Ana can get a good
25    transcription.
```

PAGE 6

00006

```
 1             Another part of the process that tends to be
 2    highlighted here is that in precision of human
 3    communication, and I can assure you that after looking
 4    at the report, that there may be -- or there will be
 5    certain areas where I'm struggling just to understand
 6    that basis for your answer.  Please bear with me if my
 7    questions are imprecise and tell me that you find them
 8    so, and I'll try to clarify them to the extent I can.
 9    By the same token, you know, if you -- if I struggle
10    with your answer, please bear with me as I try and
11    understand them.
12             We are somewhat late, and I regret that.  It's
13    not an endurance contest.  If you need a break, please
14    let me know.  If there's any question I ask you that
15    makes you uncomfortable or something that you don't feel
16    that you'd like to talk about, please let me know, and
17    I'll try to avoid that to the extent I can.  I think
18    that's about it for the general protocols.
19             Would you state your full name for the record.
20        MR. ROTHSCHILD:  I'm sorry, before we go on.  I
21    assume we're going to operate under normal stipulations,
22    all objections, except as to form, are preserved to
23    trial?
24        MR. GILLEN:  I agree.
25        MR. ROTHSCHILD:  And I've requested, and you've
```

PAGE 7

00007

```
 1    agreed off the record, that we can have 60 days to read
 2    and sign rather than the usually 30?
 3        MR. GILLEN:  Yes.
 4        MR. ROTHSCHILD:  Thank you.
 5        MR. GILLEN:  No problem.
 6    BY MR. GILLEN:
 7        Q    Would you please state your full name for the
 8    record.
 9        A    My full name is Kevin Padian.
10        Q    Okay.  Current address?
11        A    Home address?
12        Q    Yeah.
13        A    425 Yale in Kensington, California 94708.
14        Q    How would you prefer that I address you for the
15    purpose of the deposition?
16        A    First names are fine.  It really doesn't
17    matter.
18        Q    The same with me, please.
19        A    Okay.
20        Q    Have you been deposed before?
21        A    Yes.  About maybe ten years ago in a different
22    case.
23        Q    What case was that?
24        A    It had something to do with the Institute for
25    Creation Research losing its accreditation in the State
```

PAGE 8

00008

```
 1    of California.
 2        Q    Was it a state court proceeding, do you know?
 3        A    I believe it was state court, yeah.  Although
 4    it was so long ago, I don't remember the details.
 5        Q    Okay.  And you say about ten years ago?
 6        A    Yeah.  At least, yeah.
 7        Q    And it was the Institute for Creation Research?
 8        A    Creation Research, yeah, down in San Diego.
 9    And they were -- they were contesting it against Bill
10    Honig, who was then State Superintendent of Education,
11    Public Instruction.
12        Q    And for what purpose did you testify in that
13    proceeding?
14        A    Whether the creation of science that they were
15    teaching was, in fact, good science that should be
16    taught in schools.
17        Q    Do you know the result of that proceeding?
18        A    I believe, I think they got their accreditation
19    back, but I'm not sure.  I don't remember the result
20    anymore.
21        Q    And if you could describe for me, please,
22    generally, the thrust of your testimony in that
23    proceeding.  Did you address, as you have here, the role
24    of Paleontology?
25        A    It was so long ago, I can't remember all of the
```

Kevin Padian

SHEET 3   PAGE 9

00009

1  things that were asked. I don't remember that it took
2  very long, and I think it had to do with why creation
3  science wasn't science.
4      Q   Were there other experts who testified in that
5  proceeding?
6      A   I don't know. I don't remember.
7      Q   Who retained you?
8      A   I don't remember that either.
9      Q   Okay. Do you know if perhaps the State
10  retained you?
11      A   That might have been. And I'm trying to think
12  whether now it was an expert witness or whether they
13  just called me as a witness. I think maybe it was not
14  an expert witness.
15      Q   Okay.
16      A   I think in that case. So this would be then
17  the first.
18      Q   But you answered my question honestly, which
19  is, had you testified in any other proceedings. Is that
20  the only one?
21      A   Yes, I believe so. And that was just a
22  deposition, that didn't go to trial with me.
23      Q   How about, have you offered any expert opinions
24  via affidavit or declarations in other proceedings?
25      A   Personally no, I don't think so.

PAGE 11

00011

1      not involved with writing them. That's what the people
2  in the office do.
3      Q   When you say the "day-to-day work is done by
4  the people in the office," who are you referring to?
5      A   The executive director, Dr. Eugenie Scott, and
6  her staff.
7      Q   Now, it's my understanding that you have
8  consulted with the plaintiffs in this case prior to
9  being retained as an expert?
10      MR. ROTHSCHILD: When you say "you," what are
11  you referring to?
12      THE WITNESS: The plaintiffs, I'm not sure.
13  Who -- if you're talking about the Dover parents, no, I
14  haven't.
15  BY MR. GILLEN:
16      Q   No. And that's -- these are all fair
17  questions. Let me try and make my question more
18  precise.
19      Have you personally served as a consulting
20  expert with the plaintiffs in this action prior to the
21  filing of the lawsuit?
22      A   No.
23      Q   Do you know if anyone at the NCSC has served as
24  a consulting expert prior to the filing of the lawsuit?
25      A   I don't know. You would have to ask when any

PAGE 10

00010

1      Q   You say "personally," is there a particular
2  reason?
3      A   Because I don't know if you would consider if
4  my -- if the nonprofit organization, of which I am
5  president, offers an amicus brief, which is not me, and
6  that's what I -- do you mean those things?
7      Q   I appreciate your -- the forthcomingness of
8  your answer. I was going to ask you about the next -- I
9  just want to get a sense for the declaration, sort of
10  something where either at the end of the -- at the
11  beginning of you're sworn or at the end, you say true
12  and correct to the best of my knowledge under penalty of
13  perjury.
14      A   Yeah, I don't remember anything.
15      Q   But I do know from your report and CV that you
16  are also the head of the NCSC, right?
17      A   Yes.
18      Q   And you mentioned an amicus brief that was
19  filed by the NCSC?
20      A   They may have done so. I don't remember
21  specific cases on this, but -- I mean, if there are
22  such. And I should say that, yeah, I am the -- I'm the
23  president of NCSC. I'm the president of the board, but
24  the day-to-day work is done by the people in the office.
25  And so, I don't really decide about amicus briefs. I'm

PAGE 12

00012

1      of those people were contacted.
2      Q   And when you say "any of those people," who are
3  you referring to?
4      A   At the staff, whether its Genie Scott and her
5  staff people.
6      Q   Okay.
7      A   You'd have to ask them when they may have heard
8  of this or what contact they may have had.
9      Q   If the NCSC staff had agreed to serve as a
10  consulting expert for the plaintiffs or their attorneys
11  in this case, who would make that decision?
12      A   That would be Dr. Scott's decision.
13      Q   Who else -- you mentioned her staff. Who else
14  works with Dr. Scott on a day-to-day basis at the NCSC?
15      A   Gee, Glenn Branch is our deputy secretary.
16  Nick Matzke, which is spelled M-a-t-z-k-e, I think, is
17  on the staff there. We have a couple of people who are
18  accountants and financial people. There is an
19  archivist, Susan Spath is another person who coordinates
20  research. I think Wes Elsberry, which would be
21  E-l-s-b-e-r-r-y, is a researcher there. And Eric
22  Meikle, which is Eric M-e-i-k-l-e. And either people --
23  there may be other people who come and go, but they're
24  not they're with us for a while.
25      Q   Of the names you mentioned, do you know if

SHEET 4   PAGE 13
00013

1 anyone has served as a consultant to the plaintiffs or
2 their lawyers in this case?
3     A   Before --
4     Q   Before the filing.
5     A   -- the onset of the filing of the lawsuit?  I
6 don't know particularly what their contacts may have --
7 there contacts may have been.  I'm not that involved in
8 day-to-day work.
9     Q   Do you know if they had contacts prior to the
10 filing of the lawsuit?
11     A   I believe they did because, usually, the way
12 that NCSC becomes involved in something is that the
13 organization is contacted by people who are concerned
14 about the situation, who live there.  And the -- the
15 Dover affair has been going on, I guess, for a long time
16 before the lawsuit was filed.  So it's general public
17 knowledge.
18     Q   Yes.  Do you know any names from the Dover area
19 that you're aware of?
20     A   No.
21     Q   Have you volunteered to provide this testimony
22 or are you being compensated?
23     A   I'm not being compensated.
24     Q   Let me ask you, you've done an expert report in
25 formulating that report, Kevin, what did you look over?

PAGE 14
00014

1     A   I looked over most of the references cited in
2 the back.  I spent probably most of the time looking at
3 the book of Pandas and People.  And many of the
4 scientific references I already knew fairly well, and
5 they're cited there for general support for the things
6 I'm talking about.
7     Q   How about anything else, the pleadings or
8 papers?
9     A   No.
10     MR. ROTHSCHILD:  Can you just -- objection --
11 describe what you mean by that?
12 BY MR. GILLEN:
13     Q   Sure.  The complaint, the answer?
14     A   I received copies of those.  So I was generally
15 familiar with what was going on that led to the
16 complaint.
17     Q   Did you review that in connection with
18 preparing your expert report?
19     A   I looked over it.  The focus of my report, I
20 think, is trying to analyze the role of Paleontology
21 vis--vis science in general.  And on the other hand,
22 Intelligent Design Creationism as an alternative to
23 science.
24     Q   Yes, I mean, I agree.  That's what I get out
25 of it also.

PAGE 15
00025

1     Q   Now about, did you review the answer that was
2 filed in this case in connection with preparing your
3 expert report?
4     A   I looked it over.
5     Q   Anything else?
6     A   I just had the complaint and the response.
7     Q   Okay.  Apart from plaintiff's counsel,
8 Mr. Rothschild, and anyone else on the plaintiffs' side,
9 have you spoken with any other persons in connection
10 with formulating your opinion?  Let me --
11     A   When you say "other persons," do you mean other
12 legal counsel?
13     Q   No.  Other people at Dover Area High School,
14 for example.
15     A   Oh, no.
16     Q   Haven't spoken with the Biology teachers there?
17     A   No, I haven't.
18     Q   How about other people at the NCSC?
19     A   Yes, I have.
20     Q   Who have you spoken with there?
21     A   I have spoken with Dr. Eugenia Scott and with
22 Nick Matzke.  And also, briefly, with Glenn Branch.
23     Q   Did they provide you with any factual basis for
24 your report?
25     A   I don't recall that they provided any factual

PAGE 16
00016

1 basis because they are not Paleontologists, and I am.
2 But I did want them to see whether this -- whether what
3 I was saying made sense to a reasonable person who was
4 not a Paleontologist.
5     Q   Okay.  So if I try and just get a sense for how
6 you have made an assessment of what's going on in Dover
7 Area High School, what's the basis for your knowledge
8 about the events at Dover Area High School?
9     A   The account that was -- that has been reported
10 through various media, including the popular press, my
11 understanding is that there was an attempt to introduce
12 Intelligent Design Creationism into the Dover School
13 curriculum as an alternative approach to evolutionarily
14 biology.  And that, to this end, the text Of Pandas and
15 People was going to be recommended or used in class.
16 Apparently, 50 copies of the book were at some
17 point donated to the school library.  There was a
18 statement that was to be placed in the curriculum about
19 the consideration of ideas, other than evolution, such
20 as Intelligent Design.  And that, eventually, a
21 statement was read in the public schools by
22 administrators, apparently because the teachers refused
23 to read it, stating that -- that the idea of evolution
24 had problems, and that there were other ideas, and that
25 people should be open minded.  And it was read to the

Kevin Padian

SHEET 5   PAGE 17

00017

1 students by the administrators, and that was it.

2    Q  Is your opinion, your expert opinion, premised

3 on that particular sort of factual basis or is it just

4 one that's more generally directed to the role of

5 Paleontology and addressing Intelligent Design Theory?

6       MR. ROTHSCHILD:  Objection.  You can answer.

7       THE WITNESS:  Gee, those are two kind of

8 different questions.

9 BY MR. GILLEN:

10    Q  Yeah.  All right.

11    A  I think they're both fair, but i'm not sure

12 whether there were four questions.

13    Q  Okay.  I can see that.  Go ahead.  Tell me why

14 you see them as different and answer them to the extent

15 you can.  I'll try and clarify.

16    A  Is your first question whether I think

17 Paleontology bears on the introduction of Intelligent

18 Design into classroom?

19    Q  Well, I guess what I'm asking is, I've read

20 your expert report.  It has this detailed and

21 sophisticated analysis of the way Paleontology speaks to

22 some claims that are made by proponents of Intelligent

23 Design Theory, that's what they call it.  I understand

24 that you -- quote 'Intelligent Design Creationism.'  That's

25 one -- that's certainly the main thrust of your opinion

PAGE 19

00019

1 do.  And I've served several times on the evaluation of

2 instructional materials, textbooks and things like that

3 for K-12.  And I do a lot of textbook reviewing, as

4 well, for, you know, just people just ask me how does

5 this sound.

6       So as an educator, I'm functioning also as a

7 scientist.  So the question that I'm really addressing

8 is, would this be good science and would this be good

9 science education.

10    Q  That's exactly what I was trying to get a sense

11 for, just at the outset.

12       When I look at your credentials and report,

13 it's evident you're highly credentialed in paleontology.

14 I wanted to ask you, just in terms of your training,

15 have you had instruction in molecular biology?

16    A  Any instruction that I had in molecular

17 biology, formal instruction, would have ended with my

18 doctoral dissertation in the 1970s.  And molecular

19 biology changes so fast, that I can keep up with it with

20 departmental seminars and reading.  Just like everything

21 else, you know, your formal instruction ends at some

22 point, and then you pretty much have to keep up with

23 things as best you can.

24    Q  Would you consider yourself an expert in

25 molecular biology?

PAGE 18

00018

1 insofar as I, as a layman, can make it out.

2       Then there's a series of other issues in this

3 case that relate to, you know, sort of the practical

4 result of the process, what actually happened.  And I'm

5 trying to get a sense for your expert opinion and what

6 it's primarily concerned with.  It seems to me, it's

7 primarily concerned with the former.  That is, sort of

8 the intellectual discussion about the way in which

9 Paleontology relates to the claims of evolutionarily

10 biology, but not so much to the actual situation in the

11 schools.  Is that accurate?

12       MR. ROTHSCHILD:  Object to the

13 characterization.  Particularly to the extent it's

14 inconsistent with the content of the expert report.

15       You can answer.

16       THE WITNESS:  I would say that I'm working at

17 two levels in this report.  First, as a scientist, and

18 second, as an educator.  I've taught at Berkeley for 25

19 years.  Before that, I've taught high school, sixth

20 grade, seventh grade science.  I -- so I suppose I've

21 been teaching since -- well, well over 30 years.  And

22 I've worked a lot with teachers in this state on science

23 education, and what the quality of that education should

24 be.  I was involved, as you know, with writing this 1990

25 state science framework, which took really two years to

PAGE 20

00020

1    A  No.

2    Q  How about the same thing, its -- from your

3 report, its evident there's some aspects of statistics

4 probability theory.  What training do you have in that?

5    A  I'm not an expert.

6    Q  You mentioned that California standards for K

7 through 12.  Are there standards that speak to

8 instruction in biology?

9    A  Could I distinguish between the standards and

10 the framework those are two different -- there's -- the

11 names are so confusing.

12    Q  Okay.

13    A  The framework is put together about every seven

14 years.  And it's a book length document that explains

15 what science is, how it should be taught.  It explains

16 the concepts that should be laid out at all the grade

17 levels, and tries to explain how they should be

18 interwoven into a general picture of science.

19       The State's standards are -- that's a different

20 document.  And those tend to be more specific in terms

21 of what sorts of concepts are discussed and their

22 details.

23    Q  Okay.  If I can, I'm just going to mark a copy

24 of your report as Exhibit 1.

25       (Defendant's Exhibit 1 was

Kevin Padian

SHEET 6   PAGE 21

00021

2   1                    marked for identification.}
3   2   BY MR. GILLEN:
4   3       Q   Kevin, I'm going to show you a copy of
5   4   something that's been marked as Exhibit 1, and ask you
6   5   to look it over.  I think you'll see it's another copy
6   6   of your report, which I'm just marking for the purpose
8   7   of reference in this deposition.  It begins with the
9   8   cover page, which is page 1, and you've mentioned the
10  9   California Science Framework, K through 12.  Is that the
11  10  project that you were just describing?
12  11      A   Yes.
13  12      Q   I just want to get a sense for the difference
14  13  between that framework and the standards, and how each
15  14  speaks to the dispute that brings us here, which is this
15  15  teaching of evolutionary theory and biology.  Can you
16  16  give me just a short, if you will, overview of the way
19  17  in which the California Science Framework speaks to
18  18  instruction in evolutionary biology, and particularly,
20  19  whether it prohibits the teaching of Intelligent Design
21  20  Theory?
22  21      A   The framework that I worked on was the one that
23  22  came out in 1990.
24  23      Q   Okay.
25  24      A   Intelligent Design was not on the map then.  It
26  25  did not specifically address Intelligent Design.

PAGE 22

00022

1
2   1       Q   Has it been -- has a new addition of the
3   2   Science Framework been --
4   3       A   Yes.  It was released a couple of years ago
5   4   because these are done every seven years.
6   5       Q   Did you play a part in that process?
7   6       A   No.
8   7       Q   Are you aware of whether that specifically
9   8   addresses instruction in the Intelligent Design Theory
10  9   or --
11  10      A   I'm not -- I'm not aware that it does.
12  11          MR. ROTHSCHILD:  Can I have a standing
13  12  objection to the term "Intelligent Design Theory"?  I
14  13  think it's one that the witness probably wouldn't agree
15  14  with, but I'm not going to quarrel with you using the
15  15  term, is my standing objection.
17  16          MR. GILLEN:  Certainly.  Certainly, I do
18  17  understand that.
19  18  BY MR. GILLEN:
20  19      Q   When this was authored, Kevin, there was
21  20  creationism in the air and some disputes relating to the
22  21  teaching of creationism in connection with
23  22  evolutionary theory.  Did your Science Framework
24  23  address that issue or the issues that surround the --
25  24  this clash between evolutionary theory and
26  25  creationism?

PAGE 23

00023

1
2   1       A   I don't believe it did directly, Pat.  The --
3   2   we tried to focus on what was good science and good
4   3   science education.  Not on what was non-science,
5   4   anti-science or poor science.  We tried to -- we
6   5   devised, with the board of education, a statement that
7   6   appeared that was very prominent.  In fact, we drafted
8   7   this before the framework was even written.  We agreed
9   8   with the board to submit a statement that explained that
10  9   nothing in science, or any other field, had to be
11  10  believed or accepted in order to be taught.  To be
12  11  educated, you had to be aware of things.  But it didn't
13  12  require belief in anything.  And that, we hoped, would
14  13  defuse some of the controversy that people felt about if
15  14  I teach this in science, am I contradicting personal
15  15  beliefs about things.  And our statement is simply,
17  16  well, you know, education doesn't compel belief, only
18  17  understanding.
19  18      Q   Let me make sure I understand you.  Was the
20  19  statement designed to address concerns brought to you or
21  20  others involved in the part by teachers about teaching
22  21  evolutionary theory and the way it was received?
23  22      A   That's part of it, but also, we knew very well
23  23  of anti-evolution activities in the State, including
25  24  creation science.  People who simply didn't want
26  25  evolution taught for various reasons.  Largely because

PAGE 24

00024

1
2   1   they felt it was against their religious beliefs.
3   2           In the State of California, you were not
4   3   allowed to opt out of a class because you don't agree
5   4   with what's going on.  In fact, I believe in science
5   5   classes, it was, and may still be, the rule that you
6   6   don't have to be present for a dissection.  I think
8   7   that's the only thing you can be excused from.
9   8       Q   So there is an opt-out with respect to the
10  9   classes that instruct in biology?
10  10      A   No, there's not.
12  11      Q   There's not?
13  12      A   Only -- I think dissection is the only
14  13  exception.  You can't not attend a class simply because
15  14  you know it's going to be on something that you disagree
15  15  with, or you think you disagree with.
16  16      Q   Okay.  I'm not understanding you.  Is there an
18  17  exception for this instruction, this subject?
19  18      A   No.
20  19      Q   Okay.  Okay.
21  20      A   In other words, if you objected to a class that
22  21  was going to be given on green house or earth warning,
23  22  something like that, you couldn't absent yourself from
24  23  class on the grounds that you didn't agree with what was
25  24  going to be said.
26  25      Q   Okay.

Kevin Padian

SHEET 7   PAGE 25

PAGE 25

1    A    And we wanted to -- we wanted to put in the
2 framework what was good, accepted science, that is
3 science accepted by the scientific community so that
4 teachers would be able to point to it and say, look,
5 this is what I'm supposed to teach. You know, I may not
6 agree you with, you may not agree with it, but this is
7 what's accepted by the scientific community and the
8 community of science educators. So there would be
9 support, clarity, consistency.
10    Q    Okay. So the statement was designed to help
11 public education teachers deal with this culture?
12    A    That's right.
13    Q    Let me ask you about the standards. The
14 standards that are currently enforced now, are you aware
15 of whether they speak to the teaching of Intelligent
16 Design Theory in class?
17    A    I don't remember if they do, specifically. I
18 did not play a strong role in the drafting of the
19 standards. And my impression is that they don't, but I
20 haven't looked at them specifically with that in mind.
21    Q    What do the standards do, if you can tell me,
22 do they layout specific objectives for each course of
23 instruction?
24    A    Yes, they tend to do that.
25    Q    Do they do anything else? Do they give course

PAGE 26

1 objectives?
2    A    They might do. I haven't looked at the final
3 document.
4    Q    Okay.
5    A    Well enough to tell you whether that would be a
6 good characterization of it.
7    Q    Okay.
8    A    In all, perhaps the sum total of the curriculum
9 that they provide does, in fact, do that by virtue of
10 what it says.
11    Q    They're a public document?
12    A    Yes. It would be on the web. And, you know, I
13 don't have a paper copy of it. I just tend not to sit
14 in front of a screen all day.
15    Q    That's quite all right. I'm just trying to
16 figure out how they relate in light of your earlier
17 comment. That's all I want to see if they bear on some
18 of the issues in this case.
19          When you're -- for the California Science
20 Framework, when you employ the term "teaching," is there
21 any specific meaning you give that term?
22    A    Teaching in the sense of explaining what is in
23 the curriculum, I suppose, would be the best. But, my
24 gosh, there's so much more to teaching. It's
25 understanding what students come in with, understanding

PAGE 27

1 how, as a group, and how individuals, they will best
2 learn or respond to what you're trying to teach them.
3 Trying to work with the prior knowledge of 30 different
4 kids in class and their own behavioral and hormonal, and
5 just personality differences. Teaching is so much more
6 than just explaining material.
7    Q    Yeah. Plainly, it's an art.
8          What I'm to trying to get at, though, is there
9 a specific sort of pedagogical meaning that's attached
10 to it like classroom instruction?
11    A    Well, most teaching at the K-12 level, and at
12 the college level, is based on classroom instruction.
13 The 45 minutes a day or the three hours a week, you have
14 students in front of you, but teaching also occurs in
15 office hours. With my graduate students, it's 24/7.
16 Every time -- all the time we're in there, we're all
17 teaching and learning from each other.
18    Q    Okay.
19    A    It gets very fluid in the upper grades.
20    Q    All right. Let me -- I'm just going to -- if
21 you'll look at your report, I'm trying to understand
22 what -- some of the details. And that's not so easy for
23 me as a lay person, particularly one not schooled in
24 science.
25          The section B is headed paleontology as

PAGE 28

1 Science. And plainly, status of science is important to
2 this case. I know very well that you have devoted your
3 considerable talents to paleontology. And what I want
4 to get a sense for is, plainly, you regard it as
5 science. What makes you regard what you do, as a
6 professional, as distinctively a scientific endeavor?
7    A    We collect information, facts about the life of
8 the past. That is sort of the purview of paleontology.
9 That life includes zoology, botany, any other subjects
10 that happen to focus on things that are now dead and
11 have been for a while. And our subject is that great
12 phone book of life that's existed in the past for which
13 we have some remains that are -- that are excavated from
14 rock deposits in the earth. And these specimens tell us
15 about the life of the past, how it changed through time,
16 how it is ordered through time. The different organisms
17 that lived at various intervals in time. How they
18 functioned in their environments. What the patterns
19 were by which different groups in the past waxed and
20 waned, ultimately coming to form the bio that we have
21 today.
22    Q    And I understand that. I can see that you're
23 looking at sort of an empirical set of data facts, and
24 you're bringing to bear principles of certain
25 disciplines you mentioned, zoology and so on. But what

SHEET 8   PAGE 29

PAGE 29

```
1  I'm -- you know, for me, as someone on the outside, I'm
2  trying to understand the distinctive features of
3  paleontology that you believe make it scientific.
4            MR. ROTHSCHILD:  Objection to the form.  You
5  can answer.
6            THE WITNESS:  The distinctive features of
7  paleontology.  Gee, they really don't differ from many
8  other scientific fields like zoology, botany, insofar as
9  they concentrate on a subject.  In ornithology, it's
10  birds.  Of course, in botany, it's plants.  In
11  paleontology, it's -- can be both birds and plants, but
12  it's just extinct ones.
13            And so our approach is to gather information
14  and to form and test hypotheses about how these
15  organisms lived in the past and how that changed through
16  time.
17       Q  And I think that last part of your answer helps
18  me get further towards what I'm trying to grasp, which
19  is, you say, "to form and test hypotheses."  If we look
20  at the methods of paleontology, are there certain .
21  methods that you believe make it distinctively
22  scientific?
23            MR. ROTHSCHILD:  Objection.
24            THE WITNESS:  It depends on what question
25  you're asking.  Paleontology is, of course, more than
```

PAGE 30

```
1  just going out to the Badlands, finding a skull of a
2  dinosaur, digging it up, and bringing it back.  In that
3  respect, it probably differs from botany, zoology,
4  molecular biology, in that work might be done in the
5  forests and the fields or the labs, more so than in
6  going out to the rocks and looking for things.
7            That's not a question of the method of science
8  or it's approach.  That's simply a question of its
9  material basis.  It's where we find it.  The molecules
10  we can best get at in the lab.  The plants and animals we
11  can best go out to the field and collect them or see
12  them or watch them.  And in our case, we go out to the
13  exposed rock terrains and we collect them.  But it
14  really depends on the kinds of questions that you're
15  asking.  If I'm asking questions about what are the
16  relationships of fossil animals, I'm using the same
17  principles that a botanist or a zoologist would use, and
18  the same methods.  It's just that our organisms are
19  different.
20  BY MR. GILLEN:
21       Q  Okay.  And that's precisely what I'm trying to
22  understand, which is what are -- in a case like that,
23  which you posited, what are the methods that you're
24  using which are similar to those of a botanist?
25       A  If I were trying to find the relationships of a
```

PAGE 31

```
1  group of extinct animals that I work on, dinosaurs,
2  horses, whatever it might be, I would use methods such
3  as phylogenetic systematics, p-h-y-l-o-g-e-n-e-t-i-c,
4  systematics is s-y-s-t-e-m-a-t-i-c-s.
5       Q  Nothing like an educated witness.
6            That said, what else?  What other tools would
7  you use, Kevin?
8       A  If I were trying to study the functional
9  morphology of an extinct animal, I would use the same
10  principles of comparative anatomy and motion studies,
11  for want of a better word, we call them kinematics,
12  k-i-n-e-m-a-t-i-c-s, that are used by zoologists.  The
13  difference being that they can put their animals on
14  treadmills, and they can take films of them doing what
15  they do.  And we basically have to work with the joints
16  of the bones that are left.
17       Q  Okay.  And that is some examples.  I was struck
18  by this part of your -- this Section B of your report,
19  which said:  To ask intelligent questions and determine
20  reasonable answers requires knowledge of fossils of
21  comparative anatomy or geology systematics, and so on.
22  And then as I read the report, I noticed that there's --
23  in several places, you say, you offer sort of reasonable
24  inferences in a number of areas.
25            And that, Kevin, is what I'm trying to drive
```

PAGE 32

```
1  at.  Does your endeavor, as a Paleontologist, consist in
2  just trying to do that, trying to make reasonable
3  hypotheses and evaluate them against the empirical
4  evidence that's available?
5            MR. ROTHSCHILD:  Objection to the form.  You
6  can answer.
7            THE WITNESS:  I would guess that's a lot of it.
8  We form and test hypotheses about the relationships of
9  organisms, about how they worked in their environments.
10  We describe the life of the past, new things that we
11  find.  We look at where we lived and how they may have
12  spread over various continents and oceans through time.
13  We're basically reconstructing the life of the past by
14  accumulating data, discerning patterns and trying to
15  infer processes that account for the change of life
16  through time.
17  BY MR. GILLEN:
18       Q  And let me just -- I'm going to ask you a few
19  things quickly and see if you can help me.  I'm just
20  trying to get a handle on the way in which your
21  discipline works.
22            On page 1 of your report, you pose a question,
23  what are the relationships among groups of fossil
24  organisms.  In your day-to-day work as a Paleontologist,
25  how do you go about trying to answer that question?
```

Kevin Padian

SHEET 9   PAGE 33

00033

2    1      A   We look at the preserved features of the
3    2   organisms.  In the case of things I work on, it would be
4    3   features of the skulls and other bones of the skeleton,
5    4   which are usually mostly what's left in the fossil
5    5   records.  And by looking at those features, we find what
7    6   systematics calls synapomorphies, which is a word that's
8    7   spelled s-y-n-a-p-o-m-o-r-p-h-i-e-s.  It's a funny word,
9    8   and it means shared derived characters.  These are
10   9   features that are unusual compared to other animals or
11   10   plants.  They are things that are novelties compared to
12   11   other animals and plants.  And why we look for these
13   12   features follows simply from a premise about genetics.
14   13   And that is, that organisms inherent characteristics
15   14   from their parents, and they pass them on.  And so when
16   15   a new feature appears in a lineage, and it's passed on
17   16   to its descendants, then we use that new feature as a
18   17   mark of more recent common ancestry than with other
19   18   organisms that don't have that feature.
20   19         It's a little confusing, but it actually
21   20   results in a very interesting hierarchical pattern.  If
22   21   you have, for example, five organisms that you're
23   22   comparing, and two of them share six features that
24   23   nobody has, and the next one added to them -- shares
25   24   five of those features, and the next one out shares four
26   25   of them, the next one out shares three of them, and so

PAGE 34

00034

2    1   on, ultimately, you're watching the sequence of these
3    2   new shared derived characters that appear.  So you have
4    3   actually a hierarchical arrangement of the order in
5    4   which these things would be related to each other.  Does
6    5   that make sense?
7    6      Q   Yeah.  It does somewhat.  I mean, it's
8    7   difficult to follow, but that's what I'm trying to get
9    8   at.  Is there any other way in which you go about
10   9   finding those relationships?
11   10      A   No, that's --
12   11      Q   The principle --
13   12      A   -- that's the principle of phylogenetic
14   13   systematics.
15   14      Q   Okay.  Again, in your report, you ask the
16   15   question, how do mechanisms of developmental biology
17   16   help us to explain morphological diversification of
18   17   structures in plant and animal evolution.
19   18         Now, when you look at that question, Kevin,
20   19   what is the method or the method you bring to bear on
21   20   that question?
22   21      A   We often look at how structures in living
23   22   organisms develop.  We can -- we can have a much better
24   23   idea of the development of living animals than of fossil
25   24   animals because embryology of fossil animals is
26   25   difficult to come by, particularly early stages.  They

PAGE 35

00035

2    1   don't preserve very well.  And so, when we ask questions
3    2   about, for example, which digits are these three digits
4    3   of the bird's hand, or where did the bones in the middle
5    4   ear of mammals come from.  Sometimes by looking at the
5    5   development of living animals, we can see whether
7    6   fingers are lost or begin to form and then stop forming
8    7   or how bones migrate from an area around the jaw into
9    8   the ear.  And that gives us some clue about whether that
10   9   could have been the process that evolutionarily caused
11   10   that change to happen.
12   11      Q   Anything else you used to try and make that --
13   12   answer that question?
14   13      A   There are some sophisticated new techniques in
15   14   developmental genetics that actually trace the
16   15   expression of a gene in different structures, which then
17   16   can be labeled and seen to be the same in two different
18   17   organisms, even though they may appear to do different
19   18   things, or their form is somewhat different.
20   19      Q   Is that something that Paleontologist use?
21   20      A   Paleontologists do use it.  Some of them even
22   21   work in developmental genetics and do this work.  Many
23   22   developmental geneticists also work with Paleontologists
24   23   to try to solve some of these problems.  One of my
25   24   graduate students right now, for instance, is looking at
26   25   the formation of something called the neural crest.

PAGE 36

00036

2    1   Neural is n-e-u-r-a-l.  Crest, which is a tissue that
3    2   forms early in life and it's responsible for forming
4    3   many of the tissues in the body.  And she's working on
5    4   whether the turtle shell and the bones that are in the
5    5   back of crocodiles, the kind of hard armor that
7    6   crocodiles have along their backs, is actually produced
8    7   by the neural crest.  And to do that, she has to work in
8    8   developmental genetics.
10   9         So, yes, I guess, I would have to say that
11   10   Paleontologists are increasingly working in these and
12   11   other disciplines.
13   12      Q   You mentioned the mechanisms of developmental
14   13   biology.  When you use that term, what are you referring
15   14   to?
16   15      A   I'm referring to the general field that
17   16   examines how specific genes influence functions of the
18   17   development of structures that later become part of the
19   18   adult body.
20   19      Q   So I'm not sure, is that genetics?  Are you
21   20   saying it's essentially the focus on genetic change?
22   21      A   Yes.  It is how genetic change influences the
23   22   formation of the structures.
24   23      Q   Okay.
25   24      A   In other words, morphology.
26   25      Q   That's what I was trying to get at,

Kevin Padian

SHEET 10   PAGE 37

```
1  00037
2   1            When you -- do you have an opinion, as a
3   2  Paleontologist, as to what that sort of that mechanism
4   3  of developmental biology is that produces the genetic
5   4  change?
6   5       A  Do I have an opinion as a Paleontologist of
7   6  what that is?  It's -- we understand it as gene
8   7  function.
9   8       Q  Okay.
10  9       A  But I guess maybe I don't understand the
11 10  question.
12 11       Q  When you reference the mechanism of biological
13 12  change, I just want to make sure that I -- I'm looking
14 13  at that term the way you do.  And that's all I'm trying
15 14  to understand.  Is it essentially, as you say, the
16 15  biological disciplines understanding of genetic change
17 16  through time?
18 17       A  Yes.  It's completely consistent with that, as
19 18  far as we know.  We know that genes vary in populations.
20 19  We know that in lineages and related species, there are
21 20  different genetic constitutions.  And this discipline
22 21  focuses mainly on how specific genes determine specific
23 22  functions that then influence these changes in form.
24 23            I'm sorry.  I'm trying to speak as -- to
25 24  explain it.  I'm trying not to over simplify it, but to
26 25  use words I hope --
```

PAGE 38

```
1  00038
2   1       Q  That's all I'm trying to do to.  I appreciate
3   2  any effort on your part to simplify what you do
4   3  day-to-day.  That's totally appreciated.
5   4            What I'm trying to get at here is my sense that
6   5  when you refer to the mechanisms of biological change,
7   6  you are -- sort of, your discipline, which strikes me as
8   7  profoundly sort of interdisciplinary, is borrowing in
9   8  that area from the biological sciences.  And when you
10  9  reference, therefore, the mechanism of biological
11 10  change, you are referring to genetic change through
12 11  genetic mutation, and then heredity.  Is that accurate,
13 12  Kevin?
14 13       A  Yes.  That's -- and you're absolutely right.
15 14  We have a very interdisciplinary science.
16 15       Q  And that's -- and then my next question then is
17 16  to try and get a sense for the several places in your
18 17  report where you have this -- you're taking issue with
19 18  the notion of randomness.  And on the one -- I'm trying
20 19  to understand that.  And let me see if I can tell you
21 20  what I think, and then we can talk about it.
22 21            It seems to me that, from what you said, that
23 22  genetic change is random, random mutations, but when you
24 23  get to selection, it seems that you have a very definite
25 24  conviction, as a Paleontologist and a scientist, that
26 25  that selection is not random.  I want to see if I'm
```

PAGE 39

```
1  00039
2   1  apprehending your position correctly and then just have
3   2  you explain it to me a little more.  Is that accurate,
4   3  Kevin?
5   4       A  I'm sorry, no.
6   5       Q  Okay.  Tell me why.
7   6       A  Selection is the opposite of random.
8   7       Q  And I do understand that.
9   8       A  Okay.  So that if we had random admission to
10  9  university, it would be very different then if we
11 10  selected people on the basis of various features that --
12 11  and --
13 12       Q  But -- excuse me, because I don't want to waste
14 13  your time, or anyone's time here.  We have the genetic
15 14  changes, right?
16 15       A  Yes.
17 16       Q  And then it seems that, based on your report,
18 17  if I'm understanding it, then there's a selection
19 18  process.  I'm just focusing right now on that genetic
20 19  change.  And I'm -- it seems to me, based on your
21 20  report, that when you're describing that facet of the
22 21  mechanism of biological change, that is random; is that
23 22  correct?
24 23       A  Let me explain it slightly differently.  When
25 24  we say something is random, it's a probabilistic
26 25  statement about -- about the distribution of certain
```

PAGE 40

```
1  00040
2   1  cases in a population.  It does not mean that the causes
3   2  are random.  We may understand very well what the causes
4   3  are of some kind of a change.  We may still not know
5   4  which individuals in a population would be affected in
6   5  advance of this actually happening.
7   6            I believe I used an analogy to -- I'm not sure
8   7  if I did in this report.  I'm sorry, Pat.  Let me give
9   8  you an analogy.  We may say that 353 house fires occur
10  9  in California each year.  If -- and we know why they're
11 10  caused, arson, smoking in bed, lava lamps fall over,
12 11  whatever.  We have a good idea that maybe that pattern
13 12  has been 350, roughly, for a long time, where it's a
14 13  rate of 350 in the population, you know, maybe grows
15 14  with the populational rate, that's fine.  But we don't
16 15  know in advance which houses are going to burn.  If we
17 16  did, we wouldn't need insurance.  And when we talk about
18 17  random effectively, we could say, well, house fires --
19 18  or the instance of house fires is random, but it's not
20 19  in that case because we know that they each have a
21 20  cause.  They just don't happen.  It's just that we can't
22 21  predict which ones will be there in advance.
23 22            Now, let's say we have a simple genetic
24 23  mutation of white-eye in a fruit fly or something.
25 24  Just -- not very important thing, just a little -- and
26 25  that on the average, may be about six in 100,000 might
```

Kevin Padian

00041

1  have this white-eye difference. We might or might not,
2  and I don't know fly genetics enough to tell you, we
3  might or might not know the gene function that produces
4  that white-eye. We may know which gene does it, even if
5  we don't know what the function is. But we know that
6  that change itself is not random. We simply know that
7  the -- which particular individuals in the population
8  will have it, is random. And if we have a rate of six
9  in 100,000, we may have eight one year and three the
10  next generation. But that's the meaning of random to a
11  scientist, as I understand it.
12     Q   And I understand that, and thank you. I'm just
13  trying to get a sense for -- let's keep with the fruit
14  fly. The first instance of the gene that produced the
15  white-eye. If we look at the mechanism for that change,
16  is that random mutation or do have some other
17  understanding of how the biological sciences address
18  that initial mutation that produces a change in a given
19  species, in this case, the white-eye in the fruit fly?
20     A   It's a change, but I don't think it would be
21  correctly characterized as random. We know that a
22  duck's head isn't going to pop up on a horse or a trout.
23  So in a sense of anything can happen, that's not our
24  understanding of random. And when, you know, your kids
25  come in and say, oh, like that's so random. They

PAGE 42

00042

1  don't -- they're talking about it like it came from
2  nowhere. Somebody just seemed to say something that was
3  a non sequitur. And so our common understanding of
4  words like random are real different from what we mean
5  in science. And my understanding of random, as a
6  scientist, would not apply to causal factors, but rather
7  to distributional factors in populations.
8     Q   Okay.
9     A   For example.
10    Q   Okay. Then just let me understand here if I
11  can. Are you saying that there's no such thing as a
12  random genetic mutation?
13    A   When applied to causality, I would say I don't
14  understand how the word "random" is interesting or
15  applicable there.
16    Q   And by that --
17    A   Although we talk about it all the time, don't
18  we? And what I think we mean is the incidents in
19  populations.
20    Q   So again, just to make sure I understand you,
21  is it your view that any genetic change is not random?
22    A   I would agree with you in the sense that it is
23  all determined by biochemical causes, genetic causes,
24  things that get down to the genetics -- that determines
25  structure.

PAGE 43

00043

1     Q   Okay. So then when you look at -- say --
2  when you say natural selection is the opposite of
3  randomness, explain then, what, to me, please, so I can
4  understand you, what are you getting at there, what
5  is -- why is natural selection not random, in your
6  opinion?
7     A   If you have a population of organisms, they
8  might be -- they might be mice, let's say, living out in
9  the field somewhere. Darwin's idea was that some
10  organisms, some individuals, would be more fit than
11  other individuals. And that the ones who would be
12  better able to live in their environments escape from
13  predators and so forth, make more efficient use of food
14  resources, and so forth, would be the ones more likely
15  to survive to the next generation. And to survive
16  perhaps longer to produce more offspring so that those
17  same features that this organism had would be passed on
18  to the next generation. That's his idea of selection.
19        Random would be those same mice living in a
20  field and a tree falls and kills 50 of them. And the 50
21  that it kills are -- have no real fitness component
22  about them. In other words, it's taking everybody
23  regardless.
24        When the plane crashes, it doesn't matter
25  whether you're a -- you know, the Pope or the president

PAGE 44

00044

1  or, you know, just some normal dumb guy like me. It
2  just -- that's what happens when you happen to be on
3  that plane when this happens. So that would be
4  non-selective. That would be sort of a random calling
5  of the population in that sense, because it wouldn't be
6  correlated with any selective factors that have to do
7  with the organisms themselves. Rather, they were
8  unlucky.
9     Q   So am I understanding you correctly that,
10  essentially, you believe natural selection is not random
11  because it's positing a causal connection between the
12  attributes of the given species and its ability to
13  survive?
14    A   Just so.
15    Q   Now, but that just -- and in positing that
16  relationship, you're -- it entails positing both an
17  advantage or feature of a species and then a way in
18  which it would confer an advantage on the members of
19  that species with that characteristic; is that true?
20    A   That's the idea.
21    Q   Okay. And is that why, Kevin, in your report
22  at several points, you make this very clear, selection
23  is the opposite of random. Is that what you're getting
24  at there?
25    A   Yes.

Kevin Padian

SHEET 12   PAGE 45

00045

1
2    1      Q   Just so I can understand it, it's a notion that
3    2   there's a causal connection between the feature and
4    3   survivability as opposed to, as you say, the tree falls.
5    4   It had nothing to do with who or what you were and what
6    5   your attributes were, it's just bad luck?
7    5      A   That would be the idea.
8    6          MR. ROTHSCHILD:  This is a good time for a
9    8   break?
10   9          MR. GILLEN:  Yeah, it is.
11   10                      (Recess.)
12   11   BY MR. GILLEN:
13   12     Q   Kevin, this is -- all the questions I've asked
14   13   you so far, I'm trying to just make sure I understand
15   14   this process as you do, which -- just in its rudiment.
16   15   What I'm looking at is the statement like this at the
17   16   bottom of page 2 of your report that carries over.
18   17   You're talking about Darwin's view, and you say, he was
19   18   not talking about how major new adaptive changes took
20   19   place; he was talking about how minor variations could
21   20   be selected upon by natural forces to produce heritable
22   21   evolutionary change.
23   22          And there's a couple of elements to that
24   23   sentence that have to be impacted to a layman like
25   24   myself.  The first is the minor variations in the
26   25   species.  Am I correct in that when you, as a

PAGE 46

00046

1
2    1   paleontologist, look to those minor variations in the
3    2   species, you account for them with reference to biology,
4    3   more specifically genetics?
5    4      A   When we see variation in a population of
6    5   organisms, whether it's living or fossil, there are two
7    6   basic causes of that variation.  One is genetic, and one
8    7   is environmental.
9    8      Q   Okay.
10   9      A   So a stunted population of trees might be
11   10   stunted not because their genes make them short, but
12   11   because their environment is harsh and it's tough to
13   12   grow.
14   13      Q   Okay.  And if -- so of those two possibilities
15   14   for the minor variations, we have one that's genetics or
16   15   internal, and then there's another that's external to
17   16   the subject, the specimens; is that accurate?
18   17      A   Yes.  One is heritable, and the other one
19   18   isn't.
20   19      Q   Okay.  And for the purposes of -- well,
21   20   Darwin's theory, we're looking at the heritable?
22   21      A   Yes.
23   22      Q   Now, selected upon by natural forces.  I think
24   23   you gave me some good examples of that earlier.  That's
25   24   in ways in which the surrounding environmental factors
26   25   give rise to a causal relationship between the features

PAGE 47

00047

1
2    1   of the species and the environment which confers an
3    2   evolutionarily advantage on the species with a specific
4    3   trait; is that accurate?
5    4      A   Yes, more or less.  Some individuals are going
6    5   to be more favored than others.
7    6      Q   All right.  And then produce heritable
8    7   evolutionary change.  Just to make sure I understand
9    8   what you're getting at there.  It's that notion
10   9   therefore, because of these -- this advantage, it's more
11   10   likely that species with the advantage or members of the
12   11   species with the advantage will pass it on in the
13   12   genetic matter of their offspring?
14   13      A   That was Darwin's idea.
15   14      Q   Okay.  Now, then you say, when you go on, you
16   15   say his main concern, Darwin said this, was with the
17   16   mechanism of natural selection, which cannot be observed
18   17   directly in the fossil record.  Now, I wanted to make
19   18   sure I understand that.  Again, the mechanism of natural
20   19   selection.  Is this the relationship between the feature
21   20   and the environment or is it the genetics or a
22   21   biological component of the process?
23   22      A   It's the process by which the composition of a
24   23   population changes from one generation to the next based
25   24   on factors that make it more fit for its environment.
26   25   That would be selection in that sense.

PAGE 48

00048

1
2    1          And when I say that we can't observe this in
3    2   the fossil record, what I mean is that we can't observe
4    3   generation-by-generation full populations, we can't take
5    4   their genetic constitution.  We don't have a complete
6    5   enough sample.  So when we look at the action of
7    6   selection itself on a generation-by-generation basis,
8    7   that's much better than done in field and laboratory
9    8   studies today.  And a lot of that work has been done.
10   9      Q   That's what I was trying to understand.  You're
11   10   getting at there that the fossil record, as it exists
12   11   today, is insufficient to wholly grasp this process
13   12   you've described.  Is that your point?
14   13      A   It's insufficient to measure the
15   14   generation-by-generation selective factors.  What it
16   15   does measure, is the overall effect of selection on
17   16   populations through time, which -- one of which we call
18   17   adaptation.  And so, we actually identify the action of
19   18   natural selection through the proxy of watching -- of
20   19   watching adaptations evolve in lineages through time.
21   20          In evolutionary theory, adaptation is defined
22   21   as the result of natural selection.  These are features
23   22   that are improved behaviors, functions that are improved
24   23   through the action of natural selection, which is again
25   24   this rubric, r-u-b-r-i-c, that encompasses environmental
26   25   factors, factors of competition, predation, interactions

Kevin Padian

SHEET 13   PAGE 49

00049

1  with other organisms to shape succeeding generations.
2          And there's also an element of opportunity,
3  that is, organisms often change evolutionarily because
4  they're able to make use of a new feature in their
5  environment that wasn't exploited before, and a lot of
6  that is what we see. So when we look at the adaptive
7  improvement of structures in a lineage through time,
8  we're -- we are making the inference that selection has
9  done this. But the generation-by-generation measures of
10  selection are done in populations of animals in which,
11  for example, we're watching much more small scale
12  adaptations, not the ones that takes millions of years.
13      Q   Okay. Let me make sure I'm following you here,
14  to the extent I can. First, it seems, based on your
15  answer, that when you say you're looking at the
16  mechanism of natural selection, we're sort of -- it's
17  prescinding from paleontology trying to locate or prove
18  out this sort of genetic component of the process,
19  that's kind of taken off the table; is that accurate?
20      A   We can't examine the genetics of the fossil
21  populations in that same realm, which is right.
22      Q   Then you say, you observe a population through
23  time. I think you said using adaptation as a proxy --
24      A   Yes.
25      Q   -- for selection?

PAGE 50

00050

1          Now, if I may, Kevin, are you saying there that
2  if a feature persists through time, you infer that it
3  has conferred an advantage, that it's been selected, so
4  to speak, or --
5      A   I'm more talking about cases in which we see
6  the emergence of a feature that has a demonstrable
7  functional behavioral role. If this is -- if this is
8  persisting, and even improving or elaborating through
9  time, then we presume that there is some sort of
10  selective role. There's some sort of advantage to this
11  feature. And that, as we say in our common parlance,
12  selection is maintaining or shaping that feature.
13      Q   So the underlying inference is that adaptation
14  which persists confer advantages, are a positive
15  addition to the species?
16      A   Yes.
17      Q   At the end of the section D, you have a
18  sentence that says, "The fossil record provides strong
19  support for evolution, and has since the mid-1800s."
20          Is that proof along the lines that you've
21  suggested thus far this morning, Kevin, this notion that
22  you can watch a pattern of certain adaptations and
23  endurance through time on the part of certain species,
24  is that the evidence.
25      A   Both these things and more.

PAGE 51

00051

1
2      Q   Okay.
3      A   People in the early 1800s, and even slightly
4  before then, recognized that the fossil organisms that
5  they found in rocks were not uniform from place to place
6  and from -- as you went up a rock column either in one
7  place or stacking them by correlating them from one
8  place to the next, because they are the same things over
9  here and then there's more beds below them, and they can
10  be inferred to be below the ones that were over here and
11  so on. Those -- those fossils, the farther down you
12  went, the less they resembled the organisms of today.
13  Some of them had no present day counterparts at all.
14  Some of them were enormously successful like trilobites
15  in rocks that are very, very low in the available
16  section, which people came to realize were very, very
17  old.
18          And so, we see these patterns of waxing and
19  waning of replacement of some groups by others as -- as
20  the whole support for what used to be called the
21  progression of life through time. That progression
22  could be explained by any number of ideas. The idea
23  that in the early to mid-1800s was given to support it
24  was evolution. That is, that things were changing
25  through time. And some things were disappearing, and
26  some things were forming anew. And that these often

PAGE 52

00052

1  resembled things that were already in the preceding
2  sediments. So the whole idea of biological evolution
3  was actually well in the year before Darwin wrote a
4  word.
5      Q   Okay. On page 10, Kevin, where you discuss
6  about Pandas and paleontology, there's a line in here
7  that I just want to make sure I understand. It's the
8  second full paragraph under subheading C, and it's about
9  halfway down the paragraph. And it reads, "The origin
10  of major new adaptive types and major groups of
11  organisms begins with a single speciation event of very
12  few minor structural changes."
13          Now, it seems to me, from our discussion this
14  morning, the speciation event is the province of the
15  genetic facet of the process; is that correct?
16      A   No.
17      Q   Okay.
18      A   Recognizing different species is not solely a
19  matter of genetic difference.
20      Q   Well, what accounts for this?
21      A   We actually recognize species by different
22  criteria. What we call a species is a lineage that is
23  distinct from other lineages in essentially time and
24  space. How do we know these things are distinct in time
25  and space? We have a series of criteria. For organisms

Kevin Padian

SHEET 14   PAGE 53
00053

1  that interbreed with each other, we find that if they
2  can no longer interbreed with each other, then they are
3  separate lineages or species.
4      Sometimes organisms could potentially
5  interbreed with each other, but they live in -- they've
6  wandered off into different places. And so effectively,
7  they're not going to do that any more.
8      Sometimes they may live in close proximity, but
9  ecologically, they're doing different things, so they
10  don't encounter each other so often. And there are
11  other ways that people look at this. So the formation
12  of species themselves is a process that goes beyond
13  simply a genetic assessment to an assessment of how the
14  organisms live in the world.
15      Q   So am I correct that there's -- your answer
16  points to two possible sources for a speciation event?
17  One is genetic. The other is environmental in the ways
18  that you described in that the populations can be so
19  distributed that they're no longer going to be
20  considered as one species. Is that accurate, Kevin?
21      A   The words you started with, it can be both
22  genetic and other means. Again, I think that our
23  characterization is one of lineages that are separate.
24  They may have genetic differences. Certainly, they
25  probably will to a greater or lesser degree. Sometimes

PAGE 54
00054

1  they have very few. But it mainly is a question of, are
2  they separate from each other, do they prefer organisms
3  that interbreed, do they interbreed with each other.
4      For example, we have a concept called sibling
5  species. And sibling species are those that you can't
6  even recognize if you just put two individuals on the
7  table. Two beetles, for example. You may not be able
8  to tell their difference at all, or two crickets. And
9  they tell their difference because they have different
10  mating calls. Or -- so, for example, the two crickets
11  may live on the same Hawaiian island right next to each
12  other. But the one will have a mating call that its
13  females will recognize, but the other females won't.
14      The two beetles may be perfectly alike, except
15  one will breed two weeks after the other. So they will
16  actually never come into contact again, but they still
17  look the same. These are, for all intents and purposes,
18  separate species, lineages through time that are now no
19  longer the same thing.
20      Q   Well, what accounts for that kind of event,
21  that speciation, I guess you call it?
22      A   Speciation. What accounts for it? Well, some
23  speciation probably has an adaptive basis. That is,
24  let's say you have several populations of a plant and
25  those plants are distributed and some of them eventually

PAGE 55
00055

1  acquire their way from the flatlands up onto the
2  hillside where things are a bit -- life is a bit
3  tougher, let's say. There's a shorter warm season, the
4  winds may be more severe, the soil may not be as good.
5  And yet, these populations are adapted to live up there,
6  they're happy, they're doing fine.
7      Ultimately, they may become so genetically
8  different from the ones down on the flats, but even if
9  you transplant them, A, they won't do well. And if you
10  try to interbreed them, then don't interbreed with
11  fertile offspring. That's the classic model of the
12  species difference that we would call adaptation.
13      Q   That's a genetic?
14      A   It eventually acquires a genetic component to
15  it.
16      Q   Through the selection due to the environmental
17  factors?
18      A   Yes. Selecting on particular genotypes through
19  selecting the phenotype that are more adapted to this
20  new environment. That's the classic mode of speciation
21  that people think about.
22      Q   Then again -- I'm just -- on page 10 here, you
23  say, "A speciation event of very few minor structural
24  changes."
25      Now, there, Kevin, are you referencing -- are

PAGE 56
00056

1  you referencing in this sentence, "The origin of new
2  major adaptive types and major groups of organisms
3  begins with a single speciation event of very few minor
4  structural changes."
5      Is that a reference to genetic changes in the
6  subject species?
7      A   Well, it has a genetic component. But I think
8  maybe we should focus on what we call the phenotype,
9  which is the appearance of the organism and it's
10  behavior and function. This is where the rubber meets
11  the road evolutionarily. You can throw a lot of
12  organisms out in the world with different genetic
13  components. Who survives, in terms of when selection is
14  acting, determines -- is determined by the whole
15  phenotype and not an individual gene, in most cases.
16  The gene will determine the phenotype. The genes will
17  determine the phenotype.
18      So it's probably better to focus on what sorts
19  of phenotypic or differences in form we can relate to.
20  Because, as we've established, we're not doing genetic
21  studies on long extinct organisms. We have their --
22  what's left of their appearances, their form, their
23  phenotype to work with.
24      So it's these few structural changes that
25  people in evolutionary biology who look at life on the

Kevin Padian

SHEET 15   PAGE 57

00057

1 long run, can work with to sort of see where big
2 elaborate adaptation start, which is frequently from
3 just a few structure changes.
4       Q    That's what I'm trying to get.  I'm trying to
5 understand here.  You described this process, these
6 changes accumulate.  Now, I'm -- what are you getting at
7 there?  The small structural changes tend to accumulate?
8 Give me an example of that, if you would, so I can try
9 and follow you.
10      A    I'm trying to explain that when we have
11 sequences of major adaptive change in evolution, the
12 kinds of adaptive change that often separate whole great
13 groups of organisms, mammals from their closest
14 non-mammal relatives, birds from reptiles, how do we get
15 across these gulfs?  Is it all a sudden change and boom
16 there's a full-fledged bird?  No, that's not the
17 pattern.  The pattern repeatedly, as we come to have
18 more fossils available to us and better means of
19 analyzing them, more complete interdisciplinary ways of
20 looking at these questions, we're actually finding that
21 these great gulfs that seem to separate living groups
22 like that in a fossil record, we actually find features
23 that close the gap much more than we could expect.  And
24 often in ways that we didn't predict.
25      Q    And you use the term "features."  And it seems

PAGE 58

00058

1 to me, from reviewing your report, that you
2 differentiate transitional features from transitional
3 forms,
4       A    That's a very good distinction.  I'm really
5 glad that you got that.  Because that's a very important
6 point that is lost on a lot of people.
7       Q    And plainly, that's one of the issues here.
8 I'm just trying to understand.  It seems from what you
9 said earlier, that if you watch a feature persist
10 through time, you're regarding that as an adaptation?
11      A    We regard it as an adaptation if we can
12 identify some functional or behavioral utility.  We can
13 see it as an adaptation if we see it improve or change.
14 For example, from something where there doesn't seem to
15 be a specific function to acquiring this new function.
16      In other words, we can look at the -- we can
17 look at the forelimb of the animals that eventually
18 became whales, the earliest whales.  And we identify
19 them as whales, even though they're animals that are
20 walking around on land like horses and cows, although
21 they don't look like horses and cows.  On the basis of
22 features of their skulls and teeth that align them with
23 later whales.  In other words, these are basic
24 synapomorphies of whales.  As these early whales begin
25 to go into the water more, which I can explain the whole

PAGE 59

00059

1 detail.  But as they go into the water more and stay in
2 the water more, these limbs on the forelimbs, the hands
3 become longer and more like flippers.  Where as the hind
4 limbs become much smaller and finally are unable to
5 support the animal on land.  These we would see as a
6 change in these features through the lineage of whales
7 that we would regard as an adaptation, because we know
8 from functional morphology that a flipper-shaped fin is
9 good for swimming.
10      Q    Gotcha.  Now, in that same sort of adaptation
11 in another beast would not contribute to its ability to
12 survive in its environment; and therefore, you would not
13 regard it as an adaptation?
14      A    We wouldn't see it on a horse.
15      Q    Now, with transitional features, are you -- is
16 your point that you see the features in a number
17 of different lines as opposed to -- in other words,
18 what's the distinction between the transitional feature
19 and the transitional form?
20      A    That's a good question.  The transitional
21 features are seen in the lineage of organisms.  Not ones
22 that are completely unrelated to each other, but ones
23 that are related to each other.  And we watch these
24 features changing in this lineage.  The lineage of
25 animals we find, let's say, we don't have to find a

PAGE 60

00060

1 specific linear ancestor.  It may be an uncle off the
2 path here, but he may share these synapomorphies with
3 all the later whales.  And so, he'll tell us a lot about
4 what the quote/unquote direct ancestors, which we may or
5 may not find, actually were like.
6       Q    So, Kevin, just so I understand, with -- when
7 you make these judgments involving that funny word of
8 shared features, how are you doing that as a
9 paleontologist, what criteria are you using to place
10 some particular specimen or -- in a given family or
11 line?
12      A    Right.  We're using the synapomorphies from all
13 parts of the available material.  By which, I mean the
14 skull and the skeleton, all the bones that are available
15 to us.  For example, when I was talking before about the
16 forelimb changing, we wouldn't just line up forelimbs in
17 a sequence and say, that must be the way they evolved.
18 We would have to look at all the characters of the
19 skull, the teeth, the vertebrae, the ribs, the pelvic
20 girdle, the hip, the hind limb, the feet, the tail.
21 We'd actually -- we say code, and we mean specify the
22 condition of those features, describe those features,
23 and put descriptions, coded descriptions, of every one
24 of those features into a big data matrix.  And then we
25 essentially ask the computer to sort out which things

Kevin Padian

SHEET 16   PAGE 61

03061

1 share the most synapomorphies.

2 In fact, if we're asking questions about the
3 forelimb, we might even take all the forelimb data out
4 of that matrix and just run it on the other things,
5 okay, so that we have our answer; we have an answer that
6 describes for us who is sharing the most synapomorphies
7 in this group. How are these things branching off with
8 each other and from each other? And then, we can, if we
9 like, ask the question, well, what does that tell us
10 about the changes in the forelimb through time? Are we
11 seeing a single change from the simple standing leg to a
12 big flipper or is the pattern somehow different? And
13 the idea that -- the idea is that we test ideas about,
14 for example, forelimb evolution, by comparing them to
15 the distribution of differences in all of the features
16 of those organisms. Does that help?

17 Q If not, it's not for lack of trying. Let me
18 just try and understand.

19 A Sorry. It's really abstruse.

20 Q In terms of the process you described, and if
21 we take the whale as an example, if I look at the way
22 this classification is looking for shared transitional
23 features and so on, works, is it -- do I understand you
24 correctly, you measure, sort of quantify and classify
25 the individual parts or attributes of the subject of

PAGE 62

00062

1 your examination, and then you compare those. You've
2 got classifications that are set out for each of these,
3 the forelimb and other, the skull, the teeth and other
4 parts, you load all the data, as you say, and then,
5 based on a doubtless complicated sorting process, try
6 and see the greatest overlap of features, which, in
7 turn, points to the most likely lineage for that
8 particular subject?

9 A That's basically it.

10 Q Okay. So the -- in that case, I guess, there's
11 sort of reason judgement that's being made based on sort
12 of the weight, the center of gravity, or the
13 preponderance of what appear to be shared features. Is
14 that accurate?

15 A The presumption is that the more shared new
16 features that organisms have, the more recent their
17 common ancestors have been. If two organisms share 46
18 of these things and they only shared two with somebody
19 else down there, then they're presumed to be more
20 closely related as an extreme example.

21 Q Sure. When you say "more closely related,"
22 there's obviously -- we focused on the feature
23 comparison component of that analysis. Are there other
24 components that you use?

25 A In living animals, increasingly. Analysis of

PAGE 63

00063

1 the genetic material itself is used. So the DNA/RNA
2 segments can actually be looked at. Specific genes can
3 be sequenced. The specific parts of the geno can be
4 looked at. And these comparisons, again looking for
5 shared derived features of the geno, provide a
6 tremendous wealth of information far beyond what we can
7 get from the skeletal parts, because there are simply so
8 many genes.

9 Q Okay. But then, again, you've got this
10 fascinating portion of your report here dealing with the
11 whales and whether they could have an aquatic or
12 terrestrial ancestor. And the point of that, if I'm not
13 correct, is that the molecular biology has its limits,
14 also, in positing these lineages. It simply can't -- at
15 least, if I'm understanding it correctly, it can point
16 to a certain shared ancestry, but it cannot really
17 pinpoint certain features of that shared ancestor at
18 all?

19 A To the extent that genetic analysis is not
20 possible for completely extinct animals, that's true.
21 So for example, in the whale -- in the case of the
22 whale, the most recent molecular analyses were telling
23 us that whales and hippos are each other's closest
24 relatives, which is really hard to believe for many
25 people. Simply because they are so different. But of

PAGE 64

00064

1 course, whales are different from everybody now. But if
2 you go back 50 million years to the Eocene, they weren't
3 that different from other kinds of hoofed animals
4 running around, which also didn't look like hippos of
5 today.

6 Hippos are only found in the fossil record for
7 maybe 15 million years. Whales are first known over 50
8 million years ago. So we've got a 35 million year gap,
9 where are the hippos. And it turns out that only
10 fossils can tell us that hippos are members of a larger
11 extinct fossil group, I won't bore you with the name.
12 And that these guys are related to the early whales.
13 But there's no trace of them in the living fauna. So
14 molecular analysis couldn't assess them.

15 Q It cannot go back. As you say, you just don't
16 have the genetic material needed to plumb that line?

17 A On the other hand, molecular analysis is
18 correctly giving us two things. One, is the fact that
19 hippos and whales are each other's closest living
20 relatives, which is great. And the other thing is, that
21 the degree of their divergents, the degree of their
22 molecular genetic differences implies that they diverged
23 from each other maybe 50 million years ago, which is
24 about what we would calibrate from the fossil record
25 just because they're genetically so different. So it

Kevin Padian

SHEET 17   PAGE 65

00065

1 really is telling us a lot of this.
2      Q   In terms of the inference you can make from
3 that?
4      A   Yes.  It's consistent, in other words.
5      Q   And in terms of the role that paleontology
6 played in making this judgement as to whether or not the
7 original shared ancestor of the whale and the hippo was
8 terrestrial or aquatic, am I correct that that judgment,
9 in turn, rests on this process you described of tracing
10 out the lineages based on shared features?
11      A   Yes.
12      Q   Let me ask you again, trying to understand the
13 basis for your opinion here.  At a couple points in your
14 report on page 2, for example, you point out that Darwin
15 was not -- let me see if I can find this.  He wasn't
16 principally concerned with new major adaptive types,
17 that wasn't -- and you say that, I think, on page 2 and
18 3 and then later on page 10; is that correct?
19      A   Yes.
20      Q   Now, on the other hand, on page 5 of the
21 report, when you're dealing with Intelligent Design
22 Theory, or IDC as you call it, you're -- you dismiss the
23 distinction that they make between macro and
24 microevolution.  What I'm trying to get at there, Kevin,
25 is what -- on the one hand you seem to be recognising

PAGE 66

00066

1 that there's a distinction.  And on the other, you're
2 plainly somewhat disapproving of this component of
3 Intelligent Design Theory.  What are you getting at
4 there, what is your --
5      A   IDC supposes that the kinds of changes that
6 separate major groups of organisms are not tractable to
7 evolutionary solutions.  And so they posit that in
8 these cases, there must be some other causal agent about
9 which we know nothing, but it has an intelligence.  And
10 I think that scientists would characterize
11 macroevolution not as huge changes, but rather as
12 changes that occur in groups once you reach the level of
13 species.
14      In other words, individual in a population is
15 microevolution, changing from generation-to-generation.
16 Once you get separate species, and you're talking about
17 how those lineages behave through time, you're talking
18 about macroevolution.  And an example might be, let's
19 say we have some horned animals, and that one group
20 looks like the Impalas, and they have fairly simple
21 lightly curved horns.  This lineage, going back in the
22 fossil record, seems to be pretty much Impalas all the
23 way.  Back in 15, 15 million years in Africa, they look
24 pretty much like Impalas.  That lineage is related to
25 another lineage that includes the Wildebeest, the

PAGE 67

00067

1 Hartebeest, Springbok, things like that.  There's a lot
2 of them, and they have a lot of funny names.  But they
3 have a great diversity of horn shape.  And they have
4 been a much more successful group than the Impalas in
5 terms of species diversity through time.
6      Macroevolution might ask the question, why
7 should that be, what is contributing to the success of
8 one over the success of the other, are they better at
9 running, are they better at feeding, do they have better
10 ruminant stomachs, or is it just that this head gear
11 enables them to make more species because they recognize
12 differences and form new lineages.
13      These are the kinds of questions that you can't
14 ask by looking at individuals in populations.  And
15 there's nothing magical about it.  We're still dealing
16 with individuals who are changing and passing on their
17 genes.  But the phenomena are a little bit more large
18 scale.  And I kind of think about it a lot like
19 economics.  We have microeconomics and macroeconomics.
20      Q   What -- let me ask you, is it -- it's not so
21 much, in my understanding here, it's not so much the
22 distinction between macroevolution and microevolution,
23 it seems like that, in your opinion, there is a basis
24 for that distinction; is that accurate?
25      A   There is a distinction in the hierarchical

PAGE 68

00068

1 level in which we're studying things.
2      Q   Okay.  One within the species, that's
3 microevolution, and the other, macroevolution, would be
4 changed between species.
5      Now, Kevin, is that what you refer to as a
6 speciation event, those -- or the result of a speciation
7 event?
8      A   We would say that macroevolution is the
9 interactions among species.  We have to begin the
10 discussion of macroevolution with the speciation event
11 because that's what produces new species, as opposed to
12 below the speciation level.  We're talking about
13 individuals in populations.
14      Q   Let me ask you, when do you -- how do you make
15 the judgement that's there's been a speciation event?
16      A   When we recognize two organisms as separate
17 species, which we do according to the criteria we
18 discussed before.
19      Q   So that's the interbreeding criteria, there's
20 no longer interbreeding?
21      A   That's one criteria, yes.
22      Q   What were the other, there was nonrecognition,
23 sort of?
24      A   Exactly.  There's ecological differences,
25 geographical differences, sure.

Kevin Padian

SHEET 18   PAGE 69

00069

1    Q   Okay.  So am I correct then, that the objection
2    here you have here on page 5 of your report, used --
3    related to the use of the terms "macroevolution" and
4    "microevolution" by the proponents of Intelligent Design
5    Theory, is based on what you said earlier, that in your
6    judgment, Intelligent Design Theorists see
7    macroevolution as intractable, as you put it, to
8    evolutionary solutions?
9    A   Because they see it as an entirely different
10   kind of process that creates big changes.  That is not
11   the definition of macroevolution that scientists use.
12   Q   Okay.  What is the definition of
13   macroevolution, just so I have it down?
14   A   I would define it as the study of patterns and
15   processes in lineages of organisms above the species
16   level.
17   Q   So -- and that is, I think, what you're
18   referring to in several portions of your report where
19   you say how new major adaptive types emerge?
20   A   Yes.
21   Q   That's the subject of macroevolution?
22   A   That's one of them, sure.  Mass extinctions
23   might be another.
24   Q   Okay.
25   A   And there are many other kinds of subjects,

PAGE 70

00070

1    biogeographical change.  For example, how marsupials got
2    from North America to Australia and South America.
3    Through time, these are important questions --
4    Q   Okay.
5    A   -- that we ask, yeah.
6    Q   Again, those are either genetic or
7    environmental?
8    A   Functional.
9    Q   Functional changes.  I'm sorry, Kevin.
10   That account for a speciation event; is that
11   correct?
12   A   I wouldn't say they account for speciation
13   events.  They presuppose that species exist and they're
14   often concerned with the patterns of how these species
15   are deployed in space and time, the processes by which
16   they get there or survive, and the mechanics of
17   organisms that allow them to make a living and survive
18   in their various environments.
19   Q   And is your principal difference with the
20   IDT -- short for Intelligent Design Theory, from here on
21   out -- is that they don't -- they don't see that
22   macroevolution as being accountable for by
23   evolutionary theory?
24   A   Yes.
25   Q   Where as, it seems your opinion is that the --

PAGE 71

00071

1    this level of macroevolution is really just a sort of a
2    quantitative accumulation of microevolution?
3    A   In many respects, yes.  And I also -- and
4    without contradicting that statement.  What I want to
5    say is that macroevolution studies a different
6    hierarchical level of phenomena than microevolution
7    does, microevolution being concentrated on the
8    population level changes, and macroevolution being
9    concentrated on higher levels of related groups and
10   their environments through time.
11   Q   And just again, this is kind of simple, but
12   forgive me, I'm trying to follow you here.  When you say
13   that paleontology is providing support for
14   evolutionarily theory, that's what you're getting at, is
15   this observable pattern that you found here in the
16   fossil record, in your opinion, demonstrates the result
17   of the process of biological change in natural
18   selection?
19   A   That's a big part of it, yes.
20   Q   What are the other parts?
21   A   Well, the other elements of macroevolution that
22   we haven't talked about include things like that, the
23   documentation of mass extinctions.  That's a big subject
24   in evolutionarily theory that can only be assessed by
25   macroevolution.  It doesn't apply, of course, in any

PAGE 72

00072

1    way, to the population level.
2    When you find a point in time where there is a
3    substantial proportion of living organisms becoming
4    extinct in a relatively short time, those we
5    mass extinctions statistically, actually, by virtue of
6    what a big excursion it is from normal extinction rates.
7    The study of mass extinction is another area of
8    macroevolution that's very important.
9    Q   Okay.
10   A   But mass extinction is not really on the table
11   for IDC proponents, because they're more interested in
12   questions of how life evolves than it how it gets
13   snuffed out.
14   Q   In other words, am I understanding you there,
15   since their focus is on trying to explain the mechanism
16   of change, they're not, from a genetic standpoint, a
17   biology standpoint, that find themselves less concerned
18   with some of these environmental factors that you've
19   pointed to, which can, if I understand you correctly,
20   just as readily explain why a given species endures
21   through time?
22   A   Well, I'd say that their issue is more focused
23   on origins than anything else.  And origins is one part
24   of macroevolutionarily study.  And as we've seen,
25   there's others.  Such as extinctions, such as geographic

Kevin Padian

SHEET 19   PAGE 73

00073

1  change in the distribution of species. And yes, the
2  change in their climate and things. And IDC is not
3  really terrifically concerned with those things. They
4  tend more to focus on the process of evolutionarily
5  change itself and whether our understanding of this can
6  account for the differences among organisms.
7       Specifically, what I'm taking issue with here,
8  is the characterization of macroevolution. Because it
9  suggests, A, that it must be a completely different kind
10  of change. As you put it, genetic change, that is
11  possible for them. Whereas, biologists don't seem to
12  think. There's no evidence that says it's really
13  different. It says that, rather, it's more a net effect
14  of cumulative changes in a lineage in structure and
15  function and behavior through time that result
16  ultimately in differences that do seem to separate
17  groups of organisms that once were fairly similar.
18       Q  Does -- can paleontology prove that process you
19  just described?
20       A  If I could just say that I don't -- I think the
21  word 'prove' should be reserved for mathematics.
22       Q  Okay.
23       A  But that's right.
24       Q  Forgive me. I'm seeing it as a layman.
25       A  No. Because scientists do -- many scientists,

PAGE 74

00074

1  chemistry, physics, especially working on experiments,
2  do talk about proof. I prefer to sort of use the term
3  'support' or 'establish' or 'demonstrate,' by which we
4  mean that certainly our conclusions are open to
5  modification, but it's a pretty good show.
6       Yes. I think paleontology can do this in many
7  cases. Paleontology writ broadly to incorporate
8  elements of functional morphology, physiology,
9  comparative anatomy, which is all the stock and trade of
10  Paleontologists, even though they are also studied as
11  separate disciplines.
12       Q  Let me -- I'm trying to figure out the ways in
13  which, when you look at paleontology and it sort of --
14  well, let me ask you this, can it prove or can it
15  sufficiently demonstrate, to your satisfaction, sort of
16  the mechanism of natural selection?
17       A  Again, I would prefer to use the demonstration
18  of adaptation as a proxy for showing selection.
19  Evolutionarily biologists and, in particular, those who
20  work on microevolution, have defined adaptation as the
21  result of natural selection, because they see this in
22  their populational studies. We, as Paleontologists,
23  don't contradict this but, rather, what we're seeing is
24  larger scale adaptive changes. Each one of which, when
25  broken down into smaller components, may be as

PAGE 75

00075

1  comparable to what is in populations demonstrated by
2  natural selection. It's just that, as I explained
3  before, we can't measure the power of selection in
4  fossil populations. This is on a bigger scale. I can
5  give you an example.
6       Q  Do, please.
7       A  We can look at the evolution of the wing in
8  birds as an example of this. The wing involves several
9  things. The bones of the arm and the fingers, the hand,
10  those are changing. Feathers are evolving. They have
11  to form a wing, an airfoil that's capable of supporting
12  the animal in the air. There has, also, to be a flight
13  stroke that is movement of the forelimbs that actually
14  powers the animal forward. This is a very precise
15  motion in order to make this work. And there are also
16  changes in the neuromuscular components, the brain, the
17  physiology, the base on metabolism. All these things
18  are built into how we understand flight-originating
19  birds.
20       And we now have small dinosaurs that are not
21  birds, but are closely related to them, and they have
22  feathers. They have feathers of different shapes,
23  forms, sizes. And these feathers are not as big as the
24  feathers on bird's wings, nor are the arms yet quite as
25  long as they are in birds, even the first birds. And

PAGE 76

00076

1  what we see with these, with the evolution of these
2  feathers, is that they're not evolving all at once.
3  They start out small and very simple. Almost as hair
4  like filaments. They're all over the animals body, and
5  they would have been a kind of insulation.
6       So the first thing we determine is that the
7  original function of the simplest feathers was
8  insulation. They then become branched, and they have a
9  central kind of stock, the same way a feather does
10  today. And the -- these feathers are simple, too, but
11  we find banded color patterns on them. By which we
12  infer that they had a role in display, camouflage, or
13  allowing individuals to recognize members of their own
14  species.
15       We have fossils of dinosaurs sitting on their
16  nests of eggs, in which position they died, for whatever
17  reasons. They're spreading their fingers over their
18  eggs. These fingers in related dinosaurs have long
19  feathers coming off them, by which we infer that these
20  feathers also serve to protect the eggs when dinosaurs
21  were brooding. So have are three functions of feathers
22  that are simpler than the feathers in a bird's wing that
23  evolved before feathers and such were used for flight.
24       So we're looking at a sequence of cumulative
25  changes as feathers eventually become larger and more

Kevin Padian

SHEET 20   PAGE 77

PAGE 77

1  complex and finally, air worthy. And eventually, the
2  function of flight evolves, as well.
3     Q  Let me stop you there and ask you a few
4  questions to see if I'm with you. First, when we
5  started out talking about whether paleontology could
6  show the mechanism of natural selection, and I think
7  what you said there is, not directly, but you use
8  adaptation as a proxy for that?
9     A  That's right.
10    Q  By looking at the persistence of a given
11  adaptation, which I think results in the enduring, if I
12  may say that, of transitional features; is that correct?
13  That -- once that becomes adaptive, it's a positive
14  thing. So that's how -- that's the way in which
15  paleontology tries to put its finger on the mechanism of
16  the natural selection?
17    A  (Witness nods head.)
18    Q  That's a yes?
19    A  Yes. That's as close as I think we can get.
20    Q  Okay. Now, here with the feathers -- I was
21  going to ask you about this, because this is absolutely
22  fascinating. What you seem to be saying is, that there
23  are features that are developing, which initially don't
24  have a function, they acquire later on. That's one
25  thing. But as I trace through that process which you

PAGE 78

PAGE 78

1  sketched out here and given a lot of time and thought
2  to, it seems like at every stage in the process, you're
3  inferring a function that allows the -- if we could
4  call -- I don't know what you call, I'm sure you have a
5  word for them -- the precursor to the feather, to
6  develop, it's got a function. And that's, you're sort
7  of weighing the evidence. You should make those
8  inferences. The first you say are hair-like?
9     A  Yes.
10    Q  All right. And you have inferred, you made a
11  reasonable judgement, if I may, that that's probably an
12  insulation function?
13    A  Yes.
14    Q  Okay.
15    A  Because, if I may add. By comparison to
16  similar structures in living animals, hair-like fur in
17  mammals, hair-like feathers in things like Kiwis, very
18  simple feathers, these have an insulator function.
19    Q  Okay. Then the same thing as you go along
20  through the -- as you trace out the process at each
21  stage, you're looking at what you see in the fossil
22  record in light of what you see in other fossils, and
23  then it appears current living animals with a similar
24  feature?
25    A  Yes. And so in birds, we observe that feathers

PAGE 79

PAGE 79

1  have many functions, some of which we can track now in
2  these extinct dinosaurs that weren't birds and didn't
3  fly, but were closely related to them.
4     Q  You know, as I look at your description of the
5  fossil record, what is the -- what does punctuated
6  equilibrium show about natural selection, does it show
7  anything?
8     A  I wouldn't think so. I think it more is an
9  idea that describes the pace of what we call
10  morphological change. That is, change in features of a
11  lineage.
12    Q  Okay. As opposed -- now, when you say change
13  in features of a lineage, is that new species or not?
14    A  The -- it is an idea about speciation that's
15  based on morphological change. So here is a lineage
16  that basically is not changing very much through a long
17  period of time. Then in a relatively short period, it
18  seems to make a change that distinguishes it comparably
19  as a new species. In other words, the new guy is
20  distinct enough from the old guy that it would be
21  characterized as a species by anyone who looked at it
22  with a professional understanding. And if -- and how do
23  we know that these things really are species in the
24  fossil record? We quite often do it by comparing them
25  to related living forms to see if they actually have the

PAGE 80

PAGE 80

1  same kind of and degree of differences. And it turns
2  out that the studies that have been done say, yes, they
3  do. So they are consistent with difference we see in
4  species today.
5     Q  Okay. And you sort of read those back into the
6  fossil record and say, these are more -- this difference
7  between fossils is more kin to the difference we see in
8  these two living examples?
9     A  Yes.
10    Q  Okay. And we know these two living examples
11  are a different species for a variety of reasons. And
12  therefore, we infer that these fossils -- remains must
13  also be,
14    A  Yes. And therefore, for animals that are
15  completely extinct, we use the same kind of degree of
16  difference --
17    Q  Okay.
18    A  -- to establish that.
19    Q  Okay. To establish the classification as a
20  different species?
21    A  Yes.
22    Q  When you -- again, I'm just trying to
23  understand. Does -- is there a theory in paleontology
24  as to how this punctuated equilibrium relates to the
25  mechanism of natural selection? I mean, can it be

Kevin Padian

SHEET 21   PAGE 81

00081

1  accounted for by the existing theory?
2      A   This is going to get complex.  I'm sorry.  But
3  when --
4      Q   Is it yes it can?
5      A   It can.
6      Q   Can exist in theory account for punctuated
7  equilibrium?
8      A   Yes.
9      Q   Just give me as brief an explanation as you
10 can, so I can --
11     A   When it was proposed, the idea was that the
12 reason that you're seeing no change for a long time is,
13 basically, that organisms are more or less happy with
14 what they're doing.  So they don't change very much.
15 One possible explanation that was proposed is that a
16 population on the fringe of the whole range of the
17 species diverges in form from the others.  This can
18 happen quickly in semi-isolated small populations,
19 particularly.  Evolution can happen especially fast
20 in -- that was always the prevailing understanding.
21     And then the idea was that this fringe
22 population could then come back into the main range and
23 sort of swamp or take over, out compete, or for
24 selective, or whatever reasons, take over that parent
25 population's range, and then persist through time after

PAGE 82

00082

1  that.  That supposition or idea is very difficult to
2  test, but it was based on the prevailing understanding
3  from population biology of the 1950s, 1960s and earlier,
4  that established that this could happen in populations
5  today.  Therefore, the suggestion was made that maybe
6  this is what's going on in fossil population, but we
7  couldn't directly test it.
8      Q   But that is the way, currently, paleontology
9  deals with this notion of punctuated equilibrium, that's
10 the sort of working hypothesis, if I may?
11     A   It's one idea, Pat, but I don't think it's one
12 that's very strongly explored, because it's just very
13 difficult to get information about that stuff.  It's --
14 questions about punctuated equilibrium relate much more
15 to the pattern that we're describing of not gradual
16 change into the new form but, rather, persistence of a
17 form, and then fairly rapid change and then persistence
18 after that.
19     Right now, Paleontologists, when they work on
20 this question, are still trying to ask whether this is
21 the prevalent pattern in the fossil record, how common
22 is it, how rare is it.  We need a lot more information
23 about that.
24     Q   Okay.  So I understand you, is it -- in other
25 words, the very existence of punctuated equilibrium, as

PAGE 83

00083

1  you see it, is an open question in paleontology at this
2  time?
3      A   No.  It's been demonstrated in a great number
4  of cases.  The question is, has it been accessed for all
5  possible cases.  And the answer is, no.  It's still a
6  fraction.  We have a quarter of a million species in the
7  fossil record.  Some of them, you could ask that
8  question of.  Many of them, you could see not.  But the
9  number of cases that you could ask that question has not
10 been fully assessed.
11     Q   So again, just so I understand you, is it your
12 view that, in light of these difficulties you've
13 described, some of which it appears arise from the
14 incompleteness of the fossil record versus, it certain
15 areas, it's not yet clear whether punctuated equilibrium
16 is a general characteristic of evolutionarily change?
17     A   It's not clear whether it's more common than
18 gradual change.  And if so, how much more common.
19     Q   Okay.
20     A   Does it apply to 90 percent of cases or 40
21 percent of cases?  In either case, whether you have a
22 punctuated pattern or a gradual pattern, selection could
23 still be working.
24     Q   And I guess that's -- that's, you know, again,
25 what I was trying to get you to explain to me, is how

PAGE 84

00084

1  does punctuated equilibrium fit in with the selection
2  process that we've discussed today?  How -- at least how
3  do paleontology see that?
4      A   I don't know that it's been extensively
5  explored.
6      Q   Do Paleontologists -- I'm sorry.  Were you
7  done?
8      A   That's all I can say about it.  I don't know if
9  it's been extensive.
10     Q   Is there --
11     A   It's a good question.
12     Q   That's a good question.
13     Is there a working -- you've described this
14 notion of the range, a group on the periphery, you know,
15 and so on, sort of displacing the parent population
16 based on an advantage they received while on the fringe
17 of the range, as you put it, and indicated that, in some
18 measure, that sort of working hypothesis was derived
19 from sort of current observable evolutionarily
20 phenomena.  Is there any other hypothesis that's being
21 worked on?
22     A   Let me say first to maybe clarify your earlier
23 question.  That the very process of coming in and
24 replacing, out-competing, or whatever, it that model
25 were correct, would be a selective process.

Kevin Padian

SHEET 22    PAGE 85
00085

1    Q   Okay.

2    A   Could we observe the selective process in the
3  fossil record, no.  We could observe its effects and
4  infer selection is one possible route.  Would there be a
5  difference between punctuation and gradual change in
6  that regard?  No.  Because gradual change of a
7  population was also traditionally understood to be the
8  result of selection, little by little on a lineage
9  moving through time.  The same kind of selection that
10  people have observed in population cages in the wild and
11  in laboratories for flies, flour beetles, and so forth;
12  and that Darwin wrote about, early in the origin of
13  species when he was talking about domestication of
14  plants and animals, which is known by the term
15  "artificial selection," but it has the same effects as
16  his natural selection, when he posits it.

17        So to come back to your question, does
18  punctuated equilibrium involve selection?  By inference,
19  it would, as gradualism would.  It just would act in
20  slightly different patterns.

21    Q   Okay.  And then in terms, again, if I -- I'm
22  trying to look at this mechanism, the mechanism of
23  natural selection.  Again, I just want to make sure.  It
24  seems like there's some genetic event that produces a
25  change; is that accurate?  And then, there's the

PAGE 86
00086

1  interplay between that genetic change and the
2  environment, which confers the advantage, and results in
3  selection; is that an accurate --

4    A   I would say that change -- let's see.  Change
5  can happen for several reasons.  The environment can
6  force it, for want of a better word.  Either you do this
7  or you become extinct.  Or, it may present an
8  opportunity to which variations that organisms can
9  express might be able to take advantage of.  I know that
10  syntax was convoluted.

11        So it's -- it can work in both ways.  We cast
12  evolution as genetic change, and that's true because
13  it's all heritable.  We often perhaps underplay the
14  importance of behavior, flexibility in evolution.  If
15  the phenotype is not flexible, that is to say, if
16  organisms cannot react to changes, obstacles, and
17  opportunities in their environment, then they won't have
18  as much success as those that can take advantage of
19  change.  And so behavior is a big -- and I think, in so
20  far as it regards flexibility, is a big part in here,
21  too.

22        Those plants we talked about before that find
23  their way up to the mountaintop, we know that sometimes
24  they will be stunted because the conditions are harsh,
25  but if we take some of their seeds and plant them back

PAGE 87
00087

1  on the flats, they'll grow perfectly fine in the next
2  year.  All this is telling us is that the organism is,
3  that is the individual itself, is experiencing insults
4  to its growth by the environment, the same way we would
5  by scars or injuries or damage as we would be growing
6  up.  But through time, if there are variations in those
7  populations that -- that naturally make these plants
8  shorter or able to withstand cold more or able to bloom
9  faster, those variations in the population, which
10  incidentally, are mutations, they are simply alternative
11  forms of genes, like we see all through our populations.
12  Then those would be selected upon, and that will become
13  a genetic hardwired thing, so that when you transplant
14  those seeds down to the flats, they will still be
15  stunted, they'll still be short plants like they were up
16  in the hill.

17    Q   Okay.  So that's -- and that is what I'm just
18  trying to get a handle on here.  It's -- that component
19  is when we would traditionally think of it as a
20  different species; is that correct?  When it's -- it's
21  acquired or made its own, these changes that allow it to
22  do well in the new environment on the mountaintop, but
23  not in the old environment?

24    A   Whether they are a new species is a proposition
25  that we could test.  We could examine that, and we would

PAGE 88
00088

1  do it by trying to cross them.  If they could not
2  reproduce, then we would say, yes, of course, they're
3  separate species.  If they couldn't reproduce, but they
4  were up here in the mountaintop and down here and they
5  really weren't going to practically do that anymore,
6  then we would see them as different species for
7  geographic and ecological reasons.

8        [Recess.]

9  BY MR. GILLEN:

10    Q   Kevin, I want to see if I can wrap up this part
11  of these questions.  Which, again, I ask you to forgive
12  me.  I'm just trying to understand your discipline.

13        As seems -- is this true that -- we've
14  discussed a number of facets or dimensions that come
15  into play in describing evolutionarily change in
16  species, and it seems like one element of some of our
17  discussion is focused on this genetic facet of it; the
18  role of genes and producing the -- certain changes.  And
19  based on what you said, I would -- is it accurate that
20  particular facet of the process, that's not the
21  principal subject matter of paleontology?

22    A   The gene structure, no.

23    Q   Okay.  And the mechanism of gene change?

24    A   Correct.

25    Q   And then, we've discussed this mechanism of

Kevin Padian

00089

1 natural selection. And I've been trying to understand
2 how paleontology speaks to that. And I think -- I want
3 to see if I've understood your testimony so far. It's
4 that it -- paleontology identifies the fact of selection
5 by tracking these changes, looking at, I believe you
6 called "the proxy of adaptation"?
7    A   I think that's accurate, yeah.
8    Q   Okay. And then, as I was thinking about your
9 testimony this morning over the break, it occurred to me
10 that that, in a way, the mechanism of the -- the
11 mechanism of the selection, what makes a change
12 advantageous is likewise, sort of a subject of
13 reasonable inference on the part of the Paleontologist.
14 He sees the pattern of adaptation, he infers that
15 there's selection at work, and then, along the lines
16 that you've testified to this morning, you sort of use
17 what you know from various disciplines, current species
18 and the like, to make an inference as to what the
19 precise mechanism of selection was in a given case; is
20 that accurate?
21    A   What the selective forces are, what we might
22 say.
23    Q   Okay.
24    A   Or what the opportunities were that were being
25 taken advantage of. And we look at that, as we

00090

1 discussed, by studying functional, elaboration change,
2 "improvement," in quotes.
3    Q   Okay.
4    A   In a lineage through time. And you're right
5 that -- although, we don't directly study the genetics,
6 we are working on what are obviously heritable changes,
7 not simply accommodation to local conditions by any
8 given organism at a time, sure.
9    Q   So now -- then we have this work that you've
10 done on the wing. And I began to read it, and forgive
11 me, but it's fascinating, but I can't follow it all the
12 way through. If I look at that, as an example, I see
13 you as applying the principles we just thought of as
14 looking at the changes, and then because they're
15 enduring, your mind as a Paleontologist, looking for,
16 well, why would that be, what advantage could be
17 presented by this developing feature; is that accurate?
18    A   Well, we look at -- you're correct that when we
19 look at similar features in, for example, feathers and
20 other structures of living birds, we can get a better
21 sense of what those things might have done as the same
22 structures in dinosaurs that weren't flying.
23    Q   Okay.
24    A   So it's not just looking at the structure and
25 making a guess about -- or an inference about things.

00091

1 It's rather reasoning based on comparative evidence. So
2 we know what the functions of the feathers of different
3 shapes are in birds today, we can look at those same
4 structures in fossil animals and go, oh, well, that's
5 probably what they were doing there. In the case of
6 these little hair-like feathers even that cover the
7 whole body, we know these are de facto insulation. They
8 would have to be insulator or they couldn't simply exist
9 on the body and not have something to do with warming or
10 cooling. Yeah.
11    Q   Okay.
12    A   Okay.
13    Q   And then, let me just get that so that I
14 understand you. When you say we know they're
15 insulation, because you're saying the fact of their
16 existence, they have to either warm or cool based on
17 what we know about hair?
18    A   Hair and feathers today, that's right.
19    Q   Okay. And then -- but if you see them enduring
20 through time, and therefore, being properly classified
21 as an adaptation, I believe, something that's a positive
22 development; is that accurate, Kevin?
23    A   I think we can call them adaptations if we can
24 show that their structure as a change from a previous
25 structure would confer some function that wasn't there

00092

1 before, then we can start talking about new functions,
2 which, presumably, are adaptive. Because if they were
3 maladapted, bad for the organism, presumably, they
4 wouldn't have survived. And if they were of neutral
5 value, why would they be there at all in the first
6 place.
7    Q   All right. And that's exactly what I was
8 trying to get a handle on. There's an inference that if
9 they're enduring, they're conferring an advantage,
10 because otherwise they drop off?
11    A   We do this for some features. We don't pretend
12 that every confirmation of every structure has a
13 function that's incredibly adaptive. Otherwise, we'd
14 lose our minds. But we don't -- for example, the shape
15 of the bridge of the nose, we could make up stories
16 about it being adaptive, but frankly, they don't work.
17 And they -- the bridge of a nose is not there in order
18 to hold your glasses. So we kind of draw that line at
19 some -- at making inferences about everything.
20    Q   And in that line, Kevin, is it drawn -- just
21 along the lines here, your answer suggests sort of a
22 plausibility. Is there a plausible explanation to be
23 advanced for the feature to be understood as
24 advantageous?
25    A   We generally focus on adaptations that we think

Kevin Padian

SHEET 24   PAGE 93

00093

1   are of some strong ecological or functional importance
2   like wings, ears, flippers, just things that help an
3   organism in the way it performs so much of its daily
4   life. We may not worry about the configurations of more
5   minor features in every respect, you know, the shape of
6   the ear lobes is not something we worry about as an
7   adaptive question.
8       Q   Okay. Now, let me ask you, too, when you're
9   looking at these -- the forces of selection, then,
10   again, is that the subject of reasoned inference on the
11  part of the paleontologist?
12      A   Yes. I would say that evolutionarily
13  biologists of all kinds, those that work on populations
14  or genetics, would accept that when paleontologists
15  study the evolution of an adaptation, like the wing or
16  the flipper or whatever, that this is the result of
17  natural selection, even if we can't directly measure it,
18  but by extrapolation, from what it is observed in
19  populations. And knowing that these species or in these
20  lineages that we're watching change, are simply, when
21  broken down, consisting of smaller lineages like we see
22  today, changing like we see today, then it's all of a
23  continuum.
24      Q   Okay. And when -- I think my question was
25  imprecise. When we look at what is allowing certain

PAGE 94

00094

1   branches to endure and certain to -- you know, certain
2   to be become extinct, there, as I understand your
3   testimony, we understand that there's this causal
4   connection between the features and the environment and
5   there's some way in which in the features that you're
6   seeing persist through time are conferring an advantage.
7   And as a paleontologist, you're trying to get a line on
8   that advantage.
9       What I'm just trying to get straight, in my
10  mind, is this idea that when you do that, it consists,
11  in you as a paleontologist, looking at a variety of
12  possible explanations for the advantage that could be
13  conferred by the feature you're focused at a given time,
14  and then entertaining a hypothesis in that way; is that
15  true?
16      A   Yes.
17      Q   And I want to ask. I mean, you have a very
18  interesting comment about your -- one of your mentors, I
19  think, John Ostrum?
20      A   Yes.
21      Q   And I think you called it, at one point, he had
22  a view, which I understand that you do not agree with
23  the way in which it's been portrayed in Pandas?
24      A   Yes.
25      Q   What I'm interested, though, just in the

PAGE 95

00095

1   process that led your mentor to first advance the
2   notion, as a hypotheses, and then, as you put it in suc'
3   a gentlemanly way, to sort of retrack it, when he
4   thought it wasn't tenable. Because that, I think --
5   that will help me get a handle on -- let me get a page
6   here.
7           MR. ROTHSCHILD: Page 13.
8           MR. GILLEN: Thank you.
9   BY MR. GILLEN:
10      Q   I'm not interested in the conclusion
11  particularly, or in the -- in any way discrediting your
12  mentor. That's not my point. I just want to see like
13  what, as a way for me to understand the process, the
14  judgements that you're making, you're familiar with this
15  work. What was it that led him to advance that notion
16  that, well, maybe it was a --
17      A   Insect net.
18      Q   Yeah, insect net. You can say that. I don't
19  want to.
20      A   He called it the insect net. It was very
21  funny.
22          He reasoned that the first birds were small,
23  and that they came from small dinosaurs that were
24  carnivorous. Well, if you're small and carnivorous,
25  what can you eat. You can eat little lizards, you can

PAGE 96

00096

1   eat baby whatevers, but you can certainly eat insects.
2   And an animal the size of a chicken or pigeon running
3   around in the Jurassic is likely to do what such animals
4   of that size do today, which is eat insects.
5           And so -- and he knew from its structure that
6   it's a bipedal animal. It's running around on its back
7   legs. Its forelimbs are free from locomotion. It has
8   relatively long arms. The arms are almost as long as
9   the legs. And it's got very long and prehensile fingers
10  capable of grasping. And if you have feathers, even not
11  very long ones, attached to these fingers, and you were
12  running along trying to catch insects, wouldn't it help
13  you to have big flyswatters on your hands.
14          Now not that there was any direct evidence for
15  such long feathers on the animals, he knew at the time,
16  in fact, there wasn't. Now there is. But his proposal
17  was based on an inference of what he could tell about
18  the probable ecology of the animals that the first birds
19  came from and going from there to a wing with long
20  feathers that could be used in flapping and flying; he
21  proposed that there would be an intermediate stage based
22  on what he would regard as a reasonable guess about its
23  possible function in ecology.
24          As it turned out, a few other scientists were
25  sitting down over, you know, coffee one day, one was an

Kevin Padian

00097

1  ornithologist, one was a chemist, one was a physicist,
2  and they started to talk about this. And as people do,
3  you know, scratch notes on a napkin, and these guys
4  said, you know, I've been reading this paper -- which he
5  wrote a popular paper in a scientific magazine --
6  reading this paper, and he said it just doesn't make
7  sense, because if an animal jumped up and grabbed
8  insects like that, it would lose its equilibrium and
9  tumble over. And they showed how that actually was the
10  expected result.
11        Now, they didn't establish or prove that, but
12  they said this would be a problem. They said, instead,
13  if the animal is running along with its hands out to the
14  sides, if it jumps up to grab the insect with its mouth,
15  the proto wings now here are stabilizing the animal and
16  increasing its lift, and maybe that's good in the
17  process and it wouldn't go tumbling head over heels.
18        And John, when he saw this paper, which I
19  remember was sent for review, he said -- he said what do
20  you think about this. And I said, I think they got it
21  right. I think it's really a much more important
22  function in getting aerodynamics than in distracting it
23  for another function, which would really take it off the
24  path of improvement toward flight.
25        And John, who always had his own ideas and was

00099

1  been known for decades to be mainly a problem of fossil
2  preservation?
3        A. Yes.
4        Q. Now, I just want to get a sense of what that
5  means to you as a paleontologist. What is the problem?
6        A. The problem is that we have to read the life of
7  the past from the preserved rocks. The problem is that
8  the longer rocks lay around, the less chance you have of
9  finding what you're looking for. Rocks that are 15
10  million years old are far more likely to be preserved
11  than rocks that are 500 million years old. Lots of
12  things happen in this interim.
13        We have no sea floor older than the Jurassic
14  about 200 million years ago. The reason is, that
15  continental plates keep moving up against each other.
16  And as they hit each other, quite often, one of them is
17  drawn down into the earth beneath the other one. That
18  crust then becomes recycled, melted and lost. This has
19  been going on for so long that we have no sea floor, as
20  I said, older than 200 million years ago, which is not
21  very -- it's only a part of the fossil record.
22        The Cambrian forms we're talking about lived on
23  the ocean floor. So the only place now that we're going
24  to get records of ocean floor older than this is if that
25  ancient ocean was somehow thrust up on the continental

00098

1  a very good reasoner about things, agreed quite readily.
2  And he later wrote in a paper that he published, the
3  insect net hypothesis is dead, it served its purpose.
4  Because he put out a hypothesis that these guys were
5  able to chew on and show the problems with this, but,
6  you know, we've got maybe, if we just adjust it this
7  way, move the prey catching function from the hands to
8  the mouth and use these instead for balance and lift,
9  then we'll get a better result.
10        Q. Now, is that -- I admire, too, the openness to
11  the other hypothesis. I mean, that is beautiful.
12        Is this an example of what you called
13  functional morphology?
14        A. Yes......
15        Q. Okay. Let me just ask you another question
16  about the Cambrian Explosion and the fossil record. In
17  your report, you take issue with Meyer's effort to
18  explain the pre-Cambrian Explosion. And I notice that
19  there you -- in connection with that observation of
20  yours, I think it's on page 16.
21        MR. ROTHSCHILD: Just for the record, it's just
22  Cambrian Explosion. That's part of the problem.
23        MR. GILLEN: Thank you.
24  BY MR. GILLEN:
25        Q. You say there that the Cambrian Explosion has

00100

1  surfaces and preserved, not eroded, but exposed to the
2  surface now so that we can uncover it and find things.
3  You can imagine that the chances of getting a complete
4  record of something as far back as the Cambrian and
5  immediate pre-Cambrian, are very small. We have pieces
6  here and there. Like a book in which you're pulling a
7  bunch of pages out from one chapter, and then skipping
8  20 pages and pulling -- you know all the metaphors.
9  It's the same idea.
10        Q. But it is interesting and you are helping me
11  understand.
12        Is it that, therefore, there's various strata
13  in the Cambrian and you -- what's lacking is a piece, so
14  to speak, that allows you to get through the strata that
15  are associated with that period?
16        A. Let's say that there are increasingly more gaps
17  in the record, all things considered, the farther back
18  we go. It's as if you had a stack of paper, and from
19  the -- moving from the top, you pulled every other page
20  out, and then as you got farther down, it was every
21  third page, and then every fourth page. By the time you
22  got to the bottom, you'd be taking every twentieth page,
23  and you wouldn't have a very good sense of the
24  continuity of the -- you might -- on those pages, there
25  would be lots of available information. You could,

Kevin Padian

SHEET 26   PAGE 101

00101

1 depending on what sort of document you were looking at,
2 connect those pages even though they might be 20 pages
3 apart.  Does that help?
4     Q   I think so.  Are you saying then, Kevin, that
5 the problem of the Cambrian Explosion is that it may
6 appear more explosive than it was simply because we're
7 missing the intermediate strata or pages that would
8 allow you to see a more gradual transition of the kind
9 you see in other periods?
10     A   That's a part of it.  Yes.  That's a big part.
11 And the other part of it is, that there is -- the other
12 part is the question of how to read the pages that are
13 preserved.  So in the early Cambrian, the so-called
14 Explosion, is occurring in a five, ten million-year
15 period, which is a lot of time.  It's not an instant.
16 And a lot of the major groups of sea animals that we
17 know today are found by the end of that Cambrian
18 Explosion.  They don't all appear at once.
19           And there are also indications of those animals
20 before that five to ten million year bracket.  In faunas
21 of very small-shelved animals from five million years
22 before that, for example, we have mollusks of various
23 kinds.  We have brachiopods.  We have other calcite
24 tubes that suggest various kinds of worms or other
25 animals.  And some things we just can't really tell that

PAGE 102

00102

1 they have any further relatives.
2           If we go back 20 million years before that, we
3 have the burrows of animals that are progressing along
4 the ocean floor.  They're kind of trackways, if you
5 want.  And these are just linear wormy type things going
6 along.  But we know that those animals must have had a
7 head and they must have had legs or some kind of
8 locomotory ability to go forward.
9           Therefore, they have features of the organisms
10 that we find at the Cambrian Explosion.  We call those
11 animals metazoans, which are generally multi-celled
12 animals.
13           If we go back 70 million years before this
14 Cambrian Explosion, we have the remains of embryos.
15 Amazing to find them, but you never know what's going to
16 be preserved.  These embryos have complex features that
17 are associated with metazoans.  So we know that at least
18 some early members of the metazoans must already have
19 existed 70 million years before the Cambrian Explosion.
20           These facts were ignored in the treatment of
21 the Cambrian Explosion by the Intelligent Design
22 proponents.  Was what they said true as far as it went?
23 In part, it probably was.  Is this the way to explain a
24 problem like that to schoolchildren?  No.
25     Q   When you say that, Kevin, let me just

PAGE 103

00103

1 understand you.  You've given us now an increasingly
2 longer period of time prior to the pre-Cambrian.
3     A   Cambrian.
4     Q   Sorry, Cambrian.
5           And the -- in which, if I understand you
6 correctly, you're saying these are precursors to some --
7 or, arguably precursors, to some forms that we see in
8 the Cambrian period; is that accurate?
9     A   We conclude that they are members of the
10 metazoans, if very primitive ones.  We do not
11 necessarily say that they are the embryos or the tracks
12 of lobsters or clams or anything like that.  We simply
13 know them as metazoans in the same way that we have
14 horses and elephants and impala today.  But if we went
15 back 50 million years to their ancestors, and looked
16 around North America and Africa, we wouldn't recognize
17 anything like a horse or a springbok or an elephant that
18 we see today.  We would see much more archaic-looking
19 animals.
20     Q   And then you made a statement to the effect
21 that the presentation of this subject matter was
22 deficient in your judgment.  Tell me why, just explain,
23 what is it, you said it's true as far as it went, but
24 you thought it was not the way to explain it to
25 schoolchildren.

PAGE 104

00104

1     A   I think without including evidence of the small
2 shelly faunas of the bilateral trace fossils, and of the
3 ancient embryos, you are pretending that all this change
4 is happening in a much briefer window than it actually
5 appeared in.  And I don't know why someone would want to
6 do that.
7     Q   So you -- in other words, it -- how should we
8 say -- it exaggerates, in your judgement, the sense of
9 explosion by failing to trace back to these precursor
10 forms?
11     A   By leaving out all of the important information
12 that could relate to a more distant genealogy.
13     Q   Okay.  And that's what I'm trying to get at.
14 You say this earlier information that could relate to a
15 more distant -- did you say genealogy?
16     A   I did.
17     Q   Okay.  Is it -- is the view that you described,
18 is that an accepted view in paleontology?
19     A   Yes.
20     Q   And so, therefore, is it -- I just, again, want
21 to make sure your objection is that it seems this
22 treatment in Pandas is -- an artificial temporal
23 boundary imposed on this examination of connections?
24     A   Yes.
25     Q   Okay.  On page 15, Kevin, you are speaking, at

Kevin Padian

SHEET 27   PAGE 105

00105

1 the top of that sentence beginning at the top, to the
2 fossil record, and the way in it's inductive. And you
3 say there, "We" -- I believe you're referring to your
4 profession community of paleontologists -- "derive
5 general inferences based on countless examples, which
6 present us with repeatedly tested and confirmed patterns
7 from which the history of life is reconstructed."
8     And then you go on further. I just want to
9 understand, is that -- is that statement there, a
10 reference to what we've discussed this morning.
11     A  Every time we go in the field and find a new
12 specimen, it provides another -- we would say datum, a
13 singular of data -- point. Another piece of information
14 that tests our ideas about what we think we know of
15 the -- of the pattern of life through time. If I was
16 working in Cambrian strata and let's say I found a horse
17 tooth, that would be a little unusual. We don't know if
18 horses anywhere back that far. And immediately, of
19 course, we would want to see whether this was a correct
20 identification, whether it was something that washed in
21 from another place, whether -- any other possibilities.
22 But we don't find those things.
23     When we go out, we find the usual trilobites
24 and ancient snails and other sea creatures that lived
25 then on the ocean floor. They don't really jar our

PAGE 106

00106

1 understanding. And that's what I mean by being
2 confirmed by countless examples. Every time we go out
3 to do this, we're actually testing our whole theory of
4 the fossil record.
5     Q  Now, I do have a better understanding at what
6 you're getting at.
7     So in other words, you're -- there's a
8 consistent yield from a consistent period or -- how
9 would you describe it? There's a consistent yield of
10 similar fossils from a rock sample that's associated
11 with that period. Is that what you're getting at?
12     A  We keep getting the same signals, that's right.
13     Q  Now, just to go -- you go on there. These
14 patterns -- and that's what we're talking about -- and
15 the processes inferred to produce them. Now, when you
16 say that, Kevin, what are you getting at there? The
17 process inferred to produce them?
18     A  The processes of evolutionarily change we've
19 talked about.
20     Q  All right. "Are in turn based on conventional
21 scientific methods."
22     What are you getting at there?
23     A  That when our methods can range from anything
24 from the rigors of typical and correct field collecting
25 to the rigors of correct identification of specimens,

PAGE 107

00107

1 their classification. The correct identification of the
2 type and age of the rock we're looking at, the
3 reconstruction of their environment, such things like
4 that.
5     Q  Okay. So now, are those methods that you've
6 described, are they dating methods or are they dating
7 and morphology comparisons, how would you --
8     A  They are dating -- they're situating in time
9 and space. And relating those to other data we have of
10 organisms we have in time and space.
11     Q  The dating or situating in time and space, as
12 you described it, what exactly is that? Is that
13 comparing this find against what we know what the
14 discipline holds today about geologic time and geologic,
15 I guess, strata?
16     A  Yes. Which, in turn, is based not only on
17 geology, but on the principes of physics and chemistry,
18 and so forth, which allow us to put what we call
19 absolute dates on ancient rocks.
20     Q  Okay.
21     A  Paleontologists and geologists, just in the
22 field, can look at different rock outcrops and say this
23 one is higher or lower than the other. That's basically
24 the way the whole geologic rock column is established,
25 but no one knew exactly how old these rocks were. That

PAGE 108

00108

1 depended on isotopic dating that was based on the
2 understanding of radioisotopes that came directly from
3 physics and chemistry, having nothing to do with
4 paleontology, biology or evolution.
5     Q  And then, you've also indicated that another
6 element of this -- of the method, the method of
7 paleontology is the morphology -- the classification?
8     A  Yes.
9     Q  Is that what we discussed earlier today?
10     A  With that funny word, synapomorphies,
11 everything associated with it. Now we classify
12 organisms in the tree of life, yeah.
13     MR. GILLEN: Let me ask Ana to mark this as
14 Exhibit 2.
15     (Defendant's Exhibit 2 was
16     marked for identification.)
17 BY MR. GILLEN:
18     Q  I know, Kevin, I just want to get some
19 additional detail on your notion that -- whether you
20 have an opinion concerning whether Intelligent Design
21 Theory or Intelligent Design Creationism, as you call
22 it, is a science properly -- considered as a science.
23 Do you have an opinion on that?
24     A  My understanding of Intelligent Design is that
25 it does not qualify as science.

Kevin Padian

SHEET 28   PAGE 109

00109

1  Q  It does not qualify as science?
2  A  Right.
3  Q  Okay. Now, if -- I want to ask, if you look at
4  page 15, and you have a conclusion there that the order
5  of appearance of the major groups of plants and animals
6  records with the expectations and patterns of the
7  evidence and theory of contemporary evolutionarily
8  biology. Is that what we've discussed today, the way in
9  which the findings of paleontology support
10  evolutionarily and biology, as you understand it?
11  A  Yes.
12  Q  Okay. Now, you have an opinion that
13  Intelligent Design is not science; correct?
14  A  Yes.
15  Q  Just tell me why,
16  A  I guess it would be more appropriate to ask why
17  it is science. It makes no predictions that have been
18  tested empirically. It has not shown that existing
19  understanding is so insufficient as to warrant a
20  completely different and supernatural explanation of
21  patterns and processes of life. It has not ever been
22  presented as science to the scientific community, which
23  means that it has no standing as science in the
24  scientific community. And it's difficult to see what
25  would make its proponents give up its major

PAGE 110

00110

1  stipulations.
2  For example, if someone were to claim that a
3  particular structure was so complex that it couldn't
4  possibly have evolved through intermediate steps, but
5  must have been created by a designer of some
6  intelligence and presumably, supernatural features, if
7  we then found features that -- in fossil animals, for
8  example, that were, for all intents and purposes, to a
9  reasonable qualified investigator, intermediate in
10  structure, and could explain the transition of form and
11  function, would that then falsify the claim that there
12  was a designer. If it would, then I think we're getting
13  out of the realm of science. And if it wouldn't, then
14  the proposition would essentially be unfalsifying it and
15  it still wouldn't be science.
16  Q  So let me before we -- I try to understand
17  that. Let me just make sure I got the reservations you
18  have down. Seems like, no predictions that can be test
19  empirically, you mentioned?
20  A  No predictions that have been tested
21  empirically, as far as I know.
22  Q  Okay. It hasn't, as a theory, managed to
23  produce a sufficiently powerful criticism of other
24  theories to warrant displacing existing theories?
25  A  But criticism of one theory is not support for

PAGE 111

00111

1  another.
2  Q  Right, and I do understand that.
3  Am I understanding you, that's part of what
4  gives you the sense that -- in other words, I see what
5  you're saying. Even if they could mount a criticism of
6  evolutionarily biology, that wouldn't necessarily make
7  the case for Intelligent Design. Is that your point
8  there?
9  A  And I wonder if a criticism of evolution in
10  biology is even necessary to posit Intelligent Design.
11  Why can't there be a designer who works entirely
12  according to natural processes, with no miraculous
13  interventions? Why does this have to depend on
14  criticism of evolutionarily theory, as we understand it?
15  Q  Is that your understanding of the position held
16  by Intelligent Design proponents?
17  A  Insofar as Intelligent Design holds, in
18  general, that -- that certain structures or certain
19  phenomena in evolution could not have evolved, but must
20  have been especially created by a designer. And insofar
21  as the mechanisms that are posed to enable us to
22  recognize this, includes such things as irreducible
23  complexity and specified complexity, yes,
24  Q  Okay. Now, is it your understanding that those
25  concepts you've referenced, Irreducible Complexity and

PAGE 112

00112

1  then Specified Complexity, are not falsifiable?
2  A  Insofar as they recur to a causal mechanism of
3  an Intelligent Designer, yes.
4  Q  And just why do you say that?
5  A  Because if structures are Irreducible
6  Complexity, they cannot have evolved and must have been
7  specially created. That creation must be by the
8  intervention of some kind of -- of Supernatural Power,
9  because it is not being discussed in natural terms.
10  Q  When -- now earlier, you were mentioning that
11  you didn't see why criticism of evolutionarily biology
12  had to be sort of a feature of Intelligent Design
13  Theory. And I believe you noted that there's a
14  possibility there could be a designer operating in
15  natural ways; is that correct?
16  A  Sure.
17  Q  Now, is that -- that thesis, if you call it
18  that, do you have an understanding concerning whether
19  that is consistent with Intelligent Design Theory?
20  A  My understanding is that IDC goes farther in
21  stipulating that no natural processes cannot account for
22  this and, therefore, we must look for science of a
23  Creative Intelligence that is beyond the natural
24  processes we know.
25  MR. GILLEN: IDC is short for Intelligent

Kevin Padian

SHEET 29   PAGE 113

00113

1 Design Creationism, the term used in Kevin's expert
2 report to refer to what I have described as Intelligent
3 Design Theory, just for the record.
4 BY MR. GILLEN:
5        Would you have a different opinion about
6 Intelligent Design Theory, Kevin, if the notion of
7 change occurring through natural processes was a part of
8 Intelligent Design Theory?
9        MR. ROTHSCHILD:  Objection, different opinion.
10 BY MR. GILLEN:
11       Q   As to whether or not it was science?
12       A   We would determine whether that part of it, the
13 Intelligent Design part, was science by virtue of
14 whether it had any consequences that could be
15 empirically assessed.  That is, with reference to
16 phenomena in the natural world.
17       Q   Okay.  I'm having a hard time understanding
18 what you're getting at there.  Can you?
19       A   Science is based on empirical evidence of the
20 natural world.  If someone wants to claim the existence
21 of any sort of forces that are not natural, they may do
22 so, but science has no regard.  It's not in science's
23 purview to talk about those things.  If that's fair
24 enough to say.
25        If -- for example, let's say most people or a

PAGE 114

00114

1 great number of people accept the existence of God,
2 accept that God set up the universe, accept that God, or
3 whatever superior being or beings or entity, or however
4 you wish to describe or talk about it, put in motion
5 natural processes that resulted in everything we see
6 around us, and I think that's the mainstream view in
7 religion, would not have to tamper all the time with
8 these things, miraculously, to put flagella on bacteria,
9 wings on birds, and flippers on whales; you might say
10 that it would be very hard to recognize the effects of
11 the Supernatural Being like that.  And we would all
12 agree.
13        So on the other hand, it doesn't stop us from
14 examining the appearance and the processes that are in
15 the world around us.
16       Q   That's what I'm trying to understand, Kevin.
17 It is the notion of, shall we say, intermittent
18 intervention, which you've referenced a few times here?
19 Is that -- I take it, that's a notion that you've
20 associated with Intelligent Design Theory?
21       A   Yes.
22       Q   And is it that which is the basis why you're
23 saying it's not science, because rather than look at
24 natural processes, as you described them, it's sort of
25 just positing, as you understand it, an intermittent

PAGE 115

00115

1 intervention by some supernatural cause?
2       A   Yes.  In that sense, ID becomes a science.
3 What we call a science stopper.  There is no reason to
4 investigate this further because we have determined this
5 is too complex to evolve.  And therefore, some Creative
6 Intelligence must be at work.
7        What worries me is, when they find out in any
8 number of cases after having said that, that they're
9 wrong, what happens to the theory?  And even if you have
10 a theory, do you have any cases where you can absolutely
11 say this could not have evolved in any natural way.
12       Q   Well, let me ask you, if this notion of
13 intermittent intervention, in what you describe or
14 perceive as a natural processes, were not a necessary
15 ingredient in Intelligent Design Theory, would it then
16 qualify as science, in your judgement?
17       A   It would -- if you remove notions of
18 Irreducible Complexity and Specified Complexity, which
19 are -- I think, it's fair to say are the only two
20 postulated potential hallmarks by which Intelligent
21 Design could be justified, then you have left only the
22 supernatural belief.
23       Q   So let me understand you.  Are you saying that
24 these two concepts, Irreducible Complexity and Specified
25 Complexity, are necessarily connected with the notion of

PAGE 116

00116

1 intermediate intervention by supernatural forces?
2       A   I believe they have been associated with it by
3 people like Dembski and Behe.  Because it isn't their
4 writings that we find the corpus of the approach to the
5 empirical world that is not simply the Intelligent
6 Design theology part that would go back to William Paley
7 in the late 1700s.
8       Q   So is it your opinion that Intelligent Design
9 cannot qualify as science because it is positing this
10 intermittent intervention by a non-natural process, as
11 you understand it, is that the --
12       A   It does not qualify because it hasn't shown
13 this in any substantive respect.
14       Q   When you say, "it hasn't shown this," you mean
15 what?
16       A   I mean that no one has provided any evidence
17 for a case where something couldn't have evolved and
18 must have been produced, therefore, by some divine or
19 Creative Intelligence that is not using natural means
20 that we understand.
21       Q   Okay.  Let me make just sure I understand.  So
22 you're saying that so far none of the proponents of
23 Irreducible Complexity or Specified Complexity had
24 actually produced a case, which in your judgment, cannot
25 be accounted for by purely natural processes.  And,

Kevin Padian

SHEET 30   PAGE 117

1 therefore, you do not see the concepts of Irreducible
2 Complexity or Specified Complexity as capable or as yet,
3 demonstrated empirically?
4      A   Yes.  For example, what is written in Pandas
5 about the problems of intermediate changes between birds
6 and whatever reptiles they descended from, even when
7 they wrote this, there was far better evidence then they
8 had to show how those transitions could have taken
9 place.
10          Now, in the last ten years with the evidence of
11 the feathered dinosaurs from China, we've learned so
12 much more about those transitions, that it's generally
13 accepted.  Not simply by the scientists that work on
14 that, but by reporters, by textbook writers, by -- this
15 is the consensus conclusion that's understood in the
16 world of science.
17          Now, these guys who wrote Pandas 15 years ago
18 ought to be going, whoa, we blew that one.  Which is
19 what scientists say to each other all the time, because
20 we -- this is -- but it's a case of where nothing has
21 been shown and accepted by the scientific community to
22 require an explanation of Intelligent Design.  And so
23 the question is, if this has not qualified as science,
24 why are we teaching it as science, why are we giving it
25 pride and place in science curriculum.  I would think

PAGE 118

1 that you would want to have notions that are really
2 thoroughly tested, accepted by scientific consensus and
3 then put into curriculum textbooks, which is the way we
4 do all the rest of the things we've talked with.
5      Q   So -- all right.  I want to understand.
6          You say it doesn't qualify as science and you
7 pointed to, I think, the fact that, so far as you can
8 tell, there's been no case made for an organism or
9 structure that is irreducibly complex; right?
10     A   Correct.
11     Q   Second, you've said here that it hasn't been
12 presented to the scientific community and accepted as
13 science?
14     A   Correct.
15     Q   Is that, in your judgement, sort of another
16 hallmark of science, or what it takes to qualify as
17 science?
18     A   Yes.
19     Q   You said that it's -- Intelligent Design is a
20 "science stopper"?
21     A   Yes.
22     Q   What do you mean by that?
23     A   Once someone says that, well, God did it this
24 way or the equivalent, and there's nothing else we can
25 investigate about it, that seems to hold all further

PAGE 119

1 scientific investigation.
2      Q   Do you have any understanding concerning
3 whether people who, you know, endorse, in some measure,
4 Intelligent Science Theory, are engaged in science?
5      A   Some of them may be engaged in some types of
6 science.  I am not yet persuaded that any of that really
7 bears on Intelligent Designs, because if it did, we
8 would expect to see scientific publications in peer
9 review journals that essentially test hypotheses about
10 Intelligent Design in particular cases.
11     Q   To your knowledge, I take it, there are none?
12     A   To my knowledge, there are none.
13     Q   You've mentioned this notion of testable
14 several times.  I want to get a better sense what you
15 mean by that, "testable."  How -- I mean, in what sense
16 is Intelligent Design not testable?
17     A   If you have an idea that something was whatever
18 intelligently design means, and its proponents are not
19 particularly specific on that point when they're
20 discoursing in venues related to science or education,
21 when you hypothesize something as being intelligently
22 designed, what would be the test of figuring that out.
23 So far, we don't have any tests.  How would we know that
24 a structure was intelligently designed?
25     Q   Well, that's what I'm trying to get.  How you

PAGE 120

1 approach this.  If we look at -- there's two concepts
2 here, I know, that you take issue with, Irreducible
3 Complexity and Specified Complexity.  Now, it's my
4 understanding that those are efforts to test the concept
5 of Intelligent Design.
6      A   They are suggestions, but to qualify as
7 scientific tests, they need to be presented to the
8 scientific community as peer review propositions so that
9 the scientific community could say, hum, yes, well, we
10 agree that if we found such structures or such
11 conditions, we would agree with this; however, that has
12 not been done.  Neither proposition has been subjected
13 for scientific peer review.  In fact, as I understand,
14 that both -- both ideas have been rejected by the
15 proponents Behe and Dembski for submission for
16 scientific peer review, they're not interested in this.
17     Q   Let me just understand.  In other words, now,
18 it seems like you're saying, well, intelligent -- let's
19 say, Irreducible Complexity or Specified Complexity have
20 been proposed as tests, but they haven't gone to the
21 next level, which is accepted as tests by the scientific
22 community?
23          MR. ROTHSCHILD:  Objection, mischaracterizes
24 his testimony.
25          BY MR. GILLEN:

Kevin Padian

SHEET 31   PAGE 121

```
1  00121
2   1      Q   I'm just trying to understand.
3   2      A   I can put it in my own words.
4   3      Q   Oh, yes, certainly.
5   4      A   So they -- Behe and Dembski may have written
6   5   about this in popular books and vehicles.
7   6      Q   Right.
8   7      A   That doesn't qualify as the business of
9   8   science.  If they want to be taken seriously, they have
10  9   to do what everybody else does.  And what Behe, at least
11 10   as a biochemist does, in his own more quotidian, for
12 11   want of a better word, biochemical work, like
13 12   micropotidian paleontological work, going out and
14 13   describing a new species of anything from a rock is what
15 14   we do every day.  It's reconstructing the phone book of
16 15   life.
17 16          And, you know, someone like Behe, in his
18 17   ordinary biochemical work, would submit that for peer
19 18   review.  Here you have an idea that he thinks is the
20 19   most colossal idea of his scientific career.  Why is it
21 20   that he hasn't submitted this to peer review?  Why
22 21   aren't we reading about this from him in the pages of
23 22   the most renown scientific journals?  Why aren't there
24 23   Noble people beating the path to his door, and other
25 24   people, to award him prizes for this, for
26 25   re-revolutionizing our understanding of a huge central
```

PAGE 122

```
1  00122
2   1   scientific concept?  Why are they not even trying?
3   2      Q   Okay.  So let me just look back.  I'm looking
4   3   at this -- why you have this opinion that Intelligent
5   4   Design theory is not a scientific theory.  And we're
6   5   talking about the testability, and then this other
7   6   aspect of scientific, including the sort of communal
8   7   element of it, the peer review process.  I -- so in
9   8   terms of the testability, as I say, it's my
10  9   understanding that Behe, through the concept of
11 10   Irreducible Complexity, and Dembski, through the concept
12 11   of Specified Complexity, are attempting to create
13 12   criteria that would test the idea of Intelligent Design
14 13   against which that idea can be tested.  Do you agree
15 14   with that?
16 15      A   I agree that they are talking about this to
17 16   sympathetic audiences.
18 17      Q   Okay.
19 18      A   I do not agree that they are proposing it as
20 19   science.
21 20      Q   Okay.  Now, in terms of looking at the testing
22 21   function, do you agree that they have at least presented
23 22   these as tests of their theory?
24 23      A   No.  I agree that they have talked about them
25 24   in nonprofessional venues.  And I'm not sure that --
26 25   forgive me, I would dignify it by calling them proposed.
```

PAGE 123

```
1  00123
2   1   I could -- to reduce it to the absurd, I could say,
3   2   look, I can flip this coin and if it comes up heads,
4   3   then this proposition should be accepted.  Now, of
5   4   course, that's stupid and no one would ever do that, but
6   5   I do not see people falling all over each other to look
7   6   at what Behe and Dembski have proposed and saying, even
8   7   in an informal recognition sense, hey, these are really
9   8   good ideas.  In fact, the informal criticism, their
10  9   informal ideas, has been legion.  I'm not seeing anyone
11 10   in these communities, as a whole, pick this up and say,
12 11   hey, we got to hear more from these guys.  Why wouldn't
13 12   that be happening if this was a good idea?
14 13      Q   And I do understand what you're getting at.
15 14   I'm just trying to look at these two features and get a
16 15   fix on your understanding for Intelligent Design Theory.
17 16   Your last response, I take your point, which, as I
18 17   understand it, is that, well, present maybe, it may be
19 18   presented, but not presented to the relevant -- the
20 19   people it should be presented to?
21 20      A   In a certain way.
22 21      Q   Okay.  So I want to make sure I understand you,
23 22   They have offered Irreducible Complexity as a test of
24 23   Intelligent Design Theory.  That, at least, is something
25 24   you agree with?  Yes or no?
26 25      MR. ROTHSCHILD:  Objection, I'm not sure
```

PAGE 124

```
1  00124
2   1   what -- you used hand quote marks.  I'm not sure what
3   2   that was supposed to convey, but it won't be on the
4   3   record.
5   4      THE WITNESS:  Could you say that again?
6   5   BY MR. GILLEN:
7   6      Q   Sure, no problem.  Kevin, I want to get to the
8   7   nub of this.  You've got a basis for an opinion that
9   8   it's not science.  I understand that.  I'm just trying
10  9   to figure out where there's a disconnect here.  And one
11 10   of the things that I understand is that there are
12 11   proponents of Intelligent Design Theory, and they, at
13 12   least I'm told, are trying to create the test of
14 13   Intelligent Design by pointing to criteria, which would
15 14   identify Intelligent Design.  It's my understanding that
16 15   that's why Behe advances the notion of Irreducible
17 16   Complexity to make his thesis testable.
18 17      MR. ROTHSCHILD:  Objection, again.  You used
19 18   the word "test" in hand motions of quote marks, and I
20 19   don't know what that's meant to convey, but it's not on
21 20   the written record unless I say something.
22 21   BY MR. GILLEN:
23 22      Q   Do you share that understanding, Kevin?
24 23      A   No, I don't.  I think that it doesn't qualify
25 24   for science for two reasons.  First of all, the posits
26 25   of supernatural agents, which are beyond the reach of
```

Kevin Padian

SHEET 32   PAGE 125

00125

2  1  science. And second, because although they may have
3  2  talked about these things and published them informally,
4  3  they have not subjected their proposed tests to
5  4  scientific peer review. So it is not science, even in
6  5  it's potential -- potentially testable features.
7  6      Q   Okay. Maybe I'm understanding you better.
8  7  That it's -- in order to qualify as science, in your
9  8  opinion, it not only has to have a criteria by which it
10  9  can be tested, but that criteria has to be accepted
11  10  through peer review process?
12  11      A   And the criteria have to be accepted through
13  12  the peer review process. Also, and another important
14  13  component, to the extent that this idea involves
15  14  supernatural agents, it is no longer the purview of
16  15  science.
17  16      Q   And I think I understand you there, but I want
18  17  to make sure that I do. When you say "supernatural
19  18  agents," what are you referring to there, exactly?
20  19      A   Causes, mechanisms, processes and influences,
21  20  that are not part of the normal behavior of the natural
22  21  world as we know it. Things that suspend or override
23  22  those processes or disrupt them or otherwise influence
24  23  them in extraordinary ways.
25  24      Q   Outside of the ordinary laws of nature, as we
26  25  know them?

PAGE 126

00126

2  1      A   Yes.
3  2      Q   Okay. Is your opinion that Irreducible
4  3  Complexity is not a valid scientific concept?
5  4      MR. ROTHSCHILD: Objection to the form. Do we
6  5  have a working understanding of Irreducible Complexity
7  6  for purposes of this question?
8  7      MR. GILLEN: It's in his report.
9  8      THE WITNESS: If you take a structure that
10  9  performs a complex function, and remove some of its
11  10  parts and it no longer works, then you can say, well,
12  11  it's Irreducible Complexity. That's not the same as
13  12  saying that it couldn't possibly have evolved. And yet,
14  13  Irreducible Complexity says that it could not have
15  14  evolved. That is Behe's notion of Irreducible
16  15  Complexity. He states explicitly that this could not
17  16  have evolved by natural processes that biologists
18  17  recognize.
19  18      Q   In your opinion, I take it, Kevin, that he
20  19  is -- that is not the case, that is not true what he
21  20  posits?
22  21      A   I think he's going beyond the pale.
23  22      Q   Okay. And exactly in what way?
24  23      A   Because we do not know, or cannot imagine, a
25  24  natural way to get from point A to point B, does that
26  25  mean, therefore, that we will not discover it, cannot

PAGE 127

00127

2  1  discover it, or that it could not have happened. Behe
3  2  is saying yes to all three. Scientists would say we
4  3  can't say that.
5  4      Q   So is it -- is it your understanding that
6  5  Behe's concept of Irreducible Complexity is not
7  6  scientific because it necessarily entails positing the
8  7  unintelligibility of a mechanism of creation or change?
9  8      MR. ROTHSCHILD: Objection.
10  9      THE WITNESS: It's positing the impossibility
11  10  of a change by natural means alone.
12  11  BY MR. GILLEN:
13  12      Q   And by that, Kevin, do you mean that he has not
14  13  proven anything is irreducibly complex?
15  14      A   He certainly has not proven or shown that
16  15  anything is irreducibly complex, that's true.
17  16      Q   Okay. But is that why you're saying here that
18  17  it's not a scientific concept because it's -- he's
19  18  failed in his proof or because the idea is flawed, which
20  19  is it? I'm having a hard time following you.
21  20      MR. ROTHSCHILD: Objection.
22  21      THE WITNESS: It's because when you stop
23  22  inquiry by saying that it is no longer possible to
24  23  search for natural means to explain A to B, you are
25  24  effectively removing the inquiry from the domain of
25  25  science. And I'm not sure you can be that peremptory

PAGE 128

00128

2  1  about the cases that have been exemplified or that would
3  2  be presented to students in school through things like
4  3  Pandas.
5  4      Q   That's what I'm trying to get at. Is it that
6  5  you think there is the concept of Irreducible Complexity
7  6  hasn't been demonstrated scientifically so that it
8  7  cannot be presented as a scientific concept?
9  8      A   That's part of it, yes.
10  9      MR. ROTHSCHILD: Can I have a standing
11  10  objection? Because you've asked a lot of questions
12  11  where you take a current proposition that is the subject
13  12  of discussion and characterize it as the reason. And I
14  13  think Kevin has repeatedly said multiple reasons, as he
15  14  just pointed out. I just want to make sure that the
16  15  record reflects that when you're focusing on a singular
17  16  reason, that it doesn't -- is not treated as a
18  17  contradiction of his earlier explanation that there are
19  18  multiple reasons why these concepts are not scientific.
20  19      MR. GILLEN: That's fine.
21  20  BY MR. GILLEN:
22  21      Q   Forgive me if I'm struggling with this, but I'm
23  22  trying to understand, Kevin, why, you know, you have
24  23  this judgement that it's not a scientific proposal here
25  24  that's being offered. And I'm having a hard time
26  25  getting a fix on exactly what is setting it off in your

Kevin Padian

00129

1 mind as not -- an effort to do science?

2     A   First of all, nothing has been shown.

3     Q   Okay.

4     A   Nothing has been subjected to peer review.  And

5 the idea entails supernatural agents that cannot be

6 examined by recourse to natural means.  For those three

7 reasons, it's not science.

8     Q   Do you have the same three objections to

9 Specified Complexity?

10     A   Yes.

11     Q   Any additional objections to Specified

12 Complexity?

13     A   Can't think of any at the moment, but those are

14 strong enough.

15     Q   I understand.  Are there -- do you have any

16 opinion concerning the specific deficiencies in the

17 concept of Irreducible Complexity as a test for

18 Intelligent Design?

19     A   Yes.  One of the things that Behe appears

20 repeatedly to reject is a very well accepted

21 evolutionarily understanding that the form and function

22 of one organism can change into a different form and a

23 different function of the same structure in another

24 organism.  We call that -- another funny word --

25 exaptation, e-x-a-p-t-a-t-i-o-n.  And exaptation is when

00130

1 a structure that is being used for one function becomes

2 co-opted for a second function.  Usually, even while

3 it's performing -- continuing to perform the first

4 function.  And through time, this second function takes

5 on more importance.  Maybe the first function is never

6 entirely lost, but now the second function becomes much

7 more important.  And therefore, the whole thing has

8 changed.

9         And Behe, in his description of such processes,

10 seems to take this second new form and function and say

11 that you cannot take parts away from it without having

12 it fail its function and that, therefore, it could not

13 have evolved.  But he repeatedly overlooks the

14 possibility in the vast literature from the

15 paleontological record, for example, showing that we do

16 see transitions in form and function to very complex

17 things that we don't think evolved out of nothing, but

18 rather, switched their form and function through

19 lineages.  We have a number of examples of these things.

20         And it's -- it's frustrating to many

21 biologists, as you'll learn from Ken Miller and other

22 people, that these criticisms incredibly basic and fatal

23 criticisms of his idea, have not been addressed by him.

24     Q   Is the process that you've outlined for the

25 precursor to the feather, is that an example of ex --

00131

1     A   Exaptation.

2     Q   -- exaptation?

3     A   Yes.  The simplest form of the feather, even in

4 its hair-like filamentous form, shows us that it had to

5 be important in insulation.  Well, feathers are still

6 important in insulation.  But they also enable birds to

7 fly.

8     Q   So is it your opinion, Kevin, that Irreducible

9 Complexity is not tenable as a test of Intelligent

10 Design because of the possibility of exaptation?

11        MR. ROTHSCHILD:  Objection.

12        THE WITNESS:  I'm only saying that Behe has

13 not -- has not taken into account the ubiquity of

14 exaptation in explaining complex structures and

15 functions.

16     Q   And that ubiquity, did you mention it as an

17 evidence in paleontology, is it evidence in the fossil

18 record?

19     A   Yes.

20     Q   Is there a biological or microbiological

21 account for processes of exaptation?

22     A   In fact, if you want to talk about feathers, it

23 turns out that the development of the feather, that is

24 how it develops from a single little placket on the skin

25 into a plume with vanes and barbs and barbules, and all

00132

1 these wonderful structures, that this is essentially

2 mirrored in the development of the feather; that is to

3 say, the evolution of feathers as we see them in the

4 fossil record is, to a great extent, mirrored by the

5 development of the feather on a bird today.  And these

6 feathers -- what makes these feathers form and how they

7 open up and formal on their axis and bifurcate, and do

8 all these things, the genes that control this now are

9 very largely known.

10        I believe I referred to a paper or several

11 papers in my report by Rick Prum, Prum and Williamson,

12 Prum and Brush, and some of their colleagues, in which

13 then explained these things quite nicely.  And there's

14 an example where the genes really do tell us how these

15 structures came to be the way they are, what genes

16 actually control this.

17     Q   How about Specified Complexity?  Does -- I

18 mean, it seems to me that that -- does that effort to

19 create a test for Intelligent Design, does that fall

20 because of exaptation?

21     A   No.  It fails because it uses a completely

22 inappropriate model of evolution as we understand it.

23     Q   And is that the probability calculus that you

24 reference in your expert report?

25     A   Yes.

SHEET 34   PAGE 133

00133

```
2.    1       Q    And you see that as a fatal, sort of
3.    2    methodological flaw in positing the evolutionarily
4.    3    probabilities?
5.    4       A    Because it doesn't describe the process of
6.    5    evolution as we know it.
7.    6       Q    When you say that, are you referencing the
8.    7    portion of your report that talks to the way in which
9.    8    the certain changes are maintained in the genes?
10.   9       A    Yes.
11.  10       Q    Such that the probabilities are -- it's not
12.  11    starting over each time?
13.  12       A    Correct.
14.  13       MR. ROTHSCHILD:  Does anybody need a break
15.  14    here?
16.  15            (Recess.)
17.  16    BY MR. GILLEN:
18.  17       Q    Kevin, I've marked something here -- what is
19.  18    it, it's two; isn't it?
20.  19       A    Two.
21.  20       Q    All right.  And I'd ask you, if you would, to
22.  21    look at couple of indented --
23.  22       A    Yes.
24.  23       Q    -- paragraphs there.
25.  24            And particularly, the indented paragraphs that
26.  25    begin at the bottom of the first page and carry over,
```

PAGE 134

00134

```
2.    1    four indented paragraphs.
3.    2       A    The first paragraph is pretty funny.  Just
4.    3    because it's says it identifies Intelligent Design as
5.    4    another theory of evolution.  That's complete nonsense.
6.    5    That simply doesn't compute.  It wouldn't be
7.    6    identifiable as that to any scientist.  It has
8.    7    absolutely no track record.  It's not on the table as
9.    8    something scientific, let alone a theory, which is the
10.   9    strongest construct in science.
11.  10       MR. ROTHSCHILD:  Kevin, can you just be clear
12.  11    about which paragraph you're talking about?
13.  12       THE WITNESS:  This is the one about the biology
14.  13    curriculum, and it's also been updated.  And the
15.  14    paragraph begins, "Students will be made aware of
16.  15    gaps/problems in Darwin's theory," et cetera.
17.  16    BY MR. GILLEN:
18.  17       Q    Okay.  So -- and there, Kevin, if I understand
19.  18    you, you're basically saying Intelligent Design Theory,
20.  19    as you know it, is not a theory of evolution?
21.  20       A    It's not a theory at all.  It's not a
22.  21    scientific theory at all.  And it's certainly not
23.  22    doesn't have any standing as a -- as any concept in
24.  23    evolution.  It's a concept of antievolution.
25.  24       Q    And then when you say, "It's not a scientific
26.  25    theory at all," what do you mean by that?
```

PAGE 135

00135

```
1     A    By theory -- and if we can, I think --
2     Q    It's there, I believe.
3     A    Yes.  "A theory is defined as a well-tested
4  explanation that unifies a broad range of observations."
5     Q    Okay.  Do you accept that definition of theory
6  as a plausible working definition of the term?
7     A    It's a good general definition of a theory in
8  science.
9  10     Q    Okay.  And you've expressed an opinion that
10 Intelligent Design Theory is not a theory at all?
11     A    Right.
12     Q    Explain why you have that opinion, Kevin.
13     A    First of all, it's not tested.  Second of all,
14  it doesn't explain anything.  And third, it does not
15  unify a broad range of observations.
16        MR. ROTHSCHILD:  Just for the record, the
17  definition that's being referred to is actually in the
18  document, Exhibit 2, and is on the bottom paragraph of
19  page 1 of that document, part of the statement read to
20  students.
21  BY MR. GILLEN:
22     Q    All right.  If you look at those four
23  paragraphs that start at the bottom of the first page of
24  Exhibit 2 and carry over.
25        I'm going to represent to you, for the purposes
```

PAGE 136

00136

```
1  of the deposition, that this is the statement you
2  referenced earlier that's read to the students.
3     A    Yes.
4     Q    Now, my -- in your report, there's a number of
5  places where you refer to Intelligent Design being
6  taught or Intelligent Design being presented.  And I can
7  tell you that this is the sum total of the presentation
8  to students in the classroom.  What I'm trying to get at
9  here is, does this -- knowing that, knowing that this is
10 the sum total of the impact on classroom instruction,
11 that follows from the curriculum change, do you have the
12 same opinion concerning the decision made by the Dover
13 Area School District to present Intelligent Design
14 Theory to the students?
15        MR. ROTHSCHILD:  Object to the form of the
16 question.  I think it mischaracterized the evidence by
17 saying it's the only impact.  I will agree that, to
18 date, this is -- the statement is the only words said to
19 the students in the classroom.
20 BY MR. GILLEN:
21     Q    Okay.
22        With that understanding, I believe, also
23 antecedent to this statement, there was a statement in
24 the curriculum.
25     Q    That's true, but the students don't see that.
```

Kevin Padian

SHEET 35   PAGE 137
00137

1   A   It doesn't matter.

2   MR. ROTHSCHILD:  Object to that
3   characterization.

4   THE WITNESS:  It doesn't matter, I think, if
5   the students see it or not.  It matters that it's there
6   and it has an effect on teaching, because the teachers
7   are supposed to see it.  And therefore, it will
8   determine what and how they present biological topics in
9   the classroom.  So it -- I think it does have an effect
10  on instruction.

11  BY MR. GILLEN:

12  Q   Tell me what you think -- what effect do you
13  think it has?

14  A   Do you have a copy of the statement handy?

15  Q   That's it.

16  A   In the curriculum?

17  Q   No.  On, that's right there.

18  A   I'm sorry.  That's the one?

19  Q   Yes.

20  A   "Students will be made aware of gaps/problems
21  in Darwin's theory."

22  First of all, this is assuming that there are
23  gaps and problems with Darwin's theory, and that these
24  were not already emphasized and/or that they should be
25  emphasized, and that they should be emphasized more than

PAGE 138
00138

1   any gaps in any other theory in science.  For example,
2   gravitation, cosmology, relativity, whatever theories
3   are being present.  Why is evolution being roped off
4   here and considered separately?

5   Second, this curriculum statement represents
6   that Intelligent Design is a theory, a scientific
7   theory, which it is not, and that is the theory of
8   evolution, which is it not.  It is a theory that denies
9   evolution and posits divine intervention.

10  So, I think, to begin with, Pat, that's
11  something that it may be transparent or not seen
12  specifically by students, but it definitely will have an
13  effect on how biology is taught if teachers follow these
14  instructions.

15  Q   Well, let me ask you about that, Kevin.  What
16  is the impact that you see on the classroom instruction?

17  A   One thing, which we discussed before, is that
18  it makes the presumption that Intelligent Design is
19  somehow incompatible with evolutionarily theory, which I
20  think is a religious notion.  And it probably isn't even
21  a correct religious notion for most Americans.  I'm not
22  really sure that you can admit it here as a statement
23  about science in the first place.

24  Q   But, I mean, I'm trying to get focused on the
25  classroom instruction, because you've -- you know,

PAGE 139
00139

1   you've --

2   A   Okay.

3   Q   -- we're -- we're concerned with the
4   presentation of biology and evolutionarily theory in the
5   classroom.  And you have a sense that this statement in
6   the curriculum is going to influence that presentation
7   of biology, which is the actual subject matter that's
8   taught in the classroom.  And I'm trying to figure out
9   how.

10  A   If you presume that teachers are expected to
11  follow the curriculum, then it follows that what is in
12  the curriculum will be what should be taught and,
13  therefore, is taught in classrooms.

14  Q   And when you say, "should be taught" and "is
15  taught," are you referring to Intelligent Design?

16  A   I'm talking about anything that's in the
17  curriculum.  A good teacher's job is to follow what's in
18  the curriculum.  Teachers know that if they don't follow
19  what's in the curriculum, they can be reprimanded or
20  even dismissed.  So if this is officially in the
21  curriculum, then it must be considered important and it
22  should be followed by the teachers, therefore, it will
23  be pursued in classroom instruction.

24  Q   Do you know whether the teachers have been told
25  not to teach Intelligent Design?

PAGE 140
00140

1   A   If they have been taught to teach Intelligent
2   Design, then that countermands what this says in the
3   statement in the curriculum, because it says that
4   students will be made aware of this.

5   Q   Okay.  Well, let's look at that.  I mean,
6   I'm -- let's -- let's focus on the curriculum statement,
7   let's look at that.  "Students will be made aware of
8   gaps/problems in Darwin's theory."

9   Do you have any understanding concerning
10  whether there are any gaps or problems in Darwin's
11  theory; is there?

12  A   There are problems with every theory, but it's
13  all in how you conceive what Darwin said.  There are
14  many ways to develop, elaborate, and test what Darwin
15  said, but Darwin is not the only person who has
16  contributed to evolutionarily theory.  It's been close
17  on 150 years since the origin of species.  A lot has
18  happened since then.

19  Q   Sure.

20  A   So if you take that entire corpus and say, are
21  there any things that we don't know yet.  Well, of
22  course, there are.  We could say the same thing about
23  gravitation.  Is there a fifth force?  That keeps coming
24  up.  About relativity.  I don't even know what -- a lot
25  of extreme theory and things in physics are, but I know

Kevin Padian

SHEET 36   PAGE 141
00141

1     I there's lots of problems with every major scientific
2     2 theory we have.  Otherwise, we wouldn't have the need to
3     3 do it anymore, we could all good home.
4     4         So these are -- as far as gaps and problems,
5     5 yeah, there are gaps and problems.  We see these things,
6     6 good things, for inquiry.  As opposed to the connotation
7     7 here, which is clearly, it seems to me, one of
8     8 deficiencies or inadequacies or incorrectnesses.
9     9   Q   Okay.  It's based on that sense that you have,
10    10 that you find this problematic?
11    11   A   In part.
12    12   Q   What else?
13    13   A   Well, in -- as I've said before, it's -- it's
14    14 treating Intelligent Design as a theory of evolution.
15    15 It is telling teachers to make students aware of
16    16 problems with what they call "Darwin's theory," but not
17    17 of problems with Intelligent Design, because the
18    18 prepositions they're using are different.  They're made
19    19 aware of gaps and problems in Darwin's theory.  They
20    20 don't say "and in other theories of evolution."  But
21    21 they say "and of" recurring to -- "students will be made
22    22 aware of other theories of evolution."
23    23         There are no other theories of evolution.  And
24    24 to represent that to teachers in a curriculum and ask
25    25 them to represent that to students in a classroom is

PAGE 142
00142

1     1 fallacious.  It's misleading.  It's mendacious.
2     2   Q   Now, do you -- let me ask again, Kevin.  Do you
3     3 know whether Intelligent Design is presented as a theory
4     4 of evolution to students at Dover Area High School?
5     5   A   Whether it has been presented as yet, I don't
6     6 know.  What I'm given to understand is that because
7     7 teachers refused to follow this directive, that
8     8 administrators came in and read the following four point
9     9 or four paragraph statement to the students in the class
10    10 with no discussion, no objection, and left.
11    11   Q   Okay.
12    12   A   Is that -- that's my understanding.
13    13   Q   That is, and that's accurate.
14    14         If you look at that four paragraph statement,
15    15 do you see that statement as holding out Intelligent
16    16 Design as a theory of evolution?
17    17   A   Yes.
18    18   Q   Where?
19    19   A   In the third paragraph it says, "Intelligent
20    20 Design is an explanation of the origin of life that
21    21 differs from Darwin's theory."
22    22         Darwin's view was not of the origin of life; it
23    23 was of how species evolved.  But in creationist's
24    24 parlance, the words "origins" and "evolution" are
25    25 constantly conflated.  So this is code language, and it

PAGE 143
00143

1     1 means the same thing.
2     2   Q   Where do you get that from, Kevin?  What
3     3 accounts for that?
4     4   A   Vast experience of 25 years of working with
5     5 creationist literature in California and elsewhere.
6     6 Work, for example, with my nonprofit.  Works with --
7     7 before the nonprofit was formed when we were trying to
8     8 keep creation science and anti-evolutionism out of the
9     9 textbooks in California.  That traces back to 1984, '86.
10    10   Q   Do you have an understanding concerning whether
11    11 Intelligent Design theory takes issue with the origins
12    12 of life?
13    13   A   Well --
14    14         MR. ROTHSCHILD:  Objection.
15    15 BY MR. GILLEN:
16    16   Q   Let me -- when you say, "origins of life," what
17    17 do you mean by that, Kevin?
18    18   A   What I mean -- when scientists speak about the
19    19 origin of life; they don't use "origins," plural.  They
20    20 mean the first formation of the first living thing way
21    21 back billions of years ago.  We don't mean the origin of
22    22 man or the origin of birds in the same, somehow, format.
23    23 We mean the evolution of those things, but where life
24    24 begins is the origin of life, and it has only one
25    25 origin, as far as we know.  And therefore, in that

PAGE 144
00144

1     1 continuity of life, when we talk about the origin of
2     2 birds, we mean the evolution of the first birds from
3     3 things that were already preexisting.  But life is
4     4 coming out of things that are non-life, the study of the
5     5 origins -- of the origin of life.  The "origin of life,"
6     6 singular, is a very knotty problem that depends on very
7     7 indirect sketchy evidence that can be formulated, as
8     8 we've seen, in several different ways.  And there are
9     9 some very interesting and different hypothesis about
10    10 lots of processes, the origin of life.  So when
11    11 scientists talk about it, it's just the single origin of
12    12 life billions of years ago.
13    13         So here, in this paragraph, Intelligent Design
14    14 is an explanation of the origin of life that differs
15    15 from Darwin's view.  Darwin didn't write his book about
16    16 the origin of life.  He wrote his book about how new
17    17 species evolved from preexisting species.  So these
18    18 things all become conflated in anti-evolutionist
19    19 language.  And this is typical anti-evolutionist
20    20 writing.
21    21         Then they go on to talk about Pandas and People
22    22 and promote this as a reference for the explanation of
23    23 life, by which they mean evolution or origins, whatever
24    24 parliaments they feel like using.  This is where the
25    25 problems lie.  Because as -- you asked the question, are

Kevin Padian

SHEET 37  PAGE 145
00145

1  they promoting Intelligent Design. Yes, that third
2  paragraph is entirely about substituting Intelligent
3  Design for a full explanation of Darwinism, or whatever
4  Darwin's theory entails to them, which is really quite a
5  different approach or understanding than scientists
6  have.
7      Q  Okay. And again, I want to get a grasp on
8  this. It seems like, looking at that third paragraph or
9  the four paragraph statement, when you see the term
10  "origin of life," you're looking at that in terms of
11  your sort of background knowledge of this creationist
12  evolutionist debate. And you're saying that you
13  understand that term, "origin of life," to be a
14  reference to origin of the species?
15      A  It encompasses not just the original origin of
16  life, but also the emergence of major body plants and
17  adaptations, major groups of organisms as well,
18  including humans.
19      Q  Okay. And if you look at -- I see that you
20  have this objection that by just referencing the book Of
21  Pandas, students are what, they're --
22      A  By referencing Pandas, the school board is
23  legitimizing this as a source of knowledge about
24  biological evolution. It's legitimizing the idea that
25  there are scientific alternatives to evolution, and it's

PAGE 146
00146

1  legitimizing Intelligent Design as one of those
2  alternatives.
3      Q  Okay. Is there anything else in this statement
4  that you think is problematic, from the standpoint of
5  good science education?
6      A  Well, we could talk about why they're confusing
7  the scientific and common uses of the terms "theory" and
8  "fact." And this makes it very problematic because it
9  prejudices, in advance, examination of not just Darwin's
10  theory or the whole theory of evolution, which is way
11  more than Darwin's, but any scientific theory. It gives
12  the impression that the school board believes that a
13  theory, at some point, becomes a fact, perhaps when it's
14  proven or otherwise demonstrated beyond all doubt. That
15  is not at all what we mean in science when we use the
16  terms "fact" and "theory."
17      And if students were given the impression that
18  this is the case, they would be misled. And I believe
19  this would thwart the school board's stated purpose of
20  helping them to prepare well for standardized tests.
21      Q  Well, what are you getting at there, Kevin? Is
22  there no distinction between theory and fact?
23      A  There is a distinction but, in fact, oddly
24  enough, to a scientist, a fact is a much more trivial
25  thing than a theory. A fact is simply a reported

PAGE 147
00147

1  observation. It could be wrong. Facts are wrong all
2  the time. Facts are not true. The school board's
3  wording gives the impression that a theory becomes a
4  fact. That is, that it becomes true after it has enough
5  evidence to support it. But, actually, a fact is just a
6  small component of a theory. It's an observation. Many
7  observations are made. Many inferences are made. Many
8  hypotheses are drawn from those inferences and tested
9  repeatedly.
10      Many different disciplines can be pursued as
11  they are relevant to exploring the consequences of this
12  building mass of ideas. That eventually becomes a body
13  we call a theory. When it seems like it's a pretty good
14  idea that, for the moment, we're going to -- until
15  something better comes along -- we're very pragmatic
16  about this -- we're going to accept it as the best
17  explanation we have.
18      So a theory, like a theory of -- I guess, I
19  might call plate tectonics, which emerged from the old idea
20  of continental drift. Plate tectonics is a theory because
21  it doesn't just say that continents drift around through
22  time, it gives mechanisms for those movements which we
23  didn't have before. It shows how the plates of the
24  earth are drawn back into the earth; how they come up
25  against each other and build mountain ranges; how this

PAGE 148
00148

1  makes earthquakes and volcanoes and rings of volcanoes,
2  for example, as we see around the pacific continental
3  rims.
4      The consequences of all this don't just apply
5  to the surface, but they apply to our understanding of
6  what goes on deep inside the earth where there are
7  convection currents of heat, heated hot molten rock,
8  hundreds of miles, thousands of miles, thick, coursing
9  through the inside of the earth and erupting and causing
10  these processes on the surface. There, in that whole
11  thing I described, is the embodiment of the theory.
12  Would any single fact come along and slay that theory?
13  It's hard to think of one that would.
14      But the theory itself later on could be
15  modified in any number of ways. Perhaps we'll learn
16  that the relationship of the sun and the moon to earth's
17  gravitational field is what -- that may provide another
18  explanatory mechanism. It may take our focus off
19  convective -- who knows what. We don't know where this
20  is going to go, but the fact is that evolution is a
21  theory that's just like that. We're as certain as we
22  can be that this is a really good explanation of the
23  diversity of life on earth. Does that mean we know
24  everything about it? No. Does it mean we won't find
25  new mechanisms? Of course, we will. Does it mean that

Kevin Padian

SHEET 38   PAGE 149
00149

1 existing mechanism we have now, we may find more or less
2 important than the past? Of course not. All this, the
3 more we study, the more we'll learn. And that's how
4 science operates.
5     Q   In your opinion, is there a possibility that
6 that sum total of facts could, at some point, displace
7 evolutionarily theory?
8     A   Because scientists are legendary in being
9 open-minded, the answer that I would be expected to give
10 is, yes, obviously. But I think I should stress that
11 science is open minded, but not empty-headed. And that
12 means that we know a lot, and if we have this huge body
13 of knowledge, there are two things that could displace
14 it. One is, we'd have a bigger body of knowledge that
15 says all this is wrong. Or, we could have some other
16 observations and ideas that would take that body of
17 knowledge, twist it 45 degrees and say, now we can
18 explain it this way and it makes even more sense. And
19 that's a paradigm shift. But to destroy a whole theory
20 like the phlogiston theory -- that's p-h-l-o-g-i-s-t-o-n
21 theory -- seems awfully unlikely in view of 150 years of
22 research.
23     Q   The accumulated successes of evolutionarily
24 theory is such that you think it's unlikely that it will
25 ever be displaced as the reigning theory in this area?

PAGE 150
00150

1     A   It may be modified, but to be completely thrown
2 out, would be unlikely.
3     Q   If you look at -- I'm sorry, Kevin.
4     A   And I want to say in fairness, I don't think
5 that ID is trying to do that.
6     Q   What do you see it trying to do?
7     A   I see it trying to add a certain special kind
8 of explanation to the understanding of evolutionarily
9 theory. That does not mean that all of its adherence
10 accept or do not accept evolution as a fact or
11 evolutionarily theory, as we know it today. But it does
12 mean they're trying to add another explanation here that
13 they think may displace it.
14         The language of these documents suggests that
15 it is supposed to displace it. And as we discussed
16 earlier, it's not clear why Intelligent Design has to be
17 in conflict with evolution except that they are positing
18 supernatural intervention, which is non-scientific.
19 Science can't investigate it. So it comes back to that.
20     Q   If we stay focused on this theory fact
21 distinction, and I look at the bird net hypothesis, how
22 does that fit in? Is that a theory; is that a fact?
23     A   We would call it a hypothesis. That is a
24 hypothesis of how this evolved, how this structure
25 changed its function.

PAGE 151
00151

1     Q   So there's neither fact nor theory there?
2     A   The facts that John used related to the
3 structure of the first birds and the animals they came
4 from; reasonable inferences about how their arms and
5 legs moved, for example, how they could run, how they
6 might move their arms; facts about what we knew then
7 about the feathers of early birds and possible precursor
8 structures.
9         So there were, of course, facts that he used to
10 develop a hypothesis that then required further testing.
11 And as we talked about before, one test of that was
12 proposed by our colleagues in Arizona. And it was --
13 was persuasive with recourse to the evidence enough to
14 suggest to John, and to the others, that maybe his
15 proposal was not really explaining very much, and he
16 agreed.
17     Q   Well, and just to get -- you called that a
18 hypothesis. Is it not a theory because it unifies a
19 lesser range of observations; is that it?
20     A   Yes.
21     Q   Okay.
22     A   It has a much simpler test to it.
23     Q   So just as I try and labor through this, from
24 your standpoint, Kevin, when it says, 'Darwin's theory
25 is a theory,' that is accurate, I guess?

PAGE 152
00152

1     A   (Witness nods head.)
2     Q   Is that?
3     A   Yes.
4     Q   "It continues to be tested as new evidence is
5 discovered."
6     A   Uh-huh.
7     Q   That's true?
8     A   Uh-huh.
9     Q   The theory is not a fact is literally true, at
10 least, but you've expressed these reservations because
11 you think it conveys a misleading sense of what the term
12 should mean?
13     A   If someone said, is it a fact that life has
14 evolved through time, I would say, yes, because it's a
15 well-accepted understanding. Is it a fact that natural
16 selection is important in the evolution of life? I
17 would say, yes, because it's a well-tested observation
18 in natural populations and in laboratory populations.
19 We know that selection in these populations can have a
20 very strong affect. So we do regard that as a fact,
21 that selection is important in evolution.
22     Q   Okay. So I guess you're saying some features
23 of a theory are so well demonstrated that they are a
24 fact?
25     A   Yeah, they're factual. Life has a common

Kevin Padian

SHEET 39   PAGE 153

PAGE 153

1  ancestor, and all of life has evolved through time.
2  These are propositions that the scientific community
3  accepts by consensus.  I would say, it's not necessary
4  that every scientist in the world accepts all these
5  things, or everyone who calls themselves a scientist
6  accepts all those things, but it is the universal
7  scientific consensus in countries, races, cultures, that
8  operate in science.  So the second sentence there is
9  very problematic.
10      Q   Then "gaps in the theory exist for which there
11  is no evidence."
12      A   "Gaps in the theory exist for which there is no
13  evidence."
14      Well, without them saying what the gap is and
15  what particular theory they're talking about, it's
16  really hard to respond to that.  It just seems like a --
17  it seems like a kind of a defamatory characterization,
18  and that's all.
19      Q   Do you -- I think you told me, but let me ask
20  again.  Have you ever spoken with the teachers at Dover
21  about what they taught in the classes dealing with
22  evolution prior to this statement?
23      A   I haven't.  Sorry, I have not.
24      Q   Okay.  But do you have an understanding as to
25  whether there are gaps in evolutionarily theory?

PAGE 154

PAGE 154

1      A   If by that you mean, are there things we don't
2  know yet and are there issues that are still debated.
3  Of course, as there is for any theory.  The
4  characterization of these issues in questions as gaps
5  seems to me pejorative and leading.
6      Q   And when you say that, Kevin, why do you say
7  that?
8      A   It's leading students to believe that things
9  are worse than they are.  That there is disarray,
10  perhaps even deception, that they are not being told of
11  problems that exist that are really serious.  When, in
12  fact, the problems are not serious.  Every evolutionist
13  who writes for the public, from Stephen J. Gould on
14  down, has stress that even though we may argue about
15  whether punctuation or gradualism is more or less
16  important, we do not deny that these organisms are all
17  evolving through time, and they have common ancestors.
18      The insinuation that there is complete
19  disarray, disagreement, chaos, and lack of understanding
20  is simply false.  And that is what statements like this
21  purvey having nothing in the statement to balance them.
22      Q   And you're making that judgement, Kevin, based
23  on your experience in -- with critics of evolution?
24      A   I'm basing it even strictly on what the words
25  in the sentences say here.  I think the words alone are

PAGE 155

PAGE 155

1  enough to tell us, by their rhetoric, what they
2  emphasize, what they deemphasize, what they say and what
3  they don't say.  That these paragraphs are largely there
4  to criticize standard evolutionarily theory and to
5  represent that there are other ideas that are scientific
6  that are equally worthy, that somehow are not being
7  presented in the curriculum, but that students can have
8  resource to if they just read the Pandas book.  And this
9  is a gross misrepresentation of science and of good
10  science education.
11      Q   Because it's holding out Intelligent Design
12  Theory as a scientific theory?
13      A   And because it's criticizing standard
14  evolutionarily theory in completely incorrect and
15  inappropriate ways.
16      Q   It seems to me, Kevin, what you're saying there
17  is it seems overstated, the criticisms seems overstated?
18      A   It's incorrect and biased.  It's incorrect to
19  imply that evolutionarily theory is completely in chaos
20  and has big problems with it that students are not being
21  told about in standard curriculum.  It's biased in that
22  it does not apply this kind of awareness to any other
23  idea in the science curriculum or indeed, since it's the
24  whole school board, to history, math, social studies.  I
25  mean, why don't they have a similar statement that says,

PAGE 156

PAGE 156

1  well, the holocaust is one idea.  But there's this other
2  idea that the holocaust is a myth, and you can go to
3  this book in your library and read about that.
4      Now, historians, as I understand it, although
5  I'm happy to have you establish that I'm not a
6  historian, would be almost universal in their
7  condemnation of the holocaust-myth notion.  Yet we find
8  many people in this country who are comfortable with it.
9  If we represent that to children as being an equally
10  good idea about an important history, important event in
11  the last century's history, and that we represented this
12  view has strong evidentiary support for it among the
13  community of scholars that are historians, which should
14  be what we teach in schools, I think that if you made
15  that substitution, a lot of the parents in Dover would
16  say, you know, you're right, this isn't fair.
17      Q   And you get the implication from the second
18  paragraph of the statement read to students?
19      A   And the third one and the fourth one, which
20  suggests that with respect to any theory, "students are
21  encouraged to keep an open mind."  And yet, the board
22  does not address any other theory in any other
23  curriculum or this one.  It's only this one that they
24  want students to keep an open mind about.
25      Q   When you say that, Kevin, is it based on your

Kevin Padian

00157

1 understanding that this notion of keeping -- "students
2 are encouraged to keep an open mind" is limited to
3 evolutionary theory?
4     A   This is the only theory under discussion in the
5 board's statement.
6     Q   I think you said there's no -- you're not
7 really familiar with any other -- the presentation of
8 any other theories in Dover Area High School?
9     A   I'm not familiar with any other statement the
10 school board makes with respect to keeping open minds
11 about, or in considering alternative theories that are
12 not part of the standard curriculum.
13    Q   Standard curriculum, meaning what?
14    A   I presume that the teachers are working either
15 from a state curriculum, a district curriculum, or from
16 another stand curriculum that the board has accepted as
17 something they should be dealing with.  In either of
18 these cases, I would define those as standard
19 curriculum.
20    Q   Let me ask you, on page 4 of your report,
21 you've got the one, two, third paragraph down there, it
22 says, if IDC were presented in science class as if it
23 were science, and then you number -- number of
24 consequences that you see following from that.  The
25 first is that students would completely misapprehend

00158

1 this structure and logic of science.
2         Now, we've gone through this statement, and
3 that -- this is, I can tell you, the statement that's
4 read at the beginning of the biology classes that deal
5 with evolution.  Do you believe that the reading of this
6 statement would present this harm that I've just
7 described from your report, "students will completely
8 misapprehend the structure and logic of science"?
9     A   Well, my paragraph says, Pat, that "if IDC were
10 presented in science classes as if it were science."  So
11 my statements there are not applying specifically to
12 simply walking into a classroom and reading this
13 statement.  So, for all I know, the guy could walk in,
14 read the statement, walk out, the kids would go, huh,
15 and then just go back to their video games or whatever
16 they're doing.
17    Q   Right.  Well, I understand that, and that's why
18 I'm asking you.  I mean, the situation you described is,
19 I think, you can -- let me say for the purpose of this
20 question, assume that that's exactly what happened.  The
21 administrators walked in, they read the statement and
22 walked out, and the teachers went on to give
23 instruction, and that instruction was in evolutionary
24 theory as it had been taught for 20 years at Dover.
25        My question is, do you think that that

00159

1 practice, that sort of practical consequence of that
2 curriculum change, would present this harm, that
3 "students would completely misapprehend the structure
4 and logic of science"?
5     A   One is tempted to wonder where it would end.
6 Do you have the principal coming into the social studies
7 class the next day and saying that, well, what you read
8 here about European Imperialism and Colonialism in your
9 history book is all well and good, but there's another
10 theory that actually this is -- this was the manifest
11 destiny of a superior European race that has a destiny
12 and a legacy to concur everything in front of it, which
13 is the way history was taught in the eyes of the people
14 now writing it in decades previously.
15        Where will this end if you allow the whim of a
16 special-interest-issue group to come in and simply
17 countermand or contradict by virtue of the authority of
18 a teacher reading this or a school board member or an
19 administrator from school, coming in with the bravadoes
20 of his position and saying, all of what you're hearing
21 now, you know, there's a whole other side to this.
22        I find that that's just the poorest education
23 practice I can think of.  If you really had good
24 evidence, it should be presented, assuming that it's
25 scientifically valid.  And students should understand

00160

1 why this is so, and should discuss it.  But I think it's
2 a matter of established fact among us that there was no
3 discussion of this, nor did anyone feel a discussion was
4 appropriate.
5     Q   Well -- and I understand.  I'm just trying to
6 get a sense for the way in which the report relates to
7 what's happening.  Just to -- let me ask you, because I
8 know you have a background in science education.
9        Do you think reading that statement will
10 present this harm, that it would have such a dramatic --
11 this sounds to -- this is a serious thing, "students
12 will completely misapprehend the structure and logic of
13 science?"
14        And I -- you know, where they ended up is this
15 statement.  All I want to do is get your opinion.  In
16 your opinion, as a science educator, does the reading of
17 that statement create that harm?
18    A   I am not persuaded that the reading of that
19 statement is the only or ultimate action that the school
20 board would take as a result of its curriculum change.
21 In the short time that it's been in force, we know that
22 the actions of the school board have met tremendous
23 resistance and controversy.  And that, so far, this is
24 all they have felt able to do, perhaps.
25        However, the intent and purpose of introduction

Kevin Padian

SHEET 41   PAGE 161

00161

1  to curriculum change is both religiously motivated and
2  scientifically untenable. The effect that this has on
3  instruction is not positive; it's negative. And so I
4  don't feel that it's a relevant question to ask whether
5  what they have done so far is harming anyone. I think
6  that what they would like to do is far more than this
7  and that it would be harmful. As it's done already,
8  it's providing misdirection, falsehoods and
9  misrepresentation of science to students. And you might
10 say that no one's paying attention to it, and I won't
11 agree or disagree.
12        The action as such, is poor science. It's poor
13 pedagogy. It's poor educational practice. And these
14 things are in of themselves harmful.
15    Q   Well, look, I understand that, Kevin, I have
16 total respect for you, your credentials, your background
17 in science education, the information you've given me,
18 frankly, here today. And I know why you might suspect
19 that other actions might be taken down the road. I can
20 understand that given the sources of information that
21 you've had. But I just want you to answer that question
22 that I've asked you. Which is, you know, if the -- this
23 reading of the statement, in your opinion, as a science
24 educator, does the reading of that statement create the
25 harm that I've identified here, in your opinion, on page

PAGE 162

00162

1  4, that students would completely misapprehend the
2  structure and logic of science?
3        MR. ROTHSCHILD: He's answered that.
4        THE WITNESS: Remembering again, that my
5  statement referred to if IDC were taught as science.
6  But the reading of that statement, if people listened to
7  it, and if a tree falls in a forest and no one hears it,
8  we could debate that, but if people listen to it -- if
9  it is meant to be listened to and heeded, then it would
10 create harm.
11        I cannot tell you if students listen to it and,
12 therefore, if it has created harm. That's not in my --
13 I don't have that experience directly to judge.
14    Q   All right. Let me ask you this. If the
15 statement were read, and if the statement was heard by
16 the students, in your opinion as a science educator,
17 would it -- would student completely -- did those
18 students who heard it completely misapprehend the
19 structure and logic of science?
20    A   They would -- they would misunderstand,
21 misapprehend what the structure of science is. Because
22 if they heeded the statement, listened to it, and went
23 and read Pandas and People, which is what the statement
24 tells them to do, they would misapprehend what
25 scientific understanding is, what the logic of science

PAGE 163

00163

1  is, and what -- one thing, for example, is that the
2  Pandas book is full of alleged questions, conundrums,
3  and unsolved problems of evolution, as scientists
4  understand it.
5        These, as I've detailed over many pages, are
6  complete misrepresentations of the science, and they
7  were when the book was written. So I would say for that
8  on the first count, yes, if they did that, they would
9  completely -- if they read Pandas and People, as they're
10 told to do in class, it would completely misrepresent --
11 I'm sorry, they would completely misapprehend the
12 structure and logic of science.
13    Q   Would they, if they didn't read Of Pandas?
14    A   I can't tell whether they would or would not.
15 It sure wouldn't help.
16    Q   How about just the same thing for 2 there,
17 "understanding of evolutionarily biology would be
18 deficient and misinformed"?
19    A   Yes.
20    Q   "And their training in science would be
21 significantly inferior to that of other schools and to
22 schools in other countries."
23        If we look at the students there, and we posit
24 that they heard the reading of this statement but didn't
25 read Of Pandas, do you think that harm would flow from

PAGE 164

00164

1  the reading of that statement.
2    A   I can't tell.
3    Q   How about taxpayer dollars would be wasted? I
4  mean, what's your -- what are you getting at there,
5  Kevin?
6    A   When students are introduced to false
7  controversies, when they are told things that are
8  misrepresentations of the understanding that's standard
9  curricular are trying to get across, then tax payers'
10 dollars are wasted. You're wasting time, you're wasting
11 effort, you could be teaching them good science, good
12 social studies.
13    Q   On page 6, there's a paragraph that begins,
14 that says, "If school children were taught according to
15 IDC precepts, they would learn that a complex structure
16 would be useless until it was fully formed."
17        When you say, "taught according to IDC
18 precepts," Kevin, what -- what do you have in mind?
19    A   Specifically Specified Complexity and
20 Irreducible Complexity, which are the hallmarks of
21 Intelligent Design Creationism, as we understand it.
22    Q   Do you have any understanding concerning
23 whether the students at Dover High School are taught
24 those concepts?
25    A   You tell me that, so far, only this statement

SHEET 42   PAGE 165

PAGE 165

1  has been read to them.  I respond that, if down the line
2  Intelligent Design were taught as if it were a
3  scientific theory and as if it were an alternative
4  evolution, then these things would happen.
5       Q  The reading of the statement alone, would
6  that -- would that they learn that a complex structure would
7  be useless until it is fully formed or was fully formed,
8  the statement?
9       A  The four paragraph statement by itself doesn't
10  address those specifics.
11       Q  You've got a reference here to -- as that
12  sentence goes on, to the evidence for that a wing would
13  be useless until it was fully formed, and that this is,
14  therefore, evidence of a miraculous intervention of a
15  Master intellect or Creator.  If, as I tell you, just
16  for the purposes of these questions, we're limiting to
17  the statement, is that harm still present, in your
18  judgment?
19       MR. ROTHSCHILD:  Just to be clear, this posits
20  a student who does not go and read Pandas?
21  BY MR. GILLEN:
22       Q  Right.
23       A  If a four paragraph statement states the term
24  "Intelligent Design," and relates it to discussions
25  about the origin and evolution of life.  In those four

PAGE 166

00166

1  paragraphs themselves, they do not directly address the
2  specifics of miraculous interventions.
3       Q  Now about -- I mean, I just -- you ventured a
4  number of opinions related to the teaching of some
5  Intelligent Design concepts, Irreducible Complexity or
6  Specified Complexity.  As -- I don't want to belabor the
7  process.  The statement doesn't get into that, this is
8  what they ended up with.  Does -- in your judgment now,
9  if you look at the situation as it's actually, you know,
10  occurred, what's -- what's the end result of this
11  contest between the Board and different facets of the
12  community, does it present the harms that you were
13  concerned about when you drafted your expert report?
14       MR. ROTHSCHILD:  Objection, asked and answered.
15       THE WITNESS:  I think that we -- if we can
16  admit, as agreed, that so far this statement has been
17  read by administrators, not teachers, and these
18  administrators then left the classroom, and teachers
19  went on with whatever they were doing, then we also
20  should be able to admit the fact that, as I understand
21  it, there has been a lot of heated controversy and
22  argument in the Dover community at school board meetings
23  and super market aisles, who knows, on telephone calls
24  among people.  And who knows the extent of the
25  confusion, misunderstanding and damage that has resulted

PAGE 167

00167

1  from the Board's action of taking an unproblematic,
2  straightforward concept, universally accepted by
3  scientific societies and the consensus of scientists,
4  and pretending that it's riddled with problems, and that
5  there's an alternative idea that should be taught
6  alongside it, and should be done.
7       I believe if you wish to say, did this action
8  alone create harm, it is not just this action, but the
9  passage of these actions by the Board and the strife and
10  turmoil that has existed and resulted in that community,
11  as a result of this action, that is going to leave a
12  scar on that community for a long time to come no matter
13  how this is decided.  And I have to ask myself, is it
14  all worth it to try to take this little special pleading
15  that's not even wrong.  It's not even wrong because it's
16  not even science.  And to say here, we have to put this
17  on equal footing.  What kind of good can that action
18  have inside and outside of the classroom?
19       I do not feel it is fair to judge the
20  consequences of the Board's action simply by whether
21  reading the statement in the classroom has caused harm.
22  What has happened in the Dover community, and if news
23  reports and everything that you and I hear is any
24  indication, it's a turmoil and confusion, and a
25  misrepresentation that could have been completely

PAGE 168

00168

1  avoided,
2       Q  Okay.  Those are sort of extra science
3  education considerations?
4       A  I don't think so, because I don't think that
5  students only learn in the classroom.  I think that they
6  learn a lot from discussions that they have and that
7  they bear outside the classroom.  And if this buzz in
8  the community is anywhere near as great as news report
9  would have us understand, you wonder who is guiding that
10  discussion outside the class, which is probably far more
11  than the discussion in class.  What other kinds if --
12  excuse me.
13       If the Dover School Board can be so uneducated
14  and misled about basic science as to take actions like
15  this, what about the other people in the community who
16  don't have their experience and wisdom?  I presume that
17  they're on the board because they're regarded as
18  educational leaders in their community.  If that's the
19  case, what about the people that don't have their
20  breadth of knowledge and experience?  What kind of
21  discourse is being fostered by this confusion among all
22  those people who have no authorities to turn to?
23       Q  Let me understand you.  Is it your view that
24  any discussion of Intelligent Design is harmful?
25       A  No.  Rather, that the actions of the board have

Kevin Padian

SHEET 43   PAGE 169

00169

1  created a false controversy about science and science
2  education that have repercussions beyond the time it
3  takes or the form that it represents to read four
4  paragraphs by an administrator in a science classroom.
5      And I think it would be negligent not to
6  acknowledge that or try to limit the problems or the
7  damage to what happens to a few students that hear
8  somebody read this in a classroom.
9      Q   If we focus on the students hearing the
10  statement read, as we sit here today, are there any
11  other harms that you can see inuring to those students
12  in the classroom that follow from the reading of these
13  statements?
14      A   I believe you would have to ask those students
15  and their parents and the other members of their
16  community.
17      Q   Kevin, on page 14 of your report, you say that
18  "IDC proponents reject the standard methods of science."
19      A   Yes.
20      Q   Just give me a sense for what you're
21  understanding is in that regard, what methods do they
22  reject?
23      A   One method, that it restricts examination to
24  natural phenomena, not supernatural ones.
25      Q   Any others?

PAGE 170

00170

1      A   One method of science is, when possible, either
2  to set up experiments and to carry them out. I have not
3  seen any experiments carried out with reference to IDC.
4  Another method would be to use phylogenetic comparative
5  methods to examine whether the evolution of the
6  structure could occur or whether, for example, it was
7  too complex or had too much Specified Complexity to
8  evolve. I've seen no work done or submitted according
9  to those methods. And I think one method that applies
10  to the scientific community that is important to stress,
11  is its submission to peer review, which has never been
12  done, as far as I know.
13      Q   Any other methods?
14      A   I can't think of specific cases right now.
15  They may come up in further discussion.
16      Q   Let me just ask you. Now, if we contrast that
17  with Darwinian theory, as it's called in the statement.
18  Evolutionarily theory, I think, as it's known,
19  apparently, in the professional community today, is that
20  falsifiable?
21          MR. ROTHSCHILD:  Objection to the form.
22          THE WITNESS:  However we characterize our
23  evolutionarily theory or Darwinian theory, to say that a
24  theory is falsifiable would suggest that everything
25  about it is wrong. Is it testable, are aspects of it

PAGE 171

00171

1  testable and even falsifiable? Yes, of course, sure.
2  BY MR. GILLEN:
3      Q   Could there -- let me -- I'm trying to get a
4  sense for how -- plainly, you see this differentiation
5  here between Intelligent Design Theory and
6  evolutionarily theory. And we've -- at several points
7  today, we've talked about it being testable or parts of
8  it being testable. And you have the conviction that
9  there's no testable elements to Intelligent Design
10  Theory; is that correct?
11      A   What I said is, that the supernatural part of
12  it is not testable scientifically, because science's
13  purview is only in the natural world. These things may
14  or may not be true, but they are not part of science.
15      Q   Are there other parts that are testable?
16      A   There are parts that may or may not be
17  testable, but they have not been proposed in the
18  scientific community in testable terms. And that's why
19  we talked about the idea that Behe and Dembski, for
20  example, have said certain things or they have written
21  certain things, but they have not subjected this to peer
22  review. And even when they've been criticized, they
23  have not responded in many respects, a problem of which
24  their critics complain. And so, what these guys seem to
25  want is -- is "double indemnity" the right word, maybe

PAGE 172

00172

1  not. They want it both ways. They want to be able to
2  come in and say that they've got the greatest thing
3  since sliced bread, but they don't want to say that in
4  the scientific form, and they don't want to respond to
5  scientific criticisms in a scientific form.
6      If this is the case, why is this science? The
7  process, the de facto nature of science, this isn't it.
8  This isn't it. They're not doing it.
9      Q   Now, just so I get you, you're contrasting that
10  with evolutionary theory, where you said that parts of
11  it are testable?
12      A   I can think of probably a dozen journals off
13  the top of my head, in which every aspect of
14  evolutionary theory is routinely reported, tested,
15  modified, enlarged, expanded, and in some cases,
16  rejected.
17      Q   Okay. But those, as you see it, apparently,
18  they have no implications for the over arching thrust or
19  tenants of evolutionary theory; is that fair?
20      A   No. They have every bit as much.
21      Q   You're right. My question was imprecise. But
22  in terms of falsifying the theory, they don't pose
23  significant challenges to the overall standing of the
24  theory?
25      A   Sure they do. Sure. We can take any number of

Kevin Padian

00173

1 components of evolutionarily theory, and they're being
2 challenged all the time. Punctuated equilibria
3 challenged that notion that the prevailing pattern of
4 evolution is slow and gradual. That's a huge challenge.
5 It was regarded as such. In fact, it was regarded as a
6 greater challenge than its proponents suggested. They
7 thought they were doing everybody a favor and saying,
8 hey, look guys, here's the way things really change, and
9 you know what, it agrees more with your modern models of
10 speciation than with the old outmoded ideas that we used
11 to think about, so.
12     Q   Do you have any sense that evolutionarily
13 theory, as such, can be falsified through the
14 accumulation of these tests?
15     A   Do you mean that the entire structure and
16 corpus of evolutionarily theory can be falsified?
17     Q   Yeah.
18     A   Well, it's funny to say so, but in theory, yes.
19 That is to say, of course, everything we think now can
20 be modified and changed so as to be different from the
21 way we've seen it. Is Intelligent Design likely to do
22 that? Certainly, it shows no sign of it so far.
23     MR. GILLEN:  I have no further questions.
24     MR. ROTHSCHILD:  Mini script and ASCII and
25 exhibits. You'll get the original exhibits.

PAGE 174

00174

1     MR. GILLEN:  She'll put a copy on the original,
2 and I'll take the same.
3 //
4 //

PAGE 175

00175

8         I, KEVIN PADIAN, do hereby declare under
9 penalty of perjury that I have read the foregoing
10 transcript of my deposition; that I have made such
11 corrections as noted herein, in ink, initialed by me,
12 or attached hereto; that my testimony as contained
13 herein, as corrected, is true and correct.
14         EXECUTED this _____ day of _____,
15 2005, at _____, _____
                        (City)              (State)
16
17
18
                        _____
                             KEVIN PADIAN

PAGE 176

00176

3         I, the undersigned, a Certified Shorthand
4 Reporter of the State of California, do hereby certify:
5         That the foregoing proceedings were taken
6 before me at the time and place herein set forth; that
7 any witnesses in the foregoing proceedings, prior to
8 testifying, were placed under oath; that a verbatim
9 record of the proceedings was made by me using machine
10 shorthand which was thereafter transcribed under my
11 direction; further, that the foregoing is an accurate
12 transcription thereof.
13         I further certify that I am neither
14 financially interested in the action nor a relative or
15 employee of any attorney of any of the parties.
16         IN WITNESS WHEREOF, I have this date
17 subscribed my name.
18
19 Dated: _____
20
21
                        _____
                             ANA VIDA REID
22                           CSR No. 11926

Kevin Padian

## /

*//* [2] 174:3,4

## 1

1 [7] 4:12 20:24,25 21:4,8 32:22
135:15
10 [8] 1:17 2:19 5:1 52:5 55:22 65:
18 66:23 98:20
100,000 [2] 40:25 41:9
108 [1] 4:13
11926 [6] 1:20 2:20 176:22
12 [2] 20:7 21:9
13 [1] 95:7
14 [1] 169:17
15 [6] 64:7 66:23 99:9 104:25 109:
4 117:17
150 [2] 140:17 149:21
1700s [1] 116:7
1800s [1] 51:2
1950s [1] 82:3
1960s [1] 82:3
1970s [1] 19:18
1984 [1] 143:9
1990 [2] 18:24 21:22
1999 [1] 2:16

## 2

2 [9] 4:13 45:16 65:14,17 108:14,15
135:18,24 163:16
'20 [4] 12 100:8 101:2 102:2 158:
24
200 [2] 99:14,20
2005 [4] 1:17 2:19 5:1 175:15
215 [1] 3:7
24/7 [1] 27:15
25 [2] 18:18 143:4

## 3

3 [1] 65:18
3:52 [2] 2:18 5:2
30 [3] 7:2 16:21 27:3
3000 [1] 3:6
35 [1] 64:8
350 [2] 40:12,13
353 [1] 40:8
393 [1] 3:11

## 4

4 [2] 157:20 162:1
40 [1] 63:20
425 [1] 7:13
45 [2] 27:13 149:17
46 [1] 62:17

## 5

5 [4] 65:20 69:2
50 [7] 16:18 43:20,20 64:2,7,23
103:15
500 [1] 99:11

## 6

6 [1] 164:13
60 [1] 7:1
62669 [1] 1:21

## 7

70 [2] 102:13,19

734 [1] 3:12

## 8

827-2001 [1] 3:12
86 [1] 143:9

## 9

9:28 [2] 2:18 5:2
90 [1] 63:20
94708 [1] 7:13
981-4000 [1] 3:7

## A

a.m [2] 2:18 5:2
ability [3] 44:12 59:11 102:8
able [10] 25:4 43:12 49:4 54:7 86:9
87:8,8 98:5 160:24 166:20 172:1
above [1] 69:15
absent [1] 24:22
absolute [1] 107:19
absolutely [4] 38:13 77:21 115:10
134:7
abstruse [1] 61:19
absurd [1] 123:1
accept [6] 93:14 114:1,2,2 135:5
147:16 150:10,10
accepted [16] 23:10,25:2,3,7 104:
18 117:13,21 118:2,12 120:21
123:3 125:9,11 129:20 157:16
167:2
accepts [2] 153:3,4,6
accessed [1] 183:4
accommodation [1] 90:7
according [6] 58:17 111:12 154:
14,17 170:8
account [10] 16:9 32:15 46:2 70:
10,12 73:6 81:6 112:21 131:13,21
accountable [1] 70:22
accountants [1] 12:18
accounted [2] 81:1 116:25
accounts [4] 52:20 54:20,22 143:
3
accreditation [2] 7:25 8:18
accumulate [2] 57:6,7
accumulated [1] 149:23
accumulating [1] 132:14
accumulation [2] 71:2 173:14
accurate [2] 9:18:11 38:11 39:2 46:
16 47:3 49:19 53:20 62:14 67:24
85:25 86:3 86:19 89:7,20 90:17
91:22 103:8 142:13 151:25 175:
11
acknowledge [1] 169:6
acquire [2] 55:1 77:24
acquired [1] 87:21
acquires [1] 55:14
acquiring [1] 58:15
across [2] 57:15 164:9
act [1] 85:19
acting [1] 56:14
action [13] 11:20 48:5,17,23 160:
19 161:12 167:1,7,8,11,17,20 176:
14
actions [3] 160:22 161:19 167:9
168:14,25
activities [1] 23:23

actual [2] 18:10 139:7
actually [27] 18:4 33:19 34:3 35:
14 36:6 40:5 48:17 52:3,21 54:16
57:20,22 60:5,21 63:2 72:5 75:13
79:25 97:9 104:4 106:3 115:24
132:16 135:17 147:5 159:10 166:
9
adaptation [20] 48:17,20 49:23 50:
13 55:12 57:2 58:10,11,13 59:7,
10,13 74:18,20 77:6,11 89:6,14
91:21 93:15
adaptations [8] 48:19 49:12 50:
22 91:23 92:25 145:17
adapted [2] 55:5,19
adaptive [15] 46:18 49:6 52:10 54:
23 56:2 57:11,12 65:16 69:19 74:
24 77:13 92:2,13,16 93:7
add [3] 78:15 150:7,12
added [1] 33:23
addition [2] 22:1 50:15
additional [2] 108:19 129:11
address [11] 7:10,11,14 8:23 21:
25 22:23 23:19 41:17 156:22 165:
10 166:1
addressed [1] 130:23
addresses [1] 122:8
addressing [2] 17:5 19:7
adherence [1] 150:9
adjust [1] 98:6
administrator [2] 159:19 169:4
administrators [6] 16:22 17:1
142:6 158:21 166:17,18
admire [1] 198:10
admission [1] 139:8
admit [3] 138:22 166:16,20
adult [1] 36:18
advance [6] 40:5,15,21 95:1,15
146:9
advanced [1] 92:23
advances [1] 124:15
advantage [16] 44:17,18 47:2,9,10,
11 50:3,10 84:16 86:2,9,18 89:25
90:16 92:9 94:6,8,12
advantageous [2] 89:12 92:24
advantages [1] 50:14
aerodynamics [1] 97:22
affair [1] 13:15
affect [1] 152:20
affected [1] 40:4
affidavit [1] 9:24
africa [2] 66:23 103:16
age [1] 107:2
agent [1] 66:8
agents [4] 124:25 125:14,18 129:5
ago [12] 7:21 8:4,5,25 22:3 64:8,23
99:14,20 117:17 143:21 144:12
agree [20] 6:24 14:24 22:13 24:3,
23 25:6,6 42:22 94:22 114:12 120:
10,11 122:13,15,16,21,23 123:24
135:17 161:11
agreed [6] 7:1 12:9 23:7 98:1 151:
16 166:16
agrees [1] 173:9
ahead [1] 117:13
air [1] 22:20 75:12 77:1

airfoil [1] 75:11
aisles [1] 166:23
al [2] 1:3 2:4
align [1] 58:22
alike [1] 54:14
alleged [1] 153:2
allow [3] 70:17 87:21 101:8 107:18
159:15
allowed [1] 24:3
allowing [2] 76:13 93:25
allows [2] 78:3 100:14
almost [3] 73:3 96:8 156:6
alone [5] 127:10 134:8 154:25 155:
5 167:8
alongside [1] 167:6
already [6] 14:4 52:1 102:18 137:
24 144:3 161:7
alternative [6] 14:22 16:13 87:10
157:11 165:3 167:5
alternatives [4] 145:25 146:2
although [6] 8:3 42:17 58:20 90:5
125:1 158:4
amazing [1] 102:15
america [3] 70:2,2 103:16
americans [1] 138:21
amicus [3] 10:5,18,25
among [7] 32:23 66:9 73:6 156:12
160:2 166:24 168:21
ana [4] 1:19 2:19 5:24 108:13
analogy [2] 40:6,8
analyses [1] 63:22
analysis [6] 17:21 62:23,25 63:19
64:14,17
analyze [1] 14:20
analyzing [1] 57:19
anatomy [3] 31:10,21 74:9
ancestor [5] 60:1 63:12,17 65:7
153:1
ancestors [4] 60:4 62:17 103:15
154:17
ancestry [2] 33:17 63:16
ancient [4] 99:25 104:3 105:24
107:19
and/or [1] 137:24
anew [1] 51:25
animal [31] 31:9 34:17 59:5 75:12,
14 96:2,6 97:7,13,15
animals [39] 30:10,16 31:1,13 33:
9,11 34:23,24,24 35:5 49:10 58:
17,19 59:25 62:25 63:20 64:3 66:
19 76:4 78:16,23 80:14 85:14 91:
4 96:3,15,18 101:16,19,21,25 102:
3,6,11,12 103:19 109:5 110:7 151:
3
another [26] 6:1 12:19 21:5 46:15
59:11 66:25 69:23 72:7 97:23 98:
15 105:12,13,21 108:5 111:1 118:
15 125:12 129:23,24 134:4 148:
17 150:12 157:16 159:9 170:4
answer [21] 5:6,10 10:8 14:13 15:
1 17:6,14 18:15 29:5,17 32:6,25
35:12 49:15 53:15 61:5,5 83:5 92:
21 149:9 161:21
answered [3] 9:18 162:3 166:14
answers [2] 5:21 31:20

Kevin Padian

antecedent [1] 136:23
anti-evolution [1] 23:23
anti-evolutionism [1] 143:8
anti-evolutionist [2] 144:18,19
anti-science [1] 23:4
antievolution [1] 134:23
anybody [1] 133:13
anyone's [1] 39:13
apart [2] 15:7 101:3
apparently [4] 16:16,22 170:19 172:17
appear [5] 34:2 35:17 62:13 101:5, 18
appearance [3] 56:9 109:5 114: 14
appearances [2] 3:1 56:22
appeared [2] 23:6 104:5
appears [4] 33:15 78:23 83:13 129:19
applicable [1] 42:15
applied [1] 42:13
applies [1] 179:9
apply [6] 42:6 71:25 83:20 148:4,5 155:22
applying [2] 90:13 156:11
appreciate [2] 10:7 38:1
appreciated [1] 38:3
apprehending [1] 39:1
approach [4] 16:13 29:13 30:8 116:4 120:1 145:5
appropriate [2] 109:16 160:4
aquatic [2] 63:11 65:8
arch [1] 3:6
archaic-looking [1] 103:18
arching [1] 172:16
archivist [1] 12:19
area [15] 1:9,10 2:7 5:14 13:18 15: 13 16:7,8 35:7 38:8 72:7 136:13 142:4 149:25 157:8
areas [3] 6:5 31:24 83:15
aren't [4] 121:21,22
arguably [1] 103:7
argue [1] 154:14
argument [1] 166:22
arise [1] 83:13
arizona [1] 151:12
arm [1] 75:9
armor [1] 36:5
arms [5] 75:24 96:8,8 151:4,6
around [11] 35:7 58:20 64:4 96:3,6 99:8 103:16 114:6,15 147:21 148: 2
arrangement [1] 34:3
arson [1] 40:10
art [1] 27:7
artificial [2] 85:15 104:22
ascii [1] 173:24
aspect [2] 122:6 172:13
aspects [2] 20:3 170:25
assess [1] 64:14
assessed [3] 71:24 83:10 113: 15
assessment [3] 16:6 53:13,13
associated [6] 100:15 102:17 106: 10 108:11 114:20 115:2
assume [2] 6:21 158:20

assuming [2] 137:22 159:24
assure [1] 6:3
attached [3] 27:9 96:11 175:12
attempt [1] 16:11
attempting [1] 122:11
attend [1] 24:13
attention [1] 161:10
attorney [3] 3:10 5:14 176:15
attorneys [1] 12:10
attributes [4] 44:12 45:5 61:25
audiences [1] 122:16
australia [1] 70:2
authored [1] 22:19
authorities [1] 168:22
authority [1] 159:17
available [6] 32:4 51:14 57:18 80: 13,14 100:25
average [1] 40:25
avoid [1] 6:17
avoided [1] 168:1
award [1] 121:24
aware [12] 13:19 22:7,10 23:11 25: 14 134:14 137:20 140:4,7 141:15, 19,22
awareness [1] 155:22
away [1] 131:11
awfully [1] 149:21
axis [1] 132:7

B

baby [1] 96:1
back [27] 8:19 14:2 30:2 36:5 64:2, 15 66:21,23 80:5 81:22 85:17 86: 25 96:5 100:4,17 102:2,13 103:15 104:9 105:18 116:6 122:2 143:9, 21 147:24 150:19 158:15
background [3] 145:11 160:8 161: 16
backs [1] 36:6
bacteria [1] 114:8
bad [1] 45:5 92:3
badlands [1] 30:1
balance [2] 98:8 154:21
banded [1] 76:11
barbs [1] 131:25
barbules [1] 131:25
base [1] 75:17
based [24] 27:12 39:16,18 47:23 49:14 62:5,11 65:10 69:5 79:15 82:2 84:16 88:19 91:1,16 96:17, 21 105:5 106:20 107:16 108:1 113:19 141:9 154:22 156:25
basic [4] 46:6 58:23 130:22 168: 14
basically [7] 31:15 32:13 62:9 79: 16 81:13 107:23 134:18
basing [1] 154:24
basis [18] 5:17 6:6 12:14 15:23 16: 1,7 17:3 30:9 39:10 48:6 54:23 58: 21 65:13 67:23 114:22 124:7
bear [6] 6:6,10 26:17 28:24 34:19
bears [2] 17:17 119:7
beast [1] 59:11
beating [1] 121:23
beautiful [1] 98:11

became [1] 58:18
become [10] 36:17 55:7 59:3,4 76: 8,25 86:7 87:12 94:2 144:18
becomes [1] 13:12 77:13 99:18 115:2 130:1,6 146:13 147:3,4,12
becoming [1] 72:3
bed [1] 46:10
beds [1] 51:8
beetles [3] 54:7,14 85:11
began [1] 90:10
begin [3] 35:6 58:24 58:9 133:25 138:10
beginning [4] 2:17 10:11 105:1 135:4
begins [1] 21:7 52:11 56:3 134:14 143:24 164:13
behalf [1] 2:16
behave [1] 66:17
behavior [5] 56:10 73:15 86:14,19 125:20
behavioral [1] 27:4 50:7 58:12
behaviors [1] 48:22
behe [13] 116:3 120:15 121:4,9,16 122:9 123:6 124:15 127:1 129:19 130:9 131:12 171:19
behe's [2] 126:14 127:5
beings [1] 114:3
belabor [1] 166:6
belief [3] 12:3,16 115:22
beliefs [2] 23:15 24:1
believe [34] 8:3,18 9:21 13:11 23:1 24:4 29:3,21 40:6 44:10 63:24 89: 5 91:21 105:3 112:13 116:2 132: 10 135:2 136:22 146:18 154:8 158:5 167:7 169:14
believed [1] 23:10
believes [1] 146:12
below [3] 51:8,9 58:12
beneath [1] 99:17
berkeley [1] 18:18
best [7] 10:12 19:23 26:23 27:1 30: 10,11 147:16
better [18] 31:11 34:22 43:12 48:7 58:18 57:18 67:8,9,9 86:6 90:20 98:9 106:5 117:7 119:14 121:11 125:6 147:15
between [19] 20:9 21:13 22:24 44: 11 45:2 46:25 47:19 59:18 85:23 67:22 68:4 80:7 85:5 86:1 94:4 117:5 146:22 166:11 171:5
beyond [7] 53:12 63:6 112:23 124: 25 126:21 146:14 169:2
biased [2] 155:18,21
bifurcate [1] 132:7
big [13] 57:1 60:24 61:12 69:10 71: 19,23 72:6 75:23 86:19,20 98:13 101:10 155:20
bigger [2] 75:4 149:14
bilateral [1] 104:2
bill [1] 8:9
billions [2] 143:21 144:12
bio [1] 28:20
biochemical [3] 42:23 121:11,17
biochemist [1] 121:10
biogeographical [1] 70:1

biological [1] 37:11,15 38:5,8,9 39:21 41:17 47:21 52:2 71:17 131: 20 137:8 145:24
biologists [9] 73:11 74:19 93:13 126:16 130:21
biology [32] 15:16 16:14 18:10 19: 15,17,19,25 20:8 21:15,18 24:9 30:4 34:15 36:13 37:3 46:2 55:25 63:13 72:17 82:3 108:4 109:8,10 111:6,10 112:11 134:12 138:13 139:4,7 158:4 163:17
bipedal [1] 96:6
bird [3] 57:15 132:5 150:21
bird's [3] 35:3 75:24 76:22
birds [23] 29:10,11 57:14 75:8,19, 21,25,25 78:25 79:2 90:20 91:3 95:22 96:18 114:9 117:5 131:6 143:22 144:2,2 151:3,7
bit [4] 55:2,2 67:17 172:20
blew [1] 117:16
bloom [1] 87:8
board [21] 1:11 2:8 5:15 10:23 23: 5,8 145:22 146:12 155:24 156:21 157:10,16 159:18 160:20,22 166: 11,22 167:9 158:13,17,25
board's [5] 146:19 147:2 157:5 167:1,20
body [10] 36:3,18 76:4 91:7,9 145: 16 147:12 149:12,14,16
bones [7] 31:16 33:3 35:3,7 36:4 60:14 75:9
book [14] 14:3 16:16 20:14 26:12 100:6 121:14 144:15,16 145:20 156:8 156:3 159:9 163:2,7
books [1] 121:5
boom [1] 57:15
bore [1] 64:11
borrowing [1] 38:7
botanist [2] 30:17,24
botany [4] 28:9 29:8,10 30:3
both [10] 17:11 29:11 44:16 50:25 53:21 86:11 120:14,14 161:1 172: 1
bottom [5] 45:16 100:22 133:25 135:16,23
boundary [1] 104:23
box [1] 3:11
brachiopods [1] 101:23
bracket [1] 101:20
brain [1] 175:16
branch [2] 12:15 15:22
branched [1] 176:8
branches [1] 94:1
branching [1] 61:7
bravadoes [1] 159:19
bread [1] 172:3
breadth [1] 168:20
break [4] 6:13 45:8 89:9 133:13
breed [1] 54:15
bridge [2] 92:15,17
brief [3] 10:5,18 61:9
briefer [1] 104:4
briefly [1] 15:22
briefs [1] 10:25
bring [1] 34:19

Kevin Padian

bringing [2] 28:24 30:2
brings [1] 21:14
broad [2] 135:4,15
broadly [1] 74:7
broken [2] 74:25 93:21
brooding [1] 78:21
brought [1] 23:19
brush [1] 132:12
build [1] 147:25
building [1] 147:12
built [1] 75:18
bunch [1] 100:7
burn [1] 49:15
burrows [1] 102:3
business [1] 121:7
buzz [1] 168:7

**C**

cages [1] 85:10
calcite [1] 101:23
calculus [1] 132:23
calibrate [1] 84:24
california [14] 1:16 2:17 5:1 7:13
8:1 20:6 21:9,17 24:2 25:19 40:9
143:5,9 176:4
call [21] 17:23 31:11 48:16 52:22
54:12,21 55:12 56:8 65:22 78:4,4
79:9 91:23 102:10 107:18 108:21
112:17 115:3 129:24 141:16 147:
13,19 150:23
called [10] 9:13 35:25 51:19 54:4
89:6 94:21 95:20 98:12 151:17
170:17
calling [2] 44:4 122:25
calls [4] 33:6 54:10 153:5 166:23
cambrian [17] 98:16,22,25 99:22
100:4,13 101:5,13,17 102:10,14,
19,21 103:3,4,8 105:16
came [9] 21:22 42:1 51:15 95:23
96:19 108:2 132:15 142:8 151:3
camouflage [1] 76:12
cannot [14] 47:16 83:16 64:15 86:
18 112:6,21 116:9,24 126:23,25
128:7 129:5 130:11 162:11
capable [3] 75:11 96:10 117:2
career [1] 121:19
carnivorous [2] 95:24,24
carried [1] 170:3
carries [1] 45:16
carry [3] 133:25 135:24 170:2
case [31] 5:14,18 7:22,23 9:16 11:
8 12:11 13:2 15:2 16:3 26:18 28:2
30:12,22 33:2 40:19 41:19 62:10
63:21 83:21 89:19 91:5 111:7 116:
17,24 117:20 118:8 126:19 146:
18 168:19 172:8
cases [18] 10:21 40:1 50:5 56:15
66:8 74:7 83:4,5,9,20,21 115:8,10
119:10 128:1 157:18 170:14 172:
15
cast [1] 86:11
catch [1] 96:12
catching [1] 98:7
causal [7] 42:6 44:11 45:2 46:25
66:8 94:3 112:2

causality [1] 42:13
cause [1] 40:20 115:1
caused [3] 35:9 40:10 167:21
causes [6] 40:1,2 42:23,23 46:6
125:19
causing [1] 148:9
center [2] 3:9 82:12
central [2] 76:9 121:25
century's [1] 156:11
certain [21] 6:5 28:24 29:20 39:25
50:22,23 63:16,17 83:14 88:18 93:
25 94:1,1 111:18,18 123:20 133:8
148:21 150:7 171:20,21
certainly [10] 17:25 22:16,16 53:
24 74:4 96:1 121:3 127:14 134:21
173:22
certified [2] 2:20 176:3
certify [1] 176:4,13
cetera [1] 134:15
challenge [2] 173:4,6
challenged [2] 173:2,3
challenges [1] 172:23
chance [1] 99:8
chances [1] 100:3
change [72] 32:15 35:10 36:20,21
37:4,12,15 38:5,10,10,22 39:19,21
40:3 41:6,15,18,20 42:21 45:21
47:7 49:3 57:11,12,15 58:13 59:6
61:11 70:1 71:17 72:16 73:1,2,5,
10,10 79:10,10,12,15,18 81:12,14
82:16,17 83:16,18 85:5,6,25 86:1
4,4,12,19 88:15,23 89:11 90:1 91:
24 93:20 104:3 106:18 113:7 127:
7,10 129:22 136:11 159:2 160:20
161:1 173:8
changed [8] 28:15 29:15 68:4 130:
8 150:25 173:20
changes [32] 19:19 37:22 39:14
45:18 47:23 52:12 55:24 56:4,5,
24 57:3,6,7 61:10 66:5,11,12 69:
10 70:9 71:8 73:14 74:24 75:16
76:25 88:16 87:21 88:18 89:5 90:
6,14 117:5 133:8
changing [1] 51:23 59:24 60:16
66:15 67:16 75:10 79:16 93:22
chaos [1] 154:19 155:10
chapter [1] 109:7
characteristic [2] 44:19 83:16
characteristics [1] 33:13
characterization [7] 18:13 26:6
53:23 73:8 137:3 153:17 154:4
characterize [3] 66:10 128:12
170:22
characterized [2] 41:21 79:21
characters [3] 33:8 34:2 60:18
chemist [1] 97:1
chemistry [3] 74:1 107:17 108:3
chew [1] 198:5
chicken [1] 98:2
children [2] 156:9 164:14
china [1] 117:11
cited [2] 14:1,5
claim [3] 110:2,11 113:20
claims [3] 17:22 18:9
clams [1] 103:12

clarify [3] 6:8 17:15 84:22
clarity [1] 25:9
clash [1] 22:24
class [13] 16:15 24:3,13,20,23 25:
16 27:4 142:9 157:22 159:7 163:
10 165:10,11
classes [6] 24:5,9 153:21 158:4,
10
classic [2] 55:11,20
classification [4] 61:22 80:19
107:1 108:7
classifications [1] 62:2
classified [1] 91:20
classify [2] 61:24 108:11
classroom [21] 27:10,12 136:9,10,
19 137:9 138:16,25 139:5,8,23
141:25 158:12 166:18 167:18,21
168:5,7 169:4,8,12
classrooms [2] 17:18 139:13
clear [6] 44:22 83:15,17 134:10
150:16 165:19
clearly [1] 141:7
climate [1] 73:2
close [4] 53:8 57:23 77:19 140:16
closely [4] 62:20,21 75:21 79:3
closest [3] 57:13 63:23 64:19
clue [1] 35:8
co-opted [1] 130:2
code [2] 60:21 142:25
coded [1] 60:23
coffee [1] 96:25
coin [1] 123:2
cold [1] 87:8
colleagues [2] 132:12 151:12
collect [3] 28:7 30:11,13
collecting [1] 106:24
college [1] 27:12
colonialism [1] 159:6
color [1] 76:11
colossal [1] 121:19
column [2] 51:5 107:24
come [16] 12:23 26:25 34:25 35:4
41:25 54:16 57:17 81:22 85:17 88:
14 147:24 148:12 159:16 167:12
170:15 172:2
comes [3] 123:2 147:15 150:19
comfortable [1] 156:8
coming [7] 28:20 76:19 84:23 140:
23 144:4 159:6,19
comment [2] 26:17 94:18
common [9] 33:17 42:3 50:11 62:
17 82:21 83:17,18 146:7 152:25
154:17
communal [1] 122:6
communication [1] 6:3
communities [1] 123:10
community [25] 25:3,7,8 105:4
109:22,24 117:21 118:12 120:8,9,
22 153:2 156:13 166:12,22 167:
10,12,22 168:8,15,18 169:16 170:
10,19 171:18
comparable [1] 175:1
comparably [1] 79:18
comparative [9] 31:10,21 74:9 91:
1 170:4

compare [1] 62:1
compared [4] 33:9,10
comparing [4] 33:22 61:14 79:24
107:13
comparison [2] 62:23 78:15
comparisons [2] 63:4 107:7
compel [1] 23:16
compensated [2] 13:22,23
compete [1] 81:23
competition [1] 48:25
complain [1] 171:24
complaint [3] 14:13,16 15:6
complete [6] 48:4 57:19 100:3
134:4 154:18 163:6
completely [21] 37:17 59:22 63:20
73:9 80:15 109:20 132:21 150:1
155:14,19 157:25 158:7 159:3
160:12 162:1,17,18 163:9,10,11
167:25
complex [14] 77:1 81:2 102:16
110:3 115:5 118:9 126:9 127:13,
15 130:15 131:14 164:15 165:6
170:7
complexity [39] 111:23,23,25 112:
1,6 115:18,18,24,25 116:23,23
117:2,2 120:3,3,19,19 122:10,11
123:22 124:16 126:3,5,11,13,15
127:5 128:5 129:9,12,17 131:9
132:17 164:19,20 166:5,6 170:7
complicated [1] 62:5
component [10] 43:21 47:21 49:
18 55:14 56:7 62:23 66:2 87:18
125:13 147:6
components [4] 56:13 62:24 74:
25 75:16 173:1
composition [1] 47:22
compute [1] 134:5
computer [1] 60:25
conceive [1] 140:13
concentrate [1] 29:9
concentrated [1] 71:7,9
concept [14] 54:4 120:4 122:1,9,
10 126:3 127:5,17 128:5,7 129:17
134:22,23 167:2
concepts [9] 20:18,21 111:25 115:
24 117:1 120:1 128:18 164:24
166:5
concern [1] 47:15
concerned [6] 13:13 18:6,7 65:16
70:14 72:17 73:3 139:3 166:13
concerning [6] 108:20 112:18
119:2 129:16 136:12 140:9 143:
10 164:22
concerns [1] 23:19
conclude [1] 103:9
conclusion [3] 95:10 109:4 117:
15
conclusions [1] 174:4
concur [1] 159:12
condemnation [1] 156:7
condition [1] 60:22
conditions [3] 86:24 90:7 120:11
confer [1] 44:18 50:14 91:25
conferred [2] 50:3 94:13
conferring [2] 92:9 94:6

Kevin Padian

confers [2] 47:1 88:2
configurations [1] 93:4
confirmation [1] 92:12
confirmed [2] 105:6 106:2
conflated [2] 142:25 144:18
conflict [1] 150:17
confusing [3] 20:11 33:19 146:6
confusion [5] 166:25 167:24 168:
21
connect [1] 101:2
connected [1] 115:25
connection [9] 14:17 15:2,9 22:
21 44:11 45:2 94:4 98:19
connections [1] 104:23
connotation [1] 141:6
consensus [6] 117:15 118:2 153:
3,7 167:3
consequence [1] 159:1
consequences [5] 113:14 147:11
148:4 157:24 167:20
consider [2] 10:3 19:24
considerable [1] 28:3
consideration [2] 16:19
considerations [1] 168:3
considered [5] 53:20 100:17 108:
22 138:4 139:21
considering [1] 157:11
consist [1] 32:1
consistency [1] 25:9
consistent [7] 37:17 65:4 80:3
106:8,8,9 112:19
consisting [1] 93:21
consists [1] 94:10
constantly [1] 142:25
constitution [1] 48:4
constitutions [1] 37:20
construct [1] 134:9
consultant [1] 13:1
consulted [4] 11:8
consulting [3] 11:19,24 12:10
contact [2] 12:6 54:16
contacted [2] 12:1 13:13
contacts [3] 13:6,7,9
contained [1] 175:12
contemporary [1] 109:7
content [1] 18:14
contest [2] 6:13 166:11
contesting [1] 8:9
continental [4] 99:18,25 147:20
148:2
continents [2] 32:12 147:21
continues [1] 152:4
continuing [1] 130:3
continuity [2] 100:24 144:1
continuum [1] 93:23
contradict [2] 74:23 159:17
contradicting [1] 23:14 71:4
contradiction [1] 128:17
contrast [1] 170:16
contrasting [1] 172:9
contribute [1] 59:11
contributed [1] 140:16
contributing [1] 67:7
control [2] 132:8,16
controversies [1] 164:7

controversy [4] 23:13 160:23 166:
21 169:1
conundrums [1] 163:2
convection [1] 148:7
convective [1] 148:19
conventional [1] 106:20
convey [2] 124:2,19
conveys [1] 152:11
conviction [2] 38:24 171:8
convoluted [1] 86:10
cool [1] 91:16
cooling [1] 91:10
coordinates [1] 42:19
copies [2] 14:14 16:15
copy [6] 20:23 21:3,5 26:13 137:14
174:1
corpus [3] 116:4 140:20 173:16
correct [37] 10:12 39:22 45:25 52:
15 53:15 63:13 65:8,18 69:1 70:
11 77:12 84:25 87:20 88:24 90:18
105:19 106:24,25 107:1 109:13
112:15 118:10,14 133:12 138:21
171:10 175:13
corrected [1] 175:12
corrections [1] 175:11
correctly [9] 39:1 41:21 44:9 61:
24 63:15 54:18 72:19 103:6
correlated [1] 44:6
correlating [1] 51:6
cosmology [1] 138:2
couldn't [8] 24:22 64:14 82:7 88:3
91:8 110:3 116:17 126:12
counsel [2] 15:7,12
count [1] 163:8
countermand [1] 159:17
countermands [1] 140:2
counterparts [1] 51:12
countless [2] 105:5 106:2
countries [2] 153:7 163:22
country [1] 156:8
couple [5] 12:17 22:3 45:22 65:13
133:21
course [16] 25:22,25 29:10,25 64:
1 71:25 88:2 105:19 123:4 140:22
146:25 149:2 151:9 154:3 171:1
173:19
coursing [1] 148:8
court [4] 1:1 2:1 8:2,3
cover [2] 21:8 91:6
cows [2] 58:20,21
crashes [1] 43:24
create [3] 122:11 124:12 132:19
160:17 161:24 162:10 167:8
created [5] 110:5 111:20 112:7
162:12 169:1
creates [1] 69:10
creation [9] 7:25 8:7,8,14 9:2 23:
24 112:7 127:7 143:8
creationism [5] 14:22 16:12 17:
24 22:20,21,25 108:21 113:1 164:
21
creationist [2] 143:5 145:11
creationist's [1] 142:23
creative [3] 112:23 115:5 116:19
creator [1] 165:15

creatures [1] 105:24
credentialed [1] 19:13
credentials [2] 19:12 161:16
crest [3] 35:25 36:1,7
crickets [2] 54:8,10
criteria [11] 52:22,25 60:9 68:17,
19,21 122:12 124:13 125:8,9,11
criticism [7] 110:23,25 111:5,9,14
112:11 123:6
criticisms [4] 130:22,23 155:17
172:5
criticize [1] 155:4
criticized [1] 171:22
criticizing [1] 155:13
critics [2] 154:23 171:24
crocodiles [2] 36:5,6
cross [1] 68:1
crust [1] 99:18
csr [1] 1:20 176:22
culture [1] 25:11
cultures [1] 153:7
cumulative [2] 73:14 76:24
current [5] 7:10 78:23 84:19 89:17
128:11
currently [2] 25:14 82:8
currents [1] 148:7
curricular [1] 164:9
curriculum [30] 16:13,18 26:8,23
117:25 118:3 134:13 136:11,24
137:16 138:5 139:6,11,12,17,18,
19,21 140:3,6 141:24 155:7,21,23
158:23 157:12,13,15,16,19 159:
2 160:20 161:1
curved [1] 66:21
cv [1] 10:15

## D

daily [1] 93:3
damage [3] 87:5 166:25 169:7
darwin [9] 47:15 52:3 65:14 85:12
140:13,14,15 144:15
darwin's [16] 43:9 45:17 46:20 47:
13 134:15 137:21,23 140:8,10
141:16,19 142:21,22 144:15 145:
4 146:9,11 151:24
darwinian [2] 170:17,23
darwinism [1] 145:3
data [7] 28:23 32:14 60:24 61:3 62:
4 105:13 107:9
date [2] 136:18 176:16
dated [1] 176:19
dates [1] 107:19
dating [4] 107:6,6,8,11 108:1
datum [1] 105:12
day [7] 26:14 27:13 51:12 96:25
121:14 159:7 175:14
day-to-day [6] 10:24 11:3 12:14
13:8 32:24 38:3
days [1] 7:1
de [1] 91:7 172:7
dead [2] 28:10 98:3
deal [2] 25:11 156:4
dealing [5] 63:10 65:21 67:15 153:
21 157:17
deals [1] 82:9

debate [2] 145:12 162:8
debated [1] 154:2
decades [2] 99:1 159:14
deception [1] 154:10
decide [1] 10:25
decided [1] 167:13
decision [3] 12:11,12 136:12
declaration [1] 10:9
declarations [1] 9:24
declare [1] 175:8
deemphasize [1] 155:2
deep [1] 148:6
defamatory [1] 153:17
defendant's [3] 4:11 20:25 108:
15
defendants [5] 1:13 2:9,16 3:8 5:
14
defer [1] 29:7
deficiencies [2] 129:16 141:8
deficient [2] 103:22 163:18
define [2] 69:14 157:16
defined [8] 48:20 74:20 135:3
definite [1] 38:23
definitely [1] 138:12
definition [6] 69:11,12 135:5,6,7,
17
defuse [1] 23:13
degree [5] 53:25 54:21,21 80:1,15
degrees [1] 149:17
dembski [6] 116:3 120:15 121:4
122:10 123:6 171:19
demonstrable [1] 50:6
demonstrate [2] 74:3,15
demonstrated [6] 75:1 83:3 117:
3 128:6 146:14 152:23
demonstrates [1] 171:16
demonstration [1] 74:17
denies [1] 138:8
deny [1] 154:16
departmental [1] 19:20
depend [1] 111:13
depended [1] 108:1
depending [1] 191:1
depends [3] 29:24 30:14 144:6
deployed [1] 70:15
deposed [1] 7:20
deposition [6] 1:15 2:15 5:16 7:
15 9:22 21:7 136:1 175:10
deposits [1] 26:14
deputy [1] 12:15
derive [1] 105:4
derived [4] 33:8 34:2 63:5 84:18
descendants [1] 33:16
descended [1] 117:6
describe [8] 8:21 14:11 32:10 60:
22 106:9 114:4 115:13 133:4
described [16] 48:12 53:18 57:5
61:20 65:9 73:19 83:13 84:13 104:
17 107:6,12 113:2 114:24 148:11
158:7,18
describes [2] 61:6 79:9
describing [5] 21:10 39:20 82:15
88:15 121:13
description [2] 79:4 139:9
descriptions [2] 60:23,23

Kevin Padian

design [87] 14:22 16:12,20 17:5, 18,23,24 21:19,24,25 22:8,12 25: 16 65:21 66:3 69:4,8 70:20 102: 21 108:20,21,24 109:13 111:7,10, 16,17 112:12,19 113:1,3,6,8,13 114:20 115:15,21 116:6,8 117:22 118:19 119:10,16,18 120:5 122:4, 12 123:15,23 124:1,13,14 129:18 131:10 132:19 134:3,18 135:10 136:5,6,13 138:6,18 139:15,25 140:2,4 141:14,17 142:3,16,20 143:11 144:13 145:1,3 146:1 150: 16 155:11 164:21 165:2,24 166:5 168:24 171:5,9 173:21
designed [4] 23:19 25:10 119:22, 24
designer [6] 110:5,12 111:11,20 112:3,14
designs [1] 119:7
destiny [2] 159:11,11
destroy [1] 149:19
detail [2] 59:1 108:19
detailed [2] 17:20 163:5
details [3] 8:4 20:22 27:22
determine [7] 31:19 37:21 56:16, 17 76:6 113:12 137:8
determined [3] 42:23 56:14 115:4
determines [2] 42:24 56:14
develop [4] 34:22 78:6 144:14 151: 10
developing [2] 77:23 90:17
development [7] 34:23 35:5 36: 17 91:22 131:23 132:2,5
developmental [7] 34:15 35:14, 21,22 36:8,12 37:3
develops [1] 131:24
devised [1] 29:5
devoted [1] 28:2
died [1] 176:16
diego [1] 8:8
difference [7] 21:12 31:13 41:1 52:19 54:8,9 55:12 70:19 80:3,6,7, 16 85:5
differences [11] 27:5 53:24 56:19 61:15 64:22 67:12 68:24,25 73:6, 16 80:1
different [53] 7:21 17:8,14 20:10, 19 27:3 28:16,19 30:19 35:15,16, 17,18 37:20 39:9 42:4 52:18,21 53:6,9 54:9 55:8 56:12 59:17 61: 12 83:25 64:1,3,25 69:9 71:5 73:9, 13 75:22 80:11,20 85:20 87:20 88: 6 91:2 107:22 109:20 113:5,9 129: 22,23 141:18 144:8,9 145:5 147: 10 166:11 173:20
differentiate [1] 58:2
differentiation [1] 171:4
differantly [1] 39:23
differs [3] 30:3 142:21 144:14
difficult [5] 34:7,25 82:1,13 109: 24
difficulties [1] 83:12
digging [1] 30:2
digits [2] 35:2,2
dignify [1] 122:25

dimensions [1] 88:14
dinosaur [1] 30:2
dinosaurs [6] 31:1 75:20 75:15,18, 20 79:2 90:22 95:23 117:11
direct [2] 60:4 98:14
directed [1] 17:4
direction [1] 176:11
directive [1] 142:7
directly [9] 23:1 47:17 77:7 82:7 90:5 93:17 108:2 162:13 166:1
director [1] 11:5
directors [2] 1:11 2:8
disagree [3] 24:14,15 151:11
disagreement [1] 154:19
disappearing [1] 51:24
disapproving [1] 66:2
disarray [1] 154:9,19
discerning [1] 32:14
discipline [3] 32:21 37:20 38:6 88: 12 107:14
disciplines [6] 26:25 36:11 37:15 74:11 89:17 147:10
disconnect [1] 124:9
discourse [1] 168:21
discoursing [1] 119:20
discover [2] 126:25 127:1
discovered [1] 152:5
discrediting [1] 95:11
discuss [2] 52:5 160:1
discussed [12] 20:21 65:18 84:2 88:14,25 90:1 105:10 108:9 109:8 112:9 138:17 150:15
discussion [13] 18:8 52:13 68:10 88:17 126:12 142:10 157:4 160:3, 3 168:10,11,24 170:15
discussions [2] 165:24 168:6
dismiss [1] 65:22
dismissed [1] 139:20
displace [4] 149:8,13 150:13,15
displaced [1] 149:25
displaying [2] 84:15 110:24
display [1] 76:12
dispute [1] 21:14
disputes [1] 22:20
disrupt [1] 125:22
dissection [2] 24:6,12
dissertation [1] 19:18
distant [2] 104:12,15
distinct [3] 52:23,24 79:20
distinction [10] 58:4 59:18 65:23 66:1 67:22,24,25 146:22,23 150: 21
distinctive [2] 29:2,6
distinctively [2] 28:6 29:21
distinguish [1] 20:9
distinguishes [1] 79:18
distracting [1] 97:22
distributed [2] 53:19 54:25
distribution [3] 39:25 61:15 73:1
distributional [1] 42:7
district [11] 1:1,2,9,10 2:1,2,7 4:13 5:15 136:13 167:15
diverged [1] 64:22
divergents [1] 64:21
diverges [1] 81:17

diversification [1] 34:16
diversity [3] 67:3,5 148:23
divine [2] 116:18 138:9
dna/rna [1] 63:1
doctoral [1] 19:18
document [8] 4:13 20:14,20 26:3, 11 101:1 135:18,19
documentation [1] 171:23
documents [1] 150:14
doing [11] 31:14 53:9 56:6 58:20 60:8 81:14 91:5 158:16 166:19 172:8 173:7
dollars [2] 164:3,10
domain [1] 127:24
domestication [1] 85:13
donated [1] 116:17
done [21] 5:23 10:20,24 11:3 13:24 22:4 30:4 48:7,8 49:9,10 80:2 84: 7 90:10,21 120:12 161:5,7 167:6- 170:8,12
door [1] 121:23
double [1] 171:25
doubt [1] 146:14
doubtless [1] 62:5
dover [22] 1:9,10 2:7 4:13 5:14 11: 13 13:15,18 15:13 16:6,8,12 136: 12 142:4 153:20 156:15 157:8 158:24 164:23 166:22 167:22 168: 13
down [11] 8:6 42:24 51:10 52:9 55: 8 62:19 69:13 74:25 87:14 88:4 93:21 96:25 99:17 100:20 110:18 154:14 157:21 161:19 165:1
dozen [1] 172:12
drafted [2] 23:6 168:13
drafting [1] 23:18
dramatic [1] 160:10
draw [1] 92:18
drawn [4] 92:20 99:17 147:8,24
drift [2] 147:20,21
drive [1] 31:25
drop [1] 92:10
duck's [1] 41:22
due [1] 55:16
duly [1] 5:5
dumb [1] 44:1

## E

e-i-s-b-e-r-r-y [1] 12:21
e-x-a-p-t-a-t-i-o-n [1] 129:25
each [50] 5:23 21:13 25:22 27:17 34:4 40:9,19 53:1,2,5,10 54:2,3, 11 59:22,23 61:8,8 62:2 63:23 64: 19,23 74:24 78:20 96:15,16 117: 19 123:5 133:11 147:25
ear [3] 35:4,8 93:6
earlier [7] 26:16 46:23 58:9 69:5 82:3 84:22 104:14 108:9 112:10 126:17 136:2 150:16
earliest [1] 58:18
early [10] 34:25 36:2 51:2,22 58:24 64:12 85:12 101:13 102:18 151:7
ears [1] 93:2
earth [6] 24:21 28:14 99:17 147:24, 24 148:6,9,23

earth's [1] 148:16
earthquakes [1] 148:1
easy [1] 27:22
eat [5] 95:25,25 96:1,1,4
ecological [3] 68:24 88:7 93:1
ecologically [1] 53:9
ecology [2] 96:18,23
economics [1] 67:19
educated [2] 23:11 31:5
education [5] 18:10 18:23,23 19:9 23:3,5,16 25:11 119:20 146:5 155: 10 159:22 160:8 161:17 168:3 169:2
educational [2] 161:13 168:18
educator [5] 18:18 19:6 160:16 161:24 162:16
educators [1] 25:8
effect [8] 48:15 13:13 103:20 137: 6,9,12 138:13 181:2
effectively [3] 49:17 53:6 127:24
effects [3] 85:3,15 114:10
efficient [1] 143:13
effort [5] 38:2 98:17 129:1 132:18 164:11
efforts [1] 120:4
eggs [3] 76:16,18,20
eight [1] 41:9
eighteenth [1] 3:6
either [11] 9:8 10:10 12:22 51:5 70: 6 83:21 86:6 91:16 157:14,17 170: 1
elaborate [2] 57:2 140:14
elaborating [1] 50:6
elaboration [1] 90:1
element [4] 49:2 88:16 108:6 122: 7
elements [4] 45:22 71:21 74:8 171:9
elephant [1] 103:17
elephants [2] 103:14
eisberry [1] 12:20
elsewhere [1] 143:5
embodiment [1] 148:11
embryology [1] 34:24
embryos [4] 102:14,15 103:11 104:3
emerge [1] 89:19
emerged [1] 147:19
emergence [2] 50:6 145:16
emphasize [1] 155:2
emphasized [2] 137:24,25,25
empirical [4] 28:23 32:3 113:19 116:5
empirically [5] 109:18 110:19,21 113:15 117:3
employ [1] 26:20
employee [1] 176:15
empty-headed [1] 149:11
enable [2] 111:21 131:6
enables [1] 67:11
encompasses [2] 48:24 145:15
encounter [1] 53:10
encouraged [2] 156:21 157:2
end [8] 10:10,11 16:14 50:17 101: 17 159:5,15 166:10

Kevin Padian

endeavor [2] 28:6 32:1
ended [3] 19:17 169:14 166:8
ending [1] 2:18
endorse [1] 119:3
ends [1] 19:21
endurance [2] 6:13 50:23
endure [1] 94:1
endures [1] 72:20
enduring [4] 77:11 90:15 91:19 92:9
enforced [1] 25:14
engaged [2] 119:4,5
enlarged [1] 172:15
enormously [1] 51:13
enough [10] 26:5 41:2 48:5 79:20 113:24 129:14 146:24 147:4 151:13 155:1
entails [4] 44:16 127:6 129:5 145:4
entertaining [1] 94:14
entire [2] 140:20 173:15
entirely [4] 69:9 111:11 130:6 145:2
entity [1] 114:3
environment [15] 46:11 47:1,20, 24 49:5 55:20 59:12 86:2,5,17 87:4,22,23 94:4 107:3
environmental [2] 46:7,24 48:24 53:17 55:15 70:7 72:18
environments [5] 28:18 32:9 43:12 70:16 71:10
eocene [1] 64:2
equal [1] 167:17
equally [2] 155:5 155:9
equilibria [1] 173:2
equilibrium [10] 79:6 80:24 81:7 82:9,14,25 83:15 84:1 85:18 97:8
equivalent [1] 118:24
eric [3] 3:5 12:21,22
eroded [1] 100:1
erupting [1] 148:9
escape [1] 43:12
especially [3] 74:1 81:19 111:20
essentially [3] 36:20 37:14 44:10 52:23 60:25 110:14 119:9 132:1
establish [5] 74:3 80:18,19 97:11 156:5
established [4] 56:20 82:4 107:24 160:2
et [3] 1:3 2:4 134:15
eugenie [2] 11:5 15:21
european [2] 159:8,11
evaluate [1] 32:3
evaluation [1] 19:1
even [3] 23:7 35:17,20 41:4 50:8 51:2 54:6 55:8 58:19 61:3 74:10 75:25 91:6 93:17 96:10 101:2 111:5,10 115:9 117:6 122:1 123:6 125:4 130:2 131:3 138:20 139:20 140:24 149:18 154:10,14,24 167:15,16, 16 171:1,22
event [13] 52:11,14 53:15 54:20 55:23 56:3 68:6,7,10,15 70:10 85:24 156:10
events [2] 16:8 70:13

eventually [7] 16:20 54:25 55:14 58:17 76:25 77:1 147:12
everybody [4] 43:22 64:1 121:9 173:7
everyone [1] 153:5
everything [3] 19:20 92:19 108:11 114:5 148:24 159:12 167:23 170:24 173:19
evidence [24] 32:4 50:24 73:12 78:7 91:1 95:14 104:1 109:7 113:19 116:16 117:7,10 131:17,17 136:16 144:7 147:5 151:13 152:4 153:11,13 159:24 165:12,14
evident [2] 19:13 20:5
evidentiary [1] 156:12
evolution [53] 16:19,23 23:25 34:17 50:19 51:23 52:2 57:11 61:14 75:7 76:1 81:19 86:12,14 93:15 108:4 111:9,19 132:3,22 133:5 134:4,19,23 138:3,8,9 141:14,20, 22,23 142:4,16,24 143:23 144:2, 23 145:24,25 146:10 148:20 150:10,17 152:16,21 153:22 154:23 158:5 163:3 165:4,25 170:5 173:14
evolutionarily [56] 16:13 18:9 21:15,18 22:22,24 23:21 35:9 45:21 47:2,7 48:20 49:3 56:11,25 66:7 69:8 70:23 71:14,24 73:4 74:19 83:15 84:19 88:15 93:12 108:18 109:7,10 111:6,14 112:11 129:21 133:2 138:19 139:4 140:16 149:7, 23 150:8,11 153:25 155:4,14,19 157:3 163:17 170:18,23 171:6 172:10,14,19 173:1,12,16
evolutionary [1] 158:23
evolutionist [2] 145:12 154:12
evolve [3] 48:19 115:5 170:8
evolved [17] 60:17 76:23 110:4 111:19 112:6 115:11 115:17 126:12,14,16 130:13,17 142:23 144:17 150:24 152:14 153:1
evolves [2] 72:12 77:2
evolving [3] 75:10 76:2 154:17
ex [1] 130:25
exactly [4] 19:10 68:24 92:7 107:12,25 125:18 126:22 128:25 158:20
exaggerates [1] 104:8
examination [5] 4:2 5:8 62:1 104:23 146:9 169:23
examine [3] 49:20 67:25 170:5
examined [2] 5:5 129:6
examines [1] 36:16
examining [1] 114:14
example [39] 15:14 33:21 35:2 42:9 49:11 54:4,7,10 57:8 58:14 66:15 61:14,21 62:20 63:21 65:14 66:18 70:1 75:5,8 90:12,19 92:14 98:12 101:22 110:2,8 113:25 117:4 130:15,25 132:14 136:1 143:8 148:2 151:5 163:1 170:6 171:20
examples [7] 31:17 46:23 80:8,10 105:5 106:2 130:19
exaptation [6] 129:25,25 131:1,2, 10,14,21 132:20

excavated [1] 28:13
except [3] 6:22 54:14 150:17
exception [2] 24:13,17
excursion [1] 72:5
excuse [2] 39:12 168:12
excused [1] 24:7
executed [1] 175:14
executive [1] 11:5
exemplified [1] 128:1
exhibit [7] 20:24,25 21:4 108:14, 15 135:18,24
exhibits [3] 4:9 173:25,25
exist [6] 70:13 81:6 91:8 153:10,12 154:11
existed [3] 28:12 102:19 167:10
existence [4] 82:25 91:16 113:20 114:1
existing [6] 81:1 109:16 110:24 149:1
exists [1] 48:10
expanded [1] 172:15
expect [3] 57:23 119:8
expectations [1] 109:6
expected [3] 97:10 138:10 149:9
experience [5] 143:4 154:23 162:13 166:18,20
experiencing [1] 87:3
experiments [3] 74:1 170:2,3
expert [20] 5:17 9:12,14,23 11:9, 20,24 12:10 13:24 14:18 15:3 17:2,20 18:5,14 19:24 20:5 113:1 132:24 166:13
experts [1] 9:4
explain [20] 20:17 34:16 37:24 39:2,23 43:3 57:10 58:25 72:15,20 83:25 98:18 102:23 103:22,24 110:10 127:23 135:12,14 149:18
explained [4] 23:8 51:21 75:2 132:13
explaining [4] 26:22 27:6 131:14 151:15
explains [2] 20:14,15
explanation [15] 81:9,15 92:22 109:20 117:22 128:17 135:4 142:20 144:14,22 145:3 147:17 148:22 150:8,12
explanations [1] 94:12
explanatory [1] 148:18
explicitly [1] 126:15
exploited [1] 49:5
explored [2] 82:12 84:5
exploring [1] 147:11
explosion [12] 98:16,18,22,25 101:5,14,18 102:10,14,19,21 104:9
explosive [1] 101:6
exposed [2] 30:13 100:1
express [1] 86:9
expressed [2] 135:9 152:10
expression [1] 35:15
extensive [1] 84:9
extensively [1] 84:4
extent [6] 6:8,17 17:14 18:13 49:14 63:19 125:13 132:4 166:24
external [1] 46:15
extinct [13] 29:12 31:1,0 56:21 63:

20 64:11 72:4 79:2 80:15 86:7 94:2
extinction [3] 72:6,7,10
extinctions [4] 69:22 71:23 72:5, 25
extra [1] 168:2
extraordinary [1] 125:23
extrapolation [1] 93:18
extreme [2] 52:20 140:25
eyes [1] 159:13

### F

facet [4] 39:20 52:15 88:17,20
facets [2] 88:14 166:11
fact [37] 8:15 23:6 24:4 26:9 61:2 64:18 89:4 91:15 96:16 118:7 120:13 123:8 131:22 146:8,13,16,22,23,24,25 147:4,5 148:12,20 150:10,20,22 151:1 152:9,13,15,20,24 154:12 160:2 166:20 173:5
facto [2] 91:7 172:7
factors [10] 42:6,7 44:8 46:24 47:24 48:14,25,25 55:17 72:18
facts [9] 28:7,23 102:20 147:1,2 149:6 151:2,8,9
factual [4] 15:23,25 17:3 152:25
fail [1] 130:12
failed [1] 127:18
falling [1] 104:9
fails [1] 132:21
fair [7] 11:16 17:11 113:23 115:19 156:16 167:19 172:19
fairness [1] 150:4
fall [2] 40:10 132:19
fallacious [1] 142:1
falling [1] 123:5
falls [3] 43:20 45:3 162:7
false [5] 154:20 164:6 169:1
falsehoods [1] 161:8
falsifiable [4] 112:1 170:20,24 171:1
faisified [2] 173:13,16
falsify [1] 110:11
falsifying [1] 172:22
familiar [4] 14:15 95:14 157:7,9
family [1] 80:10
far [26] 37:18 45:13 50:21 63:5 86:20 89:3 99:10 100:4 102:22 103:23 105:18 110:21 116:22 117:7 118:7 119:23 141:4 143:25 160:23 161:5,6 164:25 166:16 168:10 170:12 173:22
farther [4] 51:10 100:17,20 112:20
fascinating [3] 63:10 77:22 90:11
fast [2] 19:19 81:19
faster [1] 87:9
fatal [2] 130:22 133:1
fauna [1] 64:13
faunas [2] 101:20 104:2
favor [1] 173:7
favored [1] 47:5
feather [7] 76:9 78:5 130:25 131:3, 23 132:2,5
feathered [1] 117:11

Kevin Padian

**feathers** [31] 75:10,22,22,23,24 76:
2,7,10,19,20,21,22,23,25 77:20 78:
17,18,25 90:19 91:2,6,18 96:10,15,
20 131:5,22 132:3,6,6 151:7
**feature** [19] 33:15,16,18 44:17 45:
2 47:19 49:4 50:2,6,11,12 58:9 59:
18 62:22 78:24 90:17 92:23 94:13
112:12
**features** [31] 5:19 29:2,6 33:1,3,5,
9,12,22,24 39:10 43:17 46:25 48:
21 57:22,25 58:2,22 59:6,15,16,21,
24 60:8,22,22,24 61:15,23 62:6,13,
16 63:5,17 65:10 77:12,23 79:10,
13 90:19 92:11 93:5 94:4,5 102:9,
18 110:6,7 123:14 125:5 152:22
**feeding** [1] 67:9
**feel** [3] 6:15 144:24 160:3 161:4
167:19
**feet** [1] 58:20
**felt** [3] 23:13 24:1 160:24
**females** [2] 54:13,13
**fertile** [1] 55:11
**few** [12] 5:19 32:18 52:12 54:1 55:
23 56:3,24 57:3 77:3 96:24 114:
18 169:7
**field** [10] 23:9 30:11 36:15 43:9,20
48:7 105:11 106:24 107:22 148:
17
**fields** [2] 29:8 30:5
**fifth** [1] 140:23
**figure** [4] 26:16 74:12 124:9 139:8
**figuring** [1] 119:22
**filamentous** [1] 131:4
**filaments** [1] 76:4
**filed** [3] 10:19 13:16 15:2
**filling** [5] 11:21,24 13:4,5,10
**films** [1] 31:14
**fin** [1] 59:8
**final** [1] 26:2
**finally** [2] 59:4 77:1
**financial** [1] 12:18
**financially** [1] 176:14
**find** [29] 6:7 30:9,25 32:11 33:5 53:
1 57:22 59:25,25 60:5 65:15 72:2,
17 76:11 86:22 100:2 102:10,15
105:11,22,23 107:13 115:7 116:4
141:10 148:24 149:1 156:7 159:
22
**finding** [4] 30:1 34:9 57:20 99:9
**findings** [1] 109:9
**fine** [5] 7:16 40:14 55:6 87:1 128:
19
**finger** [1] 77:15
**fingers** [6] 35:6 75:9 76:17,18 96:
9,11
**fires** [3] 40:8,17,18
**first** [36] 5:5,20,22 7:16 9:17 17:16
18:17 41:14 45:24 49:14 64:7 75:
25 76:6 77:4 78:6 84:22 92:5 95:1,
22 96:18 124:24 129:2 130:3,5
133:25 134:2 135:13,23 137:22
138:23 143:20,20 144:2 151:3
157:25 163:8
**fit** [4] 43:10 47:24 84:1 150:22
**fitness** [1] 43:21

**five** [5] 33:21,24 101:14,20,21
13
**fix** [2] 123:15 128:25
**flagella** [1] 114:8
**flapping** [1] 96:20
**flatlands** [1] 55:1
**flats** [3] 55:8 87:1,14
**flaw** [1] 133:2
**flawed** [1] 127:16
**flexibility** [2] 86:14,20
**flexible** [1] 86:15
**flies** [1] 85:11
**flight** [4] 75:12 76:23 77:2 97:24
**flight-originating** [1] 75:18
**flip** [1] 123:2
**flipper** [2] 61:12 93:16
**flipper-shaped** [1] 59:8
**flippers** [3] 59:3 93:2 114:9
**floor** [5] 99:13,19,23,24 102:4 105:
25
**flour** [1] 85:11
**flow** [1] 163:25
**fluid** [1] 27:19
**fly** [6] 40:23 41:2,14,19 79:3 131:7
**flying** [2] 90:22 96:20
**flyswatters** [1] 36:13
**focus** [5] 14:19 23:2 26:10 38:20
56:8,18 72:15 73:4 92:25 140:6
148:18 169:9
**focused** [5] 62:22 72:22 88:17 94:
13 138:24 150:20
**focuses** [1] 37:21
**focusing** [2] 39:18 128:15
**follow** [10] 34:7 57:9 71:12 90:11
138:13 139:11,17,18 142:7 169:
12
**followed** [1] 139:22
**following** [4] 49:13 127:19 142:8
157:24
**follows** [4] 5:5 33:12 136:11 139:
11
**food** [1] 43:13
**footing** [1] 167:17
**force** [3] 86:6 140:23 160:21
**forces** [5] 45:20 46:22 89:21 93:9
113:21 116:1
**foregoing** [4] 175:9 176:5,7,11
**forelimb** [7] 58:17 60:16 61:3,3,10,
14 62:3
**forelimbs** [4] 59:2 60:16 75:13 96:
7
**forest** [1] 162:7
**forests** [1] 30:5
**forgive** [6] 71:12 73:24 88:11 90:
10 122:25 128:21
**form** [33] 6:22 28:20 29:4,14,19 32:
5,8 35:8,18 37:22 56:19,22 59:19
67:12 75:11 81:17 82:15,17 110:
10 126:4 129:21,22 130:10,16,18
131:3,4 132:6 136:15 169:3 170:
21 172:4,5
**formal** [3] 19:17,21 132:7
**format** [1] 143:22
**formation** [4] 35:25 36:22 53:11
143:20
**formed** [8] 143:7 144:16 165:7,7,

13
**former** [1] 18:7
**forming** [2] 35:6 36:2 51:25
**forms** [8] 36:2 58:3 75:23 79:25
57:11 99:22 103:7 104:10
**formulated** [1] 144:7
**formulating** [2] 13:25 15:10
**forth** [5] 43:13,14 85:11 107:18
176:6
**forthcomingness** [1] 10:7
**forward** [2] 75:14 102:8
**fossil** [37] 30:18 32:23 33:4 34:23,
24 46:5 47:17 48:2,10 49:20 50:
18 51:3 57:22 64:6,11,24 66:22
71:16 75:4 78:21 79:5,24 80:6 82:
6,21 83:7,14 85:3 91:4 98:16 99:1,
21 105:2 106:4 110:7 131:17 132:
1
**fossils** [10] 31:20 51:10 57:18 64:
10 76:15 78:22 80:7,12 104:2 106:
10
**fostered** [1] 168:21
**found** [7] 51:4 64:6 71:15 101:17
105:16 110:7 120:10
**four** [12] 17:12 33:24 134:1 135:22
142:8,9,14 145:9 165:9,23,25 169:
3
**fourth** [2] 100:21 156:19
**fraction** [1] 83:6
**framework** [12] 18:25 20:10,13 21:
9,13,17,21 22:2,22 23:7 25:2 26:
20
**frank** [1] 3:24
**frankly** [2] 92:16 161:18
**free** [1] 96:7
**frequently** [1] 57:2
**fringe** [3] 81:15,21 84:16
**front** [6] 26:14 27:14 159:12
**fruit** [3] 40:23 41:13,19
**frustrating** [1] 130:20
**full** [7] 6:19 7:7,9 48:3 52:8 145:3
163:2
**full-fledged** [1] 57:16
**fully** [5] 83:10 164:16 165:7,7,13
**function** [39] 37:7 41:3,5 58:10 58:
15,15 73:15 76:7 77:2,24 78:3,6,
12,18 91:25 92:13 96:23 97:22,23
98:7 110:11 122:21 126:9 129:21,
23 130:1,2,4,4,5,6,10,12,16,18
150:25
**functional** [10] 31:8 50:7 58:12 59:
8 70:8,9 74:8 90:1 93:1 98:13
**functioned** [1] 28:16
**functioning** [1] 96:4
**functions** [6] 36:16 37:22 48:22
76:21 79:1 91:2 92:1 131:15
**funny** [6] 33:7 60:7 67:2 95:21 108:
10 129:24 134:2 173:18
**fur** [1] 78:16
**further** [10] 29:18 102:1 105:8 115:
4 118:25 151:10 170:15 173:23
176:11,13

G
**games** [1] 158:15

**gap** [3] 57:23 64:8 153:14
**gaps** [11] 100:16 137:23 138:1 140:
10 141:4,5,19 153:10,12,25 154:4
20 140:8
**gather** [1] 29:13
**gave** [1] 46:23
**gear** [1] 67:10
**gee** [3] 12:15 17:7 29:7
**gene** [4] 35:15 37:6 41:3,4,14 56:
15,16 88:22,23
**genealogy** [2] 104:12,15
**general** [10] 6:18 13:16 14:5,21 20:
18 36:15 83:16 105:5 111:18 135:
7
**generally** [6] 8:22 14:14 17:4 92:
25 102:11 117:12
**generation** [4] 41:10 43:15,18 47:
23
**generation-by-generation** [4]
48:3,6,14 49:9
**generation-to-generation** [1] 66:
15
**generations** [1] 49:1
**genes** [14] 36:16 37:18,21 46:10
56:16 63:2,8 67:17 87:11 88:18
132:8,14,15 133:8
**genetic** [42] 36:20,21 37:3,15,20
38:10,11,22 39:13,18 40:22 42:12,
21,23 46:6 47:12 48:4 49:18 52:
15,19 53:13,17,22,24 55:13,14 56:
5,7,12,20 63:1,19 64:16,22 70:6
72:16 73:10 85:24 86:1,12 87:13
88:17
**genetically** [2] 55:7 64:25
**geneticists** [1] 35:22
**genetics** [13] 33:12 35:14,21 36:8,
19 41:2 42:24 46:3,14 47:20 49:
20 90:5 93:14
**genie** [1] 12:4
**geno** [2] 63:3,5
**genotypes** [1] 55:18
**gentlemanly** [1] 95:3
**geographic** [2] 72:25 88:7
**geographical** [1] 68:25
**geologic** [3] 107:14,14,24
**geologists** [1] 107:21
**geology** [7] 31:21 107:17
**gets** [2] 27:19 72:12
**getting** [20] 43:4 44:23 47:8 48:10
57:6 66:3 71:14 97:22 100:3 106:
6,11,12,16,22 110:12 113:18 123:
13 128:25 146:21 164:4
**gillen** [43] 5:10,12 6:24 7:3,5,6 11:
15 14:12 17:9 21:2 22:16,18 30:
20 32:17 45:9,11 88:9 95:8,9 98:
23,24 108:13,17 112:25 113:4,10
120:25 124:5,21 126:7 127:11
128:19,20 133:16 134:16 135:21
136:20 137:11 143:15 165:21 171:
2 173:23 174:1
**girdle** [1] 60:20
**give** [12] 21:16 25:25 26:21 40:7
46:25 57:8 76:5 81:9 109:25 149:
9 158:22 169:20

Kevin Padian

given [16] 24:21 41:18 44:12 51:22
60:10 72:20 77:10 78:1 89:19 90:
8 94:13 103:1 142:6 146:17 161:
17,20
gives [9] 35:8 111:4 145:11 147:3,
22
giving [2] 64:18 117:24
glad [1] 58:5
glasses [1] 92:18
glenn [2] 12:15 15:22
god [4] 114:1,2,2 116:23
gosh [1] 26:24
got [16] 8:18 58:5 62:2 63:9 84:8
76:1 78:6 96:9 97:20 98:6 100:20,
22 110:17 123:11 124:7 157:21
165:11 172:2
gotcha [1] 59:10
gould [1] 154:13
grab [1] 97:14
grabbed [1] 97:7
grade [3] 18:20,20 20:16
grades [1] 27:19
gradual [7] 82:15 83:18,22 85:5,6
101:8 173:4
gradualism [2] 85:19 154:15
graduate [2] 27:15 35:24
grasp [3] 29:18 48:11 145:7
grasping [1] 96:10
gravitation [2] 138:2 140:23
gravitational [1] 146:17
gravity [1] 62:12
great [8] 28:11 57:12,21 64:20 67:
3 83:3 114:1 132:4 168:8
greater [2] 53:25 173:6
greatest [2] 62:5 172:2
green [1] 24:21
gross [1] 155:9
grounds [1] 24:23
group [8] 27:1 31:1 61:7 64:11 66:
19 67:4 84:14 159:16
groups [14] 28:19 32:23 51:18 52:
10 56:2 57:13,21 66:6,12 71:9 73:
17 101:16 109:5 145:17
grow [2] 46:12 87:1
growing [1] 87:5
grows [1] 40:13
growth [1] 87:4
guess [19] 13:15 17:19 32:7 36:9
37:9 54:21 62:10 83:24 90:25 96:
22 107:15 109:16 147:18 151:25
152:22
guiding [1] 168:9
gulfs [2] 57:15,21
guy [4] 44:1 79:19,20 158:13
guys [7] 64:12 97:3 98:4 117:17
123:11 171:24 173:8

H:

hair [3] 76:3 91:17,18
hair-like [5] 78:8,16,17 91:6 131:4
halfway [1] 52:9
hallmark [1] 118:16
hallmarks [2] 115:20 164:20
hand [9] 14:21 35:3 64:17 65:20,
25 75:9 114:13 124:1,18

handle [4] 32:20 87:18 92:8 95:5
hands [4] 59:2 96:13 97:13 98:7
handy [1] 137:14
happen [11] 28:10 35:10 40:20 41:
23 44:2 81:18,19 82:4 86:5 99:12
165:4
happened [5] 18:4 127:1 140:18
15B:20 167:22
happening [4] 40:5 104:4 123:12
160:7
happens [4] 44:2,3 115:9 169:7
happy [3] 55:6 81:13 156:5
hard [6] 36:5 63:24 113:17 114:10
127:19 128:24 148:13 153:16
hardwired [1] 87:13
harm [11] 158:6 159:2 160:10,17
161:25 162:10,12 163:25 165:17
167:8,21
harmful [3] 161:7,14 168:24
harming [1] 161:5
harms [2] 166:12 169:11
harrison [1] 2:16
harsh [2] 46:11 86:24
harlebeest [1] 67:1
hawaiian [1] 54:11
he'll [1] 60:3
head [8] 10:16 41:22 67:10 77:17
97:17 102:7 152:1 172:13
headed [1] 27:25
heads [1] 123:2
heals [1] 97:17
hear [4] 123:11 167:23 168:7 169:
7
heard [4] 12:7 162:15,18 163:24
hearing [2] 169:20 169:9
hears [1] 162:7
heat [1] 148:7
heated [4] 148:7 166:21
headed [2] 162:9,22
held [1] 111:15
help [8] 25:10 32:15 34:16 61:16
93:2 95:5 96:12 101:3 163:15
helping [2] 100:10 146:20
helps [1] 29:17
hereby [7] 175:8 176:4
heredity [4] 38:11
herein [3] 175:11,13 176:6
hereto [1] 175:12
heritable [6] 45:20 46:17,20 47:6
86:13 90:6
hierarchical [4] 33:20 34:3 67:25
71:6
high [7] 15:13 16:7,8 18:19 142:4
157:8 164:23
higher [2] 71:9 107:23
highlighted [1] 8:2
highly [1] 19:13
hill [1] 97:16
hillside [1] 55:2
hind [2] 59:3 60:20
hip [1] 60:20
hippo [1] 65:7
hippos [6] 63:23 64:4,6,9,10,19
historian [1] 156:8
historians [2] 156:4,13

history [6] 105:7 155:24 156:10,11
159:9,13
hit [1] 99:16
hold [2] 92:18 118:25
holding [2] 142:15 155:11
holds [2] 107:14 111:17
holocaust [2] 156:1,2,7
home [2] 7:11 141:3
honestly [1] 9:18
honig [1] 8:10
hoofed [1] 64:3
hope [1] 37:25
hoped [1] 123:12
hormonal [1] 27:4
horn [1] 67:3
horned [1] 66:19
horns [1] 66:21
horse [4] 41:22 59:14 103:17 105:
16
horses [5] 31:2 58:20,21 103:14
105:18
hot [1] 148:7
hours [2] 27:13,15
house [4] 24:21 40:6,17,18
houses [1] 40:15
however [4] 114:3 120:11 160:25
170:22
huge [6] 66:11 121:25 149:12 173:
4
hum [1] 120:9
human [1] 6:2
humans [1] 145:18
hundreds [1] 148:8
hypotheses [7] 29:14,19 32:3,8
95:2 119:3 147:8
hypothesis [13] 82:10 84:18,20
94:14 98:3,4,11 144:9 150:21,23,
24 151:10,18
hypothesize [1] 119:21

I

id [2] 115:2 150:5
idc [13] 65:22 66:5 72:11 73:2 112:
20,25 157:22 158:9 162:5 164:15,
17 169:18 170:3
idea [38] 16:23 34:23 40:11 43:9,
18 44:20 45:6 47:13 51:21 52:2
61:13,13 79:9,14 81:11,21 82:1,
11 94:10 100:9 119:17 121:18,19
122:12,13 123:12 125:13 127:18
129:5 130:23 145:24 147:14,19
155:23 156:1,2,10 167:5 171:19
ideas [13] 16:19,24 51:21 61:13.97:
25 105:14 120:14 123:8,9 147:12
149:16 155:5 173:10
identifiable [1] 134:6
identification [5] 21:1 105:20 106:
25 107:1 108:16
identified [1] 161:25
identifies [2] 89:4 134:3
identify [3] 48:17 58:12,18 72:4
124:14
idt [1] 70:20
ignored [1] 102:20
imagine [2] 100:3 126:23

immediate [1] 100:5
immediately [1] 105:18
impact [2] 136:10,17 138:16
impacted [1] 45:23
impala [1] 103:14
impalas [4] 66:20,22,24 67:4
imperialism [1] 159:8
implication [1] 156:17
implications [1] 172:18
implies [1] 164:22
imply [1] 155:19
importance [3] 86:14 93:1 130:5
important [10] 28:1 40:24 58:5 70:
3 72:8 97:21 104:11 125:12 130:7
131:5,6 139:21 149:2 152:16,21
154:16 156:10,10 170:10
imposed [1] 104:23
impossibility [1] 127:9
imprecise [3] 6:7 93:25 172:21
impression [4] 25:19 146:12,17
147:3
improve [1] 58:13
improved [2] 48:22,22
improvement [3] 49:7 90:2 97:24
improving [1] 50:8
inadequacies [1] 141:8
inappropriate [2] 132:22 155:15
incidentally [1] 87:10
incidents [1] 42:18
include [1] 171:22
includes [3] 28:9 66:25 111:22
including [5] 16:10 23:23 104:1
122:6 145:18
incompatible [1] 138:19
incompleteness [1] 83:14
inconsistent [1] 118:14
incorporate [1] 74:7
incorrect [3] 155:14,18,18
incorrectnesses [1] 141:8
increasing [1] 97:16
increasingly [4] 36:10 62:25 100:
16 103:1
incredibly [2] 92:13 130:22
indeed [1] 155:23
indemnity [1] 171:25
indented [3] 133:21,24 134:1
index [1] 4:1
indicated [2] 84:17 108:5
indication [1] 167:24
indications [1] 101:19
indirect [1] 144:7
individual [4] 56:15 61:25 66:14
87:3
individuals [11] 27:1 40:4 41:7 43:
10,11 47:4 54:6 67:14,16 68:13
76:13
inductive [1] 105:2
infer [6] 32:15 50:2 76:12,19 80:12
85:4
inference [10] 49:8 50:13 65:2 85:
18 89:13,18 90:25 92:8 93:10 96:
17
inferences [7] 31:24 78:8 92:19
105:5 147:7,8 151:4
inferior [1] 163:21

Kevin Padian

inferred [4] 51:9 78:10 106:15,17
inferring [1] 78:3
infers [1] 89:14
influence [4] 36:16 37:22 125:22
  139:6
influences [2] 36:21 125:19
informal [3] 123:7,8,9
informally [1] 125:2
Information [11] 28:7 29:13 63:6
  62:13,22 100:25 104:11,14 165:
  13 161:17,20
ingredient [1] 115:15
inherent [1] 33:13
initial [1] 41:18
initialed [1] 175:11
initially [1] 77:23
injuries [1] 87:5
ink [1] 175:11
inquiry [3] 127:22,24 141:6
insect [3] 95:17,18,20 97:14 98:3
insects [4] 96:1,4,12 97:8
inside [3] 148:6,9 167:16
insinuation [1] 154:18
insofar [3] 18:1 29:8 111:17,20
  112:2
instance [3] 35:24 40:18 41:14
instant [1] 101:15
instead [2] 97:12 98:6
institute [2] 7:24 8:7
instruct [1] 24:9
instruction [20] 8:11 19:15,16,17,
  21 20:8 21:18 22:8 24:17 25:23
  27:10,12 136:10 137:10 138:16,
  25 139:23 158:23,23 161:3
instructional [1] 19:2
instructions [1] 138:14
Insufficient [1] 48:11,13 109:19
insulation [7] 76:5,8 78:12 91:7,
  15 131:5,6
insulator [2] 78:18 91:8
insults [1] 87:3
insurance [1] 140:16
intellect [1] 169:15
intellectual [1] 18:8
intelligence [5] 86:9 110:6 112:23
  115:6 116:19
intelligent [21] 14:22 16:12,20 17:
  5,17,22,24 21:19,24,25 22:8,12 25:
  15 31:19 65:21 66:3 69:4,6 70:20
  102:21 108:20,21,24 109:13 111:
  7,10,16,17 112:3,12,19,25 113:2,6,
  8,13 114:20 115:15,20 116:5,8
  117:22 118:19 119:4,7,10,16 120:
  5,18 122:3,12 123:15,23 124:11,
  13,14 129:18 131:9 132:19 134:3,
  18 135:10 136:5,6,13 138:6,18
  139:15,25 140:1,4 141:14,17 142:
  3,15,19 143:11 144:13 145:1,2
  146:1 150:16 155:11 164:21 165:
  2,24 165:5 168:24 171:5,9 173:21
intelligently [1] 119:18,21,24
intent [1] 160:25
intents [2] 54:17 110:8
interactions [4] 48:25 68:9
interbreed [7] 53:1,2,5 54:3,3 55:

10,10
Interbreeding [2] 68:19,20
interdisciplinary [2] 38:7,14 57:
  19
interested [5] 72:11 94:25 95:10
  120:16 176:14
Interesting [5] 33:20 42:14 94:18
  100:10 144:9
interim [1] 99:12
intermediate [6] 96:21 101:7 110:
  4,9 115:1 117:5
intermittent [4] 114:17,25 115:13
  116:10
internal [1] 46:15
interplay [1] 96:1
intervals [1] 26:17
intervention [9] 112:8 114:18 115:
  1,13 116:1,10 138:9 150:18 165:
  14
interventions [2] 111:13 166:2
interwoven [1] 20:18
intractable [1] 69:7
Introduce [2] 5:12 16:11
introduced [1] 164:6
introduction [2] 17:17 160:25
inuring [1] 169:11
investigate [3] 115:4 118:25 150:
  18
investigation [1] 119:1
investigator [1] 110:9
involve [1] 85:18
involved [5] 11:1 13:7,12 18:24
  23:20
involves [4] 75:8 129:13
involving [1] 50:7
irreducible [73] 111:22,25 112:5
  115:18,24 116:23 117:1 120:2,19
  122:10 123:22 124:15 126:2,5,11,
  13,14 127:5 128:5 129:17 131:8
  164:20 166:5
irreducibly [6] 118:9 127:13,15
island [1] 54:11
isn't [8] 41:22 46:18 116:3 133:18
  138:20 156:16 172:7,8
isotopic [1] 108:1
issue [7] 22:23 38:17 72:22 73:7
  98:17 120:2 143:11
issues [8] 18:2 22:23 26:18 58:7
  154:2,4
itself [7] 41:6 48:6 63:1 73:5 87:3
  148:14 165:9

J

jar [1] 105:25
jaw [1] 35:7
job [2] 1:21 139:17
john [5] 94:19 97:18,25 151:2,14
joints [1] 31:15
journals [8] 119:9 121:22 172:12
judge [3] 162:13 167:19
judgement [6] 62:11 65:6 68:15
  78:11 104:8 115:16 118:15 128:
  23 154:22
judgements [1] 95:14
judgment [6] 65:8 69:6 103:22

116:24 165:18 166:8
judgments [1] 60:7
jumped [1] 97:7
jumps [1] 97:14
jurassic [2] 96:3 99:13
justified [1] 115:21

K

k-12 [7] 19:3 27:11
k-i-n-e-m-a-t-i-c-s [1] 31:12
keep [9] 19:19,22 41:13 99:15 106:
  12 143:8 156:21,24 157:2
keeping [7] 157:1,10
keeps [1] 140:23
ken [1] 130:21
kensington [1] 7:13
kevin [61] 1:15 2:15 4:12 5:4 7:9
  13:25 21:3 22:19 31:7,25 34:18
  38:12 39:3 44:21 45:12 50:1,21
  52:5 53:20 55:25 60:6 65:24 68:5
  70:9 88:10 91:22 92:20 101:4 102:
  25 104:25 106:16 108:18 113:6
  114:16 124:6,22 126:18 127:12
  128:13,22 131:8 133:17 134:10,
  17 135:12 138:15 142:2 143:2,17
  146:21 160:3 151:24 154:6,22
  155:16 156:25 161:15 164:5,18
  169:17 175:8
kevin's [1] 113:1
kids [3] 27:4 41:24 158:14
kills [2] 43:20,21
kin [1] 80:7
kind [24] 17:7 36:5 40:3 49:19 54:
  20 67:18 69:10 71:11 73:9 76:5,9
  80:1,15 85:9 92:16 101:8 102:4,7
  112:8 150:7 153:17 155:22 167:
  17 168:20
kinds [10] 30:14 57:12 64:3 66:5
  67:13 99:25 93:13 101:23,24 168:
  11
kinematics [1] 31:11
kitzmiller [2] 1:3 2:4
kiwis [1] 78:17
knotty [1] 144:6
knowing [5] 93:19 138:9,9
knowledge [13] 10:12 13:17 16:7
  27:3 31:20 119:11,12 145:11,23
  149:13,14,17 168:20
known [6] 64:7 85:14 99:1 132:9
  170:18
knows [3] 148:19 166:23,24

L

lab [1] 30:10
labeled [1] 35:16
labor [1] 151:23
laboratories [1] 85:11
laboratory [2] 48:7 152:18
labs [1] 30:5
lack [2] 61:17 154:19
lacking [1] 100:13
laid [1] 20:16
lamps [1] 46:10
land [2] 58:20 59:5
language [3] 142:25 144:19 150:
  14

large [1] 67:17
largely [3] 23:25 132:9 155:3
larger [3] 64:10 74:24 76:25
last [4] 29:17 117:10 123:16 156:
  11
late [2] 6:12 116:7
later [7] 36:17 59:23 60:3 65:18 77:
  24 98:2 148:14
lava [1] 40:10
law [2] 3:9,10
laws [1] 125:24
lawsuit [5] 11:21,24 13:5,10,16
lawyers [1] 13:2
lay [2] 27:23 99:8
layman [3] 18:1 45:23 73:24
layout [1] 25:22
leaders [1] 168:18
leading [2] 154:5,8
learn [8] 5:17 27:2 130:21 148:15
  149:3 164:15 165:8 168:5,6
learned [3] 117:11
learning [1] 27:17
least [9] 8:6 63:15 84:2 102:17
  121:9 122:21 123:23 124:12 152:
  10
leave [1] 167:11
leaving [1] 104:11
led [3] 14:15 95:1,15
left [6] 31:16 33:4 56:22 115:21
  142:10 166:18
leg [1] 61:11
legacy [1] 159:12
legal [1] 15:12
legendary [1] 149:8
legion [1] 123:9
legitimizing [3] 145:23,24 146:1
legs [4] 96:7,9 102:7 151:5
length [1] 20:14
lesser [7] 47:4 51:11 72:17 81:13 99:
  8 149:1 154:15
lesser [1] 53:25
lessor [1] 151:19
level [11] 27:11,12 66:12 68:1,12
  69:16 71:1,6,8 72:1 120:21
levels [3] 18:17 20:17 71:9
library [2] 16:17 156:3
lie [1] 144:25
life [44] 26:7,9,12,15 32:10,13,15
  36:2 51:20 55:2 56:25 72:12 93:4
  99:6 105:7,15 108:12 109:21 121:
  15 142:20,22 143:12,16,19,23,24
  144:1,3,5,5,10,12,14,16,23 145:10,
  13,16 148:23 152:13,16,25 153:1
  165:25
lift [2] 97:16 98:8
light [3] 26:16 78:22 83:12
lightly [1] 56:21
likely [6] 43:14 47:10 52:7 96:3 99:
  10 173:21
likewise [1] 89:12
limb [1] 60:20
limbs [2] 59:2,4
limit [1] 169:6
limited [1] 157:2
limiting [1] 165:16

Kevin Padian

limits [1] 63:13
line [8] 52:6 60:11,16 64:16 92:18, 20 94:7 165:1
lineage [17] 33:15 49:7 52:22 59:6, 21,24,24 62:7 66:21,24,25 73:14 79:11,13,15 85:8 90:4
lineages [14] 37:19 48:19 52:23 53:3,23 54:18 63:14 65:10 66:17 67:12 89:15 93:20,21 130:19
linear [1] 60:1 102:5
lines [4] 50:20 59:17 89:15 92:21
listen [2] 162:6,11
listened [3] 162:6,9,22
literally [1] 152:9
literature [2] 130:14 143:5
little [11] 33:19 39:2 40:24 67:17 85:8,8 91:6 95:25 105:17 131:24 167:14
live [5] 13:14 43:12 53:5,8,14 54: 11 55:5
lived [5] 28:17 29:15 32:11 99:22 105:24
living [18] 34:21,23 35:5 43:8,19 46:5 57:21 62:25 64:13,19 70:17 72:3 78:18,23 79:25 80:8,10 90: 20 143:20
lizards [1] 95:25
lloyd [1] 3:24
load [1] 62:4
lobes [1] 93:6
lobsters [1] 103:12
local [1] 90:7
locate [1] 49:17
locomotion [1] 98:7
locomotory [1] 102:8
logan [1] 3:6
logic [6] 158:1,8 159:4 160:12 162: 2,19,25 163:12
long [19] 8:4,25 9:2 13:15 40:12 58:21 57:1 75:25 76:18 79:16 81: 12 96:8,8,9,11,15,19 99:19 167:12
longer [11] 43:16 53:2,19 54:19 59: 3 68:20 99:8 103:2 125:14 126:10 127:22
look [57] 13:25 19:12 21:5 25:4 27: 21 29:19 32:11 33:1,11 34:18,21 41:15 43:1 46:1 48:5 49:6 53:11 54:17 56:25 58:16,17,21 60:18 61: 21 64:4 66:23 74:13 75:7 79:4 85: 22 89:25 90:12,18,19 91:3 93:25 107:22 109:3 112:22 114:23 120: 1 122:2 123:2,5,14 133:21 135:22 140:5,7 142:14 145:19 150:3,21 161:15 163:23 166:9 173:8
looked [8] 14:1,19 15:4 25:20 26:2 63:2,4 79:21 103:15
looking [31] 6:3 14:2 28:23 30:6 33:5 35:4,24 37:12 45:15 46:20 49:15 57:20 61:22 63:4 67:14 76: 24 77:10 78:21:89:5 90:14,15,24 93:9 94:11 99:9 101:1 107:2 122: 2,20 145:8,10
looks [3] 66:20
lose [4] 92:14 97:8
losing [1] 7:25

lost [4] 35:6 58:6 99:18 130:6
lot [23] 18:22 19:3 32:7 48:8 49:5 56:11 58:6 60:3 65:1 67:1,2,18 78: 1 82:22 101:15,18 128:10 140:17, 24 149:12 156:15 166:21 168:6
lots [4] 99:11 100:25 141:1 144:10
low [1] 51:14
lower [1] 107:23
luck [1] 45:5

**M**

m-a-t-z-k-e [1] 12:16
m-e-t-k-l-e [1] 12:22
machine [1] 176:9
macro [1] 65:23
macroeconomics [1] 67:19
macroevolution [20] 66:11,18 67: 6,22 68:3,8,10 69:3,7,11,13,21 70: 22 71:1,5,8,21,25 72:8 73:8
macroevolutionarily [1] 72:24
made [7] 16:3,6 17:22 62:11 78: 10 82:5 87:21 103:20 118:8 134: 14 136:12 137:20 140:4,7 141:18, 21 147:7,7 156:14 175:10 176:9
magazine [1] 97:5
magical [1] 67:15
main [3] 17:25 47:15 81:22
mainly [3] 37:21 54:1 99:1
mainstream [1] 114:6
maintained [1] 133:8
maintaining [1] 50:12
major [15] 45:18 52:10,10 56:2,2 57:11 65:16 66:6 69:19 101:16 109:5,25 141:1 145:15,17
maladapted [1] 92:3
mammals [3] 35:4 57:13 78:17
man [1] 143:22
managed [1] 110:22
manifest [1] 159:10
manner [1] 5:17
many [27] 14:3 29:7 35:21 36:3 63: 8,24 69:25 71:3 73:25 74:6 79:1 83:8 130:20 140:14 147:6,7,7,10 156:8 163:5 171:23
map [1] 21:24
mark [3] 20:23 33:17 108:13
marked [4] 21:1,4 108:16 133:17
market [1] 166:23
marking [1] 21:6
marks [2] 124:1,18
marsupials [1] 70:1
mass [6] 69:22 71:23 72:5,7,10 147:12
master [1] 165:15
material [5] 27:6 30:9 60:13 63:1 64:16
materials [1] 19:2
math [1] 155:24
mathematics [1] 173:21
mating [2] 54:10,12
matrix [2] 60:24 61:4
matter [17] 17:17 43:24 47:12 52:19 88:21 103:21 137:1,4 139:7 160:2 167:12
matters [1] 137:5

matzke [2] 12:16 15:22
mean [48] 10:6,21 14:11,24 15:11 34:5 40:1 42:4,18 48:2 60:13,21 74:4 80:25 94:17 98:1 106:1 116: 14,16 118:22 119:15,15 126:25 127:12 132:18 134:25 135:24 140: 5 143:17,18,20,21,23 144:2,23 146:15 148:23,24,25 150:9,12 152:12 154:1 156:25 158:18 164: 4 166:3 173:15
meaning [4] 26:21 27:9 41:10 157: 13
means [12] 33:8 53:22 57:18 99:5 109:23 116:19 119:18 127:10,23 129:6 143:1 149:12
meant [2] 124:19 162:9
measure [7] 48:13,15 61:24 75:3 84:18 93:17 119:3
measures [1] 49:9
mechanics [1] 70:16
mechanism [24] 37:2,11 38:19 39: 21 41:15 47:16,18 49:15 72:15 74: 16 77:6,15 80:25 85:22,22 88:23, 25 89:10,11,19 112:2 127:7 148: 18 149:1
mechanisms [7] 34:15 36:12 38: 5 111:21 125:19 147:22 148:25
media [1] 16:10
meetings [1] 166:22
meets [1] 56:10
meikle [1] 12:22
melted [1] 99:18
member [1] 159:18
members [7] 44:18 47:10 64:10 76:13 102:18 103:9 169:15
mendacious [1] 142:1
mention [1] 131:16
mentioned [9] 10:18 12:13,25 20: 6 21:8 28:25 36:12 110:19 119:13
mentioning [1] 112:10
mentor [2] 95:1,12
mentors [1] 94:18
met [7] 5:12 160:22
metabolism [1] 75:17
mataphors [1] 100:8
metazoans [5] 102:11,17,18 103: 10,13
method [9] 30:7 34:15,19 108:6,6 169:23 170:1,4,9
methodological [1] 133:2
methods [14] 29:20,21 30:18,23 31:2 106:21,23 107:5,6 169:18,21 170:5,9,13
meyer's [1] 98:17
mice [2] 43:8,19
microbiological [1] 131:20
microeconomics [1] 67:19
microevolution [9] 65:24 66:15 67:22 68:3 69:4 71:7,6,7 74:20
microquotidian [1] 121:12
mid-1800s [2] 50:19 51:22
middle [3] 1:2 2:2 35:3
might [23] 9:11 26:2 30:4 31:2 40: 25 41:1,1,3,3 43:6,8 46:9 61:3 66: 18 67:6 69:23 86:9 89:21 90:21

100:24 101:2 114:9 147:19 151:6 161:9,18,19
migrate [1] 35:7
milas [2] 148:5,8
miller [1] 130:21
million [17] 64:2,7,8,8,23 66:23 83: 6 99:10,11,14,20 101:20,21 102:2, 13,19 103:15
million-year [1] 101:14
millions [1] 49:12
mind [6] 25:20 90:15 94:10 129:1 156:21,24 157:2 164:18
minded [2] 16:25 149:11
minds [2] 92:14 157:10
mini [1] 173:24
minor [8] 46:19,24 46:1,14 52:12 55:23 56:3 93:5
minutes [1] 27:13
miraculous [3] 111:12 165:14 166:2
miraculously [1] 114:8
mirrored [2] 132:2,4
misapprehend [9] 157:25 158:8 159:3 160:12 162:1,18,21,24 163: 11
mischaracterized [1] 136:16
mischaracterizes [1] 120:23
misdirection [1] 161:8
misinformed [1] 163:18
misleading [2] 142:1 152:11
misled [2] 146:18 168:14
misrepresent [1] 163:10
misrepresentation [3] 155:9 161: 9 167:25
misrepresentations [2] 163:6 164:8
missing [1] 101:7
misunderstand [1] 162:20
misunderstanding [1] 166:25
mode [2] 56:20 85:4
model [3] 55:11 84:24 132:22
models [1] 173:9
modern [1] 173:9
modification [1] 74:5
modified [6] 148:15 150:1 172:15 173:20
molecular [10] 19:15,16,18,25 30: 4 63:13,22 64:14,17,22
molecules [1] 30:9
mollusks [1] 101:22
molten [1] 148:7
moment [2] 129:13 147:14
moon [1] 148:16
morning [6] 5:11 50:21 52:14 89:3, 16 105:10
morphological [3] 34:16 79:10, 15
morphology [7] 31:9 36:24 59:8 74:8 98:13 107:7 108:7
most [12] 14:1,2 27:11 56:15 61:1, 6 62:7 63:22 113:25 121:19,22 138:21
mostly [1] 33:4
motion [3] 31:10 75:15 114:4
motions [1] 124:18

Kevin Padian

motivated [1] 161:1
mount [1] 111:5
mountains [1] 147:25
mountaintop [3] 86:23 87:22 88:4
mouth [2] 97:14 98:8
move [2] 98:7 151:6
moved [1] 151:5
movement [1] 75:13
movements [1] 147:22
moving [3] 85:9 99:15 100:19
much [39] 18:10 19:22 28:24 27:5 34:22 48:7 49:11 57:23 59:4 66:22,24 67:4,21,21 79:15 81:14 82:14 83:16 86:18 93:3 97:21 103:18 104:4 117:12 130:6 146:24 151:15,22 170:7 172:20
multi-celled [1] 102:11
multiple [2] 128:13,18
must [15] 60:17 66:8 73:9 80:12 102:6,7,18 110:5 111:19 112:6,7,22 115:6 116:18 139:21
mutation [5] 38:11 40:23 41:16,18 42:12
mutations [2] 38:22 87:10
myself [3] 5:13 45:24 167:13
myth [2] 156:2,7

## N

n-e-u-r-a-l [1] 36:1
nama [6] 5:11 6:19 7:7,9 64:11 176:17
names [4] 7:16 12:25 13:18 20:11 67:2
napkin [1] 97:3
natural [46] 43:2,5 44:10 45:20 46:22 47:16,18 48:18,21,23 49:16 71:17 74:16,21 75:2 77:6,16 79:6 80:25 85:16,23 89:1 93:17 111:12 112:9,15,21,23 113:7,16,20,21 114:5,24 115:11,14 116:19,25 125:20 126:18,24 127:10,23 129:6 152:15,18 169:24 171:13
naturally [1] 87:7
nature [2] 125:24 172:7
ncsc [8] 10:16,19,23 11:23 12:9,14 13:12 15:18
near [1] 168:8
necessarily [4] 103:11 111:6 115:25 127:6
necessary [3] 111:10 115:14 153:3
need [6] 6:13 40:16 82:22 120:7 133:13 141:2
needed [1] 64:16
negative [1] 161:3
negligent [1] 189:5
neither [3] 120:12 151:1 176:13
nests [1] 76:16
net [6] 73:13 95:17,18,20 98:3 150:21
neural [3] 35:25 36:1,7
neuromuscular [1] 75:16
neutral [1] 92:4
never [4] 54:16 102:15 130:5 170:2

11
new [31] 22:1 32:10 33:15,16 34:2 35:13 45:18 49:4 52:10 55:20 56:1 58:15 62:15 65:16 67:12 68:11 69:19 79:13,19,19 82:16 87:22,24 92:1 105:11 107:25 121:13 130:10 144:16 148:25 152:4
news [2] 167:22 168:8
next [14] 10:8 33:23,24,25 38:15 41:10 43:15,18 47:23 51:7 54:11 87:1 120:21 159:7
nicely [1] 152:13
nick [2] 12:15 15:22
noble [1] 121:23
nobody [1] 33:23
nods [2] 77:17 152:1
non [1] 42:3
non-life [1] 144:4
non-mammal [1] 57:14
non-natural [1] 116:10
non-science [1] 23:3
non-scientific [1] 150:18
non-selective [1] 44:4
none [3] 116:22 119:11,12
nonprofessional [1] 122:24
nonprofit [2] 10:4 143:6,7
nonrecognition [1] 68:22
nonsense [1] 134:4
nor [4] 75:24 151:1 160:3 176:14
normal [4] 6:21 44:1 72:6 125:20
north [2] 70:2 103:16
nose [4] 92:15,17
noted [2] 112:13 175:11
notes [1] 97:3
nothing [12] 23:9 31:5 45:4 66:9 87:15 108:3 117:20 118:24 129:2,4 130:17 154:21
notice [1] 98:18
noticed [1] 31:22
notion [22] 38:18 45:1 47:8 50:21 82:9 84:14 95:2,15 108:19 113:6 114:17,19 115:12,25 119:13 124:15 126:14 128:20,21 156:7 157:1 173:3
noticed [2] 115:17 118:1
novelties [1] 33:10
nowhere [1] 142:2
nub [1] 124:7
number [13] 31:24 51:21 59:16 83:3,9 88:14 114:1 115:8 130:19 136:4 148:15 157:23,23 166:4 172:25

## O

oakland [1] 1:16 2:17 5:1
oath [1] 176:8
object [3] 18:12 136:15 137:2
objected [1] 24:20
objection [23] 14:10 17:6 22:12,15 29:4,23 32:5 69:1 104:21 113:2 9 120:23 123:25 124:17 126:4 127:8,20 128:10 131:11 142:10 143:14 145:20 166:14 170:21
objections [3] 6:22 129:8,11
objectives [2] 25:22 26:1
observable [2] 71:15 84:19

observation [4] 98:19 147:1,6 152:17
observations [9] 135:4,15 147:7 149:16 151:19
observe [4] 48:: ,2 49:22 78:25 86:2,3
observed [3] 47:16 85:10 93:18
obstacles [1] 88:16
obviously [2] 62:22 90:6 149:10
occur [3] 40:8 86:12 170:6
occurred [2] 89:9 166:10
occurring [2] 101:14 113:7
occurs [1] 27:14
ocean [5] 99:23,24,25 102:4 105:25
oceans [1] 32:12
oddly [1] 146:23
offer [1] 31:23
offered [3] 9:23 123:22 128:24
offers [1] 10:5
office [4] 10:21 11:2,4 27:15
officially [1] 10:24
offspring [3] 43:16 47:12 55:11
often [10] 34:21 49:3 51:25 53:10 57:12,24 70:14 79:24 86:13 99:16
okay [102] 7:1,19 8:5 9:9,15 12:6 15:7 16:5 17:13 20:12,23 21:23 24:16,19,19,25 25:10 26:4,7 27: 16 30:21 31:17 34:14 36:23 37:8 39:5,8 42:8,10 43:1 44:21 46:8,13,19 47:14 49:13 51:1 52:5,17 61:5 62:10 63:9 68:2 69:1,12,24 70:4 72:9 73:22 77:20 78:14,19 79:12 80:5,10,17,19 82:24 83:19 85:1, 21 87:17 88:23 89:8,23 90:3,23 91:11,12,19 93:8,24 98:15 104:13, 17,25 107:5,20 109:3,12 110:22 111:24 113:17 116:21 122:2,17, 20 123:21 125:6 126:2,22 127:16 129:3 134:17 135:5,9 136:21 139: 2 140:5 141:9 142:11 145:7,19 146:3 151:21 152:22 153:24 168: 2 172:17
old [8] 51:16 79:20 87:23 99:10,11 107:25 147:19 173:10
older [3] 99:13,20,24
once [7] 66:12,16 73:17 76:2 77: 13 101:18 118:23
one [82] 9:20 17:4,25 21:21 22:13 27:23 33:23,24,25 35:23 38:16 41: 9 46:6,6,14,17,17 47:23 48:16 51: 5,6 53:17,20,23 54:12,15 58:7 60: 23 64:18 85:25 66:19 67:8 68:2, 21 69:22 72:23 74:24 77:24 81:15 82:11,11 85:4 86:19 94:18,21 96: 25,25 97:1,1 99:16,17 100:7 107: 23,25 110:25 116:16 117:18 123: 4 124:9 129:19,22 130:1 134:12 137:16 138:17 141:7 143:24 146: 1 148:13 149:14 151:11 156:1,19, 19,23,23 157:21 159:5 162:7 163: 1 169:23 170:1,9
one's [1] 161:10
ones [12] 29:12 40:21 43:11,14 49: 12 51:9 55:8 59:21,22 96:11 103:

10 169:24
only [26] 9:20 23:16 24:7,12,12 62: 18 64:6,9 71:24 99:21,23 107:16 115:19,21 125:8 131:12 136:17, 18 140:15 143:24 156:23 157:4 160:19 164:25 168:5 171:13
onset [1] 13:5
open [9] 16:25 74:4 83:1 132:7 149:11 156:21,24 157:2,10
open-minded [1] 149:9
openness [1] 98:10
operate [2] 8:21 153:8
operates [1] 149:4
operating [1] 112:14
opinion [35] 5:18 15:10 17:2,2,25 18:5 37:1,5 43:6 65:13 67:23 70: 25 71:16 108:20,23 109:12 113:5, 9 116:8 122:3 124:7 125:8 126:2, 18 129:16 131:8 135:9,12 136:12 149:5 160:15,16 161:23,25 162: 16
opinions [7] 9:23 166:4
opportunities [2] 86:17 89:24
opportunity [2] 49:2 86:8
opposed [5] 45:3 59:17 68:11 79: 12 141:6
opposite [3] 39:6 43:2 44:23
opt [1] 24:3
opt-out [1] 24:8
order [6] 23:10 34:3 75:15 92:17 109:4 125:7
ordered [1] 28:16
ordinary [2] 121:17 125:24
organism [9] 43:17 56:9 87:2 90:8 92:3 93:3 118:8 129:22,24
organisms [47] 28:16 29:15 30:16 32:9,24 33:2,13,16,21 34:22 35: 17 43:7,10 44:7 46:5 49:1,3 51:3, 11 52:11,25 53:4,14 54:2 56:2,12, 21 57:13 59:21 61:16 62:16,17 66: 6 68:15 69:15 70:17 72:3 73:6,17 81:13 86:5,16 162:9 107:10 108: 12 145:17 154:16
organization [2] 10:4 13:13
origin [23] 52:9 56:1 85:12 140:17 142:20,22 143:19,21,22,24,25 144: 1,5,5,10,11,14,16 145:10,13,14,15 165:25
original [6] 65:7 76:7 145:15 173: 25 174:1
origins [6] 72:23,23 142:24 143:11, 16,19 144:5,23
ornithologist [1] 97:1
ornithology [1] 29:9
ostrum [1] 94:19
other [128] 5:23 9:4,19,24 12:23 14: 21 15:9,11,11,13,18 16:19,24 18:2 23:9 24:20 27:17 28:9 29:8 31:6 33:3,9,11,17 34:4,6 36:11,24 41: 16 43:11,22 46:17 49:1 52:23 53: 1,2,5,10,11,17,22 54:2,3,12,13,15 58:16,23 59:17,22,23 61:4,8,8 62: 3,3,23 64:3,17,20,23 65:4,20 66:1, 8,14 67:8 68:3,22 69:25 71:20,21 72:14 78:22 79:19 82:24 84:20 90:

Kevin Padian

20 96:24 98:11 99:15,16,17 100;
19 101:9,11,11,23,24 104:7 105:
21,24 106:7 107:9,23 110:23 111:
4 114:13 117:19 120:17 121:23
122:5 123:5 130:21 138:1 141:20,
22,23 147:25 149:15 155:5,22
156:1,22,22 157:7,8,9 159:21 161:
19 163:21,22 168:11,15 169:11,15
170:13 171:15
**other's** [4] 63:23 64:19
**others** [7] 23:20 47:5 51:18 72:25
81:17 151:14 169:25
**otherwise** [2] 92:10,13 125:22
141:2 146:14
**ought** [1] 117:18
**out** [56] 14:24 18:1 20:16 21:22 24:
3 26:16 30:1,5,11,12 33:24,25 43:
8 49:18 56:12 60:25 61:3 62:2 64:
9 65:10,14 70:21 72:13 74:12 76:
3 77:5 78:1,20 80:2 81:23 96:24
97:13 98:4 100:7,20 104:11 105:
23 105:2 110:13 115:7 119:22
121:12 124:9 128:14 130:17 131:
23 139:8 142:15 143:8 144:4 150:
2 155:11 158:14,22 170:2,3
**out-competing** [1] 84:24
**outcrops** [1] 107:22
**outlined** [1] 130:24
**outmoded** [1] 173:10
**outset** [2] 19:11
**outside** [5] 29:1 125:24 167:18
168:7,10
**over** [28] 13:25 14:1,19 15:4 18:21
21:5 32:12 37:24 40:10 45:16 51:
7,9 64:7 67:8 76:4,17 81:23,24 89:
9 96:25 97:9,17 123:5 133:11,25
135:24 163:5 172:18
**overall** [2] 48:15 172:23
**overlap** [1] 62:6
**overlooks** [1] 130:13
**override** [1] 125:21
**overstated** [2] 155:17,17
**overview** [1] 21:16
**own** [6] 27:4 76:13 87:21 97:25
121:2,10

**P**

**p-h-l-o-g-i-s-t-o-n** [1] 149:20
**p-h-y-l-o-g-e-n-e-t-i-c** [1] 31:3
**p.m** [2] 2:18 5:2
**p.o** [1] 3:11
**pace** [1] 79:9
**pacific** [1] 148:2
**padian** [7] 1:15 2:15 4:12 5:4,11 7:
9 175:8
**page** [28] 4:11 21:8,8 32:22 45:16
52:5 55:22 65:14,17,18,20 69:2
95:5,7 98:20 100:19,21,21,22 104:
25 109:4 133:25 135:19,23 157:
20 161:25 164:13 169:17
**pages** [9] 100:7,8,24 101:2,2,7,12
121:21 153:5
**pale** [1] 126:21
**paleontological** [2] 121:12 130:
15

**paleontologist** [15] 16:4 32:1,24
35:19 37:2,5 38:24 46:1 60:9 89:
13 90:15 93:11 94:7,11 99:5
**paleontologists** [11] 16:1 35:20,
22 36:10 74:10,22 82:19 84:6 93:
14 105:4 107:21
**paleontology** [37] 8:24 14:20 17:
5,17,21 18:9 19:13 27:25 28:3,8
29:3,7,11,20,25 49:17 52:6 65:5
71:13 73:18 74:6,7,13 77:5,15 80:
23 82:8 83:1 84:3 88:21 89:2,4
104:18 108:4,7 109:9 131:17
**paley** [1] 116:6
**pandas** [18] 14:3 16:14 52:6 94:23
104:22 117:4,17 128:3 144:21
145:21,22 155:8 162:23 163:2,9,
13,25 165:20
**paper** [8] 26:13 97:4,5,6,18 98:2
100:18 132:10
**papers** [2] 14:8 132:11
**paradyme** [1] 149:19
**paragraph** [19] 52:8,9 134:2,11,14
135:18 142:9,14,19 144:13 145:2,
8,9 156:18 157:21 158:9 164:13
165:9,23
**paragraphs** [7] 133:23,24 134:1
135:23 155:3 166:1 169:4,
**parent** [2] 61:24 84:15
**parents** [4] 11:13 33:14 156:15
169:15
**parlance** [2] 50:11 142:24
**parliaments** [1] 144:24
**part** [34] 6:1 22:5 23:20,22 29:17
31:18 36:17 38:2 50:23 71:19 72:
23 86:20 88:10 89:13 93:11 98:22
99:21 101:10,10,11,12 102:23
111:3 113:7,12,13 116:6 125:20
126:8 135:19 141:11 157:12 171:
11,14
**particular** [11] 16:1 17:3 41:7 55:
18 60:10 62:8 74:19 88:20 110:3
119:10 153:15
**particularly** [6] 13:6 18:13 21:18
27:23 34:25 81:19 95:11 119:19
133:24
**parties** [1] 176:15
**parts** [12] 60:13 61:25 62:4 63:3,7
71:20 126:10 130:11 171:7,15,16
172:10
**pass** [7] 33:14 47:11
**passage** [1] 167:9
**passed** [2] 33:15 43:17
**passing** [1] 57:16
**past** [9] 28:8,12,15,19 29:15 32:10,
13 99:7 149:2
**pat** [5] 23:1 40:7 82:11 138:10 158:
9
**path** [3] 60:2 97:24 121:23
**patrick** [1] 5:11
**pattern** [14] 33:20 40:11 50:22 57:
17,17 61:12 71:15 82:15,21 83:22,
22 89:14 105:15 173:3
**patterns** [11] 28:18 32:14 51:17
69:14 70:14 76:11 85:20 105:6
106:14 109:6,21

**payers'** [1] 164:9
**paying** [1] 161:10
**pedagogical** [1] 27:9
**pedagogy** [1] 161:13
**peer** [13] 119:8 120:6,13,16 121:17,
20 122:7 125:4,10,12 129:4 170:
11 171:21
**pejorative** [1] 154:5
**pelvic** [1] 60:19
**penalty** [2] 10:12 175:9
**pennsylvania** [3] 1:2 2:2
**people** [49] 10:24 11:1,4 12:1,2,5,
17,18,22,23 13:13 14:3 15:13,18
16:15,25 19:4 23:13,24 39:10 51:
2,15 53:11 55:21 56:25 58:6 63:
25 85:10 97:2 113:25 114:1 116:3
119:3 121:23,24 123:5,19 130:22
144:21 156:8 159:13 162:6,8,23
163:9 166:24 168:15,19,22
**perceive** [1] 115:14
**percent** [2] 83:20,21
**peremptory** [1] 127:25
**perfectly** [3] 54:14 87:1
**perform** [1] 138:3
**performing** [1] 130:3
**performs** [2] 93:3 126:9
**perhaps** [9] 8:9 26:8 43:16 86:13
146:13 148:15 154:10 160:24
**period** [8] 79:17,17 100:15 101:15
103:2,8 105:8,11
**periods** [1] 101:9
**periphery** [1] 84:14
**perjury** [2] 10:13 175:9
**persist** [3] 58:9 81:25 94:6
**persistence** [2] 77:10 82:16,17
**persisting** [1] 50:8
**persists** [2] 50:2,14
**person** [4] 12:19 16:3 27:23 140:
15
**personal** [1] 23:14
**personality** [1] 27:5
**personally** [3] 9:25 10:1 11:19
**persons** [2] 15:9,11
**persuaded** [2] 119:6 160:18
**persuasive** [1] 161:13
**phenomena** [6] 67:17 71:6 84:20
111:19 113:16 169:24
**phenotype** [6] 55:19 56:8,15,16,
17 86:15
**phenotypes** [1] 56:23
**phenotypic** [1] 56:19
**phlogiston** [1] 149:20
**phone** [2] 28:12 121:14
**phylogenetic** [3] 31:3 34:12 170:
4
**physicist** [1] 97:1
**physics** [4] 74:1 107:17 108:3 140:
25
**physiology** [2] 74:8 75:17
**pick** [1] 123:10
**picture** [1] 20:18
**piece** [2] 100:13 105:13
**pieces** [1] 100:5
**pigeon** [1] 96:2
**pinpoint** [1] 63:17

**place** [13] 45:19 51:4,4,5,7 60:9 92:
6 99:23 105:21 117:9,25 138:23
176:6
**placed** [2] 16:18 176:8
**places** [4] 31:23 38:16 53:6 136:5
**placket** [1] 131:24
**plainly** [6] 27:7 28:1,4 58:7 66:2
171:4
**plaintiff's** [1] 15:7
**plaintiffs** [11] 1:5 2:15 11:8,12,20 12:
10 13:1
**plaintiffs'** [1] 15:8
**plane** [2] 43:24 44:3
**plans** [1] 30:10
**plant** [3] 34:17 54:24 86:25
**plants** [13] 29:10,11 33:10,11 54:
25 85:14 86:22 87:7,15 109:5 145:
16
**plates** [3] 99:15 147:23
**platetonics** [2] 147:19,20
**plausibility** [1] 92:22
**plausible** [2] 92:22 135:6
**play** [3] 22:5 25:18 88:15
**played** [1] 65:6
**pleading** [1] 167:14
**pleadings** [1] 14:7
**please** [9] 6:6,10,13,16 7:7,18 8:
21 43:3 75:6
**plumb** [1] 64:16
**plume** [1] 131:25
**plural** [1] 143:19
**point** [21] 16:17 19:22 25:4 48:12
58:6 59:16 63:12,15 65:14 72:2
94:21 95:12 105:13 111:7 119:19
123:16 126:24,24 142:8 146:13
149:6
**pointed** [3] 72:19 118:7 128:14
**pointing** [1] 124:13
**points** [5] 44:22 53:16 62:7 85:13
171:5
**poor** [4] 23:4 161:12,12,13
**poorest** [1] 159:22
**pop** [1] 41:22
**pope** [1] 43:25
**popular** [3] 16:10 97:5 121:5
**population** [21] 40:1,4,13 41:7 43:
7 44:5 46:4,9 47:23 49:22 66:14
71:8 72:1 81:16,22 82:3,6 84:15
85:7,10 87:9
**population's** [1] 81:25
**populational** [2] 40:14 74:22
**populations** [23] 37:18 42:7,19 48:
3,16 49:10,21 53:18 54:24 55:5
67:14 68:13 75:1,4 81:18 82:4 87:
7,11 83:13,19 152:18,18,19
**portion** [2] 63:10 133:7
**portions** [1] 69:18
**portrayed** [1] 84:23
**pose** [2] 32:22 172:22
**posed** [1] 111:21
**posit** [3] 66:7 111:10 163:23
**posited** [1] 30:23
**positing** [4] 44:11,15,16 63:14
114:25 116:9 127:6,9 133:2 150:
17

Kevin Padian

position [4] 39:1 76:16 111:15 159:20
positive [4] 50:14 77:13 91:21 161:3
posits [5] 85:16 124:24 126:20 138:9 165:19
possibilities [2] 46:13 105:21
possibility [4] 112:14 130:14 131:10 149:5
possible [11] 53:16 63:20 73:11 81:15 83:5 85:4 94:12 96:23 127:22 151:7 170:1
possibly [2] 110:4 126:12
postulated [1] 115:20
potential [2] 115:20 125:5
potentially [2] 53:4 125:5
power [2] 75:3 112:8
powerful [1] 110:23
powers [1] 75:14
practical [2] 18:3 159:1
practically [1] 88:5
practice [3] 159:1,23 161:13
pragmatic [1] 147:15
pre-cambrian [3] 98:18 100:5 103:2
preceding [1] 52:1
precepts [2] 164:15,18
precise [3] 11:18 75:14 89:19
precisely [1] 30:21
precision [1] 8:2
precursor [4] 78:5 104:9 130:25 151:7
precursors [2] 103:6,7
predation [1] 48:25
predators [1] 43:13
predict [2] 40:21 57:24
predictions [2] 109:17 110:18,20
preexisting [2] 144:3,17
prefer [4] 7:14 54:2 74:2,17
prehensile [1] 196:9
prejudices [1] 146:9
premise [1] 33:12
premised [1] 17:2
prepare [1] 146:20
preparing [2] 14:18 15:2
preponderance [1] 62:13
prepositions [1] 141:18
prescinding [1] 49:17
present [3] 24:6 51:12 86:7 105:6 123:17 136:13 137:8 138:3 158:6 159:2 160:10 165:17 166:12
presentation [5] 103:21 136:7 139:4,6 157:7
presented [17] 90:17 109:22 118:12 120:7 122:21 123:18,18,19 128:2,7 136:6 142:3,5 155:7 157:22 158:10 159:24
preservation [1] 99:2
preserve [1] 35:1
preserved [7] 16:22 33:1 99:7,10 100:1 101:13 102:16
president [4] 10:5,23,23 43:25
press [1] 16:10
presumably [1] 92:2,3 110:6
presume [4] 50:9 139:10 157:14
presumed [1] 52:19
presumption [2] 62:15 138:18
presuppose [1] 70:13
pretend [1] 92:11
pretending [2] 104:3 167:4
pretty [6] 19:22 66:22,24 74:5 134:2 147:13
prevailing [3] 81:20 82:2 173:3
prevalent [1] 82:21
previous [1] 91:24
previously [1] 159:14
prey [1] 98:7
pride [1] 117:25
primarily [2] 18:6,7
primitive [1] 103:10
principal [3] 70:19 88:21 159:6
principally [1] 65:6
principle [2] 34,11,12
principles [4] 28:24 30:17 31:10 90:13
princlpus [1] 107:17
prior [8] 11:8,20,24 13:9 27:3 103:2 153:22 176:7
prizes [1] 121:24
probabilistic [1] 39:24
probabilities [2] 133:3,10
probability [2] 20:4 132:23
probable [1] 96:18
probably [12] 14:2 22:13 30:3 53:25 54:23 56:18 78:11 91:5 102:23 138:20 168:10 172:12
problem [12] 7:5 97:12 98:22 99:1,5,6,7 101:5 102:24 124:6 144:6 171:23
problematic [4] 141:10 146:4,8 153:9
problems [20] 16:24 35:23 98:5 117:5 137:23 140:10,12 141:1,4,5 16,17,19 144:25 154:11,12 155:20 163:3 167:4 169:6
proceeding [5] 82:13,17,23 9:5
proceedings [5] 9:19,24 176:5,7,9
process [14] 5:19 6:1 18:4 22:5 35:9 39:18 45:14 47:21,22 48:11 49:18 52:15 53:12 57:5 61:20 62:5 65:9 69:10 71:17 73:4,18 77:25 78:2,20 84:2,23,25 85:2 88:20 95:1,13 97:17 106:17 116:10 122:7 125:10,12 130:24 133:4 166:7 172:7
processes [22] 32:15 69:15 70:15 106:15,18 109:21 111:12 112:21. 24 113:7 114:5,14,24 115:14 116:25 125:19,22 126:16 130:9 131:21 144:10 148:10
produce [8] 43:16 45:20 47:6 106:15,17 110:23
produced [4] 36:6 41:14 116:18,24
produces [5] 37:3 41:3,18 68:11 85:24
producing [1] 88:18
profession [1] 105:4
professional [2] 28:6 79:22 170:19
profoundly [1] 38:7
progressing [1] 102:3
progression [2] 51:20,20
prohibits [1] 21:19
project [1] 21:10
prominent [1] 23:6
promote [1] 144:22
promoting [1] 145:1
proof [3] 50:20 74:2 127:18
properly [2] 91:20 108:22
proponents [12] 17:22 69:4 72:11 102:22 109:25 111:16 116:22 119:18 120:15 124:11 169:18 173:6
proportion [1] 172:3
proposal [3] 96:16 128:23 151:15
proposed [9] 81:11,15 96:21 120:20 122:25 123:6 125:3 151:12 171:17
proposing [1] 122:18
proposition [5] 87:24 110:14 120:12 123:3 128:11
propositions [2] 120:8 153:2
protect [1] 76:20
proto [1] 97:15
protocols [1] 6:18
prove [5] 49:17 73:18,21 74:14 97:11
proven [3] 43:13,14 146:14
provide [5] 13:21 15:23 26:9 63:5 148:17
provided [3] 5:18 15:25 116:16
provides [2] 50:18 105:12
providing [2] 71:13 161:8
province [1] 152:14
proximity [1] 153:8
proxy [5] 48:18 49:23 74:18 77:8 89:6
prum [1] 132:11,11,12
public [6] 8:11 13:16 16:21 25:11 26:11 154:13
publications [1] 119:8
published [2] 98:2 125:2
pulled [1] 100:19
pulling [2] 100:6,8
punctuated [11] 79:5 80:24 81:6 82:9,14,25 83:16,22 84:1 85:18 173:2
punctuation [2] 85:5 154:15
purely [1] 116:25
purpose [7] 7:15 8:12 21:6 98:3 146:19 158:19 160:25
purposes [7] 5:13 46:19 54:17 110:8 126:6 135:25 165:16
pursued [2] 139:23 147:10
purvey [1] 154:21
purview [4] 28:8 113:23 125:14 171:13
put [10] 20:13 25:1 31:13 54:6 60:23 69:7 73:10 77:15 84:17 95:2 98:4 107:18 114:4,8 118:3 121:2 157:16 174:1

qualified [2] 110:9 117:23
qualify [11] 108:25 109:1 115:16 116:9,12 118:6,16 120:6 121:7 124:23 125:7
quality [1] 18:23
quantify [1] 51:24
quantitative [1] 71:2
quarrel [1] 22:14
quarter [1] 83:6
question [42] 6:14 9:18 11:17 17: 18 19:7 29:24 30:7,8 32:22,25 34: 15,18,20 35:12 37:10 38:15 54:1 59:20 61:9 67:6 82:20 83:1,4,8,9 84:11,12,23 85:17 93:7,24 98:15 101:12 117:23 126:6 136:18 144: 25 158:20,25 161:4,21 172:21
questions [23] 5:20 6:7 11:17 17: 6,12 30:14,15 31:19 33:1 45:12 57:20 61:2 67:13 70:3 72:12 77:4 82:14 88:11 128:10 154:4 163:2 165:16 173:23
quickly [2] 32:19 61:18
quite [7] 26:15 75:24 79:24 98:1 99:16 132:13 145:4
quote [3] 17:24 124:1,18
quote/unquote [1] 160:4
quotes [1] 90:2
quotidian [1] 121:10

R

r-u-b-r-i-c [1] 48:24
race [1] 159:11
races [1] 153:7
radioisotopes [1] 105:2
random [27] 138:22,22,25 39:6,8,21, 24 40:2,17,18 41:6,8,10,16,21,24, 25 42:4,5,12,14,21 43:5,19 44:4, 10,23
randomness [3] 38:18 43:3
range [9] 81:16,22,25 84:14,17 106:23 135:4,15 161:19
ranges [1] 147:25
rapid [1] 82:17
rara [1] 82:22
rate [3] 40:13,14 41:8
rates [1] 72:6
rather [17] 7:2 42:6 44:7 66:11 73: 13 74:23 82:16 91:1 114:23 130: 18 168:25
re-revolutionizing [1] 121:25
reach [2] 66:12 124:25
react [2] 86:16
read [32] 7:1 16:21,23,25 17:19 31: 22 80:5 90:10 99:6 101:12 135:19 136:2 142:6 155:8 156:3,18 158:4, 14,21 159:7 162:15,23 163:9,13, 25 165:1,20 166:17 169:3,8,10 175:9
readily [2] 72:20 98:1
reading [18] 19:20 97:4,6 121:21 158:5,12 159:18 160:9,16,18 161: 23,24 162:6 163:24 164:1 165:5 167:21 169:12
reads [1] 52:9
real [2] 42:4 43:21

Kevin Padian

realize [1] 51:15
really [34] 7:16 10:25 18:25 19:7
29:7 30:14 58:4 61:19 63:16,24
65:1 71:1 72:10 73:3,12 79:23 88:
5 97:21,23 101:25 105:25 118:1
119:6 123:7 132:14 138:22 145:4
148:22 151:15 153:16 154:11 157:
7 159:23 173:8
realm [2] 49:21 110:13
reason [7] 10:2 62:11 81:12 99:14
115:3 128:12,16
reasonable [9] 16:3 31:20,23 32:2
78:11 91:13 96:22 110:9 151:4
reasoned [2] 93:10 95:22
reasoner [1] 98:1
reasoning [1] 91:1
reasons [10] 23:25 78:17 80:11 81:
24 86:5 88:7 124:24 128:13,18
129:7
recall [1] 15:25
received [3] 14:14 23:21 84:16
recent [3] 33:17 62:16 63:22
recess [2] 45:10 88:8 133:15
recognition [1] 123:7
recognize [10] 52:21 54:6,13 67:
11 68:16 76:13 103:16 111:22
114:10 126:17
recognized [1] 51:3
recognizing [2] 52:18 65:25
recommended [1] 16:15
reconstructed [1] 105:7
reconstructing [2] 32:13 121:14
reconstruction [1] 107:3
record [39] 5:12,13 6:19 7:1,8 47:
17 48:2,10 50:16 57:22 64:6,24
66:22 71:16 78:22 79:5,24 80:6
82:21 83:7,14 85:3 98:16,21 99:
21 100:4,17 105:2 106:4 113:3
124:3,20 128:15 130:15 131:18
132:4 134:7 135:16 176:9
records [3] 33:5 99:24 109:6
recourse [2] 129:6 151:13
recur [1] 112:2
recurring [1] 141:21
recycled [1] 99:18
reduce [1] 123:1
refer [4] 38:5 68:5 113:2 136:5
reference [12] 21:7 37:11 38:9 46:
2 56:5 105:10 113:15 132:24 144:
22 145:14 165:11 170:3
referenced [3] 111:25 114:18 136:
2
references [2] 14:1,4
referencing [5] 55:25 56:1 133:6
145:20,22
referred [3] 132:10 135:17 162:5
referring [10] 11:4,11 12:3 36:13,
15 38:10 69:18 105:3 125:18 139:
15
reflects [1] 128:15
refused [2] 16:22 142:7
regard [10] 28:4,5 58:11 59:7,13
85:6 96:22 113:22 152:20 169:21
regarded [1] 168:17 173:5,5
regarding [2] 4:13 58:10

regardless [1] 43:23
regards [1] 86:20
regret [1] 6:12
reid [2] 1:19 2:19
reigning [1] 149:25
reject [3] 129:20 169:18,22
rejected [2] 120:14 172:16
relate [6] 18:3 26:15 56:19 82:14
104:12,14
related [18] 34:4 37:19 59:23 62:
20,21 64:12 66:24 69:3 71:9 75:
21 76:18 79:3,25 119:20 151:2
165:4
relates [4] 18:9 80:24 180:6 165:
24
relating [2] 22:20 107:9
relationship [4] 44:16 46:25 47:
19 148:16
relationships [5] 30:16,25 32:8,
23 34:9
relative [1] 178:14
relatively [3] 72:4 79:17 96:8
relatives [4] 57:14 63:24 64:20
102:1
relativity [2] 138:2 140:24
released [1] 22:3
relevant [3] 123:18 147:11 161:4
religion [1] 114:7
religious [3] 24:1 138:20,21
religiously [1] 161:1
remains [3] 28:13 80:12 102:14
remember [10] 8:4,19,25 9:1,6,8
10:14,20 25:17 87:19
remembering [1] 162:4
remove [2] 115:17 126:9
removing [1] 127:24
renown [1] 121:22
repeatedly [6] 57:17 105:6 128:13
129:20 130:13 147:9
repercussions [1] 169:2
replacement [1] 51:18
replacing [1] 84:24
report [48] 4:12 8:4 10:15 13:24,25
14:18,19 15:3,24 17:20 18:14,17
19:12 20:3,24 21:5 27:21 31:18,
22 32:22 34:14 38:17 39:18,20 40:
7 44:21 45:16 58:1 63:10 65:14,
21 69:2,18 98:17 113:2 126:7 132:
11,24 133:7 138:4 157:20 158:7
160:6 166:13 168:8 169:17
reported [4] 1:18 16:9 146:25 172:
14
reporter [2] 2:20 176:4
reporters [1] 117:14
reports [1] 167:23
represent [5] 135:25 141:24,25
155:5 156:9
represented [1] 156:11
represents [2] 138:5 169:3
reprimanded [1] 139:19
reproduce [7] 88:2,3
reptiles [3] 57:14 117:6
requested [1] 6:25
require [2] 23:12 117:22
required [1] 151:10

requires [1] 31:20
research [5] 7:25 8:7,8 12:20 149:
22
researcher [1] 12:21
resembled [2] 51:11 52:1
reservations [2] 110:17 152:10
reserved [1] 73:21
resistance [1] 160:23
resource [1] 155:8
resources [1] 43:14
respect [7] 24:8 30:3 93:5 116:13
158:20 157:10 161:16
respects [2] 71:3 171:23
respond [4] 27:2 153:16 165:1
172:4
responded [1] 171:23
response [3] 15:6 123:16
responses [1] 15:22
responsible [1] 36:2
rest [1] 118:4
restricts [1] 169:23
rests [1] 65:9
result [15] 8:17,19 18:4 48:21 58:6
71:16 73:15 74:21 85:6 93:15 97:
10 98:9 160:20 166:10 167:11
resulted [3] 114:5 166:25 167:10
results [3] 33:20 77:11 86:2
retained [3] 9:7,10 11:9
retrack [1] 95:3
review [16] 14:17 15:1 97:19 119:9
120:8,13,16 121:18,20 122:7 125:
4,10,12 129:4 170:11 171:22
reviewing [2] 19:3 58:1
rhetoric [1] 155:1
ribs [1] 60:19
rick [1] 132:11
riddled [1] 187:4
rigors [2] 106:24,25
rims [1] 148:3
rings [1] 148:1
rise [1] 146:25
road [2] 56:11 161:19
rock [9] 28:14 30:13 51:5 106:10
107:2,22,24 121:13 148:7
rocks [9] 30:6 51:4,14 99:7,8,9,11
107:19,25
role [9] 8:23 14:20 17:4 25:18 50:7,
10 65:5 76:12 88:18
roped [1] 138:3
rothschild [30] 3:5 6:20,25 7:4 11:
10 14:10 15:8 17:8 18:12 22:11
29:4,23 32:5 45:7 95:7 98:21 113:
9 120:23 123:25 124:17 126:4
127:8,20 128:9 131:11 133:13
134:10 135:16 136:15 137:2 143:
14 162:3 165:19 166:14 170:21
173:24
roughly [1] 40:12
routinely [1] 172:14
rubber [1] 56:10
rubric [1] 48:24
rudiment [1] 145:14
rule [1] 24:5
ruminant [1] 67:10
run [3] 57:1 61:4 151:5

running [6] 64:4 67:9 95:2,6,12 97:
13

## S

s-y-n-a-p-o-m-o-r-p-h-i-e-s [1]
33:7
s-y-s-t-e-m-a-t-i-c-s [1] 31:4
same [36] 6:9 7:16 20:2 30:18,18
31:9 35:16 43:17,19 49:21 51:7
54:11,17,19 59:10 76:9 78:19 80:
1,15 85:9,15 87:4 90:21 91:3 100:
9 103:13 106:12 126:11 129:8,23
136:12 140:22 143:1,22 163:16
174:2
sample [2] 48:5 106:10
san [1] 8:8
satisfaction [1] 74:15
saw [1] 97:18
saying [28] 16:3 36:20 42:11 50:1
77:22 91:15 101:4 103:6 111:5
114:23 115:23 116:22 120:18 123:
6 126:12 127:2,15,22 131:12 134:
18 136:17 145:12 152:22 153:14
155:16 159:7,20 173:7
says [18] 26:10 50:18 73:12,13
118:23 126:13 134:3 140:2,3 142:
19 149:15 151:24 155:25 157:22
158:9 164:14
scale [4] 49:11 67:18 74:24 75:4
scar [1] 167:12
scars [1] 87:5
scholars [1] 156:13
school [30] 1:9,10 2:7 4:13 5:15,
15 15:13 16:7,8,12,17 18:19 128:
2 136:13 142:4 145:22 146:12,19
147:2 155:24 157:8,10 159:18,19
160:19,22 164:14,23 166:22 168:
13
schoolchildren [2] 102:24 103:
25
schooled [1] 27:23
schools [8] 8:10 16:21 18:11 156:
14 163:21,22
science [128] 8:14,15 9:3,3 14:21,
23 18:20,22,25 19:8,9 20:15,18
21:9,17 22:2,22 23:2,3,4,9,14,24
24:4 25:2,3,8 26:19 27:24 28:1,1,
5 30:7 38:14 42:5 108:22,22,25
109:1,13,17,22,23 110:13,15 112:
22 113:11,13,19,22 114:23 115:2,
3,16 116:9 117:16,23,24,25 118:6,
13,16,17,20 119:4,4,6,20 121:8
122:19 124:8,24 125:1,4,7,15 127:
25 129:1,7 134:9 135:6 138:1,23
143:8 146:5,15 149:4,11 150:19
153:8 155:9,10,23 157:22,23 158:
1,8,10,10 159:4 160:8,13,16 161:9,
12,17,23 162:2,5,16,19,21,25 163:
6,12,20 164:11 167:16 168:2,14
169:1,1,4,18 170:1 171:14 172:6,
7
science's [2] 113:22 171:12
sciences [3] 36:8 41:17
scientific [54] 14:4 25:3,7 28:6 29:
3,8 22 97:5 106:21 109:22,24 117:

21 118:2,12 119:1,8 120:7,8,9,13, 16,21 121:19,22 122:1,4,6 125:4 126:3 127:6,17 128:7,18,23 134:8, 21,24 138:6 141:1 145:25 146:7, 11 153:2,7 155:5,12 162:25 165:3 167:3 170:10 171:18 172:4,5,5
scientifically [4] 128:6 159:25 161:2 171:12
scientist [9] 18:17 19:7 38:24 41: 11 42:6 134:6 146:24 153:4,5
scientists [14] 66:10 69:11 73:25, 25 96:24 117:13,19 127:2 143:18 144:11 146:5 149:8 163:3 167:3
scott [4] 11:5 12:4,14 15:21
scott's [1] 12:12
scratch [1] 97:3
screen [1] 26:14
script [1] 173:24
sea [4] 99:13,19 101:16 105:24
search [1] 127:23
season [1] 55:3
second [13] 5:23 18:16 52:8 118: 11 125:1 130:2,4,6,10 135:13 138: 5 153:8 156:17
secretary [1] 12:15
section [4] 27:25 31:18 50:17 51: 15
sediments [1] 52:2
see [78] 5:17 16:2 17:13,14 21:5 26:17 28:22 30:11 32:19 35:5 38: 19,25 46:4 49:6 50:5 51:17 57:1 58:13,13 59:5,14,16 62:8 65:15 69:6,9 70:21 74:21 76:1 77:4 78: 21,22 79:25 80:3,7 83:1,8 84:3 86: 4 87:11 88:6,10 89:3 90:12 91:19 18 105:19 109:24 111:4 112:11 114:5 117:1 119:8 123:5 130:16 132:3 133:1 136:25 137:5,7 138: 16 141:5 142:15 145:9,19 148:2 150:6,7 157:24 169:11 171:4 172: 17
seeds [2] 86:25 87:14
seeing [3] 61:11 74:23 81:12 94:6 123:9
seem [9] 35:16 57:21 58:14 65:25 73:11,16 77:22 171:24
seemed [1] 42:2
seems [33] 18:6 38:21,23 39:16,19 49:14 52:13 57:25 58:8 66:22 67: 23 70:25 78:2 79:18,65:24 88:13, 16 104:21 110:18 118:25 120:18 130:10 132:18 141:7 145:8 147: 13 149:21 153:16,17 154:5 155: 16,17,17
seen [7] 59:21 72:24 138:11 144:8 170:3,8 173:21
sees [1] 89:14
segments [1] 63:2
selected [5] 39:10 45:20 46:22 50: 3 87:12
selecting [2] 55:18,19
selection [94] 38:23,25 39:5,17 43: 2,5,18 44:10,22 47:16,19,25 48:6, 15,18,21,23 48:8,10,18,25 50:12

55:16 56:13 71:18 74:16,18,21 75: 2,3 77:6,16 79:6 80:25 83:22 84:1 86:4,8,9,15,16,18,23 96:3 89:1,4, 11,15,19 93:9,17 152:16,19,21
selective [7] 44:5 48:14 50:10 51: 24 84:25 85:2 89:21
semi-isolated [1] 81:18
seminars [1] 19:20
sense [34] 10:9 16:9,5 18:5 19:10 21:12 26:22 28:4 34:5 38:4,16 41: 13,23 42:22 44:5 47:25 90:21 97: 7 99:4 100:23 104:8 111:4 115:2 119:14,15 123:7 139:5 141:9 149: 18 152:11 160:6 169:20 171:4 173:12
sent [1] 97:19
sentence [6] 45:23 50:18 56:1 105:1 153:8 165:12
sentences [1] 154:25
separate [12] 53:3,23 54:2,18 57: 12,21 66:6,16 68:16 73:16 74:11 88:3
separately [1] 138:4
sequence [3] 34:1 60:17 76:24
sequenced [1] 63:3
sequences [1] 57:11
sequitur [1] 42:3
series [2] 18:2 52:25
serious [3] 154:11,12 160:11
seriously [1] 121:8
serve [1] 12:9 76:20
served [9] 11:19,23 13:1 19:1 98:3 set [5] 28:23 62:2 114:2 170:2 176: 6
setting [1] 128:25
seven [2] 20:13 22:4
seventh [1] 18:20
several [12] 19:1 31:23 38:16 44: 22 54:24 69:18 75:8 86:5 119:14 132:10 144:8 171:6
severe [1] 55:4
shall [1] 114:17
shape [4] 49:1 67:3 92:14 93:5
shapes [2] 75:22 91:3
shaping [1] 50:12
share [5] 33:22 60:2 61:1 62:17 124:22
shared [12] 33:8 34:2 60:8 61:22 62:13,15,18 63:5,16,17 65:7,10
shares [1] 33:23,24,25
sharing [1] 61:6
she'll [1] 174:1
she's [1] 36:3
shell [1] 36:4
sheily [1] 104:2
shift [1] 149:19
short [6] 21:16 46:10 70:20 72:4 79:17 87:15 112:25 160:21
shorter [2] 55:3 87:8
shorthand [3] 2:20 176:3,10
show [8] 21:3 74:5 77:6 79:6,6 91: 24 98:5 117:8
showed [1] 97:9
showing [5] 74:18 130:15
shown [5] 109:18 116:12,14 117:

21 127:14 129:2
shows [4] 134:4 147:23 173:22
sibling [2] 54:4,5
side [2] 15:8 159:21
sides [1] 97:14
sign [3] 7:2 173:22
signals [1] 106:12
significant [1] 172:23
significantly [1] 163:21
similar [7] 30:24 73:17 78:16,23 90:19 106:10 155:25
simple [7] 40:22 61:11 66:20 71: 11 76:3,10 78:18
simpler [2] 76:22 151:22
simplest [2] 76:7 131:3
simplify [2] 37:24 38:2
simply [24] 23:15,24 24:13 30:8 33: 12 41:5 53:13 63:7,14,25 87:10 90:7 91:8 93:20 101:6 103:12 116: 5 117:13 134:3 146:25 154:20 158:12 159:16 167:20
since [9] 18:21 50:19 72:15 140: 17,18 155:23 172:3
single [6] 52:11 56:3 61:11 131:24 144:11 148:12
singular [3] 105:13 128:15 144:6
sit [3] 26:13 169:10
sitting [2] 76:15 96:25
situating [1] 107:8,11
situation [4] 13:14 18:10 158:18 166:9
six [3] 33:22 40:25 41:8
sixth [1] 18:19
size [2] 96:2,4
sizes [1] 75:23
skeletal [1] 63:7
skeleton [2] 33:3 60:14
sketched [1] 78:1
sketchy [1] 144:7
skin [1] 131:24
skipping [1] 100:7
skull [4] 30:1 60:14,19 62:3
skulls [2] 33:3 58:22
slay [1] 148:12
sliced [1] 172:3
slightly [1] 39:23 51:2 85:20
slow [1] 173:4
small [1] 49:11 57:7 75:20 76:3 81:18 95:22,23,24 100:5 104:1 147:6
small-shelved [1] 101:21
smaller [3] 59:4 74:25 93:21
smoking [1] 40:10
snails [1] 105:24
snuffed [1] 72:13
so-called [1] 101:13
social [3] 155:24 159:6 164:12
societies [1] 167:3
soil [1] 55:4
solely [1] 52:18
solutions [2] 66:7 69:8
solve [1] 35:23
somebody [4] 42:2 62:18 169:8
somehow [5] 61:12 99:25 138:19 143:22 155:6

someone [7] 29:1 104:5 110:2 113:20 118:23 121:16 152:13
sometimes [5] 35:4 53:4,8,25 86: 23
somewhat [5] 5:20 6:12 34:6 35: 18 66:2
somewhere [1] 43:9
sophisticated [2] 17:21 35:13
sorry [13] 6:20 37:23 39:4 40:7 61: 19 70:9 81:2 84:6 103:4 137:18 150:3 153:23 163:11
sort [44] 10:9 17:3 18:3,7 27:9 28: 8,23 31:23 37:2 38:6,7 44:4 49:16, 18 50:9,10 57:1 59:10 60:25 61: 24 62:11,11 68:23 71:1 74:2,13, 15 78:6 80:5 81:23 82:10 84:15, 19,19 89:12,16 92:21 95:3 101:1 112:12 113:21 114:24 118:15 122: 6 133:1 145:11 159:1 168:2
sorting [1] 62:5
sorts [2] 20:21 56:18
sound [1] 19:5
sounds [1] 160:11
source [3] 145:23
sources [2] 53:16 161:20
south [1] 70:2
space [6] 52:24,25 70:15 107:9,10, 11
spath [1] 12:19
speaking [2] 5:24 104:25
speaks [4] 17:21 21:14,17 89:2
special [3] 150:7 167:14
special-interest-issue [1] 159: 16
specially [1] 112:7
speciation [18] 52:11,14 53:16 54: 21,22,23 55:20,23 56:3 68:6,6,10, 12,15 70:10,12 79:14 173:10
species [62] 37:19 41:19 44:12,17, 19 45:25 46:2 47:1,2,10,11 50:15, 23 52:18,21,22 53:3,12,20 54:5,5, 18 55:12 56:6 66:13,16 67:5,11 68:2,4,9,11,17 69:15 70:13,14 72: 20 73:1 76:14 79:13,19,21,23 80: 4,11,20 81:17 83:6 85:13 87:20, 24 88:3,6,16 89:17 93:19 121:13 140:17 142:23 144:17,17 145:14
specific [16] 10:21 20:20 25:22 26: 21 27:9 36:15 37:21,21 47:2 58: 15 60:1 63:2,3 119:19 129:15 170: 14
specifically [9] 21:25 22:7 25:17, 20 46:3 73:7 138:12 158:11 164: 19
specifics [2] 165:10 166:2
specified [15] 111:23 112:1 115: 18,24 116:23 117:2 120:3,19 122: 11 129:9,11 132:17 164:19 166:6 170:7
specify [1] 60:21
specimen [2] 60:10 105:12
specimens [3] 28:14 46:16 106: 25
spelled [2] 12:16 33:7
spent [1] 14:2

Kevin Padian

spoken [5] 15:9,16,20,21 153:20
spread [1] 32:12
spreading [1] 76:17
springbok [2] 67:1 103:17
square [1] 3:6
stabilizing [1] 97:15
stack [1] 100:18
stacking [1] 51:6
staff [6] 11:6 12:4,5,9,13,17
stage [2] 78:2,21 96:21
stages [1] 34:25
stand [1] 157:16
standard [6] 155:4,13,21 157:12,
  13,18 164:8 189:18
standardized [1] 146:20
standards [9] 20:6,7,9,19 21:13
  25:13,14,19,21
standing [7] 22:11,15 61:11 109:
  23 128:9 134:22 172:23
standpoint [4] 72:15,17 146:4
  151:24
start [4] 57:2 76:3 92:1 135:23
started [3] 53:21 77:5 97:2
startling [1] 133:11
state [13] 6:19 7:7,25 8:2,3,10 9:9
  18:22,25 23:23 24:2 157:15 176:4
state's [1] 20:19
stated [1] 146:19
statement [45] 16:16,21 23:5,8,15,
  19 25:10 39:25 45:15 71:4 103:20
  105:9 135:19 136:1,18,23,23 137:
  14 138:5,22 139:5 140:3,6 142:9,
  14,15 145:9 146:3 153:22 154:21
  155:25 156:18 157:5,9 158:2,3,8,
  13,14,21 160:9,15,17,19 161:23,
  24 162:5,6,15,15,22,23 163:24
  164:1,25 165:5,8,9,17,23 166:7,16
  167:21 169:10 170:17
statements [3] 154:20 158:11 169:
  13
states [4] 1:1 2:1 126:15 165:23
stating [1] 116:23
statistically [1] 172:5
statistics [1] 20:3
status [1] 28:1
stay [2] 59:1 150:20
stephen [1] 154:13
steps [1] 110:4
still [13] 24:5 40:3 54:16 67:15 82:
  20 83:5,23 87:14,15 110:15 131:5
  154:2 165:17
stipulating [1] 112:21
stipulations [2] 6:21 110:1
stock [2] 74:9 76:9
stomachs [1] 167:10
stop [1] 35:6 77:3 114:13 127:21
stopper [2] 115:3 118:20
stories [1] 92:15
straight [1] 94:9
straightforward [1] 167:2
strata [5] 100:12,14 101:7 105:16
  107:15
street [1] 2:17
streets [1] 3:6
stress [3] 149:10 154:14 170:10

strictly [1] 154:24
strife [1] 167:9
strikes [1] 38:6
stroke [1] 75:13
strong [8] 25:18 50:18 93:1 129:
  14 152:20 156:12
strongest [1] 134:9
strongly [1] 82:12
struck [1] 31:17
structural [5] 52:12 55:23 56:4,24
  57:7
structure [20] 42:25 57:3 73:14 88:
  22 90:24 91:24,25 92:12 96:5 110:
  3,10 118:9 118:24 126:8 129:23
  130:1 150:24 151:3 158:1,8 159:3
  160:12 162:2,19,21 163:12 164:
  15 165:6 170:6 173:15
structures [17] 34:17,21 35:15 36:
  17,22 49:7 78:16 90:20,22 91:4
  111:18 112:5 120:10 131:14 132:
  1,15 151:8
struggle [1] 6:9
struggling [2] 6:5 128:21
student [1] 165:20
students [51] 17:1 26:25 27:14,15
  35:24 128:2 134:14 135:20 136:2,
  8,14,19,25 137:5,20 138:12 140:4,
  7 141:15,21,25 142:4,9 145:21
  146:17 154:8 155:7,20 156:18,20,
  24 157:1,25 158:7 159:3,25 160:
  11 161:9 162:1,11,16,17,18 163:
  23 164:5,23 168:5 169:7,9,11,14
studied [1] 74:10
studies [9] 31:10 48:8 56:21 71:5
  74:22 80:2 155:24 159:6 164:12
study [8] 31:8 69:14 72:7,24 90:5
  93:15 144:4 149:3
studying [2] 68:1 90:1
stuff [1] 82:13
stunted [1] 46:9,10 86:24 87:15
stupid [1] 123:4
subheading [1] 52:6
subject [15] 24:17 28:11 29:9 46:
  16 56:6 61:25 62:8 69:21 71:23
  88:21 89:12 93:10 103:21 128:11
  139:7
subjected [4] 120:12 125:3 129:4
  171:21
subjects [4] 28:9 69:25
submission [2] 120:15 170:11
submit [2] 23:6 121:17
submitted [2] 121:20 170:8
subscribed [1] 176:17
substantial [1] 172:3
substantive [1] 116:13
substituting [1] 145:2
substitution [1] 156:15
succeeding [1] 49:1
success [3] 67:7,8 86:18
successes [1] 149:23
successful [2] 51:13 67:4
sudden [1] 157:15
sufficiently [2] 74:15 110:23
suggest [3] 101:24 151:14 170:24
suggested [2] 50:21 173:6

suggestion [1] 82:5
suggestions [1] 120:6
suggests [4] 73:9 92:21 150:14
  156:20
sum [4] 26:8 136:7,10 149:6
sun [1] 148:16
super [1] 166:23
superintendent [1] 6:10
superior [2] 114:3 167:9
supernatural [14] 109:20 110:6
  112:8 114:11 115:1,22 116:1 124:
  24 171:11
support [12] 14:5 26:9 50:19 51:
  19,22 59:5 71:13 74:3 109:9 110:
  25 147:5 156:12
supporting [1] 75:11
suppose [2] 18:20 26:23
supposed [4] 25:5 124:2 137:7
  150:15
supposes [1] 66:5
supposition [1] 82:1
surface [3] 100:2 148:5,10
surfaces [1] 100:1
surround [1] 22:23
surrounding [1] 46:24
survivability [1] 45:3
survive [6] 43:15,15 44:13 50:12
  70:16,17
survived [1] 92:4
survives [1] 55:13
susan [1] 12:19
suspect [1] 161:18
suspend [1] 125:21
swamp [1] 81:23
swimming [1] 59:9
switched [1] 130:16
sworn [2] 5:5 10:11
sympathetic [1] 122:16
synapomorphies [1] 33:6 58:24
  60:2,12 61:1,6 108:10
syntax [1] 86:10
systematics [5] 31:3,4,21 33:6 34:
  13

---

## T

table [1] 49:19 54:7 72:10 134:7
tail [1] 60:20
talents [1] 28:3
talked [5] 71:22 86:22 106:19 118:
  4 122:23 125:2 151:11 171:7,19
talks [1] 133:7
tammy [2] 1:3 2:4
tamper [1] 114:7
taught [23] 8:16 18:18,19 20:15 23:
  10,25 136:6 138:13 139:8,12,13,
  14,15 140:1 153:21 158:24 159:
  13 162:5 164:14,17,23 165:2 167:
  5
tax [1] 164:9
taxpayer [1] 164:3
teach [8] 23:14 25:5 27:2 139:25
  140:1 156:14
teacher [1] 159:18
teacher's [1] 139:17

teachers [20] 15:16 18:22 18:22
  23:20 25:4,11 137:6 138:13 139:
  10,18,22,24 141:15,24 142:7 153:
  20 157:14 158:22 166:17,18
teaching [18] 8:15 18:21 21:15,19
  22:21 23:20 25:15 26:20,22,24 27:
  5,11,14,17 117:24 137:6 164:11
  166:4
techniques [1] 35:13
teeth [3] 58:22 60:19 62:3
telephone [1] 166:23
tells [1] 162:24
temporal [1] 104:22
tempted [1] 159:5
ten [3] 7:21 8:5 101:14,20 117:10
tenable [2] 95:4 131:9
tenants [1] 172:19
tend [5] 20:20 25:24 26:13 57:7 73:
  4
tends [1] 6:1
term [15] 22:12,15 26:20,21 36:13
  37:13 57:25 74:2 85:14 113:1 135:
  6 145:9,13 152:11 165:23
terms [17] 19:14 20:20 56:13 61:
  20 65:2,5 67:5 69:3 85:21 112:9
  122:6,20 145:10 146:7,16 171:18
  172:22
terrains [1] 30:13
terrestrial [2] 63:12 65:8
terrifically [1] 73:3
test [21] 29:14,19 32:8 61:13 82:2,
  7 87:25 110:18 119:9,22 120:4
  122:12 123:22 124:12,18 129:17
  131:9 132:19 140:14 151:11,22
testability [1] 122:5,8
testable [14] 119:13,15,16 124:16
  125:5 170:25 171:1,7,8,9,12,15,17,
  18 172:11
tested [19] 105:6 109:18 110:20
  118:2 122:13 125:9 135:13 147:8
  152:4 172:14
testified [4] 5:5 9:4,19 89:16
testify [1] 8:12
testifying [1] 176:8
testimony [7] 8:22 13:21 89:3,9
  94:3 120:24 175:12
testing [3] 106:3 122:20 151:10
tests [9] 105:14 119:23 120:7,20,
  21 122:22 125:3 146:20 173:14
text [1] 16:14
textbook [2] 18:3 117:14
textbooks [3] 19:2 118:3 143:9
themselves [6] 44:7 53:12 72:17
  153:5 161:14 166:1
theology [1] 116:6
theories [6] 110:24,24 138:2 141:
  20,22,23 157:8,11
theorists [1] 69:6
theory [16] 17:5,23 20:4 21:15,20
  22:8,12,22,24 23:21 25:16 46:20
  48:20 65:22 66:3 69:5 70:20,23
  71:14,24 80:23 81:1,6 106:3 108:
  21 109:7 110:22,25 111:14 112:
  13,19 113:3,6,8 114:20 115:9,10,
  15 119:4 122:4,4,22 123:15,23

Kevin Padian

124:11 134:4,8,15,18,19,20,21,25
135:1,3,5,7,10.10 136:14 137:21,
23 138:1,6,7,7,8,19 139:4 140:8,
11,12,16,25 141:2,14,16,19 142:2,
15,21 143:11 145:4 146:7,10,10,
11,13,16,22,25 147:3,6,13,18,18,
20 148:11,12,14,21 149:7,19,20,
21,24,25 150:9,11,20,22 151:1,18,
24,25 152:9,23 153:10,12,15,25
154:3 155:4,12,12,14,19 156:20,
22 157:3,4 158:24 159:10 165:3
170:17,18,23,23,24 171:5,6,10
172:10,14,19,22,24 173:1,13,16,
18
there's [5] 6:14 18:2 20:3,10 24:
10,11 26:24 31:22 39:17 42:11 45:
2,22 46:15 49:2 50:10 51:8 52:6
53:15 55:3 57:16 62:10,22 64:13
66:1 67:1,15 68:15,19,24 72:25
73:12 85:24,25 89:15 92:8 94:3,5
100:12 106:7,9 112:13 118:8,24
120:1 124:9 132:13 136:4 141:1
151:1 156:1 157:6 159:9,21 164:
13 167:5 171:9
thereafter [1] 176:10
therefore [23] 38:9 47:9 59:12 80:
12,14 82:5 91:20 100:12 102:9
104:20 112:22 115:5 116:18 117:
1 126:25 130:7,12 137:7 139:13,
22 143:25 162:12 165:14
thereof [1] 176:12
thesis [2] 112:17 124:16
they'll [2] 87:1,15
they've [3] 53:5 171:22 172:2
thick [1] 148:8
thinking [1] 89:8
thinks [1] 121:18
third [7] 100:21 135:14 142:19 145:
1,8 156:19 157:21
thomas [1] 3:9
thoroughly [1] 118:2
though [1] 27:8 35:17 58:19 74:10
94:25 101:2 154:14
thousands [1] 148:8
three [9] 27:13 33:25 35:2 41:9 76:
21 127:2 129:6,8
throw [1] 56:11
thrown [1] 156:1
thrust [4] 8:22 17:25 99:25 172:18
thwart [1] 146:19
tissue [1] 36:1
tissues [1] 38:3
today [27] 5:16 28:21 48:8,11 51:
11 64:5 76:10 80:4 82:5 84:2 91:3,
18 93:22,22 96:4 101:17 103:14,
18 107:14 108:9 109:8 132:5 150:
11 161:18 169:10 170:19 171:7
together [1] 20:13
token [1] 6:9
look [3] 9:1 18:25 45:18
tools [1] 31:6
tooth [1] 105:17
top [4] 100:19 105:1,1 172:13
topics [1] 137:8
total [5] 26:8 136:7,10 149:6 161:

16
totally [1] 38:3
tough [1] 46:11
tougher [1] 55:3
toward [1] 97:24
towards [1] 29:18
trace [4] 35:14 64:13 77:25 78:20
104:2,9
traces [1] 143:9
tracing [1] 65:9
track [4] 79:1 134:7
tracking [1] 89:5
tracks [1] 103:11
trackways [1] 102:4
tractable [1] 66:6
trade [1] 74:9
traditionally [2] 85:7 87:19
training [3] 19:14 20:4 163:20
trait [1] 47:3
transcribed [1] 176:10
transcript [1] 175:10
transcription [2] 5:25 176:12
transition [2] 101:8 110:10
transitional [6] 58:2,2 59:15,18,
19,20 61:22 77:12
transitions [3] 117:8,12 130:16
transparent [1] 138:11
transplant [2] 55:9 87:13
treadmills [2] 31:14
treated [1] 128:16
treating [1] 141:14
treatment [4] 102:20 104:22
tree [4] 43:20 45:3 108:12 162:7
trees [1] 46:9
tremendous [2] 63:6 160:22
trial [3] 6:23 9:22
tried [2] 23:2,4
tries [2] 20:17 77:15
trilobites [2] 51:13 105:23
trivial [1] 146:24
trout [1] 41:22
true [17] 10:11 44:19 63:20 86:12
88:13 94:15 102:22 103:23 128:
19 127:15 136:25 147:2,4 152:7,9
171:14 175:13
try [17] 6:8,10,17 11:17 16:5 17:15
35:11,23 38:16 55:10 57:8 61:18
62:5 110:18 151:23 167:14 169:6
trying [75] 9:11 14:20 18:5 19:10
26:15 27:2,3,8,21 29:2,18 30:21,
25 31:8,25 32:2,2,14,20,25 34:7
36:25 37:13,23,24 38:1,4,18 41:
13 45:13 48:9 49:17 57:4,4,10 58:
8 61:17 65:12,24 71:12 72:15 74:
12 80:22 82:20 83:25 85:22 87:16
88:1,12 89:1 92:8 94:7,9 96:12
104:13 114:16 119:25 121:1 122:
1 123:14 124:8,12 128:4,22 136:8
138:24 139:8 143:7 150:5,6,7,12
160:5 154:9 171:3
tubes [1] 101:24
tuesday [3] 1:17 2:19 5:1
tumble [1] 97:9
tumbling [1] 97:17
turmoil [2] 167:10,24

turn [5] 62:7 65:9 106:20 107:16
168:22
turned [1] 96:24
turns [1] 64:9 80:1 131:23
turtle [1] 36:4
twentieth [1] 100:22
twist [1] 149:17
two [31] 3:6 17:7 18:17,25 20:10
33:22 35:16 46:5,13 53:16 54:6,7,
8,10,14,15 62:17,18 64:16 68:16
80:8,10 115:19,24 120:1 123:14
124:24 133:18,19 149:13 157:21
type [2] 102:5 107:2
types [4] 52:10 56:2 65:16 69:19
119:5
typical [2] 106:24 144:19

## U

ubiquity [2] 131:13,16
ultimate [1] 160:19
ultimately [4] 28:20 34:1 58:7 73:
16
unable [1] 59:4
uncle [1] 80:1
uncomfortable [1] 6:15
uncover [1] 100:2
under [7] 6:21 10:12 52:8 157:4
175:8 176:8,10
underlying [1] 150:13
underplay [1] 86:13
undersigned [1] 178:3
understand [88] 6:5,11 17:23 22:
17 23:18 27:21 28:22 29:2 30:22
37:6,9,14 38:19 39:7 40:2 41:11,
12 42:10,14,20 43:4 45:1,13 47:7,
18 48:9 52:7 57:5 58:8 60:6 61:18,
23 65:12 72:19 76:18 80:23 82:24
83:11 88:12 89:1 91:14 94:2,3,22
95:13 100:11 103:1,5 105:9 109:
10 110:16 111:2,14 114:16,25
115:23 116:11,20,21 118:5 120:
13,17 121:1 123:13,17,21 124:8,
10 125:16 128:22 129:15 132:22
134:17 142:6 145:13 156:4 158:
17 159:25 160:5 161:15,20 163:4
164:21 166:20 168:9,23
understanding [58] 11:7 16:11
23:17 24:16 26:25,25 37:15 39:17
41:17,24 42:3,5 44:9 63:15 67:21
72:14 73:5 79:22 81:20 82:2 106:
1,5 108:2,24 109:19 111:3,15,24
112:18,20 113:17 119:2 120:4
121:25 122:9 123:15 124:14,22
125:6 126:5 127:4 129:21 136:22
140:9 142:12 143:10 145:5 148:5
150:8 152:15 153:24 159:1 157:
1 162:25 163:17 164:8,22 169:21
understood [4] 86:7 89:3 92:23
117:15
uneducated [1] 168:13
unfalsifying [1] 110:14
unifies [2] 135:4 151:18
uniform [1] 51:4
unify [1] 135:15
unintelligibility [1] 127:7

united [2] 1:1 2:1
universal [2] 153:6 156:6
universally [1] 157:2
universe [1] 114:2
university [1] 39:9
unless [1] 124:20
unlikely [3] 149:21,24 150:2
unlucky [1] 44:8
unproblematic [1] 167:1
unrelated [1] 59:22
unsolved [1] 163:3
untenable [1] 161:2
until [8] 5:22,23 147:14 164:16
165:7,13
unusual [2] 5:20 33:9 105:17
up [29] 19:19,22 30:2 41:22 51:5
55:1,5 60:16 86:23 87:6,15 88:4,
10 92:15 97:7,14 99:15,25 109:25
114:2 123:2,10 132:7 140:24 147:
24 160:14 166:8 170:2,15
updated [1] 134:13
upper [1] 27:19
useless [3] 164:16 165:7,13
uses [2] 132:21 146:7
using [11] 22:14 30:16,24 49:23
60:9,12 73:24 116:19 141:18 144:
24 176:9
usual [1] 105:23
utility [1] 58:12

## V

valid [2] 126:3 159:25
value [1] 92:5
vanos [1] 131:25
variation [2] 46:4,6
variations [7] 45:19,24 46:1,14 88:
8 87:6,9
variety [2] 80:11 94:11
various [10] 16:10 23:25 28:17 32:
12 39:10 70:18 89:17 100:12 101:
22,24
vary [1] 37:18
vast [2] 130:14 143:4
vehicles [1] 121:5
ventured [1] 166:3
venues [2] 119:20 122:24
verbal [2] 5:21,22
verbatim [1] 176:8
versus [1] 163:8
vertebrae [1] 60:19
via [1] 9:24
vida [2] 1:19 2:19
video [1] 158:15
view [12] 42:21 45:17 83:12 94:22
104:17,18 114:6 142:22 144:15
149:21 156:12 168:23
virtue [4] 26:9 72:5 113:13 159:17
vis [4] 14:21,21
volcanoes [2] 148:1,1
volunteered [1] 13:21
vs [2] 1:7 2:8

## W

wait [2] 9:22,23
walk [2] 158:13,14
walked [2] 158:21,22

Kevin Padian

walking [2] 58:20 158:12
wandered [1] 53:6
waned [1] 128:20
waning [1] 51:18
wanted [4] 19:14 25:1,1 47:17
wants [1] 113:20
warm [2] 55:3 91:16
warming [2] 24:21 91:9
warrant [2] 109:19 110:24
washed [1] 105:20
waste [1] 39:12
wasted [2] 164:3,10
wasting [2] 164:10,10
watch [4] 30:12 50:22 58:9 59:23
watching [5] 34:1 48:18,19 49:11
  93:20
water [3] 58:25 59:1,2
waxed [1] 28:19
waxing [1] 51:17
way [50] 13:11 17:21 18:8 21:16 23:
  21 32:20 34:8 37:13 44:17 55:1
  60:17 61:21 66:23 72:1 76:9 77:
  14 82:8 88:23 87:4 89:10 90:12
  93:3 94:5,14,23 95:3,11,13 98:7
  102:23 103:13,24 105:2 107:24
  109:8 115:11 118:3,24 123:20
  126:22,24 132:15 133:7 143:20
  146:10 149:18 159:13 160:8 173:
  8,21
ways [14] 46:24 53:11,17 57:19,24
  74:12 86:11 112:15 125:23 140:
  14 144:8 148:15 155:15 172:1
wealth [1] 63:6
web [1] 26:12
week [1] 27:13
weeks [1] 54:15
weighing [1] 76:7
weight [1] 62:12
well-accepted [1] 152:15
well-tested [2] 135:3 152:17
wes [1] 12:20
whale [4] 61:21 63:21,22 65:7
whales [15] 58:18,18,19,23,24,24
  59:6 60:3 63:11,23 64:1,7,12,19
  114:9
whatever [14] 31:2 40:11 76:16 81:
  24 84:24 93:16 114:3 117:5 119:
  17 138:2 144:23 145:3 158:15
  166:19
whatevers [1] 96:1
whereas [1] 73:11
whereof [1] 176:16
whether [49] 8:14 9:12,12 12:4 16:
  2,2 17:12,16 21:19 22:7 25:15 26:
  5 35:5,8 36:4 43:25 46:5 63:11 65:
  6 73:5 77:5 82:20 83:15,17,21 87:
  24 105:19,20,21 108:19,20 112:18
  113:11,12,14 119:3 139:24 140:
  10 142:3,5 143:10 153:25 154:15
  161:4 163:14 164:23 167:20 170:
  5,6
whim [1] 159:15
white-eye [5] 40:23 41:1,4,15,19
whoa [1] 117:18
whole [16] 51:19 52:2 56:14 57:12

58:25 81:18 91:7 106:3 107:24
  123:10 130:7 146:10 148:10 149:
  19 155:24 159:21
wholly [1] 48:11
wild [1] 95:10
wildebeest [1] 66:25
will [54] 6:4 21:16 27:1 40:21 41:8
  47:11 53:25 54:12,13,15,15 56:16,
  16 86:24 87:12,14 95:5 126:25
  134:14 136:17 137:7,20 138:12
  139:12,22 140:4,7 141:21 148:25
  149:24 158:7 159:15 160:9,12
william [1] 116:6
williamson [1] 132:11
window [1] 104:4
winds [1] 65:4
wing [6] 75:7,8,11 76:22 90:10 93:
  15 96:19 165:12
wings [4] 75:24 93:2 97:15 114:9
wisdom [1] 168:16
wish [2] 114:4 167:7
within [1] 58:2
without [4] 71:4 104:1 130:11 153:
  14
withstand [1] 87:8
witness [25] 4:2 9:12,13,14 11:12
  17:7 18:16 22:13 29:6,24 31:5 32:
  7 77:17 124:4 126:8 127:9,21 131:
  12 134:12 137:4 152:1 162:4 165:
  15 170:22 176:16
witnesses [1] 176:7
wonder [3] 111:9 169:5 168:9
wonderful [1] 132:1
word [14] 31:11 33:6,7 42:14 52:4
  60:7 73:21 78:5 86:6 108:10 121:
  11 124:18 129:24 171:25
wording [1] 147:3
words [23] 24:20 36:24 37:25 42:4
  43:22 53:21 58:16,23 59:17 65:4
  66:14 72:14 79:19 82:25 104:7
  106:7 111:4 120:17 121:2 136:18
  142:24 154:24,25
work [32] 10:24 11:3 13:8 27:3 30:
  4 31:1,15 32:24 33:2 35:21,21,22
  36:7 48:8 56:23 57:1 74:20 75:15
  82:19 86:11 89:15 90:9 92:16 93:
  13 95:15 115:6 117:13 121:11,12,
  17 143:6 170:8
worked [4] 18:22 21:21 32:9 84:21
working [14] 18:16 36:3,10 74:1
  82:10 83:23 84:13,18 90:6 105:16
  126:5 135:6 143:4 157:14
works [9] 12:14 32:21 61:23 111:
  11 126:10 143:6
world [16] 53:14 56:12 113:16,20
  114:15 116:5 117:16 125:21 153:
  4 171:13
worms [1] 101:24
wormy [1] 102:5
worries [4] 115:7
worry [2] 93:4,5
worse [1] 154:9
worth [1] 167:14
worthy [2] 77:1 155:6
wrap [1] 88:10

wright [1] 3:24
writ [1] 74:7
write [1] 144:15
writers [1] 117:14
writes [1] 154:13
writing [4] 11:1 18:24 144:20 159:
  14
writings [1] 116:4
written [6] 23:7 117:4 121:4 124:
  20 163:7 171:20
wrote [7] 52:3 85:12 97:5 98:2 117:
  7,17 144:16

## Y

yale [1] 7:13
yaar [6] 40:9 41:9 52:3 64:8 87:2
  101:20
years [31] 7:21 8:5 18:19,21,25 20:
  14 22:3,4 49:12 64:2,7,8,23 66:23
  99:10,11,14,20 101:21 102:2,13,
  19 103:15 117:10,17 140:17 143:
  4,21 144:12 149:21 158:24
yield [2] 106:8,9
yourself [2] 19:24 24:22

## Z

zoologist [1] 30:17
zoologists [1] 31:12
zoology [4] 28:9,25 29:8 30:3