# APPENDIX IV

# TAB A

## SCHOOL BOARD MINUTES, DOVER AREA SCHOOL DISTRICT, NORTH SALEM ELEMENTARY, MONDAY, OCTOBER 18, 2004, 7:33 P.M.

### EXECUTIVE SESSION

An Executive Session was held from 6:30 p.m. to 7:15 p.m. to discuss personnel matters.

### ROLL CALL

The Dover Area School Board met Monday, October 18, 2004, 7:33 p.m. at the North Salem Elementary School. The meeting opened with a pledge of allegiance to the flag and silent reflection. The following directors were present: Mr. Bonsell, Mrs. Brown, Mr. Brown, Mrs. Buckingham, Mrs. Cleaver, Mrs. Geesey, Mrs. Harkins, Mr. Wenrich, Mrs. Yingling. Student representatives: Holly Crone and Joshua Rowand.

Also present: Dr. Nilsen, Superintendent; Mr. Baksa, Assistant Superintendent; Ed Hermance, Acting Board Secretary/Interim Business Manager; Mr. Riedel, Principal, Dover High School; Mr. O'Donnell, Principal, North Salem Elementary School and listing of school district employees and residents attached as part of the official minutes.

### 1. BOARD PRESIDENT'S COMMUNICATION

.1   Motion by Mrs. Harkins, seconded by Mr. Brown that the school board accepts with regret the resignation of board member Noel Wenrich, effective November 15, 2004. Motion adopted by a vote of 9 "Yes" and 0 "No".

.2   Motion by Mrs. Harkins, seconded by Mr. Buckingham that the school board accepts with regret the resignation of board member Jane Cleaver, effective November 15, 2004. Motion adopted by a vote of 9 "Yes" and 0 "No".

.3   Motion by Mr. Brown, seconded by Mrs. Harkins that the school board nominates & approves Angie Yingling as School Board Treasurer to fill the vacancy due to the resignation of Noel Wenrich. The position will be in effect to June 30, 2005. Motion adopted by a vote of 9 "Yes" and 0 "No".

.4   Motion by Mrs. Harkins, seconded by Mr. Brown that the school board approves Ed Hermance as Acting School Board Secretary. Motion adopted by a vote of 9 "Yes" and 0 "No".

### 2. CONSENT AGENDA

Motion by Mrs. Harkins, seconded by Mr. Brown that the school board approves all items contained on the October 18, 2004 Agenda, listed under Section VIII, the Consent Agenda Items, which were discussed in our planning meeting of October 4, 2004 as follows:

1. APPROVAL OF MINUTES

   a.   Approve minutes of September 7, 2004 and September 13, 2004.

2. STUDENT AFFAIRS

   a.   Approve request by Mrs. Marion Young, fourth grade teacher, Weigelstown Elementary School to take her fourth grade class on an additional field trip not on the original approved list in mid November, 2004 to the York County Solid Waste Authority's Incinerator Plant in York.

000152

## SCHOOL BOARD MINUTES, DOVER AREA SCHOOL DISTRICT, NORTH SALEM ELEMENTARY, MONDAY, OCTOBER 18, 2004, 7:33 P.M.

    b.    Approve request by Sara Reddington, Vocal Music teacher, Dover Area High School to take five male students of the 9th Grade Choir to Mansfield University for a performance and performance evaluation, November 5, 2004 at an approximate cost of $120.00.

3.    PERSONNEL

    a.    Dr. Richard Nilsen to attend the AASA National Conference in San Antonio, Texas, February 17 – 20, 2005 at an approximate cost of $2,585.00.

    b.    Lori Stollar, Social Studies teacher, Dover Area High School to attend the PASCD Annual Conference: Navigating the Seas of Accountability, Hershey Lodge and Convention Center, November 20-23, 2004 at an approximate cost of $250.00.

    c.    Lori Stollar, Social Studies Teacher, Dover Area High School to attend the ASCD Annual Conference, Orlando, FL, April 2-4, 2005 at an approximate cost of $1,695.00.

    d.    Michael Baksa, to attend the PASCD Annual Conference: Navigating the Seas of Accountability, Hershey Lodge and Convention Center, November 20-23, 2004 at an approximate cost of $240.00.

    e.    Michael Baksa, to attend the ASCD Annual Conference, Orlando, FL, April 2-4, 2005 at an approximate cost of $1,695.00

    f.    Michael Baksa, to attend the Annual Federal Program Coordinator's Conference, Pittsburgh, PA, April 10-13, 2005 at an approximate cost of $705.00.

    g.    Dr. A.C. Butterfield, to attend the ASCD Annual Conference, Orlando, FL, April 2-4, 2005 at an approximate cost of $1,695.00.

    h.    Dr. A.C. Butterfield, to attend the Annual Federal Program Coordinator's Conference, Pittsburgh, PA, April 10-13, 2005 at an approximate cost of $705.00.

    i.    Steve Walker, to attend ASCD Annual Conference, Orlando, FL, April 2-4, 2005 at an approximate cost of $1,695.00.

    j.    Joel Riedel, to attend the NASSP Annual Conference – Take Charge of Learning, San Francisco, CA, February 25-28, 2005 at an approximate cost of $2,290.00.

    k.    James Plank and William Stone, to attend the 2004 National Academy of Finance Leadership Summit, Las Vegas, NV, November 17-20, 2004 at an approximate cost of $1,659.00 each.

    l.    Approve the appointment/reappointment of the extra-curricular personnel for Winter and Spring Sports for the 2004-2005 school year.

000153

## SCHOOL BOARD MINUTES, DOVER AREA SCHOOL DISTRICT, NORTH SALEM ELEMENTARY, MONDAY, OCTOBER 18, 2004, 7:33 P.M.

  m. Approve the following revised job descriptions:

    1. Elementary School Principal
    2. Intermediate School Assistant Principal

  n. Approve the following for the before/after school Math and Language Arts Remediation Program at North Salem Elementary School in the position listed and compensation noted for the 2004-2005 school year:

Math Remediation Instructors and Substitute Instructors:
Jason Betz - $26.15 per hour
Lisa Byerts - $26.15 per hour (Substitute)
Johanna Cunning - $22.96 per hour
Carla Fogelsonger - $22.96 per hour
Charles Jacobs - $26.15 per hour
Sandy Lawrence - $26.15 per hour
Heather Manifold - $22.96
Linda Massa - $26.15 per hour
Debra O'Donnell - $26.15 per hour
Kelley Ritter - $22.96 per hour
Megan Sippel - $22.96 per hour
Georgeann Sprague - $26.15 per hour
Tim Wendel - $26.15 per hour
Beth Ann Weston - $26.15 per hour

Language Arts Remediation Instructors and Substitute Instructors:
Jason Betz - $26.15 per hour
Lisa Byerts - $26.15 per hour (Substitute)
Johanna Cunning - $22.96 per hour
Carla Fogelsonger - $22.96 per hour
Charles Jacobs - $26.15 per hour
Sandy Lawrence - $26.15 per hour
Heather Manifold - $22.96
Linda Massa - $26.15 per hour
Debra O'Donnell - $26.15 per hour
Kelley Ritter - $22.96 per hour
Megan Sippel - $22.96 per hour
Georgeann Sprague - $26.15 per hour
Tim Wendel - $26.15 per hour
Beth Ann Weston - $26.15 per hour

  o. Approve the following for the after-school Math and Language Arts Remediation Program at Dover Elementary School in the position listed and compensation noted for the 2004-2005 school year.

Math Remediation Instructors and Substitute Instructors:
Diane Benner - $26.15 per hour
Lori Shirey - $22.96 per hour

000154

SCHOOL BOARD MINUTES, DOVER AREA SCHOOL DISTRICT, NORTH SALEM ELEMENTARY, MONDAY, OCTOBER 18, 2004, 7:33 P.M.

Kelly Stahlman - $22.96 per hour
Beth Stump - $26.15 per hour

Language Arts Remediation Instructors and Substitute Instructors:
Mary Ann Frey - $26.15
Lori Shirey - $22.96
Beth Stump - $26.15
Barb Ferguson - $26.15
Kari Miller - $26.15

p. Approve the following staff members for the After-School Language Arts and Math Remediation Program at Leib Elementary School in the positions and at the compensation rate noted for the 2004-2005 school year.

Language Arts and Math Remediation Instructors
Mary California- $22.96 per hour
Teresa Dull- $26.15 per hour
Shelly Flesch- $26.15 per hour
Bonnie Kline- $26.15 per hour
Kerryn Maas- $26.15 per hour
Sandra McDowell- $26.15 per hour
Michael Pochyba- $26.15 per hour
Diane Weaver- $26.15 per hour

q. Approve the following for the After School Math and Language Arts Remediation Program at Kralltown Elementary School in the position listed and compensation noted for the 2004-2005 school year.

Deborah Smith-       $22.96 per hour
Carolyn Burrell-     $26.15 per hour
Deborah Wirth-       $26.15 per hour
Veronica Roblyer-    $26.15 per hour
Kristin DiBlasi-     $22.96 per hour
Jessica Shaffer-     $22.96 per hour
Gail O'Donnell-      $22.96 per hour
Ann Partlow          $26.15 per hour
Christine Daly       $26.15 per hour

4. BUDGET AND FINANCE

a. Approve request for exoneration from school district per capita/occupation taxes for 2004-2005 school year.

b. Approve tax refund for the period of 1998/1999 through 2003/2004, due to correction on Land Dimension in the amount of $1,758.51.

000155

## SCHOOL BOARD MINUTES, DOVER AREA SCHOOL DISTRICT, NORTH SALEM ELEMENTARY, MONDAY, OCTOBER 18, 2004, 7:33 P.M.

5. **TRANSPORTATION**

    a. Approval to purchase the 2000 GMC van used for inter-school mail and deliveries at a cost of $6,036.95.

6. **TREASURER'S REPORT**

    a. Payment of Bills

    | General Fund | |
    |---|---|
    | Interim (Paid) | $2,997,017.38 |
    | List of Bills (Unpaid) | $ 447,782.63 |
    | | |
    | Capital Reserve | $ 15,851.83 |
    | Construction Fund | $ 152,854.59 |
    | 2002 Construction Fund | $ 472,876.74 |
    | Cafeteria Fund | $ 40,317.14 |
    | Athletic Fund | $ 15,953.22 |

    b. Monthly Financial Statements for September, 2004.
        i. Budget Summary
        ii. List of Paid Bills
        iii. General Fund – Balance Sheet/Investment Schedule
        iv. Capital Reserve
        v. Construction (1996)
        vi. 2002 Construction
        vii. Food Service
        viii. Student Activity Fund
        ix. Activity Fund Report
        x. Athletic Fund

Motion adopted by a vote of 9 "Yes" and 0 "No".

### 3. BREAK
Mr. Bonsell called for a short recess at 8:50 p.m. and he reconvened the meeting at 9:08 p.m.

### 4. STUDENT AFFAIRS

.1 Motion by Mr. Buckingham, seconded by Mr. Wenrich that the school board ratifies school board committee's recommendation of student hearing (C) October 8, 2004 at 2:00 PM. Motion adopted by a vote of 9 "Yes" and 0 "No".

.2 Motion by Mr. Buckingham, seconded by Mr. Wenrich that the school board ratifies school board committee's recommendation of student hearing (D) October 8, 2004 at 3:00 PM. Motion adopted by a vote of 9 "Yes" and 0 "No".

.3 Motion by Mr. Buckingham, seconded by Mrs. Cleaver that the school board ratifies school board committee's recommendation of student hearing (E) October 8, 2004 at 4:00 PM. Motion adopted by a vote of 9 "Yes" and 0 "No".

000156

SCHOOL BOARD MINUTES. DOVER AREA SCHOOL DISTRICT. NORTH SALEM ELEMENTARY, MONDAY, OCTOBER 18, 2004, 7:33 P.M.

5. PERSONNEL

1. Motion by Mrs. Brown, seconded by Mr. Brown that the school board grants approval to appoint Mr. David Depew as the new Assistant Principal/District Attendance Officer, Dover Area High School, effective upon release from his present contract with Cumberland Valley School District at a compensation rate of $68,000 prorated.

Motion adopted by a vote of 9 "Yes" and 0 "No".

2. Motion by Mrs. Brown, seconded by Mr. Brown that the school board grants approval to add the following names to the Secretary/Receptionist Substitute List, starting October 19, 2004, at compensation rates per the board approved Support Staff Sub rates from the 2002-2003 worksheet as follows pending receipt of background clearances and TB tests:

Robin Bell- Receptionist: $5.95 per hour
Secretary: $6.08 per hour
Aide: $5.95 per hour
Cafeteria: $6.38 per hour

Carol Gerver- Receptionist: $5.95 per hour
Secretary: $6.08 per hour
Aide: $5.95 per hour
Cafeteria: $6.38 per hour

Rena Beruck — Receptionist: $5.95 per hour
Secretary: $6.08 per hour
Aide: $5.95 per hour
Cafeteria: $6.38 per hour

Heather Thomas — Receptionist: $5.95 per hour
Secretary: $6.08 per hour
Aide: $5.95 per hour
Cafeteria: $6.38 per hour

Motion adopted by a vote of 9 "Yes" and 0 "No".

.3 Motion by Mrs. Brown, seconded by Mr. Brown that the school board approves the request by Shane Miller to attend the Student Discipline in Pennsylvania Workshop in Mechanicsburg, PA, December 8, 2004 at an approximate cost of $269.00. Motion adopted by a vote of 9 "Yes" and 0 "No".

.4 Motion by Mrs. Brown, seconded by Mr. Brown that the school board appoints Douglas Hoover as SADD Club Co-Advisor for the 2004-2005 school year at a compensation rate of $654.00, Level 6, Year 13. Motion adopted by a vote of 9 "Yes" and 0 "No".

.5 Motion by Mrs. Brown, seconded by Mr. Brown, seconded by that the school board grants approval to appoint Jessica Hankey as an eighth grade Language Arts teacher, Dover Intermediate School, at a compensation rate of $30,543, Instructional I, Step 1, position to begin upon receipt of her Pennsylvania Teaching Certificate. Motion adopted by a vote of 9 "Yes" and 0 "No".

000157

SCHOOL BOARD MINUTES, DOVER AREA SCHOOL DISTRICT, NORTH SALEM
ELEMENTARY, MONDAY, OCTOBER 18, 2004, 7:33 P.M.

## 6. CURRICULUM

.1 On motion by Mr. Buckingham and seconded by Mrs. Cleaver that the changes to the Biology I – Grade 9 Planned Course/Curriculum Guide for the 2004-05 school year as per Enclosure XIA be approved.

.2 It was then moved by Mr. Wenrich and seconded by Mrs. Brown to table this motion for further study by the High School Science Department, the Curriculum Advisory Committee and the Board Curriculum Committee with the final recommendation being submitted to the board solicitor for his review.

Roll Call Vote to Table Motion:

| | | |
|---|---|---|
| Mr. Bonsell – no | Mr. Buckingham – no | Mrs. Harkins – no |
| Mrs. Brown – yes | Mrs. Cleaver – no | Mr. Wenrich - yes |
| Mr. Brown – yes | Mrs. Geesey – no | Mrs. Yingling – yes |

4 yes; 5 no – Motion to table defeated

.3 It was then moved by Mr. Wenrich and seconded by Mr. Brown to amend the original motion and change Exhibit XIA to Exhibit XIC. Mrs. Harkins called for the question, which was seconded by Mr. Brown.

Call for the Question Vote:

| | | |
|---|---|---|
| Mr. Bonsell – no | Mr. Buckingham – yes | Mrs. Harkins – yes |
| Mrs. Brown – yes | Mrs. Cleaver – yes | Mr. Wenrich - yes |
| Mr. Brown – no | Mrs. Geesey – yes | Mrs. Yingling – yes |

7 yes; 2 no – Call for the question vote approved

Vote on Amendment to change Exhibit XIA to Exhibit XIC:

| | | |
|---|---|---|
| Mr. Bonsell – no | Mr. Buckingham – no | Mrs. Harkins – no |
| Mrs. Brown – yes | Mrs. Cleaver – no | Mr. Wenrich - yes |
| Mr. Brown – yes | Mrs. Geesey – no | Mrs. Yingling – no |

3 yes; 6 no – Amendment defeated

.4 Mr. Wenrich then moved and seconded by Mrs. Brown to amend the original motion to change from Exhibit XIA to Exhibit XIB. It was then moved by Mrs. Harkins, who called for the question, which was seconded by Mrs. Brown.

Vote on call for the question vote:

| | | |
|---|---|---|
| Mr. Bonsell – yes | Mr. Buckingham – yes | Mrs. Harkins – yes |
| Mrs. Brown – yes | Mrs. Cleaver – yes | Mr. Wenrich - yes |
| Mr. Brown – no | Mrs. Geesey – yes | Mrs. Yingling – yes |

8 yes; 1 no – Call for the question vote approved

Amendment vote to change Exhibit XIA to Exhibit XIB:

| | | |
|---|---|---|
| Mr. Bonsell – no | Mr. Buckingham – no | Mrs. Harkins – no |
| Mrs. Brown – yes | Mrs. Cleaver – no | Mr. Wenrich - yes |
| Mr. Brown – yes | Mrs. Geesey – no | Mrs. Yingling – yes |

4 yes; 5 no – Amendment defeated

000158

Case 4:04-cv-02688-JEJ   Document 230-2   Filed 09/29/05   Page 9 of 10

## SCHOOL BOARD MINUTES, DOVER AREA SCHOOL DISTRICT, NORTH SALEM ELEMENTARY, MONDAY, OCTOBER 18, 2004, 7:33 P.M.

.5   On motion by Mrs. Harkins and seconded by Mrs. Brown to call for the question on the original motion to approve Exhibit XIA – Biology I – 9th Grade Planned Course/Curriculum Guide for 2004-05.

Call for the question vote:
| | | |
|---|---|---|
| Mr. Bonsell – no | Mr. Buckingham – yes | Mrs. Harkins – yes |
| Mrs. Brown – yes | Mrs. Cleaver – yes | Mr. Wenrich – no |
| Mr. Brown – no | Mrs. Geesey – yes | Mrs. Yingling – no |

5 yes; 4 no – Motion defeated. (Curriculum vote requires six "yes" votes for approval)

.6   Mr. Bonsell offered an amendment, which was seconded by Mr. Brown to add the "Note" from Exhibit XIC as follows: "The Origins of Life is not taught" to Exhibit XIA Planned Instruction/Curriculum Guide. It was then moved by Mr. Wenrich and seconded Mrs. Brown that the language of Exhibit XIA, Part A be changed as follows: "Students will be made aware of gaps/problems in Darwin's Theory and of other theories of evolution not limited to any one theory". (Language change is underlined) Mrs. Brown then called for the question which was seconded by Mrs. Harkins.

Call for the question vote on " language changes" to Exhibit XIA:
| | | |
|---|---|---|
| Mr. Bonsell – yes | Mr. Buckingham – yes | Mrs. Harkins – yes |
| Mrs. Brown – yes | Mrs. Cleaver – yes | Mr. Wenrich - yes |
| Mr. Brown – yes | Mrs. Geesey – yes | Mrs. Yingling – yes |

9 yes; 0 no – Call for the question approved

Amendment Vote to change language:
| | | |
|---|---|---|
| Mr. Bonsell – no | Mr. Buckingham – no | Mrs. Harkins – no |
| Mrs. Brown – yes | Mrs. Cleaver – no | Mr. Wenrich - yes |
| Mr. Brown – yes | Mrs. Geesey – no | Mrs. Yingling – yes |

4 yes; 5 no – Amendment defeated

.7   It was then moved by Mrs. Harkins and seconded by Mrs. Geesey to call for the question On Mr. Bonsell's amendment to add the "Note" from Exhibit XIC as follows: "The Origins of Life is not taught" to Exhibit XIA Planned Instruction/Curriculum Guide.

Call for the vote question vote:
| | | |
|---|---|---|
| Mr. Bonsell – yes | Mr. Buckingham – yes | Mrs. Harkins – yes |
| Mrs. Brown – yes | Mrs. Cleaver – yes | Mr. Wenrich - yes |
| Mr. Brown – yes | Mrs. Geesey – yes | Mrs. Yingling – yes |

9 yes; 0 no – Call for the question approved

Amendment Vote:
| | | |
|---|---|---|
| Mr. Bonsell – yes | Mr. Buckingham – yes | Mrs. Harkins – yes |
| Mrs. Brown – yes | Mrs. Cleaver – yes | Mr. Wenrich - yes |
| Mr. Brown – yes | Mrs. Geesey – yes | Mrs. Yingling – yes |

9 yes; 0 no – Amendment Approved

SCHOOL BOARD MINUTES, DOVER AREA SCHOOL DISTRICT, NORTH SALEM
ELEMENTARY, MONDAY, OCTOBER 18, 2004, 7:33 P.M.

.8  It was then moved by Mrs. Brown and seconded by Mrs. Harkins to call for the question on the original amended motion as follows: On motion by Mr. Buckingham and seconded by Mrs. Cleaver that the changes to the Biology I – Grade 9 Planned Course/Curriculum Guide for the 2004-05 school year as per Enclosure XIA be approved with the amendment that "The Origins of Life is not taught".

Call for the question vote:
| Mr. Bonsell – yes | Mr. Buckingham – yes | Mrs. Harkins – yes |
| Mrs. Brown – yes | Mrs. Cleaver – yes | Mr. Wenrich - yes |
| Mr. Brown – no | Mrs. Geesey – yes | Mrs. Yingling – yes |

8 yes; 1 no – Call for the question vote approved

Original motion as amended vote:
| Mr. Bonsell – yes | Mr. Buckingham – yes | Mrs. Harkins – yes |
| Mrs. Brown – no | Mrs. Cleaver – yes | Mr. Wenrich - no |
| Mr. Brown – no | Mrs. Geesey – yes | Mrs. Yingling – yes |

6 yes; 3 no – Motion approved

## 7. MISCELLANEOUS

Mrs. Brown read a prepared statement announcing her resignation as a member of the Dover Area School District Board of Directors effectively immediately.

Mr. Brown announced his resignation as a member of the Dover Area School District Board of Directors effective immediately.

## 8. ADJOURNMENT

Motion by Mr. Buckingham, seconded by Mr. Wenrich that the school board meeting be adjourned at 10:05 p.m. Motion unanimously adopted.

000160       9