# APPENDIX IV

# TAB B

## ADMINISTRATOR'S BIOLOGY STATEMENT
## IN BIOLOGY CLASS

1. Good morning/afternoon. I am _____ and standing over there is _____.

2. You will soon begin to study Evolution in the class and the Board of School Directors has directed that the following statement be read. The statement is currently under litigation therefore; the administration is reading the statement not the teacher.

3. A letter went home asking if anyone had a problem with the statement and I would like to make sure at this time that everyone who would prefer not to hear the statement is now out of the classroom, anyone else?

4. Ok, the statement:

   *The Pennsylvania Academic Standards require students to learn about Darwin's Theory of Evolution and eventually to take a standardized test of which evolution is a part.*

   *Because Darwin's Theory is a theory, it continues to be tested as new evidence is discovered. The Theory is not a fact. Gaps in the Theory exist for which there is no evidence. A theory is defined as a well-tested explanation that unifies a broad range of observations.*

   *Intelligent Design is an explanation of the origin of life that differs from Darwin's view. The reference book,* Of Pandas and People, *is available for students who might be interested in gaining an understanding of what Intelligent Design actually involves.*

   *With respect to any theory, students are encouraged to keep an open mind. The school leaves the discussion of the Origins of Life to individual students and their families. As a Standards-driven district, class instruction focuses upon preparing students to achieve proficiency on Standards-based assessments.*

001099

5. As noted in the last paragraph of the statement there will be no other discussion of the issue and your teachers will not answer any questions on this issue. If you or your parents have any questions, they can contact Dr. Nilsen, Mr. Baksa or Mr. Riedel.

6. Thank you and have a nice day.

001100