# APPENDIX IV

# TAB K

 

NewsLibrary.com
the world's largest news archive

obits archive.com
Powered by NEWSLIBRARY

advertisement
Obituaries and from hundred EASY
Can't find a

Log In | Register | Origin

Home | Search | Tracked Searches | Saved Articles | Search History

**SEARCH INSTEAD:**
- United States
- All Papers
- Newswires/Transcripts
- Custom List

**EXPAND TO:**
- United States
- Middle Atlantic

**INFORMATION:**
- Prices
- FAQ
- Search Help
- Complete source list
- Advertising Info
- Privacy policy
- Terms of Use
- Freelance writers

SEARCHING: PENNSYLVANIA, US *(selected title(s) - see a list)*

for: William Buckingham    Search    advanced search    new search

return: Most recent matches first    from: 2004

Search Hint: To find an exact name use quotation marks, e.g., "Mary Smith"

Record 76 of 101
Estimated printed pages: 3                                    Printer Friendly | Back to Results

e-mail this article to: enter valid e-mail address here         Save this Article ☐

Docs remaining: 6
Subscription until: 01/30/2005 1:15 PM

**York Daily Record (PA)**

June 9, 2004
Section: LOCAL
Page: 04

**Dover schools still debating biology text A board member said a book was rejected because it didn't offer creationism.**
Author: JOSEPH MALDONADO; For the Daily Record/Sunday News

Article Text:

Former Dover school board member Barrie Callahan repeated her request for new biology books for the high school at Monday night's board meeting.

For the past few months, she has appeared several times before the board to request a status update.

Board member William Buckingham, who sits on the curriculum committee, said a book had been under consideration ("Biology," by Miller and Levine) but was declined because of its one-sided references to evolution.

"It's inexcusable to teach from a book that says man descended from apes and monkeys," he said. "We want a book that gives balance to education."

Buckingham and other board members are looking for a book that teaches creationism and evolution.

But a former student, Max Pell, told the board Monday night that he was concerned that that type of book would trample on the separation of church and state.

Board President Alan Bonsell disagreed, saying there were only two theories (creationism

Case 4:04-cv-02688-JEJ   Document 231-2   Filed 09/29/05   Page 3 of 3

and evolution) that could possibly be taught. He said as long as both were taught as theories, there would be no problems for the district.

"Have you ever heard of brainwashing?" Buckingham asked Peil. "If students are taught only evolution, it stops becoming theory and becomes fact."

After the meeting, Buckingham said all he wants is a book that offers balance between what he said are Christian views of creationism and evolution.

He said there needn't be consideration of the beliefs of Hindus, Buddhists, Muslims or other faiths and views. "This country wasn't founded on Muslim beliefs or evolution," he said. "This country was founded on Christianity, and our students should be taught as such."



12/31/2004

P 01315