# APPENDIX IV

# TAB N



## About Us

The Thomas More Law Center is a not-for-profit public interest law firm dedicated to the defense and promotion of the religious freedom of Christians, time-honored family values, and the sanctity of human life. Our purpose is to be the sword and shield for people of faith, providing legal representation without charge to defend and protect Christians and their religious beliefs in the public square. We achieve this goal principally through litigation, seeking out significant cases, consistent with our mission, where our expertise can be of service to others. We also defend and promote faith and family through media and educational efforts. Above all, the lawyers of the Thomas More Center seek to meet the highest moral and ethical standards of our Christian faith and our legal profession.

Our ministry was inspired by the recognition that the issues of the *cultural war* being waged across America, issues such as abortion, pornography, school prayer, and the removal of the Ten Commandments from municipal and school buildings, are not being decided by elected legislatures, but by the courts.

These court decisions, largely insulated from the democratic process, have been inordinately influenced by legal advocacy groups such as the American Civil Liberties Union (ACLU) which seek to systematically subvert the religious and moral foundations of our nation. Recent examples of the federal courts' pivotal role in the *cultural war* are the cases of *Stenberg v. Carhart* in which the U.S. Supreme Court held Nebraska's ban on partial birth abortion unconstitutional, in effect nullifying similar bans in 30 other states and *Santa Fe Independent School District v. Doe* which prohibited students from leading stadium crowds in prayer before high school football games.

**Receive TMLC News Updates** (enter your email address below) GO

**MISSION**

Defending the Religious Freedom of Christians

Restoring Time Honored Family Values

Protecting the Sanctity of Human Life

**TOOLS**

How can I help?

Sign up as a Pro-Bono Attorney

Refer a case

Make TMLC your homepage

Search GO

"The Thomas More Law Center is a Christian answer to the ACLU. They are fighting for our Christian faith in the courts, and they are winning."

— Dr. D. James Kennedy
Coral Ridge Ministries

History
About the Chief C
Advisory Board
Board of Legal Re
Who is Thomas M

Thomas More Law Center  24 Frank Lloyd Wright Drive  P.O. Box 393  Ann Arbor, MI 48106  Ph. (734) 827-2001  Fax (734) 930-71

© 2004, Thomas More Law Center                       home | about us | resources | issues | newsroom | donate | cont-



Plaintiff's DEPOSITION EXHIBIT 7