# APPENDIX IV

# TAB O

JAN-04-2005 09:42   KATHERMAN BRIGGS GREENBPG   717 854 9172   P.02

## LETTER; Textbook quest explained;

HEATHER GEESEY DOVER AREA SCHOOL BOARD DIRECTOR. York Daily Record. York, Pa.: Jun 27, 2004. pg. 6

**Abstract (Document Summary)**

All we are trying to accomplish with this task is to choose a biology book that teaches the most prevalent theories. The definition of theory is merely a speculative or an ideal circumstance. To present only one theory or to give one option would be directly contradicting our mission statement.

**Full Text** (213 words)

Copyright (c) 2004 York Sunday News

This letter is in regard to the comments made by Beth Eveland from York Township in the June 20 York Sunday News. I assure you that the Dover Area School Board is not going against its mission statement. In fact, if you read the statement it says . . . to educate our students so that they can be contributing members of society.

I do not believe in teaching revisionist history. Our country was founded on Christian beliefs and principles. We are not looking for a book that is teaching students that this is a wrong thing or a right thing. It is just a fact.

All we are trying to accomplish with this task is to choose a biology book that teaches the most prevalent theories. The definition of theory is merely a speculative or an ideal circumstance. To present only one theory or to give one option would be directly contradicting our mission statement.

You can teach creationism without its being Christianity. It can be presented as a higher power. That is where another part of Dover's mission statement comes into play. That part would be in partnership with family and community. You as a parent can teach your child your family's ideology.

HEATHER GEESEY

DOVER AREA SCHOOL BOARD DIRECTOR

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:         VIEWPOINTS
ISSN/ISBN:       10434313
Text Word Count  213
Document URL: