# APPENDIX I

# TAB P

Bertha Spahr - Re. Textbooks                                                                                                                  Page 1

From:      Michael Baksa
To:        Bertha Spahr
Date:      2/27/04 4:32PM
Subject:   Re: Textbooks

Bert,

It is entirely up to you if you want to prepare anything for the board to read. Not sure if we gave them anything last year. I know I don't have a copy.

The money would stay in a general fund so that we can purchase textbooks when we need them. We wouldn't have to wait eight years. Hope this helps. Thanks

Michael R. Baksa
Assistant Superintendent
Dover Area School District
2 School Lane
Dover, PA 17315
717 292-3671 ext 208
717 292-9659 fax

>>> Bertha Spahr 02/27/04 09:56AM >>>
Mr. Baksa,

We have already prepared several times the differences between old text books and new texts books. We were told the texts books would not be purchased for biology, chemistry I, and chemistry II. What then is the purpose for asking for this information again?

My department would like an answer as to what is happening to the funds for our books that the board previously approved. Do we now need to wait another eight years for books to be approved on the new cycle? We are very disappointed that we are being punished and denied our new books because we have insisted that the books in the department are covered and cared for. Bindings on books for the college level (chemistry II) are designed to last for one year. Those books have a copyright date of 1997 and are two years old when printed.

Bertha E. Spahr

>>> Michael Baksa 02/26/04 08:43AM >>>
Currently, Mr. Bonsell is reviewing our textbook requests. The board has established two criteria for the replacement of textbooks. Textbooks will be replace if (1) they ae worn out or (2) if the new editions contain content which substantially is missing in the previous edition and supports our standards.

If you would like to write up a brief jusitfication for the purchase of the science books for next year I will copy that to the board along with our requests. Hope this helps.

On another note, Mr. Bonsell has a agreed that we need to put money aside each year for textbooks so that whenever the board agrees to purchase textbooks, money will be available. Thanks

Michael R. Baksa
Assistant Superintendent
Dover Area School District
2 School Lane
Dover, PA 17315
717 292-3671 ext 208
717 292-9659 fax

000206