# APPENDIX I

# TAB Q

REQUEST THAT THE FOLLOWING BOOK BE ADDED TO THE SCHOOL BOARD MEETING AGENDA OF 8/2/04 IN A POSITION PRIOR TO CONSIDERATION OF THE REGULAR BIOLOGY BOOK OF 2004 WHICH WAS ALSO PREVIOUSLY DISCUSSED

OF PANDA'S AND PEOPLE

(THE CENTRAL QUESTION OF BIOLOGICAL ORIGINS)

BY PERCIVAL DAVIS AND DEAN KENYON
BK-PANPEOP...........$24.95ea.

220 BOOKS TO BE USED AS A SUPPLEMENT TO THE BIOLOGY BOOK CURRENTLY UNDER DISCUSSION. 2004 EDITION

WITH A 20% DISCOUNT AFFORDED US BY THE DISTRIBUTOR, OUR COST IS $4391.20 PLUS SHIPPING

THE AFOREMENTIONED BOOKS, OF PANDA'S AND PEOPLE ARE TO BE DISTRIBUTED TO THE STUDENTS AND TAUGHT FROM AS SUPPLEMENTARY INFORMATION TO THE REGULAR BIOLOGY BOOKS 2004 EDITION WHICH WERE PREVIOUSLY DISCUSSED.

RESPECTFULLY SUBMITTED THIS 25TH DAY OF JULY, 2004

*William L. Buckingham*
WILLIAM L. BUCKINGHAM
DOVER AREA SCHOOL DISTRICT
SCHOOL BOARD MEMBER

000042