# APPENDIX IV
# TAB R

PLEASE NOTE: There will be an executive session in the Faculty Lounge immediately following the School Board planning meeting on OCTOBER 4, 2004 concerning the architectural contract and negotiations.

On OCTOBER 18, 2004 there will be an executive session immediately following the regular board meeting in the Faculty Lounge with representatives of DAEA and DASSPA on Health Care (3 types).

---

*MISSION STATEMENT*

*Our mission, in partnership with family and community, is to educate students. We emphasize sound basic skills and nurture the diverse needs of our students as they strive to become lifelong learners and contributing members of our global society.*

---

DOVER AREA SCHOOL DISTRICT
SCHOOL BOARD PLANNING MEETING AGENDA
MONDAY, OCTOBER 4, 2004

Web Address: www.dover.k12.pa.us

NORTH SALEM ELEMENTARY SCHOOL
7:00 PM

I   PLEDGE OF ALLEGIANCE
    SILENT REFLECTION

II  ROLL CALL

III STUDENT/STAFF/COMMUNITY/BOARD RECOGNITION

IV  BOARD INSERVICE

    A. Act 72, Dr. Nilsen and Mrs. Russell – October 4, 2004.

    B. Dan Burton and Mike Stramara, RBC Dain Rauscher presentation on Voyageur Asset Management – October 18, 2004.

V   COMMUNICATIONS

    A. Public Comment

000127

VI    APPROVAL OF MINUTES

     A.    Approve minutes of September 7, 2004 and September 13, 2004.
*(Enclosure – VI-A)*

Background Information:
Any corrections to the minutes should be given to the Board Secretary no later than 2:30 P.M., October 4, 2004.

VII    BOARD PRESIDENT'S COMMUNICATION

VIII    STUDENT AFFAIRS – Bill Buckingham

     A.    Approve request by Mrs. Marion Young, fourth grade teacher, Weigelstown Elementary School to take her fourth grade class on an additional field trip not on the original approved list in mid November, 2004 to the York County Solid Waste Authority's Incinerator Plant in York.

Background Information:
The students will benefit from this activity because it ties into their curriculum requirements regarding environmental areas in reading, science, social studies, and state standards. There will be no cost to the District or PTO, as Mrs. Young has received a grant from the Solid Waste Authority to cover all costs associated with this trip.

     B.    Approve request by Sara Reddington, Vocal Music teacher, Dover Area High School to take five male students of the 9th Grade Choir to Mansfield University for a performance and performance evaluation, November 5, 2004 at an approximate cost of $120.00.

Background Information:
Funds for this trip have been budgeted. (#3210-519) Students are also contributing $20.00 each for additional expenses.

IX    STUDENTS' REPORT

X    PERSONNEL – Casey Brown

\*    A.    Resignations:

         1.    Susan Allen, Dental Clerk, effective September 22, 2004.

Background Information:
Mrs. Allen is resigning from this position for personal reasons.

         2.    Amy Jans, part-time cook/cashier, North Salem Elementary School, effective September 24, 2004.

Background Information:
Ms. Jans is resigning due to personal reasons.

000128

3. Michelle Shive, part-time cashier/cook, North Salem Elementary School, effective September 24, 2004.

   Background Information:
   Mrs. Shive is resigning to take a position with increased hours at North Salem Elementary School.

B. Appointments:

1. Deborah Smith, long-term substitute Kindergarten Teacher, Kralltown Elementary School, effective September 22, 2004 to the end of the 2004-2005 school year at a compensation rate of $144.68 per day.

   Background Information:
   Superintendent's emergency approval was granted for Ms. Smith to begin September 22, 2004. Ms. Smith is recommended to fill the vacancy due to the childrearing leave of Alicia Shaffer.

2. Sheryl Smith, Quiz Bowl Co-Advisor for the 2004-2005 school year at a compensation rate of $654, Level 6, Year 15.

   Background Information:
   Mrs. Smith is recommended to fill this vacancy due to the resignation of Melissa Carl. Mrs. Smith is a mathematics teacher at Dover High School.

3. Michelle Shive, part-time cashier/cook, North Salem Elementary School, effective September 27, 2004 at a compensation rate of $6.75 per hour/4 hours per day.

   Background Information:
   Superintendent's emergency approval was granted for Mrs. Shive to begin on September 27, 2004. Mrs. Shive is recommended to fill the vacancy due to the resignation of Amy Jans.

C. Approve the Act 93 agreement for 2004-2005 to 2008-2009 school years. *(Enclosure – X-C)*

   Background Information:
   See enclosure.

D. Approve request by Kathleen Eshbach, Leib Elementary School to take three days without pay, November 12, 15, 16, 2004.

   Background Information:
   Due to an illness, Mrs. Eshbach was unable to take her vacation during the summer months.

E. Approve request by Tara Focht to accompany Holly Crone and Josh Rowand to the PSBA Student Delegate Program, September 29 – October 1, 2004 at an approximate cost of $475.00. *(Enclosure – X- E)*

000129

3

Background Information:
Superintendent's emergency approval was granted for Mrs. Focht to attend the program September 29-October 1, 2004. (#2310-580)

* F. Approve the additional names to be added to the substitute teacher list for the 2004-2005 school year. *(Enclosure – X-F)*

Background Information:
See enclosure.

* G. Approval to add the following name to the Secretary/Receptionist Substitute List, starting October 5, 2004, at compensation rates per the board approved Support Staff Sub rates from the 2002-2003 worksheet as follows:

Lori Nelson – Receptionist: $5.95 per hour
Secretary: $6.08 per hour

H. Conferences:

1. Dr. Richard Nilsen to attend the AASA National Conference in San Antonio, Texas, February 17 – 20, 2005 at an approximate cost of $2,585.00. *(Enclosure - X-H.1)*

    Background Information:
    Monies for this conference will come out of Title II funds.

2. Lori Stollar, Social Studies teacher, Dover Area High School to attend the PASCD Annual Conference: Navigating the Seas of Accountability, Hershey Lodge and Convention Center, November 20-23, 2004 at an approximate cost of $250.00. *(Enclosure – X-H.2)*

    Background Information:
    Mrs. Stollar is a presenter at this conference. Monies for this conference will come out of Title II funds.

3. Lori Stollar, Social Studies Teacher, Dover Area High School to attend the ASCD Annual Conference, Orlando, FL, April 2-4, 2005 at an approximate cost of $1,695.00. *(Enclosure – X-H.3)*

    Background Information:
    Mrs. Stollar is a presenter at this conference. Monies for this conference will come out of Title II funds.

4. Michael Baksa, to attend the PASCD Annual Conference: Navigating the Seas of Accountability, Hershey Lodge and Convention Center, November 20-23, 2004 at an approximate cost of $240.00 *(Enclosure – X-H.4)*

Background Information:
PASCD (Pennsylvania Association for Supervision and Curriculum Development) is the state affiliate of ASCD. Mr. Baksa serves as a member of the state's conference planning committee and co-chair of the pre-conference committee. For Southern Region, Mr. Baksa serves as an executive board member and chair of the nominations committee. Monies for this conference will come out of Title II funds.

5. Michael Baksa, to attend the ASCD Annual Conference, Orlando, FL, April 2-4, 2005 at an approximate cost of $1,695.00 *(Enclosure – X-H.5)*

   Background Information:
   ASCD (Association for Supervision and Curriculum Development) is the national organization for the professional development of supervisors and curriculum leaders. Monies for this conference will come out of Title II funds.

6. Michael Baksa, to attend the Annual Federal Program Coordinator's Conference, Pittsburgh, PA, April 10-13, 2005 at an approximate cost of $705.00. *(Enclosure – X-H.6)*

   Background Information:
   The conference covers all regulations and filing requirements for all Federal/Title programs and provides professional development for model programs. This year we received $387,000 in Title money. Monies for this conference will come out of Title I funds.

7. Dr. A.C. Butterfield, to attend the ASCD Annual Conference, Orlando, FL, April 2-4, 2005 at an approximate cost of $1,695.00. *(Enclosure X-H.7)*

   Background Information:
   Dr. Butterfield is a presenter at this conference. Monies for this conference will come out of Title I funds.

8. Dr. A.C. Butterfield, to attend the Annual Federal Program Coordinator's Conference, Pittsburgh, PA, April 10-13, 2005 at an approximate cost of $705.00. *(Enclosure – X-H.8)*

   Background Information:
   Monies for this conference will come out of Title I funds.

9. Steve Walker, to attend ASCD Annual Conference, Orlando, FL, April 2-4, 2005 at an approximate cost of $1,695.00. *(Enclosure – X-H.9)*

   Background Information:
   Monies for this conference will come out of Title II funds.

10. Joel Riedel, to attend the NASSP Annual Conference – Take Charge of Learning, San Francisco, CA, February 25-28, 2005 at an approximate cost of $2,290.00. *(Enclosure – X-H.10)*

000131

Background Information:
Monies for this conference will come out of Title II funds.

11. James Plank and William Stone, to attend the 2004 National Academy of Finance Leadership Summit, Las Vegas, NV, November 17-20, 2004 at an approximate cost of $1,659.00 each. *(Enclosure – X-H-11)*

Background Information:
NAF grant funds will be used for this conference. This is the last year for this program (NAF) and all funds must be expended prior to June 30, 2005.

I. Approve the appointment/reappointment of the extra-curricular personnel for Winter and Spring Sports for the 2004-2005 school year. *(Enclosure – X-I)*

Background Information:
See enclosure.

J. Approve the following revised job descriptions: *(Enclosure – X-J)*

1. Elementary School Principal
2. Intermediate School Assistant Principal

Background Information:
See enclosure.

K. Approve the following for the before/after school Math and Language Arts Remediation Program at North Salem Elementary School in the position listed and compensation noted for the 2004-2005 school year:

Math Remediation Instructors and Substitute Instructors:
Jason Betz - $26.15 per hour
Lisa Byerts - $26.15 per hour (Substitute)
Johanna Cunning- $22.96 per hour
Carla Fogelsonger - $22.96 per hour
Charles Jacobs - $26.15 per hour
Sandy Lawrence - $26.15 per hour
Heather Manifold - $22.96
Linda Massa - $26.15 per hour
Debra O'Donnell - $26.15 per hour
Kelley Ritter - $22.96 per hour
Megan Sippel - $22.96 per hour
Georgeann Sprague - $26.15 per hour
Tim Wendel - $26.15 per hour
Beth Ann Weston - $26.15 per hour

Language Arts Remediation Instructors and Substitute Instructors:
Jason Betz - $26.15 per hour
Lisa Byerts - $26.15 per hour (Substitute)
Johanna Cunning- $22.96 per hour
Carla Fogelsonger - $22.96 per hour

000132   6

Charles Jacobs - $26.15 per hour
Sandy Lawrence - $26.15 per hour
Heather Manifold - $22.96
Linda Massa - $26.15 per hour
Debra O'Donnell - $26.15 per hour
Kelley Ritter - $22.96 per hour
Megan Sippel - $22.96 per hour
Georgeann Sprague - $26.15 per hour
Tim Wendel - $26.15 per hour
Beth Ann Weston - $26.15 per hour

Background Information:
Funds for this before and after school program have been budgeted. The program begins on October 26, 2004.

L. Approve the following for the after-school Math and Language Arts Remediation Program at Dover Elementary School in the position listed and compensation noted for the 2004-2005 school year.

Math Remediation Instructors and Substitute Instructors:
Diane Benner - $26.15 per hour
Lori Shirey - $22.96 per hour
Kelly Stahlman - $22.96 per hour
Beth Stump - $26.15 per hour

Language Arts Remediation Instructors and Substitute Instructors:
Mary Ann Frey - $26.15
Lori Shirey - $22.96
Beth Stump - $26.15
Barb Ferguson - $26.15
Kari Miller - $26.15

Background Information:
Funds for this after-school program have been budgeted. The program begins November 9, 2004.

M. Approve the following staff members for the After-School Language Arts and Math Remediation Program at Leib Elementary School in the positions and at the compensation rate noted for the 2004-2005 school year.

Language Arts and Math Remediation Instructors
Mary California- $22.96 per hour
Teresa Dull- $26.15 per hour
Shelly Flesch- $26.15 per hour
Bonnie Kline- $26.15 per hour
Kerryn Maas- $26.15 per hour
Sandra McDowell- $26.15 per hour
Michael Pochyba- $26.15 per hour
Diane Weaver- $26.15 per hour

000133

Background Information
Funds for this after-school program have been budgeted. The program will begin November 9, 2004.

N. Approve the following for the After School Math and Language Arts Remediation Program at Kralltown Elementary School in the position listed and compensation noted for the 2004-2005 school year.

| | |
|---|---|
| Deborah Smith- | $26.15 per hour |
| Carolyn Burrell- | $26.15 per hour |
| Deborah Wirth- | $26.15 per hour |
| Veronica Roblyer- | $26.15 per hour |
| Kristin DiBlasi- | $22.96 per hour |
| Jessica Shaffer- | $22.96 per hour |
| Gail O'Donnell- | $22.96 per hour |
| Ann Partlow | $26.15 per hour |
| Christine Daly | $26.15 per hour |

Background Information
Funds for this after-school program have been budgeted. The program will begin October 19, 2004.

XI  BUDGET AND FINANCE – Sheila Harkins

A. Approve request for exoneration from school district per capita/occupation taxes for 2004-2005 school year. *(Enclosure – XI-A)*

Background Information:
Dover Township –   3 Low Income
                   1 Armed Forces

B. Approve tax refund for the period of 1998/1999 through 2003/2004, due to correction on Land Dimension in the amount of $1,758.51. *(Enclosure – XI-B)*

Background Information
See enclosure.

C. FYI: Single Audit acknowledgement for fiscal year ending June 30, 2003. *(Enclosure – XI-C)*

Background Information:
See enclosure.

D. FYI: The 1985 Ford Club Wagon was sold to Travis Schell for $200.

Background Information:
This was the only offer received.

XII  BUILDING AND GROUNDS – Jeff Brown

000134

XIII   CURRICULUM - Bill Buckingham

    A.   FYI: The Superintendent has approved the donation of two classroom sets (25 each) of Of Pandas and People. The classroom sets will be used as references and will be made available to all students.

XIV   YORK COUNTY SCHOOL OF TECHNOLOGY - Casey Brown

XV   LIU/SPECIAL EDUCATION - Heather Geesey

XVI   YORK COUNTY HIGH SCHOOL - Angie Yingling

XVII   LEGISLATIVE LIAISON - Noel Wenrich

XVIII   PSBA REPRESENTATIVE - Noel Wenrich

XIX   COMMUNITY EDUCATION - Jane Cleaver

XX   TRANSPORTATION - Jeff Brown

    A.   Approval to purchase the 2000 GMC van used for inter-school mail and deliveries at a cost of $6,036.95.

    Background Information:
    There are three payments remaining on the contract and the buy out would be at the end of October.

    B.   FYI: Due to unforeseen reasons, E & B Transportation Company is having difficulty with hiring bus drivers. They have some drivers that want to drive, but are unable to find someone to watch their small children. Mr. Jeff Brown has agreed that E & B can place car seats on the buses at their own expense. The majority of other school districts allow their bus contractors this option. There will be no additional financial impact on transportation for Dover Area School District. Please see enclosure for information from E & B's insurance carrier. *(Enclosure – XX-B)*

XXI   POLICY - Casey Brown

XXII   TREASURER'S REPORT - Noel Wenrich

    A.   Payment of Bills

    Background Information:
    Board summaries of expenditures, revenues and check register will be included in the board packet for October 18th, 2004.

    B.   Monthly Financial Statements for September, 2004.
        1. Budget Summary
        2. List of Paid Bills
        3. General Fund – Balance Sheet/Investment Schedule
        4. Capital Reserve

000135   9

   5. Construction (1996)
   6. 2002 Construction
   7. Food Service
   8. Student Activity Fund
   9. Activity Fund Report
   10. Athletic Fund
   *(Enclosure will be distributed with the October 18, 2004 board packet)*

XXIII BUSINESS MANAGER'S REPORT

   A. Included in the board packet for October 4, 2004:
      1. Construction Fund Analysis for August, 2004.
         *(Enclosure – XXIII-A-1)*
      2. Capital Reserve Fund Report for August, 2004.
         *(Enclosure – XXIII-A-2)*
      3. 2002 High School Project Financial Analysis for August, 2004.
         *(Enclosure – XXIII-A-3)*
      4. 2002 High School Capitalized Interest Account for August, 2004.
         *(Enclosure – XXIII-A-4)*
      5. Dover Area School District Assessment Report for September, 2004.
         *(Enclosure – XXIII-A-5)*

XXIV SUPERINTENDENT'S REPORT

   A. NCLB Special Education and Alternative Education certification.
   B. Executive Session after board meeting on negotiations.

XXV MISCELLANEOUS

XXVI PUBLIC COMMENT

000136  10