# APPENDIX IV

# TAB Y

| From: | "Seth Cooper" <cooper@discovery.org> |
|---|---|
| To: | <abonse@dover.k12.pa.us> |
| Date: | Fri, Dec 10, 2004  4:15 PM |
| Subject: | ** Evolution Issue & Dover ** |

Mr. Bonsell,

Hello, this is Seth Cooper, an attorney with the Discovery Institute-the
nation's leading think tank promoting intelligent design theory
(www.discovery.org/csc). I hope to finally reach you sometime very soon.

While some of my senior colleagues were involved with the writing and
editing of Of Pandas and People and of the new, forthcoming edition of the
book, we have some serious concerns about matters in your district. We do
believe a lawsuit is certain in your situation, and we would hope that this
could be prevented. A lawsuit would last 2-3 years and result in massive
legal fees.

Again, we are the nation's leading proponents of intelligent design and we
house the nation's leading scientists involved in intelligent design
research. So nobody is more concerned about the future of intelligent
design than we are. Nonetheless, we strongly recommend some corrective
action be taken.

I have forwarded a suggested course of action to Heather Geesey, which I
include below. I would be more than glad to discuss the reasoning and
thinking behind it.

BOARD MOTION

1) Omit curriculum provision requiring that students be made aware of
"gaps/problems" with Darwin's theory.

2) Omit curriculum reference to intelligent design and Of Pandas and
People

3) Omit curriculum provision stating "Origins of life will not be

001941

taught"

4) Place Of Pandas and People copies in school library

5) Rescind previous policy calling for teachers to read aloud a
statement about "gaps/problems" with Darwin's theory, intelligent design,
and Of Pandas and People

6) Enact a new policy reading as follows:


Teachers, in their discretion, may encourage students to consider both the
scientific strengths and weaknesses of evolutionary theory in order to
better understand the assigned curriculum. This policy does not call for
teaching of creationism, nor does it call for the teaching of intelligent
design theory.


Please feel free to contact me for further details. My office is the best
number to reach me, but I can sometimes be reached via cell phone.


Best Regards,

-Seth

***********

Seth L. Cooper, J.D.

Program Officer, Public Policy & Legal Affairs

Center for Science and Culture

Discovery Institute

(206)292-0401 x119

cooper@discovery.org

001942