At worst, someone could take members of a government
board to court for failure to comply with the rules by not
keeping minutes. "The fine runs about $100," Henning
said.

In addition to making it difficult for citizens, the failure to
keep the minutes also affects other government officials.
In September, former Dover school board and curriculum
committee member Casey Brown requested a copy of the
minutes for a meeting she missed.

It was during that meeting that Brown said the decision
was made to add intelligent design to the curriculum.

She said she asked Michael Baksa, assistant
superintendent, for the minutes.

"I was told that motions made on curriculum subject
matter (at regular school board meetings) counted as
minutes for curriculum committee meetings since the
main board keeps minutes of their own," Brown said. "I
told (Baksa), given the nature of where all of this was
going, the board really should keep its own separate
minutes."

Typically, a subcommittee chairperson is responsible for
keeping the minutes, Brown said. In the case of Dover's
curriculum committee, that person would be school board
member William Buckingham.

"(Curriculum) meetings were very informal," Buckingham
said on Dec. 30. "So minutes hardly seemed worth the
time."

But Henning said it's always worth the time because
without minutes, the public has no way to know who met,
or how many times, or what was said, or if anyone from
the public commented.

That could be an issue now that a group of parents has
sued the district over the inclusion of intelligent design,
which the parents say has religious overtones, in the
curriculum.

Over the last few months, Buckingham has repeatedly said
at regular board meetings that the theory has nothing to
do with religion. The decision, he said, was made to
provide students with alternative theories about how the
universe works.

P 01444

But without curriculum minutes, Henning said there is no way to know if anything different was said away from public ears.

"The fact that the district is now in the middle of a lawsuit that involves, to some extent, discussions and decisions made at committee meetings, (provides) further evidence of the need for agencies to keep and maintain accurate minutes of their public meetings," Henning said.

## Meeting Monday

Dover school board member Angie Yingling has said that at Monday's board meeting, she plans to request a motion to revisit the board's decision to include intelligent design theory in its biology curriculum. The meeting is scheduled for 7 p.m. North Salem Elementary School.

It's also possible the board could accept Yingling's resignation at Monday's meeting. Yingling voted for the curriculum change, but she announced in December that she had changed her mind and said she wanted to leave the board because she couldn't get other members to agree to reconsider the decision.

top

P 01445

1/2/2005

## Students differ on intelligent design

**But both sides agree all the hoopla is 'kind of dumb'**

By LAURI LEBO
*Daily Record/Sunday News*
Sunday, January 2, 2005

Talk to students, and many of them will tell you the furor over intelligent design is all a little silly.

After all, it's just one class period.

Actually, not even a whole class period, Corey Miller said.

He figures 40, 45 minutes.

That's about the amount of time he spent learning about evolution when he took the mandatory biology class last year at Dover Area High School.

He and a friend, Brett Elicker, remember studying natural selection, as well as, they think, the concept of "fight or flight." But they say they have little other recollection of the class. So the two sophomores think there is nothing wrong with learning alternatives to what Miller calls "the philosophy of evolution."

"It's something that's still not proven," he said, sitting at a pizza shop across from his high school.

Elicker identifies himself as a Christian and believes in the biblical account of creation, but Miller says he's not particularly religious and doesn't go to church. Despite their differences, the two 16-year-olds say the controversy is just about presenting alternative views.

Until the school board made the decision to revamp the district's science curriculum in October — requiring the inclusion of intelligent design in biology class — the two friends didn't think much about evolution.

But since then, they have been following each new development in the case closely.

Intelligent design is the concept that life is too complex to have evolved randomly through natural selection and, therefore, must have been created by an intelligent designer. In December, 11 parents filed suit against the district. The suit argues that intelligent design is

essentially about religion and has no place in science class.

Flicker doesn't think intelligent design conflicts with the
First Amendment's guarantee of government's neutrality
toward religion, since it encompasses all faiths, he said,
"except for atheism."

And it was while reading about the debate that Miller
began to think that, perhaps, evolutionists didn't have it
all figured out. He would like to know where the
transitional fossils are that show animals with both wing
and arm, beak and mouth.

While the two friends find the subject interesting, among
other students, it's become a joke.

Amanda Patterson, 17, and her best friend, Mike Helmick,
17, say Dover's now famous across the country.

Playing video games at the West Manchester Mall last
week, Helmick said he never paid much attention in
biology class "because it doesn't interest me."

And even though everyone else seems to be talking about
it, Patterson said teachers aren't allowed to discuss the
issue with students.

Still, Helmick thinks intelligent design can fit just fine into
a scientific discussion of evolution.

Patterson, however, is not so sure.

"I think it might violate the separation of church and
state," she said.

Both students said they believe in natural selection, but
draw the line that humans evolved from other primates.

So for them, intelligent design makes sense.

"We're so complex we couldn't have been created by any
scientific explanation," Patterson said.

Ninth grader Kandy Kline, 15, took the semester-long
biology class this fall and is just completing it now. She
said Charles Darwin's name never even came up.

Overall, she thinks the whole debate is "kind of dumb" and
too much has been made of it.

"If they want to learn about creationism, they should be able to do so in an elective class," Kline said.

Her boyfriend, Brian Borror, 14, who is also in the ninth grade, will take the class starting this month. While he realizes he is at the center of the fray, he looks forward to learning about both evolution and intelligent design.

*Reach Lauri Lebo at 771-2092 or llebo@ydr.com.*

## Grads speak

While some Dover Area High School students think too much has been made of whether intelligent design will be taught in biology class, some college students disagree.

Last month, a group of Dover graduates, home for the holidays, attended a school board meeting to speak out against the curriculum revision.

Some say it's embarrassing to pick up a newspaper and read about the issue occurring in their hometown.

Penn State University sophomore Eric White said a friend e-mailed him a Philadelphia Inquirer story about Dover with a note that said, "I think this is where you went to school."

The article was about how Dover is believed to be the first school district in the country to require the teaching of intelligent design.

"It kind of makes you proud," White said sarcastically.

top

## Dover board quiet on ID

**chool officials reached no compromise Monday on district science policy.**

By JOSEPH MALDONADO
*For the Daily Record Sunday News*
Tuesday, January 4, 2005

Early Monday afternoon, Angie Yingling seemed optimistic that her fellow members of the Dover Area School Board might come to some kind of arrangement that would end the intelligent design lawsuit against both them and the district.

But at the school board meeting later Monday night, neither the board nor administration gave any indication that that would be the case.

"Before the meeting tonight, I think the board may decide to remove the books ("Of Pandas and People") from the classroom and place them in the library in a section set aside for evolutionary studies," Yingling said while walking in downtown York.

Yingling, who said she did not attend the meeting because of illness, also said she thought the board might compromise and change its mind about the wording that allowed intelligent design into the district's ninth-grade biology curriculum.

The school board met in an executive session for a little more than an hour before the regularly scheduled planning meeting. But little was said to the public about what took place, except that the board discussed personnel and legal issues.

Immediately after the planning meeting, Sheila Harkins, board president, responded to Yingling's comment by saying, "I have no idea where she's coming from."

Yingling could not be reached for comment after the meeting Monday night.

In October, the board voted to include the concept of intelligent design in the district's ninth-grade biology curriculum.

In December, 11 parents filed a federal lawsuit against the school district, arguing the curriculum change violates the

First Amendment by requiring "teachers to present to their students in biology class information that is inherently religious, not scientific, in nature."

All of the board members, with the exception of Yingling, attended the executive session, though new board members Eric Riddle and Sherrie Leber showed up late and did not participate long.

The district's interim financial planner, Ed Hermance, and another associate also attended the meeting, though their role was not made public. Before the executive session, Hermance said that, to his knowledge, the lawsuit has not cost the district anything financially, yet.

Two representatives of the district's legal team from the Thomas More Law Center in Ann Arbor, Mich., also attended the meeting for about 10 minutes. Neither stayed for the planning meeting and neither would identify themselves before leaving.

Earlier in the day, several members of the board gave depositions in Harrisburg in response to the lawsuit including Harkins, Alan Bonsell and William Buckingham. Beth Eveland, who is one of the 11 parents suing the district, was at the depositions.

"From the tone of the depositions, it looks like there is no room for change or compromise," she said. "This thing looks like it's still full steam ahead."

Board members, however, declined to discuss the case.

"I have nothing to say on the advice of my legal counsel," Buckingham said.

Those words represented the theme for the evening from the board and administration.

During the public comments section resident Gina Myers went to the podium to ask about what she had been reading on the intelligent design issue, but was cut off by Harkins.

"Comments are limited only to agenda items," Harkins said.

Myers, who had wanted to speak out in defense of the school board's decision, shyly apologized and returned to

her seat. Behind her, fellow resident Sharon Wetzel said to
people nearby Myers that she should have been allowed to
speak.

"There is always a miscellaneous section on the agenda,"
she said. "Why couldn't she speak under that?"

*Staff writer Lauri Lebo contributed to this report.*

## THE CONTROVERSY

**Background:** Despite protests by science teachers, who
said they were kept from participating in the decision, and
some school board members, the Dover Area School
Board revamped its science curriculum with a 6-3 vote on
Oct. 18.

The curriculum is believed to be the first in the country
requiring the teaching of intelligent design — the idea that
life is too complex to have evolved randomly through
natural selection and, therefore, might have been designed
by a creator — in high-school biology class.

The curriculum states: "Students will be made aware of
gaps/problems in Darwin's Theory and of other theories of
evolution including, but not limited to Intelligent Design.
The Origins of Life is not taught."

**Where the issue is now:** Despite a news release issued
by the district on the subject, many questions remain
about exactly what will be taught in class regarding
intelligent design. And teachers themselves say they're
still not sure what to do if students ask questions about
the subject.

**What's next:** Students are expected to reach the chapter
on evolution as early as Jan. 13. Lawyers for the 11 parents
suing the district over the curriculum change have until
Wednesday to file for a temporary restraining order to
prevent the new curriculum from being taught.

*top*

## NO PANDA PINS PROTEST POLICY

While no word was spoken publicly on the subject at
Monday night's Dover Area School Board meeting, some
members of the public voiced their opinion against the
district's recent intelligent design controversy by wearing

pins.

The pins of a panda bear with a line through its face are in protest of the school board decision to specifically include the concept of intelligent design in its science curriculum.

Fifty copies of the pro-intelligent design book "Of Pandas and People" were donated to the school district by persons whose names the district will not release.

The books are to be used for reference for students who want to learn more about intelligent design.

Several of the parents who have filed a federal lawsuit against the district, along with a handful of others at the meeting, wore the pins.

top

119 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

January 4, 2005 Tuesday

**SECTION:** LOCAL NEWS

**LENGTH:** 716 words

**HEADLINE:** Dover board mum on intelligent design

**BYLINE:** HEIDI BERNHARD-BUBB *For The York Dispatch*

**BODY:**

http://media.mnginteractive.com

Dover Area School Board members last night refused to address the pending federal lawsuit over intelligent design, strictly enforcing their stringent rules restricting public comment at monthly meetings to agenda items only.

Meanwhile, the plaintiffs in that lawsuit, including 11 parents, have until tomorrow to seek a temporary restraining order barring the district from referencing the intelligent design concept in biology classes. Those classes begin next week.

The suit was filed last month on behalf of the parents by the American Civil Liberties Union, Americans United for Separation of Church and State and attorneys from the Harrisburg-based Pepper Hamilton law firm.

Angie Zeigler-Yingling, who last month said she would resign because of the refusal to revisit the intelligent design issue, did not attend last night's meeting due to illness. She remains a board member and had been expected to ask the board to alter the curriculum and to make her resignation official.

Superintendent Richard Nilsen said the board has not been asked to officially accept her resignation. Zeigler-Yingling could not be reached for comment, but is expected to attend the board's next meeting at 7 p.m. Monday at North Salem Elementary School.

Zeigler-Yingling voted in favor of the curriculum in October, but later changed her mind, saying she felt coerced by fellow board members.

Former board members Jeff and Casey Brown --who opposed the board's decision -- resigned earlier this year, saying they feared a lawsuit.

The legal action is believed to be the first in the country to challenge the teaching of intelligent design theory, which attributes the origin of life to an intelligent being. It counters the theory of evolution, which says that people evolved from less complex beings.

The district contends that it will not be teaching intelligent design and that teachers will only read a statement raising questions about the theory of evolution, mentioning intelligent design and referring students to a book, "Of Pandas and People," in the library.

Four depositions: Yesterday, the plaintiffs' attorneys deposed board president Sheila Harkins, former board president Alan Bonsell, former curriculum committee chair William Buckingham, and superintendent Nilsen to determine if the restraining order is necessary.

One plaintiff, Beth Eveland said no decision had yet been made regarding the restraining order.

In the meantime, Nilsen said the district plans to move forward with its biology curriculum as currently written.

Dover biology teacher Jen Miller said that she is still not sure how to handle student questions that may arise when she reads the statement on **intelligent design** to her students next week. Miller said she has been told to direct students back to the statement if they raise questions about religion or the origin of life.

She also said a discussion has been scheduled tomorrow between the district's top administrators and science department.

The science department released a statement last month that said it was "by no means giving their consent or agreement to the development of" the district statement on **intelligent design.**

**Comment disallowed:** An effort to raise the subject before the school board last night was rejected, however.

Gina Myers was told that she could not comment on **intelligent design** because public comment is now limited to agenda items only.

New board president Sheila Harkins changed the rules last month, saying she wanted to keep meetings running smoothly and avoid contention.

More than 50 residents on both sides of the issue came to the meeting. Myers said she wanted to tell the board she supported their decision.

"It's good for the students' learning process to make them aware of other scientific theories and to make another textbook available," Myers said.

With public comment limited, others made their opinions known without words. Andy Langione, a Dover High School graduate and freshman at Penn State University, wore a button he made with a slash through a panda.

"It's an anti-'Of Pandas and People' button," said Langione, "Sometimes buttons speak louder than words."

-- *Reach Heidi Bernhard-Bubb at 854-1575 or news@yorkdispatch.com.*

**GRAPHIC: Zeigler-Yingling** ... said she would resign but remains a board member because she didn't attend last night's meeting.

**LOAD-DATE:** March 26, 2005

118 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

January 6, 2005 Thursday

**SECTION:** LOCAL NEWS

**LENGTH:** 457 words

**HEADLINE:** Memory woes halt 'design' lesson curb

**BYLINE:** HEIDI BERNHARD-BUBB *For The York Dispatch*

**BODY:**

Dover school district's controversial biology curriculum, which makes reference to "intelligent design" theory, will take effect next week as planned.

Lawyers representing 11 parents who sued the district in federal court over the presence of intelligent design in its curriculum, have decided not to seek a temporary restraining order to block the lessons.

Attorney Eric Rothschild of the Philadelphia-based law firm Pepper Hamilton said the decision not to seek the restraining order came because of what was said in depositions this week by school officials, who were questioned about the origin of the curriculum change and statements by board members that were religious in nature.

Rothschild said that during those depositions Monday, district officials said they either had no memory of statements that were reported in The York Dispatch and York Daily Record during June 2004, or flatly denied that they were made.

Those who disputed the statements were: board president Sheila Harkins, former board president Alan Bonsell, former curriculum committee chair William Buckingham and superintendent Richard Nilsen.

**More research:** Rothschild said that because the evidence is in dispute, the attorneys will have to conduct more research to confirm the reports, which could not be done before the new curriculum starts Monday in Dover biology classes.

"These reports are not the substance of our case, but they did go toward the school board's motive in changing the curriculum," Rothschild said.

The parents' legal action is believed the first in the country to challenge the teaching of intelligent design theory, which attributes the origin of life to an intelligent being. It counters the theory of evolution, which says that people evolved from less complex beings. The statements included references to creationism, the biblical account of the origin of life, and several statements made by board member William Buckingham.

For example, as reported on June 15, 2004, by The York Dispatch and by the York Daily Record, Buckingham said "Nearly 2,000 years ago someone died on a cross for us; shouldn't we have the courage to stand up for him?" at a June 14 school board meeting.

**Buckingham's denial:** Buckingham said he never made that statement in reference to the evolution debate, but in reference to a resolution the board passed to support the "under God" phrase in the Pledge of Allegiance in November 2003. His testimony was supported by that of Sheila Harkins.

However, the school officials also said that they had never asked the local papers to retract or correct any reports made.

Page 184

The York Dispatch (York, PA) January 6, 2005 Thursday

Although audio recordings of the board's public meetings are made, the district destroys the tapes once

**LOAD-DATE:** March 26, 2005



Dow Jones & Reuters

Local/State
**Teachers may give evolution alternative ; Dover parents group won't seek restraint**
PETE SHELLEM
Of The Patriot-News
625 words
6 January 2005
Patriot-News
FINAL
B01
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Biology teachers in the Dover Area School District may begin reading a four-paragraph statement offering an alternative to the theory of evolution, since attorneys for parents who objected to the policy decided not to seek a restraining order by yesterday's deadline.

Witold J. Walczak, legal director of the Pennsylvania chapter of the American Civil Liberties Union, which is representing parents opposed to the policy, said yesterday the group decided not to ask U.S. District Judge John E. Jones III for a restraining order.

Walczak said the group did not want to ask the judge to make a decision without a complete record, especially in light of denials by school board members that they initially sought to teach creationism.

A full trial will probably not be held until this spring, he said.

Walczak said three board members denied in depositions Monday making statements at board meetings regarding Christ, religion and creationism that were reported in local papers as controversy surrounding the policy mounted.

"This whole history of them indicating a desire to teach creationism is legally damaging to their argument," Walczak said. "They seem to be trying to whitewash that history."

The district's attorney, Ronald Turo, said he wasn't present at the meetings or the depositions, but added it wouldn't make any difference to the case.

He said individual board member's opinions are not the policy of the district, which boils down to a four-paragraph statement being read before evolution is taught to ninth-grade biology students.

The statement says evolution isn't a fact and **intelligent design** is an alternative theory students could consider. It directs them to a book called "Of Pandas and People" that describes the theory of **intelligent design**, which says the universe is so complex that it must have been created by a supernatural intelligence.

"Is this teaching? Everybody's losing perspective," Turo said. "The school district hasn't ordered them to teach anything. They are requiring teachers to read a statement.

"When a school district is precluded from making a statement of fact to its students, what do we have left?" Turo said. "That's pretty scary."

The ACLU claims that Dover's policy is an introduction of religion into the classroom that infringes on constitutional provision of separation of church and state.

The school board voted 6-3 on Oct. 18 to include **intelligent design** in the ninth-grade science curriculum, in what is believed to be the first such requirement in the country.

Walczak said the board members' intent plays a role in determining whether there is such an infringement.

Walczak said he was confident the plaintiffs could show the board members endorsed creationism, despite the fact that tapes of the meetings were destroyed. More than 100 people attended the hearings.

Board member William Buckingham was reported to have said "this country was not founded on Muslim beliefs or evolution, this

country was founded on Christianity and our students should be taught as such."

He also reportedly said "2000 years ago, someone died on a cross. Can't we take a stand for him?"

Two other board members and Superintendent Richard Nilsen denied in depositions that those comments were made, Walczak said. One board member said the newspaper quotes were "fabrications," he added.

Turo said he was glad the issue wouldn't be decided on the limited facts that could be presented in a hearing on the temporary restraining order.

"We said from the beginning, let's give this case the time and thought and research it demands," he said. PETE SHELLEM: 255-8156 or pshellem@patriot-news.com

Document PATHAR0020050106e1160001s

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

# Dover board challenges bio lawsuit

## Wants 3 parents, claims removed from the case

BY HEIDI BERNHARD-BUBB
For The York Dispatch

Attorneys defending the Dover Area School District want to dismiss five of the 11 plaintiffs and two of the claims in the lawsuit against the district over the inclusion of intelligent design in the district's biology curriculum.

The motion, filed in federal court in Harrisburg on Friday, suggests the five plaintiffs lack standing, because their children will not attend Dover High School or are the five plaintiffs are too young to be affected by the ninth-grade curriculum.



The attorneys for Dover board members say evidence was not vital for standing.

**SEE MOTION>3**

**Page 41**

**YOUR GU**

---

## ■MOTION

## Challenge to lawsuit

Continued from Page A1

public money, should be dismissed because they lack facts to support the claims.

The lawsuit, filed last month by attorneys from the American Civil Liberties Union, Americans United for Separation of Church and State, and Pepper Hamilton on behalf of 11 Dover parents, said reading a statement about the gaps in the theory of evolution and referring to an alternative theory that attributes the origins of life to an "intelligent agent" violates their children's civil rights.

The children's ages: The motion asks that plaintiffs Beth Eveland and Cynthia Sneath be dismissed because their children are too young; both have children in first grade and pre-school age children.

Richard Thompson, chief counsel of the Thomas More Law Center, which is defending the district, said no one knows if the policy or the children will still be in the district by the time they reach the ninth grade.

The motion also asks that plaintiffs Frederick and Barrie Callahan and Julie Smith be dismissed because their children are in 10th grade and will not be taught the controversial curriculum.

Lawyers argue there is no evidence of a "coercive religious practice" because students can opt out of hearing the statement; it also said there was no evidence that defending the district would cost it money.

The school district is being represented by Thomas More free of charge, although it could have to pay plaintiffs' attorney fees if it loses the case.

**News release, poll:** Thompson said the motion seeks to focus the case on those who have a legitimate personal interest in the case, such as Tammy Kitzmiller, who currently has a child in the

ninth grade, or several others who have children in eighth grade.

A news release put out by the law center accused the ACLU of piling on plaintiffs "to give the impression that more people support their position than actually do."

It referred to a recent poll of 426 registered Dover voters conducted by the Harrisburg-based Susquehanna Polling and Research firm, which showed that 54 percent support the board's decision, while 36 percent do not and 10 percent are undecided or don't care.

ACLU attorney Witold Walczak said the plaintiffs will certainly oppose the motion, which he called "a complete waste of time" and a public relations move to try to influence public opinion.

**Numbers irrelevant?** "You only need one person to challenge the curriculum ... it's irrelevant to the outcome of the case and the focus should be on the Constitutional issues involved," Walczak said.

He also said the plaintiffs don't yet need to present evidence of a "coercive religious practice" or improper use of public monies.

**Furthermore,** Walczak said, the controversial statement is part of the district's school-wide curriculum and that when the school board violates the Constitution it sends a message that affects the entire student body.

Plaintiff Barrie Callahan, whose standing is being challenged, said that "when you change the definition of science it affects everyone" in the district.

She said that she believes the curriculum could hurt how college admission boards view a diploma from Dover High School, which would affect her child. And she also is worried the curriculum change could be just the beginning of a move to censor or alter other parts of the curriculum.

The plaintiffs have until Feb. 16 in answer the motion.

— Reach Heidi Bernhard-Bubb at 854-1575 or news@yorkdispatch.com.

In brief

P 00395

114 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

January 7, 2005 Friday

**SECTION:** TOP STORIES

**LENGTH:** 305 words

**HEADLINE:** Dover profs want to opt out

**BYLINE:** HEIDI BERNHARD-BUBB *For The York Dispatch*

**BODY:**

The Dover High School science department wants to opt out of the district's controversial biology curriculum, which makes reference to **intelligent design** theory.

The staff has written a letter to the administration asking that teachers be allowed to opt out of the new curriculum taking effect next week, which includes reading a statement that raises questions about the theory of evolution, mentioning **intelligent design** and referring students to a book, "Of Pandas and People," in the library.

The science department is suggesting that the administration read the statement to the students in their place.

Superintendent Richard Nilsen said earlier this week that a letter was being sent to district parents to tell them that as with any controversial subject matter being taught in the schools, parents could pull their children out of the lesson.

Nilsen and Dover Area Education Association president Bill Miller, who is serving as a spokesperson for the science department, could not be reached for comment this morning. The **intelligent design** curriculum is the subject of a lawsuit, believed to be the first in the nation.

The suit was filed by parents who say the school board violated their children's religious freedom by including the theory of **intelligent design** in biology classes.

The parents are represented by attorneys from the Pennsylvania American Civil Liberties Union, Americans United for Separation of Church and State and Pepper Hamilton.

The district is being represented, free of charge, by the Thomas More Law Center, a Michigan-based public interest law firm that bills itself as a defender of Christian rights. **Intelligent design** theory attributes the origin of life to an intelligent being. It counters the theory of evolution, which says that people evolved from less complex beings.

**LOAD-DATE:** March 26, 2005

109 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

January 10, 2005 Monday

**SECTION:** LOCAL NEWS

**LENGTH:** 307 words

**HEADLINE:** Dover parents form PTO

**BYLINE:** HEIDI BERNHARD-BUBB *For The York Dispatch*

**BODY:**

Peg Funkhouser says the recent intelligent design controversy that seems to have taken over Dover is not the reason that she and other parents decided to form a parent-teacher organization at the high school.

"Of course that is bringing a lot of people out and its something to be concerned about, but my sole purpose is to get parents more involved in their children's education and support our teachers," Funkhouser said.

It's a move that is being celebrated by the district's top administrators.

At several recent meetings, superintendent Richard Nilsen has said that the district is about more than the intelligent design debate.

"Dover is about great students, great teachers, and great parents," Nilsen said. "There is nothing more important than getting involved with your child's education."

Funkhouser, who is spearheading the effort, is a library secretary for the district at both Dover and Weigelstown elementaries. She has a child in 11th grade at the high school and another child who graduated in 2004.

The district has PTOs at all of the elementary schools and at Dover Intermediate School, but a PTO has never been successful at the high school.

Funkhouser said one was attempted three or four years ago, but never caught on. But, as a longtime "PTO mom," Funkhouser said she believes a high school PTO could succeed and do a lot of good.

Her biggest goal for this year is to get the organization solidified and then build upon that foundation in coming years.

Funkhouser said she hopes to get at least 25 to 30 parents to join, although she would gladly take more.

"It's going to be an ongoing process, but hopefully we can get the word out and lots of parents will participate to make their child's education better," she said.

-- *Reach Heidi Bernhard-Bubb at 854-1575 or news@yorkdispatch.com.*

**LOAD-DATE:** March 26, 2005

## District's lawyers see 'good sign'

**But lawyers for the parents said they can still prove their case.**

By TERESA ANN BOECKEL
*Daily Record-Sunday News*
Friday, January 7, 2005

A lawyer for the Dover Area School District said it's "a good sign" that attorneys representing 11 parents decided Wednesday not to seek an injunction that would stop the district from presenting the concept of intelligent design in its ninth-grade biology class.

"After several day of depositions it became clear that they simply did not have a strong enough case to ask that the policy be blocked," said Richard Thompson, president and chief counsel for the Thomas More Law Center, which is representing the school district.

"Clearly, if they thought they could have succeeded, they would have asked the court to stop the policy before it was implemented."

But Eric Rothschild, an attorney with the Philadelphia-based Pepper Hamilton law firm that is representing the parents who filed the lawsuit, said, "We feel we have a very strong case."

The plaintiffs' lawyers did not ask a federal judge to block the implementation of the policy because school board members Alan Bonsell, Bill Buckingham and Sheila Harkins and district Supt. Richard Nilsen denied or didn't recall earlier statements about why the board wanted to include intelligent design, Rothschild said.

Lawyers interviewed the four this week, saying they wanted to find out what led to the policy in order to determine if they had enough evidence to ask for an injunction.

The statements now in dispute included one by board member Bill Buckingham that this country was founded on Christianity and that students should be taught as such.

The plaintiffs had planned to present those statements to a judge as their argument to stop the policy, Rothschild said. While they believe they have the evidence to

convince a judge of their position, Rothschild said, it is in dispute, and it wasn't possible to present a whole record in time to request an injunction.

So they will work on finding witnesses, taking more depositions and calling experts in preparation for a spring hearing. Rothschild said he believes they will find that the statements, reported in two separate newspapers, were accurate.

## Lawyers request definitions

In the depositions, the plaintiffs' lawyers — Rothschild and Stephen G. Harvey — pressed for definitions of evolution, creationism and intelligent design and asked questions about what will be taught in class as early as Jan. 13.

When Bonsell, who is the past school board president, was asked the meaning of "intelligent design," he said it is a scientific theory. Buckingham agreed with that.

"I have done some reading on it," Bonsell said. "And I have seen that it is a scientific theory that differs from Darwin's Theory . . . Darwin is everything basically happened by chance. Where Intelligent Design says that it didn't happen that way."

Rothschild asked: "How did it happen if it didn't happen by chance?"

"I can't answer that," Bonsell responded.

Harkins, who is the current school board president, said she does not know if there is a general definition of intelligent design, and said she's "still exploring" what it means. Harvey pressed her for a definition.

"That every living cell possibly is designed down to the tiniest organism and if it is designed how it may have been designed, if there was possibly a designer or something," Harkins said.

She said she does not perceive it as "religion."

## ID discussed over time

Harkins said the idea to include intelligent design in the curriculum has been discussed over several years, and has

been mentioned by Bonsell, Buckingham and former
school board member Noel Wenrich. She and Buckingham
were both on the board's curriculum committee.

During those discussions, she said, there were differing
views about it. She said Casey Brown, a former board
member, viewed it as "religious" and that Bonsell viewed it
as "totally scientific."

Harvey asked Harkins how she knew that intelligent
design is scientific and not religious in nature. Harkins
said she has read that several scientists who appeared to
be "reputable" support the theory.

Buckingham said that the theory of evolution is not
offensive to his personal religious beliefs. Harkins said the
theory does not conflict with her religious views.

When the theory of intelligent design is introduced later
this month, teachers will only read a prepared statement,
Nilsen said. If students ask about creationism or
intelligent design, they will be told to do that research on
their own or ask their parents, Nilsen said.

The statement includes a reference to the book, "Of
Pandas and People," that will be available to students who
are interested in finding out more about intelligent design.
The book, Nilsen said, will be housed in the school library.

When asked during the deposition why he was forbidding
open and critical discussion about intelligent design but
not any other theory of evolution, Nilsen said it was
because of time constraints and legal reasons.

"(The teachers) believe they are liable if they open that
discussion," he said.

Nilsen also said he thinks it is a topic that should be
discussed with parents — not the school district.

Reach Teresa Ann Boeckel at 771-2031 or teresa@ydr.com.

## Dover teachers get 'relief'

**Administrators, not science instructors, will read an
intelligent design statement to high school students.**

By JOSEPH MALDONADO
*For the Daily Record/Sunday News*
Saturday, January 8, 2005

Dover Area High School science teachers won't have to
read a statement informing ninth-grade biology students
that there are problems with Darwin's theory of evolution,
and that intelligent design is a theory with a differing view
of the origin of life.

"And there is a great sense of relief, though there is still no
great sense of trust in the district," said Bill Miller, a
Dover Area Education Association spokesman.

On Thursday, teachers in the high school's science
department sent a letter to the administration requesting
they be allowed to "opt out" of reading a four-paragraph
statement about intelligent design to students. On Friday,
the district, through its attorneys at the Thomas More Law
Center in Michigan, released a statement that said
administration officials will read the "one minute" passage
including intelligent design.

The Thomas More lawyers said Supt. Richard Nilsen
announced that the district believes that no Dover faculty
has the right to "opt out of any policy or curriculum
developed legally and publicly by the Dover Area School
District Board of Directors." But, Nilsen said, the teachers'
request was granted because of a lawsuit over the
inclusion of intelligent design in the science curriculum.

In December, 11 parents sued the school, saying intelligent
design is not science but is an attempt by the district and
its board to introduce religion into the classroom. That
violates the Constitutional separation of church and state,
they say.

The district has said the statement's only purpose is to
make students aware that there are other theories,
including intelligent design, that differ with Darwin's
theory. In depositions connected to the lawsuit, board
member Sheila Harkins said she does not perceive
intelligent design as religious, and board member Alan
Bonsell said he believes it is a scientific theory.

Sandy Bowser, Dover teachers union president, said she believes that Pennsylvania's Code of Professional Practice and Conduct for Educators gives them the right to opt out of the curriculum. She said the code forbids teachers from knowingly providing information they believe to be false.

"Intelligent design is not science," Bowser said. "It is a belief system."

Richard Thompson, the district's chief counsel from Thomas More center, called the teachers' request to opt out a "tempest in a teapot."

"It is ironic that this policy was enacted with the input of the very teachers who are now attempting to sabotage it," he said.

Bowser disagreed with Thompson regarding the teachers' input.

"We gave no input at all into the statement or the curriculum change as it is presently written," she said. "We have tried to compromise, but at this point the state standards of education and the Constitution must be upheld."

Neither Thompson nor Dover Assistant Supt. Michael Baksa could be reached for comment.

"I'm glad the district made the decision that it did," Bowser said. "Things are as they should be, for now."

## Intelligent design statement

The following is the statement to be read to Dover Area High School students:

"The Pennsylvania Academic Standards require students to learn about Darwin's Theory of Evolution and eventually to take a standardized test of which evolution is a part.

"Because Darwin's Theory is a theory, it continues to be tested as new evidence is discovered. The Theory is not a fact. Gaps in the Theory exist for which there is no evidence. A theory is defined as a well-tested explanation that unifies a broad range of observations.

"Intelligent Design is an explanation of the origin of life

that differs from Darwin's view. The reference book, Of
Pandas and People, is available for students who might be
interested in gaining an understanding of what Intelligent
Design actually involves.

"With respect to any theory, students are encouraged to
keep an open mind. The school leaves the discussion of
the Origins of Life to individual students and their
families. As a Standards-driven district, class instruction
focuses upon preparing students to achieve proficiency on
Standards-based assessments."

top

## An Open Letter to the Dover Area School Board:

As scientists, scholars, and teachers, we are compelled to
point out that the quality of science education in your
schools has been seriously compromised by the decision to
mandate the teaching of "intelligent design" along with
evolution. Science education should be based on ideas that
are well supported by evidence. Intelligent design does not
meet this criterion: It is a form of creationism propped up
by a biased and selective view of the evidence.

In contrast, evolution is based on and supported by an
immense and diverse array of evidence and is continually
being tested and reaffirmed by new discoveries from many
scientific fields. The evidence for evolution is so strong
that important new areas of biological research are
confidently and successfully based on the reality of
evolution. For example, evolution is fundamental to
genomics and bioinformatics, new fields which hold the
promise of great medical discoveries.

According to the York Daily Record (November 23, 2004),
you issued a statement claiming that "Darwin's Theory is a
theory, it is still being tested as new evidence is
discovered. The theory is not a fact. Gaps in the theory
exist for which there is no evidence." This is
extraordinarily misleading. While one can refer to the
general body of modern evolutionary knowledge as
"theory," the same is true of all other scientific knowledge,
such as the theory of relativity or the theory of continental
drift. It is one of the hallmarks of scientific inquiry that all
such ideas are open to testing and reinterpretation. That
theories are open to testing, however, does not mean that
they are wrong. Evolution has been subject to well over a

## Dover's lawyer responds to Penn letter

### Professors don't understand intelligent design issue, lawyer says

By JOSEPH MALDONADO
For the Daily Record Sunday News
Sunday, January 9, 2005

It didn't take long for the Dover school district's lawyer to respond to an open letter from 32 professors from the University of Pennsylvania criticizing the district for including intelligent design theory in its science curriculum.

Penn professors from the biology and philosophy departments on Friday asked the administration and board of the Dover Area School District to "alter the misguided policy of teaching intelligent design creationism . . ."

Richard Thompson of the Thomas More Law Center wrote a letter, released Saturday, telling the professors that Dover will not be teaching intelligent design and that if their lack of study on the issue represents how they go about making scientific conclusions, their students should "get their tuition money back . . ."

In October, the board voted to make students aware of problems with Darwin's theory of evolution and alternative theories, specifically intelligent design, as part of their ninth-grade biology curriculum. Intelligent design suggests that life is too complex to have evolved on its own, and that a designer played a role in the creation of life.

Thompson is the district's lead attorney in a case brought against the district in December 11 parents who say the curriculum change violates the rights and the Constitutional separation of church and state. But, Thompson wrote, "No teacher will teach 'intelligent design,' creationism, or present his or her, or the board's religious beliefs."

In addition to accusing Penn faculty of not understanding the issue, Thompson questioned why a professor from the philosophy department, Michael Weisberg, helped author the letter.

"What does philosophy have to do with this issue?"

Thompson asked.

On Saturday Weisberg asked that a copy o the letter be
sent to him by e-mail. In his reply, he did not comment on
the letter, but offered a Web site,
http://www.aaas.org/news/releases/2002/1106id2.shtml.
It contains a statement approved more than two years ago
by the American Association for the Advancement of
Science's board of directors. The board said intelligent
design proponents haven't tested the theory or provided
evidence to support it, and that it is "improper" to include
the theory as part of science education.

Thompson, in his letter to the Penn professors, said Dover
was asking the students to consider that any evidence is
susceptible to two sets of interpretations.

"This policy promotes critical thinking, which is not only
important for the science profession, but for education in
general," Thompson wrote.

## Center's letter

Letter from Thomas More Law Center to University of
Pennsylvania biology professor Paul Sniegowski and
philosophy professor Michael Weisberg:

If the level of inquiry supporting your letter is an example
of the type of inquiry you make before arriving at scientific
conclusions, I suggest that at the very least, your students
should get their tuition money back, and more
appropriately, the University should fire you as a scientist.
It is clear that you do not have the slightest idea of the
actual Dover school policy that you so vehemently
condemn, and so let me educate you.

You write that the Dover school Board made a decision to
"mandate the teaching of 'intelligent design' along with
evolution." That statement is untrue; in fact the opposite
is the case. The school board policy specifically states: "No
teacher will teach Intelligent Design, Creationism, or
present his or her, or the Board's, religious beliefs."

Moreover, the school board adopted and purchased the
biology textbooks for its students that were recommended
by the school science teachers and the administration.

Regarding your dispute with the definition of the theory,
you fail to include the actual definition used in the policy,

"A theory is defined as a well-tested explanation that unifies a broad range of observations." That definition was recommended by the science teachers and adopted by the school board.

Finally, you are under the impression that Dover students will not be taught evolution. Let me disabuse you of that concern. The policy specifically acknowledges that the students must learn about Darwin's Theory of Evolution and take a standardized test in which evolution is a part. Accordingly, the only theory taught in class is Darwin's theory of evolution, and the only textbook used in class is the standard text positing this theory.

I notice that your open letter was signed by a member of the Department of Philosophy. What does philosophy have to do with this issue? This issue is not about science versus philosophy; it is about two different interpretations of the same scientific data by scientists. I assume you would agree that the metaphysical implication of Darwin's theory of evolution has no place in the science classroom. Or perhaps it is for this very reason that you so staunchly and dogmatically defend Darwin and place his theory above all criticism.

In conclusion, the Dover policy merely makes students aware of a growing controversy in the scientific community over the extent to which the theory of evolution can explain complex biological systems. This policy promotes critical thinking, which is important not only for the science profession, but for education in general. Moreover, this policy is in keeping with the Congressional intent behind the No Child Left Behind Act of 2001 and complements an honest science education.

Sincerely,

Thomas More Law Center

Richard Thompson

President and Chief Counsel

top

Copyright 2005
The York Dispatch (York, PA)

January 10, 2005 Monday

**SECTION:** LOCAL NEWS

**LENGTH:** 563 words

**HEADLINE:** Science teachers won't have to read statement

**BYLINE:** HEIDI BERNHARD-BUBB *For The York Dispatch*

**BODY:**

The Dover High School science department will be allowed to opt out of reading a statement to ninth-grade biology classes this week that questions the theory of evolution and refers to **intelligent design** theory.

However, the students will still hear the statement.

The district announced Friday through its attorneys at the Thomas More Law Center in Michigan that the administration would read the **intelligent design** statement in place of teachers, pending the resolution of the lawsuit against the district over the biology curriculum.

Seven science teachers sent a letter to the administration Thursday saying they believe the mandate to read the statement violates the Pennsylvania's Code of Professional Practice and Con-
duct for Educators, said Sandi Bowser, president of the Dover Area Education Association.

Bowser said the code states that teachers cannot knowingly misrepresent subject matter or curriculum.

"Intelligent design is not science, it is not biology, it is not an accepted scientific theory," said Bowser.

According to a statement released by Thomas More, superintendent Richard Nilsen said that "While the Dover Area School District believes that the DASD faculty has no right to 'opt-out' of any policy or curriculum developed legally and publicly by the Dover Area School District Board of Directors," the administration will read the statement until the lawsuit is resolved.

Richard Thompson, chief counsel of Thomas More, called the teachers' request a "proverbial tempest in a teapot" and said teachers were "now attempting to sabotage" a policy created with their input.

However, the teachers' union said last month that the teachers had only edited the **intelligent design** statement and had not been involved with writing it or forming it.

"We need to keep religion and philosophy in religion or philosophy classes and out of science class," said Bowser, who called **intelligent design** a belief system.

Nilsen said he could not comment on the issue because of a lawsuit filed last month on behalf of 11 parents by the Pennsylvania American Civil Liberties Union, Americans United for Separation of Church and State and Pepper Hamilton Law firm.

The parents claim the school board violated their children's religious freedom.

The district, represented by Thomas More free of charge, has said the curriculum attempts to give students a better education by making them "aware" that there are "gaps/problems" with evolution, and that other theories exist.

The York Dispatch (York, PA) January 10, 2005 Monday

The **intelligent design** theory attributes the origin of life to an intelligent being. It counters the theory o: ev·    · ·
which says that people evolved from less complex beings.

The policy, which set off a firestorm of controversy in the district that has garnered national attention, prom:ptc .
two board members to quit in protest.

Last month, a third board member, Angie Zeigler-Yingling, said she would resign because of the board's refuse  ··
revisit the issue.

Zeigler-Yingling did not attend last week's meeting due to illness and remains a board member. She had been
expected to ask the board to alter the curriculum and to make her resignation official last week.

The board meets again tonight at 7 p.m. at North Salem Elementary.

Zeigler-Yingling could not be reached for comment on whether she will attend the meeting and whether she    ·
intends to resign.

**LOAD-DATE:** March 26, 2005

The York Dispatch (York, PA) January 11, 2005 Tuesday

Copyright 2005
The York Dispatch (York, PA)

January 11, 2005 Tuesday

**SECTION:** TOP STORIES

**LENGTH:** 582 words

**HEADLINE:** Anti-board ticket eyed in Dover

**BYLINE:** HEIDI BERNHARD-BUBB *For The York Dispatch*

**BODY:**

http://media.mnginteractive.com

http://media.mnginteractive.com

http://media.mnginteractive.com

Angie Zeigler-Yingling said she had hoped to convince her fellow Dover school board members to revisit the district's controversial biology curriculum and find a compromise that would end the lawsuit against the district.

But now she says the fate of the curriculum will be decided by voters in the upcoming elections, when seven seats are on the May 17 primary ballot.

"It's all about the primary now, whoever wins in the primary will win in November. If I can get a group together to run against the board with at least five votes, we can immediately overturn the curriculum," said Zeigler-Yingling at her home last night.

Zeigler-Yingling's term is one of four that expires at the end of the year; three two-year terms are also up for election.

Last month, Zeigler-Yingling said she would resign before her term ended, because of the board's refusal to revisit the intelligent design issue.

She was expected to make her resignation official at the Jan. 3 board meeting or at last night's meeting, but she didn't.

Now she said she'll offer an official letter of resignation next month.

Zeigler-Yingling said she delayed the letter because she was hoping to get the board to revisit the issue. She had requested time on last night's agenda to make a motion to that effect, but was told that she couldn't because of the pending litigation against the district.

After a brief action meeting, the board adjourned to executive session for more than an hour, saying they would discuss personnel and legal matters.

The board returned to hire a staffer, and then adjourned with no discussion of the biology curriculum or Zeigler-Yingling's status.

**Would not discuss session:** After the meeting, a visibly upset Zeigler-Yingling said the issues were discussed during the executive session, but said she could not discuss them further.

The York Dispatch (York, PA) January 11, 2005 Tuesday

Zeigler-Yingling voted in favor of the curriculum in October, but later changed her mind, saying she felt coerced by fellow board members.

Now, Zeigler-Yingling said she may join former board members Jeff Brown and Casey Brown, who quit over the intelligent design issue in October, to run as a bloc against the current board.

**Seats in play:** Current board members Sheila Harkins and Alan Bonsell are up for re-election, as are the seats of recent board appointees Sherrie Leber, Ronald Short, Edward Rowand and Eric Riddle.

The current board members have not yet announced whether they will seek re-election.

The district's biology curriculum, which makes reference to intelligent design, is the subject of a lawsuit against the district filed last month on behalf of 11 parents by the Pennsylvania American Civil Liberties Union, Americans United for Separation of Church and State and the Pepper Hamilton Law firm. The suit was filed by parents who say the board violated their children's religious freedom.

The district, represented by the Thomas More Law Center free of charge, has said the purpose of the curriculum is to give students a better education by making them "aware" there are "gaps/problems" with **evolution** and that other theories exist.

Intelligent design theory attributes the origin of life to an intelligent being. It opposes the theory of **evolution**, which says that people evolved from less complex beings.

*-- Reach Heidi Bernhard-Bubb at 854-1575 or news@yorkdispatch.com.*

**GRAPHIC:** Dover School Board members Angie Yingling, left and Sheila Harkins talk before the start of last night's meeting. Dover School Board member Angie Yingling reviews paperwork before the start of the meeting, Monday, January 10, 2005. Bryan Rehm, one of the plaintiffs against the Dover School District's plan to teach intelligent design talks to reporters during a break in the meeting, Monday, January 10, 2005. John Pavoncello

**LOAD-DATE:** March 26, 2005

Copyright 2005
The York Dispatch (York, PA)

January 11, 2005 Tuesday

**SECTION:** TOP STORIES

**LENGTH:** 486 words

**HEADLINE:** District's lawyers tackle critics, local and national

**BYLINE:** HEIDI BERNHARD-BUBB *For The York Dispatch*

**BODY:**

Dover school officials have been silent on the issue of **intelligent design** and the controversy generated by the district's biology curriculum, citing the pending lawsuit against them.

But their attorneys at the Thomas More Law Center in Michigan have been actively responding to critics with a series of open letters and statements released in the past three days.

After the Dover High School science department sent a letter to the administration Thursday asking that teachers allowed to opt out of reading a statement that questions the theory of evolution and refers to **intelligent design**, the attorneys from Thomas More criticized the department for "attempting to sabotage" a policy created with their input.

However, the teachers' union said last month that the teachers had only edited the **intelligent design** statement, had not been involved with writing it or forming it.

In a statement last night, attorneys from the Thomas More Law Center said the school board had a document that "contradicts the teachers' recent claim that they gave no input into the statement or the curriculum change as it is presently written."

According to Richard Thompson, chief counsel of the center, assistant superintendent Mike Baksa "worked with the teachers and kept them informed throughout the entire process that led up to the development of the biology statement and curriculum change. Not only did the teachers edit the biology statement, but also they agreed to all the changes in the biology curriculum except for the inclusion of the phrase '**intelligent design**.'"

**Oppose Penn professors:** In addition to the statements on the Dover science department, attorneys from Thomas More also responded to an open letter from 32 University of Pennsylvania professors Friday criticizing the district for including **intelligent design** in the biology curriculum.

The professors' letter stated that "the quality of education in your schools has been seriously compromised by the decision to mandate the teaching of '**intelligent design**' along with evolution. Science education should be based on ideas that are well supported by evidence. Intelligent design does not meet this criterion: It is a form of creationism propped up by a biased and selective view of the evidence."

In response, Thompson accused the professors of not understanding the district's policy, saying "if the professors' letter was any indication of their level of inquiry before arriving at scientific conclusions, then at the very least, our students should get their tuition money back."

Thompson went on to say that the many "biology scientists" have careers that depend on evolution and are "conducting an assault on school boards across the nation that dare to challenge their dogma."

The York Dispatch (York, PA) January 11, 2005 Tuesday

The More Center is a public interest law firm that often represents Christians who say their rights have been violated.

LOAD-DATE: March 26, 2005

## Intelligent design foes frustrated

**The issue was not discussed at a Dover school board meeting.**

By JOSEPH MALDONADO
*For the Daily Record Sunday News*
Tuesday, January 11, 2005

As Monday evening's meeting of the Dover Area School Board progressed, board member Angie Yingling looked distracted. Every now and then she would pick up her pen, bow her head and write.

She was writing was her letter of resignation.

At the end of the agenda, the board went into an executive session to talk about personnel and legal issues. Before Yingling went into the session, she said she wrote the letter with the intention of reading it after the executive session.

She said she wanted to be placed on the agenda so she could make a motion — a motion to have two words, "intelligent design" removed from the ninth-grade biology curriculum and a correlating statement.

Before the executive session, Yingling said she had made a request to be on the evening's agenda but was denied by the board's president, Sheila Harkins.

"I'm going to ask again during executive session," she said.

She said if she were again denied, she would resign.

But after the nearly one-hour session ended, the board returned to its seats, hired a new district employee and adjourned.

Immediately afterward, Yingling was surrounded by members of the local and national media.

A little later, as she walked to her car, she asked herself, "Why won't they let me speak?"

She then said she was told she wasn't allowed to speak at the meeting because Richard Thompson of the Thomas More Law Center advised Harkins not to allow it.

So why didn't Yingling resign?

"I keep telling myself that if I can round up some people to run for election, a new board can resolve these issues in an instant," she said. "So I keep telling myself to hold on."

During the break for executive session, Bryan Rehm echoed those sentiments. Rehm is one of the 11 parents suing the district and board over an Oct. 18 decision to include "intelligent design theory" in ninth-grade biology.

Like Yingling, he is frustrated with board's control over discussion of the intelligent design issue. In early December, Harkins, the new board president, issued a new rule saying the public could no longer comment on issues not on the agenda unless a request was submitted in writing.

Rehm sent a written request, but he opted against speaking Monday night because, he said, "The board isn't listening anyway."

Next month, Rehm will submit the necessary paperwork to run for a seat on the school board. The deadline is Feb. 28.

"I've talked with 30 to 50 different individuals," he said. "And people overwhelmingly don't like what's going on."

Before the meeting, someone in attendance handed out a flier citing an example of the council in Plum Borough, near Pittsburgh, trying to limit public speech and being rejected in court.

"The attachment will be submitted to our solicitor for a review," said Richard Nilsen, the school superintendent. "We'll have a report on that by next meeting."

ydr.com

York Daily

Main News

☒ M  ☒ Lo  ☒ Spo  ☒ Biz/Tech  ☒ Livi  ☒ Opinic

search for [                    ]  ydr.com

· Special Reports
Dover Biology
Politics
Spanish Immersion
Baseball in York
Christmas Emergency Fund
Judicial Center
Equevent Parmg
War on Terror
Civil Defense
FOI Reporting
1969 Riot Investigation
Census 2000

Browse

About us
Announcements
Awards
Calendar of Events
Classifieds
County History
Newslibrary
News Projects
Obituaries
Pets
Photos
ProQuest Archive
YDR Store

SERVICE TECHNICIANS
NOW

CUSTOMER SERVICE &

STEP INTO YOUR

PT MENTAL HEALTH

A++ OPPORTUNITY WITH

ARMED ESCORTS
NEEDED

FIELD INSTALLATION
FOUNDED

PAVEX INC.. A

SECURITY OFFICERS
FULL

A GREAT PLACE

## Main News

☐ E-mail story  ☐ Printer friendly  ☐ Subscribe

## Public comment policy assailed

### Opponents passed out a statement calling the new rule illegal.

By LAURI LEBO
Daily Record/Sunday News
Tuesday, January 11, 2005

Residents opposed to the Dover Area School Board's new public comment policy couldn't speak out about it publicly at Monday night's meeting — because it wasn't on the agenda.

So instead, they passed out a written statement that contended the policy is illegal because it violates both Pennsylvania's Sunshine Law and the First Amendment to the U.S. Constitution.

"The public has the right to make comment on agenda and non-agenda items," the statement said. "It could be perceived that the Board's change in policy is to limit the voices of the taxpayers."

Sheila Harkins, in one of her first acts as the new board president, initiated the policy last month that limits public comment solely to items on the meeting agenda.

Harkins said she hadn't read the distributed statement, but she said the public comment policy had been enacted with the OK of district lawyers. She referred further questions to Supt. Richard Nilsen, who said he will pass on the statement to lawyers at Stock and Leader. He plans to have a response for board members by next month's board meeting, he said.

The statement makes reference to a newspaper article about a federal judge's 2002 decision in a case called Schlegel v. Plum Borough to issue a temporary restraining order against enforcement of a provision of a borough ordinance limiting public comments to items on the agenda.

The statement was passed out at Monday's meeting by plaintiffs suing the district over the revamping of its biology curriculum to include intelligent design - the concept that life is too complex to have evolved solely through natural selection and therefore must have been designed by an intelligent creator — as an alternative to the teaching of evolution.

Cynthia Sneath, one the plaintiffs in the intelligent design suit, said the Schlegel case perfectly mirrors the situation in Dover.

---

Marketplace:
· Place a classified · Cars
· Jobs          · Subscriber
· Real estate    services
· Getting       · YDR store
published

AP Breaking news:

Graner Gets 10 Years in Iraq Prison Abuse
Iraq Considers New Ways to Protect Voters
Abbas Takes Office After Israel Cuts Ties
New Photos Show Titan Has Orange Surface
No Trace of Utah Avalanche Victims Found
Adoptive Mom Gives Up Custody of Fla. Boy
U.S. Eager to Hand Over Tsunami Commitment
U.S.-Led Soldiers Said to Damage Babylon
NBC Hastily Gathers Stars for Tsunami Aid
Jets, Steelers Tied 17-17 in 4th Quarter

Weather

Downtown
York, PA      AccuWeather.com
              5-day Forecast
☒ Ac        Enter your U.S. location

              [ Get Forecast ]

· HELP WANTED: Do you have a weather eye?

Lottery
· Pennsylvania lottery
· Maryland lottery

P 00373                    top

Unless the curriculum revision is placed on the agenda, "we can't even talk about it (intelligent design)," she said.

Beth Eveland said she distributed the information in the hopes that the school board will ...... the public comment policy. She said she would have liked to have appealed to the board of ...... — but couldn't because it wasn't on the agenda.

*Reach Lauri Lebo at 771-2092 or llebo@ydr.com.*

Main News >>

· **Area roads flood**
(Jan 15, 2005)
· **Sweet mess clogs interstate**
(Jan 15, 2005)
· **Tsunami calls to area doc**
(Jan 15, 2005)
· **County chief detective fired**
(Jan 14, 2005)
· **Plans call for a Super Wal-Mart**
(Jan 14, 2005)

| Previous | Next |
|---|---|
| Police hunt for suspect (2005-01-10) | Planning memorial, mother says, 'Is my therapy' (2005-01-11) |

Main · Local · Sports · Business · Living · Opinion

Jobs at the York Daily Record | Contact us

Submit Web site feedback

Copyright © York Daily Record 2005
122 S. George St., P.O. Box 15122
York, PA 17405, (717) 771-2000

Privacy policy

P 00374

# Dover to discuss design' next week; Teachers have not reached the chapter discussing evolution.

*LAURI LEBO.* **York Daily Record.** York, Pa.: Jan 12, 2005. pg. 3

**Abstract** (Document Summary)

In December, a group of parents filed a federal lawsuit against the district over the school board's decision to include the phrase "intelligent design" in its biology curriculum. Intelligent design is the concept that life is too complex to have evolved solely through natural selection and therefore must have been created by an intelligent designer.

Despite the specific mention of intelligent design in the curriculum, the district maintains that the only discussion of the concept will be in a one-minute statement read to students in the high school's three biology classes.

Attorneys for the plaintiffs had intended to seek a temporary injunction last week to keep intelligent design out of the biology classes.

**Full Text** (417   words)

*Copyright (c) 2005 York Daily Record*

Dover Area educators will not address the issue of intelligent design in biology class Thursday.

Biology teachers at Dover Area High School have not yet reached the chapter that deals with evolution, so the lecture will take place next week, an attorney for the district said Tuesday.

Richard Thompson, president of the Thomas More Law Center representing the district, said the subject of intelligent design will not come up until Monday and Tuesday.

In the meantime, Tammy Kitzmiller, who is one of 11 parents suing the district in federal court over the issue and who has a daughter taking the biology class, received a letter sent home by the district Tuesday permitting students to opt out from the class if they choose.

Kitzmiller said she has not made a decision whether she will sign the letter.

Last month, district officials had said they expected ninth-graders in the semester-long class would discuss evolution as early as Thursday.

In December, a group of parents filed a federal lawsuit against the district over the school board's decision to include the phrase "intelligent design" in its biology curriculum. Intelligent design is the concept that life is too complex to have evolved solely through natural selection and therefore must have been created by an intelligent designer.

Despite the specific mention of intelligent design in the curriculum, the district maintains that the only discussion of the concept will be in a one-minute statement read to students in the high school's three biology classes.

But last week, teachers in the high school's science department sent a letter to the administration requesting they be allowed to "opt out" of reading the four-paragraph statement, and administrators agreed to take over the job.

After the statement is read, teachers will continue with the lesson on evolution.

Attorneys for the plaintiffs had intended to seek a temporary injunction last week to keep intelligent design out of the biology classes.

However, they were thwarted when school board members denied, in depositions, statements attributed to them last summer by both The York Dispatch and the York Daily Record/York Sunday News.

An attorney for the plaintiffs, Eric Rothschild of Pepper Hamilton, said lawyers were surprised by the denials of what they thought was an "established set of events."

Rothschild said the inconsistencies would not have been easily resolved in a short hearing. However, he said he expects the plaintiffs' attorneys will be successful in the long run when they take the case to court in the spring.

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
Section:          LOCAL
ISSN/ISBN:        10434313
Text Word Count   417
Document URL:

99 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

January 12, 2005 Wednesday

**SECTION:** LOCAL NEWS

**LENGTH:** 329 words

**HEADLINE:** Dover delays biology class statement

**BYLINE:** HEIDI BERNHARD-BUBB *For The York Dispatch*

**BODY:**

A statement that raises questions about evolution and makes reference to an alternative theory will not be read ninth-grade biology students at Dover High School tomorrow as expected.

However, the superintendent said the delay has nothing to do with the lawsuit filed against the district over the statement or the science department's request last week to opt out of reading it.

The statement will be read next Tuesday or Wednesday because the teachers have not yet reached the evolution segment of the course, said superintendent Richard Nilsen.

"In all fairness, Jan. 13 was the earliest date that the teachers would reach the evolution section," Nilsen said.

The controversial four-paragraph statement will be read to students by district administrators.

**Teacher request:** Last week, the science department asked to opt out of reading the statement, which makes reference to **intelligent design** theory, saying it violates the Pennsylvania's Code of Professional Practice and for Educators.

Union president Sandi Bowser said the code states that teachers cannot knowingly misrepresent subject curriculum, and the science department does not consider **intelligent design** science.

The district's biology curriculum is the subject of a lawsuit filed last month on behalf of 11 parents by the Pennsylvania American Civil Liberties Union, Americans United for Separation of Church and State and Pepper Hamilton Law firm.

The parents say the school board violated their children's religious freedom.

The district, represented by the Thomas More Law Center free of charge, has said that the purpose of the curriculum is to give students a better education by making them "aware" that there are "gaps/problems" with evolution and that other theories exist.

**Intelligent design** theory attributes the origin of life to an intelligent being. It counters the theory of evolution which says that people evolved from less complex beings.

**LOAD-DATE:** March 26, 2005

96 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

January 12, 2005 Wednesday

SECTION: LOCAL NEWS

LENGTH: 324 words

HEADLINE: Curriculum wording

BODY:

The school board previously voted 6-3 to add the following wording to the high school biology curriculum:

"Students will be made aware of gaps/problems in Darwin's Theory and of other theories of evolution including but not limited to **Intelligent Design**. The Origins of Life is not taught."

District officials have said that **intelligent design** will not be taught, but students will be made "aware" of the theory and problems with evolution through the following statement, released in November:

"The Pennsylvania Academic Standards require students to learn about Darwin's Theory of Evolution and eventually take a standardized test of which evolution is a part. Because Darwin's Theory is a theory, it is still being tested as new evidence is discovered. The Theory is not a fact. Gaps in the Theory exist for which there is no evidence. A theory is defined as a well-tested explanation that unifies a broad range of observations.

"**Intelligent Design** is an explanation of the origin of life that differs from Darwin's view. The reference book 'Of Pandas and People,' is available for students to see if they would like to explore this view in an effort to gain an understanding of what **Intelligent Design** actually involves. As is true with any theory, students are encouraged to keep an open mind.

"The school leaves the discussion of the Origins of Life up to individual students and their families. As a standards-driven district, class instruction focuses on the standards and preparing students to be successful on standards-based assessments."

The following was added to the district's press release on the statement on Dec. 14:

"The foregoing statements were developed to provide a balanced view, and not to teach or present religious beliefs. The Superintendent, Dr. Richard Nilsen, has directed that no teacher will teach **Intelligent Design**, Creationism or present his or her, or the Board's, religious beliefs."

LOAD-DATE: March 26, 2005

## What it means to Dover case

*LAURI LEBO and JOE MALDONADO.* **York Daily Record.** York, Pa.: Jan 14, 2005. pg. 1/07

**Abstract** (Document Summary)

The attorney representing the Dover Area School District said a federal judge's decision regarding stickers on textbooks in Cobb County, Ga., will not affect the battle here over intelligent design.

In a case that has been watched closely by people on both sides of the Dover debate, District Judge Clarence Cooper ordered a suburban Atlanta school system Thursday to remove the stickers from its high school biology textbooks that call evolution "a theory, not a fact."

"(The sticker) was just a critique of evolution," [Eric Rothschild] said. "(In Dover) we have that and the affirmation of intelligent design, which is clearly a religious concept."

**Full Text** (357 words)

Copyright (c) 2005 York Daily Record

The attorney representing the Dover Area School District said a federal judge's decision regarding stickers on textbooks in Cobb County, Ga., will not affect the battle here over intelligent design.

In a case that has been watched closely by people on both sides of the Dover debate, District Judge Clarence Cooper ordered a suburban Atlanta school system Thursday to remove the stickers from its high school biology textbooks that call evolution "a theory, not a fact."

But the verdict is still out on whether Dover's change to its biology curriculum, requiring students to hear about the concept of intelligent design, will hold up in court.

Intelligent design is the idea that life is too complex to have evolved solely through natural selection and therefore was created by an intelligent designer.

Last month, 11 parents filed suit against the Dover Area district over the October curriculum revision.

Richard Thompson, president of the Thomas More Law Center, which is representing the Dover Area district, said a Pennsylvania court would not be required to follow the judge's ruling in the Georgia case.

Also, Thompson said, Judge Cooper in his written decision spelled out that the Atlanta case had nothing to do with the concept of intelligent design.

Still, that doesn't mean Thompson, whose firm touts itself as being "dedicated to the defense and promotion of the religious freedom of Christians," likes the decision.

"It's quite permissible in school to put condoms on cucumbers," he said, "but don't you dare criticize evolution."

Eric Rothschild, an attorney representing the parents from Pepper Hamilton, LLP in Philadelphia, said he was aware of the court's decision.

"We've been watching this case closely," he said. "And we think the result was very favorable to our position."

While Rothschild said he would never assume that any Pennsylvania judge would automatically follow suit on the issue, he also said he felt his client's case was even stronger than that of the plaintiffs in the sticker case.

"(The sticker) was just a critique of evolution," Rothschild said. "(In Dover) we have that and the affirmat... ...
intelligent design, which is clearly a religious concept."

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without
permission.
People:          Thompson, Richard, Rothschild, Eric
Section:         *MAIN*
ISSN/ISBN:       10434313
Text Word Count  357
Document URL:

94 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

January 14, 2005 Friday

**SECTION:** TOP STORIES

**LENGTH:** 734 words

**HEADLINE:** Ruling lauded in Dover

**BYLINE:** HEIDI BERNHARD-BUBB *For The York Dispatch*

**DATELINE:** Opponents of the curriculum call it a helpful precedent, while proponents of it say the judge addressed evolution, not **intelligent design**

**BODY:**

Attorneys representing both sides in the lawsuit against the Dover School District over its biology curriculum say their cases will be strengthened by a federal judge's decision yesterday in an evolution case in Georgia.

a theory that attributes the origin of life to an intelligent being.

In Georgia, U.S. District Judge Clarence Cooper ruled that stickers placed in high school biology textbooks, calling evolution "a theory not a fact," were an unconstitutional endorsement of religion. He ordered them removed.

Cobb County, Ga., school officials put the stickers in the books two years ago. They read: "This textbook contains material on evolution. Evolution is a theory, not a fact, regarding the origin of living things. This material should be approached with an open mind, studied carefully and critically considered."

Similar language was used in a statement written by Dover school officials in November. It raised questions about evolution and referred to **intelligent design** theory. Dover's statement says, "Because Darwin's Theory is a theory, it is still being tested" and, "The Theory is not a fact."

It also states that students are "encouraged to keep an open mind" about evolution and **intelligent design** theory.

The statement will be read to Dover biology students starting next week.

**Plaintiff's lawyer -- helpful precedent:** But last month, 11 parents sued over the curriculum, saying it violated their children's religious freedom.

Their attorney, Eric Rothschild, said the Cobb County case sets a helpful precedent and is a good sign because of similar issues in both cases.

However, he said every case has to be decided on its own merits and he believes the case against Dover is even stronger because Dover's policy goes further than the stickers with its inclusion of **intelligent design** theory in the curriculum.

In addition, Rothschild said there is a stronger record of the Dover school officials' religious motivation and that Dover's language "takes pains to single out evolution as the only scientific theory being taught for which there are gaps and problems."

The York Dispatch (York, PA) January 14, 2005 Friday

District officials, represented by the Thomas More Law Center free of charge, say the curriculum seeks to give students a better education by making them "aware" of "gaps/problems" with evolution and that other theories exist.

**Board's lawyer — strengthens defense:** Richard Thompson, chief counsel of the Thomas More Law Center, said the Cobb County decision will not impact the defense's case at all and will probably strengthen it.

Thompson cited support for Dover in Judge Cooper's ruling, which reads, "the Court is not resolving in this case whether science and religion are mutually exclusive, and the Court takes no position on the origin of the species. Second, the issue before the Court is not whether it is constitutionally permissible for public school teachers to teach **intelligent design**. ... Third, this case does not resolve the ongoing debate regarding whether evolution is a fact or theory."

Thompson said the defense will use much of the same case law cited in the judge's ruling and said the definition of a scientific theory was taken directly from the biology textbook, which makes it different from the language used in the Cobb County stickers.

The case against Dover is expected to go to trial sometime this year.

**No restraining order:** Last week, the plaintiffs decided not to seek a temporary restraining order to block the **intelligent design** statement because of a dispute over statements of school officials that allegedly showed the board's religious motivation in changing the curriculum.

School officials either said they could not recall hearing or making certain statements, or said they were made in a different context.

In a statement released on the Thomas More Web site, Thompson said, the "pull back is clearly a good sign for the Dover School District. After several days of depositions it became clear that they simply did not have a strong enough case to ask that the policy be blocked."

Rothschild said he is confident attorneys for the plaintiffs will ultimately be able to prove the board's religious motivation, but did not have enough time before the deadline for the restraining order.

*-- Reach Heidi Bernhard-Bubb at 854-1575 or news@yorkdispatch.com.*

*The Associated Press contributed to this report.*

**LOAD-DATE:** March 26, 2005

January 15, 2005   Â Â

Archive Search

Enter search term

Advanced Search

TODAY'S NEWS
TOP STORIES
LOCAL NEWS
OBITUARIES
SPORTS
BUSINESS
COMMUNITY
CALENDAR
ENTERTAINMENT
-- 'Weekend' Features
EDITORIALS
LETTERS
DISPATCH POLLS
FOOD
RELIGION
WED/ENG/ANNIV
PEOPLE
JUNIOR DISPATCH
RED CROSS
HEROES
YORK COUNTY
IMAGES
KIDS
WEATHERART
COLUMNIST
County Chatter
Larry Hicks
Harry McLaughlin
Hank Merges
'69 YORK RIOTS
Before the Riots
1969 York City Riots
Investigation
1999--30th anniv.
Report, 1969 York
Riots
Henry C. Schaad
homicide case
ABOUT US
HISTORY
OUR AWARDS

JOIN DISCUSSION Â Â  EMAIL ARTICLE Â Â  LINK TO ARTICLE Â Â  PRINT ARTICLE

Â Â  SUBSCRIBE TO PRINT

Article Last Updated: Friday, January 14, 2005 - 11:12:19 AM EST

Residents: Dover policy breaks the law

Western Pa. case invalidated similar comment rules

By HEIDI BERNHARD-BUBB ï¿½ *The York Dispatch*

A group of Dover residents say the school board's new public comment policy-- limiting public comment to agenda items only -- violates Pennsylvania's Sunshine Law and the First Amendment to the U.S. Constitution.

And they cite a case in Western Pennsylvania that forced a borough to change its policy.

Dover's policy was enacted in December by new board president Sheila Harkins who said that the change was meant to keep the meetings running smoothly and avoid contention. She said it was not in response to the ongoing intelligent-design controversy and lawsuit against the district.

However, several residents have questioned whether the new policy was a way for the board to squelch opposition to its agenda.

The new policy not only requires members of the public to limit their comments to agenda items, it also requires

OTHER ARTICLES IN THIS SECTION

1/15/2005

- Ruling lauded in Dover
- Heavy rains flood roads
- Great Scott! Shirts on sale
- For some, a week of bunking with beasts
- About the show
- Lutheran 'tolerance'
- Episcopalians 'regret' pain over gay bishop
- No break in weather
- 3 more American troops die
- 37 Yorkers assist with tsunami cleanup
- Israel holding off on retaliation for attack that killed six workers
- Man charged in tsunami scam
- Malaria threatens region

P 00385

Contact Us
Order Photos Here
FORMS
Engagements
Anniversaries
Weddings
Subscriber Services
MARKETPLACE
Place an Ad
Classifieds
Jobs
Cars
Homes
PA Lottery
Personals
Movies
TV Listings

questions,
comments
or
requests
to put
an item
on the

Week of Prayer
Local services celebrate prayer week
- Nation
- Washington briefs
- World

agenda to be submitted to the board in writing. The school board has final say on what will go on the agenda.

Beth Eveland, Cynthia Sneath and Tammy Kitzmiller, plaintiffs in the lawsuit against the district over the inclusion of intelligent design in the biology curriculum, passed out a handout at Monday's meeting that questioned the legality of the public comment policy.

Eveland said the handouts were given to the public on behalf of the three plaintiffs and "a group of concerned taxpayers" because they wanted to get information out and would not be allowed to speak because the policy was not on the agenda.

Superintendent Richard Nilsen said the handout would be passed along to the district's solicitor Stock and Leader and a response would be given next month.

**Not interested in another lawsuit:** Eveland said the group is not interested right now in suing the district. But she thinks the public should be allowed to discuss such issues as the public comment policy and the intelligent design debate, at the board meetings rather than in writing or with individual school board members.

The residents' protest of the policy may have solid legal footing.

Teri Henning, legal counsel for the Pennsylvania Newspaper Association said she thinks "a blanket policy that restricts comment in this way is overly restrictive and is inconsistent with the requirements of the Sunshine Act."

According to Henning, the Sunshine Act requires government agencies to allow residents and taxpayers a "reasonable opportunity" to comment on "matters of concern, official action or deliberation which are or may be before the board or council."

The Sunshine Act also gives the public the right to comment on matters that "may be" before the board in the future. Restricting comments to agenda items only would not allow residents to comment on future business or ongoing business.

P 00386

**Constitutional argument:** Witold Walczak, legal counsel of the Pennsylvania American Civil Liberties Union, said government agencies are allowed to limit public comment in ways that are content-neutral, for example, limiting the length of comment, when it occurs, and banning obscene or irrelevant comments, such as reading from the phone book.

However, he said, the public has a right to comment on any current or future school district business and cannot be restricted to agenda-items

only, he said.

Walczak said there is a also a strong constitutional argument against the policy.

It violates the public's right to free speech because the board can restrict those things that they don't want to discuss; they are controlling the message, and that is prohibited by the First Amendment, Walczak said.

Walczak was an attorney for a similar case in Western Pennsylvania cited in the Dover residents' handout.

In the 2002 case, Schlegel v. Plum Borough, a federal judge issued a temporary restraining order against a provision of a borough ordinance that limited residents' comments to items on the council's agenda.

He said that he sees no difference between Dover's policy and the Plum Borough ordinance provision.

Walczak said Plum Borough ultimately settled with the plaintiffs, paid their fees, and changed its policy.

The school board's next meeting, where the policy may be discussed, will be at 7 p.m. Feb. 7 at North Salem Elementary School.

-- *Reach Heidi Bernhard-Bubb at 854-1575 or news@yorkdispatch.com .*

À Á. ☒ RETURN TO TOP

Your Voice
What do you think about the Dover School Board decision to include intelligent design in the curriculum?
(More Messages)

| Who is the designer | 1/15/2005 2:02:00 PM |
| --- | --- |
| Dover Resident | With the story of creation in the Bible, you know that the creator is God. With Intelligent design, it is only stated that life on earth is to complex to have evolved, that it had to be created. ID does not identify the creator. So with intelligent design, the creator could have been anyone, God, an alien or even Satan. Contemplate on that for a few minutes. If you are a Christian, and you belive in the Book of Genesis, you should be as outraged that the school board is teaching something other than Creationism, as you may be that the curriculum contains evolution. You need to find out more about ID before you go jumping on the school boards band wagon. |
| ID | 1/14/2005 3:37:00 PM |
| Biology Teacher in New Mexico | #1 Intelligent design has a far more scientific base than John Q Public knows about. #2 Find a believable naturistic theory for the origin of life on Earth and ID will go away. Otherwise ID makes the most sense scientifically. #3 Controversy is a great educational motivator. You have to |

P 00387

understand a system to be able to judge it's validity.

| Dover Issue | |
|---|---|
| | 1/14/2005 10:16:00 AM |

| Joan Bitzer | I watched Nightline last night. Mr. Mummert's assumption that anyone who is not a devote Christian automatically thinks Christians are half-educated and dumb because they believe in creationism, I.D. or whatever you call it is ludicris. He doesn't understand that by pushing their faith, they are ostracizing those who don't share their faith. Creationism, I.D. and the like are just that, FAITH. Pushing it into a scientific forum does not make it scientific. Until it stands to the same scrutiny as evolution, it remain faith. |
|---|---|

| Dover Issue | |
|---|---|
| | 1/14/2005 10:15:00 AM |

| Joan Bitzer | I watched Nightline last night. Mr. Mummert's assumption that anyone who is not a devote Christian automatically thinks Christians are half-educated and dumb because they believe in creationism, I.D. or whatever you call it is ludicris. He doesn't understand that by pushing their faith, they are ostracizing those who don't share their faith. Creationism, I.D. and the like are just that, FAITH. Pushing it into a scientific forum does not make it scientific. Until it stands to the same scrutiny as evolution, it remain faith. |
|---|---|

| Luddite imbeciles | |
|---|---|
| | 1/13/2005 11:01:00 PM |

| Lowell Skelton | This controversy has gone on far too long. It's a clear choice between teaching science or mythology. Those who believe evolution is "teaching atheism" are beyond any hope of education. Apparently they believe God is too stupid to put a complex process like evolution into motion. With these imbeciles dictating education policy, the next curriculum revisions will be the stork theory of reproduction, and the use of black cats, ladders, broken mirrors, and rabbits' feet in determining mathematical probability. |
|---|---|

| Our Children's Future | |
|---|---|
| | 1/12/2005 6:01:00 PM |

| Jerry Sparks | The children in these classrooms will soon find themselves in an incredibly competitive job market. Science and technology will be the driving forces. If one wants a lesson in natural selection then attempt to find a job when you are not qualified. Darwin pulled a lot of his ideas from Thomas Malthus and considerations of successful business enterprises. Businesses that could not compete would be chosen against and eliminated. If we want our children to be "fit" in the science and technology job market then the highest standards need to be maintained in science. How can a school board think they are helping the children accomplish this when they are running against the grain of the National Academy of Science and the scientific community at large regarding the merits of this issue? One |
|---|---|

P 00388

can always find a Doctor that will advocate snake oil if it fits their needs. One will always be able to find scientists that will believe in ID, UFOs, or the Loch Ness monster. If these indeed have merit then let the scientific community work it out first. Do not turn a child's classroom into a sociopolitical battleground where the primary casualty of war is the child's education and future.

| dover | 1/12/2005 2:05:00 PM |
|---|---|
| Mary Bupp | I believe there is a silent majority of parents in Dover who agree with what these 11 parents are trying to do. But they are afraid to speak out lest they be judged by their neighbors and congregations. It believe most pastors in the area probably side with Pastor Esbach. There is a time and a place for everything. If it looks like a dog, sounds like a dog and wags like a dog, it is a dog. Let's call I.D. what it really is, creationism in wolves clothing. I hope the silent majority can muster the conviction to back these courageous 11 parents. |
| Dover | 1/12/2005 2:00:00 PM |
| Larry Wentz | There has been a majority of public comment about this at the Dover School Board meetings, yet they turned a blind eye (ear). What happened to representation of the taxpayers. These people are promoting their own agenda. Let the scientists figure it out! Science texts are updated every couple of years - more than any other text book. Why? Because science is always discovering new and exciting things about our world. To keep informed I read science journals - from all walks. Maybe more people should do the same. |
| Ray Hunt's comment | 1/12/2005 1:56:00 PM |
| John Baublitz | I agree with Mr. Hunt. This board's previous words and actions speak louder than their current words. Let's vote the rascals out of office! |
| Dover Issue | 1/12/2005 1:53:00 PM |
| Barb Stoffer | I agree with Mr(?) Blymire's comment below. If that is how a religious school teaches creationism and evolution, why wouldn't a public school do the same? |

Post a Message

P 00389

 Click Here!

Sponsored Links

| Mortgage Companies | Vacations | Learn to type | Aupairs & nannies available |
|---|---|---|---|
| Powell Furniture | Shopping | Business Intelligence | Lastminute |
| NFL Tickets Football Tickets | Debt Consolidation | Product Tests | Price Comparison |
| | | | Online business schools |

## Statements from depositions

York Daily Record. York, Pa.: Jan 16, 2005. pg. 11

**Abstract** (Document Summary)

On Jan. 3 three Dover Area School District board members Bill Buckingham, Sheila Harkins, Alan Bonsell and Supt. Richard Nilsen gave depositions that dispute many of the remarks from school board meetings attributed to them by the York Daily Record/Sunday News and The York Dispatch.

-- Regarding statements that board members said creationism should be taught in addition to evolution at June 7 and June 14 board meetings, school board President Sheila Harkins said, "We never looked for a book that included both creationism and evolution, never."

--Regarding statements attributed to Bonsell at the June 7 school board meeting that there were only two theories that could be taught (evolution and creationism), Bonsell said, "I didn't say that."

**Full Text** (475  words)

*Copyright (c) 2005 York Sunday News*

On Jan. 3 three Dover Area School District board members Bill Buckingham, Sheila Harkins, Alan Bonsell and Supt. Richard Nilsen gave depositions that dispute many of the remarks from school board meetings attributed to them by the York Daily Record/Sunday News and The York Dispatch.

The following are some of the statements and their responses to them in the depositions.

-- Regarding statements that board members said creationism should be taught in addition to evolution at June 7 and June 14 board meetings, school board President Sheila Harkins said, "We never looked for a book that included both creationism and evolution, never."

Board member Alan Bonsell said, "All this debate about creationism, yes, that never did happen. It was not a debate about creationism."

-- Regarding an article that said Buckingham objected to the proposed high school book because it was laced with Darwinism, plaintiffs' attorney Stephen G. Harvey asked, "Did you say that?"

"Not to my knowledge," Buckingham said. "I expressed a concern."

-- Regarding the statement attributed to board member Bill Buckingham after the June 7 school board meeting: "This country wasn't founded on Muslim beliefs or evolution. This country was founded on Christianity, and our students should be taught as such."

Board President Sheila Harkins said, "It wasn't said then."

Harvey asked, "How do you know that?

"He only said it once. Once was too much," Harkins said.

"You did hear him say  that in or around November of 2003, correct?" Harvey asked.

"You better believe it," Harkins said.

"To the best of your knowledge, he didn't make this statement again on June 8th?" Harvey asked.

Harkins: "That's correct."

Board member Alan Bonsell said, ". . . before this, there was another discussion on the Pledge of Allegiance, but this was the year before.

Plaintiffs' attorney Eric Rothschild asked, "You think he did make a statement along those lines regarding the pledge?"

"To be honest," Bonsell said. "I'm not sure when he said it or if it if this is exactly what he said, I'm just not sure."

-- When Nilsen was asked whether he recalled any of the board members "speaking in favor of a biology book that includes theories of creationism as part of the text," the superindentent said, "No."

Later in the deposition, Nilsen was asked, "You have no recollection of the subject of creationism at any School Board meeting?"

"That's correct."

Have the School Board members expressed to you in any other setting their desire to have creationism taught in the public school?

"No. Exact opposite."

What do you mean by exact opposite?

"They don't want the origins of life taught at all."

--Regarding statements attributed to Bonsell at the June 7 school board meeting that there were only two theories that could be taught (evolution and creationism), Bonsell said, "I didn't say that."

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
People:          Buckingham, Bill, Harkins, Sheila, Bonsell, Alan, Nilsen, Richard, Harvey, Stephen G
Section:          *MAIN*
ISSN/ISBN:     10434313
Text Word Count  475
Document URL:

## Dover figures deny remarks on creationism

### Their depositions contradict what others remember

By LAURI LEBO
Daily Record/Sunday News
Sunday, January 16, 2005

As Dover Area School District officials prepare to read a
controversial statement to ninth-grade biology classes this
week, what really happened at school board meetings in
June has become a central issue in the First Amendment
fight over intelligent design.

In sworn depositions, school board members deny charges
that they were motivated by religion when they revamped
the district science curriculum to include the phrase
"intelligent design."

School board members Bill Buckingham, Sheila Harkins
and Alan Bonsell and Supt. Richard Nilsen have, under
oath, either said they have no memory of making the
remarks related to creationism or denied making them.

But some residents and former district officials insist the
board members made the statements they later denied
making.

Attorneys for 11 parents suing the district over the
curriculum requirement that biology students must be
told about the concept of intelligent design say the
requirement is an attempt to get God into science class,
something the U.S. Supreme Court has forbidden in a
number of cases.

In the federal lawsuit's complaint, filed in December,
attorneys point to several remarks concerning creationism
reportedly made by some board members at school board
meetings last summer. The statements were reported by
both The York Dispatch and the York Daily
Record/Sunday News.

"I was a part of the curriculum committee, and I've never
had anyone ever talk about looking for a book of
creationism and evolution," Harkins said in depositions.

When attorneys asked Buckingham whether he said at a
school board meeting that all he wants is a book that
offers balance between what he said are the "Christian
view of creationism and evolution," Buckingham stated,

"Never said it."

But a taped television interview at the time shows Buckingham, the board's chief proponent of intelligent design, talking about teaching creationism in science class.

At issue are discussions that took place at the June 7 and June 14 meetings on whether to approve a teacher-recommended biology book. In deposition hearings Jan. 3, the parents' attorneys attempted to show the discussions were about whether students in the ninth-grade biology class should be taught creationism in addition to evolution.

## Teaching two theories?

In June, Buckingham voiced concerns that the biology book included references to Darwinism. But in their depositions, three school board members said they don't remember any discussion of creationism at board meetings.

One week after the June 14 meeting, Buckingham, in a taped interview with a Fox television reporter regarding the biology textbook, said, "My opinion, it's OK to teach Darwin, but you have to balance it with something else such as creationism."

He also said in the WPMT-TV (Ch. 43) interview that he opposed the biology textbook because "the book that was presented to me was laced with Darwinism from beginning to end."

In his deposition, Buckingham said he didn't recall uttering the phrase "laced with Darwinism," although he admitted to having concerns with the mention of evolutionary theorist Charles Darwin in the textbook.

Richard Thompson, president of Thomas More Law Center, which is providing legal representation to the district in the suit, did not return calls for comment regarding the television interview.

Eric Rothschild, an attorney for Pepper Hamilton, which is representing the 11 parents suing the district, also declined to comment, saying he first wanted to view the tape himself.

When board members in their depositions disputed

published accounts of the meetings, parents' attorneys
decided they could not prove their case in time to meet a
court deadline to request an emergency injunction that
would have prevented intelligent design from being
mentioned in class this week.

But while plaintiffs were temporarily thwarted by the
denials in the depositions, they say the battle is far from
over. No court date has yet been scheduled.

The parents' case had been hindered because there is
believed to be no recorded documentation of the meetings.
According to practice, the school board recorded the two
June meetings. However, after the official minutes are
typed, all tapes are recorded over. The official minutes,
available online at http://www.dover.k12.pa.us, include
motions and votes but do not record the discussions or
statements made by board members or others.

Also, there has been little discussion of the issue since the
board changed its public comment policy last month and
prohibited residents from discussing items not on the
printed agenda without first submitting a request in
writing.

### 'Died on a cross'

One of the most controversial statements, which was
quoted in the lawsuit and by both local newspapers, was
reportedly made by Buckingham at the June 14 meeting:
"Two thousand years ago, someone died on a cross. Can't
someone take a stand for him?"

In depositions, both Harkins and Buckingham said the
remark had been made only at a meeting in November
2003 during a debate over the Pledge of Allegiance.

"He never said that again," Harkins said.

Christie Rehm, one of the 11 plaintiffs in the case, said she
remembers Buckingham making the remark, and said she
didn't start coming to board meetings until June 2004 —
after the controversy over the biology textbook arose.

"I genuinely recall what I heard," Rehm said. "In part
because I was so appalled by that meeting."

Former board members Jeff and Casey Brown said they
recall Buckingham's statement from the June meeting, as

well as an ongoing discussion of creationism.

The Browns resigned from the school board in October 2004 after the board voted to add the phrase "intelligent design" to the biology curriculum. When asked if the "died on a cross" statement could have been made only in November 2003, Casey Brown said, "Absolutely not."

Her husband said he remembers the specifics because "It kind of made me want to crawl under the table."

Former board member Larry Snook, who left the board in 2003, also recalls Buckingham's remark. He said board members were discussing creationism during the textbook debate.

However, Noel Wenrich, who stepped down from the board in October 2004, said he thinks the remark might have been made in November 2003 by Buckingham's wife, Charlotte. While Wenrich supports teaching the concept of intelligent design, he said he disagrees with the way the board handled it and was one of three board members who voted against the curriculum change Oct. 18.

Warren Eshbach, a retired pastor who has on several occasions appealed to the school board to drop the intelligent design requirement, also said he recalls creationism being discussed at the meeting.

He himself used the word when he addressed board members on June 14. He said he remembers asking them, "Are you sure you want to mandate the teaching of creationism?"

He said he remembers cautioning them that to do so would violate U.S. Supreme Court decisions forbidding the teaching of creationism in public school science classes.

Proponents of intelligent design — the idea that life is too complex to have evolved solely through natural selection and therefore must have been created by an intelligent designer — say that the concept is not related to the biblical account of creation.

Despite board members' assertions that intelligent design is not about religion, in court depositions, Bonsell, Buckingham and Harkins struggled to define it.

"It's a scientific theory because a lot of scientists back it,"

Buckingham said.

Bonsell declined comment last week. Harkins and
Buckingham did not return phone calls. Pastor Edward
Rowand, who joined the board in December, would not
talk to a reporter because the reporter declined to discuss
her religious beliefs.

"If you won't talk to me, I'm not going to talk to you," he
said.

*Reach Lauri Lebo at 771-2092 or llebo@ydr.com.*

## Statements from depositions

*On Jan. 3 three Dover Area School District board
members — Bill Buckingham, Sheila Harkins, Alan
Bonsell — and Supt. Richard Nilsen gave depositions that
dispute many of the remarks from school board meetings
attributed to them by the York Daily Record/Sunday
News and The York Dispatch.*

*The following are some of the statements and their
responses to them in the depositions.*

· Regarding statements that board members said
creationism should be taught in addition to evolution at
June 7 and June 14 board meetings, school board
President Sheila Harkins said, "We never looked for a
book that included both creationism and evolution,
never."

Board member Alan Bonsell said, "All this debate about
creationism, yes, that never did happen. It was not a
debate about creationism."

· Regarding an article that said Buckingham objected to
the proposed high school book because it was laced with
Darwinism, plaintiffs' attorney Stephen G. Harvey asked,
"Did you say that?"

"Not to my knowledge," Buckingham said. "I expressed a
concern."

· Regarding the statement attributed to board member Bill
Buckingham after the June 7 school board meeting: "This
country wasn't founded on Muslim beliefs or evolution.
This country was founded on Christianity, and our
students should be taught as such."

Board President Sheila Harkins said, "It wasn't said then."

Harvey asked, "How do you know that?

"He only said it once. Once was too much," Harkins said.

"You did hear him say that in or around November of 2003, correct?" Harvey asked.

"You better believe it," Harkins said.

"To the best of your knowledge, he didn't make this statement again on June 8th?" Harvey asked.

Harkins: "That's correct."

Board member Alan Bonsell said, ". . . before this, there was another discussion on the Pledge of Allegiance, but this was the year before.

Plaintiffs' attorney Eric Rothschild asked, "You think he did make a statement along those lines regarding the pledge?"

"To be honest," Bonsell said. "I'm not sure when he said it or if it -- if this is exactly what he said, I'm just not sure."

· When Nilsen was asked whether he recalled any of the board members "speaking in favor of a biology book that includes theories of creationism as part of the text," the superintendent said, "No."

Later in the deposition, Nilsen was asked, "You have no recollection of the subject of creationism at any School Board meeting?"

"That's correct."

Have the School Board members expressed to you in any other setting their desire to have creationism taught in the public school?

"No. Exact opposite."

What do you mean by exact opposite?

"They don't want the origins of life taught at all."

·Regarding statements attributed to Bonsell at the June 7

school board meeting that there were only two theories
that could be taught (evolution and creationism), Bonsell
said, "I didn't say that."

*top*

## Dover lawyers look to Santorum

**Senator's proposed amendment to education bill may affect Dover's ID controversy.**

By W.B. SULLIVAN
*Medill News Service*
Monday, January 17, 2005

WASHINGTON, D. C. — Attorneys for the Dover Area School District have cited a position espoused by U.S. Sen. Rick Santorum, R-Pa., in their defense of the district's proposal to include the concept of intelligent design in high school biology classes.

Representing the parents of 11 Dover students, the American Civil Liberties Union has claimed that the district's decision to include intelligent design in its curriculum is fundamentally about religion and is therefore unconstitutional.

This week, the subject of intelligent design is expected to be addressed in ninth grade biology classes. In three classes administrators are expected to read a four-paragraph statement on the concept.

Intelligent design is the concept that life is too complicated to have evolved randomly through natural selection and therefore must have been created by a supremely intelligent being. It does not claim any religious theory as an answer.

The language of the so-called "Santorum Amendment" was adopted into the conference committee report of the 2001 No Child Left Behind Act. The amendment says, "Where topics are taught that may generate controversy (such as biological evolution), the curriculum should help students to understand the full range of scientific views that exist, why such topics may generate controversy, and how scientific discoveries can profoundly affect society."

Santorum's amendment is not part of the final language of the No Child Left Behind Act and does not mandate the teaching of alternate theories regarding the origins of life.

But according to a September 2003 letter to a major proponent of intelligent design, Santorum and two other congressional Republicans said the amendment's inclusion in the conference committee report "therefore represents the official view not only of the Conference

Committee but of the United States Congress as a whole
about how science instruction should proceed under the
No Child Left Behind Act."

"We take that language in the fact that it was part of the
final conference report, regarded on par with the authority
of law," said Richard Thompson, President of the Thomas
More Law Center in Ann Arbor, Mich., and lead counsel
for the Dover school district. "Courts go to the reports to
discover the intent of legislation. Report language has
historically been considered."

But that, according to ACLU attorney Vic Walczak, does
not pass constitutional scrutiny. The Establishment Clause
of the Constitution states that, "Congress shall make no
law respecting the establishment of religion, or
prohibiting the free exercise thereof."

Neither the Santorum language nor the theory of
intelligent design make mention of religion.

"Even if this required the teaching of intelligent design it
still wouldn't be a defense to the court saying it's
unconstitutional," Walczak said. "This should not even
come into the legal calculus of this case."

The Santorum language was approved in the Senate by a
bipartisan vote of 91 to 8 and was supported by such
staunch Democrats as Sen. Edward Kennedy, D-Mass.,
who once spoke to the conferees on behalf of Santorum's
amendment.

"We want children to be able to speak and examine
various scientific theories on the basis of all of the
information that is available to them so they can talk
about different concepts and do it intelligently with the
best information that is before them," Kennedy said in a
June 13 statement. "I think the senator has expressed his
views in support of the amendment and the reasons for it.
I think they make eminently good sense."

Kennedy's office declined to comment on whether he
currently supports the language as applied to the Dover
case.

Santorum proposed the amendment to educators to help
students learn to distinguish philosophy from science, but
has stated repeatedly that this does not involve
creationism.

"I am not an advocate for intelligent design and I do not
believe that public schools should be teaching biblical
creationism in the science classroom," Santorum said.
"However, I do believe that evolution should be taught as
a theory -- not fact. It's important to teach the controversy
of evolution so that students fully understand the depth of
discrepancies regarding Darwin's evolution theory and the
increasing number of respected scientists beginning to
question evolution."

Thompson too contended that the argument in Dover is
not over creationism but balanced educational
opportunities in schools.

"[Intelligent design] may have net implications, so does
evolutionary theory and that does not in and of itself make
it unconstitutional," Thompson said.

# More parents want to join lawsuit, on district's side

By JOSEPH MALDONADO
*For the Daily Record/Sunday News*
Wednesday, January 19, 2005

A new set of parents have appeared on the intelligent
design legal landscape. But unlike the first group, these
parents support the Dover Area School District's October
decision to include intelligent design in the ninth-grade
biology curriculum.

In December, 11 parents sued Dover's school board and
administration, saying the inclusion of intelligent design
in the classroom violated the constitutional separation
between church and state.

Michael and Sherree Hied, Raymond and Cynthia
Mummert and James and Martha Cashman have
petitioned the courts to become defendants with the board
and administration.

The petition was filed Monday in the U. S. District Court
for the Middle District of Pennsylvania. Two law firms,
Drinker, Biddle and Reath in Philadelphia and The
Rutherford Institute in Charlottesville, Va., have agreed to
represent the six pro bono.

On the surface it might sound as though these parents are
susceptible to the same legal repercussions as the other
two entities. But John Whitehead, attorney and president
of The Rutherford Institute, said that is not the case.

"These parents did not pass the policy," he said. "Their
request is on a separate action."

The "interveners," as they are called in the petition, state
they want to ensure that students have access to
information concerning the evolution theory's gaps.

"These are very important discussions on the origins of
life," Whitehead said. "And (students) need the truth
about the different views on this subject."

According to its Web site, the institute's mission is to
provide legal services in the defense of religious and civil
liberties and to educate the public on important issues
affecting their constitutional freedoms.

If the legal representatives of the plaintiff parents succeed

in their lawsuit, Whitehead said, the end result will be the total censorship of any idea that competes with "Darwin's Theory of Evolution."

While there is an emphasis in the institute's mission statement about defending religious liberties, Whitehead said science classes could also be discussing another theory called Pansmermia.

This concept suggests that life began when a meteor or comet containing biological spores hit the earth, planting the seeds for life. Whitehead said the censorship of any of these ideas would violate the interveners First Amendment right to free speech.

Jason Gosselin, an attorney from Drinker, Biddle and Reath, said he understands the plaintiff's concern about intelligent design's potentially religious connection.

But he also said that even if a connection could be proven — a claim he disputes — that in itself should not be enough to discredit and disregard intelligent design's legitimate scientific value.

"None of these discussions should be banned from any institute of learning," Gosselin said.

As long as the board is meeting its mandate to teach state standards, Gosselin said, no one should stop it from going above and beyond.

Sherree Hied said she was approached to become an intervener after attorneys from Drinker, Biddle and Reath read editorials submitted by their daughter, Sarah Hied, who is in college. The Hieds agreed to be a part of the petition because they have another daughter getting ready to take ninth-grade biology in Dover.

"She is slated to hear the intelligent design statement next time it's read," Sherree Hied said. "And we wanted to show our support for the board's decision."

Eric Rothschild, an attorney representing the 11 plaintiff parents, said the new petition won't change anything about the way they are pursuing the case.

"All this does is involve more lawyers," he said. "And all that does is increase costs."

He also said that it didn't surprise him that more people were becoming involved.

"We're just going to keep pressing forward regardless of who is taking part," he said.

factiva.

Dow Jones & Reuters

A Section
**Telling biology students of concept divides town**
JIM LEWIS
Of The Patriot-News
877 words
18 January 2005
Patriot-News
FINAL
A01
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Dover braces for 'intelligent design' battle

Eugene Hildebrand, a retired steel-plant painter, laments the lack of God in America's classrooms as the eggs and toast on his plate at the Route 74 Diner grow cold.

Used to be, teachers would read Bible verses in class. But judges and lawsuits have removed religion from the classrooms, and what do you have? he asks. Swearing on TV, guns in schools, moral decay that shocks the 73-year-old Dover man.

"We're taking Bibles to the jails now," he says ironically. "If they teach a little more about religion in schools, they wouldn't have guns in schools, policemen in schools. If they don't want God in schools, they're idiots."

But he's encouraged by a recent decision by the Dover Area School Board to counter the teaching of evolution with the theory of "intelligent design" in the high school's ninth-grade biology course.

The board voted 6 to 3 in October to read a one-minute statement to those classes that calls evolution "a theory" in which gaps "exist for which there is no evidence." Intelligent design, the statement says, is "an explanation of the origins of life that differs from Darwin's view."

Eleven parents have filed a federal lawsuit challenging the board's decision. But that won't stop the statement from being read to students this semester, perhaps as early as this week, according to a spokesman for the Thomas More Law Center, a conservative Christian law center that is representing the school board.

Dover is the first school district in the country to require teachers to introduce intelligent design in science classes.

The board's act also may have made Dover, a working-class town of brick and frame houses about 35 miles southwest of Harrisburg, a battleground for the latest fight over evolution and creationism, and the separation of church and state.

Dover is an old, middle-class town of about 1,800 people in the conservative suburbs outside York. Narrow porches hug busy Route 74, below a clock in the tall steeple of a Lutheran church near the small square. Modest Christmas decorations -- placards of Santa Claus and snowmen surrounded by green garlands -- still hang from the square's traffic lights.

At the high school, a flat, red brick building that seems to be a collection of additions, the tall bust of an eagle -- the school mascot -- greets visitors at the entrance.

To Hildebrand, who has lived in town for 33 years, God and biology go together as well as the eggs and toast on his plate.

"It's like the Bible says -- God created the Earth, and that's it," he said. "Evolution is Darwin's theory. It's not a fact. I'll stand on the word of God in the Bible, and nothing else."

Not everyone is happy with the board's decision. Other townspeople see it as an offensive by ambitious conservative Christians to make a name for themselves.

"The six who voted for it are out the door -- everyone knows it," said Kelly Crone, the father of a high-school student, speaking of the chances of incumbent board members winning re-election. "They're going to have more problems with parents fighting over this than what it's worth. If we lose, we pay -- and we're going to lose."

Others support the effort, seeing it as an overdue victory in a long-time assault against Christianity in schools, courthouses and city halls. To them, someone always seems to be challenging Christian symbols and references to God.

"I'm a little tired of five or six people saying we should take the Ten Commandments out of a courthouse, or God shouldn't be on our money," said Carol Krout, who owns an upholstery shop beneath apartments in a large frame house along Route 74.

Customers and friends outside Dover have sent e-mails to Krout lamenting the same thing, she said. She would like to see the school board's decision put on a ballot for the public to decide. "People are a little tired of everything religious being taken out of everything," she said.

Some aren't fired up by the issue. They believe the one-minute statement on **intelligent design** is innocuous, perhaps a decent compromise.

Walter Reed sits and smokes a cigarette on the porch of a small frame house along Route 74, a tattered, weather-beaten American flag hanging from a post above him. He believes religion should not be taught in schools -- "That was the purpose of Catholic school, right?" he asked -- but the statement on **intelligent design** doesn't disturb him.

"It doesn't bother me none," he said. JIM LEWIS: 255-8479 or jlewis@patriot-news.com

PHOTO; PAUL CHAPLIN; Caption: "If they don't want God in schools, they're idiots," said Eugene Hildebrand, 73, of Dover, applauding the introduction of the theory of "**intelligent design**" in biology classes at Dover Area High School.; "That was the purpose of Catholic school, right?" said Walter Reed of Dover, explaining his opposition to the teaching of religion in public schools.

Document PATHAR0020050118o11i0002t

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

## Students miss ID idea

### Dover Area school officials told students about intelligent design, then left.

By LAURI LEBO and JOE MALDONADO
*Daily Record-Sunday News*
Wednesday, January 19, 2005

Some of the 35 Dover ninth-graders who heard about intelligent design Tuesday couldn't explain the concept afterward.

The controversial statement didn't define intelligent design, and school administrators who read it didn't answer questions.

Yet the law firm championing the case for the Dover Area School District touted it as a "revolution in evolution."

Dover is believed to be the first district in the nation to require intelligent design to be mentioned as an alternative to evolution in public school science class.

Despite criticism from the district's own science faculty and from university professors — as well as a lawsuit filed to keep the concept of intelligent design out of the classroom — administrators read a four-paragraph statement on the concept and what the statement referred to as "gaps" in evolutionary theory.

But what students in the two classes learned from the one-minute lecture remains to be seen.

When asked to explain intelligent design, Nick Shontz, a student in one of the biology classes said, "I really wasn't paying attention."

His friend Jess Miller, who is also taking biology but who had not yet heard the statement, said she thinks the controversy comes close to violating the First Amendment's Establishment Clause prohibiting the establishment of religion.

"If they're going to teach that, then they should teach everything — like Rastafarianism," Miller said.

The statement read to students didn't actually say what intelligent design is about — the idea that life is so complex it could not have evolved solely through natural

selection and therefore must have been created by an intelligent designer.

Rather, it read: "Intelligent design is an explanation of the origin of life that differs from Darwin's views. The school leaves the discussion of the origins of life to individual students and their families."

Attorneys for the 11 parents suing the district over the requirement say the school board was motivated by religion when it voted 6-3 in October to add the phrase "intelligent design" to the biology curriculum.

Board members say they were merely trying to present an alternative view to the theory of evolution.

But Danielle Yagodich, one of the students in class when the statement was read, disagrees.

While she thinks the statement itself "was kind of confusing," she said the motives behind it are clear.

"Putting this into the curriculum is one small step," Yagodich said.

"Eventually, there's going to be creationism in the class."

## No questions

After students heard the statement, they were told that if they had any questions, they should speak to their parents or contact district administrators, students said. They were also told they could refer to one of 60 copies of the book, "Of Pandas and People," kept in the high-school library.

Yagodich said some of her friends had questions, but administrators left the room before anyone could raise their hands.

"Pretty much on the last word they were headed for the doors," she said.

Earlier this month, teachers requested being exempt from reading the statement, and administrators agreed to take over the duties.

When Supt. Richard Nilsen and asst. Supt. Michael Baksa showed up to read the statement, teachers Jennifer Miller

and Bob Linker left the room. About a dozen students,
who had signed permission slips from their parents also
allowing them to be excused, also left.

After Miller returned to the classroom, she said some
students were a little confused and frustrated.

"Students did voice their frustration that they couldn't ask
more questions about intelligent design," Miller said.

"A couple of them asked why (the board and
administration) still felt the need to read something that
their parents could have read to them," she said.

Jessica Arruda, another student taking biology, said she
thought that if school board members were so concerned
that students learn about intelligent design, than students
should have been able to talk about it and ask questions.

"I feel that, if they are for something, then there should
have been discussion allowed," Arruda said. "I was
wondering why we weren't allowed to ask questions?"

Bertha Spahr, head of the high school's science
department, said, "Overall, things went rather smoothly
today. After tomorrow, I'm hoping this controversy goes
away for at least a little while."

"It's been a long semester," she said. "I just want to get
back to doing what we are really paid to do, and that is to
give our students the best education in accordance with
state standards."

The next pre-trial conference in the federal lawsuit, filed
against the district last month by 11 district parents, is not
scheduled until August. The trial date is set for Sept. 26.

The statement is to be read again today during the second,
third and fourth periods of biology teacher Leslie Prall's
biology class. After that, it's not scheduled to come up
again until late May or early June.

## Educational value

In response to the reading, the Thomas More Law Center,
which is representing the district in its lawsuit, issued a
news release saying "A revolution in evolution is
underway."

Richard Thompson, president of the conservative law
firm, which touts itself as a defender of the "religious
freedom of Christians," said Dover Area students are now
receiving the most balanced science education regarding
evolution in the country.

But both the Discovery Institute, a leading proponent of
intelligent design, and Ken Miller, who wrote the textbook
"Biology" used in Dover Area's biology classrooms, said
the statement does little to teach students about anything.

"The statement is so strangely worded," Miller said. "It
shows little or no educational or scientific purpose."

Even though he is on the opposite side of the fence from
Miller on the issue of intelligent design, John West, a
Discovery Institute spokesman, agreed.

"Some of the language isn't particularly helpful," said
West, an associate director of the institute's Center for
Science and Culture. "As a statement about intelligent
design, it leaves it hanging.

"It's fairly innocuous, but it doesn't say much," he said.

The statement says: "Because Darwin's Theory is a theory,
it continues to be tested as new evidence is discovered."

Miller called the assertion "problematical" because it
singles out evolution, even though all scientific theories
are subjected on ongoing scrutiny.

He said it sends the message to students that evolution is
"an unreliable and shaky part of science ... which is
misleading and inaccurate."

In addition, the statement says that "intelligent design is
an explanation of the origin of life that differs from
Darwin's view."

But Miller said Darwin spoke little of the "origin's of life."
Rather, his research was on the "origin of species."

While West said Discovery opposes the teaching of
intelligent design in public schools, he said if Dover wants
to get the concept into the curriculum, then it should be
fully discussed as opposed to merely mentioned.

"This is not a particularly coherent way of going about it,"

he said. "It is confusing."

West said the whole issue raises the question, "Why is the district falling on its sword for something that is so inconsequential?"

*Reach Lauri Lebo at 771-2092 or llebo@ydr.com.*

## THE STATEMENT

Dover Area School District administrators read the following statement to ninth-grade students Tuesday as part of the biology curriculum, and are scheduled to read it again today:

"The Pennsylvania Academic Standards require students to learn about Darwin's Theory of Evolution and eventually to take a standardized test of which evolution is a part.

"Because Darwin's Theory is a theory, it continues to be tested as new evidence is discovered. The Theory is not a fact. Gaps in the Theory exist for which there is no evidence. A theory is defined as a well-tested explanation that unifies a broad range of observations.

"Intelligent Design is an explanation of the origin of life that differs from Darwin's view. The reference book, Of Pandas and People, is available for students who might be interested in gaining an understanding of what Intelligent Design actually involves.

"With respect to any theory, students are encouraged to keep an open mind. The school leaves the discussion of the Origins of Life to individual students and their families. As a Standards-driven district, class instruction focuses upon preparing students to achieve proficiency on Standards-based assessments."

*top*

## THE CURRICULUM

Dover Area School District's Web site says ninth-grade biology students will spend 19 days studying natural selection, the mechanism of evolution and the origins of biodiversity. According to the instruction guide:

· Students will be able to list evidences used to support

Darwin's theory of the Origins of Species.

· Students will be able to make a timeline that demonstrates evolutionary changes during the history of Earth.

· Students will be able to define natural selection and artificial selection and demonstrate the process.

· Students will be able to describe how speciation takes place, using Darwin's finches as an example.

· Students will be able to list how species change due to reproductive isolation.

The entire ninth-grade biology curriculum can be found at http://www.dover.k12.pa.us. Click "Curriculum," then "Science," then "Science Curriculum," then "Biology."

top

Las vegas hotels          Auto insurance quotes   Cheap auto insurance   Online university

Dispatch Publishing Co., LLC

P 00390

BANK HEISTS:
25 robberies
last year
Page D1

Thriller in York
York High tops Bulldogs
in OT drama — B1

MEMPHIS BLUES:
Restaurant taps
spirit of Miss.
Page C1

# THE YORK DISPATCH

YORK, PA, WEDNESDAY, JANUARY 19, 2005

VOLUME 130, EDITION 1

50 CENTS

## Parents sue to expand teachings

### Claim evolution's problems are censored

By CHRISTINA KAUFFMAN

## Biology class makes U.S. history

Students finally hear design statement

By CHRISTINA KAUFFMAN

See PARENTS/A8

P 00424

**FROM PAGE ONE**

# History of evolution dispute

Board struggles, resignations mark Dover's decision

By CHRISTINA KAUFFMAN
The York Dispatch



Kristen Fuhl, a freshman at Dover Area High School, talks with a reporter outside the school.

## ■ BIOLOGY
### Class makes history

Continued from Page A1

## ■ PARENTS
### Claim censorship

Continued from Page A1





### How are your parents staying active?

We can provide them with a variety of options

Country Meadows Retirement Communities offers new, friendly good food and a fulfilling community life for your loved ones.

Family-owned for over 40 years, you can feel confident about our experience.

Call us in Leader Heights at 717 741-1668, York at 717 or visit our web site at www.countrymeadows.com



Retirement Communities

Independence... Friendship... Respect

P 00428

THE YORK DISPATCH, THURSDAY, JANUARY 20, 2005

In an upbeat report to the community, **George W. Waldner**, president of York College, reflecting the feelings of faculty and staff, declared of his students ...

"With very few exceptions, they have solid values, clear goals, obvious talent and a strong desire to be successful in life."

Students hail from a widening geographic area ... York County, of course, but many other communities in Pennsylvania, plus Maryland, New Jersey, New York, Connecticut, Virginia and Delaware.

Locally, Red Lion tops the roster of students entering York College. Susquehannock is next, followed by Dallastown, Central and Eastern.

" ... Statistics tell a story of very positive change," Waldner notes. "Two-thirds of our entering freshmen this year graduated in the two top quintiles of their high school classes. Ninety-eight percent had 'A' or 'B' averages ... and their average combined SAT was 1095 ..."

Interestingly, Waldner points out that "the bulk of our students prefer to label themselves politically and socially moderate, rather than liberal or conservative. When I think of the 'typical' York College alumnus or student in terms of lifestyle values, the words 'middle-of-the-road' come to mind. That has not changed over the years."



**HANK MERGES**

In these days of debate about religion, the First Freedom Center finds ...

■ 83 percent of those surveyed reject the idea of an "official religion" for the nation.

■ 84 percent say religious liberty is more important or as important today as it was at the country's birth.

■ 59 percent feel it is important to understand the religious beliefs of others.

000787

THE YORK DISPATCH, THURSDAY, JANUARY 20, 2005

# Dover debate expands to other faiths

## Buddhist, biologist will speak about religion's place in science

**By CARYN TAMBER**
*The York Dispatch*

To Andy Hoover, the debate over the teaching of evolution in Dover has been wrongly dominated by those of one religion.

The Dover school board voted last October to mandate the reading of a statement making ninth-grade biology students aware of "gaps" in Darwin's theory of evolution and referring the students to a book on intelligent design. Intelligent design holds that the world is so complex that it must have been designed by some kind of intelligent force.

Hoover is the community education organizer at the Harrisburg office of the American Civil Liberties Union, which joined 11 Dover parents in filing a federal lawsuit against the board and the district.

**Beyond Christianity:** "We've heard a lot of Christian perspectives on this topic, and it seems worthy to take the time to find the perspective from at least one of the other world religions and how it affects American education," Hoover said.

Next week, a representative from a very different faith tradition will discuss his thoughts on the Dover controversy.

Sensei Anthony Stultz, spiritual director of the Harrisburg-based Buddhist group Blue Mountain Lotus Society, will join a Shippensburg University biologist and one of the attorneys representing the ACLU in a discussion on religion's place in science classes.

**Buddhist beliefs:** "In Buddhism, we don't have a specific mythology about creation," said Stultz, who has a master's degree in physics and religion. "In fact, Buddhists, we don't have any kind of teaching about a creator.

"Our assumption is that the universe has always existed in one form or another," he said. "When it comes to asking questions about the origin of the universe, we rely on scientific inquiry most of the time."

Stultz said he does not see how intelligent design has any science to back it up.

Next week's event is sponsored by the Central Pennsylvania Coalition for the Defense of Civil Liberties, whose member groups include the ACLU, the Council on American-Islamic Relations, Andrew Young National Center for Social Change and Harrisburg's Institute for Cultural Partnerships.

— *Reach Caryn Tamber at 854-1575 or ctamber@yorkdispatch.com.*

Dover's debate

## Discussion at Dickinson

The Central Pennsylvania Coalition for the Defense of Civil Liberties will sponsor "The Dover Dilemma: A Conversation on Religion in the Science Classroom," at 7 p.m. Tuesday. The event will be held at the Dickinson School of Law, Room 144, College and South streets in Carlisle. The public is invited and admission is free.

000788

Case 4:04-cv-02688-JEJ   Document 237-4   Filed 09/30/05   Page 79 of 100

THE YORK DISPATCH, WEDNESDAY, JANUARY 26, 2005

# Science and religion: Time for a bridge?

## Panelists tackle Dover biology debate

**By CHRISTINA KAUFFMAN**
*The York Dispatch*

Sensei Anthony Stultz, quoting the Dalai Lama, said trying to define the creator of the universe creates more problems than answers.

The issue of religion and public schools has stirred controversy from the Dover Area School District to Cobb County, Ga.

The arguments don't serve a purpose but to polarize the community: those who believe in



**Dover's debate**

evolution and are characterized by their opponents as "God-hating, atheistic, amoral" people against those who believe and are "moral" and "good," he said.

There is a middle ground, he said. People can believe in God and in evolution. But those who push the issues have their own agendas, and they want to fuel the division.

It's time for discussion — open, honest discussion — between the two parties, he said.

About 15 people attended the forum last night at the Dickinson School of Law in Carlisle to talk about the legal battle that the Dover Area School District is embroiled in.

While two science teachers from Dover Area High School turned out, no other identified Dover resident engaged in the dialogue.

Forum in Carlisle: "The Dover Dilemma: A Conversation on Religion in the Science Classroom," was sponsored by the Central Pennsylvania Coalition for the Defense of Civil Liberties.

Stultz, the head teacher of Harrisburg's Blue Mountain Lotus Society, a Buddhist society, was one of five speakers on the panel.

Thomas Schmidt, an attorney with Pepper Hamilton, a law firm that volunteered to take the case of 11 parents who are suing the school district and its board, also attended.

Schmidt refused to talk specifically about the Dover case, citing a conflict of interest.

But, he did explain the First Amendment's "establishment" clause, which bars government entities — such as a public school district — from establishing a religion.

Last Oct. 18, the school board voted to include a statement about the theory of intelligent design in its biology curriculum. Intelligent design attributes the origins of life to an intelligent creator.

Some said the move violated the First Amendment of the Constitution and opened the door for religion to be taught in public schools.

**Overview from teachers:** Science teachers Rob Eshbach and Jenn Miller gave the audience a brief overview of the curriculum change, on which discussion began about 18 months ago, they said.

Last week, school administrators went to biology classes and read the statement, which says there are gaps in the theory of evolution and that there are alternative theories, such as intelligent design.

Miller, like other science teachers, stood in the hallway with students who didn't want to hear the statement.

The teachers said their science department colleagues opted out of reading the statement because a state ethics clause says they should not teach something in the classroom if they don't believe it is true.

■ Poll probes local views.
**Page A6**

000801

The teachers don't believe intelligent design is a viable scientific theory, they said.

They refused to share their personal views about intelligent design.

"That would not be professional at this time," Eshbach said. "Our personal views don't enter the classroom."

**Shippensburg biology prof:** Pablo Delis, a biology professor from Shippensburg University, said evolution is "basically understood as a fact" in the scientific community."

He held up a recent National Geographic magazine. The cover asked "Was Darwin wrong?"

"A teaser," Delis said, opening the magazine to the story about evolution and scientist Charles Darwin, who developed the theory of evolution.

"No," the magazine title said. "The evidence for evolution is overwhelming."

The theory of intelligent design represents "a lack of understanding or lack of knowledge at the microscopic level," Delis said. Many questions brought forth by intelligent design proponents were "thoroughly resolved at the beginning of the 19th century."

Delis said that, for more than 145 years, scientists have been trying to make a name for themselves by "knocking down Darwin," but no one has been able.

"This controversy is a great opportunity to teach what science is and what science is not," Delis said. "I cannot tell you, through science ... if your stand on any issue is good or bad. I cannot tell you if you have a soul, or even if I have a soul."

Raised a Catholic in Spain, Delis said he wears his "science hat" when he's being a scientist. He leaves behind his opinion as a human being.

**Many tensions:** Edward Davis of Dillsburg, a Messiah College professor of the history of science, said tensions exist between the scientific community and many areas of life and human culture.

Dickinson College religion major Jackie Wagaman, 20, was one of few students who attended the forum.

A Manchester Township native, the West York Area High School graduate said she thinks the Dover situation is "just absurd."

"I'm not comfortable with the term 'intelligent design,'" she said. "I don't really think it holds a lot of water. It's like taking the easy way out of calling it creationism."

-- *Reach Christina Kauffman at 505-5434 or chauffman@yorkdispatch.com.*


SARAH CROSS — *The York Dispatch*

**Edward Davis of Dillsburg, a professor of history and science at Messiah College, discusses his views on science and religion at last night's meeting in Carlisle about the Dover School Board intelligent design issue.**

000802

THE YORK DISPATCH, WEDNESDAY, JANUARY 26, 2005

# Firm polls Dover residents about 'design'

## Results of 400 questioned expected tomorrow

By CHRISTINA KAUFFMAN
*The York Dispatch*

Few Dover residents turned out to offer opinions at a forum held last night to talk about religion and science, but a Harrisburg-based research firm is conducting a telephone poll to ask residents how they feel about the intelligent design debate.

Jim Lee, president and founder of Susquehanna Polling and Research, said a poll of 400 random, registered voters in Dover Area School District was completed last night.

He said results of the poll and the exact questions will not be available until a 1 p.m. press conference tomorrow at the capital rotunda in Harrisburg.

But, he said, the poll consisted of questions like:

■ Generally, do you approve or disapprove of action the school board has taken?

■ What is your perception of what intelligent design means? Is it a legitimate scientific theory or religious theory synonymous with creationism?

■ Why do you support or not support the action the board took?

■ How important is the school board's decision to who you will vote for in the upcoming election?

■ Do you think the school board is doing a good job overall?

■ Is the school district going in the right direction?

■ What is the most important problem facing the school district?

"Testing the temperature, so to speak, of the electorate with some big picture-type questions," Lee said.

### Poll results

The public is invited to hear the results of a telephone poll of random registered voters in Dover Area School District at 1 p.m. tomorrow at the capital rotunda in Harrisburg.

For more information about Susquehanna Polling and Research, visit www.susquehannapolling.com.

He said he is interested to see how the school board's decision will impact the school board elections.

Lee said that no one commissioned the two-day poll; his company will fund the research.

"When there is an event or something very newsworthy, we like to once in a while conduct a survey just to get information out there to the public," he said. "It's an interesting topic and we thought it met the test for doing it internally."

"The ramifications of what the school board did will have a ripple effect across the state and the nation," he said. "People's perception has as much to do as what the experts are saying." He said the company purchases a sample of registered voters in the school district and calls them at random.

The demographics of respondents mirror the demographics of school district, with the same percentage of senior citizens and Democrats and Republicans, and is consistent with voter turnout numbers in Dover Area School District, he said.

Copies of the Dover poll will be handed out at tomorrow's press conference, Lee said.

The margin of error for the survey is about 4.5 percent, he said. Susquehanna Polling and Research is a 4-year-old company that primarily does polling for Republican candidates for public office.

"We're a political polling firm, so we need to pick one side or the other in order to be reputable," he said.

But the company also works with trade groups, lobbying firms, corporations and organizations.

It's client list includes groups from the conservative, such as the National Federation of Independent Business, to the liberal, such as the Human Rights Campaign, which lobbies for gay and lesbian rights, Lee said.

He refused to comment on his opinion of intelligent design.

*Reach Christina Kauffman at 505-5434 or ckauffman@yorkdispatch.com.*


factiva.

Dow Jones & Reuters

Local/State
**'Dover Dilemma' speakers favor science**
MATT MILLER
Of Our Carlisle Bureau
503 words
26 January 2005
Patriot-News
CARLISLE
B01
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

The debate over **intelligent design** is fomenting a fuss in Dover Area School District, the media and the courts, but it didn't draw a crowd at The Dickinson School of Law last night.

About 20 people attended a free program by the Central Pennsylvania Coalition for the Defense of Civil Liberties on "The Dover Dilemma," the legal battle over the bid by the school board in that York County district to require that biology students be made aware of the concept of **intelligent design** as an alternative to the theory of evolution.

The fight over **intelligent design** -- which poses that life is so complex that a supremely intelligent being must have created it -- has taken the district and dissenting parents into federal court.

An attorney, two Dover biology teachers, a leader of midstate Buddhists and a Shippensburg University biology professor who participated in last night's program in a law school classroom all took similar positions; none advocated the Dover board's action.

The professor, Pablo Delis, called the Dover controversy "a great opportunity to teach what science is and what science is not."

Evolution is provable, he said, as humans have shown through the breeding of animals and cultivation of favored strains of plants. **Intelligent design** proponents exhibit "a basic misunderstanding of what science is and how science operates," Delis said.

Science, he said, is a means of exploring and understanding the natural world, not a vehicle to prove or debunk religion.

"We cannot answer questions about spirituality, questions about the soul, questions about God with science," he said.

Anthony Stultz, spiritual director of the Blue Mountain Lotus Society, a former fundamentalist Christian and a believer in evolution, said Buddhists don't even address the issue of a creator. Nor, he said, are they averse to changing their beliefs if science proves them wrong.

Stultz agreed with Delis that **intelligent design** isn't science, but an attempt by advocates of "theism" -- the belief in a God who intervenes in human affairs -- to buttress their waning influence in society.

Dover teachers Jen Miller and Rob Eschbach said they don't delve into creation issues anyway.

"It has never been our practice to teach the origin of life," Eschbach said. "Our main concern is how species evolve over time. ... We're not really concerned about how we got here."

Thomas Schmidt, whose law firm, Pepper Hamilton, represents the 11 Dover parents who are suing the district, said their fight and others across the country, mark the latest rounds in a decades-long battle over efforts by religious interests to breach the constitutional separation of church and state.

**Intelligent design**, he said, is merely the "next wave" in the assault, a follow-up to attempts to teach creationism in public schools.

"That will be part of the struggle in the Dover case: Is it religion, or is it science?" Schmidt said. MATT MILLER; 249-2006 or mmiller@patriot-news.com

Document PATHAR0020050126e11q0001b

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Copyright 2005
The York Dispatch (York, PA)

January 28, 2005 Friday

**SECTION:** <B

**LENGTH:** 192 words

**HEADLINE:** Tax reform takes priority

**BODY:**

Fifty percent of readers responding to The York Dispatch Web poll on President Bush's agenda for the second term felt reform of the nation's tax code should be his top priority.

More than 12 percent said Bush's other key initiatives should be to keep the military up to date and ready to respond to terrorist threats around the world.

Twelve percent also said the president should move with the Congress to solve problems facing the Social Security system, develop programs to stem the loss of jobs and get a handle on the deficit.

This week's question:

The Dover Area School Board controversy over the inclusion of intelligent design in high school biology classes has brought sharp criticism from those opposed to introducing religion in public schools and support for the board from religious groups.

Should the school board:

--- Rescind its decision to include intelligent design concepts in public school classes?

--- Continue to battle a federal lawsuit brought by parents and the ACLU to halt the inclusion in the biology curriculum.

Poll results will be reported weekly and a new poll question asked. To vote, go to www.yorkdispatch.comand follow the prompts.

**LOAD-DATE:** March 26, 2005



factiva.                                                                                          Dow Jones & Reuters

Sports
**DISTRICT 3 GIRLS' BASKETBALL RANKINGS**
CHRIS KORMAN
Of the Patriot-News
226 words
28 January 2005
Patriot-News
FINAL
T12
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

NOTES: Dear District 3-AAA girls' basketball teams:

This is our second letter. Apparently the first one -- in which we asked politely for one of you to step to the front of the pack -- didn't reach you.

So now, as Feb. 15 and the start of the district playoffs loom, we thought we'd check in again.

Here's our dilemma. We rank a team like Susquehannock -- which we know to be a talented, well-coached squad -- and it goes and loses to 7-14 Dover.

Sure, there's some wacky stuff happening down in Dover, but last we checked, **intelligent design** had nothing to do with playing hoops.

Now check out Palmyra. Both losses are to that ludicrous Lower Dauphin team, but some of the wins haven't been all that convincing. Take, for example, the 33-28 win over Mechanicsburg. That same Mechanicsburg team then went and lost to an 8-10 Hershey team.

Of course, the picture is clearing up in Class AAA, because Monica Dean is back for McDevitt and should be back to herself when the games start to matter.

Still, one thing is clear: if there were ever a year for an open tournament, this is it. And open is certainly the right word for 3-AAA.

Document PATHAR0020050129e11s0000c

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

 factiva.

Dow Jones & Reuters

Local/State
**Poll finds 'design' decision support ; But Dover voters dislike controversy**
From staff reports
592 words
28 January 2005
Patriot-News
FINAL
B01
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Registered voters in Dover Area School District support their school board's decision to inform students of rival theories of evolution by a margin of 54 percent to 36 percent, according to a new survey by Susquehanna Polling Research.

But those same residents just as clearly are upset by the national controversy the school board's decision has engendered.

Only 36 percent said the district, in general, is doing a good job.

Forty-four percent of residents believe the district is trending downward.

The board voted in October to require ninth-grade biology and science teachers to read a one-minute statement in class outlining alternate theories, including **intelligent design**, to Charles Darwin's theory of evolution. Dover became the first school district in the nation to take that step.

**Intelligent design** argues that there is scientific evidence the human race was "designed," by a guiding force.

"There is support for the board, but there is considerable consternation about whether they should have prioritized this issue and made it so high profile," said James Lee, president of Susquehanna Polling Research, which conducted the survey.

Lee added that residents don't like their new national notoriety and fear expensive lawsuits may result in higher taxes.

The Pennsylvania chapter of the American Civil Liberties Union is representing parents opposed to the policy in a lawsuit.

Earlier this month, administrators in the Dover district read a statement to three biology classes yesterday describing **intelligent design.**

The national controversy that the board's decision initiated dwarfs all other issues in the district, with 32 percent citing it as their top issue in the poll.

Educational improvement finished second at 15 percent, while concern about taxes registered 11 percent.

Because the questions were tailored to elicit reactions to the school board's actions, no comparable national or statewide polling data were available, Lee said.

Nick Matzke, spokesman for the National Center for Science Research, which defends and promotes the theory of evolution, said the reaction was 'what you typically see in national polls when this question is asked.

"The default reaction of people is that it is only fair to teach both sides, so you see polls like these," he said.

But Matzke added, "Science is not democratic. In science, questions are decided by the experts, based on the evidence, and that is not going to change, based on what a poll number says."

Evolution, Matzke said, "is science and that is why it is in the curriculum standards of the state of Pennsylvania."

Several groups advocating the teaching of alternative theories to evolution did not respond to requests for comment yesterday.

Two of the nation's most active **intelligent design** advocacy groups -- the Seattle-based Discovery Group and California-based author Phillip Johnson -- have urged the Dover school board to amend its policy to allow that **intelligent design** be taught.

But they have urged it not to risk a legal defeat by mandating its inclusion in the curriculum.

The poll asked 425 school district residents questions about the controversy on Jan. 24-25. Its error margin is plus or minus 4.7 percent.

But even as 54 percent supported the school board's actions, 58 percent said "**intelligent design**" is a religious theory, not science, the poll reported.

Only 29 percent of respondents said it was a legitimate scientific theory.

'Critics of that theory have clearly done a better job of making their case than supporters of **intelligent design**," Lee said.

Document PATHAR0020050129e11s0001h

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

[x] ydr.com          [x] York Daily

**Browse**

About us
Announcements
Awards
Calendar of Events
Classifieds
County History
Newslibrary
News Projects
Obituaries
Pets
Photos
ProQuest Archive
YDR Store

[x] M   [x] Loc   [x] Spor   [x] Biz/Tech   [x] Livi   [x] Opinic

search for _____      ydr.com [x] [search]

Main News > Dover Biology

[ E-mail story  [ Printer friendly  [ Subscribe

**Poll: ID matters to Dover voters**

**A survey found intelligent design would influence a majority of voters.**

By LAURI LEBO
Daily Record/Sunday News
Friday, January 28, 2005

At bottom: · POLL INFORMATION

No matter what they think of it, voters in the Dover Area School District will be casting their ballots in May over the issue of intelligent design, according to the results of a poll announced Thursday.

In a random survey, 89 percent of likely voters said the issue was either very or somewhat important in terms of influencing their votes, and 95 percent of those polled said they were familiar with the issue.

The telephone poll, conducted this week by Susquehanna Polling & Research, surveyed 425 registered voters out of the district's community of more than 22,000.

When asked how they felt about the board's October decision to add the phrase "intelligent design" into the science curriculum, 54 percent of voters (with a margin of error of plus or minus 4.7 percentage points) said they support it. Thirty-six percent of those surveyed said they oppose the decision, and 10 percent said they're undecided.

But when asked if they think the district is headed in the right direction, 44 percent said they think it's on the wrong track.

James Lee, Susquehanna Polling president, said the difference between those who support the board's decision and those who think the district is on the wrong track could indicate a fear that a federal lawsuit filed over the issue by 11 parents could be damaging to the district.

When asked what is the "single most important problem" facing the district, almost a third cited the controversy over intelligent design. Fifteen percent said better/quality of education and 11 percent said taxes.

Lee said typically almost 40 percent of voters cite taxes as the primary issue.

For those considering running for office, the results could prove interesting.

**P 00348**

Jeff Brown, who quit the school board after the Oct. 18 6-3 curriculum vote, is running again for election.

**ABOUT THE SERIES**

In October, the Dover Area School Board voted to require high school biology teachers to teach alternatives to the theory of evolution, including intelligent design.
**What is intelligent design?:**
Intelligent design holds that all living organisms are so complex, that they must have been created by an unspecified divine being.
**The reason:** Board members who support the change say students should learn about alternative theories to evolution.
**The other side:** Critics argue "intelligent design" is merely an attempt to get creationism and religion into the classroom.

(top)

He said he wasn't surprised to hear that most polled voters support the board's decision.

"If anything, I expected more support," he said.

"A lot of people don't understand science. I didn't understand science until I had to take a crash course on this."

But he said he believes ultimately, "it's going to play out as a pocketbook issue.

"And watch that soft support go racing in my direction once I point out the cost to the district."

The Thomas More Law Center is representing the district for free. But if the district should lose its battle in federal court, it could be held liable for the plaintiffs' legal fees.

The American Civil Liberties Union, Americans United for Separation of Church and State and the Philadelphia-based law firm of Pepper Hamilton is representing the parents for free but would likely try to recoup its expenses.

Bryan Rehm, the only other announced candidate and one of the plaintiffs in the lawsuit, could not be reached for comment Thursday night.

Dover board members Sheila Harkins, Alan Bonsell and Angie Yingling are all up for re-election. They have not yet announced whether they will run and could not be reached for comment.

Both Ronald Short and Pastor Ed Rowand, who were appointed to the board to fill vacancies in December, declined comment.

Sherrie Leber and Eric Riddle, also appointed recently, could not be reached for comment.

Intelligent design is the concept that life is too complex to have evolved solely through natural selection and therefore must have been created by an intelligent designer.

Its opponents, including the 11 parents suing the district over the requirement that biology students must be told about it, say it's a way of inserting religion into science class.

Its supporters say it's merely about presenting an alternative view to Darwin's theory of evolution, which is the mainstream scientific community's broadly accepted view of man's origins.

P 00349

## POLL INFORMATION

James Lee, president of Susquehanna Polling & Research, said that, for the past couple years, the Harrisburg-based firm has picked a newsworthy topic and independently surveyed voters on where they stood on the issue.

This week, the firm polled registered voters in the Dover Area School District on how they feel about the controversy over intelligent design.

Lee said the 4-year-old firm, which boasts of a substantial client list of state and county Republican organizations, commissioned the poll itself and was not hired by any other organization.

In 2002, it conducted a similar independent survey on the outcome of the Democratic primary in the gubernatorial race.

Even though the Dover poll was random, Lee said those surveyed mirrored party registration in the district.

Fifty-three percent of those surveyed were registered Republican, and 34 percent were Democrats.

*top*

**Dover Biology >>**

· Poll: ID matters to Dover voters
(Jan 28, 2005)
· Students miss ID idea
(Jan 19, 2005)
· More parents want to join lawsuit, on district's side
(Jan 19, 2005)
· Dover lawyers look to Santorum
(Jan 17, 2005)
· Dover figures deny remarks on creationism
(Jan 16, 2005)

Online today:

**Local:** Penn Twp woman wanted in homicide

**Sports:** Rockets, Wildcats in key mat battle
**Business:** Meeting Room - Yorktowne's grill
**Living:** Teens show off Revolution-ary move

**Opinion:** No 'Su-Pa, Bowl' this year

**Previous**

 Students miss ID idea (2005-01-19)

*top*

Main · Local · Sports · Business · Living · Opinion

Jobs at the York Daily Record | Contact us

Submit Web site feedback

Copyright © York Daily Record 2005
122 S. George St., P.O. Box 15122
York, PA 17405, (717) 771-2000

Privacy policy

P  00350

83 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

January 31, 2005 Monday

**SECTION:** TOP STORIES

**LENGTH:** 151 words

**HEADLINE:** Majority supports decision

**BYLINE:** CHRISTINA KAUFFMAN *The York Dispatch*

**BODY:**

A poll released by a Harrisburg-based research and polling firm shows that a majority of voters support the Dover Area School Board in its decision to require that a controversial statement be read in biology classes.

Jim Lee, founder and president of Susquehanna Polling and Research, said the results also show that the **intelligent design** debate will be the major issue affecting the May 17 school board primary elections.

According to a phone survey of 425 registered voters, 54 percent of those surveyed said they support the board's decision, while 36 percent do not support the board's decision. Ten percent said they were undecided or the decision didn't matter to them.

Though a higher percentage of people --46 percent -- said they were more likely to vote for a school board candidate who voted in favor of requiring that the statement be read, Lee said the data show that people who

**LOAD-DATE:** March 26, 2005

At least two running: Bonsell and Harkins have stated that they intend to seek re-election for their four-year seats on the board.

There are four possible candidates who were appointed to the board by other members, to serve out terms left by people who resigned.

Jeff and Casey Brown resigned because they were not in favor of intelligent design.

Noel Wenrich and Jane Cleaver resigned for other reasons.

Appointees Sherrie Leber, Ron Short and Edward Rowand have said they are interested in running, but they are unsure if they would run for a two- or four-year seat.

Appointee Eric Riddle has said he is just filling in this year and has no current plans to run.

Buckingham, the major proponent of intelligent design, and Geesey are not up for re-election until 2007.

Yingling has said she planned to resign from the board, but it has not been made formal. Although she voted for the curriculum change, she had a change of heart and later spoke out against the board's action.

**Other results:** Other findings of the poll, which has a 4.7 percent margin of error, include:

■ Fifty-eight percent of those polled said they believe intelligent design is a religious theory synonymous with creationism, a doctrine that God created the universe. Twenty-nine percent said they believe intelligent design is a legitimate scientific theory.

■ Sixty-five percent of respondents support the school board because they think that other theories should be taught in addition to Charles Darwin's theory of evolution. Nineteen percent said they support the decision because of "the need to bring religion, God or creationism into public schools."

■ A majority of the respondents, 53 percent, were Republicans. Thirty-four percent were Democrats and 10 percent were Independent. Three percent refused to answer.

■ Forty percent of respondents were age 45-59. Thirty-one percent were older than 60. Twenty-three percent said they were 30-44. Six percent were 18-29.

— *Reach Christina Kauffman at 505-5434 or chauffinan@yorkdispatch.com.*

# Ga. bill targets evolution teaching

## Requires only 'scientific facts' be in classrooms

**By DOUG GROSS**
*The Associated Press*

ATLANTA — A state lawmaker introduced legislation designed to prevent the theory of evolution from being taught in Georgia's classrooms.

The bill by Republican Rep. Ben Bridges requires only "scientific fact" be taught in public schools — in his mind ruling out the theory of evolution.

"It's in the book that it's a theory, but these teachers teach it like it's a fact," he said yesterday. "Let's teach them the truth or don't teach them anything."

The bill appears to face long odds. Democrats in the Legislature blasted the proposal — particularly the measure's use of the word "theory" to suggest evolution is an unproven assumption.

"You mean, like the theory of gravity?" quipped Democratic Rep. Tom Bordeaux.

In November, a suburban Atlanta school district was put on trial for placing a disclaimer on science books calling evolution "a theory, not a fact." Judge Clarence Cooper ruled this month the disclaimers must be removed because they tacitly endorse the religious belief of creationism, even though it's not specifically mentioned. The Cobb County school board is appealing.

A year ago, Georgia's schools superintendent caused an uproar when she proposed to replace the word "evolution" with "changes over time" in the state's science curriculum. The proposal was quickly dropped amid widespread criticism.

Lawmakers in Kansas also are wrestling with how to teach evolution.

There, efforts to expose students to stronger criticisms of evolution were rebuffed by a committee rewriting science education standards — setting up a potential confrontation with the conservative-minded State Board of Education.

The committee, appointed by the state board, is revising Kansas' standards for science education, which currently describe evolution as a key concept students should learn.

000811

81 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

February 1, 2005 Tuesday

**SECTION:** LOCAL NEWS

**LENGTH:** 474 words

**HEADLINE:** Dover board tapes at issue

**BYLINE:** HEIDI BERNHARD-BUBB

**BODY:**

*For The York Dispatch* Although the Dover Area School board is on solid legal footing in its decision to keep audio recordings of meetings from the public, three former board members say the board is violating its own past practice.

Former board member Casey Brown recently said that in the summer of 2002, the board had a discussion about how long audio recordings should be kept after meetings, with the board deciding the tapes should be kept for six months and would be available to the public during that time.

Last November, the board denied the requests of several residents who asked to hear the tapes of the Oct. 18 meeting during which the board approved the addition of **intelligent design** to the high school biology curriculum.

Residents cried foul, but audio recordings of public meetings are not considered public records and do not have to be disclosed to the public under the Right to Know Law, said Teri Henning, legal counsel for the Pennsylvania Newspaper Association.

**Differing recollections:** At the time, former board president Alan Bonsell said the tapes are destroyed after the minutes are prepared, and the board has never given them to the public during his three years on the board.

However, Brown, along with former board members Jeff Brown and Barrie Callahan dispute that claim, saying that the board's past practice was to keep the recordings for six months before destroying them, even after the minutes were prepared.

Bonsell and board president Sheila Harkins could not be reached for comment yesterday. Casey Brown, who quit the board along with husband Jeff Brown on Oct. 18 in response to the **intelligent design** dispute, said she had no recollection of the board's ever discussing a change in the length of time audio recordings were to be kept during her board tenure.

Superintendent Richard Nilsen said he also remembered the initial conversation taking place, but did not remember details about how long the tapes were to be kept.

Board secretary Denise Russell, who raised the issue in 2002 because she was running out of storage space for the tapes, was unavailable for comment because of illness.

Minutes of the board's meetings from April to October 2002 contain no record of a vote being taken on a policy regarding the audio recordings; however, the minutes reflect only official action taken and contain no record of board discussions.

Although the board has the right to keep the tapes private, some residents have said the tapes could have shed light on disputed statements made by several board members in June 2004. Some of those statements are now being called

The York Dispatch (York, PA) February 1, 2005 Tuesday

into question in the ACLU lawsuit in federal court against the district over the inclusion of intelligent design in biology classes.

-- *Reach Heidi Bernhard-Bubb at 854-1575 or news@yorkdispatch.com.*

**LOAD-DATE:** March 26, 2005

76 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

February 1, 2005 Tuesday

**SECTION:** TOP STORIES

**LENGTH:** 667 words

**HEADLINE:** Dover board challenges bio lawsuit

**BYLINE:** HEIDI BERNHARD-BUBB *For The York Dispatch*

**BODY:**

Attorneys defending the Dover Area School District want to dismiss five of the 11 plaintiffs and two of the claims in the lawsuit against the district over the inclusion of **intelligent design** in the district's biology curriculum.

The motion, filed in federal court in Harrisburg on Friday, alleges the five plaintiffs lack standing because their children will not be directly affected by the ninth-grade curriculum.

In addition, the motion states the plaintiffs' claims of a "coercive religious practice" and improper use of public money should be dismissed because they lack facts to support the claims.

The lawsuit, filed last month by attorneys from the American Civil Liberties Union, Americans United for Separation of Church and State, and Pepper Hamilton on behalf of 11 Dover parents, said reading a statement about the gaps in the theory of evolution and referring to an alternative theory that attributes the origins of life to an "intelligent agent" violates their children's civil rights.

**Cite children's ages:** The motion asks that plaintiffs Beth Eveland and Cynthia Sneath be dismissed because their children are too young; both have children in first grade and pre-school age children.

Richard Thompson, chief counsel of the Thomas More Law Center, which is defending the district, said no one knows if the policy or the children will still be in the district by the time they reach the ninth grade.

The motion also asks that plaintiffs Frederick and Barrie Callahan and Julie Smith be dismissed because their children are in 10th grade and will not be taught the controversial curriculum.

Lawyers argue there is no evidence of a "coercive religious practice" because students can opt out of hearing the statement; it also said there was no evidence that defending the district would cost it money.

The school district is being represented by Thomas More free of charge, although it could have to pay plaintiffs' attorney fees if it loses the case.

**News release, poll:** Thompson said the motion seeks to focus the case on those who have a legitimate personal interest in the case, such as Tammy Kitzmiller, who currently has a child in the ninth grade, or several others who have children in eighth grade.

A news release put out by the law center accused the ACLU of piling on plaintiffs "to give the impression that more people support their position than actually do."

It referred to a recent poll of 425 registered Dover voters conducted by the Harrisburg-based Susquehanna Polling and Research firm, which showed that 54 percent support the board's decision, while 36 percent do not and 10 percent are undecided or don't care.

The York Dispatch (York, PA) February 1, 2005 Tuesday

ACLU attorney Witold Walczak said the plaintiffs will certainly oppose the motion, which he called "a complete waste of time" and a public relations move to try to influence public opinion.

**Numbers irrelevant?** "You only need one person to challenge the curriculum ... it's irrelevant to the outcome of the case and the focus should be on the Constitutional issues involved," Walczak said.

He also said the plaintiffs don't yet need to present evidence of a "coercive religious practice" or improper use of public monies.

Furthermore, Walczak said, the controversial statement is part of the district's school-wide curriculum and that when the school board violates the Constitution it sends a message that affects the entire student body.

Plaintiff Barrie Callahar, whose standing is being challenged, said that "when you change the definition of science it affects everyone" in the district.

She said that she believes the curriculum could hurt how college admission boards view a diploma from Dover High School, which would affect her child. And she also is worried the curriculum change could be just the beginning of a move to censor or alter other parts of the curriculum.

The plaintiffs have until Feb. 15 to answer the motion.

*-- Reach Heidi Bernhard-Bubb at 854-1575 or news@yorkdispatch.com.*

**LOAD-DATE:** March 26, 2005

Copyright 2005
The York Dispatch (York, PA)

February 1, 2005 Tuesday

**SECTION:** LOCAL NEWS

**LENGTH:** 135 words

**HEADLINE:** Comment policy questioned

**BODY:**

The Dover Area School Board's new public comment policy -- limiting public comment to agenda items only -- has come under fire for possibly violating Pennsylvania's Sunshine Law and the First Amendment to the U.S. Constitution.

A group of residents led by Beth Eveland, Cynthia Sneath and Tammy Kitzmiller, plaintiffs in the lawsuit against the district over intelligent design, passed out a handout at last month's board meeting that questioned the legality of the public comment policy.

Superintendent Richard Nilsen said the handout would be passed along to the district's solicitor, Stock and Leader, and a response would be given this month.

The school board's next meeting, where the policy may be discussed, will be at 7 p.m. Feb. 7 at North Salem Elementary School.

*Heidi Bernhard-Bubb*

**LOAD-DATE:** March 26, 2005



Dow Jones & Reuters

Lebanon Patriot-News
IN YOUR SCHOOL
**IN YOUR SCHOOL**
Compiled by Diana Stricker, Barbara Miller and Monica von Dobeneck, The Patriot-News
638 words
1 February 2005
Patriot-News
FINAL
E12
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

ANNVILLE-CLEONA

* A midyear report was submitted to the state regarding the district's Accountability Grant programs. The $132,564 grant is supporting four programs: reading coach at Annville Elementary; special education teacher at the secondary school; half-time kindergarten teacher; and tutoring programs at Annville and North Annville elementary schools.

* Bruce I. Althouse Jr. was hired as a long-term substitute special education teacher, Feb. 14-June.

* Lebanon County EIT Bureau was authorized to conduct the 2005 census by mail at $2,900.

* The preliminary spelling bee will be held Feb. 10 at Annville Elementary.

* The Annville-Cleona Parent Teacher Organization will meet at 7 p.m. Feb. 10 at North Annville Elementary. CORNWALL-LEBANON

* Cedar Crest Middle School art club members and students in the high school's alternative education program are making Valentines for veterans at the Lebanon VA Hospital to be delivered Feb. 14.

* The Cedar Crest Middle School staff will take on eighth- graders in a basketball game at the pep rally at 1:50 p.m. Friday in the middle school gym.

* Kurt Phillips, assistant director of business affairs, was approved as a Pennsylvania Registered School Business Official by the state Association of School Business Officials after meeting personal, ethical and professional standards. He has been with the school district since 2001. LEBANON

* These seniors won the 2004-05 Lebanon Women's Club Senior Girls' Oratorical Contest: Hallie Fenton, first place, speech titled "A Chance for Life"; Alisha Ponce, second, "Are We Really Equal?"; and Katie Holler, third, **"Intelligent Design."**

* Cyrus G. Rauch Senior Boys' Oratorical Contest winner is Steffan Bomberger with a speech titled "Are We to Blame?"

* Senior Parents Night for boys' basketball, cheerleaders and wrestling is tonight.

* LHS Pops Concert will be held at 7:30 p.m. tomorrow.

* The school board approved the following tutors and their rate of $23 per hour: Eneida M. Alcalde, Joyce Amici, Kathy Beck, Bradley R. Binder, Benjamin Brewer, Heather L. Bradford, Kim Brown, Marsha Brown, Sharray Coleman, Tammy Conners, Cindy Conway, Sue Danielewicz, Heather Daub, Terri Davis, Sally A. DeJesus, Brad DiLrler, Marilyn Fellin, Bryce Fisher, Gail Forbes, Marianne Gamble, Kathy Grove, Charlie Herling, Mary Herner, Barbara Hess, Erin Hibshman, Ashley Hollinger, Linda Horstick, Vicki Hummel, Lindsey Jaeger, Beth Jordan, Dave Kaley, Sandra J. Kline, Letty Kohr, Amber Lane, Joel Madison, Michael Marks, Jim McNeal, Stephanie Paine, Wendy Peck, Rick Petrosky, Wally Popejoy, Christine Sargent, Paul Seyfert, Val Shaffer, Laurie Shay, Sue Smith, Lisa Spangler, Joan M. Swelnhart, Ken Travis, Nicole Williams and Michael Wise. PALMYRA

* Maggie Blouch, daughter of Scot and Debbie Blouch and a high school senior, participated in the Presidential Youth Inaugural Conference Jan. 16-21 in Washington, D.C. She plans to study business finance at Bucknell University. At Palmyra she is vice president of the peer counseling club and a member of National Honor Society.

* A point-of-sale lunch program will go into effect Feb. 16 in the middle school cafeteria and will start at Pine Street later in the year. Pupils will have accounts to which parents can add lunch money.

* Cathryn Roberts and David Sellers are the Rotary Club students of the month for January. Roberts also was named girl of the month by Palmyra Woman's Club. She is involved in the medical careers club, while Sellers participates in Envirothon and soccer.

* "The Wizard of Oz" will be presented at 7 p.m. March 4-5 and 2 p.m. March 6 in the high school auditorium. The dates were changed from Feb. 25-27 due to a conflict with county chorus.

* Student council agreed to donate some of the proceeds from the Feb. 19 winter formal dance to tsunami relief.

Document PATHAR0020050201e1210000p

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

## Attorneys: Cut five from lawsuit

**Attorneys for Dover Area say some parents lack standing in the federal suit over intelligent design.**

By LAURI LEBO
*Daily Record Sunday News*
Tuesday, February 1, 2005

Ask Barrie Callahan if she thinks her daughter is affected by the Dover Area School District's controversy over intelligent design, and she'll tell you there's no question.

"If they're trying to introduce their religion onto other people, where else could this go?" Callahan said.

But attorneys are requesting that Callahan along with four of the other 11 parents suing the district over the issue be dismissed from the federal lawsuit.

In court papers filed Friday, the Thomas More Law Center requested Callahan, her husband Frederick, Beth Eveland, Cynthia Sneath and Julie Smith be removed from the suit because, according to the motion, they lack standing.

"You have to show a specific injury," said Richard Thompson of Thomas More. "You can't just bring a lawsuit because you think a policy is unconstitutional."

As an example, Thompson pointed to the Pledge of Allegiance case in which the U.S. Supreme Court ruled last year that a California father did not have standing in the case because he was involved in a custody fight over his daughter and could not speak for the girl.

But even though her daughter's already taken the biology class, Barrie Callahan doesn't think that means she's not affected — especially now that she's applying to colleges.

"When you're applying to really competitive schools, and these schools think Dover's trying to try to change the definition of science ... that can impact her from that standpoint."

Parents' attorneys have until Feb. 15 to respond to the motion. Because only five of the plaintiffs could be removed from the suit, the case will continue no matter how U.S. District Court Judge John E. Jones III rules.

Eric Rothschild, an attorney with Pepper Hamilton