representing the parents, said because the motion would not dispose of the lawsuit, he questions why it was filed at all.

"As far as I heard, there have been no promises that the district's going to stop teaching this in a few years," Rothschild said. So those parents, Eveland and Sneath, whose children are at least eight years away from ninth grade, "have an interest in protecting their children in what the district intends to eventually teach them," Rothschild said.

As for the Callahans and Smith, whose children have already taken biology, Rothschild said, in essence, the "school district policy is promoting religion to the entire high school."

The motion also requests that one of the plaintiff's arguments regarding "coerced religious practice" should be dismissed. Because students may opt out from hearing the statement regarding intelligent design — as some did when it was read last month — defense attorneys argue the policy is not violating the First Amendment's Establishment Clause and the Pennsylvania Constitution.

In the motion, attorneys cites 24 separate cases, including Bauchman vs. West High School in which a Jewish student challenged a choir teacher's choice of Christian devotional music, but was allowed not to participate in those songs she found offensive.

The motion states that students are merely "made aware" of intelligent design and are not actually being taught it.

Fifty copies of the book "Of Pandas and People," a book espousing the concept of intelligent design, are kept in the school library as a reference.

*Reach Lauri Lebo at 771-2092 or liebo@ydr.com.*

## BACKGROUND

On Oct. 18, when its school board voted 6-3 to approve science curriculum changes, Dover Area is believed to have become the first school district in the country to include intelligent design in its high-school biology curriculum.

Intelligent design is the idea that life is too complex to

have evolved solely through natural selection and therefore must have been created by some intelligent force.

Its supporters say it's about fairness — giving time to alternative views to evolution.

Its critics say it's not science, but a way of forcing Christianity into biology class. In December, 11 parents filed a federal civil rights suit against the district.

On Jan. 18 and 19, as part of the school board's mandate, district administrators read a statement to ninth-grade biology students in which intelligent design was mentioned.

*top*

## DEADLINE

Parents' attorneys have until Feb. 15 to respond to the motion. Because only five of the plaintiffs could be removed from the suit, the case will continue no matter how U.S. District Court Judge John E. Jones III rules.

*top*

# DOVER SCHOOLS; Parent-teacher group meets

**York Daily Record.** York, Pa : Feb 6, 2005. pg. 2

**Abstract** (Document Summary)

Background: Among the topics discussed were scholarships, graduation and prom parties, and Honors Program courses.

Concerning scholarships, Principal Joel Riedel told the parents they should begin speaking with the guidance office in January of their child's junior year to acquaint themselves with what's available.

**Full Text** (191   words)

*Copyright (c) 2005 York Sunday News*

Action: On Monday, a group of more than 20 parents, teachers, school board members and administrators gathered for the inaugural meeting of the Dover Area High School's Parent Teacher Organization.

Background: Among the topics discussed were scholarships, graduation and prom parties, and Honors Program courses.

Concerning scholarships, Principal Joel Riedel told the parents they should begin speaking with the guidance office in January of their child's junior year to acquaint themselves with what's available.

A year later, families should work together to complete the applications that the student best qualifies for. Even if the applicant is not an exact match for the requirements, some organizations will still give money to the best candidate applying.

"Apply for everything," Riedel said. "In June, many organizations will call and ask why their scholarships have not been awarded."

And Peg Funkhauser, a library aid who helped organize the meeting, said anyone wishing to volunteer for post-prom or pre-graduation parties should contact her via the district office.

Next step: The next meeting is set for April 25, at 7 p.m. at the high school.

JOSEPH MALDONADO

For the Daily Record/

Sunday News

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
Section:          *LOCAL*
ISSN/ISBN:      10434313
Text Word Count  191
Document URL:

## Dover controversy

**York Daily Record.** York, Pa.: Feb 6, 2005. pg. 3

**Abstract** (Document Summary)

Dover is believed to be the first district in the nation to require intelligent design the idea that life is so complex it could not have evolved solely through natural selection and therefore must have been created by an intelligent designer to be mentioned as an alternative to evolution in public school science class.

**Full Text** (156 words)

Copyright (c) 2005 York Sunday News

Dover is believed to be the first district in the nation to require intelligent design the idea that life is so complex it could not have evolved solely through natural selection and therefore must have been created by an intelligent designer to be mentioned as an alternative to evolution in public school science class.

Despite criticism from the district's own science faculty and from university professors, administrators read the following statement to students in ninth grade biology classes:

"Intelligent design is an explanation of the origin of life that differs from Darwin's views. The school leaves the discussion of the origins of life to individual students and their families."

Eleven parents are suing the district over the requirement because they believe the school board was motivated by religion when it voted 6-3 in October to add the phrase "intelligent design" to the biology curriculum. The trial date is set for Sept. 26.

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:           MAIN
ISSN/ISBN:         10434313
Text Word Count    156
Document URL:

67 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

February 8, 2005 Tuesday

**SECTION:** TOP STORIES

**LENGTH:** 653 words

**HEADLINE:** Yingling blasts Dover School Board

**BYLINE:** CHRISTINA KAUFFMAN -- The York Dispatch

**BODY:**

Voices were not raised last night at a meeting of the Dover Area School, but the meeting was full of contention after the board unanimously accepted Angie Yingling's resignation.

Yingling announced her plan to resign in December, but did not make it official until last night. Motivating her resignation, she said, was her opposition to the inclusion of **intelligent design** in the high school biology curriculum.

Reading from a written statement, a teary-eyed Yingling told board members their "personal religious agendas are spiraling out of control" and "your appearances in court are an embarrassment to Dover. You people appear to be ... religious zealots preaching from the shadows."

Last June, both The York Dispatch and the York Daily Record reported that board member William Buckingham made a comment to the effect that "Nearly 2,000 years ago someone died on a cross for us; shouldn't we have the courage to stand up for him?"

Under oath, Buckingham said he never made that statement in reference to the evolution debate, but in reference to a resolution in support of the "under God" phrase in the Pledge of Allegiance in November 2003.

Also under oath, board members Sheila Harkins and Alan Bonsell both said they could not recall what was said in the June meeting.

**Intelligent design:** <! -->The depositions were taken as part of a court case against the district by 11 parents who oppose including **intelligent design** in the curriculum.

**Intelligent design** attributes the origins of life to a higher being, and some say it has been promoted by Christians as an alternative to the theory of evolution.

Yingling voted for the measure, but later said she did it only because she was called "un-Christian" and pressured to vote with the majority.

"I did not want to resign, but as early as November 2003 I realized things were going from bad to worse," she said last night.

"I guess my colleagues believe that Christian values will make the difficult children better and the really bad children somewhat better," she said. "However, Christian values are up to the parents to teach and the church to reinforce, not the school board directors."

Yingling is the third board member to resign in opposition to **intelligent design.** Jeff and Casey Brown also did so, although Jeff Brown plans to run for a seat this year.

The York Dispatch (York, PA) February 8, 2005 Tuesday

Casey Brown and Yingling both said they are considering a run.

But Yingling said it is best for now that she resign because "I don't want to be associated with them [the board]."

She estimated that as many as 30 people may run for the seven seats open in November's election.

**Other disputes:**<! --> The Browns left the meeting with Yingling shortly after the resignation.

Jeff Brown said the board will appoint someone to take Yingling's position "who will not make any waves."

Bonsell disputed that, saying he intends to vote for whoever will be best for the school district. Harkins refused to talk to reporters after the meeting.

During an unrelated moment during the meeting, Bonsell said the district is getting a bad reputation from the "local media" because former board members are talking to reporters.

He took issue with the fact the Browns and former board member Barrie Callahan told people last month that the board decided in 2002 that audio recordings of the meetings should be kept for six months.

Bonsell presented a letter from the board's secretary saying that, since her tenure began about 10 years ago, the recordings have generally been destroyed immediately after the board approved the minutes.

**Alleged misrepresentation:**<! --> Bonsell also said allegations of "scare tactics" being used by board members are false and are "misrepresentation" by "the media."

"The media bias and innuendo is just dripping," he said.

-- *Reach Christina Kauffman at 505-5434 or ckauffman@yorkdispatch.com.*

**LOAD-DATE:** March 26, 2005

## Dover official resigns

**Angie Yingling said she will consider running for the school board again.**

By JOSEPH MALDONADO
*For the Daily Record Sunday News*
Tuesday, February 8, 2005

Before resigning from the Dover Area School Board, Angie Yingling delivered harsh words gently spoken.

"As a board of director, one must represent the views of all of the members of the community," she quietly said. "Not just Christian Fundamentalist dogmas."

Yingling's statement refers to ongoing litigation surrounding an October board decision to include the teaching of "Intelligent Design Theory" in ninth-grade biology. The concept is associated, by many critics, with Biblical creationism.

In October, Yingling was one of the six in the majority who voted to add intelligent design to the curriculum. The others were Alan Bonsell, William Buckingham, Heather Geesey, Sheila Harkins and former board member Jane Cleaver.

Later, Yingling said she was coerced into voting for the change and said after her resignation that she still regrets voting the way she did.

For almost two months, Yingling has walked the fence about resigning. In December, she announced her resignation, but did not submit her request in writing until Monday evening. Last month, Yingling said she held out hope that a compromise on the intelligent design issue could be reached.

"But during the executive sessions, it's pretty clear they are unified to continue moving (the lawsuit) forward," she said.

After her resignation, no one had anything to say during the meeting about her five years of board service. After the meeting, Supt. Richard Nilsen said she made a significant positive impact while sitting on the board subcommittees for York County High School and York County School of Technology.

After her resignation, Yingling left the meeting early. As she headed to her car she said she was considering running again for the school board this coming term. She said the reason was because she wanted to feel the absolute support of the community on this issue.

Standing next to her in the parking lot were two other former board members, Casey and Jeffrey Brown. Like Yingling, Jeffrey Brown has said he wants to run again for the board and wants to feel affirmation from the voters on the intelligent design issue.

Feb. 15 is the first day those interested can begin collecting signatures for a seat on the board.

"We'll just have to see how the voters feel on this issue," Jeffrey Brown said.

In related news:

· **Tape issue:** Bonsell, who was board president when the intelligent design curriculum change was made, read a statement regarding requests made by different members of the community to hear the meeting tapes.

In December, Bonsell said the public would not be allowed to hear the tapes as it had been the board's ongoing policy to record over the tapes once the minutes were approved. His response to the request drew criticism from some former board members, who recalled the district keeping tapes for longer periods of time.

From a letter written by former board secretary, Denise Russell, he read that, according to her recollection, it has been only twice in the past 22 months that the board has elected to keep tapes after the approval of the minutes; once on April 23, 2003, and again on May 12, 2003.

The tapes were kept for a period of six months, though the reason why was not given.

· **Public discussion:** Current Board President Harkins said the board is revisiting her December decision to limit public discussion to those items on the agenda.

During an executive session before the meeting, Yingling said, the district's solicitor, Philip Spare, went over the board's existing policy.

He wrote a letter to the board stating that the policy as is currently written allows anyone with a legitimate interest in a contemplated action of the board to be placed on the agenda if they provide a written request to the superintendent or board president five days before a meeting.

The solicitor's letter also states, "Under the current board policies, public comment cannot be limited to agenda items only."

Harkins said Geesey will be re-writing the public comments policy and should have a new version ready by the March 7 meeting.

Harkins invited the community's input for the new policy during the public comments portion of the meeting, and the public was given the most latitude Monday night for asking non-agenda questions since Harkins became president.

70 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

February 8, 2005 Tuesday

**SECTION:** TOP STORIES

**LENGTH:** 653 words

**HEADLINE:** Yingling blasts Dover School Board

**BYLINE:** CHRISTINA KAUFFMAN -- The York Dispatch

**BODY:**

Voices were not raised last night at a meeting of the Dover Area School, but the meeting was full of contention after the board unanimously accepted Angie Yingling's resignation.

Yingling announced her plan to resign in December, but did not make it official until last night. Motivating her resignation, she said, was her opposition to the inclusion of **intelligent design** in the high school biology curriculum.

Reading from a written statement, a teary-eyed Yingling told board members their "personal religious agendas are spiraling out of control" and "your appearances in court are an embarrassment to Dover. You people appear to be ... religious zealots preaching from the shadows."

Last June, both The York Dispatch and the York Daily Record reported that board member William Buckingham made a comment to the effect that "Nearly 2,000 years ago someone died on a cross for us; shouldn't we have the courage to stand up for him?"

Under oath, Buckingham said he never made that statement in reference to the evolution debate, but in reference to a resolution in support the "under God" phrase in the Pledge of Allegiance in November 2003.

Also under oath, board members Sheila Harkins and Alan Bonsell both said they could not recall what was said in the June meeting.

**Intelligent design:** <! -->The depositions were taken as part of a court case against the district by 11 parents who oppose including **intelligent design** in the curriculum.

**Intelligent design** attributes the origins of life to a higher being, and some say it has been promoted by Christians as an alternative to the theory of evolution.

Yingling voted for the measure, but later said she did it only because she was called "un-Christian" and pressured to vote with the majority.

"I did not want to resign, but as early as November 2003 I realized things were going from bad to worse," she said last night.

"I guess my colleagues believe that Christian values will make the difficult children better and the really bad children somewhat better," she said. "However, Christian values are up to the parents to teach and the church to reinforce, not the school board directors."

Yingling is the third board member to resign in opposition to **intelligent design**. Jeff and Casey Brown also did so, although Jeff Brown plans to run for a seat this year.

Page 112

The York Dispatch (York, PA) February 8, 2005 Tuesday

Casey Brown and Yingling both said they are considering a run.

But Yingling said it is best for now that she resign because "I don't want to be associated with them [the board]."

She estimated that as many as 30 people may run for the seven seats open in November's election.

**Other disputes:**<! --> The Browns left the meeting with Yingling shortly after the resignation.

Jeff Brown said the board will appoint someone to take Yingling's position "who will not make any waves."

Bonsell disputed that, saying he intends to vote for whoever will be best for the school district. Harkins refused to talk to reporters after the meeting.

During an unrelated moment during the meeting, Bonsell said the district is getting a bad reputation from the "local media" because former board members are talking to reporters.

He took issue with the fact the Browns and former board member Barrie Callahan told people last month that the board decided in 2002 that audio recordings of the meetings should be kept for six months.

Bonsell presented a letter from the board's secretary saying that, since her tenure began about 10 years ago, the recordings have generally been destroyed immediately after the board approved the minutes.

**Alleged misrepresentation:**<! --> Bonsell also said allegations of "scare tactics" being used by board members are false and are "misrepresentation" by "the media."

"The media bias and innuendo is just dripping," he said.

-- *Reach Christina Kauffman at 505-5434 or ckauffman@yorkdispatch.com.*

**LOAD-DATE:** March 26, 2005

69 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

February 8, 2005 Tuesday

**SECTION:** TOP STORIES

**LENGTH:** 668 words

**HEADLINE:** Dover dispute energizes academe

**BYLINE:** CHRISTINA KAUFFMAN *The York Dispatch*

**BODY:**

The Dover Area School Board's vote to include mention of the theory of **intelligent design** in its biology classes has created a flurry of informational seminars -- and opposition -- from Pennsylvania colleges and universities.

Biology professors from Penn State University and York College sent open letters to the board that, in essence, challenged the scientific validity of **intelligent design** and urged the board to repeal its vote.

The biology department from Shippensburg University is the latest to join in the opposition.

In a letter released yesterday, 13 biology professors told the board that introducing **intelligent design** to students as if it were a valid scientific theory "will do a monumental disservice to the students in your district."

The letter said **intelligent design** is a "veiled strategy to teach religion instead of science."

"We should not be fighting cultural and scientific wars that were resolved, in legal and experimental grounds, over 60 years ago," it said. "Let science be science. For the sake of the students we urge you to reconsider your decision and return to the original scientific standards of Biology in your curriculum."

Board members refused to comment on the letter because they are involved in litigation with parents who have filed suit against them because of **intelligent design.**

**Forums, debates:** In addition to the letters, several colleges and universities have been conducting forums to educate people about the theory of evolution and religion in schools.

On March 1, the Elizabethtown College Center for Science and Religion will conduct a series of debates called **"Intelligent Design:** The Scientific, Theological and Civil Dimensions of the Debate."

The all-day forum includes
national figures involved in the Dover case.

At 9:30 a.m., a debate will be held between Lehigh University biology professor Michael J. Behe, a national proponent of **intelligent design,** and East Tennessee State University philosophy professor Niall Shanks, author of the current best-selling critique of **intelligent design.**

At 12:45 p.m., John Haught, Landegger Distinguished Professor of Theology at Georgetown University, and the Rev. Dave Martin, senior pastor at Evangelical Free Church of Hershey, will debate the theological aspects.

At 3 p.m., Witold Walczak, legal director of the Pennsylvania American Civil Liberties Union, which is representing Dover families in their lawsuit, and Richard Thompson, president of the Thomas More Law Center, which is defending the school district, will debate the civil and legal issues.

The York Dispatch (York, PA) February 8, 2005 Tuesday

Paul Gross, emeritus professor of life sciences at the University of Virginia, will give a lecture at 7:30 p.m.

Gross, a developmental biologist, has taught at MIT and the University of Virginia.

Gross is co-author with Barbara Forrest of "Creationism's Trojan Horse: The Wedge of **Intelligent Design**." He also publishes journal articles and reviews on science and science education.

**Speakers at Dickinson, F&M:** Dickinson College in Carlisle will host a seminar about "The Ten Commandments and the Law," also on March 1.

The featured speaker is Paul Finkelman, a law professor from the University of Tulsa Law School, who served as an expert witness in an Alabama case in which a chief justice was removed from the bench for refusing to take down a monument to the Ten Commandments in his courthouse.

Franklin & Marshall College in Lancaster will celebrate evolution theorist Charles Darwin's birthday by discussing "Seedlings, Chicks and Children: Darwin's Concerns and Eugenics" on Feb. 17.

James Moore, a world-renowned scholar at the Open University in the United Kingdom who has written books about Charles Darwin, is the key speaker at the annual Darwin Day Lecture.

Moore is expected to talk about Darwin's personal and theoretical concerns about the potential social consequences of genetic engineering.

-- Reach Christina Kauffman at 505-5434 or ckauffman@yorkdispatch.com.

**LOAD-DATE:** March 26, 2005

# INTELLIGENT DESIGN; More motions in Dover fight

**York Daily Record**. York, Pa.: Feb 9, 2005. pg. 1

**Abstract** (Document Summary)

Last month six parents filed papers asking to join the lawsuit in support the Dover Area School District's October decision to include intelligent design in the ninth-grade biology curriculum, arguing that preventing their children from hearing about the concept violates their First Amendment rights to free speech.

**Full Text** (181   words)

Copyright (c) 2005 York Daily Record

Last month six parents filed papers asking to join the lawsuit in support the Dover Area School District's October decision to include intelligent design in the ninth-grade biology curriculum, arguing that preventing their children from hearing about the concept violates their First Amendment rights to free speech.

But on Friday, the plaintiffs' attorneys filed a motion arguing that the six parents should not be allowed to intervene in the suit because there is no "First Amendment right of parents to demand that a school teach any particular subject." Also on Friday, attorneys for the school board and district filed a counter-motion in support of the six parents.

Michael and Sherree Hied, Raymond and Cynthia Mummert and James and Martha Cashman have petitioned the courts to become defendants with the board and administration.

The 11 parents suing the district say the inclusion of intelligent design which essentially states that life is too complex to have evolved solely through natural selection and therefore must have been created by an intelligent designer violates the constitutional separation between church and state.

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
Section:          LOCAL
ISSN/ISBN:        10434313
Text Word Count   181
Document URL:

factiva.

Dow Jones & Reuters

A Section
**Creation fight evolves beyond Dover**
MARY WARNER
Of The Patriot-News
1,613 words
13 February 2005
Patriot-News
FINAL
A01
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

For one side, what's at stake is the integrity of science.

For the other side, it's the human soul.

America's latest battle over the teaching of evolution erupted last fall in Dover in York County, where Calvary Lutheran's steeple and Tom's convenience store frame a town square 25 miles south of Harrisburg.

The 21st century's version of the conflict between science and religion is looming elsewhere, too, in state legislatures and school boards around the country.

"Each side is feeling hunkered down, against another inquisition," said Michael Silberstein, director of Elizabethtown College's Center for Science and Religion.

Dover's school board this month presented **intelligent design** in science class as an alternative to evolution. Some parents sued the board. Other parents countersued.

As mainstream scientists condemned the Dover board, Christian conservatives unhappy with evolution pressed their case for **intelligent design** elsewhere.

In the past two months, efforts to teach **intelligent design** in science class made headlines in Mississippi, Georgia, Montana, South Carolina and Kansas.

"It's happening all over the place," said Silberstein, who teaches a philosophy course on evolution and its challengers. **Intelligent design** advocates have been emboldened by conservative successes in the November election, he said.

The U.S. Supreme Court ruled more than three decades ago that evolution -- the theory that all life evolved naturally from common ancestors over eons -- could not be barred from science class.

A fight for equal time for biblical creation lost in court in 1987.

Anti-evolutionists retreated to homeschooling, Christian academies or resentment for years.

Now they're rallying around **intelligent design**, which says life's complexity is evidence of a supernatural designer. The evidence is science, not faith, so it's fit for science class, they said.

The **intelligent design** movement includes a few scientists, but most dismiss it. They said science explains natural mechanisms; anything else may be important, but it isn't science.

"Imagine if, in the history of science, whenever we hit a difficult problem or anomaly, we just said, 'Well, God did it.'" Silberstein said. "We'd never get anywhere."

For many Christians -- including Pope John Paul II -- there's no conflict between evolution and their faith. But it's not just biblical literalists who oppose evolution.

It tells such a sweeping natural story that it seems hostile to their cherished sense of the supernatural, Silberstein said. That

includes even the concept of a soul. 'Open to different things'

William Buckingham, a retired police officer and former Marine, was the Dover board member who led the charge for **intelligent design.**

After a meeting last fall, he told The York Daily Record all he wanted was a balance between evolution and divine creation. "This country was founded on Christianity, and our students should be taught as such," he said.

Buckingham and other board members have laid low since the ACLU and Americans United for Separation of Church and State filed suit.

A recent poll showed Dover residents favored introducing **intelligent design** in science class by 54 to 36 percent -- though opponents were more likely to feel strongly and to say the issue would guide how they vote.

Rich and Diane Thornton, parents of two teenage daughters, said they like what the board did, that it's a matter of fairness.

"How many times in America do we stand up for minority rights, as well we should," Rich said. "But when there's a minority opinion on science, then all of a sudden it's not important?"

Years ago, he believed in evolution and God. But "the more I researched the more I saw ... the evidence just points vastly to **intelligent design,**" he said.

"Darwin's theory is just that, a theory. There are other theories that should be introduced also," Diane said. "We need to teach our children to be open to different things."

Diane, 48, cooks for a neighboring school district. Rich, 54, is worship pastor at Friendship Community Church -- in charge of music, graphics and video clips that go with the sermons.

Rich said he's not speaking for the church. "We would certainly not teach people that God did not create the Earth. But in terms of the details -- whether someone believes in evolution or not -- that's not something that would separate someone from us."

Rich said the opposition to **intelligent design** -- and added that he's not talking about local opponents -- seems to grow from a sense that "something is at risk ... that evolution, if that falls, there is a God in the mix of everything.

"There is a group that's so afraid ..."

" ... of opening that door," his wife completed the thought.

Rich believes in "some changes along the way, from a type of dog to different types," he said. "But I don't think dogs ever came from cats or people ever came from monkeys.

"I believe in the creation story, the seven days of creation -- however long those days may be."

"I believe God created us specifically in his image as man and woman. Period. Paragraph," Diane said.

"But if it comes down to the end when I'm up in heaven and God says, 'By the way, Diane, you did come from a monkey,' I'll be OK with that."

For now, the Thorntons said their daughters "are not buying evolution." They know "you've got to learn the stuff and pass the test," Rich said. "But in this case, you don't have to believe it." Faith and confidence

Like the Thorntons, Steven Stough lives on the edge of Dover in a development of houses with pastel siding. He has a teenage daughter, too. He worships with the Thorntons at Friendship.

The similarities end when it comes to evolution.

Stough watched school board meetings with growing alarm last fall and then he called the ACLU. Now he's one of 11 plaintiffs in the ACLU suit.

The board is "trying to pass a generic form of creationism off as legitimate science," he said. As a science teacher and a father,

he said he has to stand against that.

Flanked by a treadmill and a weight machine in his family room, Stough is doing yet another interview about **intelligent design**. A BBC crew was there recently, he said.

If he didn't know better, he'd think from recent news stories that Dover people talked of nothing else but evolution and "the place had become a riot zone," Stough said. Not at all, he said.

Still, "this is not my cup of tea, being in a federal lawsuit against a school board," said Stough, whose favorite pastimes include watching old movies. "I've prayed a lot about this."

Stough, 49, lives with his wife and two cats. He has a 14-year- old daughter by a previous marriage who lives nearby. Every school day for 28 years, he has driven to nearby Glen Rock, where he coaches high school varsity track and teaches seventh-grade science.

"Theory" may mean "hunch" in casual conversation, but in science it's a well-established explanation for a series of facts. "My kids at school can tell you that," Stough said.

There's the heliocentric theory that the Earth revolves around the sun, he said.

"What if I were to say to you the Earth is at the center of the solar system?" he said, warming to the subject. Some people believe that, based on the Bible, "and they try to put the science together. Should we introduce that?"

Stough said he maintains at once a faith in God and a confidence in modern science.

"The beauty ... the reasoning" of the creation story appeal to him, he said, but "obviously I don't take the book of Genesis literally."

He said he worries about his daughter, Ashley.

"She's a pretty smart cookie. Maybe she'll choose to go into the sciences. I don't want her being taught something that isn't science," he said.

She'll be applying to college and she's in a school system that's "becoming a laughing stock," he said.

The Dover case will likely reach the U.S. Supreme Court, Silberstein said. In the meantime, people across the country choose sides.

Opponents of evolution feel as though they're in a "scientific inquisition," he said. "Science has the legitimacy, gets the funding, and has a story to tell about the nature of humanity that leaves them ... without meaning."

To people on the other side, it looks like a new religious inquisition. They're "literally worried about the Dark Ages vs. the Enlightenment," he said. MARY WARNER: 255-8267 or mwarner@patriot- news.com INFOBOX: TERMS OF DEBATE *EVOLUTION: A scientific theory that all life forms evolved by natural processes from common ancestors over eons. *THEISTIC EVOLUTION: Belief in evolution and a God who initiated it. No claim to scientific evidence for God. *INTELLIGENT DESIGN: The claim that life's complexity offers scientific evidence of design by a supernatural intelligence.

AN INFOBOX APPEARS AT THE BOTTOM OF THIS STORY.

PHOTO; SEAN SIMMERS; Caption: Steven Stough, a science teacher whose daughter attends school in Dover, opposes **intelligent design**. He is a plaintiff in an ACLU suit against the school board. BELOW: Diane and Rich Thornton, who have two teen daughters, approve of the school board allowing **intelligent design** to be presented in science class as an alternative to evolution.; Michael Silberstein, who teaches a philosophy course at Elizabethtown College on evolution and its challengers, is planning a public seminar March 1 to analyze both sides of the issue.

Document PATHAR0020050213e12d0003j

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



Dow Jones &-Reuters

A
**Forum to look at science, theology, law of intelligent design [Corrected 02/15/05]**
The Patriot-News
321 words
13 February 2005
Patriot-News
FINAL
A24
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

CORRECTION: THIS STORY INCORRECTLY IDENTIFIED THE SCIENTIST WHO WILL ADVOCATE **INTELLIGENT DESIGN** IN A DEBATE MARCH 1 AT ELIZABETHTOWN COLLEGE. HE IS MICHAEL BEHE.

Elizabethtown College will gather some heavy hitters on the topic of **intelligent design** for a day of formal debate.

The March 1 forum, in the Leffler Chapel and Performance Center, will address scientific and theological questions: Is **intelligent design** really science? Is it good theology? Is Darwinism compatible with Christianity?

The scientific debate will pit **intelligent design** advocate William Behe against critic Neil Shanks. Behe, a Harrisburg native who graduated from Bishop McDevitt High School, is a biochemistry professor at Lehigh University. Shanks teaches philosophy, biology and physics at East Tennessee State University.

Debating the theology of **intelligent design** will be the Rev. Dave Martin of the Evangelical Free Church of Hershey and John Haught, theology professor at Georgetown University.

Two opposing attorneys in the Dover litigation -- Witold Walczak of the American Civil Liberties Union and Richard Thompson of the Thomas More Law Center -- will argue the civil and legal dimensions of the effort to introduce **intelligent design** in public school science classes.

The forum will close with a lecture by Paul Gross, emeritus professor of life sciences at the University of Virginia and co- author of "Creationism's Trojan Horse: the Wedge of **Intelligent Design**."

Michael Silberstein, associate professor of philosophy and director of Elizabethtown College's Center for Science and Religion, organized the forum, which is open to the public. INFOBOX: IF YOU GO

Forum on **Intelligent Design**:

* When: March 1.

* Where: Elizabethtown College.

* Schedule: 9 a.m.: Introductions. 9:30 a.m.: Scientific debate. 12:45 p.m.: Theological debate. 3 p.m.: Civil and legal debate. 7:30 p.m.: Lecture.

* More information: (717) 361-1587.

AN INFOBOX APPEARS AT THE BOTTOM OF THIS STORY.

Document PATHAR0020050215e12d0002a

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

?

## Dover defends ID stance; Mailing the Dover Area School Board's letter to district residents will cost $900.

*LAURI LEBO.* **York Daily Record.** York, Pa.: Feb 15, 2005. pg. **4**

**Abstract** (Document Summary)

In a telephone poll released last month by Susquehanna Polling &amp; Research, 54 percent of registered voters (with a 4.7 percent margin of error) said they support the board's Oct. 18 decision to add the phrase "intelligent design" into the biology curriculum and 36 percent oppose the decision.

[Bryan Rehm] said nothing in the newsletter points to the fact that the Thomas More center's mission statement is "defending the religious freedom of Christians."

The newsletter also includes a letter written by U.S. Sen. Rick Santorum, R-Pa., defending the school board's decision.

**Full Text** (435 words)

*Copyright (c) 2005 York Daily Record*

The Dover Area School District is mailing out a newsletter this week to all its residents in order to defend its position in the debate over intelligent design.

The mailer is in addition to the district's quarterly newsletters and addresses, according to its heading, "Biology Curriculum Update."

School board members, along with Thomas More Law Center, which is representing the district in its First Amendment legal battle over the inclusion of intelligent design in ninth-grade biology class, wrote the two-page mailer.

District Supt. Richard Nilsen said the newsletter will cost $900 to mail to the district's 22,000 residents, but he said he did not know the cost of printing.

Under the heading of "frequently asked questions," the newsletter said a "small minority of parents" object to the curriculum change.

But in a telephone poll released last month by Susquehanna Polling &amp; Research, 54 percent of registered voters (with a 4.7 percent margin of error) said they support the board's Oct. 18 decision to add the phrase "intelligent design" into the biology curriculum and 36 percent oppose the decision.

Bryan Rehm, one of the 11 parents who filed suit against the district in December, said he hopes the newsletter encourages residents to ask more questions and get more parents involved.

Rehm said nothing in the newsletter points to the fact that the Thomas More center's mission statement is "defending the religious freedom of Christians."

"Not that there is anything wrong with preserving Christian freedoms," Rehm said. "But the school board's been saying all along this isn't a religious issue."

Steve Stough, another parent involved in the lawsuit, said the district is so cash-strapped that it was forced to cut library spending in half last year, but the board can come up with the money for a newsletter to defend itself.

The newsletter also includes a letter written by U.S. Sen. Rick Santorum, R-Pa., defending the school board's decision.

The senator's letter ran Dec. 25 in the Pittsburgh Post Gazette.

Santorum, who is a member of the advisory board of the Thomas More center, wrote, "The school board simply has presented a balanced curriculum that makes students aware of the controversies surrounding evolution."

Last month, district administrators read a one-minute statement to students that mentioned the concept, which argues that life is too complex to have evolved solely through natural selection and therefore must have been created by an intelligent designer.

Residents who have more questions are also referred to the district's Web site at www.dover.k12.pa.us or told to visit the high school library.

Reach Lauri Lebo at 771-2092 or llebo@ydr.com.

MUG: Santorum

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
People:          Rehm, Bryan,  Santorum, Rick
Section:         LOCAL
ISSN/ISBN:       10434313
Text Word Count  435
Document URL:



Dow Jones & Reuters

A Section
**CORRECTIONS**
The Patriot-News
62 words
15 February 2005
Patriot-News
FINAL
A02
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

A story in Sunday's editions incorrectly identified the scientist who will advocate **intelligent design** in a debate March 1 at Elizabethtown College. He is Michael Behe.

Sunday's Bookings column in the Arts & Leisure section incorrectly listed the price for Theresa Williams new book, "The Season of Acceptance." The correct price is $18.95.

Document PATHAR0020050215e12f00027

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Copyright 2005
The York Dispatch (York, PA)

February 15, 2005 Tuesday

**SECTION:** TOP STORIES

**LENGTH:** 783 words

**HEADLINE:** Dover board offers district letter on ID

**BYLINE:** CHRISTINA KAUFFMAN *The York Dispatch*

**BODY:**

By the end of the week, Dover Area School District residents will get a detailed version of the school board's views on a controversial change in the biology curriculum.

The board last night voted to mail a newsletter to all residents, explaining why it decided to add a mention of **intelligent design** the theory that attributes the origins of life to a higher being.

The newsletter was written by board members and district administration and by attorneys at the Thomas More Law Center, a Michigan-based public interest law firm that bills itself as "the sword and shield for people of faith."

"Unfortunately, a great deal of misinformation has been spread regarding this [biology curriculum policy]," said a draft of the newsletter, provided to reporters by superintendent Richard Nilsen. "We hope this publication will help those interested better understand the substance of the policy."
The front of the newsletter addresses "Frequently Asked Questions," including "What is all the fuss about?"

Says 'small minority' oppose: The answer to that question, according to the newsletter, was that "a small minority of parents" have objected to the curriculum change, claiming the board "has acted to impose its own religious beliefs on students. This is not true. The approved statement read to students was adopted to present a balanced science curriculum and forbids any presentation of religious beliefs."

It follows with several other questions, including "What is the theory of **intelligent design?**" and "What about the lawsuit filed by the ACLU?"

Eleven parents, backed by the American Civil Liberties Union, filed suit in December, arguing that the curriculum change violates the Constitution and entangles religion with schools.

One plaintiff, Bryan Rehm, said at last night's meeting that he hopes residents research the information presented by the board.

He took issue with the fact that the letter states the board was not religiously motivated, because the law center that helped write the newsletter and volunteered to defend the board in the lawsuit lists "preserving Christian freedoms" in its mission statement.

According to the center's Web site, "defending the religious freedom of Christians" is one of three categories listed under the heading "Mission."

Santorum essay questioned: Rehm also questioned why the newsletter included an op-ed essay written by U.S. Sen. Rick Santorum, R-Pa., who serves on the Thomas More Law Center's Advisory Board.

Santorum joined the center's board in 2002, according to the center's Web site.

The York Dispatch (York, PA) February 15, 2005 Tuesday

Published almost two months ago in the Pittsburgh Post-Gazette, the essay said the Dover board "simply has presented a balanced curriculum that makes students aware of the controversies surrounding evolution."

"I commend the Dover Area School District for taking a stand and refusing to ignore the controversy," he said.

Rehm, a physics teacher, said Santorum is a lawyer, not a scientist. So he shouldn't draw scientific conclusions, Rehm said.

"I would not walk into a court room and tell a judge how to run the court," he said. "I don't have a legal degree."

Though the newsletter appears to include only arguments in favor of the board's decision, board member Eric Riddle said he does not think people would interpret the letter as one-sided.

"We're just putting out where we are and what's going on," he said.

Describes implementation. The newsletter includes a small article about the implementation of the curriculum, saying only 15 parents of the 175 students enrolled in the course requested their student not be in the room when the statement was read.

"We are pleased that the curriculum change occurred without incident, ..." it said, and went on to thank parents and students.

The article emphasized that **intelligent design** was not taught in class and no teacher presented his or her religious beliefs.

The article doesn't mention that administrators were called in to read the statement because science teachers refused.

The newsletter also features a pie graph of results from the 2001 National Zogby Poll, created by research firm Zogby International, in which it was found that 71 percent of American adults think schools should teach Darwin's theory of evolution, but also teach evidence against it.

Nilsen said the final draft of the newsletter will direct residents to the district's Web site or the high school library, where 60 anonymously donated copies of the **intelligent design** book, "Of Pandas and People," reside.

The newsletter was sent out in addition to the district's quarterly newsletter and will cost about $900 to mail, Nilsen said.

He said he was not sure of the total cost of creating the newsletter.

*— Reach Christina Kauffman at 505-5434 or ckauffman@yorkdispatch.com.*

**LOAD-DATE:** March 26, 2005

60 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

February 17, 2005 Thursday

**SECTION:** TOP STORIES

**LENGTH:** 526 words

**HEADLINE:** Slate set for Dover ed board

**BYLINE:** CHRISTINA KAUFFMAN *The York Dispatch*

**BODY:**

A group that wants to take **intelligent design** out of the science classroom in Dover Area School District plans to run five candidates for the school board in the May primary.

The slate includes physics teacher Bryan Rehm, one of 11 Dover Area parents who filed a federal lawsuit with the American Civil Liberties Union to remove **intelligent design** from curriculum.

The four other candidates are Bernadette Reinking, Terry Emig, Rob McIlvaine and Judy McIlvaine.

Called Dover C.A.R.E.S. [Citizens Actively Reviewing Educational Strategies], the group's platform includes:

···Gearing Dover graduates for post-secondary success.

—-Managing tax money "responsibly."

---Establishing "open and respectful" communication between residents and the board.

—-Building relationships in the school system, with employers and community members.

---Discussing **intelligent design** in "the proper forum."

Cindy Sneath, secretary of the group, said it is not opposed to **intelligent design**, but thinks it should be taught in a comparative religion class instead of in a science class.

The Rev. Warren Eshbach, a retired Church of the Brethren minister, is acting as spokesman for the group.

In a press release, Eshbach said the group wants "to provide our citizens with positive and viable alternatives to the current climate in our district."

An adjunct professor at the Lutheran Theological Seminary in Gettysburg, Eshbach could not be reached for comment this morning after the group announced its candidacy in a press release. The five candidates also could not be reached for comment.

Victoria Reiber, a Realtor, is serving as chairwoman of the group.

There are four four-year seats and three two-year terms open on the school board in the May 17 primary.

In October, board members Alan Bonsell,
Sheila Harkins, Angie Yingling, Jane Cleaver, Bill Buckingham and Heather Geesey voted to include a statement in ninth-grade biology curriculum that says that, as with all theories, there are gaps in the theory of evolution.

The York Dispatch (York, PA) February 17, 2005 Thursday

The statement tells students that there are alternative theories that hypothesize the origins of man, including **intelligent design**, which attributes the origins of life to an intelligent being.

**Other candidates:** While Buckingham, the major proponent of **intelligent design**, and Geesey are not up for re-election until 2007, Bonsell and Harkins' terms expire at the end of this year, and they say they plan to seek re-election.

And other candidates are likely to be in the race.

After Noel Wenrich and Jane Cleaver resigned from the board when they moved from the district, and Jeff and Casey Brown resigned in opposition to the **intelligent design** decision, four newcomers were appointed to the board.

Three of them, Sherrie Leber, Ron Short and Edward Rowand, have said they are interested in running, but are unsure whether they would seek a two-or four-year seat.

In addition, Jeff Brown said he intends to run. And Yingling, who just resigned from the board, said she is considering a run again, as is Casey Brown.

-- *Reach Christina Kauffman at 505-5434 or ckauffman@yorkdispatch.com*

**LOAD-DATE:** March 26, 2005

## Dover schools race on

**A group of candidates opposed to ID in science class is seeking seats on the board.**

By LAURI LEBO
*Daily Record-Sunday News*
Friday, February 18, 2005

A Dover area citizens group is launching a slate of school board candidates in a primary race that likely will be a referendum on intelligent design.

While the candidates don't think intelligent design belongs in science class, they are not necessarily against seeing it taught in school. But the debate in the Dover Area School District is only one of the group's platform issues.

Members of Dover C.A.R.E.S (Citizens Actively Reviewing Educational Strategies), which is registering as a political action committee, also say they want to see the school board improve communication with the public.

Physics teacher Bryan Rehm, who has already said publicly that he is running, is one of the group's candidates. Rehm is also one of the 11 parents who filed suit against the district for including intelligent design in its ninth-grade biology curriculum.

The other four candidates are:

· Terry Emig, a 49-year-old security officer and school bus driver;

· Bernadette Reinking, a registered nurse and mother of four Dover Area graduates;

· and husband and wife Rob and Judy McIlvaine.

One of the Dover C.A.R.E.S. platform points states the following: Discuss intelligent design in the proper forum to enhance student understanding and critical thinking.

Emig, who has two children in the district and one who graduated from the high school, said he thinks it could be taught, for instance, in social studies or world culture, where it can be discussed in the proper context.

The parents' lawsuit claims including intelligent design in

the science curriculum improperly brings religion into the public school classroom. The Dover Area School Board has said it wants to present alternative views to Darwin's theory of evolution.

The concept of intelligent design is that life is too complex to have evolved solely through natural selection and therefore must have been created by an intelligent designer.

Another one of the group's concerns, Emig said, is that he didn't think the school board communicated well with district staff during the debate over whether to change the biology curriculum.

"I feel the board did not really sit down with the science teachers," he said.

Emig said that's why other platform issues for the group are to "establish open and respectful lines of communication," and to "build mutually beneficial relationships among the school system, employers and community members."

"In my personal opinion," he said. "I don't think the school board is doing that."

If a random telephone poll is correct, no matter what voters think of intelligent design, they will likely be casting their ballots in May over the issue.

In a survey conducted in January by Susquehanna Polling & Research, 89 percent of likely voters said the issue was either very or somewhat important in terms of influencing their votes, and 95 percent of those polled said they were familiar with the issue.

When asked how they felt about the board's October decision to add the phrase "intelligent design" to the science curriculum, 54 percent of voters (with a margin of error of plus or minus 4.7 percentage points) said they support it. Thirty-six percent of those surveyed said they oppose the decision, and 10 percent said they're undecided.

When asked if they think the district is headed in the right direction, 44 percent said they think it's on the wrong track.

Seven of the nine school board seats will be on the May 17 primary ballot.

Board members Sheila Harkins and Alan Bonsell, who voted for the curriculum change, are up for re-election. The seats of four people appointed to fill board vacancies that occurred last fall — Ronald Short, Ed Rowand, Sherrie Leber and Eric Riddle — will be on the ballot as well.

Before Angie Yingling resigned from the board earlier this month, she was up for reelection. The school board will appoint a person to fill the position Feb. 28, but that seat will also be up for grabs in the primary.

Yingling, who voted for the curriculum change but now says she regrets that vote, has said she mulling whether to run again.

In addition to the Dover C.A.R.E.S. candidates, former school board member Jeff Brown is running.

Brown resigned from the school board Oct. 18, along with his wife Casey Brown, after a majority of the board voted in favor of adding intelligent design to the science curriculum.

When he picked up his election application Tuesday, Jeff Brown said he picked up one for his wife as well, in case she decides she wants to run.

*Reach Lauri Lebo at 771-2092 or llebo@ydr.com.*

## College forum to look into ID

**Elizabethtown College said the event was planned before the Dover Area controversy.**

By JOSEPH MALDONADO
*For the Daily Record/Sunday News*
Monday, February 21, 2005

Many might assume Elizabethtown College's plan to have a forum on intelligent design and evolution was prompted by the Dover Area School District's decision to introduce intelligent design into its ninth-grade biology curriculum.

But Michael Silberstein, an associate professor of biology and head of the school's Center for Science and Religion, said that is not the case. The school has been planning the forum, set for March 1, since last summer.

"We had already decided to explore the dynamic interface between religion and science before Dover made their decision," he said. "Their choice does, however, make our event more timely and relevant."

Since last summer, a debate has grown about the validity of teaching intelligent design theory alongside Darwin's theory of evolution in publicly funded science classrooms.

The scientific community widely accepts Darwin's theory that species evolved over eons through natural selection. Intelligent design says life could never have evolved to where it is today without the help of some external force, such as an intelligent designer.

Those who oppose intelligent design say, among other things, that the theory is religion in disguise and has no place in a classroom funded by secular government. Those who oppose Darwin say, among other things, that evolution has become a religion unto itself and see no reason why students shouldn't be introduced to a competing theory.

The Elizabethtown College Center for Science and Religion, which is sponsoring the program, was created with a three-year, $15,000 grant from The Local Societies Initiative of the Metanexus Institute of Philadelphia. Elizabethtown provided matching funds for the project.

Silberstein, who founded the center, said it is devoted to a multidisciplinary, constructive and rigorous dialogue in

the field of science and religion.

The center's all-day debate topic is "Intelligent Design: the Scientific, Theological and Civil Dimensions of the Debate." The event is scheduled for March 1 and will include some people closely related to the Dover decision.

In October, it is believed that Dover's school board became the first in the U.S. to mandate that students be made aware of intelligent design in biology class.

Reaction to the decision included a lawsuit by 11 parents who say even the mention of intelligent design violates their constitutional right to have a separation of church and state.

In January, several other Dover parents petitioned the courts to join the legal battle in defense of the board.

Lawyers on both sides will be featured in the 3 p.m. debate. Richard Thompson, who is representing the school board from the Thomas More Institute in Ann Arbor, Mich., will speak on behalf of intelligent design. Vic Walczak of the ACLU, representing the parents in the lawsuit against Dover, will debate Thompson.

"We are anticipating a large turnout," said Mary Dolheimer, Elizabethtown College's director of media relations. "Anyone who comes should follow the parking signs closely and look for opportunities to use our shuttle services."

The shuttles will leave from nearby churches that have allowed the school to use their parking lots.

"I have received hundreds of calls and e-mails about this program," Silberstein said. "We are looking forward to an informative series of debates."

## SEMINAR PLANNED

A free, multiweek seminar titled "Evolution or Creation" will begin at 7 p.m. March 2 at Heritage Baptist Church in Loganville. The seminar will include videos, lectures, and discussions. It is scheduled for each Wednesday at the same time and is expected to last at least 10 weeks.

Topics to be addressed include the following: "Do the facts prove the theory of evolution? Could there be some other

source of our existence? Is it true that creationism is only religious and evolution is only science?"

For details, call Pastor Jim Grove at 428-1765.

*top*

## E-TOWN FORUM

Schedule for the Elizabethtown College Forum on Intelligent Design, scheduled for March 1 at Leffler Chapel:

· 9:00 a.m. — Opening remarks

· 9:30 a.m. — Session 1: Scientific Dimensions. Includes questions from audience beginning at 11:20 a.m.

· 11:40 a.m. to 12:45 p.m. — Lunch

· 12:45 p.m. — Session II: Theological Dimension. Includes questions from the audience beginning at 2:35 p.m.

· 3 p.m. — Session III: Civil and Legal Dimensions. Speakers include Richard Thompson of the Thomas More Institute, which is defending Dover Area School District in a lawsuit over intelligent design, and Vic Walczak, an ACLU lawyer representing the parents who sued the Dover Area district. Session includes questions from the audience at 4:50 p.m.

· 5:40-7:30 p.m. — Dinner

· 7:45 p.m. — Session IV: Evening Capstone Lecture

· 7:45-8:45 p.m. — Paul Gross, emeritus professor of life sciences at the University of Virginia. Includes questions from other speakers at 8:45 p.m.; questions from the audience at 9 p.m.

For more details on the event, visit http://www.etown.edu and click on "Intelligent design forum" in the scrolling bar, or call 361-1000.

*top*

Print Results

 factiva.™

**Dow Jones & Reuters**

LOCAL
**ID DEBATE; Lawyers spar with motions**
York Daily Record
127 words
22 February 2005
York Daily Record
1
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Plaintiffs suing the Dover Area School District said a motion by district lawyers has no merit.

Attorneys for the district claim that five of the 11 parents who filed suit over the inclusion of **intelligent design** in ninth-grade biology class have no standing because their children are either too young to be affected or have already taken the class.

But in a motion filed this week, attorneys for the parents say requiring **intelligent design** in science class amounts to an endorsement of religion. "This endorsement affects all students in the district, and through them, their parents," the motion states.

The two sides meet Monday in federal court, where a judge will rule on the "standing" issue.

Document YKDR000020050223e12m00054

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

58 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

February 24, 2005 Thursday

**SECTION:** LOCAL NEWS

**LENGTH:** 410 words

**HEADLINE:** Five vie for seat in Dover

**BYLINE:** CHRISTINA KAUFFMAN *The York Dispatch*

**BODY:**

Five Dover Area School District residents have requested to fill a seat left vacant by board member Angie Yingling's resignation.

Yesterday was the deadline for interested parties to apply to fill the seat.

The list includes applicants from many sides of the district's debate over **intelligent design,** which attributes the origin of life to a higher being.

Applicant James Cashman is one of six parents who wants to intervene in a federal lawsuit filed by 11 district parents and the American Civil Liberties Union.

The ACLU suit seeks to remove **intelligent design,** which attributes human origin to a higher being, from biology curriculum. Cashman and the other intervening parents want to keep **intelligent design** in the curriculum.

Terry Emig recently announced his candidacy in the May primary under a group called Dover C.A.R.E.S. [Citizens Actively Reviewing Educational Strategies].

The group's platform includes discussing **intelligent design** in "the proper forum," such as in a religion class instead of in biology classes.
Other applicants include Mike Arnold, Mike Foreman and William Trimmer.

Trimmer angered some Dover students in 2001 when he said students should be more patriotic.

There are four four-year seats and three two-year terms open on the school board in the May 17 primary. Several residents of varied opinions have said they intend to run, but Dover C.A.R.E.S. is the first group to announce candidates.

The Rev. Warren Eshbach, a retired Church of the Brethren minister, is acting as spokesman for the group. He has said the group wants "to provide our citizens with positive and viable alternatives to the current climate in our district."

Current board members voted to include **intelligent design** in the biology curriculum, and those appointed by the board to fill vacancies left by resignations have generally agreed with the philosophies it has set forth.

Yingling voted to include a statement about **intelligent design** in the school's curriculum, but later said she did so because she was pressured and accused of being "un-Christian."

Yingling resigned Feb. 7, saying she did not "want to be associated" with the board. She read a statement that accused board members of having "personal religious agendas" and appearing like "religious zealots preaching from the shadows."

The York Dispatch (York, PA) February 24, 2005 Thursday

The board will interview the applicants Feb. 28.

-- *Reach Christina Kauffman at 505-5434 or ckauffman@yorkdispatch.com.*

**LOAD-DATE:** March 26, 2005

## Four vie for Dover position

**The school board will meet Monday to choose a replacement for Angie Yingling.**

By LAURI LEBO
*Daily Record Sunday News*
Friday, February 25, 2005

James Cashman is so convinced the Dover Area School Board is right, he wants to be on the same side in a federal lawsuit.

Mike Arnold has strong feelings about the issue of intelligent design. But for now, he says, his opinion on the issue is none of the school board's business.

Both Cashman and Arnold hope to fill the board seat vacated earlier this month by Angie Yingling.

Two other candidates, William Trimmer and Mark Foreman, say the district has more important issues to worry about.

On Monday night, the school board will interview the candidates and make its choice to fill Yingling's unexpired term until the end of the year.

Yingling stepped down from the board Feb. 7, saying she regrets her October decision to support intelligent design.

On Oct. 18, the school board voted 6-3 to require students to be told about the concept of intelligent design — the idea that life is too complex to have evolved solely through natural selection and therefore must have been created by an intelligent designer — in ninth-grade biology class.

The mandate — believed to be the first one in the country at a public school — has divided the community and spurred a First Amendment lawsuit by parents who believe it amounts to an endorsement of religion.

Cashman thinks the debate is a great thing for Dover because, he said, it forces people to sit down and think about the issue.

"It gets people talking about it," he said. "It stimulates interaction."

Cashman, who believes in the biblical account of man's

origins, doesn't see this as a church-and-state issue.

"I believe there's no intent to teach any religious-based information," he said.

Rather, as one of six parents who have asked to join the lawsuit on behalf of the district, he sees this as an educational freedom issue.

A father of five children, he said he thinks kids should be able to hear both sides of any issue.

On Monday, a federal judge will rule on Cashman's and the other five parents' motion to intervene.

Cashman also intends to be a school board candidate in the May primary. A local business owner, he said he has reached the age — "a very young 50" — at which he wants to give back to the community.

And while Cashman welcomes the debate, Foreman thinks the issue has become too polarized, and it's tearing apart the community.

"I don't like the idea that if you don't agree with them, you're wrong," he said of people on both sides.

Foreman, 48, who identifies himself as a Christian and believes in creationism, said he has not yet made up his mind on the issue and wants to hear more about it directly from the school board.

"I want to hear it from the horse's mouth," he said.

Foreman, a civil engineer who is currently unemployed, has a stepson in the district. He said, if he's picked, he wants to reach out to both sides and help them.

"It's not going to be as easy as that," he said. "It's such a big divide."

But then, he said, he hopes the board can focus on other priorities affecting the district.

The last time there was a board vacancy was in November when a group of 13 residents vied for four positions — including two formerly held by Jeff and Casey Brown, who quit in protest over the intelligent design vote.

At that time, Arnold said he was passed over by the board because he declined to give his opinion on the intelligent design controversy. "I don't think it's relevant when trying to fill an empty seat," he said.

Arnold, 35, said he will give board members, if asked, the same answer Monday night.

While he declined to share his views, he said he believes it's a legitimate issue for a candidate running for office. So after Monday night, he'll be happy to talk about it.

"Right now, intelligent design seems to be gathering all the headlines," said the father of two Dover students. "I think it's a shame because there's more to running the school district than one statement in biology class."

Trimmer, 27, agrees with Arnold.

A welder at Harley-Davidson, Trimmer sees taxes and basic educational standards as being a greater concern for district residents than the fight over intelligent design.

"My concern is that we're going to end up being single-issue candidates," said the father of three girls. "When that ultimately goes away, what's going to happen?"

*Reach Lauri Lebo at 771-2092 or llebo@ydr.com.*

## THE CANDIDATES SPEAK ABOUT INTELLIGENT DESIGN

· "I believe there's no intent to teach any religious-based information." — **James Cashman**

· "When that (issue) ultimately goes away, what's going to happen?" — **William Trimmer**

· "I think it's a shame because there's more to running the school district than one statement in biology class." — **Mike Arnold**

· "It's such a big divide." — **Mark Foreman**

*top*

Print Results



Dow Jones & Reuters

LOCAL
**THE CANDIDATES SPEAK ABOUT INTELLIGENT DESIGN**
York Daily Record
68 words
25 February 2005
York Daily Record
1
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

-- "I believe there's no intent to teach any religious-based information." James Cashman

-- "When that (issue) ultimately goes away, what's going to happen?" William Trimmer

-- "I think it's a shame because there's more to running the school district than one statement in biology class." Mike Arnold

-- "It's such a big divide." Mark Foreman

Document YKDR000020050226e12p00023

⌐ 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results


factiva.

**Dow Jones & Reuters**

MAIN
**UPDATE; Anti-evolution book debated**
York Daily Record
106 words
1 March 2005
York Daily Record
1
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Last time: Copies of the book "Of Pandas and People," which supports the idea that life is too complex to have evolved randomly, were donated to the Dover Area School District as supplementary reading.

The latest: Where the book should be kept in the library or in science classrooms was the subject of intense debate Monday in federal court in Harrisburg.

What's next: Judge John E. Jones III said he expects to rule "promptly" on motions made by both sides in the ongoing Dover controversy over "**intelligent design**," a critique of the theory of evolution. 1C

Document YKDR000020050302e1310001j

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

factiva.                                                                 Dow Jones & Reuters

Local/State
**Lawyer asks to join Dover book suit ; Clients want to keep 'intelligent design' text in classroom**
BILL SULON
Of The Patriot-News
667 words
1 March 2005
Patriot-News
FINAL
B01
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Dover Area School District students have a right to hear "how life develops" and should have access in biology class to a book that raises the concept of **intelligent design** as an alternative to Darwin's theory of evolution, a lawyer told a federal judge yesterday.

The lawyer, Stephen A. Serfass of the Drinker Biddle & Reath firm in Philadelphia, asked for permission to join the district in its defense against a federal lawsuit. Civil-liberties groups and the parents of several students filed the suit, arguing that the book, "Of Pandas and People," like the Bible, has no place in the classroom.

U.S. Middle District Judge John E. Jones III said he plans to make a ruling soon on Serfass' request to intervene in the lawsuit on behalf of three other families. Jones gave no estimate for when he would rule.

The case, scheduled to go to trial in September, is believed to be the first in the nation in which a district has required students to hear about **intelligent design**, which holds that Darwin's theory is fraught with unexplainable gaps, and that certain features of the universe and of living things are best explained by an intelligent cause.

District administrators began reading a statement to that effect last month to biology class students, calling "Of Pandas and People" a reference book that "is available for students who might be interested in gaining an understanding of what **intelligent design** actually involves."

Stephen Harvey and Eric Rothschild, lawyers with the Pepper Hamilton firm in Philadelphia, asked the court to bar Serfass from intervening in the case. The lawyers represent the families who, with the backing of civil-liberties groups, argue that the teaching of **intelligent design** crosses the constitutional line separating church and state.

"All they add to the case is cost and complexity," Harvey said of Serfass and his clients' attempt to intervene. Harvey said that he has no objection to "Of Pandas and People" being made available to students on a voluntary basis in school libraries, but that the district should not be allowed to keep copies in classrooms.

"It has no place in the classroom, just as the Bible has no place in the classroom," Harvey said.

Serfass said students should not have to go to the library for the book. He said asking the district to remove the book from the classroom "is no different than removing it from the library."

After Serfass referred to "Of Pandas and People" as a science book, Jones said, "There's the rub. You say it's a science book. The plaintiff says it's not a science book."

Percival Davis and Dean H. Kenyon write in "Of Pandas and People," which was published in 1989, "In the world around us, we see two classes of things: natural objects, like rivers and mountains, and man-made structures, like houses and computers. To put it in the context of origins, we see things resulting from two kinds of causes: natural and intelligent."

Dover administrators, in their statement on **intelligent design**, refer students to the book and say that evolution "continues to be tested" and "is not a fact."

The Pennsylvania chapter of the American Civil Liberties Union, which is representing parents opposed to the district's **intelligent design** policy, has not asked Jones to bar the administrators from reading the **intelligent design** statement to students in class.
BILL SULON: 255-8144 or bsulon@patriot-news.com INFOBOX: TERMS OF DEBATE

* EVOLUTION: A scientific theory that all life forms evolved by natural processes from common ancestors over eons.

* THEISTIC EVOLUTION: Belief in evolution and a God who initiated it. No claim to scientific evidence for God.

* **INTELLIGENT DESIGN**: The claim that life's complexity offers scientific evidence of design by a supernatural intelligence.

AN INFOBOX APPEARS AT THE BOTTOM OF THIS STORY.

Document PATHAR0020050301e13100030

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

57 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

March 1, 2005 Tuesday

**SECTION:** HANK MERGES

**LENGTH:** 759 words

**HEADLINE:** Grandpa's drug problem makes all the difference

**BYLINE:** HANK MERGES, *Dispatch*

**BODY:**

Grandpa's drug problem makes all the difference Shush! ... don't tell anyone ... Grandpa has a drug problem!

According to Covenant Moravian Church, Grandpa admits ...

My generation just might have been lucky. I had a drug problem when I was young, but I turned out all right anyway.

---I was drug to church.

---I was drug to family reunions.

---I was drug out of bed in the early morning.

---I was drug by the ears when I was disrespectful.

---I was also drug to the woodshed when I disobeyed my parents.

---Those "drugs" still run through my veins and they affect my behavior -- everything I do, say and think.

--

Over 25 years, the Leo Club of Red Lion Area Senior High School has raised more than $200,000 to enhance school resources, including lighting Horn Field.

Now, following the death of attorney **Raymond R. Smith**, who pioneered a reading program, the club has stepped up and accepted tutoring responsibilities, says **Ron Fitzkee**, its president.

Volunteers commit to weekly sessions with first-, second- and third-graders whose teachers decide they need help.

--

If your kids watch MTV, they're getting a heavy dose of sex, violence and foul language, according to the Parents Television Council.

MTV, the council notes, is part of most basic cable packages.

**L. Brent Boswell**, president of the PTC, declared:

"It is unconscionable for the cable industry to force families to subsidize this kind of filth for the privilege of being able to watch TV Land, or the Food Network, or the Disney Channel."

--

March is American Red Cross month ... a salute to all who make the organization such an indispensable element in community life.

--

The York Dispatch (York, PA) March 1, 2005 Tuesday

**Scott Little,** a Springetsbury firefighter and member of the U.S. Marine Corps Reserve, writes from Iraq:

The best part is "hoping to make a difference, and having a better world live ..."

--

Currently slugging it out with the ACLU in the Dover **"intelligent design"** case, the Thomas More Law Center, with 263 pro bono lawyers at its command, is also involved in other legal disputes in 38 states.

Among them was the successful defense of a high school student reportedly told she could not present her Christian beliefs on homosexual conduct during a school-sponsored Diversity Week panel exploring "Homosexuality and Religion."

Other cases involve the Pledge of Allegiance, the Ten Commandments and Nativity displays at Christmas. As the law center sees things: "Left-wing, anti-God organizations, led by the ACLU, are out to destroy the moral and religious foundations of our great nation ... the main battleground in the culture war is the courtroom ..."

--

Making older drivers safer drivers ... that's a goal of the Area Agency on Aging, which just received a federal grant to help train volunteers to spread the safety gospel among senior centers, churches, civic groups, etc. York is one of just 11 agencies in the nation singled out for the $2,000 grant.

--

World Day of prayer starts with a 9 a.m. breakfast Saturday at Calvary UM Church. You're invited ... details, **Nadine Wolf,** 764-6547, of the Church Women United of York County.

--

Sure signs of spring despite the wintry blast .. St. Matthew's is reviving its softball team and planning a Mother's Day geranium sale.

--

Martin Library's celebrity auction, featuring sports, movie and TV memorabilia, starts at 1 p.m. Saturday.

--

Workshops and seminars ... the Mid-Atlantic Garden Show .. noon-9 p.m. Thursday, 10 a.m.-9 p.m. Friday and Saturday, 10 a.m.-5 p.m. Sunday, York Expo Center.

--

Divorce data in the U.S., according to the Barna Poll ...

---21 percent of atheists/agnostics split.

---21 percent of Catholics and Lutherans.

---25 percent of mainline Protestants.

---29 percent of Baptists.

---34 percent of non-denominational churches.

--

Nuggets in the news ...

---96.79 percent of the state's public school teachers are "highly qualified," says the Pennsylvania Department of Education.

---TV personality **Bill Maher** believes Christians and others who are religious suffer from a neurological disorder that "stops people from thinking ... we are a nation that is unenlightened because of religion."

--

More Burma Shave highway nostalgia from **Al** and **Edie Heindel,** of York ...

Passing school zone

Take it slow

Let our little

Shavers grow

*Columns by Hank Merges, a local writer, appear Tuesday and Thursday in The York Dispatch. Reach Hank at hmerges@yorkdispatch.com or 854-1375.*

The York Dispatch (York, PA) March 1, 2005 Tuesday

**LOAD-DATE:** March 26, 2005

## Book's fate a court debate

**Lawyers argued about whether a text on intelligent design belongs in science class.**

By LAURI LEBO
*Daily Record Sunday News*
Tuesday, March 1, 2005

The parents suing the Dover Area School District over intelligent design in science class aren't trying to ban a book on the subject from the high-school library. They just don't want it in science class.

But another group of parents defending the school district said the book, "Of Pandas and People," should be kept in biology class in case a student wants to read it.

In federal district court in Harrisburg on Monday, the two sides debated the appropriate home of 60 donated copies of the controversial book, which espouses the concept of intelligent design — the idea that life is too complex to have evolved solely through natural selection and must have been created by an intelligent designer.

It is no more appropriate to have the book in science class than it would be to have the Bible there, said Stephen Harvey, an attorney with the Pepper Rothschild law firm representing 11 parents suing the district.

In December, 11 parents filed a First Amendment lawsuit arguing the intelligent design requirement amounts to an endorsement of religion. But the school board maintains its motivation is merely to present alternative views to evolution.

Monday's hearing was to discuss two court motions filed in support of the defense.

In a request filed by the Rutherford Institute, a Virginia-based civil liberties group involved in church-state litigation, five parents have asked to be allowed to intervene in the lawsuit on the district's behalf. While Dover's battle has focused so far on the First Amendment's establishment clause, these parents argue that it's also about freedom of speech and their children's right to hear about intelligent design.

Judge John E. Jones III said he intends to rule "promptly" on the motion, as well as on one by the school district's

attorneys to dismiss five of the 11 plaintiffs on the grounds
that their children are either too old or too young to be
affected by the policy.

Despite the court requests, much of the hearing focused
on the "Pandas" book. According to the district's
curriculum, students are not required to study "Pandas"
but may use it as voluntary reference material.

While the district has said the "Pandas" books are to be
kept in the library, Stephen Serfass, an attorney handling
the parents' intervening request, said they should be kept
in the classroom to protect students' access to them. Jones
called the debate over the book's home "something of a
red herring."

But Robert Muise, an attorney representing the district
with the Thomas More Law Center, said the book is "a
major part of what we have been arguing."

## ID debate continues at college

**Lawyers on both sides of the Dover schools controversy spoke at Elizabethtown.**

By JOSEPH MALDONADO
*For the Daily Record/Sunday News*
Wednesday, March 2, 2005

The ACLU and Thomas More Law Center of Ann Arbor, Mich., have already gone toe-to-toe a couple of times in court over the intelligent design controversy surrounding the Dover Area School District.

During its regular meeting on Oct 18, the board voted 6-3 to allow changes to their biology curriculum that reads: "Students will be made aware of gaps/problems in Darwin's Theory and of other theories of evolution including, but not limited to intelligent design. Note: Origins of life will not be taught."

Opponents of the decision say it violates their Constitutional right to a separation of church and state. Supporters say the theory is a legitimate scientific alternative to Darwin's theory of evolution, which they say has serious gaps and problems.

On Tuesday afternoon, Richard Thompson from Thomas More and Vic Walczak from the American Civil Liberties Union went at each other again at Elizabethtown College.

The school hosted a series of debates on intelligent design, one of which featured a three-hour session with Thompson and Walczak. They were each given 45 minutes to make their arguments. Then they were given 10 minutes for rebuttal.

Thompson used nearly 15 minutes of his time to present an updated version of "The Emperor's New Clothes" and to tell a joke about the first lawyer to go to heaven.

In his "emperor" metaphor, Thompson said evolution is king. And anyone who tries to make the king aware that he is naked is "stupid and unfit for public office." Then he said the Dover Area School Board is the child in the story, courageous enough to tell the king he has no clothes on.

In addition to praising the scientific merits of intelligent design, Thompson also praised U.S. Sen. Rick Santorum, R-Pa., for encouraging people not to fear lawsuits when

standing up for their principles. Santorum sits on Thomas
More's advisory board.

Thompson also said legal efforts to keep God out of
classrooms, and other government funded forums, were
part of a greater effort to "de-Christianize America." Later
though, he said intelligent design has nothing to do with
Christianity or religion, saying it offered a legitimate
scientific alternative to evolution.

He offered up a three-prong test the court uses to
determine if something is religious. He said intelligent
design does not address the ultimate question of our
existence, does not have any liturgy or clergy and does not
intend to identify the designer. Thus, he said, the court
would see the theory is not religious.

"Why is the other side so afraid of intelligent design?"
Thompson asked. "The clashing of ideas is the American
way."

When Walczak began his 45 minutes, he asked the
audience if everyone could see his clothes.

Then he said intelligent design is inherently religious, and
that the test Thompson referred to was used more by the
courts to determine if inmates could grow their hair long
or demand more recreation time because of some
unfamiliar religious claim.

He also said that because intelligent design is religious, it
poses a real danger to anyone who may oppose it.

He cited the experience of a woman he knew in the early
1980s whose life was threatened because the school her
son attended prayed in a way that wasn't consistent with
her faith.

When she brought the issue to the school board, Walczak
said, she was physically assaulted. A student also
assaulted her fifth-grade son, breaking his arm, and her
home was burned to the ground.

He said of all the types of cases he represents, nothing
touches the nerves as much as those involving church and
state issues.

But it's not that Walczak doesn't believe that schools
shouldn't talk about religion. He said the place for it,

though, is in a religion or philosophy of science course.

There is a misconception that the ACLU is trying to take the Bible, prayer and God out of schools, he said.

"As long as there are math tests, there will always be prayer in schools," he said.

After the debate, several students gave their opinions.

Vanessa Ide, a freshman, said Walczak won.

Fellow freshman Laura Belkot agreed.

"(Thompson) presented an awful lot of fluffy stuff today," she said. "Walczak definitely made the better arguments."

Matt Sembach, a sophomore, said he agreed with Thompson.

"I think students should hear more than one side on this," he said.

Sophomore Justin Shoemaker said he saw only a slight connection between intelligent design and religion.

"The connection is so loose. Why don't the teachers just present both sides and let the students decide which is right?" he asked.

Print Results

 **factiva.** ™

**Dow Jones & Reuters**

MAIN
**CORRECTIONS**
York Daily Record
92 words
2 March 2005
York Daily Record
2
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

In an article on page C1 Tuesday about the Dover Area School District's battle over **intelligent design**, the name of the law firm representing the plaintiffs was incorrectly reported. The parents suing the school district are represented by the Philadelphia-based law firm of Pepper Hamilton.

..........

An article on page D3 Tuesday incorrectly identified Jordan Derk. He is a freshman at Dallastown High School.

..........

he Daily Record/Sunday News wants to correct mistakes promptly. If you believe we have made a mistake, please call 771-2000.

Document YKDR000020050307e1320002u

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



factiva.                                                          Dow Jones & Reuters

A Section
**BY DESIGN? ; Politely, experts debate creationism and its teaching**
MARY WARNER
Of The Patriot-News
756 words
2 March 2005
Patriot-News
FINAL
A01
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

The ruckus that has brought national attention to Dover schools shifted to Elizabethtown College yesterday for a day of polite debate on a divisive topic.

At issue is the concept of **intelligent design**, which says the complexity of life is scientific evidence of a creator. It's the latest battleground in America's fight over the teaching of evolution.

The Dover Area School Board this year became the first in the country to require introduction of **intelligent design** in science class as an alternative to evolution.

Nine Dover parents sued in federal court to reverse the school board's decision. The plaintiffs, represented by the American Civil Liberties Union and Americans United for Separation of Church and State, said the board unconstitutionally endorsed a religious belief.

The case is scheduled for a September trial that likely will be watched closely. In Mississippi, Montana, South Carolina, Kansas and other states, efforts are under way to teach **intelligent design**.

Yesterday's day-long forum was organized by the college's Center for Science and Religion. Director Michael Silberstein said "hundreds and hundreds" of people inquired about the forum -- including church groups, professors, science students and teachers from public and Christian schools, nearby and in neighboring states. The college arranged for shuttle buses from distant parking areas.

But Silberstein said that Monday's snow dampened attendance. The audience totaled about 350 people.

The first debate was between scientists: Michael Behe of Lehigh University, an advocate of **intelligent design**, and critic Niall Shanks of East Tennessee State University.

Using Far Side cartoons, drawings of bacteria and dry humor, Behe argued that recently discovered complexity in cells suggests they were purposely designed. Darwin's theories of random mutation and natural selection are insufficient explanations, he said.

"We do not know as much as we would like" about how that complexity evolved, Shanks countered. "But the danger is that you take our current ignorance and convert it to an ontological argument for the existence of God. ... It's an appeal to ignorance."

Behe and Shanks praised each other and laughed at each other's jokes, but Shanks said later that no "top-flight" scientists consider **intelligent design** to be science.

The Rev. David Martin of the Evangelical Free Church of Hershey and theologian John Haught of Georgetown University kept that tone in debating the theology of evolution and **intelligent design**.

Martin said many evangelicals worry that their children's science teachers "might intentionally or unintentionally indoctrinate them in a materialistic world view" -- countering the religious understanding that nature is infused with meaning and humans have unique dignity.

But Haught said it was "quite possible to make Christian theology a suitable context for evolutionary biology."

The audience was most vocal during a debate between the lawyers in the Dover case: Richard Thompson of the Thomas More Law Center, which describes itself as a defender of Christian beliefs, and Witold Walczak of the ACLU.

When Thompson said the ACLU suit is "a part of the agenda to de- Christianize our nation," a couple of "amens" came from the audience -- along with some laughter and one disgusted "geez."

Thompson compared the Dover board to the boy in a children's story, crying "Emperor Evolution has no clothes." Students should learn about the scientific debate over evolution, he said.

"What is science is determined by scientists through a scientific process," Walczak responded. He read a list of groups that have declared **intelligent design** is not science, including the National Academy of Science and the American Association for Advancement of Science.

"And they're unbiased, are they not?" one man called sarcastically from the audience.

Walczak persisted: "It's not to say it's not metaphysically correct, but it's not science. There's not a single university teaching **intelligent design** in its science curriculum."

Elizabethtown President Ted Long introduced the forum, noting that it was a particularly appropriate function of a college founded by the Church of the Brethren, known for its peacemaking. MARY WARNER: 255-8267 or mwarner@patriot-news.com

PHOTO; JOE HERMITT: Caption: Dr. Tony Gerard of Derry Twp. asks a question during yesterday's Scientific Dimensions portion of the **intelligent-design** debate at Elizabethtown College. Gerard is an emergency room physician at Good Samaritan Hospital in Lebanon.; Niall Shanks of East Tennessee State University, left, a critic of **intelligent design**, and Michael Behe of Lehigh University, an advocate, air their views during the debate.

Document PATHAR0020050303e1320001p

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

rint Results

## factiva.

**Dow Jones & Reuters**

LOCAL
**Lining up for Dover seats; Potential candidate sees election as referendum on intelligent design**
JOSEPH MALDONADO
York Daily Record
530 words
6 March 2005
York Daily Record
1/07
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Those interested in holding a seat on the Dover Area School Board have until Tuesday to make their candidacies official with York County's Office of Elections and Voter Services.

Seven board members are up for re-election and, as of Saturday, only Alan Bonsell had confirmed publically that he is seeking a new term.

At least nine people have said they will run for the open seats on a board that made a controversial decision last year to introduce intelligent design into Dover Area High School's ninth-grade biology curriculum.

But, as the deadline draws near, at least one man finds himself questioning whether his candidacy could hurt efforts to get intelligent design out of science class.

"If I see the (Intelligent design) opposition list is in single digits, count me in," said former board member Jeffrey Brown. "If there are more than 10, I'm really going to have to think about whether my running

helps or hinders the cause."

On Oct. 18, the board voted 6-3 to have students exposed to the concept of intelligent design, which, proponents say, is a legitimate, scientific alternative to Darwin's theory of evolution.

Brown resigned over the issue saying the board had crossed a line when it passed the change.

Back then, he and his wife, Carol "Casey" Brown, predicted the district would be sued over the decision. His wife also resigned over the decision.

In December, 11 parents did sue the district saying the theory's implied religious connection violated their constitutional right to a separation of church and state.

Soon after resigning, Jeffrey Brown said he was going to run again during this year's election. He has said repeatedly he views his candidacy as a voter referendum on the intelligent design debate.

But now he sees a potential problem. So many are outraged about the curriculum change, he said, that there may be 20 people running on an anti-intelligent design platform.

"If that happens, we'll split so many votes that none of us opposed to the change will get elected," he said.

That's why Brown said he will wait until the last minute to submit his petition and declare himself a candidate.

Both he and his wife have collected enough signatures to be eligible, but Carol Brown has been reluctant to say whether she will run. "I still don't know," she said Friday. "I'm still thinking it over."

At least five other candidates are running on a platform that includes opposition to intelligent design. They have formed a group called Dover C.A.R.E.S., which stands for Citizens Actively Reviewing Educational Strategies.

"think it would have been more proper in a world religion class or something along those lines," Bernadette Reinking, a member of .he group, said. "Anywhere but in science."

rint Results

Reinking said she would like to see the opposition group number exactly seven. Jeffrey Brown said he admires the way the group has organized but said neither he nor his wife have been contacted to join.

Document YKDRO00020050309e1360001y

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results

 factiva™

Dow Jones & Reuters

LOCAL
**Who's in the; race so far**
York Daily Record
197 words
6 March 2005
York Daily Record
1/07
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

So far, of the seven Dover Area School Board members up for re- election only one, Alan Bonsell, has publically confirmed he is seeking a new term.

The others whose seats are up for election include Sheila Harkins, Eric Riddle, Edward Rowand, Ronald Short and Sherrie Leber. All have been advocates of **"Intelligent Design** Theory" in the biology classroom.

On Monday, the school board will vote on a replacement for Angie Yingling, who resigned last month. That seat, too, will be up for re- election this year.

Yingling, who opposes **intelligent design,** has said she plans to run again. Also planning to run are ırmer board member Jeffrey Brown, who also opposes **intelligent design,** and Mike Arnold, who ıas not publically taken a position on the issue.

Five people in a group calling themselves Dover C.A.R.E.S. Citizens Actively Reviewing Educational Strategies have also committed to running. They are Bernadette Reinking, Terry Emig, Bryan Rehm, Rob McIlvaine and Judy McIlvaine. All are against **intelligent design** being offered in any science classroom, though they are not against it being a part of another course.

Document YKDR000020050309e1360001z

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results

 **factiva**

Dow Jones & Reuters

MAIN
**UPDATE; Dover board gets new face**
York Daily Record
110 words
8 March 2005
York Daily Record
1
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Last time: The Dover Area school board accepted applications until Feb. 23 from district residents interested in replacing Angie Yingling, who resigned from the board Feb. 7, saying she regretting voting In favor of adding **intelligent design** to the district's biology curriculum.

The latest: During their meeting Monday night, members selected James Cashman, who has publicly supported the board's decision on **intelligent design**, over Michael Arnold, who has said his opinion on the subject is none of the board members' business.

What's next: Seven candidates will vie for spots on the board during the May primary. 1C

Document YKDR000020050309e13800030

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results

 factiva.

**Dow Jones & Reuters**

LOCAL
**Dover board fills a seat; James Cashman supports the teaching of intelligent design as science.**
JOSEPH MALDONADO
York Daily Record
553 words
8 March 2005
York Daily Record
1
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

After nearly an hour of interviewing two candidates to fill a position on the Dover Area School Board, created when Angie Yingling resigned last month, the board chose James Cashman over Michael Arnold.

Arnold, who was also passed over this past November when the board interviewed for one of four spots created by resignations, said the deciding factor came down to one main issue: **intelligent design**.

The concept suggests that life is far too complex to have evolved on its own without help from a supernatural "designer."

In October, the board changed the ninth-grade biology curriculum to tell students that there are gaps and problems associated with evolution and that there are competing theories, with specific emphasis placed on **intelligent design**.

In December, 11 parents filed a federal lawsuit against the school district, arguing the curriculum change violates the First Amendment by requiring "teachers to present to their students in biology class information that is inherently religious, not scientific, in nature."

Supporters say **intelligent design** is a legitimate scientific alternative to the teachings of evolution.

During his interview Monday evening, Arnold was asked by board President Sheila Harkins if he felt he had been passed over in November because of his failure to respond to questions about **intelligent design**. Harkin used the example of someone who was chosen during that meeting, Sherrie Leber.

"Sherrie was picked without responding (to questions about **intelligent design**)," Harkins said.

"She wasn't asked," Arnold replied.

After the election, Arnold said he knew Cashman and believed he would do an "excellent job." But he also said Cashman's willingness to talk about the theory swayed the board.

"(Cashman) is already out in favor of **intelligent design**," Arnold said. "The board has tried to say the issue would not play a part in their decision, but I find that hard to believe."

Print Results

As was the case during the last round of interviews, Arnold refused to state before or during his interview his position on the **intelligent design** controversy.

But after the meeting, Arnold said he had no problems with **intelligent design** being in the science classroom.

"It's no more faith-based than evolution," Arnold said. "I just don't think the issue should have been a factor in filling a board seat."

During his interview, Cashman said he supported **intelligent design**.

"I don't think it's a negative thing to bring up," he said. "It forces people to think about what they believe and articulate an answer."

After making its selection, the board took a break. Before being sworn in, Cashman said he would like to see a "truthful, uncensored presentation about the origins of life" in science.

He then said the discussion should be broad and include, but not be limited to, **intelligent design**. He also said kids should be encouraged to do research or independent studies on the theory and use them in debates in the science classroom.

"These students are our future scientists," Cashman said. "There used to be a time when no one could make a statement that the world wasn't flat."

Both Arnold and Cashman will run for election this year for a full-term seat on the board.

Document YKDR000020050309e13800041

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results

 factiva.™

Dow Jones & Reuters

LOCAL
**JOINING THE RACE**
York Daily Record
157 words
8 March 2005
York Daily Record
1
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

A recently formed citizens group called Dover Citizens Actively Reviewing Educational Strategies said it has recruited two new candidates for the upcoming Dover Area School Board elections, bringing the group's number to seven. The new members are Larry Gurreri and Patricia Dapp.

The other five members of Dover C.A.R.E.S are Bernadette Reinking, Terry Emig, Bryan Rehm, Rob McIlvaine and Judy McIlvaine. Seven board seats are up for re-election this year.

The group has come out against the teaching of **intelligent design** in the science classroom. Last week, Reinking said her group would support teaching the theory in another setting, such as a world religions or a suitable history course.

t 6 p.m. tonight, the group will hold a news conference at the Dover Community Center at 3700 Davidsburg Road.

For more information about the group, visit its Web site at www.dovercares.org .

Document YKDR000020050309e13800045

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Copyright 2005
The York Dispatch (York, PA)

March 8, 2005 Tuesday

**SECTION:** TOP STORIES

**LENGTH:** 686 words

**HEADLINE:** Dover Area School Board selects new member

**BYLINE:** CHRISTINA KAUFFMAN *The York Dispatch*

**BODY:**

The Dover Area School Board unanimously appointed to the board last night a man who wants to intervene in a federal lawsuit on its behalf.

Area businessman James Cashman, a father of five, is one of six parents who want to intervene in a lawsuit filed by 11 district parents and the American Civil Liberties Union.

The ACLU suit seeks to remove **intelligent design** from the biology curriculum. Cashman and the other intervening parents want to keep it in the curriculum; it attributes human origin to a higher being.

Though five people applied for the seat, only Cashman and Mike Arnold, who interviewed for a previous position, remained last night.

Board secretary Karen Holtzapple said three applicants -- Terry Emig, who recently announced his candidacy in the May primary under a group called Dover C.A.R.E.S. [Citizens Actively Reviewing Educational Strategies], Mike Foreman and William Trimmer -- withdrew their applications because of personal and work-related obligations.

**Questions for Arnold:** Each board member asked the two candidates questions and gave them a chance to explain why they wanted to serve; the term runs through the end of the year.

Arnold, a Dover graduate who owns a hair salon in the district, said the district is successful overall, but there are some things he would like to improve.

He said he wanted to join the board to ensure that his children are given the best possible education, and he wanted to make sure students are not overlooked in the battle over **intelligent design.** He said **intelligent design** has captured too much of the board's focus. He said there has been "verbiage" exchanged by the board members and community that, at times, "has been out of line."

He also said teachers leave the district because salaries are too low, and the board should have more communication with the community.

But board member William Buckingham said the board has not focused on **intelligent design** but "outside forces keep that going."

Arnold said **intelligent design** was the focus of two questions the last time he interviewed with the board for an open seat; he told the board last night he would not give his opinion on the issue.

After the interview, he said he doesn't have a problem with a statement about **intelligent design** being read to students.

The York Dispatch (York, PA) March 8, 2005 Tuesday

The board voted to include **intelligent design** in the biology curriculum, and those appointed to fill vacancies have generally agreed with the board's philosophies.

**Questions for Cashman:** Board members did not ask questions specifically related to **intelligent design**, but they did ask Cashman how he responds to controversy.

"For the first time, people are having to understand what they believe in," he said. "For the first time, people in this area are really going to have to think about some things."

Cashman said his children were previously homeschooled but returned to Dover Area schools, and, as a parent, he wants to be involved in the board.

**Wouldn't resign:** Both candidates were asked whether they would ever resign from the board, and both said "no."

The board did not discuss the candidates before filling out ballots and giving them to Holtzapple.

They came back unanimously in favor of Cashman.

Arnold said he wasn't sure why Cashman was chosen over him, but "he has come out already and said he is in favor of **intelligent design.**"

The open seat belonged to Angie Yingling, who resigned Feb. 7, saying she did not "want to be associated" with the board. She voted to include a statement about **intelligent design** in the school's curriculum, but later said she did so because she was pressured and accused of being "un-Christian."

Two other board members --Jeff and Casey Brown -- have resigned in opposition to adding **intelligent design** to the curriculum. Others resigned when they moved out of the district or for personal reasons.

There are four four-year terms and three two-year terms open on the school board in the May 17 primary, in which Arnold said he will be a contender.

-- *Reach Christina Kauffman at 505-5434 or ckauffman@yorkdispatch.com*

**LOAD-DATE:** March 26, 2005

55 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

March 8, 2005 Tuesday

**SECTION:** TOP STORIES

**LENGTH:** 234 words

**HEADLINE:** Group plans science-book donation

**BODY:**

An international cyber group that opposes **intelligent design** is donating 20 science books to the Dover Area High School library, but school officials last night said they were not aware of the group's plans.

The cyber-activists said there were motivated to make the donation after reading that an anonymous donor gave 60 copies of the **intelligent design** book "Of Pandas and People" to the district last year.

The proposed donation includes titles such as "What Evolution Is," by biologist Ernst Mayr, "**Intelligent Design** Creationism and Its Critics," by Robert Pennock and "Finding Darwin's God," by biologist Kenneth R. Miller.

Superintendent Richard Nilsen said he was not familiar with the books but, depending on the quantity and nature of the books, either he or the board would be charged with approving the donation.

Board president Sheila Harkins said she was also not aware of the books.

"There was a time when science had to conform to the opinions of the prevailing religious authorities," said Lenny Flank, a freelance writer who in 1997 formed the group, said in a press release. "We call those times 'The Dark Ages.' They are not fondly remembered by most people."

The group has more than 400 members from the United States, the United Kingdom, South Africa, Canada, Australia and Sweden; its Web at ">http://groups.yahoo.com/group/DebunkCreation/.

-- *Christina Kauffman*

**LOAD-DATE:** March 26, 2005

 Print Results

 factiva.

Dow Jones & Reuters

MAIN
**18 vying for Dover spots**
LAURI LEBO
York Daily Record
580 words
9 March 2005
York Daily Record
1/14
English

Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

The candidates for Dover Area School Board are evenly split in the battle over **intelligent design** nine support it and nine are against.

And two of the opposition's most prominent figures say they're now caught between the two sides.

"The worst place to be in a war is in the middle," former board member Jeff Brown said, "because both sides shoot at you."

Tuesday was the deadline for candidates to file paperwork for the May 17 primary.

.oth Brown and Angie Yingling resigned from the school board in protest over its October decision to require **intelligent design** in biology class.

And they say people in the community are still angry about the resignations, thinking they should have stayed and fought.

Brown said not only will they be opposed by **intelligent design** supporters, but they lack the backing of the Dover CARES political action committee.

CARES, or Citizens Actively Reviewing Educational Strategies, is backing a slate of seven candidates, but organizers never asked Brown and Yingling to join.

"I don't think I have a prayer of winning," Brown said Tuesday night. He said he has vowed not to spend a dime on his campaign.

Dover CARES' seven candidates also oppose **intelligent design** in science class. **Intelligent design** is the idea the life is too complex to have evolved solely through natural selection and therefore must have been created by an intelligent designer.

Yingling voted with the majority of the school board in its 6-3 vote in favor of the concept, but said she has since changed her mind. She stepped down from the board last month.

She said she and Brown would have accomplished nothing if they had stayed on the board. Rather, it would have been like sitting in the corner for the rest of their terms.

Print Results

"We might have just talked to the wall," she said.

even school board members are up for election and all are seeking office. But only two of the board members running for office board President Sheila Harkins and Alan Bonsell voted for **intelligent design**. The five incumbents seeking office were appointed to fill vacancies that followed the Oct. 18 vote. They are Sherrie Leber, Ron Short, Ed Rowand, Eric Riddle and James Cashman. Cashman was appointed Monday night to fill the vacancy left by Yingling's departure.

Bill Buckingham and Heather Geesey are the only two board members not up for re-election.

Eleven parents, including Bryan Rehm of Dover CARES, have sued the district, arguing the **intelligent design** requirement is designed to get religion into science class. Cashman is one of six parents petitioning the court to join the suit on the district's behalf.

Both Leber and Short say they see their campaign as fulfilling a commitment they made to the board when they were appointed in December. They say they support **intelligent design** and want to stand by the board throughout the legal battle.

The other two **intelligent design** supporters running for office are Alina Kline and Michael Arnold.

When he applied for a vacant seat in December, Arnold refused to answer how he felt about **intelligent design**.

thought it was an inappropriate question," he said.

But now that he's a candidate, he's only too happy to make his feelings known.

"I support the direction the board's headed," Arnold said.

Reach Lauri Lebo at 771-2092 or llebo@ydr.com.

Document YKDR000020050310e1390001b

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results



**Dow Jones & Reuters**

MAIN
**THE CANDIDATES**
York Daily Record
102 words
9 March 2005
York Daily Record
1/14
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Nine Dover Area School Board candidates, including seven board members, have stated their support of the board's decision to include **intelligent design** in the district's science curriculum.

The board members running for election are: Alan Bonsell, Sheila Harkins, James Cashman, Sherrie Leber, Eric Riddle, Ed Rowand and Ron Short. Candidates Alina Kline and Michael Arnold also said they support the board's decision.

The other nine candidates oppose **intelligent design** in biology class. They are Jeff Brown, Terry Emig, Bryan Rehm, Judy McIlvaine, Rob McIlvaine, Angie Yingling, Bernadette Reinking, Larry Gurreri and Patricia Dapp.

ocument YKDR000020050310e1390002m

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results

**factiva**

Dow Jones & Reuters

MAIN
**Dover CARES about more than ID; The slate of seven candidates for school board will focus on a variety of issues, they said Tuesday.**
JOSEPH MALDONADO
York Daily Record
718 words
9 March 2005
York Daily Record
14
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Seven people seeking a seat on the Dover Area's school board say the district's **intelligent design** controversy is not their top concern. According to their Web site, it's only No. 5.

The seven Bernadette Reinking, Terry Emig, Bryan Rehm, Rob McIlvaine, Judy McIlvaine, Larry Gurreri and Patricia Dapp are a part of a group called Dover CARES (Citizens Actively Reviewing Educational Strategies). At a news conference Tuesday at the Dover Community Building, they introduced themselves to the public and fielded questions about their platform and concerns.

The group lists its No. 1 goal as ensuring the district is providing a quality education that will position 'tudents for post- secondary success. On **intelligent design,** the group wants to discuss the issue .n the proper forum to enhance student understanding and critical thinking."

The **intelligent design** issue is linked to Dover CARES by more than a platform statement. Rehm is one of the 11 parents suing the board and district over an Oct. 18 decision to include the concept in the ninth-grade biology curriculum.

**Intelligent design** maintains that life is too complex to have developed on its own and was created by an intelligent designer. Some say it is religious in nature and has no place in a science classroom; others say it is a legitimate, scientific alternative to the state standard of teaching Darwin's theories on evolution.

Judy McIlvaine said the issue isn't just a Dover issue.

"It's nationwide," she said.

She cited recent attention to similar issues in states such as Georgia, Wisconsin and Kansas. She said the reason the issue is so prominent in Dover was because the board has taken its decisions one step further than the others.

"It just so happens that we've had a perfect storm," she said.

 ,dy McIlvaine asked what educational value **intelligent design** brings to the classroom in its current form.

Print Results

Introducing a nonscientific theory into science is like comparing apples with oranges, she said. "They are not the same thing."

ne seven members agreed that there is a place for the theory in a religions, history or philosophy course. But none support discussing **intelligent design** in science.

No one in the group would say that the upcoming primary and general election would be decided on the issue of **intelligent design**. And Dover resident Dennis Benton, who attended the news conference, said that's the way it should be.

"The current board has squandered a lot of money on recent building projects," he said. "And they've turned our schools into a teacher training ground for other districts by keeping them the lowest paid in the county."

Rehm said one of the group's larger goals would be to improve communication in the district. He said the current board has not been fully open about how it makes decisions. He also said that despite the board's claim to the contrary, it has not respected the opinions of the teachers or taxpayers it serves.

If elected, each of the seven candidates promised to make it a priority to open respectful lines of communication between the board, the community, students and taxpayers.

The group also said it would do a better job of managing taxpayer dollars responsibly.

Resident Sharon Wetzel said she attended the news conference to support the candidates.

"I agree with their positions," she said. "I believe they represent the opportunity for a positive advancement for our students and community."

Tammy Kitzmiller, one of the 11 parents suing the district, is also rooting for the candidates of Dover CARES

"The current board is definitely lacking," she said.

Board member Alan Bonsell said Tuesday the board was doing a great job and cited improving PSSA and SAT test scores.

"Scores have gone up over the last three years," he said. "And so has attendance, which I think suggests that students are enjoying coming to school more."

PIC: DAILY RECORD / SUNDAY NEWS BOB LENZ

All seven candidates from the Dover CARES platform for school board attended a news conference Tuesday night. At the meeting, the seven introduced themselves and fielded questions from the public.

)ocument YKDR000020050310e1390002i

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



factiva.

Dow Jones & Reuters

Local/State
AROUND PENNSYLVANIA
**AROUND PENNSYLVANIA**
Compiled by correspondents Bill Savitsky Jr. and John Beauge.
522 words
11 March 2005
Patriot-News
STATE
B05
English

Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

ASHLAND Body of missing man found at Kernsville Dam

The body of a Schuylkill County man whose truck was swept down the rain-swollen Schuylkill River on Nov. 28 has been recovered in the river near Hamburg.

The body of Keith Yoder, 50, of Ashland, was found Wednesday afternoon by a state forest worker in the Kernsville Dam, about 10 miles downstream from where Yoder's pickup crashed through guardrails into the river near Port Clinton.

A county judge declared Yoder legally dead Feb. 3. SCHUYLKILL HAVEN Man sentenced in killing of fiancee in 2003

A Schuylkill Haven man will serve up to 14 years in prison after pleading guilty in the shooting death of his fiancee at the couple's home in 2003.

Thomas H. Mohan, 53, pleaded guilty to voluntary manslaughter in the Oct. 25, 2003, death of Cynthia A. Billings as jury selection was to begin Wednesday for his trial on criminal homicide, aggravated assault and reckless endangerment charges that were dropped in exchange for the plea. County Judge John Domalakes ordered a sentence of 61/2 to 14 years in prison.

Mohan shot Billings once in the chest with a handgun after a day of heavy drinking. SHERMAN HILLS Woman given jail term after son ingested cocaine

A Luzerne County woman has been sentenced to serve up to 2 years in prison after her 2-year-old son suffered permanent brain damage when he ingested cocaine she left in their apartment in August.

Serena Lindsay, 26, of Sherman Hills, was sentenced by county Judge Thomas Burke on Wednesday to serve 9 to 24 months after she pleaded guilty to endangering the welfare of children and other charges.

Tests determined the boy ingested cocaine, and a search of Lindsay's apartment found cocaine residue on a stereo, scales and other objects. WILLIAMSPORT Grand jury indicts 2nd man in Centre County robbery

A Harrisburg man has become the second man indicted by a federal grand jury in the Nov. 13 robbery of a Centre County bank.

Walter L. Mojica, 25, of the first block of Argyle Street, was indicted yesterday on charges of conspiracy, armed bank robbery and the discharge of a firearm during a crime.

Previously indicted and awaiting trial on conspiracy, bank robbery and witness intimidation charges is Lawrence H. Speaks II, 22, of Steelton. The two are accused of robbing the Mifflinburg Bank & Trust Co. office and getting away with $7,232. Judge refuses to dismiss 'intelligent design' lawsuit

A federal judge has refused to dismiss the lawsuit that challenges the teaching of "intelligent design" as an alternative to evolution in a ninth-grade biology course in the Dover Area School District.

U.S. Middle District Judge John E. Jones III denied the school district's motion to dismiss the entire complaint. The order is the latest development in the controversy that followed a 6-3 school board vote in October to present "intelligent design" as an alternative to Darwin's theory of evolution, which must be taught under state standards.

Document PATHAR0020050311e13b0003u

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

## Parents kept out of Dover suit

**They wanted to support the school board on intelligent design, but the judge won't add them to the suit.**

By LAURI LEBO
*Daily Record Sunday News*
Saturday, March 12, 2005

Six parents who say their children have a First Amendment right to hear about intelligent design won't be able to join a federal lawsuit on the Dover Area School District's behalf, a judge has ruled.

In court documents filed Thursday, Judge John E. Jones III said the parents have not demonstrated that their interests will not be adequately represented by Dover's attorneys, who will likely "prosecute their defense vigorously."

Also, Jones said, they could substantially increase the cost of the litigation, which could end up resting "squarely upon the shoulders of the Dover School District taxpayers."

Eleven parents filed suit against the district in December over the school board's decision to make intelligent design part of the high-school biology curriculum. The parents believe the requirement violates the First Amendment's clause prohibiting the government establishment of religion.

Intelligent design is the idea that life is too complex to have evolved solely through natural selection and therefore must have been created by an "intelligent designer."

In January, the six parents, who include newly appointed Dover school board member James Cashman, asked to join forces with the district, saying their children have a right to be aware that there "are gaps in the biological theory of evolution."

The plaintiffs' attorney, Eric Rothschild of Pepper Hamilton, said Jones' decision was good news for both sides.

"I have no doubt about the sincerity or interest in the parents who defend having intelligent design taught," Rothschild said. But, he added, "it's helpful to both sides

that we don't have to incur the extra time and costs that
this would have created."

Jones also rejected the district's request to dismiss five of
the plaintiffs from the suit on issues of standing.

The children of two of the plaintiffs, Beth Eveland and
Cynthia Sneath, are eight years away from taking the
required biology class, which defense attorneys argued is
too far into the future to be relevant. But Jones said there
is no evidence that the "injury-triggering event" will not be
in place by the time the children reach ninth grade.

As for three parents whose children have already taken
biology — Julie Smith and Barrie and Frederick Callahan
— Jones denied the motion to dismiss them from the suit
but said he might entertain a new motion later.

The district's lead attorney, Richard Thompson of the
Thomas More Law Center, said he was disappointed by
the ruling but said he hopes to revisit the issue again
regarding the standing of Smith and the Callahans. In the
meantime, he said, the district is whittling away at the
plaintiffs' arguments.

*Reach Lauri Lebo at 771-2092 or llebo@ydr.com.*

## Furor breathes new life into aging 'Pandas'

### Book used in Dover a dated look at intelligent design concept

**By LAURI LEBO**
*Daily Record/Sunday News*
Sunday, March 13, 2005

Until a group of residents donated 58 copies of "Of Pandas
and People" to Dover Area High School, the controversial
textbook had faded to the background of the national
debate over intelligent design.

The first textbook on the subject, "Of Pandas and People:
The Central Question of Biological Origins," hasn't been
updated since 1993, and other publications have moved to
the forefront of the intelligent-design movement.

The book's assertions have divided the Dover community
and promise to be a central issue in the May primary. Last
week, 18 people, evenly split on the subject, formally
entered the race for Dover school board.

Intelligent design's supporters say they want to expose
students to alternatives to the theory of evolution. But
scientists, including the author of the textbook used in
Dover biology classes, say "Pandas" is outdated, full of
flaws and lacking a position on basic biological principals
such as the age of the Earth.

At issue is whether the concept of intelligent design — the
idea that life is too complex to have evolved solely through
natural selection and therefore must have been created by
an intelligent designer — is a legitimate scientific theory or
simply the latest incarnation of creation science.

In 1987, the U.S. Supreme Court struck down Louisiana's
education requirement that "creation science" must be
taught in science class. Because it is based on biblical
texts, the court ruled, it does not have a "clear secular
purpose" and therefore violates the First Amendment's
establishment clause.

"Pandas," written by Percival Davis and Dean H. Kenyon,
was released two years after the Supreme Court's blow to
creation science. The book's copyright is held by the
Texas-based Foundation for Thought and Ethics.
Incorporated in 1980, the foundation states its purpose as
both "religious and educational" and seeks to make

"known the Christian gospel and understanding of the Bible and the light it sheds on the academic and social issues of our day."

But "Pandas" was in the works before the Supreme Court decision, said Jon Buell, the foundation's president, and he disputes the accusation that the book is revamped creationism.

The connection is merely a strategy mainstream scientists use to discredit intelligent design, Buell said.

The word "God" is never used in the book. Instead, "Pandas" suggests Earth is created by an "intelligent agent," a "personal agent" and a "master intellect."

Its critics say "Pandas" steers clear of almost all reference to the Earth's age in order to hold up to First Amendment challenges and to avoid alienating biblical creationists.

The book's only reference on Earth's age is this: "Some take the view that the earth's history can be compressed into a framework of thousands of years, while others adhere to the standard old earth chronology."

Michael Behe, a Lehigh University biochemist who wrote one of the chapters in "Pandas," said he is unconcerned that the age of the Earth is not covered because it is covered in students' primary biology books.

But Kenneth Miller, who co-authored with Joseph Levine "Biology," the best-selling biology textbook in the country and the one used in Dover, is one of the most vocal critics of "Pandas." He said the book's hedging on the age of Earth is like teaching U.S. history but refusing to tell students the dates of the Revolutionary War.

* * *

The debate that led to the Dover Area School Board's decision to insert intelligent design into its science curriculum started with a mother's concern that the 1998 version of the district's biology book was out of date.

As board members in June debated the merits of the teacher-recommended textbook "Biology," the board's curriculum chairman said he wanted a book that combined creationism with evolution.

"Two thousand years ago, someone died on a cross," Bill Buckingham said at a June public meeting. "Can't someone take a stand for him?"

Buckingham fought to have "Pandas" included in the curriculum as a "companion text" to the textbook "Biology," published by Prentice Hall. But before the board could vote on Buckingham's proposal to buy "Pandas," 58 copies were donated by residents — whose names the district will not release — and several copies are now housed in the high-school library on the reference shelf. The remaining books are kept in a storage room. As of Friday, 10 people had checked out copies from the library.

Eleven parents who filed suit in December over Dover's intelligent-design requirement have not asked "Pandas" to be banished from the school, but the federal lawsuit states the book should not be in the science classrooms.

* * *

Even Buell doesn't recommend the book.

"If they would have contacted me, I would not have encouraged the people in Dover to use it because of other tools that are more up-to-date," he said. "The idea of intelligent design and the evidence that supports it has gotten extraordinarily more strong than when it was originally printed."

As for the criticisms that the book misrepresents the theory of evolution, Buell disagreed. He said the main point is valid — that the theory of evolution's basic principal of life evolving through natural selection and genetic mutation isn't possible.

"The authors and we feel those are the most powerful arguments," he said.

John West of the Seattle-based Discovery Institute, which is now at the forefront of the intelligent-design movement, said his organization didn't have anything to do with "Pandas" and had little to say about it.

Behe, author of the pro-intelligent design book "Darwin's Black Box," thinks, for the most part, the book accomplishes what it sets out to do — namely, getting the message out "that there are other ways of approaching

biology."

Behe wrote the book's chapter on blood clotting, in which he states that any one of the many components needed to stop bleeding on its own is like "a steering wheel that is not connected to the car."

He said the entire concept of intelligent design is essentially a debate over random versus directed processes.

"Darwin's idea of random mutations is, I think, at the heart of the big brouhaha," Behe said.

But Miller said it's not true, even though the book may try to make it look that way.

"The book is just a shambles," said Miller, a Brown University biology professor. He said to his knowledge, "Pandas" has never been used as part of any curriculum in the country.

While students in Dover are not required to use "Pandas," Miller said, it's a poor choice even as a voluntary reference manual. "One of the criticisms raised by educators is that this is simply not appropriate for the high-school level," Miller said.

Rather, Miller said he recommends "Pandas" to graduate students. "If they can recognize why this book is so wrong, they know their biology," he said. "If you're a high-school student, you're not going to be able to see the flaws in this."

* * *

The mainstream scientific community raises a list of complaints, such as:

• The book includes a graphic listing examples of "living fossils," which includes the horseshoe crab, alligator and aardvark. It raises the question, "Why has an organism like the shark not changed for 150 million years?"

The obvious answer, scientists say, is that it didn't need to.

According to Darwin's theory, if a living organism possesses traits necessary to survive in its environment, it will pass on its genes to the next generation. If its

environment changes and the living organism does not survive to sexual maturity, those genes will not get passed on.

Also, Miller said, while it is true that sharklike animals existed long ago, they are a different species than sharks today. It's disingenuous to say they have not evolved, he said.

· "Pandas" misrepresents paleontologist Stephen Jay Gould's observations.

The book raises questions about whether punctuated equilibrium — the idea that evolution tends to be characterized by long periods of virtual standstill punctuated by episodes of very fast development — contradicts Darwin's theory of slow, gradual change.

But the idea that punctuated equilibrium is "an admission of weakness in evolutionary theory was always baffling to Stephen Gould," said Eugenie Scott of the National Center for Science Education, which defends the teaching of evolution in public schools.

At issue is "Pandas'" argument that the fossil record is missing evidence of transitional organisms. It states, "... fossil forms first appear in the rock record with their distinctive features intact, and apparently fully functional, rather than gradually developing."

But the National Academy of Sciences, in its 1999 booklet, "Science and Creationism," states: "So many intermediate forms have been discovered between fish and amphibians, between amphibians and reptiles, between reptiles and mammals, and along the primate lines of descent that it often is difficult to identify categorically when the transition occurs from one to another particular species."

· In the chapter on "Biochemical Similarities," the book points out that biochemical analysis of the bullfrog and the horse show that they are the same distance on the evolutionary ladder from the carp.

The book says this shows a flaw in Darwinism because the bullfrog should be more closely related to the fish.

But Miller said that's an inaccurate interpretation of Darwinism.

"Are these guys intentionally distorting this to mislead readers?" he said. "Or do they just not get it?"

He said present-day amphibians are as far removed from the ancestors of the carp as horses and humans.

"It's clear that the people who wrote 'Pandas' don't understand that evolution is branching through time," he said.

· Perhaps the most glaring proof the book is outdated, scientists say, is on the subject of whales.

In "Pandas'" chapter on "Gaps and Groupings in the Fossil Record," the writer states, "the absence of unambiguous transitional fossils is illustrated by the fossil record of whales."

Scientists have long theorized that whales evolved from land mammals, but "Pandas" argues that mammals and whales are so different, there should be many transitional fossils. But none have been found, the book states.

But since the book came out in 1993, scientists have found three of those intermediate fossils or "missing links."

"We have whales with legs, we have whales with feet, we have amphibious forms that look like weird seals," Scott said. "We've got all these wonderful transitional morphologies, most of which were not described at the time even when the second version of 'Pandas' came out."

· Another omission, Miller said, is on the subject of extinction.

Throughout evolutionary history, new organisms appear and disappear all the time in the fossil record. "If they were perfectly intricately designed organisms," Miller asks, "why do they die?"

For example, there have been 22 documented species of elephants that have roamed the Earth. "If all 22 species were intelligently designed, why does he need 22 tries for two successful elephants?" Miller asked.

Darwin's evolutionary theory explains it "quite nicely," Miller said: In the struggle for existence, some will perish.

*Reach Lauri Lebo at 771-2092 or llebo@ydr.com.*

## To get the book

Members of the library may check out copies of "Of
Pandas and People: The Central Question of Biological
Origins" from Dover Area High School's library.

The library is open to the public from 7 to 7:30 a.m. and 3
to 3:30 p.m. Monday through Thursday.

Copies of the book may also be purchased by the
Foundation for Thought and Ethics for $24.95 at
http://www.fteonline.com.

*top*

## Excerpts from 'Of Pandas and People'

### On the intelligent designer

· From page 14: "Darwinian evolution locates the origin of
new organisms in material causes, the accumulation of
individual traits. That is akin to saying the origin of a
palace is in the bits of marble added to the tool shed.
Intelligent design, by contrast, locates the origin of new
organisms in an immaterial cause: in a blueprint, a plan, a
pattern, devised by an intelligent agent."

· From page 58: ". . . the experimental work on the origin
of life and the molecular biology of living cells is
consistent with the hypothesis of intelligent design. What
makes this interpretation so compelling is the amazing
correlation between the structure of informational
molecules (DNA, protein) and our universal experience
that such sequences are the result of intelligent causes.
This parallel strongly suggests that life itself owes its
origin to a master intellect."

· From page 150, "Intelligent design (cause) — Any theory
that attributes an action, function, or the structure of an
object to the creative mental capacities of a personal
agent."

"Pandas" further defines intelligent design, on page 150,
"In biology, the theory that biological organisms owe their
origin to a preexistent intelligence."

### On Earth's age

· From page 92: "While design proponents are in

agreement on these significant observations about the fossil record, they are divided on the issue of the earth's age. Some take the view that the earth's history can be compressed into a framework of thousands of years, while others adhere to the standard old earth chronology."

## On transitional specimens in fossil record

· From page 96: "The gaps result from the imperfect nature of the fossil record, only a small part of which was preserved, and it seems unlikely that future research will fill them. Support for the theory of evolution must come from other fields of study."

· From page 99-100: "Darwinists object to the view of intelligent design because it does not give a natural cause explanation of how the various forms of life started in the first place. Intelligent design means that various forms of life began abruptly through an intelligent agency, with their distinctive features already intact — fish with fins and scales, birds with feathers, beaks, and wings, etc. Some scientists have arrived at this view since fossil forms first appear in the rock record with their distinctive features intact, and apparently fully functional, rather than gradually developing. No creatures with a partial wing or partial eye are known."

## On whales evolving

· From page 101: "The absence of unambiguous transitional fossils is illustrated by the fossil record of whales. The earliest forms of whales occur in rocks of Eocene age, dated some 50 million years ago, but little is known of their possible ancestors. By and large, Darwinists believe that whales evolved from a land mammal. The problem is that there are no clear transitional fossils linking land mammals to whales."

## On "living fossils"

· From page 88: "Why has an organism like the shark not changed for 150 million years (by the conventional time scale)? W.H. Thorpe, director of Subdepartment of Animal Behavior at Cambridge University in England said: What is it that holds so many groups of animals to an astonishingly constant form over millions of years? This seems to me the problem now (for evolution) — the problem of constancy, rather than that of change."

**On genetic variation and natural selection**

· From page 88: "There is a strong case based on experiment that there are limits to genetic variation, which diminishes the persuasive power of Darwin's argument. Moreover, a growing number of scientists accept natural selection as a reasonable explanation for the modification of traits but not for the origins of new structures."

_top_

Print Results



factiva™

**Dow Jones & Reuters**

MAIN
**Excerpts from Of Pandas and People'**
York Daily Record
624 words
13 March 2005
York Daily Record
1/08
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

On the intelligent designer

-- From page 14: "Darwinian evolution locates the origin of new organisms in material causes, the accumulation of individual traits. That is akin to saying the origin of a palace is in the bits of marble added to the tool shed. **Intelligent design,** by contrast, locates the origin of new organisms in an immaterial cause: in a blueprint, a plan, a pattern, devised by an intelligent agent."

-- From page 58: ". . . the experimental work on the origin of life and the molecular biology of living cells is consistent with the hypothesis of **intelligent design.** What makes this interpretation so compelling is the amazing correlation between the structure of informational molecules (DNA, protein) and our universal experience that such sequences are the result of intelligent causes. This parallel strongly suggests that life itself owes its origin to a master intellect."

-- From page 150, **"Intelligent design** (cause) Any theory that attributes an action, function, or the structure of an object to the creative mental capacities of a personal agent."

"Pandas" further defines **intelligent design,** on page 150, "In biology, the theory that biological organisms owe their origin to a preexistent intelligence."

On Earth's age

-- From page 92: "While design proponents are in agreement on these significant observations about the fossil record, they are divided on the issue of the earth's age. Some take the view that the earth's history can be compressed into a framework of thousands of years, while others adhere to the standard old earth chronology."

On transitional specimens in fossil record

-- From page 96: "The gaps result from the imperfect nature of the fossil record, only a small part of which was preserved, and it seems unlikely that future research will fill them. Support for the theory of evolution must come from other fields of study."

-- From page 99-100: "Darwinists object to the view of **intelligent design** because it does not give a atural cause explanation of how the various forms of life started in the first place. **Intelligent design** means that various forms of life began abruptly through an intelligent agency, with their distinctive features already intact fish with fins and scales, birds with feathers, beaks, and wings, etc.

Print Results

Some scientists have arrived at this view since fossil forms first appear in the rock record with their distinctive features intact, and apparently fully functional, rather than gradually developing. No creatures with a partial wing or partial eye are known."

On whales evolving

-- From page 101: "The absence of unambiguous transitional fossils is illustrated by the fossil record of whales. The earliest forms of whales occur in rocks of Eocene age, dated some 50 million years ago, but little is known of their possible ancestors. By and large, Darwinists believe that whales evolved from a land mammal. The problem is that there are no clear transitional fossils linking land mammals to whales."

On "living fossils"

-- From page 88: "Why has an organism like the shark not changed for 150 million years (by the conventional time scale)? W.H. Thorpe, director of Subdepartment of Animal Behavior at Cambridge University in England said: What is it that holds so many groups of animals to an astonishingly constant form over millions of years? This seems to me the problem now (for evolution) the problem of constancy, rather than that of change."

On genetic variation and natural selection

-- From page 88: "There is a strong case based on experiment that there are limits to genetic variation, which diminishes the persuasive power of Darwin's argument. Moreover, a growing number of scientists accept natural selection as a reasonable explanation for the modification of traits but not or the origins of new structures."

Document YKDR000020050315e13d00027

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

54 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

March 14, 2005 Monday

SECTION: LOCAL NEWS

LENGTH: 705 words

HEADLINE: In brief

BODY:

**Another death in York City**

An autopsy was scheduled for 9:30 a.m. today on the body of a York man found dead early yesterday behind the Yankee Athletic Club, according to the York County Coroner's Office.

The body of Hector Rengifo Jr., 58, of the 600 block of West Princess Street, was found around 3:30 a.m. behind the club at 260 Lafayette St., according to York City Police.

Police said they are looking into how Rengifo died.

Anyone with information about Rengifo's death is asked to call York City Police at 846-1234, or the department's anonymous crime tip line, 849-2204.

**Intruder chased with knife**

A Glen Rock man trying to elude police by hiding in a Shrewsbury house was chased away by a homeowner armed with a butcher knife, according to Southern Regional Police.

Andrew Svatey, 18, of 3 High St., was among many party-goers, including juveniles, partying in a house at 50 Brook Circle when police said they raided it around 11 p.m. Friday.

According to police, when officers showed up, Svatey ran to the house on Northbrook Lane, where the homeowner confronted him with a butcher knife.

Svatey was later taken into custody and charged with purchase, consumption, possession or transportation of liquor or malt beverages, according to police.

Police also charged a dozen juveniles with underage drinking.

Southern Regional was assisted by Stewartstown Police and state police.

**Senior is Pa. Junior Miss**

York Suburban Senior High School senior Mary Kate Robins won the state Junior Miss competition Saturday in Indiana County, meaning she'll advance to the national competition in June.

"Obviously, everyone is very proud of Katie for representing the youth of this county so well," said Lyn Buckler-Bergdoll, president of the board of directors and chairwoman for the York County Junior Miss Program. "It's inspiring to work with young women like this and to meet these kinds of young women in our community."

Robins, 17, was judged on scholastic achievement, an interview, fitness, talent, and self-expression, which includes choreography and public speaking. She earned $5,400 in scholarship money.

**Judge says no to parents**

A federal judge dismissed a motion by six parents who wanted to intervene in a federal lawsuit against Dover Area School District and its board.

The York Dispatch (York, PA) March 14, 2005 Monday

Federal Judge John E. Jones, who is hearing a case filed by the American Civil Liberties Union and 11 parents who don't want a statement about intelligent design read in a biology class, issued the ruling Thursday.

Jones said the six parents —Michael and Sheree Hied, Raymond and Cynthia Mummert and James and Martha Cashman -- did not prove their interests would not be adequately represented by the parties already defending the suit.

The parents filed a motion Jan. 18, saying they have an interest in the suit because they want their children to have "full access" to information about evolution and "its many gaps for which there is no scientific evidence."

The ACLU and parents in the first suit said that reading a statement about intelligent design, which attributes the origins of life to a higher being, illegally introduces religion into schools.

Jones also dismissed a motion to remove several of the plaintiffs in ACLU case because their children have already taken or are years away from taking the biology class where the intelligent design statement is read.

### Employee faces theft charges

A Spring Grove woman is facing charges for allegedly making unauthorized purchases on her employer's credit-card account, state police said.

Sharen Earleen Brown faces three counts of access device fraud, one count of forgery and four counts each of theft by deception and receiving stolen property, police said.

Between Aug. 28 and Nov. 22, Brown worked for Schaefer Excavating Inc. in Stewartstown and allegedly made 26 unauthorized purchases on two business credit cards, made illegal bank transfers and forged a personal check, costing the company about $6,478, police said.

After turning herself in Friday, Brown was arraigned and taken to York County Prison on $5,000 bail, according to police. She has since posted bail.

*From staff reports*

**LOAD-DATE:** March 26, 2005

Copyright 2005
The York Dispatch (York, PA)

March 14, 2005 Monday

**SECTION:** LOCAL NEWS

**LENGTH:** 500 words

**HEADLINE:** 18 seek seven school board seats in Dover

**BYLINE:** CHRISTINA KAUFFMAN *The York Dispatch*

**DATELINE:** Typically, there are four or five seats open, but resignations

**BODY:**

Tuesday was the last day to file nomination petitions for residents who want to run for a school board in York County, and the most hotly contested school board race is in the Dover Area School District, where controversy over **intelligent design** has placed the board in a national spotlight.

There are seven open seats on the board, and 18 candidates vying for them.

three of which are attributed to disapproval of the board's decision to include a statement about **intelligent design** in a biology class -- have caused more vacancies.

Superintendent Richard Nilsen said it's the "first time in a long time that I'm aware of" that there have been so many open seats: not only the four usual four-year terms, but three two-year terms as well.

York County elections director John Scott said most school districts across the county generally see only about as many candidates as there are positions.

"Sometimes there's no opposition," he said. "But if there's an issue being debated, then you often see opposition."

While each person may have his own reason for running, at least seven of the Dover candidates have banded together.

Called Dover C.A.R.E.S. [Citizens Actively Reviewing Educational Strategies], the political group named Larry Gurreri, Patricia Dapp, Bernadette Reinking, Terry Emig, Bryan Rehm, Rob McIlvaine and Jody McIlvaine as candidates.

While it has a position on **intelligent design** -- it should be taught in a religion class, not a science class -- the group has made it clear that it doesn't want to focus on just that single issue.

But the **intelligent design** battle and Dover C.A.R.E.S.
may be inseparable; Bryan Rehm, a physics teacher, is one of 11 Dover Area parents who filed a federal lawsuit with the American Civil Liberties Union to remove **intelligent design** from curriculum.

**Other candidates:** Two candidates in Dover are previous board members who resigned over the **intelligent design** debate and now want to return to the board. Jeff Brown and Angie Yingling -- who said after her Feb. 7 resignation that she did not "want to be associated" with the current board -- have said they want to prove that voters will choose candidates who don't want **intelligent design.**

The York Dispatch (York, PA) March 14, 2005 Monday

Some seats have been temporarily filled with appointees who are in favor of **intelligent design**: Sherrie Leber, Ron Short, the Rev. Edward Rowand, Eric Riddle and James Cashman, who was just appointed March 7.

Board president Sheila Harkins and vice-president Alan Bonsell are running for re-election.

The two incumbents, their five board appointees and candidates Mike Arnold and Alina Kline support **intelligent design**; Brown, Yingling and the seven members of C.A.R.E.S. are opposed to **intelligent design**, at least in the science classroom.

That means the May 17 primary will present Dover residents with 18 candidates, nine in favor of and nine opposed to **intelligent design**.

*— Reach Christina Kauffman at 505-5434 or ckauffman@yorkdispatch.com.*

**LOAD-DATE:** March 26, 2005

51 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

March 15, 2005 Tuesday

**SECTION:** TOP STORIES

**LENGTH:** 710 words

**HEADLINE:** Teachers wait to start negotiations

**BYLINE:** CHRISTINA KAUFFMAN *The York Dispatch*

**BODY:**

Dover Area School Board could have another problem brewing, aside from the federal lawsuit it is facing over **intelligent design.**

The head of the district's teachers union said there has been tension between teachers and the board for about five years, and attempts to begin negotiating a contract for the coming years have thus far been fruitless.

The contract for the union's 220 teachers-- the lowest paid teachers in York County, according to the Pennsylvania State Education Association -- expires June 30.

Dover Area Education Association president Sandi Bowser said the union began attempting to negotiate with the board at a January meeting. Union representatives had prepared a proposal, but the board didn't.

Because the parties had struck an earlier agreement saying they would both "come to the table" with a proposal, the union didn't divulge their proposal, Bowser said.

At a second meeting March 3, teachers were expecting the board to have a proposal.

Bowser said teachers were so supportive of their union negotiators that they had a banner strung to welcome them.

But board members stayed outside of the negotiating room.

"We waited an hour, but the board never came into the room," Bowser said.

The union was never given a proposal or a reason for why the board didn't enter the room, she said.

Another meeting is scheduled for April 27.

Alan Bonsell, a board member who serves on the negotiations committee, refused to discuss the negotiations, but said the board is "trying to keep that amenable." Board president Sheila Harkins said she doesn't participate in negotiations because her daughter is a teacher in the union.

**Tensions:** Bowser refused to elaborate on specific reasons why there have been tensions between the board and the union, but said "it started basically with this board," about five years ago.

In January, high school science teachers in the union also refused to read a statement about **intelligent design** --a theory that attributes the origins of life to a higher being -- and gaps in the theory of evolution. Administrators instead read the statement.

Eleven parents filed a suit with the American Civil Liberties Union claiming that the statement introduces religion into schools. It is now pending in federal court in Harrisburg.

The York Dispatch (York, PA) March 15, 2005 Tuesday

Bowser --a Spanish and French teacher at the district's two secondary schools -- said the problems began before teachers were unwittingly thrust into the debate about **intelligent design.**

Teacher compensation and recognition have been at issue at recent board meetings.

Mike Arnold, a resident who applied to be appointed to an open seat on the board, said in his interview with board members that he was concerned teachers are leaving the district because of low pay.

While at least one board member rebutted Arnold's allegations, Bowser said teachers are leaving; between 30 and 40 teachers in the past four or five years have left for salary-related issues, Bowser said.

Dover's new teachers start at about $30,500 per year, while teachers in Dallastown, the highest paid teachers in the county, start at about $40,000 per year.

"We have a wonderful staff," Bowser said. "The people I work with at Dover are worth a couple thousand dollars. They are worth more than a couple thousand dollars. They just want what's fair. They work just as hard as those in other school districts."

At last night's school board meeting, Bowser told the board she was offended that a school board member credited the board – and not students or teachers -- for high test scores on the state's assessment tests.

"Perhaps the credit for this success has been misplaced," she said.

After the meeting, Bowser said the teachers are trying to "keep positive."

"There's never a Sunday night when I'm down in the dumps about going to work the next day," she said.

Many of the teachers love their jobs as much as she does. They are feeling stressed, but they are supported by the community and are trying to keep morale high, she said.

"Every day we go into our rooms and close the door and do what we're supposed to do and all of this goes away," she said.

*Reach Christina Kauffman at 505-5434 or n@yorkdispatch.com">ckauffman@yorkdispatch.com.*

**LOAD-DATE:** March 26, 2005

50 of 179 DOCUMENTS

Copyright 2005
The York Dispatch (York, PA)

March 15, 2005 Tuesday

SECTION: TOP STORIES

LENGTH: 369 words

HEADLINE: Cyber group awaits Dover book decision

BYLINE: CHRISTINA KAUFFMAN *The York Dispatch*

BODY:

An international cyber group that opposes **intelligent design** is still waiting to hear if its donation of more than 20 science books to the Dover Area High School library will be accepted.

The cyber-activists said there were motivated to make the donation after reading that an anonymous donor gave 60 copies of the **intelligent design** book "Of Pandas and People" to the district last year.

At last night's board meeting, president Sheila Harkins said she is aware a donation of about 20 books has been received, but she is not sure where they came from, or if they are the books donated by the DebunkCreation Web site.

On March 9, the owner of the Web list wrote an e-mail to Barbara Holtzapple, superintendent Richard Nilsen's assistant, saying the group has a UPS record that indicates the donation was received and "signed for by a member of the staff at 10:26 a.m. on Monday, March 7."

"Since the school district has made clear that its sole interest is in teaching ALL sides of the controversy, and not in advancing or favoring any particular viewpoint, I am quite sure that you will agree with us that students should be given access to information on the ENTIRE controversy, including information concerning not only evolutionary biology and other areas of science, but information on the large number of scientific, legal, political, and other criticisms of **intelligent design** theory and its aims and motives," wrote Lenny Flank.

**Donated books:** The proposed donation includes titles such as "What Evolution Is," by biologist Ernst Mayr, **"Intelligent Design** Creationism and Its Critics," by Robert Pennock and "Finding Darwin's God," by biologist Kenneth R. Miller.

Board president Sheila Harkins said the board's curriculum committee will review this donation the same as it did the "Pandas" donation.

She said the committee doesn't have set criteria that it looks for acceptable books, but it will make sure they are not "advanced academically beyond anyone's comprehension."

The Web group has more than 400 members from the United States, the United Kingdom, South Africa, Canada, Australia and Sweden.

-- *Reach Christina Kauffman at 505-5434 or ckauffman@yorkdispatch.com*

LOAD-DATE: March 26, 2005

# Dover teachers, board at odds; Both sides say their opponents are stalling contract negotiations.

*JOSEPH MALDONADO.* **York Daily Record**. York, Pa.: Mar 18, 2005. pg. 1/03

**Abstract** (Document Summary)

Charles Sweet, the board's attorney and lead negotiator from Sweet, Stevens, Tucker and Katz in Doylestown, Bucks County, said that isn't true.

[Sandi Bowser] said the teachers are following the advice of the Pennsylvania State Education Association in insisting that both sides exchange proposals at the start of negotiations.

Sweet said he is upset about comments he read from Bowser saying that the current friction between the two groups has been building for almost five years.

**Full Text** (536 words)

Copyright (c) 2005 York Daily Record

Before the Dover Area School Board and Dover Area Education Association can negotiate a new teachers' contract, they might have to negotiate a truce over a recent war of words.

Sandi Bowser, president of the education association, said Thursday she is unhappy with the board's unwillingness to present a contract proposal for review. The teachers' contract expires in June.

"On January 20 and March 3, we brought our proposal to the board expecting to exchange ours with theirs," Bowser said. "But on both occasions, the board came empty-handed."

At the March 3 meeting, Bowser said, the teachers waited in a room for more than an hour to negotiate while members of the board's team stood outside, refusing to enter.

But Charles Sweet, the board's attorney and lead negotiator from Sweet, Stevens, Tucker and Katz in Doylestown, Bucks County, said that isn't true.

He said Charles Shugart, who has been assigned by the Pennsylvania Bureau of Mediation to assist with negotiations, kept the parties in separate rooms for the entire meeting.

Shugart met with each party privately, but, Sweet said, he did not bring the parties together in one room because of the unwillingness of the teachers to present their proposals.

Bowser said the teachers are following the advice of the Pennsylvania State Education Association in insisting that both sides exchange proposals at the start of negotiations.

Sweet said that PSEA has no authority to give that kind of advice.

"PSEA is not in a position to dictate how the board bargains," he said. "We expect the teachers to give us their proposal, and we will in turn prepare a response. This is how it has always been done."

Sweet said he has been through this process many times, including recent sessions in South Middletown and Susquenita school districts.

And in all of his experiences, the teachers always present first.

But Bowser said it was the board that agreed in December to make an exchange but has since failed to do so.

"And they've given no explanation why," she said. "I feel like they are negotiating in bad faith."

Sweet said the explanation is simple.

He said the board never agreed to the swap in the first place.

And he said if anyone is acting in bad faith, it's the Dover teachers.

"We are prepared to file suit with the PA Labor Relations Board," Sweet said. "We believe their actions constitute an unfair labor practice."

Sweet said he is upset about comments he read from Bowser saying that the current friction between the two groups has been building for almost five years.

"Look at Dover's board," he said. "There's only one person left who even has five years of experience," he said, referring to board member Sheila Harkins. "So clearly, this board is not where the fault lies."

As it stands today, Bowser said, her group is trying to keep a positive attitude.

But Sweet said the teachers need to stop playing games.

"These are nothing more than strong-arm tactics on their part to see if the board is willing to act on their demands," he said.

"When they're ready to come to the table, so are we. We are ready to negotiate."

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
People:          Bowser, Sandi,  Sweet, Charles
Section:         LOCAL
ISSN/ISBN:       10434313
Text Word Count  536
Document URL:

Print Results

 factiva™

Dow Jones & Reuters

LOCAL
**Dover to review donated books; Anti-creationism group wants 23 books to go in school's library**
JOSEPH MALDONADO
York Daily Record
579 words
20 March 2005
York Daily Record
3
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

(CORRECTION, Apr. 10, 2005--The following story incorrectly attributed a statement made by Dover Area School District Supt. Richard Nilsen. Nilsen said books donated to the district by an anti-creationist group would be reviewed for accuracy.)

The Dover Area School District is reviewing science books donated by an anti-creationism group to determine whether to add the books to its library.

A group called DebunkCreation in St. Petersburg, Fla., donated 23 books of various scientific interests to the high school's library. Supt. Richard Nilsen said the books will have to be reviewed either by the board's curriculum committee, the administration, library personnel or a combination of those groups to ensure the books are educationally appropriate.

Some of the books are written by noted scientists, including Stephen Hawking, Carl Sagan and Richard Dawkins. All support scientific methods and theories that include Darwin's theories of evolution.

Lenny Flank, who founded DebunkCreation in 1989, said the donations were made in an effort to "increase knowledge and decrease ignorance."

Flank said in 1982, board members of a nearby school district began talking about including creationism as an alternate theory to evolution. He said he helped form a group of parents, teachers, clergy and business people to oppose the effort.

Flank said he was notified by the delivery company that the Dover district received the books March 7, and he expected the books to be on the shelves soon after. But he discovered the books would have to go through a review process before being allowed to sit on library shelves.

He was particularly concerned about the potential review by the curriculum committee. He said the books "have nothing to do with curriculum" and are simply a donation to the library.

Last year, a group of residents donated 58 copies of the textbook, "Of Pandas and People" to Dover. The school board had researched the book, which espouses the **intelligent-design** concept of how life evolved, and approved it as a reference book. It is housed in the school library.

Flank said he heard that board president Sheila Harkins, at the March 14 school board meeting, said

Print Results

that the donated science books needed review to ensure they were not advanced beyond anyone's comprehension. But Harkins said Friday she would never challenge a donated book based on whether she thought it was too difficult for students.

"What I said was that I want to ensure that the books are academically appropriate," Harkins said.

Nilsen said Friday that the books had to be reviewed to determine their "educational appropriateness" and to make sure they're scientifically accurate. Nilsen and Harkins said Dover students are among the smartest anywhere and that "educational appropriateness" has nothing to do with student comprehension.

"What if some of these books are written by hate groups?" Nilsen asked. "Or create discriminatory issues?"

Harkins said she couldn't think of too many other reasons to refuse the donation, provided the books don't deal with pornography or how to become a terrorist.

"We want people to donate books," she said. "Books are good."

Neither Nilsen nor Harkins knew when the books would be evaluated. But Harkins said she hopes to have an answer by the next school board meeting on April 4.

PIC: Daily Record / Sunday News -- Bil Bowden

Harkins

Wants to ensure books' accuracy

Document YKDR000020050323e13k0001j

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

## Dover sides pick experts

### Lists precede court fight

By LAURI LEBO
*Daily Record/Sunday News*
Sunday, March 27, 2005

The Dover fight over intelligent design isn't due to go to trial until September, but the two sides in the battle have already lined up their experts.

They include an author of a leading biology textbook, a philosopher who's written a book linking intelligent design to creationism, a biochemist espousing the idea of "irreducible complexity" at the molecular level and a professor who argues the First Amendment can accommodate religious instruction in public schools, according to attorneys from both sides.

The possible experts are required to issue reports, due Friday, on their backgrounds and the likely subjects of their testimony.

The Dover Area School Board in October revamped the biology curriculum to include the concept of intelligent design — the idea that life is too complex to have evolved solely through natural selection and therefore must have been created by an intelligent designer.

In December, 11 parents filed a First Amendment lawsuit against the district, arguing the requirement violates separation of church and state.

A possible expert for the plaintiffs is Barbara Forrest, a Southeastern Louisiana University philosophy professor who co-wrote the book, "Creationism's Trojan Horse: The Wedge of Intelligent Design."

The book argues that the intelligent design movement is closely linked to creationists and conservative Christians.

For Dover, the expert list includes Warren Nord, a University of North Carolina philosophy professor who co-wrote "Taking Religion Seriously Across the Curriculum."

The book looks at past First Amendment cases and argues that schools should be teaching students' about religion.

The two sides will review their opposition's reports on

their experts. They have until June to decide whether to hold depositions of the possible experts, Brian Burch of the Thomas More Law Center, which is representing Dover, said Friday.

Other experts who might testify on behalf of the school district policy include William Dembski, a senior fellow with the pro-intelligent-design organization the Discovery Institute; Michael Behe, a Lehigh University biochemist behind the idea of "irreducible complexity;" Scott Minnich, an Iowa State University associate biology professor; and John Angus Campbell, an author and professor on the "rhetoric of science."

For the plaintiffs, possible experts include Ken Miller, who co-authored the textbook "Biology," which is used in Dover and is the best-selling biology textbook in the country; Brian Alters, author of "Evolution/Creationism: Students' Religious Beliefs in Conflict with Science Teaching; and Robert T. Pennock, author of "Tower of Babel: The Evidence against the New Creationism."

*Reach Lauri Lebo at 771-2092 or llebo@ydr.com.*

## Parents argue over intelligent design

**By JOSEPH MALDONADO**
*For the Daily Record/Sunday News*
Tuesday, April 12, 2005

Sporting red and white buttons supporting the Dover Area School board at Monday night's meeting, Gina Myers and Wendy Bowers read a statement from a petition backing the board's October decision to include a statement about intelligent design in the ninth-grade biology classes.

The statement said, in part, that the 280 signers were glad the board introduced something that suggests "intelligent causes, rather than random chance provides, a better explanation for the complex biological systems of life."

The pair said the board should be commended for exposing evolution's gaps and problems.

But after the meeting, resident Steve Stough, who is against intelligent design's being taught in the classroom, challenged at least three theory supporters, asking them to describe specifically the gaps and problems they believe exist in the evolution theory.

"If you can't do that, then you're just repeating what someone else told you to say," Stough said.

Myers said her biggest problem was evolution's inability to explain how biological chemistry appeared from nothing.

Stough replied that real science is always in the process of trying to decipher life's mysteries through scientific tests. He said that the concept of a designer was a matter of faith and that intelligent design had nothing at all to do with science.

Listening from a distance, Tammy Kitzmiller said she was irritated that defenders of intelligent design do so under the assumption that it encourages a greater level of critical thinking in the classroom.

"But the superintendent reads a statement saying ID exists and leaves the classroom," she said. "The kids aren't even allowed to discuss the theory or ask questions. How does that inspire critical thinking if you can't even talk about it in class?"

The theory of intelligent design suggests that life is too complicated to have evolved on its own and must have been created by a supernatural designer.

## Dover hosts speaker on evolution

### Professor defends intelligent design

By JOSEPH MALDONADO
*For the Daily Record/Sunday News*
Sunday, April 24, 2005

At 9 a.m. Saturday, only about a dozen members of the community sat in the auditorium for a program commemorating the rededication of Dover Area High School.

Two hours later, about 100 people were on hand for the district's biology seminar on intelligent design.

The guest speaker was Michael Behe, a professor of biological sciences at Lehigh University in Bethlehem who has authored "Darwin's Black Box: The Biochemical Challenge to Evolution" and has published more than 40 scientific papers.

Behe made five points why intelligent design — the concept that life is too complex to have been evolved solely through natural selection and must have been created by an intelligent designer — was a better explanation for the biological world's existence.

The Dover district is believed to be the first public school district in the country to require that intelligent design be mentioned in a science class. Ninth-grade biology students heard a statement about the concept during a class period in January.

Darwin wrote that all forms of life were, in part, the result of numerous, successive slight modifications. But Behe said there are some biological systems, such as those pertaining to bacterial flagellum and blood clotting, which could not have evolved on their own.

The systems are so complex, he said, that no one part could have worked or survived without all the parts associated with it today. The concept is called irreducible complexity.

Behe, who said he was a Christian, also said he has no trouble accepting that the universe may have begun with a bang some 13 billion years ago. But he can accept this only if the igniter of the bang did so with a plan to get life to where it is today.

He also said he believes there is enough DNA evidence to support the idea that life could have come from a single source and that life is changing to meet the demands of a changing environment.

But, he said that may mean that God, or the designer, is creating through a "secondary means."

"Natural selection does a whole lot," Behe said. "But the question is, can it be extrapolated into everything?"

Kyle Cunningham, a professor of genetics at Johns Hopkins University, made the trip from Baltimore to hear Behe speak. The former Dallastown Area School District student said he's been reading a lot about intelligent design, and it troubles him.

"The ID movement is not about enlightenment," Cunningham said. "It's about creating confusion in an effort to ultimately remove evolution from the classroom."

During a question-and-answer period, he asked Behe how he reconciled evidence suggesting that DNA is in a constant state of evolution.

"Through DNA sequencing, we can see similarities between organisms, and there are some good indications that we all have a common (ancestor)," Behe said. "But there is still nothing to suggest how all of this came about."

The Rev. Chad Rimmer of Union Lutheran Church in York asked Behe if he really believed that high-school biology was the best place to introduce young people to intelligent design.

Behe said yes because there is more evidence for a designer than for evolution. He also said the controversial nature of intelligent design would stimulate students into a discussion they would find interesting. In Dover's statement, however, the district said it "leaves the discussion of the Origins of Life to individual students and their families."

Cunningham said he got the impression that Behe believes everything that evolution teaches except what really took place during the universe's first moments.

"If that's what it comes down to, that's a philosophical

question, not a scientific one," said Rimmer, who has a
biology degree from the University of North Carolina. "So
take the discussion out of science and place it where it
belongs, in philosophy."

Print Results

 **factiva**™

Dow Jones & Reuters

LOCAL
**Dover issues abound; Intelligent design wasn't the only issue school- board candidates were asked about.**
JOSEPH MALDONADO
York Daily Record
747 words
30 March 2005
York Daily Record
1/04
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

**Intelligent design** has attracted a lot of attention, but it wasn't the only issue on which residents voiced concern Tuesday during a meet-and-greet with the members of Dover CARES.

The group, composed of seven running for Dover Area School District school board seats, were also asked questions about Act 72, the recent high-school renovation and other tax-related issues.

Residents Scott and Jill Reiter moved into the district last October mainly because they had heard about the district's exceptional music program. And while they haven't been disappointed with that, they are disappointed with the board's decision to include **intelligent design**' in ninth-grade biology.

What's the point of putting it into the classroom if students can't even ask questions about it?" Jill Reiter said. "Is that teaching?"

**Intelligent design** maintains that life is too complex to have developed on its own and was created by an intelligent designer. Some say it is religious in nature and has no place in a science classroom; others say it is a legitimate, scientific alternative to the state standard of teaching Darwin's theories on evolution.

Like many, the Reiters have no real problem with the theory in their school. But they would rather see it offered as an elective course that combines similar ideas.

Scott Reiter said the course should then be taught by theologians, who he feels would have the best grasp of the subject.

Although Bryan Rehm is one of the 11 parents suing the district over **intelligent design**, he and the other members of Dover CARES Patricia Dapp, Terry Emig, Larry Gurreri, Herbert and Judy McIlvaine, and Bernadette Reinking have all said they would be agreeable to keeping **intelligent design** in the district if it were in some sort of elective course. CARES stands for Citizens Actively Reviewing Educational Strategies.

Making a surprise appearance at the meeting were members of the current school board Sheila Harkins and Bill Buckingham, who voted in favor of the theory's inclusion, and James Cashman.

Cashman replaced former board member Angie Yingling, who resigned in protest over the inclusion of **intelligent design**.