"We're here to find out what Dover CARES cares about," Harkins said. "I mean, we care about Dover."

Buckingham said none of the current board was there in any official capacity.

"We're just here as residents," Buckingham said.

Cashman agreed, saying he wanted to attach a face with the names of those who he had heard were running with Dover CARES.

"The more, the merrier," Rehm said. "We come to their public meeting, so they are certainly invited to ours."

Members of the current board did keep a low profile, only occasionally talking to one of the 50 or so in attendance. Mainly, the people there directed their questions and comments to members of Dover CARES.

Rosalind Wayne, for example, encouraged support for Act 72.

"I'm a senior living on a fixed income," she said. "The act isn't the greatest, but it's a start."

Rehm said the act will have to be approved or disapproved by the current board by the end of May. But if he were making the decision, he said it would be a tough one.

"On one hand, it does provide tax relief for homeowners by shifting the burden to other places," he said. "But the back-end referendum clause also ties the hands of board members. I mean, I wish I had a vote on approving state budgets."

Two township residents approached Reinking about an assembly held that day at the high school. Ray Krone spoke with juniors and seniors at the high school about his 10 years in prison and time on death row for a murder he did not commit.

One resident asked how it was that the district just spent millions on renovations but still had an auditorium that couldn't seat the whole student body for such an important event.

"I guess this board just lacked a vision when it came time to do the renovation project," she said.

Sharon Wetzel, a Dover CARES committee person, said she was pleased with the turnout and the questions that were asked. She said the group's next step will be to get out into the streets and begin a door-to-door campaign to meet residents.

Document YKDR000020050331e13u0001f

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results

 factiva.™

**Dow Jones & Reuters**

LOCAL
**ELECTION BACKGROUND**
York Daily Record
156 words
30 March 2005
York Daily Record
1/04
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

-- Eighteen candidates are running for the Dover Area School Board, nine of whom, including seven board members, have stated their support of the current board's decision to include **intelligent design** in the district's science curriculum.

-- In January, Susquehanna Polling & Research released results of a telephone survey of 425 registered voters in the Dover area district. Results showed 89 percent of likely voters said the issue was either very or somewhat important in terms of influencing their votes.

-- The board members running for election are: Alan Bonsell, Sheila Harkins, James Cashman, Sherrie Leber, Eric Riddle, Ed Rowand and Ron Short. Candidates Alina Kline and Michael Arnold also said they support the board's decision. Jeff Brown and Angie Yingling are also running for school oard and they oppose **intelligent design** in biology class.

-- Those on the Dover CARES group make up the remaining candidates running for the board.

Document YKDR000020050331e13u0001g

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results

factiva™

**Dow Jones & Reuters**

LOCAL
**No tax hike seen for Dover; The school board OK'd a donation of 23 books from DebunkCreation.**
JOSEPH MALDONADO
York Daily Record
528 words
6 April 2005
York Daily Record
4
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

If no dramatic changes occur between now and next month, the Dover Area School Board will pass a 2005-06 budget that includes no new tax increases.

District Supt. Richard Nilsen presented the tentative budget during Monday evening's school board planning meeting.

Initially, it looked as though the board was going to start almost $1 million in the hole after borrowing from its fund balance last year to balance the 2004-05 budget.

But this year, the board realized nearly $2 million in savings after refinancing some of its debt at a lower interest rate and receiving some unexpected state grants.

Language arts curriculum to be revamped

Because of these windfalls, the board was also able to purchase books that will allow the district to totally revamp its language arts programs.

Last month, Cristie Butterfield, language arts supervisor for the Dover Area School District, gave a presentation on a new set of language arts textbooks for every grade, which she said will help improve standard and PSSA test scores.

The new text books will cost $422,000.

Even after that expense, the fund balance is still expected to rest with a balance of almost $3.5 million. Despite that, the budget calls for the elimination of some positions and the cancellation of all field trips.

One budgetary number that cannot be completely accounted for is teachers' salaries. The current contract expires at the end of June. For the past seven months, the board and representatives from the Dover Area Education Association have been at odds about who should be the first to make a contract proposal.

The board paid its negotiating attorney, Charles Sweet, a Bucks County lawyer, $145 an hour to make the four-hour round trip to attend Monday's meeting.

Print Results

During the meeting, Sweet said he will file a grievance with the labor relations board if the teachers did not bring a proposal to the next meeting.

He also admonished the teachers for requesting negotiations be held off of school property at a neutral location. "This is game playing for no particular purpose," Sweet said.

No one from the association commented Monday evening.

But on Tuesday, Sandi Bowser, president of the education association, said she was disappointed by Sweet's public remarks.

"Regardless of what they say, we are still expecting a mutual exchange at United Church of Christ in Shiloh on April 27," she said. "That's all I'm going to say."

Negotiations are set to begin at 4:30 p.m.

Board OKs donation of books

The school board approved the donation of 23 books donated by DebunkCreation of St. Petersburg, Fla. The books cover various topics of scientific interest.

"We found no problems with any of them," said board member Alan Bonsell.

The books were donated by DebunkCreation after learning the board had accepted nearly 60 copies of Of Pandas and People," which supports **intelligent design**.

"We wanted to increase knowledge and to decrease ignorance," said DebunkCreation founder Lenny Flank after donating the books in March.

Document YKDR000020050407e1460002m

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results


factiva.™

Dow Jones & Reuters

LOCAL
**BEHE TO SPEAK ON ID**
York Daily Record
71 words
6 April 2005
York Daily Record
4
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

The Dover Area High School will play host to a biology seminar on **intelligent design** from 11 a.m. to noon April 23.

The event will take place after a high school and intermediate school open house, which is scheduled for between 9 and 11 a.m.

The free seminar, featuring Dr. Michael Behe of Lehigh University, will concentrate on **intelligent design**.

Document YKDR000020050407e1460002q

) 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results



**factiva**.™

Dow Jones & Reuters

MAIN
**Rep backs intelligent design; A state legislator has introduced a bill to allow the theory to be added to public schools' curricula.**
LAURI LEBO
York Daily Record
742 words
9 April 2005
York Daily Record
1/08
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

A state lawmaker wants all Pennsylvania public schools to have the option of including **intelligent design** in their science curriculums.

So last month, Rep. Tom Creighton, R-Manheim, introduced a bill to the House Education Committee to insert the concept into the Public School Code.

Current Pennsylvania education standards don't prevent school districts from teaching alternatives to evolutionary theory, but they do not specify that districts may do so.

The bill, which has not yet come up for debate, says a school district may include the concept of intelligent design in "any school instruction concerning the theories of the origin of man and the earth which includes the theory commonly known as evolution."

**Intelligent design**, which is the subject of a legal battle being fought in Dover, is the idea that life is too complex to have evolved randomly and therefore must have been created by an intelligent designer.

The Dover school board argues that it was trying to present alternatives to evolutionary theory when it voted to add **intelligent design** to its biology curriculum. But **intelligent design**'s critics, including 11 parents suing the district over the decision, say officials are trying to get religion into science class.

Creighton's bill states that when "providing supporting evidence on the theory of **intelligent design**, no teacher in a public school may stress any particular denominational, sectarian or religious belief."

While Creighton thinks inserting **intelligent design** into the state school code could help the Dover Area School Board in its court battle, he said that wasn't the reason he proposed the legislation.

Rather, he said, it's long been his hobby to study issues of creation and Darwinism.

And now, "schools are the battleground for debating this issue," he said.

The Pennsylvania bill is the 10th piece of legislation critical of evolutionary theory introduced this year in state legislatures across the country, according to the National Center for Science Education.

Print Results

Similar bills are pending in Arkansas, Mississippi, South Carolina, Georgia, Kansas and Missouri.

Creighton is also the primary sponsor of a bill that would require the phrase, "In God We Trust," to be isplayed in every public school classroom in the state.

Creighton, in supporting **intelligent design**, compared the complexities of the DNA molecule to Mount Rushmore.

Both show elements of design, he said.

Creighton said an intelligent designer doesn't necessarily mean God, but ultimately it does get back to religion.

"It could be aliens from Mars who started life here as an experiment," he said.

"But who then created the universe?"

State Rep. Ron Miller, R-Jacobus, who also sits on the House Education Committee, said it's hard to predict how the committee will respond to the bill.

Miller said he is "inclined to support" it. He believes **intelligent design** fits into classes on history or world culture because it is about "why some people believe certain things and why other people believe other things."

.tate Rep. Bev Mackereth, R-Spring Grove, whose district covers the Dover school district and who also sits on the Education Committee, said she wants to find out what the court has to say on the Dover issue before deciding whether to support the bill. "Why would we pass something just have the courts overturn it?" Mackereth said.

So for now, she's staying out of the debate and would not comment on her feelings on the subject.

"I don't believe (Dover officials) want me to get involved in their issue," she said.

Mackereth said she has studied the issue and has read "Of Pandas and People," the pro-**intelligent design** textbook on the shelves of the Dover high school library.

But she said she doesn't know whether Dover's decision to make **intelligent design** part of the issue crosses the First Amendment line prohibiting the establishment of religion.

But one of the bill's co-sponsors, Rep. Art Hershey, R- Cochranville, said he felt the legislation was worthy of his signature.

"If we're going to flirt with idea that we came from a monkey, we should include other ideas," Hershey said.

. know who my creator is."

Print Results

Daily Record/Sunday News Harrisburg bureau reporter Rick Fellinger contributed to this story.

Reach Lauri Lebo at 771-2092 or llebo@ydr.com.

Document YKDR000020050412e1490000s

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.


factiva.                                                      Dow Jones & Reuters

A Section
**Bills would shield schools from church-state disputes**
JAN MURPHY
Of The Patriot-News
709 words
9 April 2005
Patriot-News
FINAL
A01
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Nothing in state law prevents schools from posting the national motto "In God We Trust," proponents of that idea said. Instead, it is fear of being sued.

The same goes for teaching **intelligent design** as an alternative to evolution, supporters said. **Intelligent design** is being taught in the Dover Area School District in York County and a group of parents have filed a federal lawsuit.

Because of the litigation threat, some state lawmakers are backing legislation to protect school officials who choose to jump into the murky waters that critics said violate the constitutional separation of church and state.

Rep. Thomas Creighton, R-Manheim, is sponsoring a bill that would allow "In God We Trust" to be posted in a school. He and others also are backing a bill that would allow schools to require teaching **intelligent design**.

Neither bill would force schools to take action, and neither comes at the request of a school district, Creighton said. Both bills sit in a subcommittee of the House Education Committee.

"The public school code doesn't deal with either of these. It doesn't say schools can and it doesn't say schools can't," he said. "This says yes, they may."

Introducing bills to reinforce authority that school boards already have should not be necessary, said Rep. Samuel Rohrer, R-Berks, a co-sponsor of Creighton's bills. But in this instance, "given the litigious nature of at least one organization that puts the fear into a lot of people's lives, we feel it's highly appropriate."

Critics said Creighton is trying to advance a conservative agenda in public schools.

Creighton called them atheists who are "closed-minded" and get scared "when you mention God."

His "In God We Trust" bill, is co-sponsored by a dozen other Republicans and three Democrats. The bill states that the motto is a key ingredient of gaining a "proper understanding of United States history and government."

Five states have passed laws since 2001 dealing with posting the motto in public schools, said Mike Griffith of the Denver-based Education Commission of the States.

Virginia and Mississippi require that it appear somewhere in school. Oklahoma mandates it in all classrooms and the auditorium. Alabama recommends it. North Dakota allows it.

Larry Frankel, legislative director for the Pennsylvania chapter of the American Civil Liberties Union, said the bill fails to acknowledge that "not everybody who believes in God has the same concept in mind, much less does it account for those from religions with different relationships to God or who even think it's appropriate to use God in this manner."

Still, he said it is of lesser concern than Creighton's proposal to allow the teaching of **intelligent design**.

The theory on the origin of life suggests gaps exist in Darwin's theory of evolution and that the complexity of the universe and of living things are evidence of a higher power.

Creighton's bill would allow school boards to include instruction about this theory as part of the discussion on the origin of man and Earth. But it would prohibit teachers from stressing "any particular denominational, sectarian or religious belief." It is co-

sponsored by 10 other Republicans and one Democrat.

He introduced the bill as a result of the federal lawsuit that parents filed against Dover Area School District over its school board's decision to require **intelligent design** to be taught in science class.

The parents, represented by the ACLU and Americans United for Separation of Church and State, said the board's decision unconstitutionally endorses a religious belief. The case is scheduled for a trial this fall.

"No school district ought to have to go through the headaches and cost and the challenge of their legislative authority that Dover has had to go through," Rohrer said.

Since August 2003, Ohio, New Mexico and Minnesota have adopted policies that require schools to critically analyze the theory of evolution, Griffith said.

Frankel said **intelligent design** is a "sham" for teaching religion, and the courts have ruled religion has no place in the science classroom. JAN MURPHY: 232-0668 or jmurphy@patriot-news.com

Document PATHAR0020050409e14900001

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results

 **factiva**.

Dow Jones & Reuters

LOCAL
**Parents argue over intelligent design**
JOSEPH MALDONADO
York Daily Record
330 words
12 April 2005
York Daily Record
4
English

Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Sporting red and white buttons supporting the Dover Area School board at Monday night's meeting, Gina Myers and Wendy Bowers read a statement from a petition backing the board's October decision to include a statement about **intelligent design** in the ninth-grade biology classes.

The statement said, in part, that the 280 signers were glad the board introduced something that suggests "intelligent causes, rather than random chance provides, a better explanation for the complex biological systems of life."

The pair said the board should be commended for exposing evolution's gaps and problems.

ut after the meeting, resident Steve Stough, who is against **intelligent design**'s being taught in the ⌐lassroom, challenged at least three theory supporters, asking them to describe specifically the gaps and problems they believe exist in the evolution theory.

"If you can't do that, then you're just repeating what someone else told you to say," Stough said.

Myers said her biggest problem was evolution's inability to explain how biological chemistry appeared from nothing.

Stough replied that real science is always in the process of trying to decipher life's mysteries through scientific tests. He said that the concept of a designer was a matter of faith and that **intelligent design** had nothing at all to do with science.

Listening from a distance, Tammy Kitzmiller said she was irritated that defenders of **intelligent design** do so under the assumption that it encourages a greater level of critical thinking in the classroom.

"But the superintendent reads a statement saying ID exists and leaves the classroom," she said. "The kids aren't even allowed to discuss the theory or ask questions. How does that inspire critical thinking if you can't even talk about it in class?"

The theory of **intelligent design** suggests that life is too complicated to have evolved on its own and ιust have been created by a supernatural designer.

Document YKDR000020050413e14c0003a

 Print Results

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results

factiva.™

Dow Jones & Reuters

LOCAL
**Dover board hopefuls to meet; 18 school-board candidates will talk about district issues at an April 25 event.**
LAURI LEBO
York Daily Record
220 words
18 April 2005
York Daily Record
1
English

Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

With 18 people vying for seats on the Dover Area School Board race, getting to know the candidates might be a bit daunting for district residents.

So Dover's Parent Teacher Organizations are hosting a "meet the candidates" night from 6:30 to 8:30 p.m. Monday, April 25.

But interested residents hoping to learn more about the candidates' positions on the controversial issue of **intelligent design** might not learn much at the event.

That's because PTO officials are asking people not to ask specific questions about the issue, citing 'me constraints. Candidates are free, however, to offer their views on **intelligent design** in their ʒpening and closing statements.

Seven of the board's nine members are up for reelection.

The 18 candidates are evenly split on the board's October decision to make **intelligent design** the idea that life is too complex to have evolved solely through natural selection and therefore must have been created by an intelligent designer part of the high-school's biology class.

The event will be in the Dover Area High School auditorium.

Political analyst G. Terry Madonna of Franklin & Marshall College will moderate the event.

Document YKDR000020050419e14i0002b

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Case 4:04-cv-02688-JEJ   Document 238-2   Filed 09/30/05   Page 14 of 100


factiva™

Dow Jones & Reuters

Local/State
**Student lawmakers tackle issues in Capitol**
APARNA KUMAR
Of The Patriot-News
673 words
18 April 2005
Patriot-News
FINAL
B01
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

A special session of the Legislature yesterday culminated in a spirited revolt against the governor. But that was only after the word spread, and excitement peaked, that the speaker of the House might be impeached.

State politics rarely appears as dramatic -- or as much fun -- as it did this weekend, when nearly 550 high school students from across Pennsylvania converged for the 58th annual YMCA Model Legislature and Administration Convention.

The student delegates represented more than 35 YMCA and school youth and government clubs. Throughout the school year, they learned the fundamentals of parliamentary procedure, boned up on current events, studied legal cases, ran for office and voted for their leaders.

This weekend, they served as members of the Legislature, the governor's staff and justices of the state Supreme Court. To accommodate all the delegates, there were two legislatures, the Blue and the Gold. Other participants portrayed reporters, lobbyists and attorneys.

This year's governor was Sara Gellatly, 18, a senior at Lower Dauphin High School who has participated for the past five years as part of the East Shore YMCA delegation.

Her administration stood resolute on the platform on which she was elected last year: "We were against **intelligent design**, against euthanasia, against capital punishment," she said. "I am pro-life. I am for civil unions but not gay marriage."

Defending her views while also listening to the people was sometimes a challenge. "It's hard to remember that you're the governor and you have to represent the whole state, you just can't represent your delegation," Gellatly said.

She got her way on civil marriages, signing bills from the Blue and Gold legislatures legalizing them. But in an 11th-hour twist, both legislatures handed her grueling defeats on euthanasia, overriding her vetoes on related bills.

The House chamber roared with applause -- and scattered jeers -- as the votes were announced. As the hour grew nearer lunch and the closing ceremony, Lt. Gov. Kate Gorton, 17, had to bring the rowdy chamber to order on several occasions.

Gorton, a Hershey High School junior, said this year's delegates had so many legislative priorities that fitting them into a bill calendar was a challenge.

The experience taught her a priceless lesson in politics: "Everybody wants a little bit of input, and it's really hard to make everybody happy," she said. "You kind of have to try and find a middle ground." One day, Gorton hopes to be a state senator or "maybe lieutenant governor."

Another midstate delegate presided over the Supreme Court; Rebecca Lehner, a junior at Central Dauphin High School, served as chief justice.

"I was worried that the justices would not be as close knit, but we are such a tight group that it was very exciting, and I can't wait to do it again next year," said Lehner, 17, who was participating for a third year.

The program engages students in the democratic process by putting them in charge.

"We don't tell the kids what to believe. We tell them how to express what they believe," said Barry Martin, a spokesman for the Pennsylvania YMCA.

Teddy Wilhite, a Central Dauphin ninth-grader, was a delegate to the Commonwealth House, which prepares younger students for the mock legislature. To his surprise, a bill he sponsored vaulted into the main legislature, passed and was signed by Gellatly in the Capitol Rotunda.

It would require high schools to devote equal time to teaching **intelligent design** and evolution in biology class.

"I tried to make it as politically correct as I could," Teddy said. Seeing the bill signed was "way awesome," he said. But as a consummate politician with presidential aspirations, Teddy, 14, knew how to share the glory.

"I wouldn't have gotten my bill passed if it wouldn't have been for all the good friends and the people that helped me," he said.
APARNA KUMAR: 255-8440 or akumar@patriot-news.com

Document PATHAR0020050418e14l0000k

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

46 of 179 DOCUMENTS

Copyright 2005 MediaNews Group, Inc.
The York Dispatch (York, PA)

April 20, 2005 Wednesday

**SECTION:** TOP STORIES

**LENGTH:** 1050 words

**HEADLINE:** Dover: Prudent and proud

**BYLINE:** CHRISTINA KAUFFMAN<cm-bd> *The York Dispatch*

**BODY:**

http://media.mnginteractive.com

The Dover Area School District could have been the place John Cougar Mellencamp and Bruce Springsteen were singing about; a place where blue collar workers and farmers lived in a middle-class town, with rural outskirts.

There are pizza shops, ice cream parlors, churches, a McDonald's, used car dealers and the most celebrated recent addition to the tax base: a Giant Food Store.

Most people know their neighbors, and they can say "ain't" to each other and nobody cares.

But the area --which includes Dover and Washington townships, and Dover Borough -- was thrust out of virtual anonymity and into the national spotlight last year when its school board voted to include a statement about **intelligent design** in ninth-grade biology curriculum.

It was little more than a paragraph, but it shaped the world's view of Dover.

German and French
television crews have been to town. The district is embroiled in a federal lawsuit being watched by people at the highest levels of science and education.

And Dover residents have staked signs in their lawns to support one of two opposing groups in the May 17 school board primary; like welcome signs, they greet motorists as they drive toward the borough square on Main Street.

Even though 18 people are now running for seven board seats, a poll by a Harrisburg firm last year showed most residents weren't upset at their board about **intelligent design**; they just didn't like the media attention.

People who have never been to Dover seem to have an opinion about it.

Superintendent Richard Nilsen receives e-mails from Web groups with swear words in their names, telling him "what they think."

But Nilsen and the board's most outspoken member, Alan Bonsell, said most people only have part of the story. Dover is not **intelligent design**, the same way Columbine is not those two kids with guns, Nilsen said.

Bonsell, who owns C.R. Smith Radiator in West York, graduated from West York Area High but has since returned to Dover, where the Bonsell family has its roots.

His great-grandfather had the first Model T in town; his grandfather and father before him also served on the school board.

The York Dispatch (York, PA) April 20, 2005 Wednesday

**Spartan surroundings:** Nilsen works in an old gray cinderblock building, a renovated garage where the district still stores some of its lawn equipment.

If there wasn't a sign on the front of the building, people might drive by, thinking the administration offices of one of the nation's most controversial school districts was a municipal garage.

Nilsen's corner office is small and tidy. The key feature of his uncluttered desk is an open day planner with highlighted dates.

Neatly arranged photos line his windowsill; the window is one of several Bonsell's dad bought at an auction when he was on the board several years ago.

Nilsen's computer was one of several that the district's technology department rescued from a Dumpster.

Vandals broke into the high school and stole 20 new computers, then dismantled them to sell the parts. The district's insurance company didn't want the dismantled computers, so police threw them in a Dumpster. The district's computer experts pulled them out and put them back together.

Some pinkish-red mold grows on the wall above the window in Nilsen's office.

Coughing into his hand, Nilsen jokes that it doesn't bother him; it's just a sign the district has its priorities straight.

A moldy wall ranks behind students and taxpayers.

**Fiscal priorities:** Dover residents are likely going to be few of those in the county -- possibly in the state -- who don't face a tax increase this year. The tax rate will remain at 18.77 mills, or $1,877 for the owner of a home assessed at $100,000.

If it hadn't had to borrow from its savings last year, Dover would have given taxpayers a rebate this year, Nilsen said.

Some people have criticized the district and its board's frugal demeanor, but Standard and Poors has consistently listed the district as one the top in the state for quality of education for money spent per student.

Scores on the state's standardized tests have increased in the district, as have SAT scores. Pennsylvania System of School Assessment scores are above state average, although SAT scores are not.

The head of Dover's teachers union claims teachers are leaving because, according to the state teachers' union, Dover pays its teachers less than any other district in the county.

Nilsen said the district conducted a study --using exit interviews -- that showed only one out of four who left did so because they wanted more money.

Dover also leads the state for spending the least, per student, on administrators.

**New school:** And while building projects in many districts end up over budget and behind schedule, Dover Area High School's recent renovations were completed months early and more than $500,000 under budget. The $13.3 million project included renovation of all classrooms, new offices, seven science labs and auditorium upgrades.

Nilsen and Bonsell --who was drinking from a bottle of store-brand water -- claims the district is able to save money because the board and administration pay attention to the details, looking for little ways to save money and increase productivity.

And the school district takes it values out to the community.

A student who was suspended in Dover is likely going to spend his or her Saturday washing the fire department's trucks, instead of sitting in a class being guarded by a teacher.

[Suspension inspired one student to want to become a much-needed volunteer firefighter, Nilsen said.]

The York County Controller's Office lists Dover Area as having the second-lowest debt in York County. York Suburban -- whose real estate is valued at almost three times that of Dover -- has the lowest.

But Nilsen said the negative issues pertaining to intelligent design has "carried more weight" and overshadowed the accomplishments of a district that is trying hard -- and succeeding -- at giving students a quality education while considering those who have to pay for it.

The York Dispatch (York, PA) April 20, 2005 Wednesday

"That's what my Doverites know about Dover," he said. "People that know Dover are impressed with Dover."

-- *Reach Christina Kauffman at 505-5434 or ckauffman@yorkdispatch.com.*

**GRAPHIC:** Residents of Dover and surrounding areas voice their vote with political signs along busier roads such as E. Canal St. Photograph taken Tuesday, April 19, 2005

**LOAD-DATE:** April 20, 2005

43 of 179 DOCUMENTS

Copyright 2005 MediaNews Group, Inc.
The York Dispatch (York, PA)

April 21, 2005 Thursday

**SECTION:** TOP STORIES

**LENGTH:** 780 words

**HEADLINE:** Dover signs blasted

**BYLINE:** CHRISTINA KAUFFMAN<cm-bd> *The York Dispatch*

**BODY:**

Dover Township Zoning Officer Harry Smith Jr. says he has other things to do, being a busy man who just returned from a two-day state conference with other zoning officers.

But he'll spend most of his day today driving around the township handing out notices of zoning violations to property owners who are displaying political signs for incumbents in the Dover Area School Board race.

It might take part of tomorrow, too, he said.

Smith has been fielding some complaints from residents about the four-foot-by-eight-foot sheets of plywood bearing the names of seven sitting board members who are running in the May 17 primary.

It's pretty unusual for residents to send him letters, he said, so he he's going to have to make the signs his priority today.

"They just have really sprouted up all over the place," he said. "I'm sure some of them are in intersections and obstructing the line of sight and things like that."

The township's zoning ordinance says political signs can be no larger than four feet square.

Board members Sheila Harkins and Alan Bonsell, two of the seven candidates listed on the signs, said they don't think the township should have a problem with the size of the signs.

"I consider myself and others that have done it before grandfathered into the ordinance," Harkins said. "I have made sheets of plywood signs for close to 30 years."

"I don't think the township is going to complain because if the township went around and picked up all of the signs that are violating their ordinance they would need more than a tractor trailer," she said.

But Smith said he plans to send out notices, a warning that will result in a citation if the homeowner doesn't remove the sign.

This year, the race is hotly contested with nine candidates in favor and nine opposed to the teaching of the theory of intelligent design, which attributes the origins of life to a higher being. The board voted last year to include a statement about it in ninth-grade biology curriculum.

Eleven parents and the American Civil Liberties Union have filed a federal lawsuit to remove the statement.

The Rev. Warren Eshbach, spokesman for the seven-member political group opposing the incumbents, Dover CARES, said he doesn't care who's doing it, things should be done in a legal manner.

The York Dispatch (York, PA) April 21, 2005 Thursday

Candidate Jeff Brown, who is not affiliated with either group, said he would have to give the board the "benefit of the doubt" and assume they didn't know about the zoning ordinance.

But if they did, he thinks the township should "throw the book at them."

**A matter of words:** But it's not only the size of the sign that matters, Brown said.

What really bothers him is the fact that the signs are "not accurate."

"I think most people do know what the word 're-elect' means," he said.

The signs read "re-elect our school board," although voters never elected five of the seven. The board appointed the other five when other board members, such as Brown, resigned.

Only Bonsell and Harkins were actually elected to their first terms.

One candidate, James Cashman, was just appointed March 7. By the May 17 primary, he will have about 70 days experience.

Larry Snook, a Dover resident who served on the board from 1991 to 2002, said he thinks the signs are "an illusion to lead the taxpayers, the voters in the district, to believe they are 're-electing' a board."

"The reality is that these five were hand-picked because they have views that coincide with the school board," he said.

Eshbach said he hopes that the voting constituency would "be wise enough to know" who has and hasn't been elected before.

He said that incumbents have an advantage over those seeking office for the first time, so the "play on words" might work to the board's advantage.

But Harkins and Bonsell said they've got their words straight.

"My definition for re-elect is to vote into office someone who is already serving," Harkins said.

"Re-elect, I believe the definition is to elect to another term," Bonsell said. "They [the five who were appointed] would be elected to another term. It is true. The community elected the board and the board elected these people to fill out the term. We appointed them but we took a vote. They are serving a term. If we would have appointed them, we wouldn't have had to vote on it. The definition of re-elect is to elect to another term. Everything about it is correct."

According to Webster's Third International Dictionary, re-elect is "to elect for another term in office." Elect: "to select [a person] for political office by vote."

*-- Reach Christina Kauffman at 505-5434 or ckauffman@yorkdispatch.com.*

**LOAD-DATE:** April 21, 2005

42 of 179 DOCUMENTS

Copyright 2005 MediaNews Group, Inc.
The York Dispatch (York, PA)

April 22, 2005 Friday

**SECTION:** TOP STORIES

**LENGTH:** 773 words

**HEADLINE:** Callers threaten boycotts in Dover

**BYLINE:** CHRISTINA KAUFFMAN<cm-bd> *The York Dispatch*

**BODY:**

Ahmed Ibrahim just wants to serve meat loaf and mashed potatoes to Dover residents. He doesn't want to be involved in their politics, he said.

Ibrahim moved to Dover Township about three months ago, after he and a business partner bought the Dover Diner, 3050 Carlisle Road; he doesn't know the background of political groups such as Dover CARES or Citizens for an Intelligent Choice.

So when a resident asked if he minded if he put a Dover CARES sign in front of the restaurant, he said he didn't care.

He said he really didn't even know what the sign stood for until he received an anonymous call from a woman claiming to represent a local church -- a key issue in the board race is the teaching of **intelligent design** in the biology curriculum, a theory some say is a kin
of creation theory.

Ibrahim said the woman said she would organize a boycott of his restaurant if he didn't take down the sign.

Another caller was loud and using obscenities, he said.

That was last Thursday or Friday.

The calls continued for a couple of days, for two hours straight one time.

"Every 15 minutes," said Ibrahim, 29. "Most of the time I hung up."

There were little boys who said they were going to boycott the restaurant Sunday mornings.

But last Sunday morning, the parking lot was full as usual.

"I did take them [the signs] down because I don't want no trouble, you know what I mean," he said. "I have no idea with both of them. I don't go with this."

Victoria Reiber, co-chair of Dover CARES, said that her group was told in confidence by two other businesses that "they received a phone call saying either our signs should be removed or they would be boycotted."

"I think threatening a business owner displaying a Dover CARES sign is outrageous and dirty politics," she said. "It's intimidation. I feel that it's dirty politics."

The York Dispatch (York, PA) April 22, 2005 Friday

Reiber said a local business owner --who did not want to be identified -- told members of Dover CARES at a chicken barbecue last Saturday about a similar phone call he received from a group claiming to be from Rohler's Assembly of God.

Three other Dover business owners have reported to The York Dispatch that they also received calls from people claiming to be from the church. The business owners said they were told the people would encourage a boycott of their businesses if the Dover CARES signs were not removed.

Because of fear of repercussions, those business owners did not want to be identified publicly.

**'People have the right':** The Rev. Edward Rowand is pastor of Rohler's Assembly of God. He was appointed to the board in December and is running for election in November's race, on a ticket opposed by CARES.

"I think people have the right to boycott an establishment if they have a conviction that is different than theirs," he said.

He said, for example, one business put a Dover CARES sign on its property but did not allow the board's group to post their sign; the business would not discuss the issue publicly.

Rowand said he does not know who is calling the businesses, or if they are even from his church, but that people do "have that right if they choose."

Rowand said no businesses have contacted him about the calls. None of the businesses have reported the threats to police. Ibrahim said it was because he didn't want any trouble.

Neither Northern York County Regional Police Chief Carl Segatti nor York County elections director John Scott have received complaints about the sign issue.

Segatti said his office would investigate certain complaints, such as harassment claims, but it would not deal with election-law violations. While the state election code does prohibit certain kinds of intimidation and threats, statutes do not directly address boycotts.

Board president Sheila Harkins, who is running for re-election, said the calls are not coming from the seven incumbent board members' campaigns, and she doesn't condone the tactics.

"I think competition is great," she said. "I encourage the competition. But I don't like this threatening. I don't like this at all."

She said there has been "political warfare on both sides," and that some people -- though she could not provide their names -- have been threatened because they have the board's signs on their property.

She said she would encourage businesses to display both signs "if they so choose."

Candidate Jeff Brown is not a member of either group, but he said he is disappointed anyway.

"These aren't my signs that are being threatened, but I just don't like that kind of tactic by anybody."

-- *Reach Christina Kauffman at 505-5434 or ckauffman@yorkdispatch.com.*

**LOAD-DATE:** April 23, 2005

Print Results


factiva.

**Dow Jones & Reuters**

MAIN
**Signs of tension are surfacing in Dover; Political signs in the emotional school board race are criticized for their size, content and stance.**
JOSEPH MALDONADO
York Daily Record
734 words
22 April 2005
York Daily Record
1
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Early last week, a customer asked Ramsey Shoukry, owner of the Dover Diner, if he would mind putting up a sign supporting the Dover Area School Board candidates from Dover CARES. Without much thought, Shoukry said yes.

"I really don't know that much about school board politics," he said. "But the request seemed simple enough."

A couple of days later, on April 13, his hostess, Lindsey Sudik, took a call from a woman who said if Shoukry didn't take down the sign, she would organize picketers and a boycott against his restaurant.

"I'm a new business and don't want any problems with anyone," Shoukry said. "So I took the sign down that night."

A representative from another Dover Township business confirmed that it received a similar call, but the person did not want to be identified and declined to comment further.

"I was just trying to be polite with one of my customers," Shoukry said. "But I can't afford to be that polite."

The Dover CARES signs, which promote a group of seven people Bernadette Reinking, Terry Emig, Bryan Rehm, Rob

McIlvaine, Judy McIlvaine, Larry Gurreri and Patricia Dapp running for Dover Area School District school board seats, aren't the only ones causing problems with some businesses and residents.

The candidates from Dover CARES, which stands for Citizens Actively Reviewing Educational Strategies, say they have a number of concerns about the district's schools. But a hot-button issue in the district is the current board's decision to include **"intelligent design"** theory" in the high-school biology curriculum, a decision that has been criticized by the Dover CARES slate.

Some of the election signs in Dover seem to hint at the issue, stating that a vote for the current school board is an "intelligent" choice.

Signs promoting the current school board reportedly have sparked emotional responses, just as the

Print Results

Dover CARES sign at Shoukry's diner did.

James Cashman, a current member of the school board, said he heard that a restaurant he frequents received a call from a customer who said he or she wouldn't eat at the restaurant anymore if the establishment didn't take down a sign supporting the current board.

Dover Township's zoning officer, Harry Smith Jr., said he spent the better part of Thursday checking to see if signs comply with township ordinances.

He said no political sign can be larger than 4 square feet. By Thursday afternoon, he said the number of signs in violation of that rule had not quite exceeded 20.

"But I haven't been through the whole township yet," he said.

He also said some signs were in violation for other reasons, but he didn't have access to his notes and couldn't elaborate.

Former school board member Larry Snook was upset with the current school board's signs for a different reason.

"The signs say re-elect," Snook said. "Many of the names on the signs weren't elected in the first place. They were appointed by the existing board."

The names on the signs to which Snook referred are Alan Bonsell, James Cashman, Sheila Harkins, Sherrie Leber, Eric Riddle, Edward Rowand and Ronald Short. Cashman, Leber, Riddle and Short were appointed late last year to replace Noel Wenrich, Casey and Jeffrey Brown and Angie Yingling, all of whom resigned.

Jeffrey Brown said he was disappointed that churches were putting up political signs as well. Federal law prohibits churches, and all tax-exempt charitable organizations, from giving partisan support to political candidates.

The Dover Assembly of God had three signs in front of its property endorsing the current school board. One listed all of the candidate names.

Yvette Sprouil, wife of the church's pastor, said she was unaware of the law.

"We didn't put the signs there," she said. "But if it turns out that they are causing us to break a law, we will take them down."

As far as local rules are concerned, Smith said he would soon mail warnings to those displaying signs that violate township ordinances.

"If the problem is not corrected in a reasonable time, the fine could be as much as $500 a day," Smith said.

Document YKDR000020050423e14m0002b

Print Results

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

41 of 179 DOCUMENTS

Copyright 2005 MediaNews Group, Inc.
The York Dispatch (York, PA)

April 22, 2005 Friday

**SECTION:** TOP STORIES

**LENGTH:** 236 words

**HEADLINE:** About the school board race

**BODY:**

Two groups of candidates, plus four others who are unaffiliated, are vying for seven open seats in the May 17 primary for Dover Area School Board.

Dover CARES, Citizens Actively Reviewing Educational Strategies, has a slate of seven candidates who are not opposed to **intelligent design**, but think it should not be introduced in a science class. They think it should be discussed in a class such as comparative religion or sociology.

Those candidates are: Larry Gurreri, Patricia Dapp, Bernadette Reinking, Terry Emig, Bryan Rehm, Rob McIlvaine and Judy McIlvaine.

Rehm is one of 11 plaintiffs in a federal lawsuit against the incumbent board, whose two highest ranking members, president Sheila Harkins and vice-president Alan Bonsell, voted to include a statement about **intelligent design** in the ninth-grade biology curriculum.

Harkins and Bonsell are seeking re-election on a ticket that includes five board members recently appointed to fill vacancies caused by resignations. They are: Sherrie Leber, Ron Short, Eric Riddle, James Cashman and the Rev. Edward Rowand.

A group called Citizens For An Intelligent Choice has endorsed the incumbents.

Four candidates are not affiliated with either group. Angie Yingling and Jeff Brown are former board members who resigned, saying they were opposed to teaching **intelligent design** in science class. Mike Arnold and Alina Kline side with the current board.

**LOAD-DATE:** April 23, 2005

Print Results


factiva.

Dow Jones & Reuters

LOCAL
**Dover hosts speaker on evolution; Professor defends intelligent design**
JOSEPH MALDONADO
York Daily Record
657 words
24 April 2005
York Daily Record
1/09
English

Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

At 9 a.m. Saturday, only about a dozen members of the community sat in the auditorium for a program commemorating the rededication of Dover Area High School.

Two hours later, about 100 people were on hand for the district's biology seminar on **intelligent design**.

The guest speaker was Michael Behe, a professor of biological sciences at Lehigh University in Bethlehem who has authored "Darwin's Black Box: The Biochemical Challenge to Evolution" and has published more than 40 scientific papers.

,ehe made five points why **intelligent design** the concept that life is too complex to have been evolved solely through natural selection and must have been created by an intelligent designer was a better explanation for

the biological world's existence.

The Dover district is believed to be the first public school district in the country to require that **intelligent design** be mentioned in a science class. Ninth-grade biology students heard a statement about the concept during a class period in January.

Darwin wrote that all forms of life were, in part, the result of numerous, successive slight modifications. But Behe said there are some biological systems, such as those pertaining to bacterial flagellum and blood clotting, which could not have evolved on their own.

The systems are so complex, he said, that no one part could have worked or survived without all the parts associated with it today. The concept is called irreducible complexity.

Behe, who said he was a Christian, also said he has no trouble accepting that the universe may have begun with a bang some 13 billion years ago. But he can accept this only if the igniter of the bang did so with a plan to get life to where it is today.

'e also said he believes there is enough DNA evidence to support the idea that life could have come .rom a single source and that life is changing to meet the demands of a changing environment.

But, he said that may mean that God, or the designer, is creating through a "secondary means."

"Natural selection does a whole lot," Behe said. "But the question is, can it be extrapolated into verything?"

Kyle Cunningham, a professor of genetics at Johns Hopkins University, made the trip from Baltimore to hear Behe speak. The former Dallastown Area School District student said he's been reading a lot about **intelligent design**, and it troubles him.

"The ID movement is not about enlightenment," Cunningham said. "It's about creating confusion in an effort to ultimately remove evolution from the classroom."

During a question-and-answer period, he asked Behe how he reconciled evidence suggesting that DNA is in a constant state of evolution.

"Through DNA sequencing, we can see similarities between organisms, and there are some good indications that we all have a common (ancestor)," Behe said. "But there is still nothing to suggest how all of this came about."

The Rev. Chad Rimmer of Union Lutheran Church in York asked Behe if he really believed that high-school biology was the best place to introduce young people to **intelligent design**.

Behe said yes because there is more evidence for a designer than for evolution. He also said the controversial nature of **intelligent design** would stimulate students into a discussion they would find interesting. In Dover's statement, however, the district said it "leaves the discussion of the Origins of fe to individual students and their families."

Cunningham said he got the impression that Behe believes everything that evolution teaches except what really took place during the universe's first moments.

"If that's what it comes down to, that's a philosophical question, not a scientific one," said Rimmer, who has a biology degree from the University of North Carolina. "So take the discussion out of science and place it where it belongs, in philosophy."

Document YKDR000020050428e14o00012

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

‘Print Results



factiva...

**Dow Jones & Reuters**

MAIN
**DOVER CANDIDATES FACE OFF; 18 hopefuls weigh in on issues; Forum rules forced candidates to discuss topics other than intelligent design.**
LAURI LEBO and JOE MALDONADO
York Daily Record
1,114 words
26 April 2005
York Daily Record
1/07
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

It's the subject of a federal lawsuit, it's divided the community and it was the reason three school board members resigned, but at Monday's Dover Area School Board candidates forum, **intelligent design** was the 500-pound gorilla in the room that most everyone tiptoed around all night.

"**Intelligent design** is probably one of the reasons there are 18 candidates involved here," said Angie Yingling, one of the few candidates who addressed the topic openly.

Rather than discuss an issue that 89 percent of likely voters said in a random telephone poll taken in January was either very or somewhat important in terms of influencing their votes, the 18 candidates ring for seven seats on the board limited most of their remarks to property taxes, improving education and teachers' salaries.

The Dover Area High School PTO, which hosted the event along with the district's other parent-teacher organizations, wanted to give district residents a chance to learn the candidates' views on subjects other than **intelligent design.** So its members asked residents to keep their questions to subjects other than **intelligent design.** "When that issue is resolved, there will still be issues of running a school board," said PTO representative Suzanne Becker. "We wanted to get people of two different sides to get together and talk."

However, candidates were permitted to talk about the debate during their opening and closing statements.

Seated at a table that spanned three-quarters of the length of the high-school auditorium stage, the candidates also talked about Act 72, the state's property tax-reform plan.

Most of the candidates said they haven't yet made up their minds on the plan, which would supplement property-tax money with state gambling dollars, but board member Ed Rowand said he opposes Act 72 because he opposes gambling.

For the most part, the incumbents touted the district's improving test scores and keeping spending low. And most of their opponents said not enough was being done to improve communication between the board and district residents.

Candidate Bryan Rehm said that at school board meetings within the past year, "people have been

Print Results

called names or told to sit down. I think that's a problem."

For the most part, the forum never became a debate. The only forceful exchange was between Rehm and school board President Sheila Harkins over the subject of the high-school construction project.

Rehm criticized the previous school board for failing to plan for future district growth. Harkins disputed his claims and said the school is only two-thirds full.

School board member Alan Bonsell, a staunch **intelligent design** supporter, spoke of the importance of "character-based education."

Larry Gurreri, one of seven candidates backed by Dover CARES (Citizens Actively Reviewing Educational Strategies), which opposes **intelligent design** in science class, said "something is broken in Dover, and there are two or three different sides."

He said he hopes to help different sides come together.

In October, the school board voted to revamp its biology curriculum to require **intelligent design** the idea that life is too complex to have evolved solely through natural selection and therefore must have been created by an intelligent designer to be mentioned along with evolutionary theory.

In December, 11 parents, including Dover CARES candidate Rehm, filed a First Amendment lawsuit against the district saying the requirement violates church and state issues.

n the **intelligent design** issue, the candidates for Dover Area School Board are evenly split on the issue nine support it and nine are against.

Yingling voted with the majority of the school board in its 6-3 vote in favor of the concept but said she has since changed her mind.

The seven school board members up for election all support **intelligent design**. They are Sherrie Leber, Ron Short, Eric Riddle and James Cashman, Bonsell, Rowand and Harkins.

The other two **intelligent-design** supporters running for office are Alina Kline and Michael Arnold.

Short was the only school board member to discuss **intelligent design**. In his opening remarks, he said, "There are many scientific theories and hypotheses that require faith. And evolution is one of them."

Candidate Jeff Brown, who, like Yingling, resigned over the board decision, said he predicted the lawsuit, which he fears will be costly to the district.

"Quite frankly, I hope I'm not right about that," he said.

In addition to Yingling and Brown, the seven Dover CARES candidates Rehm, Gurreri, Bernadette einking, Terry Emig, Rob McIlvaine, Judy McIlvaine and Patricia Dapp all oppose the teaching of **intelligent design** in science class.

- Print Results

Judy McIlvaine said the board missed an opportunity to help students learn critical-thinking skills by not putting the subject of **intelligent design** into a class other than science, so the students would be free to talk about it and ask questions.

As Michael Neff paid close attention to the candidates, he kept score using the agenda that had been given to all who attended. By the end of the evening, his score card had him leaning toward the newer candidates running for the board.

"I didn't really know who some of the candidates were," he said. "But I know where all of them stand now."

Like Neff, Eldon and Mary Brown were on the fence at the start of the evening. But after the program ended, said they felt a nudge toward voting for new members.

"I think we need a new board," said Mary Browning. "They (the current board) bragged about how much they did for the high school. But I look around, and I don't think they did much at all."

Sharon Witmer said she could see her vote being split between current board members and the new candidates.

"It would be nice to have a board with different opinions," Witmer said. "Problems get solved better that way when there is more discussion."

Before the program, Witmer said she wasn't sure how she was going to vote.

"But I've pretty much formed my voting opinion tonight," she said.

Reach Lauri Lebo at 771-2092 or llebo@ydr.com.

PIC: DAILY RECORD / SUNDAY NEWS BIL BOWDEN

Ed Rowand makes a point and Bryan Rehm, center, looks on as the other 16 candidates for Dover Area School Board await their turns to speak during Monday night's forum. Though one candidate said the reason 18 candidates are running is the heated debate over **intelligent design**, candidates had little to say on the subject during the forum.

Document YKDR000020050427e14q0001k

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Copyright 2005 MediaNews Group, Inc.
The York Dispatch (York, PA)

April 26, 2005 Tuesday

**SECTION:** HANK MERGES

**LENGTH:** 567 words

**HEADLINE:** Domestic violence a hidden scourge here

**BYLINE:** HANK MERGES, *Dispatch*

**BODY:**

You see reports about crime and racism in the news all the time. Rarely do you see references to domestic violence.

Yet, domestic violence may be the greatest scourge of all, the hidden scourge in York County.

The latest numbers from Access-York make the point:

---176 new adult victims in January and February, added to 165 already on the rolls.

---26 new children, on top of 114 already being served.

---68 cases involving emergency shelter.

Shameful!

--

Almost one in every three science teachers feels pressure to include creationism, **intelligent design** or other alternatives to evolution in their classes, according to the National Science Teachers Association.

--

Catholic church leaders in the area are actively seeking the victims of sexual abuse by persons representing the church.

Alleged victims may get details from the Web site, www.victim-outreach.com, or call 1-800-626-1680.

The church "promises a pastoral and effective response and assistance toward spiritual and emotional growth and healing."

--

Hundreds will join the March of Dimes' WalkAmerica along the Heritage Rail Trail on Sunday, a project that raises funds supporting studies probing the cause of health problems associated with premature births.

Walkers will gather at the Indian Rock Elementary School and step off in groups at 9 and 11:30 a.m.

**Bill Hewitt**, this year's chairman, says details are available at 741-9818 or 1-800-525-WALK.

--

York Water Company is ready for the next drought now that it has completed construction of a 15-mile pipeline from the Susquehanna river to Lake Redman.

--

--

Children from North Hills Elementary School will gather 9:30 a.m. Friday at Stonewood Park to mark Arbor Day, an educational experience arranged by Springettsbury Township, Heritage Lawn & Landscape Care, and American Tree Experts. Tree planting, tree surgery and a nature walk are on the agenda, says **David Wendel**, director of Springetts Parks and Recreation.

The York Dispatch (York, PA) April 26, 2005 Tuesday

--

Proceeds from Saturday's upcoming Lady White Rose, a 5-K downtown run starting at 9 a.m. at the YWCA, will benefit the organization. For details, contact race directors **Krista Darr**, 428-3336, **Beth Bulik**, 848-3207, or **Carolyn Darr**, 741-3693.

--

New Eagle Scouts ...

---**Christopher Storm**, Troop 102, St. Paul's, Hanover ... son of **John and Melissa Storm**. Project: Built birdhouses for senior citizens at Grace UM Church.

---**Matthew Cromer**, Troop 110, First Methodist, Hanover ... son of **Scott and Deb Cromer**. Project: Constructed walkway in Penn Township Community Park.

--

Citizens are invited to make their voices heard at a meeting of the Springettsbury Township Comprehensive Plan Committee at 7 this evening in Central Middle School.

--

Potpourri ...

---"Dine Out With Access-York" ... 6:30 p.m. tomorrow and Thursday at the Culinary Arts Center.

---Springetts Sertoma ... basket bingo, 6 p.m. Friday at York Catholic.

---Housing Council of York Art Auction ... 7 p.m. Friday at Junior Achievement.

---Spring Fair Yard Sale ... 9 a.m. Saturday ... chicken BBQ, 11 a.m., Eastminster Presbyterian Church.

---Spaghetti Dinner ... 5 p.m. Saturday, First Presbyterian.

*Columns by Hank Merges, a local writer, appear Tuesday and Thursday in The York Dispatch. Reach Hank at hmerges@yorkdispatch.com or 854-1575.*

**LOAD-DATE:** April 26, 2005

38 of 179 DOCUMENTS

Copyright 2005 MediaNews Group, Inc.
The York Dispatch (York, PA)

April 26, 2005 Tuesday

**SECTION:** TOP STORIES

**LENGTH:** 1419 words

**HEADLINE:** Discourse in Dover

**BYLINE:** CHRISTINA KAUFFMAN<cm-bd> *The York Dispatch*

**BODY:**

http://media.mnginteractive.com

The good news: there are 18 candidates. The bad news: there are 18 candidates.

Terry Madonna offered that observation as he opened last night's school board candidate night held by the Dover Area High School Parent-Teacher Organization.

He's a seasoned public affairs professor and director of the Center for Politics and Public Affairs at Franklin & Marshall College in Lancaster. But he's never dealt with so many candidates before, he said.

Lined up in alphabetical order, they filled the entire length of the high school stage, and they span about three generations and several schools of thought.

Candidate Angie Yingling claims it is the most hotly contested election in Dover since her family settled there in 1710.

Local businesses have reported threats of boycotts over their choices of political signs. And the issue that sparked it all --the board's inclusion of **intelligent design** theory in the high school biology curriculum -- has brought Dover international attention.

But most of the discussion last night dealt with communication and teachers, not **intelligent design**. And by the end of the two-hour session, Madonna was congratulating the candidates for conducting their "discourse" civilly.

**Format and introductions:** Madonna allowed the candi-
dates two minutes each to introduce themselves, 45 seconds each to answer questions and a minute-long final statement.

Most used the introduction to tell the audience about themselves.

Mike Arnold has two kids at Leib Elementary.

Alan Bonsell has held the same job for 21 years.

Jeff Brown used his time to dispel what, according to him, is a widely-believed rumor that he's an atheist. He said he's not a quitter, either, and that's why he's running to get return to the board he resigned from.

James Cashman and his wife used to homeschool their kids, but they believed in Dover enough to re-enroll four of the five in public schools.

Patricia Dapp works for a not-for-profit agency, so she's sure can help "bridge the gap" between the schools and the community.

The York Dispatch (York, PA) April 26, 2005 Tuesday

Terry Emig said he's just a regular guy with no college degree who cares about kids. His two sons are in Dover schools. He's president of the Optimist Club of West York.

Larry Gurreri said he feels like something is "broken" in Dover. He wants the community and the board to put it back together as a team.

Sheila Harkins has been involved in Dover Area schools for about 30 years, starting when her daughter began school.

When Alina Kline was a student at Dover Area High School a few years ago, she was the board's student representative. As a recent graduate, she thinks she'll offer "a fresh analysis."

Sherrie Leber has lived in the district for 13 years and has a child in the Intermediate School.

Judy McIlvaine, looking over the crowd, said she's inspired that so many people would come out in the interest of education.

Her husband, Rob McIlvaine, is also a candidate. He's in the manufacturing business.

Physics teacher Brian Rehm taught at Dover's high school for two years. He said things are different when you see them "from the inside." Teachers aren't being helped to do their best, he said.

Bernadette Reinking said she is interested in cost containment and the budget, but children should be the top priority.

Eric Riddle was appointed last December. He said he thought it was his civic duty to add stability to the board because people were resigning. He quoted the Gettysburg Address.

The Rev. Edward Rowand moved to the area 10 years ago. He said his three children have attended Dover schools; their experiences have been "simply outstanding."

Ron Short said **intelligent design** will broaden the education at the high school.

Yingling said she doesn't want to pay legal expenses for a lawsuit over **intelligent design** when the money could be spent on education. She graduated on "this stage" 29 years ago.

**Act 72:** Audience members submitted questions. The first topic was Act 72.

Heralded by Governor Ed Rendell as a program that would considerably cut property taxes, the bill was passed in tandem with the law that legalized slot machines and proposes to use some of the proceeds to reduce property taxes.

The bill has been ill-received, due in part to a "back-end referendum" that would allow taxpayers to vote on tax increases that exceed the cost of living increase.

Districts must choose by May 30 whether to join in. Only two candidates -- Yingling and Brown -- said they would do so.

Yingling said she would support riverboat gambling, too. Elderly people need the relief, she said.

Brown said it may be a "lousy law," but it's the only law for tax relief that people have right now.

Arnold said that he would vote "no" if he had to vote right now. He said the law's intention is good, but there need to be amendments to address problems.

Riddle said the law is so confusing, it's like "voodoo economics." He was one of 15 candidates who said they are still evaluating the law's potential impact on Dover.

**Intelligent design:** Some members of Dover CARES -- a seven-member slate that doesn't think **intelligent design** belongs in the biology curriculum -- said the board did not give the community enough information about Act 72.

Board members, in rebuttal, said they held one informational session for residents and are planning another.

**Teachers:** According to the Pennsylvania State Education Association, Dover's teachers are the lowest paid in the county, and negotiations have been bitter to replace the contract that expires this year.

Arnold said the teachers' contract was the main reason he decided to run. Teachers are leaving because the pay is poor, he said.

The York Dispatch (York, PA) April 26, 2005 Tuesday

Bonsell said teachers also receive benefits, and health care costs for the district have increased more than 50 percent in the past three years.

Brown said not many taxpayers in Dover receive benefits as good as teacher dos'.

Cashman, Kline and Leber said merit pay should be put in place to boost salaries. It is already used with administrators, Cashman said. He said the teachers should come forth with their contract so negotiating can begin.

Dapp said district salaries should be competitive with neighboring districts and that the district should invest in teachers.

Emig and Gurreri said the board should exchange a contract with the teachers. Gurreri said teachers should be paid well if the district hopes to retain them.

Harkins is not participating in negotiations because her daughter is a member of the teachers union. But she said negotiations with support staff are going well because both sides aren't "all lawyered up."

Judy McIlvaine and Rehm said the pay isn't the only problem teachers have; teachers also leave because there is a negative atmosphere and lack of communication from administration and the board.

Rob McIlvaine and Reinking said there must be mutual respect and civility between the two parties before the negotiations are successful.

Riddle said that test scores are good, and that turnover is "a fact of life."

Rowand said teachers have done a good job but they should submit a contract first.

Short said the district can't afford to pay the teachers as much as other districts because they collect less money per mill of taxes than other districts.

Yingling said that while the district might want to increase salaries, it would be impossible for a rural area to compete with the salaries offered in more urban schools.

**Public input:** Yingling, Reinking, Judy McIlvaine, Rob McIlvaine, Rehm, Gurreri, Emig, Dapp and Brown said the board needs to increase communication with residents.

Residents were upset earlier this year when the board discussed limiting public comment to agenda items.

The board never put that policy in place, but Rehm said some have been "called names and told to sit down" and not been treated fairly.

The candidates suggested periodic resident surveys, forming resident task forces, inviting public speakers and engaging in more public discussions at meetings.

Bonsell, Cashman, Harkins, Kline, Leber, Riddle, Rowand and Short said they the board has tried to reach out to the community by improving its Web site and sending out newsletters.

Bonsell said there are times when the board reaches out to the community and the residents don't become involved: only 12 attended a high school open house Saturday.

-- *Reach Christina Kauffman at 505-5434 or ckaufffman@yorkdispatch.com.*

**GRAPHIC:** Dr. G. Terry Madonna of Franklin & Marshall College in Lancaster gestures to the Dover School Board candidates while moderating "Meet the Candidates" Night, Monday April 25, 2005. All 18 candidates running for the Dover Area School District Board of Education participated in the event, sponsored by the recently formed Dover High School Parent-Teacher Organization and other PTO's in the district.

**LOAD-DATE:** April 26, 2005

Print Results

 **factiva**™

Dow Jones & Reuters

MAIN
**CANDIDATES' VIEWS**
York Daily Record
488 words
26 April 2005
York Daily Record
1/07
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Here's what the candidates for the Dover Area School Board had to say during Monday night's debate:

Michael Arnold

I'm not involved in this for the **intelligent design** issue. (The board's) main job is to ensure a quality education for our kids. We also need to provide and secure quality teachers.'

Alan Bonsell on upcoming teachers' salary negotiations

'ealth-care costs are up 50 percent over the last three years. I also believe we need a merit pay ystem to ensure the best teachers get paid more.'

Jeff Brown

Last year in November, I resigned over the **intelligent design** issue. I felt then and now that we would be sued and lose. I haven't been proven wrong on both yet.'

James Cashman on upcoming teachers' salary negotiations

The best teachers should be paid the best. But unfortunately, the system doesn't always allow for that.'

Patricia Dapp on keeping taxes down

We need to work with the legislature to ensure more equitable funding.'

Terry Emig on upcoming teachers' salary negotiations

Both sides still need to exchange proposals.'

arry Gurreri on Act 72

The state shoved something down our throats before we were ready for it.'

Print Results

Sheila Harkins on Act 72

. would favor putting it on a ballot as a referendum, though that could make opting in automatic.'

Alina Kline

We need a fresh analysis of the educational process in the district.'

Sherrie Leber

I'm running to enhance the progress the board and administration have made over the past three years.'

Judy McIlvaine on upcoming teachers' salary negotiations

We need to go into negotiations with an atmosphere based on trust. Then we can all just lay our cards out on the table.'

Rob McIlvaine

Manufacturers place an emphasis on skills, which relate to good academic preparation. I am committed to this issue.'

Bryan Rehm on upcoming teachers' salary negotiations

Our teachers aren't looking to be the best paid. According to a recent exit poll, only one in four left over money. So why are we starting negotiations with lawyers?'

Bernadette Rienking on upcoming teachers' salary negotiations

Teachers need to feel trusted and heard. There needs to be transparency in negotiations.'

Eric Riddle

It's my civic duty to help however and wherever I can. I'm pleased with the direction the board is taking. The board has done an excellent job the last few years.'

Ed Rowand on upcoming teachers' salary negotiations

The way I read the law, those with a contract need to submit a proposal. It's hard to negotiate without that.'

⎯ on Short

There are many scientific theories and hypotheses that require faith. Evolution is one of them.'

Print Results

Angie Yingling

he **intelligent design** issue is why I believe there are 18 candidates here tonight. I don't want to pay the legal fees, and I don't think the community does, either.'

Document YKDR000020050427e14q0001n

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Case 4:04-cv-02688-JEJ   Document 238-2   Filed 09/30/05   Page 40 of 100

37 of 179 DOCUMENTS

Copyright 2005 MediaNews Group, Inc.
The York Dispatch (York, PA)

April 28, 2005 Thursday

SECTION: TOP STORIES

LENGTH: 332 words

HEADLINE: No end to Dover impasse

BYLINE: CHRISTINA KAUFFMAN<cm-bd> *The York Dispatch*

BODY:

Little progress was made at a third negotiation session between the Dover Area teachers' union and the school board last night.

Neither party submitted a proposed contract, and the district's lawyer indicated the case may end up in court.

The Dover Area Education Association's current pact expires in June.

Clinton Gibbs, a representative with the Pennsylvania State Education Association who is negotiating for the union, said the board should present a proposal at the same time teachers present their proposal to the board.

The school board wants a proposal first from the union, which represents the 220 teachers.

**Several issues:** One of the apparent issues is pay. According to the state teachers' union, Dover's teachers are the lowest paid in the county.

Relations have apparently been uneasy for a while. Teachers have said there was contention between the board and the union even before the board decided last year to add a statement about **intelligent design** to the science curriculum, against the science department's recommendations.

The theory of **intelligent design** attributes the origin of life to a higher being.

**Lawsuit?** Attorney Charles Sweet, who was hired to handle negotiations for the board, said board members have authorized him to file a suit with the state's Labor Relations Board because the teachers haven't given the board their proposal.

Sweet said the teachers are engaging in unfair labor practices by not submitting their proposal first.

He cited a 1995 case in Blairsville-Saltsburg School District in Indiana County when the teacher's union didn't give a proposal to the board after three bargaining sessions.

"This is number three," Sweet said.

Gibbs said the teachers are within their legal boundaries to request that the board present their proposal at the same time.

If the board files a complaint, the union will counter-file, he said.

-- *Reach Christina Kauffman at 505-5434 or chauffman@yorkdispatch.com*

The York Dispatch (York, PA) April 28, 2005 Thursday

**LOAD-DATE:** April 28, 2005

33 of 179 DOCUMENTS

Copyright 2005 MediaNews Group, Inc.
The York Dispatch (York, PA)

May 3, 2005 Tuesday

**SECTION:** LOCAL NEWS

**LENGTH:** 550 words

**HEADLINE:** Student essays tackle today's issues

**BYLINE:** By JACK SHOLL , *For The York Dispatch*

**DATELINE:** Two essays on the topic

**BODY:**

The debate raging in Dover over the teaching of intelligent design has drawn attention from yet another quarter: High school students competing in the York County Bar Foundation's annual essay contest.

and a third on punitive damage awards -- took top honors yesterday in this year's contest.

More than 100 students submitted essays in the contest to encourage youths to think about current social and legal issues and express their views on them.

The top prize winner was Sarah Erdlen, an 11th- grader from York Catholic High School, who wrote on "Is teaching creationism or intelligent design in public high school a violation of the First Amendment requirement of separation of church and state?

Erdlen, along with second-place winner Adam Beck, also a York Catholic 11th-grader, and third-place winner David Etter, a senior from Dallastown Area High School, were among a number of students and individuals recognized by the foundation at its Law Day 2005 luncheon yesterday at the Yorktowne Hotel.

More than 50 county attorneys, judges and guests attended.

Erdlen, in her essay, argued, "The teaching of creationism or intelligent design in public high school does not violate the First Amendment's requirement" but should be taught in "a philosophy or world religion class," not in a science class.

"As long as intelligent design is not the only theory taught in a philosophy class, no violation of the First Amendment has occurred," she wrote

Etter's essay also addressed the issue of the separation of church and state.

Referencing U.S. Supreme Court decisions, he argued, "Teaching creationism and intelligent design should remain out of public schools."

He concluded "it violates laws set forth by our forefathers who wished for complete religious freedom" and its teaching should "remain in church."

Paula Knudsen, staff attorney for central and northern Pennsylvania for the American Civil Liberties Union of Pennsylvania, who is involved in a lawsuit challenging the teaching of intelligent design in the Dover Area School District, was the guest speaker at the luncheon.

The York Dispatch (York, PA) May 3, 2005 Tuesday

She said that one positive aspect of the Dover suit is that no matter where one stands, the debate affirms the First Amendment right to free speech in America because it "increases conversation and a person's ability to talk about a controversial issue.""

Beck, meanwhile, argued that limiting jury awards to the injured would not solve "the current crisis in our courtrooms regarding tort litigation."

"Civil litigation," he wrote, "with the threat of large, but just, penalties, serves as a check on American corporations and gives consumers a weapon with which to battle."

Beck said he plans to go into law school, most likely pursuing a career as a public prosecutor. Etter plans to major in education. Erdlen, while still formulating career plans, doesn't necessarily plan a career in law. But, she said she likes "the public speaking" part of the profession.

A panel of bar association members, chaired by attorney Susan Docktor, judged the essays on originality, style and clarity.

Students were given five questions as possible topics for their essays. The winners received savings bonds as part of their awards: $300 to Erdlen, $200 to Beck and $100 to Etter.

**LOAD-DATE:** May 3, 2005

32 of 179 DOCUMENTS

Copyright 2005 MediaNews Group, Inc.
The York Dispatch (York, PA)

May 3, 2005 Tuesday

**SECTION:** LOCAL NEWS

**LENGTH:** 685 words

**HEADLINE:** Budget issues in Dallastown

**BYLINE:** JANA BENSCOTER<cm-bd> *For The York Dispatch*

**BODY:**

A budget that acknowledges results rather than wishful thinking for the Dallastown Area School District is on the mind of Carroll Tignall. But his opponent, Dave Inkrote, says the best way to handle the growing district is to continue working with other school districts to gather ideas on dealing with revenue and mandates.

The two Republican candidates have their eye on the open seat in Region 3. Tignall and Inkrote will face off in the Republican primary May 17; no Democrats are on the ballot.

Fiscal restraint in budgeting and lack of legitimate planning for enrollment growth in the district are Tignall's main concerns.

"A performance-based budgeting process needs to be implemented that measures results rather than wishful thinking," Tignall said. "In five years the school district tax millage rate has increased almost 43 percent while the cost of living has increased approximately 12 percent. "

**Strategic planning:** Although the district has a strategic plan, Tignall says it needs financial goals.

But Inkrote sees the board as a cohesive team that has an excellent working relationship with the administrative staff.

"I can't think of anything that I would want to change." he said. "However, we will continue to be challenged with the increasing
student population, state-mandated requirements, and issues pertaining to funding. These problems are not unique to Dallastown and I would suggest that we continue to dialogue with other districts in the county and state to share ideas."

**Census a start:** In an effort to obtain objective enrollment numbers, the board agreed to let Superintendent Stewart Weinberg take a census, which began late last year.

Both candidates say it was a good first step, but Tignall says it's not enough.

"The final compilation that was to be completed in February has yet to be completed and published," he said.

Inkrote also believes there should be immediate attention to Loganville-Springfield and Leaders Heights Elementary schools.

He said he believes the district takes a "quick-fix" approach to solving long-term enrollment and facility issues.

In March, the board also approved Weinberg's creating a committee to scrutinize the needs of the districts' buildings.

The York Dispatch (York, PA) May 3, 2005 Tuesday

**Consider Act 72:** With the deadline for Act 72 looming, Tignall said he supports any effort to reform and eliminate education funding based upon property tax and would like to work toward no school tax for retired senior citizens.

Senior citizens derive no benefit either directly or indirectly from the district and shouldn't have to pay, Tignall said.

"Act 72 is going to have a tremendous impact on all of the districts across the state," Inkrote said. "Understanding and calculating the tradeoffs required by this act will have a large impact on the budgeting process."

The two also disagree on student results on the Pennsylvania System of School Assessment tests. While Inkrote thinks there are other ways to measure effectiveness, Tignall says there need to be improvements especially in reading and math at the high school level.

**What should goal be:** "I don't think the goal of the district should be to get the highest score; rather the goal of the district should be to provide the student the best opportunity at being successful in their life. Education is a lifelong pursuit, and having the student prepared for this is a priority," Inkrote said.

If elected, he said, he'd want to improve educational opportunities for students "so that they may become contributors to our society. Expand relations with area businesses to insure that the students are equipped to become productive employees and business owners."

As for the curriculum, Inkrote and Tignall both support the teaching of evolution, but Tignall added, "evolution is a theory, and if it is to be taught in the public schools then other theories such as creation and/or intelligent design need to be taught as well so that students receive a fair and balanced presentation."

*-- Reach Jana Benscoter at 854-1575 or dispatch.com">news@yorkdispatch.com.*

**LOAD-DATE:** May 3, 2005

28 of 179 DOCUMENTS

Copyright 2005 MediaNews Group, Inc.
The York Dispatch (York, PA)

May 6, 2005 Friday

SECTION: TOP STORIES

LENGTH: 1246 words

HEADLINE: 18 battle for seats in Dover

BYLINE: CHRISTINA KAUFFMAN<cm-bd> *The York Dispatch*

BODY:

Residents of the Dover Area School District will have a larger slate to choose from than residents in any other district in York County on May 17; it is one of few school district races that are even contested.

Before a battle began over **intelligent design**, Dover found itself in a similar position as the rest of the county, without enough candidates. At least one candidate in the 1990s was elected by write-in votes because there was no one running for an open seat.

While there were some heated races in the last decade, focused on school construction funding, this year's election is unusual for a couple of reasons. There are seven open seats -- three more than usual -- because of resignations.

And there has been increased awareness of the board since its controversial decision last year to include a statement about **intelligent design** in its science curriculum --a decision that has put the district in the national media spotlight.

"Dover School District has had a history of no one interested in serving on the school board," said board president Sheila Harkins, who's seeking re-election. "We have that interest now ... I think the issue of **intelligent design** has brought out 18 people to run for it [the school board] who probably wouldn't have been interested otherwise."

She said she's happy to have the competition.

Though the number of candidates was likely inspired by the battle over **intelligent design**, candidates both in favor and opposed to reading the statement in science classes have avoided discussing it.

But there is, nevertheless, a line in the sand.

There are nine candidates in favor of --and nine candidates opposed to -- reading the statement about **intelligent design** in biology classes.

The theory, which attributes the origin of man to a higher being, is not accepted as a valid scientific theory in the mainstream science community.

**Argue lack of communication:** The seven candidates offered by the group Dover CARES [Citizens Actively Reviewing Educational Strategies] say they are not single-issue candidates. They are quick to mention they are not opposed to **intelligent design**, just to teaching it in a science class. They think it should be taught in a comparative religion or a similar elective course.

CARES candidate and physics teacher Bryan Rehm is one of 11 parents who filed a federal lawsuit with the American Civil Liberties Union to keep **intelligent design** out of the classroom.

The York Dispatch (York, PA) May 6, 2005 Friday

Some CARES candidates have said the biggest reason they decided to run was lack of communication by the board. The board attempted to limit public comment at meetings to issues that were listed on the agenda, but decided against it when residents protested.

CARES candidate Bernadette Reinking started to attend board meetings about a year ago.

"I was hearing some issues with how the board treated the community and how the board treated people who wanted to talk," she said. "I ended up being there the night **intelligent design** was voted in. I didn't even understand the issues, but just the tone of the room was enough for me to stand up and ask them what was going on. I'm not usually like that."

**Policy more accommodating?** Board members said its revised public comment policy -- recently approved with comment periods for both agenda and non-agenda issues — is more accommodating.

Board vice-president Alan Bonsell said the board tries to inform people and give them a chance to be heard. But sometimes its efforts are in vain, he said, citing a recent informational seminar about **intelligent design** that the district and the board sponsored. Only 12 people showed up.

Sometimes, people just need to trust that their elected officials are trying to act in the citizens' best interest, he said.

"Decisions might not be popular with everyone," he said. "You have to do what you think is right and stick to it."

He and Harkins are the only two board members who voted for **intelligent design** who are up for re-election.

**Allege disrespect for teachers:** Dover CARES candidates say the disrespect doesn't stop with there.

"I think they [the district's teachers] aren't feeling respected," said candidate Judy McIlvaine. "Relations aren't good overall. The teachers are stressing, and there's sort of a general atmosphere of distrust."

The current board went against teacher recommendations when it put the **intelligent design** statement in science class. Teachers refused to read the statement, so administrators read it instead. Recently, the tension between teachers and the board has worsened during contract negotiations.

The teachers' contract expires in June, and although they have held three negotiation sessions, neither side has presented a proposal. The board said the teachers should present their proposal first. The teachers union said the board should present a proposal at the same time.

**Polarized on teachers:** Dover CARES candidate Larry Gurreri said teachers are leaving because they are the lowest-paid in the county and the board doesn't consider their concerns.

But board members have maintained there is no communication problem.

Eric Riddle, who was appointed to the board in December, said teachers in a school district are like employees in a company.

"Ultimately, it is the board that represents the people and who should make the final decision," he said. "You can't let your employees run your company. Do I think there's a problem? No. Like any place, you're going to have a few people who are unhappy."

The Rev. Ed Rowand, also appointed in December, said that "things are tighter" whenever two parties have a contract in negotiations.

Candidate Michael Arnold, who is not affiliated with either group, said he said he was inspired to run because of the number of teachers who are leaving. He wants to increase salaries.

**Unaffiliated candidates:** Arnold is also in favor of **intelligent design** in science class, as is Alina Kline, who is also not affiliated with either slate.

"**Intelligent design** is an important, valid theory that should be presented as an alternative to evolution as well as any other valid theory," Kline said.

But Rehm, who teaches science in a different school district, said **intelligent design** is not a science and is not educationally sound.

The York Dispatch (York, PA) May 6, 2005 Friday

He said the "real point" to the debate is that **intelligent design** was not recommended by anyone in the high school science department. It is not consistent with national and state education standards and the board, though its members "admit to not knowing science ... claim to have the greatest understanding of evolution ... and that no one else does."

"The fact is that the ID decision is an expression of the overall toxic climate of communication, or lack thereof," Rehm said.

Candidates Jeff Brown and Angie Yingling were on the board but resigned in protest of the board's decision to include intelligent design,.

Yingling voted to include the **intelligent design** statement in science classes but later said she did so only because she was pressured and called an atheist by other board members. Brown also said he was called an atheist, but he voted against it anyway.

"We're so far ahead of the gun here that it's unbelievable," Brown said. "It's being fast-tracked because of religion. It's purely about religion. I don't care what they [the board members] say."

*—Reach Christina Kauffman at 505-5434 or ckauffman@yorkdispatch.com.*

**LOAD-DATE:** May 6, 2005

## Not about intelligent design, they say; For the incumbents, it's touting accomplishments

*JOSEPH MALDONADO.* **York Daily Record**. York, Pa.: May 8, 2005. pg. 1/10

**Abstract** (Document Summary)

The seven current board members seeking election, however, are focusing on other issues. The current members Alan Bonsell, James Cashman, Sheila Harkins, Sherrie Leber, Eric Riddle, Edward Rowand and Ronald Short are

Around Dover, signs everywhere seem to identify candidates as members of groups, such as Dover CARES or the current board members.

"Unfunded mandates cost Dover residents millions each year," Bonsell said.

**Full Text** (649 words)

Copyright (c) 2005 York Sunday News

The Dover school district's inclusion of intelligent design into its science curriculum and a lawsuit challenging its decision have garnered international attention.

The seven current board members seeking election, however, are focusing on other issues. The current members Alan Bonsell, James Cashman, Sheila Harkins, Sherrie Leber, Eric Riddle, Edward Rowand and Ronald Short are

on the record supporting intelligent design in the classroom. So are two other candidates, Michael Arnold and Alina Kline.

Bonsell said a seminar given at the high school by Michael Behe, a professor of biological sciences at Lehigh University, "laid to rest any claim that ID was not a valid scientific theory."

But Bonsell said what the voters really need to do, as they choose from among 18 candidates vying for seven seats, is focus on the positives he said the board is responsible for.

Leber said the district has implemented full-day kindergarten at no expense to the taxpayers and added a breakfast program.

Newcomers Arnold and Kline say the district is doing a good job. But both of them say they believe there is room for improvement.

Kline, 21, is a 2002 Dover grad. She said she is most in touch with students and offers voters the freshest perspective.

Arnold said that, despite the denials by his opponents, he is the only candidate not running on the intelligent-design issue.

"I want to see some more diversity on the board," he said. "I'm there for the kids and no other reason."

Around Dover, signs everywhere seem to identify candidates as members of groups, such as Dover CARES or the current board members.

"I hope the constituents look at the candidates as individuals and not as groups," Arnold said. "Diversity needs to

be the key word for the new board."

Whoever is elected could be involved in negotiations for a new teacher contract.

Leber listed this as her top priority.

"The best education for our students starts with a good relationship between the board and the teachers," she said.

To date, the teachers and board have not exchanged a proposal, and both sides have hired lawyers to help with the negotiation.

Harkins, the board president, has a list of goals for the next term if elected. She said she wants to continue working to improve initiatives such as the new breakfast program, all-day kindergarten and the district's remediation program.

Cashman said he is running because he wants to contribute back to the Dover community. One his goals is to try to fix the imbalance in funding received from state and federal governments.

He and Bonsell said funding was based on a formula created in 1992 and does not account for growth in the district since then.

"Unfunded mandates cost Dover residents millions each year," Bonsell said.

"Also, the state does not take into account the amount of industry or tax-generating capacity within a school district."

Rowand, too, said the biggest issues of the school district are unfunded mandates put on the district by the state and federal governments.

Riddle said a lot of expenses are of concern to him, including rising costs due to benefits such as medical and retirement.

Short said he is frustrated because the federal government is not paying enough for the funding of special education.

"I feel it is important to rectify these problems," Short said, "Also, it wouldn't be fair to the students to allow this to continue."

Despite these challenges, Harkins said, the district offers the best education value per dollar in the county.

More than anything, Bonsell said, if voters just look to the record, the decision will be obvious.

"Dover has the second lowest long-term debt of all the York County school districts," he said. "Our education has shown steady improvement with our children's test scores and better attendance. (We) can boast a two-page list of achievements in education in the last three years."

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
People:        Bonsell, Alan,  Harkins, Sheila,  Leber, Sherrie,  Short, Ronald,  Arnold, Michael
Section:       MAIN

ISSN/ISBN:       10434313
Text Word Count  649
Document URL:

## Not about intelligent design, they say; For one group, it's taxes, communication, teachers

*LAURI LEBO*. **York Daily Record**. York, Pa.: May 8, 2005. pg. 1/10

**Abstract** (Document Summary)

The Dover CARES candidates are [Rehm]; [Terry Emig]; McIlvaine; her husband, Rob McIlvaine; Bernadette Reinking; Patricia Dapp; and Larry Gurreri.

Even though they share the same position on intelligent design as the Dover CARES candidates, [Jeff Brown] and [Angie Yingling] were not invited to join the committee.

Whether voters are motivated to come out to the polls by teacher issues, taxes or intelligent design, the challengers will need a high turnout to win, Brown said. For Brown and Yingling, another hurdle will be overcoming public frustration with their decision to leave the board.

**Full Text** (1103 words)

*Copyright (c) 2005 York Sunday News*

They say publicly it's not the biggest issue in the race.

Rather, they maintain communication, teacher retention and taxes are more important to voters in the May 17 primary.

But the 18 candidates in the Dover Area School Board race are evenly split on the subject of intelligent design. The incumbents are touting their decision on a billboard as the "intelligent choice," and a poll indicated it will influence the decisions of 89 percent of likely primary voters.

Of the nine candidates supporting the school board's Nov. 18 decision to require intelligent design in biology class, seven of them are current board members. But the nine candidates on the other side of the issue stress that, while they oppose the board's decision, they don't necessarily oppose students learning about the concept.

As a matter of fact, they say, it can go in just about any other class world cultures, comparative religion, current events just as long as it isn't in science.

Candidate Judy McIlvaine said the board has "missed an opportunity to teach students about the whole historical context of the issue."

"Unfortunately, they're putting it in a class with potential legal and constitutional issues. So an administrator walks in, reads a statement . . . and walks out.

"I don't see the kids are learning anything from that. It's such a shame."

The issue has divided the community and has ignited passionate debate.

Business owners who have put up election signs for candidates on both sides say they have been threatened with boycotts if the signs don't come down. The candidates who oppose the board's decision, many of whom identify themselves as Christians, say they have been called heathens.

Rehm, a children's choir director and Bible school leader, pointed to his volunteer work and said, "That's a lot of church activities for an atheist."

Terry Emig, who sings bass in his church choir, joked he's actually "a bass in a devil's costume."

But the opposition candidates, seven of whom are with the political action committee Dover CARES (Citizens Actively Reviewing Educational Strategies), all say intelligent design should not be the primary issue of the race.

The Dover CARES candidates are Rehm; Emig; McIlvaine; her husband, Rob McIlvaine; Bernadette Reinking; Patricia Dapp; and Larry Gurreri.

Former school-board members Jeff Brown and Angie Yingling are also running to regain their seats. The two quit in opposition to the board's intelligent-design vote. Brown's wife, Casey, who also quit following the vote, is not on the ballot.

Even though they share the same position on intelligent design as the Dover CARES candidates, Brown and Yingling were not invited to join the committee.

All nine say retaining talented teachers and better communication with the public are more important in the long run.

They point to teacher turnover as one of the bigger problems facing the district.

"We're losing a ton of investment in young teachers," Rehm said.

Rehm was hired by the district to teach science in 2002. He has since moved to another school.

"I left because they don't respect the teachers," Rehm said.

He said since his hiring, seven teachers have left the high-school science department.

Dover CARES candidates say in the past four years, they have been able to account for 42 teachers leaving the district for reasons other than retirement or moving to another town a turnover rate of about 20 percent.

Rob McIlvaine said, in his experience, average industry turnover is closer to 16 percent.

"Recruitment, retention and stimulation," he said, are key to a productive work force.

One of the reasons for low morale, Rehm said, is the board's failure to listen to teachers. Science teachers warned board members that the intelligent-design requirement would lead to a lawsuit and pointed to numerous cases showing that the decision would violate the First Amendment, he said.

The candidates are also critical of the way the board has been negotiating with the teachers union.

The teachers' contract expires the end of June. For the past seven months, the board and representatives from the Dover Area Education Association have been at odds about who should be the first to make a contract proposal.

Rather than negotiate directly with union representatives, the board is paying a negotiating attorney from Bucks County, Charles Sweet, $145 an hour to talk for it.

Union representatives have said they have shown up at meetings with their contract proposal, but the board refused to present its offer. But Sweet has said protocol demands the union presents its offer first.

The challengers say the board is playing games.

"The board is saying the union is engaging in unfair labor practices, but they're the ones not negotiating in good faith," Emig said. Dover is the lowest-paying district in York County, an issue many of the challengers said

concerned them.

But Brown said property taxes are also a problem. So he said he is less concerned that Dover has the lowest-paid teachers locally than he is with educators' job satisfaction.

"Nobody's going to leave a job they love for a couple hundred dollars a year," he said.

But whether voters are motivated to come out to the polls by teacher issues, taxes or intelligent design, the challengers will need a high turnout to win, Brown said. For Brown and Yingling, another hurdle will be overcoming public frustration with their decision to leave the board.

Brown says he's been called a quitter for his decision. "They're saying it to my face," Brown said. "But my feeling is I don't think anyone's fought harder than me."

He said legal issues stemming from the lawsuit would have prevented him from speaking out.

"On the board, I'd be muzzled," he said. Yingling said she had to step down because she feared being held financially liable if the district were to lose the lawsuit.

But Gurreri said their decision to step down made it possible for board members to replace them with like-minded appointments.

"That's not right," Gurreri said. "They're supposed to be appointed by the people, not by six or seven of them."

Yingling said she has grown weary of the whole debate and just wants it to go away.

"It's all anybody talks about," she said. "Nobody gets along anymore.

"It encompasses every conversation. . . . It just goes on and on and on, and there's never a resolution."

Reach Lauri Lebo at 771-2092 or llebo@ydr.com.

PIC: KRISTIN MURPHY Daily Record/Sunday News

Faith Anderson, a Dover Area High School junior, shows Grace Trimmer, a 1955 graduate of the school, the renovated biology lab at a recent open house at the high school.

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
People:         Emig, Terry, Gurreri, Larry, Brown, Jeff, Yingling, Angie
Section:        MAIN
ISSN/ISBN:      10434313
Text Word Count 1103
Document URL:

Print Results



**Dow Jones & Reuters**

MAIN
**PRIMARY 2005; DOVER AREA SCHOOL DISTRICT; ; (Q & A)**
York Daily Record
958 words
8 May 2005
York Daily Record
11
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

DOVER AREA SCHOOL DISTRICT

1. What is the No. 1 issue the Dover school district needs to address?

Jeff Brown: The teachers contract. I hate to shove **intelligent design** off the front burner. It won't matter what we're talking about in biology if we don't have the teachers. I don't think the contract talks can possibly get more acrimonious.

Patricia Dapp: To determine the best way to run the district, keeping the interest of the students in mind. I believe the school board can be run like a not-for-profit business. To manage the district and the budget to best help the students.

Terry Emig: Communication is poor with board. With Act 72, the only thing they did was hold up a book and say, If interested, read this.' There's a lack of communication with students, teachers and residents amongst the board.

Larry Gurreri: Communication, the school board that's there now is not communicating with the public. You need to talk with supervisors, teachers, students, taxpayers. You need to deal with everybody.

Judy McIlvaine: To bring our community back together. We have managed to get people at odds with each other over something that didn't need to happen. But I think we can work it out.

Rob McIlvaine: It needs to really become more innovative and vigorous and inclusive as to how it addresses the sustainment of student achievement.

Bryan Rehm: Planning for the future. All the decisions made now have long-term consequences. If you don't do something about our taxes, there will be no way to retain quality teachers in the district.

Bernadette Reinking: How board members treat the community. Communication. In the last few months, they've gotten a little bit better, but their track history is they didn't appear to be interested in what people were saying.

..ngie Yingling: Property taxes for the school.

Print Results

2. What grade would you give the school district, and why?

Jeff Brown: I would have to give the district high marks, probably for persevering under duress. I think the district is doing a great job in spite of the school board.

Patricia Dapp: I think an F' in the way the board has communicated. I don't think the community trusts them at all. But overall, the way the kids are getting an education, a C.'

Terry Emig: A failing grade, because of a lack of communication. They say no tax increase this year, but they raised taxes the last three years. Teachers are leaving.

Larry Gurreri: A C,' because it needs improvement. We need to give the students what they need, good teachers that stay there.

Judy McIlvaine: A poor grade. There were a lot of glitches with the high school building. I can't say fiscal responsibility is a big plus. They sure get an F' in communications.

Rob McIlvaine: Administration missed a great opportunity with **intelligent design** to create a better understanding of this topic. I think the school board just dodged an F. I give the district, based on young people I have met, who impress me very much, an A.

Bryan Rehm: I would give the current board an F- minus' and an incomplete. The students I would give an A.' The majority of the teachers an A.'

'ernadette Reinking: I'd probably give them a B+' because there's a lot of areas I think they do well. but I don't think it's the board's process of handling things. The teachers keep them afloat and do a good job, I don't feel the board is doing such a good job.

Angie Yingling: An A' because they handle money very well. There are a bunch of other problems, however.

3. Regarding **intelligent design**, would you leave the curriculum as is, change it to offer ID in a different course, or take ID out of the curriculum altogether? Jeff Brown: My first move would probably be to take it out, but I would be open to suggestions. I'm not even sure it belongs in a world religions class. It's not religion. It's neither fish nor fowl.

Patricia Dapp: I think **intelligent design** has a place in any school's curriculum. It's just that it's not a science. I think the school board did not use good thinking in mandating it in a science class.

Terry Emig: We're in favor of **intelligent design**, but when the board put it into the science department, they didn't ask the teachers, the science department.

Larry Gurreri: It needs to be out of science. I have nothing against it being in another class where the students can actually ask questions and learn from it.

Judy McIlvaine: If we possibly can, I'd try to bring people together and come up with something that at least minimally acceptable to all parties. Probably a different curriculum, however.

Print Results

Rob McIlvaine: I wouldn't take it out altogether. It needs to be positioned so that there can be an intelligent discussion. Social studies, comparative religions, but not in the science curriculum.

ryan Rehm: I would abide by law, ask science department to submit what students need in biology. ᴵf community demands ID, have it in comparative religions, philosophy, current events.

Bernadette Reinking: I would put ID in a different course. Philosophy, comparative history or some other venue where there could be some other discussion. Right now, they're not learning.

Angie Yingling: Could offer **intelligent design** in another class, like philosophy, comparative religion. But I'm not for **intelligent design** at all, I want it to go away.

Document YKDR000020050511e1580005d

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



Print Results

**factiva**.

**Dow Jones & Reuters**

LOCAL
**Primary issues plentiful; Dover debate, York mayor top Tuesday's race**
TOM JOYCE
York Daily Record
803 words
15 May 2005
York Daily Record
1/08
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

In the realm of politics, it's similar to what the Pro Bowl represents for football fans a noteworthy if not terribly interesting anti-climax after the ex- citement of the Super Bowl.

So it is, typically, with the off-year primary, which takes place Tuesday. November had the presidential election. Tuesday has a bunch of contested and uncontested races among party members for positions such as tax collector and borough council.

But a true political junkie will tell you it's never that simple. First of all, the primary races serve as a preview for the general election, as major party candidates must run in them if they want to run in November. Secondly, the positions up for grabs, such as district justice, are more likely to have a direct impact on an individual voter's life than some of the higher-profile races.

And third, since this is York County, there will be several races with enough conflict and importance to keep them interesting to even a casual political observer.

In Dover, school board candidates are competing for positions in which they may eventually decide a controversial issue regarding the teaching of **intelligent design** an issue that has made the district a national news story.

In York, two challengers are gunning for an incumbent mayor, and another pair of upstarts is going after a couple of city council members. Five lawyers are vying for a chance to eventually be one of the two new Court of Common Pleas judges in York County. And statewide, Pennsylvania voters will decide whether they want an ambitious but pricey new environmental protection package.

Here are some of the races to watch: Dover Area School Board

The 18 candidates for the Dover board insist publicly that "**intelligent design**" isn't the biggest issue in the race, instead citing such issues as taxes and teacher retention. But for many observers, that's like saying the big issue at the Lincoln-Douglas debates was when to schedule bathroom breaks.

In October, the school board voted to change its biology curriculum to require **intelligent design** the idea that life is too complex to have evolved solely through natural selection and therefore must have been created by an intelligent designer be mentioned along with evolutionary theory.

In December, 11 parents filed a federal lawsuit against the district saying the requirement violates

Print Results

the First Amendment's separation of church and state.

The issue has since received national attention and generated some sharp controversy at home. The candidates are evenly split on the district's requirement, with nine supporting it and nine opposed. York mayor

John Brenner, the youngest mayor in York's history, is facing some competition as he nears the end of his first term.

In Tuesday's primary, Democratic voters in the city will decide between him and York City school board President Jeffrey Kirkland. Running uncontested in the Republican primary is Gerry Turner, a retired management consultant and political newcomer who will face either Kirkland or Brenner come November. York City Council

York City Councilmen Cameron Texter and Joe Musso are defending their seats in the primary. Opposing them are two Democratic challengers: recent York College graduate Daniel Verbit and Sterling Von Nickerson, a longtime critic of city council who heads York Citizens for Responsible Taxation and ran unsuccessfully for council in 2003.

Whoever wins will face Nina Aimable, who is unopposed on the Republican ballot, in November. York County Court of Common Pleas

This year, county residents get a chance to judge the judges. In December, Gov. Ed Rendell signed a bill creating two new Common Pleas judgeships for York County, bringing the total number to 14. The Court of Common Pleas handles general criminal and civil cases.

Five local lawyers are running for the post. Like all judicial candidates, they're cross-filed as both Republicans and Democrats. Up to four could make it through the primaries.

Then come November, voters will get a chance to narrow that field down to two. Environmental bond issue

Voters even those not registered as Democrats or Republicans can vote on a proposed $625 million bond issue that Rendell says will go for environmental protection.

The wording of the bond issue states that it would go toward "the maintenance and protection of the environment, open space and farmland preservation, watershed protection, abandoned mine reclamation, acid mine drainage remediation and other environmental initiatives."

While supporters are touting the increased funding for the environment, critics point out that the bond issue has no enabling legislation specifying exactly where the money will go or how the state will pay debt service on the bond issue.

Reach Tom Joyce at 771-2089 or tjoyce@ydr.com.

Document YKDR000020050519e15f0000c

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

· Print Results


factiva.

**Dow Jones & Reuters**

MAIN
**Hot soup feeds a hot school-board race; Officials and others said the intelligent design issue stirred up Dover Area voters.**
JENNIFER GISH
York Daily Record
872 words
18 May 2005
York Daily Record
13
English

Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

The women washed dishes, as the fire company auxiliary has done for decades on election days in Dover, a quick cleanup before soup customers lined up alongside voters.

"I hope we have a crowd," said Dottie Schrum, who recently gave up her role as grand matron of the well-known election day chicken corn soup and bean soup sale, which raises money for the fire company.

Elaine Myers said she saw Dover on "Lou Dobbs Tonight" only the night before. Dobbs was doing a quick segment on the school board race and **intelligent design** debate that brought international attention to the small community.

"CNN, no less," she said, drying a plastic container that once housed pounds and pounds of shredded chicken. "It is something that people talk about."

Only the soup kettles were as hot as the school board race. Primary draw

Eighteen candidates sought seven school board seats. The row of candidates' names stretched across nearly the entire voting booth, and the race was bringing out better crowds than expected in a typical primary.

Only two hours into their day, Dover election workers had already processed more than 70 voters. And they pointed to the school board race as the one and only reason.

"What else is on?" said Phyllis Mummert, the borough's judge of elections. "If it wouldn't be for the school board race, it would be very slow."

At the Dover Township Community Center, where many of the township residents cast their votes, at least 30 people lined up at the doors Tuesday morning waiting for the polls to open at 7. CARES supporters

Kelli Eldredge hustled around the track outside, walking several laps with a friend and getting some exercise in before voting later that day. The mother of two said she's voting for the Dover CARES (Citizens Actively Reviewing Educational Strategies) candidates, who oppose **intelligent design** being taught in science class but say it can be taught in classes such as world cultures or comparative

religion.

"This whole **intelligent design** thing has nothing to do with it," Eldredge said. "I can't believe what a .g deal it's become."

The election, though, has become a big deal for her and the other Dover mothers she works with. She said she's had good experiences with the teachers in the district and isn't convinced the current school board can maintain the quality of education she's come to expect. Current board supporters

Nicole Eckersley is a mother who's also happy with the education her first-grader is getting, but she gives the credit to the school board.

"I voted to re-elect the school board," Eckersley said as she walked out of the community center. Although she supported the incumbents, she said she would have liked everyone to address school tax reform and was disappointed that no one did.

She said she wants to see the role of **intelligent design** in the science curriculum at Dover expanded to include more discussion of the theory rather than just a one-paragraph statement. Neighbors and the nation

This has been one of the hardest-campaigned races in school board history, with signs supporting the current board members or the Dover CARES challengers dotting yard after yard. In some neighborhoods, there were thick blocks supporting one of the groups. In other developments, battle lines were drawn from one yard to the next.

.iside the borough's fire hall, Jake Sowers stirred the vat of chicken corn soup as he's done every election day for at least 40 years. About 180 gallons would be made and sold by the day's end.

Sowers threw his head toward the front of the building, where outside, school board candidates and their supporters were handing out campaign fliers.

"I told them this morning I wasn't voting, but I will. I just decided to pick on them a little bit," he said, laughing as he stirred the soup.

He hasn't paid much attention to the race. For him, good election turnout means good soup sales.

The line outside the soup window began forming before 10 a.m., with people bringing their own empty pots to be filled.

Somebody mentioned the reporters lingering around the polls.

"Dover's really on the map," said Pauline Sowers, wife of the soup master and an auxiliary volunteer herself.

"It was on CNN last night," Myers said again, still drying plastic containers.

CNN?"

Print Results

"They were with the school board last night."

"Oh my heavens," Sowers said, and she shook her head.

Reach Jennifer Gish at 771-2090 or jgish@ydr.com.

PIC: DAILY RECORD / SUNDAY NEWS PAUL KUEHNEL

Margaret Will adds some pepper to the chicken corn soup Tuesday at the Dover Fire Hall. Jake Sowers is in the background.

PIC: DAILY RECORD / SUNDAY NEWS PAUL KUEHNEL

Betty Maul, left, and Dottie Schrum prepare the soup for sale at the Dover Fire Hall as the polls take in votes in the background. Schrum has been helping with soup sales for more than 50 years.

Document YKDR000020050519e15i0002u

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



Print Results



factiva.

**Dow Jones & Reuters**

MAIN
**Dover votes split; Voters still could have final say on the intelligent design decision.**
LAURI LEBO and JOSEPH MALDONADO
York Daily Record
1,047 words
18 May 2005
York Daily Record
1/13
English

Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Tuesday's primary has produced an autumn election showdown in the Dover Area School District over the issue of **intelligent design** with the results breaking along party lines.

Four four-year school board seats and three two-year seats are up for election in November.

The top vote-getters Tuesday for the Democratic party are all seven candidates with Dover CARES (Citizens Actively Reviewing Educational Strategies), who oppose the board's Oct. 18 decision to require **intelligent design** in biology class.

They will square off against all seven incumbents, who swept the Republican nominations.

For the four-year seats, with all precincts reporting, the Democratic winners are Bernadette Reinking, Rob McIlvaine, Bryan Rehm and Terry Emig. For the two-year seats, they are Patricia Dapp, Judy McIlvaine and Larry Gurreri.

For the four-year seats, the Republican winners are Alan Bonsell, James Cashman, Sherrie Leber and Ed Rowand. For the two-year seats, the winners are Eric Riddle, Ron Short and Sheila Harkins.

The results are unofficial until certified by the county.

While the incumbents supported the board's decision, only two of them, Bonsell and Harkins, voted on **intelligent design**. The others were appointed to the board to fill vacancies.

Even though the candidates all said publicly that **intelligent design** wasn't the primary issue of the race, the incumbents had touted their decision on a billboard as the "intelligent choice," and a January poll by Susquehanna Polling & Research indicated the issue would influence the decisions of 89 percent of likely primary voters.

Now, it looks like the question of whether Dover voters ultimately support **intelligent design** in science class could be answered in the general election in November six weeks after a federal trial on the subject is scheduled to begin in Harrisburg.

Feeling a little tired and sunburned from a day campaigning at the polls, Bonsell, lead vote-getter among all candidates, said the vote tally was about what he expected.

Print Results

"We won the Republican side and had a strong showing on the Democratic side," he said. "So I'm excited about going into the fall."

Right behind him in the vote count was Cashman, who was also tired and sunburned, but said he was pleased to have been a part of the process. Although he had never run for a public office, he attributed his success to having five Dover school children.

"We've always been active in the district, so a lot of people know us," Cashman said. "So I think that involvement really paid off today."

Also on the Republican side, Rowand held off Reinking by 171 votes to become the fourth candidate for one of the four-year seats.

"I had the sense that most people had made up their mind when they showed up to vote," Rowand said. "No one really asked me any questions, I just shook a lot of hands and introduced myself to some people."

Dover CARES member Warren Eshbach, a retired pastor, said the results "show that the issue we are dealing with is still a key issue, **intelligent design**, but I think other issues are still in the running, such as good governance."

Lonny Langione, another Dover CARES supporter, said the outcome of the lawsuit could influence voters, depending on how the judge rules.

But nothing says it's going to be over by then," he said.

Despite the lack of a clear victory for either side, the candidates say they'll keep fighting.

"It's not a fight you can give up on," said Rehm, who is also one of the parents suing the district over its **intelligent design** policy.

Dover first attracted international attention and became the center of the debate over **intelligent design** last year when the school board voted to revamp its science curriculum.

With its 6-3 vote, Dover was believed to have become the first school district in the country to require **intelligent design** as part of its biology classes' chapter on evolution.

**Intelligent design** is the idea that life is too complex to have evolved solely through natural selection and therefore must have been created by some intelligent force.

**Intelligent design's** supporters say it's about fairness giving time to alternative views to evolution.

Its critics say it's not science, but merely a way of forcing Christianity into biology class. In December, 11 parents filed suit against the district, arguing that the mandate violates the First Amendment's establishment of religion clause.

The issue has divided the community and ignited passionate debate.

Print Results

Challengers Michael Arnold and Alina Kline, who lost the race, had supported the school board's decision.

. ormer school board members Jeff Brown and Angie Yingling, running to regain their seats, were defeated. The two quit in opposition to the board's **intelligent-design** vote. Brown's wife, Casey, who also quit after the vote, was not on the ballot.

Even though they share the same position on **intelligent design** as the Dover CARES candidates, Brown and Yingling were not invited to join the committee.

The nine candidates on the other side of the issue stressed that, while they oppose the board's decision to include **intelligent design** in biology class, they don't necessarily oppose students learning about the concept. They say it can go in just about any other class world cultures, comparative religion, current events just as long as it isn't in science.

While turnout countywide was at about 17 percent, in some Dover precincts, voters reportedly waited in poll lines more than a half- hour long.

As M.K. Grove Jr., 89, waited in line, he said he didn't see why **intelligent design** had become such a controversial issue in the primary.

"I think it's stupid to fight over it," he said.

ᴾIC: DAILY RECORD / SUNDAY NEWS JASON PLOTKIN

Dover school board member Edward Rowand, right, debates the issue of **intelligent design** with Deb Fenimore while she waits in line to vote Tuesday at Salem Lutheran Church. Fenimore is one of 11 parents suing the school district over the school board's decision to require **intelligent design** in ninth-grade biology class.

Document YKDR000020050519e15i00039

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results





**Dow Jones & Reuters**

MAIN
**Some townships see surprising wins; A variety of issues took center stage. Some incumbents won, but some lost.**
TERESA BOECKEL and MICHELLE STARR
York Daily Record
1,393 words
18 May 2005
York Daily Record
15
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Preserving the rural landscape, managing growth, providing recreation and updating infrastructure topped a list of concerns among candidates vying for township board of supervisors or commissioners.

Results from late Tuesday night are unofficial. The county's board of elections expects to certify them next month.

Here is a breakdown of the results from the contested township races:

Conewago

Lois Leonard upset incumbent Rickie Fink on the Republican ballot.

Leonard won with 198 votes against Fink, who received 144 votes, and Lynn Kann who got 73 votes, to run for a six-year term as supervisor.

Leonard, a 50-year-old detail shop and car lot owner, advocated creating a newsletter and establishing a township e-mail address among her ideas.

Fink, a 43-year-old township community service director, said he had accomplished some of the goals he had set, such as increasing the tax base.

Kann, a 58-year-old electrician, cited development and construction as the biggest issues in the race.

Codorus

Robert Gladfelter won on the Republican ticket with 142 votes. James Bailey got 38, Jerome Breeding 36 and Bill Vance 36.

Bailey, a 56-year-old farmer, and Gladfelter, a 43-year-old greenhouse owner/manager, said land preservation and keeping the township rural were big issues in the township.

Fawn

Print Results

Republican Jonathan Hash won with 89 votes against Robert Birley with 38 votes and Stephen Lees with 32 votes to run for the supervisor seat. Supervisor Henry Sommer is retiring.

Hash, a 37-year-old farmer, said he wanted to protect Fawn's agricultural heritage while protecting the rights of landowners to develop their properties in a responsible manner.

Birley, a 54-year-old business owner, wanted the township to be more aggressive in its search for state and federal grants and matching funds.

Lees, a 46-year-old director of cost containment, was concerned about the township's rapid growth, keeping farms intact and maintaining the area's rural character.

Hellam

Challenger Larry Busino pulled in the lead for the two Republican nominations with 354 votes. Incumbent Phil Smith and Mark Potosky tied with 260 votes.

Busino, a 54-year-old car dealership sales manager, opposed a move to make a corridor between routes 30 and 462 one of mixed use. He prefers it be used for agricultural.

Potosky, a 51-year-old trucking firm account manager, favors a mixed use for the corridor because he said the township needs to expand the tax base to help pay for rising education and police costs.

Smith, a 48-year-old business technician for Verizon, agreed with Potosky on the corridor issue.

Jackson

Republican incumbent David Brown beat former supervisor Jason Yohe to run for a one, six-year position.

Brown pulled in 240 votes. Yohe received 176.

Brown, a 53-year-old retired police officer, said a vote for him would be to help gain a grip on uncontrolled growth.

Yohe, a 41-year-old farmer and contractor, said a vote for him would be to keep taxes down and roads upgraded.

Lower Windsor

Republican incumbent Bill Buser won against challengers Russell Blew and Mary Caldwell.

Buser received 251 votes. Caldwell got 227, and Blew got 209.

One of the issues the candidates addressed was the proposed Susquehanna Riverlands Preservation Project, which calls for acquiring part of Lauxmont Farms and some other neighboring parcels for a

Print Results

proposed park overlooking the Susquehanna River.

Ruser, a 69-year-old farmer, was hesitant to talk about the proposed park.

Blew, a 62-year-old retired mechanical engineer, said he believes in the importance of private property and opposed the county's use of eminent domain.

Caldwell, a 61-year-old retired development coordinator for ARC of York County, said the project has nothing to do with the supervisors race.

Manchester

Republican incumbents Daniel Leese and Michele Schanbacher won against newcomer Jean Magee to run for two seats on the township's board.

Leese received 590 votes, followed by Schanbacher with 464 and Magee with 441.

Leese, a 49-year-old who is in business development, said updating and repairing infrastructure will be important.

Magee, a 56-year-old instructor at Yorktowne Business Institute, said she'd like to keep the taxes as they've been.

Schanbacher, a 38-year-old homemaker and Lincoln Intermediate Unit guest teacher, said trying to monitor growth is the biggest challenge for the board.

Manheim

Dwight Myers, arborist and farmer, narrowly beat incumbent supervisor Matthew Muir for the spot on the Republican ticket.

Myers received 79 votes, Muir received 78 votes, and Gail Groft, payroll manager and human resource analyst, who also ran, received 15 votes.

Myers, 55, said major concerns are managing the township's growth so the infrastructure can keep pace and holding down spending.

Newberry

Republican Stephen J. Pancoe, administrative director for the state House of Representatives, beat fellow Republican Craig Stanley, a company owner, to run for a supervisor's seat left vacant by Jay McKiernan.

Pancoe received 456 votes, compared with Stanley's 342 votes.

Pancoe, 53, was critical of the board's spending, tax increases and comprehensive plan.

Print Results

### North Codorus

Republican Dennis G. Luckenbaugh, a 60-year-old communications technician, won the right to run or supervisor with 102 votes compared with his opponent Raymond E. Webb, a 40-year-old machinist, who received 67 votes.

Luckenbaugh proposed that the township engineer work directly with the road crew, eliminating the roadmaster's job; the creation of a township Web site; and that the budget be searched before raising taxes.

### Penn

Four Republicans competed for two commissioners' spots. Incumbent Mike Johnson with 340 votes and newcomer Phillip Heilman with 281 votes beat incumbent Michael Rishel with 274 votes and challenger Frederick Stine with 193 votes.

Johnson, 37, has experience as an Army veteran, police officer, commissioner and local business owner. He was most concerned about the Black Rock Road and Grandview Road traffic signal project, recycling and smart growth planning.

Heilman, 65, retired business administrator for South Western School District, was concerned about traffic, sewer upgrades and consolidating law enforcement with Hanover borough.

### Shrewsbury

Five Republicans interested in preserving farmland sought two spots on November's ballot.

Incumbent Paul Solomon pulled in front with 202 votes. Ed Hughes, who received 125 votes, narrowly beat Joanne M. Townsend, who received 123 votes, and Mark Koski, who received 122 votes. Gerow Brill received 96 votes.

Solomon, 68, is a retired environmental planner for Baltimore County and said during his watch property taxes have remained constant, equipment upgrades have continued and the board has revised land-use laws.

Hughes, the 62-year-old owner of Whistle Stop Bike Shop and township emergency coordinator, said he saw no problem with how the board is running but would like to see the four area boroughs work more closely for emergency preparation plans.

### Washington

Jeffrey Propps beat Republican incumbent Lynn Stough Jr. to run for a six-year term on the board of supervisors.

Propps, a 47-year-old distributor for Pepperidge Farms, received 151 votes compared with Stough's 36 votes.

Propps said he believed the main issues are land use and budget.

Print Results

York

'ith 268 votes, incumbent Philip Briddell defended his seat as township commissioner on the Republican ticket against Timothy Salvatore, who received 116 votes.

Briddell is a 54-year-old project manager in corporate real estate at Susquehanna Real Estate/ Susquehanna Pfaltzgraff Co.

DAILY RECORD / SUNDAY NEWS - JASON PLOTKIN

Poll worker Thelma Kreiser waits for voters during a slow-moving day Tuesday at the Hellam Township building.

PIC: DAILY RECORD / SUNDAY NEWS - PAUL KUEHNEL Don Bonsell, left, campaigns for his son, school board member Alan Bonsell, while Dover CARES candidate Judy McIlvaine, with a campaign button on her collar, also greets voters Tuesday at the Dover Township polling place. Alan Bonsell says **intelligent design** has a place in the classroom; McIlvaine says that it should not be taught in science class.

PIC: DAILY RECORD / SUNDAY NEWS - KRISTIN MURPHY

Keith Anderson tells Netanya Teery (lying down) to take his fliers and pencils for York City mayoral candidate Jeffrey Kirkland home and to tell her parents to come and vote Tuesday afternoon at 'lexander D. Goode Elementary School.

Document YKDR000020050519e15i0003c

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results

 factiva.

**Dow Jones & Reuters**

LOCAL
**War' for Dover board isn't over; The intelligent design issue will continue to be fought, at the polls and in the courts.**
LAURI LEBO and JOSEPH MALDONADO
York Daily Record
483 words
19 May 2005
York Daily Record
1
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Round one is over, and already it's been quite the electoral battle between the seven incumbent members of the Dover Area School Board and the seven opposing members from Dover CARES.

Both sides have accused the other of making misleading and untrue statements about test scores, construction spending and tax increases. But neither could deliver the knockout blow when it came to the biggest issue facing the district **intelligent design**.

The debate over **intelligent design** drew droves of voters to the polls Tuesday in the Dover area.

I seven school board incumbents and all seven members of Dover CARES (Citizens Actively Reviewing Educational Strategies) received enough votes to be on the November ballot.

And as intense as the primary campaigning was, it may ultimately pale in comparison to what could happen later this year as at least some of the candidates are expected to battle in another arena: federal court.

Last December, 11 parents sued the district over the

current school board's decision to allow a statement to be read in ninth-grade biology mentioning **intelligent design** as a competing theory to Darwin's theory of evolution.

"I can't even begin to speculate how that will play out in the minds of voters," said Bryan Rehm, a Dover CARES candidate and also a plaintiff in the lawsuit against the district. "I think it will have some influence, but in which direction, I couldn't say."

Current school board member Bill Buckingham, who has been absent from board meetings for the last couple of months while recovering from knee surgery, said Wednesday he, too, thought the lawsuit would play a role in voter opinion.

"I think it will definitely be in the back of voter minds," said Buckingham, one of the architects for ɔtting the **intelligent design** statement into the classroom. "But we won't know how much this ɪatters until we get there."

Eric Rothschild, the attorney representing the 11 parents suing the district, said he is staying out of

Print Results

the political side of the debate.

"We're taking the approach that the (teaching of **intelligent design**) is unconstitutional," he said. "The political process is working on a separate track."

But Jeff Brown, a former school board member, said the political process and **intelligent design** issue are now joined at the hip.

"I think the primary makes it clear how polarized the community is on this issue," he said. "None of the candidates can really afford to take the middle ground on this. Like it or not, this is war."

PIC: DAILY RECORD / SUNDAY NEWS PAUL KUEHNEL

Campaign signs, many of them related to the school board race, lined the driveway of the Dover Township Community building Tuesday.

Document YKDR000020050520e15j0001g

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.


factiva

**Dow Jones & Reuters**

A Section
**Dover voters weigh in on intelligent design [Corrected 05/20/05]**
JIM LEWIS
Of The Patriot-News
800 words
18 May 2005
Patriot-News
FINAL
A01
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

CORRECTION: ERIC RIDDLE, RONALD SHORT AND SHEILA HARKINS WON THE REPUBLICAN NOMINATIONS, AND PATRICIA DAPP, JUDY MCILVAINE AND LAWRENCE GURRERI WON THE DEMOCRATIC NOMINATIONS FOR THREE UNEXPIRED 2-YEAR TERMS ON THE DOVER AREA SCHOOL BOARD IN THE PRIMARY ELECTION.

You don't usually see John Sheets, a retired factory worker, at the poll for elections. But the local school board's injection of **intelligent design** into high school biology classes moved him yesterday to vote.

With 18 people running for seats on the board, including seven incumbents, "I figured this was an important election this time." Sheets said. Like many others in Dover, Sheets wants **intelligent design** to be discussed in class, regardless of its religious basis.

The controversy over Dover's introduction of **intelligent design** in its classrooms might have been evident in what election workers called a large turnout of voters, such as Sheets, at the district's six polls.

"I was always brought up that life was created by God," he said. "Evolution is not totally wrong, but there are a lot of gaps in it. I don't know why both sides shouldn't be discussed -- after all, they've been around longer than I can remember."

The Dover Area School Board voted 6-3 in October to read a one- minute statement to students, describing **intelligent design**. It thrust the town of brick and frame houses and neighboring Dover Twp., a suburb of split-level and vinyl-sided homes, into a debate over the separation of church and state that has drawn international attention.

The statement, read by district administrators, calls evolution "a theory" in which gaps "exist for which there is no evidence." It calls **intelligent design** "an explanation of the origins of life that differs from Darwin's view." Students first heard the statement in January, and 11 parents immediately filed a federal lawsuit challenging it.

The statement has drawn interest from the international media, including The New York Times and the BBC.

Yesterday, a team of seven school board candidates, calling themselves Dover Citizens Actively Reviewing Educational Strategies, or Dover CARES, were among 11 challengers to the seven incumbents seeking to win seven board seats in the primary election.

Incumbents Alan Bonsell, James Cashman, Sherrie Leber and Edward Rowand won the Republican nominations for four-year terms, while Dover CARES candidates Bernadette Reinking, Herbert McIlvaine Jr., Bryan Rehm and Terry Emig won the Democratic nominations, according to unofficial returns.

CARES candidate Lawrence Gurreri and incumbents Eric Riddle, Ronald Short and Sheila Harkins won the Republican nominations for three unexpired two-year terms, while CARES candidates Judy McIlvaine and Patricia Dapp joined Short and Gurreri in winning the Democratic nominations, according to unofficial returns.

Those expecting a passionate God-versus-Darwin debate at the polls wouldn't have found it. Even several challengers said they aren't opposed to introducing **intelligent design** into Dover's classrooms -- they want it to be discussed in elective courses on American culture or social studies, not in science class.

But their position has not stopped them from being criticized by some residents who believe in **intelligent design**.

"They think we're atheists," Gurreri said. "We all go to church. I believe in God."

Along Carlisle Road through Dover Twp. and Dover borough are political signs in yards and on porches that tout school board candidates -- and subtly allow supporters to show which side of the debate they're on. "Dover CARES -- common sense, common cause" says one sign, while another suggests a connection with the incumbents that says, "Re-elect our school board."

Incumbents, such as Bonsell, charge that the controversy over the **intelligent design** statement is a creation of the media.

"The media have made this way bigger than it is," said Bonsell, standing outside a poll at the Dover Twp. Community Building, a beige and brown block and metal structure that houses a library and the local volunteer fire company. "A majority of people are in favor of what we did."

Even some school board critics, such as Jeanne Spahr, an employee at an automotive garage, said **intelligent design** should be discussed in class. Standing outside a township poll, Spahr lamented a slide in moral standards in society but charged that the board approved the **intelligent design** statement for publicity, not to spark a classroom discussion on creationism.

"I'm really standing here today feeling really sad that people are picking and debating this, and this should have been a no-brainer," she said. JIM LEWIS: 255-8479 or jlewis@patriot-news.com

PHOTO; GARY DWIGHT MILLER; Caption: The **intelligent design** debate brought a heavier turnout than usual to the polls in Dover yesterday.

Document PATHAR0020050518e15i0001p

@ 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

23 of 179 DOCUMENTS

Copyright 2005 MediaNews Group, Inc.
The York Dispatch (York, PA)

May 18, 2005 Wednesday

**SECTION:** TOP STORIES

**LENGTH:** 586 words

**HEADLINE:** Intelligent design issue draws large number of voters

**BYLINE:** CHRISTINA KAUFFMAN<cm-bd> *The York Dispatch*

**DATELINE:** The municipalities in the Dover Area School District

**BODY:**

Some people in Dover Area School District waited about an hour to vote yesterday. In a primary election. An off-year, primary election.

Dover Borough and Washington and Dover townships -- had an almost 70 percent higher voter turnout than York County's average yesterday. The county averaged 16.8 percent voter turnout, while the total for Dover's six precincts was 28.3 percent.

And November will likely bring the same. A slate of 18 school-board candidates -- likely the largest in the district's history -- was only narrowed by four people.

There are four, four-year terms and three two-year terms open on the board.

Because of resignations, only two of the board's nine seats were not up for grabs.

The debate over the board's decision to add to science classes a statement about **intelligent design**, a theory that attributes the origins of life to a higher being, split the original group of candidates. The numbers are still evenly divided.

Alina Kline and Mike Arnold, proponents of **intelligent design**, and Angie Yingling and Jeff Brown, previous board members who are opposed to teaching **intelligent design** in science classes and resigned over tension with the incumbent board, did not make the ballot.

All seven Dover CARES' candidates will be placed on the ballot, and so will all seven incumbent board members.

Some parents filed a federal lawsuit to force the district to remove the statement from curriculum. Dover CARES candidates say they are opposed to mentioning **intelligent design** in science classes.

The incumbent board --although only two of its members ever voted for **intelligent design** -- is in favor of **intelligent design.**

Dover CARES [Citizens Actively Reviewing Educational Strategies] is a bipartisan group, but on the ballot this fall, they'll all be listed as Democrats.

Though they all cross-filed as Republicans and Democrats, the school board incumbents will all be listed as Republicans.

The York Dispatch (York, PA) May 18, 2005 Wednesday

The Dover Area School District is predominantly Republican. Out of 12,871 registered voters, there are 7,866 Republicans and 5,005 Democrats.

The incumbents received substantially more votes than the newcomers. The top Republican for the four-year term, Alan Bonsell, received 1,375 votes, while the top Democrat for the same term, Rob McIlvaine, took home 825 votes.

The top Democrat for the two-year term, Patricia Dapp, won 740 votes, while the top Republican, Eric Riddle, took home 1,249 votes.

Republicans turned out in higher numbers, as well. Only 24.8 percent of registered Democrats turned out, while 30.5 percent of registered Republicans voted.

A higher turnout among Democratic voters in November could boost the chances for the Dover CARES candidates. However, both parties will be able to vote across party lines in November.

But before the votes were even counted last night, members of Dover CARES said they were already victorious because voters had taken an interest in the race.

After standing at the polls all day, they said they were impressed to see that the highly contested race had drawn out voters in huge numbers.

"It was a very diverse mix of people," Dapp said, describing voters taking to the polls with campaign literature in hand. "And they looked like they did their homework."

Terry Emig, a CARES candidate who received 800 votes and will appear on the ballot for a four-year term, answered in one word what the group intends to focus on next: "November."

-- Reach Christina Kauffman at 505-5434 or ckauffman@yorkdispatch.com.

**LOAD-DATE:** May 18, 2005

22 of 179 DOCUMENTS

Copyright 2005 MediaNews Group, Inc.
The York Dispatch (York, PA)

May 18, 2005 Wednesday

**SECTION:** TOP STORIES

**LENGTH:** 838 words

**HEADLINE:** Four down, 14 left in Dover

**BYLINE:** CHRISTINA KAUFFMAN - The York Dispatch

**DATELINE:** Two candidates running independently on each side

**BODY:**

http://media.nutginteractive.com

It is possible that, at some point, they're all going to have to work together -- those opposed to and those in favor of teaching **intelligent design** in science classes at Dover Area School District.

After a hotly contested primary race that included complaints of illegal signs and threats of boycotts to local businesses that displayed signs of political opponents, the race for the Dover Area School Board yesterday came to an end that resembles where it started: Split.

Alina Kline and Mike Arnold, who were in favor of **intelligent design**, and Angie Yingling and Jeff Brown, who were opposed to **intelligent design** -- were eliminated from the race.

And one slate on each side --four candidates seeking four-year terms and three seeking two-year terms -- made it on to the November ballot.

Yingling and Brown are former members of the board who resigned because of the **intelligent design** issue and tension on the board.

Last year, the board voted to include a statement about **intelligent design** --a theory that attributes the origin of life to a higher being -- in its science classes.

That brought the national media spotlight to Dover, and prompted a group of 11 parents to join the American Civil Liberties Union in filing a federal lawsuit against the board, claiming the statement violates the law.

Of the 14 candidates remaining, seven from Dover CARES [Citizens Actively Reviewing Educational Strategies] are opposed to teaching **intelligent design** in a science classroom. Herbert [Rob] McIlvaine, Bernadette Reinking, Terry Emig and Bryan Rehm will appear on the Democratic ticket in November for four open four-year terms on the board.

Rehm, a science teacher in a different school district, is a plaintiff in the suit. If he and board president Sheila Harkins or vice-president Alan Bonsell are elected in November, Rehm will sit on a board alongside two people he is suing.

The November election will be held about a month and a half after the federal trial is expected to start.

The board incumbents, who also ran as a group, are in favor of **intelligent design**. Bonsell, James Cashman, Sherrie Leber and the Rev. Edward Rowand will appear on the Republican ticket for the four-year terms.

The York Dispatch (York, PA) May 18, 2005 Wednesday

On the Republican ballot for two-year terms will be incumbents Eric Riddle, Ron Short and Harkins. They will face Dover CARES candidates Patricia Dapp, Judy McIlvaine, and Lawrence Gurreri.

Three incumbents would have to win in November to maintain a majority on the board in favor of intelligent design. The Dover CARES group would need to put five members on the board to gain a majority.

But some members of the group have said they wouldn't intend to launch a rollover of the incumbent board's policies even if they were elected; they would want to get community input before making any decisions, they have said.

**Temporary relief:**<! --> When the numbers were read last night, members of Dover CARES clapped and hugged each other.

The Rev. Warren Eshbach, spokesman for the group, laughed at the notion that even the Republicans in the group will be pulling the Democratic lever this fall.

He turned serious, though, telling the candidates he was proud of them.

"We started with nothing," he said. "We're ending up being on the ballot."

But the exhale was only temporary. The next big breath will be needed to help the group forge its way through the November election.

And the work will continue if they win that race, they said.

Even before the numbers were tallied, members of Dover CARES were saying that, regardless of the results, the community needs to work together.

Some of the candidates spent the day alongside their opponents yesterday, taking to the polls to campaign.

But the two groups split into separate camps after the polls closed.

Dover CARES held a reception at the home of a supporter, while the board incumbents took to a different location and refused to allow the press to attend.

Bonsell called a reporter after the incumbents' party had ended and said they were happy with the results of the election.

He said they are confident they can carry their successes through November because the school district is predominantly Republican.

Candidate Rob McIlvaine said that if some candidates from Dover CARES are elected along with some incumbents, there will have to be collaboration and compromise.

"We'll be challenged to come together," he said. "The transcendent issue is the welfare of students. Personal differences, political views, things that divided us in the campaign will have to be put aside."

Dapp said she thinks the two opposing groups would be able to work together if they respect each other's viewpoints.

After standing at the poll with an opponent for most of the day, she said she extended her hand to him.

"We shared the day together," she said she told the man. "What will be, will be."

-- *Reach Christina Kauffman at 505-5434 or ckauffman@yorkdispatch.com.*

**GRAPHIC:** Judy McIlvaine hugs Terry Emig, left, as Patricia Dapp gets a big squeeze from Bryan Rehm while the Dover C.A.R.E.S candidates celebrate their sweep of the Democratic ticket for Dover School Board, Tuesday May 17, 2005. The Dover C.A.R.E.S. candidates will now go head to head against the current Dover School Board in the November general election.

**LOAD-DATE:** May 18, 2005

20 of 179 DOCUMENTS

Copyright 2005 MediaNews Group, Inc.
The York Dispatch (York, PA)

May 18, 2005 Wednesday

**SECTION:** LOCAL NEWS

**LENGTH:** 240 words

**HEADLINE:** Two continue unopposed

**BYLINE:** WENDI HIMMELRIGHT<em-bd> *The York Dispatch*

**BODY:**

A school board candidate who supports teaching creationism and **intelligent design** in science class won handily in yesterday's primary race for a four-year spot on the Eastern York School Board.

Doug Caldwell garnered a total of 482 votes to Kathleen Clark's 297. Both had crossfiled on the Republican and Democratic tickets. Neither could be reached for comment last night.

Caldwell was appointed to a two-year term on the board in January 2004 but opted to run for an open four-year seat. Incumbent Steven Jeffrey did not seek re-election.

Clark, in addition to vying for the four-year seat, had also launched a write-in campaign for Caldwell's vacated seat, so she could also appear on the November general election ballot.

Caldwell and Clark had agreed on many of the campaign issues --both support the district's plans to build a new high school, and both have strong reservations about the Act 72 reforms to provide gambling revenue to districts.

However, Caldwell said during the campaign that he favors teaching evolution as well as creationism and **intelligent design** in the district's science classes.

Clark had disagreed, saying that such discussions should be limited to religion or philosophy courses.

Assuming Clark was successful in her write-in campaign, both candidates will now be unopposed for the district's region 1 in November.

-- *Reach Wendi Himmelright at 505-5431 or whimmelright@yorkdispatch.com.*

**LOAD-DATE:** May 18, 2005

18 of 179 DOCUMENTS

Copyright 2005 MediaNews Group, Inc.
The York Dispatch (York, PA)

May 18, 2005 Wednesday

**SECTION:** TOP STORIES

**LENGTH:** 831 words

**HEADLINE:** Voters split on candidates for school board

**BYLINE:** CHRISTINA KAUFFMAN<cm-bd> *The York Dispatch*

**DATELINE:** Two candidates running independently on each side

**BODY:**

It is possible that, at some point, they're all going to have to work together -- those opposed to and those in favor of teaching intelligent design in science classes at Dover Area School District.

After a hotly contested primary race that included complaints of illegal signs and threats of boycotts to local businesses that displayed signs of political opponents, the race for the Dover Area School Board yesterday came to an end that resembles where it started: Split.

Alina Kline and Mike Arnold, who were in favor of intelligent design, and Angie Yingling and Jeff Brown, who were opposed to intelligent design -- were eliminated from the race.

And one slate on each side --four candidates seeking four-year terms and three seeking two-year terms -- made it on to the November ballot.

Yingling and Brown are former members of the board who resigned because of the intelligent design issue and tension on the board.

Last year, the board voted to include a statement about intelligent design --a theory that attributes the origin of life to a higher being -- in its science classes.

That brought the national media spotlight to Dover, and prompted a group of 11 parents to join the American Civil Liberties Union in filing a federal lawsuit against the board, claiming the statement violates the law.

Of the 14 candidates remaining, seven from Dover CARES [Citizens Actively Reviewing Educational Strategies] are opposed to teaching intelligent design in a science classroom. Herbert [Rob] McIlvaine, Bernadette Reinking, Terry Emig and Bryan Rehm will appear on the Democratic ticket in November for four open four-year terms on the board.

Rehm, a science teacher in a different school district, is a plaintiff in the suit. If he and board president Sheila Harkins or vice-president Alan Bonsell are elected in November, Rehm will sit on a board alongside two people he is suing.

The November election will be held about a month and a half after the federal trial is expected to start.

The board incumbents, who also ran as a group, are in favor of intelligent design. Bonsell, James Cashman, Sherrie Leber and the Rev. Edward Rowand will appear on the Republican ticket for the four-year terms.

On the Republican ballot for two-year terms will be incumbents Eric Riddle, Ron Short and Harkins. They will face Dover CARES candidates Patricia Dapp, Judy McIlvaine, and Lawrence Gurreri.

The York Dispatch (York, PA) May 18, 2005 Wednesday

Three incumbents would have to win in November to maintain a majority on the board in favor of **intelligent design.** The Dover CARES group would need to put five members on the board to gain a majority.

But some members of the group have said they wouldn't intend to launch a rollover of the incumbent board's policies even if they were elected; they would want to get community input before making any decisions, they have said.

**Temporary relief:** When the numbers were read last night, members of Dover CARES clapped and hugged each other.

The Rev. Warren Eshbach, spokesman for the group, laughed at the notion that even the Republicans in the group will be pulling the Democratic lever this fall.

He turned serious, though, telling the candidates he was proud of them.

"We started with nothing," he said. "We're ending up being on the ballot."

But the exhale was only temporary. The next big breath will be needed to help the group forge its way through the November election.

And the work will continue if they win that race, they said.

Even before the numbers were tallied, members of Dover CARES were saying that, regardless of the results, the community needs to work together.

Some of the candidates spent the day alongside their opponents yesterday, taking to the polls to campaign.

But the two groups split into separate camps after the polls closed.

Dover CARES held a reception at the home of a supporter, while the board incumbents took to a different location and refused to allow the press to attend.

Bonsell called a reporter after the incumbents' party had ended and said they were happy with the results of the election.

He said they are confident they can carry their successes through November because the school district is predominantly Republican.

Candidate Rob McIlvaine said that if some candidates from Dover CARES are elected along with some incumbents, there will have to be collaboration and compromise.

"We'll be challenged to come together," he said. "The transcendent issue is the welfare of students. Personal differences, political views, things that divided us in the campaign will have to be put aside."

Dapp said she thinks the two opposing groups would be able to work together if they respect each other's viewpoints.

After standing at the poll with an opponent for most of the day, she said she extended her hand to him.

"We shared the day together," she said she told the man. "What will be, will be."

— *Reach Christina Kauffman at 505-5434 or ckauffman@yorkdispatch.com.*

**LOAD-DATE:** May 18, 2005


**ydr.com** York Daily Record / York Sunday News

Browse

A    is
    nœments
A    us
Calendar of Events
Classifieds
County History
Newslibrary
News Projects
Obituaries
Pets
Photos
ProQuest Archive
YDR Store

Main  Local  Sports  Business  Living  Opinion

search for

ydr.com    search

Main News > Dover Biology

E-mail story    Printer friendly    Subscribe

# Lawyer defends intelligent design

By JOSEPH MALDONADO
For the Daily Record/Sunday News
Sunday, May 22, 2005

"The social implications of Darwinism have been disastrous," said Richard Thompson, the president and chief counsel of the Thomas More Law Center in Ann Arbor, Mich. "Nazi Germany used Darwin to justify a master race based on the idea that it's survival of the strongest."

Thompson's perception that teaching evolution is socially destructive is just one of the reasons why he volunteered to defend the Dover Area School District's school board and administration against a lawsuit brought against them last December, he said.

Eleven parents sued the district, saying a statement issued by the district to ninth-grade biology students that intended to teach students that there were gaps and problems with Darwinian evolution, was unconstitutional.

The problem, they said, was that the statement also included the mention of "intelligent design theory."

Intelligent design suggests that life is too complex to have evolved on its own through the process of natural selection, which Darwin conceived. Intelligent design suggests that all living organisms were designed by a supernatural being or entity.

Critics say the "designer" in intelligent design is God in disguise. And while many of the plaintiffs have said they have nothing against God, they do have a problem with religion being taught in a secular classroom funded with taxpayer money that comes from people of all faiths or no faith at all.

A decision made by Dover's board Oct. 18 authorized a curriculum change that makes specific mention of intelligent design.

Repeatedly since October, board members such as Alan Bonsell, William Buckingham and Sheila Harkins have said intelligent design is legitimate science and has nothing at all to do with God. But if that is true, opponents of the curriculum change ask, then why has Thompson volunteered to defend the board?

Th...... M....'. Web site states the group is "dedicated to the defense and

## ABOUT THE SERIES

In October, the Dover Area School Board voted to require high school biology teachers to teach alternatives to the theory of evolution, including intelligent design.
**What is intelligent design?:** Intelligent design holds that all living organisms are so complex, that they must have been created by an unspecified divine being.
**The reason:** Board members who support the change say students should learn about alternative theories to evolution.
**The other side:** Critics argue "intelligent design" is merely an attempt to get creationism and religion into the classroom.

top

promotion of the religious freedom of Christians, time-honored family values and the sanctity of human life."

The reason Thompson said he took on the case is because Christians, including himself, support intelligent design.

"And because Christians support it, the ACLU wants it out of the classroom," Thompson said. "(Thomas More) is like the anti-ACLU."

Evolution, which is the current state standard for biological science in Pennsylvania, has positive implications for atheists in America, Thompson said. "But anything that has a positive implication for Christians is not OK," he added. "That's discrimination."

When the case comes to trial in mid- to late September, Thompson said, intelligent design's links to creationism won't matter because his experts will prove that intelligent design is good science.

"We have credible scientists on both sides of the issue who will say that the one-minute statement does a good service for students," Thompson said. "The statement has already been read once and the roof didn't cave in."

But Vic Walczak, ACLU attorney for the plaintiffs, said Thompson's got nothing.

"Nothing gets my fires burning faster than the way the ACLU is associated with liberal causes," he said. "We are defenders of constitutional freedoms for people of all religions, including Christians."

He cited cases last year in which the ACLU supported an Amish fight for horse and buggy rights in Cambria County, a black church near Pittsburgh that had zoning problems with a local government, and a woman in Beaver County who needed counseling but insisted that it be Christian counseling.

"Thompson said we interfere with the rights of people to worship," Walczak said. "But the truth is Thomas More, and others like them, are trying to impose their religious views, symbols and prayers on everyone."

Thompson said that while schools are not allowed to teach origins of life, biblical or otherwise, intelligent design will lead students to wonder where life comes from.

Members of Dover's school board have said the "designer" could be anything, including an alien.

"But for many, the answer will be God," Thompson said. "And it's that connection that certain people have problems with."

People such as Walczak.

"Once you strip away all the rhetoric you are not left with science," he said. "You are left with something that closely resembles creationism. And that does not belong in any science classroom."

**Dover Biology >>**

- **Lawyer defends intelligent design** *(May 22, 2005)*
- **Not about intelligent design, they say** *(May 8, 2005)*
- **For the incumbents, it's touting accomplishments** *(May 8, 2005)*
- **Dover hosts speaker on evolution** *(Apr 24, 2005)*
- **Dover board hopefuls to meet** *(Apr 18, 2005)*

### Previous

← Not about intelligent design, they say (2005-05-08)

*top*

Main · Local · Sports · Business · Living · Opinion

Jobs at the York Daily Record | Contact us

Submit Web site feedback

Copyright © York Daily Record 2005
122 S. George St., P.O. Box 15122
York, PA 17405, (717) 771-2000

Privacy policy

The York Dispatch (York, PA) May 24, 2005 Tuesday

26 of 100 DOCUMENTS

Copyright 2005 MediaNews Group, Inc.
The York Dispatch (York, PA)

May 24, 2005 Tuesday

**SECTION:** TOP STORIES

**LENGTH:** 653 words

**HEADLINE:** Dover asked to end conflict

**BYLINE:** HEIDI BERNHARD-BUBB<cm-bd> *The York Dispatch*

**BODY:**

As a student representative serving on the Dover Area School Board, 16-year-old Joshua Rowand has had a front seat to the debate over **intelligent design.**

And last night after members of Dover CARES [Citizens Actively Reviewing Educational Strategies] asked the school board to consider removing **intelligent design** from the biology curriculum and putting it into another class, Rowand said he had to speak out.

"This whole issue really upsets me ... it's just a one-minute statement; students can respond to the statement, students can go the library and find out more if they want to; it's [the curriculum] not shoving Darwinism down our throats and it's not shoving **intelligent design** down our throats," Rowand said.

Rowand, an active Christian who believes in creationism and is the son of board member Edward Rowand, took biology two years ago before the addition of the statement on **intelligent design.** Edward Rowand will appear on the Republican ticket for a four-year term in November's election.

Joshua Rowand said he believes that the students and the district are being hurt by the lawsuit filed against the district by the American Civil Liberties Union on behalf of 11 parents opposed to teaching **intelligent design** in the district's biology curriculum.

**Repeal proposed:** Dover CARES school board candidate Larry Gurreri used last Tuesday's primary election as evidence the community wants change and urged the school board to put the issue to rest.

On behalf of Dover CARES, Gurreri read a statement to the board saying, "The preliminary figures from Tuesday's primary election have made two things clear. One, is that no longer can it be said that a majority of constituents support **intelligent design** in science class. Two, is that the numbers show our community is still divided ... we urge the board to act in good faith and take steps to end this conflict."

Gurreri said the board should change the "biology curriculum back to its pre-October structure" and suggested it could be taught in another class, philosophy or world religion, where it's legally would not be questioned.

The board took no action on the suggestion.

School board member and candidate Eric Riddle said that even if only a 51 percent majority of the community voted for the incumbents, the community was still speaking.

"We are going to stand behind our convictions," Riddle said.

**Clarified position:** After the meeting, Joshua Rowand clarified his statements saying, "99 percent of the students don't care; it's not a big deal, and the whole issue has been blown way out of proportion."

The York Dispatch (York, PA) May 24, 2005 Tuesday

He said that when he took biology the teachers were sensitive to different beliefs and made it clear that others might have theories that conflict with Darwin's theory of evolution.

He also said learning about evolution had not affected his personal faith.

When asked whether he thought the addition of the **intelligent design** statement was necessary, given the way teachers had handled the situation in the past, Rowand said he might not have made the same decision the board did, but he doesn't think there is anything wrong with it.

Last year, the board voted to include a statement about **intelligent design** -- a theory that holds life is too complex to be explained by an undirected process such as natural selection and attributes the origin of life to a higher being -- in its science classes.

That brought the national media spotlight to Dover and prompted the federal lawsuit, which claims the statement violates the law.

In the November election, 14 candidates will compete for four four-year seats and three two-year seats on the board. The seven candidates from Dover CARES are opposed to including **intelligent design** in a science classroom. The seven board incumbents are in favor of including **intelligent design.**

*— Reach Heidi Bernhard-Bubb at 854-1574 or hbubb@yorkdispatch.com.*

**LOAD-DATE:** May 24, 2005

11 of 179 DOCUMENTS

Copyright 2005 MediaNews Group, Inc.
The York Dispatch (York, PA)

June 7, 2005 Tuesday

**SECTION:** LOCAL NEWS

**LENGTH:** 478 words

**HEADLINE:** District honors former board members' work

**BYLINE:** HEIDI BERNHARD-BUBB<cm-bd> *The York Dispatch*

**BODY:**

Casey Brown said it was with mixed emotions that she accepted a certificate of recognition last night for 10 years of service on the Dover Area School Board.

"It was bittersweet," she said as she was leaving the meeting.

Casey Brown was recognized along with her husband, Jeff Brown, who served for five years, and Angie Yingling, who served more than four years.

All three resigned from the board over the **intelligent design** controversy; the Browns resigned last November, and Yingling resigned in February.

Yingling and Jeff Brown ran campaigns for open seats on the school board, but were eliminated in the May primary.

Last night, the focus was on the members' contributions during their tenures on the board and not the circumstances under which they left.

Casey Brown said she would not comment on her feelings about her former colleagues until after a federal lawsuit --filed by some parents to force the district to remove the statement from curriculum -- is over.

However, the recognitions were not from the school board, but from the district.

**Praise for contributions:** Superintendent Richard Nilsen listed the various committees the three members had served on and ways in which they had contributed to the district.

Nilsen praised Casey Brown for her commitment to updating the district's policies, Jeff Brown for his humor during tense debates and Yingling for her "great passion for the middle-level student."

The current school board members did not comment on the recognition of the former members.

The district is being sued by the American Civil Liberties Union on behalf of 11 parents opposed to including **intelligent design** in the biology curriculum.

Last year, the board voted to include a statement about **intelligent design** -- a theory that holds life is too complex to be explained by a process such as natural selection and attributes the origin of life to a higher being -- in its science classes.

Casey and Jeff Brown voted against including **intelligent design** in the curriculum and resigned in protest.

The York Dispatch (York, PA) June 7, 2005 Tuesday

Yingling voted for the curriculum change, but later changed her mind saying that she had been pressured to vote with the majority.

For now, the former board members say they are focusing on other things.

Jeff Brown said he was "bummed out for about three days after the primary election," but began to feel relieved that he "was off the hook because [he] spoke [his] mind to the community."

Jeff Brown and Yingling said they do not regret their decisions to resign.

Casey Brown, who is filling her time with classes on "metaphysics and Gaelic," said she plans to run for the school board again in two years.

"Now is not the right time, but I'll run again and I'll be running very hard," she said.

-- *Reach Heidi Bernhard-Bubb at 854-1575 or h@yorkdispatch.com">hbubb@yorkdispatch.com.*

**LOAD-DATE:** June 7, 2005



Dow Jones & Reuters

A Section
**Demanding change ; Board president survives call from residents for resignation**
JIM LEWIS
Of The Patriot-News
746 words
7 June 2005
Patriot-News
FINAL
A01
English

Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Angry residents demanded the resignation of the president of the Steelton-Highspire School Board last night and cheered the early retirement of the superintendent, days after a grand jury declared the junior-senior high school was in "chaos" with fights in halls and alleged sexual misconduct between two employees and students.

President Derek Lewis escaped an attempt to force him from office, casting the tie-breaker in a 5-4 vote by the board. The vote prompted a large crowd who came to yesterday's board meeting in the junior/senior high school auditorium to chant, "re-sign, re-sign."

The crowd applauded wildly when the board took a vote to accept the retirement of Superintendent Kenneth Kitch, who announced last month he was leaving almost midway through a five-year contract. When Lewis asked board members for a voice vote, the crowd yelled in unison, "aye."

Kitch, 54, had announced he was retiring for unspecified health reasons. He did not attend the meeting.

Residents said they were reeling over the grand jury report released last week. The report maintains that Lewis pressured Kitch to hire a friend, Rodney "Tubby" Ramsey, as a hall monitor at the junior-senior high school even though Lewis knew Ramsey had a criminal record. Ramsey is awaiting trial on charges that he had sex or sexual contact with students.

The report also cites the firing of a former math teacher, Elizabeth Berthoud, who authorities say played strip poker with one student and regularly had sex with another after he turned 18. Berthoud was charged last week by Dauphin County authorities with corrupting minors.

The report also states that the district drastically underreported school violence to the state Department of Education, possibly to avoid sanctions under the federal No Child Left Behind Act, and let troubled students in its alternative education program roam the streets in the afternoons rather than perform community service.

Donna Lockette said she was happy to find a home in Steelton that was larger than her place in the Central Dauphin School District. Now, she fears she has placed her two children in an unsafe school.

"I am sorry I moved, but no one can fix that but me," said Lockette, who urged the board to conduct more extensive criminal background checks on all district teachers over the summer.

Some residents demanded Lewis resign as president, saying he has set a bad example. Lewis was accused by the grand jury of falsely testifying he didn't know Ramsey's state convictions. Lewis denied the claim.

Lewis and the board voted last night to expand background checks on prospective employees to include federal convictions, something not required by state law.

"I think he would do the district a very good justice and show his integrity if he [Lewis] would resign," said Diane Davis, a Steelton resident. "I don't think he should be asked to resign -- he should volunteer to resign. This is just a poor example. It's terrible."

Brian Proctor, 28, of Steelton, remembered Lewis as his midget football coach, and hoped he would not resign. "He is a father figure for people in the community, especially in the black community," Proctor said.

"This is a fiasco," said Proctor, who watched the meeting from the back of the auditorium. "How are our kids benefiting from us

standing up there and screaming? This isn't 'Jerry Springer.'"

Board member Barry Baumgardner called Kitch "a carpetbagger superintendent" and charged the board "seems to want the power, but they're afraid of the responsibility that goes with it."

He listed some of his ideas that were rejected by the board, including proposals to pick a student to raise and lower the U.S. flag at school and to send a letter of commendation to the Dover Area School Board, which approved the reading of a controversial statement in high school biology classes that suggests the universe was created by "**intelligent design.**"

The letter would have encouraged Dover's attempt "to put God back in schools," but no one else supported it, Baumgardner said.

What the community must do now is come together to solve problems in its schools, residents told the board.

"If we don't settle down ... we will never get the problems solved," said one man. JIM LEWIS: 255-8479 or jlewis@patriot-news.com

PHOTO; Caption: LEWIS

Document PATHAR0020050608e16700031

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results

 **factiva**™

Dow Jones & Reuters

LOCAL
**Dover Area schools' budget passes with no tax hike; The school board also honored former members Casey and Jeff Brown and Angie Yingling for their service.**
JOSEPH MALDONADO
York Daily Record
418 words
11 June 2005
York Daily Record
3
English

Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

The Dover Area School Board unanimously voted to approve its 2005- 06 budget during its recent meeting.

Board member Alan Bonsell said there are no tax increases associated with the new budget.

Total expenditures are expected to be $37,445,544, while total revenue is expected to be $35,930,326. The shortfall will be made up with surplus money available in the general fund.

During the meeting, Supt. Richard Nilsen presented former board members Casey and Jeff Brown, nd Angie Yingling plaques thanking them for their years of service. Last year, all three resigned over ..ie **intelligent design** issue.

In October, the board voted 6-3 to read a statement to ninth- grade biology students that would make them aware of the gaps and problems associated with Darwin's theories on evolution. The statement said there were alternative theories, including **intelligent design**.

Yingling said it felt strange to accept an award from people she disagreed with so strongly.

Casey Brown said she was there because she was promised the award would be given by Nilsen on behalf of the students and residents. Her husband, Jeff, also had reservations but didn't want to give the board the "satisfaction of not showing up."

Yingling said there are still a lot of hard feelings between her, the Browns and the board. But when she looks back on her time on the board, she said, she is proud of her accomplishments.

Casey said, after 10 years on the board, she, too, was proud.

Jeff Brown, who served five years, said he didn't have much to brag about. "The one time when I could have made a difference as a board member I failed," he said. "ID is still in the classroom, and I have to live with that."

.ast goodbyes to staff members

Print Results

On May 25, Denise Russell, the district's former business manager, lost her battle with cancer. Russell spent nearly 30 years in education. "She was efficient, effective and displayed the highest qualities of professionalism," Nilsen said.

On May 31, the district also lost Marsha Mummert to cancer. She had served in the district since 1982, most recently in learning support. "Her love and interest in students was a model for all to follow and emulate," Nilsen said. "She never understood the words give up."

Document YKDR000020050614e16b0001a

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.


factiva.                                                                     **Dow Jones & Reuters**

Faith
KALEIDOSCOPE
**Society to honor former Gov. Casey [Corrected 06/19/05]**
JUDITH PATTON
Of the Patriot-News
1,096 words
17 June 2005
Patriot-News
FINAL
G01
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

CORRECTION: THE DATE FOR THE ST. THOMAS MORE SOCIETY MASS AND DINNER ARE INCORRECT. THE MASS FOR THE ST. FIDELIS AWARD WILL START AT 5:30 P.M. WEDNESDAY IN ST. PATRICK CATHEDRAL, FOLLOWED BY DINNER AT THE NATIONAL CIVIL WAR MUSEUM.

The St. Thomas More Society of Central Pennsylvania will honor the late Gov. Robert P. Casey with its 2005 Fidelis Award on Thursday. Sen. Rick Santorum, R-PA., received the first Fidelis Award last year.

The celebration by the organization of Catholic civil and canon lawyers affiliated with the Roman Catholic Diocese of Harrisburg will begin with a Mass at 5:30 p.m. celebrated by Bishop Kevin C. Rhoades in St. Patrick Cathedral, 212 State St., Harrisburg.

Cocktails and dinner will follow at The National Civil War Museum, Lincoln Circle, Harrisburg. Dinner proceeds are earmarked for the Lourdeshouse Maternity Home operated by Catholic Charities and to the Hon. Genevieve Blatt Red Mass Fund.

June 22 is the feast day of the society's patron saint, St. Thomas More, whose principles are honored by the award. Tickets, at $100 a person or $175 a couple, may be purchased today from Marty Toth at 720-3854 or mtoth@aessuccess.org.

"Summer at the Tabernacle," a series of concerts, preaching and teaching, moves into Mount Gretna at 7:30 p.m. Sunday under the umbrella of the Mount Gretna Bible Festival. A fixture at Mount Gretna since 1899, the festival this year begins with Andy Roberts bringing his jazz quartet to the stage for a worship/concert with commentary by the Rev. John Roberts.

Musical interpretations will be presented by the New Holland Band on July 3, the praise band from Trinity Lutheran Church of Camp Hill on July 24, the Susquehanna Chorale on Aug. 21 and Lancaster Brass Quintet on Aug. 28.

Connie Pombo of Maytown, Lancaster County, a missionary and founder of Women's Mentoring Ministries, will lead a seminar for women -- men also are invited -- on "Living the Passionate Life" on July 17. John Read, a Philadelphia church historian, will do a presentation on July 10 about the church groups that established the camp meeting.

Two weeks of Sunday and Wednesday services will open at 10 a.m. July 31 with Dave Stahl and the Sacred Orchestra. Bishop Michael Sigman of the Evangelical Congregational Church will preach at 10 a.m. and 7:30 p.m. Aug. 7 and 7:30 p.m. Aug. 10. The Rev. Darrell Womer, recently retired chaplain of Lebanon Valley College, will lead a hymn sing on Aug. 30. The Rev. Bob Kettering of the Lititz Church of the Brethren will lead a service of word and song at 7:30 p.m. July 31.

For information, visit www.MtGretnaTabernacle.org or ask for a brochure by calling 653-8588 or e-mailing fezdez@infionline.net.

Good Shepherd Roman Catholic Church, Camp Hill, will be filled with golden moments as 180 couples celebrating their 50th wedding anniversaries this year are honored at a Mass and reception at 2 p.m. June 26.

Bishop Kevin C. Rhoades will be the main celebrant for the festivities being held by the Harrisburg Diocesan Family Life Ministry, the Council of Catholic Women and the Senior Adult Ministry. More than 1,000 are expected to attend the celebration.

Some folks can remember when fast food was delivered to the car waiting in the parking lot, sometimes by people sporting roller skates. To relive those times, Swatara Church of God is undertaking its annual Car Hop June 25.

People can stop by the church at 4860 Lindle Road, Swatara Twp., between 4 and 7 p.m. to order burgers, fries, barbecue and malt served by the church youth members. To be served, pull into the parking lot and turn on your headlights.

For information, call 564-6673 or 939-3961.

An exhibit, "Slings and Symbols: Mixed Media and Collage" by Polly McCann will grace the art gallery at Grantham Brethren in Christ Church, 421 Grantham Road, near Messiah College, through July 10.

McCann, a graduate of Messiah College, gives drawing and painting lessons privately and at the Art Center of Mechanicsburg. A reception will be held from 10 a.m. to 1 p.m. June 26 and an artist talk from 10:15 to 11 a.m. July 10.

She creates collages of layered paper, canvas and paint using fine art techniques and found objects that might include bottle caps and candy wrappers.

For information, call 766-053 or visit www.granthamchurch.org .

Jazz music featuring trombonist Rob Stoneback will echo through the Brooks Prayer Garden at St. Thomas United Church of Christ, 6490 Linglestown Road, Linglestown, at 7 p.m. Sunday. In case of rain, the music will be heard in the sanctuary.

A repeat performer at the Bethlehem Muzikfest, Stoneback has had his own big band since 1979 that has backed well-known singers such as Natalie Cole, Perry Como, Johnny Mathis, The Manhattan Transfer, Aretha Franklin and Englebert Humperdinck.

Joining him for the jazz vespers will be George Grund, piano; Keith Mohler, bass; and Gary Rissmiller, drums. Attendees will need to bring lawn chairs.

For information, call 652-7259.

Lutherans from 140 congregations in the Upper Susquehanna Synod of the Evangelical Lutheran Church are holding their 18th synodical assembly today and tomorrow at Susquehanna University, Selinsgrove.

Critical issues before the church to be discussed are new worship resources, new structure, blessing of same-gender relationships and ordination of gay or lesbian individuals who are living in committed relationships.

To be ordained as pastors will be Carla Volland, who will serve the Clarkstown/Lairdsville Parish in Lycoming County, and Christoph Teille, who will serve the Elysburg Parish in Northumberland County.

Blessings will be offered for the Synod Choir preparing for a tour of Ansbach/Wurzburg Kirchenkreis, its partner synod in Bavaria, Germany.

Messiah College will offer a workshop for high school science teachers, administrators and clergy on issues related to **intelligent design**, which is being introduced in public schools. With support from the John Templeton Foundation, the course will be offered from June 27-July 1.

Details are available at www.messiah.edu/godandscience/ workshop.html.

Registration fee is $65. For information, contact Davis at tdavis@messiah.edu or 766-2511, ext. 6840. Kaleidoscope presents a weekly mosaic of bits and pieces of news from the midstate's diverse faith community. JUDITH PATTON: 255-8177 or jpatton@patriot- news.com

Document PATHAR0020050618e16h00036

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results

factiva.

**Dow Jones & Reuters**

LOCAL
**Dover and intelligent design**
York Daily Record
148 words
19 June 2005
York Daily Record
1/07
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

On Oct. 18, when its school board voted 6-3 to approve science curriculum changes, the Dover Area School District is believed to have become the first district in the country to include **intelligent design** in its high-school biology curriculum.

**Intelligent design** is the idea that life is too complex to have evolved solely through natural selection and therefore must have been created by some intelligent force.

Its supporters say it's about fairness giving time to alternative views to evolution.

Its critics say it's not science, but a way of forcing Christianity into biology class. In December, 11 parents filed a federal civil-rights suit against the district.

On Jan. 18 and 19, as part of the school board's mandate, district administrators read a statement to ninth-grade biology students in which **intelligent design** was mentioned.

Document YKDR000020050622e16j0001h

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results



factiva.™

**Dow Jones & Reuters**

LOCAL
**Experts won't back Dover; School district lawyer claims conflict with intelligent-design advocates**
LAURI LEBO
York Daily Record
718 words
19 June 2005
York Daily Record
1/07
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Seemingly, they're would-be allies.

But a disagreement last week over legal representation means three experts with connections to the pro-**intelligent design** Discovery Institute will not be testifying in a federal court case on behalf of the Dover Area School Board.

The three experts William Dembski, Stephen Meyer and John Campbell were slated for testimony on the debate over **intelligent design**.

But last week, their names were removed from the list before they could give depositions in the case.

Eric Rothschild, plaintiffs' attorney with Pepper Hamilton, said he was baffled by the decision.

Meyer is the director of Discovery Institute's Center for the Renewal of Science and Culture, which funds research projects related to **intelligent design**. Dembski and Campbell are senior fellows there.

Dembski, a mathematician and scientific philosopher, said the Thomas More Law Center, which is defending the school board, basically fired him because he wanted to have his own attorney present during the depositions.

He said he's puzzled and frustrated by Thomas More's refusal to let him participate.

"I felt like I was in the crossfire," Dembski said.

Even though Discovery is probably the country's leading proponent of **intelligent design**, it opposes the Dover Area School Board's decision to make the concept regarding life's origins part of its science curriculum.

Its members say they don't oppose **intelligent design** being taught in the schools, they merely oppose it being mandated.

In December, 11 parents filed a lawsuit against the decision, arguing that the board violated the First Amendment clause prohibiting the establishment of religion.

While Dembski said he disagrees with many aspects of Darwinism, "there is still a long way at hammering out ID as a full-fledged research program. That said, there is nobody I know that says **itelligent design** should be mandated. I think this is the problem with Dover. It's not a way you build consensus and help education along."

But Richard Thompson, Thomas More president, said the decision to not use the three experts had nothing to do with their positions on **intelligent design** and whether it should be mandated in a classroom.

Rather, he said he objected to the experts bringing along their own lawyers, calling it a "conflict of interest."

"The case involves the school board and the parents," he said. "Now, if you have attorneys coming in and representing the experts and their attorneys are saying, Don't answer that question,' then you have a conflict with the aims of the school board."

Thompson said the problem arose in the past several weeks when the Discovery Institute insisted that its people have separate legal representation.

But Thompson said the defense remains well represented.

Scott Minnich of the University of Idaho and Michael Behe of Lehigh University, along with Warren Nord, a University of North Carolina professor, and Dick Carpenter of Focus on the Family, have 'ready given their depositions and are prepared to testify.

Behe and Minnich are also Discovery fellows. They gave their depositions before the debate over legal representation began.

No one at the Discovery Institute returned repeated calls for comment.

In addition to his connections with Discovery, Dembski is also working as an editor and writer for the Foundation of Thoughts and Ethics, publishers of the pro-**intelligent design** book, "Of Pandas and People."

Last month, the nonprofit textbook publisher filed a motion to join the fight against the lawsuit. The lawsuit could harm the Texas company's financial interests and educational goals since "Of Pandas" is being used in the district, its attorneys argue.

"FTE primarily will focus on plaintiffs' purpose to destroy both **intelligent-design** theory as a viable scientific explanation to the origins of life and FTE's ability to market textbooks," according to a motion filed Monday in U.S. Middle District Court in Harrisburg.

Dembski said he thinks the whole issue is unfortunate.

"Discovery and Thomas More have their differences," he said. "I have a lot of loyalty with Discovery."

PIC: SUBMITTED

Print Results

The Foundation of Thoughts and Ethics, publishers of the Of Pandas and People' textbook, filed a motion to join the fight against the Dover Area School Board lawsuit last month.

Document YKDR000020050622e16j0001i

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results


**factiva**.™

**Dow Jones & Reuters**

LOCAL
**State studies intelligent design; A House bill would insert the concept into the Public School Code.**
RICHARD FELLINGER
York Daily Record
496 words
21 June 2005
York Daily Record
1
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Lawmakers studied a controversial bill Monday to allow any Pennsylvania school to teach **intelligent design**, the alternative to the theory of evolution that has divided the Dover Area School District.

The House Subcommittee on Basic Education heard four hours of testimony from a seven-member panel, which offered mixed views on the bill sponsored by state Rep. Tom Creighton, R-Lancaster.

Creighton's bill would insert the concept of **intelligent design**, which is the idea that life is so complex it must have been created by an intelligent designer, into the Public School Code. The state's current education standards don't prevent districts from teaching alternatives to evolutionary theory, but there are no specifications that districts are allowed to do so.

Two college professors, a Kansas City attorney and a recent high- school graduate from Lehigh County argued for the bill.

One college professor, the American Civil Liberties Union and Americans United for the Separation of Church and State opposed it. The ACLU has joined 11 parents who are suing the Dover district over its decision to add **intelligent design** to its biology curriculum.

The bill faces significant hurdles in the Legislature. Rep. Ron Miller, R-Jacobus, a member of the subcommittee, predicted it will stay bottled up in committee because of pressure from critics who say it is an attempt to introduce religion in science class.

Even so, Miller said he could support the bill with certain changes. He is interested in changes proposed by Kansas City lawyer John Calvert, managing director of the **Intelligent Design** Network.

Calvert suggested amending the bill to clarify the definition of **intelligent design** and state that districts can teach criticism of evolutionary theory.

The bill's critics and supporters disagreed on whether **intelligent design** is a religious movement.

Janice Rael, president of the Delaware Valley Chapter of Americans United for Separation of Church and State, said proponents of **intelligent design** "are activists who are struggling to impose their particular religious viewpoint on us all."

Randy Bennett, associate professor of biology at Juniata College, said **intelligent design** can't be

tested and doesn't belong in the science curriculum.

' arry Frankel, legislative director for the ACLU of Pennsylvania, said courts have ruled that the U.S.
onstitution does not allow teaching of religious doctrine in science classes. But Frankel said
**intelligent design** could have a place in courses on philosophy or comparative religion.

**Intelligent design** supporter Michael Behe, biochemistry professor at Lehigh University, insisted
that the concept "is an argument based on empirical, physical data."

Recent high-school graduate Samuel Chen of Emmaus said there are flaws in evolutionary theory that
teachers refuse to study.

"Educators who often do not know what **intelligent design** truly is assert that **intelligent design** is
anti-scientific and based on ignorance, while claiming evolution to be a scientific fact," Chen said.

Document YKDR000020050622e16I0002q

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.