# APPENDIX IV

# TAB DD

# Creationism is not a science;

*CHRIS CARNEY YORK TOWNSHIP.* **York Daily Record**. York, Pa.: Jun 15, 2004. pg. B

**Abstract (Document Summary)**

Perhaps the Dover Area School Board should read their Supreme Court decisions. In Edwards v. Aguillard, the Supreme Court states very clearly that teaching creationism in public schools even when taught side-by-side with evolution "endorses religion by advancing the religious belief that a supernatural being created humankind." They further state that teaching creationism alongside evolution "to prohibit the teaching of a scientific theory disfavored by certain religious sects" is a violation of the First Amendment.

**Full Text** (310  words)

Copyright (c) 2004 York Daily Record

I am appalled at the attempts of certain members of the Dover Area School Board to block the adoption of a biology text which does not include "creationism." Despite the best efforts of a vocal group of fundamentalists to persuade us otherwise, the United States is not founded upon a Christian ethic. Read the actual text of the Constitution and you'll notice the conspicuous omission of God from the text. Our government is founded by the people, not divine authority.

Religious beliefs have no place in a public, government-funded classroom. Trying to include creationism, or "creation science" as the fundamentalists try to cloak it, is not science. Science is based on observable evidence, theory and strict testing. Creationism is nothing more than faith.

Church and state are meant to be kept separate in this country. In 1948, Justice Hugo Black wrote, "Separation is a requirement to abstain from fusing functions of Government and of religious sects, not merely to treat them all equally . . . In no activity of the State is it more vital to keep out divisive forces than in its schools."

Perhaps the Dover Area School Board should read their Supreme Court decisions. In Edwards v. Aguillard, the Supreme Court states very clearly that teaching creationism in public schools even when taught side-by-side with evolution "endorses religion by advancing the religious belief that a supernatural being created humankind." They further state that teaching creationism alongside evolution "to prohibit the teaching of a scientific theory disfavored by certain religious sects" is a violation of the First Amendment.

We cannot continue to allow these evangelical reactionaries from trying to inject medieval notions of the creation of man into our classrooms. Our students learn little enough science as it is without trying to undo religious indoctrination about God's hand in the development of humankind.

CHRIS CARNEY

YORK TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:        MAIN
ISSN/ISBN:      10434313
Text Word Count 310
Document URL:

NewsLibrary: Document Display

## NewsBank InfoWeb

## NewsLibrary

Estimated printed pages: 3

Docs remaining: 17
Subscription until: 01/30/2005 1:15 PM

York Sunday News (PA)

June 20, 2004
Section: VIEWPOINTS
Page: 0B

Column: Letters to the editor

**LETTER Buckingham wrong on text**
Author: *BETH EVELAND YORK TOWNSHIP*

Article Text:

As a parent in the Dover Area School District, I must convey my shock and utter dismay at William Buckingham's comments regarding the search for new biology texts for the high school. I am especially upset with Mr. Buckingham's comments as quoted in Wednesday's York Daily Record: "This country wasn't founded on Muslim beliefs or evolution. This country was founded on Christianity, and our students should be taught as such." .

This statement is in direct contradiction to the mission statement for Dover schools: in partnership with family and community, to educate students. We emphasize sound basic skills, and nurture the diverse needs of our students as they strive to become lifelong learners and contributing members of our global society. What a slap in the face to many of the parents and taxpayers of the Dover area. How sad that a member of our own school board would be so close-minded and not want to carry on the mission of Dover schools. His ignorance will not only hold back children attending Dover Area Schools but also reinforce other communities' views that Dover is a backwards, close-minded community.

If this was simply a matter of selecting a text that gives two contradicting scientific theories equal time, that would be an entirely different matter. But it's not; creationism is religion, plain and simple. Mr. Buckingham's comments offend me not because they are religious in nature, but because it is my duty to teach my children about religion as I see fit - not the Dover Area School District during a biology class. BETH EVELAND YORK TOWNSHIP

(c) 2004 York Sunday News. All rights reserved. Reproduced with the permission of Media NewsGroup, Inc. by NewsBank, Inc.
Record Number: MERLIN_566693

# Teach religion in church, not school;

*APRIL BRENEMAN DOVER TOWNSHIP.* York Daily Record. York, Pa.: Jun 21, 2004. pg. 4

**Abstract** (Document Summary)

The theory of creationism is purely Christian. I'm not trying to disregard creationism, but I feel, as a Christian theory, it should be taught in church, not school. As Max Pell pointed out at the board meeting, teaching creationism may cause problems concerning the separation of church and state. Board president Alan Bonsell disagreed, saying creationism would only be presented as a theory. However, teaching creationism is essentially teaching Christianity.

**Full Text** (278   words)

*Copyright (c) 2004 York Daily Record*

In response to the arguments about a new biology textbook for Dover High School, I'd like to point out that creationism has nothing to do with biology and, therefore, it's irrelevant to ask that the course textbook be more balanced in its presentation of evolution and creationism. School board member William Buckingham said it's inexcusable to teach from a book that says man descended from apes and monkeys. But why is such an idea inexcusable when there is scientific proof supporting the theory of evolution? Belief in creationism relies on faith, and it is science, not faith, that is being taught at Dover.

The theory of creationism is purely Christian. I'm not trying to disregard creationism, but I feel, as a Christian theory, it should be taught in church, not school. As Max Pell pointed out at the board meeting, teaching creationism may cause problems concerning the separation of church and state. Board president Alan Bonsell disagreed, saying creationism would only be presented as a theory. However, teaching creationism is essentially teaching Christianity. In a public school system where students are free to practice any religion, the school cannot govern that choice. Teaching creationism would allow the school to do just that. Not only would it influence students' choices about religion, it may, as Robert Bowman noted, insult non-Christian taxpayers by deeming their beliefs as unimportant.

In all the years I received an education at Dover High School, I was always taught America was founded as the land of the free, not the land of the Christians. People came to America to escape religious persecution and practice their beliefs openly.

APRIL BRENEMAN

DOVER TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:          *MAIN*
ISSN/ISBN:        10434313
Text Word Count   278
Document URL:

## Evolution is fact, creationism isn't;

*LISA SCHAUMANN WASHINGTON, D.C.*. **York Daily Record**. York, Pa.: Jun 23, 2004. pg. 10

**Abstract (Document Summary)**

When you look at how the fossils of human skeletons have slowly changed over millions of years, the physical evolution is obvious. The social evolution is just as obvious in cave paintings, in the first fire rings, and in the development of language.

The separation of church and state exists to provide a learning environment free of religious pressure. The Dover school board should choose the best biology textbook it can find, not one that conforms to their personal religious beliefs.

**Full Text (282  words)**

*Copyright (c) 2004 York Daily Record*

As a graduate of Dover Area High School, who holds a master's degree in anthropology, I am deeply disturbed by the current debate of creationism that is occurring at the Dover school board.

In the 1980s, I received a solid education from the science teaching staff at Dover. I never knew what their personal religious beliefs were because they were irrelevant to the science.

The human species has changed over time just like every other species on the planet. Change, also called evolution, is the nature of the world and the nature of the biology of life. The proof is in the ground. It is in the fossil record.

I have known a number of anthropology and archaeology professors who were Christians. They had no problem reconciling their religion with the facts of evolution. The two beliefs are not mutually exclusive.

Choosing to discount the theory of evolution is as random as choosing to discount particle theory. Just because you can't witness something yourself doesn't mean that it didn't happen.

When you look at how the fossils of human skeletons have slowly changed over millions of years, the physical evolution is obvious. The social evolution is just as obvious in cave paintings, in the first fire rings, and in the development of language.

The separation of church and state exists to provide a learning environment free of religious pressure. The Dover school board should choose the best biology textbook it can find, not one that conforms to their personal religious beliefs.

There are countries in the world where the curriculum is dictated by the religious beliefs of the government. Is that what we want?

LISA SCHAUMANN

WASHINGTON, D.C.

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

# Keep creationism out of science class;

*EDWARD T. YEATTS III SPRINGETTSBURY TOWNSHIP.* **York Daily Record.** York, Pa.: Jun 24, 2004. pg. 8

**Abstract (Document Summary)**

The scientific ignorance and the religious arrogance of the Dover school board members and the public quoted in news articles only go to show the true aims of these people. Indoctrination seems to be what they want, but they should only do so in their own homes or in their own churches. As doubtful as it seems, if they truly only desire to present religious viewpoints, those views should be in a comparative religion class along with every other religion and creation belief.

**Full Text** (278  words)

*Copyright (c) 2004 York Daily Record*

Here's a portion of a letter from President Woodrow Wilson to a professor:

"May it not suffice for me to say in reply to your letter of August 25th, that, of course, like every other man of ... intelligence and education, I do believe in organic evolution. It surprises me that at this late date such questions should still be raised."

That was 1922. I wonder what his response would be now, 82 years later, upon seeing the comments of people around the nation, including those in the Dover school district.

It boggles my mind that people still perceive of evolution as not having a basis in fact. They see the word "theory" and somehow assume that it means "unproven." Actually, evolution has been a proven fact for decades; the mechanics of evolution is what is considered a "theory."

Creationism and its cousin, intelligent design, are devoid of scientific facts. Both assume knowledge that science cannot prove or disprove.

The scientific ignorance and the religious arrogance of the Dover school board members and the public quoted in news articles only go to show the true aims of these people. Indoctrination seems to be what they want, but they should only do so in their own homes or in their own churches. As doubtful as it seems, if they truly only desire to present religious viewpoints, those views should be in a comparative religion class along with every other religion and creation belief.

Regardless of their real intentions, a science classroom is not the place for theology. How much longer must we go before President Wilson would not be surprised?

EDWARD T. YEATTS III

SPRINGETTSBURY TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

| | |
|---|---|
| People: | Wilson, Woodrow |
| Section: | MAIN |
| ISSN/ISBN: | 10434313 |
| Text Word Count | 278 |
| Document URL: | |

# Founders created a secular nation;

*JOSEPH C. KORSAK EAST MANCHESTER TOWNSHIP*. **York Daily Record**. York, Pa.: Jun 25, 2004. pg. 8

## Abstract (Document Summary)

Dover school board member William Buckingham's command of American history is appalling. Our founding was intended to create the first secular government in the world. Those responsible, particularly Jefferson and Madison, went to great lengths to ensure the separation of church and state. Jefferson was responsible for the enactment of Virginia's 1786 Act for Establishing Religious Freedom.

## Full Text (282   words)

*Copyright (c) 2004 York Daily Record*

Dover school board member William Buckingham's command of American history is appalling. Our founding was intended to create the first secular government in the world. Those responsible, particularly Jefferson and Madison, went to great lengths to ensure the separation of church and state. Jefferson was responsible for the enactment of Virginia's 1786 Act for Establishing Religious Freedom. Madison was the author of the "Memorial and Remonstrance against Religious Assessments" stressing the importance of the government being even-handed toward all forms of belief and non- belief. No one with so much as a passing interest in American history would seriously contend that separation of church and state was not on the mind of the Founding Fathers.

Just 20 years after our founding, the Senate approved the enactment of the Barbary Treaties of 1796. Article 11 of the Barbary Treaties of 1796 stated:

"As the government of the United States of America is not in any sense founded on the Christian Religion, as it has in itself no character of enmity against the laws, religion or tranquility of Musselmen, and as the said States never have entered into any war or act of hostility against any Mehomitan nation, it is declared by the parties that no pretext arising from religious opinions shall ever produce an interruption of the harmony existing between the two countries."

That this school board member considers himself a religious person is all well and good. But when he tries to force his own personal view of the world on everyone else, it is tyranny in its purest form. Religious theory should be in our hearts and homes, not our schools.

JOSEPH C. KORSAK

EAST MANCHESTER TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
Section:          *MAIN*
ISSN/ISBN:       10434313
Text Word Count 282
Document URL:

# Teach both ideas in school biology class;

*KAYLA ARMOUR YORK TOWNSHIP.* York Daily Record. York, Pa.: Jun 26, 2004. pg. 6

### Abstract (Document Summary)

Both evolution and creationism are theories and thus both require a certain amount of faith. There is no substantial proof for either and therefore both need to be presented to give students a fair chance to decide for themselves. April Breneman said about the teaching of creationism in the Dover high school biology textbook that "not only would it influence students' choices about religion, it may, as Robert Bowman noted, insult non-Christian taxpayers by deeming their beliefs as unimportant."

### Full Text (254 words)

*Copyright (c) 2004 York Daily Record*

Last year in school, one of our teachers discussed with us the issue of separation of church and state. He told us that this law was originally created to avoid what had happened in Europe the church led the country and had more actual power than the government itself. The separation of church and state was therefore not established to prevent the teaching of creationism in public schools and is highly misinterpreted today.

Both evolution and creationism are theories and thus both require a certain amount of faith. There is no substantial proof for either and therefore both need to be presented to give students a fair chance to decide for themselves. April Breneman said about the teaching of creationism in the Dover high school biology textbook that "not only would it influence students' choices about religion, it may, as Robert Bowman noted, insult non-Christian taxpayers by deeming their beliefs as unimportant." Not teaching, or at least not introducing, creationism may very well also influence their choices about religion. They have a right to know of every choice before they make the decision. What of the Christian taxpayers? Shall the Dover school board insult them by deeming their beliefs unimportant?

Both evolution and creationism should have equal time allotted to them since both are theories. Neither should be entirely disregarded. Because people did come to America to openly practice their religious beliefs, the Dover school board should allow Christians, as well as non-Christians, to do so.

KAYLA ARMOUR

YORK TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:        *MAIN*
ISSN/ISBN:      10434313
Text Word Count 254
Document URL:

JAN-04-2005  09:42          KATHERMAN BRIGGS GREENBRG          717 854 9172    P.02

Archives: The York Daily Record

# ETTER; Textbook quest explained;

nEATHER GEESEY DOVER AREA SCHOOL BOARD DIRECTOR. York Daily Record. York, Pa.: Jun 27, 2004. pg. 6

## Abstract (Document Summary)

All we are trying to accomplish with this task is to choose a biology book that teaches the most prevalent theories. The definition of theory is merely a speculative or an ideal circumstance. To present only one theory or to give one option would be directly contradicting our mission statement.

## Full Text (213 words)

Copyright (c) 2004 York Sunday News

This letter is in regard to the comments made by Beth Eveland from York Township in the June 20 York Sunday News. I assure you that the Dover Area School Board is not going against its mission statement. In fact, if you read the statement it says . . . to educate our students so that they can be contributing members of society.

I do not believe in teaching revisionist history. Our country was founded on Christian beliefs and principles, We are not looking for a book that is teaching students that this is a wrong thing or a right thing. It is just a fact.

All we are trying to accomplish with this task is to choose a biology book that teaches the most prevalent theories. The definition of theory is merely a speculative or an ideal circumstance. To present only one theory or to give one option would be directly contradicting our mission statement.

You can teach creationism without its being Christianity. It can be presented as a higher power. That is where another part of Dover's mission statement comes into play. That part would be in partnership with family and community. You as a parent can teach your child your family's ideology.

'IEATHER GEESEY

DOVER AREA SCHOOL BOARD DIRECTOR

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:           VIEWPOINTS
ISSN/ISBN:        10434313
Text Word Count  213
Document URL:

# Dover board would fail biology, civics;

*MILAN MITROVICH SPRING GARDEN TOWNSHIP.* **York Daily Record.** York, Pa.: Jul 4, 2004. pg. 5

**Abstract** (Document Summary)

The place to discuss religion is in social studies or history class. Note that I wrote "discuss" and not "teach." The fanatics in Dover would like to turn our public schools into Taliban-style religious indoctrination camps where the only acceptable truth comes from their narrow interpretation of a specific, dubious religious text. Their rejection of other religions shows their true colors: these people are fundamentalist, fanatical bigots who would force their beliefs on other people's children because they are convinced that they are in sole possession of the truth.

**Full Text** (290  words)

*Copyright (c) 2004 York Sunday News*

Like recent letter writers, I am appalled at the attempts by religious fanatics in Dover to force religious study into our schools. This isn't about equal time this is about religious indoctrination in our public schools.

Let's be sure we're clear about evolution: Evolution is a "theory" in the same sense that gravity is a "theory." The fact that organisms evolve is just that: a fact. To deny evolution is to reject all of biology.

One thing that is clear when we read what some school board members (and letter writers to this page) have to say about evolution is this: No one should be allowed to set curriculum for any class that they would so obviously fail. These people don't even understand the most basic fundamentals of biology how can we let them decide what the children of Dover should learn?

Their statements about the religion of our country's founders are also stunningly ignorant. I defy anyone to find the word "Jesus" in our Constitution. This was not an error of omission that name is not in our country's backbone document for a good reason.

The place to discuss religion is in social studies or history class. Note that I wrote "discuss" and not "teach." The fanatics in Dover would like to turn our public schools into Taliban-style religious indoctrination camps where the only acceptable truth comes from their narrow interpretation of a specific, dubious religious text. Their rejection of other religions shows their true colors: these people are fundamentalist, fanatical bigots who would force their beliefs on other people's children because they are convinced that they are in sole possession of the truth. How did these people get elected?

MILAN MITROVICH

SPRING GARDEN TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:          *VIEWPOINTS*
ISSN/ISBN:      10434313
Text Word Count 290
Document URL:

# Prove this is a Christian nation;

*STEVEN NEUBAUER EAST MANCHESTER TOWNSHIP.* York Daily Record. York, Pa.: Jul 12, 2004. pg. 6

**Abstract (Document Summary)**

In reality, the Holy Trinity case was about New York State trying to protect American workers by enacting a statute prohibiting the importation of foreign laborers. The Holy Trinity church contracted with an English minister to take over as pastor and was charged with violating the statute.

To quote from the actual Holy Trinity Supreme Court opinion: "The circuit court held that the contract was within the prohibition of the statute, and rendered judgment accordingly, and the single question presented for our determination is whether it erred in that conclusion."

**Full Text (313   words)**

*Copyright (c) 2004 York Daily Record*

It was fascinating to read the continued assertions that biblical creationism must be taught as science in our public schools because America was founded as a Christian nation. Dave Singer (June 27, What Do You Think?) even went so far as to make the statement that "in the case of Church of the Holy Trinity vs. United States, the Supreme Court ruled 9-0 we are a Christian nation."

In reality, the Holy Trinity case was about New York State trying to protect American workers by enacting a statute prohibiting the importation of foreign laborers. The Holy Trinity church contracted with an English minister to take over as pastor and was charged with violating the statute.

To quote from the actual Holy Trinity Supreme Court opinion: "The circuit court held that the contract was within the prohibition of the statute, and rendered judgment accordingly, and the single question presented for our determination is whether it erred in that conclusion."

In reversing the circuit court, the "single question" determined by the Supreme Court in the 1892 Holy Trinity case was that a minister, much like a teacher or doctor, was not a laborer and thus exempt from the New York statute. There was no ruling that we are a Christian nation.

Last year Dover School Board member William Buckingham publicly bragged that he would "stand by" his statements about keeping God in government. Yet when challenged to provide evidence to support his various claims that America was founded as a Christian nation, Buckingham, in true blowhard fashion, produced nothing.

Now Dover School Board member Heather Geesey has stated that creationism should be taught because "it is just a fact" that "our country was founded on Christian beliefs and principles." Will Geesey be able to do the job for Buckingham and provide valid evidence for these claims?

STEVEN NEUBAUER

EAST MANCHESTER TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:       MAIN
ISSN/ISBN:     10434313

Text Word Count 313
Document URL:

# Keep creationism out of our schools;

*LINDA BERGDOLL DOVER. York Daily Record. York, Pa.: Oct 22, 2004. pg. 8*

### Abstract (Document Summary)

This letter is a response to the Dover school board and school administrators regarding the push to teach creation theory in our schools. It seems that we are being coerced into an agenda that one school board member wants to promote. It must be your job to represent all Dover district citizens and not the views of one defined religious group.

### Full Text (191  words)

*Copyright (c) 2004 York Daily Record*

This letter is a response to the Dover school board and school administrators regarding the push to teach creation theory in our schools. It seems that we are being coerced into an agenda that one school board member wants to promote. It must be your job to represent all Dover district citizens and not the views of one defined religious group. Every culture and religion has a creation story in its history. There are many of them. They have been handed down through the generations. They have been taught in our churches, mosques, temples and homes as religious instruction. Why would just one be chosen and promoted in our schools as science?

Our public schools are subject to separation of church and state. This is for the protection of the government and the church. Why are the board and administration even considering this agenda?

I for one do not want to see my tax dollars being spent on the possible future defense of these rights. Let us channel our time, money and effort into the established curricula for our deserving and diverse student population.

LINDA BERGDOLL

DOVER

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
Section:        *MAIN*
ISSN/ISBN:      10434313
Text Word Count 191
Document URL:

# Keep church and science separate;

*PRISCILLA LAUER DOVER.* York Daily Record. York, Pa.: Oct 26, 2004. pg. 6

**Abstract** (Document Summary)

Beware Dover residents, beware America. The Dover school board's passing of the requirement to have the book "Of Pandas and People" in biology classes is a thinly disguised creationist document. This is a matter of control.

**Full Text** (152 words)

*Copyright (c) 2004 York Daily Record*

Beware Dover residents, beware America. The Dover school board's passing of the requirement to have the book "Of Pandas and People" in biology classes is a thinly disguised creationist document. This is a matter of control.

I grew up in the fundamentalist Christian way of worship, which was straightforward. They were right; all others were wrong. When I saw the fundamentalist activities of the terrorists in the world, it opened my eyes wide. The head-bobbing memorization in the madras are the end result of supreme control by religion.

Don't forget those who were killed for saying the world is round and the sun doesn't revolve around the earth. Many native Americans were murdered because they did not worship as commanded. Many of our Christian ancestors came here because their way of worship was "not right." Be aware control is the issue. Church-state separate; church-science separate.

PRISCILLA LAUER

DOVER

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:          *MAIN*
ISSN/ISBN:      10434313
Text Word Count 152
Document URL:

# Fairy tale science;

*JERRY CAPLIN GAITHERSBURG, MD.* **York Daily Record.** York, Pa.: Oct 28, 2004. pg. 7

## Abstract (Document Summary)

I suppose we can next expect the board to require the teaching of the stork theory of birth, the tooth fairy theory of dentistry, and the flat-earth theory of the shape of the planet as "alternatives" to established science.

## Full Text (119 words)

*Copyright (c) 2004 York Daily Record*

By including the religious doctrine of creationism ("intelligent design") in the school science curriculum, the school board has made Dover a laughingstock of the world. As Mark Twain put it, "First God made idiots; that was for practice. Then he made school boards."

I suppose we can next expect the board to require the teaching of the stork theory of birth, the tooth fairy theory of dentistry, and the flat-earth theory of the shape of the planet as "alternatives" to established science. The board exemplifies H. L. Mencken's observation, "The most costly of all follies is to believe passionately in the palpably not true. It is the chief occupation of mankind."

JERRY CAPLIN

GAITHERSBURG, MD

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:           *MAIN*
ISSN/ISBN:        10434313
Text Word Count   119
Document URL:

# LETTERS ON DOVER SCHOOLS; Dover headed down Taliban road;

*BERN BEVENOUR SPRING GROVE.* **York Daily Record.** York, Pa.: Oct 31, 2004. pg. 8

## Abstract (Document Summary)

Referring to the article about intelligent design Oct. 19, it appears that the school board should make it known that board members must be born-again Christian. Taking into consideration the behavior accorded to Carol Brown, the ugly demon of religious bigotry rears its head in Dover, just as it does in Afghanistan, Iraq and other lands around the world. Some extremists believe that bigotry, when it is expressed by Christians, is right and acceptable, when, in fact, it is just as ugly and hateful as when it comes from any other religious faction.

## Full Text (286  words)

*Copyright (c) 2004 York Sunday News*

Referring to the article about intelligent design Oct. 19, it appears that the school board should make it known that board members must be born-again Christian. Taking into consideration the behavior accorded to Carol Brown, the ugly demon of religious bigotry rears its head in Dover, just as it does in Afghanistan, Iraq and other lands around the world. Some extremists believe that bigotry, when it is expressed by Christians, is right and acceptable, when, in fact, it is just as ugly and hateful as when it comes from any other religious faction.

The alleged born-again Christians are obviously ignorant of the fact that this country provides freedom of religion to its citizens. What we find happening in our land recently is frighteningly reminiscent of the Taliban of recent history and of the Inquisition of years ago. These extremists are all in the same pew, so to speak, and these incidents of religious discrimination need to be viewed in the context of how they will affect our freedoms today and in the future.

Apparently, Carol Brown had education of students on her agenda which was lacking in those of other members. This certainly is a loss for the school board and the students. I rather doubt that the Dover school board will, as the expression goes, "get it." A few months ago, a board member stated that religions other than Christianity don't count a bit chilling, isn't it?

Those interested in the issue of intelligent design should read the article in the Oct. 24 Viewpoints section of the Sunday News by Charles W. Holsinger. It is refreshing to know that there are some people around with this attitude.

BERN BEVENOUR

SPRING GROVE

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Companies:        Taliban-Afghanistan (NAICS: 813940 )
Section:            *VIEWPOINTS*
ISSN/ISBN:        10434313
Text Word Count  286
Document URL:

# LETTERS ON DOVER SCHOOLS; Intelligently re-design school board;

*SHARON WETZEL DOVER.* **York Daily Record**. York, Pa.: Oct 31, 2004. pg. 8

## Abstract (Document Summary)

Many agree that Christian ideas and principles should be returned to the public school classroom. However, if we override the "separation of church and state" laws, we must allow Hindu, Muslim, Buddhist etc. theologies to be taught. In an effort to improve cultural understanding and tolerance, I believe teaching cultural and religious differences, not theologies, should be part of the curriculum. In the science classroom, discussions of all theories of evolution, including creation, would be appropriate. But science, not religion, should be taught.

## Full Text (267 words)

*Copyright (c) 2004 York Sunday News*

Once again the Dover School Board has disregarded the opinions of school district staff, administration and residents, and have railroaded through their own personal agenda. The text of "Of Pandas and People" was made available at no cost as a reference for students. Theories other than Darwin's evolution were to be presented as part of the biology curriculum. These are compromises that should have satisfied both sides of the issue. However, the last-minute addition of the wording in the curriculum, "intelligent design," indicates that Christian creationism must be taught.

Many agree that Christian ideas and principles should be returned to the public school classroom. However, if we override the "separation of church and state" laws, we must allow Hindu, Muslim, Buddhist etc. theologies to be taught. In an effort to improve cultural understanding and tolerance, I believe teaching cultural and religious differences, not theologies, should be part of the curriculum. In the science classroom, discussions of all theories of evolution, including creation, would be appropriate. But science, not religion, should be taught.

Will this issue adversely affect Dover students? Probably not. For years the Dover students have risen above the adversity, embarrassment and chaos that our school board has handed them. I have confidence that they will rise above it again. As for me, I am a proponent of the new concept of "intelligent re-design." In future elections, I plan to make an effort to intelligently re-design the Dover school board, by using my vote to remove the current board members from office. I encourage fellow Pandas to join me.

SHARON WETZEL

DOVER

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:          *VIEWPOINTS*
ISSN/ISBN:        10434313
Text Word Count   267
Document URL:

# LETTERS ON DOVER SCHOOLS; Creation stories are not science;

*ANTHONY LANGIONE DOVER.* York Daily Record. York, Pa.: Oct 31, 2004. pg. 8

### Abstract (Document Summary)

If the teachers are supposed to teach intelligent design, why not teach from the "Dine bahane" as well? In case you're not familiar with that book, it's the Navajo creation story. Not science, but the byproduct of a culture, just as intelligent design is a byproduct of Christianity. Why not add the "Enuma Elish" to the curriculum as well? That's the Babylonian creation story. Once again, this is not science but the byproduct of a culture.

### Full Text (272 words)

*Copyright (c) 2004 York Sunday News*

I have a few comments regarding the Dover Area School Board's recent decisions to teach intelligent design in the biology classroom. As a 2004 graduate and current science major at Penn State University, I'm appalled that this decision has passed. I'm not against intelligent design, but the fact that some people consider it science. Intelligent design is not science; it is based on religion and has no place in a biology classroom. Just ask the Supreme Court.

If the teachers are supposed to teach intelligent design, why not teach from the "Dine bahane" as well? In case you're not familiar with that book, it's the Navajo creation story. Not science, but the byproduct of a culture, just as intelligent design is a byproduct of Christianity. Why not add the "Enuma Elish" to the curriculum as well? That's the Babylonian creation story. Once again, this is not science but the byproduct of a culture.

Evolution is certainly not the only belief out there, but neither is intelligent design. Evolution is, however, a scientific explanation for the origins of man, which is why it is taught in the biology classroom. There is a distinction between science and religion, and obviously that line is blurred for some people. Those people have no place adding curriculum that is based on their personal beliefs.

Lastly, I heard that a certain member of the school board disrespected someone whom I hold in very high regard. I would not be sitting where I am today if it were not for Mrs. Bertha Spahr. You're a public official, Mr. Buckingham, act like one.

ANTHONY LANGIONE

DOVER

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:              VIEWPOINTS
ISSN/ISBN:       10434313
Text Word Count 272
Document URL:

# LETTERS ON DOVER SCHOOLS; Evolutionists wag the dogma;

*MICHELE PRINCE HANOVER*. York Daily Record. York, Pa.: Oct 31, 2004. pg. 8

### Abstract (Document Summary)

Though much about the origin of life is mysterious and will probably remain so, never has it been demonstrated that one species can gradually become another, by mutation and natural selection or other means. Though species do adapt to their environment, this always involves the loss of genetic material, not increasing complexity. It is simply not possible for a species to advance through evolution.

### Full Text (215  words)

*Copyright (c) 2004 York Sunday News*

Regarding the controversy concerning the inclusion of creationism or intelligent design in schools: Like so many issues in our society and science itself far too often, this debate has become politicized. Woe to the scientist who rejects evolutionary orthodoxy.

Though much about the origin of life is mysterious and will probably remain so, never has it been demonstrated that one species can gradually become another, by mutation and natural selection or other means. Though species do adapt to their environment, this always involves the loss of genetic material, not increasing complexity. It is simply not possible for a species to advance through evolution. There is no spontaneous generation of new genetic material.

The first scientific geneticist (and monk) Gregor Mendel's first principle is and was: "Like begets like." This is eerily similar to Genesis 1:24: "And God said, Let the land produce living creatures according to their kinds.'"

But these facts matter little to the dogmatic evolutionists dominant in public school curricula today. They find themselves more comfortable with a different belief system. After all, if the universe and we are the product of intelligent design, there must be a designer who may actually have a plan for the human race. Some prefer to do their own thing.

MICHELE PRINCE

HANOVER

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:          *VIEWPOINTS*
ISSN/ISBN:     10434313
Text Word Count 215
Document URL:

# Imagine God and Satan;

*SARAH HIED DOVER*. **York Daily Record**. York, Pa.: Nov 7, 2004. pg. 8

## Abstract (Document Summary)

Satan: Hah, those fools. All of them. We came from monkeys? What a riot. But nothing gives me greater pleasure than to see confusion in areas such as this. For all I care, they can believe that they evolved from baboons if it separates them from having anything to do with you.

Satan: Hey, You're the one who is so distraught over the ill condition of this society. Don't get so uptight just because I'm going to play on their own insecurities and downfalls.

## Full Text (284 words)

Copyright (c) 2004 York Sunday News

Satan: I've got this world wrapped around my finger. Ah, the joys of being a great deceiver.

God: There are those who see past your lies, you know. Take the Dover Area School District members who have taken a stand for me on the issue of intelligent design.

Satan: Hah, those fools. All of them. We came from monkeys? What a riot. But nothing gives me greater pleasure than to see confusion in areas such as this. For all I care, they can believe that they evolved from baboons if it separates them from having anything to do with you.

God: What my sons and daughters need is love. They need faith. Then, even when they don't "see," they will still believe.

Satan: Like that will ever happen. Plus, people nowadays are so reliant on science.

God: Leave my people alone.

Satan: Hey, You're the one who is so distraught over the ill condition of this society. Don't get so uptight just because I'm going to play on their own insecurities and downfalls.

God: Listen, I love them all so much that I died with a picture of each one running through my mind.

Satan: Even the Dover resident who is willing to go to any cost to keep you out of the classroom?

God: It is true.

Satan: Whatever. I hope that men keep playing God for a long time. It's so entertaining to watch them crash and burn.

God: That is not the case for those who come to me. They can live with the peace of knowing that they will have eternal life. I'm not some ritualistic cult leader just God. Just love. Just.

SARAH HIED

DOVER

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
Section:          *VIEWPOINTS*
ISSN/ISBN:        10434313
Text Word Count   284
Document URL:

## Practice what you preach;

*STEVEN NEUBAUER EAST MANCHESTER TOWNSHIP.* **York Daily Record.** York, Pa.: Nov 18, 2004. pg. 11

### Abstract (Document Summary)

If teaching "both sides" of an issue is such a great idea, why don't more churches do it? Why don't churches give equal time to teaching that God does not exist, or teaching other religions, and let the kids decide for themselves? Yes, many Christian churches claim to teach other views, but really offer only dishonest straw-man views of nonbelief and competing belief systems. What are all these churches afraid of?

### Full Text (285  words)

*Copyright (c) 2004 York Daily Record*

Those who want "intelligent design" taught along with evolution in Dover's public school science classes are fond of saying: "Teach both sides and let the kids decide for themselves," and "That's the American way." But if the folks on the Dover school board honestly wanted "both sides" to be taught, why did they select a biology textbook with practically no mention of evolution and then provide a "companion textbook" that is entirely about "intelligent design"?

And if teaching "both sides" of an issue is such a great idea, why don't more churches do it? Why don't churches give equal time to teaching that God does not exist, or teaching other religions, and let the kids decide for themselves? Yes, many Christian churches claim to teach other views, but really offer only dishonest straw-man views of nonbelief and competing belief systems. What are all these churches afraid of?

Of course, churches are private organizations and thus are under no obligation to be fair and balanced, or even truthful. But you would think churches, if they had nothing to hide, would at least want to set a good example for the very public schools they often criticize for teaching only one side of an issue.

In addition, if the public schools should be presenting "both sides," then every student should be required to recite the Pledge of Allegiance with the phrase, "one nation, under God and under no God." And where the Ten Commandments are displayed on public property, other groups should also be permitted to display their views. Then let the people decide for themselves.

Who could disagree? After all, that is the American way, isn't it?

STEVEN NEUBAUER

EAST MANCHESTER TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:          MAIN
ISSN/ISBN:        10434313
Text Word Count   285
Document URL:



Dow Jones & Reuters

Letters
**Religious beliefs, science don't mix**
The Patriot-News
130 words
24 November 2004
Patriot-News
FINAL
A11
English
Copyright (c) 2004 Bell & Howell Information and Learning Company. All rights reserved.

What does the Dover Area School Board know that the National Academy of Sciences apparently does not? The question is not with the perceived problems regarding the Theory of Evolution but whether **Intelligent Design** is an idea that deserves equal time with the commonly accepted idea of evolution.

**Intelligent Design**, found to be a scientific dead end 150 years ago, is overwhelmingly rejected by scientists in general and universally rejected by biologists in particular. Unlike the Theory of Evolution, **Intelligent Design** has no coherent timeline, no predictive value nor any experimental verification.

Deeply held religious beliefs do not a scientific theory make and adding them to the school curriculum, particularly in the sciences, is unwarranted and unnecessary. MARK SCRIPTUNAS Chambersburg

Document PATHAR0020041124e0bo0004i

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

 factiva™

**Dow Jones & Reuters**

Letters
**Common sense about evolution**
The Patriot-News
244 words
29 November 2004
Patriot-News
FINAL
A15
English
Copyright (c) 2004 Bell & Howell Information and Learning Company. All rights reserved.

Thanks to Mr. Herb Field for trying to inject some common sense into the evolution controversy (column, Nov. 17). Evolution is a fact; it is not in dispute. That present species evolved from previous ones is not questioned by unbiased scientists.

Regarding evolution, the theoretical part is how evolution works, not whether it occurs. To that end, mainline science examines testable hypotheses to find answers.

The problem with "Intelligent design" is that it is not testable. It is part of a belief system, i.e., religion. We can never prove the existence of an intelligent designer scientifically. Such discussions are necessarily relegated to philosophy or religious studies, not science class. Therefore, if Pennsylvania school districts want to teach creationism or **intelligent design**, they should add philosophy to the curriculum.

Evolution does not deny a supreme being, a prime mover, a cosmic consciousness, a first cause or whatever term you prefer for what we refer to as "God." It simply does not examine any divine role since such an influence cannot be measured - it is either believed or not. We should no more study **intelligent design** in biology than we should in mathematics or grammar.

I firmly believe in God and that every detail of this amazing universe is a manifestation of the effect of God, but it is my belief, and it does not make me insecure if others do not accept it. JOHN MESSMER Hummelstown

Document PATHAR0020041129e0bt0002t

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

 **factiva**₃                                          **Dow Jones & Reuters**

Letters
**Don't overlook these**
The Patriot-News
206 words
29 November 2004
Patriot-News
FINAL
A15
English
Copyright (c) 2004 Bell & Howell Information and Learning Company. All rights reserved.

Congratulations to the Dover Area School District for expanding upon its curriculum to include "intelligent design." However, it appears the only creation theory to be presented is that of Christianity.

To really educate young minds about creationism in a fair and balanced approach, Dover should include the stories of various cultures, in addition to the theories of sacred geometry, fractal geometry, holographic universe and UFOs. After all, the concept of expanding knowledge of theories does not imply coercion to believe.

Young minds will be fascinated to learn of the similarities across various cultures. The mother of the Chinese nation, Nu Wa, dripped mud from a rope to create poor men and molded the rich and noble from yellow clay.

Given the similarities in creation theories, Dover could really be onto something big in the world of education. By teaching our children to recognize the commonalities that exist across cultures, Dover can promote tolerance and acceptance of all beliefs and religions.

Expanding their proposed creation curriculum would also avoid the appearance of promoting one religion over all others in a publicly funded institution. Otherwise, we witness a failure in the separation of church and state. DEANA SHERMAN WEAVER Dillsburg

Document PATHAR0020041129e0bt0002x

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results

factiva.

Dow Jones & Reuters

Letters
**Aliens neglected**
The Patriot-News
173 words
29 November 2004
Patriot-News
FINAL
A15
English
Copyright (c) 2004 Bell & Howell Information and Learning Company. All rights reserved.

The Dover Area School District's decision to adopt a "fair and balanced" science curriculum by including **Intelligent Design in its** biology classes was a courageous act by the school board.

Tolerance of all viewpoints seems to be the noble goal of this progressive school district, where students who are uncomfortable with the scientific method shall be instructed that unproven, untested hypotheses are in fact worthy of equal respect and consideration, lest we offend anyone's religious belief.

By ensuring that competing ideas on the origins of life are considered, the district should now expand its science curriculum even further, to encompass, for instance, the belief of many Americans that extraterrestrials populated Earth eons ago.

Thus, a fair and balanced educational policy will embrace aliens as well as Adam and Eve, Genesis and the X-Files, Darwin and a divine Creator.

This scenario is not likely, however. Whether by accident or **intelligent design**, reason seems to have resigned from the Dover Area School Board. DAVE KERR Carlisle

Document PATHAR0020041129e0bt0003c

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



Dow Jones & Reuters

Letters
**Faith and science should be separated**
The Patriot-News
220 words
1 December 2004
Patriot-News
FINAL
A15
English

Copyright (c) 2004 Bell & Howell Information and Learning Company. All rights reserved.

The ghosts of Clarence Darrow and William Jennings Bryan must be chuckling about the recent events in Dover. Although the Scopes trial concluded almost 80 years ago, the argument goes on into the 21st century.

It seems strange that people of strong faith require that the government validate their beliefs, as the most recent decision to include creationist beliefs in the school curriculum. Matters of faith and science should be separated. It is possible to believe that God created the universe and that man evolved from lower species in the natural world.

They involve totally different methods of thought about subjects the are different from one another, one spiritual and one temporal. The intermingling of the two degrades both.

Imagine a scientist who had just made a new discovery in particle physics calling on Jerry Falwell to validate the discovery. Should it be necessary or even desirable that Billy Graham approve a new antibiotic or cancer treatment? This is the same thing that occurs when groups require that the government approve and sanction a religious belief such as creationism or **intelligent design.**"

Speculation about the ultimate origins and reasons for existence of the universe are matters of philosophy and religion and are ultimately matters of faith. TIMOTHY A. LEMKE Dillsburg

Document PATHAR0020041201e0c10002u

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

# Teach religion, science separately

*ELAINE GRAHAMSLAW SPRING GARDEN TOWNSHIP.* **York Daily Record.** York, Pa.: Dec 4, 2004. pg. 6

**Abstract** (Document Summary)

Dr. Albert Einstein, the genius who formulated the theory of relativity, said: "Religion without science is blind; Science without religion is lame."

**Full Text** (101  words)

*Copyright (c) 2004 York Daily Record*

It is my concerned opinion that the Dover school board's newly adopted biology curriculum will adversely affect the most important people the students. Also, consider the possible affect on regional real estate values and on business opportunities.

Dr. Albert Einstein, the genius who formulated the theory of relativity, said: "Religion without science is blind; Science without religion is lame."

Dr. Einstein was referring to the need to understand "both" in one's personal life. But he did not advocate teaching religion side-by-side with science in our public schools.

We must consider the students.

ELAINE GRAHAMSLAW

SPRING GARDEN TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:        *MAIN*
ISSN/ISBN:      10434313
Text Word Count 101
Document URL:

# Schools must steer clear of religion

*MARK MALINOWSKI EAST BERLIN.* **York Daily Record.** York, Pa.: Dec 4, 2004. pg. 6

### Abstract (Document Summary)

This is not a free speech issue. The Dover school system, along with all other public school systems in the country, accept public funding from all taxpayers not just taxpayers who are Christians or who believe the same things they believe. Therefore, the absolute separation of church and state applies in this case.

### Full Text (211 words)

*Copyright (c) 2004 York Daily Record*

Susan Myers' letter Nov. 11 defending the Dover school board completely misses the point.

Although she says she is glad the board has decided to allow an alternative book in the curriculum, that decision was not theirs to make. They have completely overstepped their authority.

This is not a free speech issue. The Dover school system, along with all other public school systems in the country, accept public funding from all taxpayers not just taxpayers who are Christians or who believe the same things they believe. Therefore, the absolute separation of church and state applies in this case.

If any entity accepts government aid to fund its endeavor, then it is obliged to follow all mandates pertaining to the acceptance of that money.

For this reason, churches do not accept government aid. They do not, nor should they, be mandated as to how they conduct their worship services.

The teaching of religion should be left to those who are in no way connected to government influence. And where that is best done is in the church and in the home. If it is done properly there, then why do you need to worry if it is not done at all in the schools?

MARK MALINOWSKI

EAST BERLIN

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:          MAIN
ISSN/ISBN:        10434313
Text Word Count   211
Document URL:

# INTELLIGENT DESIGN; York College profs disturbed by Dover

*TONY BOTYRIUS, ROD WALTEMYER RON KALTREIDER, KARL KLEINER, CAR.* York Daily Record. York, Pa.: Dec 8, 2004. pg. 8

## Abstract (Document Summary)

We are extremely disappointed and concerned about the recent decision by the majority of members on the Dover Area School Board to make intelligent design an official and required component of its biology curriculum. The inclusion of intelligent design in its curriculum as an "alternative" evolutionary theory reflects a genuine lack of knowledge about the data supporting evolution by natural selection. It also reflects a profound misunderstanding of the scientific process, and an equally profound disregard for the science educators and students in the Dover Area School District.

-- Scientists attempt to construct theories that explain a large number of observed events. The theory of evolution by natural selection is the unifying theory of biology. No theory in biology is more tested, appreciated, resilient and explanatory than the theory of evolution by natural selection. And scientists from a variety of disciplines have amassed an overwhelming collection of testable, reproducible and observable data to unequivocally support this process.

## Full Text (497 words)

Copyright (c) 2004 York Daily Record

We are extremely disappointed and concerned about the recent decision by the majority of members on the Dover Area School Board to make intelligent design an official and required component of its biology curriculum. The inclusion of intelligent design in its curriculum as an "alternative" evolutionary theory reflects a genuine lack of knowledge about the data supporting evolution by natural selection. It also reflects a profound misunderstanding of the scientific process, and an equally profound disregard for the science educators and students in the Dover Area School District.

Scientific research takes place on all continents and in most countries. Despite their cultural and religious diversity, scientists from all over the world share a common methodology. Science works because there is a shared universal understanding of a scientific process that includes the following fundamental conventions.

-- Scientists systematically collect and organize information about the natural world. In doing so, we look for recurring patterns and relationships among events and processes.

-- Science probes the material world by using a repeatable and standardized methodology that makes no reference to supernatural or theistic influences. In the course of working on difficult research problems, scientists do not use concepts such as "designer' or "creator." Instead, we assemble a coherent view of nature by persistently applying the methods of science.

-- Explanations ("hypotheses") in biology must be testable. The invoking of intelligent design as a hypothesis to explain natural phenomena has no merit among scientists since no test can be designed that would generate observations or data to support such a mechanism.

-- Scientists attempt to construct theories that explain a large number of observed events. The theory of evolution by natural selection is the unifying theory of biology. No theory in biology is more tested, appreciated, resilient and explanatory than the theory of evolution by natural selection. And scientists from a variety of disciplines have amassed an overwhelming collection of testable, reproducible and observable data to unequivocally support this process.

The inclusion of intelligent design in any science curriculum as an "alternative" to evolution by natural selection is inappropriate. As educators, we urge the Dover Area School Board to review this disappointing decision, and include its own biology teachers in discussions concerning curricular issues. As scientists and educators, we

urge the school board to exclude theism and the supernatural from its science curriculum.

TONY BOTYRIUS, ROD WALTEMYER

RON KALTREIDER, KARL KLEINER,

CAROLYN MATHUR, JESSICA NOLAN,

BRAD REHNBERG, DEBBIE RICKER,

BARBARA TAYLOR, JEFFREY THOMPSON,

MEMBERS OF YORK COLLEGE

BIOLOGY DEPARTMENT

Editor's note: Two other members of the York College faculty also signed this letter, but we were unable to reach them for confirmation.

The following fields overflowed:

BYLINE = TONY BOTYRIUS, ROD WALTEMYER

RON KALTREIDER, KARL KLEINER,

CAROLYN MATHUR, JESSICA NOLAN,

BRAD REHNBERG, DEBBIE RICKER,

BARBARA TAYLOR, JEFFREY THOMPSON,

MEMBERS OF YORK COLLEGE

BIOLOGY DEPARTMENT

Editor's note: Two other members of the York College faculty also signed this letter, but we were unable to reach them for confirmation.

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
Section:        MAIN
ISSN/ISBN:      10434313
Text Word Count 497
Document URL:

# ID is to evolution as astrology is to astronomy

*MARK DUIGON SHREWSBURY TOWNSHIP.* York Daily Record. York, Pa.: Dec 8, 2004. pg. 8

**Abstract (Document Summary)**

There is a sea of literature pointing out the scientific shortcomings of ID, yet the board has not sought copies of any of this material for reference use as it has copies of OPAP. Perhaps the board, or the teachers unfamiliar with the religious and political motivations of the ID movement, would be willing to accept some copies of works such as "Why Intelligent Design Fails." I would be willing to make a few donations, and I do not need to hide behind a mask of anonymity.

**Full Text (349 words)**

Copyright (c) 2004 York Daily Record

I have just read the Dover school board's press release regarding the biology curriculum. It appears that the board remains unaware of egregious scientific errors contained within the "anonymously" donated reference text, "Of Pandas and People."

The board also seems unaware of what constitutes a scientific theory really, a theory is not a mere hunch. The board has seen fit to ensure the curriculum points out "gaps/problems" in Darwin's theory of evolution by natural selection, selecting this scientific theory but no others, for the very transparent reason that this theory is not in strict accord with Scripture.

The board proposes to discuss intelligent design creationism as if it were a scientific theory that resolves uncertainties (real, but mostly imagined) in evolutionary theory. However, pretending that ID is science does not make it so.

There is a sea of literature pointing out the scientific shortcomings of ID, yet the board has not sought copies of any of this material for reference use as it has copies of OPAP. Perhaps the board, or the teachers unfamiliar with the religious and political motivations of the ID movement, would be willing to accept some copies of works such as "Why Intelligent Design Fails." I would be willing to make a few donations, and I do not need to hide behind a mask of anonymity.

It is important that our children be provided the most sound education possible. There is so much to learn in a limited time, so it is vital to present the most important scientific content in the time allotted, and not waste time on pseudoscientific quackery. If today we present ID as a valid scientific alternative to evolutionary theory, perhaps tomorrow we'll put astrology side-by-side with astronomy.

MARK DUIGON

SHREWSBURY TOWNSHIP

The following fields overflowed:

BYLINE = TONY BOTYRIUS, ROD WALTEMYER

RON KALTREIDER, KARL KLEINER,

CAROLYN MATHUR, JESSICA NOLAN,

BRAD REHNBERG, DEBBIE RICKER,

BARBARA TAYLOR, JEFFREY THOMPSON,

MEMBERS OF YORK COLLEGE

BIOLOGY DEPARTMENT

Editor's note: Two other members of the York College faculty also signed this letter, but we were unable to reach them for confirmation.

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
Section:          *MAIN*
ISSN/ISBN:        10434313
Text Word Count   349
Document URL:

# Dover is still back in the 1950s

*DOUG CALAMAN SPRING GARDEN TOWNSHIP.* **York Daily Record.** York, Pa.: Dec 9, 2004. pg. 8

### Abstract (Document Summary)

Today, Dover Township is the picture of urban sprawl. It has been developed with many new homes, businesses and an overzealous police force. On the surface, a modern American community. But apparently the school district wants to believe it's still the 1950s.

### Full Text (189  words)

Copyright (c) 2004 York Daily Record

I graduated from Dover Area High School in 1974. At the time, it seemed a pretty good school district. A quality education. Good teachers. But now we have "intelligent design." An attempt to push religious teachings under an assumed name in public school. Will health class also teach that babies are found under cabbages and delivered by the stork?

Here's more science for you: Groundhogs can predict whether it will be spring or six more weeks of winter in early February. All these things can be taught as "possible" fact at Dover High now. When I was in high school they called us "farmers" and "hicks."

Today, Dover Township is the picture of urban sprawl. It has been developed with many new homes, businesses and an overzealous police force. On the surface, a modern American community. But apparently the school district wants to believe it's still the 1950s. It makes me ashamed to admit I went to Dover High and very glad that I no longer live in that community. At least Spring Garden Township exists in the 21st century.

DOUG CALAMAN

SPRING GARDEN TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:          MAIN
ISSN/ISBN:        10434313
Text Word Count   189
Document URL:

# Love God or leave America, professors

*GEORGE W.E. SCHAFER JACKSON TOWNSHIP.* York Daily Record. York, Pa.: Dec 13, 2004. pg. 4

**Abstract** (Document Summary)

Also pause to thank our founding fathers, who, being inspired by "intelligent design," fought all the battles that generated our Constitution and therefore freedom of speech. Now let's compare.

**Full Text** (246  words)

*Copyright (c) 2004 York Daily Record*

The York College professors who are so self-righteously protesting the teaching of a touch of creation history in the name of "intelligent design" in the Dover school system need to pause and thank the God of the Holy Bible and Jesus Christ for the freedom to speak out against the hand that is feeding them America.

Also pause to thank our founding fathers, who, being inspired by "intelligent design," fought all the battles that generated our Constitution and therefore freedom of speech. Now let's compare. Every country on this earth that taught Darwin or otherwise ignored the God of the Holy Bible are all dictatorships or some other form of socialism such as bestowed by Hitler, Lenin, Stalin etc. wherein "we the people" are enslaved and the penalty for speaking out gets a bullet in the nape of the neck. Is that the "free choice" the York College faculty want for America, too?

Thank goodness the "professors" shot themselves in the foot in their first paragraph when they use the term "evolutionary theory." They are right. Evolution is theory while Christianity is truth and fact. There is nothing "supernatural" about creation science or America's "God Bless America." And yes, by all means teach intelligent design as a major part of the history of the great United States of America. To those who don't like it, shut up or find another country that better suits your atheistic proclivities.

GEORGE W.E. SCHAFER

JACKSON TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
Section:          *MAIN*
ISSN/ISBN:      10434313
Text Word Count 246
Document URL:

Print Results



Dow Jones & Reuters

Letters
**Unchangeable creator**
The Patriot-News
250 words
13 December 2004
Patriot-News
FINAL
A09
English
Copyright (c) 2004 Bell & Howell Information and Learning Company. All rights reserved.

Herb Field's "Only a theory" column (Nov. 25) states that because the Theory of Evolution is subject to change, new scientific evidence or analysis, it trumps creation or **intelligent design** theory since that theory is fixed. Therefore, evolution's ever-changing theory must be correct.

He asks, when did a new discovery reinforce **intelligent design** (versus the finding in Spain of a new monkey species)? When did Field last witness the constancy of evolution?

While 82 percent of people surveyed believe that God created us or that God guided the process, he says, that's due to the fact that we don't "teach" evolution well or convincingly.

When what we cannot see is unsupported by "constantly changing evidence," it must be illogical. We cannot see love, but it exists. It is not based on new evidence or discoveries. Love exists.

Mr. Field's Theory of Evolution would have caused Thomas Jefferson to state in 1776: "And for the support of this Declaration of Independence, with a firm reliance on (divine providence) evolution, we mutually pledge to each other our lives, our fortune and our (sacred) theory of honor."

"In God We Trust" should be changed to "In evolution we believe." "God Bless America?" Simply delete it from our speech.

Paraphrasing an old but true story: "Yes, Mr. Field, there is a God, who created you. He does not change. He is not subject to findings of new species." RICHARD W. SIMPSON Harrisburg

Document PATHAR0020041214e0cd0000q

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.


factiva™

Dow Jones & Reuters

Letters
**Proof is voluminous**
The Patriot-News
198 words
17 December 2004
Patriot-News
FINAL
A15
English
Copyright (c) 2004 Bell & Howell Information and Learning Company. All rights reserved.

The proof of evolution lies in vast volumes of scientific literature that would fill two or three schools to the very rafters. So much scientific knowledge is available no one person can possibly assimilate it all in detail.

It is ridiculous to call evolution a "theory." Today it is thoroughly justified to consider evolution as a scientific law.

On the other hand, not one iota of proof exists for "**intelligent design.**"

Take a look at the descendants of wolves in which human selection has caused their evolution into a variety of dog breeds as diverse as Great Danes to Chihuahuas (Is this the basis of "intelligent design?").

Is it such a leap of faith to suggest that millions and billions of years of natural selection would not create amazing diversity? Brainwashing by the extreme religious right has resulted in abysmal ignorance of incredible proportion.

The Scopes Monkey Trial back in 1925 should have taught us about the lack of exposure and education in isolated populations. Evidently, certain people of south-central Pennsylvania are equally as backward as those in Tennessee nearly 80 years ago.
HAROLD W. GARDNER Ph.D., biochemistry Carlisle

Document PATHAR0020041217e0ch0004z

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

# LETTERS ON EVOLUTION; Leave science to scientists

*MARK LANS FRYDENBORG EAST HOPEWELL TOWNSHIP. York Daily Record. York, Pa.: Dec 19, 2004. pg. 5*

**Abstract (Document Summary)**

I am an emergency physician, dealing every day with human illness, suffering and despair. If I were an Intelligent Designer, I would not create a body with an appendix that can get infected, rupture and kill.

**Full Text** (117  words)

*Copyright (c) 2004 York Sunday News*

I am an emergency physician, dealing every day with human illness, suffering and despair. If I were an Intelligent Designer, I would not create a body with an appendix that can get infected, rupture and kill. I would not create a body that gets cancer and dies prematurely, ripping a person away from family and loved ones. I would not create a human brain with chemical imbalances that lead to insanity, rape, war and murder, and I would not create people like the Dover School Board, with no intelligence. With all due respect, leave science to scientists, education to educators, and religion to pastors, priests and rabbis.

MARK LANS FRYDENBORG

EAST HOPEWELL TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:        *VIEWPOINTS*
ISSN/ISBN:      10434313
Text Word Count  117
Document URL:

Print Results

factiva.

Dow Jones & Reuters

Letters
**Darwin and the Bible**
The Patriot-News
236 words
21 December 2004
Patriot-News
FINAL
A11
English
Copyright (c) 2004 Bell & Howell Information and Learning Company. All rights reserved.

The letter from a West Shore high school senior (Dec. 12) complained of shortcomings in her science curriculum.

The student says **creationism** and evolution should be given equal time in the classroom because the "theories" are supported by equal amounts of evidence, there is little evidence supporting either theory and although both are widely accepted, neither can be tested. All three claims are incorrect.

Only somebody who does not know what "science" is could insist that **creationism** and evolution are equivalent. Darwin reached his conclusions after years of studying plants, animals, rocks, fossils and the writings of fellow scientists. The "evidence" pointed toward a theory of natural selection, i.e., evolution, as the most likely explanation of known facts about life. The same evidence did not suggest, to Darwin or any other educated person, that a Designer purposefully stocked the planet with immutable species. That comes from the Bible.

Natural selection and **creationism** are products of two different modes of thought, one of which is scientific. "Creation science" is not bound by the scientific method, because it exists only to reaffirm what it already knows, and to poke holes in the work of real scientists. Why should any teacher be asked to give **creationism** equal time in the classroom?

Maybe science teachers should focus on logic and inductive reasoning. Without them, real science is impossible. HOWARD SAUERTIEG Harrisburg

Document PATHAR0020041222e0cl00024

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



Dow Jones & Reuters

Letters
**Establishment clause**
The Patriot-News
188 words
21 December 2004
Patriot-News
FINAL
A11
English
Copyright (c) 2004 Bell & Howell Information and Learning Company. All rights reserved.

I'm writing in regard to the letter, "Find that clause" (Dec. 15).

"Amendment I -- Freedom of Religion, Press, Expression" to the Constitution was ratified Dec. 15, 1791:

"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."

Opinion and "views" are always welcome, but clearly, there is to be no official establishment of law or policy that promotes one religious view over the other. The concept of tolerance and equity for all religious opinions was, and is, the aim of the First Amendment.

For example, some in the Dover School District may feel that "**intelligent design**" deserves equal time in a science class.

However, in exercising my right for redress of grievance and free speech, I feel that the concept of "alien seeding," or the belief that our planet was seeded by alien life forms, should be taught with equal justice. SEAN D. HARPER Camp Hill

Document PATHAR0020041222e0cl00023

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

 factiva.

Dow Jones & Reuters

Letters
**Here are some other theories for classes**
The Patriot-News
249 words
21 December 2004
Patriot-News
FINAL
A11
English

Copyright (c) 2004 Bell & Howell Information and Learning Company. All rights reserved.

William Buckingham of the Dover school board should be applauded in his fight for "balanced presentation," to include intelligent design in school curriculum (news article, Dec. 14). I suggest Buckingham and others could further expand school curricula nationwide.

Here are some other theories that should be considered:

The Sorcerer's Apprentice Theory considers the Gnostic belief that the world was created by a fickle demiurge, and will examine Disney's Fantasia and the Nag Hammadi scrolls.

The Robin Williams Theory posits that God has a sense of humor, and looks at the creation of the platypus and the evolution of Michael Jackson's physiognomy for source material.

Don't forget to set aside classroom time for the various theories of creation from the Zoroastrians, the Norse, the Samoans, the Navajo and the Babylonians, among others.

But the origin of life and evolution of species is only one area of teaching. We should also consider that the theory of gravitation is "only a theory." There is also the Millons of Cows Theory, which states that the methane produced by ever-increasing cattle herds will eventually cause the Earth to float away into the solar system like a balloon.

Speaking of hot air, there is also climatology's Dover Theory, which states that if you get enough creationists spouting off, sooner or later the icecaps will melt and the mid-state will be valuable oceanfront property. JAMES H. KLING Harrisburg

Document PATHAR0020041222e0cl00001

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

# Stop persecuting Christians in U.S.

*MARK C. FLAHARTY WINDSOR TOWNSHIP.* **York Daily Record.** York, Pa.: Dec 21, 2004. pg. 6

**Abstract (Document Summary)**

The First Amendment says absolutely nothing about separating our God from our public lives. It says only that the Congress may not make any law(s) which establishes one religion over another as a national religion. To all who hold the hateful, intolerant separatist view, please tell me which law, statute, U.S. Code, etc. has Congress passed in all of U.S. history which has established the Christian religion as our national religion.

**Full Text (293   words)**

*Copyright (c) 2004 York Daily Record*

The controversy swirling around the Dover school board's decision to (rightly) offer alternative views to the unprovable theory of evolution being taught as fact in our public schools, moves me to write this letter.

It's high time the American judicial system end their violation of millions of American citizens' First Amendment rights to freely, and without government interference, practice our religious beliefs.

The courts must stop hearing and ruling in favor of anti-Christian organizations such as the ACLU and Americans United for the Separation of Church and State, and other secular humanist, atheist or non-Christian groups or individuals who are attempting to wipe every vestige of the living God from American society and force their "religions" on our nation (yes, secular humanism is a religion, according to the U.S. Supreme Court).

The First Amendment says absolutely nothing about separating our God from our public lives. It says only that the Congress may not make any law(s) which establishes one religion over another as a national religion. To all who hold the hateful, intolerant separatist view, please tell me which law, statute, U.S. Code, etc. has Congress passed in all of U.S. history which has established the Christian religion as our national religion. All of the court rulings (and subsequent fanatic overreaction from public school officials and others) banning prayer, Bibles, T-shirts with Christian messages, etc. from our public schools, or the display of the Ten Commandments, the nativity, the cross of Christ, etc. from public purview, are blatantly unconstitutional.

What is happening now in America towards its Christian population is frighteningly like what happened in Germany to the Jewish population during the rise of Adolf Hitler. It is called persecution. Where will it end?

MARK C. FLAHARTY

WINDSOR TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:          MAIN
ISSN/ISBN:       10434313
Text Word Count  293
Document URL:

# Put God back in public schools

*MICHAEL E. FREET SR. WEST MANCHESTER TOWNSHIP.* York Daily Record. York, Pa.: Dec 22, 2004. pg. 8

### Abstract (Document Summary)

Unfortunately, some people make the wrong choices and head down the road of destruction. I feel people should be shown the other side of the story. Science vs. intelligent design. Then let them decide for themselves. Do not let them be ignorant of intelligent design.

### Full Text (168  words)

Copyright (c) 2004 York Daily Record

I applaud the Dover Area School Board in backing intelligent design. Seems people want to take God out of everything. It happened long ago, starting with King Herod.

Guess what? It did not happen. God was here from the beginning and will always be here. God gives us free will to make choices. God never intended for us to be robots.

Unfortunately, some people make the wrong choices and head down the road of destruction. I feel people should be shown the other side of the story. Science vs. intelligent design. Then let them decide for themselves. Do not let them be ignorant of intelligent design.

It's high time to put God back in our lives and inform others of what he has to offer. Try God. If you don't like him, Satan will gladly take you back. If you find yourself on the road to destruction, please turn around. God does allow U-turns. Praise the Lord.

MICHAEL E. FREET SR.

WEST MANCHESTER TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
Section:          *MAIN*
ISSN/ISBN:        10434313
Text Word Count  168
Document URL:

# Keep religion out of my school

*DANIELLE YAGODICH DOVER*. York Daily Record. York, Pa.: Dec 23, 2004. pg. 4

## Abstract (Document Summary)

Intelligent design is the idea or theory that life is too complex to have occurred randomly and therefore had to be created by a higher being. From July 10 to 25, 1925, the country was riveted by the Scopes Monkey Trial. In summary, it was the trial of a teacher who had taught evolution, a scientific theory, in a class where creationism was the science. And although Darwin's theory has holes, just as any theory does, there is scientific proof for it, whereas creationism has none.

## Full Text (284 words)

Copyright (c) 2004 York Daily Record

I go to Dover Area High School and I'm appalled at this intelligent design dispute. I, as a 14-year-old liberal Democrat, believe that this is nothing but a way to bring religion to public schools.

Intelligent design is the idea or theory that life is too complex to have occurred randomly and therefore had to be created by a higher being. From July 10 to 25, 1925, the country was riveted by the Scopes Monkey Trial. In summary, it was the trial of a teacher who had taught evolution, a scientific theory, in a class where creationism was the science. And although Darwin's theory has holes, just as any theory does, there is scientific proof for it, whereas creationism has none.

If a parent wants so badly for their children to be taught this, take them to church or a Sunday school, but don't push it into my public school. There are specialized schools for this sort of the thing like Catholic schools and such.

This country is becoming more and more conservative and is pushing the fundamentalists' beliefs. Christmas is a recognized holiday in schools and kids are off for it, but how about the Jewish kids (although their holiday is a minor one for them) or those who celebrate Kwanzaa, or any other holiday like that? Do they get off? No, they don't. I suggest that the Christians be happy with what they have because they have a lot more than others. As a concerned student and as a concerned human being, I say please and with all due respect, keep the religion out of my school because it has no place in the classroom.

DANIELLE YAGODICH

DOVER

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:          MAIN
ISSN/ISBN:        10434313
Text Word Count   284
Document URL:

## Feels sorry for community

*SAMANTHA CHRISTY YORK TOWNSHIP.* **York Daily Record.** York, Pa.: Dec 25, 2004. pg. 6

### Abstract (Document Summary)

It would be impossible to come up with a curriculum that takes into account the faiths of all of the students. What is bound to happen is that the religions that are most commonly practiced (Christianity) will receive "air time" in class and those of less notoriety (Buddhist, atheists, Muslims, Jews etc.) will be pushed to the background. Are we really that set on undoing all of the freedoms that people have fought for, or is Dover just trying to make a name for itself?

### Full Text (268 words)

*Copyright (c) 2004 York Daily Record*

I am a secondary education biology student at York College and heard about this issue through the paper and through the faculty at York College. As a future biology teacher, I am appalled that Dover would even consider, let alone pass, a recommendation to allow intelligent design to be taught.

Separation of church and state is a principle that the United States holds in its highest regard. Not all students who attend public school have the same religious beliefs, and it is ignorant to think that this issue would not cause controversy (even if the majority of the students believe in some type of God).

It would be impossible to come up with a curriculum that takes into account the faiths of all of the students. What is bound to happen is that the religions that are most commonly practiced (Christianity) will receive "air time" in class and those of less notoriety (Buddhist, atheists, Muslims, Jews etc.) will be pushed to the background. Are we really that set on undoing all of the freedoms that people have fought for, or is Dover just trying to make a name for itself?

Science supports the notion that you come up with a hypothesis, test that hypothesis, and then draw conclusions. Intelligent design is having a conclusion and then trying to come up with facts that support it, and most of those facts cannot be proved.

I feel bad for those living in Dover because no matter what happens legally, the ignorance of their school board has reflected poorly on the entire community.

SAMANTHA CHRISTY

YORK TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
Section:          *MAIN*
ISSN/ISBN:        10434313
Text Word Count   268
Document URL:

## Gravity shows God's design

*FLOYD R. EYLER WINDSOR.* **York Daily Record.** York, Pa.: Dec 26, 2004. pg. 3

**Abstract** (Document Summary)

The case for intelligent design. The recent strong opposition to teaching "intelligent design" in our schools is really amazing considering how much intelligent design is all around us.

**Full Text** (186   words)

*Copyright (c) 2004 York Sunday News*

The case for intelligent design. The recent strong opposition to teaching "intelligent design" in our schools is really amazing considering how much intelligent design is all around us.

Gravity, which we take for granted, is an essential force in our lives, but none of our greatest scientists can explain how it functions. It's an example of "intelligent design."

The earth is rotating at a speed of 700 mph and traveling around the sun at 66,000 mph. It is the optimum distance from the sun so that we will not burn up or freeze.

What keeps it going and who made it? There is only one answer: It's an example of intelligent design by God himself.

We taxpayers are fed up with atheists, Supreme Court justices, the ACLU, greedy lawyers and others who attempt to do away with our beliefs and dictate what can be taught in our schools.

Hats off to the Dover school board, who have had the courage to be the first in the nation to stand up for their beliefs regardless of all the opposition.

FLOYD R. EYLER

WINDSOR

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:         *VIEWPOINTS*
ISSN/ISBN:       10434313
Text Word Count  186
Document URL:

factiva.

Dow Jones & Reuters

Letters
**Evolving viruses**
The Patriot-News
261 words
27 December 2004
Patriot-News
FINAL
A11
English
Copyright (c) 2004 Bell & Howell Information and Learning Company. All rights reserved.

Most people wonder why they need flu shots every year. There is a simple reason: the influenza virus mutates every year. Some of the mutations grow stronger, and resist the older vaccines. Some of the mutations grow weaker, and die off. The strains which do not mutate are resisted by the older vaccines, and eventually die off, also. The process by which they do this is called evolution.

Many antibiotics no longer work because the bacteria have evolved to resist them. Sickle-cell anemia has made many Africans immune to malaria, which plagues most of the African continent. This is all explained perfectly by the theory of evolution, on which so much of genetics and biology is based.

As to whether or not humans had an ape-like ancestor, much is still up for debate. However, human beings are as closely related to chimps and gorillas, in terms of DNA, as dogs are to wolves.

The fact that evolution has occurred, and still occurs, is not really up for debate. This is why it needs to be taught in the schools. **Creationism** simply tells us that God created the world the way it is. If **creationism** is trying to argue that evolution does not occur, it is wrong, based on our observations. If it is trying to tell us that God created the world, but it has since then evolved, it may be correct, but then it is not in disagreement with the theory of evolution in any way. GREG STROHMAN Lebanon

CARTOON; MIKE HITCH

Document PATHAR0020041228e0cr0003a

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

## Board disappoints school teacher

*DAN POWERS YORK TOWNSHIP.* **York Daily Record.** York, Pa.: Dec 27, 2004. pg. 6

**Abstract (Document Summary)**

Shall we apply ID to math class? It's theory isn't it? Shall we apply ID to English? How about gym? Music? Even more importantly, how about sports? After all, when Notre Dame wins a football game, it must have been because of ID, right?

**Full Text (168 words)**

*Copyright (c) 2004 York Daily Record*

As a practicing Christian and Sunday school teacher, I take offense to any public school teaching intelligent design.

First of all, I see no conflict between evolution and the Bible.

Secondly, do we really want public schools teaching religion? I don't.

Shall we apply ID to math class? It's theory isn't it? Shall we apply ID to English? How about gym? Music? Even more importantly, how about sports? After all, when Notre Dame wins a football game, it must have been because of ID, right?

Let educators do what they have been trained to do and do best educate. Whether it's a public school teacher, a Sunday school teacher or a teacher at the mosque or synagogue let it be.

Thirdly, the last time I checked, school districts were saying they're strapped for cash. I guess up in Dover, it must not be so.

DAN POWERS

YORK TOWNSHIP

The following fields overflowed:

BYLINE = DOUGLAS HILL

EXECUTIVE DIRECTOR

COUNTY COMMISSIONERS ASSOCIATION

OF PENNSYLVANIA

YORK

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
Section: *MAIN*

ISSN/ISBN:        10434313
Text Word Count  168
Document URL:

# THE EVOLUTION DEB,

# Pros, cons of ID, evolution

**CHRIS ALTHOUSE**

How can something so small become such a huge issue? The schools have been teaching evolution for so many years without the intelligent design theory being discussed that few have any idea of the scientific evidence that supports intelligent design or the many problems with the evolution theory.

The intelligent design theory is something that has been believed since the beginning of history, and until recent history has been pretty much the only theory of creation. The overwhelming majority of Americans believe in God, or a god, and therefore many believe in intelligent design. Scientists who believe in intelligent design look at the same evidence that the evolutionist scientists look at, but with the idea that there was a designer behind this complex creation.

The evolutionist looks at the evidence and says yes, the design is very complex but if given billions of years, creation is possible. If the evidence does not fit into the billions of years theory or support their theory of a creation without a designer, then they will sweep the evidence under the carpet.

The evolutionist plays a little game called the "Watch Game." To play this game you lay a watch on a table and try to theorize how the watch came into existence. There is only one rule to play this game. You cannot say that a watchmaker made the watch. Go ahead and play the game, and remember it was not made by a designer.

I don't call a game with a rule like that good science or a fair game. Evolution has many holes in it. There are many strong evidences that support intelligent design. What is it that frightens some people so much about taking scientific evidence and examining it from an intelligent design world view? I think it is because they do not want to answer to that intelligent designer. Someday they will answer to him whether they want to or not (Romans 14:10-12).

* * *

Since many are out of the loop with regard to evidence that supports intelligent design, I would like to recommend the book "Refuting Evolution" or "Refuting Evolution II" by Dr. Jonathan Sarfati, and also the Web sight www.answersingenesis.org. Maybe the whole community should attend an intelligent design/evolution conference and learn the pros and cons for each theory.

*Chris Althouse lives in Dover.*

# Evolving into a fascist state

**PHIL WALLICK**

In 1965, I played the role of John Scopes in our York Central class play "Inherit the Wind." I was the guy who taught evolution. How times have changed. I could just see us trying to do it today.

I left York in 1970 because there were no jobs for a newly minted physicist. I doubt that has changed. One hears the term "brain drain" about this area. I wonder why?

The other reason I left is now clearer to me. I returned two years ago and never imagined that I would find York to be the center of the world of rightwing religious hate, intolerance and ignorance. It is difficult to believe sometimes. Letter after letter in the YDR castigates anyone who dares to think, anyone who questions, anyone who is not a God-fearing Christian super patriot.

I was raised Christian, but left the church over the immoral war that the U.S. was fighting in Vietnam. Here we are again, fighting an immoral war against "brown" people, killing them all in the name of Jesus. And the "love it or leave it" crowd is out in force. We are told to leave if we don't love George Bush, if we don't love God. Heaven help us if we don't believe in creationism.

* * *

Evolution is not just a theory. The earth is billions of years old. The matter that the earth and everything on it is made of was formed in the interiors of other stars billions of years before the earth and our star existed. Genesis and Noah's Ark are stories. Jesus was a great man, but he would be strung up so fast today by the very people who claim to worship him it would make one's head spin.

Many of our principal founding fathers, including Jefferson and Washington, were not Christians. They believed strongly in separation of church and state. You can pass laws, you can rant, you can lie about it, but it doesn't change history.

One final comment directed to the writer who claimed that atheistic dictators included Adolf Hitler. Nothing could be further from the truth. It was precisely the support of Christians like the ones who are the majority here that helped Hitler rise to power. He invoked God more than George Bush does. The church was firmly in bed with him. Homophobia was one of the first things the Nazis whipped up, just like today. "Gott Mit Uns" (God is with us) was not an idle slogan in Nazi Germany. America is on the same path to a fascist theocracy.

*Phil Wallick lives in York Township.*

telligent desig ulum is a rep levels, not the doubtedly be from the very the district.

With a law district rever sion(s) that thi sions) that thi fall. It has be to the Dover t ing. For thos are defined t though, the is of the Dover its credibility

The distric matter states "theory" in v are not fully tion is that th good guess a debate. The s theory (as de desay of Scie ated explana natural worl facts, laws, i potheses." Th one that is s of evidence ( record, while supported th like the theo no longer de cussions.

Intelligen hand, is a co ists and uns dence. In fac

# Ma
1

# E EVOLUTION DEBATE

## ID, evolution

oks at the eve
le design is very
illions of years,
f the evidence
illions of years
ir theory of a cre
er, then they will
nder the carpet.
ays a little game
ne." To play this
on a table and try
lich came into
ly one rule to
annot say that a
watch. Go ahead
al remember it
signer.

with a rule like
fair game. Evolu
a it. There are
s that support in-
is it that fright-

ens some people so much about taking scientific evidence and examining it from an intelligent design world view? I think it is because they do not want to answer to that intelligent designer. Someday they will answer to him whether they want to or not (Romans 14:10-12).

Since many are out of the loop with regard to evidence that supports intelligent design, I would like to recommend the book "Refuting Evolution" or "Refuting Evolution II" by Dr. Jonathan Sarfati, and also the Web site www.answersingenesis.org. Maybe the whole community should attend an intelligent design/evolution conference and learn the pros and cons for each theory.

*Chris Aldhouse lives in Dover.*

## a fascist state

ian, but left the
oral war that the
ietnam. Here we
immoral war
le, killing them
us. And the "love
out in force. We
don't love George
God. Heaven help
in creationism.

just a theory. The
s of years old. The
earth and every-
was formed in the
s billions of years
our star existed.
ork are stories
, but he would be
y by the very
worship him li
id spin.

Many of our principal founding fathers, including Jefferson and Washington, were not Christians. They believed strongly in separation of church and state. You can make laws, you can rant, you can lie about it, but it doesn't change history.

One final comment directed to the writer who claimed that atheistic dictators included Adolf Hitler. Nothing could be further from the truth. It was precisely the support of Christians like the ones who are the majority here that helped Hitler rise to power. He invoked God more than George Bush does. The church was firmly in bed with him. Homophobia was one of the first things the Nazis whipped up, just like today. "Gott Mit Uns" (God is with us) was not an idle slogan in Nazi Germany. America is on the same path to a fascist theocracy.

*Phil Wollack lives in York Township.*

# It's a disservice to students

**MARK F. CATTERALL**

The decision by the Dover Area School District to mandate the inclusion of intelligent design in their science curriculum is a regrettable one on many levels, not the least of which will undoubtedly be a prolonged distraction from the very important issues that face the district.

With a lawsuit now filed, unless the district reverses itself, it is quite likely (based on multiple prior court decisions) that this attempt will ultimately fail. It has been reported that the cost to the Dover taxpayer may be ascending. For those of us whose professions are defined by evolution and discovery, though, the issue far transcends those of the Dover district and the impact on its credibility and finances.

The district in its statement on the matter states that evolution is a "theory" in which there are "gaps" that are not fully explained. The implication is that this theory is no more than a good guess and therefore open to debate. The reality is that in science a theory (as defined by the National Academy of Sciences) is "a well-substantiated explanation of some aspect of the natural world that can incorporate facts, laws, inferences and tested hypotheses." The theory of evolution is one that is supported by an abundance of evidence (facts), including the fossil record, which is clear, compelling and supported throughout science. Much like the theory explaining gravity, it is no longer debated in true scientific discussions.

Intelligent design, on the other hand, is a concept driven by creationists and unsupported by scientific evidence. In fact, it is not science at all.

Phillip E. Johnson, a professor of law at Cal-Berkely, has stated that the intention of intelligent design is to serve as a "wedge" for reopening science classrooms to discussions of God. The Dover district has presented this idea as an equal alternative to evolution, essentially implying that evolution and "intelligent design" deserve equal attention by truth-seeking students.

The equivalent argument in medicine would be to teach supernatural explanations of common diseases in medical schools alongside the true scientific explanations, simply because we do not understand everything about medicine. Students are taught science, to learn to observe facts and to understand how scientific theories are developed. Bringing religious beliefs unsubstantiated by science will do nothing to help students learn true science.

The legacy of this school board will undoubtedly be the failure of this attempt and the costs in credibility and dollars. The legacy of this community needs to be more lasting. This community needs to defend science, education and the development of young minds. Somewhere in these Dover classrooms sit future physicians, future researchers, future leaders. Given the ability to understand true science, they will embark on future careers that may lead to great discoveries. We should defend them, their teachers and science itself as there simply is too much at stake to do otherwise.

*Mark F. Catterall lives in Manchester Township.*

# Many 'real scientists'

## Students should question theory

*PATRICIA ANDERSON DOVER TOWNSHIP.* York Daily Record. York, Pa.: Jan 10, 2005. pg. 4

### Abstract (Document Summary)

Many other great scientists that we are familiar with believed in a creator God as well, e.g. Isaac Newton, Louis Agassiz, Gregor Mendel the father of genetics, and Albert Einstein, who formulated the theory of relativity, who did not believe in a personal God but he was so overwhelmed by the order and organization of the universe and believed this demonstrated that there was a creator.

### Full Text (296 words)

*Copyright (c) 2005 York Daily Record*

Dover wants intelligence intelligent design, that is. Who can argue that you want your students to develop intelligence? Who can say that hearing more than one side of an argument is wrong? Who doesn't want someone to think and to comprehend truth? Unfortunately, the world around us is taking Dover to court for just these reasons. I applaud the stand that the district is taking on this very controversial subject.

Why are you afraid to allow the students to hear two sides of the story? Are you concerned that your theory of evolution is going to be questioned? If the scientists of today are questioning the theory, then why shouldn't our students be allowed to have the same right?

Many other great scientists that we are familiar with believed in a creator God as well, e.g. Isaac Newton, Louis Agassiz, Gregor Mendel the father of genetics, and Albert Einstein, who formulated the theory of relativity, who did not believe in a personal God but he was so overwhelmed by the order and organization of the universe and believed this demonstrated that there was a creator.

Our future scientists, doctors and physicists are in our high schools today. If we choose to only give them a one-sided view of our existence, we limit their ability to think and their ability to develop a creative and exploring mind.

If you are only jumping on this bandwagon against this course because you think that the religious right is pushing this issue, I challenge you to do your own research and come to your own conclusions. Read a couple of books about intelligent design or the creation theory. Don't just take the ACLU's position that it is wrong without doing your homework.

PATRICIA ANDERSON

DOVER TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:            MAIN
ISSN/ISBN:          10434313
Text Word Count     296
Document URL:

# Dover board applauded

*JULIAN S. DUNNICK SPRINGETTSBURY TOWNSHIP.* **York Daily Record.** York, Pa.: Jan 10, 2005. pg. 4

Abstract (Document Summary)

I applaud the Dover school board for their intrepid decision to introduce an intelligent design theory into the science curriculum alongside the theory of evolution. I applaud Hanover for taking a stand and finding a way to leave the Ten Commandment monument in their little park, just as I applaud the Boy Scouts of America for standing true to their standards.

Full Text (270   words)

*Copyright (c) 2005 York Daily Record*

To even think that a teacher at Dover School would say, "I don't even know where to start to look for information to teach anything other than the evolution theory" is incomprehensible. Especially since there is so much factual documentation of scientists who set out to disprove the Bible's creation account, and ended up converting to faith in God.

As long as students must take tests in school to pass, there will always be prayer in school, regardless how much the ACLU and others try to eradicate God in public schools and public places. We only need to look to our own money and inscriptions on our U.S. government buildings to recognize that our great planners and leaders believed in a sovereign almighty God.

I applaud the Dover school board for their intrepid decision to introduce an intelligent design theory into the science curriculum alongside the theory of evolution. I applaud Hanover for taking a stand and finding a way to leave the Ten Commandment monument in their little park, just as I applaud the Boy Scouts of America for standing true to their standards.

Why is the only persecution today towards the Christians, and why must the "let's be more tolerant of others" be perceived as a new standard to just Christians who express their faith according to the Bible? One thing a true Christian and a proclaimed atheist do have in common is that when each of them take their last breath in this life they both will know that there is an eternal sovereign God (II Peter 1-3).

JULIAN S. DUNNICK

SPRINGETTSBURY TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:          *MAIN*
ISSN/ISBN:      10434313
Text Word Count 270
Document URL:

 factiva™

Dow Jones & Reuters

Letters
**Automated creation**
The Patriot-News
56 words
14 January 2005
Patriot-News
FINAL
A13
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

I don't know about you or the rest of the nuts out there, but -- evolution sounds like a pretty **intelligent design** to me.

I mean, after all -- it's a big universe; if you were God wouldn't you want to automate as much as possible? HERB CRONIN
Harrisburg

Document PATHAR0020050116e11e00025

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



Dow Jones & Reuters

Letters
**Leap of faith**
The Patriot-News
156 words
19 January 2005
Patriot-News
FINAL
A07
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

The theory of **intelligent design** says the universe is so complex that it must have been created by a supernatural intelligence.
Take the analysis of the **intelligent design** theory to the next level. The universe is complex and supernatural intelligence is
even more complex. Complex entities cannot evolve and must be created. So "following that logic," the supernatural intelligence
must have been created by an even more powerful supernatural intelligence.

Now, using the scientific method to collect data through observation and experiment, and formulate and test hypotheses. Where
do we go from here? This is where the leap of faith comes in. There is no data; it is all faith.

If you want to teach the theory of **intelligent design**, teach it in a philosophy or sociology class. Then you can list the 3,000 or
so different beliefs/religions that have evolved on planet earth. MIKE PETESICH Harrisburg

Document PATHAR0020050120e11j0001v

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

YORK DAILY RECORD ■ FRIDAY, JANUARY 21, 2005

## Prayer in public schools touted

This epistle is a reasoned response to all the mass hysteria I've apparently generated amongst the anti-God, anti-intelligent design crowd because of my "love it or leave it" Dec. 13 letter to the editor in support of religion in school, the King James Bible and other inerrant truths too numerous to mention. In reading these responses, I sensed a "journey into hypocrisy" as what appeared to be liberals preaching anything goes out of one side of their mouth and "no prayer or religion in school" out of the other.

Anyway, for my edification, will those opposed to intelligent design please explain why they so fear even the use of the word "religion" when religion, per se, is the basis of morality in all civil societies, without which, we would all be barbarians. So why not teach intelligent design (morality) in public school where it is needed the most?

While I'm on the subject, I'm that Schafer (now 82) who in 1960 as chairman of the Committee to Protect the Right of Prayer in Cincinnati took an 18,000-signature petition to Washington D.C., as invited, to testify before the House Judiciary Committee in support of a constitutional amendment that would permit prayer in school; who, moments before my turn to witness, was usurped by a batch of ACLU-types — result being, the best the congressman, myself and our supporters could do was to unwind the scrolled petitions down the Capitol steps towards the U.S. Supreme Court building in an attempt to make a "newsy" event.

Being out of space, can only advise, "Up with pro-intelligent design, down with political correctness." For me, had "religion" not yet been invented, I'd invent it.

GEORGE W. SCHAFER
JACKSON TOWNSHIP

000790

Case 4:04-cv-02688-JEJ   Document 238-4   Filed 09/30/05   Page 57 of 96

## ID boosters set up a false dichotomy

Opinions expressed on these pages in the past few months, and elsewhere over the years, demonstrate how successfully proponents of intelligent design creationism have promulgated a standard set of misconceptions, misinformation and factual errors. In this limited space, I would like to examine just one of these misconceptions — the false dichotomy.

Some people allege shortcomings in evolutionary theory suffice to render it invalid and, therefore, ID (the "other" explanation) is the valid theory explaining observed biodiversity and the fossil record. This is nonsense. First, because a theory does not gain scientific acceptance by default — it must be supported by considerable positive scientific evidence. Second, there are numerous additional explanations that have exactly as much evidence supporting them as has ID (that is, nothing). Contrary to what is frequently stated, there is absolutely no reason to assume that there are always two and only two possible explanations for any phenomenon. Third, the vast consensus of scientific opinion finds the ever-increasing evidence supporting evolutionary theory compelling.

A number of people have claimed that ID ought to be taught alongside evolutionary theory "out of fairness." This is illogical because it assumes ID is as equally valid a scientific theory as evolution, with equal evidence. ID is not scientific, and lacks evidence to support it. There are valid reasons to teach about creationism as an ideological movement, but absolutely no reason to teach it as science.

In the very limited time available for teaching, it is impossible to cover all of the fringe movements and side issues of science. It is difficult enough to teach a selection of basic, accepted science without adding various forms of "voodoo science" to the curriculum.

**MARK DUGAN**
**SHREWSBURY TOWNSHIP**

000807



Dow Jones & Reuters

Letters
**God and biology**
The Patriot-News
169 words
23 January 2005
Patriot-News
FINAL
F05
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

In "Dover braces for 'intelligent **design**' battle" (front page, Jan. 18) you write that some believe that "God and biology go together." That, plus the comment from a resident of Dover that teaching religion is the "purpose of Catholic school," brought back grateful memories of the teaching of my Catholic elementary school in the mid-1950s.

My religiously based geography book included a presdent page stating that there was beginning to emerge biological and, especially, geological evidence that God may have chosen to create the world and the humans who inhabit it through a process of evolution over many millennia.

This honest reporting of the scientific advances of the time set the foundation for my lifelong belief that there is no contradiction between religious belief in a Creator and the scientific fact of evolution.

The various factions in this controversy need to resolve not to manipulate public misunderstanding into an unnecessary either/or proposition that does not exist. KATHLEEN R. KENNEDY Harrisburg

Document PATHAR0020050124e11n0006f

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

YORK SUNDAY NEWS, JANUARY 23, 2005

## QUOTABLE

"It's been a long semester. I just want to get back to doing what we are really paid to do, and that is to give our students the best education in accordance with state standards."
— BERTHA SPAHR, head of Dover Area High School's science department.

"If they're going to teach (intelligent design), then they should teach everything — like Rastafarianism."
— JESS MILLER, Dover Area High school student.

000806



Dow Jones & Reuters

Letters
**Make 'design' theory part of humanities**
The Patriot-News
241 words
26 January 2005
Patriot-News
FINAL
A13
English

Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

After reading the many letters addressing the Dover High School controversy regarding **"intelligent design** theory," the one idea with which most people might agree is that the theory is not "scientific," but faith-based. It clearly is not appropriate for a science or biology class. The compromise might lie with where this theory is placed in the curriculum.

If the Dover School Board wants to foster "open minds," offer students a humanities course with an overview of major religions. Religion has played a significant role in history and is a legitimate area of study.

Perhaps then it would be evident why it is so important to honor our Constitution's instruction that no "national religion" be established by our government. It would cement the idea that we must carefully guard our individual freedom to practice whatever religion we so choose, or to practice none at all.

I wonder how any American can fail to understand the gravity of that responsibility, with the scourge of extremist Islamic fanaticism and its totalitarian goals in our faces every day since 9- 11, determined to injure and kill the "infidels" who do not hold the same beliefs as they. If you believe that "your way is the only right way" and you would force your religious beliefs on others by governmental decree or whatever other means, are not those others your "infidels"? ANNE KEISER Carlisle

Document PATHAR0020050126e11q0001v

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

factiva™                                                              Dow Jones & Reuters

Letters
**Theology, science should be separate**
The Patriot-News
246 words
30 January 2005
Patriot-News
FINAL
F05
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

The salient point in the **creationism**-evolution controversy is ignored in the statement offered by the Dover Area High School Administration. All sects of **creationism** offer supernatural explanations for how the world works.

Supernatural explanations have a proper place in theology courses, but they have no relevance in scientific inquiry. Scientific methods measure physical evidence. Proposed explanations of the facts must be testable by other researchers and capable of being proved wrong. Good scientific theories not only explain the known evidence but can be tested by determining if new evidence is consistent or inconsistent with the proposed explanation.

The Theory of Evolution by natural selection meets these criteria. Natural selection organizes millions of facts provided by fossils, geology and biology into a coherent explanation. This concept has been confirmed by new branches of science that did not exist when On the Origin of Species was published in 1859 (genetics, microbiology and biochemistry).

Supernatural explanations cannot be tested. Some creationists say fossils were put in rocks by God to test and strengthen our faith. Another group insists fossils were created by Satan to mislead the gullible. Both explanations cannot be correct. But there is no test of the physical evidence that can determine which is true.

If our school children are not taught to distinguish between concepts of the supernatural and physical worlds, they will be ill-equipped to sort out the facts and falsehoods. ED DIX Lemoyne

Document PATHAR0020050130e11u0001v

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

## Freedom of choice for students

Without a choice, we're not free. I'd like to commend the Dover school board for their decision to mention to their students that there are other credible theories of man's origin in addition to Darwin's. Although none of these other theories are taught at this time, it's been reported that presently there is at least one that can be researched in the school's library if the students so desire.

**MORE DOVER LETTERS** *Page B6*

My wife and I don't have school-age children, but if we did we certainly would want them to be given the option to explore these other theories if they wanted. There are those of us who believe that life is a pursuit of happiness, and true happiness is not found until after we discover and adhere to truth. If we don't allow others the option to seek this truth even after we've failed in many areas with our own beliefs, then who are we?

We need to view our children as our future leaders and have faith that their insights will bring about better leadership and a more perfect society than we have today. It will never happen, though, if we don't allow them to explore beyond what many of us have been taught ourselves. If a society doesn't advance with each generation then it will only decline and that's a proven theory. Just look around.

Again, hats off to the Dover school board for encouraging their students to expand their horizons, even if it means getting sued in the process.

**STEVE MYERS**
**DOVER TOWNSHIP**

## Put the dumb hoopla to rest

I thought when we adults read what the Dover high school students said about the so-called science controversy, it could be put to rest — buried. They said it the way it is when they were quoted in the paper as saying all the hoopla over the issue is dumb. I also enjoyed what they had to say about their experience in their biology class.

I cannot imagine anyone rushing out to get the paper to read the next chapter of dumb hoopla.

In the one letter to the editor, the one gentleman was trying to impress us with his superior intellect as he presented his "design theory" as it relates to our former presidents. I noticed he conveniently did not use the first and 16th president to prove his point.

Present the theory of evolution in one class period — it shouldn't take any longer than that — and the theory of creation in one period. Have the students write a paper contrasting the two rather than both. Grade the paper strictly on the apparent amount of research that went into preparing the paper — not what the teacher may or may not believe. Then move on. Notice I said present not teach. Above all, don't hide behind the phony church/state issue every time someone wants

to do or not do something. I can't imagine a history or literature teacher being able to teach without presenting the religious involvement. Adults, let's take our clue from the teenagers and put this dumb hoopla to bed.

**BILL GOODLING**
**SEVEN VALLEYS**

## Religion, science different truths

"There is grandeur in this view of life, with its several powers, having been originally breathed by the Creator into a few forms or into one; and that, whilst this planet has gone cycling on according to the fixed laws of gravity, from so simple a beginning endless forms most beautiful and most wonderful have been, and are being evolved." Charles Darwin's often-quoted last line of his "The Origin of Species," explains that evolution shows not how life originated, but instead how species originate and adapt to the changing environment in which they live.

Except for those Christians who interpret the Bible in a literal manner, most Christian faiths do not combine life's creation with how species, including "man," originated. A Dec. 16 letter signed by 188 Wisconsin Christian clergy (Lutheran, Presbyterian, Methodist, Episcopal, Baptist, Catholic, United Church of Christ, Unitarian, Moravian and Quaker) states, "We believe that the theory of evolution is a foundational scientific truth, one that has stood up to rigorous scrutiny and upon which much of human knowledge and achievement rest. To reject this truth or to treat it as 'one theory among others' is to deliberately embrace scientific ignorance and transmit such ignorance to our children." This letter ends by asking "that science remain science and that religion remain religion, two very different, but complementary, forms of truth."

Forcing one Christian religion's belief at the expense of other Christian beliefs is what the framers of our Constitution sought to avoid. As our nation becomes more pluralistic in its religious and nonreligious beliefs, the situation will become even more difficult if the science classroom isn't limited to science. (For those who argue that intelligent design is science, I ask why do the professional scientific organizations only support the teaching of evolution?)

**RODGER MALMGREN**
**SPRINGFIELD TOWNSHIP**

## Let's have a debate

I am at a loss in understanding why Mr. Rehnberg spoke for his colleagues at York College and said they had no interest in

a public debate with scientists who hold to intelligent design. One would think this would be the perfect forum where students can understand why Mr. Kleiner labels supernatural phenomenon as "the world according to them."

In the January 1987 issue of Discover, the late Dr. Gould had a different view of debates. He said, "Facts are the world's data; theories are explanations proposed to interpret and explain facts. The fact of evolution is as well established as anything in science (as secure as the revolution of the earth about the

sun), though absolute certainty has no place in our lexicon. Theories, or statements about the causes of documented evolutionary change, are now in a period of intense debate — a good mark of science in its healthiest state. Facts don't disappear while scientists debate theories (p. 65)."

Darwin did not believe his theory was a fact. In his "Origin of Species," he stated, "Long before the reader has arrived at this part of my work, a crowd of difficulties will have occurred to him. Some of them are so serious that to this day I can hardly reflect on them without

being in some degree staggered." (1859, p. 158)

Can the University of Pennsylvania's 32 science teachers find a panel to debate the churches of Christ in a public forum at a location such as Hershey's Giant Stadium where both sides will give the evidence for their respective positions and students can ask questions? We shall see.

**VICTOR CARMICHAEL**
**LEBANON**

## The dangers of biased science

I applaud the York College faculty and their letter that expresses concern over the inclusion of intelligent design in a science curriculum. They, along with Mark Dulgon in the same edition of the YDR (Dec. 8), have provided clear and accurate arguments regarding science and the need to exclude nonscientific leaps of faith from the teaching of scientific enterprise.

Science makes progress by answering questions about causal relations in the material world. When those questions are answered, new questions are raised. If at any point scientists conclude that a phenomenon under investigation is unexplainable and insert explanations that are not testable, such as intelligent design, progress stops. History is replete with examples that illustrate faith-based explanations that have slowed scientific inquiry.

It might be reasonable to include intelligent design in courses on nonscientific theories of speculation, or to identify it as an interesting sociological phenomenon that warrants investigation.

My concern is for the manner in which we prepare future generations to solve human problems. If they learn to insert personal preferences into a causal analysis because it is compatible with their faith, then we have little hope of solving important social, economic, and political problems.

**LEO CARLIN**
**MANCHESTER TOWNSHIP**

## Keep open minds, hearts

In the York Daily Record's letter section on Jan. 4, four letters addressed the intelligent design vs. evolution theories, and the fifth letter reported the theft of three magnetic "Support Our Troops" ribbons.

We Americans (a lot of us) become so intent on promoting our own agenda and issues that we forget that others, even those who have ideas and opinions in direct opposition to our own, still have the right to present their views, both vocally and in writing.

I challenge the ID-ers and the

Evos (and all of us) to recognize, even encourage, ideas and opinions different than our own. .

When we embrace diversity (whether racial, sexual, financial or religious) it makes us stronger, more tolerant and intelligent individuals. It sends a positive message to our children. It makes our USA much more cohesive and productive. We all pull in the same direction. I'd hate to see our National Guard Troops sent in to occupy the "Dover, Pa., USA DMZ Zone."

Let's all respect the cultures and ideas and rights of others. Let's work hard to keep our families, schools, communities and country strong. We may then have time to help find or replace the three stolen magnetic ribbons, two of which were inscribed with the words, "Home of the Free Because of the Brave."

**JEAN KING**
**DOVER**

## Intelligent design makes sense

I have been reading with interest the articles regarding the Dover school district and intelligent design. I find it sad that people object so strongly against the four paragraphs that the school board included in the biology curriculum. You would think with all the clamor that something horrible was being forced upon the students, yet it was a mere statement acknowledging another possibility for how life came to be. Can't those who favor evolution admit that there might be other possibilities for the origin of the universe? Are people so closed-minded that they won't recognize any theory other than evolution?

Life is so complex that any rational, thinking person would have to at some point acknowledge there is at least the possibility that some intelligent design was necessary to bring about all the complex life forms that we find upon earth. The likelihood of all the life forms and laws of the universe coming about of their own accord is about as likely as a house being built by itself. If the materials that a house is made of were laid out on a building lot, how long would it take for evolution to bring that house together without any help from a person? No amount of time will do it. Yet a house is relatively simple in comparison to the complexity of life forms.

I think intelligent design is a far better explanation for the complexities of the universe than evolution.

**GERALD KORMAN
RED LION**

## Board member should answer questions

The controversy over the inclusion of intelligent design in science classes in the Dover area schools will be long and strenuous. The people of Dover need to know where all the members of the Dover Area School Board stand on this issue so that they know that the public's interests are being served, not those of the school board.

Pastor Edward Rowand's refusal to answer a reporter's questions on this topic unless she explained her beliefs stands in the way of this. Pastor

Rowand needs to understand that as a public official, a question from a reporter is not a debate in a Bible study class but an important part of the policy-making process. The reporter's questions to him represent the public's right to know his stand on an important issue. If he cannot provide answers to the public through the media, perhaps he does not belong in public life.

**DAVID J. BOYER
NEW FREEDOM**

## Religious zealots out there

I often question why the York Daily Record continually prints editorials from local religious zealots like Dean L. Graham, who claimed the recent tsunami in Asia and presumably every other natural disaster in our planet's history is a "wakeup call for atheists."

My optimistic theory is that it is to remind us that there are people out there we really need to watch out for and stand up to. People who want to force their religious views into our public schools, take away a woman's reproductive rights and seek to control what we see, read and hear. All in the name of their version of God.

**GREG MARKWAL
SPRINGETTSBURY TOWNSHIP**

## Let students think

Statements by area professors opposing intelligent design seem to suggest that there is no scientific evidence for this theory. However, according to Robert DiSilvestro, Ph.D., biochemistry professor at Ohio State University, "... a valid scientific challenge has been mounted to Darwinian orthodoxy on evolution. There are good scientific reasons to question many currently accepted ideas in this area." A simple search on Amazon reveals dozens of books written by scientists challenging the theory of evolution and/or supporting the theory of intelligent design. For example, biochemist Michael Behe, biology professor at Lehigh University, has written Darwin's Black Box: The Biochemical Challenge to Evolution and Science and Evidence for Design in the Universe.

In a March, 2002 press release, 52 Ohio scientists issued a statement supporting academic freedom to teach the scientific arguments for and against Darwin's theory of evolution. Among them are 15 professors from the Ohio State University as well as from numerous other secular colleges and universities (www.sciohio.org/scientists.htm). These Ohio scientists are reflecting the ideas of the Santorum (R-PA) Amendment passed in 2001

as part of the federal education law. This legislation says that on controversial issues such as biological evolution "the curriculum should help students to understand the full range of scientific views that exist."

The Dover school board resolution is clearly within the boundary of the law by merely informing students that there are gaps and problems with the theory of evolution and that intelligent design is an alternative theory. Facing questions and learning to think critically is a vital part of a good science education. Why would anyone want to deny students this opportunity?

**CINDY MUMMERT
WASHINGTON TOWNSHIP**

000816

Print Results



Dow Jones & Reuters

Letters
**Additional disclaimer**
The Patriot-News
192 words
31 January 2005
Patriot-News
FINAL
A11
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Dover School District Board needs to add a disclaimer to their disclaimer.

In an attempt to propagate faith as science, they have failed to consider the failings of their own argument. They are putting forth a teleological argument (a claim that the magnificent design of the world necessarily implies the existence of a designer) as a replacement to evolution.

Unfortunately, teleological arguments have problems.In their own right that should not be glossed over:

* If **Intelligent Design** is true, it does not lead to there being one designer. Nothing in the design can prove or disprove monotheism. Perhaps it was design by committee.

* You don't have to be all-powerful to be a creator (omnipotent). Perhaps we were intelligently designed by the least powerful of the powerful.

* You don't have to be all-knowing to be a creator (omniscient). Perhaps our many flaws can be attributed to an almost knowing creator.

* You can't postulate that the designer was of pure moral purpose (omniperfection). Perhaps our many natural disasters demonstrate a cavalier regard for life on the part of the designer. PHILIP RICHARDSON Elizabethtown

Document PATHAR0020050131e11v0000z

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



Dow Jones & Reuters

Letters
**Complexities of life**
The Patriot-News
143 words
31 January 2005
Patriot-News
FINAL
A11
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

In response to Al Winn's Jan. 24 column on the subject of science vs. **intelligent design**, it appears to me that his faith that there is no God is about the equivalent (although opposite) of my faith that God exists.

He believes there is nothing mankind will not eventually understand, given enough time, and that nothing is so complex that it cannot have occurred by natural circumstances. He can't prove that everything is knowable, but he believes it.

I believe the opposite, that some of the complexities of life and nature could only have come about through "**intelligent design**," and that the weaknesses in evolutionary theory are multiplying at about the same rate as the solutions. Given those circumstances, why are not both views equally worthy of consideration in our schools? MORRIS ALBERTSON Cornwall

Document PATHAR0020050131e11v00010

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



Dow Jones & Reuters

Letters
**Present both theories**
The Patriot-News
245 words
2 February 2005
Patriot-News
FINAL
A09
English

Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

The editorial (Dec. 15) that discussed the crisis in the Dover Area School District left a sour taste in my mouth. The piece attempted to persuade others that Dover should not teach **"intelligent design"** in ninth-grade biology classes.

The problem is that all schools should teach creationism. I am by no means a diehard Christian, nor will I pretend to be. I do, however, feel strongly that both theories should be presented to the students so they can decide for themselves which idea is more acceptable.

I fully understand the Supreme Court has ruled that there should always be a separation of church and state. But people tend to overlook the fact that teaching Darwin's Theory of Evolution could offend a religious student just as much as teaching creationism to an atheist.

Someone who has the opposite opinion might suggest that these "religious" students could find a private school to study **intelligent design.** What happens if that person cannot afford the costs of a private school?

Teaching two completely different theories will create energy and enthusiasm among the students. If it were not for **intelligent design** theories, other contradicting theories would have never been developed.

I do not want teachers imposing their opinions and feelings on the topic of creationism, but I do want students to know that there are other accepted thoughts on how this world became what it is today. ZACHARY FOWLER New Cumberland

Document PATHAR0020050203e12200021

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

# Which faith? Which God?

*CARL RISHEL MANCHESTER TOWNSHIP*. **York Daily Record**. York, Pa.: Feb 2, 2005. pg. 6

**Abstract (Document Summary)**

Secular humanists and atheists, whose God is materialism and man, accepts macroevolution by faith. This is the theory that matter is eternal and that inorganic matter begets life and evolves from one species to another. This is a religion and requires faith. "Humanist Manifesto I" (1933) states, "Religious humanists regard the universe as self-existing and not created." "Humanism believes that man is a part of nature and that he has emerged as the result of a continuous process."

**Full Text** (270  words)

*Copyright (c) 2005 York Daily Record*

Evolution is being taught in our public schools on the basis that it is not a religious teaching. But the fact is that all teachings on the origins of life require faith.

Creationists, whose God is Jehovah, accept creation by faith. Hebrews 11:3 states, "By faith we understand that the worlds were framed by the word of God, so that the things which are seen were not made by things which are visible." The eternal living God is the creator and life begets life.

Secular humanists and atheists, whose God is materialism and man, accepts macroevolution by faith. This is the theory that matter is eternal and that inorganic matter begets life and evolves from one species to another. This is a religion and requires faith. "Humanist Manifesto I" (1933) states, "Religious humanists regard the universe as self-existing and not created." "Humanism believes that man is a part of nature and that he has emerged as the result of a continuous process." "Humanist Manifesto II" (1973) states, "No deity will save us; we must save ourselves."

It is very difficult to maintain a pluralistic religious position in tax-supported schools. When tax-supported government schools began in the 1830s, Christianity became the established religious position and remained so until the 1930s when the religion of secular humanism and the philosophy of John Dewey became the established position. This is to say that tax-supported schools would qualify as unconstitutional under the religious establishment clause of the First Amendment. The Dover school board certainly must understand that they are challenging the establishment. Which faith? Which God?

CARL RISHEL

MANCHESTER TOWNSHIP

Credit: York Daily Record

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Section:          *MAIN*
ISSN/ISBN:        10434313
Text Word Count 270
Document URL:

Case 4:04-cv-02688-JEJ Document 238-4 Filed 09/30/05 Page 69 of 96

 factiva.™

Dow Jones & Reuters

Letters
**Where's evidence?**
The Patriot-News
223 words
3 February 2005
Patriot-News
FINAL
A14
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

I've been reading letters concerning the evolution/**intelligent design** debate and it seems that the majority of people attempting to support **Intelligent Design** do so primarily by pointing out flaws in the Theory of Evolution.

Don't they see that merely noting an opposing theory's weaknesses does not automatically prove their own pet theory? Why do they spend so much time ripping down evolution and so little time providing hard evidence on why **intelligent design** is true?

Whether you call it creationism or dress it up as "**intelligent design**," it boils down to faith. The term "**intelligent design**" is nothing more than a blatant attempt to have a matter of religion play in the field of science, where it has no business being.

Scientific theories can be refined through constant research, testing and peer review.

Try telling someone who believes in **intelligent design** that the Bible is flawed and that entire sections should be rewritten and see their reaction. Holding true to your beliefs in the face of overwhelming evidence against it is not science. That's faith. That's religion.

So if you believe in **intelligent design**, let's start seeing some letters with compelling scientific evidence supporting it (instead of a laundry list of the reasons evolution is wrong). GARRICK CHOW Shiremanstown

Document PATHAR0020050203e1230005k

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

 factiva.                                                          Dow Jones & Reuters

Letters
**Theory defined**
The Patriot-News
232 words
3 February 2005
Patriot-News
FINAL
A14
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Reading the various comments by supporters of **Intelligent Design** (ID), it is quite clear that they don't know what a theory is. Especially when they say that Darwinian Evolution is a theory, not a fact. A definition is in order:

A well tested (as opposed to a hypothesis which is less well tested) explanation for observed events. A theory must allow one to make predictions that can be tested by experiment. When the results of those experiments are as predicted, it lends support to the theory. If the results are not as predicted, they may lead to the eventual modification of the theory, or even its replacement.

Whatever a theory proposes must be testable. If whatever is proposed cannot be tested in some fashion then it cannot be considered a theory.

Second, nowhere in the definition does it say that a theory is ever considered a fact. A theory only attempts to describe something which is a fact. For example, gravity is a fact. The Theory of Gravity, which attempts to explain what gravity is and how it interacts with other forces, is not.

The reason ID is not a theory is because, unlike Evolution, what it proposes cannot be tested. One cannot test for the existence or non-existence of a supreme being no matter how strong ones belief may be. KEVIN SPANDLER Harrisburg

Document PATHAR0020050203e1230005j

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

YORK DAILY RECORD ■ THURSDAY, FEBRUARY 3, 2005

## Professor's work too quickly dismissed

I must respond to Priscilla Lauer's Jan. 11 letter in which she attempts to discredit Michael Behe's work. Let's see, a professor at Lehigh University who holds a doctorate in biochemistry and has written more than 40 technical papers is accused by a critic of intelligent design of not being "a true scientist," and his arguments are said to be irrelevant to the debate surrounding Darwinian evolution.

I wish it had been explained which field of science pertains to this debate more than that of biochemistry which,

in the last 50 years, has revealed the workings of life on the molecular level. If the theory Darwin proposed is to continue to have scientific credibility, its proponents must explain how the process can occur in light of these discoveries. According to Behe, they haven't.

Priscilla Lauer correctly says that true scientists show data to refute what they question. Ms. Lauer, I applaud your appreciation for data. If you had taken the time to read "Darwin's Black Box" you would have found plenty of it. And since you feel this problem characterizes all creation science, I invite you to log onto www.answersingenesis.org and click on their Q&A topics. Find a data-filled article on any subject written by a scientist who holds a Ph.D. in that field.

Admittedly, intelligent design is presently represented by the minority of scientists. But truth has never been determined by majority opinion, even that held over a long period of time. If it did, the earth would be flat, the heart would pump only freshly created blood, and flies would be spontaneously generated from rotting meat.

NATHAN SCHUMACHER
YORK TOWNSHIP

## Both can be right

Regarding intelligent design: What's the big deal? I know the discussion has been going on since the theory of evolution was introduced, but since I learned of it, as a child, I never thought of natural selection and creationism as being mutually exclusive. Could not a higher power have orchestrated the big bang and set into motion all of the natural processes to which scientists devote their work?

Of course, an earth the age of 4.5 billion years would displace the 6,000 to 8,000 of fundamentalist creationism, but come on. Were the authors of the Old Testament that concerned with the reality of time — or were they just

trying to answer the universal questions about human existence that modern physicists and anthropologists address? It is interesting to note, by the way, that the archaeological record in the Middle East indicates the end of hunting/gathering and the beginning of agriculture and civilization during that same period of creationist "creation." Perhaps even more interesting is that the book of Genesis contains two creation stories — and that, respectively, each can be associated with hunting/gathering and agriculture/society quite easily.

I digress, however.

The story of our creation is still unfolding. I have an unwavering faith in a higher power, and a deep confidence in the validity of natural selection. I see no problems here. So to both sides, let's not get so hung up on issues of self importance and self righteousness and address the real answer to the question of our existence and purpose: That we just don't know.

JOHN BRADIGAN
EAST BERLIN

000821

Case 4:04-cv-02688-JEJ   Document 238-4   Filed 09/30/05   Page 72 of 96



Dow Jones & Reuters

Letters
**Little black book**
The Patriot-News
224 words
4 February 2005
Patriot-News
FINAL
A13
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

There is a little black book in most homes. All who take time to read the Bible will find that: 1. There are no contradictions in anything they wrote; 2. All who wrote prior to the overthrow of Israel and Judah accurately predicted the physical events that happened to the Israelites and the Jews long before those events actually took place.

Since all the forecasts of events concerning the Israelites and the Jews occurred as predicted, it isn't difficult to believe that those authors were guided by an intelligent being who knew things they as humans could not possibly have known.

They tell us how this world came to exist and its history during many millions of years. It records historical events and future predictions about all three Earth ages. Since all of the predictions recorded in the book already happened, or are happening now, it does not require much faith to believe that its record of our origin was designed by this same **intelligent design.**

The fact that there is controversy in Dover, and that many people think we should continue to teach our children something other than **intelligent design,** is a sign that we are in the last days and the end of this flesh and blood Earth age is near. JOHN RHINE Middletown

Document PATHAR0020050204e12400025

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

factiva..

**Dow Jones & Reuters**

Letters
**Disingenuous effort**
The Patriot-News
243 words
6 February 2005
Patriot-News
FINAL
F05
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Teaching about **"Intelligent Design"** is teaching about a faith-based religious concept. If it is being taught along with the other religions generally as a part of a course on religion and the history of religion, it may or may not make sense academically.

Teaching about **"Intelligent Design"** as a religious concept or a religious theory in relation to the teaching of the science of evolution, for the support of which there is an impressive body of scientific evidence and opinion, is a disingenuous effort to teach "creationism," a faith-based religious theory, in the public schools. Teaching about **"Intelligent Design"** in biology classes is ludicrous.

We may or may not have a religious country, but we cannot have a religious government. The Founding Fathers deliberately omitted the use of the word God in the Constitution, or anything suggesting a religious foundation for the state. They prohibited any religious test for holding public office.

They provided for a secular government, but one which recognized and protected the right of all citizens to practice their own religion or no religion at all. They did not envision a government that could be used by those with political power to impose their own religious views on everyone.

Make no mistake, public education is government. It is supported by tax dollars and run by elected officials and is compulsory. It represents the exercise of political power. FRANCIS B. HAAS JR, Harrisburg

Document PATHAR0020050207e1260000v

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



Dow Jones & Reuters

Letters
**Evolution is a lie**
The Patriot-News
242 words
6 February 2005
Patriot-News
FINAL
F05
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

If the opponents to **Intelligent Design** are concerned about teaching religion in the classroom, I have a news flash. Evolution is the most destructive and dehumanizing religion that was ever accepted by mankind.

Religion by definition answers some basic questions of where did we come from, why are we here, and what is our purpose for being here. Evolution answers all of these but with devastating side effects.

Take Hitler for example. He believed that he could speed up the process of evolution. His final solution has horrified even his own people. Karl Marx also espoused the teachings of Darwin and Nietzsche and his form of government didn't promote the sanctity of all humankind either.

And I wonder where the teaching of evolution will take us. Let's see, abortion is a done deal. Euthanasia is the next issue to conquer. And then it will be the handicapped and whoever else is deemed a burden to society.

Even as we look back on recent history and say, "How could Hitler have deceived a nation and done such an inhumane thing?" The future may hold more of the same if we chose to believe in the "same old lie." The lie is evolution.

God created in six days and on the seventh he rested. Whether you believe it or not is up to you. But that doesn't change the truth. MICHAEL SKUTLIN Lebanon

Document PATHAR0020050207e1260000t

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Case 4:04-cv-02688-JEJ   Document 238-4   Filed 09/30/05   Page 75 of 96


factiva.

**Dow Jones & Reuters**

Letters
**Modern Inquisition**
The Patriot-News
207 words
14 February 2005
Patriot-News
FINAL
A07
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Upon reading about the teaching of **Intelligent Design** in the Dover Area Schools, it occurred to me how times have changed since the famed trial of Galileo over the heliocentric universe, as opposed to the then-current theories of the Earth being the center of the solar system. Some of the same characters are present, but their roles are reversed.

Now it is the scientific (and educational) community that fears challenges to its orthodoxy. It is the religious person facing a heresy trial of the scientific/educational Inquisition.

It seems reasonable to question where the Big Bang came from, or who set the evolutionary process in motion. It certainly seems that Someone is guiding the whole process, for common observation tells us that matter tends from order to disorder, not the other way around.

I think that it is an anti-religious bias, not a desire to know truth, that informs much of the animus to the **Intelligent Design** theory. If "Someone" did start all things, or is guiding them ... then Mankind is not the measure of everything and we do owe "God" honor and reverence. That, I suspect, is the bogey man in the mind of secularists. DAN LaRUE Lebanon

Document PATHAR0020050214e12e00010

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

 factiva™

Dow Jones & Reuters

Letters
**Why all the debate?**
The Patriot-News
212 words
15 February 2005
Patriot-News
FINAL
A07
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

I have a question for arguing either side of the evolution/ **intelligent design** debate: Why? There is not only no contradiction between the two sides, but they are the perfect complements for each other.

We can understand the idea of a person intelligently creating something out of base elements. Is it really so inconceivable that God might do the same?

The Theory of Evolution describes the step-by-step process that led to the creation of mankind. It can certainly stand on its own, but it is also not damaged in any way by being placed alongside the idea of a Creator.

The Bible describes who created mankind but it does not say how, or give any sort of recipe (though, in Hebrew, the name Adam seems to be derived from the word adamah, meaning ground or land, implying a connection to the Earth; a scientist might call that land the primordial soup.) Together, they start to form a credible idea.

As for what should be taught in schools: certainly faith and religion can play a vital role in a person's life, but, like art history and car mechanics (also important topics), it has no place in a science class. REBECCA HORNE Grantham

Document PATHAR0020050215e12f0002J

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results



Dow Jones & Reuters

MAIN
**Dover violates the Constitution**
DANIEL PELL DOVER TOWNSHIP
York Daily Record
294 words
24 February 2005
York Daily Record
4
English

Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

The introduction of **intelligent design** into the curriculum at Dover schools has ignited a firestorm of debate here and around the nation. I believe that the issue has not been properly stated. A proper framing of the issue is whether the presentation of **intelligent design** as science violates the First Amendment prohibition on establishment of religion by the government within the school system.

I conclude that, because the Dover Area schools receive federal and state funds, such a violation has occurred. Essentially, the board would have the community and world believe that they are not promoting a Christian/God centered espousal in the schools.

Their selective memory at depositions, combined with their statements that they do not know how such curriculum is generated, combined with the knowing destruction of such evidence in the form of notes taken behind closed doors when they debated this issue, belies their statements to the contrary.

This is not and should not be a debate about whether Darwin's theories are valid, or those of religion invalid. It is simply an issue of constitutional protections and law. The framers wisely decided to keep religion and public, civil institutions separate. If the Dover board wants to promote their religious theories, let them form a private foundation or church and do it with nonpublic monies.

It would represent the highest exercise of civic responsibility if the board would simply put an end to their divisive conduct by removing **intelligent design** from the curriculum, or, as recently suggested in a column in this newspaper, simply teach it as philosophy, religion or myth in attempting to answer the question of the origins of life on this planet.

DANIEL PELL

DOVER TOWNSHIP

Document YKDR000020050225e12o0001c

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Case 4:04-cv-02688-JEJ Document 238-4 Filed 09/30/05 Page 78 of 96



**factiva**.

Dow Jones & Reuters

Letters
**Lesson in science**
The Patriot-News
254 words
7 March 2005
Patriot-News
FINAL
A07
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

I am perplexed by the controversy over the Dover School Board's decision to teach the science of **Intelligent Design** in its schools. I don't see a problem. Go ahead and teach it. This is how it should be taught:

"OK, class, today I'm going to teach you the science of **Intelligent Design** ... There is none. Class dismissed." Perhaps that's simplistic.

The teacher has a wonderful opportunity to expose the fraud of the "science" of **Intelligent Design**. This would allow students to see the emptiness of the claim **Intelligent Design** makes to science, that is based not on science, but on belief.

Educators could point out that evolution is not about the Origin of Life, it is about the Origin of Species (the title of Darwin's book). Evolution posits that the various species on Earth (including man) mutated over millions of years into their present form by the process of natural selection and other mechanisms, most notably of the genetic variety.

**Intelligent Design** (formerly creationism) is about the origin of life. "How did life start?" it asks. Evolution asks no such question.

They could also point out that **Intelligent Design** starts with a conclusion (Life began with a push from an Intelligent Designer, e.g. God) and then works its way backward to find evidence to support the conclusion. This is the exact opposite of the way science works. What a lesson in scientific reasoning this could provide. JOHN W. PURCELL JR. Harrisburg

Document PATHAR0020050307e1370002z

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

 **factiva**™

Dow Jones & Reuters

Letters
**Worn-out objections**
The Patriot-News
216 words
10 March 2005
Patriot-News
FINAL
A15
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Jennie Gordon ("On My Mind," March 3) trots out the same old shopworn ideas that allegedly support **Intelligent Design**. Her example of "irreducible complexity," ostensibly demonstrated by the bacterial flagellum, and repeated ad nauseam by the obstreperous few who are trying yet again to inject supernaturalism into the public school science curriculum, has been satisfactorily dismissed by the overwhelming majority of evolutionary biologists.

Her analysis of the fossil record regarding human evolution is a simplistic misrepresentation of the facts. The ID crowd continually hammers away at the unconcluded issues of evolution science, and, using the illogicality of the argument from ignorance, leap to the conclusion that since we don't yet know exactly how something occurred, a "Designer" must be the answer. This is why ID is not science.

Ms. Gordon's claim that "Ninety-nine percent of mutations in DNA are defects" is not true; most are neutral. In this regard, how "intelligent" is a "design" by an allegedly perfect Designer which allows any defective mutations at all?

Evolution is a fact; **Intelligent Design** is a pseudoscientific label for theism. The irony of it all is, evolution is getting short shrift in this country, as public schools are becoming increasingly more reluctant to teach it. CRAIG RAPP Etters

Document PATHAR0020050310e13a0003u

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



Dow Jones & Reuters

Letters
**Half-truths presented**
The Patriot-News
250 words
10 March 2005
Patriot-News
FINAL
A15
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Jennie Gordon's column ("On My Mind," March 3) is full of half-truths and outright nonsense. As a student, one would think that she would perhaps know the definition of theory. She evidently doesn't or chooses to ignore it, as do most creationists.

A theory can be proved wrong, has evidence and can predict future events. **Intelligent Design** cannot fulfill any of these requirements. It is not a theory. At best, **Intelligent Design** is a religion or a philosophy.

Evolution, a theory to be sure, has no problem in showing how complexity is formed. Is it any more reasonable to say that an invisible being created life 4,000 years ago than evolution over billions of years managed to get 1 percent of good gene changes to move ahead? Most people can't even comprehend a 1,000 years much less a time period that is vastly longer.

Ms. Gordon states that teaching both ID and evolution would allow people to choose for themselves on what to believe. If so, are Ms. Gordon and other creationists willing to have all potential creators discussed in their "science" classes as well as evolution? I do want to know that all creation stories are being presented as well as the idea that the creators are aliens. That would definitely allow everyone to make their own decision. Anything less is simply an attempt to force one interpretation of one religion on everyone. ANDREA McCORMICK Harrisburg

Document PATHAR0020050310e13a0003v

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results


factiva.™

**Dow Jones & Reuters**

VIEWPOINTS
**LETTER; Religious certainty crushes inquiry**
KYLE CUNNINGHAM, Ph.D. DEPARTMENT OF BIOLOGY JOHNS HOPKINS UNI
York Daily Record
281 words
20 March 2005
York Daily Record
4
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

It was my wonderful teacher of ninth-grade biology in York County who sparked my life-long interest in science. That spark ignited a fire that drives my passion for biomedical research and my interest in training our next generation of scientists and physicians.

If my teacher had suggested that the gaps in our knowledge were explained by god, intelligent designers, or extraterrestrials, that spark might have been extinguished. I might have believed that no mysteries remained to be solved. Diseases we still don't understand cancer, Down syndrome, and so many more might simply become impenetrable objects of that creator and unworthy of further study because their factual causes would be unknowable.

A sure way to extinguish that spark in our children is to tell them the remaining mysteries in nature and biology are simply the musings of an intelligent designer.

James Cashman, a newly chosen member of the Dover School Board, accurately stated "These students are our future scientists there used to be a time when no one could make a statement that the world wasn't flat." Unfortunately, Mr. Cashman misappropriates the statement. **Intelligent design** does not support the forward-thinking open mindedness necessary for scientific progress but instead promotes the flat-world point of view.

Scientific ideas on the origin and evolution of life do not threaten faith in god. The acknowledgement of **intelligent design** as a possible alternative to these solid scientific theories is a clear admission of the opposite. And it will snuff out those sparks.

KYLE CUNNINGHAM, Ph.D.

DEPARTMENT OF BIOLOGY

JOHNS HOPKINS UNIVERSITY

Document YKDR000020050323e13k0000l

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results



factiva™

**Dow Jones & Reuters**

MAIN
**Questions and answers**
RILEY R. MAUS HANOVER
York Daily Record
313 words
21 March 2005
York Daily Record
6
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

I appreciate the responses to my letter in which I reasoned that our originating from the mind of God is more reasonable than coming from absolutely nothing. Objections and questions to my letter were expressed as follows:

1. "Everything must have a cause." Answer: I didn't say that everything had a cause. I said that an infinity of causes or an infinite past is impossible, if the present is to arrive. A first uncaused cause is "necessary" to get the series of causality going. If everything had a cause, even God would need a cause. Only that which "begins" to exist needs a cause. Only finite being begins to exist, is limited and temporary. God is not finite, but infinite or eternal in his being.

2. "What caused God?" Answer: If the concept of an uncaused universe is meaningful, so is the concept of an uncaused God. The cause of the universe must be personal, for how could a timeless (mechanical) cause give rise to a temporal effect such as the universe. God is uncaused. He didn't need time to create time and space. God always was.

3. "The human mind is the creator of gods." Answer: God is not a mere projection of human imagination. The existence of God is supported by cogent rational explanation. Faith has evidence, but interpreting gods makes these gods limited. Each god would lack something the other had. God, who created the universe, had to be infinite and therefore unlimited in his being. Neither can God be all (finite things), but created all. "There is no God besides Me" (Isa. 45:5) is logical.

The **intelligent design** theory is not creationism, but lends support. It demonstrates specified complexity as in the movie "Contact." "This isn't noise, this has structure."

RILEY R. MAUS

HANOVER

Document YKDR000020050322e13l0002y

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results

 factiva.

**Dow Jones & Reuters**

VIEWPOINTS
**LETTERS Admit to possibility of ID**
BILL FARON YORK
York Daily Record
252 words
27 March 2005
York Daily Record
6
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Most people believe the scientific evidence that the universe began with a big bang. Those same people also believe the scientific evidence that 10 out of 10 people die. They are in agreement that we have discovered life's beginning and life's end.

When thinking about what happened to get us to this point, people can be divided into two camps: **intelligent design** vs. evolution.

Two major ideas exist when thinking about evolution. The first is the belief that inert matter just happened: it divided, mixed and grew into this complex earth. The other idea is that the energy to fuel life comes from some cosmic power that exists, but is not intelligent. Neither theory is proven, and whether one chooses to believe **intelligent design** or evolution, it will be an act of faith. It takes faith to believe in evolution and faith to believe in God. Science and religion are not mutually exclusive.

My belief and faith in God is supported and encouraged by the facts presented in the sciences. I do not blindly believe in God, but rather looked for the truth by studying what we know about the world and the evidence presented by the Bible.

I think the issue is not that science doesn't support **intelligent design**, but that by admitting to its possibility, might open a whole new set of issues that some just don't want to address.

BILL FARON

YORK

Document YKDR000020050330e13r0000v

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



Print Results



**factiva**

**Dow Jones & Reuters**

VIEWPOINTS
**LETTERS The ID movement repeats mistakes**
KYLE CUNNINGHAM PROFESSOR OF BIOLOGY, JOHNS HOPKINS UNIVERSITY
York Daily Record
321 words
3 April 2005
York Daily Record
2
English

Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

In my letter of March 20, I indirectly suggested that the **intelligent design** movement is attempting to stifle creativity in our next generation of scientists by tacitly inserting creationist dogma into our school science classes in the many places where scientific understanding may be incomplete, such as the science of evolution.

Mr. Byron Borger, in his letter of March 25, misunderstood that point entirely. Instead he accused me of prejudice against religious scientists (such as myself) in favor of secular scientists. My original letter and my heart contain no such sentiments.

Mr. Borger's letter does reveal a primary goal of the ID movement the discrediting of Darwin's theory of natural selection, one of the many forces that can influence evolution. The ID movement does not seek to replace that scientific theory with one that can be critiqued experimentally or philosophically. Its main goal is to hold back the floodgates of scientific progress on the topic, much like the excommunication of Galileo for his then-unproven theory of planetary orbit around the sun. (The Pope reversed that action some 350 years later, and also has embraced other validated scientific theories including the theory of evolution.)

All religious scientists I have known feel that the theory of evolution poses no threat whatsoever to their faith. This is because science focuses its attention on understanding the physical universe and the forces of nature that operate therein. Science can never prove, disprove, or even influence any matters of true faith.

While our faith certainly enriches and guides us all, religious proclamations about the natural universe have a poor track record and tend to inhibit our quest for knowledge and understanding. The ID movement aims to repeat such past mistakes by focusing its creationist dogma on impressionable children.

KYLE CUNNINGHAM

PROFESSOR OF BIOLOGY,

JOHNS HOPKINS UNIVERSITY

Document YKDR000020050406e1430000g

Print Results

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results

 **factiva**.™

Dow Jones & Reuters

VIEWPOINTS
**What the experts say on evolution**
CHRIS POBORSKY MANCHESTER TOWNSHIP
York Daily Record
297 words
10 April 2005
York Daily Record
2
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

If you are looking for expert testimony for the **Intelligent design** controversy at Dover School, why not look and see what the experts have stated? Here are a few experts that I found that either side can use.

Wernher von Braun, who was known as the "Father of the American Space Program," stated in a published article in May 1974 "One cannot be exposed to the law and order of the universe without concluding that there must be design and purpose behind it all. . . . The better we understand the intricacies of the universe and all it harbors, the more reason we have found to marvel at the inherent design upon which it is based."

ouis Pasteur famous for, "pasteurization," commented in describing bacteria, "The more I study nature, the more I stand amazed at the work of the creator. Into his tiniest creatures, God has placed extraordinary properties that turn them into agents of destruction of dead matter." Pasteur was one of the first European scientists to reject the theory of spontaneous generation and evolution; he insisted that life only arises from life. He explained: Microscopic beings must come into the world from parents similar to themselves. There is something in the depths of our souls which tells us that the world may be more than a mere combination of events.

Charles Stine, director of research for the Dupont Co., stated in his book, "The world about us, far more intricate than any watch, filled with checks and balances of a hundred varieties, marvelous beyond even the imagination of the most skilled scientific investigator, this beautiful and intricate creation, bears the signature of its creator, graven in its works."

CHRIS POBORSKY

MANCHESTER TOWNSHIP

Document YKDR000020050413e14a0000k

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results



Dow Jones & Reuters

VIEWPOINTS
**Prayer could save schools**
E. ELWOOD BREIGHNER LITTLESTOWN
York Daily Record
95 words
1 May 2005
York Daily Record
2
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

What a dilemma. The only thing that can save our public schools has been banned. When I was in public school, state law required 10 verses from the Bible be read every day. Since then, child abuse up, illegal drug use up, unwed births up, teen suicide up. I could go on and on, but I'm sure you get the picture.

Regarding **intelligent design**, if it wasn't designed, it came from nothing no thing. Get it? Duh!

E. ELWOOD BREIGHNER

LITTLESTOWN

Document YKDR000020050505e1510000r

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

Print Results



Dow Jones & Reuters

VIEWPOINTS
**LETTERS Member admits religious motivation**
STEVEN NEUBAUER EAST MANCHESTER TOWNSHIP
York Daily Record
288 words
15 May 2005
York Daily Record
B
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Supporters of teaching **"intelligent design"** in science classes in Dover say that ID is a competing "scientific theory" to evolution and point to books and articles supporting ID written by "scientists." But "scientists" also write books and articles advocating such ideas as astrology and UFO abductions. Where is the peer-reviewed research that will show that ID supporters are telling the truth about ID being valid science?

Worse yet, ID supporters on the Dover school board have been vehemently denying that their personal religious beliefs were a factor in the vote to teach ID as science. It was even testified under oath that religion was never discussed by the board, either in board meetings or in other venues, particularly during June of 2004, as a motivation for the board to mandate teaching ID.

 et in a letter to the editor published in the York Sunday News on June 27, 2004, Dover Area School Board director Heather Geesey explained the board's support for ID by stating: "Our country was founded on Christian beliefs and principles. We are not looking for a book that is teaching students that this is a wrong thing or a right thing. It is just a fact."

Since Geesey virtually admitted that the board was "looking for a book" that would teach science without conflicting with the board's "Christian beliefs," religion was clearly a motivation. In the same letter, Geesey even conceded that ID is a form of creationism when she defended the board's decision by stating: "You can teach creationism without its being Christianity. It can be presented as a higher power."

STEVEN NEUBAUER

EAST MANCHESTER TOWNSHIP

Document YKDR000020050518e15f0002d

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



Dow Jones & Reuters

Letters
**Whose God is proper?**
The Patriot-News
225 words
29 June 2005
Patriot-News
FINAL
A11
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

On June 20, I testified against HB 1007, which would allow the teaching of **intelligent design** in the public schools. I expected aggressive questioning from the bill's advocates. However, I also received something else: a personal attack on my religion.

To counter earlier claims in the meeting that this debate was between people of faith and atheists, I made it clear that I was an active member of the Church of Jesus Christ of Latter-Day Saints. While addressing me during the Q&A session, Rep. [Daryl] Metcalf stated, "Your God and my God is different." The tone of his voice clearly indicated I did not believe in the correct God.

I informed him that I objected to this statement and that I did indeed believe in the Christian God. Rep. Metcalf neither corrected my interpretation of his statement nor apologized.

Does one need to look any further to see why **intelligent design** does not belong in the classroom? If, as evidenced by Rep. Metcalf, **intelligent design** requires a belief in the "proper" God, it isn't science.

Is the science classroom the proper place for children to learn whose God is right and whose God is wrong? Several of your legislators seem to think so. RANDY BENNETT Associate Professor of Biology Juniata College Huntingdon

Document PATHAR0020050629e16t00043

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



Dow Jones & Reuters

Letters
**Evolution as religion**
The Patriot-News
189 words
3 July 2005
Patriot-News
FINAL
F05
English

Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

Pat Carroll makes the point in his "This theory not designed for science" column June 26 that **intelligent design** falls within the category of religious ideas, and therefore is not science. He uses the work of Philip Johnson to back his point.

I was very surprised that Mr. Carroll missed the major emphasis of law professor Philip Johnson's writing about evolution. While **intelligent design** is a religious concept, Johnson rightly points out that evolution is steeped in a religious perspective of its own.

Johnson argues in his several books that science that supports evolution operates from a religious worldview known as Naturalism. Naturalism basically says that only material or physical things are "real." Boiled down, Naturalism is just old-fashioned atheism.

Many biology professors and research scientists in our colleges and universities who are not confessing Christians are rejecting evolution as insufficient to explain the complexity of DNA and the origins of life. Mr. Carroll should have acknowledged that Philip Johnson recognizes both **intelligent design** and evolution as being highly influenced by religious worldviews. THOMAS WIELAND Headmaster, Harrisburg Christian School Harrisburg

Document PATHAR0020050704e1730004y

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



Dow Jones & Reuters

Letters
**Evolution is fact**
The Patriot-News
206 words
11 July 2005
Patriot-News
FINAL
A07
English
Copyright (c) 2005 Bell & Howell Information and Learning Company. All rights reserved.

There is a mountain of corroborating data to bolster Darwin's theory of evolution. One may argue with natural selection being the operative force behind evolutionary change (although there is no viable alternative at the present time) but there is no doubt that it occurred.

Not only would we have to discard the last 300 years of empirical biological evidence if this were not the case, but we would have to rewrite the textbooks on physics, astronomy and geology. There are instances of DNA analysis predicting an ancestral form for divergent species that has turned up later in the fossil record.

This should convince all reasonable people that the theory is sound and that the research is on the right track. The problem is that proponents of special creation or **Intelligent Design** (or whatever they are calling this discarded idea this week) want to be in the game without playing by the rules.

No amount of court decisions or school board mandates will change the direction of the real research that is being done. The sad result will be the dumbing down of our children's science education to ease the minds of a superstitious minority. MARK SCRIPTUNAS Chambersburg

Document PATHAR0020050712e17b0000u

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



Dow Jones & Reuters

Letters
**Issue misunderstood**
The Patriot-News
244 words
19 July 2005
Patriot-News
FINAL
A07
English
© 2005 Patriot News Company. Provided by ProQuest Information and Learning. All rights reserved.

Steven Read, in his letter of July 8, while opposing your editorial concerning **Intelligent Design** (ID), unwittingly proves the point you were trying to make on June 23.

Read's opinion is clearly based on his own religious beliefs, instead of a rigorous study of science, thereby underscoring the premise of your editorial.

Mr. Read accuses you of not getting your facts straight, then proceeds to expound on the godlessness of evolution, claiming that is an "atheistic religion."

He seems to be against evolution (to the extent that one can be "against" science) and is in favor of ID because evolution "... has led to the destruction of many a young person's belief in God by teaching that all life came to exist from random processes working on a random mix of chemicals."

Not withstanding his ignorance of the process of evolution this last statement indicates, I hope everyone can appreciate the irony of Mr. Read's suggestion.

He asks for nothing less than the removal of evolution from science classes. However, evolution has been overwhelmingly accepted by the scientific community, after over 150 years of study and confirmation.

And Mr. Read insists on its replacement with what is nothing more than an admittedly religious-based conjecture.

It appears that he doesn't understand that the issue being discussed is what we are to teach our children in science class. JOHN W. PURCELL JR. Harrisburg

CARTOON; TOM TOLES

Document PATHAR0020050719e17j00002

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.



Dow Jones & Reuters

Letters
**ID isn't science**
The Patriot-News
241 words
19 July 2005
Patriot-News
FINAL
A07
English
© 2005 Patriot News Company. Provided by ProQuest Information and Learning. All rights reserved.

Intelligent Design (ID) does not belong in our science classrooms, because it is not science. Phillip Johnson, a major proponent of ID, has flatly stated that this "never has been a debate about science. It's about religion and philosophy."

ID offers no testable hypotheses or models, no experimental research program, no data and no peer-reviewed publications. Should ID be considered a credible alternative to evolution when it fails to meet the most basic standards as a science?

Evolution has been explaining mountains of facts for nearly 150 years. ID's explanations revive age-old religious and philosophical questions about what exactly God did, and when He did it.

The theory of evolution is supported by findings from genetics, paleontology, embryology, anatomy, molecular biology, biochemistry, etc. ID enjoys no corroboration from any scientific discipline.

ID is nothing more than an aggressive public relations campaign waged by some who fear that Darwin's theory threatens the status of both God and humanity and, thereby, threatens the social order.

If Darwin's theory threatens our sense of self-importance, perhaps it should. The social order is jeopardized by nothing so much as our arrogant and relentless destruction of the planet's resources. As Frederick C. Crewes has written, "the time has run out for telling ourselves that we are the darlings of a deity who placed nature here for our convenience." WAYNE TROTTA Mechanicsburg

Document PATHAR0020050719e17j0002e

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

factiva

Dow Jones & Reuters

Letters
**Natural processes**
The Patriot-News
245 words
22 July 2005
Patriot-News
FINAL
A14
English
© 2005 Patriot News Company. Provided by ProQuest Information and Learning. All rights reserved.

You say that "Had intelligent design governed the pursuit of knowledge over the last several hundred years, the modern era as we know it would have never come to pass" (editorial, June 23).

Perhaps you are unaware that numerous scientific professionals, both past and present, have expressed not only a belief in intelligent design, but biblical **creationism**. This includes Isaac Newton, Louis Pasteur and Johannes Kepler. Newton referred to the obvious order of the universe as a reason for his faith.

Add to the list Dr. Raymond Damadian, the inventor of MRI scanning technology (after his peers said he was trying to defy the laws of physics) and Dr. John Baumgardner, whom U.S. News and World Report hailed as "The world's pre-eminent expert in the design of computer convection."

I personally know a Bible-believing Ph.D. who was performing research at a major university that involved drugs that combat the effects of chemotherapy in children.

Your article suggests that without the guidance of Darwinian evolution, these poor souls were left to "bask in ignorance." To say that a belief in evolution is necessary for scientific advancement is, at best, misleading.

Evolutionists define marcoevolution as a completely naturalistic process. If the evolutionist acknowledges God, then we have supernatural, rather than natural selection and directed, rather than random mutations. This theory is unacceptable to those whose faith is based on fully natural processes. JAMES E. NUNN Hanover

Document PATHAR0020050722e17m00016

© 2005 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

## Rights not subject to creator or debate

Friday, July 22, 2005

I was utterly appalled by the ignorance and arrogance of
Tom Levis in his recent letter ("God or chance," July 14).
He trots out the tired creationist lie of the "tornado in the
junkyard" supposedly proving there must be a "creator,"
since God must be incapable of "designing" an "irreducibly
complex" process like evolution. He continues on to the
passage in the Declaration of Independence "endowed by
their Creator with certain unalienable Rights," and then
insinuates that those who do not believe in a creator are
not entitled to any rights. What contemptible bigotry!

Mr. Levis needs to understand that the rights of any
citizen of the United States are not subject to his
interpretation of a document that is in no way legally
binding nor the basis of any laws. The Constitution, which
is the basis of our laws (besides being wholly godless in
nature), provides a basic (but not exhaustive)
enumeration of our rights in the Bill of Rights. Nowhere
does it limit any rights to believers only. In fact, Article VI,
Section 3 specifically states: "no religious Test shall ever
be required as a Qualification to any Office or public Trust
under the United States." I'm sure the status of citizen
falls in there somewhere.

As for me, my "creator" is a double helix of
deoxyribonucleic acid, and my rights are not subject to
debate.

LOWELL SKELTON
LITTLESTOWN

## God knows what man doesn't

Sunday, July 24, 2005

Through the years scientists have made great discoveries of the workings of our world, and many of these are now taught in our schools.

But there are a host of remarkable occurrences in our world which scientists cannot explain and so these are disregarded and not taught.

Some examples are: Who engineered the radar system of a bat?

How does a small fish called a grunion tell time?

How do birds and fish possess homing instincts?

Who invented gravity how does it function?

The Bible tells us that all things have been created by Jesus Christ and are held together by him.

What other answer can there be, for none of the above can be explained by so-called natural selection or chance as evolution claims.

May we return to the old paths where God is a sovereign chief engineer, in spite of the pathetic protests of atheists and the ACLU. Our young people deserve the best.

FLOYD R. EYLER
WINDSOR