# APPENDIX IV

# TAB EE



DEPOSITION EXHIBIT
Carol Brown 2
5-16-05

Resignation Speech
Casey (Carol H.) Brown
Monday, October 18, 2004

I have had the privilege of serving on this board for almost ten years. During that decade, the voters have shown me their confidence by voting me into office three times. I've been privileged to serve as President of this board and also to serve as the Dover representative to the York County School of Technology Board (Operating Committee) and Authority.

Our District has come a long way in the past ten years and, particularly, in the past four years. There have been many changes. And I am not referring to the physical changes to our district – the building of North Salem Elementary, nor to the additions and renovations to the Leib Elementary and Dover High School.

I am talking about the Extended Day Kindergarten Program – the Elm Program – the Character Education and Multi-Cultural Education Programs – the Saturday Academy – the district-wide remediation programs – the student involvement in community service works – and, above all else, the incredible improvement in our students' academic achievement.

We have come from near the bottom ranking in County academic achievement to very near the top.

Our students' academic achievement has astounded me, and I cannot tell you how proud it has made me to have been a part, albeit a small part, of that change.

Dover's success is due, in no small measure, to the dedication and hard work of our teachers and administrators. We are fortunate, beyond measure, to have these incredible professionals – without them, we would still be at the bottom looking up.

We cannot often enough give public recognition to their efforts. I say to them now – thank-you – yesterday, today and always.

Nor do I mean to slight the contributions of our support personnel – they keep us organized and on task – and keep the physical operations of our district in top form.

We, as board members, serve as the representatives of our community to our district. We are responsible for making policy – for seeing that the district is in compliance with, and remains in compliance with, all applicable state and federal guidelines, mandates and laws.

We are here as representatives of all members of our community and to represent all viewpoints of our community. And we cannot favor one segment or one viewpoint over another.

Sometimes, in order to fulfill the requirements of our office, we must put aside our personal feelings and beliefs. It is not always an easy thing to do – but it is what we must do in order to properly perform the duties and responsibilities of our office.

In the past year, regretfully, there seems to have been a shift in the attitudes and direction of this board. There has been a slow, but steady, marginalization of some board members. Our opinions are no longer valued or listened to. Our contributions have been minimized or not acknowledged at all.

A measure of that is the fact that I myself have been twice asked within the past year if I was quote – born again – in quote. No one has – nor should have – the right to ask that of a fellow board member. An individual's religious beliefs should have no impact on his or her ability to serve as a School Board Director. Nor should a person's beliefs be used as a yardstick to measure the value of that service.

However, it has become increasingly evident that, in the direction this board has now chosen to go, holding a certain religious belief is of paramount importance.

Because of this, it is quite clear that I can no longer effectively function as a member of this board – that I can no longer properly represent the members of this community. And I apologize to them for this failure.

Accordingly, effective immediately and with deepest regret, I am stepping down from the Dover School Board – as well as from the board and authority of the York County School of Technology.

I shall pray for you all – pray that you will find the wisdom to separate your personal beliefs and desires from the proper fulfillment, within the law, of the duties and responsibilities of your office. I shall pray that you will learn to represent all of the members of our community, and all of their viewpoints – with impartiality and grace.