**ORIGINAL**

FILED
HARRISBURG, PA

AUG 09 2005

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY J. KITZMILLER; BRYAN REHM; :
CHRISTY REHM; DEBORAH F. :
FENIMORE; JOEL A. LIEB; :
STEVEN STOUGH; BETH A EVELAND; :
CYNTHIA SNEATH; JULIE SMITH; :
ARALENE D. CALLAHAN ("BARRIE"); :
FREDERICK B. CALLAHAN, :
: CIVIL ACTION
Plaintiffs, :
:
v. : NO. 4:04-CV-2688
:
DOVER AREA SCHOOL DISTRICT; :
DOVER AREA SCHOOL DISTRICT BOARD OF :
DIRECTORS, :
:
Defendants :

### EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT

### APPENDIX V

### EXHIBITS FILED UNDER PROTECTIVE SEAL

| EXHIBIT | TAB |
|---|---|
| Plaintiffs' Supplemental Expert Report of Barbara Forrest (Appendix III, Tab E) | A |

-1-