IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., <br>     Plaintiffs, <br><br> v. <br><br> DOVER AREA SCHOOL DISTRICT, et al., <br>     Defendants. | Case No. 04-CV-2688 <br> (Hon. Judge Jones) <br><br> (Filed Electronically) |

### INDEX OF EXHIBITS TO DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' COUNTER DESIGNATIONS OF DEPOSITION TESTIMONY

Exhibit 1, Chart of Defendants' counter designations with related section of Plaintiffs' designations for Michael Baksa, March 9, 2005, and a copy of the relevant pages with marked designations from the aforementioned deposition.

Exhibit 2, Chart of Defendants' counter designations with related section of Plaintiffs' designations for Alan Bonsell, January 3, 2005, and a copy of the relevant pages with marked designations from the aforementioned deposition.

Exhibit 3, Chart of Defendants' counter designations with related section of Plaintiffs' designations for Alan Bonsell, April 13, 2005, and a copy of the relevant pages with marked designations from the aforementioned deposition.

Exhibit 4, Chart of Defendants' counter designations with related section of Plaintiffs' designations for William Buckingham, January 3, 2005, and a copy of the relevant pages with marked designations from the aforementioned deposition.

Exhibit 5,   Chart of Defendants' counter designations with related section of Plaintiffs' designations for Elmira Jane Cleaver, June 9, 2005, and a copy of the relevant pages with marked designations from the aforementioned deposition.

Exhibit 6,   Chart of Defendants' counter designations with related section of Plaintiffs' designations for Steve Fuller, June 21, 2005, and a copy of the relevant pages with marked designations from the aforementioned deposition.

Exhibit 7,   Chart of Defendants' counter designations with related section of Plaintiffs' designations for Sheila Harkins, April 12, 2005, and a copy of the relevant pages with marked designations from the aforementioned deposition.

Exhibit 8,   Chart of Defendants' counter designations with related section of Plaintiffs' designations for Scott Minnich, May 26, 2005, and a copy of the relevant pages with marked designations from the aforementioned deposition.

Exhibit 9,   Chart of Defendants' counter designations with related section of Plaintiffs' designations for Richard Nilsen, January 3, 2005, and a copy of the relevant pages with marked designations from the aforementioned deposition.

Exhibit 10,   Chart of Defendants' counter designations with related section of Plaintiffs' designations for Richard Nilsen, April 14, 2005, and a copy of the relevant pages with marked designations from the aforementioned deposition.

Exhibit 11,   Chart of Defendants' counter designations with related section of Plaintiffs' designations for Warren Nord, June 7, 2005, and a copy of the relevant pages with marked designations from the aforementioned deposition.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER, et al., ) | |
| Plaintiffs, ) | Case No. 04-CV-2688 |
| ) | (Hon. Judge Jones) |
| v. ) | |
| ) | (Filed Electronically) |
| DOVER AREA SCHOOL DISTRICT, et al.,) | |
| Defendants. ) | |
| _____) | |

## CERTIFICATE REGARDING EXHIBITS ATTACHED TO DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' COUNTER DESIGNATIONS OF DEPOSITION TESTIMONY

I, Patrick T. Gillen, hereby certify as follows:

1. I am an attorney admitted in this case to represent the Defendants with my co-counsel. I am familiar with the facts set forth herein.

2. Attached to Defendants' Response as Exhibits 1-11 are charts for each deposition containing counter designations objected to by Plaintiffs, setting forth the reason why each counter designation must be admitted in order to give context to Plaintiffs' designations. In addition, a copy of the relevant pages of deposition transcript, marked only with the relevant designations, is included in each Exhibit.

/s/ *Patrick T. Gillen*
_____
Patrick T. Gillen