EXHIBIT 1

| Deposition | Plaintiffs' Designation | Defendants' Corresponding Counter Designation | Reason that Defendants' Counter Designation Must be Considered According to Fed.R.Civ.P 32(a)(4) |
|---|---|---|---|
| Michael Baksa, March 9, 2005 | 39:7-41:8 | 39:7-41:8 | Testimony designated by both parties all relates to a specific memo from Dr. Peterman (Plaintiffs previously objected to this section of Defendants' counter designation, but in Plaintiffs' new designations sent 10/10/05, they have also included this section) |
| | 137:23-138:4 | 138:5-9, 19-25 | Counter designation is the response to the question asked in Plaintiffs' designation |
| | 144:13-18, 146:5-17, 147:6-15 | 149:7-150:16 | Testimony designated by Defendants is part of an uninterrupted line of questioning regarding scientific theory designated by Plaintiffs |

# In The Matter Of:

*Tammy Kitzmiller, et al.    v.*
*Dover Area School District, et al.*

---

*Michael Baksa*
*March 9, 2005*

---

*Filius & McLucas Reporting Service, Inc.*
*1427 East Market Street, York, PA*
*4309 Linglestown Road, Harrisburg, PA*

*(717) 845-6418   or   (717) 236-0623*

*Original File MB030905.PRN, 199 Pages*
*Min-U-Script® File ID: 1831012083*

# Word Index included with this Min-U-Script®

Tammy Kitzmiller, et al. v.
Dover Area School District, et al.

Case 4:04-cv-02688-JEJ   Document 253-3   Filed 10/11/05   Page 4 of 11

Michael Baksa
March 9, 2005

Page 38

[1] Q: After June or it could have been in June?

[2] A: It could have been in June, yeah.

[3] Q: Do you remember the circumstances in which you

[4] heard about intelligent design? Was it, for

[5] example, a public school board meeting, a

[6] discussion with a school board member or

[7] otherwise?

[8] A: I don't.

[9] Q: Do you remember anything about the substance of

[10] what you heard the first time you heard about

[11] it?

[12] A: No.

[13] Q: The first time you heard about it, was it in

[14] the context of the Dover Area High School

[15] biology curriculum?

[16] A: I don't remember that.

[17] Q: When was the first time you heard of the book

[18] Of Pandas and People?

[19] A: When Bill gave it to me, Mr. Buckingham.

[20] MR. ROTHSCHILD: Let me mark this document

[21] as P-9.

[22] (P Deposition Exhibit Number 9 marked for

[23] identification.)

[24] BY MR. ROTHSCHILD:

[25] Q: Do you recognize the document we've marked as

Page 39

[1] P-9?

[2] A: Yes.

[3] Q: Is this a memorandum that you received on or

[4] around April 1st, 2003 from the principal,

[5] Trudy Peterman?

[6] A: Yes.

[7] Q: Could you review this document and let me know

[8] whether there's anything in it that you —

[9] well, review the document and let me know

[10] whether there's anything in it you think is

[11] incorrect.

[12] A: Okay. There are a number — just the first two

[13] pages or do you want me to do the rest?

[14] Q: I think we can probably just look at the first

[15] two pages for purposes of my question.

[16] A: There are a number of errors and inaccuracies.

[17] Q: Could you describe them?

[18] A: First, Trudy — Dr. Peterman was not at the

[19] meeting — was not at the — or was not present

[20] when I had a conversation with Mrs. Spahr that

[21] generated this memo.

[22] I never told Mrs. Spahr that the board

[23] wanted creationism taught. Dr. Peterman in

[24] many instances overreacts to instances and

[25] jumps the gun and I think this is a good

Page 40

[1] example of that.

[2] My conversation with Bert Spahr was simply

[3] a heads up that there was still, you know, some

[4] talk about some board members of presenting

[5] some alternative theory. I did not say that

[6] there was creationism, nor did any board member

[7] ever say to me that they wanted creationism

[8] taught in the classroom.

[9] Additionally, she talks about creationism

[10] should still be — Dr. Peterman says I advise

[11] and continue to mention that creationism is

[12] another alternate theory of evolution. That's

[13] Dr. Peterman acting on her own.

[14] The only information I have is that I did

[15] know that some of our teachers before teaching

[16] the evolution unit would mention other

[17] theories. They might mention creationism, but

[18] there was no — at this point there was no

[19] directive from the board or administration for

[20] them to do so.

[21] So the way I reacted to this is I ignored

[22] this because the board was not putting forth

[23] any definite plans or content or curriculum to

[24] be implemented.

[25] Mr. Bonsell at a board retreat, where

Page 41

[1] there's administrators all around, had, just in

[2] talking about something, mentioned this 50/50.

[3] He did not talk to me personally about that,

[4] nor direct that to happen. And I simply took

[5] that back to Bert Spahr just to give her a

[6] heads up that there are board members that are

[7] still looking at alternatives that are being

[8] presented.

[9] Q: You've got a lot packaged in here. First of

[10] all, you said ignored this. Can I take from

[11] that that you did not respond to Ms. Peterman?

[12] A: Correct.

[13] Q: Verbally or in writing?

[14] A: Correct.

[15] Q: Did you have any follow-up conversation with

[16] Ms. Spahr in reaction to this memo?

[17] A: That I don't remember, but I would be talking

[18] to Mrs. Spahr continually anyway as long as

[19] there was some interest in presenting

[20] alternative theories and since we were working

[21] on the science curriculum.

[22] Q: This is a memo from April 1st, 2003 and you

[23] said — the way you started your answer was

[24] that there was still some talk about presenting

[25] an alternative theory. What do you mean still

Michael Baksa
March 9, 2005

Tammy Kitzmiller, et al.   v.
Dover Area School District, et al.

Case 4:04-cv-02688-JEJ   Document 253-3   Filed 10/11/05   Page 5 of 11

Page 42

[1] some talk? Had there been talk prior to April
[2] 1st, 2003 about teaching something different in
[3] the biology curriculum?
[4]     A: During the first year of the science curriculum
[5] cycle Mr. Bonsell was the chair of the board
[6] curriculum committee and Mr. Bonsell had
[7] expressed concerns about the presentation of
[8] Darwin's theory in the book and the lack of
[9] alternative theories.
[10]     Q: And do you remember, you know, using this April
[11] 1st, 2003 as a marker, when he was raising this
[12] issue?
[13]     A: I remember it being in the fall, early in the
[14] 2002 school year.
[15]     Q: Now, you said that at a board retreat he raised
[16] the concept of 50/50. Is this a retreat that
[17] you were at?
[18]     A: Yes.
[19]     Q: And when he used the word 50/50, what was he
[20] referring to?
[21]     A: I believe Mr. Bonsell was referring that if we
[22] spent a day teaching Darwin's theory we should
[23] spend a day teaching another theory.
[24]     Q: When he said that, what was he talking about?
[25]     MR. GILLEN: Objection to the extent it

Page 43

[1] calls for speculation.
[2]
[3]             BY MR. ROTHSCHILD:
[3]     Q: What was your understanding of what he was
[4] talking about?
[5]     MR. GILLEN: Objection, foundation.
[6]
[6]             BY MR. ROTHSCHILD:
[7]     Q: You can answer.
[8]     A: I don't know.
[9]     Q: So he says 50/50 one theory and something else
[10] and you have no idea what he's talking about?
[11]     A: That's correct.
[12]     Q: And he's not using the words intelligent design
[13] here?
[14]     A: No.
[15]     Q: But in your memory, he also did not use the
[16] word creation?
[17]     A: That's correct.
[18]     Q: You're sitting here listening to this and you
[19] have responsibility for a curriculum. Did you
[20] ask Mr. Bonsell what other possible theories
[21] are you talking about?
[22]     A: I did have a conversation with him after that.
[23] Initially I think his concern was just that our
[24] teachers don't present Darwin's theory as the
[25] sole theory, make students aware that there are

Page 44

[1] other theories out there.
[2]     When I heard this 50/50, that was
[3] something new, I hadn't heard that before. I
[4] do remember having a conversation with him
[5] afterwards trying to clarify that a little bit.
[6] However, in that conversation Mr. Bonsell
[7] indicated to me just some of his concerns with
[8] the presentation of Darwin in the book and some
[9] of the premises that students might be led to.
[10] No alternative theory was presented to me by
[11] Mr. Bonsell.
[12]     I had raised the question that if we're
[13] presenting an alternative theory and if that
[14] theory is about the origins of life it becomes
[15] problematic because whose theory would we
[16] present and whose story of the origins of life
[17] would we present. And I never got anything
[18] directly back from him that this is what we
[19] should be presenting.
[20]     Q: And when he was using the word other theories,
[21] did he say other scientific theories?
[22]     A: I don't remember.
[23]     Q: Did you understand him to be referring to other
[24] scientific theories?
[25]     A: Well, he was speaking about other theories of

Page 45

[1] evolution, Darwin's scientific evolution. So
[2]
[3]     Q: But what else is there and did you ask him that
[4] question?
[5]     A: No.
[6]     Q: You said that he expressed his concerns about
[7] some of the premises that students could draw
[8] from what they were being taught about Darwin's
[9] theory of evolution. What do you mean by that?
[10]     A: Mr. Bonsell expressed concerns that Darwin's
[11] theory was presented in the book as a fact and
[12] as the only theory.
[13]     Q: And why did he have a problem with that?
[14]     MR. GILLEN: Objection, speculation.
[15]             BY MR. ROTHSCHILD:
[16]     Q: Did he say why he had a problem with that?
[17]     A: No.
[18]     Q: You did communicate — I take it this memo is
[19] correct in referring to the fact that you
[20] communicated to Ms. Spahr issues being raised
[21] by a board member. Is that fair?
[22]     A: Yes.
[23]     Q: And was that board member Mr. Bonsell?
[24]     A: Yes.
[25]     Q: And what did you tell Mrs. Spahr?

Min-U-Script®   Filius & McLucas Reporting Service, Inc.

Tammy Kitzmiller, et al. v.
Dover Area School District, et al.

Michael Baksa
March 9, 2005

Case 4:04-cv-02688-JEJ   Document 253-3   Filed 10/11/05   Page 6 of 11

Page 46

[1] A: I really don't recall. I don't think it was a
[2] long conversation. I really don't remember it
[3] clearly.
[4] I believe I simply gave her a heads up
[5] that now I had heard that there might — that
[6] Mr. Bonsell might be asking for a 50/50 split.
[7] Really my intent was just to keep her informed,
[8] to keep her in the loop and let her know that
[9] at some point, whenever the board would give us
[10] clear direction about what they might want
[11] done, we may need to look at that and may need
[12] to do something.
[13] Q: How did Mrs. Spahr respond to that?
[14] A: Mrs. Spahr was throughout this, from the very
[15] first instance where she would have heard of
[16] board concerns with the presentation of
[17] Darwin's theory is the only theory, I think
[18] from the very beginning Mrs. Spahr was very
[19] concerned that creationism would be required to
[20] be taught in classrooms.
[21] Q: And did she express that to you in this
[22] discussion in which you reported Mr. Bonsell's
[23] comments?
[24] A: I don't remember in particular, but Mrs. Spahr
[25] expressed that concern to me on a number of

Page 47

[1] occasions.
[2] Q: When you heard Mr. Bonsell say that he wanted
[3] some 50/50 split did you have a concern that
[4] what he wanted taught alongside Darwin's theory
[5] was creationism or some religious account of
[6] the origins of life?
[7] A: I don't know. I mean, I didn't know what his
[8] intentions were.
[9] Q: And just to make sure I understand your answer.
[10] After you received this memo, you didn't
[11] respond to Ms. Peterman, correct?
[12] A: Yes.
[13] Q: Do you have any recollection of speaking to Ms.
[14] Spahr, who also received this memo, about what
[15] Mrs. Peterman had written about her
[16] understanding of what you and Ms. Spahr talked
[17] about?
[18] A: I don't remember doing that.
[19] MR. ROTHSCHILD: Let's take a break.
[20] (Recess taken)
[21] BY MR. ROTHSCHILD:
[22] Q: Mr. Baksa, I asked you the question earlier in
[23] the deposition about whether any board member
[24] had expressed his desire that creationism be
[25] taught at Dover schools and you said no.

Page 48

[1] Did any board member or the board
[2] collectively ever ask you or express an
[3] interest in purchasing a biology book that
[4] included creationism?
[5] A: No board member ever said that to me directly.
[6] Q: You used the word directly. Why did you say
[7] that?
[8] A: I believe at the June, 2004 school board
[9] meeting in talking about our status of the
[10] selection of the biology book, for the first
[11] time I believe in — I don't remember the exact
[12] wording, but I remember Mr. Buckingham
[13] mentioned creationism and that was the first
[14] time I heard that. But afterwards I was never
[15] directed from the board curriculum committee or
[16] from Mr. Buckingham specifically to look for a
[17] text with creationism in it.
[18] Q: Without, you know, expecting you to precisely
[19] quote Mr. Buckingham, what do you remember him
[20] saying about creationism?
[21] A: I just remember that he said creationism.
[22] Q: Did he say anything about wanting a biology
[23] text that included creationism?
[24] A: I don't remember that.
[25] Q: You recognize Ms. Callahan, who's in the room?

Page 49

[1] A: Yes.
[2] Q: And you understand she's one of the plaintiffs
[3] in this lawsuit?
[4] A: Yes.
[5] Q: Do you remember ever saying to her that the
[6] board members — the board wanted a biology
[7] text that included creationism?
[8] A: No.
[9] Q: I'm going to mark another exhibit as P-10.
[10] (P Deposition Exhibit Number 10 marked for
[11] identification.)
[12] BY MR. ROTHSCHILD:
[13] Q: You see that on P-10 —
[14] A: Which one?
[15] Q: There's two pages of P-10 and on each page
[16] there are some handwritten notes that appear to
[17] say "Given to me by Baksa spring 2004". Do you
[18] recognize —
[19] MR. GILLEN: Objection, hearsay. Go
[20] ahead.
[21] BY MR. ROTHSCHILD:
[22] Q: Do you recognize the handwriting on these two
[23] pages?
[24] A: No.
[25] Q: Do you recognize the documents?

Tammy Kitzmiller, et al. v.
Dover Area School District, et al.   Case 4:04-cv-02688-JEJ   Document 253-3   Filed 10/11/05   Page 7 of 11

Michael Baksa
March 9, 2005

[1] tentative language for the curriculum that
[2] everyone agreed on. I did have my secretary
[3] enter that language into the draft curriculum
[4] guide and then it was put on hold, because what
[5] happened, in the meantime the agreement here
[6] was that Mr. Buckingham would be okay with the
[7] books if those two policies were looked at by
[8] Mrs. Brown and this curriculum language came
[9] in.
[10]     Shortly after this meeting Mr. Buckingham
[11] withdrew his approval of the books. So in my
[12] mind everything was off the table, we were back
[13] to square one on, okay, how do we proceed to
[14] answer additional concerns. So I did nothing
[15] with this.
[16]     Q: And then what happened after that as regards
[17] the purchase of the biology book and the
[18] biology curriculum? So walk me through
[19] chronologically.
[20]     A: After that — well, there's another meeting in
[21] July.
[22]     Q: I have notes here at Page 58. Are those notes
[23] from that meeting?
[24]     A: No, that's an August, 2004 meeting, 58.
[25]     Q: Do you know if there are notes from a July

[1] meeting?
[2]     A: Yeah. Oh, no, there isn't a meeting in July,
[3] is there? The first meeting in June presented
[4] the textbooks. I don't think there was a
[5] meeting in July.
[6]     Q: Okay. Of the curriculum committee?
[7]     A: Right.
[8]     Q: And just —
[9]     A: But if there was a meeting there would be
[10] notes.
[11]     Q: Okay. And just to try and put, you know, some
[12] time frames on this. August 2nd is the meeting
[13] — the full school board meeting at which the
[14] Miller Levine book is voted in, there's some
[15] back and forth votes, because I think there's
[16] only eight people there, not nine and it's four
[17] to four and then eventually the votes change
[18] and the Miller Levine book is voted in. Do you
[19] remember that?
[20]     A: Yes.
[21]     Q: So from this June 24th meeting till August 2nd
[22] are there any meetings of the board curriculum
[23] committee?
[24]     A: No, I don't think so.
[25]     Q: In this time period is there any action on the

[1] issue of changing the biology curriculum?
[2]     A: No. Then the next thing, without a July
[3] meeting, the next thing that would have
[4] happened is there was a meeting at the end of
[5] August with the teachers when they came back to
[6] discuss the use of the Panda book.
[7]     And at that meeting Dr. Nilsen — I was
[8] away from the end of July till like the middle
[9] of August. So this meeting — the meeting for
[10] the end of August was set up by Dr. Nilsen.
[11]     And at that meeting Dr. Nilsen presented
[12] the draft of the curriculum language from the
[13] meeting on 6/24. And at that meeting Mrs.
[14] Spahr expressed surprise that intelligent
[15] design was in there.
[16]     Q: And you were at this meeting, the August
[17] meeting?
[18]     A: Yes, yes.
[19]     Q: Are the notes that we have here on Page 58, are
[20] those notes from that meeting?
[21]     A: Yes. So what was decided then, Mrs. Spahr was
[22] saying, no, we didn't agree to this, this isn't
[23] language that we would recommend. So out of
[24] this meeting the board curriculum committee
[25] then directed me to work with the teachers to

[1] draft new language.
[2]     Q: Were you surprised that Ms. Spahr took the
[3] position she did about the intelligent design
[4] language?
[5]     A: Yes.
[6]     Q: You had understood from the June meeting that
[7] she had signed on to that language?
[8]     A: Yes.
[9]     Q: Did she explain why she was opposed to that
[10] language?
[11]     A: I remember her just making a point that we were
[12] never — teachers were never consulted about
[13] this and I was surprised at that because that
[14] was the topic of the June meeting.
[15]     Q: Did she discuss the topic of intelligent design
[16] substantively in terms of, you know, what she
[17] thought about it?
[18]     A: I don't believe so.
[19]     Q: Did anybody at that meeting in August make the
[20] case for why intelligent design should be part
[21] of the curriculum?
[22]     A: No.
[23]     Q: And am I correct in understanding that from a
[24] substantive level in terms of sort of
[25] explaining why intelligent design belongs in

Michael Baksa
March 9, 2005

Tammy Kitzmiller, et al.   v.
Dover Area School District, et al.

Case 4:04-cv-02688-JEJ   Document 253-3   Filed 10/11/05   Page 8 of 11

Page 138

[1] the curriculum, nobody has ever done that in
[2] any meetings of the board or the board
[3] curriculum committee?
[4]   A: Nobody has —
[5]   Q: Said here's why we should present intelligent
[6] design to the students.
[7]   A: Intelligent design was suggested just to be as
[8] an example of one of the other theories,
[9] alternative theories other than Darwin's.
[10]   Q: Mr. Baksa, I could suggest that another theory
[11] of the development of species is they were all
[12] made out of playdough, right, I mean I could
[13] say that, right, and you would agree with me
[14] that that's a scientifically unsound
[15] proposition? Is that fair?
[16]   A: Are we talking about playdough now?
[17]   Q: I'm not talking about the philosopher. I'm
[18] talking about the stuff that's like clay.
[19]   A: In the discussions about language that we would
[20] use, intelligent design was brought up as when
[21] we're making students generally aware of other
[22] theories, intelligent design was brought up as
[23] an example. And I don't remember presenting it
[24] in that way that being challenged. I think
[25] that was generally accepted.

Page 139

[1]   Q: Okay. But I assume that when you're trying to
[2] develop science curriculum you're actually —
[3] and you're making students aware of other
[4] theories you're trying to make them aware of
[5] scientific theories, correct?
[6]   A: Yes. And it was my understanding at the June
[7] meeting that the teachers were okay with
[8] language that included intelligent design. So
[9] I would have — again, my goal was to try to
[10] come to some agreement between the concerns of
[11] the board and the language teachers could live
[12] with. So I thought we — that was acceptable
[13] to them.
[14]   Q: Okay. But at that June meeting nobody
[15] explained what intelligent design was or what
[16] its status was in the scientific community at
[17] large or anything like that?
[18]   A: I don't remember any of them doing that.
[19]   Q: And that never happened after that either,
[20] correct, as far as you know?
[21]   A: Yes.
[22]   Q: I'm correct?
[23]   A: You're correct.
[24]   Q: And originally it was your understanding that
[25] the science teachers were okay with this

Page 140

[1] language, but in August it turned out that
[2] regardless of what they had said before,
[3] they're not okay with it?
[4]   A: Correct.
[5]   Q: And other than Ms. Spahr indicating that the
[6] teachers hadn't been consulted and didn't agree
[7] with this, did she explain what's wrong with
[8] intelligent design?
[9]   A: Mrs. Spahr from the very beginning, from
[10] documents 897, which include reference to
[11] intelligent design, in my conversations with
[12] Mrs. Spahr she made no distinction between
[13] intelligent design and creationism. For her
[14] they were synonymous.
[15]   Q: And did she explain why she held that view?
[16]   A: From her research that she had done she felt
[17] that legally we would not be able to teach
[18] intelligent design because it's just
[19] creationism.
[20]   Q: And did she express that view at either this
[21] June board meeting or — the June curriculum
[22] committee meeting or the August curriculum
[23] committee meeting?
[24]   A: I know she did to me. I'm not sure if she did
[25] at either of those other meetings.

Page 141

[1]   Q: In these notes from this August meeting on Page
[2] 58 it says, Call Russell - did they say what
[3] schools are using it.
[4]   Did you make an inquiry to the solicitor
[5] about whether other schools were using this
[6] textbook?
[7]   A: We did ask our solicitor to see if there were
[8] any other schools using the book, to give us an
[9] opinion on its use as a classroom set or to
[10] distribute it to each individual student, if
[11] there were any cases involving the teaching of
[12] intelligent design and also asked for a
[13] specific law firm's history.
[14]   Q: And was that the Thomas More Law Center?
[15]   A: I think so, yes.
[16]   Q: In terms of finding out whether other schools
[17] used it, did you get an answer to that
[18] question?
[19]   A: The only school that I found — that came to my
[20] attention that used it was Tomball.
[21]   Q: Did you also make a call to anybody at Liberty
[22] University relating to intelligent design or
[23] Pandas, a Dr. Gillen maybe?
[24]   A: Yes. Dr. Gillen taught at Tomball.
[25]   Q: In the answers to interrogatories it says that

Tammy Kitzmiller, et al.    v.
Dover Area School District, et al.    Case 4:04-cv-02688-JEJ    Document 253-3    Filed 10/11/05    Page 9 of 11

Michael Baksa
March 9, 2005

Page 142

[1] you consulted with Dr. Gillen, believed to be
[2] currently at Liberty University, regarding use
[3] of Pandas and People in connection with
[4] instruction in high school biology.
[5]    A: Right.
[6]    Q: What was the reason you called Mr. Gillen?
[7]    A: To find out how he used the Pandas and People
[8] book in the classroom.
[9]    Q: And was the reason you called him because he
[10] had previously been involved at Tomball?
[11]    A: Yes.
[12]    Q: So it's not because he's at Liberty?
[13]    A: Right.
[14]    Q: It's just because he's involved with Tomball?
[15]    A: That's correct.
[16]    Q: Then about three-quarters of the way down the
[17] page there's a line that starts with Alan.
[18] Could you tell me what — I assume that's a
[19] reference to something Alan Bonsell said?
[20]    A: Yeah, those are my notes. Here I think Alan is
[21] asking that something be put into the
[22] curriculum, that teachers teach holes in
[23] Darwin's theory and that it's not only not
[24] flawless, but also that the teachers show the
[25] flaws.

Page 143

[1]    Q: And then what does it say after that?
[2]    A: The next line?
[3]    Q: Yes.
[4]    A: That's Sheila buying Rich lunch anyway, which
[5] has nothing to do with anything.
[6]    Q: Who's Rich?
[7]    A: Dr. Nilsen.
[8]    Q: And what was the upshot of this meeting in
[9] terms of developing curriculum?
[10]    A: After this meeting I was to work with the
[11] teachers and develop a draft and then send that
[12] to the board for their review.
[13]    Q: And was the understanding that you would
[14] develop a draft along the lines of what Alan
[15] Bonsell had suggested?
[16]    A: Yes.
[17]    Q: Was there any understanding of whether
[18] intelligent design was going to be mentioned in
[19] that curriculum — in the curriculum?
[20]    A: Well, my first step was to produce a draft with
[21] the teachers. So I would take their draft and
[22] show it to the board and then the board would
[23] work on a draft of their own that included the
[24] language. So what was going to be put in there
[25] at this point wasn't determined.

Page 144

[1]    Q: And there was no instruction or recommendation
[2] to the board about whether intelligent design
[3] would or would not be included?
[4]    A: Not at this meeting.
[5]    Q: Evolution is only one of the scientific
[6] concepts that's taught to Dover High School
[7] students, correct?
[8]    A: Yes.
[9]    Q: And there's many other concepts in biology and
[10] there's many other concepts in other science
[11] classes, right?
[12]    A: Yes.
[13]    Q: And evolution is generally considered a
[14] scientific theory, correct?
[15]    A: Yes.
[16]    Q: And there are other scientific theories that
[17] are also taught to students, correct?
[18]    A: Yes.
[19]    Q: So far as you know, does evolution — is
[20] evolution any more — have any less status in
[21] the scientific community or is it known to have
[22] more problems than other scientific theories
[23] which are taught to students in Dover?
[24]    A: I think evolution in public schools is
[25] generally known to be controversial and

Page 145

[1] sensitive.
[2]    Q: And why is that? Is it because of scientific
[3] deficiencies or because — well, what's your
[4] understanding of why it's sensitive and
[5] controversial?
[6]    A: I don't know.
[7]    Q: Do you know whether its sensitivity and
[8] controversy arises out of the fact that it is
[9] perceived to be inconsistent with some people's
[10] religious beliefs?
[11]    A: Could you ask that again? I mean, I'm aware of
[12] generally evolution being a theory in public
[13] schools that typically is questioned by parents
[14] and students, feeling that the theory is not a
[15] fact and may not be the way things occur.
[16]    What I'm not aware of, what specifically
[17] might motivate any individual to make that.
[18] I'm just generally aware that people are
[19] sensitive to the theory of evolution and what
[20] it proposes.
[21]    Q: Do you have an understanding of what the word
[22] theory means in science?
[23]    A: Roughly.
[24]    Q: And what's that understanding?
[25]    A: And that would be from my work in drafting the

Michael Baksa
March 9, 2005

Tammy Kitzmiller, et al. v.
Dover Area School District, et al.

Case 4:04-cv-02688-JEJ    Document 253-3    Filed 10/11/05    Page 10 of 11

Page 146

[1] statement that was read to students in the
[2] biology classes, that a theory in science is a
[3] general conclusion or assumption drawn after
[4] observation.
[5]     Q: And, you know, the students are being taught
[6] it's a theory, not a fact. And that language
[7] is not being used for any other theory that's
[8] being taught to Dover students, correct? The
[9] curriculum hasn't changed so that students are
[10] told that germ theory is a theory, not a fact,
[11] or the theory of gravity is a theory, not a
[12] fact, or atomic theory is a theory not a fact.
[13] Right?
[14]     A: That's correct.
[15]     Q: Only evolution is being singled out. Is that
[16] fair?
[17]     A: That's correct.
[18]     Q: Has anybody in the board ever communicated why
[19] of all the scientific concepts being taught to
[20] Dover students evolution is being singled out
[21] for the qualification that it's a theory, not a
[22] fact?
[23]     A: Not to me.
[24]     Q: And in your understanding of the scientific
[25] terms of theory and fact, could a scientific

Page 147

[1] theory ever graduate to a fact?
[2]     A: I have no idea in the scientific world what
[3] qualifies something to move from one stage to
[4] another or even what the definition of either
[5] of them might be in the scientific world.
[6]     Q: Did any school board member ever explain why
[7] they wanted language that it was a theory, not
[8] a fact?
[9]     A: Nothing other than they felt that that was an
[10] erroneous presentation in the textbook, to
[11] present it as such.
[12]     Q: What was erroneous?
[13]     A: That it was being presented as a fact when, in
[14] fact, it's a theory that still hasn't been
[15] ultimately proven to be a fact.
[16]     Q: In all the page sites that school board members
[17] called to your attention did they ever show you
[18] text in the textbook that was adopted in which
[19] evolution was called a fact, not a theory?
[20]     MR. GILLEN: Objection to the
[21] characterization of his testimony to the extent
[22] it implies more than one board member did that.
[23] Answer, Mike.
[24]     A: Could you —
[25]     BY MR. ROTHSCHILD:

Page 148

[1]     Q: Did any school board member ever pick up this
[2] textbook and say, look, in here it says that
[3] evolution is a fact, not a theory or it's a
[4] fact and a theory? Is there any text that they
[5] pointed you to that made that assertion?
[6]     A: I don't remember specific pages, but I do think
[7] I remember both Mr. Bonsell — I know for sure
[8] Mr. Bonsell felt that there was language in
[9] there — I remember him saying that there was
[10] talk about evolution without saying it's a
[11] theory, that they were omitting the word
[12] theory. So he felt that strengthened the case
[13] to present it as a fact. And Mr. Bonsell would
[14] have been looking at the edition before the
[15] 2002.
[16]     Q: But that wouldn't really matter for the
[17] curriculum item you developed because the
[18] edition you were using was the 2004 edition,
[19] correct?
[20]     A: In August, yes.
[21]     Q: And Mr. Baksa, I'm looking at the teacher's
[22] version of the biology textbook, but I am
[23] fairly confident that in this respect it's
[24] similar to the student's version, that, in
[25] fact, the heading, as you start your study of

Page 149

[1] evolution, is Darwin's Theory of Evolution.
[2]     A: Um-hum.
[3]     Q: So in that respect it's not misleading the
[4] students at all, it's in marquee and klieg
[5] lights presented as a theory, correct?
[6]     A: I have no idea.
[7]     Q: Do you understand intelligent design to be a
[8] scientific theory?
[9]     A: I understand professors like Michael Behe at
[10] Lehigh University are either proponents or
[11] researchers for intelligent design. My
[12] knowledge of intelligent design and the
[13] scientific community is fairly limited. I
[14] haven't been exploring it for a long period of
[15] time. So I don't know that I could fully
[16] answer that other than knowing a few
[17] individuals who are involved in intelligent
[18] design.
[19]     Q: Do you understand that there's a distinction
[20] between something that scientists say and
[21] something being a scientific theory? Not
[22] everything scientists say is a scientific
[23] theory. You would agree with that, right?
[24]     A: Okay.
[25]     Q: Do you agree with that or do you just not know

Tammy Kitzmiller, et al.   v.
Dover Area School District    Case 4:04-cv-02688-JEJ   Document 253-3   Filed 10/11/05   Page 11 of 11

Michael Baksa
March 9, 2005

Page 150

[1] one way or the other?
[2]    A: I mean, I'm not in a position to judge what the
[3] scientific community, how they — the standards
[4] they set and the judgments they make about
[5] their colleagues and their research and the
[6] status it has. I just have no knowledge of
[7] that.
[8]    Q: And how would you — what would it take for you
[9] to feel qualified to answer the question
[10] whether intelligent design is a scientific
[11] theory? What expertise would you feel you
[12] would have to have or what resource would you
[13] feel you would need to look to to make a
[14] determination for yourself whether intelligent
[15] design is a scientific theory?
[16]    A: I don't know.
[17]    MR. GILLEN: Objection. It calls for
[18] speculation. If you can answer, do.
[19]    A: Yeah, I don't know.
[20]              BY MR. ROTHSCHILD:
[21]    Q: Do you feel that you could make a judgment
[22] about whether intelligent design is, in fact, a
[23] scientific theory by listening to the opinions
[24] of the members of the Dover Area School Board?
[25]    A: I wasn't making — I wasn't asked to make a

Page 151

[1] judgment. What I was asked to do was to work
[2] with the board curriculum committee and the
[3] whole board and the teachers to develop
[4] language that was agreeable in the curriculum,
[5] to find a textbook that was agreeable to both
[6] and to develop a statement that would be read
[7] to the students that would be agreeable to them
[8] and that was my role.
[9]    MR. ROTHSCHILD: Can we mark this as an
[10] exhibit, please?
[11]    (P Deposition Exhibit Number 19 marked for
[12] identification.)
[13]              BY MR. ROTHSCHILD:
[14]    Q: Do you recognize the document we've marked as
[15] P-19?
[16]    A: Yes.
[17]    Q: And what is it?
[18]    A: This is a news release that the district sent
[19] to all of our residents.
[20]    Q: And who prepared this document?
[21]    A: Dr. Nilsen.
[22]    Q: Did you have any involvement with it?
[23]    A: No.
[24]    Q: Do you know if anybody else had any involvement
[25] with it?

Page 152

[1]    A: I believe my secretary Amy Aumen formatted it.
[2]    Q: Do you know whether Mr. Nilsen created this on
[3] his own or with the aid of others?
[4]    A: I believe he created this in conjunction with
[5] Thomas More.
[6]    Q: If you turn to the second page there is a
[7] frequently asked question, What is the theory
[8] of Intelligent Design. And it says, The theory
[9] of intelligent design is a scientific theory
[10] that differs from Darwin's view and is endorsed
[11] by a growing number of credible scientists.
[12]    Do you know what the Dover Area School
[13] District based its assertion that intelligent
[14] design is a scientific theory on?
[15]    A: No.
[16]    Q: Going back to the development of curriculum.
[17] Out of this August meeting you had taken on the
[18] task to develop an edition to the curriculum
[19] with the teachers, correct?
[20]    A: Yes.
[21]    Q: And did that, in fact, occur?
[22]    A: Yes.
[23]    Q: And in terms of who actually created the text
[24] for it, who did that, you, the teachers or
[25] both?

Page 153

[1]    A: I wrote a first draft and I gave it to the
[2] teachers.
[3]    (P Deposition Exhibit Numbers 20 and 21
[4] marked for identification.)
[5]              BY MR. ROTHSCHILD:
[6]    Q: Do you recognize the two exhibits we've marked
[7] as 20 and 21?
[8]    A: 20 and 21? I don't have those.
[9]    Q: Exhibits 20 and 21.
[10]    MR. GILLEN: Yes, you do.
[11]    A: Oh, oh.
[12]              BY MR. ROTHSCHILD:
[13]    Q: And are these the product of your work with the
[14] science department on developing a modification
[15] to the biology curriculum?
[16]    A: Yes, but not entirely.
[17]    Q: And what's missing?
[18]    A: There's another teacher draft.
[19]    Q: And chronologically here where does that
[20] teacher draft fall, before September 20th,
[21] before September 21st?
[22]    A: It would be a draft created on October 18th.
[23]    Q: October 18th, okay. So up till — sorry, I'll
[24] back up. Am I correct that the documents we're
[25] looking at as 20 and 21 are identical except