EXHIBIT 6

| Deposition | Plaintiffs' Designation | Defendants' Corresponding Counter Designation | Reason that Defendants' Counter Designation Must be Considered According to Fed.R.Civ.P 32(a)(4) |
|---|---|---|---|
| Steve Fuller, June 21, 2005 | 67:8-18, 67:21-68:22, 68:24-25 | 50:22-51:11 | Both Plaintiffs' and Defendants' designations deal with questions asked of Fuller regarding what he thinks intelligent design is |
| | 58:14-15, 59:6-60:7, 167:8-169:11 | 56:11-57:23 | Both Defendants' and Plaintiffs' designations address different intelligent design theories, such as irreducible complexity and Dembski's explanatory filter |
| | 67:8-68:25, 153:5-6, 8-10, 21-22, 156:2-157:2 | 90:13-92:4 | Both Defendants' and Plaintiffs' designations deal with questions posed to Fuller regarding similarities and differences between creationism and intelligent design |
| | 67:8-68:25 | 146:6-146:20 | Both Defendants' and Plaintiffs' designations point to questions asked of Fuller about whether intelligent design theory is a form of creationism |
| | 140:17-141:10, 154:7-11 | 147:8-19 | Defendants' designation talks about intelligent design in terms of conceptual space (the way that science moves forward) and whether is it religious and/or religiously inspired, and Plaintiffs' related designations refer to the future and openness of science and the religious motivation of intelligent design theorists |

| | | | |
|---|---|---|---|
| | 156:2-157:2 | 157:3-14 | Defendants' designation is the immediate continuation of Plaintiffs', both in location and subject matter (Fuller's perspective on scientific concerns about arguments made by Dr. Meyers) |
| | 167:8-169:10, 170:1-9 | 170:10-171:2 | Defendants' designation is the immediate continuation of Plaintiffs', both in location and subject matter (logical scientific conclusions and elimination of hypotheses) |
| | 167:8-169:11, 170:1-9 | 171:24-173:15 | Defendants' designation follows Plaintiffs' and deals with the same question that Plaintiffs' designation begins with—in both instances Fuller is being asked about the "best explanation" for intelligent design |
| | 58:14-15, 59:6-60:7, 167:8-169:11 | 186:16-188:9 | Defendants' designation addresses the subject of the explanatory framework of intelligent design, including the explanatory filter and irreducible complexity, a subject raised by Plaintiffs in their designations |
| | 140:14-141:10, 141:12-142:10 | 216:15-217:7 | In Plaintiffs' designation, Fuller is asked the question of why intelligent design should be taught to ninth graders, and Defendants' designation addresses that precise question. |

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY KITZMILLER; BRYAN AND
CHRISTY REHM; DEBORAH FENIMORE
AND JOEL LIEB; STEVEN STOUGH;
BETH EVELAND; CYNTHIA SNEATH;
JULIE SMITH; AND ARALENE ("BARRIE")
D. AND FREDERICK B. CALLAHAN,

                Plaintiffs,
                                          Civil Action No.:
v.
                                          04-CV-2688 (M.D. Pa.)
DOVER AREA SCHOOL DISTRICT;
DOVER AREA SCHOOL DISTRICT BOARD
OF DIRECTORS,

                Defendants.
_____/

DEPONENT:      STEVE WILLIAM FULLER, PH.D.
DATE:          Tuesday, June 21, 2005
TIME:          9:35 a.m.
LOCATION:      24 Frank Lloyd Wright Drive
               Ann Arbor, Michigan

APPEARANCES:
For the Plaintiffs:
      MR. ERIC ROTHSCHILD
      Pepper Hamilton, LLP
      3000 Two Logan Square, 18th and Arch Streets
      Philadelphia, Pennsylvania  19130-2799
      (215) 981-4000
For the Defendants:
      MR. PATRICK T. GILLEN  (P47456)
      Thomas More Law Center
      3475 Plymouth Road, Suite 100
      Ann Arbor, Michigan   48105
      (734) 827-2001
```

1  Q  Have you taught any classes in education?
2  A  Yes.
3  Q  What have you taught?
4  A  Well, I've taught a cross-listed class at UCLA between
5     library and information science and education.
6  Q  And what was the subject matter of that class?
7  A  It was on my own -- my own work on social epistemology which
8     has some credibility in these areas.
9  Q  Do you consider yourself an expert in Intelligent Design?
10 A  An expert in Intelligent Design. No.
11 Q  Okay.
12 A  I'm an expert on the nature of science.
13 Q  Gotcha. Okay. Do you consider -- do you consider
14    yourself -- you said that Intelligent Design is science. I
15    think -- I think we can agree, you're basically saying it's
16    science but not as far along as some of the other natural
17    sciences?
18 A  Yes.
19 Q  Okay. Do you consider yourself an expert on the scientific
20    content of Intelligent Design?
21 A  I'm not sure what you mean by that.
22 Q  Well, let me ask you, let me ask you, what is Intelligent
23    Design?
24 A  What is Intelligent Design? Well, it's an attempt to explain
25    actually a vast array of phenomena, not just restricted to

51

1     the origins of life, in terms of some kind of design that was
2     put there deliberately. Now, the scope of the theory -- the
3     scope of this science is potentially quite large. In that
4     respect, it's very much like information science, that in a
5     way, doesn't have to be restricted to a single domain. So
6     it's just not about life. It could be about anything that
7     displays this design pattern because machines, obviously,
8     have Intelligent Design, right, and they're not forms of
9     life. So it is -- in a way, it's kind of almost like a
10    second order science, like information theory attempts to be.
11    I guess that would be how I would pitch it.
12 Q  You used -- you know, obviously, the word design is in the
13    term Intelligent Design.
14 A  Yeah, yeah.
15 Q  What do you mean by design?
16 A  Well, it's very unlikely that the order that is produced
17    would have come about through -- through chance, right, that
18    there isn't some sense, some plan there that the order was
19    meant to be there. I mean, the model for it in an artifact
20    or a machine. Something, obviously, a human has designed. I
21    mean, that's -- I mean, in that respect, you know, Paley sets
22    a kind of benchmark for what the image of the -- of what the
23    science is about. And that's why -- that's the -- sort of
24    the natural way to understand this. And then with all the
25    stuff that's going on now with Intelligent Design

1     understanding the nature of life, that's sort of an extension
2     of the idea, because I think we have no problem with
3     Intelligent Design with regard to artifacts.
4  Q  And why do you say that?
5  A  Because humans are the intelligents who are designing the
6     things. I mean, we know where it comes from. We actually
7     know the causal process in terms of how these things are
8     produced.
9  Q  And how do you understand we come to that knowledge with
10    artifacts?
11 A  How do we come to that knowledge? Well, largely because we
12    could do it ourselves. Right. We can actually produce
13    these -- we can say -- I can say, look, I'm going to design a
14    car. I'm doing it, it's done. Here's the car. And you can
15    sort of lay out the steps by which it happens. You can talk
16    about the general blueprint, how the blueprint's supplied
17    materially to make the thing run and then it works. And so
18    you have a complete sense of that causal process there. And
19    so that's the kind of paradigm case I would say of
20    Intelligent Design.
21 Q  And am I correct in understanding your testimony from a
22    couple minutes ago that that kind of design inference, so to
23    speak, is the model for the design inference being used for
24    biological life?
25 A  Yeah, I would say so. I would say that's ultimately what's

53

1     being aimed at. Yes.
2  Q  Here's what I don't understand. And maybe you can help clear
3     this up for me. You explained how we understand design of
4     human artifacts from the -- and you said, you know, we can
5     understand it because we can do it, right? How does that
6     provide a model for design of biological life?
7  A  Well, I think the best way to think about this is in fact
8     with what -- imagine computer simulations which, you know,
9     are increasingly in the biological sciences when we're trying
10    to project backward into how life began, where, you know, we
11    have recourse -- we of course have recourse to fossils to a
12    certain extent. We can get some sense of what life was like
13    in the beginning that way. And we can do some DNA testing on
14    that. But increasingly we have to rely on computer
15    simulations. And computer simulations are design functions,
16    right, where you're programming a system to behave in a
17    certain way, and then you see what the outcomes are. And you
18    say, well, okay, let's say that I imagine that the world was
19    designed with these three or four parameters that interact in
20    a certain way according to a computer program I can
21    specialize -- specify. Well, that then produced the world as
22    we know it. Okay. If it does, right, that's a good argument
23    for design, it seems to me. If not, you know, back to the
24    drawing board. But the point is we're already doing stuff in
25    science where we're actually engaged in design like

54

1   activities.
2   Okay. So I don't think it's so far fetched in
3   principle, especially in the period in which we're living,
4   where we're doing more and more of our science on computer
5   programs which requires that the scientist actually design
6   the situation in which the phenomenon is going to manifest
7   itself. I mean, so I -- I don't see -- I don't see quite the
8   problem in principle here.
9   Q  Well, why would the fact that humans can design a model lead
10  us to any conclusions about what a non-human, non-natural
11  actor can do in terms of creating some form of biological
12  life?
13  A  Well, just stated that way, sure. You're absolutely right.
14  But that's not -- that's not the whole story, right? In
15  fact, you know, this is where one -- I mean, the point is
16  that even people who don't consider themselves proponents of
17  Intelligent Design are in fact, you know, playing around with
18  models that, in a sense, put them in the position of
19  potential designers of universes. Okay. So in a sense,
20  science is moving in a design oriented direction already.
21  It's just the people doing it who, let's say, do complexity
22  theory and stuff like that don't like to call it Intelligent
23  Design. But in a sense, they're adopting the standpoint, you
24  know, that would seem to me ultimately Intelligent Design is
25  trying to work itself back to. That's why so many of these

56

1   A  Yeah. I mean Dembski and Behe. That is to say, not the high
2   school textbooks.
3   Q  Okay. So let's just be clear what you mean. And let me ask
4   this in a couple of -- a couple questions about this. First
5   of all, you said you're not -- you don't hold yourself out as
6   an expert in the content, the scientific content of
7   Intelligent Design, is that right?
8   A  We haven't gotten back to what you mean by that yet. Can
9   you -- you just threw the question back at me. So what do
10  you mean by scientific content?
11  Q  Well, okay, fair enough. What do you understand to be the
12  core propositions of Intelligent Design as it applies to
13  living things, biological life?
14  A  What do I understand them to be?
15  Q  Yes.
16  A  Well, it depends which -- these guys don't all hold the same
17  views exactly. Okay. That's the first point, right?
18  Intelligent Design is, in a sense, kind of a covering term
19  for a lot of overlapping theories, you might say. I mean,
20  there is this business of -- I mean, that Behe emphasizes of
21  the irreducible complexity of cellular life. But then
22  there's also the business with Dembski and the idea of design
23  as a kind of explanatory filter that is not as probable as
24  just mindless natural regularity, but not as improbable as
25  chance. So these are kind of general notions that these guys

55

1   arguments are arguments that, in a sense, are meant to be
2   conducted on computers under mathematical terms. It's not
3   it's not -- the old -- it is true that with Paley and a lot
4   of these old guys, there is some kind of analogy which is
5   parasitic on the idea that, you know, human beings are made
6   in the image and likeness of God. So if humans can do it,
7   then God can do it kind of in a bigger way. I understand
8   that, and that's the theological basis for the design
9   argument. But it seems to me now with science, we've got
10  sort of -- we're now in a situation where the way we actually
11  do science is one where we're in the design position, and
12  we're kind of doing the sorts of things that let's say a
13  creator would do if they were simulating a universe. And so
14  I don't see the -- you know, so it's sort of a different
15  basis for making the inference. Now, whether you're going
16  to -- you know, I mean, I would suppose the tough question is
17  whether there would ever be any kind of empirical way of
18  resolving whether a simulated universe designed by a human
19  being, to say this is how the world happened, could ever be
20  proven empirically. And I don't know if that could happen.
21  But then again, evolution's stuck with that problem, too.
22  Everybody's kind of stuck with that problem.
23  Q  One of the things you say on the first page of your report is
24  my expertise experts to a consideration of ID in its most
25  developed forms.

57

1   are working with as providing constraints on the possibility
2   for life. Okay. And they're coming at it from somewhat
3   different directions. So, I mean, that's what -- at least
4   that's what I understand to be distinctive about the
5   position, right, in the sense it makes it different from what
6   evolutionists are saying.
7   Q  Okay. So if -- the answer to the question, you know, what is
8   ID comprised of from a scientific standpoint is Behe's notion
9   of irreducible complexity?
10  A  Yeah. And Dembski's explanatory filter. And those are the
11  basic explanatory principles, the fundamental ones that are
12  being developed now, it seems to me.
13  Q  Other than those two explanatory principles, are you aware of
14  any other explanatory principles that are part of the
15  Intelligent Design as a scientific concept?
16  A  Well, I would say at this level of generality, those are the
17  main ones. I mean, there's -- Meyer has this sort of an
18  information specification criterion as well. But, you know,
19  if you were to look at any given science, you'd only come up
20  with about two or three fundamental principles for any of
21  them any way. So the fact that there aren't a whole lot of
22  them, and they all seem to overlap or have something in
23  common, that itself is not prejudicial, it seems to me.
24  Q  I'm not characterizing. I just want to make sure I
25  understand what you understand Intelligent Design to be.

**Page 58**

1  A  Yeah. Yeah, yeah.
2  Q  Okay. So basically, the two big principles are irreducible
3     complexity and the explanatory filter?
4  A  Uh-huh.
5  Q  That's a yes?
6  A  Yes, yes.
7  Q  Okay. I don't mean to be scolding you. I just want to make
8     sure the record is clear. Do you consider yourself an expert
9     on the proposition of irreducible complexity?
10 A  An expert on the proposition? Not an expert on the
11    proposition, no. No, I don't do research in that area. No.
12    I mean, you know, what I know is what I read of it. So I'm
13    not -- I'm not adept in the area.
14 Q  Okay. Do you consider yourself an expert in Dembski's work
15    including the explanatory filter?
16 A  Not -- not -- I mean, maybe I'm not getting what you mean by
17    expert. But it seems to me that the answer would be no.
18    Unless you mean expert in a looser sense.
19 Q  Well, I mean, I think you've acknowledged, for example,
20    you're not an expert in paleontology?
21 A  Uh-huh, yes.
22 Q  Same as me?
23 A  Yes.
24 Q  And I'm trying to understand, you know, paleontology, you
25    would agree, is a discipline that at least in part is

**Page 59**

1     considered in the area of evolution?
2  A  Yes.
3  Q  Okay. So now I'm looking at Intelligent Design, and you've
4     identified a couple of sort of underlining explanatory
5     principles and I'm trying to understand sort of parallel to
6     what you said about paleontology, do you consider yourself an
7     expert in irreducible complexity?
8  A  Right, okay. I'm not an expert in that area. That's
9     correct.
10 Q  Okay. And the same with Dembski's work?
11 A  That's correct.
12 Q  Okay. Do you have some familiarity or understanding of what
13    the explanatory filter is?
14 A  Yes.
15 Q  And what is that?
16 A  Well, the explanatory filter is meant to provide a kind of
17    probabilistic space. I mean, so the key thing -- first move
18    that Dembski makes is to translate issues having to do with
19    chance and design and regularity in nature into probability
20    theory. So he tries to move it out of the metaphysical space
21    into a mathematical space. And then the explanatory filter
22    is going to be this -- this range of possibilities between
23    regularity, physical regularity on the one hand, and chance
24    on the other one which design can operate. So it has to be
25    kind of within a range of probability of certain kinds of

**Page 60**

1     orders being maintained that aren't so -- that aren't so
2     necessary that it doesn't require any intelligence at all,
3     but also not so random that you can't see evidence of
4     intelligence either. So it's meant to be kind of a middle
5     ground. And it's meant to be specified mathematically. And
6     then it's been sort of discussed in those terms, whether one
7     can do that.
8  Q  And do you have an understanding of whether one can do that?
9  A  Well, it seems to me that he hasn't done it yet. But he's
10    kind of laid out a very interesting project in this respect
11    in that, first of all, he translates the metaphysical notions
12    into mathematically specifiable ones, and he enables then
13    people who are adept in these areas to be able to contest
14    whether certain cases that might be counted as design would
15    fall into the way he's defined it because of the
16    probabilities that they would be maintained or not. And so
17    when he gets into these arguments with philosophers, you
18    know, about probability theory, right, sometimes they say
19    he's being too strict, sometimes they say he's being too
20    loose as to what to count as design. Because remember, we're
21    talking about a theory of design that just doesn't cover the
22    origins of life, but covers everything that we might think of
23    as being design, including artifacts. And so in a sense,
24    it's fair game in terms of the kinds of examples that might
25    be considred relevant for falling under this filter.

**Page 61**

1     And so he gets a lot of counterexamples that seem to
2     sort of, in a way, not quite fit what he's trying to do. And
3     he's had to -- he has to kind of respond to that. So I
4     wouldn't say he's -- he has succeeded, but he has kind of --
5     he hasn't succeeded in the sense of having nailed down the
6     filter. But what he has succeeded in doing, I think, is
7     laying out a research project as to say to identify the
8     parameters of this filter, which in principle, should be able
9     to do. And the way in which people are responding to him
10    critically suggests that it is something that one can work
11    with and do something with.
12 Q  Well, I think I'm understanding you to say he hasn't actually
13    applied this explanatory filter to an aspect of biological
14    life and shown that it was intelligently designed; is that
15    correct?
16       MR. GILLEN: Objection.
17       THE WITNESS: But the theory is not that far advanced
18 BY MR. ROTHSCHILD, CONTINUING:
19 Q  Okay. So he has not done that yet?
20       MR. GILLEN: Objection to the form. You can go ahead.
21       THE WITNESS: Not that -- no, but I don't think he's
22    intending to do that.
23 BY MR. ROTHSCHILD, CONTINUING:
24 Q  Okay. And you're not aware of anybody else taking his
25    explanatory filter and applying it to an aspect of biological

16 (Pages 58 to 61)

Page 66:

2  raised. It doesn't mean that it can't explain anything. It
3  means it can't explain everything. Those are two different
4  states. And a lot depends on how he develops from there.
5  Q  Other than what we've discussed about your reading of
6     portions of Dr. Behe's work and portions of Dr. Dembski's
7     work, what else have you done to educate yourself about the
8     subject of Intelligent Design?
9  A  Well, I have looked into the -- the history -- well, I mean,
10    first of all, a general -- a general understanding of the
11    history of biology, and especially the way in which Darwinism
12    has been related to these larger design issues historically,
13    and also the way in which fundamentalist religion and so
14    forth have played a role. I mean, I've sort of done a lot of
15    backfilling, you might say, to get a sense of where this
16    stuff comes from. And also to look at some of the
17    non-evolutionary forms of biology that seem -- from the
18    pre-Darwinian period that seemed to have some resonance with
19    some of these arguments that we're seeing today. I mean, in
20    a way, what it's caused me to do is to look at a lot of stuff
21    that I've looked at in the past in a somewhat different
22    light, because what I see Intelligent Design as doing is more
23    so than the earlier creation, is pulling together lots of
24    strands from the history of science in a way that's been
25    marginalized by Darwinism, like the design argument, for

Page 67:

1     example. Sort of retaking that seriously. So it causes me
2     to sort of re-examine the history, kind of look at it
3     somewhat differently. It's also caused me to wonder about
4     the extent to which Darwinism has been a scientific
5     revolution as well. I mean, so that it's a sense in which
6     it's been that kind -- that kind of thing more generally.
7  Q  Couple things I want to follow up on that you just said.
8     First of all, you referred to ID or Intelligent Design in
9     comparison to earlier forms of creationism. What did you
10    mean by that?
11 A  Well, I mean the kinds of things that were being discussed in
12    the Arkansas trial back in '82, where one was still talking
13    about, you know, six day creation and sort of biblical
14    literalist basis.
15 Q  You've used this phrase ID in conjunction with earlier forms
16    of creationism, not just in your previous answer, but also in
17    your report. And I infer from that what you mean is
18    Intelligent Design is a modern view of creationism?
19        MR. GILLEN: Objection to the form.
20 BY MR. ROTHSCHILD, CONTINUING:
21 Q  Is that correct?
22 A  Well, again, yes, in a sense. But, I mean, not all
23    creationism has been six day creationism. So keep that in
24    mind, that when I was answering your previous question, I was
25    referring to -- when I said earlier forms of creationism, I

Page 68:

1     was referring to this -- this kind of form that was the
2     previous form that was dominant in the trials that were over
3     evolution and creation in this country in the '80's, right,
4     which was the kind of biblical, literalist six day stuff,
5     whereas now, we've got Intelligent Design as really being on
6     the dock, rather than this -- at least as far as I
7     understand. I don't -- I don't -- maybe you're going to tell
8     me the six day stuff is being discussed. But as far as I
9     understand, we're talking about a different thing now. But
10    of course, there's still earlier forms of -- there are other
11    forms of creationism that are actually scientifically more
12    sophisticated, kind of wedded to the Paley style arguments of
13    the past, but not necessarily committed to a sort of six day
14    biblical, literalist view.
15 Q  Okay. So --
16 A  So creationism is kind of a big thing, right.
17 Q  Right. And Intelligent Design is one --
18 A  Part of that, yeah. But --
19 Q  But don't --
20 A  Some of --
21 Q  I'm sorry, you're -- Intelligent Design is creationism; just
22    not six day creationism?
23        MR. GILLEN: I object to the form.
24        THE WITNESS: It is a kind of creationism. It is a kind
25    of creationism.

Page 69:

1  BY MR. ROTHSCHILD, CONTINUING:
2  Q  Okay, okay. And when you use the word creationism, what do
3     you mean?
4  A  Well, I mean that -- the idea that there is a kind of a
5     unified order to nature that is evidence of Intelligent
6     Design. I mean, what we now call Intelligent Design, which
7     used to be called the creator, because the creator was always
8     the person who had the Intelligent Design. So there is this
9     historical lineage. I don't think that's controversial.
10 Q  Okay. When did you first start -- I mean, is it fair to say
11    that you have studied Intelligent Design?
12 A  Yes.
13 Q  Okay. When did you first start studying Intelligent Design?
14 A  Well, I don't know -- you know, it's funny. I don't know
15    whether it was being called that then. But certainly -- see,
16    I went to the University of Pittsburgh which is where Larry
17    Laudan used to teach. And as you may know, Larry Laudan
18    wrote a couple of articles that were very scathing of Michael
19    Ruse's participation on the evolution side of the Arkansas
20    case about saying how this was misusing the expertise and
21    philosophy of science. And he was drawing this distinction
22    between the difference between a theory being true and false
23    versus a theory being scientific. And he was making the
24    argument that in a sense, you might want to say creationism
25    is scientifically false, which is not -- you know, which is

90

1  A  Well, creation science was originally an attempt to sort
2     of -- I mean, I think in light of the Arkansas case, right,
3     it was seen as a way of trying to bring in these biblical
4     principles into the science classroom by making it look as
5     though there were scientific grounds for holding what turned
6     out to be biblical beliefs. And so sometimes fossils would
7     be appealed to, sometimes they would be dismissed out of
8     hand, depending on what kind of suited the purpose of the
9     textbook writer. But there was no real clear evidence of any
10    kind of internal development taking place. It was rather, it
11    seemed like kind of camouflage strategy. I mean, at least
12    that seems to be the final verdict on this.
13 Q  And do you -- to you, Intelligent Design is different than
14    creation science?
15 A  Yes, I think so. I think -- not only do I think it's
16    different, I think also its critics treat it differently.
17    That is to say, including the critics who don't want to see
18    it taught.
19 Q  And in what respects is Intelligent Design different than
20    creation science?
21 A  Well, because you, first of all, Intelligent Design actually
22    more self-consciously draws on these wider traditions of
23    Western thought from natural theology and onward that have
24    been marginalized by Darwin which try to deal with larger
25    questions about the nature of life, and which did have some

91

1     kind of, you know, proto-scientific development. Like
2     Paley's argument and so forth, and then tries to put it in a
3     more scientifically rigorous form like Dembski's done with
4     the explanatory filter. And so you do see a development.
5     And you also -- and in the way in which the critics treat it.
6     So when the philosophers are debating with Dembski, they
7     explicitly say, let's put aside his religious assumptions and
8     just deal with his arguments on their face. And the kinds of
9     arguments they give, first of all, it's published in their
10    main peer reviewed journals, in the Glossary of Science in
11    the United States. And he responds there. And it's an
12    argument that, you know, they could be having with anyone,
13    right, who they would normally respect as being scientific
14    and so forth. And Michael Ruse, when he writes, I mean, he's
15    an interesting guy to have watched over the last 20 years
16    since he's writing a book a year on this kind of stuff.
17       And, you know, the -- you know, the Darwin End Design, a
18    book that came out in 2003, there he quite explicitly, when
19    he discusses Intelligent Design, he makes the connections
20    with the natural theology tradition, he treats it in a very
21    kind of respectful manner, and in fact he says that, you
22    know, these views that these guys are putting forward these
23    days could be easily confused with kind of respectable
24    scientific views. And that's something you wouldn't -- they
25    wouldn't have said 20 years ago about creation science. You

92

1     see, so all of that I think is indicating that Intelligent
2     Design is really scientific and isn't very much reliant
3     anymore in whatever historical connections it's had with
4     religion.
5  Q  If you took Dembski's work away, and you took Behe's work
6     away, and I understand you're not going to do that. But
7     would there then be any distinction between Intelligent
8     Design and creationism?
9  A  Well, there's Meyer where I --
10       MR. GILLEN: Object to form.
11 BY MR. ROTHSCHILD, CONTINUING:
12 Q  Let me just finish. I mean, in other words, if you took Behe
13    away and you took Dembski away and they'd never written, and
14    nobody had replaced them, would you have any basis then to
15    say Intelligent Design has developed in a way that
16    constitutes science?
17       MR. GILLEN: Object to form.
18       THE WITNESS: Well, let's see. First of all, we haven't
19    talked about Meyer's work which I'm not intimately familiar
20    with. But of course there is that sort of strand there as
21    well. But I take it you're after -- your -- the thrust of
22    your question is that, you know, if you took away these three
23    guys or four guys, or how many, you know, finite number of
24    guys, would there be any Intelligent Design? I actually
25    think -- see, we've so far been discussing this issue of

93

1     Intelligent Design as something that is mutually exclusive
2     from evolutionary theory. And I understand that because of
3     the nature of the case we're talking about. But within
4     evolutionary theory, within evolutionary theorists, there
5     has -- there have been tendencies in that direction as well.
6     So it's not like Intelligent Design is something completely
7     alien to people who we would normally consider to be
8     contributors to evolutionary theory. I mean, you actually
9     have people, I cite Theodosius Dobzhansky, for example, who's
10    one of the founders of the Neo-Darwinian synthesis who's a
11    geneticist, who quite obviously took Intelligent Design
12    seriously and didn't think of it as being exclusive of
13    evolution. Right. So -- so -- so the thing is that what
14    would be -- yeah. I mean, there is a sense in which the
15    Intelligent Design movement as it's understood today, you
16    know, as this is kind of American phenomena defined by these
17    guys who made the assumptions in association with the
18    Discovery Institute, I mean, there's a sociological way of
19    defining them. Yeah, maybe that form wouldn't exist. But
20    the general ideas and stuff, I mean, are still lurking there
21    in evolutionary theory. And there is stuff that these people
22    have already developed that could be taken, you see. I mean,
23    so -- I'm sorry. I don't know if that answers your question.
24    But I was trying to sort of --
25 BY MR. ROTHSCHILD, CONTINUING:

138

1  right? And that's not surprising because Behe is trying to
2  kind of come up with an alternative science. And peer review
3  processes are designed for promoting normal sciences that are
4  already on the ground. So not surprisingly they're going to
5  say, look, we can -- we can explain what you're talking
6  about, we don't need your competing explanation. That
7  doesn't mean his explanation is false. It just means that
8  from the standpoint of the way in which normal science is
9  conducted, it's not very useful.
10      But if he wants to come up with an alternative
11  science -- which is presumably what he wants to do in a
12  sense -- then he -- you know, he's got to launch his own
13  research program. I mean, and that's where it becomes
14  important to have a clear sense of what these guys' research
15  program is, where are they going with this. Because
16  otherwise, then you would just say, oh, it's just parasitic
17  on what evolutionists are doing, which is a critique you
18  often get in Intelligent Design. But if you can show that
19  these people have a positive research program, they're
20  pursuing their own research, going in their own direction,
21  the fact that it can't get published in peer review journals
22  in molecular biology as it's traditionally understood is not
23  itself a problem.
24  Q  Okay. But right now as you understand it, there is neither a
25     robust record of peer reviewed publications, nor a robust

139

1     research program?
2       MR. GILLEN: Object to form.
3  BY MR. ROTHSCHILD, CONTINUING:
4  Q  Is that fair?
5  A  I think the research program is in its early stages. Okay.
6     I mean, that's a little different than robust.
7  Q  Okay.
8  A  And I think, yes, the peer review record is not robust. I
9     think nobody would deny that. I don't think they deny it
10    either.
11 Q  And in the case of a research program, I mean, you can't
12    identify any empirical research that's being done using
13    irreducible complexity or using the explanatory filter,
14    correct?
15 A  Well, I mean, the theories are being developed, right? I
16    mean, Dembski has been making his refinements and I think
17    Behe has been doing research, but I'm just not -- I don't
18    have firsthand familiarity with it.
19 Q  And here's what -- you know, Steve, what I'm troubled with is
20    that I think it's the case that -- I think you would agree
21    with me that you would characterize Intelligent Design as in
22    its relative infancy; that there's some people doing some
23    thinking about it, thinking hard about it, they've come up
24    with some ideas, and that it really hasn't moved much beyond
25    that. It might, but right now it hasn't; is that fair?

140

1  A  Well, I mean, it depends how fast you think things ought to
2     take. I mean, you know, the time it took to go from Darwins'
3     Origin of the Species, to the Neo-Darwinian snythesis, right,
4     was from 1860 to let's say 1930, 1940, with a quarter of a
5     century in the middle where people thought Darwinism was dead
6     when genetics first came up. Okay. That's the history of
7     Darwinism for the first half of its life. Okay. I mean, you
8     know, if that's the benchmark, then you see, then I think we
9     ought to be a bit lenient about Intelligent Design.
10 Q  And what -- I raise the point, Steve, not because it -- I'm
11    trying to assert something about what Intelligent Design
12    might become long after, you know, we've, you know, gone to
13    dust. What I'm -- what I'm raising the question is given its
14    primitive condition, why would you -- why would it be taught
15    to ninth graders?
16      MR. GILLEN: Object to form.
17      THE WITNESS: Well, precisely for this reason. Namely,
18    we're talking about how to take science forward in the
19    future. And it seems to me that we sort of betray kind of
20    the open-mindedness that we take to be -- you know, we take
21    science to exemplify as a hallmark of our civilization if we
22    don't -- you know, if we don't present students with the
23    possibility that science is something that's still very open
24    for very fundamental forms of inquiry. And the best way to
25    do that is to show how one might study something like life

141

1  starting with fundamentally different assumptions from the
2  taken for granted view, because otherwise we're stuck with
3  just teaching dogma science. It's sort of defeating the
4  whole kind of open -- openness of science, what makes it such
5  an exciting and important field. I would have thought from a
6  pedological standpoint you would want to expose people to
7  kind of new views that haven't been fully explored yet
8  because it gives something for them to do that's kind of
9  exciting, rather than just filling in the puzzle of something
10 that's already been established for several generations.
11 BY MR. ROTHSCHILD, CONTINUING:
12 Q  Now, you've read the statement that they're going to read to
13    the Dover students, right?
14 A  Uh-huh. Yes.
15 Q  Okay. And --
16 A  Well, look at the fourth paragraph, right?
17 Q  Right. Okay. I want you to look at the text right below the
18    statement.
19 A  Okay.
20 Q  And it says, the Superintendent, Dr. Richard Nilsen, has
21    directed that no teacher will teach Intelligent Design,
22    creationism, or present his or her or the board's religious
23    beliefs, right?
24 A  Uh-huh. Yes.
25 Q  How is the objective you just discussed accomplished if

Esquire Deposition Services, LLC
(800) 866-5560

1  students are simply being told here's Intelligent Design, but
2  then they're not allowed to discuss it?
3  A  I didn't -- well, I'm endorsing this view. I'm not
4     responsible for this view. I don't -- at least as far as I
5     understand, I don't endorse this.
6  Q  Okay. You -- so you -- the Dover policy of simply making
7     students -- of telling students about Intelligent Design but
8     then not allowing them -- allowing the teacher to talk about
9     it doesn't accomplish the objective?
10 A  It defeats the purpose, yes. That's true. Yes.
11     MR. ROTHSCHILD: Okay. I'd like to mark as Fuller
12     Exhibit 4 -- let's see if I have a stapled version.
13     (Marked for identification Fuller Deposition Exhibit
14     No. 4)
15 BY MR. ROTHSCHILD, CONTINUING:
16 Q  Do you recognize the document I've marked as Exhibit 4?
17 A  Yes, I do.
18 Q  And what is that?
19 A  It is a report I wrote following a global cyberconference I
20     did on public understanding of science, I believe it was
21     1998. Yes.
22 Q  Okay. And is this project you're describing in this article
23     sort of representative of the work you do in social
24     epistemology?
25 A  It's a kind of applied side of it you might say, yes, because

143

1     it tries to bring different people together and so forth.
2  Q  Okay. And if you go to the second page of the document which
3     is page 330 of the article, there's a section entitled
4     intellectual motivation for the cyberconference; do you see
5     that?
6  A  Yes.
7  Q  Okay. And I take it the point of this conference is to
8     discuss public understanding of science?
9  A  Yes.
10 Q  Okay. And towards the bottom of the first paragraph of that
11     section, this concept with the acronym PUS?
12 A  Yes.
13 Q  Is --
14 A  That's public understanding of science.
15 Q  Yes. Stated can be understood as symptomatic of a crisis in
16     scientific representation, akin to subjects of a monarch who
17     wish to be regarded as citizens of a nation, but have yet to
18     identify an effective political vehicle for its realization.
19     Can you explain what you're trying to convey there?
20 A  Okay. Well, the idea being that in the modern period at
21     least, science has had a kind of uni -- sort of unilateral,
22     maybe monolithic authority over, well, political opinion
23     and -- and in all kinds of other respects, and in a sense, is
24     supposed to stand for all of society in terms of, you know,
25     for example, providing food, health, safety standards, things

1     of that kind. We call in scientists actually to sort this
2     stuff out for us. People are not -- the people who are
3     governed by these scientifically derived rules are not
4     normally consulted or involved in the process. And this kind
5     of issue starts to become more and more important as people
6     perceive that there are more and more scientifically
7     generated threats and hazards in the society. And in a
8     sense, they want to get involved participating in decision
9     making concerning science and so forth. And so in that
10    sense, they want to behave more like citizens of a nation
11    rather than, you know, being under a monarch, where science
12    is the monarch in this case.
13 Q  Okay. And, you know, you use the phrase science is the
14    monarch. Who's science?
15 A  Well, I'm talking about like the National Academcy of
16    Science. Right. So we're not talking about all rank and
17    file scientists, because in fact depending on where you are
18    institutionally in science, you hold different types of
19    viewpoints, okay, about how science should be used and so
20    forth. But I'm talking about the sort of the people, the
21    main disciplinary people. Right. The people who run the
22    professional societies, who run the National Academy of
23    Sciences, which tend to keep a kind of monolithic view of
24    what science is about.
25 Q  Are there risky alternatives, and I'll raise one example.

145

1     You know, we talked about global warming. And, you know, for
2     example, we see in the present American presidential
3     administration that scientists come to gather data and come
4     to conclusions about the state of global warming, and then
5     we're led to understand by some quarters that political
6     considerations, you know, effectively suppress that
7     scientific information. I mean, is that -- isn't that the
8     risk of the alternative you're suggesting?
9  A  I mean, I think what you're saying is true. But that doesn't
10    mean that therefore there's global warming, okay? I mean, I
11    think what we do lack is a sort of -- a general and full,
12    open discussion. So you're right, I'm not going to deny that
13    there has been the supression of scientific information. But
14    just making the scientific information known doesn't
15    necessarily resolve the issue. So there's a sense in which
16    one needs to think about what is the appropriate forum in
17    which these different opinions concerning global warming
18    should be articulated and discussed, and then decisions
19    taken. I think that's kind of more the issue. It's not like
20    we kind of already know the answer but it's being supressed
21    by politicians.
22 Q  And then if you go to the next page, page 331, you have a
23    discussion of American's discussion of PUS --
24 A  Uh-huh.
25 Q  -- having been more open to matters, being more open

Esquire Deposition Services, LLC
(800) 866-5560

1  including to the incorporation of religiously inspired
2  doctrines, for example, Intelligent Design theory, a/k/a
3  creationism into mainstream science education. Do you see
4  that?
5  A  Uh-huh, uh-huh.
6  Q  And that's consistent with what you told me today, which is
7     that Intelligent Design theory is a form of creationism?
8        MR. GILLEN: Object to form.
9        THE WITNESS: But it's -- no. But it's not all of
10 creationism, and it's in fact the part of creationism that
11 gets taken into science. So, I mean, I mean, obviously, I'm
12 just -- because in the time that this piece was written,
13 right, so this was written in 1998, Intelligent Design theory
14 wasn't that widely used as an expression. So I put the
15 creationism in there so people kind of have a sense of what
16 exactly Intelligent Design is without me having to give a
17 whole song and dance about it, because I'm just using it as
18 an example. But I didn't mean to say that everything about
19 Intelligent Design corresponds to everything about
20 creationism.
21 BY MR. ROTHSCHILD, CONTINUING:
22 Q  But you -- what do you understand the acronym a/k/a to mean?
23 A  Yeah, also known as.
24 Q  Okay. So --
25 A  Right. But in 1998, okay, we're talking -- you know, when

147

1  did Dembski's book come out? 1998? I mean -- right? I
2  mean, we're talking pretty early before this thing becomes
3  really crystalized as something that's separable from all
4  these different branches of creationism.
5  Q  So you're saying in 1998, Intelligent Design was more similar
6     to creationism than it is today?
7        MR. GILLEN: Objection to form.
8        THE WITNESS: I'm not actually -- I'm not actually
9  making any commitment to that in this parenthesis. I'm just
10 using it as a marker so that people can understand what
11 Intelligent Design -- since Intelligent Design theory was an
12 ascendant notion, what exactly -- how -- you know, in what
13 conceptual space one should put that when thinking about what
14 religiously inspired doctrines mean.
15 BY MR. ROTHSCHILD, CONTINUING:
16 Q  Okay. And Intelligent Design -- you were characterizing
17    Intelligent Design theory as a religiously inspired doctrine?
18 A  Well, it is, and to a certain extent is religiously inspired.
19    But to be religiously inspired is not to be religion.
20 Q  Okay. And -- and you were equating it with creationism?
21       MR. GILLEN: Object to form.
22       THE WITNESS: I wasn't equating it. I wasn't equating
23 it. All right. I mean, I was just -- I was using it as a
24 kind of -- as a placeholder for it in a period where this
25 term Intelligent Design wasn't yet consolidated in the way it

1  is now. Had I written this thing today, I would not put it
2  this way. I mean, these things are time sensitive. In that
3  respect, Intelligent Design has made progress fairly rapidly
4  because in the course of whatever this is, seven years since
5  this piece has been published, right, the status of this
6  thing has changed somewhat.
7  BY MR. ROTHSCHILD, CONTINUING:
8  Q  And in what respect?
9  A  Well, in the sense that I think it's more easily
10    disentangleable. So like even when you were talking about
11    Intelligent Design theory, you were able to nail it down to a
12    few people, right, who are in a way separable from the
13    general creation movement. And I think that -- you know.
14    And I think that that's because of all the, you know, not
15    just the publication of the books, but also the way in which
16    the discussion of Intelligent Design has kind of moved off in
17    its own space. So in a sense, you can talk all about
18    Intelligent Design now without bringing in all the other
19    schools of creationism, or the six -- you know, the six day
20    stuff or any of that.
21 Q  But that was not true in 1998?
22       MR. GILLEN: Object to form.
23       THE WITNESS: I think in 1998 these things were much
24 more confused.
25 BY MR. ROTHSCHILD, CONTINUING:

149

1  Q  Okay. Confused by who?
2  A  Well, I just mean just generally speaking.
3  Q  You for one?
4  A  Look, I didn't say I was a creationist or Intelligent Design
5     theorist. But I do think that -- I do -- I do find -- I have
6     found out more about it in the interim, I think it's fair to
7     say that I knew less about it back then. Largely because
8     there was less of it to know, okay. And I know more about it
9     now. But again, this is seven years ago.
10 Q  Okay. Now, when I asked you about this before, you said
11    you'd been following this issue?
12 A  Not -- I mean, but I never said I was an expert on this. I
13    said I was following it, you know, kind of shadowing it.
14    That doesn't mean I'm an expert on it.
15 Q  I mean, you know, these -- Steve, words are pretty hard to
16    escape. Religiously inspired doctrine a/k/a creationism.
17    And I think -- what I'm trying to understand is, you know,
18    what about Intelligent Design caused you to characterize
19    it -- characterize it as --
20 A  Well, because --
21 Q  -- Creationism at the time?
22 A  Because all of the response -- look. All of the responses to
23    Behe and Dembski and the line of argument that that led --
24    led from to the present day happened after this. I mean,
25    there is a sense in which, you know, if you want to -- if you

150

1 Q  Well, I ask you a question what evidence is there that
2    Intelligent Design is making this transition from metaphysics
3    to science, the fact that, you know, I would never write a
4    statement like that today because things have changed in the
5    seven years. Okay. And I didn't say -- you know. I mean,
6    and maybe I did an injustice to Intelligent Design theory
7    back in 1998 because I hadn't -- you know, I hadn't read
8    Behe's book which was already out. I mean, that's entirely
9    possible. That may well be true.
10 Q  Going to the -- to the back of the document, the second to
11   the last page -- third to the last page, sorry, 339.
12 A  Uh-huh.
13 Q  You have an appendix that lists titles of opening statements.
14   And one of them is telling the difference between science and
15   religion. Do you have a recollection of what that was about?
16 A  Okay. One thing to point out is that these statements,
17   because I've done two global cyberconferences. In the first
18   one, I did not write -- I mean, write the opening statements.
19   I did that in the second one. So I'm not sure who wrote this
20   first opening statement. It may have been John Angus
21   Campbell, it may have been him. I mean, that is one
22   possibility.
23 Q  Okay. Speaking of John Angus Campbell, you had an essay or
24   article that was published in the book he and Stephen Meyer
25   edited called Darwinism, Design and Public Education?

151

1 A  Yes.
2 Q  Okay. And that book was -- I think it published in 2003?
3 A  Yes.
4 Q  And your article which I'm going to mark as an exhibit was
5    titled, An Intelligent Person's Guide to Intelligent Design
6    Theory?
7 A  Yes.
8 Q  Did you come up with that title?
9 A  Yes, yes, yes.
10     MR. ROTHSCHILD: Let's mark that as the next exhibit.
11     (Marked for identification Fuller Deposition Exhibit
12     No. 5)
13 BY MR. ROTHSCHILD, CONTINUING:
14 Q  Was this article published in any other forum before it
15   was --
16 A  Yes.
17 Q  -- part of the book?
18 A  Yes. In fact, it was originally published in Rhetoric and
19   Public Affairs, which is a peer reviewed journal in, I guess,
20   Texas A and M.
21 Q  And do you remember when it was published?
22 A  My vitae would have that, if you'll just give me a moment.
23 Q  Sure.
24 A  Here it is. 1998.
25 Q  Okay.

152

1 Q  Obviously, it was earlier to think about Intelligent Design
2    back then.
3 Q  So I take it you had some familiarity with Intelligent Design
4    at the time you wrote the article?
5 A  I guess so, yes.
6 Q  And if you flip to page 536, the second full paragraph you
7    talk about the idea that creationism has inherited Lamarck's
8    charge may seem strange until we consider particular articles
9    in this volume, and you refer to Stephen Meyer and Michael
10   Behe's article. So, I mean, I guess the first thing to
11   clarify is, I'm a little confused about sort of the timing
12   here.
13 A  Were they in the original journal article, you're asking?
14 Q  Yes.
15 A  I think they were because I don't -- I don't actually recall
16   substantially revising this.
17 Q  Okay. So you were, in this article written in 1998,
18   referring to articles by Dr. Meyer and Professor Behe about
19   Intelligent Design that you believe were also written in 1998
20   or sooner?
21 A  That's right, yes, because there was a special issue of that
22   journal that was basically the launch pad for the volume.
23 Q  Okay. And you say the idea that creation has inherited
24   Lamarck's charge may seem strange until we consider
25   particular articles in this volume, and then you refer to

153

1    those two articles. And I'm interpreting that to be labeling
2    Meyer and Behe's articles as examples of creationism, is that
3    fair?
4 A  Yes.
5 Q  Okay. So again, at this time, in your view, you consider
6    Intelligent Design as creationism?
7      MR. GILLEN: Object to form.
8      THE WITNESS: I mean, again, it seems to me that I'm
9    using it in this very general kind of way that's not
10   presupposing that all of them hold the same views.
11 BY MR. ROTHSCHILD, CONTINUING:
12 Q  I'm not suggesting it is. In what sense -- I mean, I
13   understand that you certainly are not suggesting that, for
14   example, this work or Intelligent Design work is, as a
15   general matter, creationist in the sense that it requires
16   belief in a six day creation?
17 A  That's right, or biblical literalism or anything of that
18   kind.
19 Q  Okay.
20 A  No. So it's not that kind of creationism.
21 Q  But clearly, you are indicating that Intelligent Design is
22   creationism in some sense?
23     MR. GILLEN: Object to form.
24     THE WITNESS: It is a -- it does have roots in that. I
25   mean, Intelligent Design is a way of interpreting

Page 154

creationism, that's true.

BY MR. ROTHSCHILD, CONTINUING:

Q  Okay. And what aspects of -- what do you mean by creationism when you say Intelligent Design does have roots in creationism or is creationist?

  MR. GILLEN: Object to form.

  THE WITNESS: Well, I mean, the motivation. The motivation for putting forward Intelligent Design is from people who do think that there is a divine creator. I mean, I think historically, that's been the case. And I think it's probably true of these people. But again, what makes it science isn't that fact. I mean, again, all kinds of religious motivations inform science. I mean, so there's nothing, in a sense by calling it creationism what I'm doing is I'm giving something about the motivation of the people but not necessarily about the scientific status of what they're doing. Those are two separate issues. You've got context of discovery, context of justification.

BY MR. ROTHSCHILD, CONTINUING:

Q  Okay. And so when you -- when you refer to this Intelligent Design work as creationist, do you -- do you mean it only in the sense that it's motivated by creationist interest?

A  Yes.

Q  Okay. And not anything about the content of Intelligent Design?

Page 155

A  No, because in fact these people in practice don't actually say much about the qualities of the creator, right. I mean, in that sense, they don't do a lot of the stuff of traditional creationism.

Q  They do suggest that the designer is a supernatural creator, correct?

  MR. GILLEN: Object to form.

  THE WITNESS: Well, I mean, yes. But that's not saying a lot, you see. I mean, I just don't think that's saying very much. I think --

BY MR. ROTHSCHILD, CONTINUING:

Q  Do you -- go ahead.

A  No, no, no, you go ahead.

Q  Do you consider that an aspect of creationism; that a -- that there is a -- that the explanations of life include a supernatural creator?

  MR. GILLEN: Object to form.

  THE WITNESS: Yes. I think creationism does presuppose that the creator is separate from the creation, in which case it is supernatural. Yes. I mean, so yes. I mean, it's attached to a certain kind of cosmology which does involve a difference between the creator and the created. So it's true, supernatural in that sense. But again, I don't see this as operating in a way that actually, in some way visciates the science that's being done.

Page 156

BY MR. ROTHSCHILD, CONTINUING:

Q  Could you turn to page 538 of the article. In the first full paragraph, you say, my tentative approval notwithstanding, Meyer's view raises its own questions, one theological -- one theological and the other more strictly scientific. You say, is it reasonable or even nonblasphemous to suppose that God is the ultimate artificer? Artificer? And you go on to talk about Meyer's willingness to subvert the significance of the boundary between biological and mechanical forms of intelligence being intellectually bracing. And then it goes on. Can you explain what you're getting at here?

A  Well, I mean, in a sense what I'm bringing up is a kind of concern that actually you were bringing up earlier. I see you get your ideas from good places. Namely, this business of just because we can -- even if we can understand how human beings create things, why should we think this is any kind of model for understanding how God does things? And let alone how life is created. So, yes, that's the -- that is the objection I'm raising here.

Q  And I think -- I think you understand -- I understand that at one level you're raising that, that that's a theological problem?

A  Yes.

Q  That we -- it's blasphemous to suggest that, you know, what we know about ourselves and what we can do is in any way a

Page 157

model for God; is that right?

A  Yes, yes.

Q  Okay. Is that -- do you also -- are you also suggesting that that argument is scientifically problematic?

A  Well, I don't seem to say that here, do I? No, no. The scientific side is a different argument, isn't it, right? Because there's two arguments here, right? There's a theological argument which is what we're talking about, but then there is also a scientific issue.

Q  Right, which is separate?

A  Yeah.

Q  Do you find the first argument which you focus on theologically --

A  Yeah.

Q  -- also to be scientifically problematic? Because I can't get over it.

A  I -- see, my attitude toward this has changed a bit over the last seven years, okay? I mean, I guess I would have said yes back then, that it was problematic. But now I think that there's a sense in which, as so much -- I've mentioned this earlier. So much of science goes on to be done as computer simulations, where the scientists in a sense has to be something an artificer, and that includes when one is trying to model the nature of life and the way in which life develops and so forth, I think it actually becomes easier to

Esquire Deposition Services, LLC
(800) 866-5560

166

1 Q Continuing your article, page 539, you have your conclusion,
2   creationism's rhetorical virtuosity. And you say, I have no
3   doubt that virtually any position in the philosophy of
4   science can be used as a rhetorical resource to challenge the
5   scientific establishment. What do you mean by that?
6 A Well, I mean, in the sense that philosophical positions,
7   especially once they become recognizably philosophical, tend
8   to be developed kind of independently of this -- you know,
9   the science that they were originally associated with. So in
10  a sense, they can be used as sort of rhetorical markers,
11  right? So people holding opposite views can actually appeal
12  to the same kinds of philosophical views. I mean, this
13  happens with the demarcation criterion with all kinds of
14  views.
15 Q And then you go onto say Meyer, for example, appeals to an
16  especially strong form of scientific realism, inference to
17  the best explanation, to combat the evolutionists.
18 A Yes.
19 Q What do you mean by that?
20 A Okay. There is this -- there is this force -- okay. So
21  scientific realism basically says science is trying to come
22  up with a picture of ultimate reality. Kind of in its
23  most -- in its maximally coherent comprehensive sense. And
24  you might say the paradigm case of this is Newtonian
25  mechanics, which try to -- you know, explain all the physical

167

1   phenomena by the smallest set of laws. So, you know, and
2   and -- and you want -- and so what you want to say, that no
3   other explanation could have done it as well as Newton's
4   could have. And so typically, this -- this involves trying
5   to have lots of different things explained by kind of
6   covering principle. And, well, this is kind of what Meyer is
7   doing, right? Meyer is trying to do this kind of thing.
8 Q What do you mean by inference to the best explanation?
9 A Oh, well, the point is that no other explanation could
10  provide as good an explanation. That there's a kind of, as
11  it were, the kinds of things that you're trying to explain
12  together, I mean, it's a bit like irreducible -- irreducible
13  complexity is a great example of inference to the best
14  explanation. Namely, if you say that a cell is this thing
15  that hangs together in this very unique kind of fashion,
16  right, then there can -- you know, there is only one
17  explanation that actually can explain the uniqueness of that
18  situation. Right. And the very idea of irreducible
19  complexity trades on that. And so inference to the best
20  explanation is the idea that for any given thing, right,
21  there is always this one ultimate best explanation, right,
22  that you can find from eliminating all the competitors.
23  And -- and -- and the thing about it is, right, inference to
24  the best explanation works if there is a very agreed upon
25  sense of what needs to be explained. And then you say, well,

168

1   my theory is the only way that can explain it. You guys can
2   only explain part of it.
3 Q And let's -- let's talk about that in the sense of the
4   irreducible complexity. And I think -- I think what you said
5   is, if I understood you correctly, is sort of it's the best
6   that -- or tell me if you agree with this, that what Behe's
7   saying is I can -- by using the proposition of irreducible
8   complexity, I'm demonstrating that Intelligent Design is
9   better explanation than those other explanations that are out
10  there?
11 A Yes.
12 Q Okay. And obviously, the most sort of prominent of those
13  explanations in terms of biological life would be random
14  mutations and natural selection --
15 A Yes.
16 Q -- correct?
17 A Yes.
18 Q And he's saying that's not an adequate explanation for what
19  I'm saying?
20 A Yes.
21 Q Therefore, Intelligent Design is the best explanation?
22 A Yes, that's roughly what's going on.
23 Q Okay. And obviously, we know there's been a number of
24  challenges to sort of the first part of that, that a lot of
25  critics have said, no, irreducible complexity really doesn't

169

1   demonstrate that natural selection didn't operate, right?
2 A Yes.
3 Q But then what I want to focus on is the second half of that
4   proposition. Therefore, Intelligent Design is the best
5   explanation?
6 A Yes, you're right, it doesn't follow. That's true.
7 Q It doesn't follow?
8 A That's true. It doesn't make it wrong. It just doesn't
9   follow.
10 Q I mean, that's my question. There's no there there, is
11  there?
12     MR. GILLEN: There there, is there? I object to the
13  form.
14     THE WITNESS: No. You have to assume that you've
15  eliminated all the rival hypotheses. Not just one. That's
16  correct.
17 BY MR. ROTHSCHILD, CONTINUING:
18 Q And -- and -- and even if -- I think I would agree with that
19  proposition. But then I'm still troubled by how you
20  wouldn't -- on what basis are you making an affirmative case
21  for design by an intelligent designer, or creation by
22  intelligent designer?
23 A I'm doing it on a different basis, right? Namely, I'm trying
24  to expand the possible explanations. I'm not arguing it the
25  way Behe's arguing it.

43 (Pages 166 to 169)

170

1  Q  No, no, I understand. But what I'm saying, you -- you -- you
2     made a point which I think I agree with, which is, you know,
3     Behe's, you know, effectively elim -- saying he's eliminated
4     one possibility, but there might be other hypotheses, right?
5  A  Yes. Demb -- Dembski has a similar problem, actually.
6  Q  Okay. Okay. So both of them have this problem, right?
7  A  Uh-huh.
8  Q  Yes?
9  A  Yes, yes.
10 Q  Okay. But then I -- even granted your point, which I do, I'm
11    still troubled by the idea that even if you could eliminate
12    all the, for example, natural hypotheses that have been
13    asserted, one could make a positive case for action by an
14    intelligent designer. And I'm trying to understand how that
15    follows, which I -- I -- I think is the conclusory
16    proposition?
17 A  Yes. I mean, yes. It doesn't follow. You're absolutely
18    right. But typically what happens in these kinds of
19    arguments, right, is that the Intelligent Design person, as
20    the person who's always facing evolutionary challenge, has to
21    make the Intelligent Design argument more specified, right?
22    So what happens then is that the Intelligent Design argument
23    becomes more precise. So I think what -- I don't see it as
24    an inherent problem. It just means that there's -- there's
25    never going to be a decisive moment where the Intelligent

171

1     Design argument wins by default by seeing off evolutionary
2     challenges. That's all it means.
3  Q  But I --
4  A  It doesn't mean it ever -- at no point does it ever get shown
5     to be wrong. It -- what -- it shows it hasn't eliminated
6     alternatives.
7  Q  And never would?
8  A  That's entirely --
9        MR. GILLEN: Object to form.
10       THE WITNESS: I mean, that's entirely possible. And
11    that's why some people object to the idea of inference to the
12    best explanation as being a method in science, wherein a
13    sense, right, the question is always open as long as there
14    are alternative hypotheses available. People who believe in
15    the inference to the best explanation do believe that all the
16    opponents are eventually seen off.
17 BY MR. ROTHSCHILD, CONTINUING:
18 Q  All right. And -- and -- and -- what -- and I -- but I --
19    and I'm still trying to get to the point, we're talking about
20    inference to the best explanation. But I don't see how
21    Intelligent Design is unexplanation at -- what the -- what
22    the affirmative case is for Intelligent Design even being one
23    of the alternatives?
24 A  Well, I'm not sure. I mean, it seems to me that the
25    possibility of space for Intelligent Design is opened up just

172

1     by denying what -- I mean, if you got -- if you got random
2     mutation and natural selection as one hypotheses, right, then
3     the other -- you know, the other hypothesis could be one
4     where there is some kind of plan. And since the cell had --
5     you know, the cell is designed the way it is so that it could
6     survive many different kinds of changes in the natural
7     selection environment. That's not -- that's not an
8     incomprehensible notion, right? I mean, it's just to make
9     that specific so you could actually test whether it's, you
10    know, it's -- it's true in a certain situation, I think
11    that's the problem. It's not really specified enough. But,
12    you know, I mean -- let me make a follow up point to this.
13    Evolutionists and Intelligent Design people can go about
14    criticizing each other and that's perfectly fine and that's
15    very appropriate in science. But there is also -- you know,
16    but as it were, the -- the -- the relative scientific status
17    of the theories aren't just determined by those clashes and
18    what happens in those clashes. But it's also determined by,
19    as it were, how they take it home to develop their own
20    theories independently. So if we take seriously the idea
21    that Intelligent Design theory is in a way trying to scope
22    out the phenomena of reality somewhat differently than the
23    evolutionists are, so it includes cosmological issues and
24    maybe supernatural issues, even, in a way in which evolution
25    rules out of court, right, then what you're also looking at

173

1     is not how -- not only how these two theories relate to each
2     other, but also how they develop in light of the criticism in
3     their own terms. Do they go to the places they're trying to
4     go to with regard to explanation and so forth? And so when
5     somebody like Meyer, let's say, wants to have this kind of
6     covering information theory as the metatheory of Intelligent
7     Design, well, that's nothing -- you know, that's -- you know,
8     evolutionists think that's just weird, right? But then he's
9     trying to do something different. He's not trying to do what
10    the evolutionists are doing. So while they do conflict over
11    certain areas like how do you explain the cell's stability,
12    the overall goals of the research program are somewhat
13    different, and so there are different kinds of concerns that
14    they will then want to take forward when they develop their
15    theories.
16 Q  Go to the next page of the article, page 540. You invoke the
17    well-known and highly regarded Fuller's Fairness Rule, which
18    is if you appeal to metaphysical explanations at all, you
19    must permit a plurality of them. And you also -- you go on
20    to say virtually any metaphysical hypothesis can be
21    maintained in the face of any negative evidence. Explain
22    what's going on here.
23 A  Okay. Well, this is, in a sense, kind of the -- it's in --
24    it's in a way trying to find a useful place for metaphysics
25    and science. Okay. And the idea here being that when

44 (Pages 170 to 173)

186

1  their hand rhetorically. What do you mean by that?
2  A This is -- yeah. I know -- I recall saying this. I just
3    can't quite find where you're looking at.
4  Q It's the second full paragraph.
5  A Second full paragraph, okay.
6  Q Towards the bottom of the page.
7  A Right. I mean, the point here being that -- that if ID is
8    able to provide a scientific explanation for something, that
9    doesn't rule out the evolutionary one. But there's a
10   tendency to sort of see these things, I think on both sides,
11   in mutually exclusive terms. So if we can provide an
12   explanation and you guys -- and you guys can't then, you
13   know, in principle, we're the only ones who can. So, I mean,
14   I do think that there's a tendency on both sides to think
15   that the two are sort of mutually exclusive.
16 Q And you say then epistemological letigmacy of ID doesn't
17   require showing that evolution cannot provide a credible --
18 A Right, right.
19 Q -- alternative framework, just requires showing that ID has
20   an explanatory framework that can be the basis for a body of
21   scientific research?
22 A That's right. I was making that point earlier with regard to
23   the fact that you just can't judge the legitimacy of ID just
24   purely in terms of how it faces up against evolution. You
25   have to see how it is able to develop the stuff in terms of

187

1    its own framework.
2  Q And what is your understanding of the explanatory framework
3    ID offers other than the assertion that evolution doesn't
4    provide a credible framework?
5  A Well, I mean, this is where the explanatory filter and the
6    irreducibly complexity notions get mobilized as a way of
7    suggesting research avenues. I mean, that's -- that's the
8    basic -- that's what I mean by the explanatory framework,
9    that within which then research can be done.
10 Q But isn't irreducible complexity nothing more than the
11   assertion that the evolutionary framework doesn't work?
12 A No, it isn't more than that, I mean, because the issue then
13   depends -- determines -- it turns on how you actually develop
14   this thesis, right. And presumably, what you want to do with
15   the irreducible complexity is to identify as it were the
16   parameters that -- all of which have to be in place in order
17   to sell -- in order for the sell to have its stability the
18   way it does, and that there's no way of removing any of those
19   parameters without in fact undermining the stability of the
20   cell, and that evolution cannot provide an alternative to
21   that. So it seems that there is a self-contained research
22   program that perhaps has not been fully executed but is
23   suggested by the idea.
24 Q And I'm not sure what that is besides the fact that evolution
25   or natural selection isn't an adequate explanation?

188

1  A No, no, it has -- no, it isn't that. I mean, it's to say
2    that the cell has to have certain kind of components in place
3    in order to have the stability it has so that it's able to
4    survive all the various changes in the environment. Now, it
5    seems to me that that project, if it were fully executed,
6    could be done independently of anything going on in
7    evolutionary theory. I mean -- I mean, so in that respect,
8    Intelligent Design could be pursued as an independent
9    program.
10 Q So if -- if Behe simply showed empirical evidence of the cell
11   maintaining stability --
12 A Well, this is what I would say. I mean, I wouldn't do it
13   that way. I would actually go to the computer simulation and
14   try to model the cell, right, and actually try to come up
15   with the parameters whose interactions end up producing a
16   cell, right, a virtual cell, simulation of a cell, right,
17   that is able then to maintain its stability in the face of
18   the kinds of environmental changes that we normally think of
19   cells as being able to survive in. Right. So if you were
20   able to do that, and so he could then say, look, I've been
21   able to program a cell, and you can do it this way, and
22   there's not going to be an alternative evolutionary
23   explanation for that. And as it were, then throw the
24   gauntlet down and say, you come up with something that isn't
25   as designed as this, that in some sense has a kind of random

189

1    element or something, and you still get this kind of
2    stability over time. I don't think he's done that yet, but
3    it seems to me it could be done. I mean, it'd probably be
4    very difficult, but not out of the question. I mean, I'll
5    tell you one advan -- one -- one thing about Intelligent
6    Design that I think is worth pointing out is because you
7    don't actually have departments and schools and disciplines
8    of Intelligent Design, there's not a ready-made way of
9    training people in the kinds of skills that'll be necessary
10   to sort of carry out a lot of the details of this project. I
11   mean, that's a real problem, I think, that they face
12   sociologically at the moment because, you know, if you've
13   only got a few guys kind of putting forward bold hypotheses
14   and trying to do very sort of striking bits of forays, you
15   know, challenging evolutionists, you can only go so far. You
16   really need to train generations of people. In fact, that --
17   you know, that's how any science survives. And it was only
18   starting in the 1930's and '40's that you start to be able to
19   train biologists who have a sufficient range of skills to
20   actually be able to contribute to Neo-Darwinism as this
21   fully-fledged program that we see it today. So, you know, in
22   a way, they do have a sort of sociological disadvantage here.
23   They're basically trying to cover a lot of the waterfront all
24   by themselves, and of course they don't have all the skills
25   to do it. This is why they would need a school of people to

Page 214

1  Q  Uh-huh. You refer, I think at footnote 11 to a book by --
2  A  Oh, yeah.
3  Q  -- Thomas Woodward, Doubts About Darwin.
4  A  Yes.
5  Q  What is that book about?
6  A  Okay. This was a guy's Ph.D. thesis originally. And what it
7     is, he basically followed various people around who've been
8     debating the Intelligent Design/Darwin issue publicly. You
9     know, so when Phillip Johnson and Stephen J. Gould were
10    debating, I mean, he'd follow all these people across the
11    country. And he's basically charting sort of the development
12    and the arguments that are taking place. And one of the
13    points that he makes is that in fact Intelligent Design
14    people kind of have evolved, you might say, as they've
15    interacted with scientists and they've made more
16    sophisticated arguments and so forth. And so there's been a
17    kind of learning curve, you might say, that now makes
18    Intelligent Design a much more sophisticated theory through
19    the interaction with the scientists. I mean, it's the kind
20    of thing, you know, the sort of thing that John Angus
21    Campbell kind of says would happen, he sort of documents it
22    And as a participant observer, which means that he's kind of
23    there in the meetings, asks some questions, you know, and
24    then writes about it.
25 Q  Do you have any relationship with Mr. Woodward?

Page 215

1  A  Do I have any relationship with him? I did teach this book
2     in -- at UCLA when it was still in its proof form. I mean, I
3     know -- you know, and I have been in contact with him
4     actually because he does derive some kind of methodological
5     inspiration from some of my writings in the appendix of the
6     book. But I've never taught the man, I've never met him
7     personally. By the way, the context I would say where --
8     where he is drawing some inspiration from me relates to the
9     questions that you were raising earlier about the tributary
10    delta stuff, about the idea of broadening out the scientific
11    base so that larger numbers of people can have access to
12    stuff. That's the kind of thing that he found intitially
13    attractive, which comes up in this book mine on Thomas Kuhn.
14 Q  I think you said very early in our discussion that
15    Intelligent Design is not taught as part of the biology
16    courses at Warwick University?
17 A  That's correct.
18 Q  Okay. And --
19 A  But we do teach, you know, in this philosophy master's degree
20    thing, we do teach it. And so --
21 Q  Okay. But I'm correct that it's not part of any of the
22    natural sciences curriculum?
23 A  No, no.
24 Q  Have you ever advocated at the university that Intelligent
25    Design be taught as part of the natural sciences curriculum?

Page 216

1  A  No, I have not.
2  Q  Why not?
3  A  Well, I don't -- I guess I just -- I haven't thought I was in
4     a particularly persuasive position to convince the natural
5     scientists about teaching anything other than what they
6     already do. I mean, so it just didn't seem to fall to me to
7     do that. I guess that would be the main reason. Also I do
8     think there is this issue we keep on going back to about
9     what's the appropriate faculty for discussing these matters.
10    And that in the case of some of these things, that a
11    mathematics or statistics department might be better than a
12    chemistry or biology department for a lot of this stuff. So
13    I think there's a kind of open question about where exactly
14    would you want to be placing the study of this thing.
15 Q  Same question applies to the high school level?
16 A  Well, the high school level, the science courses are much
17    more generic, aren't they? I mean, so -- and also I think
18    there's a different purpose as well, because at the high
19    school level, there is a sense in which you're trying to seed
20    the next generation of scientists potentially. I mean, that
21    was something that even your guy, Alters, brought out. And
22    that it becomes important then to think about the different
23    scientific perspectives in light of that, whereas by the time
24    you get to university, people are training to be
25    professionals already in a given science. So they're sort of

Page 217

1     already engaged in a kind of more technical sort of thing.
2     And that's -- it's harder to insitutionalize at that level.
3     I think it actually would be easier to institutionalize at
4     the high school level.
5  Q  Wouldn't it make sense at the undergraduate level, to seed
6     the next generation of scientists, when the students are --
7  A  Well, okay.
8  Q  -- sophisticated?
9  A  My -- I should explain something. In Britain, you come in
10    already specialized. I mean, you see, in America, it's quite
11    common for the first year or two of the undergraduate level
12    to in a sense be searching around for a major. And so, yes,
13    in that context, I think that's a -- that's actually right.
14    So I take your point there. But I was thinking about the
15    British context, right, where you sort of start
16    specializing -- you get admitted into a university in a
17    subject. And that's why the degree program is a three year
18    rather than a four year program.
19 Q  Could you turn to page 11 of your report.
20 A  Yeah.
21 Q  And at the bottom paragraph, you talk -- you talk about most
22    philosophers having resisted the charms of naturalism.
23 A  Yes.
24 Q  And that's -- I take it you're distinguishing them from
25    scientists who, to a large extent, have succumbed to the

55 (Pages 214 to 217)