EXHIBIT 8

| Deposition | Plaintiffs' Designation | Defendants' Corresponding Counter Designation | Reason that Defendants' Counter Designation Must be Considered According to Fed.R.Civ.P 32(a)(4) |
|---|---|---|---|
| Scott Minnich, May 26, 2005 | 7:17-20, 7:24-8:1 | 8:2-9:1 | Defendants' designation immediately follows Plaintiffs' designation and is the continuation of a line of questioning regarding Minnich's opinion about the case |
| | All of Plaintiffs' designations | 10:15-21 | Defendants' designation addresses the subject of whether Minnich is an expert on any of the issues relevant to the case, and this designation speaks to Minnich's competency regarding *all* of Plaintiffs' designations |
| | 34:13-18 | 33:9-34:5 | Plaintiffs' designation addresses Minnich's understanding of creationism and Defendants' designation, which precedes Plaintiffs' designation, addresses the same issue and is part of the same line of questioning |
| | 34:13-18 | 34:19-35:19 | Defendants' designation addresses the difference between intelligent design and creation science and immediately follows Plaintiffs' designation regarding creation science |

| | | | |
|---|---|---|---|
| | 34:13-18, 42:8-1, 93:13-94:14 | 36:10-37:1 | Defendants' designation addresses the difference between intelligent design and creation science, which must be included given that it follows Plaintiffs' designation regarding creation science and also is necessary to give a foundation for the other sections noted, which have been designated by Plaintiffs and address either intelligent design or creationism |
| | 42:8-11 | 40:1-41:7 | Defendants' designation clarifies that Minnich's opinion on who the intelligent designer is in his personal, not scientific opinion, and must be included to counter Plaintiffs' designation a few questions later regarding his opinion |
| | 42:8-11 | 42:12-42:20 | Defendants' designation immediately follows Plaintiffs', is part of the same line of questioning, and addresses the same subject of who the "designer" in intelligent theory |
| | 71:2-72:1, 73:17-74:4 | 72:3-73:12 | Defendants' designation is directly in between Plaintiffs' designations and deals with the same issue of the age of the earth and the timeline of appearance of certain life forms |

| | | | |
|---|---|---|---|
| | 93:13-94:14 | 83:9-84:16 | Defendants' designation addresses the topic of what the definition of a valid scientific theory is, and whether intelligent design qualifies as such, and Plaintiffs' designations address the same idea of what scientific concept is necessary in order for intelligent design theory to be considered valid science |
| | 93:13-94:14 | 95:5-15 | Defendants' designation follows Plaintiffs' and is part of the same line of questioning about whether intelligent design can be considered valid science |

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

 3

    TAMMY J. KITZMILLER; BRYAN     )
 4  REHM; DEBORAH F. FENTIMORE;    )  CIVIL ACTION
    JOEL A. LIEB; STEVEN STOUGH;   )  No. 4:04-CV-2688
 5  BETH A. EVELAND; CYNTHIA       )
    SNEATH; JULIE SMITH; ARALENE   )
 6  D. CALLAHAN ("BARRIE");        )
    FREDERICK B. CALLAHAN,         )
 7                                 )
                Plaintiffs,        )
 8                                 )
    vs.                            )
 9                                 )
    DOVER AREA SCHOOL DISTRICT;    )
10  DOVER AREA SCHOOL DISTRICT     )
    BOARD OF DIRECTORS,            )
11                                 )
                Defendants.        )
12  _____)

13
              DEPOSITION OF SCOTT MINNICH, Ph.D.
14
            TAKEN ON BEHALF OF THE PLAINTIFFS
15
                     AT MOSCOW, IDAHO
16
              MAY 26, 2005, AT 8:45 A.M.
17

18

19  REPORTED BY:

20  NEIL COOLEY, C.S.R.
    Notary Public
21

22

23

24
```


M&M Court Reporting Service, Inc.
Since 1970
Registered Professional Reporters

SOUTHERN 1-800-234-9611
- BOISE, ID 208-345-9611
- POCATELLO, ID 208-232-5581
- TWIN FALLS, ID 208-734-1700
- ONTARIO, OR 503-881-1700

NORTHERN 1-800-879-1700
- COEUR D'ALENE, ID 208-765-1700
- SPOKANE, WA 509-455-4515

Page 6

1  instructions. Please answer all the questions
2  orally. Please don't nod your head or say uh-huh or
3  huh-uh, because then the court reporter won't be
4  able to take down your answer accurately.
5       If you do not hear a question or don't
6  understand a question, please tell me. Please wait
7  until I have finished asking my question before you
8  begin your answer. And if you realize that an
9  earlier answer you gave was inaccurate or
10 incomplete, please say that you would like to
11 correct a former answer and I will give an
12 opportunity to do so.
13      And if your attorney objects to one of my
14 questions, you are still required to answer the
15 question unless your attorney instructs you not to
16 answer.
17      And do you understand the instructions I
18 have given you?
19    A.  I do.
20    Q.  And do you understand that you under oath
21 and are required to tell the truth?
22    Q.  I do.
23    Q.  Is it correct that you are serving as an
24 expert for the defendants in this case?
25    A.  Yes.

Page 7

1    Q.  Let me pull out your expert report, and
2  we are going to mark that as Exhibit 1.
3       (Deposition Exhibit No. 1 marked for
4  identification.)
5  BY MR. LUCHENITSER:
6    Q.  We have marked as Exhibit 1 the expert
7  report of Scott Minnich. And if you could flip to
8  Exhibit A to Exhibit 1, which is the biographical
9  sketch in the back, please, does that Exhibit A
10 correctly reflect your educational and employment
11 history?
12    A.  It does.
13    Q.  And is everything in there still correct
14 or current or has something changed since you
15 submitted it?
16    A.  No, it is still current.
17    Q.  What were you asked to give an opinion
18 about by the defendants in this case?
19    A.  The theory of intelligent design and how
20 it fits into this case in Dover, Pennsylvania.
21      (Off the record.)
22      MR. LUCHENITSER: Back on the record.
23 BY MR. LUCHENITSER:
24    Q.  Were you asked to give an opinion about
25 anything else?

Page 8

1    A.  No.
2    Q.  And can you tell me what the principal
3  opinions you have in this case are?
4    A.  That intelligent design is a viable
5  scientific theory.
6    Q.  Anything else?
7    A.  No, I mean in terms of my expertise in
8  this case, you know, it is whether or not
9  intelligent design is a competing theory in part to
10 the current consensus in biology.
11    Q.  When you say intelligent design is a
12 viable scientific theory, can you explain what you
13 mean by viable?
14    A.  In other words, it is looking at the
15 public evidence and interpreting that evidence in
16 the sense that the design we see in nature is real
17 design, not just apparent design, which most of my
18 colleagues hold the latter view.
19    Q.  Uh-huh, so when you use the word viable,
20 do you mean it is real?
21    A.  It's real, it's real, okay? It is
22 science, it is not a religious position. It has
23 metaphysical implications, like evolution does, but
24 that is incidental, secondary to its explanatory
25 power when we look at the facts and experiences that

Page 9

1  we see in the natural world.
2    Q.  What are the metaphysical implications
3  that intelligent design has?
4    A.  That there is design behind it, that
5  there is an intelligence in part responsible for
6  what we see.
7    Q.  And let me ask you, why do you use the
8  word metaphysical?
9    A.  Well, it is philosophical, metaphysical.
10 I mean, in that realm it doesn't require a religious
11 position, you know? It can be more of -- a person
12 can hold the view of intelligent design as being
13 real and believe in the God of Espinoza or Einstein,
14 the God of the philosophers, not of a traditional
15 God that we think of in the context of traditional
16 religions.
17    Q.  Does your report identify all the subject
18 matter that you are going to testify about at trial?
19      MR. WHITE: I have to object because I
20 couldn't hear you.
21 BY MR. LUCHENITSER:
22    Q.  I'm sorry, does your expert report
23 identify all the subject matter that you will
24 testify about at trial?
25    A.  That's an absolute statement, and being a

Page 10

1 scientist I always hesitate. But this is -- in
2 terms of my own research and training, it is
3 reflected in this report.
4     Q.  Do you intend to express any opinions in
5 this case that have not been included in your
6 report?
7     A.  If I am asked a question that is not
8 directly applicable to this report, I may choose to
9 respond or not if I have knowledge in the area.  No,
10 this isn't a complete tome of all the knowledge that
11 I have.
12     Q.  Do you have any plans to supplement your
13 report in any way?
14     A.  No, not at present.
15     Q.  Do you consider yourself an expert on any
16 issues relevant to this case?
17     A.  As they bring to bear on examples that
18 are being disputed by both camps, you know, the area
19 of irreducible complexity of the bacterial
20 flagellum, molecular machines, genetics,
21 microbiology.
22     Q.  What is -- do you have an area of
23 specialty within the discipline of biology?
24     A.  I do, I am a microbial geneticist focused
25 on an area we refer to as microbial pathogenesis,

Page 11

1 organisms that cause disease.
2     Q.  Has that area been the focus of your
3 professional research?
4     A.  Yes.
5         MR. WHITE:  Object as far as what time
6 frame you are talking about for his professional
7 research.
8         THE WITNESS:  Yes, currently.  I have had
9 other experiences, too.  I have been in diagnostics,
10 I have been in developmental biology, and -- I'm
11 trying to think in terms of just how you quoted
12 this, basic molecular biology, molecular genetics.
13         As an example, the controversy about
14 genetically engineered foods and BT toxins.  I don't
15 know whether you are familiar with this at all,
16 bacillus thuringiensis toxin.  This has been
17 incorporated into agricultural plants and has been
18 controversial because of the ethical concerns about
19 introducing or modifying plant genomes.
20         But that bacillus toxin gene I cloned as
21 a post-doc, and we gave it to Monsanto 20 years ago.
22         So occasionally I am called to -- in
23 fact, four or five years ago I had my research
24 notebooks subpoenaed because of a patent lawsuit
25 involved in who owned the rights to that.  That was

Page 12

1 between Monsanto and some other company in terms of
2 who had the right to that gene.
3     Q.  Would you consider yourself an expert in
4 evolutionary biology?
5     A.  That's a difficult question and I want to
6 qualify it, because I was challenged here at the
7 University of Idaho several years ago when Robert
8 Pennock came and gave a seminar.  And he knew my
9 position and he challenged me in the audience with
10 respect to, "How can you, as a practicing
11 contributing scientist, hold the position that is
12 contrary to the very foundation of your discipline?"
13 Okay?  This is in front of all of my colleagues and
14 students in a formal departmental seminar.
15         And I responded that, "That's an
16 interesting question, and now that you have raised
17 it, I'm sure a lot of people are interested in my
18 response."
19         What I find interesting in my own
20 experience, and that of colleagues in this
21 department -- and we are the most highly funded and
22 I think the most successful in getting extramural
23 funding, publication in peer-reviewed journals, we
24 have several new faculty so I don't want to make an
25 absolute statement, but, you know, the past couple

Page 13

1 of years -- but at that time nobody in this
2 department, as a student or post-doc, had taken,
3 except for one person, a formal course in evolution.
4 None of them, except for one person, had read
5 Darwin's book.
6         So when you say an expert on evolution,
7 you know, we are all biologists and we are all
8 contributing biologists, but in our training we have
9 not been required to study formally evolution as a
10 subject.
11         So I would say I am not, per se, an
12 expert.  I know a lot about it.  I think I
13 understand it clearly.  But in terms of, you know,
14 looking at my transcripts through graduate school,
15 undergraduate school, post-doctoral training at
16 Purdue and Princeton, you will find no evidence that
17 I took a course in evolution.
18         In fact, when I wanted to as a graduate
19 student my mentor dissuaded me from doing it.  He
20 said pretty derogatory things about it.
21     Q.  So you have never actually taken a course
22 in evolution?
23     A.  And that's the common experience for most
24 of my colleagues throughout my career.
25     Q.  Right, and that's your experience.  I was

Page 30

1 sentence on page one after the big bold-headed one.
2    THE WITNESS: Right.
3 BY MR. LUCHENITSER:
4    Q. And is that your understanding of what
5 intelligent design theory is?
6    A. That's my statement in terms of my --
7    Q. So that's your personal opinion?
8    A. Yes.
9    MR. WHITE: Objection, when you say
10 personal opinion, you are talking about as a
11 scientist, as an expert?
12 BY MR. LUCHENITSER:
13    Q. Your personal scientific opinion?
14    A. Right.
15    Q. Is that definition of intelligent design
16 generally understood to be the correct definition
17 among scientists that are studying and advocating
18 for intelligent design?
19    A. In a broad sense, yes.
20    Q. And can you tell me why you said in a
21 broad sense? Is there some sense in it which it is
22 not agreed upon?
23    A. In terms of just asking, all right, in a
24 thumbnail sketch, what intelligent design is, the
25 theory is it is saying essentially this, that the

Page 31

1 deep complexity, that apparent design is real
2 design, is a product of an intelligent agent.
3    Q. Are there persons in the field of
4 intelligent design who have not reached the
5 conclusion that an intelligent designer is
6 responsible for the deep complexity and clearly
7 into, if you will, the deep complexity in organisms
8 and are not sure about that matter?
9    MR. WHITE: Objection, confusing
10 question. Did you understand the question?
11    THE WITNESS: Not -- I mean, what is the
12 alternative? I mean, if something is designed and
13 you hold that it is real design, then I think by
14 definition there is an intelligence behind it.
15 BY MR. LUCHENITSER:
16    Q. Let me try to re-ask the question. You
17 have concluded that there is a designer; is that
18 correct?
19    A. Correct.
20    Q. Are there persons in the field of
21 intelligent design who have not reached the
22 conclusion as to whether or not there is a designer
23 but are uncertain about that?
24    A. There are people that are to a degree, I
25 think, agnostic in terms of that. I mean, David

Page 32

1 Balinski has stated that he favors intelligent
2 design because -- I don't want to put words in his
3 mouth, but my understanding of his position, and I
4 could be clarified, he agrees that there is real
5 design but he is agnostic in terms of where that
6 design is coming from, okay? In other words, it's a
7 viable compliment to our current consensus position,
8 it appears to be something more than just natural
9 law at work.
10    Q. So is the conclusion that there is a
11 designer, is that an integral component of
12 intelligent design theory?
13    A. No, not necessarily, not necessarily.
14 You know, designer has a broad interpretation as
15 well.
16    Q. So is it the case that somebody can be a
17 scientist in the field of intelligent design but can
18 conclude there is no designer or that it is unclear
19 whether there is a designer?
20    A. Are you asking are there scientists that
21 believe there is no designer?
22    Q. Scientists that are in the field of
23 intelligent design theory.
24    A. No.
25    Q. Are there any alternative definitions of

Page 33

1 intelligent design that are different from the
2 definition you gave in your report?
3    A. I think my written statement is
4 consistent with my colleagues in terms of -- you
5 know, I think there are philosophers of science in
6 the intelligence design arena that are more
7 articulate in terms of the philosophical
8 implications of this.
9    Q. How would you define creationism?
10    A. Creationism, which I think is very
11 different than intelligent design, uses biblical
12 reference by which you judge science. In the
13 traditional sense, scientific creationism held to a
14 literal interpretation of Genesis and thought that
15 that was an embodiment of truth and that science
16 should be filtered through that viewpoint.
17    I disagree with that stand. In fact, I
18 was never an active participant in scientific
19 creationism as it went through the Louisiana and
20 Arkansas debates, I thought it was out of balance.
21    Q. Is there a difference between creation
22 science and creationism?
23    A. Well, in terms of definitions, yes, I
24 think it is subtle. Creationism, again I think in
25 the traditional sense as it is used in the public

Page 34

1  arena, implies a literal interpretation of Genesis.
2  Scientific creationism then tries to look at the
3  body of scientific understanding and fit it
4  consistently with that viewpoint of biblical
5  interpretation.
6     Q.  Is teaching of creationism or creation
7  science -- is the teaching of that, that forms of
8  life began abruptly -- begin abruptly in their basic
9  types, for example, fish with fins and scales, birds
10 with feathers and beaks and wings?
11    A.  That's -- repeat the question because I
12 want to make sure I understand it.
13    Q.  Does creationism or creation science
14 teach that forms of life began abruptly in their
15 basic types?  For example, fish began with fins and
16 scales and birds began with feathers, beaks and
17 wings?
18    A.  That is my understanding, yes.
19    Q.  What is the difference between
20 intelligent design theory and creation science?
21    A.  Intelligent design theory isn't dependent
22 upon any formal religious writing or revelation in
23 which you are trying to match the natural world to
24 show consistency.  It is simply looking at the
25 science and asking the question:  Is the design that

Page 35

1  we all agree is there real or apparent?  Okay?  It
2  is a valid question and I think we should be
3  addressing it at a scientific level in our
4  inquiries.
5         It is that simple, okay?  It doesn't have
6  any basis of going further than looking or devising
7  theories or hypotheses to look at how you detect
8  design.  Our record of life on this planet, does it
9  fit with an intelligent agent or, again, is natural
10 law, in terms of physics and chemistry, of what we
11 know of genetics, sufficient to produce the
12 diversity that we see in life?
13        And you end right there, yes or no.  It
14 is an interesting question, it is a valid question,
15 and it should be addressed.  I mean, and that's why
16 we are here, you know?  That's what Ken Miller is
17 writing about.  Robert Pennock, he is asking the
18 question, can natural law come up with de novo
19 information?
20    Q.  Does intelligent design theory reach any
21 conclusions that are different from the conclusions
22 reached by creation science?
23        MR. WHITE:  Objection as to vagueness,
24 ambiguity.
25 BY MR. LUCHENITSER:

Page 36

1     Q.  You can go ahead and answer.
2        MR. WHITE:  If you understand the
3  question.
4        THE WITNESS:  Repeat it one more time, or
5  let me ask a question to make sure I understand it.
6        Does creation science and intelligent
7  design both come to the same conclusion, is that
8  what you are asking?
9  BY MR. LUCHENITSER:
10    Q.  Let just ask the question, does
11 intelligent design theory reach any conclusions that
12 are different from the conclusions reached by
13 creation science?
14    A.  Oh, for sure.
15    Q.  What are the differences?  What different
16 conclusions does -- what conclusions does
17 intelligent design theory reach that are --
18    A.  Well, creation science, I think, is
19 really an area of apologetics, religious
20 apologetics.  They want the science to validate the
21 scriptural content of Genesis, okay?  And
22 intelligent design isn't going to go that far.  You
23 can say that -- looking at the data, what we know in
24 terms of chemistry and physics, genetics and natural
25 selection, that there is a real design, and you stop

Page 37

1  there.
2     Q.  Can you tell me what theistic evolution
3  is?
4     A.  Theistic evolution is the position, as I
5  understand it, that there is a designer or creator
6  that designed the universe, started the clock going,
7  designed the laws of physics and chemistry, and that
8  life, through those laws, emerged and has evolved.
9  But it is more of an impersonal activity.  In other
10 words, the machine was started and is removed from
11 that machine, so that organisms do evolve in terms
12 of our common consensus.
13    Q.  Can someone who believes in theistic
14 evolution also believe that God in some way guides
15 the progress of evolution?
16    A.  Sure, I mean I think you have the entire
17 spectrum of people that believe in a designer or
18 creator in terms of his participation in the world
19 as we know it.
20    Q.  What is the difference between theistic
21 evolution and intelligent design theory?
22    A.  Theistic evolutionists, I think, agree
23 that given, for instance, the planet earth in its
24 early stages of development had incorporated in it
25 all the necessary components for the emergence of

1 life and its subsequent diversity, that there is no
2 input from the designer from that point, okay?
3      So it is really consistent with the
4 Darwinian viewpoint that you just started it by an
5 intelligent agent or God and then everything
6 unfolds.
7      Intelligent design sees a more active
8 part of a designer from the sense that from my own
9 perspective I look at the bacterial flagellum, it
10 has stators and rotors and propellers and u-joints,
11 it is battery powered, it looks like engines that
12 Mazda makes, in one sense, but it is much more
13 sophisticated because there is an algorithm or
14 program that directs its assembly from genetic
15 information and it regulates the timing of synthesis
16 and the position where it is assembled, that that is
17 a product of intelligence.
18      And from my position you don't get these
19 machines by totally natural process. I mean, they
20 can change and evolve, I don't know at what level or
21 to what extent, but the prototypic or aboriginal
22 machine has all the hallmarks of design based on our
23 experience of machines that we manufacture.
24   Q.  Other than the ultimate claim that a
25 designer or designers were responsible for the

Page 39

1 development of life forms on the planet earth, does
2 intelligent design make any other scientific claims?
3      MR. WHITE: Objection, it is misleading.
4      THE WITNESS: I'm not quite sure what you
5 mean in terms of other scientific claims. Give me
6 an example. You know, is it going to tell me that
7 butter is better for me than margarine? I mean --
8 BY MR. LUCHENITSER:
9   Q.  I guess let me try to see if I can
10 rephrase it.
11      What is the scientific content of an
12 intelligent designer, other than the ultimate
13 assertion that there is a designer or designers?
14   A.  That's the main principle, okay?
15   Q.  Is there anything else?
16   A.  I would have to think about it in terms
17 of the question. So if we proceed, I will come back
18 to that.
19   Q.  Do you have an opinion, a personal
20 opinion, as to who or what the intelligent designer
21 is?
22      MR. WHITE: Objection as to are you
23 asking for his personal opinion or his opinion as a
24 scientist?
25 BY MR. LUCHENITSER:

1   Q.  Do you have a scientific opinion as to
2 who the intelligent designer is?
3   A.  No.
4   Q.  Do you have a personal opinion?
5   A.  Yes, I do.
6   Q.  You do. What is your personal opinion?
7      MR. WHITE: Objection as to relevancy.
8 Go ahead.
9      THE WITNESS: I want to make sure that
10 this is -- I mean, I have a problem in terms of
11 giving my opinion, but my experience, when asked
12 these questions, is that they are somewhat loaded.
13 In other words, in my discussion with Robert Pennock
14 when he was here and we were discussing type III
15 secretory systems and the flagellum, claims of
16 intelligent design, he then turned on me in this
17 public audience and said, "Who is the creator?"
18      And I said, "Well, I have an opinion, but
19 we are talking science, why do you want to bring
20 religion into the question?"
21      No, "Who is the creator? Tell us who the
22 creator is?"
23      And in part I think there is an attempt
24 to marginalize people in this area as
25 fundamentalists, you know, Christians that want to

Page 41

1 get the bible back into the classroom, and that's
2 invalid. But I am a Christian, that's my personal
3 faith.
4      And I also would like to state for the
5 record that that is not my family's faith tradition.
6 I was an agnostic, probably an atheist, and when I
7 took a course in biology and was confronted with the
8 design in the bacteriophage Landa, it made me pause
9 and think, is this the product of chance and
10 necessity?
11      Okay, so I am a Christian because of the
12 data, not despite it.
13   Q.  So this experience led you to become a
14 Christian?
15      MR. WHITE: Objection as of "this
16 experience."
17 BY MR. LUCHENITSER:
18   Q.  The experience when you were studying
19 this life form?
20   A.  No, I think it was a factor, you know, in
21 my own personal journey, but I had no reason to --
22 at the point until I started taking biology classes
23 -- in fact, I was an English history major that took
24 a general chemistry course that had a molecular
25 biology component and was so fascinated by the

Page 42

1 information because I was
2 interested in the science, the beauty of the
3 science, and the more I studied, it had
4 implications.
5     Q.  This is when you were an undergraduate,
6 did you say?
7     A.  Right.
8     Q.  So is it correct that your personal
9 opinion is that the intelligent designer is the God
10 of Christianity?
11     A.  Yes.
12     Q.  Is there a consensus within intelligent
13 design theory as to who the designer is or what it
14 is?
15     A.  No.
16     Q.  Does intelligent design theory make any
17 claims as to who or what the designer is?
18     A.  No, in a formal sense it doesn't. It
19 says you can infer design and therefore designer,
20 but that's as far as the science goes.
21     Q.  Does intelligent design theory rule out
22 any type of possible designers?
23     Q.  Not necessarily.
24     Q.  Does intelligent design theory rule out
25 all possible and natural actors as designers?

Page 43

1     A.  Natural what? I didn't hear your --
2     Q.  Natural actors.
3     A.  Natural actors?
4     Q.  Yes.
5         MR. WHITE:  Objection, vague, ambiguous.
6 What do you mean by natural actors?
7 BY MR. LUCHENITSER:
8     Q.  Under intelligent design theory, is it
9 possible that space aliens could be the designers?
10        MR. WHITE:  I didn't hear what you said,
11 under what?
12 BY MR. LUCHENITSER:
13     Q.  Under intelligent design theory, is it
14 possible that space aliens could be the designers?
15     A.  Sure.
16     Q.  Is it possible that time traveling humans
17 could be designers?
18     A.  I don't know. I mean, that's
19 speculation. I don't know. I mean, that's asking
20 me to speculate on time travel, which is a
21 hypothetical situation, and so I don't think it is
22 really pertinent to my contribution or expertise.
23     Q.  Has any work been done within intelligent
24 design theory relating to the issue of who the
25 designer is?

Page 44

1     A.  Not to my knowledge.
2     Q.  Does intelligent design theory hold that
3 there is only one designer or is it -- can it be
4 consistent with intelligent design theory that there
5 might be multiple designers?
6     A.  No, I mean -- again, you can just infer
7 design from the public evidence and, you know -- I
8 mean, we have multiple engineers that work in
9 consortia to produce machines today, who is to say
10 it is not true in the biological world? I don't
11 know.
12    Q.  And under intelligent design theory, is
13 it possible that the designers are -- that there
14 might be multiple competing designers?
15    A.  I don't know. I don't know what you mean
16 by in terms of competing designers.
17    Q.  As opposed to designers who are working
18 together with each other, designers who are trying
19 to come up with life forms that end up competing or
20 opposing each other?
21        MR. WHITE:  Objection, calls for
22 speculation.
23 BY MR. LUCHENITSER:
24    Q.  Is that possible under your theory?
25    A.  Yes, I mean, that's speculative, and I

Page 45

1 think it would be too early to say, but I wouldn't
2 rule it out. I mean, again -- never mind, I will
3 leave it at that.
4     Q.  Is intelligent design theory in any way
5 intended to eventually determine which of these
6 possibilities is the designer?
7     A.  No, not formally. I think it will have
8 implications, but it is not -- no, no, I think --
9 you know, the book is open in terms of the
10 implications of who the designer is. That
11 translates into philosophy and religion and, you
12 know, there is plenty of writing and experts on
13 that.
14    Q.  So do I understand you correctly that the
15 theory is not even going to try to determine who or
16 what the designers are or is?
17    A.  I think there are people within the
18 design community that have opinions with respect to
19 that, but, you know, from my own perspective I don't
20 have an agenda.
21    Q.  Are there any kind of experiments or
22 empirical studies that could be done in order to
23 attempt or help determine who or what the designer
24 or designers is or are?
25        MR. WHITE:  Are you speaking currently?

1  triplets, you know, for the entire 20 amino acids
2  that it is coding for, we find, by empirical
3  analysis, that the genetic code is optimized to
4  minimize the effects of base changes in that code.
5       Now, that causes me to pause and wonder.
6  It causes my colleagues to pause and wonder how is
7  nature so lucky on random chance? You know, that
8  this frozen accident, Francis Crick refers to it as
9  the genetic code, is mind boggling. So --
10      Q.  Uh-huh. Let me just go back, though.
11      Do you have a scientific opinion on
12  whether anything above complex molecular systems
13  were designed? By that I mean, do you have a
14  scientific opinion as to whether any complex animal
15  species were designed as opposed to just the
16  microscopic complex biological systems?
17      A.  No, no. Again, it goes back to this
18  question of where is the designer intervening in
19  this process? And, you know, I don't know. I mean,
20  that's speculation.
21      Q.  Is there any kind of consensus in the
22  intelligent design on that issue?
23      A.  You have people from the entire spectrum
24  from theistic evolutionists all the way up to
25  six-day creationists. It is a pretty broad tent in

Page 71

1  terms of people that ascribe to intelligent design.
2       Q.  How old do you think the universe is?
3       A.  Well, the current, you know, consensus
4  was 20 billion years, although the COBE satellite
5  experiment measurements have reduced that to about
6  12.5 billion years in terms of the age of universe.
7  The earth, according to multiple scientific
8  independent analyses, is somewhere around 4.5
9  billion years old.
10      Q.  Do you accept those concepts?
11      A.  Yes.
12      Q.  Does intelligent design theory accept
13  those beliefs about the age of the universe and the
14  age of the earth?
15      A.  There is not a set consensus, okay?
16  Although I think it is a prominent position. But
17  there are both. I mean, from the camp you have your
18  old earthers and young earthers and both ascribing
19  to a designer.
20      Q.  So are there some scientists within the
21  fields of intelligent design theory who believe that
22  earth is less than 10,000 years old?
23      MR. WHITE: Objection, speculation, lack
24  of relevancy.
25      THE WITNESS: Oh, I'm sure there are, you

1  know?
2  BY MR. LUCHENITSER:
3       Q.  Again, I'll give another hypothetical.
4  If students in the Dover School District were taught
5  that the earth's history can compress into a
6  framework of several thousand years, would they be
7  misled about scientific knowledge?
8       A.  It's inconsistent with the present body
9  interpretation, okay?
10      Q.  What is your belief on about how long ago
11  life first appeared on earth?
12      A.  Well, from the fossil record you have
13  fossil bacteria that appear at 3.8 billion years,
14  somewhere around that time period.
15      Q.  And what is your opinion on how long ago
16  the first multi-cellular animals on earth appeared?
17      A.  I'm not a paleontologist, I don't know
18  what the time frame is, but it's a significant
19  period afterwards from the first appearance of
20  prokaryotes.
21      Q.  Do you have any opinion or knowledge as
22  to how long ago the first land dwelling animals
23  appeared on earth?
24      A.  Again, that's changed, from my
25  experience, over time, so I don't -- I don't fix a

Page 73

1  specific time period. Again, it's not my area of
2  expertise.
3       Q.  Do you know what the consensus is in the
4  field of paleontology on that?
5       A.  I have read it, but I don't recall a
6  specific number, but I don't have any problem with
7  it.
8       Q.  Would 450 million years ago sound right?
9       A.  Sure.
10      Q.  You don't have any reason to disagree
11  with that consensus?
12      A.  No.
13      MR. WHITE: I'll object to this line of
14  questioning. He said this is all outside of his
15  area of expertise.
16  BY MR. LUCHENITSER:
17      Q.  Does intelligent design theory accept the
18  general consensus among paleontologists as to the
19  time line of the development of major kinds of life
20  on earth?
21      A.  I think you have a spectrum of people
22  that are looking at that information. Some of them
23  are constrained by their religious beliefs and, you
24  know, there are scientific creationists within the
25  intelligent design camp that wouldn't say that so

1  they are looking at a young earth viewpoint. And
2  there are other people that accept an old earth
3  scenario, the sequential appearance of organisms in
4  the geologic record.
5      Q.  I think before we talked a little bit
6  about the concept of a common ancestry or common
7  decent, and let me try to define common ancestry or
8  decent as not necessarily that life descended from
9  one cell that appeared three or four billion years
10 ago, but that all life today developed from one or a
11 few microorganisms that existed several billion
12 years ago.  So let's put aside the question whether
13 it was one or several or a bunch of different
14 ones.         Defined broadly in that sense, do
15 you accept the concept of common ancestry or common
16 decent?
17     A.  I think it is highly speculative for
18 anybody to make an assertion along those lines based
19 on our knowledge, okay?  This is looking at
20 historically -- let me put it this way.  The
21 empirical science of nutrition can't figure out if
22 butter or margarine is better for us, yet at the
23 same time we make definitive statements that life
24 arose from primitive ancestral organisms on this
25 planet.

Page 75

1       It goes back to the question that I have
2  covered before, what is the capacity to change for
3  any organism?  That's an unknown at this point.  How
4  did these first organisms appear?  You know, what is
5  the mechanism whereby natural law can produce a
6  replicating organism?  I mean, that again is an
7  unknown quantity.
8           We know that the smallest free-living
9  organisms on this planet, the micro plasma, have on
10 the order of 300 to 350 genes, okay?  So you've got
11 to have at least that amount of information before
12 you can replicate life that we know it at present.
13 That's a lot of information required.
14          Now, is just natural phenomena sufficient
15 to produce that?  I'm unwilling to say.  From my
16 professional experience, no.  Whether you have 10
17 organisms, a hundred organisms, primordial organisms
18 appearing de novo, or one, I mean, you know, it is
19 an event that is on the range of the miraculous,
20 regardless of whether you still believe it is by
21 natural process or a designer, okay?
22          So am I making myself clear?
23     Q.  I'm not sure.  It sounds like you are
24 saying -- at least it's your personal opinion, based
25 on the scientific understanding that you have, is

1  that you would not accept the proposition of common
2  ancestry or common decent as I have broadly defined
3  it?
4      A.  Okay, look at -- I am trying to think.  I
5  want to quote a couple of things from my report
6  directly so it's in the record.  From Carl Woese,
7  who is a leading --
8           MR. WHITE:  Just for me to clarify, are
9  you talking Exhibit 1?  You are quoting from page
10 six; correct?
11          THE WITNESS:  Yes, at the top of the
12 page.
13          So this is in the peer-reviewed
14 literature, this is a prominent evolutionary
15 biologist, and looking at what you are talking about
16 in terms of the origin of life.
17          He says, "The creation of the enormous
18 amount of and degree of novelty needed to bring
19 forth modern cells is by no means a matter of waving
20 the usual wand of variation and selection.  What was
21 there, what proteins were there to vary in the
22 beginning?  Did all proteins evolve from one
23 aboriginal protein to begin with?  If you
24 extrapolate that all organisms evolved from one
25 single organism to begin with?  Hardly likely!

Page 77

1  Evolution's rule, to which there are fortunately a
2  few exceptions, is that you can't get there from
3  here."
4           So the transitions required to go from
5  simple organism complex, we know from experience you
6  can't get there from here from our present
7  understanding of these organisms.
8           "Our experience with variation and
9  selection in the modern context does not begin to
10 prepare us for understanding what happened when
11 cellular evolution was in its early rough-and-tumble
12 phases of spewing novelty."
13          So you are asking me an opinion on
14 something that the leading evolutionists are at this
15 point speculating on and agreeing that our present
16 understanding of natural selection and variation in
17 modern context doesn't prepare us for understanding
18 what happened in the historic context, or historic
19 events billions and billions of years ago.
20          If I can find it --
21          So to rephrase where we are, I mean, the
22 question is dealing with common decent, okay?
23     Q.  I'm trying to get past what happened
24 several billion years ago.  I'm trying to kind of
25 say it in layman's terms of once the development of

Page 82

1  carbon and nitrogen that has a potential use for
2  energy, okay, and cycling into other components of
3  the cell.
4      It may be recalcitrant, you know, so it
5  it has never appeared on earth before. There are
6  organisms that aren't specifically capable of
7  breaking down and utilizing that compound, but over
8  time, if you put stress on the organism, you can
9  develop, modify enzymatic pathways that will evolve
10 and use and break open, say, a chlorinated biphenyl,
11 or something like that. So I have no problem with
12 that.
13     Q.  How would you define science?
14     A.  Science is the discipline of accumulating
15 knowledge of the natural world.
16     Q.  Are you familiar with the National
17 Academy of Science's definition of scientific
18 theory?
19     A.  Yes.
20     Q.  Would you know it off the top of your
21 head?
22     A.  I could paraphrase it. It would be a
23 statement or a set of statements that explain a set
24 of facts or phenomena through, you know,
25 experimentation or observation.

Page 83

1      Q.  That seems pretty close to what I have
2  down here, but I will just read you back what I have
3  here, which I believe is the actual definition. It
4  is a quote.
5      "A well substantiated explanation of some
6  aspect of the natural world that can incorporate
7  facts, laws, inferences, and tested hypotheses."
8      A.  Sure.
9      Q.  Do you accept that as a valid definition
10 of a valid scientific theory?
11     A.  Yes, I do.
12     Q.  And under that definition does
13 intelligent design qualify as a scientific theory?
14     A.  Yes.
15     Q.  I'm going to read you a definition from a
16 Ken Miller's Biology Book of Science.
17     "First, science deals only with the
18 natural world; second, scientists collect and
19 organize information in a careful, orderly way,
20 looking for patterns and connections between events;
21 third, scientists propose explanations that can be
22 tested by examining evidence."
23     Would you agree with that definition?
24     A.  Sure, it's right out of his biology
25 textbook. And in fact, you know, I was asked to

Page 84

1  review a biology curriculum for a private Christian
2  school and they had a -- I don't know where their
3  curriculum was from, but it was creationist. I
4  said, "Use Ken Miller's book, augment it with Pandas
5  and People if you want a counter-argument. But I
6  have no problem.
7      If you read further in that paragraph he
8  says, "Theory are subject to change as new
9  information is gathered and compared to the model of
10 any theoretical explanation."
11     That's a history of science, is
12 revolutions in thought. You accumulate more
13 information or you look at it in light of new
14 circumstances and you go back and you modify
15 theories to be consistent with observed fact or
16 experiments.
17     Q.  Can you tell me what the difference is
18 between a hypothesis and a scientific theory?
19     A.  Well, they can be used interchangeably,
20 and they are all the time from a working
21 perspective.
22     I have a student that will come in and
23 say, "Hey, I have a theory that this gene is
24 participating in knocking out this function in a
25 white blood cell." Fine. You know, that's really a

Page 85

1  hypothesis.
2      A hypothesis is an idea that predicts
3  certain outcomes that are testable experimentally,
4  all right? Then once you carry out the experiment
5  or a set of experiments, is it consistent with your
6  original hypothesis? So it can be something as
7  simple as an idea or a conjecture. First, as a
8  theory, which is more formally, you know -- and
9  according to the National Academy is based on well
10 documented experimental evidence that has been
11 accumulated over time and subject to experimental
12 verification.
13     Q.  And then it is your opinion that
14 intelligent design is a scientific theory; is that
15 correct?
16     A.  Yes.
17     Q.  And with reference to the National
18 Academy of Science's definition, can you explain how
19 intelligent design satisfies that definition? Maybe
20 we should go by the components of the definition.
21     The first component is a well
22 substantiated explanation. Can you explain how
23 intelligent design theory can be considered a well
24 substantiated explanation?
25     A.  Looking at the public evidence, okay, in

1  okay? It's a true code.
2       Our experience tells us whenever we find
3  a code there is a coder. In the same context, we
4  look at subcellular machines, a new view of our
5  understanding of the cell that is within the last 40
6  years. We didn't know about the bacterial flagellum
7  and how sophisticated it was, we didn't know about
8  DNA replication and their profound efficiency and
9  editing functions.
10      We have to look at this new data and say
11 is natural selection up to the task to produce this
12 level of complexity and specification?
13      Put it this way, on the Genome To Life
14 web site that was produced by the Department of
15 Energy several years ago, they make the statement in
16 the introduction that is to be read by the public
17 that, "The molecular machines we find in the
18 simplest of organisms produced by evolution dwarf
19 the engineering feats of the twentieth century."
20      Natural laws, undirected, unintelligent,
21 un-in-purpose, un-forward looking can produce
22 machines more sophisticated than the entire
23 community of intelligent design engineers.
24      (Off the record.)
25      MR. WHITE: He was going to finish his

1  answer from before.
2       MR. LUCHENITSER: I'm comfortable with
3  the answer, I don't need anything more on that.
4       THE WITNESS: The last bit of the
5  sentence. So I'll continue with the statement, "The
6  molecular machines in even the simplest of organisms
7  produced by evolution dwarf the sophistication and
8  subtlety of machines produced by man, essentially.
9  I mean, that's a paraphrase.
10 BY MR. LUCHENITSER:
11      Q. Does the science only consider natural
12 causes?
13      A. Not necessarily, okay? You always look
14 for natural explanations first. I mean, that is
15 consistent. But I mean, there are sciences that
16 look for signs of intelligence, whether it is the
17 SETI project, if you are a forensic scientist, if
18 you are an archeologist, you know? You are looking
19 at natural products and asking is there an
20 intelligence involved in what you are seeing.
21      Q. Does science ever consider supernatural
22 causes?
23      A. Under our current definition of science,
24 natural methodological science excludes
25 supernatural, but that hasn't been the case

1  historically.
2       Q. Is the idea that science doesn't consider
3  supernatural causes as methodological naturalism an
4  accurate term for that concept?
5       A. Right, if you are only going to -- if you
6  are going to define science as only accepting
7  natural cause and event to explain the phenomenon
8  you are studying, fine, if that's your definition of
9  science. It may not be the reality or the truth of
10 the situation.
11      Q. Do you disagree with the current
12 definition of science that does not -- that's too
13 many negatives.
14      I think you agree that the current
15 definition of science does not consider supernatural
16 causes. Do you disagree that that should be the
17 correct definition?
18      A. It's a qualified disagreement, especially
19 in this debate. If the science is pointing you to
20 an intelligent cause, then you have to go where the
21 data leads. If you are limiting your
22 interpretation, your interpretations, or what you
23 will accept as interpretations, it has consequences.
24      And I'm the first person to say we look
25 for natural causes, natural explanations first, all

1  right? But I'm not opposed to looking at the data
2  any more than a forensic pathologist is and saying,
3  you know, is it a natural death or was this a
4  designed death, is this a murder?
5       Is natural law sufficient to describe
6  life forms on this planet or not? It's a valid
7  question. If it is insufficient, then that implies
8  that there may be an intelligence behind it, or in a
9  definitional term, a supernatural cause. But I'm
10 not saying supernatural in the way that you would
11 imply superstition or a specific god, et cetera. It
12 is just above the natural explanation.
13      Q. Would you agree with the proposition that
14 in order for intelligent design theory to be
15 considered valid science, science has to go beyond
16 the concept of methodological naturalism?
17      A. It would have to be modified. But again,
18 this is an artificial definition, in my mind. If
19 you are only going to accept natural explanations,
20 then that's all you are going to see, because by
21 definition you aren't even going to allow any other
22 explanation into the conversation.
23      Q. So in order for intelligent design theory
24 to be valid science, does the definition of science
25 have to be broad enough so that science can consider

1 supernatural causes?
2   A. Right, I mean, isn't that what is going
3 on in NASA when you have all these radio telescopes
4 pointed out in the universe and asking the pattern
5 of pulsar magnetic radiation, different types of
6 radiation coming at us? Is it all just natural, or
7 is there somebody out there that has intelligence
8 that is trying to communicate with us?
9         I mean, that is going beyond, that is
10 looking at the natural data and saying, "Is there an
11 intelligence behind it?" That is legitimate. You
12 are looking for patterns, you are looking for
13 specificity, and it is being used now as part of our
14 scientific methodology.
15  Q. But there you are talking about looking
16 for extraterrestrial life, so it still seems that
17 you are looking at natural actors as opposed to the
18 supernatural actor. Now with respect to intelligent
19 design theory, doesn't --
20  A. Intelligent design theory doesn't rule
21 out the fact that those natural actors may have a
22 super intelligence that participated in development
23 of life on this planet, okay? And we don't know
24 that they exist so it is supernatural to our
25 experience. We don't know that there are aliens out

Page 95

1 there. We don't rule them out, we don't know they
2 haven't visited this planet. So that is, by
3 definition, supernatural, and there are a lot of
4 scientists that agree.
5         Francis Crick looked at the common
6 evidence in biology and said life could not arise on
7 this planet de novo, it was seeded by some
8 extraterrestrial source, in formulating his theory
9 of Pan Spermia, all right? Nobel laureate, looking
10 at the evidence, saying that there is some
11 supernatural event in terms of our understanding of
12 natural events on this planet, that solar winds blew
13 in some primitive organism or someone visited this
14 planet and seeded life. I mean, that's pretty far
15 out, but it is one of the hypotheses.
16  Q. Let me draw your attention to the top of
17 page 10 of your report, all the way to the top. You
18 say, "The real problem may not be determining the
19 best explanation of the origin of the flagellum.
20 Rather it may be amending the methodological
21 strictures that prevent consideration of the most
22 natural and rational conclusion."
23         Can you tell me what you meant by
24 amending the methodological strictures?
25  A. In other words, it is limiting our

1 interpretation of natural phenomena. It has
2 consequences if you are only willing to accept the
3 laws of physics and chemistry, time and chance, as
4 an explanation of life on this planet, how it arose,
5 how it diversified, that could have -- that could be
6 a methodological stricture that has consequences in
7 terms of the progress of science.
8         Going back to Einstein's experience, he
9 came up with a radical new interpretation of the
10 universe that had philosophical, religious,
11 metaphysical implications. Whatever you want to
12 call it, he didn't like it, all right? And he
13 essentially fudged his equations to eliminate that
14 interpretation that impeded science.
15         All I'm saying is that I think in
16 biological systems we infer, in a consensus
17 viewpoint, that natural cause and effect is
18 sufficient to explain what we see, and I disagree
19 with that. It has the same types of implications
20 that were faced by the big bang theory, and that's a
21 legitimate area of exploration scientifically.
22  Q. On page one you say, kind of in the
23 middle of the last full paragraph on the page, you
24 refer to neo-Darwinism as the generally accepted
25 mechanism. So you would agree that evolution is a

Page 97

1 generally accepted theory in the scientific
2 community?
3  A. Sure.
4  Q. Would you agree that intelligent design
5 theory is not generally accepted by the scientific
6 community?
7  Q. Oh, I agree, I agree. Like I said, it is
8 a minority opinion; in some people's minds it is
9 heretical, okay? But again, you can look at the
10 history of science and that's how we progress, by
11 challenging the status quo and holding it up to, you
12 know, an explanatory filter that has got to be
13 consistent with the information as we see it.
14         I think it is legitimate debate. That's
15 why we are here. I respect Ken Miller and he is
16 serving a purpose in this debate, you know? He is
17 -- and I am all for it. I enjoy the interaction
18 that we have had in a limited sense.
19         That's how science works. You have areas
20 of contention that can be small, they can be large
21 with cosmological implications. But that's how we
22 progress, by keeping each other honest.
23  Q. In your report, again I've quoted -- and
24 this is before the beginning of the last paragraph
25 on page one, you state that, "Intelligent design