EXHIBIT 11

| Deposition | Plaintiffs' Designation | Defendants' Corresponding Counter Designation | Reason that Defendants' Counter Designation Must be Considered According to Fed.R.Civ.P 32(a)(4) |
|---|---|---|---|
| Warren Nord, June 7, 2005 | 94:9-95:5, 129:21-130:20 | 45:22-46:9 | Defendants' designation provides a clear statement that intelligent design is science, which relates to Plaintiffs' designations regarding how there is no Darwinian explanation for getting from non-living matter to living matter, and what the scientific establishment says about theories |
| | 94:9-95:5, 97:4-17 | 64:4-68:3 | Defendants' designation provides a full and uninterrupted explanation of Nord's position on the sections designated by Plaintiffs regarding an explanation for the origin of life in terms of intelligent design, Darwinian theory and gaps in evolutionary theory |
| | 97:4-17 | 76:18-77:15 | Defendants' designation addresses the topic of how intelligent design draws on what Plaintiffs term "accepted science," and provides part of Nord's view on those topics, and relates to the subject matter of Plaintiffs' designation regarding gaps in evolutionary theory and specifically Behe's cellular level research, which is noted in both Plaintiffs' and Defendants' designations |
| | 94:9-95:5, 97:4-17 | 82:8-83:13 | Defendants' designation addresses whether intelligent design is good science and why students should learn about it, and is related to Plaintiffs' designations about how there is no Darwinian explanation for certain origin of life issues |
| | 94:9-95:5, 97:4-17 | 86:5-15 | Defendants' designation explains a large gap in Darwin's theory, and appears shortly before two of Plaintiffs' designations also dealing with gaps in Darwinian theory |

| | 97:4-17 | 97:24-100:18 | Plaintiffs' have designated part of Nord's answer to a question and object to Defendants' designation, which is a continuation of the same unbroken answer regarding intelligent design theory |
| --- | --- | --- | --- |
| | 129:17-129:19, 129:21-130:20 | 130:21-144:1 | Defendants' designation immediately follows Plaintiffs' and is the continuation of a line of questioning about Nord's expert report and confirmation of scientific theories |

SHEET 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
CIVIL ACTION NO. 4:04-CV-2688

TAMMY J. KITZMILLER;          )
BRYAN REHM, CHRISTY REHM;     )
DEBORAH F. FENIMORE;          )
JOEL A. LIEB; STEVEN STOUGH;  )
BETH A EVELAND; CYNTHIA       )
SNEATH; JULIE SMITH;          )
ARALENE D. CALLAHAN           )     D E P O S I T I O N
("BARRIE"); FREDERICK B.      )
CALLAHAN,                     )          O F
                              )
                              )     W A R R E N
          Plaintiffs,         )
                              )          A.
      vs.                     )
                              )        N O R D,
DOVER AREA SCHOOL DISTRICT;   )
DOVER AREA SCHOOL DISTRICT    )        PH.D.
BOARD OF DIRECTORS,           )
                              )
                              )
          Defendants.         )
----------------------------- )

A P P E A R A N C E S

For the Plaintiffs:      Mr. Alfred H. Wilcox
                         PEPPER HAMILTON, L.L.P.
                         3000 Two Logan Square
                         Eighteenth and Arch Streets
                         Philadelphia, PA  19103-2799


For the Defendants:      Mr. Patrick Gillen
                         THOMAS MORE LAW CENTER
                         P. O. Box 393
                         Ann Arbor, MI  48106


In Chapel Hill, N.C.     Reported by:
June 7, 2005             Rebecca R. LeClair, CVR

PACE REPORTING SERVICE
P.O. Box 252 Cary, NC 27512
919-859-0000

SHEET 12

Warren A. Nord, Ph.D.        Direct        -42-

1  A   Okay.
2  Q   So the philosophical naturalists would say, "There
3      is no divine purpose in life"--
4  A   Uh-huh (yes).
5  Q   --"and, indeed, there is no divinity."
6  A   Uh-huh (yes).
7  Q   The philosophical naturalist would say, "There are
8      no absolute moral values; there are socially
9      useful"--
10 A   Okay.
11 Q   --"values." So the philosophical naturalists would
12     take a religious approach--
13            MR. GILLEN: Objection. I'm sorry.
14 Q   --in term--religion in the sense of providing
15     ultimate meaning--and say that there is no ultimate
16     meaning.
17            MR. GILLEN: Objection--
18 Q   Fair enough?
19            MR. GILLEN: Objection to the form. Go
20     ahead. Answer.
21 Q   And that was so clumsy, I'll come back and do it
22     again.
23            MR. GILLEN: No. You know what, Chub,
24     you and I both know it's a complicated subject

Warren A. Nord, Ph.D.        Direct        -43-

1      matter.
2  A   Okay. If--given the religious answer, if--if
3      "religion" means answering a question that has
4      religious implications--like "Is there meaning?"--
5      and if you say no, because you've given an answer
6      to a religious kind of question, then philosophical
7      naturalism, I suppose, could be called a kind of
8      religion.
9          I myself don't like to use "religion"
10     in--in that way. For--for me, a religious view is
11     a view that holds that there is some kind of
12     purpose or meaning to existence beyond naturalism,
13     so that naturalism simply--it--it doesn't make much
14     sense to call that a religious view. But that--
15     that's a view about--that's my effort to try and
16     avoid using the word "religion" in an unduly
17     controversial or complicated way.
18 Q   And forgive me, because my notes got in the way of
19     my information. You said a religious view as you
20     would view it requires that there is a meaning or
21     purpose to life, did you say?
22 A   To reality.
23 Q   To reality?
24 A   To reality. That's right. There is a dimension to

Warren A. Nord, Ph.D.        Direct        -44-

1      reality or an aspect of reality that--that
2      transcends what we can know naturalistically. And
3      the different great world religions have defined
4      that in very different senses. And in some
5      religious traditions, you--you have God, and in
6      others, you have nirvana, or Brahman, or the Tao,
7      and something that doesn't look all that familiar
8      to our idea of God within the Western tradition,
9      but it's still an understanding of reality that
10     transcends in some--in important ways what--what a
11     naturalistic scientific worldview allows us to--to
12     say about reality.
13          And that's crucial to religion, to my way
14     of thinking, so that naturalism doesn't become
15     religious just because it gives negative answers to
16     religious questions.
17 Q   Okay.
18 A   I'm--I'm not sure that much hangs on that, in the--
19     in the end, even constitutionally, but--but I think
20     that's the clearest use of--of the term "religion."
21 Q   And to wrap up this segment--
22 A   Okay.
23 Q   --is it your view that that religious--strike that.
24          Is it your view that that appreciation

Warren A. Nord, Ph.D.        Direct        -45-

1      for the reality of a transcendent purpose to
2      reality needs to be brought into both science and
3      science education in public schools?
4            MR. GILLEN: Object to the form.
5  A   Let me give you a qualified yes, because a
6      straightforward yes would invariably be
7      misunderstood. So--and again, my understanding--
8      the--the conception of science education that I
9      argue for is locating science, in part,
10     historically and philosophically in relationship to
11     other subjects, other areas of our cultural life.
12     So that a good science education should help
13     students understand the relationship of science to
14     moral issues, political issues, religious concerns.
15          That doesn't mean that religious views
16     should be understood to be--should be understood to
17     provide some kind of legitimate alternatives to
18     science, that they can become--that--that they--for
19     example, that--that Genesis should be taught in a
20     science class--class as a contender with
21     establishment science, no.
22          Science classes should teach science. I
23     think they should include some discussion of IDT
24     because IDT should be considered science. At the--

Warren A. Nord, Ph.D.     Direct          -46-

1    at--at the least, students should be made aware of
2    the controversy over whether IDT is science. But
3    any science class should also locate students
4    within the larger cultural conversation we're
5    having about important things.
6        So, to that extent, religious, moral, and
7    political views that science impinges on, has
8    implications for, need to be part of the framework
9    for locating students.
10       MR. WILCOX: Okay. Why don't we take a
11   little break.
12       MR. GILLEN: Sure.
13       MR. WILCOX: We've been going for an
14   hour.
15       MR. GILLEN: Certainly.
16   -----------------------------
17        (ELEVEN-MINUTE RECESS)
18   -----------------------------
19  Q   (By Mr. Wilcox) If you will turn to the second
20      page of your opinion--
21  A   (Examines paperwritings.) Uh-huh (yes).
22  Q   --there's a paragraph under the heading "Critical
23      Thinking."
24  A   Yes.

Warren A. Nord, Ph.D.     Direct          -47-

1   Q   And it's the next-to-the-last paragraph. And you
2       say, quote, "We disagree deeply in our culture
3       about how to make sense of nature," and then the
4       sentence continues.
5   A   (Examines paperwritings.) Uh-huh (yes).
6   Q   And I want to go into each of the parts of it.
7   A   Okay.
8   Q   In talking about this disagreement in our culture
9       about how to make sense of nature, are you talking
10      about this question whether there is or is not a
11      transcendent purpose in reality?
12          MR. GILLEN: Objection to the form.
13  A   Yes. But again, the--the controversy occurs on, I
14      think, two different levels. One is the level of
15      our culture wars, where the--the issue is
16      oftentimes framed in terms of creationism versus
17      evolution. And--as I said, I--I think we need
18      to recognize that there are alternative positions
19      there, that the usual culture-wars rhetoric doesn't
20      work very well.
21          And then there's also disagreement
22      among--more narrowly among scholars--and, in fact,
23      I think, among scientists--about how to make sense
24      of nature, so--where IDT is--is one of the major

Warren A. Nord, Ph.D.     Direct          -48-

1    issues.
2        But that--it's not--that's not the only
3    source of that kind of conflict. It comes up with
4    regard to fine-tuning in cosmological evolution.
5    It comes up with regard to the origins of life. It
6    comes up with the nature of mind and morality.
7    There are--there are conflicts there among
8    scholars, among philosophers and scientists and
9    sometimes theologians, that the public is simply
10   unaware of. So--so, you know, we've got to do a
11   kind of two-layer analysis, I think.
12  Q   Okay. You continue in the sentence, "we disagree
13      about evolution."
14  A   Uh-huh (yes).
15  Q   Is this the disagreement as to whether evolution
16      has purpose or not, or is this the disagreement as
17      to whether evolution explains the origin of species
18      or not?
19          MR. GILLEN: Object to the form.
20  A   Well, again, there are several different
21      disagreements. As I said, there's--there's the
22      culture-wars disagreement, where it's evolution
23      versus creationism oftentimes. There's a more
24      sophisticated analysis which--which says it's not

Warren A. Nord, Ph.D.     Direct          -49-

1    evolution versus creationism, but it's different
2    understandings of evolution: Is there a design, is
3    there a purpose to evolution? And then there's--
4    there's the--the conflict within and on the borders
5    of science about whether or not there should be
6    design explanations allowed into science. So--so
7    it's a multilayered disagreement, I think.
8   Q   And--and the third sentence--the third statement in
9       this sentence is, quote, "we disagree about the
10      relationship of science and religion."
11  A   (Examines paperwritings.) Yeah.
12  Q   And this is something that I don't think we've
13      talked about yet this morning. What is the
14      disagreement about the relationship of science and
15      religion that you refer to?
16  A   Well, one of the questions is, of course, whether
17      design explanations should be allowed into science
18      or whether they're inherently religious. And my
19      view, as I say later in the paper, is that they
20      should be allowed into science, that they aren't,
21      by their nature, religious.
22          But there's--you know, there's a huge
23      literature now on the relationship of religion and
24      science. Ian Barbour, in the kind of work that's

SHEET 17

Warren A. Nord, Ph.D.     Direct     -62-

1  Q     Can--I want to focus on high school here.
2  A     Yeah.  Four years of--of high--
3  Q     Okay.
4  A     --high-school science, and four years of science
5        shaped by methodological naturalism.  And it--it
6        conveys to them, unless a good deal of time and
7        effort is spent, the idea that science can actually
8        tell us everything that's to be said about nature.
9              And--and that's controversial.  And that
10       inevitably--naturally, at least--slides over into a
11       kind of philosophical naturalism.  The only way to
12       avoid that is to give them some kind of substantive
13       examples of--and which a liberal education
14       requires--of how science might have limitations
15       and--and how design might figure into our
16       understanding of nature, or even how nature, as
17       understood by modern science, might relate to God.
18             MR. WILCOX:  May I have that repeated,
19       just the last twenty words?
20       (Whereupon, the sentence at Lines 11 through 17
21             on this page was read back.)
22  Q    (By Mr. Wilcox)  I did not understand your
23       reference to design--
24  A     Uh-huh (yes).

Warren A. Nord, Ph.D.     Direct     -63-

1  Q     --in that last answer to necessarily be a reference
2        to what we've been talking about as intelligent-
3        design theory.
4  A     Uh-huh (yes).
5  Q     Did you understand it to refer to intelligent-
6        design theory, or, more broadly, to the question of
7        a transcendent god providing a purpose in life--
8              MR. GILLEN:  Objection to form.
9  Q     --or--or in reality?
10  A    I'm not sure that I understand the question.
11  Q    Okay.  We've been talking design, I think, in two
12       different senses.
13  A    Uh-huh (yes).
14  Q    One is the narrow, inferential, explanatory--
15  A    Uh-huh (yes).
16  Q    --sense of intelligent-design theory--
17  A    Right.
18  Q    --and the other is--and perhaps we haven't been
19       talking about it; it's only me thinking fuzzily
20       about it--design in the sense of a purpose--
21  A    Uh-huh (yes).
22  Q    --of reality--
23  A    Uh-huh (yes).
24  Q    --that purpose being informed by a transcendent

Warren A. Nord, Ph.D.     Direct     -64-

1        god.
2              MR. GILLEN:  Object to form.
3  Q     Is that consistent with your understanding?
4  A     So, there are three possibilities here.  One is the
5        narrowest sense that--where a scientist might
6        suggest a design explanation with regard to some
7        fairly discrete phenomenon--how cells work, for
8        example.
9              And then secondly, there's a larger
10       question about whether that provides some kind of
11       evidence for claims that there is a purpose in
12       nature that--that--or a design in nature.
13             And then there's a third level, which is,
14       how do we explain that design in nature?  Do we
15       appeal to a supernatural god--to a god or a
16       supernatural being who causes it?
17             My argu--my position is that--of course,
18       that you can make design explanations, and you can
19       hold the position that there's design in nature
20       apart from any commitment, theological commitment,
21       to a god or to a supernatural being, that those are
22       distinguishable--conceptually distinguishable kinds
23       of--of questions.  All the time, in--in our
24       ordinary everyday relationships, and indeed in the

Warren A. Nord, Ph.D.     Direct     -65-

1        practice of science, we talk about things being
2        designed with--without presupposing that--that we
3        have to use religious language or theological
4        language in doing that.
5              So, certainly, we can talk of the idea of
6        design as conceptually independent of the--of the
7        idea of God.  But, of course, when we talk about
8        the design inherent in cells or in fine-tuning
9        after the Big Bang, of course, the big question is,
10       how does that design get to be there?  But it's
11       still a conceptually discrete question.  You don't
12       have to have a religious--you--you can--you can
13       still have evidence for and a make a good argument
14       for design without having any kind of theological
15       or religious commitments, it seems to me.
16             So I--I want to be careful to distinguish
17       design questions from religious questions.  And--
18       and that's what allows me to say that design
19       questions should be allowed in a somewhat enlarged
20       science.  That doesn't run us the risk of making
21       science into a quasi-religious endeavor or a
22       theological endeavor.
23  Q    Can you identify for us one intelligent-design
24       theorist who claims that the source of the design

SHEET 18

Warren A. Nord, Ph.D.     Direct     -66-

1    was some extraterrestrial alien?
2  A  Now, I know that Francis Crick argued that maybe
3    life arose here as a result of intelligent beings
4    elsewhere in the universe sort of implanting it.
5    But he, of course, wasn't an intelligent-design
6    theorist.
7       I guess I just don't--I don't see the
8    point. No, I mean, intelli--but intelligent-design
9    theorists claim that in the--claim that they can
10   do--that they can make design arguments apart from
11   theological convictions or--or commitments. And
12   that makes perfectly good sense to me.
13      Undoubtedly, some, maybe many, maybe most
14   of all them, do have religious convictions. But
15   still, you can distinguish the--the design
16   argument, the evidence for the design argument,
17   from the theological position which they may or
18   they may not hold. So that intelligent design as
19   science doesn't imply or require any kind of
20   religious worldview or conviction. It--it may well
21   be that the only way--or that the best way--maybe I
22   should say "the best way." It may well be that the
23   best way of explaining the design is in terms of a
24   supernatural god.

Warren A. Nord, Ph.D.     Direct     -67-

1       But there certainly are a variety of
2    philosophical positions and very liberal religious
3    positions which hold that there's design in the
4    world but that it's not there because of a
5    supernatural god, the kind of god that's part of
6    orthodox religious traditions: Aristotelian views;
7    process-theology, process-philosophy views; some
8    feminist views of nature.
9       So--so--and again, I want to draw that
10   sharp distinction between design on the one hand
11   and supernaturalistic religion on the other.
12   Design is supernaturalistic in sense "B." Design
13   isn't allowed, given the constraints of
14   methodological or philosophical naturalism, but you
15   can still have design without committing yourself
16   to supernaturalism "A," which is a designer--an
17   independent supernatural god. Next question.
18  Q  Do you know of any intelligent-design theorists who
19     are not also practicing Christians?
20  A  I don't know the religious backgrounds of many of
21     them. I know Behe's a Catholic. I don't know if
22     he's a good Catholic or a bad Catholic. That's his
23     tradition. And I know that Phillip Johnson has
24     made various kinds of remarks that suggest he's

Warren A. Nord, Ph.D.     Direct     -68-

1    religious in some deep sense. But, I mean, that's
2    all--about all I know about their private religious
3    views.
4  Q  You pose the question, in your report, at the top
5    of Page 5, "Is IDT science?"
6  A  Uh-huh (yes).
7  Q  And you suggest, quote, "Arguably, what should be
8    taken seriously as science is in part, at least, a
9    matter of what good scientists take seriously."
10   That strikes me as fairly circular. How do you
11   identify what is a good scientist if you don't have
12   a notion of what science is?
13  A  Well, it--it moves the focus from science in the
14   abstract to what particular individuals do. So,
15   first of all, it's important to point out the "is
16   in part," because it's in part a matter of
17   something else, which is philosophical
18   considerations.
19      But one way of--of deciding what good
20   science is is to look at what scientists do, and
21   that shifts the focus: Okay, then, what makes for
22   a good scientist? And--and the answer there is,
23   given our ordinary understanding of science, it's
24   somebody who's gotten a Ph.D. from a research

Warren A. Nord, Ph.D.     Direct     -69-

1    university, who perhaps teaches in research
2    universities, who publishes in journals, and who
3    has certain kind of credentials. And then what
4    those folks do is--is define good science for us.
5       Some of the folks with those kinds of
6    credentials--not many, but a significant number--
7    the leading intelligent-design theorists have
8    Ph.D.s from good, reputable research universities
9    and teach in research universities, have published
10   some in--in the peer-reviewed journals, and--and
11   yet, they--and they--they know establishment
12   science inside and out, and yet they have come to
13   believe that methodological naturalism is too
14   restrictive, that it's a--a kind of--well, it's in
15   effect a kind of scientific fundamentalism that
16   doesn't allow design explanations to be taken
17   seriously.
18      And--and so one of the ways of defining
19   what good science is is to see what scientists with
20   the appropriate kind of credentials end up doing.
21   And so it's important, I think, that these aren't
22   people who went to Bible colleges or that rely for
23   their understanding of nature on--on Genesis, but
24   that they are thoroughly and totally at home in

SHEET 20

Warren A. Nord, Ph.D.    Direct    -74-

1    establishment science?"

2  A  Yeah.

3  Q  Other than Michael Behe, can you identify for us
4     one intelligent-design theorist who has a standing
5     within establishment science? I'm not talking
6     about mathematics; I'm talking science.

7  A  I--I guess, if the question is "Are there people
8     who established a relationship and published in
9     science before they became intelligent-design
10    theorists?" I--I don't know. You know, about the
11    best that I can do in response to that question is
12    to say I'm not a scientist, and I do observe this
13    debate more through the kind of general literature
14    than through my reading of scientific journals or
15    the science--the science itself.

16 Q  You continue: "What kinds of research have they
17    done?" I--I assume here you're talking about IDT
18    scientists and what kinds of IDT research have they
19    done?

20 A  No, not necessarily. Have they done--but here,
21    it's important--again, I mean, anybody who gets a
22    Ph.D. from a research university is going to
23    have--have done research in establishment science,
24    and so that's crucial.

Warren A. Nord, Ph.D.    Direct    -75-

1     How familiar are they with establishment
2     science? What kinds of credentials do they have
3     because of their--their educations and things that
4     they might have published apart from--from IDT?
5     And it's a more-or-less kind of question. That's
6     relevant to--to judging--and--and again, how much
7     of establishment science do they have to reject?

8     If you're a creation--an old-fashioned
9     creation scientist and have to give up carbon-14
10    dating, and the age of the earth, and dinosaurs,
11    and all kinds of other things like that, you know,
12    that's an argument for saying that just can't be
13    considered science. But I take it that most of the
14    IDT people don't do that, that they accept an awful
15    lot of science.

16 Q  Do they accept that man evolved from lower life
17    forms?

18    MR. GILLEN: Object to the form.

19 A  I don't know. I suppose I have to say I don't know
20    the answer to that. I know in--in at least a few
21    cases--I mean, Behe, I know, accepts evolution;
22    he's an evolutionist. And as a matter of fact, he
23    said--in a New York Times piece this spring, he
24    says most IDT theorists are evolutionists; it's

Warren A. Nord, Ph.D.    Direct    -76-

1     just that they think the design has to enter into
2     the question of evolution. So, in some sense, yes,
3     we descend from other life forms. It's just that
4     you can't explain that evolutionary process in
5     neo-Darwinian terms--or you can't explain it fully
6     in neo-Darwinian terms.

7  Q  Do IDT theorists tend to believe that the great
8     majority of species were--suddenly appeared--

9     MR. GILLEN: Objection to form. Spec--

10    sorry.

11 Q  --with no record in the fossil record?

12 A  I--

13    MR. GILLEN: Objection to form.

14    Speculation.

15 A  I--I don't know.

16 Q  Do you remember reading that in Pandas and People?

17 A  No.

18 Q  You pose the question "To what extent does the
19    theory draw on accepted science?" "Draw on" is a
20    little vague. Is it your view that intelligent
21    design draws on methodological naturalism?

22 A  It certainly draws on--I mean, it certainly draws
23    on--on other aspects of science. And insofar as--
24    as pretty much all science is defined by

Warren A. Nord, Ph.D.    Direct    -77-

1     methodological naturalism, it certainly draws on
2     the conclusions of that science to--as--as part of
3     its case.

4     I mean, again, to think of Behe, he
5     doesn't--you know, this doesn't come all out of the
6     blue, his theory. He's--he locates his design
7     arguments in the context of very deeply textured
8     understandings of the cell, which is drawn from--
9     from establishment science. So it's--it's not,
10    again, like the old-fashioned creation scientists,
11    who dismiss so much of establishment science and--
12    and make arguments that are unrelated to
13    traditional or--or modern establishment science.
14    It--again, it just seems to me to be quite a
15    different kind of--of thing.

16 Q  Let's try to get at this another way, perhaps. Do
17    you understand intelligent-design theory to be a
18    testable and tested hypothesis?

19 A  Yes, although the tests certainly would be somewhat
20    different from those employed in methodolo--within
21    a methodological naturalism. They may be
22    statistical tests, like Dembski--Dembski offers,
23    or, you know, the notion of irreducible complexity
24    that Behe uses. I mean, that's certainly--that's--

SHEET 22

Warren A. Nord, Ph.D.     Direct     -82-

1     maybe most of them, also come to their convictions
2     out of an independent assessment of the evidence.
3     Maybe they're open to design explanations because
4     of religious convictions that they have, but--but
5     that's a different question from whether those
6     religious convictions actually drive or shape their
7     conclusions as scientists.
8  Q  Okay. You continue that "whether or not IDT is
9     good science is in part, at least, a philosophical
10    question."
11 A  Yeah.
12 Q  And you then state, "Modern science has prided
13    itself on its openness to new evidence and to the
14    potential falsification of its theories." Would
15    you agree that modern science, however, is not open
16    to different methodologies; it insists on--
17 A  Yes.
18 Q  --methodological naturalism?
19 A  Yes. And that then becomes the kind of
20    philosophical question that it's important for
21    science--scientists themselves and students who
22    study science to be educated about: Is
23    methodological naturalism--should methodological
24    naturalism define modern science? Because if--if

Warren A. Nord, Ph.D.     Direct     -83-

1     that question isn't opened up for discussion,
2     then--then you get what I call scientific
3     fundamentalism, whereby students are expected to
4     accept methodological naturalism more or less as a
5     matter of faith, or, that is to say, of trust in
6     the scientific establishment, rather than any kind
7     of reasoned conviction about it.
8         The only way to--to have a re--a reasoned
9     position on methodological naturalism is if you
10    understand something of the alternatives or the--
11    the debate about the adequacy of methodological
12    natural--methodological naturalism going on in our
13    larger intellectual life.
14 Q  To some extent, intelligent-design theorists
15    reference things like Mount Rushmore.
16 A  Yeah.
17 Q  You're familiar with that--
18 A  Yeah.
19 Q  --sort of "I know it when I see it"?
20 A  Uh-huh (yes).
21 Q  That, of course, presupposes that the intelligence
22    underlying the design is an intelligence much like
23    human intelligence, doesn't it?
24 A  Yeah. Well, I mean, that analogy does, yes. Or by

Warren A. Nord, Ph.D.     Direct     -84-

1     analogy, yes.
2  Q  Which connotes that man is created in the image of
3     God, does it not?
4  A  Well--
5         MR. GILLEN: Object to form.
6  A  --no, because, again, I want to distinguish between
7     supernaturalism "A" and supernaturalism "B" simply
8     because there are some folks in the history of
9     thought who are supernaturalists "A," and there are
10    some folks who are supernaturalists "B," and--and
11    intelligent design is compatible with either.
12        It doesn't require God understood in
13    traditional terms of Judaism, Christianity, and
14    Islam. It could be simply the presence of design
15    in the universe in ways in which other philosophers
16    have understood as--as a possibility but that
17    doesn't rely on--on the idea of God. So--and
18    that's a crucial distinction. I--I don't want to
19    lang--we don't--we don't necessarily have to have
20    God just because we have design.
21 Q  I'd like to switch gears and talk about the
22    educational value--
23 A  I'm happy to switch gears.
24 Q  --of the Dover Area School District--

Warren A. Nord, Ph.D.     Direct     -85-

1  A  Okay.
2  Q  --update of the biology curriculum. The biology
3     curriculum was updated to include a preliminary
4     statement as follows, quote: "Students will be
5     made aware of gaps, slash, problems in Darwin's
6     Theory and of other theories of evolution,
7     including, but not limited to, Intelligent Design."
8     What are the--do you have any understanding as to
9     what is meant by the "gaps, slash, problems in
10    Darwin's Theory"?
11 A  (Examines paperwritings.) I don't know what--since
12    I haven't read any literature or talked with any of
13    the people--what the authors of that statement
14    mean. I--I can speculate as to what it might be or
15    what I would take them to be, the--the
16    gaps/problems.
17 Q  Would it, in your mind, be a reference to gaps in
18    the fossil record, for example?
19 A  It could be. That's certainly one of the--the
20    kinds of gaps that oftentimes are mentioned,
21    particularly in--in intelligent-design literature.
22 Q  And could it be also the difficulty that evolution
23    has in explaining the crossover from chemistry to
24    life?

SHEET 23

Warren A. Nord, Ph.D.     Direct                    -86-

| | | |
|---|---|---|
| 1 | A | That would certainly be one of the possibilities, |
| 2 | | yes. |
| 3 | Q | Can you think of any other gaps, slash, problems in |
| 4 | | Darwin's theory? |
| 5 | A | Well, I think another big one would be the |
| 6 | | development of--of sexual reproduction. My |
| 7 | | understanding is that--this is nothing I'm an |
| 8 | | expert on, but my understanding is that that does |
| 9 | | create a large problem, how you get sexual |
| 10 | | reproduction where only the--half the genes of--of |
| 11 | | each parent become transmitted to the offspring, |
| 12 | | that that's not what neo-Darwinism would--would |
| 13 | | lead one to think should happen. So how do you-- |
| 14 | | how do you get bisexual reproduction? That might |
| 15 | | be one. I don't--I don't know. |
| 16 | | I mean, certainly, there are particular |
| 17 | | kinds of cases, the things that Behe talks about, |
| 18 | | in--in cellular biology and biology. There's-- |
| 19 | | there's the kind of problem that Gould tried to |
| 20 | | address with punctuated equilibria, the rapid |
| 21 | | transitions in evolution. I suspect that's |
| 22 | | probably one. And then the absence of--of fossil-- |
| 23 | | intermediate fossils in those kinds of cases. I |
| 24 | | suspect those are the kinds of things, but I don't |

Warren A. Nord, Ph.D.     Direct                    -87-

| | | |
|---|---|---|
| 1 | | know what in particular the authors meant. |
| 2 | Q | Well, let me just test--see if I understand--strike |
| 3 | | that. |
| 4 | | I'd like to ask you if you have an |
| 5 | | understanding as to the structure of this sentence. |
| 6 | | One way to read it is that students will be made |
| 7 | | aware of gaps/problems in Darwin's theory and that |
| 8 | | they will be made aware of gaps/problems in other |
| 9 | | theories of evolution. |
| 10 | A | Yes. |
| 11 | Q | Do you read it that way? |
| 12 | | MR. GILLEN: Objection. Form. |
| 13 | | Speculation. |
| 14 | A | (Examines paperwritings.) I'm puzzled as to that |
| 15 | | sentence, too. I--that seems to be--do you want to |
| 16 | | a suggest another reading to it? |
| 17 | Q | Another reading might be "Students will be made |
| 18 | | aware of gaps/problems in Darwin's theory, and |
| 19 | | they"-- |
| 20 | A | And then made aware of other theories. |
| 21 | Q | --"and then they will also be made aware of other |
| 22 | | theories of evolution, including intelligent |
| 23 | | design." |
| 24 | A | Well, I suspect that's what it means because-- |

Warren A. Nord, Ph.D.     Direct                    -88-

| | | |
|---|---|---|
| 1 | Q | The latter? |
| 2 | A | Right, probably, but--but I don't know. |
| 3 | Q | Okay. |
| 4 | A | I don't know. |
| 5 | Q | In your view, is intelligent design another theory |
| 6 | | of evolution? |
| 7 | | MR. GILLEN: Objection. Form. |
| 8 | | Speculation. |
| 9 | A | Well, I mean, I--my impression is that at least |
| 10 | | some, Behe says most, intelligent-design theorists |
| 11 | | accept evolution. The question is the mechanism of |
| 12 | | evolution. I don't know whether that's the case. |
| 13 | | I--I just don't know whether most intelligent- |
| 14 | | design theorists accept evolution in--in some form. |
| 15 | | Well, I don't know. |
| 16 | Q | Okay. So, if the school board had in mind that |
| 17 | | intelligent design was an alternative theory of |
| 18 | | evolution to Darwinian theory-- |
| 19 | A | Uh-huh (yes). |
| 20 | Q | --you would say that that's not consistent with |
| 21 | | your understanding of intelligent design? |
| 22 | A | I'm sorry. Say that again? If-- |
| 23 | Q | If the school board-- |
| 24 | A | Uh-huh (yes). |

Warren A. Nord, Ph.D.     Direct                    -89-

| | | |
|---|---|---|
| 1 | Q | --understood that intelligent design was a theory |
| 2 | | of evolution-- |
| 3 | A | Uh-huh (yes). |
| 4 | Q | --that stood in contrast to Darwinian-- |
| 5 | A | Uh-huh (yes). |
| 6 | Q | --evolution, you would say that is not consistent |
| 7 | | with your understanding of intelligent design? |
| 8 | A | I guess what I want to say is that intelligent |
| 9 | | design is certainly compatible with evolution, or |
| 10 | | many--many intelligent-design theorists, my |
| 11 | | impression is, accept evolution but reject natural |
| 12 | | selection as the--as able to explain evolution. |
| 13 | | But--but I just--I don't know what that sentence |
| 14 | | means. |
| 15 | Q | And isn't it also true that many intelligent-design |
| 16 | | theorists don't accept that some aspects of |
| 17 | | biological life-- |
| 18 | A | Uh-huh (yes). |
| 19 | Q | --could not be the product of evolution? |
| 20 | A | I mean, certainly, there are some who believe |
| 21 | | that-- |
| 22 | Q | Behe, for example, doesn't use-- |
| 23 | A | Yeah. That's right. Not the product of |
| 24 | | neo-Darwinian evolution. |

SHEET 25

Warren A. Nord, Ph.D.     Direct          -94-

1       can--I could--that's not the only possibility. The
2       other possibility would be that--another
3       possibility would be that they mean "We simply
4       don't raise religious or philosophical questions
5       about where life came from. We stick to science."
6       I mean, it could mean that. That might be a
7       somewhat naive view, but it--it could mean that,
8       too.
9   Q   Okay. The statement continues, quote, "Intelligent
10      Design is an explanation of the origin of life"--
11  A   Uh-huh (yes).
12  Q   --"that differs from Darwin's view." What was
13      Darwin's view on the origin of life?
14  A   I wouldn't--I wouldn't--I wouldn't write the
15      sentence that way, either. The point is--all
16      right. If--if "the origin life" does mean how do
17      you get from nonliving matter to--to life, then
18      there's no Darwinian explanation. And in fact, as
19      I understand it, that is a huge scientific mystery
20      still. We--we just don't know how--how that
21      happened either on grounds of methodological
22      naturalism or maybe any other, other than religious
23      or philosophical, I suppose. There are
24      possibilities there.

Warren A. Nord, Ph.D.     Direct          -95-

1       So--so, yes, if--if the reference is to
2       the transition from--from nonliving matter to
3       living matter, then there wasn't a Darwinian theory
4       about that. Darwinism only kicks in once you've
5       got reproduction.
6   Q   So, if instead we read this as referring not to
7       "origin of life" but to "origin of species"--
8   A   Origin of species and--and how did human beings
9       come to be out of prehominids or--or whatever, then
10      it's true that intelligent design might well have--
11      or--or would have a different account of how that
12      story goes because of its willingness to use design
13      explanations.
14  Q   If intelligent-design theorists are primarily
15      evolutionists, it's not really a different
16      explanation for the origin of life, is it?
17          MR. GILLEN: Objection to--
18  A   Oh, sure it is. Sure it is.
19  Q   It's only a difference from neo-Darwinism--
20  A   Yes.
21  Q   --not from Darwin's view, correct?
22  A   No.
23          MR. GILLEN: Objection.
24  A   It would also be from Darwin's view. And what

Warren A. Nord, Ph.D.     Direct          -96-

1       Darwin didn't have was modern genetics. But Darwin
2       still had natural selection, and that was the
3       mechanism that he thought worked on chance
4       variations. But he couldn't explain the chance
5       variations, and--and biologists couldn't till we
6       get modern genetics.
7           But, still, for Darwin--Darwin says in
8       his autobiography there's no more direction in
9       evolution than in the way the wind is blowing--how
10      does he put it?--there's no more design in--in
11      evolution than in the way the wind blows. And
12      Darwin was clear it was an unguided, purposeless
13      process.
14          So, if you--if you introduce design, if
15      you allow design explanations, you've at least got
16      the possibility for a--a quite different account of
17      how human beings come to be. Now, you--
18  Q   Now, let me interrupt--
19  A   Okay. All right.
20  Q   --if I may, because I would ask you to point me to
21      the writings of any intelligent-design theorist
22      that claims there is a purpose in evolution and
23      explains what that purpose is.
24          MR. GILLEN: Objection to the form.

Warren A. Nord, Ph.D.     Direct          -97-

1   A   I--I think that neo-design--pretty soon, we'll have
2       neo-design theory.
3   Q   We already do.
4   A   Intelligent-design theory is in its infancy, and--
5       and, you know, maybe--you know, it may be it won't
6       be long-lived. I--I don't know. But I don't think
7       there's anything like a full-fledged, at this
8       point, intelligent-design theory that--what, I
9       mean, Behe does is show that at the cellular level
10      there are various kinds of--of problems.
11          There are others--there are other gaps in
12      the evolutionary account that we talked about
13      earlier for which design explanations--for--for
14      which we might find or appeal to design
15      explanations, but--but I don't think there's
16      anything like a full-fledged intelligent-design
17      theory yet.
18          But still, what intelligent-design
19      theorists have come up with is very suggestive
20      and--and, I think, significant, in part because of
21      its implications, and particularly for its--the
22      questions it raises about the nature of science and
23      whether science needs to be defined more broadly.
24  Q   Can we agree that, as you understand it,

Warren A. Nord, Ph.D.     Direct          -98-

1      intelligent design is not an explanation of the
2      origin of life in the sense of life going from
3      innate chemistry to living matter?
4   A  I don't think that there's a complete theory there.
5      There's--that's my impression.  Again, I mean,
6      I'm--I'm a philosopher looking at this literature
7      from some distance, but my impression is that
8      there's not a complete theory of how design figures
9      in at all stages of evolution, that there are some
10     gaps, some problems for Darwinists, and there are
11     some particular places where design looks like a
12     pretty obvious explanation where there are no
13     competing Darwinian explanations.  So that there's
14     kind of the sketch of a--of an alternative theory
15     that's--that's available.  But--but, obviously, a
16     lot of work still needs to be done to fill in that
17     sketch.
18             One other thing that I'd say here, too,
19     that seems to me to be important, and--and that is
20     that, I mean, one of the reasons that I take design
21     theory seriously as a possible explanation,
22     competing explanation, is that it seems to me that
23     you can make a fairly strong case for design in
24     cosmological evolution, the kind of anthropic

Warren A. Nord, Ph.D.     Direct          -99-

1      fine-tuning arguments that have received a lot of
2      discussion among cosmologists and philosophers.
3   Q  Just--
4   A  At one end--
5   Q  Just so we are--are communicating, "cosmology"
6      meaning how the universe got to--
7   A  Yes.
8   Q  --be the way it is?
9   A  Yeah.  In the--in the wake of the Big Bang, the
10     very extraordinary set of coincidences that
11     allowed--that made this universe a universe that in
12     the end produces life.  The--the extent to which
13     cosmologists and defenders of the naturalistic
14     worldview have to go to re--to discredit that
15     idea usually requires the appeal to an infinite
16     number of universes, which is an extraordinary move
17     to make.
18             So--so, you--you get a kind of plausible
19     design argument out of fine--cosmological
20     fine-tuning.  And on this end, thirteen billion
21     years later, there's--there's a fair amount of--
22     secular philosophers oftentimes reject naturalistic
23     explanations of the mind.  One doesn't have to be
24     religious, by any means, to believe that naturalism

Warren A. Nord, Ph.D.     Direct          -100-

1      is inadequate to explain the mind, that you need--
2      that--that mind is something that requires a quite
3      different kind of explanation than modern science
4      and naturalism can--can provide.
5              So that at both ends of our thirteen-
6      billion-year history, you've got design that--that
7      oftentimes is--is argued for on secular grounds
8      rather than religious grounds.  So that the
9      intervening stages of how life came to be and--and
10     biological evolution--that--that there are design
11     explanations which are now being made available
12     seems to fit a larger pattern than--so, in part--
13     that's one of the reasons that I take it seriously,
14     is that it--it fits that larger pattern, and you
15     don't just look at the--you don't have to just look
16     at the kinds of arguments that Behe makes about
17     cells.  That's an important piece of the puzzle,
18     but--but the puzzle's a big puzzle.
19  Q  Spanning thirteen billion years?
20  A  Spanning thirteen billion years, yeah, that's
21     right.
22             MR. GILLEN:  Let the record reflect it is
23     not a young earth.
24             THE WITNESS:  Yeah.

Warren A. Nord, Ph.D.     Direct          -101-

1   Q  The statement goes on to say, quote, "The school
2      leaves the discussion of the Origins of Life to
3      individual students and their families."  In your
4      view, that is not a good thing, is it?
5              MR. GILLEN:  Objection to form.
6   Q  Shouldn't a liberal education address discussion of
7      origins of life?
8   A  Yes.  But--but again, I don't know exactly what the
9      authors meant by--
10  Q  Whichever they mean--
11  A  --teaching the origins of life.
12  Q  --whether they mean converting from innate
13     chemistry to living matter--
14  A  Yeah.
15  Q  --or whether they mean how speciation occurred--
16  A  Yeah.
17  Q  --whichever they meant, you would think schools--
18  A  Well--
19  Q  --a liberal education should address it?
20  A  A liberal education should, and invariably does.
21     It's just a question of whether it's implicit or
22     explicit.
23  Q  Then this--there's an explanation, which reads,
24     quote, "The foregoing statements were developed to

Deposition of:  Warren A. Nord, Ph.D.

Warren A. Nord, Ph.D.     Direct          -126-

1     about it.  So a liberal education requires that--

2     that schools provide students some kind of

3     understanding of these larger philosophical,

4     sometimes religious, questions.  Otherwise, we

5     leave them unable to think critically about the

6     conclusions that we present to them.

7  Q  And I take it, in your view, the ninth grade is

8     certainly none too early to start?

9  A  I--no.  I--I think there's a real question about

10    when students became--become mature enough to deal

11    with controversial kinds of issues and able to

12    understand the alternatives.  So that I would say

13    there's a real difference between elementary and

14    secondary schools in when we start introducing them

15    to--to deeply controversial points of view and

16    arguments and discussions.

17       But ninth grade is when many students

18    study biology, and it may be the only time that

19    many students study biology.  So that it's

20    essential that they get some introduction to the

21    fact that there are contending ways of

22    understanding nature at that time.

23  Q  Would it be better, in your view, for high schools

24    to teach biology in the twelfth grade instead of

Warren A. Nord, Ph.D.     Direct          -127-

1     the ninth grade?

2        MR. GILLEN:  Objection.  Speculation.

3        MR. WILCOX:  As to what his own view is?

4        MR. GILLEN:  Well, yeah.  What did you

5    ask him?  I'm sorry, Chub.  I thought you said--

6    should they do it?

7        THE WITNESS:  I'm--I only speculate about

8    my own views.

9        MR. GILLEN:  Okay.  Good.

10  Q  (By Mr. Wilcox)  No, I detected in your last answer

11    the notion that because that's where high schools

12    teach biology that's where it has to be addressed.

13    But I'm saying--

14  A  It's not the only place where it has to be

15    addressed.  I mean, I think physics courses should

16    deal with the question of cosmological fine-tuning

17    and--

18  Q  But I'm sticking with biology for a minute and--

19  A  Yeah.

20  Q  --and the meaning of life--

21  A  Yeah.

22  Q  --what--what--the question whether there is meaning

23    or purpose in biological life.

24  A  Right.

Warren A. Nord, Ph.D.     Direct          -128-

1  Q  I had the sense of your earlier answer that perhaps

2    it would be better if students were a little older

3    and more sophisticated when they were introduced to

4    these concepts.  But I heard you to be saying since

5    that's where schools teach biology--

6  A  Yeah.

7  Q  --that's where they have to address this.  And that

8    lead me--led me to my alternative suggestion:

9    Would it be better, in your view, for high schools

10    to defer teaching biology--and along with it,

11    teaching--

12  A  Yeah.

13  Q  --additional explanations as to the significance,

14    meaning, purpose of life--when students were a

15    little older and better able to grasp--

16  A  Well, if students took biology when they were

17    seniors instead of freshman, they would probably be

18    in a better position to understand some of the

19    controversies.  They would be more--they could be

20    more intellectually sophisticated and--and make

21    sense of it better.  That's true.  But--but

22    you're--you--you can't teach everything when

23    students are seniors.  I mean, you've got to teach

24    them some things when they're in ninth grade, some

Warren A. Nord, Ph.D.     Direct          -129-

1     things when they're in tenth, and so on.  And--and

2    you have--you have to balance that with arguments

3    that science educators would make about what the

4    proper sequence should be in teaching students the

5    sciences.  And ninth grade isn't too early to give

6    them some sense of what's at issue.  So, you know,

7    there are a lot of variables that you weigh when

8    you decide what--what to teach them when.

9       But, yes, in principle, it would be nice

10    if students were a little older and more mature and

11    better able to understand some of the issues than

12    they are in--in ninth grade.  But then you might

13    have to teach physics in ninth grade, and then you

14    couldn't make the--they wouldn't understand some of

15    the alternatives there.  So, you know, I don't know

16    how you sort that out.

17  Q  If you would, turn to the top of Page 8 of your

18    report.  The--you make some statements here that I

19    just need to have your help understanding.

20  A  (Examines paperwritings.)  Uh-huh (yes).  Okay.

21  Q  You say, quote, "Because scientific theories can be

22    confirmed they aren't mere speculation."  I'm not

23    quite sure what you mean by that.  Do you--

24  A  Well, I think some people who talk about evolution

SHEET 34

Warren A. Nord, Ph.D.    Direct    -130-

1  being--or, you know, Darwinism being a theory
2  mean--mean to discredit it by saying it's mere
3  speculation.  So the scientific establishment has
4  responded in turn that a theory isn't mere
5  speculation and hypothesis, that the theories can
6  be confirmed.
7      And I think that's a--that's a valid
8  viewpoint.  Theories can be confirmed.  They can be
9  confirmed more or less.  And, so, oftentimes,
10 neo-Darwinism--or evolution, the idea--the theory
11 of evolution is contrasted with heliocentric theory
12 or the theory of gravity, which have so much
13 confirmation that--that it's wildly misleading to
14 suggest they're mere speculation.  And I--and I
15 agree with that.
16     So the--the effort on the part of--of
17 some opponents of evolution to say that it's a--
18 it's a--it's a mere theory, I think, missed the
19 legitimate scientific point that theories can be
20 confirmed.
21 Q  Okay.  And then you say, "I believe it is
22    appropriate for science texts"--and, I assume,
23    science teachers--
24 A  Uh-huh (yes).

Warren A. Nord, Ph.D.    Direct    -131-

1  Q  --"to teach students that most scientists believe
2     that neo-Darwinism is a confirmed theory."
3  A  Yes.
4  Q  And then you continue by saying, "Still"--which I
5     interpret as kind of a "however"--"the
6     distinction"--
7  A  (Examines paperwritings.)  Yes, you're right.
8     That's a still--that's a "however" "still."
9  Q  --"the distinction rightly suggests that because
10    neo-Darwinism is a theory, its confirmation rests
11    not simply on observation"--
12 A  As do facts.
13 Q  --"but on a wide range of complex considerations
14    which are potentially open for reinterpretation."
15 A  Yes.
16 Q  Now, you lost me there, because I thought
17    confirma--theories are confirmed by observation and
18    not by a wide range of complex considerations.
19 A  Oh.  Facts--facts are things that we observe
20    directly.  Theories hinge on all kinds of things we
21    can't observe directly.
22        So that--I mean, it's a fact that the cup
23    is right here.  (Indicating.)  I can observe it
24    directly.  But that--the fact that the cup is made

Warren A. Nord, Ph.D.    Direct    -132-

1  out of electrons and protons and neutrons and
2  photons and, you know, all of those things--that's
3  a theory.  That's--that has to do with atomic
4  theory.  And--and I can't observe any of that stuff
5  directly.  That's a--that hinges on all kinds of
6  scientific laws and--and complicated theories,
7  which have implications for our observations but--
8  but go way beyond our observations.
9      So that the theor--neo--neo-Darwinism as
10 a theory rests on a whole set of complex
11 considerations and complex kinds of arguments and--
12 and evidence.  We can't observe evolution.  And--
13 and that's important, because factual judgments can
14 be confirmed directly by virtue of our
15 observations; theories can be more or less
16 confirmed, but they go way beyond our immediate
17 observations.
18     So, most scientists, I think, believe
19 that neo-Darwinism is a confirmed theory.  Now, I
20 would say probably--and I perhaps should have said
21 that--that its confirmation has a high degree of
22 probability for most scientists.  Most scientists
23 accept it as a confirmed theory.
24     But because--but there's still a point to

Warren A. Nord, Ph.D.    Direct    -133-

1  the kind of objection that some people make to--to
2  evolution, because its confirmation rests on a
3  whole set of complicated considerations that are
4  perhaps open to alternative interpretation, namely
5  design interpretations.
6  Q  Okay.
7  A  But--but I think that students should be taught--
8     you know, I'm not in favor of--of balanced
9     treatment in the sense of giving equal time to
10    alternative theories.  And in my ideal biology
11    textbook, you know, you don't give equal time to
12    Biblical creationism, or--or just limiting us to
13    scientific views, to design theory and to
14    establishment science, but, of course,
15    establishment science has got to receive most of
16    the--the time and--and--pages in the textbook and
17    hours in the--in the class.  But you can't exclude
18    legitimate alternatives.
19        And so design theory has to be taken at
20    least seriously enough so students are made aware
21    of it and given, ideally, some sense of what it is.
22    Short of that, the kind of disclaimer that Dover
23    wants to have seems to me to be a very, very modest
24    step in the right direction.

SHEET 35

Warren A. Nord, Ph.D.     Direct     -134-

1  Q   Under the heading "The Present Case"--
2  A   (Examines paperwritings.)  Yes.
3  Q   --you say, "By making students aware of the
4      controversy surrounding Darwin's theory of
5      evolution, including IDT, the Dover School District
6      is promoting legitimate, secular, pedagogical goals
7      and enhancing their science education and student
8      learning."  Given some of the ambiguities,
9      inconsistencies, problems, and gaps that we've
10     noticed in the--
11 A   Yeah.
12 Q   --board's statement, and the fact that it is just
13     read and then abandoned for the rest of the--
14 A   Yes.
15 Q   --semester, do you think this might be an
16     overstatement here?
17 A   (Examines paperwritings.)  It is promoting a
18     legitimate, secular, pedalogic--pedagogical goal,
19     and it is minimally enhancing their science
20     education and student learning.
21         I mean, you're right.  It's--it's--you
22     know, I--I think Judge Cooper's decision was
23     ludicrous because he thought that that little
24     disclaimer that they pasted in the Georgia

Warren A. Nord, Ph.D.     Direct     -135-

1      textbooks somehow or another conveyed the idea that
2      the--that the school board was on the side of--or
3      was--was opposed to--to teaching--teaching
4      evolution, in spite of the fact that the school
5      board chose the textbooks, which, as he
6      acknowledged, had hundreds of pages on evolution.
7          So, I mean, it's ludicrous to attach that
8      much importance to the sticker--which also, of
9      course, means, you know, why are you--all so upset
10     about it?--because it--it doesn't have that kind of
11     cosmological import.
12         But--but it serves the--the goal in a--in
13     a kind of mini--minimal but important way of--of
14     making students aware of the fact that there are
15     alternatives.  And that in itself is worthwhile
16     even if it isn't nearly as--as--have the kind of
17     substantial implications that it--that it should.
18         I mean, as I said, I would have students
19     learn something much more about the philosophical
20     and historical issues relating to design and--and
21     methodological naturalism and neo-Darwinism than
22     is--than is usually done, but at least make them
23     aware of the fact that there's a controversy.
24 Q   Okay.  The controversy that you're referring to in

Warren A. Nord, Ph.D.     Direct     -136-

1      this statement--
2  A   Uh-huh (yes).
3  Q   --that we just quoted is as to whether there is or
4      is not purpose underlying life?
5  A   It's--it's the--it's to make them aware of the
6      controversy regarding design explanations in
7      biology, yes, that--that there is an alternative
8      theory for understanding nature that--that involves
9      design explanations, yes, and so is--you know, I
10     want it to be much more substantial than it is
11     to--to really serve the purposes of liberal
12     education.  But it--but it--it serves the minimal
13     purpose of alerting them to a controversy that's--
14     that's real and that's important.
15 Q   And the contro--the controversy is--
16 A   Is--is over whether design explanations have a role
17     in biology.
18 Q   And by "design explanations" here--
19 A   Uh-huh (yes).
20 Q   --we're using it not in the sense of design of a
21     particular bacterial flagellum but rather in the
22     broader sense of "Is there purpose to life?"  Is
23     that--
24         MR. GILLEN:  Objection to form.

Warren A. Nord, Ph.D.     Direct     -137-

1  Q   Isn't that what you mean?
2  A   The--the two are related, but, I mean, intelligent-
3      design theory, insofar as it holds that there are
4      design explanations that are--are plausible, that
5      are reasonable explanations, is compatible with and
6      open to the possibility, then, that there is some
7      kind of larger design in nature.  It's also open to
8      the possibility that there's a supernatural
9      explanation, but it doesn't require any of those
10     things.
11         But--but, yeah, I mean, I think that--
12     that the--that the controversy is over whether or
13     not--that--the--the underlying principle is that
14     when there's a controversy, students should be made
15     aware of different points of view.
16         Now, there's a controversy over
17     evolution.  Some of the points of view are
18     religious.  And I think they should be included
19     at--at some point in the--in the curriculum.
20     Where, is an important question, obviously.
21         But there are also--there is also a--a
22     scientific controversy, at least if we are willing
23     to have a somewhat broader definition of science
24     than establishment science holds.  There's a

Warren A. Nord, Ph.D.    Direct    -138-

1    controversy about that, what it means to be
2    scientific. And students should inform--be
3    informed about that.
4        And--and then the controversy is, do
5    design ex--are design explanations legitimate? I--
6    I think, since there is a respectable case that can
7    be made for that, that students need to be made
8    aware of it. "Respectable" meaning, as we talked
9    before, in terms of arguments and evidence cited by
10   people who have credentials in science and who use
11   other aspects of science as--as--in the process of
12   being scientists, who--who don't flatly reject
13   everything that science has to say, and that aren't
14   incompetent and un--uneducated in establishment
15   science.
16 Q   Let me see if you can agree with this--
17 A   Okay.
18 Q   --statement: Throughout your opinion, you have
19   referred to significant disagreement and important
20   controversies. Isn't it true that what makes the
21   controversy important is the implications as to
22   whether there is a meaning to life--
23 A   Uh-huh (yes).
24 Q   --other than sheer random, unguided, purposeless

Warren A. Nord, Ph.D.    Direct    -139-

1    actions of atoms?
2 A   Yeah. I mean, that's what--that's what makes the
3    controversy important to most people. And--and I
4    can't--I don't know what--I've not talked with and
5    I've not read what the school board said about it,
6    so I--you know, I can't speak to--to that.
7        But, for most people, undoubtedly, that's
8    why it's important. That's not the only reason or
9    maybe even--I mean, that's one--one reason why
10   students should be educated about the controversy.
11       But the other reason is because there is
12   a debate, a controversy, among scientists about
13   what counts as a good and an adequate scientific
14   explanation. And that controversy in and of itself
15   is important enough to warrant refu--reference to
16   intelligent design, I think, in--in the curriculum.
17       Now--now, many people, no doubt, would--
18   would say, "I could care less about this--this
19   debate among scientists and--and who gets to count
20   as scientists and who doesn't. I believe what
21   Genesis tells me." I--I mean, of course. And
22   that's why this debate is so important to many
23   people.
24       But that's not the only reason it's

Warren A. Nord, Ph.D.    Direct    -140-

1    important. And--and the warrant of references to
2    intelligent design, and ideally some discussion of
3    it, stem from the fact that there is--there is a
4    serious intellectual controversy among scholars,
5    credible scientists, and philosophers who--some of
6    whom are secular, not--not religious, about the
7    nature of design in--the nature of design in
8    nature, the--whether--whether there's design in
9    nature. And, as I said, not just in biology but
10   also in cosmology, and also in how we understand
11   the brain and the mind, and in other areas of
12   science.
13       So it's not just this case, even though
14   that's the one people pick up on 'cause that's--
15   that's the one that is personally--it's a part of
16   our culture wars.
17 Q   Do you believe ninth-grade biology students should
18   be taught that man and the species as we know them
19   today did not gradually evolve from other life
20   forms but appeared suddenly in the historical
21   record?
22 A   If you mean should they be taught that that is
23   true, the answer is no. That--that would be, in
24   fact, an endorsement of a religious worldview, and

Warren A. Nord, Ph.D.    Direct    -141-

1    it would be unconstitutional and would also be--I
2    mean, it's a deeply controversial position held by
3    a minority of scholars.
4        So, no, they shouldn't be taught that
5    that's true. But as I said earlier, it seems to me
6    that an introductory biology text, whether in
7    undergraduate school or in high school, should
8    locate biology within historical and philosophical
9    controversies, so that if students are to be
10   liberally educated, they appreciate the tensions,
11   the conflicts, the overlaps between various ways of
12   making sense of nature.
13       So, yes, I think a Biblical text--I
14   mean--Biblical--a biological text--which is a
15   Biblical text to some people--a biological text
16   might well say something about creationism and
17   Genesis--not much, but a little--talk about the
18   differences between that and intelligent-design
19   theory, talk about other ways, maybe Lamarckian
20   evolution--
21 Q   Would it be okay--
22 A   --so--
23 Q   --for a text, and teachers teaching in accordance
24   with the text, to explain to students that, you

SHEET 37

Warren A. Nord, Ph.D.     Direct     -142-

1     know, for a long time, Western man thought that God
2     created the earth and everything in it just the way
3     the Bible said--
4  A  Sure.
5  Q  --and that notion has now been scientifically
6     discredited by everything we've come to understand
7     through study of the fossil record and the nature
8     of life processes?
9  A  No.  I--I think probably it would be const--legally
10    wise to--to qualify that last judgment and say that
11    most--many scientists--most scientists--
12 Q  Ninety-nine-point-four--
13 A  --believe something--believe something otherwise--
14 Q  Ninety-nine and forty-four--
15 A  --right--than simply say--
16 Q  --one-hundredths percent?
17 A  --than simply say the Bible is wrong.
18 Q  But it--it would be okay, in your view, to teach
19    that ninety-nine and forty-four one-hundredths
20    percent, or whatever the number is--
21 A  Yeah.
22 Q  --think that that's--
23 A  I argue, in--in that book and elsewhere, for what I
24    call the principle of cultural location and weight.

Warren A. Nord, Ph.D.     Direct     -143-

1     That is to say that when we locate students in
2     con--in--when we locate contemporary science or
3     contemporary economics or whatever in the larger
4     cultural conversation, students shouldn't just be
5     presented with alternatives like our cafeteria
6     line, again.  They should be given some sense of
7     what the--what the majority positions are, what the
8     minority positions are, and for whom.
9         So, yes, I think sci--I think students
10    should be taught in biology classes that the
11    majority--the vast majority of scientists hold to a
12    neo-Darwinian view, but that not all of them do.
13        And I would, you know, want to convey the
14    idea that--that, of course, many scientists don't
15    deal with biology and neo-Darwinism, but of those
16    who do, the vast majority hold to neo-Darwinism;
17    but it isn't the only view, and--and there are
18    people who raise questions about it who have
19    credentials as--as scientists, and so you need to
20    learn something about it.
21        You don't give equal time to the two
22    points of view.  Of course, the dominant
23    establishment view gets the most time and the most
24    pages in the textbook.  But the other point of view

Warren A. Nord, Ph.D.     Direct     -144-

1     has to be mentioned.  It has to be acknowledged.
2         MR. WILCOX:  Thank you very much.
3         MR. GILLEN:  Thank you, Chub.  Thanks,
4     Warren.
5         (WITNESS EXCUSED)
6  --------------------------------------------------
7     (WHEREUPON, THE DEPOSITION WAS CONCLUDED AT 12:38 P.M.)
8  --------------------------------------------------

-145-

INSTRUCTIONS TO WITNESS:

Please read carefully the following Witness Certificates
and then sign and date the appropriate certificate.
Do NOT sign both of them!

--------------------------------------------------
IF YOU MADE CORRECTIONS, SIGN CERTIFICATE (A):

CERTIFICATE  OF  WITNESS  (A)

I, _____, a witness
in the above-entitled action, do hereby certify that I have
reviewed the transcript of my deposition and have attached
corrections to the same, along with the reason for each
correction.

Signed this _____ day of _____, 2005.

_____
(WARREN A. NORD, PH.D.)

--------------------------------------------------
IF YOU DID NOT MAKE CORRECTIONS, SIGN CERTIFICATE (B):

CERTIFICATE  OF  WITNESS  (B)

I, _____, a witness
in the above-entitled action, do hereby certify that I have
reviewed the transcript of my deposition and have made no
corrections to the transcription.

Signed this _____ day of _____, 2005.

_____
(WARREN A. NORD, PH.D.)

rrl: (6-7-2005)