

**ALLIANCE DEFENSE FUND**
*Defending Our First Liberty*

October 4, 2005

Clerk of Court
U.S. Courthouse and Federal Office Building
240 West Third Street, Suite 218
Williamsport, PA  17701

RE:   *Kitzmiller, et al. v. Dover Area School District*
      **4:04-cv-02688-JEJ**

Dear Clerk:

Please take notice of Elizabeth Murray's change of address:

Elizabeth Murray
Alliance Defense Fund
801 G Street, NW
Washington, DC 20001
Telephone: 202-637-4610
Fax: 202-347-3622
Email: emurray@telladf.org

Thank you for your assistance. If you have any questions, please feel free to call me at the telephone number listed below.

Sincerely,

*Emily Brown*
Emily Brown
Legal Assistant

/ejb