**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN, : : : : : : : : Plaintiffs : : vs. : : DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, : : : : Defendants : | CIVIL ACTION<br><br>No. 4:04-cv-2688<br><br>(JUDGE JONES)<br><br>(Filed Electronically) |

**ORDER**

And now this ___ day of October, 2005, plaintiffs' Motion to Strike "Brief of Amici Curiae Biologists and Other Scientists in Support of Defendants" and "Brief of Amicus Curiae, The Discovery Institute" is hereby GRANTED.

_____
J.