UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RECEIVED
HARRISBURG, PA

OCT 27 2005

MARY E. D'ANDREA, CLERK
Per _____

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

04-2688

## PETITION

I, Julie Shotzbarger, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: The Thomas More Law Center
24 Frank Lloyd Wright Dr P.O. Box 393, Lobby D
Ann Arbor MI 48105

Office Telephone: (734) 827-2001

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State of Michigan: 11/19/04
U.S. District Court, Eastern District of Michigan: 3/15/05
8th Circuit Court of Appeals: 12/7/04, 9th Circuit Court of Appeals: 1/19/05

My attorney Identification number is: P67647

---

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

BEFORE JUDGE _____     Date: _____
        ___ U.S. DISTRICT JUDGE  ___ U.S. MAGISTRATE JUDGE

_____ SPECIAL ADMISSION:

GRANTED _____          Date: _____
        ___ U.S. DISTRICT JUDGE  ___ U.S. MAGISTRATE JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

____none____

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

I do ___, do not ✓, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: ___none___

I am seeking:

____ General Admission under Local Rule LR 83.8.1

__✓__ Special Admission (specify by a check which rule) under

Local Rules LR 83.9.1 ____, LR 83.9.2 ____, or LR 83.9.3 ✓

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows: _I am admitted to practice in a U.S. District Court and the highest court of Michigan, and seek pro hac vice admission to the Middle District of Pennsylvania for the case below._

NAME THE PARTY YOU REPRESENT:

_Dover Area School District, Dover Area School Board_

If special admission is requested for a particular case, please list case number and caption:

Case # __04-CV-2688__

Caption # __Kitzmiller, et al v. Dover Area School District, et al.__

I understand that:

1) If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate. Any attorney specially admitted under LR 83.9.3, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.12)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Ron Turo, Esq.
Turo Law Offices, 29 South Pitt St.
Carlisle, PA 17013

3) If seeking regular admission under Rule LR 83.8.1, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_Julie Shot_
PETITIONER

P 67647
(Bar Identification Number)

10/26/05
(Date)

NAME OF PETITIONER   Julie Shotzbarger

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CODE OF PROFESSIONAL CONDUCT

As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processesa nd motionsc ost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above
Code of Professional Conduct:

_Julie Sholzbarg_
Signature

```
Thu Oct 27 11:12:21 2005

    UNITED STATES DISTRICT COURT

    SCRANTON       , PA

Receipt No.   111 144352
Cashier          jill

Tender Type  CHECK

Check Number: 1599

Transaction Type   C

Case No./Def No. 3:05-PB-1       /

DB Code     Div No     Acct
 4667          1       6055XX

Amount              $     25.00

SPADN JULIE SHOTZBARGER

    THOMAS MORE CTR. FOR ALW P.O. BOX 3
73 ANN ARBOR, MI 48106



        cn
```