# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY J. KITZMILLER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 4:04-CV-2688 |
| ) | |
| DOVER AREA SCHOOL, ) | Hon. John E. Jones, III |
| DISTRICT and DOVER AREA ) | |
| SCHOOL DISTRICT BOARD OF ) | |
| DIRECTORS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the *MOTION FOR LEAVE OF FOUNDATION FOR THOUGHT AND ETHICS TO FILE AMICUS BRIEF*, it is hereby ORDERED that the motion is GRANTED.

BY THE COURT:

_____
JOHN E. JONES, J.