STANLEY M. SHINGLES, ESQUIRE
Identification No.: 15416
Six Tower Bridge, Suite 550
Conshohocken, PA 19428
(610) 828-3860



IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| TAMMY KITZMILLER, et al., | : | |
| --- | --- | --- |
| Plaintiffs | : | |
| v. | : | Civil Action No. 04-CV-2688 |
| DOVER AREA SCHOOL DISTRICT And DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, | : | |
| Defendants | : | |

## PETITION FOR LEAVE TO FILE A BRIEF, AMICUS CURIAE

Petitioner, SCIPOLICY JOURNAL OF SCIENCE AND HEALTH POLICY, by its attorney, Stanley M. Shingles, Esquire requests the Court grant leave to file an Amicus Curiae brief in the above entitled matter and in support thereof states as follows:

1. Petitioner is a peer review science policy journal whose interest and mission is the furtherance of science, technology, research, medicine, health, health, environment, and national development.

2. Petitioner's Editorial Board is composed of eleven (11) Ph.D.'s who are prominent scholars, professors, and researchers of excellent genre. The Editor and Publisher is Stephen Miles Sacks, MPA, Ph.D.

3. Founded in 2000, Petitioner has published a critical mass of peer-reviewed materials on topics related to both sides of the present legal case, including 20 articles by scholars of world class genre on The Science Wars including several articles by Board Members Steve Fuller, Norman Levitt, and Paul Gross on topics directly appurtenant to the present case.

4. Petitioner believes it has an expertise in the subject matter of the case *sub judice* and that its perspective may assist the Court in reaching an appropriate resolution of the issues.

WHEREFORE, petitioner requests leave to file a brief, Amicus Curiae.

Respectfully submitted,

_____
STANLEY M. SHINGLES, ESQUIRE
Attorney for Petitioner
SciPolicy Journal of Science and Health Policy