IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY J. KITZMILLER; BRYAN REHM, CHRISTY REHM; DEBORAH F. FENIMORE; JOEL A. LIEB; STEVEN STOUGH; BETH A EVELAND; CYNTHIA SNEATH; JULIE SMITH; ARALENE D. CALLAHAN ("BARRIE"); FREDERICK B. CALLAHAN,　　　　　　Plaintiffs, v. DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS,　　　　　　Defendants | : : : : : : : : : CIVIL ACTION : : NO. 4:04-CV-2688 : : : : : : |

## ORDER

And now this 16th day of November 2005, it is hereby ORDERED that the parties shall submit responses, if any, to amicus briefs filed in this action on or before December 7, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　John E. Jones, U.S. District Judge