# TABLE OF CONTENTS

| WITNESS | EXHIBIT |
|---|---|
| Michael Baksa Day 1 | A |
| Michael Baksa Day 2 | B |
| Michael Behe | C |
| Alan Bonsell Day 1 | D |
| Alan Bonsell Day 2 | E |
| Charlotte Buckingham | F |
| William Buckingham Day 1 | G |
| William Buckingham Day 2 | H |
| Jon Buell | I |
| Jane Cleaver | J |
| Steve Fuller | K |
| Heather Geesey | L |
| Sheila Harkins Day 1 | M |
| Sheila Harkins Day 2 | N |
| Scott Minnich | O |
| Richard Nilsen Day 1 | P |
| Richard Nilsen Day 2 | Q |
| Richard Nilsen Day 3 | R |
| Charles Thaxton | S |
| List of Plaintiffs' Exhibits To Be Admitted | T |

(Exhibits referenced in designations and counter-designations shown in blue)

# EXHIBIT A

## MICHAEL BAKSA (3/9/05) DESIGNATION CHART

| Designation/Counter | From Page : Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 4:8 | 4:9 | | | |
| Plaintiffs' designation | 10:9 | 10:12 | | | |
| Plaintiffs' designation | 10:18 | 11:10 | | | |
| Plaintiffs' designation | 12:13 | 12:25 | | | |
| Plaintiffs' designation | 13:4 | 13:7 | | | |
| Plaintiffs' designation | 13:12 | 15:5 | | | |
| Plaintiffs' designation | 16:5 | 16:14 | | | |
| Plaintiffs' designation | 17:4 | 17:20 | | | |
| Defendants' counter | 33:14 | 33:19 | P Object | | |
| Defendants' counter | 37:22 | 38:2 | P Object | | |
| Plaintiffs' designation | 38:20 | 39:6 | | Ex. 9 | P-26 |
| | 39:7 | 41:8 | P Object | | |
| Plaintiffs' designation | 41:9 | 48:21 | | | |
| Plaintiffs' designation | 52:15 | 53:7 | | Ex. 11 Ex. 12 | P-136 P-137 |
| Plaintiffs' designation | 53:14 | 53:18 | | | |
| Plaintiffs' designation | 54:1 | 55:21 | | | |
| Plaintiffs' designation | 57:7 | 59:10 | | Ex. 13 | P-138 |
| Plaintiffs' designation | 62:24 | 63:14 | | | |
| Plaintiffs' designation | 66:8 | 66:18 | | Ex. 4 | P-44 |
| Plaintiffs' designation | 67:8 | 67:15 | | | |
| Plaintiffs' designation | 68:15 | 68:23 | | Ex. 4 | P-45 |
| Plaintiffs' designation | 69:15 | 69:21 | | | |
| Plaintiffs' designation | 71:13 | 73:1 | | Ex. 4 | P-45 |
| Plaintiffs' designation | 73:7 | 74:18 | | | |
| Plaintiffs' designation | 78:11 | 78:13 | | Ex. 4 | P-46 |
| Plaintiffs' designation | 79:14 | 79:20 | | | |
| Plaintiffs' designation | 80:1 | 80:2 | | | |
| Plaintiffs' designation | 84:16 | 85:3 | | | |
| Defendants' counter | 85:11 | 85:25 | P Object | | |
| Plaintiffs' designation | 86:1 | 89:24 | | Ex. 4 | P-53, P-54 |
| Plaintiffs' designation | 92:6 | 92:16 | | | |
| Defendants' counter | 92:17 | 92:19 | | | |
| Plaintiffs' designation | 99:23 | 100:8 | | | |
| Plaintiffs' designation | 100:23 | 101:18 | | | |
| Plaintiffs' designation | 102:16 | 104:15 | | | |
| Plaintiffs' designation | 106:1 | 107:21 | | | |
| Plaintiffs' designation | 108:1 | 109:15 | | | |
| Plaintiffs' designation | 129:24 | 131:1 | | | |
| Plaintiffs' designation | 137:23 | 138:4 | | | |

A-1

| Designation/Counter | From Page : Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Defendants' counter | 138:5 | 138:9 | P Object | | |
| Defendants' counter | 138:19 | 138:25 | P Object | | |
| Plaintiffs' designation | 144:5 | 144:18 | | | |
| Plaintiffs' designation | 146:5 | 146:17 | | | |
| Plaintiffs' designation | 147:6 | 147:15 | | | |
| Defendants' counter | 148:1 | 148:20 | | | |
| Defendants' counter | 149:7 | 150:16 | P Object | | |
| Defendants' counter | 191:21 | 191:25 | P Object | | |

A-2

# EXHIBIT B

**MICHAEL BAKSA (9/22/05) DESIGNATION CHART**

| Designation/Counter | From Page : Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 3:9 | 3:10 | | | |
| Plaintiffs' designation | 4:11 | 5:22 | | Ex. 1 | P-658 |
| Plaintiffs' designation | 7:24 | 13:10 | | Ex. 1 | P-658 |
| | | | | Ex. 2 | P-658 |
| | | | | Ex. 3 | P-662 |
| Defendants' counter | 13:11 | 14:4 | | | |
| Plaintiffs' designation | 14:11 | 17:24 | | Ex. 1 | P-658 |
| Plaintiffs' designation | 20:1 | 20:21 | | | |
| Defendants' counter | 20:22 | 21:13 | | | |
| Defendants' counter | 22:2 | 22:3 | | | |
| Plaintiffs' designation | 22:4 | 28:1 | | Ex. 1 | P-658 |
| Plaintiffs' designation | 29:24 | 31:14 | | Ex. 6 | P-641 |
| | | | | Ex. 5 | P-25 |
| Plaintiffs' designation | 31:19 | 35:9 | | Ex. 7 | P-25 |
| Plaintiffs' designation | 35:13 | 35:17 | | Ex. 8 | P-26 |
| Plaintiffs' designation | 36:16 | 37:23 | | | |
| Defendants' counter | 37:24 | 39:5 | | | |
| Plaintiffs' designation | 39:21 | 43:4 | | | |
| Defendants' counter | 43:5 | 44:8 | | | |
| Plaintiffs' designation | 44:9 | 44:13 | | | |
| Defendants' counter | 45:9 | 47:10 | | | |
| Defendants' counter | 47:22 | 48:13 | | | |

B-1

# EXHIBIT C

## MICHAEL BEHE DESIGNATION CHART

| Designation/Counter | From Page: Line | To Page: Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 4:7 | 4:8 | | | |
| Plaintiffs' designation | 46:9 | 46:10 | | | |
| Plaintiffs' designation | 46:17 | 47:7 | | | |
| Plaintiffs' designation | 67:15 | 67:18 | | | |
| Plaintiffs' designation | 86:21 | 87:8 | | | |
| Defendants' counter | 134:8 | 134:10 | P Object | | |
| Defendants' counter | 135:13 | 135:17 | P Object | | |
| Plaintiffs' designation | 149:1 | 149:1 | | Ex. 8 | P-359 |
| Plaintiffs' designation | 149:8 | 149:11 | | | |
| Defendants' counter | 150:15 | 150:23 | | | |
| Plaintiffs' designation | 151:10 | 153:22 (beginning and ending with "Yes.") | | | |
| Defendants' counter | 153:22 (beginning with "Just…) | 153:23 | | | |
| Defendants' counter | 242:13 | 243:12 | | | |
| Plaintiffs' designation | 243:12 | 243:25 | | | |
| Defendants' counter | 244:1 | 245:9 | | | |

C-1

# EXHIBIT D

**ALAN BONSELL 1/3/05 DESIGNATION CHART**

| Designation/Counter | From Page : Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 3:16 | 3:17 | | | |
| Plaintiffs' designation | 4:9 | 4:21 | | | |
| Plaintiffs' designation | 12:21 | 14:3 | | | |
| Plaintiffs' designation | 17:4 | 18:13 | | Ex. 3 | P-104 |
| Plaintiffs' designation | 18:23 | 18:25 | | | |
| Plaintiffs' designation | 19:8 | 19:19 | | | |
| Plaintiffs' designation | 21:2 | 21:4 | | | |
| Plaintiffs' designation | 30:3 | 30:15 | | | |
| Plaintiffs' designation | 52:12 | 52:18 | | | |
| Plaintiffs' designation | 53:6 | 53:21 | | | |
| Plaintiffs' designation | 59:6 | 59:9 | | | |
| Plaintiffs' designation | 60:2 | 60:13 | | | |
| Plaintiffs' designation | 61:2 | 61:5 | | | |
| Plaintiffs' designation | 77:24 | 79:16 | | | |
| Defendants' counter | 79:17 | 79:24 | | | |
| Defendants' counter | 80:4 | 80:17 | | | |
| Plaintiffs' designation | 80:18 | 81:4 | | | |
| Defendants' counter | 81: | 81:7 | | | |
| Plaintiffs' designation | 82:20 | 85:20 | | | |

D-1

# EXHIBIT E

## ALAN BONSELL 4/13/05 DESIGNATION CHART

| Designation/Counter | From Page : Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 3:7 | 3:8 | | | |
| Defendants' counter | 17:1 | 17:25 | P Object | | |
| Plaintiffs' designation | 19:1 | 19:19 | | | |
| Defendants' counter | 19:20 | 21:12 | | | |
| Plaintiffs' designation | 21:13 | 22:4 | | | |
| Defendants' counter | 22:5 | 23:2 | | | |
| Defendants' counter | 23:14 | 23:4 | P Object | | |
| Plaintiffs' designation | 24:21 | 25:5 | | | |
| Plaintiffs' designation | 26:18 | 26:23 | | | |
| Plaintiffs' designation | 31:7 | 34:9 | | | |
| Plaintiffs' designation | 43:5 | 43:25 | | | |
| Plaintiffs' designation | 44:6 | 44:24 | | | |
| Plaintiffs' designation | 49:2 | 51:12 | | Ex. 19 | P-127 |
| Plaintiffs' designation | 67:13 | 69:19 | | | |
| Plaintiffs' designation | 96:23 | 97:23 | | | |

E-1

# EXHIBIT F

## CHARLOTTE BUCKINGHAM  DESIGNATION CHART

| Designation/Counter | From Page : Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 3:7 | 3:8 | | | |
| Plaintiffs' designation | 6:4 | 6:5 | | | |
| Plaintiffs' designation | 6:17 | 7:9 | | | |
| Plaintiffs' designation | 10:21 | 10:25 | | | |
| Plaintiffs' designation | 11:1 | 11:13 | | | |
| Plaintiffs' designation | 11:16 | 12:9 | | | |
| Plaintiffs' designation | 13:1 | 13:7 | | | |
| Plaintiffs' designation | 13:14 | 13:16 | | | |
| Plaintiffs' designation | 13:22 | 13:25 | | | |
| Plaintiffs' designation | 16:19 | 17:9 | | | |
| Plaintiffs' designation | 17:13 | 17:18 | | | |
| Plaintiffs' designation | 18:2 | 18:8 | | | |
| Plaintiffs' designation | 18:21 | 18:25 | | | |
| Plaintiffs' designation | 19:16 | 22:19 | | | |
| Plaintiffs' designation | 24:13 | 26:1 | | | |
| Plaintiffs' designation | 29:6 | 29:18 | | | |
| Plaintiffs' designation | 30:8 | 31:9 | | | |
| Plaintiffs' designation | 44:2 | 44:4 | | | |

# EXHIBIT G

## WILLIAM BUCKINGHAM 1/3/05 DESIGNATION CHART

| Designation/Counter | From Page : Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 4:8 | 4:15 | | | |
| Plaintiffs' designation | 10:7 | 10:8 | | | |
| Plaintiffs' designation | 10:17 | 10:19 | | | |
| Plaintiffs' designation | 12:6 | 12:11 | | | |
| Plaintiffs' designation | 13:10 | 13:16 | | | |
| Plaintiffs' designation | 37:5 | 37:7 | | | |
| Plaintiffs' designation | 57:3 | 57:19 | | | |
| Plaintiffs' designation | 58:24 | 62:1 | | | |
| Plaintiffs' designation | 62:9 | 62:15 | | | |
| Defendants' counter | 62:19 | 63:15 | | | |
| Defendants' counter | 64:23 | 65:1 | | | |
| Defendants' counter | 65:12 | 65:15 | | | |
| Plaintiffs' designation | 66:7 | 70:5 | | Ex. 5 | P-65 |
| Plaintiffs' designation | 77:12 | 84:17 | | | |
| Plaintiffs' designation | 90:6 | 90:20 | | | |
| Defendants' counter | 90:21 | 91:13 | | | |
| Plaintiffs' designation | 93:15 | 93:21 | | | |
| Plaintiffs' designation | 96:19 | 99:6 | | | |
| Defendants' counter | 105:21 | 106:15 | | | |
| Defendants' counter | 107:1 | 109:10 | | | |
| Plaintiffs' designation | 128:8 | 129:2 | | Ex. 5 | P-703 |
| Plaintiffs' designation | 131:23 | 132:3 | | | |
| Defendants' counter | 132:16 | 133:11 | | | |
| Plaintiffs' designation | 133:12 | 134:6 | | | |
| Defendants' counter | 134:16 | 135:21 | | | |

G-1

# EXHIBIT H

## WILLIAM BUCKINGHAM 3/31/05 DESIGNATION CHART

| Designation/ Counter | From Page: Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 3:7 | 3:8 | | | |
| Plaintiffs' designation | 14:11 | 16:21 | | Ex. 2 | P-120 |
| Plaintiffs' designation | 17:9 | 18:4 | | | |
| Plaintiffs' designation | 18:22 | 21:12 | | Ex. 35 | P-129A |
| Plaintiffs' designation | 24:11 | 24:18 | | | |
| Plaintiffs' designation | 28:9 | 28:24 | | Ex. 36 | P-145 |
| Plaintiffs' designation | 33:19 | 36:1 | | | |
| Plaintiffs' designation | 38:1 | 39:21 | | | |
| Plaintiffs' designation | 40:4 | 40:22 | | | |
| Plaintiffs' designation | 44:17 | 44:25 | | | |
| Plaintiffs' designation | 46:11 | 47:14 | | | |
| Plaintiffs' designation | 48:7 | 48:14 | | | |
| Plaintiffs' designation | 48:21 | 49:19 | | | |
| Plaintiffs' designation | 49:25 | 60:4 | | | |
| Plaintiffs' designation | 71:18 | 72:5 | | | |
| Plaintiffs' designation | 72:15 | 72:18 | | | |
| Plaintiffs' designation | 74:3 | 74:24 | | | |
| Plaintiffs' designation | 78:20 | 79:24 | | | |

H-1

# EXHIBIT I

## JON BUELL DESIGNATION CHART

| Designation/Counter | From Page: Line | To Page: Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 8:13 | 8:14 | | | |
| Plaintiffs' designation | 9:16 | 14:19 | | | |
| Plaintiffs' designation | 17:6 | 17:20 | | | |
| Defendants' counter | 19:11 | 20:5 | | | |
| Plaintiffs' designation | 21:19 | 22:8 | | Ex. 1 | P-168 |
| Plaintiffs' designation | 22:19 | 23:22 | | | |
| Plaintiffs' designation | 23:24 | 24:2 | | | |
| Plaintiffs' designation | 24:11 | 25:17 | | | |
| Plaintiffs' designation | 26:9 | 26:13 | | | |
| Plaintiffs' designation | 27:13 | 28:18 | | Ex. 2 | P-704 |
| Defendants' counte3r | 28:21 | 29:14 | | | |
| Plaintiffs' designation | 29:15 | 29:25 | | Ex. 3 | P-461 |
| Plaintiffs' designation | 30:1 | 31:7 | | | |
| Plaintiffs' designation | 34:4 | 35:11 | | Ex. 4 | P-130 |
| Plaintiffs' designation | 39:22 | 40:2 | | | |
| Plaintiffs' designation | 40:17 | 41:6 | | Ex. 5 | P-28 |
| Plaintiffs' designation | 41:17 | 46:14 | | Ex. 6 | P-168A |
| Plaintiffs' designation | 46:19 | 50:12 | | Ex. 7 | P-566 |
| Defendants' counter | 50:13 | 51:14 | | | |
| Plaintiffs' designation | 51:15 | 53:20 | | | |
| Plaintiffs' designation | 53:24 | 54:25 | | | |
| Defendants' counter | 55:2 | 56:1 | | | |
| Defendants' counter | 56:8 | 56:10 | | | |
| Plaintiffs' designation | 56:25 | 57:3 | | Ex. 8 | P-565 |
| Plaintiffs' designation | 57:10 | 61:4 (end with "…is) | | | |
| Defendants' counter | 61:4 (beginning "…the…) | 61:18 | | | |
| Defendants' counter | 61:22 | 62:23 | | | |
| Defendants' counter | 64:8 | 64:12 | | | |
| Plaintiffs' designation | 64:22 | 67:21 | | Ex. 9 | P-1 |
| Plaintiffs' designation | 67:25 | 68:23 | | | |
| Defendants' counter | 68:42 | 69:3 | | | |
| Plaintiffs' designation | 69:15 | 69:21 | | Ex. 9 Ex. 8 | P-1 P-565 |
| Defendants' counter | 70:5 | 71:18 | | | |
| Plaintiffs' designation | 71:19 | 71:19 | | Ex. 10 | P-2 |
| Plaintiffs' designation | 71:22 | 71:22 | | | |

| Designation/Counter | From Page: Line | To Page: Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 71:25 | 71:25 | | | |
| Plaintiffs' designation | 72:2 | 73:6 | | Ex. 9<br>Ex. 10 | P-1<br>P-2 |
| Plaintiffs' designation | 73:13 | 73:16 | | Ex. 11 | P-170 |
| Defendants' counter | 74:6 | 75:5 | | | |
| Plaintiffs' designation | 77:12 | 77:14 | | Ex. 12 | P-7 |
| Plaintiffs' designation | 77:17 | 78:12 | | | |
| Defendants' counter | 78:13 | 79:8 | | | |
| Plaintiffs' designation | 79:24 | 79:25 | | Ex. 13 | P-4 |
| Plaintiffs' designation | 80:7 | 80:16 | | | |
| Plaintiffs' designation | 82:7 | 82:9 | | Ex. 14 | P-171 |
| Plaintiffs' designation | 82:14 | 83:6 | | Ex. 15 | P-8 |
| Plaintiffs' designation | 85:23 | 85:25 | | Ex. 16 | P-705 |
| Plaintiffs' designation | 86:3 | 86:21 | | | |
| Plaintiffs' designation | 90:3 | 90:8 | | Ex. 18 | P-17 |
| Plaintiffs' designation | 90:12 | 90:19 | | | |
| Plaintiffs' designation | 91:1 | 97:20 | | Ex. 19<br>Ex. 20 | P-706<br>P-707 |
| Plaintiffs' designation | 104:19 | 104:22 | | Ex. 21<br>Ex. 22 | P-708<br>P-709 |
| Plaintiffs' designation | 105:9 | 105:13 | | Ex. 21 | P-708 |
| Plaintiffs' designation | 109:16 | 109:18 | | Ex. 22 | P-709 |
| Plaintiffs' designation | 110:19 | 110:19 | | Ex. 23 | P-710 |
| Plaintiffs' designation | 111:3 | 112:17 | | Ex. 24 | P-711 |
| Plaintiffs' designation | 115:10 | 115:11 | | Ex. 26 | P-350 |
| Plaintiffs' designation | 115:18 | 117:1 | | Ex. 26<br>Ex. 27 | P-350<br>P-173 |
| Plaintiffs' designation | 118:21 | 119:2 | | Ex. 28<br>Ex. 29<br>Ex. 30<br>Ex. 31<br>Ex. 32<br>Ex. 33<br>Ex. 34<br>Ex. 35<br>Ex. 36<br>Ex. 37<br>Ex. 38<br>Ex. 39<br>Ex. 40<br>Ex. 41<br>Ex. 42 | P-3<br>P-9<br>P-174<br>P-14<br>P-712<br>P-22<br>P-713<br>P-714<br>P-10<br>P-5<br>P-715<br>P-16<br>P-20<br>P-175<br>P-716 |

I-2

| Designation/Counter | From Page: Line | To Page: Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 121:7 | 121:19 | | Ex. 8 | P-565 |
| Defendants' counter | 121:20 | 122:4 | | | |
| Defendants' counter | 122:12 | 122:21 | | | |

I-3

# EXHIBIT J

## JANE CLEAVER DESIGNATION CHART

| Designation/Counter | From Page : Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designations | 5:9 | 5:12 | | | |
| Plaintiffs' designations | 15:4 | 15:13 | | | |
| Defendants' designations | 46:15 | 48:15 | Plaintiffs' Object | | |
| Defendants' designations | 51:10 | 52:4 | | | |
| Defendants' designations | 64:12 | 64:15 | Plaintiffs' Object | | |
| Plaintiffs' designations | 64:16 | 65:15 | | | |
| Plaintiffs' designations | 66:3 | 66:6 | | | |
| Plaintiffs' designations | 66:12 | 67:12 | | | |

J-1

# EXHIBIT K

## STEVE FULLER 6/21/05 DESIGNATION CHART

| Designation/Counter | From Page : Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 3:5 | 3:7 | | | |
| Defendants' counter | 37:9 | 37:21 | P Object | | |
| Defendants' counter | 38:1 | 38:22 | P Object | | |
| Defendants' counter | 39:7 | 39:22 | P Object | | |
| Defendants' counter | 50:22 | 51:11 | | | |
| Defendants' counter | 56:11 | 57:23 | | | |
| Plaintiffs' designation | 58:14 | 58:15 | | | |
| Plaintiffs' designation | 59:6 [from: to do…] | 60:9 [end @ yet."] | | | |
| Defendants' counter | 60:9 (from: But…) | 61:11 | | | |
| Plaintiffs' designation | 61:12 | 61:15 | | | |
| Plaintiffs' designation | 61:17 | 61:19 | | | |
| Plaintiffs' designation | 61:21 | 62:2 [end @ … light.] | | | |
| Defendants' counter | 62:2 (from: I…) | 62:9 | | | |
| Plaintiffs' designation | 67:8 | 67:18 | | | |
| Plaintiffs' designation | 67:21 | 68:22 | | | |
| Plaintiffs' designation | 68:24 | 68:25 | | | |
| Defendants' counter | 87:8 | 88:18 | P Object | | |
| Defendants' counter | 90:13 | 92:4 | P Object | | |
| Plaintiffs' designation | 94:5 | 94:8 | | | |
| Defendants' counter | 94:9 | 94:13 | | | |
| Plaintiffs' designation | 94:14 | 94:17 | | Ex. 2 | P-113 |
| Plaintiffs' designation | 94:20 | 95:5 | | | |
| Defendants' counter | 95:6 | 96:7 | | | |
| Plaintiffs' designation | 96:8 | 96:15 | | | |
| Defendants' counter | 96:16 | 97:12 | | | |
| Defendants' counter | 98:22 | 100:7 | | | |
| Plaintiffs' designation | 100:8 | 100:12 | | | |
| Defendants' counter | 100:18 | 101:23 | | | |
| Defendants' counter | 109:14 | 110:2 | | | |
| Plaintiffs' designation | 110:3 | 111:11 | | Ex. 3 Ex. 1 | P-117 P-619 |
| Plaintiffs' designation | 115:17 | 115:20 | | | |
| Defendants' counter | 115:21 | 117:2 | | | |
| Plaintiffs' designation | 117:3 | 118:1 | | | |
| Defendants' counter | 118:2 | 119:5 | | | |
| Plaintiffs' designation | 128:24 | 129:4 | | | |
| Plaintiffs' designation | 129:6 | 129:14 | | | |
| Plaintiffs' designation | 140:14 [from: | 141:10 | | | |

| Designation/Counter | From Page : Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| | ..why] | | | | |
| Plaintiffs' designation | 141:12 | 142:10 | | | P-124-B |
| Defendants' counter | 146:6 | 146:20 | | | |
| Defendants' counter | 147:8 | 147:19 | | | |
| Plaintiffs' designation | 151:10 | 151:24 | | Ex. 5 | P-717 |
| Plaintiffs' designation | 152:3 | 152:5 | | | |
| Plaintiffs' designation | 152:17 | 153:6 | | | |
| Plaintiffs' designation | 153:8 | 153:10 | | | |
| Plaintiffs' designation | 153:21 | 154:5 | | | |
| Plaintiffs' designation | 154:7 | 154:11 [end @ ..people.] | | | |
| Defendants' counter | 154:11 (from: But…) | 155:4 | | | |
| Plaintiffs' designation | 155:14 | 155:16 | | | |
| Plaintiffs' designation | 155:18 | 155:20 [end @ ..supernatural.] | | | |
| Defendants' counter | 155:20 (from: Yes…) | 155:25 | | | |
| Plaintiffs' designation | 156:2 | 157:2 | | | |
| Plaintiffs' designation | 166:1 | 166:1 [page 539.] | | | |
| Plaintiffs' designation | 166:15 | 166:18 | | | |
| Plaintiffs' designation | 167:8 | 169:10 | | | |
| Plaintiffs' designation | 169:14 | 169:16 | | | |
| Plaintiffs' designation | 170:1 | 170:9 | | | |
| Defendants' counter | 170:10 | 171:2 | | | |
| Defendants' counter | 171:24 | 173:15 | | | |
| Defendants' counter | 186:16 | 188:9 | P Object | | |
| Defendants' counter | 216:15 | 217:7 | P Object | | |

PHLEGAL : #1818636 v1 (12Z9_01!.DOC)

# EXHIBIT L

## HEATHER GEESEY DESIGNATION CHART

| Designation/Counter | From Page: Line | To Page: Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designations | 3:7 | 3:8 | | | |
| Plaintiffs' designations | 5:14 | 5:25 | | | |
| Plaintiffs' designations | 9:17 | 9:21 | | | |
| Plaintiffs' designations | 17:14 | 17:22 | | | |
| Plaintiffs' designations | 43:5 | 43:9 | | | |
| Plaintiffs' designations | 63:23 | 63:24 | | | |
| Plaintiffs' designations | 68:19 | 69:2 | | | |
| Plaintiffs' designations | 70:5 | 73:22 | | Ex. 5 | P-84C P-84B |
| Plaintiffs' designations | 76:15 | 77:10 | | Ex. 5 | P-88 P-84A |
| Plaintiffs' designations | 77:15 | 78:17 | | | |
| Plaintiffs' designations | 79:4 | 79:8 | | | |
| Defendants' counter | 80:6 | 82:23 | | | |
| Plaintiffs' designations | 82:24 | 88:1 | | | |
| Defendants' counter | 88:2 | 89:5 | | | |
| Defendants' counter | 89:12 | 90:11 | | | |
| Plaintiffs' designations | 90:12 | 90:21 | | | |
| Plaintiffs' designations | 91:4 | 91:15 | | | |
| Plaintiffs' designations | 92:1 | 92:15 | | | |
| Plaintiffs' designations | 92:21 | 92:25 | | | |
| Plaintiffs' designations | 93:7 | 93:10 | | | |
| Plaintiffs' designations | 95:18 | 96:6 | | | |
| Plaintiffs' designations | 96:10 | 96:24 | | | |
| Plaintiffs' | 110:4 | 111:11 | | Ex. 31 | P-60 |

L-1

| Designation/Counter | From Page: Line | To Page: Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| designations | | | | | |
| Plaintiffs' designations | 116:7 | 118:16 | | | |

L-2

# EXHIBIT M

**SHEILA HARKINS (1/3/05) DESIGNATION CHART**

| Designation/Counter | From Page: Line | To Page: Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 4:8 | 4:9 | | | |
| Plaintiffs' designation | 11:2 | 11:11 | | | |
| Plaintiffs' designation | 12:10 | 12:13 | | | |
| Plaintiffs' designation | 13:10 | 13:17 | | | |
| Plaintiffs' designation | 14:1 | 14:12 | | | |
| Plaintiffs' designation | 20:22 | 21:15 | | | |
| Plaintiffs' designation | 23:8 | 23:9 | | | |
| Defendants' counter | 53:7 | 54:19 | | | |
| Plaintiffs' designation | 73:8 | 74:21 | | | |
| Plaintiffs' designation | 75:8 | 75:25 | | | |
| Plaintiffs' designation | 79:23 | 82:15 | | | |
| Plaintiffs' designation | 83:15 | 84:1 | | | |
| Plaintiffs' designation | 95:12 | 96:14 | | | |
| Plaintiffs' designation | 96:19 | 97:6 | | | |
| Plaintiffs' designation | 99:25 | 100:3 | | | |
| Plaintiffs' designation | 102:23 | 103:5 | | Ex. 2 | P-120 |
| Plaintiffs' designation | 103:24 | 104:15 | | | |
| Plaintiffs' designation | 105:7 | 105:11 | | | |
| Plaintiffs' designation | 105:20 | 106:14 | | | |
| Plaintiffs' designation | 108:16 | 109:4 | | | |

M-1

# EXHIBIT N

**SHEILA HARKINS 4/12/05 DESIGNATION CHART**

| Designation/Counter | From Page : Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 3:7 | 3:8 | | | |
| Defendants' counter | 12:1 | 12:25 | | | |
| Defendants' counter | 23:1 | 24:7 | P Object | | |
| Defendants' counter | 25:11 | 26:5 | | | |
| Defendants' counter | 26:22 | 26:25 | | | |
| Plaintiffs' designation | 28:23 | 29:4 | | | |
| Plaintiffs' designation | 30:4 | 31:4 | | | |
| Defendants' counter | 31:5 | 32:4 | | | |
| Defendants' counter | 37:11 | 38:9 | P Object | | |
| Defendants' counter | 39:7 | 39:24 | P Object | | |
| Plaintiffs' designation | 53:21 | 54:5 | | | |
| Defendants' counter | 55:9 | 55:18 | | | |

N-1

# EXHIBIT O

## SCOTT MINNICH DESIGNATION CHART

| Designation/Counter | From Page : Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 5:13 | 5:16 | | | |
| Plaintiffs' designation | 7:17 | 7:20 | | | |
| Plaintiffs' designation | 7:24 | 8:1 | | | |
| Defendants' counter | 8:2 | 9:1 | P Object | | |
| Defendants' counter | 9:22 | 10:11 | | | |
| Defendants' counter | 10:15 | 10:21 | P Object | | |
| Defendants' counter | 33:9 | 34:6 | P Object | | |
| Plaintiffs' designation | 34:13 | 34:18 | | | |
| Defendants' counter | 34:19 | 35:19 | P Object | | |
| Defendants' counter | 36:10 | 37:1 | P Object | | |
| Defendants' counter | 40:1 | 42:7 | P Object | | |
| Plaintiffs' designation | 42:8 | 42:11 | | | |
| Defendants' counter | 42:12 | 42:20 | P Object | | |
| Plaintiffs' designation | 71:2 | 72:1 | | | |
| Defendants' counter | 72:2 | 73:12 | P Object | | |
| Defendants' counter | 73:12 | 73:16 | | | |
| Plaintiffs' designation | 73:17 | 74:4 | | | |
| Defendants' counter | 83:9 | 84:16 | P Object | | |
| Defendants' counter | 85:17 | 85:24 | | | |
| Defendants' counter | 85:25 | 89:2 | P Object | | |
| Defendants' counter | 89:3 | 89:25 | | | |
| Defendants' counter | 91:11 | 91:20 | | | |
| Plaintiffs' designation | 91:21 | 92:10 | | | |
| Plaintiffs' designation | 93:13 | 94:14 | | | |
| Defendants' counter | 95:5 | 95:14 (ending at "…life.") | P Object | | |
| Plaintiffs' designation | 96:25 (beginning at "So…") | 97:7 (ending at "…agree.") | | | |
| Defendants' counter | 97:7 (beginning at "Like…") | 97:22 | | | |
| Plaintiffs' designation | 232:20 | 233:4 | | Ex. 13 | P-520 |
| Plaintiffs' designation | 233:10 | 233:18 | | | |
| Defendants' counter | 233:19 | 234:5 | | | |
| Plaintiffs' designation | 236:11 | 237:9 | | Ex. 14 | P-127 (Admitted) |
| Defendants' counter | 237:10 | 237:20 | | | |
| Plaintiffs' designation | 238:18 | 238:23 | | | |

PHLEGAL: #1818636 v1 (12Z9_01!.DOC)

# EXHIBIT P

## RICHARD NILSEN 1/3/05 DESIGNATION CHART

| Designation/Counter | From Page : Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 3:7 | 3:8 | | | |
| Plaintiffs' designation | 4:14 | 4:19 | | | |
| Plaintiffs' designation | 13:3 | 13:18 | | Ex. 1 | P-113 |
| Plaintiffs' designation | 16:2 | 16:19 | | | |
| Plaintiffs' designation | 17:14 | 18:16 | | | |
| Plaintiffs' designation | 19:21 | 20:3 | | | |
| Plaintiffs' designation | 20:16 | 20:22 | | | |
| Plaintiffs' designation | 24:14 | 24:16 | | | |
| Plaintiffs' designation | 27:7 | 27:10 | | | |
| Plaintiffs' designation | 29:22 | 31:13 | | | |
| Plaintiffs' designation | 32:6 | 32:22 | | | |
| Defendants' designation | 36:18 | 36:21 | Plaintiffs' Object | | |
| Plaintiffs' designation | 43:4 | 43:5 | | Ex. 2 | P-120 |
| Plaintiffs' designation | 43:13 | 44:5 | | | |
| Plaintiffs' designation | 44:12 | 44:25 | | | |
| Plaintiffs' designation | 59:13 | 59:14 | | Ex. 4 | P-51 |
| Defendants' designation | 60:7 | 60:11 | Plaintiffs' Object | | |
| Plaintiffs' designation | 60:24 | 61:11 | | | |
| Plaintiffs' designation | 61:21 | 62:10 | | | |
| Plaintiffs' designation | 63:6 | 63:22 | | Ex. 4 | P-54 |
| Defendants' designation | 63:23 | 64:6 | | | |
| Defendants' designation | 70:24 | 71:22 | | | |
| Plaintiffs' designation | 83:25 | 84:5 | | | |
| Defendants' designation | 85:8 | 86:15 | | | |
| Plaintiffs' designation | 96:17 | 96:21 | | | |
| Plaintiffs' designation | 97:1 | 99:2 | | | |
| Defendants' designation | 99:3 | 100:8 | | | |
| Plaintiffs' designation | 100:24 | 101:6 | | | |
| Defendants' designation | 111:11 | 111:16 | | | |

P-1

# EXHIBIT Q

## RICHARD NILSEN 4/14/05 DESIGNATION CHART

| Designation/Counter | From Page : Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 3:7 | 3:8 | | | |
| Plaintiffs' designation | 8:10 | 8:18 | | | |
| Defendants' designation | 8:19 | 9:3 | | | |
| Defendants' designation | 12:6 | 13:8 | | | |
| Defendants' designation | 13:15 | 13:24 | | | |
| Defendants' designation | 15:10 | 19:2 | Plaintiffs' Object | | |
| Plaintiffs' designation | 39:23 | 40:16 | | Ex. 3 | P-104 |
| Plaintiffs' designation | 41:5 | 41:15 | | | |
| Plaintiffs' designation | 49:6 | 49:17 | | | |
| Defendants' designation | 50:15 | 51:5 | Plaintiffs' Object | | |
| Defendants' designation | 51:10 | 53:15 | | Ex. 43 | P-124-B |
| Plaintiffs' designation | 53:16 | 54:4 | | | |
| Plaintiffs' designation | 56:7 | 57:2 | | Ex. 9 | P-26 |
| Plaintiffs' designation | 58:24 | 59:6 | | | |
| Plaintiffs' designation | 63:2 | 64:3 | | | |
| Plaintiffs' designation | 93:19 [from "If you would…"] | 94:22 | | | |
| Defendants' designation | 95:3 | 96:15 | | | |
| Plaintiffs' designation | 100:24 | 101:6 | | | |

Q-1

# EXHIBIT R

## RICHARD NILSEN 8/25/05 DESIGNATION CHART

| Designation/Counter | From Page : Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designations | 4:15 | 4:16 | | | |
| Plaintiffs' designations | 5:19 | 6:2 | | Ex. 56<br>Ex. 57<br>Ex. 58<br>Ex. 59 | P-21<br>P-24<br>P-25<br>P-701 |
| Plaintiffs' designations | 6:25 | 13:19 | | | |
| Defendants' designations | 15:24 | 16:5 | | | |
| Plaintiffs' designations | 15:24 | 16:5 | | | |
| Plaintiffs' designations | 16:6 | 25:2 | | | |

R-1

# EXHIBIT S

## CHARLES THAXTON DESIGNATION CHART

| Designation/Counter | From Page : Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Plaintiffs' designation | 5:1 | 5:3 | | | |
| Plaintiffs' designation | 7:24 | 9:3 | | Ex. 1 | P-177 |
| Defendants' counter | 9:4 | 9:12 | | | |
| Defendants' counter | 11:1 | 11:14 | | | |
| Defendants' counter | 12:5 | 12:21 | | | |
| Defendants' counter | 12:25 | 13:2 | | | |
| Defendants' counter | 13:17 | 14:25 | | | |
| Plaintiffs' designation | 15:12 | 15:23 | | | |
| Plaintiffs' designation | 26:5 | 27:12 | | | |
| Plaintiffs' designation | 31:7 | 32:21 | | | |
| Plaintiffs' designation | 34:17 | 35:6 | | | |
| Plaintiffs' designation | 40:2 [from: "I had"] | 40:21 | | Ex. 2 | P-178 |
| Plaintiffs' designation | 41:7 | 41:16 | | | |
| Plaintiffs' designation | 44:18 | 45:5 | | | |
| Defendants' counter | 46:25 | 48:14 | | | |
| Plaintiffs' designation | 49:13 | 50:11 | | Buell 1 | P-168 |
| Defendants' counter | 51:14 | 51:25 | | | |
| Defendants' counter | 52:11 | 53:14 | | | |
| Plaintiffs' designation | 59:10 [from: "Let me…"] | 59:12 [end @ earlier.] | | | |
| Plaintiffs' designation | 60:1 | 60:12 | | | |
| Defendants' counter | 60:13 | 61:5 | | | |
| Plaintiffs' designation | 61:12 | 66:15 | | Buell 6 Buell 7 | P-168-A P-566 |
| Defendants' counter | 66:16 | 67:13 | | | |
| Plaintiffs' designation | 67:18 | 67:22 | | Buell 8 | P-565 |
| Defendants' counter | 68:13 | 70:11 | | | |
| Plaintiffs' designation | 70:12 | 70:22 | | | |
| Plaintiffs' designation | 71:21 | 72:23 [end @ different.] | | | |
| Defendants' counter | 72:23 (from: "I…") | 73:18 | | | |
| Plaintiffs' designation | 73:19 | 75:3 [end @ necessarily.] | | Buell 10 | P-2 |
| Defendants' counter | 78:8 | 80:5 | | | |
| Defendants' counter | 81:7 | 81:15 | | | |
| Defendants' counter | 82:1 | 81:25 | | | |
| Plaintiffs' designation | 86:16 | 87:15 [end @ so.] | | | |
| Defendants' counter | 90:11 | 92:15 | | | |

| Designation/Counter | From Page : Line | To Page : Line | Objection | Dep Ex. | Trial Ex |
|---|---|---|---|---|---|
| Defendants' counter | 96:1 | 96:9 | | | |
| Defendants' counter | 96:20 | 96:23 | | | |
| Defendants' counter | 97:15 | 100:7 | | | |
| Defendants' counter | 100:9 | 100:10 | | | |
| Defendants' counter | 100:12 | 100:13 | | | |
| Defendants' counter | 100:16 | 100:21 | | | |
| Defendants' counter | 101:1 | 101:18 | | | |
| Defendants' counter | 101:23 | 102:17 | | | |
| Defendants' counter | 102:20 | 103:24 | | | |

PHLEGAL #1818606 v1 (12Z8#q01!.DOC)