# EXHIBIT T

## LIST OF PLAINTIFFS' EXHIBITS TO BE ADMITTED

| Exhibit | Page |
|---|---|
| 2 – *Buell, Thaxton depositions* | 370 |
| 3 – *Buell deposition* | 371 |
| 4 – *Buell deposition* | 376 |
| 5 – *Buell deposition* | 377 |
| 7 – *Buell deposition* | 378 |
| 8 – *Buell deposition* | 380 |
| 9 – *Buell deposition* | 382 |
| 10 – *Buell deposition* | 383 |
| 14 – *Buell deposition* | 384 |
| 16 – *Buell deposition* | 385 |
| 17 – *Buell deposition* | 387 |
| 20 – *Buell deposition* | 389 |
| 22 – *Buell deposition* | 392 |
| 24 – *Nilsen (8/25/05) deposition* | 393 |
| 28 (BF & *Buell deposition*) | 395 |
| 113 – *Fuller, Nilsen (1/3/05) depositions* | 396 |
| 117 – *Fuller deposition* | 397 |
| 124B – *Fuller, Nilsen (4/14/05) depositions* | 398 |
| 129A – *Buckingham deposition (3/31/05)* | 399 |
| 130 – *Buell deposition* | 400 |
| 137 – *Baksa deposition (3/9/05)* | 402 |
| 168 – *Buell, Thaxton depositions* | 404 |
| 168A – *Buell, Thaxton depositions* | 408 |
| 170 – *Buell deposition* | 412 |
| 171 – *Buell deposition* | 413 |
| 173 – *Buell deposition* | 415 |
| 174 – *Buell deposition* | 417 |
| 175 – *Buell deposition* | 422 |
| 177 – *Thaxton deposition* | 424 |
| 178 – *Thaxton deposition* | 426 |
| 348   *Transcript of October   a.m., p. 5* | 428 |
| 351 | 431 |
| 352 | 432 |
| 353 | 436 |
| 356 | 439 |
| 358 | 440 |
| 361 | 441 |
| 362 | 442 |
| 363 | 443 |
| 364 | 445 |
| 366 | 448 |
| 368 | 449 |
| 369 | 457 |

Black: Barbara Forrest expert report exhibits
Red: Exhibits that have been admitted but were not on the Court's list
Blue: Deposition designation exhibits

| | |
|---|---|
| 459 | 486 |
| 460 | 487 |
| 461 | 489 |
| 462 | 490 |
| 464 | 491 |
| 465 | 492 |
| 466 | 494 |
| 467 | 495 |
| 468 | 497 |
| 469 | 498 |
| 471 | 499 |
| 474 | 500 |
| 475 | 501 |
| 476 | 502 |
| 478 | 503 |
| 479 | 504 |
| 480 | 506 |
| 481 | 507 |
| 482 | 508 |
| 483 | 509 |
| 484 | 510 |
| 485 | 511 |
| 515 | 555 |
| 517 | 556 |
| 518 | 557 |
| 519 | 558 |
| 520 – *Minnich deposition* | 559 |
| 521 | 561 |
| 522 | 568 |
| 523 | 569 |
| 525 | 570 |
| 526 | 571 |
| 529 | 572 |
| 530 | 574 |
| 531 | 619 – *Fuller deposition* |
| 532 | 632 |
| 533 | 636 |
| 544 | 637 |
| 545 | 638 |
| 546 | 648 |
| 547 | 658 – *Baksa deposition (9/22/05)* |
| 548 | 659 |
| 549 | 662 – *Baksa deposition (9/22/05)* |
| 551 | 670   Transcript of Oct 14, a m , p  5-6 |
| 552 | 671 (chart)   Transcript of Oct 14, a m , pp. |
| 553 | 3, 7, 17, 20, 24 |

Black: BF expert reports exhibits
Red: Exhibits that have been admitted but were not on the Court's list
Blue: Designation exhibits

|  |  |
|---|---|
| *hart Transcript of Oct 4, a.m. p.* | 707 – *Buell deposition* |
| *671 hart Transcript of Oct 14, a.m. pp* | 708 – *Buell deposition* |
|  | 709 – *Buell deposition* |
| *675 hart Transcript of Oct 4, a.m. p. 4* | 710 – *Buell deposition* |
|  | 711 – *Buell deposition* |
| *68 Transcript on Sept 26 m* | 712 – *Buell deposition* |
| *688 ransc ipt of Sept 29 m, p. 9.* | 713 – *Buell deposition* |
| 701 – *Nilsen (8/25/05) deposition* | 714 – *Buell deposition* |
| 703 – *Buckingham deposition (1/3/05)* | 715 – *Buell deposition* |
| 704 – *Buell deposition* | 716 – *Buell deposition* |
| 705 – *Buell deposition* | 717 – *Fuller deposition* |
| 706 – *Buell deposition* | 740 *Transcript of Nov 4 m p* |
| *Transcript of p.m. p. sa* | |
| *83 Transcript of Nov 4, a.m. p. 10* | |
| *Transcript of Nov m pp* | |
| *84 Transcript of Nov 4, a.m. pp 68* | |
| *84 Transcript of N 4, a.m. t* | |
| *Transcript of Nov m p. 26* | |
| *Transcript of Nov a.m. p.* | |
| *Transcript of Nov p.m. p. 48* | |
| *854 en Miller Demonstratives used during estimony on Sept 26 a.m. m.* | |
| *evin P in Demonstratives used during testimony on Oct 14 p.m.* | |
| *Barbar Forrest Demonstratives used during testimony on m p.m. and Oct m* | |

Black: BF expert reports exhibits
 d exhibits that have been admitted but were not on the list is
Blue: Designation exhibits