JUDGE: _____ John E. Jones III _____

Abbreviated Name of Case: _____ Kitzmiller v. Dover Area School District _____

Name of party submitting this list: _____ Defendant _____

CLERK'S EXHIBIT LISTING

Case No. __04-CV-02688__

* exhibits stipulated to for limited purpose of aiding the Court.

| EXHIBIT INITIAL & NO. PTF    DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 1 | DASD memo—T. Peterman to School Board, re: "creationism" and the new Bio. Curriculum, 4/1/03 | | 10/28/05 | 10/28/05 | Nilsen |
| 2 | Textbook budget information | | 10/28/05 | 10/28/05 | Nilsen |
| 3 | Curriculum Advisory meeting minutes, 6/4/04 | | 10/28/05 | 10/28/05 | Nilsen |
| 4 | Curriculum committee meeting notes, M. Baksa, 6/4/04 | | 10/28/05 | 11/3/05 | Baksa |
| 5 | Product profile, Christian student biology textbook | | 10/31/05 | 11/3/05 | Baksa |
| 6 | DASD memo—T. Peterman to R. Nilsen and M. Baksa, re: textbook report, 6/8/03 | | 10/28/05 | 10/28/05 | Nilsen |
| 7 | DASD Science dept. rationale for new textbooks | | 10/31/05 | 11/3/05 | Baksa |
| 8 | DASD list of textbooks needed | | 10/26/05 | 10/28/05 | Nilsen |
| 9 | Bio dept. request to purchase Miller textbook w/handwritten notes | | 10/31/05 | 11/3/05 | Baksa |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 10 | DASD Five-year Actual Expenditures (Textbook Account) | | 10/31/05 | 11/3/05 | Baksa |
| 11 | Email, Ken Miller to T. Peterman and B. Spahr, 8/16/04 | | | | |
| 12 | Email, J. Beilenbaum to B. Spahr, re: Bio. Curriculum, 8/16/04 | | | | |
| 13 | M. Baksa, personal notes on science materials | | | | |
| 14 | Textbook budget information, 6/8/04 | | 10/20/05 | 10/28/05 | Nilsen |
| 15 | Notes on Miller textbook by W. Buckingham | | 10/20/05 | 10/28/05 | Nilsen |
| 16 | M. Baksa, Amy (secretary), personal notes on biology statement, textbooks, teacher positions | | | | |
| 17 | M. Baksa, personal notes on science materials | | | | |
| 18 | DASD survey of biology books used in nearby schools | | | | |
| 19 | DASD survey of biology books used in nearby schools, handwritten notes | | 10/21/05 | 11/3/05 | Baksa |
| 20 | Curriculum committee meeting notes. M. Baksa, 6/24/04 | | 10/21/05 | 11/3/05 | Baksa |
| 21 | DASD memo—authorization to purchase Miller textbook, 6/24/04 | | 10/21/05 | 11/3/05 | Baksa |
| 22 | School Board meeting agenda, 7/12/04 | | 10/20/05 | 10/28/05 | Nilsen |
| 23 | School Board minutes, 7/12/04 | | 10/20/05 | 10/28/05 | Nilsen |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 24 | Notes on Miller textbook, 2004 ed. by M. Baksa | | 10/28/05 | 11/3/05 | Baksa |
| 25 | DASD memo—placement of authorization to purchase Miller text on board agenda, 7/22/04 | | 10/28/05 | 11/3/05 | Baksa |
| 26 | Request to add *Pandas* by W. Buckingham | | 10/20/05 | 10/28/05 | Nilsen |
| 27 | DASD Gifts, Grants and Donations policy, version adopted 8/2/04 | | | | |
| 28 | School Board meeting agenda, 8/2/04 | | 10/28/05 | 10/28/05 | Nilsen |
| 29 | School Board minutes, 8/2/04 | | | | |
| 30 | DASD memo to Admin/staff —notice of Curriculum meeting 8/27/04 | | 10/20/05 | 10/28/05 | Nilsen |
| 31 | Curriculum committee meeting notes, M. Baksa, 8/24/04 | | 10/28/05 | 11/3/05 | Baksa |
| 32 | M. Baksa, notes on *Pandas* copyright information | | | | |
| 33 | *Pandas* cover with notes, M. Baksa | | | | |
| 34 | M. Baksa, notes on discussion with D. Anderson, FTE | | | | |
| 35 | *Pandas* review from Institute for Creation Research online store | | | | |
| 36 | M. Baksa, personal notes, re: Melanie Window | | | | |
| 37 | M. Baksa, Amy (secretary), notes on textbooks, re: *Of Pandas* | | | | |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 38 | M. Baksa, re: conversation with Dr. Gillen regarding *Of Pandas* | | | | |
| 39 | M. Baksa, inquiry concerning whether pubic schools are using *Pandas* text | | | | |
| 40 | Fax cover letter to DASD from FTE | , | 10/28/05 | 11/3/05 | Baksa |
| 41 | M. Baksa, notes, re: *Of Pandas* | | | | |
| 42 | M. Baksa, notes on communications with M. Parsons, writer | | | | |
| 43 | DASD memo to Board Curriculum Committee w/attached Planned Instruction Curriculum Guide (changes per Science Dept.), 9/20/04 | | | | |
| 44 | DASD memo to Board of Directors w/ attached Planned Instruction Curriculum Guide (changes per Science Dept.), 9/21/04 | | | | |
| 45 | Letter: C. Brown to M. Baksa, 9/22/04 | | 10/20/05 | 10/28/05 | Nilsen |
| 46 | DASD memo—Curriculum meeting 10/7/04 | | 10/28/05 | 11/2/05 | Baksa |
| 47 | M. Baksa, notes on *Pandas* | | | | |
| 48 | School Board meeting agenda, 10/18/04 | | 10/20/05 | 10/28/05 | Nilsen |
| 49 | School Board minutes, 10/4/04 | | | | |
| 50 | Curriculum Council meeting minutes 10/7/04 | | 10/28/05 | 11/2/05 | BakJA |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 51 | DASD memo to Curriculum Advisory Council re: proposed addition to biology curriculum w/ attached Planned Instruction Curriculum Guide, 10/13/04 | | | | |
| 52 | DASD memo to Board of Directors, re: proposed addition to biology curriculum w/ attached Planned Instruction Curriculum Guide, 10/13/04 | | 10/20/05 | 10/28/05 | nilsen |
| 53 | DASD Biology proposed Planned Instruction Curriculum Guide, parts A and B | | | | |
| 54 | PA Academic Standards for Science and Technology, section 3.3: Biological Science, subsections A-D | | 10/28/05 | 11/3/05 | Baksa |
| 55 | DASD Biology Planned Instruction Curriculum Guide, part A | | | | |
| 56 | DASD Biology Planned Instruction Curriculum Guide, part A, draft | | | | |
| 57 | DASD Biology Planned Instruction Curriculum Guide, part A | | | | |
| 58 | DASD memo to Board of Directors w/ Enclosure XI-A & attached Planned Instruction Curriculum Guide (changes per curriculum committee), notations by R. Nilsen, 10/13/04 | | | | |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 59 | DASD memo to Board of Directors w/ Enclosure XI-A & attached Planned Instruction Curriculum Guide (changes per curriculum committee), notations by R. Nilsen, 10/13/04 | | | | |
| 60 | DASD memo to Board of Directors w/ Enclosure XI-A & attached Planned Instruction Curriculum Guide, recommendations of Board Curriculum Committee, 10/13/04 | | 10/12/05 | 10/12/05 | Spahr |
| 61 | DASD memo to Board of Directors w/ Enclosure XI-B & attached Planned Instruction Curriculum Guide, part A, 10/13/04 | | 10/12/05 | 10/12/05 | Spahr |
| 62 | DASD memo to Board of Directors w/ Enclosure XI-B & attached Planned Instruction Curriculum Guide, part A, 10/13/04 | | | | |
| 63 | School Board meeting agenda, 10/18/04 | | 10/20/05 | 10/28/05 | Nilsen |
| 64 | School Board minutes, 10/18/04 | | 9/29/05 | 9/29/05 | J. Brown |
| 65 | DASD memo, M. Baksa to Board of Directors, re: informational statement w/ attached biology statement, draft, 10/29/04 | | 10/31/05 | 10/28/05 | Nilsen |
| 66 | DASD memo, M. Baksa to Board of Directors, re: informational statement w/ attached biology statement, draft, 10/29/04 | | | | |
| 67 | DASD Curriculum Advisory Committee comments | | 10/20/05 | 10/28/05 | Nilsen |

| EXHIBIT PTF INITIAL & NO. DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 68 | DASD memo to Board of Directors w/ Enclosure XI-C, attached Planned Instruction Curriculum Guide, second draft, with changes highlighted, 10/18/04 | | 10/19/05 | 10/19/05 | Spahr |
| 69 | DASD memo to Board of Directors w/ Enclosure XI-C, attached Planned Instruction Curriculum Guide, second draft, with changes highlighted, 10/18/04 | | | | |
| 70 | Email communication, M. Baksa to T. Kitzmiller, re: Curriculum changes | | 10/21/05 | 10/28/05 | Nilsen |
| 71 | DASD Curriculum Development policy | | | | |
| 72 | DASD Curriculum Development policy, draft #5 | | 10/30/05 | 10/28/05 | Nilsen |
| 73 | DASD Curriculum Development policy, draft #5 | | | | |
| 74 | DASD Curriculum Development policy, draft dated 9/10/04 | | | | |
| 75 | DASD Curriculum Development policy, (section #105) draft dated 5/9/94 | | | | |
| 76 | DASD Curriculum Development policy, (section #105) draft dated 2/9/81 | | | | |
| 77 | Duties of the Superintendent | | | | |

| EXHIBIT PTF INITIAL & NO. DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 78 | DASD Curriculum Development policy, (section #105) draft dated 2/9/91 | | | | |
| 79 | PA School Board Ass'n Curriculum Development Policy (section #105) | | | | |
| 80 | Letter from E. Rothschild to clarify facts of Dover statement | | | | |
| 81 | Teacher request to remove names | | 10/31/05 | 10/28/05 | Nilsen |
| 82 | ID piece by R. Cleary | | | | |
| 83 | Letter, A. Bonsell to R. Nilsen, re: press release, forwarded to M. Baksa | | 10/31/05 | 10/28/05 | Nilsen |
| 84 | Atlanta Journal-Constitution, "School Mandates Alternate Evolution Theory" | | | | |
| 85 | M. Baksa, request to secretary for teachers statements | | 11/3/05 | 11/3/05 | Baksa |
| 86 | Biology statement, draft, M. Baksa notations | | ← | ← | ← |
| 87 | DASD Biology statement, final | | | | |
| 88 | Biology statement, teacher's version | | | | |
| 89 | Biology statement, teacher's version | | | | |
| 90 | Teacher's response to original biology statement, draft, notations by M. Baksa | | | | |
| 91 | DASD biology statement, teacher's version, notations by M. Baksa | | ← | ← | ← |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 92 | Biology statement, board response to original draft of statement, notation by M. Baksa | | 11/2/05 | 11/3/05 | Baksa |
| 93 | Biology statement, draft two, reflecting teacher and board changes | | | | |
| 94 | Biology statement, draft three, teacher response to draft responses to M. Baksa draft #1 | | | | |
| 95 | DASD Biology statement | | | | |
| 96 | M. Baksa, personal notes from Wm. Buckingham | | | | |
| 97 | Biology statement, teachers version, draft, handwritten notes by M. Baksa | | | | |
| 98 | DASD memo to Board of Directors–District note on teaching evolution, 11/10/04 | | | | |
| 99 | DASD Biology statement, final, dated 11/9/04 | | | | |
| 100 | History of teacher edits to biology statement, from M. Baksa files | | 10/21/05 | 10/28/05 | nilsen |
| 101 | DASD Biology Curriculum Press Release | | 10/21/05 | 10/28/05 | nilsen |
| 102 | DASD Biology Curriculum Press Release | | 10/21/05 | 10/28/05 | nilsen |
| 103 | DASD press release, parents internet version from DASD website | | 10/21/05 | 10/28/05 | nilsen |
| 104 | DASD press release, draft | | | | |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 105 | DASD press release, draft | | 10/21/05 | 10/28/05 | Nilsen |
| 106 | Teachers statement regarding input into bio statement | | 10/21/05 | 10/28/05 | Nilsen |
| 107 | Teachers statement regarding input into bio statement | | | | |
| 108 | M. Baksa, notes on phone conversation w/W. Buckingham | | | | |
| 109 | DAEA letter to R. Nilsen, 11/30/04 | | | | |
| 110 | A. Yingling request to reconsider Planned Inst. Curriculum Guide, 12/6/04 | | | | |
| 111 | DASD memo from M. Baksa to faculty, re: biology statement, 12/7/04 | | | | |
| 112 | Bio statement final draft, 11/8/04 | | | | |
| 113 | DASD memo, M. Baksa to B. Spahr, re: *Pandas* placement, 12/7/04 | | | | |
| 114 | Email, J. Burgin of Grantsburg School District to R. Nilsen, re: Science curriculum, re: "Scientific Theories of Origin," 12/7/04 | | | | |
| 115 | Questions generated by the Science Curriculum team from Grantsburg School District for the School Board to clarify, along with answers, plus appendix | | | | |
| 116 | Fact sheet, *Pandas* textbook from FTE, see Exh. 40 | | 10/28/05 | 11/3/05 | Baksa |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 117 | Email, S. Harkins to herself, re: Grantsburg School District Science curriculum policy | | | | |
| 118 | Email, J. Burgin to R. Nilsen, Discovery Institute press release on Grantsburg School District Science curriculum policy | | | | |
| 119 | Discovery Institute press release, 12/14/05, re: Dover biology curriculum | | | | |
| 120 | DASD memo to Board of Directors from R. Nilsen, re: ACLU court documents, 12/14/04 | | 10/31/05 | 11/2/05 | BaKsa |
| 121 | DASD press release, 12/15/04 | | | | |
| 122 | Teacher's statement regarding input into bio statement, 12/19/04 | | | | |
| 123 | DASD press release 12/15/04 | | | | |
| 124 | Email, M. Baksa response to DAEA, re: Panda books | | | | |
| 125 | Email, M. Baksa to DAEA, re: Panda books | | | | |
| 126 | DASD memo from M. Baksa to Biology teachers, re: evolution assignments from biology teachers, 12/22/04 | | | | |
| 127 | Email, M. Baksa to C. Kunkle, re: Placement of *Pandas* text | | 10/21/05 | 10/28/05 | Nilsen |
| 128 | Email, S. Harkins to herself, re: brief articles about the Dover school policy from Discovery Institute, Pioneer Press | | | | |

| EXHIBIT INITIAL & NO. PTF   DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 129 | Pepper Hamilton Memo to TMLC regarding depositions | | | | |
| 130 | ACLU request for production of documents | | | | |
| 131 | *Newsweek* article about Sen. Rick Santorum | | | | |
| 132 | Research on "Evolution Issue" in schools | | | | |
| 133 | Parent information letter on bio. statement, notes by M. Baksa | | 10/21/05 | 10/28/05 | nilsen |
| 134 | Student Excusal form, draft, notes by M. Baksa | | 10/21/05 | 10/28/05 | nilsen |
| 135 | Student Excusal form, notes by M. Baksa | | 10/21/05 | 10/28/05 | nilsen |
| 136 | M. Baksa, notes on ACLU attorneys | | | | |
| 137 | Email, C. Kunkle to M. Baksa, re: placement of *Pandas* donations in library | | 10/21/05 | 10/28/05 | nilsen |
| 138 | Science/Bio. Curriculum Meeting minutes, with notes, 1/5/05 | | 10/21/05 | 10/28/05 | nilsen |
| 139 | Science/Bio. Curriculum Meeting agenda, with notes by M. Baksa, 1/5/05 | | 10/21/05 | 10/28/05 | nilsen |
| 140 | M. Baksa, list of meetings with high school Science Dept. | | | | |
| 141 | M. Baksa, notes | | 10/21/05 | 10/28/05 | Baksa |
| 142 | Administrator's Biology statement in Biology class w/ notation by M. Baksa | | 10/21/05 | 10/28/05 | nilsen |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 143 | Schedules for administrators to read statements in classes w/ notes re: attendance | | | | |
| 144 | Santorum, Rick, "A Balanced Approach to Teach Evolution," Discovery Institute News | | | | |
| 145 | Statement by Sen. Rick Santorum Upon Passage of the No Child Left Behind Act | | | | |
| 146 | Chapman, Bruce and David DeWolf, "Why the Santorum Language Should Guide State Science Education Standards" | | | | |
| 147 | *National Geographic Magazine*, "Was Darwin Wrong?" | | | | |
| 148 | Peterson, Sonja, "Evolving Ideas" | | | | |
| 149 | Planned Instruction Curriculum Guide, draft version | | | | |
| 150 | Planned Instruction Curriculum Guide, draft version, part A | | | | |
| 151 | Planned Instruction Curriculum Guide, draft version, part A | | | | |
| 152 | Excusal form for biology statement | | | | |
| 153 | Partial transcript from School Board meeting from 10/18/04, created by DASD | | 10/30/05 | 10/28/05 | Nilsen |
| 154 | Letter from A. Bonsell to R. Nilson, re: issuing of informational statement with handwritten notes, 11/12/04 | | | | |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 155 | Letter to S. Harkins regarding Cleary ID piece, 12/19/04 | | | | |
| 156 | Letter from TMLC to W. Buckingham offering service, 6/21/04 | | | | |
| 157 | M. Baksa, notes on calendar, meeting w/Biology teachers | | | | |
| 158 | Letter, A. Bonsell to R. Nilsen, re: press release, forwarded to M. Baksa | | | | |
| 159 | Teacher cover sheet, "Textbooks" | | | | |
| 160 | Science Dept. budget w/attached memo, 2/11/03 | | | | |
| 161 | Science Dept. budget w/attached memo, 2/13/03 | | | | |
| 162 | Email, M. Baksa to B. Spahr, J. Miller, re: textbooks, 4/26/04 | | | | |
| 163 | Request to M. Baksa from Bio Dept. for Miller text | | | | |
| 164 | Email, M. Baksa to B. Spahr, re: textbook purchase, 2/27/04 | | 10/21/05 | 11/3/05 | Baksa |
| 165 | DASD survey of biology books used in nearby schools, notations by J. Miller | | | | |
| 166 | "Biology for Christian Students" text review | | | | |
| 167 | Notes on Curriculum Committee meeting, 6/4/04 | | | | |
| 168 | Notes on Miller text by W. Buckingham, notation by J. Miller | | | | |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 169 | Email, F. Meyers to R. Nilsen, re: Biology books, 6/9/04 | | | | |
| 170 | Receipt for purchase of Miller textbooks, notation indicated faxed on 8/3/04 | | | | |
| 171 | Letter, R. Nilsen to M. Baksa, re: approval of funds for Miller text | | | | |
| 172 | Teacher packet, "Communications" *Bates 341, 354, 366* | | | 10/28/05 | Nilsen |
| 173 | Teacher packet, "Panda Critique | | | | |
| 174 | Teacher packet, B. Spahr statement to Board and notes from DASD school board meeting, 10/18/04 | | | | |
| 175 | Teacher research, ID and Evolution | | | | |
| 176 | DASD Academic Standards policy, version 4/23/03 | | | | |
| 177 | DASD Curriculum Development policy (# 105), version 8/2/04 | | | | |
| 178 | DASD Curriculum Review By Parents/Guardians and Students policy (#105.1), version 2/9/2004 | | | | |
| 179 | DASD Guides for Planned Instruction policy (#106), version 4/23/03 | | | | |
| 180 | DASD Guides for Planned Instruction policy (#107), version 4/23/03 | | | | |
| 181 | DASD Adoption of Text books policy (#108), version 4/23/03 | | | | |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 182 | DASD Resource Materials policy (#109), version 4/23/03 | | | | |
| 183 | DASD Resource Materials (#109.1)—Challenges and Reconsiderations policy, version a 1/13/03 | | | | |
| 184 | History of teacher edits of biology statement w/ notes by A. Bonsell | | | | |
| 185 | DASD Biology statement, notes by A. Bonsell | | 10/31/05 | 11/2/05 | Bonsell |
| 186 | DASD memo to Curriculum Committee, re: recommended curriculum changes reviewed by Science Dept. w/ attached Planned Instruction Curriculum Guide, draft, 9/20/04 | | | | |
| 187 | DASD memo to Board of Directors, re: recommended changes to curriculum by Board Curriculum Committee, w/ attached Instruction Curriculum Guide, part A, draft, notation on memo by A. Bonsell, 10/13/04 | | 10/31/05 | 11/2/05 | Bonsell |
| 188 | DASD memo to Board of Directors, re: changes to biology curriculum from admin. and staff, w/ attached Planned Instruction Curriculum Guide part A, draft, changes highlighted, note by A. Bonsell, "teachers OK," 10/18/04 | | | | |
| 189 | Letter to E. Rothschild, Intelligent Design matter, from local attorney, on facts of Dover policy, 11/9/04 | | | | |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 190 | Biology statement, teacher's version | | | | |
| 191 | History of Biology statement, teacher edits, 11/30/04 | | | | |
| 192 | DASD Biology statement, 11/18/04 | | | | |
| 193 | Updated Biology statement, version from 6/2005 | | 10/21/05 | 10/28/05 | Nilsen |
| 194 | DASD Board/Admin agenda, 3/26/04 | | | | |
| 195 | School Board meeting minutes, 11/10/03 (Pledge of Allegiance) | | | | |
| 196 | School Board meeting agenda, 11/10/03 (Pledge of Allegiance) | | | | |
| 197 | School Board committee rosters, 1998 to 2005 | | | | |
| 198 | DASD Board/Admin retreat agenda, 2/11/04, notation by R. Nilsen | | | | |
| 199 | Benn Law Firm memo, re: correspondence between A. Bonsell and J. McClure | | | | |
| 200 | Dick M. Carpenter II, Expert Report | | | | |
| 201 | Scott Minnich, Expert Report | | | | |
| 202 | Michael J. Behe, Expert Report | | | | |
| 203-A | Behe Expert Report Exhibit 1, "Abstracts from PubMed which contain the word 'theory'" | | 10/17/05 | 10/21/05 | Behe |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 203-B | Behe Expert Report Exhibit 2, "A drawing of the bacterial flagellum from a biochemistry textbook" | | 10/17/05 | 10/21/05 | Behe |
| 203-C | Behe Expert Report Exhibit 3, "Cover and Table of Contents of the February 6, 1998 issue of the journal *Cell*" | | 10/17/05 | 10/21/05 | Behe |
| 203-D | Behe Expert Report Exhibit 4, "*New York Times* op-ed summarizing the argument for Intelligent Design" | | | | |
| 203-E | Behe Expert Report Exhibit 5, "Directed Panspermia," by Francis Crick and Leslie Orgel" | | 10/17/05 | 10/21/05 | Behe |
| 203-F | Behe Expert Report Exhibit 6, "Biology Text illustrates More Fiction than Fact," *New York Times*, 4/8/01 (sidebar)" | | | | |
| 203-G | Behe Expert Report Exhibit 7, "*Philosophy of Science* journal article" | | 10/17/05 | 10/21/05 | Behe |
| 203-H | Behe Expert Report Exhibit 8, "*Biology and Philosophy* journal article" | | 10/17/05 | 10/21/05 | Behe |
| 203-I | Behe Expert Report Exhibit 9, "My chapter from *Debating Design: From Darwin to DNA*" | | 10/17/05 | 10/21/05 | Behe |
| 203-J | Behe Expert Report Exhibit 10, "*Protein Science* journal article" | | 10/17/05 | 10/21/05 | Behe |
| 203-K | Behe Expert Report Exhibit 11, "Article on evolutionary potential by Barry Hall" | | | | |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 203-L | Behe Expert Report Exhibit 12, "*New York Times* op-ed containing my views on teaching problems with Darwinian theory" | | | | |
| 204 | Michael J. Behe, Rebuttal Report to Kenneth Miller | | | | |
| 205 | Michael J. Behe, Rebuttal Report to Kevin Padian | | | | |
| 206 | Kenneth J. Miller, Deposition Exhibit #5 | | | | |
| 207 | Kenneth J. Miller, Deposition Exhibit #6 | | | | |
| 208 | Kenneth J. Miller, Deposition Exhibit #7 | | | | |
| 209 | Kenneth J. Miller, Deposition Exhibit #8 | | | | |
| 210 | Kenneth J. Miller, Deposition Exhibit #9 | | | | |
| 211 | Kenneth J. Miller, Deposition Exhibit #10 | | 9/27/05 | 9/27/05 | m.ller |
| 212 | Kenneth J. Miller, Deposition Exhibit #11 | | | | |
| 213 | Miller and Levine Text, 1998 | | | | |
| 214 | Miller and Levine Text, 2002 | | 9/26/05 | | |
| 215 | Miller and Levine Text, 2004 | | | 9/27/05 | m.ller |
| 216 | *Modern Biology* (Holt, Reinhardt, Winston, 2002) | | | | |
| | *Biology Dynamics of Life* (Glencoe Science, 2004) | | | | |

| EXHIBIT INITIAL & NO. PTF    DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 217 | *Biology: Exploring Life* (Prentice Hall, 2004) | | | | |
| 218 | *Biology for Christian Schools* (Bob Jones University, edition unknown as text was rejected by Mike Baksa based on short description) | | | | |
| 219 | *Biology: Living Systems* (Glencoe Sciences, 2003) | | | | |
| 220 | *Of Pandas and People* | | 10/17/05 | 10/31/05 | Behe |
| 221 | *Intelligent Design Creationism and Its Critics*, ed. Robert t. Pennock | | | | Stipulated |
| 222 | *Evolution*, ed. Mark Ridley | | | | |
| 223 | *Finding Darwin's God*, Kenneth R. Miller | | 11/4/05 | 11/14/05 | Minnich |
| 224 | *The Ancestor's Tale*, Richard Dawkins | | | | |
| 225 | *Tower of Babel*, Robert T. Pennock | | | | Stipulated |
| 226 | *Evolution: The Triumph of an Idea*, Carl Zimmer | | | | |
| 227 | DVD: *Icons of Evolution: The Growing Scientific Controversy Over Darwin* | | | | Stipulated |
| 228 | DVD: *Unlocking the Mystery of Life: The Scientific Case for Intelligent Design* | | | | Stipulated |
| 229 | Jonathan Wells, "Icons of Evolution: Science or Myth? Why Much of What We Teach About Evolution is Wrong" | | | | Stipulated |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 230 | DASD Curriculum Policies | | | | |
| 231 | Tape of 10/18/04 meeting | | | | |
| 232 | C. Brown, Ex. #1-3 | | | | Stipulated |
| 233 | PA Board of Education Academic Standards for Science and Technology | | | | |
| 234 | Statement of Sen. Rick Santorum upon passage of the No Child Left Behind Act | | 9/26/05 | 9/27/05 | Miller |
| 235 | Conference Report of No Child Left Behind Act (2001) | | | | |
| 236 | McNab, R.M., "The Bacterial Flagellum: Reversible Rotary Propellor and Type III Export Apparatus" | | | | |
| 237 | Saier, M.H., Jr., "Evolution of Bacterial Type III Protein Secretion Systems" | | 10/17/05 | 10/21/05 | Behe |
| 238 | Nguyen, L., Paulsen, I.T., Tchieu, J., Hueck, C.J., and Saier, M.H., Jr., "Phylogenetic Analyses of the Constituents of Type III Protein Secretion Systems" | | 10/17/05 | 10/21/05 | Behe |
| 239 | Galan, J.E. and Collmer, A., "Type III Secretion Machines: Bacterial Devices for Protein Delivery Into Host Cells" | | | | |
| 240 | Warren Nord, Expert Report | | | | |
| 241 | Warren Nord, Curriculum Vitae | | | | |
| 242 | Steve William Fuller, Expert Report | | | | |

| EXHIBIT INITIAL & NO. PTF   DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 243 | Steve William Fuller, Curriculum Vitae | | 10/24/05 | 10/24/05 | Fuller |
| 244 | Dick M. Carpenter II, Expert Report | | | | |
| 245 | Dick M. Carpenter II, Curriculum Vitae | | | | |
| 246 | Scott Minnich, Expert Report | | | | |
| 247 | Scott Minnich, Curriculum Vitae | | | | |
| 248 | Michael J. Behe, Expert Report | | | | |
| 249 | Michael J. Behe, Curriculum Vitae | | | | |
| 250 | Behe, Michael and David W. Snoke, "Simulating Evolution By Gene Duplication of Protein Features That Require Multiple Amino Acid Residues" | | 10/17/05 | 10/31/05 | Behe |
| 251 | Woese, Carl, "A New Biology for a New Century" | | | | |
| 252 | Lenski, et. Al., "The Evolutionary Origin of Complex Features" | | 11/3/05 | 11/4/05 | Minnich |
| 253 | Alberts, B., The Cell Is a Collection of Protein Machines: Preparing the Next Generation of Molecular Biologists" | | | | |
| 254 | Minnich, Scott and Stephen Meyer, "Genetic Analysis of Coordinate Flagellar and Type III Regulatory Circuits in Pathenogenic Bacteria" | | | | |
| 255 | Conway, S.C., Evolution: Bringing Molecules Into the Fold" | | ✓ | ✓ | ✓ |

| EXHIBIT INITIAL & NO.<br>PTF    DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 256 | Benn Law Firm memo, re: correspondence between A. Bonsell and J. McClure | | | | |
| 257 | Losick and Shaprio, "Changing Views on the Nature of the Bacterial Cell: From Biochemistry to Cytology." | | 11/3/05 | 11/4/05 | Minnich |
| 258 | Sanders LA, Van Way S, Mullin DA, Characterization of the *Caulobacter Crecentus* FlbF Promoter and Identification of the Inferred FlbF Product as a Homolog of the LcrD Protein From *Yersinia enterocolitica* Virulence Plasmid." | | | | |
| 259 | Zhuang WY, Shapiro, L., Caulobacter FliQ and FliR Membrane Proteins Required for Flagellar Biogenesis and Cell Division, Belong to a Family of Virulence Factor Export Proteins." | | | | |
| 260 | Weiner, Jonathon, "The Beak of the Finch" Vintage. New York, NY, 1994 p. 258 | | | | |
| 261 | Quammen, D. "Was Darwin Wrong?" National Geographic 206:2-35 | | | | |
| 262 | Reynolds, MG, 2000. Compensatory Evolution in Rifampin-resistant *Escherichia coli.*" | | | | |
| 263 | Polkinghorn, J. 1998 "Belief in God in an Age of Science." Yale University Press | | | | |
| 264 | Behe, Michael J., "Recapitulations: Behe Responds" | | | | |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 265 | Maddox, John, "Down with the Big Bang" | | 10/17/05 | 10/21/05 | Behe |
| 266 | Thornhill, Richard H., and David W. Ussery, "A Classification of Possible Routes of Darwinian Evolution." | | 10/17/05 | 10/21/05 | Behe |
| 267 | "How Did Life Begin?: An Interview With Andy Knoll" | | 10/17/05 | 10/21/05 | Behe |
| 268 | Barton, NH and B. Charlesworth, "Why Sex and Recombination?" | | | | |
| 269 | Wuethrich, Bernice, "Evolution of Sex: Putting Theory to the Test" | | 10/17/05 | 10/21/05 | Behe |
| 270 | Kondrashov, AS, "Classification of Hypotheses on the Advantage of Amphimixis" | | 10/17/05 | 10/21/05 | Behe |
| 271 | Pennisi, Elizabeth, "Haekel's Embryos: Fraud Rediscovered" | | 10/17/05 | 10/21/05 | Behe |
| 272 | Doolittle, Russell F., "A Delicate Balance" | | 10/17/05 | 10/21/05 | Behe |
| 273 | Shanks, Niall, and Karl H. Joplin, "Redundant Complexity: A Critical Analysis of Intelligent Design in Biochemistry" | | | | |
| 274 | DeRosier, David J., "The Turn of the Screw: The Bacterial Flagellar Motor" | | 10/17/05 | 10/21/05 | Behe |
| 275 | Behe, Michael J. "The Argument for Intelligent Design in Biology" PowerPoint Presentation | | | | |

| EXHIBIT INITIAL & NO.<br>PTF        DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 276 | Dewey, J. "The Child and the Curriculum and the School and Society" | | | | |
| 277 | Petress, K., "What is Critical Thinking and Why is it Useful?" | | | | |
| 278 | Scheurman, G., "From Behaviorist to Constructivist Teaching" | | | | |
| 279 | Nord, Warren A., "Intelligent Design Theory, Religion and the Science Curriculum" | | | | |
| 280 | Campbell, John Angus, "The Philosopher of Science as a Public Intellectual" | | | | |
| 281 | Fuller, Steve, "An Intelligent Persons Guide to Intelligent Design Theory" | | | | |
| 282 | U.S. Office of Special Counsel, results from inquiry into possible discrimination against publisher of ID article | | | | |
| 283 | Documents from Michael Baksa, relating to seminar by PA School Board Association and Messiah College, "Creationism and the Law" | | 10/20/05 | 10/28/05 | nilsen |
| 284 | Michael Baksa, notes on seminar by PA School Board Association and Messiah College "Creationism and the Law" | | 10/21/05 | 11/3/05 | Baksa |
| 285 | Article, "Glorious are the Works of the Lord," *The Cresset* from M. Baksa files | | | | |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 286 | Planned Instruction Curriculum Guide, part A, with notes by M. Baksa | | 10/21/05 | 11/3/05 | Baksa |
| 287 | M. Baksa, notes from meeting with science teachers, 9/16/03 | | 10/21/05 | 11/3/05 | Baksa |
| 288 | R. Nilsen, notes from 1/19/02, 3/26/03 DASD Board/Admin retreat, and retreat agenda, 3/26/03 | | 10/30/05 | 10/28/05 | Nilsen |
| 300 | Collection of PowerPoint Exhibits for Dr. Michael Behe | | | | * |
| 300-A | Slide, Table of Contents, *Nature* Magazine | | | | * |
| 300-B | Slide, Close-up of Table of Contents showing reviews of books | | | | * |
| 300-C | Slide, Covers of books making scientific arguments on evolution | | | | * |
| 300-D | Slide, Covers of books making scientific arguments on evolution | | | | * |
| 300-E | Slide, Seminars and discussions attended by Dr. Behe on the subject of Intelligent Design | | | | * |
| 300-F | Slide, Seminars and discussions, continued | | | | * |
| 300-G | Slide, Seminars and discussions, continued | | | | * |
| 300-H | Slide, Seminars and discussions, continued, ones attended with Dr. Miller highlighted | | | | * |

| PTF INITIAL & NO. DEF EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 300-I | Slide, Seminars and discussions, continued, ones attended with Dr. Miller highlighted | | | | ⚹ |
| 300-J | Slide, Full color diagram of the bacterial flagellum | | | | ⚹ |
| 300-K | Slide, Full color diagram of the bacterial flagellum with quote from DeRosier | | | | ⚹ |
| 300-L | Slide, Quote from DeRosier on capability of bacterial flagellum | | | | ⚹ |
| 300-M | Slide, Table of statistics for flagellar motors | | | | ⚹ |
| 300-N | Slide, Quote from *Pandas* on evolution viewed as a 'fact' | | | | ⚹ |
| 300-O | Slide, Diagram of embryonic development of several species (Haeckel embryos) | | | | ⚹ |
| 300-P | Slide, Quote from *Science and Creationism: a View from the National Academy of Sciences* | | | | ⚹ |
| 300-Q | Slide, Diagram of IC molecular machine | | | | ⚹ |
| 300-R | Slide, Renderings of protein hemoglobin from *Biochemistry* | | | | ⚹ |
| 300-S | Slide, Rendering of hemoglobin from *Biochemistry* | | | | ⚹ |
| 300-T | Slide, Diagram of irreducibly complex machine | | | | ⚹ |

| PTF INITIAL & NO. DEF | EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 300-U | | Slide, Quote from Dr. Miller's *Finding Darwin's God* on proposed test for IC | | | | ✳ |
| 300-W | | Slide, Table of the parts of *lac* operon and *ebg* operon | | | | ✳ |
| 300-X | | Slide, Quote from *Finding Darwin's God* on conclusions that follow from IC | | | | ✳ |
| 300-Y | | Slide, Quote from *Finding Darwin's God* claiming that Dr. Behe's conclusions are incorrect | | | | ✳ |
| 300-Z | | Slide, Table of the remaining parts of *lac* operon and *ebg* operon | | | | ✳ |
| 300-AA | | Slide, Dr. Behe's findings from operon experiment | | | | ✳ |
| 300-BB | | Slide, Comparison of *lac* and *ebg* operons based on amino acid residue | | | | ✳ |
| 300-CC | | Slide, Diagram of control transcription of *lac* operon | | | | ✳ |
| 300-DD | | Slide, Diagram of the blood-clotting cascade from *Biochemistry* | | | | ✳ |
| 300-EE | | Slide, Diagram of the blood-clotting cascade from *Pandas* and from *Darwin's Black Box* | | | | ✳ |
| 300-FF | | Slide, Diagram, symptoms of gene-knockout in mice | | | | ✳ |
| 300-GG | | Slide, Diagram, effects of clotting gene-knockout experiments on mice | | | | ✳ |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 300-HH | Slide, Quote from *Darwin's Black Box*, on conclusions drawn from clotting experiment | | | | |
| 300-II | Slide, Quote from *Darwin's Black Box*, on irreducible complexity of blood clotting system | | | | ✳ |
| 300-JJ | Slide, Diagram, of blood-clotting system in puffer fish | | | | ✳ |
| 300-KK | Slide, Diagram, effects of clotting gene-knockout experiments on mice | | | | ✳ |
| 300-LL | Slide, Diagram of blood-clotting system in puffer fish | | | | ✳ |
| 300-MM | Slide, Diagram of digital organism | | | | ✳ |
| 300-NN | Slide, Excerpts of article "RAG1 Core and V(D)J Recombination Signal Sequences Were Derived from Transib Transposons" | | | | ✳ |
| 300-OO | Slide, Excerpts of article "RAG1 Core and V(D)J Recombination Signal Sequences Were Derived from Transib Transposons" | | | | ✳ |
| 300-PP | Slide, Table of occurrences of phases "random mutation and "natural selection" in papers cited by Dr. Miller on blood clotting | | | | ✳ |
| 300-QQ | Slide, Table of occurrences of phases "random mutation and "natural selection" in papers cited by Dr. Miller on immune system | | | | ✳ |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 300-RR | Slide, Table of occurrences of phases "random mutation and "natural selection" in papers cited by Dr. Miller on immune system | | | | * |
| 300-SS | Slide, Table of occurrences of phases "random mutation and "natural selection" in papers cited by Dr. Miller on bacterial flagellum/type three secretory system | | | | * |
| 300-TT | Slide, Table of occurrences of phases "random mutation and "natural selection" in papers cited by Dr. Miller on common descent of hemoglobin | | | | * |
| 300-UU | Slide, Table of occurrences of phases "random mutation and "natural selection" in papers cited by Dr. Miller on "molecular trees" | | | | * |
| 300-VV | Slide, Section six of *Pandas*, "Biochemical Similarities" | | | | * |
| 300-WW | Slide, Front cover of *Biochemistry* | | | | * |
| 300-XX | Slide, Diagram of phylogenetic tree for cytochrome *c* | | | | * |
| 300-YY | Slide, Diagram of rates of evolution of four unrelated proteins | | | | * |
| 300-ZZ | Slide, List of recent papers discussing the difficulties of the molecular clock hypothesis | | | | * |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 300-AAA | Slide, First page of article "Current Status of the Molecular Clock Hypothesis" by Gilbert Hermann, M.D. | | | | ✳ |
| 300-BBB | Slide, Summary of an excerpt from Hermann article | | | | |
| 300-CCC | Slide, Excerpt from *Pandas*, "The Meaning of Gaps in the Fossil Record" | | | | ✳ |
| 301 | Collection of PowerPoint Exhibits for Dr. Scott Minnich | | | | ✳ |
| 301-A | Slide, Excerpt from *Pandas*, characteristics of intelligence | | | | ✳ |
| 301-B | Slide, Full color diagram of the bacterial flagellum | | | | ✳ |
| 301-C | Slide, Observations on article "The Cell as a Collection of Protein Machines" by B. Alberts from *Cell* | | | | ✳ |
| 301-D | Slide, Full color diagram of the bacterial flagellum with quote from DeRosier | | | | ✳ |
| 301-E | Slide, Description of the efficiency of the flagellar motor | | | | ✳ |
| 301-F | Slide, Diagrams of the ATP Synthase, energy generating turbine | | | | ✳ |
| 301-G | Slide, Table of the information storage system in DNA | | | | ✳ |
| 301-H | Slide, Diagram of the Sliding Clamp | | | | ✳ |

| EXHIBIT INITIAL & NO. PTF DEF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 301-I | Slide, Title slide for presentation segment, "Gated Portal: Nuclear Pore Complex" | | | | * |
| 301-J | Slide, Diagram of the structure of the gated portal | | | | * |
| 301-K | Slide, Title slide for the presentation segment, "Loss of Function Motility Mutants" | | | | * |
| 301-L | Slide, Diagram of Flagellum Biosynthesis | | | | * |
| 301-M | Slide, Diagram of irreducible complexity in the lab | | | | * |
| | | | | | * |
| | | | | | * |