IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY J. KITZMILLER, et al. § § Plaintiffs, § § vs. § § DOVER AREA SCHOOL § DISTRICT and DOVER AREA § SCHOOL DISTRICT BOARD § OF DIRECTORS, § § Defendants. § | Civil Action No. 4:04-CV-2688 (M.D. Pa.) Hon. John E. Jones III **Motion of Amici Discovery Institute and Foundation for Thought and Ethics for Leave to File Reply to Plaintiffs' Response to Amicus Briefs** |

## MOTION OF AMICI DISCOVERY INSTITUTE AND FOUNDATION FOR THOUGHT AND ETHICS FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO AMICUS BRIEFS

TO THE HONORABLE COURT:

The Discovery Institute and the Foundation for Thought and Ethics ("FTE") file this motion for leave to file a reply brief.

In "Plaintiffs' Response to Amicus Briefs" counsel for plaintiffs level a number of accusations against Amici and their attorneys. Because plaintiffs ask the Court to rest its opinion in part upon factually false claims about Amici, Amici respectfully request leave of court to file the attached reply to these attacks.

Surprisingly, while Amici were never made parties to this action, counsel for plaintiffs have chosen to base much of their case on claims about

The Discovery Institute and Foundation for Thought and Ethics, and therefore Amici believe that they occupy a status somewhat different from the typical amicus. Moreover, because plaintiffs' statements, if not rebutted, could potentially form the basis of a judgment that would directly affect Amici, Amici believe that they deserve an opportunity to correct the record with respect to each of plaintiffs' false claims.

        Respectfully submitted,

        __/s/ Randall L. Wenger_____
        Randall L. Wenger, Esq.
        Pa. ID No. 86537
        Leonard G. Brown, III, Esq.
        Pa. ID No. 83206
        CLYMER & MUSSER, P.C.
        23 North Lime Street
        Lancaster, PA  17602
        (717) 299-7101
        *Attorneys for Amici*

        Jeffrey C. Mateer
        Texas State Bar No. 13185320
        MATEER & SHAFFER, L.L.P.
        1300 Republic Center
        325 N. St. Paul Street
        Dallas, Texas  75201
        (214) 720-9900
        *Attorney for the Foundation for Thought and Ethics*

        David K. DeWolf, Esquire
        Professor of Law

Gonzaga U. School of Law
WA Attorney I.D. No. 10875
721 Cincinnati Street
Spokane, WA  99220
(509) 323-3767
*Attorney for Discovery Institute*

# CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2005, copies of the foregoing motion were served on the following counsel through the electronic case filing system:

Eric Rothschild
Stephen G. Harvey
Joseph M. Farber
Benjamin M. Mather
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103

Thomas B. Schmidt, III
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
P. O. Box 1181
Harrisburg, PA  17108

Witold J. Walczak
ACLU of Pennsylvania
313 Atwood Street
Pittsburg, PA  15213

Paula K. Knudsen
ACLU of Pennsylvania
105 N. Front Street
Suite 225
Harrisburg, PA  17101

Richard B. Katskee
Ayesha Khan
Alex J. Luchenitser
Americans United for Separation Of Church and State

518 C. Street, NE
Washington, DC  20002

Mary Catherine Roper
ACLU of Pennsylvania
P. O. Box 1161
Philadelphia, PA  19105

Richard Thompson
Robert J. Muise
Patrick T. Gillen
THOMAS MORE LAW CENTER
24 Frank Lloyd Wright Drive
P. O. Box 393
Ann Arbor, MI  49106

Ron Turo
Turo Law Offices
28 South Pitt Street
Carlisle, PA  17013

                                            __/s/ Randall L. Wenger_____
                                            Randall L. Wenger, Esq.