# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY J. KITZMILLER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 4:04-CV-2688 |
| ) | |
| DOVER AREA SCHOOL, ) | Hon. John E. Jones, III |
| DISTRICT and DOVER AREA ) | |
| SCHOOL DISTRICT BOARD OF ) | |
| DIRECTORS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this _____day of December, 2005, upon consideration of the *Motion of Amici Discovery Institute and Foundation for Thought and Ethics for Leave to File Reply to Plaintiffs' Response to Amicus Briefs*, it is hereby ORDERED that the motion is GRANTED.

               BY THE COURT:

               _____
               JOHN E. JONES, J.