IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN,<br><br>                                Plaintiffs<br><br>       vs.<br><br>DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS,<br><br>                                Defendants | CIVIL ACTION<br><br>No. 4:04-CV-2688<br><br>(JUDGE JONES)<br><br>(Filed Electronically) |

**STIPULATION**

The parties, by their undersigned attorneys, stipulate and agree that:

(1)     plaintiffs shall file their claim for damages, and their application for attorneys fees and nontaxable expenses pursuant to 42 U.S.C.

§1988 and this Court's Order of December 20, 2005, on or before February 15, 2006;

(2) defendants shall file their opposition to that application, if any, on or before March 10, 2006; and

(3) plaintiffs may file their bill of costs pursuant to Local Rule 54.3, but shall provide defendants a fair estimate of taxable costs at the same time they file their application for fees and nontaxable expenses.

| Attorneys for Plaintiffs: | Attorneys for Defendants: |
|---|---|
| */s/Thomas B. Schmidt, III* <br> Eric Rothschild (PA 71746) <br> Alfred H. Wilcox (PA 12661) <br> Stephen G. Harvey (PA 58233) <br> Christopher J. Lowe (PA 90190) <br> Pepper Hamilton LLP <br> 3000 Two Logan Square <br> 18th & Arch Streets <br> Philadelphia, PA 19103 <br> (215) 981-4000 <br><br> Thomas B. Schmidt, III (PA 19196) <br> Pepper Hamilton LLP <br> 200 One Keystone Plaza <br> North Front and Market Streets <br> P.O. Box 1181 <br> Harrisburg, PA 17108 <br> (717) 255-1155 <br> *schmidtt@pepperlaw.com* | */s/ Stephen S. Russell* <br> Stephen S. Russell (PA 17102) <br> Stock and Leader <br> Susquehanna Commerce Center <br> 221 W. Philadelphia Street, Ste. E600 <br> York, Pennsylvania 17404 <br> (717) 849-4149 <br> *srussell@stockandleader.com* |

Witold J. Walczak (PA 62976)
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213

Paula K. Knudsen (PA 87607)
ACLU of Pennsylvania
105 N. Front St., Suite 225
Harrisburg, PA 17101
(717) 236-6827

Ayesha Khan (adm. phv)
Richard B. Katskee (adm. phv)
Americans United for Separation of
 Church and State
518 C St., NE
Washington, DC 20002