IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN, | : : : : : : : : | |
| Plaintiffs | : : | CIVIL ACTION |
| vs. | : : | No. 4:04-CV-2688 |
| DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, | : : : : | (JUDGE JONES) |
| | : | (Filed Electronically) |
| Defendants | : | |

**ORDER**

AND NOW, this _____ day of January 2006, the stipulation of the parties regarding plaintiffs' application for fees and nontaxable expenses and a bill of costs (Doc. \_\_\_\_) is hereby approved and so ordered.

BY THE COURT:

_____
John E. Jones III, Judge