IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN, <br><br> Plaintiffs <br><br> vs. <br><br> DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, <br><br> Defendants | CIVIL ACTION <br><br> No. 4:04-CV-2688 <br><br> (JUDGE JONES) <br><br> (Filed Electronically) |

**ORDER**

AND NOW, this __24th__ day of January 2006, the stipulation of the parties regarding plaintiffs' application for fees and nontaxable expenses and a bill of costs (Doc. __344__) is hereby approved and so ordered.

BY THE COURT:

_____
John E. Jones III, Judge