## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISY REHM; DEBORAH FENIMORE AND JOEL LIEBY; STEVEN STOUGH BETH EVELAND; CYNTHIA SNEATH JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN, <br>   Plaintiffs <br> v. <br> DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF SCHOOL DIRECTORS, <br>   Defendants | : <br> : <br> : <br> : CIVIL ACTION NO. 04-CV-2688 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : J. JOHN E. JONES III <br> : <br> : |

**PRAECIPE FOR ENTRY OF APPEARANCE**

Please enter the appearance of Stephen S. Russell, Esquire, on behalf of the Defendants. According to the Memorandum of Retainer Agreement, the Thomas More Law Center's representation ceases as the litigation is now concluded. On January 3, 2006, the Dover Area School District Board of School Directors passed a motion to have the firm of Stock and Leader be appointed "point person" on the fee petition in the above-referenced case.

                                              Respectfully submitted,

                                              STOCK AND LEADER,

Date: February 7, 2006        By:  /s/ Stephen S. Russell
                                              Stephen S. Russell, Esquire
                                              Supreme Court I.D. No. 17102
                                              Susquehanna Commerce Center East
                                              Suite 600
                                              221 West Philadelphia Street
                                              York, PA 17401
                                              T (717) 846-9800
                                              F (717) 843-6134

SSR/clh
U:\SCHOOL\DOVER\INTELLIGENT DESIGN\Entry of Appearance-2-7-06.doc