IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISY REHM; DEBORAH FENIMORE AND JOEL LIEBY; STEVEN STOUGH BETH EVELAND; CYNTHIA SNEATH JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN,<br>    Plaintiffs<br><br>    v.<br><br>DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF SCHOOL DIRECTORS,<br>    Defendants | : <br> : <br> : <br> : <br> : CIVIL ACTION NO. 04-CV-2688<br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : J. JOHN E. JONES III<br> : <br> : |

## CERTIFICATE OF SERVICE

AND NOW, this 7th day of February, 2006, I, Stephen S. Russell, Esquire, of the law firm of Stock and Leader, attorneys for Defendants, hereby certify that I served the Praecipe for Entry of Appearance on the following persons listed below via <u>electronic filing unless otherwise indicated</u>:

Eric Rothschild, Esquire
Stephen G. Harvey, Esquire
Joseph M. Farber, Esquire
Benjamin M. Mather, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Thomas B. Schmidt, III, Esquire
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA 17108

Witold J. Walczak, Esquire
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213

Paula K. Knudsen, Esquire
ACLU of Pennsylvania
105 N. Front Street, Suite 225
Harrisburg, PA 17101

Ayesha Khan
Richard B. Katskee
Alex J. Luchenitser
Americans United for Separation of Church and State
518 C St., NE
Washington, DC 20002
**(via U.S. first class mail)**

Respectfully submitted,

STOCK AND LEADER,

By: /s/ Stephen S. Russell
    Stephen S. Russell, Esquire
    Supreme Court I.D. No. 17102
    Susquehanna Commerce Center East
    Suite 600
    221 West Philadelphia Street
    York, PA 17401
    T (717) 846-9800