# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al. | : | Case No. 04cv2688 |
| Plaintiffs | : | |
| | : | |
| v. | : | Judge Jones |
| | : | |
| DOVER AREA SCHOOL DISTRICT, et al | : | |
| Defendants | : | |

## ORDER

### February 8, 2006

It is hereby ORDERED that a conference with all counsel of record shall be held on February 14, 2006, at 10:00 a.m. in the Visiting Judge's Chambers, 9th Floor, Federal Building, 228 Walnut Street, Harrisburg, PA.

s/ John E. Jones III
John E. Jones III
United States District Judge
