IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER, et al. | : | Case No. 04cv2688 |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Judge Jones |
| | : | |
| DOVER AREA SCHOOL DISTRICT and DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, | : : : | |
| | : | |
| Defendants. | : | |

## ORDER

### February 14, 2006

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs shall file their claim for damages, and their application for attorney's fees and nontaxable expenses pursuant to 42 U.S.C. § 1988 and this Court's December 20, 2005 Order, on or before March 2, 2006.

2. Defendants shall file their opposition to that application, if any, on or before March 16, 2006.

3. Plaintiffs may file their bill of costs pursuant to Local Rule 54.3, but shall provide Defendants a fair estimate of taxable costs at the same

time they file their application for fees and nontaxable expenses.


                                                                     s/ John E. Jones III  
                                                                     John E. Jones III  
                                                                     United States District Judge