IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN, | : : : : : : : : : | |
| Plaintiffs | : : | CIVIL ACTION |
| vs. | : : | No. 4:04-cv-2688 |
| DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, | : : : : | (JUDGE JONES) |
| Defendants | : | |

## <u>STIPULATION</u>

The parties, by their undersigned attorneys, stipulate and agree as follows:

1.    By virtue of the Court's order entered December 20, 2005, plaintiffs are entitled to nominal damages and an award of attorneys' fees and expenses pursuant to 42 U.S.C. §1988.

2.    This stipulation satisfies the requirements of Fed. R.Civ.P. 54(b)(2)(B).

3.    The "fair estimate," *see id.*, of plaintiffs' attorneys' fees and expenses is $2,067,226.00.

4.    Defendants' undersigned attorney has reviewed time and expense records upon which this "fair estimate" is based.

5.    Judgment shall be entered awarding each plaintiff One ($1.00) Dollar in nominal damages and awarding plaintiffs Two Million Sixty-Seven Thousand Two Hundred Twenty-Six ($2,067,226.00) Dollars for attorneys' fees and expenses.

6.    In consideration of plaintiffs' agreement respecting payment of this judgment, defendants will not appeal this judgment.

| | |
|---|---|
| Attorneys for Plaintiffs | Attorney for Defendants |

| | |
|---|---|
| */s/ Eric Rothschild* | */s/ Stephen S.  Russell* |
| Eric Rothschild (PA 71746) | Stephen S. Russell (PA 17102) |
| Stephen G. Harvey (PA 58233) | Stock and Leader |
| Pepper Hamilton LLP | Susquehanna Commerce Center |
| 3000 Two Logan Square | 221 W. Philadelphia Street, Ste. E600 |
| 18th & Arch Streets | York, Pennsylvania 17404 |
| Philadelphia, PA 19103 | (717) 849-4149 |
| *rothschilde@pepperlaw.com* | *srussell@stockandleader.com* |
| *harveys@pepperlaw.com* | |

Thomas B. Schmidt, III (PA 19196)
Pepper Hamilton LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA 17108
(717) 255-1155
*schmidtt@pepperlaw.com*

Witold J. Walczak (PA 62976)
ACLU of Pennsylvania
313 Atwood Street
Pittsburgh, PA 15213
*vwalczak@aclupgh.org*

Paula K. Knudsen (PA 87607)
ACLU of Pennsylvania
105 N. Front St., Suite 225
Harrisburg, PA 17101
(717) 236-6827
*pknudsen@aclupa.org*

Ayesha Khan (adm. *phv*)
Richard B. Katskee (adm. *phv*)
Alex J. Luchenitser (adm. *phv*)
Americans United for Separation
   of Church and State
518 C St., NE
Washington, DC 20002
(202) 466-3234
*katskee@au.org*