IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY KITZMILLER; BRYAN AND CHRISTY REHM; DEBORAH FENIMORE AND JOEL LIEB; STEVEN STOUGH; BETH EVELAND; CYNTHIA SNEATH; JULIE SMITH; AND ARALENE ("BARRIE") D. AND FREDERICK B. CALLAHAN, <br><br> Plaintiffs <br><br> vs. <br><br> DOVER AREA SCHOOL DISTRICT; DOVER AREA SCHOOL DISTRICT BOARD OF DIRECTORS, <br><br> Defendants | CIVIL ACTION <br><br> No. 4:04-CV-2688 <br><br> (JUDGE JONES) |

## ORDER

AND NOW, this 22nd day of February, 2006, upon stipulation of the parties, which is hereby approved, the clerk is ordered to enter judgment for plaintiffs, awarding each plaintiff One ($1.00) Dollar in nominal damages and awarding plaintiffs Two Million Sixty-Seven Thousand Two Hundred Twenty-Six ($2,067,226.00) Dollars for attorneys' fees and expenses.

BY THE COURT:

John E. Jones III, Judge