AO450 (Rev. 5/85) Judgment in a Civil Case

UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____PENNSYLVANIA_____

Tammy Kitzmiller, et al.

V.

Dover Area School District, et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:04cv2688

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon Stipulation of the parties Judgment is entered in favor of all Plaintiffs and against the Defendants in the amount of $2,067,226.00, the said sum representing attorneys' fees and expenses.

Approved By: *[signature]*
John E. Jones III
United States District Judge

2/24/06
Date

Mary D'Andrea
Clerk

*[signature]*
(By) Deputy Clerk
Elizabeth A. O'Donnell