AO450 (Rev. 5/85) Judgment in a Civil Case

UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __PENNSYLVANIA__

| | |
|---|---|
| Tammy Kitzmiller, et al. | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| Dover Area School District, et al. | Case Number: 4:04cv2688 |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon Stipulation of the parties Judgment is entered in favor of Plaintiff Tammy Kitzmiller and against the Defendants in the amount of $1.00, the said sum nominal damages.

Approved By: _____
John E. Jones III
United States District Judge

| 2/24/06 | Mary D'Andrea |
|---|---|
| Date | Clerk |
| | _Elizabeth A. O'Donnell_ (signature) |
| | (By) Deputy Clerk |
| | Elizabeth A. O'Donnell |

✎AO450 (Rev. 5/85) Judgment in a Civil Case

UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____PENNSYLVANIA_____

| | |
|---|---|
| Tammy Kitzmiller, et al. | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| Dover Area School District, et al. | Case Number: 4:04cv2688 |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon Stipulation of the parties Judgment is entered in favor of Plaintiff Bryan Rehm and against the Defendants in the amount of $1.00, the said sum nominal damages.

Approved By: _____
John E. Jones III
United States District Judge

| | |
|---|---|
| 2/24/06 | Mary D'Andrea |
| Date | Clerk |
| | _Elizabeth A. O'Donnell_ |
| | (By) Deputy Clerk |
| | Elizabeth A. O'Donnell |

AO450 (Rev. 5/85) Judgment in a Civil Case

UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __PENNSYLVANIA__

Tammy Kitzmiller, et al.

V.

Dover Area School District, et al.

JUDGMENT IN A CIVIL CASE

Case Number:   4:04cv2688

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon Stipulation of the parties Judgment is entered in favor of Plaintiff Christy Rehm and against the Defendants in the amount of $1.00, the said sum nominal damages.

Approved By: _____
John E. Jones III
United States District Judge

2/24/06
Date

Mary D'Andrea
Clerk

_Elizabeth A. O'Donnell_
(By) Deputy Clerk
Elizabeth A. O'Donnell

AO450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **PENNSYLVANIA**

Tammy Kitzmiller, et al.
V.
Dover Area School District., et al.

### JUDGMENT IN A CIVIL CASE

Case Number:   04cv2688

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon Stipulation of the parties Judgment is entered in favor of the Plaintiff, Deborah Fenimore and against the Defendants in the amount of $1.00, the said sum representing nominal damages.

Approved By: _____
John E. Jones III
United States District Judge

Date

Mary D'Andrea
Clerk

_____
(By) Deputy Clerk

AO450 (Rev. 5/85) Judgment in a Civil Case

UNITED STATES DISTRICT COURT

__MIDDLE__   DISTRICT OF   __PENNSYLVANIA__

Tammy Kitzmiller, et al.
V.
Dover Area School District., et al.

JUDGMENT IN A CIVIL CASE

Case Number:   04cv2688

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon Stipulation of the parties Judgment is entered in favor of the Plaintiff, Joel Lieb and against the Defendants in the amount of $1.00, the said sum representing nominal damages.

Approved By: _____
John E. Jones III
United States District Judge

Date

Mary D'Andrea
Clerk

_____
(By) Deputy Clerk

AO450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __PENNSYLVANIA__

Tammy Kitzmiller, et al.
V.
Dover Area School District., et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 04cv2688

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon Stipulation of the parties Judgment is entered in favor of the Plaintiff, Steven Stough and against the Defendants in the amount of $1.00, the said sum representing nominal damages.

Approved By: _[signature]_
John E. Jones III
United States District Judge

Date

Mary D'Andrea
Clerk

_[signature]_
(By) Deputy Clerk

AO450 (Rev. 5/85) Judgment in a Civil Case

UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __PENNSYLVANIA__

Tammy Kitzmiller, et al.

V.

Dover Area School District, et al.

**JUDGMENT IN A CIVIL CASE**

Case Number:   4:04cv2688

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon Stipulation of the parties Judgment is entered in favor of Plaintiff Beth Eveland and against the Defendants in the amount of $1.00, the said sum nominal damages.

Approved By: _____
John E. Jones III
United States District Judge

2/24/06
Date

Mary D'Andrea
Clerk

_____
(By) Deputy Clerk
Elizabeth A. O'Donnell

AO450 (Rev. 5/85) Judgment in a Civil Case

UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____PENNSYLVANIA_____

| | |
|---|---|
| Tammy Kitzmiller, et al. | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| Dover Area School District, et al. | Case Number:   4:04cv2688 |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon Stipulation of the parties Judgment is entered in favor of Plaintiff Cynthia Sneath and against the Defendants in the amount of $1.00, the said sum nominal damages.

Approved By: _____
John E. Jones III
United States District Judge

| | |
|---|---|
| 2/24/06 | Mary D'Andrea |
| Date | Clerk |
| | _____ |
| | (By) Deputy Clerk |
| | Elizabeth A. O'Donnell |

⚖AO450 (Rev. 5/85) Judgment in a Civil Case

UNITED STATES DISTRICT COURT

__MIDDLE__          DISTRICT OF          __PENNSYLVANIA__

Tammy Kitzmiller, et al.

V.

Dover Area School District, et al.

**JUDGMENT IN A CIVIL CASE**

Case Number:   4:04cv2688

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon Stipulation of the parties Judgment is entered in favor of Plaintiff Julie Smith and against the Defendants in the amount of $1.00, the said sum nominal damages.

Approved By: _____
John E. Jones III
United States District Judge

2/24/06
Date

Mary D'Andrea
Clerk

(By) Deputy Clerk
Elizabeth A. O'Donnell

AO450 (Rev. 5/85) Judgment in a Civil Case

UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | PENNSYLVANIA |

Tammy Kitzmiller, et al.

V.

Dover Area School District, et al.

**JUDGMENT IN A CIVIL CASE**

Case Number:   4:04cv2688

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon Stipulation of the parties Judgment is entered in favor of Plaintiff Aralene D. Callahan and against the Defendants in the amount of $1.00, the said sum nominal damages.

Approved By: _____
John E. Jones III
United States District Judge

| 2/24/06 | Mary D'Andrea |
|---------|---------------|
| Date    | Clerk         |

(By) Deputy Clerk
Elizabeth A. O'Donnell

AO 450 (Rev. 5/85) Judgment in a Civil Case

UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __PENNSYLVANIA__

Tammy Kitzmiller, et al.

V.

Dover Area School District, et al.

**JUDGMENT IN A CIVIL CASE**

Case Number:   4:04cv2688

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon Stipulation of the parties Judgment is entered in favor of Plaintiff Frederick B. Callahan and against the Defendants in the amount of $1.00, the said sum nominal damages.

Approved By: _[signature]_
John E. Jones III
United States District Judge

2/24/06
Date

Mary D'Andrea
Clerk

_[signature]_
(By) Deputy Clerk
Elizabeth A. O'Donnell